# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Arturo De Leon-Reyes v. Reynaldo Guevara, et al.,

Case Number: 18 cv 1028

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff, Arturo De Leon-Reyes

Attorney name (type or print): Steve Art

Firm: Loevy & Loevy

Street address: 311 N. Aberdeen, 3rd Floor

City/State/Zip: Chicago, IL 60607

Bar ID Number: 6302319
(See item 3 in instructions)

Telephone Number: 312-243-5900

Email Address: jon@loevy.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☑ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☑ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/12/2018

Attorney signature: S/ Steve Art

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015