## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Arturo DeLeon-Reyes v. Guevara, et al    Case Number: 18-cv-1028

An appearance is hereby filed by the undersigned as attorney for:
Defendant City of Chicago

Attorney name (type or print):  Catherine M. Barber

Firm:    Rock Fusco & Connelly, LLC

Street address:    321 N. Clark Street, Suite 2200

City/State/Zip:    Chicago, IL 60654

Bar ID Number:  6305414    Telephone Number:    312-494-1000
(See item 3  in instructions)

Email Address: cbarber@rfclaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.    ☒    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 2, 2018

Attorney signature:    S/ Catherine M. Barber
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015