**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: DeLeon-Reyes v. Guevara, et al. Case Number: 18 C 1028

An appearance is hereby filed by the undersigned as attorney for:
Thomas O'Malley

Attorney name (type or print): James E. Hanlon, Jr.

Firm: Cook County State's Attorney's Office

Street address: 50 West Washington Street, Room 500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6188000
(See item 3 in instructions)

Telephone Number: 312-603-3369

Email Address: james.hanlon@cookcountyil.gov

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 16, 2018

Attorney signature: S/ James E. Hanlon, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015