## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: DeLeon-Reyes v. Guevara, et al   Case Number: 18 CV 1028

An appearance is hereby filed by the undersigned as attorney for: Defendants R. Rutherford J. Naujokas, D. Trevino, R. Biebel, M. Harvey, E. Dickinson, D. Stankus and E. Mingey

Attorney name (type or print): Jeffrey N. Given

Firm: The Sotos Law Firm

Street address: 550 East Devon, Suite 150

City/State/Zip: Itasca, Illinois 60143

Bar ID Number: 06184989
(See item 3 in instructions)

Telephone Number: 630-735-3300

Email Address: jgiven@jsotoslaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/18/2018

Attorney signature:   S/ Jeffrey N. Given
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015