**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: DeLeon-Reyes v. Guevara, et al   Case Number: 18 CV 1028

An appearance is hereby filed by the undersigned as attorney for: Defendants R. Rutherford J. Naujokas, D. Trevino, R. Biebel, M. Harvey, E. Dickinson, D. Stankus and E. Mingey

Attorney name (type or print): Jeffrey R. Kivetz

Firm: The Sotos Law Firm

Street address: 550 East Devon, Suite 150

City/State/Zip: Itasca, Illinois 60143

Bar ID Number: 06308250
(See item 3 in instructions)

Telephone Number: 630-735-3300

Email Address: jkivetz@jsotoslaw.com

Are you acting as lead counsel in this case?               ☐ Yes   ☑ No

Are you acting as local counsel in this case?              ☐ Yes   ☑ No

Are you a member of the court's trial bar?                 ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.             ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/18/2018

Attorney signature:   S/ Jeffrey R. Kivetz

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015