UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Arturo DeLeon−Reyes

                Plaintiff,

v.                                     Case No.: 1:18−cv−01028
                                            Honorable Andrea R. Wood

Reynaldo Guevara, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 24, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants' unopposed motion for reassignment based on relatedness [47] is granted. Solache v. City of Chicago, Case No. 1:18−cv−2312 will be reassigned to Judge Wood for all further proceedings. The cases will not be formally consolidated under the same caption but will have coordinated discovery and will be put on the same case schedule before Judge Wood. The question of whether the cases should be consolidated for trial will be determined at a later date. Motion hearing set for 4/25/2018 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.