IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Arturo DeLeon-Reyes, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 C 1028 |
| v. | ) | |
| | ) | Honorable Andre R. Wood |
| Reynaldo Guereva, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Cook County, Karin Wehrle, David Navarro, Heather Brualdi, Andrew Varga, and Thomas O'Malley (collectively "Cook County Defendants"), by attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, through her assistants Christina C. Chojnacki, respectfully request that this Court grant James E. Hanlon, Jr. leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Defendant states as follows:

1.	The Cook County Defendants are represented in this matter by the Cook County State's Attorney's Office

2.	James E. Hanlon, Jr. is a Cook County Assistant State's Attorney ("ASA") and has been one of the attorneys-of-record in this matter.

3.	Mr. Hanlon has resigned from the Cook County State's Attorney's Office effective June 28, 2018, in order to accept an appointment to the Circuit Court of Cook County. As a result, Mr. Hanlon will no longer be involved in the representation of the Cook County Defendants.

5.      Assistant State's Attorney Christiana C. Chojnacki is counsel-of-record for the Cook County Defendants and will handle all further litigation in this case on behalf of the Cook County Defendants.

6.      Accordingly, the Cook County Defendants seek to withdraw the appearance of James E. Hanlon, Jr..

WHEREFORE, Defendants Cook County, Karin Wehrle, David Navarro, Heather Brualdi, Andrew Varga, and Thomas O'Malley, respectfully request that the Court enter an order terminating the appearance of James E. Hanlon, Jr. in this action and to terminate notifications to him in this matter.

Dated: June 29, 2018

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Christina C. Chojnacki.*
Christina C. Chojnacki
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois  60602
(312) 603-3473
christina.chojnacki@cookcountyil.gov

2