## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arturo DeLeon–Reyes

                    Plaintiff,

v.

Reynaldo Guevara, et al.

                    Defendant.

Case No.: 1:18–cv–01028
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 18, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion to withdraw as counsel [64] is granted. Attorney James E. Hanlon, Jr. is withdrawn as counsel of record for Defendants. Defendant City of Chicago's Motion for extension of time to answer [68] is granted. All Defendants shall answer or otherwise plead to Plaintiff's complaint by 8/31/2018. Motion hearing set for 7/19/2018 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.