**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 1028 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Andrea R. Wood |
| REYNALDO GUEVARA, ERNEST HALVORSEN, | ) | |
| EDWIN DICKINSON, R. RUTHERFORD, STANKUS, | ) | |
| NAUJOKAS, J. KARLOW, MARK HARVEY, | ) | |
| DANIEL TREVINO, EDWARD MINGEY, BIEBEL, | ) | |
| F.J. CAPPITELLI, KARIN WEHRLE, DAVID | ) | |
| NAVARRO, HEATHER BRUALDI, ANDREW VARGA, | ) | |
| THOMAS O'MALLEY, the CITY OF CHICAGO, and | ) | |
| COOK COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF MANDATORY**
**INITIAL DISCOVERY**

Please take notice that on August 13, 2018, the undersigned attorney for Defendants Cook County, Andrew Varga, Karin Wehrle nee Dooley, Thomas O'Malley, Heather Brualdi and David Navarro served Mandatory Initial Discovery to all attorneys of record by e-mail.

KIMBERLY M. FOXX
State's Attorney of Cook County

By:     */s/ Julie Nikolaevskaya*
Julie Nikolaevskaya
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3469