# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arturo DeLeon–Reyes

                              Plaintiff,

v.                                                     Case No.: 1:18–cv–01028
                                                       Honorable Andrea R. Wood

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, case referred to Magistrate Judge Gilbert for discovery supervision (coordinated with related case 1:18–cv–02312 Solache v. City of Chicago) and settlement purposes. Magistrate Judge Gilbert has full authority to set/reset discovery deadlines as he deems appropriate. Status hearing set for 1/16/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.