**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Arturo DeLeon–Reyes

                                  Plaintiff,

v.                                                          Case No.: 1:18–cv–01028
                                                            Honorable Andrea R. Wood

Reynaldo Guevara, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 31, 2018:

     MINUTE entry before the Honorable Andrea R. Wood: Defendant's Unopposed Motion for extension of time and to substitute counsel [88] is granted. Defendant Halvorsen shall answer or otherwise plead by 9/14/2018. Attorneys James Vincent Daffada and Thomas More Leinenweber are withdrawn as counsel of record for Defendant Halvorsen. Substitute counsel shall file attorney appearance on behalf of Defendant Halvorsen within 48 hours. The motion presentment date of 9/5/2018 is stricken; parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.