**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ARTURO DELEON-REYES | |
| Plaintiff, | Case No. 18-CV-01028 |
| v. | Honorable Andrea R. Wood |
| REYNALDO GUEVARA, ET. AL. | |
| Defendants. | |

---

|  |  |
|---|---|
| GABRIEL SOLACHE, | |
| Plaintiff, | Case No. 18-CV-02312 |
| v. | Honorable Andrea R. Wood |
| REYNALDO GUEVARA, ET. AL. | |
| Defendants. | |

**PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME TO FILE REPORT ON
THE EXCHANGE OF ESI**

The Parties, by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 6(b), moves this Honorable Court for an extension of time to file the joint report and plan with respect to the exchange of ESI.  In support thereof, the Parties state as follows:

1.      On September 12, 2018, this Honorable Court issued a Minute Entry directing the Parties to file a "joint report and plan with respect to the exchange of ESI by 10/1/2018." (Dkt. 104).

2.      The Parties are working to prepare the required report, and have exchanged their initial proposals and as well as initial objections.

3. The Parties are hopeful that with additional negotiations, they can reach an agreement on certain objections, and as such, are requesting additional time to prepare a joint plan to submit to the Court.

4. Specifically, the Parties are seeking an extension of up to and including October 12, 2018 to file their joint report and plan with the respect to ESI.

5. This motion is not made for the purposes of delay and will not prejudice any party.

WHEREFORE, the Parties respectfully request this Honorable Court grant their Joint Motion for Extension of Time of up to and including October 12, 2018 for the Parties to finalize and file the joint report and plan with respect to the exchange of ESI, and for any other relief as this Court deems just and equitable.

Dated: October 1, 2018

Respectfully Submitted,

*/s/ Sean Starr*
*One of the Attorneys for Plaintiff DeLeon-Reyes*

Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
anand@loevy.com

*/s/ Ben H. Elson*
*One of the Attorneys for Plaintiff Solache*

Jan Susler
John L. Stainthrop
Ben H. Elson
People's Law Office
1180 N. Milwajkee, 3rd Floor
Chicago, Illinois 60642
(773) 235 0070
jsusler@gmail.com

*/s/ Theresa Berousek Carney*
*One of the Attorneys for Defendant City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60610
(312) 494-1000
erosen@rfclaw.com

/s/ Josh M. Engquist
*One of the Attorneys for the Individual Officer Defendants*

James G. Sotos
Jeffrey N. Given
Joseph M. Polick
Josh M. Engquist
Caroline P. Golden
David A. Brueggen
Jeffrey R. Kivetz
THE SOTOS LAW FIRM, P.C.
550 East Devon Avenue, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
jengquist@jsotoslaw.com

*/s/ Yulia Nikolaevskaya*
*One of the attorneys for the Individual Prosecutor Defendants*

Christina C. Chojnacki
Yulia Nikolaevskaya
Cook County State's Attorney's Office
50 West Washington Street Room 500
Chicago, IL 60602-1356
(312) 603-3369

/s/ Thomas M. Leinenweber
*One of the Attorneys for Defendant Guevara*

Thomas M. Leinenweber
James V. Daffada
Justin T. Leineweber
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
thomas@ilesq.com

3