**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTURO DELEON-REYES | |
| Plaintiff, | Case No. 18-CV-01028 |
| | Honorable Andrea R. Wood |
| v. | |
| REYNALDO GUEVARA, ET. AL. | |
| Defendants. | |

-------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| GABRIEL SOLACHE, | |
| Plaintiff, | Case No. 18-CV-02312 |
| | Honorable Andrea R. Wood |
| v. | |
| REYNALDO GUEVARA, ET. AL. | |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on, October 9, 2018 at 9:15 a.m., we shall appear before the Honorable Judge Jeffrey T. Gilbert or any judge sitting in his stead, in Courtroom 1386 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall present **Parties' Joint Motion for an Extension of Time to File Report on the Exchange of ESI,** a copy of which is hereby attached and served upon you.

Dated: October 1, 2018

Respectfully submitted,

CITY OF CHICAGO

By: _____/s/ *Theresa Berousek Carney*_____
        One of its attorneys

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
tcarney@rfclaw.com