## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arturo DeLeon–Reyes

                              Plaintiff,

v.                                                          Case No.: 1:18–cv–01028
                                                            Honorable Andrea R. Wood

Reynaldo Guevara, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 2, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Parties' Joint Motion for an Extension of Time to File Report on Exchange of ESI [106] is granted. The parties will file a joint report and plan with respect to the exchange of ESI by 10/12/18. The motion hearing noticed for 10/9/18 is stricken with no appearance required. The status hearing set for 10/18/18 at 10:30 a.m. shall stand. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.