## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF MOTION

To:    Counsel of Record

Please take notice that on Thursday, November 1 at 9:00 a.m., counsel for Plaintiff shall appear before Judge Wood in the courtroom usually occupied by her at 219 South Dearborn St., Chicago, Illinois, and then and there present ***Parties' Joint Motion for an Extension of Time to File Report on the Exchange of ESI***.

RESPECTFULLY SUBMITTED:
 /s/ Anand Swaminathan
 *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
LOEVY & LOEVY
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certify that on October 26, 2018, I served the foregoing on all counsel of record via ECF.

_/s/    Anand Swaminathan_____

*One of Plaintiff's Attorneys*