## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Arturo DeLeon–Reyes

                Plaintiff,

v.

                                Case No.: 1:18–cv–01028
                                Honorable Andrea R. Wood

Reynaldo Guevara, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 1/10/19 and continued to 1/31/19 at 10:45 a.m. The parties will file by 1/25/19 updated joint status reports on discovery and ESI. The parties reported on their progress with party and third party production of documents. Based upon its report in court, it appears that Cook County reasonably can begin a substantial rolling production of documents called for by the Rule 45 subpoena it received and have a large number of those documents produced by 1/24/19. At the next status hearing, an attorney representing the County as a subpoena recipient (as opposed to a Defendant) shall appear and report on the County's progress in producing documents in response to the subpoena. In addition, if the County as a named Defendant has not already responded to Rule 34 requests for production of documents, then by 1/17/19 the parties shall file a joint report that states when the County will respond to requests for production of documents served upon it and when it will complete its document production. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.