# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## GENERAL ORDER 19-0002

It appearing that Sunil R. Harjani has been appointed as a United States Magistrate Judge for the Northern District of Illinois, vice the Honorable Daniel Martin, and

It further appearing that Internal Operating Procedure 17(b) provides for the creation of an initial calendar for a newly-appointed magistrate judge by equalization; therefore

IT IS HEREBY ORDERED That the attached list of civil consent cases and civil referrals are hereby reassigned to form the initial calendar of the Honorable Sunil R. Harjani; and

IT IS FURTHER ORDERED That the attached list of civil consent cases and civil referrals be reassigned to equalize the calendars of all magistrate judges in the Eastern Division; and

IT IS FURTHER ORDERED That any consent case or civil referral that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a magistrate judge for twelve months from the date of this Order, except those cases that were reassigned to Magistrate Judge Harjani.

ENTER:

FOR THE COURT

_____
Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 10th day of January, 2019

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Weisman**

1:18-cv-01627      Borostowski v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Mason**

1:17-cv-01768      Heisey v. Meijer, Inc., Inc.
1:17-cv-08484      Frazier v. Berryhill
1:18-cv-01293      Trustees of the Chicago Painters and Decorators Pension Fund et al v. D.E.S. Painting, Inc. et al
1:18-cv-04160      Shrader v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Schenkier**

1:17-cv-05372      Wall v. Domnick Cunningham & Whalen, PLLC

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Valdez**

1:17-cv-02408      Calzaretta v. Rezny
1:17-cv-09158      Foster v. Colvin
1:18-cv-03498      Piotrowski v. Berryhill
1:18-cv-05479      Madadhah v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Kim**

1:11-cv-02961      Holmes et al v. Godinez
1:17-cv-08478      Sears Home Appliance Showrooms, LLC et al v. Charlotte Outlet Store, LLC et al
1:18-cv-02873      Mendoza v. Berryhill
1:18-cv-03463      Wilbanks v. Berryhill
1:18-cv-04980      Gajos v. Social Security Administration

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Gilbert**

1:14-cv-01727      Cheese Depot Inc. v. Sirob Imports Inc.
1:17-cv-05096      Shabazz v. Berryhill
1:17-cv-08882      Phillips v. Dovenmuehle Mortgage, Inc. et al
17-cv-09114      Richards v. Berryhill
1:18-cv-01377      Block v. Berryhill

1

| | |
|---|---|
| 1:18-cv-02604 | Graczyk v. Berryhill |
| 1:18-cv-04009 | Pettis v. Berryhill |
| 1:18-cv-04677 | Carr v. Berryhill |
| 1:18-cv-05615 | Miller v. Berryhill |
| 1:18-cv-06348 | Tolve v. Berryhill |
| 1:18-cv-06551 | Newman v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Finnegan**

| | |
|---|---|
| 1:17-cv-05466 | Bond v. Berryhill |
| 1:17-cv-07276 | Baldino v. Berryhill |
| 1:17-cv-08138 | Johansen v. Berryhill |
| 1:18-cv-00229 | Steeves v. Berryhill |
| 1:18-cv-01180 | Henderson et al v. FedEx Ground Package System, Inc. et al |
| 1:18-cv-01363 | Minor v. SSC Westchester Operating Company, LLC |
| 1:18-cv-02044 | Vilutis v. Berryhill |
| 1:18-cv-03346 | Pryor v. Berryhill |
| 1:18-cv-03886 | Westlund v. Berryhill |
| 1:18-cv-04768 | Caruso v. Berryhill |
| 1:18-cv-05047 | Steele v. Berryhill |
| 1:18-cv-05492 | Wacker Drive Executive Suites, LLC v. Jones Lang LaSalle Americas (Illinois), LP |
| 1:18-cv-06762 | Miller v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Weisman**

| | |
|---|---|
| 1:18-cv-02485 | Martinez v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Mason**

| | |
|---|---|
| 1:17-cv-06287 | Missel v. Nancy A. Berryhill |
| 1:17-cv-08671 | Taylor v. Berryhill |
| 1:18-cv-01672 | Kolaites v. Berryhill |
| 1:18-cv-05290 | Tucker v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Schenkier**

| | |
|---|---|
| 1:17-cv-06169 | Redding v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Valdez**

| | |
|---|---|
| 1:17-cv-06948 | Hicks-Ferguson v. Berryhill |
| 1:18-cv-00606 | Minas v. New Werner Co. et al |
| 1:18-cv-04036 | Ridley v. Berryhill |
| 1:18-cv-05739 | Eaton v. Envista Forensics, LLC |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Kim**

| | |
|---|---|
| 1:17-cv-05742 | Santore et al v Swaminathan |
| 1:18-cv-00059 | Simpson v. Berryhill |
| 1:18-cv-04407 | Mena v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Gilbert**

| | |
|---|---|
| 1:17-cv-06358 | Factor v. Kapur et al |
| 1:18-cv-02192 | Beaver v. Adtalem Global Education, Inc. |
| 1:18-cv-03787 | Monaco Mechanical, Inc. v. Noresco, LLC et al |
| 1:18-cv-04855 | Williams v. Berryhill |
| 1:18-cv-05733 | Irving v. Berryhill |
| 1:18-cv-07788 | Sharp v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cole from Magistrate Judge Finnegan**

| | |
|---|---|
| 1:17-cv-08470 | Simpson v. Berryhill |
| 1:18-cv-01551 | Lee v. Berryhill |
| 1:18-cv-04326 | Szeszycki v. Berryhill |
| 1:18-cv-06607 | Cook v. Berryhill |
| 1:18-cv-08139 | Martinez-Medina v. Siegwerk USA Inc., a Delaware Corporation, d/b/a Siegwerk Environmental Inks et al |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Weisman**

| | |
|---|---|
| 1:18-cv-03639 | Kun v. Berryhill |

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Mason**

| | |
|---|---|
| 1:17-cv-06608 | Lazzaroni v. Berryhill |
| 1:17-cv-08998 | Wesolowski v. Berryhill |
| 1:18-cv-03345 | Lyons v. Berryhill |

1:18-cv-06901          Dukes v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Valdez**

1:16-cv-04858          Miletich v. James
1:17-cv-08931          O'Donnell v. Berryhill
1:18-cv-01744          Acosta v. Hibachi Seafood Buffet H & Z, Inc. et al
1:18-cv-04253          Arapovic v. Berryhill
1:18-cv-06552          Rader v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Kim**

1:17-cv-07047          Seay et al v. MENARD, INC.,
1:18-cv-01407          Scruggs v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Gilbert**

1:17-cv-09089          Bartholomew v. Berryhill
1:18-cv-03364          Turner v. Road Star Carrier, Inc. et al

**Civil Consent Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Finnegan**

1:17-cv-07091          Blake v. PLS Financial Services, Inc.
1:18-cv-00348          Manos et al v. Smith
1:18-cv-02703          White v. Berryhill
1:18-cv-04794          Gabel, Jr. v. Berryhill
1:18-cv-07482          Cosby v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Mason**

1:17-cv-07771          Laude v. Berryhill
1:18-cv-07074          Madera v. Berryhill

**Civil Consent Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Valdez**

1:18-cv-02235          Hughes v. United Debt Holding, LLC et al

**Civil Consent Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Kim**
1:17-cv-07438          Swint v. Berryhill

4

## Civil Referral Cases Reassigned to
## Magistrate Judge Harjani from Magistrate Judge Weisman

| | | |
|---|---|---|
| 1:15-cv-09050 | Holliman v. Thompson et al | Gettleman |
| 1:17-cv-02766 | Chacon v. Kovitz Shifrin Nesbit, A Professional Corporation | Dow |
| 1:17-cv-02552 | Brand v. Murawski et al | Feinerman |
| 1:17-cv-03792 | Endicott v. Illinois Department Of Corrections et al | Gettleman |
| 1:17-cv-05677 | McAtee v. City of Chicago, a municipal corporation et al | Coleman |
| 1:17-cv-07828 | Johnson v. Soo Line Railroad Company | Tharp |
| 1:17-cv-09154 | Billy Goat IP LLC v. The Billy Goat Chip Company LLC | Dow |

## Civil Referral Cases Reassigned to
## Magistrate Judge Harjani from Magistrate Judge Schenkier

| | | |
|---|---|---|
| 1:15-cv-06859 | The Hillshire Brands Company v. Travelers Casualty and Surety Company | Tharp |
| 1:16-cv-03401 | Republic Technologies (NA), LLC et al v. BBK Tobacco & Foods, LLP | Bucklo |
| 1:16-cv-07515 | Green v. Obaisi et al | Pallmeyer |
| 1:16-cv-11169 | Rucker v. Moventas, Inc et al | Coleman |
| 1:17-cv-02015 | Naperville Patriots Youth Football, Inc. v. PYTF, Inc. et al | Dow |
| 1:17-cv-03790 | Lujano v. Matthews et al | Kendall |
| 1:17-cv-09372 | Sabuco v. Pecelunas | Chang |
| 1:18-cv-01367 | Bader v. Navient Solutions, LLC | Coleman |
| 1:18-cv-03902 | Metropolitan Life Insurance Company v. Hines | Alonso |

## Civil Referral Cases Reassigned to
## Magistrate Judge Harjani from Magistrate Judge Valdez

| | | |
|---|---|---|
| 1:16-cv-01963 | Andersen v. City of Chicago et al | Kendall |
| 1:16-cv-05692 | City Of Evanston v. Northern Illinois Gas Company et al | Lee |
| 1:17-cv-02951 | The Estate of Vivian Maier v. Goldstein et al | Durkin |
| 1:17-cv-04575 | Kenall Manufacturing Company v. Cooper Lighting, LLC et al | Feinerman |
| 1:17-cv-08696 | Fulton v. Foley et al | Gettleman |
| 1:18-cv-00998 | Coleman v. City of Chicago et al | |
| 1:18-cv-01119 | Ride Right, LLC v. Pace Suburban Bus Division of the Regional Transportation Authority | Wood |
| 1:18-cv-03668 | Cohen Piechoconski v. P.O. Ott et al | Coleman |
| 1:18-cv-05193 | Roe v. Kindred Hospitals East, LLC | Feinerman |
| 1:18-cv-06868 | Doyle v. Congregation of the Sisters of St. Joseph, Inc. | Blakey |

5

**Civil Referral Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Kim**

| | | |
|---|---|---|
| 1:16-cv-08111 | Loza v. Josephson et al | Gettleman |
| 1:17-cv-02181 | McSwain Sr. v. City Of Chicago | Alonso |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Cole**

| | | |
|---|---|---|
| 1:17-cv-01718 | Ramirez v. The Parthenon Restaurant, Inc et al | Leinenweber |
| 1:17-cv-05763 | Laborers' Pension Fund et al v. SCG Maintenance Inc. | Alonso |
| 1:17-cv-07235 | Gerba v. National Hellenic Museum | Dow |
| 1:18-cv-00582 | Wheeler v. The Fitness Formula, LTD. et al | Gettleman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Gilbert**

| | | |
|---|---|---|
| 1:16-cv-03529 | Medline Industries, Inc. v. C.R. Bard, Inc. | Coleman |
| 1:16-cv-09157 | Washington v. Harris et al | Gettleman |
| 1:17-cv-00932 | Immanuel Baptist Church v. City of Chicago | Tharp |
| 1:17-cv-02380 | Taylor v. Catholic Charities of the Archdiocese of Chicago, The | Gettleman |
| 1:17-cv-04437 | Ortiz v. Hanna | Alonso |
| 1:17-cv-04637 | Gregory King v. Elementary School District 159 | Aspen |
| 1:17-cv-05846 | Slaughter v. Meridian Health Plan of Illinois, Inc. | Norgle |
| 1:17-cv-05938 | Morris v. Gleckler et al | Wood |
| 1:17-cv-06275 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Haynes et al | Kendall |
| 1:17-cv-07379 | Flores v. Triune Logistics, LLC | Leinenweber |
| 1:17-cv-08055 | Wahlert v. Kovitz Shifrin Nesbit et al | Gettleman |
| 1:17-cv-08836 | Schultz et al v. Kovitz Shifrin Nesbit | |
| 1:18-cv-00862 | Jones v. C/O Freeman | Bucklo |
| 1:18-cv-01028 | DeLeon-Reyes v. Guevara et al | Wood |
| 1:18-cv-02312 | Solache v. City Of Chicago et al | Wood |
| 1:18-cv-01737 | Trustees of the N.E.C.A. - IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds, v. New Frontier Electrical Construction, Inc. | Alonso |
| 1:18-cv-02587 | Adegoke v. Michael et al | Alonso |
| 1:18-cv-03054 | Doe 1 et al v. City of Chicago | Guzman |
| 1:18-cv-05172 | Hinton v. Santerelli et al | Bucklo |
| 1:18-cv-07209 | Midwest Operating Engineers Welfare Fund et al v. Robert Neises Construction Corp. | Alonso |

6

**Civil Referral Cases Reassigned to**
**Magistrate Judge Harjani from Magistrate Judge Finnegan**

| | | |
|---|---|---|
| 1:13-cv-04924 | Melongo v. Podlasek et al | Lee |
| 1:14-cv-00031 | Miller v. Dart et al | Gottschall |
| 1:15-cv-03761 | Seong v. The Joong-Ang Daily News, Inc. et al | Gottschall |
| 1:16-cv-00403 | Napleton's Arlington Heights Motors, Inc et al v. FCA US, LLC et al | Kendall |
| 1:16-cv-01967 | Lindsey v. Orlando et al | Pallmeyer |
| 1:16-cv-03530 | Newman v. Metropolitan Life Insurance Company | Durkin |
| 1:16-cv-03703 | Ferris v. Transworld Systems, Inc. et al | Chang |
| 1:16-cv-05079 | Pruitt et al v. Personnel Staffing Group, LLC et al | Dow |
| 1:16-cv-06033 | Nitch v. Chicago Transit Authority | Tharp |
| 1:16-cv-08067 | Shorter Thomas v. City Of Chicago | Chang |
| 1:16-cv-09072 | Williams v. Chicago Transit Authority | Feinerman |
| 1:16-cv-10599 | Gevas v. Obaisi et al | Lee |
| 1:17-cv-04260 | Gevas v. Pfister et al | Lee |
| 1:18-cv-02736 | Gevas v. Detella et al | Lee |
| 1:18-cv-03165 | Gevas v. Baldwin et al | Lee |
| 1:18-cv-04984 | Gevas v. Pork et al | Lee |
| 1:18-cv-06556 | Gevas et al v. Hardy et al | Lee |
| 1:17-cv-00929 | Golatte v. Chicago et al | Tharp |
| 1:17-cv-03015 | The Segerdahl Corp. v. Ferruzza et al | Coleman |
| 1:17-cv-02974 | Glenn v. Barrington 220 Community Unit School District | Tharp |
| 1:17-cv-03450 | Rodriguez v. Clerk of the Circuit Court of Cook County | Bucklo |
| 1:17-cv-04118 | Szilagyi v. Art Jewellers of London et al | Pallmeyer |
| 1:17-cv-05859 | Alcorn v. City Of Chicago et al | Kendall |
| 1:17-cv-06324 | Bell v. Cook County et al | Tharp |
| 1:17-cv-09001 | Advantage Healthcare, Ltd. v. DNA Diagnostics Center, Inc. | Coleman. |
| 1:17-cv-09070 | Jefferson v. Metra | Coleman |
| 1:18-cv-00828 | Lujan v. Group O, Inc. | Coleman |
| 1:18-cv-00943 | Hill v. DHL Express (USA), Inc. | Alonso |
| 1:18-cv-01469 | Brown v. Village of Markham | Alonso |
| 1:18-cv-02163 | Barco Sales, LLC v. American Boa, Inc. | Pallmeyer |
| 1:18-cv-02952 | Prince v. Kato et al | Lee |
| 1:18-cv-03402 | Guy v. Megabus USA, LLC, Megabus Southeast, LLC | Kennelly |
| 1:18-cv-04167 | PNC Bank, National Association v. Boytor et al | Coleman |
| 1:18-cv-04590 | Martinez et al v. La Cabanita Mexican Restaurant et al | Coleman |
| 1:18-cv-04850 | Braun v. Village of Palatine et al | Gettleman |
| 1:18-cv-05745 | McAllistr et al v. Willoughby et al | Blakey |
| 1:18-cv-05957 | Williams et al v. Carrington Mortgage Services LLC et al | Gettleman |
| 1:18-cv-06546 | Brinley Holdings Inc et al v. RSH Aviation, Inc. et al | Coleman |
| 1:18-cv-05663 | MedScript Pharmacy LLC v. D&D Pharma LTC, LLC | Gettleman |
| 1:18-cv-05829 | Malkowski v. Cleveland Corporation | Gettleman |

7

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Weisman**

| | | |
|---|---|---|
| 1:17-cv-03330 | Khatchik v. Mirus, Jr. et al | Tharp |
| 1:17-cv-06399 | Davis v. City Of Chicago et al | Alonso |
| 1:18-cv-03026 | Malibu Media, LLC v. Doe, subscriber assigned IP address 24.15.254.64 | Gettleman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Schenkier**

| | | |
|---|---|---|
| 1:13-cv-08444 | Stewart et al v. Waukegan Housing Authority et al | Tharp |
| 1:14-cv-05848 | Gordon v. Caribbean Cruise Line, Inc. et al | Lee |
| 1:17-cv-00458 | Gilbert, Jr. et al v. The United States of America et al | Leinenweber |
| 1:17-cv-05196 | Tynan v. Nation Motor Club, LLC | Alonso |
| 1:18-cv-03372 | Owen v. United Road Services, Inc. | Lee |
| 1:18-cv-05775 | Salemi v. DePuy Synthes, Inc. | Wood |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Valdez**

| | | |
|---|---|---|
| 1:16-cv-06961 | Kozyrkov v. Aculocity, LLC | Durkin |
| 1:17-cv-06370 | Green Light National, LLC v. Kent et al | Dow |
| 1:18-cv-02499 | Brandt Box & Paper Company, Inc. v. World Centric | Alonso |
| 1:18-cv-04593 | Murray v. Abbott Laboratories | Coleman |
| 1:18-cv-06005 | Therapearl, LLC v. Veridian Healthcare LLC | Alonso |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Cole**

| | | |
|---|---|---|
| 1:17-cv-02869 | Serrano v Guevara et al | Shah |
| 1:17-cv-04560 | Montanez v. Guevara et al | |
| 1:17-cv-08208 | Simmons v. Sierra et al | Gettleman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Gilbert**

| | | |
|---|---|---|
| 1:16-cv-08637 | Maplevale Farms, Inc. v. Koch Foods, Inc. et al | Durkin |
| 1:16-cv-10984 | Monroy v. Shutterfly, Inc. | Gettleman |
| 1:17-cv-02955 | Calhoun, Jr et al v. Dart et al | Feinerman |
| 1:17-cv-06320 | Barkema v. American Family Mutual Insurance Company et al | Pallmeyer |
| 1:17-cv-09252 | Summers v. Lipkin et al | Bucklo |

8

| 1:18-cv-02036 | Hemmings v. Insys Therapeutics, Inc. | Alonso |
| 1:18-cv-04016 | Estrada et al v. Board of Education of City of Chicago, District 299 et al | Feinerman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Cox from Magistrate Judge Finnegan**

| 1:12-cv-02921 | Brown v. City Of Chicago | Coleman |
| 1:14-cv-08543 | Berger et al vs. Howard Cortes, et al. | Durkin |
| 1:15-cv-09086 | Edwards v. David et al | Dow |
| 1:15-cv-11690 | Carr v. County Of Dupage et al | Gettleman |
| 1:16-cv-04530 | Keenan v. Home Depot USA, Inc. | Gottschall |
| 1:16-cv-07475 | Lloyd v. Bridger et al | Pallmeyer |
| 1:16-cv-09719 | Gray v. Arrow Electronics, Inc. | Chang |
| 1:17-cv-03077 | Van Vliet v. Illinois Department of Human Services | Kocoras |
| 1:17-cv-04414 | Santos v. Donovan | Lee |
| 1:17-cv-06978 | Norman B. Newman, solely as Liquidating Trustee of the World Marketing Liquidating Trust v. Crane, Heyman, Simon, Welch & Clar | Durkin |
| 1:17-cv-07860 | Butler v. Northeast Illinois Regional Commuter Railroad Corporation, The et al | Pallmeyer |
| 1:17-cv-08815 | Wade v. Northwestern Memorial Healthcare | Chang |
| 1:18-cv-01153 | V. AND F. Transformer Corporation et al v. Essex Ellis Group, Inc. et al | |
| 1:18-cv-02454 | Heard v. LaSalle County Defendants et al. | Alonso |
| 1:18-cv-03591 | Carrasco v. Freudenberg Household Products LP | Shah |
| 1:18-cv-04350 | Niewiadomski v. Costco Wholesale Corporation et al | Coleman |
| 1:18-cv-08062 | Riddell, Inc. v. Stimmel et al | Bucklo |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Mason from Magistrate Judge Weisman**

| 1:18-cv-02186 | Reed-McLaren v. Fay Servicing, LLC | Feinerman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Mason from Magistrate Judge Schenkier**

| 1:14-cv-08708 | Van et al v. Ford Motor Company | Dow |

9

**Civil Referral Cases Reassigned to**
**Magistrate Judge Mason from Magistrate Judge Kim**

| | | |
|---|---|---|
| 1:17-cv-04023 | Curtis Turner et al v. The American Bottling Company et al | Feinerman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Mason from Magistrate Judge Finnegan**

| | | |
|---|---|---|
| 1:17-cv-00891 | Laborers' Pension Fund et al v. GA Paving, LLC et al | Dow |
| 1:17-cv-01122 | McCarthy v. AT&T Mobility Svcs LLC. | Durkin |
| 1:18-cv-06776 | Wilander on Wheels L.L.C, v. CET Enterprises L.L.C. | Blakey |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Schenkier**

| | | |
|---|---|---|
| 1:17-cv-08198 | Santiago v. Patel  et al | Gettleman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Valdez**

| | | |
|---|---|---|
| 1:17-cv-07093 | Janikowski v. Mosquero et al | Wood |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Cole**

| | | |
|---|---|---|
| 1:17-cv-09219 | Yates v. Checkers Drive-in Restaurants, Inc.  et al | Coleman |

**Civil Referral Cases Reassigned to**
**Magistrate Judge Rowland from Magistrate Judge Finnegan**

| | | |
|---|---|---|
| 1:17-cv-05324 | Berman v. YRC Freight | Coleman |
| 1:18-cv-06504 | Perea v. Portfolio Recovery Associates, LLC | Tharp |