**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Deleon-Reyes | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 1028 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Andrea R. Wood |
| | ) | |
| | ) | |
| | ) | |
| Guevara, et al., | ) | |
| | ) | |
| Defendants | ) | |

**MOTION TO WITHDRAW COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendants Cook County, Andrew Varga, Karin Werhle, David Navarro, Thomas O'Malley, Heather Brualdi, by their attorneys, respectfully request that this Court grant Christina C. Chojnacki leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Defendants state as follows:

1.      Christina C. Chojnacki was a Cook County Assistant State's Attorney ("ASA") and has been one of the attorneys of record in the above-captioned matter.

2.      In December 2018, Ms. Chojnacki left the employment of the Cook County State's Attorney's Office.

3.      As a result, Ms. Chojnacki will no longer be involved in the litigation in this matter.

4.      In this matter, Defendants seeks to withdraw the appearance of former ASA Christina C. Chojnacki.

WHEREFORE, Defendants respectfully requests that the Court enter an order terminating the appearance of former ASA Christina C. Chojnacki in this action and to terminate notifications to her in this matter.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:     */s/ Julie Nikolaevskaya*
Yulia Nikolaevskaya
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3469

2