**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Deleon-Reyes, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| *-vs-* | )    No. 18-cv-1028 |
| | ) |
| Guevara, et al., | )    Honorable Judge |
| | )    Andrea R. Wood |
| *Defendant.* | ) |

**NOTICE OF FILING**

To:   **Jonathan I. Loevy**
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, IL 60607
(312)243-5900

PLEASE TAKE NOTICE that on Tuesday, January 15, 2019 at 9:00 a.m., the undersigned counsel shall appear before the Honorable Andrea R. Wood, in the courtroom usually occupied by him in Room 1925 of the Court for the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion to Withdraw Counsel.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By:   */s/ Julie Nikolaevskaya*
Yulia Nikolaevskaya
Assistant State's Attorney
50 West Washington Street, Suite 500
Chicago, Illinois 60602
(312) 603-3469

1

## **CERTIFICATE OF SERVICE**

I, Assistant State's Attorney Yulia Nikolaevskaya, hereby certify that the attached Motion to Withdraw Counsel was filed through the Court's CM/ECF system on 11th day of January, 2019. Parties of record may obtain a copy through the Court's CM/ECF system.

By:    */s/ Julie Nikolaevskaya*
Yulia Nikolaevskaya
Assistant State's Attorney
50 West Washington Street, Suite 500
Chicago, Illinois 60602
(312) 603-3469

2