# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTIRCT OF ILLINIOS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UPDATE ON DISCOVERY PRODUCTION

Pursuant to the Court's January 10, 2019 Order (Dkt. Reyes 128), Cook County submits the following update on its discovery production.

The documents at issue are currently being scanned and reviewed, and the County expects to complete production and review of a substantial amount of documents by January 25, 2019. The County should be able to produce a substantial batch of those documents by January 28-29, 2019. The County then expects to reply to Plaintiff Reyes' Request to Produce Documents within 21 days after the initial document production.

Dated: January 17, 2019

Respectfully submitted,

s/ Julie Nikolaevskaya
Yulia Nikolaevskaya
Office of the Cook County State's Attorney
Civil Rights Section
500 Richard Daley Center
Chicago, IL 60602
(312) 603-3473
*Attorneys for Individual Prosecutor Defendants Wehrle, Navarro, Brualdi, Varga, and O'Malley and Cook County*