## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Sunil Harjani |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 CV 2312 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Sunil Harjani |
| | ) | |
| | ) | JURY DEMAND |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

Please take notice that on Wednesday, **March 6, 2019, at 9:15 a.m.**, I shall appear before The Honorable Judge Sunil Harjani in Courtroom 1858, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the **Officer Defendants' Motion for Protective Order with Respect to Plaintiff's Secondary Third-Party Subpoenas**

Dated: February 28, 2019        /s/ Caroline P. Golden
                                  CAROLINE P. GOLDEN, Attorney No. 6211227
                                  *One of the Attorneys for Individual Defendants*

**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
Tel: (630) 735-3300
cgolden@jsotoslaw.com

## CERTIFICATE OF SERVICE

       I certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on February 28, 2019, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list:

**_Attorneys for Arturo Reyes:_**
Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
brady@loevy.com
sean@loevy.com

**_Attorneys for Gabriel Solache:_**
Jan Susler
Ben H. Elson
John L. Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@gmail.com
ben.elson79@gmail.com
stainthorp@gmail.com

**_Attorney for Cook County Defendants:_**
Yulia Nikolaevskaya
Cook County State's Attorney's Office
50 W. Washington St., Room 500
Chicago, IL 60602
(312) 603-3369
yulia.nikolaevskaya@cookcountyil.gov

**_Attorneys for City of Chicago:_**
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

**_Attorneys for Defendant Guevara:_**
James V. Daffada
Thomas M. Leinenweber
Kevin E. Zibolski
Justin L. Leinenweber
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
justin@ilesq.com

/s/Caroline P. Golden
*One of the Attorneys for Individual Defendants*
CAROLINE P. GOLDEN, Atty No. 06211227