IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Andrea R. Wood, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Andrea R. Wood, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO THE CITY
OF CHICAGO'S MOTION TO BIFURCATE *MONELL* CLAIMS**

# EXHIBIT B

```
 1                IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   THOMAS SIERRA,                    )   Docket No. 18 C 3029
                                       )
 4                  Plaintiff,         )
                                       )
 5            v.                       )   Chicago, Illinois
                                       )   November 7, 2018
 6   REYNALDO GUEVARA, et al.,         )   9:00 o'clock a.m.
                                       )
 7                  Defendants.        )

 8              TRANSCRIPT OF PROCEEDINGS - MOTION
                BEFORE THE HONORABLE JOHN Z. LEE
 9
     APPEARANCES:
10
     For the Plaintiff:              LOEVY & LOEVY, by
11                                   MR. SEAN STARR
                                     311 North Aberdeen Street
12                                   Third Floor
                                     Chicago, Illinois 60607
13
     For Defendant Guevara:          LEINENWEBER BARONI & DAFFADA, by
14                                   MR. THOMAS MORE LEINENWEBER
                                     120 North LaSalle Street
15                                   Suite 2000
                                     Chicago, Illinois 60602
16
     For Defendants Halvorsen,       THE SOTOS LAW FIRM, by
17   Mingey, Wojcik, McMurray,       MR. JOSH MICHAEL ENGQUIST
     Figueroa and Biebel:            550 Devon Avenue
18                                   Suite 150
                                     Itasca, Illinois 60143
19
     For Defendant City of           ROCK FUSCO & CONNELLY, by
20   Chicago:                        MS. EILEEN ELLEN ROSEN
                                     321 North Clark Street
21                                   Suite 2200
                                     Chicago, Illinois 60654
22
                      ALEXANDRA ROTH, CSR, RPR
23                      Official Court Reporter
                       219 South Dearborn Street
24                            Room 1224
                         Chicago, Illinois 60604
25                         (312) 408-5038
```

```
1         (Proceedings had in open court:)
2              THE CLERK:  18 CV 3029, Sierra versus Guevara.
3              MR. STARR:  Good morning, your Honor.  Sean Starr on
4    behalf of Mr. Sierra.
5              MS. ROSEN:  Good morning, your Honor.  Eileen Rosen on
6    behalf of defendant City of Chicago.
7              MR. ENGQUIST:  Good morning, your Honor.  Josh
8    Engquist on behalf of defendants Halvorsen, Mingey, Wojcik,
9    McMurray, Figueroa and Biebel.
10             MR. LEINENWEBER:  Good morning, Judge.  Tom
11   Leinenweber on behalf of defendant Guevara.
12             THE COURT:  Good morning.
13             So I understand that there are a number of other cases
14   involving Officer Guevara, is that correct?
15             MR. STARR:  That is correct, your Honor.
16             THE COURT:  How many are there?
17             MR. ENGQUIST:  There is nine total, including this
18   one.
19             THE COURT:  And is there a Monell discovery proceeding
20   in those cases?
21             MS. ROSEN:  There is not any Monell discovery
22   proceeding in earnest.  The cases are staggered in terms of the
23   filing dates.  And so motions to bifurcate are either filed and
24   under review or being filed.
25             With respect to the one that is most progressed, the
```

1  parties have focused on the underlying case.  It's the city's
2  intention to actually file a motion to bifurcate in that one as
3  well.
4            So there has been no Monell discovery in earnest in
5  any of the cases so far.
6            MR. STARR:  If I may add to that, your Honor?  In June
7  of this year we litigated to conclusion a Guevara case, Rivera
8  case.  And there was Monell discovery in that case as well.  So
9  a lot of discovery has already been conducted.
10           We -- our position is that these -- the Monell issues
11 are intertwined with the individual liability issues for a
12 number of reasons that are presented in our response to the
13 motion to bifurcate.
14           THE COURT:  No, I understand.  I reviewed all the
15 briefs with regard to the motion to bifurcate Monell claims.
16           MS. ROSEN:  If I can just respond briefly to the
17 Rivera case.  It's the city's position actually that, yes,
18 there was Monell discovery and there was a Monell claim that
19 was tried.  I think we mentioned that in our -- in our briefs.
20           The time periods are significantly different.  So
21 Rivera was a 1988 arrest and prosecution that concluded in
22 1990.  During that timeframe, Mr. Guevara was a gang crime
23 specialist, not a detective.  All of the other cases are --
24 have -- are later in the '90s and a detective.  And, you know,
25 the policies and practices of the City of Chicago did not

1    remain static.
2             So from the city's perspective, if we do go forward on
3    Monell, it's not done from the defense side of it.
4             THE COURT:  Okay.
5             MR. STARR:  If I can respond to that?
6             THE COURT:  No need.
7             So this is my ruling with regard to the defendant City
8    of Chicago's motion to bifurcate Monell claims:  As this
9    District Court recognized in Awalt v. Marketti, 2012 Westlaw
10   1161500, Northern District of Illinois, April 9, 2012, the
11   Seventh Circuit's decision in Thompson v. Cook County Sheriff's
12   Department, 604 F.3d 293, Seventh Circuit 2009, in this
13   district at least the clear weight of authority holds that
14   bifurcation is now heavily disfavored.  And indeed, bifurcation
15   of claims is the general exemption and not the rule.
16            Here having reviewed the arguments made by the
17   parties, I do not believe that bifurcation of plaintiff's
18   Monell claims is warranted.  First given the issue -- given the
19   issues that the plaintiff raised in this case in the complaint,
20   I do not believe that bifurcation of discovery or trial would
21   materially facilitate the speedy and efficient resolution in
22   this case.  In fact, in my experience, bifurcating Monell
23   discovery only tends to prolong the case and leads to
24   unnecessary disputes as to the appropriate scope of non-Monell
25   versus Monell discovery.

1           This is particularly true in a case like this, where
2   the city has been engaged in Monell discovery in similar cases.
3   And while the Monell discovery may not completely overlap or
4   even substantially overlap, the city certainly has a good start
5   on how it would go about searching for discovery that would be
6   the subject of plaintiff's Monell claims.
7           As for prejudice to the city, it argues that the
8   fact -- it argues that introduction of Monell discovery, Monell
9   evidence, during the trial would be unduly prejudicial to the
10  individual defendants.  This may be so, but this is an issue
11  that we can deal with as part of the pretrial conference as the
12  case heads to trial, when I will have a better sense of exactly
13  what the parties will want to introduce at trial and how the
14  offered evidence will be used.
15          On the other hand, the delays that bifurcation of
16  Monell discovery would cause this case I believe would
17  prejudice plaintiff's interests in achieving a speedy
18  resolution to this matter.  For those reasons, defendant city's
19  motion to bifurcate the Monell claim is denied but denied
20  without prejudice.  So that's my ruling with regard to the
21  city's motion to bifurcate.
22          So at the moment, I know that we put a schedule in
23  place, but recognize that the schedule may have to be adapted
24  based upon the scope of discovery.  Currently fact discovery is
25  set to conclude on June 28, 2019.

1    Given my ruling with regard to Monell discovery, do
2 you -- do the parties have a sense of how much time they need
3 for all of the discoveries in this case?
4    MS. ROSEN:  Judge, from the defendant's perspective,
5 if we are going to be fully litigating Monell discovery, the
6 city's estimate is that it will take at least six months and
7 probably a year to do the Monell discovery, based on, in fact,
8 the Rivera case where Monell discovery took three and a half
9 years.  And it was focused -- by the time we got to the Monell
10 discovery in Rivera, we had pretty much concluded all of the
11 discovery on the underlying case.  So that was three years,
12 give or take.
13    So, you know, that's our best estimate, looking at it
14 right now.
15    MR. STARR:  And, your Honor, our position is that, you
16 know, while the time period might be slightly different, the
17 policies may have changed.  The practices in large part didn't.
18 We think that the schedule that we're currently on is a
19 schedule that we can achieve, understanding that from the
20 city's perspective, you know, they have some heavy lifting
21 potentially to do.
22    But, you know, our position would be to stay on track
23 and then address this down the line if we need to.  We've
24 made -- we exchanged initial written discovery.  And the
25 responses are due in the next week or so.  Maybe on Monday, if

```
 1   I remember correctly.  We did the mandatory disclosures as
 2   well.
 3            So we feel like we're humming along just fine.
 4            THE COURT:  All right.  I am going to extend the
 5   deadline for fact discovery to September 30, 2019.  I am also
 6   going to refer this case to Magistrate Judge Weisman for
 7   discovery supervision, so that he can make sure that the
 8   parties remain on track for that date.
 9            For purposes of my calendar, we will set this case for
10   further status.  Carmen, let's look at the week of May 20,
11   please.
12            THE CLERK:  May 22 at 9:00 o'clock.
13            THE COURT:  All right.  Thank you.
14            MS. ROSEN:  Thanks, Judge.
15            MR. ENGQUIST:  Thank you.
16       (Which were all the proceedings heard in this case.)
17                              CERTIFICATE
18            I HEREBY CERTIFY that the foregoing is a true, correct
19   and complete transcript of the proceedings had at the hearing
20   of the aforementioned cause on the day and date hereof.
21
22    /s/Alexandra Roth                               11/7/2018
     _____     _____
23    Official Court Reporter                        Date
      U.S. District Court
24    Northern District of Illinois
      Eastern Division
25
```