**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Arturo DeLeon−Reyes
                             Plaintiff,

v.                                                              Case No.: 1:18−cv−01028
                                                              Honorable Andrea R. Wood

Reynaldo Guevara, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 24, 2019:

      MINUTE entry before the Honorable Andrea R. Wood:Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Defendant's motion to bifurcate [163] is denied. Any objections with respect to the proposed special representative from Plaintiff's original motion [53] shall be filed by 5/1/2019. Status hearing set for 7/25/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.