# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Judge Sunil Harjani |
| vs. | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 CV 2312 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Judge Sunil Harjani |
| | ) | |
| | ) | JURY DEMAND |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR APPOINTMENT OF
COUNSEL FOR INCARCERTED WITNESS ADRIANA MEJIA**

Defendants, by and through their respective attorneys, move this Honorable Court to appoint counsel for deponent Adriana Mejia and state as follows:

1. Adriana Mejia was the co-defendant of Plaintiffs, Gabriel Solache and Arturo Reyes, in the underlying criminal matter that is the basis of these lawsuits. Ms. Mejia plead guilty and is currently serving a life sentence at Logan Correctional Center in Lincoln, IL.

2. On June 18, 2019, the attorneys for the parties appeared for the scheduled deposition of Ms. Mejia.

3. Prior to beginning the deposition, Ms. Mejia expressed a desire to speak to an attorney prior to answering questions under oath at her deposition to assist her in understanding her rights and how this deposition could possibly impact her.

4. Ms. Mejia also informed counsel present at the deposition that she had recently met with a representative from the Mexican Consulate and sought assistance in locating an attorney who could assist her. She indicated that she had filled out some forms in that regard but that she had not heard back from any attorney.

5. Given Ms. Mejia's limited access to the courts as an unrepresented prisoner, the parties agreed in Ms. Mejia's presence, to file the present motion seeking appointment of counsel for Ms. Mejia.

6. As this Court is aware, Ms. Mejia is a central witness to this case. It is in the interest of all parties that this Court facilitates the appointment of counsel for Ms. Mejia in order to protect any rights she may have and assist in the expeditious completion of discovery.

7. This motion is not being made for the purpose of causing undue delay and will not result in prejudice to any party because discovery has been proceeding.

8. Plaintiffs' counsel was consulted on this issue while at Logan Correctional Center and had initially agreed with this motion. On June 21, consistent with this agreement, Defendants sent Plaintiffs' counsel a draft of this motion. On June 24, 2019, Plaintiffs' counsel responded as follows: "After further discussion with our team, Plaintiffs have decided not to join Defendants' motion and will instead file a separate statement of their position. Please represent our position as follows: Plaintiffs do not object to Ms. Mejia being represented by counsel for purposes of her deposition, but they plan to file a separate statement specifically setting out their position." Defendants immediately asked Plaintiffs to provide Defendants with their position. As of the filing of this motion, Plaintiffs' counsel has not responded to Defense counsel's inquiry.

9. As this Court will recall, Defendants have been seeking the deposition of Ms. Mejia since January 2019 (DeLeon-Reyes, Dkt. No. 134). Accordingly, Defendants request this Court appoint counsel to represent Ms. Mejia for the purpose of representing her for her deposition in this case from the rolls of the Trial Bar.

WHEREFORE, Defendants respectfully request this Honorable Court to appoint counsel to incarcerated witness Adriana Mejia for the purpose of representing her in her deposition in the above-captioned case and for whatever other relief this Court deems fit.

Dated: June 25, 2019

Respectfully Submitted,

/s/Josh M. Engquist
JOSH M. ENGQUIST, Atty No. 6242849
*One of the Attorneys for*
*Individual Defendants*

/s/Thomas M. Leinenweber
THOMAS M. LEINENWEBER, Atty No. 6209086
*One of the Attorneys for Defendant Guevara*

James G. Sotos
Jeffrey N. Given
Caroline P. Golden
Josh M. Engquist
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
630-735-3300
josh@jsotoslaw.com

Thomas M. Leinenweber
James V. Daffada
Justin L. Leinenweber
Kevin E. Zibolski
Leinenweber, Baroni & Daffada
120 N. LaSalle, Suite 2000
Chicago, Illinois 60602
312-663-3003
thomas@ilesq.com

/s/ Eileen E. Rosen
EILEEN E. ROSEN, Atty No. 6217428
*One of the Attorneys for City*
*Of Chicago*

/s/ Yulia Nikolaevskaya
YULIA NIKOLAEVSKAYA, Atty No. 6286971
*One of the Attorneys for Cook County Defendants*

Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com

Yulia Nikolaevskaya
Edward M. Brener
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
312-603-3469
yulia.nikolaevskaya@cookcountyil.gov

*/s/* Daniel M. Noland
DANIEL M. NOLAND, Atty No. 6231175
*One of the Attorneys for Defendant Navarro*

Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Reiter Burns, LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
dnoland@reiterburns.com

4

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on June 25, 2019, I electronically filed the foregoing **Defendants' Joint Motion for Appointment of Counsel For Incarcerated Witness Adriana Mejia** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

*Attorneys for Arturo Reyes:*
Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
brady@loevy.com
sean@loevy.com

*Attorneys for Gabriel Solache:*
Jan Susler
Ben H. Elson
John L. Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@gmail.com
ben.elson79@gmail.com
stainthorp@gmail.com

*Attorneys for Cook County Defendants:*
Yulia Nikolaevskaya
Edward M. Brener
Cook County State's Attorney's Office
50 W. Washington St., Room 500
Chicago, IL 60602
(312) 603-3369
yulia.nikolaevskaya@cookcountyil.gov
edward.brener@cookcountyil.gov

*Attorneys for City of Chicago:*
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

*Attorneys for Defendant Guevara:*
James V. Daffada
Thomas M. Leinenweber
Kevin E. Zibolski
Justin L. Leinenweber
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
justin@ilesq.com

*Attorney for David Navarro:*
Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Reiter Burns, LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
tburns@reiterburns.com
dnoland@reiterburns.com
pmichalik@reiterburns.com

/s/ Josh Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
*One of the Attorneys for Individual Defendants*