# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Judge Sunil Harjani |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 CV 2312 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood |
| | ) | Magistrate Judge Sunil Harjani |
| | ) | |
| | ) | |
| | ) | JURY DEMAND |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' JOINT STATEMENT REGARDING THE REQUEST FOR APPOINTMENT OF COUNSEL FOR INCARCERTED WITNESS ADRIANA MEJIA

Defendants, by and through their respective attorneys, submit the following statement in

support of their motion to appoint counsel for deponent Adriana Mejia, and state:

1.      On June 18, 2019, the attorneys for the parties appeared for the scheduled

deposition of Ms. Mejia. Ms. Mejia was initially confused as to what the attorneys were there for

and what was about to occur. (*See* Mejia transcript attached hereto as exhibit 1 at p.4.) The parties

then introduced themselves and did their best to explain why they were there to take her

deposition. *Id.* at pp. 4-5. Ms. Mejia then questioned how the deposition could affect her and if it

could harm her in some way having to do with her criminal sentence. *Id.* at p. 5. Ms. Rosen

attempted to explain that she did not think the deposition could affect her criminal sentence in anyway, but as an officer of court had to inform the deponent that she had a right to talk to an attorney about her concerns. *Id.* at pp. 5-6. Ms. Mejia then expressed a desire to speak to an attorney prior to answering any questions. *Id.* at p. 6.

2.      While Ms. Rosen was unsure how Ms. Mejia could get access to counsel, counsel for Plaintiff Solache, Mr. Stainthorp, suggested two possible avenues. *Id.* at pp. 6-7. The first option suggested by Mr. Stainthorp was to contact the Mexican Consulate. *Id.* at p. 6. Ms. Mejia then informed counsel present at the deposition that she had recently met with a representative from the Mexican Consulate and sought assistance in locating an attorney who could assist her. However, she had not heard back from these attorneys that the consulate recommended. *Id.* The second option suggested by Mr. Stainthorp was to reach out to the Court and request that an attorney be appointed to represent Ms. Mejia on this issue. *Id.* at p. 7. All the parties then agreed to continue the deposition and file a joint motion with the Court seeking appointment of counsel for Ms. Mejia. *Id.*

3.      The relief that Defendants seek in this matter is not unique and has been granted in the past by other courts in this district. In *Cannon v. Burge, et* al, 05-cv-2192, an incarcerated witness, Mr. McChristiansen, just prior to the start of his deposition requested to speak with an attorney and the parties filed an emergency motion seeking the Court's assistance. Judge St. Eve granted the emergency motion and appointed counsel. (*See* March 19, 2007 Minute Order attached hereto as exhibit 2.) Similarly, in *Ruiz-Cortez v. City of Chicago, et al.,* 11-cv-1420, the parties were confronted with a key witness who expressed a desire to consult with an attorney prior to his deposition. The parties then filed a joint motion seeking appointment of counsel. (*See* Joint Motion for appointment of counsel attached hereto as exhibit 3.) Judge Leinenweber granted the joint

motion and appointed counsel for the deponent. (*See* May 19, 2015 Minute Order attached hereto as exhibit 4.)

4.      When the parties suspended the deposition of Ms. Mejia, Defendants were justifiably under the assumption that the motion for appointment of counsel was going to be filed jointly by the parties.  Even after Plaintiffs' counsel informed Defendants that they had changed their mind as to filing the motion as a joint motion, Defendants were still left in the dark as to Plaintiffs' position until their filing, despite a request by Defendants for Plaintiffs' position prior to the filing of the motion. Regardless of Plaintiffs' changed position, the parties had already represented to Ms. Mejia that they would reach out to this Court and seek assistance and Defendants felt obligated to follow through with that agreement.

5.      As this Court is aware, Ms. Mejia is a central witness to this case. Defendants have been attempting to take her deposition since January 2019 and have tried to work cooperatively with Plaintiffs to accomplish this.  Ms. Mejia's deposition will affect future depositions in this case, as well as possibly expand the number or narrow the number of depositions of third party witnesses that will need to be completed.

6.      Accordingly, Defendants request this Court appoint counsel to represent Ms. Mejia for the purpose of assisting Ms. Mejia prior to and possibly representing her for her deposition.  In the alternative, Defendants request that this Court allow Ms. Mejia thirty days to secure counsel and her deposition to proceed within forty-five days.

WHEREFORE, Defendants respectfully request this Honorable Court to appoint counsel to incarcerated witness Adriana Mejia for the purpose of representing her in her deposition in the above-captioned case and for whatever other relief this Court deems fit.

Dated: July 1, 2019            Respectfully Submitted,

/s/Josh M. Engquist           /s/Thomas M. Leinenweber
JOSH M. ENGQUIST, Atty No. 6242849     THOMAS M. LEINENWEBER, Atty No. 6209086
*One of the Attorneys for*           *One of the Attorneys for Defendant Guevara*
*Individual Defendants*

James G. Sotos                  Thomas M. Leinenweber
Jeffrey N. Given                 James V. Daffada
Caroline P. Golden             Justin L. Leinenweber
Josh M. Engquist              Kevin E. Zibolski
THE SOTOS LAW FIRM, P.C.      Leinenweber, Baroni & Daffada
141 W. Jackson, Suite 1240A        120 N. LaSalle, Suite 2000
Chicago, Illinois 60604            Chicago, Illinois 60602
630-735-3300                   312-663-3003
josh@jsotoslaw.com            thomas@ilesq.com

/s/ Eileen E. Rosen            /s/ Yulia Nikolaevskaya
EILEEN E. ROSEN, Atty No. 6217428     YULIA NIKOLAEVSKAYA, Atty No. 6286971
*One of the Attorneys for City*         *One of the Attorneys for Cook County Defendants*
*Of Chicago*

Eileen E. Rosen                 Yulia Nikolaevskaya
Stacy A. Benjamin             Edward M. Brener
Catherine M. Barber           Cook County State's Attorney's Office
Theresa B. Carney            500 Richard J. Daley Center
Austin G. Rahe                Chicago, Illinois 60602
Rock Rusco & Connelly, LLC      312-603-3469
312 N. Clark, Suite 2200         yulia.nikolaevskaya@cookcountyil.gov
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com

/s/ Daniel M. Noland
DANIEL M. NOLAND, Atty No. 6231175
*One of the Attorneys for Defendant Navarro*

Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Reiter Burns, LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
dnoland@reiterburns.com

4

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on July 1, 2019, I electronically filed the foregoing **Defendants' Joint Statement Regarding The Request for Appointment of Counsel for Incarcerated Witness Adriana Mejia** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

**_Attorneys for Arturo Reyes:_**
Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
brady@loevy.com
sean@loevy.com

**_Attorneys for Gabriel Solache:_**
Jan Susler
Ben H. Elson
John L. Stainthorp
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@gmail.com
ben.elson79@gmail.com
stainthorp@gmail.com

**_Attorneys for Cook County Defendants:_**
Yulia Nikolaevskaya
Edward M. Brener
Cook County State's Attorney's Office
50 W. Washington St., Room 500
Chicago, IL 60602
(312) 603-3369
yulia.nikolaevskaya@cookcountyil.gov
edward.brener@cookcountyil.gov

**_Attorneys for City of Chicago:_**
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Rock Fusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com

**_Attorneys for Defendant Guevara:_**
James V. Daffada
Thomas M. Leinenweber
Kevin E. Zibolski
Justin L. Leinenweber
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
thomas@ilesq.com
kevin@ilesq.com
justin@ilesq.com

**_Attorney for David Navarro:_**
Terrence M. Burns
Daniel M. Noland
Paul A. Michalik
Reiter Burns, LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
tburns@reiterburns.com
dnoland@reiterburns.com
pmichalik@reiterburns.com

5

/s/ Josh Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
*One of the Attorneys for Individual Defendants*