# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | No. 18 C 1028 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| GABRIEL SOLACHE, | ) | |
| | ) | No. 18 C 2312 |
| Plaintiff, | ) | |
| | ) | Hon. Andrea R. Wood, |
| v. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| Defendants. | ) | |

## PLAINTIFFS' STATEMENT REGARDING ADRIANA MEJIA

Pursuant to the Court's order of June 26, 2019 (Dkt. 196), Plaintiffs respectfully submit the following statement regarding the appointment of counsel for Adriana Mejia:

1. This Court's order of June 26, 2019, stated: "The parties are ordered to file a joint statement with sufficient case law authority to support their request for recruitment of counsel in this case." Dkt. 196.

2. This afternoon, Defendants filed a joint motion providing cases to the Court. Dkt. 199.

3. Plaintiffs were unsure whether the Court's order applied to them, considering their position set out in their response to the Defendants' motion to appoint counsel. Dkt. 193.

4. Plaintiffs' position remains the same: It should not be their responsibility to recruit counsel for Ms. Mejia, a third-party witness who in the past has falsely implicated them in murder and kidnapping. Accordingly, Plaintiffs take no position on Defendants' motion, and for that reason they are not providing law in support of Defendants' motion. If the Court wishes Plaintiffs to conduct research on this question, Plaintiffs will of course do so. Again, Plaintiffs have no objection to an attorney being appointed who can represent Ms. Mejia prior to and during her deposition, if the Court deems that appropriate, and so Plaintiffs do not oppose the relief that Defendants seek.

5. Finally, as stated in Plaintiff's initial response, if Ms. Mejia testifies, she will likely testify about her participation in the Soto murders and kidnapping, as well as various statements she has made about those crimes in the past, some under oath and others to law enforcement personnel. In the *Cannon v. Burge* case cited by Defendants, Dkt. 199 at 2, the federal public defender was appointed to represent a third-party witness facing potential criminal exposure. As in that case, it is the view of Plaintiffs' attorneys that it would be appropriate for an attorney experienced in criminal law, who is aware of Ms. Mejia's potential exposure, to be appointed here, if the Court deems appointment appropriate.

RESPECTFULLY SUBMITTED,

/s/ Steven Art
*One of Plaintiffs' Attorneys*

Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
Loevy & Loevy
311 N. Aberdeen, 3rd floor

Chicago, IL 60607
312.243.5900
steve@loevy.com
*Attorneys for Arturo Reyes*

Jan Susler
John L. Stainthorp
Ben H. Elson
People's Law Office
1180 N. Milwaukee, 3rd floor
Chicago, IL 60642
773.235.0070
*Attorneys for Gabriel Solache*

3

## CERTIFICATE OF SERVICE

      I, Steven Art, an attorney, certify that I filed the foregoing PLAINTIFFS' STATEMENT REGARDING ADRIANA MEJIA on July 1, 2019, using the Court's CM/ECF system, which effected service on all counsel of record.

                                                /s/ Steven Art
                                                *One of Plaintiffs' Attorneys*