**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Arturo DeLeon−Reyes
           Plaintiff,

v.                 Case No.: 1:18−cv−01028
                Honorable Andrea R. Wood

Reynaldo Guevara, et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 2, 2019:

   MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held. For the reasons stated on the record, Defendants' Joint Motion for Appointment of Counsel for Incarcerated Witness Adriana Mejia [190] is granted. The Court appoints Dena Singer, a panel attorney from the Federal Defender Program, to represent Ms. Mejia for her deposition only. As discussed in open court, counsel for Defendant City of Chicago shall provide Ms. Mejia's prior witness statements as well as any additional information that Ms. Singer feels she needs to properly prepare her client for the deposition. Counsel for Defendant City of Chicago and Ms. Singer shall meet and confer regarding this issue by 7/12/2019. A telephone status hearing on this issue only is set for 7/29/2019 at 11:30 a.m. Plaintiff's counsel shall initiate the call to Defendants' counsel and Ms. Singer and then jointly contact chambers at (312) 435−3000. At that time, counsel shall be prepared to advise the Court as to a date when Ms. Mejia's deposition will take place. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.