Arturo DeLeon−Reyes
                                 Plaintiff,

v.                                              Case No.: 1:18−cv−01028
                                                         Honorable Andrea R. Wood

Reynaldo Guevara, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, the Court appoints Kevin Rogers as special representative for Defendant Francis Cappitelli. By 8/8/2019, defense counsel shall file a status report stating whether they have been able to contact family members of Defendant John Karalow and, if so, the family members' preferences regarding the appointment of a special representative. Status hearing set for 12/3/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.