# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTIRCT OF ILLINIOS
## EASTERN DIVISION

| | |
|---|---|
| ARTURO DeLEON-REYES, ) | |
| ) | |
| Plaintiff, ) | 1:18 Civ. 1028 |
| ) | |
| v. ) | Hon. Andrea R. Wood |
| ) | District Judge |
| REYNALDO GUEVARA, et al., ) | |
| ) | Magistrate Sunil R. Harjani |
| Defendants. ) | |
| ) | |
| | |
| GABRIEL SOLACHE, ) | |
| ) | |
| Plaintiff, ) | 1:18 Civ. 2312 |
| ) | |
| v. ) | Hon. Andrea R. Wood |
| ) | District Judge |
| CITY OF CHICAGO, *et al.*, ) | |
| ) | Magistrate Sunil R. Harjani |
| Defendants. ) | |
| ) | |

## **STATUS REPORT**

Pursuant to this Honorable Court's July 25, 2019 Minute Entry (Dkt. 209), Defendant, City of Chicago, submits the following status report regarding Defendant John Karalow:

1. On August 6, 2019, defense counsel made contact with Defendant John Karalow's daughter, who has been made aware of this pending action and the Plaintiff's desire to have a special representative appointed.

2. Ms. Karalow has indicated that she is willing to serve as the special administrator in this matter, but would like to speak to a probate attorney in order to ensure that she fully understands her responsibilities when acting in this capacity.

3. Defense counsel anticipates being able to inform the court of Ms. Karalow's final decision within seven days.

Dated: August 8, 2019

Respectfully submitted,

CITY OF CHICAGO

By: ⎯⎯⎯/s/ *Theresa Berousek Carney*⎯⎯
One of its attorneys

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
tcarney@rfclaw.com