# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTIRCT OF ILLINIOS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT

Pursuant to this Honorable Court's July 25, 2019 Minute Entry (Dkt. 209), Defendant, City of Chicago, (the "City") submits the following update to the August 8, 2019 status report (Dkt. 210) regarding Defendant John Karalow:

1. Theresa Karalow, daughter of Defendant John Karalow (deceased), has agreed to serve as Special Administrator for purposes of this litigation.

Dated: August 15, 2019

Respectfully submitted,

CITY OF CHICAGO

By: _____/s/ *Theresa Berousek Carney*___
One of its attorneys

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
tcarney@rfclaw.com