# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601.1692
TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

Direct Number: (312) 269-4273
selmer@jonesday.com

JP016274
954696-605012

August 11, 2015

**SENT VIA UPS**

Gayle M. Horn
Roshna Bala Keen
Loevy & Loevy
312 N. May Street, Ste. 100
Chicago, IL 60607

Re: <u>Kluppelberg v. Burge, Case No. 13-cv-03963</u>

Dear Counsel:

    Enclosed is a disk containing documents bates-labeled CITY-KLUP_035969-CITY-KLUP_036564, CITY-KLUP_036626-CITY-KLUP_037712, and CITY-KLUP_037789-CITY-KLUP_038170 produced on behalf of the City of Chicago in the above-referenced litigation. This is the first production being made in conjunction with the Court's order of July 23, Docket No. 273. In keeping with the City's letter of May 20, 2015, documents bates-labeled CITY-KLUP_036565-CITY-KLUP_036625, and CITY-KLUP_037713-CITY-KLUP_037788 are being withheld pursuant to Illinois statutes restricting the distribution of law enforcement records relating to juvenile offenders.

Sincerely,

Scott B. Elmer

Enclosure

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601.1692

TELEPHONE: +1.312.782.3939 • FACSIMILE: +1.312.782.8585

Direct Number: (312) 269-4273
selmer@jonesday.com

JP016274
954696-605012

November 2, 2015

<u>SENT VIA UPS</u>

Elizabeth A. Ekl
Jaclyn L. McAndrew
The Sotos Law Firm, P.C.
550 E. Devon, Ste. 150
Itasca, IL 60143

Re: <u>Kluppelberg v. Burge, Case No. 13-cv-03963</u>

Dear Counsel:

Enclosed are two discs containing documents bates-labeled CITY-KLUP_117517-128985, produced on behalf of the City of Chicago in the above-referenced litigation. This is the twelfth production being made in conjunction with the Court's order of July 23, Docket No. 273. In keeping with the City's letter of May 20, 2015, documents corresponding to the bates ranges listed in the attached Schedule A are being withheld pursuant to Illinois statutes restricting the distribution of law enforcement records relating to juvenile offenders.

Sincerely,

Scott B. Elmer

Enclosure

JONES DAY

Elizabeth A. Ekl
November 2, 2015
Page 2

## SCHEDULE A

CITY-KLUP_117518-CITY-KLUP_117647
CITY-KLUP_119142-CITY-KLUP_119332
CITY-KLUP_122580-CITY-KLUP_122628
CITY-KLUP_122686-CITY-KLUP_122715
CITY-KLUP_123221-CITY-KLUP_123282
CITY-KLUP_123283-CITY-KLUP_123309
CITY-KLUP_123310-CITY-KLUP_123404
CITY-KLUP_123405-CITY-KLUP_123443
CITY-KLUP_124231-CITY-KLUP_124328
CITY-KLUP_124329-CITY-KLUP_124417
CITY-KLUP_124418-CITY-KLUP_124433
CITY-KLUP_124616-CITY-KLUP_124684
CITY-KLUP_124778-CITY-KLUP_124809
CITY-KLUP_125103-CITY-KLUP_125160
CITY-KLUP_126157-CITY-KLUP_126195
CITY-KLUP_126534-CITY-KLUP_126560
CITY-KLUP_126703-CITY-KLUP_126718
CITY-KLUP_126779-CITY-KLUP_126813
CITY-KLUP_126829-CITY-KLUP_126892
CITY-KLUP_127159-CITY-KLUP_127186
CITY-KLUP_127577-CITY-KLUP_127590
CITY-KLUP_128115-CITY-KLUP_128263
CITY-KLUP_128531-CITY-KLUP_128875