UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jacques Rivera
                               Plaintiff,

v.                                              Case No.: 1:12−cv−04428
                                                           Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 24,2013:

        MINUTE entry before Honorable Mary M. Rowland:Motion hearing held on 9/24/2013. Plaintiff's Motion to Compel [64] is granted in part and denied in part. First, the parties have identified files involving closed Area 5 homicide cases covering a seven year period where a line−up was utilized. Defendant shall produce the entirety of those files to plaintiff at plaintiff's expense. Second, the plaintiff wants to limit the search of files to Area 5. The City wishes to expand the scope of the closed files searched for an additional three years and to the entire City. The City is permitted to define the parameters of the project in this regard. Counsel for the City shall notify plaintiff by 10/4/2013 of her final decision regarding t he years to be searched and the geographic areas of the City to be included. Finally, there are presumably open homicide files that are maintained at Area 5 that cover crimes committed during the pertinent time period where a line−up was used. The Ci ty has articulated business and safety concerns about having counsel for plaintiff attend a review of those files. Defense counsel is given until 10/25/2013 to review those Area 5 open files. If the City wants to rely on any of those investigations , plaintiff's counsel will be permitted to observe counsel for the defendant review all the pertinent open Area 5 files. Those that contain a line−up, like the closed files, will be produced to plaintiff, at plaintiff's expense. Further, a s defense counsel reviews the Area 5 open files, any open files housed at Area 5 that correspond to closed files (files having the same RD number) already being produced shall be produced to plaintiff, again at plaintiff's expense. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.