

Anand Swaminathan <anand@loevy.com>

---

## Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing
1 message

---

**Russell Ainsworth** <russell@loevy.com>     Thu, Dec 19, 2013 at 1:16 PM
To: "Eileen E. Rosen" <ERosen@rockfuscoconnelly.com>
Cc: Steven Art <steve@loevy.com>, "Catherine M. Barber" <cbarber@rockfuscoconnelly.com>, Jim Sotos <jsotos@jsotoslaw.com>, "Elizabeth A. Ekl" <eekl@jsotoslaw.com>, "Caroline P. Golden" <cgolden@jsotoslaw.com>, "Jeffrey N. Given" <JGiven@jsotoslaw.com>, Jay Rock <JRock@rockfuscoconnelly.com>, Silvia Mercado <SMercado@rockfuscoconnelly.com>, "Stacy A. Benjamin" <SBenjamin@rockfuscoconnelly.com>, Jon Loevy <jon@loevy.com>, Anand Swaminathan <anand@loevy.com>, Elizabeth Mazur <elizabethm@loevy.com>, Locke Bowman <l-bowman@law.northwestern.edu>, David M Shapiro <david.shapiro@law.northwestern.edu>, "Theresa B. Carney" <tberousek@rockfuscoconnelly.com>, Alexa Anne Van Brunt <a-vanbrunt@law.northwestern.edu>

Eileen,

Please find my letter to you regarding the production of the files ordered to be produced in Judge Rowland's September 24, 2013 Order, attached.

Best,

Russell

On Tue, Nov 19, 2013 at 9:56 AM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

> Ok.
>
> Eileen E. Rosen
>
> Rock Fusco & Connelly, LLC
>
> 321 North Clark Street
>
> Suite 2200
>
> Chicago, IL 60610
>
> (312) 494-1000
>
> (312) 494-1001(fax)
>
> erosen@rockfuscoconnelly.com
>
> ---
>
> **From:** Steven Art [mailto:steve@loevy.com]
> **Sent:** Tuesday, November 19, 2013 9:47 AM
>
> **To:** Eileen E. Rosen
> **Cc:** Russell Ainsworth; Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt
> **Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing
>
> If there are things that cannot be scanned, let's just ask Merrill to make a note of what they are and what file they were in (by RD#). My recollection is that there are very few items of physical evidence in those envelopes.
>
> Thanks again,
>
> Steve

On Tue, Nov 19, 2013 at 9:44 AM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

I will find out about the cost and let you know.

As for the contents of the envelopes, how do you propose to deal with items cannot be scanned?

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Tuesday, November 19, 2013 9:40 AM

**To:** Eileen E. Rosen
**Cc:** Russell Ainsworth; Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt
**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Eileen,

Thanks for getting the process moving. Our understanding is that Merill is simply scanning the documents. If the price for scanning is the same whether color or B&W, we'd prefer color. If color costs more, we will make do with B&W.

In any event, we'd like the whole file. I agree that we looked briefly through the envelopes of photos in each file and nothing jumped out, but we can't agree that nothing in those envelopes is relevant to the case.

Thanks,

Steve

On Tue, Nov 19, 2013 at 9:29 AM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

Merrill has all of the information to get started but I have two questions before I give them the final go ahead. First, do you see any need for color copies? I do not but I wanted to check with you. Second, as you will recall, some of the files had envelopes attached that contained miscellaneous items. We looked through them to ensure that they did not contain anything lineup related. They did not. I see no reason to scan any of the contents of the envelopes. Please let me know if you agree. Once these two issues have been resolved, I will contact Merrill and tell them to begin.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Monday, November 18, 2013 2:19 PM
**To:** Eileen E. Rosen
**Cc:** Russell Ainsworth; Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt
**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

I just received a call from Merrill saying that they had not yet received the information from you about redaction that they need to start scanning and producing documents to us. They said they had sent you an email and left a voicemail as well asking for information. Given the City's very long delay in producing these documents, I would appreciate you providing the information to Merrill today so that we can move the case along.

Please let me know if that will present any problem. Thanks, as always, for your cooperation.

Sincerely,

Steve

On Fri, Nov 15, 2013 at 2:58 PM, Steven Art <steve@loevy.com> wrote:
Dear Eileen,

Thanks for reminding me about your email on the subject of redaction. We do not have any objection to your proposal. Please pass along that information to Merrill today and I will follow up with them to provide our billing information so that the production can be completed.

On the subject of the City's delay, I was referring to the fact that Judge Rowland ordered production of these documents at the end of September and it is now mid-November and Plaintiff still has not received the documents that the City was ordered to produce. Plaintiff has not set any arbitrary deadline relating to this document production.

Thanks, as always, for your cooperation.

Sincerely,

Steve

On Fri, Nov 15, 2013 at 2:20 PM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

I informed you in my email on 11/4 (which appears below in this email string) about the redactions. Specifically, I informed you that:

"Please be advised that all information pertaining to juveniles will be redacted in accordance with the provisions of the Juvenile Court Act. *See* 705 ILCS 405/1-7, 705 ILCS 405/5-905, 705 ILCS 405/5-120, 705 ILCS 405/5-130, 705 ILCS 405/5-105. Additionally, all social security numbers will be redacted. I assume Plaintiff has no objection to either of these redactions."

I heard no objection from Plaintiff since I sent that email on 11/4 and thus assumed that there was no objection. If you have some objection to CPD complying with State Law, than please articulate it now. Otherwise, I will provide Merrill with the appropriate instructions and they can get started.

Additionally, I vehemently disagree that there has been "a weeks' long delay in the production" of the documents. Plaintiff cannot arbitrarily set a deadline and then, when that deadline is not met, claim that there has been a delay.

If you would like to discuss this further, please feel free to contact me.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Friday, November 15, 2013 2:03 PM
**To:** Eileen E. Rosen
**Cc:** Russell Ainsworth; Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt

**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

I just received a call from Merrill saying that they are ready to begin scanning the documents identified by the parties in connection with the filler lineup project. Merrill says they are waiting on instructions from Mr. Rosen about what information to redact from the documents. I do not recall any discussion about redaction. What instruction did you intend to give about redaction?

We are interested in moving this project along today, given that Merrill is ready to proceed and given that there has been a weeks' long delay in the production. Accordingly, I would appreciate a response from you this afternoon so that we can get the ball rolling.

Sincerely,

Steve

On Fri, Nov 15, 2013 at 9:09 AM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Russell,

The files have all been pulled. They will be picked by Merrill today. Once Merrill takes possession and has an opportunity to review them, they will provide me with an estimate for the cost of scanning and redacting. They will also provide me with an estimated time of completion. I will provide you with this information as soon as I have it.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Russell Ainsworth [mailto:russell@loevy.com]
**Sent:** Friday, November 08, 2013 4:12 PM
**To:** Eileen E. Rosen
**Cc:** Steven Art; Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt

**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Eileen,

I think the issue is that we asked that the files be scanned, not photocopied. We don't wish to pay for photocopying, per our previous requests.

Best,

Russell

On Fri, Nov 8, 2013 at 4:09 PM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

If you will read my email of 11/4/13, below, I stated: "My client is in the process of pulling the files to be sent out for photocopying and *scanning*." Accordingly, your assertion that you received no response to this request is inaccurate.

The files are in the process of being pulled to be sent for photocopying and scanning, which, barring any unforeseeable delay, will be complete early next week. Accordingly, your request for the files by close of business 11/11/13 is not possible.

The vendor will be Merrill. I do not yet know he cost but will have that early next week as well.

If you have any questions, please feel free to contact me.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Wednesday, November 06, 2013 6:10 PM
**To:** Eileen E. Rosen
**Cc:** Catherine M. Barber; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt

**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

Thank you for your email. Given the great length of time that has passed since Judge Rowland ordered the City to produce these documents, we would like to receive them by close of business on Monday, November 11, 2013. Please let us know if that presents any problem.

In addition, we had written to counsel for the City on a number of occasions asking that the vendor retained to produce the files scan rather than copy those files. As with all of our other correspondence on the subject of this production, we received no response. Because Plaintiff is bearing the cost of the duplication of files, we expect to receive the files in electronic format. Please confirm that the vendor you have selected will provide the documents in that format.

Finally, we were never given a list of vendors from which to choose, despite repeated requests. Please provide us the name of the vendor you intend to use and an approximate cost of the production by the end of this week.

Do not hesitate to contact me if you would like to discuss this issue further. Thank you, as always, for your cooperation.

Sincerely,

Steve

On Mon, Nov 4, 2013 at 3:58 PM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

I apologize for not updating you on the status of this sooner. I was tied up with trial preparation on two different cases and this got away from me. My client is in the process of pulling the files to be sent out for photocopying and scanning. The vendor will be instructed to contact you for payment. My client will take care of the arrangements with the vendor.

Please be advised that all information pertaining to juveniles will be redacted in accordance with the provisions of the Juvenile Court Act. *See* 705 ILCS 405/1-7, 705 ILCS 405/5-905, 705 ILCS 405/5-120, 705 ILCS 405/5-130, 705 ILCS 405/5-105. Additionally, all social security numbers will be redacted. I assume Plaintiff has no objection to either of these redactions. I will let you know when the files are in the possession of the vendor.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Sunday, November 03, 2013 2:48 PM
**To:** Catherine M. Barber
**Cc:** Eileen E. Rosen; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa B. Carney; Alexa Anne Van Brunt
**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

More than five weeks ago, Judge Rowland ordered the City to produce files identified during the parties' review of Area Five files at the Chicago Police Department warehouse. Shortly after that order, on October 2, 2013, we provided the City with a list of the Area Five files that the parties had identified and asked you to provide us a list of vendors who we might hire to scan those files. Since that time, we have requested that your provide us a list of vendors to scan files on two additional occasions. We have not heard any response.

By close of business on Monday, November 4, please provide us a list of vendors so that we can use to complete the production of these files within the next week, otherwise we will have no option but to raise this issue again with the Court.

Please do not hesitate to contact me if you would like to discuss this issue further. Thanks for your cooperation.

Sincerely,

Steve

On Sat, Oct 19, 2013 at 5:13 PM, Steven Art <steve@loevy.com> wrote:

Dear Counsel,

Please let me know whether we will be starting our file review on Tuesday at 9:00 a.m. or 10:00 a.m.

In addition, despite two prior requests, we have still not heard any response from the City about what vendors we might hire to scan those files from Area Five that we identified as involving lineups. Please provide us potential vendors so that we can get this process moving.

Sincerely,

Steve

On Fri, Oct 11, 2013 at 12:58 PM, Catherine M. Barber <cbarber@rockfuscoconnelly.com> wrote:

Thanks for getting back to me. I will confirm the dates with CPD. I assume that we will start at 9, but I will confirm the time as well and let you know.

Thanks

Katie

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Friday, October 11, 2013 12:39 PM
**To:** Catherine M. Barber
**Cc:** Eileen E. Rosen; Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Theresa L. Berousek; Alexa Anne Van Brunt

**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Katie,

Those dates will work for us. What time should we plan to start?

Thanks,

Steve

On Thu, Oct 10, 2013 at 2:15 PM, Catherine M. Barber <cbarber@rockfuscoconnelly.com> wrote:

Steve,

Are you available to continue our review at the warehouse on 10/22, 10/23, 10/28, 10/29, 11/4, and 11/5? Please let us know if those dates work for you.

Thanks,

Katie

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Wednesday, October 09, 2013 6:58 PM

**To:** Eileen E. Rosen
**Cc:** Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Catherine M. Barber; Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Alexa Anne Van Brunt
**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Eileen,

We will make ourselves available on multiple days a week so that we can complete this project in a timely fashion before the close of fact discovery. We would appreciate if someone in your office could provide dates for after 10/21 and into November as soon as possible.

Thanks,

Steve

On Wed, Oct 9, 2013 at 11:58 AM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Steve,

As I think I mentioned when we spoke on Friday, I will be starting a trial next week so we unfortunately cannot resume the warehouse file review until the week of 10/21. Can you devote more than one day a week to the review?

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Tuesday, October 08, 2013 2:52 PM
**To:** Eileen E. Rosen
**Cc:** Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Jay Rock; Silvia Mercado; Stacy A. Benjamin; Catherine M. Barber; Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Alexa Anne Van Brunt
**Subject:** Re: Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

Given the size of the review at hand, we'd like to continue as soon as possible. Please let us know dates in the next two weeks where we can conduct additional file review.

Thanks for your cooperation.

Sincerely,

Steve

On Fri, Oct 4, 2013 at 6:28 PM, Eileen E. Rosen <ERosen@rockfuscoconnelly.com> wrote:

Dear Counsel:

Please be advised that pursuant to Judge Rowland's Order, the City is informing Plaintiff that it intends to review the closed files maintained and stored at the warehouse for the years 1985 – 1991, citywide.  I will get back to you next week regarding scheduling another day to continue the warehouse review.  I do not yet have the information regarding the logistics of photocopying the files that Judge Rowland ordered to be copied.  As soon as I get that information, I will forward it to you.

Eileen

Eileen E. Rosen

Rock Fusco & Connelly, LLC

321 North Clark Street

Suite 2200

Chicago, IL 60610

(312) 494-1000

(312) 494-1001(fax)

erosen@rockfuscoconnelly.com

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Wednesday, October 02, 2013 7:02 PM
**To:** Jim Sotos; Elizabeth A. Ekl; Caroline P. Golden; Jeffrey N. Given; Eileen E. Rosen; Jay Rock; Silvia Mercado; Stacy A. Benjamin
**Cc:** Jon Loevy; Russell Ainsworth; Anand Swaminathan; Elizabeth Mazur; Locke Bowman; David M Shapiro; Alexa Anne Van Brunt
**Subject:** Rivera v. Guevara, et al. -- Correspondence re Rowland Hearing

Dear Counsel,

Please see the attached correspondence, which follows up on our hearing with Judge Rowland last week.

Thanks,

Steve

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100

Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--

Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

--
Steven Art
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, Illinois 60607
Direct Phone: (312) 789-4965

Phone: (312) 243-5900

Fax: (312) 243-5902

---


**2013.12.19.pdf**
95K

Russell Ainsworth
Steve Art
Roshna Bala Keen
Vincenzo Field
Gayle Horn
Michael Kanovitz
Heather Lewis Donnell
Samantha Liskow
Arthur Loevy
Danielle Loevy
Jon Loevy

Debra Loevy-Reyes
Elizabeth Mazur
David B. Owens
Scott Rauscher
Rachel Steinback
Anand Swaminathan
Julie Thompson
Tara Thompson
Cindy Tsai
Daniel Twetten
Elizabeth Wang

# LOEVY & LOEVY
### ATTORNEYS AT LAW

312 N. May Street
Suite 100
Chicago, Illinois 60607

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email loevylaw@loevy.com

December 19, 2013

*Via electronic mail*
Eileen E. Rosen
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

Re: *Jacques Rivera v. Reynaldo Guevara, et al.*, No. 12 C 4428

Dear Ms. Rosen,

I write in regard to the City's production of the files ordered to be produced by Judge Rowland on September 24, 2013. We have recently received those files.

Our review of those files reveals that the City redacted every name appearing in those reports. This is completely unjustified.

Prior to producing the files, you informed us on November 4 that juvenile names and social security numbers would have to be redacted. We had no objection to those redactions. Nothing was said to us concerning any additional redactions.

Nevertheless, apparently the City redacted every name appearing in these files. We do not agree to these redactions. Further, the redactions are unsupportable. The documents were produced under a protective order, negating any privacy concerns the City may have.

The redactions severely inhibit our ability to use these documents. By redacting the names, the police reports are almost entirely unreadable. Moreover, the redactions prevent us from performing any follow-up discovery based on the content of the reports.

I trust that this was simply an error. Please let us know that you are agreeing to reproduce the documents without the objected-to redactions. If, on the other hand, you intended all along to redact this information without telling us, please immediately provide a basis for the redactions and explain why you did not inform us that you would be redacting the names so that we might have a chance to weigh in earlier.

Our other concern is that crucial months were lost while the City was apparently redacting information that should not have been redacted. Judge Rowland ordered the documents produced on September 24. Nevertheless, the documents were not produced until three months later, in mid-December. And now we will have to wait an additional (hopefully brief) period of time while the

December 19, 2013  
*Rivera v. Guevara, et al.*  
Eileen Rosen  
Page 2 of 2



City reproduces these documents in a less redacted form. This delay prejudices Plaintiff, in that it prevents him from conducting follow-up discovery on the information contained therein.

 In sum, please let us know by tomorrow whether the City will be producing the files with all adult names included. If you are refusing to produce the files without those redactions, please also provide a basis for the redactions by tomorrow and explain why you did not inform us that you would be redacting the names before making those redactions. If you have any questions regarding this letter, please contact me.

               Sincerely,

               Russell Ainsworth

cc: Roderick MacArthur Justice Center  
   James G. Sotos, Elizabeth Ekl, Caroline P. Golden, Jeffrey N. Given