## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Arturo DeLeon−Reyes

      Plaintiff,

v.

             Case No.: 1:18−cv−01028
             Honorable Steven C. Seeger

Reynaldo Guevara, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2019:

   MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's Notice of Motion [243] and [244] are stricken as improperly noticed. Plaintiff's Motion to Compel [241] and Motion to Seal [242] are re−noticed before Judge Harjani for 10/8/2019 at 9:45 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.