*DeLeon-Reyes v. Guevara, et al.*
Case No. 18 CV 01028

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Judge Steven Seeger |
| | ) | Mag. Judge Sunil Harjani |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT
NAUJOKAS' FIRST SET OF INTERROGATORIES**

Plaintiff Arturo Reyes, by and through his attorneys, Loevy & Loevy, responds as

follows to Defendant Naujokas' First Set of Interrogatories to Plaintiff:

**OBJECTIONS**

Plaintiff incorporates his Objections to Defendant Biebel's First Set of

Interrogatories. Subject to and without waiving the foregoing objections, Plaintiff responds

as follows:

**ANSWERS**

1.    Identify, with specificity, what conduct you attribute to Defendant

Naujokas which you claim led to your arrest, prosecution, and conviction for the

murders of Jacinta and Mariano Soto, the kidnapping of Maria and Santiago

Soto.

1

ANSWER:    Plaintiff objects to this request as vague and ambiguous, in its use of the term "attribute," which is undefined and appears to call for a legal conclusion. Plaintiff objects that this interrogatory seeks the thoughts and mental impressions of counsel, and therefore invades the attorney work product privilege. Plaintiff objects that this interrogatory is compound and includes multiple questions and subparts that are properly set forth in multiple interrogatories. Plaintiff objects to this Request because the information is premature because this interrogatory is being propounded at the beginning of discovery, and so Plaintiff has not received complete responses to his discovery requests or a production of all Documents from the City and the individual defendants, and all depositions have not yet commenced. Plaintiff objects further because information relevant to this inquiry is principally in the possession, custody, or control of Defendant Naujokas and the other defendants.

Subject to these and the general objections, and without waiving Plaintiff's objections to this interrogatory and to Defendants' definitions and instructions, Plaintiff's complaint sets forth allegations against Defendant Naujokas in detail, including his involvement in misconduct during the investigation, and his participation in a conspiracy with the other individual defendants, and possible others, to frame Plaintiff for a crime he did not commit. Answering further, please see the factual allegations in Plaintiff's complaint at paragraphs 50-84. Furthermore, please see Plaintiff's objections and responses to Defendant Halvorsen's Request Nos. 3 and 6, which Plaintiff references and incorporates herein. Finally, please see Plaintiff's Answer to the Interrogatory No 1. of Defendant Naujokas' Second Set of Interrogatories to Plaintiff.

Plaintiff's investigation into this matter continues and he reserves the right to supplement or modify this answer as new information comes to light.

RESPECTFULLY SUBMITTED,

**ARTURO DeLEON-REYES**

BY:     /s/ Sean Starr
        *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
**LOEVY & LOEVY**
311 N. Aberdeen, Third Floor
Chicago, IL 60607
sean@loevy.com

3

## CERTIFICATE OF SERVICE

I, Sean Starr, an attorney, certify that on September 27, 2019, I served the foregoing Plaintiff's Supplemental Responses to Defendant Naujokas' First Set of Interrogatories upon on all counsel of record via electronic mail.

/s/ Sean Starr
*One of Plaintiff's Attorneys*