# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINIOS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's December 19, 2019 order (Dkts. 289 and 184), the parties submit the following status report regarding depositions dates for the months of January 2020 through May 2020:

**A. Depositions of the Parties.**

1. Defendant Daniel Trevino – March 10-11, 2020.

2. Defendant Edwin Dickinson — ~~Two consecutive days within the time period of~~ April 21-22~~3~~, 2020, in Lake Wales, Florida. ~~The parties are coordinating dates for travel and Mr. Dickinson's two day deposition.~~

1

    3.    Defendant Edward Mingey – ~~Defendants have most recently offered the week of April 20th for the two consecutive days of this deposition~~May 11-12, 2020. ~~but have not yet heard back from Plaintiffs.~~ ~~The parties are coordinating dates.~~

    4.    Defendant David Navarro – ~~The parties are coordinating dates.~~April 17, 2020.

    ~~4.~~5.    Defendant Reynaldo Guevara. Plaintiffs will take the deposition of Defendant Reynaldo Guevara but it has not yet been scheduled.

    ~~5.~~6.    Plaintiffs Arturo Reyes and Gabriel Solache. Plaintiff Reyes's deposition is scheduled to proceed in Mexico ~~City~~ on ~~the week of~~ February 2~~5, 27 and~~4 ~~28~~, 2020. Plaintiff Solache's deposition is scheduled to proceed in Mexico ~~City~~ the week of March 23-27, 2020. The Parties are still working together to find a location for these depositions.

    **B.**    **Third-Party Deposition Dates:**

The parties have confirmed the following third-party depositions:

    1.    Guadalupe Mejia – Deposition took place on January 20, 2020.

    2.    Jorge Mejia – Deposition took place on January 21, 2020.

    3.    Raul Aranda – Deposition scheduled for February 3, 2020.

    4.    Rosa Aranda – Deposition scheduled for February 5, 2020.

    5.    Jose Aranda – Deposition scheduled for February 5, 2020.

    6.    Art Hill – Deposition scheduled for February 13, 2020.

    7.    Raul DiLira – Defendants are coordinating dates with this witness.

8. Carlos Martinez – Plaintiffs are still attempting to locate and serve Mr. Martinez.

C. **Additional Depositions to be taken by Plaintiff:**

1. Plaintiffs have indicated their intention to depose Manuel Mejia (Greeley, Colorado), Felisa Soto (Toledo, Ohio), and Juan Carlos Gomez and former CPD Superintendent Phil Cline. The City has informed Plaintiffs that Mr. Cline is out of town until April 13 and has suggested that the deposition be scheduled for a time after his return to the Chicago area since there are many logistical challenges to scheduling additional travel in this case. ~~but have not yet served them or proposed dates for their depositions.~~ ~~Plaintiffs have not yet responded to the City's suggestion~~The parties are working on coordinating a date for Mr. Cline's deposition after April 13. Plaintiffs have not yet proposed dates for the remaining depositions but are currently working to coordinate these depositions.

D. **Additional Depositions to be taken by Defendants.**

1. Defendants are in the process of determining whether there is a reasonable basis to depose Hector Arroila and Felipe Ramirez.

2. Defendants intend to depose Allen H. Andrews, Mary Danahy, and Tom Verdun but have not yet proposed dates but are currently working to coordinate these depositions. Defendants have not yet disclosed these witnesses.

3. Once the depositions of Plaintiffs have been completed, Defendants expect that additional witnesses will need to be scheduled for deposition based upon Plaintiffs' testimony. Defendants will work expeditiously to get those depositions

scheduled. Similarly, once the depositions of Defendants have been completed, Plaintiffs may need to schedule for depositions for additional witnesses based upon Defendants' and other third party testimony. Plaintiffs will work expeditiously to get those depositions scheduled.

### E. 404(b) Witnesses

1. The parties continue to confer about Rule 404(b) witnesses. As part of that process, Plaintiffs have provided Defendants with a complete list of Rule 404(b) witnesses (attached to this status report as Exhibit A), which includes the investigation in which the alleged police misconduct occurred, the date of the investigation, the police officers (including the Defendants) who were involved in the investigation, and the witnesses who might be called live at trial to testify about those cases. Though Plaintiffs of course do not plan to call all those witnesses live at trial, Plaintiffs do not want to limit evidence of Defendants' prior bad acts voluntarily at the start of discovery. To the extent Defendants' wish to limit that evidence, it is Plaintiffs' position that Defendants should file a motion asking for that relief. Based upon Plaintiffs' representation that they will not voluntarily limit the 404(b) witnesses they have identified in Exhibit A, Defendants will file a motion with this Court seeking the Court to limit the number of 404(b) witnesses.

### F. Other.

This is not a complete list of all witnesses that the Parties expect to depose in this case. There are many key witnesses who have not yet been deposed and the scope of the remaining witnesses to be deposed is not yet known.

Dated: January 2<s>7</s>9, 2020

Respectfully submitted,

/s/ Sean Starr
Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
Loevy & Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL 60607
*Attorneys for Arturo Reyes*

s/ Jan Susler
Jan Susler
John L. Stainthorp
Ben H. Elson
People's Law Office
1180 N. Milwaukee, 3rd floor
Chicago, IL 60642
*Attorneys for Gabriel Solache*

s/ Eileen E. Rosen
Eileen E. Rosen
Catherine M. Barber
Theresa Carney
Rock Fusco & Connelly LLC
321 N. Clark St., Suite 2200
Chicago, IL 60654
*Attorneys for Defendant City of Chicago*

s/ Thomas Leinenweber
Thomas M. Leinenweber
James V. Daffada
Kevin E. Zibolski
Leinenweber Baroni & Daffada LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
*Attorneys for Individual Chicago Police Defendant Guevara*

s/ Caroline Golden
James G. Sotos
Caroline P. Golden
Josh M. Engquist
Sotos Law Firm

s/ Daniel Noland
Daniel M. Noland
Paul A. Michalick
311 S Wacker Drive, Suite 5200
Chicago IL 60606

5

550 E. Devon, Suite 150
Itasca, IL 60143
*Attorneys for Individual Chicago Police Defendants Halverson, Dickinson, Rutherford, Stankus, Naujokas, Harvey, Trevino, Mingey, and Biebel*

s/ Edward Brener
Edward Brener
Ryan J. Gillespie
Office of the Cook County State's Attorney
Complex Litigation Unit
500 Richard Daley Center
Chicago, IL 60602
(312) 603-5971
*Attorneys for Individual Prosecutor Defendants Wehrle, Brualdi, Varga, and O'Malley and Cook County*

*Attorney for Individual Prosecutor Defendant Navarro*