# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## ORDER

In light of the public health situation, the Court encourages all parties and their counsel to take precautions, be reasonable, and use common sense in pending cases.  In General Order No. 20-0012 dated March 16, 2020 (and amended on March 17), the U.S. District Court for the Northern District of Illinois extended all deadlines in civil cases by three weeks.  Parties should assume that this Court will accommodate reasonable requests for extensions in the coming weeks, and counsel should show flexibility and accommodate each other too.  This Court will grant a six-week extension of fact discovery if requested (and there is no need for an immediate request).  Parties should not take depositions before April 17 unless (1) they take place telephonically; and (2) all parties and the witness(es) consent.  Even a telephonic deposition often requires an in-person meeting to prepare the witness, so telephonic depositions can go forward only if everyone agrees.  If any party or witness wants a deposition to take place in person, the deposition will take place after April 17.  Needless to say, that date may change as the public health situation continues to evolve.  Parties should continue to make progress in their cases when possible, but in a manner that is consistent with public health and safety.  In the meantime, continue to work together cooperatively in the best traditions of our shared profession.  The Court thanks all parties and their counsel for their patience and understanding during this difficult time.

Date:  March 18, 2020

_____

Steven C. Seeger
United States District Judge