## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Arturo DeLeon–Reyes

                Plaintiff,

v.                                            Case No.: 1:18–cv–01028

                                            Honorable Steven C. Seeger

JoAnn Halvorsen, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 16, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: MOTION by Defendants to quash Plaintiffs' Subpoenas [320] shall be briefed as follows: Plaintiff's response is due by 4/23/2020. Defendants' reply is due by 4/30/2020. Notice motion date is stricken. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.