UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Arturo DeLeon−Reyes

                              Plaintiff,

v.                                                          Case No.: 1:18−cv−01028
                                                                     Honorable Steven C. Seeger

JoAnn Halvorsen, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 18, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Joint Status Report (Dckt. No. [398]). Fact discovery will close on December 31, 2021. Plaintiffs suggested a discovery deadline of October 1, 2021, but the end of 2021 is more realistic. A discovery cut−off at the end of 2021 is not much different than the proposal (i.e., a deadline of January 15, 2022) in the Joint Status Report dated July 15, 2020 (Dckt. No. [352]). (As an aside, the sentence in question began &quot;t;Defendants propose," but Plaintiffs did not make a competing proposal in that Joint Status Report.) The Magistrate Judge will set interim schedules and status report dates for the ongoing Monell discovery. The City will produce the files on a rolling basis. The Court rejects Plaintiffs' notion that there is no need to review documents for possible privilege given the age of the documents (from the 1990s). A privilege continues to exist unless and until it is waived. A privilege has no half life, and it does not disappear with the passage of time. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.