# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Arturo DeLeon−Reyes

                      Plaintiff,

v.                                                  Case No.: 1:18−cv−01028
                                                            Honorable Steven C. Seeger

JoAnn Halvorsen, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 11, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendants' motion for leave to extend the time to depose Eric Sussman [474] is granted for the reasons stated in the motion. Mr. Sussman's deposition shall proceed on or before 9/28/2021. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.