**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DELEON-REYES | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-CV-01028 |
| | ) | |
| v. | ) | Honorable Andrea R. Wood |
| | ) | |
| REYNALDO GUEVARA, ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR LEAVE TO SUBSTITUTE COUNSEL
UNDER LOCAL RULE 83.17 FOR DEFENDANTS THOMAS O'MALLEY,
HEATHER BRUALDI, ANDREW VARGA, AND KARIN DOOLEY**

Defendants Thomas O'Malley, Heather Brualdi, Andrew Varga, and Karin Dooley (FKA Karin Wehrle), by undersigned counsel, respectfully moves under Local Rule 83.17 for leave to withdraw attorneys David Alan Adelman, Edward M. Brener, and Shayl Wilson as their counsel, and to substitute James Lydon, Michael Stephenson, and C. Esther Choi of Hinshaw & Culbertson LLP as their new counsel.

WHEREFORE, Defendants Thomas O'Malley, Heather Brualdi, Andrew Varga, and Karin Dooley (FKA Karin Wehrle) respectfully request this Court enter an order as follows:

1. Withdraw attorneys David Alan Adelman, Edward M. Brener, and Shayl Wilson as counsel of record for Defendants Thomas O'Malley, Heather Brualdi, Andrew Varga, and Karin Dooley (FKA Karin Wehrle); and

2. Substitute James Lydon, Michael Stephenson, and C. Esther Choi as counsel for Defendants Thomas O'Malley, Heather Brualdi, Andrew Varga, and Karin Dooley (FKA Karin Wehrle) *nunc pro tunc* to August 19, 2021.

3732\308854708.v1

Date: August 19, 2021

By: */s/ Edward M. Brener*

Edward M. Brener
Cook County State's Attorney
Civil Litigation Bureau
50 W. Washington St., 5th Floor
Chicago, IL 60602
(312) 603-5971
Edward.Brener@cookcountyil.gov

Respectfully Submitted,

By: */s/ C. Esther Choi*

James Lydon
Michael C. Stephenson
C. Esther Choi
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
312-704-3221
jlydon@hinshawlaw.com
mstephenson@hinshawlaw.com
echoi@hinshawlaw.com