IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Arturo DeLeon-Reyes, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 18 CV 1028 |
| Reynaldo Guevara, et. al. | ) ) | |
| Defendants. | ) ) | |
| Gabriel Solache, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18 CV 2312 |
| Reynaldo Guevara, et. al., | ) ) | |
| Defendants. | ) | |

**COOK COUNTY PUBLIC DEFENDER'S**
**MOTION FOR EXTENSION OF TIME TO PRODUCE FILES**

NOW COMES the Hon. Sharone R. Mitchell, Jr., Public Defender of Cook County, through his Deputy, Karen J. Dimond, and moves this Court for an extension of time for the Cook County Public Defender (CCPD) to comply with this Court's order to produce certain files. In support of this motion, the CCPD states as follows:

On September 20, 2021, this Court ordered that "Production of the CCPD files shall be completed by October 15, 2021." On the afternoon of September 20, 2021, the CCPD suggested to Plaintiffs' attorneys that the legal support firm of Equip be used to review the CCPD's scanned files for privileged documents. On September 22, 2021, Plaintiffs' attorney suggested KMR Legal Support instead. The CCPD agreed to accept KMR Legal Support. But the first day that KMR Legal Support

1

was able to assign contract attorneys to perform the required review was September 30, 2021. Since September 30, 2021, two contract attorneys from KMR Legal Support have been in the offices of the CCPD every workday reviewing a total of 105 digital files for privilege documents. The CCPD estimates, based on consultations with those contract attorneys today, that they will require another week to complete their work.

In addition, another issue has recently surfaced. Apparently, according to counsel for the City, about 8 of the 105 files digitally scanned at the CCPD warehouse by the Verity Group copy service are not files that should have been scanned. In other words, these files were not on the randomized list of files, and these files were scanned instead of certain requested files. This issue must be addressed in some way by the parties and the CCPD.

Counsel for the Plaintiffs and for the City of Chicago have no objection to the CCPD being granted an extension of time in which to produce its files as required by this Court.

Wherefore, the CCPD requests that it be granted an extension of time in which to produce its files to and including October 29, 2021.

          Respectfully submitted,

          Sharone R. Mitchell, Jr
          Public Defender of Cook County

          __/s/Karen J. Dimond
          _____

By:    Karen J. Dimond
       Deputy Public Defender
       69 West Washington, Suite 1600
       Chicago, Illinois 60602
       (312)603-0712
       Karen.dimond@cookcountyil.gov
       3126059