**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Andrea R. Wood |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION FOR EXTENSION REGARDING JOINT STATUS REPORT**

Pursuant to the Court's Order (Reyes Dkt. 545), the parties are required to have met and conferred regarding expert discovery concerning the *Rivera* and *Fields* files, and to file a joint status report by today. Because the parties have not finished conferring, the parties jointly request a brief extension to Monday, December 13, 2021, to file the joint status report.

Plaintiffs and the City of Chicago have begun conferring on this issue, but because of Plaintiff Solache's deposition in Mexico over three days this week, the parties require an extension through Monday to continue to confer.

This request for an extension is not made for purposes of delay, but to permit the parties to continue working to try to reach agreements and to more fully advise the Court.

1

Dated: December 10, 2021

Respectfully submitted,


/s/ Anand Swaminathan

Jon Loevy

Anand Swaminathan

Steven Art

Sean Starr

Loevy & Loevy

311 N. Aberdeen, 3rd floor

Chicago, IL 60607

*Attorneys for Arturo Reyes*


s/ Jan Susler

Jan Susler

John L. Stainthorp

Ben H. Elson

People's Law Office

1180 N. Milwaukee, 3rd floor

Chicago, IL 60642

*Attorneys for Gabriel Solache*


CELIA MEZA

Corporation Counsel for the City of Chicago


s/ Eileen Rosen

Eileen E. Rosen

Catherine M. Barber

Theresa B. Carney

Special Assistant Corporation Counsel

Rock Fusco & Connelly LLC

321 N. Clark St., Suite 2200

Chicago, IL 60654

*Attorneys for Defendant City of Chicago*


2