## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Arturo DeLeon–Reyes

                    Plaintiff,

v.                                                    Case No.: 1:18–cv–01028
                                                      Honorable Steven C. Seeger

JoAnn Halvorsen, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 7, 2022:

        MINUTE entry before the Honorable Sunil R. Harjani: Motion for extension of time to produce CCSAO files [Solache 403] is granted without objection, and for the reasons stated in the motion. CCSAO shall produce all files as previously ordered by 1/24/22. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.