**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's November 22, 2021 Minute Entry (*Reyes* Dkt. 545 and *Solache* Dkt. 392), the Parties submit the following Joint Status Report:

1. The parties completed the depositions of former Cook County First Assistant State's Attorney Eric Sussman on November 23, 2021 and Plaintiff Gabriel Solache during the week of December 6, 2021.

2. The parties also completed the depositions of the City's Rule 30(b)(6) witnesses in December 2021.

3. The Cook County State's Attorney's Office expects to produce files responsive to the City's subpoena on January 24, 2022.

4.    Plaintiffs will make their expert disclosures on January 15, 2022. One of Plaintiff's four experts recently tested positive for coronavirus, and as a result completion of disclosure of his report may be delayed. Plaintiffs expect to disclose this expert on January 18, 2022, and Defendants have no objection to that delayed disclosure, provided they are provided the same number of days for their responsive expert.

5.    Defendants will respond to Plaintiffs' settlement demand by February 21, 2022, and an off the record settlement conference is scheduled on February 28, 2022.

Dated: January 14, 2022                    Respectfully submitted,


/s/ Steve Art                              /s/ Jan Susler
Jon Loevy                                  Jan Susler
Anand Swaminathan                          Ben H. Elson
Steven Art                                 People's Law Office
Rachel Brady                               1180 N. Milwaukee, 3rd Floor
Sean Starr                                 Chicago, Illinois 60642
John Hazinski                              Attorneys for Gabriel Solache
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
Attorneys for Arturo Reyes


CELIA MEZA                                 /s/ Thomas Leinenweber
Corporation Counsel for the City of Chicago

                                           Thomas M. Leinenweber
/s/ Eileen E. Rosen                        James V. Daffada
Eileen E. Rosen                            Kevin E. Zibolski
Catherine M. Barber                        Megan McGrath
Theresa Berousek Carney                    Special Assistant Corporation Counsel
Special Assistant Corporation Counsel      Leinenweber Baroni & Daffada LLC
Rock Fusco & Connelly, LLC                 120 N. LaSalle St., Suite 2000
321 N. Clark Street, Suite 2200            Chicago, IL 60602
Chicago, Illinois 60654                    Attorneys for Individual Chicago Police
Attorneys for Defendant City of Chicago    Defendant Guevara


/s/ Josh M. Engquist                       /s/ Daniel Noland


James G. Sotos                             Daniel M. Noland

Caroline P. Golden
Josh M. Engquist
Special Assistant Corporation Counsel
Sotos Law Firm
141 W. Jackson Blvd., Ste. 1240A
*Attorneys for Individual Chicago Police
Defendants Halverson, Dickinson,
Rutherford, Stankus, Naujokas, Harvey,
Trevino, Mingey, and Biebel*

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/ Edward M. Brener*

Edward M.  Brener
David A. Adelman
Office of the Cook County State's Attorney –
Complex Litigation Unit
500 Richard Daley Center
Chicago, Illinois 60602
*Attorneys for Cook County*

Paul A. Michalik
Daniel Burns
311 S Wacker Drive, Suite 5200
Chicago IL 60606
*Attorney for Individual Prosecutor Defendant
Navarro*

*/s/ Michael Stephenson*

Robert Shannon
James Lydon
Michael Stephenson
Hinshaw & Culbertson LLP
51 North Franklin Street, Suite 2500
*Attorneys for Individual Prosecutor
Defendants Wehrle, Brualdi, Varga, and
O'Malley*