# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF REYES AND COOK COUNTY'S JOINT STATUS REPORT**

Plaintiff Reyes and Defendant Cook County, by their respective attorneys, respectfully submit this joint status report regarding settlement discussions:

1. Following this Court's order regarding settlement letters and settlement discussions, Dkt. 565, counsel for Plaintiff Reyes and counsel for Cook County have continued their settlement discussions.

2. These parties jointly agree that a mediation with Judge Harjani would be beneficial.

3. They respectfully request that Judge Harjani set a date for mediation involving Plaintiff Reyes and Defendant Cook County as soon as is convenient on the Court's schedule.

RESPECTFULLY SUBMITTED,

/s/ Steven Art                                    /s/ Edward Brener

*Attorneys for Arturo DeLeon-Reyes*         *Attorneys for Cook County*
Jon Loevy                                          Edward M. Brener
Anand Swaminathan                                  David Adelman
Steven Art                                         Civil Actions Bureau
Rachel Brady                                       Cook County State's Attorney's Office
Sean Starr                                         500 Richard J. Daley Center

Loevy & Loevy
311 N. Aberdeen, 3rd Fl.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Chicago, IL 60602
(312) 603-5971

## **CERTIFICATE OF SERVICE**

I, Steven Art, an attorney, hereby certify that on March 10, 2022, I filed the foregoing joint status report using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Steven Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com