IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTURO DELEON-REYES, <br><br> Plaintiff, <br><br> v. <br><br> REYNALDO GUEVARA, et al., <br><br> Defendants. | Case No. 18-CV-01028 <br><br> Honorable Steven C. Seeger <br> Magistrate Judge Sunil Harjani |

**DEFENDANT GUEVARA'S UNOPPOSED MOTION TO FIILE ANSWER
TO SECOND AMENDED COMPLAINT INSTANTER**

Defendant REYNALDO GUEVARA ("Defendant Guevara"), by his attorneys, Leinenweber Baroni & Daffada, LLC., moves for leave to file Defendant Guevara's Answer to Plaintiff's Second Amended Complaint instanter. In support, Defendant Guevara states:

1. On April 7, 2023, this Honorable Court granted the other Defendants' motion for leave to file their answers to Plaintiff's Second Amended Complaint ("SAC") instanter, adding an affirmative defense of setoff. Docket at 644.

2. In so doing, the Court ordered Defendants to file answers to the SAC with the requested affirmative defense by April 14, 2023. *Id.*

3. Defendant Guevara was not part of this motion and now seeks leave to file his answer to Plaintiff's SAC instanter on or before June 9, 2023. (See Answer to SAC, attached as Ex. 1)

4. Plaintiff's counsel was consulted and does not oppose the relief sought by Defendant Guevara.

1

WHEREFORE, Defendant Guevara respectfully requests that this Court grant his unopposed motion to file his Answer to Plaintiff's Second Amended Complaint instanter on or before June 9, 2023.

Respectfully Submitted:

DEFENDANT REYNALDO GUEVARA
By: */s/ Thomas M. Leinenweber*

Thomas M. Leinenweber
James V. Daffada
Megan K. McGrath
Special Assistant Corporation Counsel
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602

Dated: June 6, 2023