**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTURO DeLEON-REYES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REYNALDO GUEVARA, et al., ) <br> ) <br> Defendants. ) <br> ) | 1:18 Civ. 1028 <br><br> Hon. Steven C. Seeger <br> District Judge <br><br> Magistrate Sunil R. Harjani |
| GABRIEL SOLACHE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | 1:18 Civ. 2312 <br><br> Hon. Steven C. Seeger <br> District Judge <br><br> Magistrate Sunil R. Harjani |

**JOINT STATUS REPORT**

Pursuant to this Honorable Court's July 5, 2023, Minute Entry [*Reyes,* Dkt. 66; *Solache*, Dkt. 502], "[t]he parties must meet and confer, and then file a proposed schedule for motions for summary judgment."

1. The parties have conferred and agreed on a proposed schedule for motions for summary judgment, as follows:

    a. Summary Judgment Briefs to be filed by April 8, 2024;

    b. Responses to be filed by May 8, 2024; and

    c. Replies to be filed by June 3, 2024.

2.     Additionally, in the interest of compromise, Plaintiffs Reyes and Solache have agreed to dismiss the forensic investigator Defendants in this case, with each side to bear its own costs: Defendants Mark Harvey and John Karalow (deceased, by Special Representative Theresa Karalow). Plaintiff Reyes also agrees to dismiss forensic investigator defendants Dennis Stankus and John Naujokas (deceased, by Special Representative Geri Lynn Yanow). Plaintiffs will file a stipulation of dismissal as to these individuals.

3.     The parties respectfully request that the Court set this summary judgment schedule.

Dated: February 19, 2024

/s *Anand Swaminathan*
Jon Loevy
Anand Swaminathan
Steven Art
Rachel Brady
Sean Starr
Loevy & Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL 60607
*Attorneys for Arturo Reyes*

s/ *Eileen E. Rosen*
Eileen E. Rosen
Catherine M. Barber
Theresa Carney
Special Assistant Corporation Counsel
Rock Fusco & Connelly LLC
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
Special Assistant Corporation Counsel
*One of the attorneys for Defendant City of Chicago*

s/ *Josh M. Engquist*
James G. Sotos
Caroline P. Golden
Josh M. Engquist
Allison Romelfanger

Respectfully submitted,

s/ *Jan Susler*
Jan Susler
Ben H. Elson
People's Law Office
1180 N. Milwaukee, 3rd floor
Chicago, IL 60642
*Attorneys for Gabriel Solache*

s/ *Thomas Leinenweber*
Thomas M. Leinenweber
James V. Daffada
 Gabrielle SansonettiSpecial Assistant Corporation Counsel
Leinenweber Baroni & Daffada LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
*Attorneys for Individual Chicago Police Defendant Guevara*

Special Assistant Corporation Counsel
Sotos Law Firm
141 W. Jackson Blvd., Ste. 1240A
*Attorneys for Individual Chicago Police Defendants Halverson, Dickinson, Rutherford, Stankus, Naujokas, Harvey, Trevino, Mingey, and Biebel*