**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HALVORSEN, DICKINSON, RUTHERFORD AND TREVINO'S
MOTION FOR SUMMARY JUDGMENT**

Defendants Joann Halvorsen as Special Representative of Ernest Halvorsen (deceased),

Edwin Dickinson, Robert Rutherford, and Daniel Trevino (collectively "Defendant Officers"),

by and through their attorneys, The Sotos Law Firm, P.C., and pursuant to Fed. R. Civ. P. 56 and

L.R. 56.1, respectfully submit this motion for summary judgment and state as follows:

1.      This lawsuit arises from Plaintiffs' arrest, prosecution and conviction for the

March 28, 1998 murders of Mariano and Jacinta Soto and the abduction of their children, Maria

and Santiago.

2.      Plaintiff Reyes asserts the following nine (9) claims against Defendant Officers: (1) federal §1983 claims against the Defendant Officers for false confession under the Fifth and Fourteenth Amendments (Count I); (2) fabrication of false witness statements (Count II); (3) Unlawful Detention under the Fourth Amendment (Count III);  (4) Due Process violations under the Fourteenth Amendment (Count IV); (5) failure to intervene (Count V); (6) Federal Conspiracy (Count VI); and state law claims for (7) Intentional Infliction of Emotional Distress (IIED) (Count VIII); (8) Malicious Prosecution (Count IX); and (9) common law conspiracy (Count X).

3.      Plaintiff Solache asserts the following six (6) claims against Defendant Officers: (1) coerced/false confession under the Fifth and Fourteenth Amendments (Count I); (2) Due Process violations under the Fourteenth Amendment (Count II); (3) failure to intervene (Count III); and state law claims for (4) IIED (Count VI); (5) Malicious Prosecution (Count V); and (6) common law conspiracy (Count VII).

4.      After extensive discovery, Solache has been unable to develop any credible evidence supporting any of his claims against Defendant Officers.

5.      In addition, Reyes has been unable to develop any credible evidence supporting any of his claims against the Defenant Officers, except for Reyes's claim against Defendant Trevino for his alleged fabricated confession (Count I).

6.      Accordingly, Defendant Officers are entitled to judgment as a matter of law on <u>all</u> claims for which they have been unable to develop any credible evidence against them.

7.      In further support of this motion, Defendant Officers rely on their Memorandum of Law in support of their motion for summary judgment.

2

WHEREFORE, Defendants JoAnn Halvorsen as Special Representative of defendant Ernest Halvorsen (deceased), Edwin Dickinson, Robert Rutherford, and Daniel Trevino respectfully request this Court to enter an order granting them summary judgment and for any further relief as the Court deems appropriate.

Date: April 8, 2024                    Respectfully submitted,

                                       /s/ Josh M. Engquist
                                       JOSH M. ENGQUIST, Attorney No. 6242849
                                       *One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Caroline Golden
Allison Romelfanger
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on April 8, 2024, I electronically filed the foregoing **Defendants Halvorsen, Dickinson, Rutherford and Trevino's Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

<table>
<tr><td>

*<u>Attorneys for Plaintiff Arturo Reyes</u>*
Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
jon@loevy.com
steve@loevy.com
brady@loevy.com
sean@loev.com

</td><td>

*<u>Attorneys for Defendant City of Chicago</u>*
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Rock Fusco & Connelly, LLC
333 N. Wacker, 19th Floor
Chicago, IL 60654
erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com

</td></tr>
<tr><td>

*<u>Attorneys for Plaintiff Gabrielle Solache</u>*
Jan Susler
Ben H. Elson
Nora Snyder
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773)235-0070
jsusler@peopleslawoffice.com
ben.elson79@gmail.com
norasynder@peopleslawoffice.com

</td><td>

*<u>Attorneys for Defendant Guevara</u>*
James V. Daffada
Thomas M. Leinenweber
Michael J. Schalka
Gabrielle Rose Sansonetti
Leinenweber, Daffada & Sansonetti, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
jim@ilesq.com
thomas@ilesq.com
gabrielle@ilesq.com

</td></tr>
</table>

/s/Josh M. Engquist
JOSH M. ENGQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for Halvorsen, Dickinson, Rutherford, and Trevino*

4