**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MINGEY, BIEBEL, AND CAPPITELLI'S
MOTION FOR SUMMARY JUDGMENT**

Defendants Edward Mingey, Robert Biebel, and Kevin Rogers as Special Representative of Francis Cappitelli (deceased), (collectively "the Defendant Supervisors"), by and through their attorneys, The Sotos Law Firm, P.C., and pursuant to Fed. R. Civ. P. 56 and L.R. 56.1, respectfully submit this motion for summary judgment and state as follows:

1. This lawsuit arises from Plaintiffs' arrest, prosecution and conviction for the March 28, 1998 murders of Mariano and Jacinta Soto and the abduction of their children, Maria and Santiago.

2. Plaintiff Reyes asserts the following nine (9) claims against Defendant Officers: (1) federal §1983 claims against the Defendant Officers for false confession under the Fifth and Fourteenth Amendments (Count I); (2) fabrication of false witness statements (Count II); (3) Unlawful Detention under the Fourth Amendment (Count III); (4) Due Process violations under the Fourteenth Amendment (Count IV); (5) failure to intervene (Count V); (6) Federal Conspiracy (Count VI); and state law claims for (7) Intentional Infliction of Emotional Distress (IIED) (Count VIII); (8) Malicious Prosecution (Count IX); and (9) common law conspiracy (Count X).

3. Plaintiff Solache asserts the following six (6) claims against Defendant Officers: (1) coerced/false confession under the Fifth and Fourteenth Amendments (Count I); (2) Due Process violations under the Fourteenth Amendment (Count II); (3) failure to intervene (Count III); and state law claims for (4) IIED (Count VI); (5) Malicious Prosecution (Count V); and (6) common law conspiracy (Count VII).

4. After extensive discovery, Plaintiffs have been unable to develop any credible evidence supporting any of their claims against Defendant Supervisors.

5. Accordingly, Defendant Supervisors are entitled to judgment as a matter of law on all claims brought against them.

6. In further support of this motion, Defendant Supervisors rely on their Memorandum of Law in support of their motion for summary judgment.

WHEREFORE, Defendants Edward Mingey, Robert Biebel, and Kevin Rogers as Special Representative of Francis Cappitelli (deceased) respectfully request this Court to enter an order granting them summary judgment and for any further relief as the Court deems appropriate.

Date: April 8, 2024

Respectfully submitted,

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
*One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Caroline Golden
Allison Romelfanger
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on April 8, 2024, I electronically filed the foregoing **Defendants Mingey, Biebel, and Cappitelli's Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

**_Attorneys for Plaintiff Arturo Reyes:_**
Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
brady@loevy.com
sean@loevy.com

**_Attorneys for Plaintiff Gabriel Solache:_**
Jan Susler
Ben H. Elson
Nora Snyder
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@peopleslawoffice.com
ben.elson79@gmail.com
norasnyder@peopleslawoffice.com

**_Attorneys for Defendant City of Chicago:_**
Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Rock Rusco & Connelly, LLC
333 N. Wacker, 19th Floor
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com

**_Attorneys for Defendant Guevara:_**
James V. Daffada
Thomas M. Leinenweber
Michael J. Schalka
Gabrielle Rose Sansonetti
Leinenweber, Daffada & Sansonetti, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
jim@ilesq.com
thomas@ilesq.com
gabrielle@ilesq.com

/s/Josh M. Engquist
JOSH M. ENQUIST
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Mingey, Biebel, and Cappitelli*