**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 CV 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 CV 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HALVORSEN, DICKINSON, RUTHERFORD,
TREVINO, MINGEY, BIEBEL AND CAPPITELLI'S' MOTION
FOR LEAVE TO FILE CORRECTED EXHIBITS A, B, & C TO THEIR MOTION
FOR LEAVE TO FILE OVERSIZED MEMORANDA OF LAW AND
STATEMENTS OF FACT IN SUPPORT OF SUMMARY JUDGMENT**

**Exhibit List**

Exhibit 1     Corrected Defendant Supervisors' Memorandum of Law

Exhibit 2     Corrected Defendant Officers' Memorandum of Law

Exhibit 3     Corrected Statement of Uncontested Facts