IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFFS' SUBMISSION OF PROPOSED
AGREEMENT TO AVOID SUMMARY JUDGMENT**

1. Given the numerous and voluminous motions for summary judgment in this case, this Court stayed summary judgment briefing, scheduled a hearing, and ordered the parties to discuss whether they were on the correct path. Reyes Dkt. 696; Solache Dkt. 528.

2. The parties met yesterday and conferred to determine whether there is an agreement the parties might reach to avoid the excessive-briefing problem. To no avail.

3. For their part, in the lead up to summary judgment, Plaintiffs carefully evaluated the viability of their claims against each Defendants. As a result, Plaintiffs voluntarily dismissed four defendants from the case: Defendants Dennis Stankus, Geri Lynn Yanow, as Special Representative of defendant John Naujokas (deceased), Theresa Karalow, as Special

Representative of defendant John Karalow (deceased), and Mark Harvey. Reyes Dkt. 681; Solache Dkt. 511.

4. At the same time, on April 4, 2024, Plaintiffs proposed a bargain to Defendants on the remaining claims and parties: Plaintiff would agree to voluntarily dismiss every claim and Defendant for which Defendants had an even remotely arguable basis to file a motion for summary judgment, if Defendants agreed to dispense with summary judgment and proceed to trial. To be clear, Plaintiffs proposed to dismiss meritorious claims against Defendants they can show are liable at trial—claims and Defendants on which there are certainly material disputes of fact that preclude summary judgment—in exchange for the benefit of moving more quickly to trial, which is of great value to Plaintiffs. Ex. A (April 24, 2024 Correspondence).

5. In particular, Plaintiffs' written offer was to: (a) dismiss all meritorious claims against five defendants entirely; (b) dismiss the meritorious Fourth Amendment and malicious prosecution claims entirely; (c) dismiss several *Monell* theories, streamlining the case against the City for trial; and (d) forego their own affirmative summary judgment motions against the City, if the remaining Defendants also agreed to forego summary judgment and go straight to trial. *Id.* Had Defendants accepted this agreement, the case would proceed to trial against Guevara (who has asserted his Fifth Amendment rights), Halvorsen, Trevino, and the City (on a narrowed set of theories)—all Defendants who have no prayer of obtaining summary judgment.

6. Defendants have provided no formal response or counteroffer. Instead, they have merely asserted that Plaintiffs should voluntarily dismiss the claims and parties discussed above, and then the remaining Defendants will move for summary judgment, which of course would

give Defendants the benefit of the bargain without giving Plaintiffs what they desire—skipping summary judgment and moving directly to trial.[1]

7. The parties appear to be at impasse on Plaintiffs' proposed deal. But Plaintiffs wish to provide the Court with this background, to the extent it can help the parties forge a more efficient way forward with the Court's guidance tomorrow.

                                                                                          RESPECTFULLY SUBMITTED,

| /s/ Steven Art | /s/ Ben Elson |
|---|---|
| *Attorneys for Arturo DeLeon-Reyes* | *Attorneys for Gabriel Solache* |
| Jon Loevy | Jan Susler |
| Anand Swaminathan | John L. Stainthorp |
| Steven Art | Ben H. Elson |
| Rachel Brady | People's Law Office |
| Sean Starr | 1180 N. Milwaukee Ave., 3rd Fl. |
| Loevy & Loevy | Chicago, IL 60642 |
| 311 N. Aberdeen, 3rd Fl. | (773) 235-0070 |
| Chicago, IL 60607 | |
| (312) 243-5900 | |

---

[1] During the meet and confer yesterday, Defendants explained their position that they could not entertain Plaintiffs' proposal because different Defendants have different interests. In other pending Guevara cases, however, the same defense counsel and Defendants have managed to navigate this problem and reach similar agreements. See Ex. B.