**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Joann Halvorsen as Special Representative of Ernest Halvorsen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino, Edward Mingey, Robert Biebel, and Kevin Rodgers, as Special Representative of Francis J. Cappitelli (deceased), by and through their attorneys, The Sotos Law Firm, P.C., hereby move to file specific exhibits to the Statement of Uncontested Facts under seal. In support state:

1. On November 8, 2024, Defendants filed their Statement of Undisputed Uncontested Facts. (Reyes Dkt. 726, Solache Dkt. 557.)

2. Exhibits 73, 76, 77, 122, 125 and 126 to Defendants Statement of Undisputed Uncontested Facts contain sensitive information and are marked Confidential and are subject to the Parties Confidentiality Order. (Reyes Dkt. 150, Solache Dkt. 80.)

WHEREFORE, Defendants respectfully request that this Honorable Court grant this motion and allow Defendants to file under seal Exhibits 73, 76, 77, 122, 125 and 126 to Defendants Statement of Undisputed Uncontested Facts, and for any additional relief the Court deems just and appropriate.

Dated: November 8, 2024                             Respectfully submitted,

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Caroline Golden
Allison Romelfanger
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@jsotoslaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A.§ 1746 that the foregoing is true and correct, that on November 8, 2024, I electronically filed **Motion for Leave to File Under Seal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record listed on the below Service List.

Jon Loevy
Steven Art
Anand Swaminathan
Rachel Brady
Sean Starr
Wallace Hilke
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
steve@loevy.com
anand@loevy.com
brady@loevy.com
sean@loevy.com
hilke@loevy.com

*Attorneys for Gabriel Solache:*
Jan Susler
Ben H. Elson
Nora Snyder
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@peopleslawoffice.com
ben.elson79@gmail.com
norasnyder@peopleslawoffice.com

*Attorneys for City of Chicago:*
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Patrick R. Moran
Lauren Ferrise

Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com
arahe@rfclaw.com
pmoran@rfclaw.com
lferrise@rfclaw.com

*Attorneys for Defendant Guevara:*
Steven Blair Borkan
Timothy P Scahill
Whitney N. Hutchinson
Graham P. Miller
Emily E. Schnidt
Christiane E. Murray
Molly E. Boekeloo
Amanda Guertler
Krystal Gonzalez
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
sborkan@borkanscahill.com
tscahill@borkanscahill.com
whutchinson@borkanscahill.com
gmiller@borkanscahill.com
eschnidt@borkanscahill.com
cmurray@borkanscahill.com
mboekeloo@borkanscahill.com
aguertler@borkanscahill.com
kgonzalez@borkanscahill.com

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Attorney No. 6242849
Special Assistant Corporation Counsel
*One of the Attorneys for Defendants Halvorsen, Dickinson, Rutherford, Trevino, Mingey, Biebel, and Cappitelli*