IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ARTURO DeLEON-REYES, | ) | |
|---|---|---|
| Plaintiff, | ) | 1:18 Civ. 1028 |
| v. | ) | Hon. Steven C. Seeger |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |

| GABRIEL SOLACHE, | ) | |
|---|---|---|
| Plaintiff, | ) | 1:18 Civ. 2312 |
| v. | ) | Hon. Steven C. Seeger |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S
LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Plaintiff Reyes' Second Amended Complaint (Dkt. 396) |
| 2 | Plaintiffs' Supplemental Responses to Defendant City of Chicago's First Set of Interrogatories |
| 3 | Deposition of James Hickey, *Kluppelberg v. Burge,* (part I dated 7/29/14) |
| 4 | Deposition of James Hickey, *Rivera v. Guevara,* (part II dated 6/10/14) |
| 5 | Deposition of City's Rule 30(b)(6) witness, Commander Eric Winstrom, in consolidated cases of *Solache v. Guevara,* and *DeLeon-Reyes v. Guevara* |
| 6 | Detective Division Notice 82-2, AR-L 4430-32 |
| 7 | Deposition of James Hickey in *Rivera* (part I dated 5/6/14) |
| 8 | S.O. 83-1, AR-L 4433-37 |
| 9 | S.O. 83-2, JR-L 196560-64 |
| 10 | S.O. 86-3, AR-L 4438-40 |

| | |
|---|---|
| 11 | Detective Division Training Materials from 1988-1996, Foster 30(b)(6) 000039-46 |
| 12 | Deposition of Lt. John Foster, dated June 29, 2022 |
| 13 | G.O. 88-18 at bates Foster 30(b)(6) 000003-4 |
| 14 | CPD General Order 83-5, at Foster 30(b)(6) 000001-2 |
| 15 | CPD Detective Division Standard Operating Procedures from 1988, RFC-Solache/Reyes 117553-87 |
| 16 | CPD General Order 93-3, RFC-Solache/Reyes 118501-118594 |
| 17 | Deposition of Lt. Joseph Bird, dated 12/22/21 |
| 18 | Complaint Category Tables, AR-L 155269-155270 |
| 19 | CPD General Order 83-3, RFC-Solache/Reyes 118619-118622 |
| 20 | General Order 97-10, RFC-Solache/Reyes 118623-118630 |
| 21 | Tiderington Report in *Solache/Reyes* |
| 22 | Tiderington Dep from *Solache/Reyes* dated 10/6/22 |
| 23 | Tiderington Deposition from *Sierra* dated 12/8/22 |
| 24 | Tiderington Invoice from *Sierra* dated 9/18/22 |
| 25 | Tiderington Deposition from *Iglesias* dated 2/13/23 |
| 26 | Tiderington Invoice from *Iglesias* dated 11/19/22 |
| 27 | Tiderington Deposition from *Maysonet* dated 4/28/23 |
| 28 | Tiderington Invoice from *Maysonet* dated 1/18/23 |
| 29 | Tiderington Dep in *Johnson* dated 9/20/23 |
| 30 | Tiderington Invoice from Johnson dated 4/8/23 |
| 31 | Tiderington Invoice from *Gomez* dated 5/24/23 |
| 32 | Plaintiff Solache's First Amended Complaint (Dkt. 224) |
| 33 | GO 87-7 |
| 34 | Tiderington Report in *Solache/Reyes*, Attachment F |
| 35 | Tiderington Report in *Solache/Reyes*, Attachment B |
| 36 | Bernie Murray's Expert Report in *Solache/Reyes* |
| 37 | Finnell Report in *Solache/Reyes* |
| 38 | Finnell Dep from *Iglesias* |
| 39 | Finnell Dep from *Solache/Reyes* dated 9/22/22 |
| 40 | Finnell Report in *Solache/Reyes*, Attachment C |
| 41 | Finnell Report in *Solache/Reyes,* Appendix B |
| 42 | Finnell Dep from *Sierra* dated 1/13/23 |
| 43 | Finnell Dep from *Solache/Reyes* dated 9/23/22 |
| 44 | Finnell Rebuttal Report in *Solache/Reyes* |
| 45 | Finnell Report in *Velez* |
| 46 | *Filed Under Seal* Defendant Officers' complaint histories |
| 47 | *Filed Under Seal* CR File 152902 |
| 48 | *Filed Under Seal* CR No. 150473 |
| 49 | *Filed Under Seal* CR No. 220046 |
| 50 | *Filed Under Seal* CR No. 223928 |
| 51 | *Filed Under Seal* CR No. 191722 |
| 52 | *Filed Under Seal* CR File 156137 |
| 53 | *Filed Under Seal* CR File 153256 |

| | |
|---|---|
| 54 | *Filed Under Seal* CR File 194728 |
| 55 | *Filed Under Seal* CR File 123850 |
| 56 | *Filed Under Seal* CR File 233861 |
| 57 | *Filed Under Seal* CR File 240708 |
| 58 | *Filed Under Seal* CR No. 144706 |
| 59 | *Filed Under Seal* CR No. 157986 |
| 60 | *Filed Under Seal* CR No. 180432 |
| 61 | *Filed Under Seal* CR No. 181452 |
| 62 | *Filed Under Seal* CR No. 183770 |
| 63 | *Filed Under Seal* CR No. 187732 |
| 64 | *Filed Under Seal* CR No. 188980 |
| 65 | *Filed Under Seal* CR File 157627 |
| 66 | *Filed Under Seal* CR File 240708 |
| 67 | *Filed Under Seal* CR File 192379 |
| 68 | *Filed Under Seal* CR File 124631 |
| 69 | *Filed Under Seal* CR File 142612 |
| 70 | *Filed Under Seal* CR File 143475 |
| 71 | *Filed Under Seal* CR File 168160 |
| 72 | *Filed Under Seal* CR File 182519 |
| 73 | *Filed Under Seal* CR File 195857 |
| 74 | *Filed Under Seal* CR File 205257 |
| 75 | *Filed Under Seal* CR File 217624 |
| 76 | *Filed Under Seal* CR File 236739 |
| 77 | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |
| 78 | Finnell Dep from *Velez*, dated 2/15/22 |
| 79 | Dr. Leo's Report in *Solache/Reyes* |
| 80 | Dr. Leo's Curriculum Vitae |
| 81 | Dr. Leo's Dep in *Solache/Reyes* dated 9/28/22 |
| 82 | Plaintiff Reyes' 4/5/98 Handwritten Statement, RFC-Solache/Reyes 294-304 |
| 83 | Plaintiff Solache's 4/5/98 Handwritten Statement, RFC-Solache/Reyes 305-313 |
| 84 | Leo's Dep in *Solache/Reyes* dated 9/29/22 |
| 85 | Torture Victims Chart, PTP-NOTICE-000829-842 |
| 86 | *People v. Bounds* (bates number PTP-F BOUNDS-000001-30) |
| 87 | Torture Chart (PTP-NOTICE-000829-000842) |
| 88 | Burton *pro se* Complaint, PTP-A BURTON-000001-9 |
| 89 | Plaintiffs' correspondence regarding PTP production |
| 90 | Transcript of Proceedings from March 7, 2022 |
| 91 | PTP-J COSTON-000001-000003 |
| 92 | PTP-T HOOD & W WASHINGTON-000001-00039 |
| 93 | PTP-E WHITE-000001-000007 |
| 94 | PTP-A LASH-000001-000011 |
| 95 | PTP-J PLUMMER-000001-000010 |

| | |
|---|---|
| 96 | PTP-A ROBINSON 000001-000006 |
| 97 | PTP-A WILLIAMS-000001-000008 |
| 98 | PTP-K MURRAY 000001-000013 |
| 99 | PTP-G SHELTON-00001-000006 |
| 100 | PTP-R WEST-000001-000008 |
| 101 | PTP-D HARVEY-000001-000023 |
| 102 | PTP-D-FLEWELLEN-0000001-000015 |
| 103 | PTP-O Gomez & A QUINONES-00000-00043 |
| 104 | PTP-R-KITCHEN-000001-000208 |
| 105 | PTP-T REYNA-000001-000010 |
| 106 | PTP-C SMITH-000001-000010 |
| 107 | PTP-K WATKINS-000001-000015 |
| 108 | PTP-C CHATMAN-000001-0000082 |
| 109 | PTP-JERMIAH WRIGHT & ELIJAH THREATT- 000001-000007 |
| 110 | AR-L 148767-148860 |
| 111 | AR-L 154814-155027 |
| 112 | AR-L 155056-155058 |
| 113 | AR-L 154806-154809 |
| 114 | Bluhm 10887-10888 |
| 115 | JR-L 300501-300555 |
| 116 | AR-L 155028-155029 |
| 117 | AR-L 155310-15363 |
| 118 | *Filed Under Seal* PTP-M CRAIGHEAD 000001-000004 |
| 119 | *Filed Under Seal* PTP-M HOLSTON 000001-000073 |
| 120 | *Filed Under Seal* PTP-K MITCHELL 000001-000034 |
| 121 | *Filed Under Seal* PTP-X JOHNSON 00001-000013 |
| 122 | Leo notes, LEO 2268-2358 |
| 123 | Dr. Leo's Dep in *Solache/Reyes* dated 4/24/23 |
| 124 | Plaintiffs' Nov. 7, 2022 email correspondence |
| 125 | Dr. Leo's Invoice (bates stamped LEO 000976-978) |
| 126 | Dr. Leo's Invoice (bates stamped LEO 000007-9) |
| 127 | Dr. Leo's Invoice (bates stamped LEO 002425-27) |