THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE CERTAIN
EXHIBITS TO ITS RULE 56.1 STATEMENT OF FACTS UNDER SEAL**

Defendant, City of Chicago (the "City"), by and through its undersigned counsel, hereby moves this Honorable Court for leave to file certain exhibits to its Rule 56.1 Statement of Facts under seal, and in support thereof, states as follows:

1. Defendant City filed its Motion for Summary Judgment on April 8, 2024. (Dkt. 690, 522).

2. At that time, Defendant City also filed a Motion for Leave to File Excess Pages and Paragraphs ("City's Motion"). (Dkt. 689, 524).

3. This Court granted the City's Motion on November 5, 2024. (Dkt. 721, 552).

4. While preparing the final exhibits for Defendant City of Chicago's Statement of Facts, the undersigned counsel determined that certain exhibits contain sensitive information, and/or are marked confidential, and will therefore, need to be filed under seal.

5. Counsel for Defendant City inquired of Plaintiff's counsel, who do not oppose this motion.

WHEREFORE, Defendant, City of Chicago, respectfully requests that this Honorable Court enter an order granting it leave to file certain exhibits to its Rule 56.1 Statement of Facts under seal, and for any and all other relief that this Court deems just and proper.

Dated: November 8, 2024

Respectfully Submitted,

/s/ Eileen E. Rosen
Eileen E. Rosen
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren M. Ferrise
ROCK FUSCO & CONNELLY, LLC
333 W. Wacker Dr., 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com