IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HALVORSEN, DICKINSON,
RUTHERFORD, TREVINO, MINGEY, BIEBEL AND
<u>CAPPITELLI'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS</u>**

**Exhibit List**

Exhibit 1   Statement of Adriana Mejia

Exhibit 2   Certified Statement of Conviction, Adriana Mejia

Exhibit 3   Adriana Mejia Deposition, Volume 3 (February 4, 2021)

Exhibit 4   6/16/2020 Declaration of ASA Yulia Nikolaevskaya

Exhibit 5   6/19/2000 Trial Transcript

Exhibit 6   Guadalupe Mejia Deposition (January 20, 2020)

Exhibit 7   Rosauro Mejia Deposition (August 8, 2019)

Exhibit 8   Jorge Mejia Deposition (January 21, 2020)

| | |
|---|---|
| Exhibit 9 | Solache Deposition, Volume 2 (December 8, 2021) |
| Exhibit 10 | 3/3/2000 Pretrial Transcript |
| Exhibit 11 | Adriana Mejia Deposition, Volume 2 (October 22, 2019) |
| Exhibit 12 | 6/15/2000 Trial Transcript |
| Exhibit 13 | Solache Deposition, Volume 1 (December 6, 2021) |
| Exhibit 14 | 4/7/1998 Guadalupe Mejia Grand Jury Testimony |
| Exhibit 15 | 6/14/2000 Trial Transcript |
| Exhibit 16 | Rutherford Deposition, Volume 1 (December 17, 2019) |
| Exhibit 17 | Biebel Deposition (November 13, 2019) |
| Exhibit 18 | Mingey Deposition, Volume 1 (June 16, 2021) |
| Exhibit 19 | Affidavit of CPD Record Keeper |
| Exhibit 20 | Navarro Deposition (July 23, 2020) |
| Exhibit 21 | 4/7/1998 Rosauro Mejia Grand Jury Testimony |
| Exhibit 22 | Adriana Mejia Deposition, Volume 4 (February 5, 2021) |
| Exhibit 23 | *Solache/Reyes* People's Trial Exhibit 9 (Photo of Maria) |
| Exhibit 24 | *Solache/Reyes* People's Trial Exhibit 2 (Diagram of 2071 N. Leavitt) |
| Exhibit 25 | *Solache/Reyes* People's Exhibit 5 (Photo of Santiago) |
| Exhibit 26 | Alfredo Aranda Deposition (June 5, 2019) |
| Exhibit 27 | Statement of Rosauro Mejia |
| Exhibit 28 | Statement of Guadalupe Mejia |
| Exhibit 29 | David Valentin Deposition (July 23, 2019) |
| Exhibit 30 | Mark Harvey Deposition (April 30, 2019) |
| Exhibit 31 | *Solache/Reyes* People's Trial Exhibit No. 40 (Chart of Jacinta's injuries) |

| | |
|---|---|
| Exhibit 32 | *Solache/Reyes* People's Trial Exhibit No. 48 (Chart of Mariano's injuries) |
| Exhibit 33 | 6/16/2000 Trial Transcript |
| Exhibit 34 | *Solache/Reyes* People's Trial Exhibit No. 59 (Jacinta Soto autopsy report) |
| Exhibit 35 | *Solache/Reyes* People's Trial Exhibit No. 58 (Mariano Soto autopsy report) |
| Exhibit 36 | Mingey Deposition, Volume 2 (June 17, 2021) |
| Exhibit 37 | [Intentionally Omitted] |
| Exhibit 38 | Philip Cline Deposition (May 13, 2021) |
| Exhibit 39 | Scene Supplementary Report |
| Exhibit 40 | *Solache/Reyes* People's Trial Exhibit 18, CPD Special Bulletin |
| Exhibit 41 | 7/28/1999 Pretrial Transcript |
| Exhibit 42 | CPD Investigative File |
| Exhibit 43 | Rosa Aranda Deposition (February 5, 2020) |
| Exhibit 44 | Jorge Soto Deposition (June 12, 2019) |
| Exhibit 45 | 3/31/2000 Pretrial Transcript |
| Exhibit 46 | *Solache/Reyes* People's Trial Exhibit 23 (Consent to Search) |
| Exhibit 47 | Jorge Cerda Deposition (July 30, 2020) |
| Exhibit 48 | *Solache/Reyes* People's Trial Exhibit 38 (Consent to Search) |
| Exhibit 49 | Berscott Ruiz Deposition (July 15, 2019) |
| Exhibit 50 | Cleared Closed Report |
| Exhibit 51 | *Solache/Reyes* People's Trial Exhibit 30 (Papers in Reyes's Pocket) |
| Exhibit 52 | Reyes's Deposition Volume 2 (February 27, 2020) |
| Exhibit 53 | Daniel Trevino Deposition (June 23, 2021) |
| Exhibit 54 | Thomas O'Malley Deposition (August 14, 2019) |

| | |
|---|---|
| Exhibit 55 | *Reyes* People's Trial Exhibit 36 (Photo of Reyes) |
| Exhibit 56 | *Reyes* People's Trial Exhibit 62 (Photo of Reyes) |
| Exhibit 57 | Reyes's arrest report |
| Exhibit 58 | *Reyes* People's Trial Exhibit 63 (Photo of Reyes) |
| Exhibit 59 | Solache Deposition Volume 3 (December 9, 2021) |
| Exhibit 60 | *Solache* People's Trial Exhibits 36A and 36B (Photo of Solache) |
| Exhibit 61 | Solache's arrest report |
| Exhibit 62 | *Solache* People's Trial Exhibit 67 (Photo of Solache) |
| Exhibit 63 | True Bill and Indictment |
| Exhibit 64 | Dennis Stankus Deposition (March 14, 2019) |
| Exhibit 65 | Arthur Hill Deposition (April 15, 2021) |
| Exhibit 66 | 4/15/1998 ISP Lab Worksheet (Adriana's pants) |
| Exhibit 67 | 4/14/1998 ISP Lab Worksheet (Adriana's shoes) |
| Exhibit 68 | Mingey Deposition Exhibit 4 (General Offense Case Report) |
| Exhibit 69 | Mingey Deposition Exhibit 7 (Supplementary Report) |
| Exhibit 70 | Mingey Deposition Exhibit 8 (Supplementary Report) |
| Exhibit 71 | Mingey Deposition Exhibit 9 (Supplementary Report) |
| Exhibit 72 | Mingey Deposition Exhibit 10 (Property Inv. Nos. 1982719 and 198270) |
| Exhibit 73 | (CONFIDENTIAL – FILED UNDER SEAL) |
| Exhibit 74 | Biebel Deposition Exhibit 2 (Supplementary Report) |
| Exhibit 75 | Biebel Deposition Exhibit 4 (Supplementary Report) |
| Exhibit 76 | (CONFIDENTIAL – FILED UNDER SEAL) |
| Exhibit 77 | (CONFIDENTIAL – FILED UNDER SEAL) |

| | |
|---|---|
| Exhibit 78 | Reyes's Motion to Quash Arrest and Suppress Evidence |
| Exhibit 79 | Solache's Motion to Suppress Statements |
| Exhibit 80 | 6/23/1999 Pretrial Transcript |
| Exhibit 81 | Reyes's Supplemental Motion to Suppress Statements |
| Exhibit 82 | Adriana Mejia's Motion to Suppress Statements |
| Exhibit 83 | 4/7/2000 Pretrial Transcript |
| Exhibit 84 | 9/1/1999 Pretrial Transcript |
| Exhibit 85 | 9/29/1998 State's Answer to Discovery |
| Exhibit 86 | 6/20/2000 Trial Transcript |
| Exhibit 87 | 4/17/03 Impounding Order |
| Exhibit 88 | Impounded Photos |
| Exhibit 89 | 2/8/2001 People v. Mejia Criminal Trial Transcript |
| Exhibit 90 | 9/30/2003 *People v. Reyes,* Appeal No. 1-01-2875, Rule 23 Order |
| Exhibit 91 | 8/19/2003 *People v. Solache,* No. 1-03-1149, Rule 23 Order |
| Exhibit 92 | 12/10/2003 Reyes's Petition for Post-Conviction Relief |
| Exhibit 93 | 3/12/2004 Order Denying Solache's Post-Conviction Petition |
| Exhibit 94 | 12/11/2006 People v. Solache and People v. Reyes (Consolidate Appeal Nos. 1-04-1047 and 1-04-1150) |
| Exhibit 95 | 6/29/2016 Post-trial Hearing |
| Exhibit 96 | Eric Sussman Deposition (November 23, 2021) |
| Exhibit 97 | 12/21/2017 Post-trial Hearing |
| Exhibit 98 | 3/17/2022 People's Response to Petitioner's Motion for Summary Judgment |
| Exhibit 99 | May 2022 Settlement Agreement and General Release |

| | |
|---|---|
| Exhibit 100 | Email exchange between CCSAO and Loevy & Loevy attorneys re: Meeting with State's Attorney Foxx |
| Exhibit 101 | Guevara Presentation to State's Attorney Foxx |
| Exhibit 102 | Email exchange between SAO and Loevy & Loevy attorneys re: Guevara follow-up |
| Exhibit 103 | 11/14/2022 Post-trial Transcript |
| Exhibit 104 | Christa Bowden Deposition (May 1, 2023) |
| Exhibit 105 | 6/28/2003 Transcript |
| Exhibit 106 | Email Exchange with CCSAO re: Certificate of Innocence Declaration |
| Exhibit 107 | 4/27/21 Reyes's Supplemental Response to Halvorsen's Interrogatories |
| Exhibit 108 | 4/27/21 Solache's Supplemental Response to Halvorsen's Interrogatories |
| Exhibit 109 | 4/27/21 Reyes's Supplemental Response to Biebel's 2nd set of Interrogatories |
| Exhibit 110 | 4/27/21 Reyes' [sic] Supplemental Response to Biebel's 2nd set of Interrogatories (actually Solache's) |
| Exhibit 111 | Raul Aranda Soto Deposition (February 3, 2020) |
| Exhibit 112 | Ardiana Mejia's Order of Commitment and Sentence to IDOC |
| Exhibit 113 | Robert Bartik Deposition (November 22, 2019) |
| Exhibit 114 | Photos of pages from Reyes's daybook, *Solache/Reyes* People's Trial Exhibit 30 |
| Exhibit 115 | *Reyes* People's Trial Exhibit 35, Statement of Arturo Reyes |
| Exhibit 116 | *Solache* People's Trial Exhibit 34, Statement of Garbriel Solache |
| Exhibit 117 | *Solache* People's Trial Group Exhibit 35, photos signed by Solache |
| Exhibit 118 | [Intentionally Omitted] |
| Exhibit 119 | [Intentionally Omitted] |
| Exhibit 120 | 12/18/2000 Sentencing Transcript |
| Exhibit 121 | Juan Solis's Deposition (November 22, 2019) |

| | |
|---|---|
| Exhibit 122 | (CONFIDENTIAL – FILED UNDER SEAL) |
| Exhibit 123 | Solis Deposition Exhibit 1 (Solis Police Report) |
| Exhibit 124 | Images of Film Negatives |
| Exhibit 125 | (CONFIDENTIAL – FILED UNDER SEAL) |
| Exhibit 126 | (CONFIDENTIAL – FILED UNDER SEAL) |
| Exhibit 127 | *Solache/Reyes* People's Trial Ex. 17 (Photo of knife) |
| Exhibit 128 | Rouse subpoena duces tecum for photos (April 8, 1998) |
| Exhibit 129 | 2/1/99 Transcript |
| Exhibit 130 | Thomas Verdun Deposition (March 16, 2021) |
| Exhibit 131 | Verdun Deposition Exhibit 5 (Discovery Receipt) |
| Exhibit 132 | [Intentionally Omitted] |
| Exhibit 133 | Andrew Varga Deposition (June 15, 2021) |
| Exhibit 134 | Illinois State Police Report dated January 29, 2000 |
| Exhibit 135 | Illinois State Police report dated December 16, 1999 |
| Exhibit 136 | Rutherford Deposition Volume 2 (December 18, 2019) |
| Exhibit 137 | Solache Trial Exhibit 3 – Photo of Mariano |
| Exhibit 138 | Solache Trial Exhibit 4 – Photo of Jacinta |