IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON REYES, | ) | |
| | ) | 1:18-cv-01028 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| GABRIEL SOLACHE, | ) | |
| | ) | 1:18-cv-02312 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |

**PLAINTIFFS' MOTION TO CLARIFY**

Plaintiffs Arturo Reyes and Gabriel Solache ("Plaintiffs"), by and through their undersigned counsel, seek clarification from the Court concerning its November 5, 2024 minute entry regarding summary judgment briefing, *Reyes,* Dkt. 721; *Solache*, Dkt. 552, stating as follows:

1. Plaintiffs filed their Motion for Partial Summary Judgment on April 8, 2024. *Reyes,* Dkt. 686; *Solache*, Dkt. 518. Defendants Halvorsen, Dickinson, Rutherford (the "Officer Defendants"), Trevino, Mingey, Biebel, and Cappitelli (the

"Supervisor Defendants") (collectively, the "Individual Defendants") filed their motions for summary judgment on April 8, 2024. *Reyes*, Dkt. 683, 684; *Solache*, Dkt. 515, 516. Defendant City of Chicago (the "City") filed its Motion for Summary Judgment on April 8, 2024. *Reyes*, Dkt. 690; *Solache*, Dkt. 522. Defendant Reynaldo Guevara filed his Motion to Join the Defendant Officers' Motion for Summary Judgment on April 9, 2024. *Reyes*, Dkt. 691; *Solache*, Dkt. 523.

2. On May 13, 2024, the Court stayed summary judgment briefing and set an in-person hearing for May 24, 2024. *Reyes*, Dkt. 696; *Solache,* Dkt. 528. During the Court's May 24 hearing regarding the scope of summary judgment briefing, the Court solicited input from the parties about ways to reduce the size and amount of summary judgment briefing.

3. On May 31, 2024, Defendants filed proposals offering to limit their memorandums of law to 50 pages for the Individual Defendants and 50 pages for the City Defendant, with 50 pages for a response and 25 pages for each reply. *Reyes*, Dkt. 703; *Solache*, Dkt. 535. Defendants further proposed that the City Defendant would limit its Rule 56.1 Statement of Facts to 250 facts (down from 313 in their original Statement of Facts, *Reyes*, Dkt. 692-2; *Solache*, Dkt. 524-2), the Individual Defendants would limit their Rule 56.1 Statement of Facts to 200 facts (down from 250 facts in their original Statement of Facts, *Reyes*, Dkt. 693-4; *Solache*, Dkt. 525-4), and Plaintiffs would limit their Statement of Additional Facts to 100 facts. *Reyes*, Dkt. 703; *Solache*, Dkt. 535. Plaintiffs filed a proposal offering to dismiss

2

numerous meritorious claims in exchange to forgo summary judgment altogether. *Reyes*, Dkt. 701, *Solache*, Dkt. 533.

4. On November 5, 2024, the Court issued an order regarding the parties' motions for excess pages. Reverting essentially to the status quo of the summary judgment briefing before the Court stayed briefing on May 13, 2024, the Court granted Plaintiff's Motion for Excess Pages, *Reyes,* Dkt. 688; *Solache*, Dkt. 520. As a result, Plaintiffs' 25-page memorandum of law was accepted, and the Court granted Defendants 25 pages in response and designated 10 pages for Plaintiffs' Reply. *Reyes*, Dkt. 721; *Solache*, Dkt. 552.

5. In the same order, the Court granted the Individual Defendants' Motions for Excess Pages, *Reyes*, Dkt. 689, 693; *Solache*, Dkt. 521, 525. As a result, the Officer Defendants were given the originally requested 46 pages for their memorandum of law and the Supervisor Defendants were given the originally requested 18 pages for their memorandum of law, and the Court granted Plaintiffs leave to file response briefs of equal length and designated 10 pages for each set of Defendants' reply briefs. *Reyes*, Dkt. 721; *Solache*, Dkt. 552. The also Court granted the Defendants leave to file 250 statements of fact. *Id.*

6. The Court ordered that Plaintiffs would be permitted to file responses to the Officer Defendants' 46-page brief and the Supervisor Defendants' 18-page brief of equal length. *Id.* The Court's order does not say anything about how many paragraphs of facts Plaintiffs will be permitted to file in response to the Individual Defendants' 250-paragraph statement of facts. *Id.*

7. Pursuant to the Court's order, on November 8, 2024, the Individual Defendants filed the Officer Defendants' 46-page brief, and the Supervisor Defendants' 18-page brief. *Reyes*, Dkt. 724, 723; *Solache*, Dkt. 555, 554. On the same day, the Individual Defendants filed their 250 statements of fact. *Reyes*, Dkt. 726; *Solache*, Dkt. 557. On November 11, 2024, the Individual Defendants filed exhibits to their statements of fact. *Reyes*, Dkt. 734; *Solache*, Dkt. 565.

8. But in addition to those filings by the Individual Defendants, on November 8, the City filed a 62-page brief, *Reyes*, Dkt. 731; *Solache*, Dkt. 561; an additional statement of facts containing 313 paragraphs, *Reyes*, Dkt. 730; *Solache*, Dkt. 562; and two *Daubert* motions, one of 24 pages, *Reyes*, Dkt. 729; *Solache*, Dkt. 560, and the other of 29 pages, *Reyes*, Dkt. 728; *Solache*, Dkt. 559.

9. The Court's November 5 order did not mention the City's proposed filings, or the City's Motion to File Oversized Memorandum of Law and Oversized Daubert Motions and More Than 80 Paragraphs for Rule 56.1 Statement, *Reyes*, Dkt. 692; *Solache*, Dkt. 524.

10. Accordingly, at the end of the day, Defendants have filed a combined total of 179 pages of briefs and 563 paragraphs of facts, which is more than the amount authorized by the Court's November 5 order. Plaintiffs do not know how many pages they are permitted to respond to (1) the City's 62-page brief, (2) the City's 24-page and 29-page *Daubert* motions, (3) the Individual Defendants' 250 paragraphs of facts, or (4) the City's additional 313 paragraphs of facts.

4

WHEREFORE, Plaintiffs respectfully request clarification about how many pages and paragraphs they will be permitted to file in response to Defendants' filings, and they request an equal number.

| | |
|---|---|
| Dated: November 13, 2024 | RESPECTFULLY SUBMITTED, |
| /s/ Steve Art<br>*Counsel for Plaintiff DeLeon-Reyes* | /s/ Jan Susler<br>*Counsel for Plaintiff Solache* |
| Jon Loevy<br>Anand Swaminathan<br>Steve Art<br>Rachel Brady<br>Sean Starr<br>Annie Prossnitz<br>Meg Gould<br>**LOEVY & LOEVY**<br>311 N. Aberdeen Street<br>Chicago, IL 60607<br>(312) 243-5900<br>steve@loevy.com | Jan Susler<br>Ben Elson<br>Nora P. Snyder<br>**PEOPLE'S LAW OFFICE**<br>1180 N. Milwaukee Avenue<br>3rd Floor<br>Chicago, IL 60642<br>(773) 235-0070<br>jsusler@peopleslawoffice.com |