**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HALVORSEN, DICKINSON,
RUTHERFORD, TREVINO, MINGEY, BIEBEL AND
CAPPITELLI'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS**

**Exhibit List**

Exhibit 1      Statement of Adriana Mejia

Exhibit 2      Certified Statement of Conviction, Adriana Mejia

Exhibit 3      Adriana Mejia Deposition, Volume 3 (February 4, 2021)

Exhibit 4      Illinois State Police report dated December 16, 1999

Exhibit 5      6/19/2000 Trial Transcript

Exhibit 6      Guadalupe Mejia Deposition (January 20, 2020)

Exhibit 7      Rosauro Mejia Deposition (August 8, 2019)

Exhibit 8      Jorge Mejia Deposition (January 21, 2020)

Exhibit 9        Solache Deposition, Volume 2 (December 8, 2021)

Exhibit 10       3/3/2000 Pretrial Transcript

Exhibit 11       Adriana Mejia Deposition, Volume 2 (October 22, 2019)

Exhibit 12       6/15/2000 Trial Transcript

Exhibit 13       Solache Deposition, Volume 1 (December 6, 2021)

Exhibit 14       4/7/1998 Guadalupe Mejia Grand Jury Testimony

Exhibit 15       6/14/2000 Trial Transcript

Exhibit 16       Rutherford Deposition, Volume 1(December 17, 2019)

Exhibit 17       Biebel Deposition (November 13, 2019)

Exhibit 18       Mingey Deposition, Volume 1 (June 16, 2021)

Exhibit 19       Affidavit of CPD Record Keeper

Exhibit 20       Navarro Deposition (July 23, 2020)

Exhibit 21       4/7/1998 Rosauro Mejia Grand Jury Testimony

Exhibit 22       Adriana Mejia Deposition, Volume 4 (February 5, 2021)

Exhibit 23       *Solache/Reyes* People's Trial Exhibit 9 (Photo of Maria)

Exhibit 24       *Solache/Reyes* People's Trial Exhibit 2 (Diagram of 2071 N. Leavitt)

Exhibit 25       *Solache/Reyes* People's Exhibit 5 (Photo of Santiago)

Exhibit 26       Alfredo Aranda Deposition (June 5, 2019)

Exhibit 27       Statement of Rosauro Mejia

Exhibit 28       Statement of Guadalupe Mejia

Exhibit 29       David Valentin Deposition (July 23, 2019)

Exhibit 30       Mark Harvey Deposition (April 30, 2019)

Exhibit 31       *Solache/Reyes* People's Trial Exhibit No. 40 (Chart of Jacinta's injuries)

Exhibit 32    *Solache/Reyes* People's Trial Exhibit No. 48 (Chart of Mariano's injuries)

Exhibit 33    6/16/2000 Trial Transcript

Exhibit 34    *Solache/Reyes* People's Trial Exhibit No. 59 (Jacinta Soto autopsy report)

Exhibit 35    *Solache/Reyes* People's Trial Exhibit No. 58 (Mariano Soto autopsy report)

Exhibit 36    Mingey Deposition, Volume 2 (June 17, 2021)

Exhibit 37    Illinois State Police Report dated January 29, 2000

Exhibit 38    Philip Cline Deposition (May 13, 2021)

Exhibit 39    Scene Supplementary Report

Exhibit 40    *Solache/Reyes* People's Trial Exhibit 18, CPD Special Bulletin

Exhibit 41    7/28/1999 Pretrial Transcript

Exhibit 42    CPD Investigative File

Exhibit 43    Rosa Aranda Deposition (February 5, 2020)

Exhibit 44    Jorge Soto Deposition (June 12, 2019)

Exhibit 45    3/31/2000 Pretrial Transcript

Exhibit 46    *Solache/Reyes* People's Trial Exhibit 23 (Consent to Search)

Exhibit 47    Jorge Cerda Deposition (July 30, 2020)

Exhibit 48    *Solache/Reyes* People's Trial Exhibit 38 (Consent to Search)

Exhibit 49    Berscott Ruiz Deposition (July 15, 2019)

Exhibit 50    Cleared Closed Report

Exhibit 51    *Solache/Reyes* People's Trial Exhibit 30 (Papers in Reyes's Pocket)

Exhibit 52    Reyes's Deposition Volume 2 (February 27, 2020)

Exhibit 53    Daniel Trevino Deposition (June 23, 2021)

Exhibit 54    Thomas O'Malley Deposition (August 14, 2019)

Exhibit 55     Andrew Varga Deposition (June 15, 2021)

Exhibit 56     Verdun Deposition Exhibit 5 (Discovery Receipt)

Exhibit 57     Reyes's arrest report

Exhibit 58     Thomas Verdun Deposition (March 16, 2021)

Exhibit 59     2/1/99 Transcript

Exhibit 60     Rouse subpoena duces tecum for photos (April 8, 1998)

Exhibit 61     Solache's arrest report

Exhibit 62     *Solache/Reyes* People's Trial Ex. 17 (Photo of knife)

Exhibit 63     True Bill and Indictment

Exhibit 64     Dennis Stankus Deposition (March 14, 2019)

Exhibit 65     Arthur Hill Deposition (April 15, 2021)

Exhibit 66     4/15/1998 ISP Lab Worksheet (Adriana's pants)

Exhibit 67     4/14/1998 ISP Lab Worksheet (Adriana's shoes)

Exhibit 68     Mingey Deposition Exhibit 4 (General Offense Case Report)

Exhibit 69     Mingey Deposition Exhibit 7 (Supplementary Report)

Exhibit 70     Mingey Deposition Exhibit 8 (Supplementary Report)

Exhibit 71     Mingey Deposition Exhibit 9 (Supplementary Report)

Exhibit 72     Mingey Deposition Exhibit 10 (Property Inv. Nos. 1982719 and 198270)

Exhibit 73     (CONFIDENTIAL – FILED UNDER SEAL)

Exhibit 74     Biebel Deposition Exhibit 2 (Supplementary Report)

Exhibit 75     Biebel Deposition Exhibit 4 (Supplementary Report)

Exhibit 76     (CONFIDENTIAL – FILED UNDER SEAL)

Exhibit 77     (CONFIDENTIAL – FILED UNDER SEAL)

Exhibit 78    (CONFIDENTIAL – FILED UNDER SEAL)

Exhibit 79    Images of Film Negatives

Exhibit 80     Solis Deposition Exhibit 1 (Solis Police Report)

Exhibit 81     (CONFIDENTIAL – FILED UNDER SEAL)

Exhibit 82    Juan Solis's Deposition (November 22, 2019)

Exhibit 83    12/18/2000 Sentencing Transcript

Exhibit 84    9/1/1999 Pretrial Transcript

Exhibit 85    9/29/1998 State's Answer to Discovery

Exhibit 86    6/20/2000 Trial Transcript

Exhibit 87    4/17/03 Impounding Order

Exhibit 88    Impounded Photos

Exhibit 89    2/8/2001 People v. Mejia Criminal Trial Transcript

Exhibit 90    *Solache* People's Trial Exhibit 34, Statement of Garbriel Solache

Exhibit 91    *Reyes* People's Trial Exhibit 35, Statement of Arturo Reyes

Exhibit 92    12/10/2003 Reyes's Petition for Post-Conviction Relief

Exhibit 93    3/12/2004 Order Denying Solache's Post-Conviction Petition

Exhibit 94     Photos of pages from Reyes's daybook, *Solache/Reyes* People's Trial Exhibit 30

Exhibit 95    6/29/2016 Post-trial Hearing

Exhibit 96    Eric Sussman Deposition (November 23, 2021)

Exhibit 97    12/21/2017 Post-trial Hearing

Exhibit 98    4/27/21 Reyes's Supplemental Response to Halvorsen's Interrogatories

Exhibit 99    4/27/21 Solache's Supplemental Response to Halvorsen's Interrogatories

Exhibit 100   4/27/21 Reyes's Supplemental Response to Biebel's 2nd set of Interrogatories

Exhibit 101    4/27/21 Reyes' [sic] Supplemental Response to Biebel's 2nd set of Interrogatories (actually Solache's)

Exhibit 102    Raul Aranda Soto Deposition (February 3, 2020)