**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S
LOCAL RULE 56.1(a)(3) STATEMENT OF MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit No. | Description |
|---|---|
| 1 | Plaintiffs' Supplemental Responses to Defendant City of Chicago's First Set of Interrogatories |
| 2 | Deposition of James Hickey, *Kluppelberg v. Burge,* N.D. Ill., 13-CV-03963 (part I dated 7/29/14) |
| 3 | Deposition of James Hickey, *Rivera v. Guevara,* N.D. Ill, 12-CV-4428 (part II dated 6/10/14) |
| 4 | Deposition of City's Rule 30(b)(6) witness, Commander Eric Winstrom, in consolidated cases of *Solache v. Guevara,* N.D. Ill., 18-CV-2312, and *DeLeon-Reyes v. Guevara,* N.D. Ill., 18-CV-1028 |
| 5 | Detective Division Notice 82-2, AR-L 4430-32 |
| 6 | Deposition of James Hickey in *Rivera* (part I dated 5/6/14) |
| 7 | S.O. 83-1, AR-L 4433-37 |
| 8 | SO 83-2, JR-L 196560-64 |
| 9 | S.O. 86-3, AR-L 4438-40 |

| 10 | G.O. 88-18 at bates Foster 30(b)(6) 000003-4 |
|----|---|
| 11 | Detective Division Training Materials from 1988-1996 at bates Foster 30(b)(6) 000039-46 |
| 12 | Tiderington Report in *Solache/Reyes* |
| 13 | Tiderington Dep in *Johnson* dated 9/20/23 |
| 14 | Tiderington Dep from *Solache/Reyes* dated 10/6/22 |
| 15 | Tiderington Deposition from *Sierra* dated 12/8/22 |
| 16 | Tiderington Report in *Solache/Reyes*, Attachment F |
| 17 | Finnell Report in *Solache/Reyes* |
| 18 | Finnell Dep from *Solache/Reyes* dated 9/22/22 |
| 19 | Finnell Report in *Solache/Reyes,* Appendix B |
| 20 | Finnell Dep from *Sierra* dated 1/13/23 |
| 21 | Finnell Rebuttal Report in *Solache/Reyes* |
| 22 | Finnell Report in *Velez* |
| 23 | *Filed Under Seal* |
| 24 | *Filed Under Seal* |
| 25 | *Filed Under Seal* |
| 26 | *Filed Under Seal* |
| 27 | *Filed Under Seal* |
| 28 | *Filed Under Seal* |
| 29 | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |
| 30 | Finnell Dep from *Solache/Reyes* dated 9/23/22 |
| 31 | Finnell Dep from *Velez*, dated 2/15/22 |
| 32 | Dr. Leo's Report in *Solache/Reyes* |
| 33 | Dr. Leo's Curriculum Vitae |
| 34 | Dr. Leo's Dep in *Solache/Reyes* dated 9/28/22 |
| 35 | Leo's Dep in *Solache/Reyes* dated 9/29/22 |
| 36 | Torture Victims Chart, PTP-NOTICE-000829-842 |
| 37 | Plaintiffs' correspondence regarding PTP production |
| 38 | Transcript of Proceedings from March 7, 2022 |
| 39 | PTP-A LASH-000001-000011 |
| 40 | PTP-J PLUMMER-000001-000010 |
| 41 | PTP-A ROBINSON 000001-000006 |
| 42 | PTP-A WILLIAMS-000001-000008 |
| 43 | PTP-K MURRAY 000001-000013 |
| 44 | PTP-G SHELTON-00001-000006 |
| 45 | PTP-R WEST-000001-000008 |
| 46 | PTP-D HARVEY-000001-000023 |
| 47 | *Filed Under Seal* |
| 48 | *Filed Under Seal* |
| 49 | *Filed Under Seal* |
| 50 | *Filed Under Seal* |