# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON REYES, | ) | |
| | ) | 1:18-cv-01028 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Sunil R. Harjani |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | 1:18-cv-02312 |
| Plaintiff, | ) | |
| | ) | Hon. Steven C. Seeger |
| v. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Hon. Sunil Harjani |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF THEIR CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE CITY OF <u>CHICAGO EXHIBIT LIST</u>**

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
Meg Gould
**LOEVY & LOEVY**
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

# EXHIBIT LIST

| Exhibit Number | Description |
| --- | --- |
| 1 | Plaintiffs' Responses to Defendant City of Chicago's First Set of Interrogatories to Plaintiff |
| 2 | Shadur Order in Palmer and Negron v. City of Chicago et al. |
| 3 | Deposition of James Hickey; Rivera v. Guevara et al. |
| 4 | *Fields* Trial Transcript 11/23/16 |
| 5 | Deposition of James Hickey; Fields v. City of Chicago et al. |
| 6 | 2014 Hickey *Fields* Trial Testimony |
| 7 | July 29, 2014 Transcript of James Hickey; Kluppelberg v. Jon Burge et al. |
| 8 | Expert Report of Thomas Tiderington |
| 9 | Special Order 82-2 and Memo |
| 10 | Special Order 83-1 |
| 11 | Special Order 83-2 |
| 12 | Special Order 86-3 |
| 13 | Deposition of Commander Eric Winstrom; Reyes et al. v. Guevara et al. |
| 14 | Deposition of Philip Cline; Reyes et al. v. Guevara et al. |
| 15 | Testimony of Jeffrey Noble; Fields v. City of Chicago et al. |
| 16 | Testimony of James Hickey; Rivera v. City of Chicago et al. |
| 17 | June 2020 OIG Report |
| 18 | September 2021 OIG Follow-Up Report |
| 19 | Defendants' Rule 26(a)(2) Disclosures |
| 20 | Expert Report of Nelson Andreu |
| 21 | Expert Report of Bernard Murray |
| 22 | Deposition of Bernard Murray |
| 23 | Loughran Deposition in Taylor v. City of Chicago et al. |

| 24 | Nathan Fields Street File |
|---|---|
| 25 | Jacques Rivera Street File |
| 26 | Jacques Rivera Permanent Retention File |
| 27 | Order on Kluppelberg Certificate of Innocence |
| 28 | Expert Report of Michael Brasfield; Rivera v. Guevara et al. |
| 29 | Fields Trial Transcript 11/29/2016 AM |
| 30 | Michael Brasfield's Voluminous Records; Rivera v. Guevara et al. |
| 31 | Fields Trial Transcript 11/29/2016 PM |
| 32 | Fields Trial Transcript 11/23/2016 AM |
| 33 | Fields Trial Transcript 12/01/2016 AM |
| 34 | Fields Trial Transcript 11/17/2016 PM |
| 35 | Fields Trial Transcript 11/28/2016 AM |
| 36 | Fields Trial Transcript 12/6/2016 PM |
| 37 | Fields Trial Transcript 12/5/2016 PM |
| 38 | Fields Trial Transcript 12/8/2016 AM |
| 39 | Fields Trial Transcript 12/7/2016 AM |
| 40 | Fields Trial Transcript 11/30/2016 AM |
| 41 | Fields Expert Report of Michael Brasfield |
| 42 | *Fields* Final Jury Instructions |
| 43 | Defendants' Post-Trial Motion in Fields |
| 44 | Plaintiff's Response to Post-Trial Motion in Fields |
| 45 | Defendants' Reply in Support of their Post-Trial Motion in Fields |
| 46 | Fields Verdict Summary |
| 47 | Fields Judgement |
| 48 | Rivera v. Guevara et al. Summary Judgement Response Brief |
| 49 | *Rivera* Jury Instructions |

| 50 | *Rivera* Judgment |
|---|---|
| 51 | *Rivera* Verdict |
| 52 | City's Motion for New Trial in *Rivera* |
| 53 | Plaintiff's Response to City's Motion for New Trial in *Rivera* |
| 54 | City's Reply in Support of Motion for New Trial in *Rivera* |
| 55 | *Rivera* Trial Transcript 6/15/18 |
| 56 | *Rivera* Trial Transcript 6/26/18 |
| 57 | Jacques Rivera Certificate of Innocence |