**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**INDEX OF EXHIBITS**

| Exhibit | Description of document |
|---|---|
| A | *Reyes* Petition for Post-Conviction Relief |
| B | *Reyes* Amended Petition for Post-Conviction Relief |
| C | *Solache* Amended Petition for Post-Conviction Relief |
| D | *Reyes* Revised Amended Petition for Post-Conviction Relief |
| E | Transcript of *Reyes* Deposition - Volume One |
| F | Transcript of *Reyes* Deposition - Volume Two |
| G | Transcript of *Reyes* Trial Testimony |
| H | *Solache* Arrest Report |
| I | *Solache* Day Three of Deposition |
| J | *Reyes* Investigative File |

| | |
|---|---|
| K | Transcript of Wilson Trial Testimony |
| L | Transcript of *Reyes* Testimony from Motion To Suppress Hearing |
| M | Transcript of Solache Day Two of Post Conviction Hearing Testimony |
| N | Transcript of *Reyes* Post-Conviction Hearing Testimony |
| O | Transcript of *Solache* Motion to Suppress Testimony |
| P | Transcript of *Solache* Trial Testimony |
| Q | *Solache* Certificate of Innocence Petition |
| R | Transcript of Solache Post-Conviction Hearing Testimony |
| S | *Solache* Clemency Petition |
| T | *Solache* Interview 03/19/2014 |
| U | Chicago Police Department Supplemental Report of Guevara and Halverson regarding the Initial Report at the Scene |
| V | Chicago Police Department General Offense Case Report |
| W | Transcript of Raul Aranda Soto Deposition |
| X | Chicago Police Department Supplemental Report 04/02/1998 |
| Y | Transcript of David Valentin Deposition |
| Z | Crime Scene Report regarding Mariano Soto |
| AA | Crime scene report regarding Photos of Victims |
| BB | Crime Scene Report regarding Photos Taken of Apartment Building |
| CC | Chicago Police Department Supplemental Report Frohnauer and Riordan |
| DD | Transcript of *Solache* Trial |
| EE | Transcript of Mark Harvey Deposition |
| FF | Transcript of Rosa Aranda Deposition |
| GG | Transcript of Jose Ramiro Aranda Deposition |
| HH | Transcript of Jorge Soto Cortez Deposition |
| II | Chicago Police Department Field Investigation Clear and Closed Report |
| JJ | Transcript of Mejia Rosauro Deposition - Volume One |

| | |
|---|---|
| KK | Transcript of Mejia Rosauro Deposition - Volume Two |
| LL | Transcript of Solache Deposition - Volume Two |
| MM | Transcript of Solache Deposition - Volume One |
| NN | *Reyes* Employment Records |
| OO | Declaration of Jose Mejia |
| PP | Transcript of Jose Mejia Deposition |
| QQ | Transcript of Heather Brualdi Depostition |
| RR | Solis Report regarding *Reyes*, Mejia and *Solache* Arrival at the Station |
| SS | Chicago Police Department General Progress Report 04/01/1998 |
| TT | Chicago Police Department Supplemental Report Dickinson, McDonald, Collins regarding Finding Children |
| UU | Transcript of Edwin Dickinson Deposition - Volume 1 |
| VV | *Reyes* Permanent Retention File |
| WW | Transcript of Robert Rutherford Deposition |
| XX | Transcript of Adriana Mejia Testimony during Motion to Suppress Hearing |
| YY | Transcript of Hearing 03/31/2000 |
| ZZ | Transcript of Adriana Mejia Deposition - Volume Three |
| AAA | Transcript of Adriana Mejia Deposition |
| BBB | Transcript of Reynaldo Guevara Deposition |
| CCC | Introductory Interview of Adriana Mejia by Lassar 10/09/14 |
| DDD | Adriana Mejia Handwritten Statement |
| EEE | Chicago Police Department Handwritten General Progress Reports Dickinson and Rutherford |
| FFF | *Reyes* Handwritten Statement |
| GGG | *Solache* Brualdi Handwritten Statement |
| HHH | Transcript of Adriana Mejia Deposition - Volume Four |
| III | Transcript of Adriana Mejia from Hearing on 02/08/2001 |
| JJJ | Letters from Adriana Mejia to *Solache* 07/1999 |

| | |
|---|---|
| KKK | Telephone Records |
| LLL | Chicago Police Department Investigative File Inventory |
| MMM | Phone Records for Jalisco Birrieria |
| NNN | Transcript of Rosauro Mejia Deposition |
| OOO | Transcript of Rosauro Mejia Grand Jury Testimony |
| PPP | Transcript of Dr. Cherie Lynn Dalbke Deposition |
| QQQ | Handwritten Statement of Rosauro Mejia |
| RRR | Medical Records of Mejia Adriana |
| SSS | University of Illinois Developmental Follow-up Appointment Jacinta Soto |
| TTT | Declaration of Diana Gama in English |
| UUU | Declaration of Elisa Sanchez in English |
| VVV | Transcript of Diana Gama Deposition |
| WWW | *Reyes* Consent to Search Form |
| XXX | Transcript of Robert Rutherford Deposition |
| YYY | Transcript of Daniel Trevino Deposition |
| ZZZ | Dr. Richard Leo Final Expert Report |
| AAAA | Transcript of Thomas O'Malley Deposition |
| BBBB | Correspondence the Attorney Judicial Office in Mexico regarding *Solache* |
| CCCC | Supplemental Cook County States Attorneys Office Felony Review Folder of Adriana Mejia |
| DDDD | Branch 66 Hearing Transcript 04/06/1998 |
| EEEE | Transcript of Bernard Sarley Deposition |
| FFFF | Transcript of Reynaldo Guevara Deposition |
| GGGG | *Solache* Public Defender File |
| HHHH | Transcript of Elizabeth Boedeker Trial Testimony |
| IIII | *Solache* Employment Records |
| JJJJ | Transcript of Tim Ward Deposition |
| KKKK | Chicago Police Department Supplemental Report Schultz-Savage regarding the Canvass Search |
| LLLL | Dr. Lassar Report regarding *Solache* and *Reyes* |
| MMMM | Rosauro Mejia Interview 08/18/2014 |

| | |
|---|---|
| NNNN | Transcript of Jorge Mejia Deposition |
| OOOO | Interview of Guadalupe Mejia 10/07/2019 |
| PPPP | Handwritten Statement of Guadalupe Mejia |
| QQQQ | Deposition of Guadalupe Mejia |
| RRRR | Cook County States Attorneys Office File |
| SSSS | Chicago Police Department Supplemental Report Trevino |
| TTTT | Deposition of Edward Mingey - Volume Two |
| UUUU | Chicago Police Department Supplemental Report Azara and Pulia |
| VVVV | Chicago Police Department General Progress Report 04/03/1998 Azara and Pulia |
| WWWW | Transcript of Lourdes Rodriguez Deposition |
| XXXX | Transcript of Deposition Alfredo Aranda |
| YYYY | Transcript of Deposition David Navarro |
| ZZZZ | Transcript of Deposition Andrew Varga |
| AAAAA | Transcript of Deposition Karin Wehrle Dooley |
| BBBBB | Transcript of Deposition Arthur Francis Hill Jr |
| CCCCC | Transcript of Deposition Thomas Verdun |
| DDDDD | Motion to Quash and Suppress Statements |
| EEEEE | Transcript of Deposition Viola Amerijo Rouse - Volume One |
| FFFFF | Transcript of Deposition Viola Amerijo Rouse - Volume Two |
| GGGGG | *Reyes* Arrest Report |
| HHHHH | Transcript of Halverson Grand Jury Testimony |
| IIIII | Transcript of Deposition Edward Mingey - Volume One |
| JJJJJ | *Solache* Motion for New Trial |