# EXHIBIT 2



# Transcript of Reynaldo Guevara

**Date:** December 9, 2020
**Case:** DeLeon-Reyes & Solache -v- Guevara, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

1 (1 to 4)

---

**Page 1**

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

    ------------------------------X

ARTURO DeLEON-REYES,

                  Plaintiff   :

         v.

                              :   Case No.:

REYNALDO GUEVARA, et al.,     :   1:18-CV-01028

              Defendants  :

    ------------------------------X

GABRIEL SOLACHE,              :

                  Plaintiff   :

         v.                   :   Case No.:

                              :   1:18-CV-2312

CITY OF CHICAGO, et al.,      :

              Defendants  :

    ------------------------------X

        Videotaped Remote Deposition of

              REYNALDO GUEVARA

          Wednesday, December 9th, 2020

                  11:13 a.m.

Job No.:  340657

Pages 1 - 512

Reported by:  Joyce A. Wise, RMR
```

---

**Page 2**

Deposition of REYNALDO GUEVARA, held via remote Zoom:

Pursuant to agreement, before Joyce Wise, Notary Public, in and for the State of Pennsylvania.

---

**Page 3**

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF DELEON-REYES:
    ANAND SWAMINATHAN, ESQUIRE
    SEAN STARR, ESQUIRE
    STEVEN ART, ESQUIRE
    LOVEY & LOVEY
    311 North Aberdeen Street
    3rd Floor
    Chicago, Illinois 60607
    Phone: (312) 243-5900

ON BEHALF OF PLAINTIFF SOLACHE:
    JAN SUSLER, ESQUIRE
    PEOPLE'S LAW OFFICE
    1180 North Milwaukee Avenue
    3rd Floor
    Chicago, Illinois 60642
    Phone: (773) 235-0070

---

**Page 4**

A P P E A R A N C E S (Continued)

ON BEHALF OF DEFENDANT GUEVARA:
    JAMES V. DAFFADA, ESQUIRE
    THOMAS M. LEINENWEBER, ESQUIRE
    DAN BERNS, ESQUIRE
    MEGAN McGRATH, ESQUIRE
    Leinenweber, Baroni & Daffada, LLC
    120 North LaSalle Street
    Suite 2000
    Chicago, Illinois 60602
    Phone: (855) 786-3705

ON BEHALF OF DEFENDANTS DICKENSON, RUTHERFORD,
    STANKUS, NAUJOKAS, HARVEY, TREVINO,
    MINGEY, BIEBEL:
    JOSH ENGQUIST, ESQUIRE
    THE SOTOS LAW FIRM, PC
    141 West Jackson
    Suite 1240A
    Chicago, Illinois 60604
    Phone: (630) 735-3314

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

5

1  ON BEHALF OF DEFENDANTS WEHRLE, BRUALDI,
2      VARGA, O'MALLEY AND COOK COUNTY:
3      EDWARD M. BRENER, ESQUIRE
4      DAVID ALDEMAN, ESQUIRE
5      COOK COUNTY STATE'S ATTORNEY'S OFFICE
6      500 Richard J. Daley Center
7      Chicago, Illinois 60602
8      Phone: (312) 603-5971
9
10 ON BEHALF OF DEFENDANT NAVARRO:
11     DANIEL J. BURNS, ESQUIRE
12     REITER BURNS, LLP
13     311 South Wacker Drive
14     Suite 5200
15     Chicago, Illinois 60606
16     Phone: (312) 982-0090
17
18
19
20
21
22
23
24

6

1      A P P E A R A N C E S (Continued)
2
3  ON BEHALF OF DEFENDANT CITY OF CHICAGO:
4      ELIZABETH ROSEN, ESQUIRE
5      COOK COUNTY STATE'S ATTORNEY'S OFFICE
6      500 Richard J. Daley Center
7      Chicago, Illinois 60602
8      Phone: (312) 603-5971
9
10 ALSO PRESENT:
11     Jeff Wilhite, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24

7

1
2               INDEX TO DEPONENT
3  EXAMINATION                    PAGE
4  By Mr. Swaminathan ...................11
5  By Mr. Daffada ......................483
6  By Mr. Swaminathan .................484
7
8               INDEX OF EXHIBITS
9  EXHIBIT                        PAGE
10 A: Bloom 39180 ......................29
11 B: AR-L537339 - AR-L537346 ..........119
12 C: AR-L537349 - AR-L537354 .........119
13 1: RFC 418 - 419 ...................143
14 2: RFC 468 - 476....................148
15 3: RFC 266..........................159
16 4: RFC 585 - 615....................162
17 5: RFC 426 - 446....................236
18 6: RFC 206..........................241
19 7: RP Solache/Reyes 205..............242
20 9: 4/4/98 General Progress Report....316
21 10: RFC 294 - 300...................321
22 11: RFC 4006 - 4014.................351
23 12: RFC 341.........................414
24 13: Solache 5215 - 5251..............437

8

1               EXHIBITS (continued)
2  EXHIBIT:                       PAGE
3  14: Solache 5368 - 5393..............440
4  15: Solache 5461 - 5493..............443
5  16: Solache 6305 - 6360..............446
6  17: Solache 6366 - 6427..............456
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

3 (9 to 12)

---

9

1    VIDEOGRAPHER WILHITE:  Media Number 1
2 in the videotaped deposition of Reynaldo Guevara
3 in the matter of DeLeon-Reyes and Solache, et al.
4 And Gabriel Solache v. City of Chicago, et al, in
5 the United States District Court for the Northern
6 District of Illinois division, Case Numbers
7 1:18-CV-01028 and 1:18-CV-2313 two.
8    Today's date is December 9th, 2020.
9 The time is 11:13 a.m. Eastern standard time.
10    The videographer is Joe Wilhite
11 representing Planet Depos.
12    This deposition is taking place by
13 video conference with attendees appearing remotely
14 from different locations.
15    Will counsel please identify yourself
16 and whom you represent?
17    MR. SWAMINATHAN:  Anand Swaminathan for
18 plaintiff, Arturo Reyes.
19    MR. DAFFADA:  James Daffada for
20 Reynaldo Guevara.
21    MR. LEINENWEBER:  Tom Leinenweber also
22 for the defendant, Reynaldo Guevara.
23    MS. McGRATH:  Megan McGrath, also for
24 Defendant Guevara.

---

10

1    MS. ROSEN:  Eileen Rosen for
2 defendant --
3    MR. STAR:  Go ahead.
4    MS. ROSEN:  That's all right.  Go
5 ahead.
6    MR. STAR:  Sean Star on behalf of
7 Plaintiff Reyes.
8    MS. ROSEN:  Eileen Rosen on behalf of
9 Defendant City of Chicago.
10    MS. SUSLER:  Jan Susler on behalf of
11 Plaintiff Gabriel Solache.
12    MR. BRENER:  My name is Brian Brener,
13 B-R-E-N-E-R, on behalf of Defendants Tom O'Malley,
14 Heather Brualdi, Andrew Varga, Karen Worley and
15 Cook County.
16    MR. ADELMAN:  David Adelman on behalf
17 of the Defendants Heather Brualdi -- sorry,
18 Brualdi, Cook County, Tom O'Malley, Andrew Varga
19 and Karen Worley.
20    MR. BURNS:  Dan Burns on behalf of
21 Defendant Navarro.
22    MR. ENGQUIST:  Josh Engquist on behalf
23 of Defendants Halvorson, Rutherford, Trevino,
24 Biebel, Harvey, Dickinson, Stankus, Jajocas, and

---

11

1 Mingey.
2    VIDEOGRAPHER WILHITE:  The court
3 reporter is Joyce Wise representing Planet Depos.
4    The reporter may now swear in the
5 witness.
6    REYNALDO GUEVARA,
7 called upon by Plaintiff to give testimony, being
8 duly sworn or affirmed by me, testified as
9 follows:
10    EXAMINATION
11 BY MR. SWAMINATHAN:
12    Q    Please state and spell your name for
13 the record.
14    A    Reynaldo Guevara.  Last name,
15 G-U-E-V-A-R-A.
16    Q    Sir, are you taking any medications
17 that would prevent you from understanding my
18 questions and giving truthful testimony today?
19    A    No.
20    Q    Do you have any medical issues that
21 would prevent you from understanding my questions
22 and giving truthful testimony today?
23    A    No.
24    Q    I want to pick up where we left off at

---

12

1 the last deposition, but before I do, let me just
2 ask a couple of clarifitory questions.
3    You understand this is the continuation
4 of the deposition we started last month, correct?
5    A    Yes.
6    Q    In that deposition, you were asked a
7 number of questions about your decision to invoke
8 your Fifth Amendment rights.
9    Do you remember that?
10    A    Yes.
11    Q    Has your answer to any of those
12 questions changed?
13    A    No.
14    Q    Is there anything you told us at the
15 prior deposition that you'd like to change today?
16    A    No.
17    Q    All right.  I want to ask you about
18 some of the other cases in which you've been
19 accused of the same sort of misconduct that you've
20 been accused of in this case.
21    I'm gonna start by asking you about a
22 man named Adolfo Frias Munoz.
23    Sir, you framed Adolfo Frias Munoz for
24 the murder of Guerrero Albert Garcia, is that

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

4 (13 to 16)

13

1 correct?
2 **A    Take the Fifth.**
3 Q    One moment, please.
4 **A    Take the Fifth.**
5 Q    Okay.  Hold on just one second.  Okay.
6 Sorry.
7       Sir, you picked up Mr. Frias Munoz and
8 brought him to Area Five for questioning about the
9 murder of Ms. Alva Garcia in July 1993, correct?
10 **A    Take the Fifth.**
11 Q    Is that correct?
12 **A    Take the Fifth.**
13 Q    One second.  I'm having a little issue
14 with my computer.  One second.
15       Okay.  Mr. Frias was not able to read
16 and write English beyond a few words, was he?
17 **A    Take the Fifth.**
18 Q    And you know that he is not able to
19 read or write English, correct?
20 **A    Take the Fifth.**
21 Q    You didn't read Mr. Frias Munoz's
22 Miranda rights in Spanish, did you?
23 **A    Take the Fifth.**
24 Q    Mr. Frias Munoz was fingerprinted --

14

1 strike that.
2       After Mr. Frias Munoz was
3 fingerprinted, you asked him to sign a form
4 permitting police to search his apartment and car,
5 correct?
6 **A    Take the Fifth.**
7 Q    But the form was in English and you
8 were supposed to translate it for him, correct?
9       MR. DAFFADA: Objection, form,
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13 Q    You didn't do that, did you?
14       MR. DAFFADA: Objection, foundation.
15       THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17 Q    You then placed Mr. Frias Munoz in
18 lockup overnight, correct?
19       MR. DAFFADA: Objection, foundation.
20       THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22 Q    It was extremely cold and you didn't
23 provide him with any food, correct?
24       MR. DAFFADA: Objection, form,

15

1 foundation.
2       THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4 Q    And the next morning you and two other
5 detectives interrogated Mr. Frias Munoz about the
6 murder of Ms. Alva Garcia, correct?
7       MR. DAFFADA: Objection, foundation.
8       THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10 Q    And during the interrogation, the
11 window in the interrogation room was covered with
12 newspaper, correct?
13       MR. DAFFADA: Objection, foundation.
14       THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16 Q    And during the interrogation, you and
17 your colleagues beat Mr. Frias Munoz and slapped
18 him in the face, correct?
19       MR. DAFFADA: Objection, form and
20 foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23 Q    You and your colleagues beat Mr. Frias
24 Munoz's nephew until his face was red, correct?

16

1       MR. DAFFADA: Objection, form,
2 foundation.
3       THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5 Q    And you brought the nephew to see
6 Mr. Frias Munoz so he could see the abuse, didn't
7 you?
8       MR. DAFFADA: Objection, objection,
9 form, foundation.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12 Q    You then told him that what happened to
13 his nephew would have happened to his wife, too,
14 if he didn't confess, correct?
15       MR. DAFFADA: Objection, form and
16 foundation.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19 Q    And you made sure Mr. Frias Munoz could
20 hear his wife crying and screaming outside the
21 interrogation room, correct?
22       MR. DAFFADA: Objection, form,
23 foundation.
24       THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

17

1  BY MR. SWAMINATHAN:
2      Q    You threatened him again by stating
3  that if he did not confess, he and his wife would
4  be put in prison and his children would be taken
5  away, correct?
6          MR. DAFFADA:  Objection, form,
7  foundation.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    Eventually you broke his will and he
11 said he would say anything you wanted to hear as
12 long as his wife and son were let go and left
13 alone, correct?
14         MR. DAFFADA:  Objection, foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    After he told you he'd say anything you
18 wanted, you went over his false story with him and
19 had him practice until he was able to regurgitate
20 it, correct?
21         MR. DAFFADA:  Objection, foundation,
22 form.
23         THE DEPONENT:  Take the Fifth.
24

---

18

1  BY MR. SWAMINATHAN:
2      Q    And because of your physical abuse and
3  threats, you got Mr. Frias Munoz to regurgitate
4  your false story to the prosecutor, correct?
5          MR. DAFFADA:  Objection, form,
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Sir, the facts of the crime that
10 Mr. Frias Munoz regurgitated to the prosecutor,
11 those were your words, not his?
12         MR. DAFFADA:  Objection, form,
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    Those were the words you told him to
17 tell the prosecutor, correct?
18         MR. DAFFADA:  Objection, foundation.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    After all, Mr. Frias Munoz did not
22 speak English, correct?
23         MR. DAFFADA:  Objection, foundation.
24         THE DEPONENT:  I take the Fifth.

---

19

1  BY MR. SWAMINATHAN:
2      Q    He spoke in Spanish and you translated
3  to the prosecutor, correct?
4          MR. DAFFADA:  Objection, foundation.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    And no one else in the room knew what
8  you said in Spanish, correct?
9          MR. DAFFADA:  Objection, foundation.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    Based on your translation of what was
13 being said, the prosecutor prepared a statement
14 confessing to the crime for Mr. Frias Munoz to
15 sign, correct?
16         MR. DAFFADA:  Objection, form,
17 foundation.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    And because of your abuse and coercion,
21 you got Frias Munoz to initial and sign the bold
22 confession, correct?
23         MR. DAFFADA:  Objection, form,
24 foundation.

---

20

1          THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    And by the way, the confession was
4  written in English, even though he could not read
5  it and write -- strike that.
6          The confession was written in English
7  even though he couldn't read it and didn't know
8  what it said, correct?
9          MR. DAFFADA:  Objection, form,
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12         MR. BRENER:  I'm going to enter an
13 objection.  Argumentative.
14 BY MR. SWAMINATHAN:
15     Q    Go ahead, Mr. Guevara.
16     A    Take the Fifth.
17     Q    And Mr. Frias Munoz was ultimately
18 convicted of the murder because of your abuse and
19 coercion, correct?
20         MR. DAFFADA:  Objection, form,
21 foundation.
22 BY MR. SWAMINATHAN:
23     Q    I'll ask it again.  Sorry.
24         Mr. Frias Munoz was convicted of the

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

6 (21 to 24)

21

1 murder because of your abuse and coercion,
2 correct?
3        MR. DAFFADA:  Objection, form,
4 foundation.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    Mr. Guevara, when you say you take the
8 Fifth, you're asserting your Fifth Amendment
9 right, is that correct?
10    A    Yes.
11    Q    And you're asserting your Fifth
12 Amendment right because of a reasonable fear of
13 prosecution, is that correct?
14        MS. ROSEN:  Objection, form.
15        THE DEPONENT:  Take the Fifth.
16        MR. DAFFADA:  Objection, form.
17 BY MR. SWAMINATHAN:
18    Q    Sir, are you asserting the Fifth
19 because of the belief that truthful testimony will
20 incriminate you?
21        MS. ROSEN:  Objection, form,
22 foundation.
23        MR. DAFFADA:  Objection, same.  Join.
24        THE DEPONENT:  Take the Fifth.

22

1        MR. SWAMINATHAN:  All right.  Jim, as
2 we discussed in the last deposition, can we have
3 the same agreement as to his statement that he is
4 taking the Fifth?
5        MR. DAFFADA:  Yes.  We're just
6 continuing the dep.
7        So, yes, he's gonna be taking the Fifth
8 to most all questions and his answer, when he says
9 take the Fifth, I think we agree on the record
10 will suffice as an assertion of his Fifth
11 Amendment right.
12        MR. SWAMINATHAN:  Very good.
13 BY MR. SWAMINATHAN:
14    Q    All right.  Let me continue.
15        I want to ask you about someone named
16 Leshurn Hunt.  Mr. Guevara, did --
17        MR. DAFFADA:  I'm sorry.  Can you say
18 the name again?  I didn't hear the name.
19        MR. SWAMINATHAN:  L-E-S-H-U-R-N, Hunt.
20        MR. DAFFADA:  Okay.
21        MR. SWAMINATHAN:  H-U-N-T.
22 BY MR. SWAMINATHAN:
23    Q    Mr. Guevara, did you frame Leshurn Hunt
24 for the murder of James Duffy in 1983?

23

1        MR. DAFFADA:  Objection, foundation.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    Did you conspire with the Officers
5 Noone, Jaglowski, Gaudio, Weingart, Halpert and
6 others to frame Leshurn Hunt?
7        MR. DAFFADA:  Objection, form,
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    Hunt was held in Area 5 for 22 hours
12 and deprived of food, sleep and water, correct?
13        MR. DAFFADA:  Objection, form,
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    You and fellow officers failed to give
18 Miranda warnings before interrogating Hunt,
19 correct?
20        MR. DAFFADA:  Objection, form,
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    You refused to allow Hunt to contact

24

1 his attorney despite repeated requests, correct?
2        MR. DAFFADA:  Objection, foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You and your fellow officers physically
6 abused Hunt while he was in custody at Area 5,
7 correct?
8        MR. DAFFADA:  Objection, form,
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    You slapped Hunt in the face?
13        MR. DAFFADA:  Objection, foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    Officer Noon punched Hunt in the
17 stomach, correct?
18        MR. DAFFADA:  Objection, foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And you were there when Noon punched
22 Hunt in the stomach, correct?
23        MR. DAFFADA:  Objection, form,
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

25

1    THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    Detective Jaglowski hit Hunt several
4 times and slammed his back and head against the
5 wall, correct?
6    MR. DAFFADA: Objection, form,
7 foundation.
8    THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    You were there for that, correct?
11    MR. DAFFADA: Objection, foundation.
12    THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Jaglowski attacked him with a chair,
15 correct?
16    MR. DAFFADA: Objection, foundation.
17    THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    You were there for that, too, correct?
20    MR. DAFFADA: Objection, foundation.
21    THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And you were there when Jagalski
24 punched him in the stomach with his fist and with

26

1 a flashlight, correct?
2    MR. DAFFADA: Objection, form,
3 foundation.
4    THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And you were there when Jagalski kicked
7 Hunt in his leg and groin, correct?
8    MR. DAFFADA: Objection, form,
9 foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    Hunt shouted and cried out loudly while
13 he was being beaten, correct?
14    MR. DAFFADA: Objection, foundation.
15    THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    You participated in his beating,
18 correct?
19    MR. DAFFADA: Objection, foundation.
20    THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And is it true you did nothing to stop
23 the other officers from violenting beating
24 Mr. Hunt?

27

1    MR. DAFFADA: Objection, foundation,
2 form.
3    THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    Sir, you and the other officers did
6 this to Mr. Hunt in order to get him to falsely
7 confess to killing James Duffy, correct?
8    MR. DAFFADA: Objection, form,
9 foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    And Hunt succumbed to this physical
13 abuse and eventually agreed to give a full
14 confession to killing James Duffy, correct?
15    MR. DAFFADA: Objection, form
16 foundation.
17    THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    But Hunt told Assistant State's
20 Attorney Petrocelli that he had been beaten and
21 showed him injuries on his legs, correct?
22    MR. DAFFADA: Form, foundation.
23    THE DEPONENT: Take the Fifth.
24

28

1    MR. BRENER: This is Edward Brener.
2 I'll join the objections.
3 BY MR. SWAMINATHAN:
4    Q    When Jagalski learned that Hunt had
5 told the prosecutor about the beatings, Jagalski
6 threatened to beat Hunt again, correct?
7    MR. DAFFADA: Objection, form,
8 foundation.
9    THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    You were there for that, correct?
12    MR. DAFFADA: Objection, foundation.
13    THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    Ultimately the criminal trial judge
16 suppressed Hunt's statement after seeing
17 photographs documenting his injuries, correct?
18    MR. DAFFADA: Objection, form,
19 foundation.
20    THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    I'm gonna show you a document marked
23 Exhibit A.
24    Let's mark this as Exhibit A.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

29
1      (Deposition Exhibit A marked.)
2      MR. SWAMINATHAN:  It's identified in
3  the file name as Exhibit A.
4      For the record, it's Bloom 39180.
5      MR. DAFFADA:  Can you hold it there for
6  a minute?
7      MR. SWAMINATHAN:  I have it on my
8  screen, Jim.
9      I'm sharing it with everyone.
10 BY MR. SWAMINATHAN:
11     Q    Sir --
12     MR. SWAMINATHAN:  Jim, I'm sorry, are
13 you ready?
14     MR. DAFFADA:  Yeah, I'm ready.
15 BY MR. SWAMINATHAN:
16     Q    Sir, Exhibit A is a History and
17 Physical Examination Form from Cermak Health
18 Services.
19     Do you see that?
20     A    Yes.
21     Q    On this document it indicates that
22 Mr. Hunt had, quote, trauma to his head, back
23 area, groin area and right leg.
24     That trauma was a result of the beating

30
1  Hunt suffered at the hands of you, Noon and
2  Jagalski?
3      MR. DAFFADA:  Objection, form.
4      THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    Did you and your colleagues commit this
7  brazenness conduct because you knew you could get
8  away with it?
9      MR. DAFFADA:  Objection, form,
10 foundation.
11     THE DEPONENT:  Take the Fifth.
12     MS. ROSEN:  The City has an additional
13 objection to this line of questioning related to
14 Leshurn Hunt.
15     Leshurn Hunt filed an excessive force
16 claim in the Federal District Court.  He lost his
17 claim against all of the defendant officers,
18 except for Officer Weingart, where the jury found
19 for Mr. Hunt $1 in damages, because Mr. Hunt was
20 not transported to court within the proper
21 timeframe.
22     So there is no foundation for any of
23 these questions.
24     Thank you.

31
1      MR. SWAMINATHAN:  I am not sure of the
2  purpose of the speaking objections like that in
3  this, but let's keep moving forward.
4  BY MR. SWAMINATHAN:
5      Q    Sir, there was a complaint registered
6  for your abuse of Leshurn Hunt, correct?
7      MR. DAFFADA:  Objection, form,
8  foundation.
9      THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Were you subjected to any discipline
12 for the abuse of Leshurn Hunt?
13     MR. DAFFADA:  Objection, form --
14 Objection, foundation.
15     THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Were the CR allegations against you
18 sustained?
19     MR. DAFFADA:  Objection, form,
20 foundation.
21     THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Sir, are you aware that the CR file
24 related to Leshurn Hunt's case is now missing?

32
1      MR. DAFFADA:  Objection, foundation.
2      THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    Mr. Hunt sued you and your fellow
5  officers for your misconduct, correct?
6      MR. DAFFADA:  Objection, foundation.
7      THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    There was ultimately a settlement in
10 that case, correct?
11     MR. DAFFADA:  Objection, foundation.
12     THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    I want to ask you about a man named
15 Daniel Pena.
16     MR. DAFFADA:  Can you say the name
17 again?
18     MR. SWAMINATHAN:  Daniel Pena.
19     MR. DAFFADA:  Spell the last name.  I
20 can't hear -- I don't hear good because we have to
21 share a speaker, so sorry about that.
22     MR. SWAMINATHAN:  No problem.
23     MR. DAFFADA:  How do you spell the last
24 name?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

33

1       MR. SWAMINATHAN: P-E-N-A.
2  BY MR. SWAMINATHAN:
3    Q   Sir, you framed Daniel Pena for the
4  1984 murder of Angel Velez, isn't that right?
5       MR. DAFFADA: Objection, foundation,
6  form.
7       THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9    Q   You arrested Pena in January of 1986 on
10 a warrant for a drug charge, correct?
11      MR. DAFFADA: Objection, foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   And you took him to Grand and Central,
15 correct?
16      MR. DAFFADA: Objection, foundation.
17      THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   And you and two other officers started
20 asking Pena about the Velez murder, correct?
21      MR. DAFFADA: Objection, foundation.
22      THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q   Pena told you that he didn't know

34

1  anything about the Velez murder, correct?
2       MR. DAFFADA: Objection, form,
3  foundation.
4       THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6    Q   You wanted to get him to confess so
7  over the next few hours you hit him in the face
8  and in the ribs with a flashlight, correct?
9       MR. DAFFADA: Objection, form,
10 foundation.
11      THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q   Pena again repeatedly told you that he
14 did not know anything about the Velez murder,
15 correct?
16      MR. DAFFADA: Objection, form,
17 foundation.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q   So you took him to the belt -- strike
21 that.
22      So you took him to the bullpen for
23 several hours and then brought him back upstairs
24 and continued to hit him, correct?

35

1       MR. DAFFADA: Objection, form,
2  foundation.
3       THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5    Q   You told him that he better cooperate
6  with you about the Velez murder, correct?
7       MR. DAFFADA: Objection, foundation.
8       THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10    Q   You kept him at the station for over 24
11 hours, correct?
12      MR. DAFFADA: Objection, foundation.
13      THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   You never let him make a phone call,
16 correct?
17      MR. DAFFADA: Objection, foundation.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q   And you hit him repeatedly until you
21 broke his will and he agreed to cooperate,
22 correct?
23      MR. DAFFADA: Objection, form,
24 foundation.

36

1       THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3    Q   Sir, you and your colleagues concocted
4  a false story in which Pena was the driver of the
5  car from which someone else shot and killed Velez,
6  correct?
7       MR. DAFFADA: Objection, form,
8  foundation.
9       THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q   And you told Pena to repeat everything
12 you said, correct?
13      MR. DAFFADA: Objection, form,
14 foundation.
15      THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q   And because of the hours of physical
18 abuse, Pena was interviewed by the prosecutor and
19 repeated the false confession, correct?
20      MR. DAFFADA: Objection, form.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   And after the court reporter
24 transcribed the bold confession, you told Mr. Pena

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

10 (37 to 40)

37

1 to initial and sign it, correct?
2 MR. DAFFADA: Objection, form,
3 foundation.
4 THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6 Q You did that knowing he could barely
7 read and write, correct?
8 MR. DAFFADA: Objection, form,
9 foundation.
10 THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12 Q Sir, the only reason Mr. Pena signed
13 the document was to stop you from abusing him,
14 correct?
15 MR. DAFFADA: Objection, form,
16 foundation.
17 THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19 Q Sir, because you beat Mr. Pena into
20 boldly confessing, he was convicted of the murder
21 and sentenced to 50 years in prison for a crime he
22 did not commit, correct?
23 MR. DAFFADA: Objection, form,
24 foundation.

38

1 THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3 Q Sir, I want to ask you about a man
4 named Jose E. Melendez.
5 During the course of the Noel Andujar
6 murder investigation in 1995, you interrogated a
7 man named Jose E. Melendez, who goes by the name
8 nickname Kool-Aid, correct?
9 MR. DAFFADA: Objection, form,
10 foundation.
11 But also, we covered him in Sierra.
12 MR. SWAMINATHAN: You're gonna see that
13 I'm not asking him about the Sierra allegations.
14 MR. DAFFADA: Okay.
15 BY MR. SWAMINATHAN:
16 Q I'm asking him about a separate case.
**17 A Take the Fifth.**
18 Q You physically abused Melendez in an
19 interrogation room in Area Five, correct?
20 MR. DAFFADA: Objection, form,
21 foundation.
22 THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24 Q You tried to get Melendez to confess to

39

1 the Andujar murder and when you refused you hit
2 him, correct?
3 MR. DAFFADA: Objection, form,
4 foundation.
5 THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7 Q You were wearing a large ring on the
8 hand you used to hit Mr. Melendez, correct?
9 MR. DAFFADA: Objection, foundation.
10 THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12 Q Mr. Melendez was handcuffed while you
13 were beating him, correct?
14 MR. DAFFADA: Objection, foundation.
15 THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17 Q Sir, you only stopped hitting Melendez
18 when you injured your hand while you were punching
19 him, correct?
20 MR. DAFFADA: Objection, foundation.
21 THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23 Q Mr. Melendez never confessed to the
24 Andujar murder, correct?

40

1 MR. DAFFADA: Objection, foundation.
2 THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4 Q And you never prepared a report or
5 otherwise documented the fact that Melendez had
6 been interrogated as a potential suspect in the
7 Andujar murder, did you?
8 MR. DAFFADA: Objection, form,
9 foundation.
10 THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12 Q Eventually you let Mr. Melendez go
13 without charging him because he refused to
14 confess, correct?
15 MR. DAFFADA: Objection, form,
16 foundation.
17 THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19 Q But you were not happy that
20 Mr. Melendez did not confess to the Andujar
21 murder, were you?
22 MR. DAFFADA: Objection, form,
23 foundation.
24 THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

41

1  BY MR. SWAMINATHAN:
2      Q    And a short while later, you arrested
3  him and tried to frame him for another murder, the
4  murder of Rubin Gonzalez, correct?
5          MR. DAFFADA: Objection, form,
6  foundation.
7          THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Mr. Melendez fought that case and was
10 acquitted at trial, correct?
11         MR. DAFFADA: Objection, form,
12 foundation.
13         THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    Sir, you twice tried to send murder
16 cases on Jose E. Melendez without any support,
17 correct?
18         MR. DAFFADA: Objection, foundation.
19         THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    I want to ask you about a person named
22 Adrian Duta, D-U-T-A.
23         MR. DAFFADA: Okay.
24

42

1          MR. SWAMINATHAN: D, as in David, U, T,
2  as in Tom, A.
3          MR. DAFFADA: Got it.
4  BY MR. SWAMINATHAN:
5      Q    Sir, you framed Adrian Duta for the
6  January 3rd, 1994, death of Paul Sukitson in Black
7  Hawk Park, correct?
8          MR. DAFFADA: Objection, foundation.
9          THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    In March 1994, you took Mr. Duta and
12 his brother to the hospital to be viewed by the
13 victim of an unrelated battery, correct?
14         MR. DAFFADA: Objection, foundation.
15         THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    But the victim never identified Duta as
18 his assailant, correct?
19         MR. DAFFADA: Objection, foundation.
20         THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You took Duta and his brother to the
23 police station anyway, correct?
24         MR. DAFFADA: Objection, form,

43

1  foundation.
2          THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    You locked Duta in an interrogation
5  room and told him he was under arrest for murder,
6  correct?
7          MR. DAFFADA: Objection, foundation.
8          THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    And you kept Duta in an interrogation
11 room overnight without letting him sleep and
12 asking him questions about a crime that had
13 occurred two months prior, correct?
14         MR. DAFFADA: Objection, form,
15 foundation.
16         THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    Mr. Duta had a learning disability,
19 correct?
20         MR. DAFFADA: Objection, foundation.
21         THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Sir, you never let Mr. Duta make a
24 phone call, did you?

44

1          MR. DAFFADA: Objection, foundation.
2          THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    And Mr. Duta repeatedly told you he
5  didn't know anything about the Black Hawk Park
6  crime, correct?
7          MR. DAFFADA: Objection, foundation.
8          THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    And when he did, you punched him and
11 slapped him in the face, correct?
12         MR. DAFFADA: Objection, form,
13 foundation.
14         THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    You told him that if he confessed,
17 you'd let him go, correct?
18         MR. DAFFADA: Objection, foundation.
19         THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    Sir, you knew Adrian Duta was innocent,
22 correct?
23         MR. DAFFADA: Objection, foundation.
24         THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

12 (45 to 48)

45

1 BY MR. SWAMINATHAN:
2    Q   But you broke his will and got him to
3 sign a false confession, correct?
4         MR. DAFFADA:  Objection, form,
5 foundation.
6         THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   Mr. Duta was ultimately convicted and
9 sentenced to prison because of your abuse,
10 correct?
11         MR. DAFFADA:  Objection, form,
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   I want to ask you about a man named
16 Eliezer Cruzado.  Eliezer is E-L-I-E-Z-E-R.
17 Cruzado is C-R-U-Z-A-D-O.
18         Sir, did you intimidate a
19 15-year-old --
20         MR. DAFFADA:  I'm sorry.  Could you
21 give us the spelling?  You speak fast, so I missed
22 the name.
23         MR. SWAMINATHAN:  Yes.  Cruzado is
24 C-R-U-Z-A-D-O.

46

1         MR. DAFFADA:  Thanks.
2         MR. SWAMINATHAN:  Sure.
3 BY MR. SWAMINATHAN:
4    Q   Sir, did you intimidate a 15-year-old
5 boy named Eliezer Cruzado in connection with the
6 1993 murder of Avilio Lopez?
7         MR. DAFFADA:  Objection, foundation.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   Sir, you elicited a coerced confession
11 from Cruzado, correct?
12         MR. DAFFADA:  Objection, form,
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   Did you conspire with police
17 officers -- strike that.
18         Did you conspire with Youth Officer
19 Donald O'Neil to obtain a coerced confession from
20 Cruzado?
21         MR. DAFFADA:  Objection, form,
22 foundation.
23         THE DEPONENT:  Take the Fifth.
24

47

1 BY MR. SWAMINATHAN:
2    Q   You did not advise Cruzado of his
3 Miranda rights before you began questioning him,
4 correct?
5         MR. DAFFADA:  Objection, foundation.
6         THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   And Cruzado had a limited ability to
9 read and write, correct?
10         MR. DAFFADA:  Objection, form,
11 foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   In fact, Cruzado was 15 years old and
15 suffered from cognitive and intellectual
16 impairments as well, correct?
17         MR. DAFFADA:  Objection, form,
18 foundation.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   And you took advantage of this to him
22 to give a false confession to the Lopez murder,
23 correct?
24         MR. DAFFADA:  Objection, form and

48

1 foundation.
2         THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   You told Cruzado that he would spend
5 the rest of his life in jail once he did what you
6 told him, correct?
7         MR. DAFFADA:  Objection, foundation.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   You told him he could go home and see
11 his family if he gave a statement, correct?
12         MR. DAFFADA:  Objection, foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   And you fed him facts of the crime,
16 correct?
17         MR. DAFFADA:  Objection, foundation.
18         MR. SWAMINATHAN:  I'll ask it again.
19 BY MR. SWAMINATHAN:
20    Q   Sir, you fed him facts of the crime,
21 correct?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

49

1  BY MR. SWAMINATHAN:
2      Q    Sir, that's how you coerced him into
3  signing a false confession, correct?
4          MR. DAFFADA:  Objection, foundation.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    But Cruzado couldn't read and didn't
8  understand the written confession he signed,
9  correct?
10         MR. DAFFADA:  Objection, form,
11 foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    The confession was used against Cruzado
15 at his criminal trial, correct?
16         MR. DAFFADA:  Objection, foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    As a result of your misconduct, Cruzado
20 was convicted of the Lopez murder and sentenced to
21 28 years in prison, correct?
22         MR. DAFFADA:  Objection, form,
23 foundation.
24         THE DEPONENT:  Take the Fifth.

50

1  BY MR. SWAMINATHAN:
2      Q    I want to ask you about Voytek Dembski.
3  Voytek is V-O-Y-T-E-K.  Dembski is D as in David,
4  E, M as in Mary, B as in boy, S-K-I.
5      Sir, May 1997, you framed Voytek
6  Dembski for the murder of Joseph Skowron,
7  S-K-O-W-R-O-N, correct?
8          MR. DAFFADA:  Objection, foundation.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    You conspired with Detective Halvorson
12 and others to frame Dembski, correct?
13         MR. DAFFADA:  Objection, form,
14 foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    From your physical abuse and other
18 improper tactics, you generated a false confession
19 to the Skowron murder from Dembski, correct?
20         MR. DAFFADA:  Objection, form,
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    You and Detective Halvorson both

51

1  interrogated Dembski, correct?
2          MR. DAFFADA:  Objection, form,
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    You did not give Dembski any Miranda
7  warnings before you began your interrogation,
8  correct?
9          MR. DAFFADA:  Objection, form,
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You refused to provide Dembski an
14 attorney, even after he requested one, correct?
15         MR. DAFFADA:  Objection, foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    You did not contact the Polish
19 Consulate, even though Dembski was a Polish
20 national, correct?
21         MR. DAFFADA:  Objection, form,
22 foundation.
23         THE DEPONENT:  Take the Fifth.
24

52

1  BY MR. SWAMINATHAN:
2      Q    And you never told Dembski that he had
3  a right to contact the Polish Consulate, did you?
4          MR. DAFFADA:  Objection, form,
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    And even though Dembski did not speak
9  English, you and Detective Halvorson twice
10 attempted to interrogate Dembski in English,
11 corrected?
12         MR. DAFFADA:  Objection, form,
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And instead of getting a certified
17 Polish interpreter, you had Officer Kazimierski
18 translate it, correct?
19         MR. DAFFADA:  Objection, form,
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    And in addition, you physically abused
24 Dembski while he was detained in Area Five,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

53

1 correct?
2        MR. DAFFADA:  Objection, foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You handcuffed him to the wall of the
6 interrogation room in Area Five, correct?
7        MR. DAFFADA:  Objection, foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    You beat him while he was handcuffed to
11 the wall, correct?
12        MR. DAFFADA:  Objection, foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    Despite the abuse, Dembski never
16 confessed to the murder of Joseph Skowron, did he?
17        MR. DAFFADA:  Objection, foundation,
18 form.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    But you conspired with Halvorson and
22 Kasienski to generate a false confession for the
23 Skowron murder, correct?
24        MR. DAFFADA:  Objection, form,

54

1 foundation.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    And you got Dembski to sign that false
5 confession, correct?
6        MR. DAFFADA:  Objection, foundation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    The confession that contained a story
10 that you came up with, correct?
11        MR. DAFFADA:  Objection, foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Sir, Mr. Dembski was unable to read and
15 understand his signed confession because it was
16 written in English, correct?
17        MR. DAFFADA:  Objection, form,
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    If he did not understand -- strike
22 that.
23        And you knew he didn't understand what
24 he was confessing to, correct?

55

1        MR. DAFFADA:  Objection, form,
2 foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    Sir, you used physical abuse and
6 Dembski's inability to speak English to obtain a
7 false murder conviction for him, correct?
8        MR. DAFFADA:  Objection, form,
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    Sir, I want to ask you about Angel
13 Rodriguez.  Those are common spellings.
14        Sir, did you frame Angel Rodriguez for
15 the murder of Ibrahim Zayed, Z-A-Y-E-D, in
16 November 1996?
17        MR. DAFFADA:  Objection.  Foundation.
18        What's the first name?
19        MR. SWAMINATHAN:  Ibrahim is
20 I-B-R-A-H-I-M.
21        Did we get the answer, Court Reporter?
22 BY MR. SWAMINATHAN:
23    Q    I'll ask it again, Mr. Guevara.
24        Sir, did you frame Angel Rodriguez for

56

1 the murder of Ibrahim Zayed in November 1996?
2        MR. DAFFADA:  Objection, foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    Did you conspire with Ernest Halvorson
6 and John Woodall and other Chicago police officers
7 to frame Angel Rodriguez for the murder of Ibrahim
8 Zayed?
9        MR. DAFFADA:  Objection, foundation.
10        MR. BRENER:  Objection, form.  Yeah,
11 join.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    You knew that Angel Rodriguez did not
15 shoot Ibrahim Zayed in November 1996, correct?
16        MR. DAFFADA:  Objection, foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    You fabricated evidence, including
20 police reports, as part of the Zayed homicide
21 investigation, correct?
22        MR. DAFFADA:  Objection, form,
23 foundation.
24        THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

15 (57 to 60)

57

1  BY MR. SWAMINATHAN:
2      Q    During the Zayed homicide
3  investigation, you withheld exculpatory evidence
4  from prosecutors and Angel Rodriguez and his
5  attorneys, correct?
6          MR. DAFFADA:  Objection, form,
7  foundation.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    During the Zayed homicide
11 investigation, you coerced witnesses in order to
12 obtain manipulated and false photographic and live
13 line-up identifications of Rodriguez, correct?
14         MR. DAFFADA:  Objection, form,
15 foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    For example, you, Halvorson and Woodall
19 coerced Andrew Bolton into falsely identifying
20 Angel Rodriguez from photo arrays and live
21 line-ups, correct?
22         MR. DAFFADA:  Objection, foundation.
23         MS. ROSEN:  Foundation.
24         THE DEPONENT:  Take the Fifth.

58

1  BY MR. SWAMINATHAN:
2      Q    You did this, even though Andrew Bolton
3  told you that Angel Rodriguez was not the shooter,
4  correct?
5          MR. DAFFADA:  Objection, form,
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Yet the three of you showed Bolton
10 Angel Rodriguez' photo -- strike that.
11         Yet the three of you showed Bolton a
12 photo of Angel Rodriguez on multiple occasions,
13 correct?
14         MR. DAFFADA:  Objection, form,
15 foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    And you tried to manipulate him into
19 identifying a photo of Angel Rodriguez as the
20 shooter, correct?
21         MR. DAFFADA:  Objection, form,
22 foundation.
23         THE DEPONENT:  Take the Fifth.
24

59

1  BY MR. SWAMINATHAN:
2      Q    You flat out told Bolton that you
3  believe Rodriguez had killed Zayed in order to get
4  Bolton to make an identification, correct?
5          MR. DAFFADA:  Objection, form,
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Eventually Bolton broke down and agreed
10 to falsely identify Rodriguez because of the
11 pressure you, Halvorson and Woodall had put on
12 him, correct?
13         MR. DAFFADA:  Objection, form,
14 foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Sir, you and Halvorson also made up a
18 confidential informant in order to put Angel
19 Rodriguez's name into the case, correct?
20         MR. DAFFADA:  Objection, form,
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    You did that as part of your -- strike

60

1  that.
2          You did that as part of your effort to
3  frame Rodriguez for the Zayed shooting, correct?
4          MR. DAFFADA:  Objection, form,
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    Sir, please tell us the name of the
9  alleged confidential informant that provided
10 information implicating Angel Rodriguez.
11         MR. DAFFADA:  Objection, foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    There never was such a confidential
15 informant, was there?
16         MR. DAFFADA:  Objection, form,
17 foundation.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    You also conspired with Halvorson and
21 Woodall to make up a story about the victim
22 holding a toy gun when he was shot, correct?
23         MR. DAFFADA:  Objection, foundation.
24         THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

16 (61 to 64)

61

1  BY MR. SWAMINATHAN:
2      Q    You did this to bolster the evidence
3  against Angel Rodriguez, correct?
4          MR. DAFFADA: Objection, foundation.
5          THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    In fact, the eyewitness, Bolton, never
8  said anything about the victim holding a toy gun
9  in any of his initial conversations with police,
10 correct?
11         MR. DAFFADA: Objection, foundation.
12         THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    And there was no toy gun recovered or
15 found at the crime scene, correct?
16         MR. DAFFADA: Objection, form,
17 foundation.
18         THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    You made that up, correct?
21         MR. DAFFADA: Objection, foundation,
22 form.
23         THE DEPONENT: Take the Fifth.
24

62

1  BY MR. SWAMINATHAN:
2      Q    You concealed all of this misconduct in
3  order to frame Angel Rodriguez, correct?
4          MR. DAFFADA: Objection, form,
5  foundation.
6          THE DEPONENT: Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    Angel Rodriguez's conviction was
9  eventually thrown out, correct?
10         MR. DAFFADA: Objection, form,
11 foundation.
12         THE DEPONENT: Take the Fifth.
13         MR. SWAMINATHAN: All right. Let's
14 pause there for a moment.
15         Can we take a quick five-minute break?
16         MR. ENGQUIST: Before we take a break,
17 I just want to object as there was no foundation
18 for any of the questioning, considering Mr. Angel
19 Rodriguez filed his own civil lawsuit in which he
20 did not even name Mr. Guevara and he also lost
21 that lawsuit in front of a jury.
22         So the allegations that were being made
23 during the questioning about his -- Mr. Guevara's
24 involvement is, in fact, of either the lawsuits or

63

1  the trial itself.
2          MR. SWAMINATHAN: I understand
3  defendants are taking a position on the record of
4  what they think happened in that case.
5          But obviously we disagree with it and
6  our questions are based -- perfectly valid bases
7  for the question.
8          MR. ENGQUIST: I'm sorry. Based on
9  what, did you say?
10         MR. SWAMINATHAN: Perfectly valid bases
11 for the question.
12         MR. ENGQUIST: I don't think there is
13 any foundation. We'll just have a disagreement on
14 that.
15         MR. SWAMINATHAN: All right. We can go
16 off the record for just a few minutes.
17         VIDEOGRAPHER WILHITE: The time is
18 11:52 a.m.
19         We are off the record.
20         (Recess.)
21         VIDEOGRAPHER WILHITE: The time is
22 12:02 p.m.
23         We are back on the record.
24

64

1  BY MR. SWAMINATHAN:
2      Q    All right. Mr. Guevara, I want to ask
3  you about a man named Daniel Rodriguez.
4          Sir, is it true that you framed Daniel
5  Rodriguez for the 1991 shooting murder of Jose
6  Junito Hernandez?
7          MR. DAFFADA: Objection, form,
8  foundation.
9          THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Sir, is it true that you framed George
12 Laureano for the March shooting murder -- strike
13 that -- for the March 1991 shooting murder of Jose
14 Junito Hernandez?
15         MR. DAFFADA: Objection, form,
16 foundation.
17         THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    Sir, is it true that you framed --
20 strike that.
21         Sir, is it true that you conspired with
22 Halvorson to frame Daniel Rodriguez and George
23 Loriano?
24         MR. DAFFADA: Objection, form,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

65

1 foundation.
2 　　THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4 　Q　You knew that Daniel Rodriguez and
5 George Loriano did not shoot Fernandez, correct?
6 　　MR. DAFFADA: Form, foundation.
7 　　THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9 　Q　Sir, is it true that you fabricated
10 evidence, including falsifying police reports, as
11 part of the Hernandez homicide investigation?
12 　　MR. DAFFADA: Objection, form,
13 foundation.
14 　　THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16 　Q　Is it true that during the Hernandez
17 homicide investigation, you withheld exculpatory
18 evidence from prosecutors as well as criminal
19 defendants and their attorneys?
20 　　MR. DAFFADA: Objection, form,
21 foundation.
22 　　THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24 　Q　During the Cruz homicide investigation,

66

1 you attempted to manipulate and coerce witnesses
2 -- strike that.
3 　　During the Hernandez homicide
4 investigation, you attempted to manipulate and
5 coerce witnesses, correct?
6 　　MR. DAFFADA: Objection, foundation,
7 form.
8 　　THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10 　Q　You and your partner, Halvorson,
11 coerced David Velazquez into falsely implicating
12 Rodriguez and Loriano, correct?
13 　　MR. DAFFADA: Objection, form,
14 foundation.
15 　　THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17 　Q　You knew that David Velazquez had not
18 witnessed the shooting, because he told you so
19 numerous times, correct?
20 　　MR. DAFFADA: Objection, form,
21 foundation.
22 　　THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24 　Q　You and Halvorson wanted to pin the

67

1 crime on Loriano and Rodriguez, correct?
2 　　MR. DAFFADA: Objection, form,
3 foundation.
4 　　THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6 　Q　So you and Halvorson coerced Velazquez
7 into falsely implicating Rodriguez and Loriano by
8 subjecting Velazquez to stress and physical abuse,
9 correct?
10 　　MR. DAFFADA: Objection, form,
11 foundation.
12 　　THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14 　Q　You told him that if he didn't tell you
15 that he had witnessed the Hernandez shooting,
16 you'd pin the murder on him, correct?
17 　　MR. DAFFADA: Objection, form,
18 foundation.
19 　　THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21 　Q　And you took Velazquez to rival gang
22 territory and announced that Velazquez had
23 murdered one of their members, putting Velazquez's
24 life in danger, correct?

68

1 　　MR. DAFFADA: Objection, form,
2 foundation.
3 　　THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5 　Q　You choked Velazquez around the neck,
6 correct?
7 　　MR. DAFFADA: Objection, form,
8 foundation.
9 　　THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11 　Q　You handcuffed him to a wall with his
12 hands over his head, correct?
13 　　MR. DAFFADA: Objection, foundation,
14 form.
15 　　THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17 　Q　And eventually, based on threats and
18 abuse, you got him to sign a statement falsely
19 implicating Rodriguez and Loriano in the Hernandez
20 homicide, correct?
21 　　MR. DAFFADA: Objection, form,
22 foundation.
23 　　THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

69

1  BY MR. SWAMINATHAN:
2     Q   Is it true that you and Halvorson also
3  got Jason Rivera to falsely implicate Rodriguez
4  and Loriano in the Hernandez shooting?
5        MR. DAFFADA: Objection, form,
6  foundation.
7        THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9     Q   You knew that Jason Rivera had not
10  witnessed the shooting, correct?
11       MR. DAFFADA: Objection, foundation.
12       THE DEPONENT: Take the Fifth.
13  BY MR. SWAMINATHAN:
14    Q   But you and Halvorson struck a deal
15  with him to falsely implicate Daniel Rodriguez and
16  George Loriano, correct?
17       MR. DAFFADA: Objection, foundation,
18  form.
19       THE DEPONENT: Take the Fifth.
20  BY MR. SWAMINATHAN:
21    Q   In fact, at the time you were
22  investigating the Hernandez murder, you and
23  Halvorson were investigating Jason Rivera's
24  involvement in a double murder, correct?

70

1        I'll ask the question again.
2        In fact, at the time you were
3  investigating the Hernandez murder, you and
4  Halvorson were investigating Jason Rivera's
5  involvement in a double murder, correct?
6        MR. DAFFADA: Objection, form,
7  foundation.
8        THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10    Q   Jason Rivera committed serious
11  crimes -- strike that.
12        Jason Rivera committed serious crimes,
13  including murder, and you protected him from being
14  charged in those cases, correct?
15       MR. DAFFADA: Objection, form,
16  foundation.
17       THE DEPONENT: Take the Fifth.
18  BY MR. SWAMINATHAN:
19    Q   And in exchange, you used Jason Rivera
20  to falsely implicate multiple people in crimes,
21  correct?
22       MR. DAFFADA: Objection, foundation.
23       THE DEPONENT: Take the Fifth.
24

71

1  BY MR. SWAMINATHAN:
2     Q   Sir, you were in a romantic
3  relationship with Jason Rivera's mother, Alisha
4  Rivera, correct?
5        MR. DAFFADA: Objection, form,
6  foundation.
7        THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9     Q   You worked -- strike that.
10        She worked at Area Five at that time,
11  correct?
12       MR. DAFFADA: Objection, foundation.
13       THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15    Q   Is it true that you and Halvorson
16  instructed Jason Rivera and his mother to pressure
17  Velazquez into falsely testifying against Daniel
18  Rodriguez and George Loriano?
19       MR. DAFFADA: Objection, form,
20  foundation.
21       THE DEPONENT: Take the Fifth.
22  BY MR. SWAMINATHAN:
23    Q   As part of the Hernandez homicide
24  investigation, you and Halvorson also extracted a

72

1  false confession from Daniel Rodriguez through
2  physical abuse, threats and promises, correct?
3        MR. DAFFADA: Objection, form,
4  foundation.
5        THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q   You threatened that if he did not
8  cooperate with you, you would raid his house and
9  pin anything you found there on his girlfriend,
10  correct?
11       MR. DAFFADA: Objection, form,
12  foundation.
13       THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15    Q   And you asked him what would happen to
16  his children -- strike that.
17        And you asked him what would happen to
18  his child if he and Gloria were both in prison,
19  correct?
20       MR. DAFFADA: Objection, form,
21  foundation.
22       THE DEPONENT: Take the Fifth.
23  BY MR. SWAMINATHAN:
24    Q   Is it true that you and Halvorson

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

73

1 physically abused Daniel Rodriguez?
2      MR. DAFFADA: Objection, form,
3 foundation.
4      THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6   Q  Sir, your partner, Halvorson, hit him
7 several times, including in the chest, correct?
8      MR. DAFFADA: Objection, foundation.
9      THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11   Q  And after you and Halvorson had broken
12 his will with abuse and threats, you fed him the
13 facts of the crime, correct?
14      MR. DAFFADA: Objection, form,
15 foundation.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q  And you promised him that if he
19 repeated those facts, he could go home, correct?
20      MR. DAFFADA: Objection, foundation.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q  Halvorson even gave him a typewritten
24 statement to study and repeat when he spoke to the

74

1 prosecutor, correct?
2      MR. DAFFADA: Objection, form,
3 foundation.
4      THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6   Q  And in this way, you ultimately forced
7 Daniel Rodriguez into signing a statement that you
8 knew falsely implicated himself in the Hernandez
9 homicide, correct?
10      MR. DAFFADA: Objection, form,
11 foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q  Is it true that you and Halvorson
15 caused Daniel Rodriguez, a man who you knew was
16 innocent, to be charged and convicted of a crime
17 he did not commit?
18      MR. DAFFADA: Objection, form,
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22   Q  Sir, is there anything you can tell me
23 about your involvement in the investigation of the
24 Junito Hernandez homicide without incriminating

75

1 yourself?
2      MR. DAFFADA: Objection, foundation.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5   Q  Sir, I want to ask you about a man
6 named Edwin Ortiz, O-R-T-I-Z.
7      MR. DAFFADA: Cheese?
8      MR. SWAMINATHAN: Ortiz.
9 BY MR. SWAMINATHAN:
10   Q  Sir, did you frame Edwin Ortiz for the
11 murder of Jose Morales and the shooting of Marvin
12 Taylor that occurred in July 1988?
13      MR. DAFFADA: Objection, form,
14 foundation.
15      We already covered him.
16      MR. SWAMINATHAN: He was covered with
17 just a few questions of the Jacques Rivera
18 deposition awhile back, not in Sierra. And we
19 have a whole series of questions on this case for
20 the first time.
21 BY MR. SWAMINATHAN:
22   Q  Sir, did you frame Edwin Ortiz for the
23 murder of Jose Morales and the shooting of Marvin
24 Taylor that occurred in July 1988?

76

1      MR. DAFFADA: Objection, form,
2 foundation.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5   Q  Right after the shooting, Marvin Taylor
6 gave the police a description of the shooter in
7 which he said the shooter looked to be about 20
8 and 5-foot 8 to 5-foot 9 inches tall, correct?
9      MR. DAFFADA: Objection, form,
10 foundation.
11      THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13   Q  Taylor then made an identification of
14 the shooter by looking at a photo book and picked
15 out a picture of a man named Pedro Aponte,
16 A-P-O-N-T-E, correct?
17      MR. DAFFADA: Objection, form,
18 foundation.
19      THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q  Pedro Aponte matched Taylor's
22 description, because he was 18 or 19 years old and
23 5-foot 9 inches tall, correct?
24      MR. DAFFADA: Objection, form,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

77

1  foundation.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    But after Taylor failed to pick Aponte
5  out of the line-up, the case went cold for more
6  than a year, correct?
7        MR. DAFFADA:  Objection, form,
8  foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    And in the course of that year, you had
12 no involvement in the case, correct?
13        MR. DAFFADA:  Objection, foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    But you were assigned to a different
17 investigation in 1999 -- strike that.
18        You were assigned to a different
19 investigation in 1989 relating to a drive-by
20 shooting that caused the death of a man named
21 Jorge Arce, correct?
22        MR. DAFFADA:  Objection, foundation.
23        THE DEPONENT:  Take the Fifth.
24

78

1  BY MR. SWAMINATHAN:
2      Q    Your partner, Halvorson, and Sergeant
3  Mingey worked that case along with you, correct?
4        MR. DAFFADA:  Objection, form,
5  foundation.
6        THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    That was in February, a 1989 case, that
9  both Edwin Ortiz and Pedro Aponte were arrested
10 and charged for murder, correct?
11        MR. DAFFADA:  Objection, form,
12 foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    You secured Aponte's arrest by showing
16 photo albums of gang members to a witness who
17 picked out Aponte, correct?
18        MR. DAFFADA:  Objection, foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And you brought Aponte to Area Five
22 where he was identified in a line-up and charged
23 with the murder, correct?
24        MR. DAFFADA:  Objection, form,

79

1  foundation.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    You and Officer Gawrys, also a partner
5  of yours, arrested Ortiz and brought him to Area
6  Five for a line-up correct?
7        MR. DAFFADA:  Objection, form,
8  foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    And you manipulated the eyewitness into
12 falsely identifying Ortiz, correct?
13        MR. DAFFADA:  Objection, form,
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Because of that, Ortiz was charged with
18 murder, correct?
19        MR. DAFFADA:  Objection, foundation.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    But you knew Ortiz was innocent of the
23 Arson shooting, correct?
24        MR. DAFFADA:  Objection, form,

80

1  foundation.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    And ultimately Ortiz and his
5  co-defendants were all acquitted of the
6  February 1989 shooting, weren't they?
7        MR. DAFFADA:  Objection, form,
8  foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    And when you worked on the Arson
12 investigation, both Aponte and Ortiz were still in
13 custody awaiting trial on the 1988 drive-by
14 shooting of Morales, correct?
15        MR. DAFFADA:  Objection, form,
16 foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    You weren't assigned to the Morales
20 homicide investigation in September 1989, were
21 you?
22        MR. DAFFADA:  Objection, foundation.
23        THE DEPONENT:  Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

81

1 BY MR. SWAMINATHAN:
2    Q    And even though you weren't assigned to
3 the case, in September of 1989 you and Officer
4 O'Quinn showed Marvin Taylor photos of gang
5 members that included a photo of Ortiz, correct?
6         MR. DAFFADA:  Objection, form,
7 foundation.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    You wrote a report documenting that
11 Taylor picked out a photograph of Ortiz, correct?
12        MR. DAFFADA:  Objection, foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15   Q    But Ortiz didn't match Taylor's
16 description of the shooter at all, did he?
17        MR. DAFFADA:  Objection, form,
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q    At the time of the Morales shooting,
22 Edward Ortiz was 15 years old, about 5 feet
23 2 inches tall, and weighed about 120 pounds,
24 correct?

---

82

1         MR. DAFFADA:  Objection, form,
2 foundation.
3         THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And that was inconsistent with Taylor's
6 description of the shooter as someone at least
7 5-feet 8 inches tall and 20 years old, correct?
8         MR. DAFFADA:  Objection, form,
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12   Q    Sir, in fact, Taylor did not identify
13 Ortiz, did he?
14        MR. DAFFADA:  Objection, foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q    You instructed Taylor to pick Ortiz's
18 photo, correct?
19        MR. DAFFADA:  Objection, foundation.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22   Q    When you told Taylor to identify Ortiz,
23 you had no reason to believe that Ortiz was
24 involved in the crime, correct?

---

83

1         MR. DAFFADA:  Objection, form,
2 foundation.
3         THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    When you testified at Ortiz's trial
6 that you did not manipulate Taylor's photo
7 identification, that was a false statement,
8 correct?
9         MR. DAFFADA:  Objection, foundation,
10 form.
11        THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13   Q    After you fabricated Taylor's
14 identification, Ortiz was brought to Area Four for
15 a line-up, correct?
16        MR. DAFFADA:  Objection, form,
17 foundation.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    And you personally brought both Taylor
21 and another witness named Santiago Pagan to Area
22 Four to view that line-up, correct?
23        MR. DAFFADA:  Objection, form,
24 foundation.

---

84

1         THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    You instructed Taylor and Pagan to pick
4 Ortiz out of that line-up, correct?
5         MR. DAFFADA:  Objection, form,
6 foundation.
7         THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    There was no physical evidence tieing
10 Ortiz to the Morales shooting, was there?
11        MR. DAFFADA:  Objection, foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    But based on your misconduct, he was
15 arrested, charged and convicted of murdering Jose
16 Morales, correct?
17        MR. DAFFADA:  Objection, form,
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q    And as a direct result of your witness
22 manipulation, Ortiz was sentenced to 40 years in
23 prison for a crime he did not commit, correct?
24        MR. DAFFADA:  Objection, form,

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

22 (85 to 88)

---

85

1 foundation.
2     THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q  Sir, is there anything you can tell me
5 about your actions during the Marvin Taylor
6 homicide investigation without incriminating
7 yourself?
8     MR. DAFFADA: Objection, foundation.
9     Who's that name, by the way? I'm
10 sorry. Marvin who?
11     MR. SWAMINATHAN: Marvin Taylor.
12     MR. DAFFADA: Taylor?
13     MR. SWAMINATHAN: That's the victim.
14     Did Mr. Guevara answer?
15     THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q  Sir, I want to ask you about a man
18 named Jose Cruz.
19     Do you know Jose Cruz?
20    **A  Take the Fifth.**
21    Q  Did you frame a man named Jose Cruz for
22 the shooting death of Antwan Douglas in 1993?
23     MR. DAFFADA: Objection, form.
24     THE DEPONENT: Take the Fifth.

---

86

1 BY MR. SWAMINATHAN:
2    Q  Did you conspire with other Chicago
3 police officers to frame Jose Cruz for the
4 shooting death of Antwan Douglas in 1983?
5     MR. DAFFADA: Objection, form,
6 foundation.
7     THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q  You framed Cruz as retaliation for the
10 May 1993 shooting that involved Officer Michael
11 Hallinan in the 14th District, correct?
12     MR. DAFFADA: Objection, form,
13 foundation.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q  Sir, you coerced Vernon Meadors,
17 M-E-A-D-O-R-S, into falsely identifying Cruz as
18 one of the persons who shot and killed Antwan
19 Douglas, correct?
20     MR. DAFFADA: Objection, foundation.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q  Sir, you provided Vernon Meadors' name
24 and address to the media, correct?

---

87

1     MR. DAFFADA: Objection, form,
2 foundation.
3     THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q  Sir, did you do that in order to -- in
6 order to make Meadors scared for his life?
7     MR. DAFFADA: Objection, form,
8 foundation.
9     THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q  Did you provide Meadors' name and
12 address to the press to coerce Meadors into making
13 a false identification of Jose Cruz?
14     MR. DAFFADA: Objection, form,
15 foundation.
16     THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q  Meadors, in fact, failed to identify
19 Cruz in a photo line-up, correct?
20     MR. DAFFADA: Objection, form,
21 foundation.
22     THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q  But then after you leaked his name to

---

88

1 the press, only then did you get him to make an
2 identification of Cruz in a photo line-up,
3 correct?
4     MR. DAFFADA: Objection, form,
5 foundation.
6     THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q  In fact, Meadors didn't identify Cruz
9 until after the Chicago Police Department agreed
10 to relocate his family for their safety, correct?
11     MR. DAFFADA: Objection, form,
12 foundation.
13     THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q  Sir, did you coerce Pedro Jaramillo
16 into falsely identifying Jose Cruz into the
17 shooting of Douglas?
18     MR. DAFFADA: Objection, form,
19 foundation.
20     THE DEPONENT: Take the Fifth.
21     MR. SWAMINATHAN: Jaramillo is
22 J-A-R-A --
23     MR. DAFFADA: Go ahead. I was just
24 going to ask you, spell that last name.

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

89

1          MR. SWAMINATHAN:  J-A-R-A-M-I-L-L-O.
2  BY MR. SWAMINATHAN:
3      Q    Did you visit Pedro Jaramillo on three
4  separate occasions?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You did not write police reports
10 documenting those three visits, correct?
11         MR. DAFFADA:  Objection, foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    Let me ask the question again.
15     I think maybe the madam court reporter
16 missed it.  Let me ask you again.
17     Sir, did you visit Pedro Jaramillo on
18 three separate occasions?
19         MR. DAFFADA:  Objection, form,
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Sir, there were no police reports
24 written documenting those visits, correct?

90

1          MR. DAFFADA:  Objection, foundation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    Each time that you visited Jaramillo,
5  was it for the purpose of coercing him into
6  falsely identifying Jose Cruz as the shooter
7  involved in the death of Douglas?
8          MR. DAFFADA:  Objection, foundation.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Sir, you psychologically pressured
12 Jaramillo to make a false identification of Cruz
13 in the shooting death of Douglas, correct?
14         MR. DAFFADA:  Objection, foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Sir, Jaramillo informed you that the
18 shooter in the Douglas case was black, correct?
19         MR. DAFFADA:  Objection, foundation.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    Sir, you got furious at Jaramillo when
23 he refused to make a false identification,
24 correct?

91

1          MR. DAFFADA:  Objection, form,
2  foundation.
3          THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    You threatened and pressured Jaramillo
6  to make an identification of Cruz to such an
7  extent that his boss hired him an attorney, even
8  though he was only a witness, correct?
9          MR. DAFFADA:  Objection, form,
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You would get furious at Jaramillo when
14 he would not select Cruz as the shooter, correct?
15         MR. DAFFADA:  Objection, form,
16 foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    In the Cruz case, you fabricated police
20 reports, correct?
21         MR. DAFFADA:  Objection, foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    You had Jose Cruz sit on top of a phone

92

1  book while the other line-up participants couldn't
2  see it in order to signal to Vernon Meadors that
3  Cruz was the target, correct?
4          MR. DAFFADA:  Objection, form,
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    Sir, you provided Jaramillo with a
9  statement to sign that was fully in English, even
10 though he only spoke Spanish, correct?
11         MR. DAFFADA:  Objection, form,
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    And you deliberately mistranslated
16 Jaramillo's statement to claim that the shooter
17 was an olive-complect Hispanic or a light-skinned
18 black, correct?
19         MR. DAFFADA:  Objection, form,
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    But Jaramillo had clearly told you that
24 the shooter was black, correct?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

93

1        MR. DAFFADA: Objection, foundation.
2        THE DEPONENT: Take the Fifth.
3   BY MR. SWAMINATHAN:
4        Q    In fact, Ivan Rios also identified a
5   black shooter fleeing from the scene that morning,
6   not anyone Hispanic, correct?
7        MR. DAFFADA: Objection, foundation.
8        THE DEPONENT: Take the Fifth.
9   BY MR. SWAMINATHAN:
10       Q    And Ivan Rios told police that he saw
11  three or four black males fleeing the murder scene
12  shortly after the shots were fired, correct?
13       MR. DAFFADA: Objection, form,
14  foundation.
15       THE DEPONENT: Take the Fifth.
16  BY MR. SWAMINATHAN:
17       Q    You later falsified police reports with
18  other officers to accuse Rios of glaring
19  threateningly at Meadors and speaking to
20  Jaramillo, correct?
21       MR. DAFFADA: Objection, form,
22  foundation.
23       THE DEPONENT: Take the Fifth.
24

---

94

1   BY MR. SWAMINATHAN:
2        Q    Is there anything you can tell us about
3   the Douglas homicide investigation without
4   incriminating yourself?
5        MR. DAFFADA: Objection, form.
6        THE DEPONENT: Take the Fifth.
7   BY MR. SWAMINATHAN:
8        Q    Sir, I want to ask you about Mario
9   Flores, F-L-O-R-E-S.
10       Sir, you framed Mario Flores for the
11  January 1st, 1984, shooting murder of Gilbert,
12  blue eyes, Perez, correct?
13       MR. DAFFADA: Objection, foundation,
14  form.
15       THE DEPONENT: Take the Fifth.
16  BY MR. SWAMINATHAN:
17       Q    At the time of that case, in 1984, you
18  were employed as a gang drug specialist, correct?
19       MR. DAFFADA: Objection, foundation.
20       THE DEPONENT: Take the Fifth.
21  BY MR. SWAMINATHAN:
22       Q    Sir, you conspired with other gang
23  crime specialists and homicide detectives to frame
24  Mario Flores, correct?

---

95

1        MR. DAFFADA: Objection, form.
2        THE DEPONENT: Take the Fifth.
3   BY MR. SWAMINATHAN:
4        Q    You framed Mario Flores even though you
5   knew he did not shoot Perez, correct?
6        MR. DAFFADA: Objection, form,
7   foundation.
8        THE DEPONENT: Take the Fifth.
9   BY MR. SWAMINATHAN:
10       Q    During the Perez homicide
11  investigation, you withheld exculpatory evidence
12  from prosecutors as well as Mr. Flores and his
13  attorney, correct?
14       MR. DAFFADA: Objection, form,
15  foundation.
16       THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18       Q    For example, three independent
19  eyewitnesses were crashed into by the victim Perez
20  in his car on the night of the shooting, correct?
21       MR. DAFFADA: Objection, form,
22  foundation.
23       THE DEPONENT: Take the Fifth.
24

---

96

1   BY MR. SWAMINATHAN:
2        Q    And those three witnesses provided
3   information that contradicted the version of
4   events you made up to frame Mario Flores, correct?
5        MR. DAFFADA: Objection, form,
6   foundation.
7        THE DEPONENT: Take the Fifth.
8   BY MR. SWAMINATHAN:
9        Q    Those witnesses were Cornrado Garcia,
10  Joanne Rodriguez, and Richard Ocasio, correct?
11       MR. DAFFADA: Objection, form,
12  foundation.
13       THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15       Q    You interviewed the three eyewitnesses,
16  correct?
17       MR. DAFFADA: Objection, foundation.
18       THE DEPONENT: Take the Fifth.
19  BY MR. SWAMINATHAN:
20       Q    And you even treated them as suspects
21  initially, correct?
22       MR. DAFFADA: Objection, foundation.
23       THE DEPONENT: Take the Fifth.
24

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

97

1  BY MR. SWAMINATHAN:
2     Q    But the police file does not contain
3  police reports of the interviews of those
4  eyewitnesses, does it?
5        MR. DAFFADA: Objection, form,
6  foundation.
7        THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9     Q    Or that you treated them as suspects,
10 correct?
11       MR. DAFFADA: Objection, form,
12 foundation.
13       THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    Instead, you concealed information,
16 including police reports, about what those three
17 witnesses observed that night, correct?
18       MR. DAFFADA: Objection, form,
19 foundation.
20       THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    You did that because you knew it would
23 undermine your case, correct?
24       MR. DAFFADA: Objection, form,

98

1  foundation.
2        THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4     Q    Sir, is it true that you fabricated
5  evidence, including falsifying police reports, as
6  part of the Perez homicide investigation?
7        MR. DAFFADA: Objection, foundation.
8        THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10    Q    You testified in a criminal case that
11 the day after Perez was murdered, you received an
12 anonymous phone call stating that a woman named
13 Nancy Lebron had information about the murder,
14 correct?
15       MR. DAFFADA: Objection, form,
16 foundation.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    That was made up, right?
20       MR. DAFFADA: Objection, form.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    Even though you talked to Nancy Lebron
24 soon after this alleged phone call, she did not

99

1  make any identification until 11 months later when
2  she volunteered to identify the shooters, correct?
3        MR. DAFFADA: Objection, form,
4  foundation.
5        THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q    And you got Nancy Lebron to make up a
8  false story about seeing the victim get put in a
9  car and driven away, correct?
10       MR. DAFFADA: Objection, form,
11 foundation.
12       THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Nancy Lebron never saw anything related
15 to the crime, did she?
16       MR. DAFFADA: Objection, foundation.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    You made that story up and got her to
20 repeat it, correct?
21       MR. DAFFADA: Objection, foundation.
22       THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    You previously knew Nancy Lebron,

100

1  correct?
2        MR. DAFFADA: Objection, foundation --
3  form.
4        THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6     Q    And her son, Little Kung Fu, was
7  actually a suspect in the shooting of Mr. Perez,
8  correct?
9        MR. DAFFADA: Objection --
10       MS. ROSEN: What was the son's name?
11 I'm sorry.
12       MR. SWAMINATHAN: Little Kung Fu.
13       MR. DAFFADA: Did you say Little Kung
14 Fu?
15       MR. SWAMINATHAN: That's right.
16 BY MR. SWAMINATHAN:
17    Q    I'll say it again. Was her son, Little
18 Kung Fu, a suspect in the shooting of Mr. Perez?
19       MR. DAFFADA: Objection, foundation.
20       THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    Sir, is it true that you got Lebron to
23 make a false, fabricated identification of Mario
24 Flores?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

101

1    MR. DAFFADA: Objection, form,
2 foundation.
3    THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q   Sir, you fabricated police reports
6 regarding your interactions with Nancy Lebron,
7 correct?
8    MR. DAFFADA: Objection, form,
9 foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   And you gave knowingly false testimony
13 about Lebron's supposed identification, correct?
14    MR. DAFFADA: Objection, form,
15 foundation.
16    THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q   Sir, you also coerced -- strike that.
19    Sir, you also coerced Vladimir Sammy
20 Ramos into falsely implicating Mario Flores,
21 correct?
22    MR. DAFFADA: Objection, form,
23 foundation.
24    THE DEPONENT: Take the Fifth.

102

1 BY MR. SWAMINATHAN:
2    Q   You got Sammy Ramos to falsely claim
3 that Mario Flores confessed to him, correct?
4    MR. DAFFADA: Objection, form,
5 foundation.
6    THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   Ramos was himself a suspect in the
9 shooting of Perez, correct?
10    MR. DAFFADA: Objection, foundation.
11    THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q   Ramos had his own pending felony cases
14 at the time, correct?
15    MR. DAFFADA: Objection, foundation.
16    THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q   And you used that to get him to falsely
19 implicate Flores, correct?
20    MR. DAFFADA: Objection, foundation.
21    THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   Sir, you also coerced Victor Flores
24 into falsely implicating Mario Flores, correct?

103

1    MR. DAFFADA: Objection, foundation.
2    THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   Victor Flores was offered a deal to
5 falsely implicate Mario Flores, correct?
6    MR. DAFFADA: Objection, foundation.
7    THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q   And you concealed that fact from Mario
10 Flores, right?
11    MR. DAFFADA: Objection, foundation.
12    THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   Sir, as part of the hom -- strike that.
15    As part of the Perez homicide
16 investigation, you also tried to extract a false
17 confession from Mario Flores through abuse,
18 threats and promises, correct?
19    MR. DAFFADA: Objection, form,
20 foundation.
21    THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   You threatened Flores with the death
24 penalty, correct?

104

1    MR. DAFFADA: Objection, foundation.
2    THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   You physically abused Mario Flores,
5 correct?
6    MR. DAFFADA: Objection, foundation.
7    THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q   Despite your threats and abuse, Mario
10 Flores never confessed, did he?
11    MR. DAFFADA: Objection, form,
12 foundation.
13    THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   Flores couldn't have killed Perez,
16 because he was home with his family the night of
17 the shooting, correct?
18    MR. DAFFADA: Objection, foundation.
19    THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   You knew Mario Flores was innocent, but
22 you nevertheless framed him for murder, correct?
23    MR. DAFFADA: Objection, form,
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

27 (105 to 108)

---

105

1        THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q     And Flores was sentenced to death
4 because you framed him for murder, correct?
5        MR. DAFFADA: Objection, foundation.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8      Q     During the course of the Perez homicide
9 investigation, you executed a search warrant at
10 the home of Graciella and Anna Flores, correct?
11        MR. DAFFADA: Objection, form,
12 foundation.
13        THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15      Q     Your sergeant, Sergeant Mingey and
16 other detectives from Area Five, were present for
17 the search, correct?
18        MR. DAFFADA: Objection, form,
19 foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q     You and the other officers who arrived
23 first were dressed in plain clothes and did not
24 identify yourselves as police officers, correct?

---

106

1        MR. DAFFADA: Objection, form,
2 foundation.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5      Q     You physically assaulted Graciella and
6 Anna Flores during the execution of that search
7 warrant, correct?
8        MR. DAFFADA: Objection, form,
9 foundation.
10        THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12      Q     You grabbed Graciella Flores and pulled
13 her hair, correct?
14        MR. DAFFADA: Objection, foundation.
15        THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17      Q     You hit Graciella Flores with a
18 flashlight, correct?
19        MR. DAFFADA: Objection, foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q     You called Graciella Flores racial
23 slurs, including spic, wetback and bitch, correct?
24        MR. DAFFADA: Objection, foundation.

---

107

1        THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q     You fabricated police reports about
4 this incident, right?
5        MR. DAFFADA: Objection, foundation.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8      Q     Graciella and Anna were arrested and
9 charged with battery and other crimes, correct?
10        MR. DAFFADA: Objection, form,
11 foundation.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14      Q     They were acquitted of those crimes
15 because they were innocent, correct?
16        MR. DAFFADA: Objection, foundation.
17        THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19      Q     But you received a commendation from
20 the Chicago Police Department for your work in the
21 Perez homicide investigation, correct?
22        MR. DAFFADA: Objection, foundation.
23        THE DEPONENT: Take the Fifth.
24

---

108

1 BY MR. SWAMINATHAN:
2      Q     You learned from that commendation that
3 your acts of misconduct and abuse could earn you
4 rewards, correct?
5        MR. DAFFADA: Objection, form,
6 foundation.
7        THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q     Sir, is there anything you can tell me
10 about your actions as part of the Perez homicide
11 investigation without incriminating yourself?
12        MR. DAFFADA: Objection, foundation,
13 form.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q     I want to ask you about the case of
17 Allen Vega.
18        MR. DAFFADA: Spell the last name.
19        MR. SWAMINATHAN: Vega, V-E-G-A.
20 BY MR. SWAMINATHAN:
21      Q     Sir, did you frame a person named Allen
22 Vega for the July 8th, 2000 murder of Anthony
23 Mosier, M-O-S-I-E-R?
24        MR. DAFFADA: Objection, foundation.

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

109

1    THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    Did you alone or with -- strike that.
4        You, alone or together with other
5 Chicago Police Officers, took actions to frame
6 Allen Vega for the shooting of death of Anthony
7 Mosier, correct?
8        MR. DAFFADA: Objection, form,
9 foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    You suggested, persuaded, incentivized
13 and coerced eyewitnesses, like Angel Diaz, into
14 falsely identifying Allen Vega as the shooter,
15 correct?
16        MR. DAFFADA: Objection, form,
17 foundation.
18    THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    And you got Angel Diaz to make an
21 identification of Allen Vega that you knew was
22 false, correct?
23        MR. DAFFADA: Objection, form,
24 foundation.

---

110

1    THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    You coerced Angel Diaz into falsely
4 identifying Vega, correct?
5        MR. DAFFADA: Objection, foundation.
6    THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    You had a relationship with members of
9 the Almighty Latin Eagle Street Gang in which you
10 coerced or incentivized members to help you obtain
11 false statements, correct?
12        MR. DAFFADA: Objection, form,
13 foundation.
14    THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And your relationships with members of
17 other Chicago street gangs in which you coerced or
18 incentivized members to help you obtain false
19 statements, correct?
20        MR. DAFFADA: Objection to form,
21 foundation.
22    THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    Sir, is there anything you can tell us

---

111

1 about your actions in the Mosier shooting
2 investigation without incriminating yourself?
3        MR. DAFFADA: Objection, form,
4 foundation.
5        THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    I want to ask you about a man named
8 Freddie Gonzalez.
9        You worked on the investigation into
10 the May 1990 shooting of Kevin and Torrence Wiley,
11 correct?
12        MR. DAFFADA: Objection, foundation.
13        MR. ENGQUIST: Can I just put an
14 objection on before you go into this?
15        MR. SWAMINATHAN: Go ahead.
16        MR. ENGQUIST: I wanted to object
17 because this witness -- Mr. Freddie Gonzalez is
18 your client and we have not been able to get his
19 deposition yet.
20        In fact, we've been stopped from doing
21 it after you guys took over representation of him.
22        So I just wanted to object as to that
23 part of it, because we're not permitted to do our
24 discovery.

---

112

1        MR. SWAMINATHAN: Understood.
2 BY MR. SWAMINATHAN:
3    Q    Sir, you decided to frame Freddie
4 Gonzalez -- strike that.
5        Sir, you decided to frame Freddie
6 Gonzalez and others for the murder of the Wiley
7 brothers, correct?
8        MR. DAFFADA: Objection, form,
9 foundation.
10        THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    Before you did that, you tried to frame
13 other men, correct?
14        MR. DAFFADA: Objection, form,
15 foundation.
16        THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    A couple weeks after the murders, you
19 arrested and interrogated Efrain Cruz and
20 Francisco Vera, correct?
21        MR. DAFFADA: Objection, form and
22 foundation.
23        THE DEPONENT: Take the Fifth.
24

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

113

1 BY MR. SWAMINATHAN:
2    Q    You put those two men into a line-up
3 where you had someone falsely identify them and
4 then brought in a State's attorney to charge them,
5 correct?
6       MR. DAFFADA: Objection, form,
7 foundation.
8       THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    When you didn't -- strike that.
11      But the police file in the case doesn't
12 contain any documentation of those arrests or that
13 the line-up took place, correct?
14      MR. DAFFADA: Objection, form,
15 foundation.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q    The problem is that the men were
19 actually in police lockup at the time of the
20 murder so they had a solid alibi --
21      I'll ask the question again. Sorry.
22      The problem was that the men were
23 actually in police lockup at the time of the
24 murder, correct?

114

1       MR. DAFFADA: Objection, foundation.
2       THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    And because of their rock solid alibi,
5 you had to release them, correct?
6       MR. DAFFADA: Objection, foundation.
7       THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    And you concealed the prior evidence of
10 their arrest in the line-up, correct?
11      MR. DAFFADA: Objection, form,
12 foundation.
13      THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15   Q    And you turned your sights on a
16 different group of men, correct?
17      MR. DAFFADA: Objection, foundation.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    You rounded up Jose Maysonet, Justino
21 Cruz, Freddie Gonzalez and Christopher Gosens and
22 set out to frame them for Wiley brothers' murder,
23 correct?
24      MR. DAFFADA: Objection, form,

115

1 foundation.
2       THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    Sir, you had a financial relationship
5 with Jose Maysonet and infamous Chicago Police
6 Officer, Joseph Miedzianowski, correct?
7       MR. DAFFADA: Objection, form,
8 foundation.
9       THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11   Q    You provided Maysonet with protection
12 in exchange for kickbacks from drug deals,
13 correct?
14      MR. DAFFADA: Objection, form,
15 foundation.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q    You and Maysonet had a falling out
19 shortly before the Wiley brothers' murders,
20 correct?
21      MR. DAFFADA: Objection, foundation.
22      THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24   Q    That's why you targeted Maysonet in

116

1 order to get him out of the picture, correct?
2       MR. DAFFADA: Objection, foundation.
3       THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And Freddie Gonzalez and Justino Cruz
6 just happened to be guys Maysonet was associated
7 with, correct?
8       MR. DAFFADA: Objection, form,
9 foundation.
10      THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12   Q    Sir, you wanted to frame Jose Maysonet
13 to shut him up and to protect yourself, correct?
14      MR. DAFFADA: Objection, form,
15 foundation.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q    And Alfredo Gonzalez ended up being
19 collateral damage in that pursuit, right?
20      MR. DAFFADA: Objection, foundation.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q    But you didn't care, right?
24      MR. DAFFADA: Objection, form.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

30 (117 to 120)

117

1    THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    You took Alfredo Gonzalez into an
4 interrogation room, handcuffed him to the wall and
5 repeatedly choked and beat him over the course of
6 many hours, correct?
7    MR. DAFFADA:  Objection, form,
8 foundation.
9    THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    You told Freddie Gonzalez that you had
12 several eyewitnesses that had seen him commit a
13 double murder, correct?
14    MR. DAFFADA:  Objection, form,
15 foundation.
16    THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    When he refused to confess to the
19 crime, you told him you were going to frame
20 members of his family, correct?
21    MR. DAFFADA:  Objection, form,
22 foundation.
23    THE DEPONENT:  Take the Fifth.
24

118

1 BY MR. SWAMINATHAN:
2    Q    You forced him to confess to a crime
3 you knew he knew nothing about and had nothing to
4 do with, correct?
5    MR. DAFFADA:  Objection, form,
6 foundation.
7    THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    You also threatened and repeatedly beat
10 Maysonet and Justino Cruz, right?
11    MR. DAFFADA:  Objection, form,
12 foundation.
13    THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    You told them they had to implicate
16 Freddie Gonzalez, right?
17    MR. DAFFADA:  Objection, foundation.
18    THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    And you threatened and intimidated
21 Maysonet's girlfriend, Rosa Bello, correct?
22    MR. DAFFADA:  Objection, foundation.
23    THE DEPONENT:  Take the Fifth.
24

119

1 BY MR. SWAMINATHAN:
2    Q    You made her falsely testify against
3 Freddie Gonzalez by threatening to arrest her and
4 take away her children, right?
5    MR. DAFFADA:  Objection, form,
6 foundation.
7    THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    You did not document any of this
10 exculpatory information in any reports, right?
11    MR. DAFFADA:  Objection, foundation.
12    THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    And you didn't conduct a legitimate
15 investigation into alternate suspects, correct?
16    MR. DAFFADA:  Objection, form,
17 foundation.
18    THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    I'm gonna show you documents that are
21 marked as Exhibits B and C to this deposition.
22    (Deposition Exhibit B and C marked.)
23 BY MR. SWAMINATHAN:
24    Q    It's a document marked Exhibit B.  It's

120

1 Bates stamped AR-L537339 through AR-L537346.  It's
2 a CPD Supplementary Report dated August 3rd, 1990.
3    Your name --
4    MR. DAFFADA:  You have got to blow it
5 up a little bit.
6    MR. SWAMINATHAN:  Yep, sorry.
7 BY MR. SWAMINATHAN:
8    Q    Sir, this is a report that you helped
9 write, correct?
10    MR. DAFFADA:  Objection, foundation.
11    THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    It's a report with your name on it,
14 correct?
15    MR. DAFFADA:  Objection, foundation.
16    THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    And I'm showing you a document marked
19 Exhibit C, Bates stamped AR-L537349 through
20 537354.  It's also a CPD Supplementary Report.
21 This is dated August 24th, 1990.
22    This report also has your name on it,
23 correct, Mr. Guevara?
24    MR. DAFFADA:  Objection, foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

121

1  And also I have an objection that I received these
2  documents this morning and have not had a chance
3  to review them.  We can barely see them on the
4  screen.
5        MR. SWAMINATHAN:  These are reports
6  that are part of the production in this case.
7        MR. DAFFADA:  There's a lot of
8  documents produced, but I reviewed all the
9  documents, you know, yesterday, so...
10 BY MR. SWAMINATHAN:
11     Q    Sir, you reviewed the reports before
12 they were submitted, correct, Exhibits B and C?
13     A    Take the Fifth.
14     Q    Your partner, Ernest Halvorson, signed
15 those reports, correct?
16        MR. DAFFADA:  Objection, foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    And the reports are full of information
20 that you knew was false and deliberately
21 fabricated in order to frame Freddie Gonzalez,
22 correct?
23        MR. DAFFADA:  Objection, form,
24 foundation.

122

1        THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    Sir, you purposefully framed Alfredo
4  Gonzalez for a crime you knew he did not commit,
5  correct?
6        MR. DAFFADA:  Objection, form.
7        THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Sir, is there anything you can tell me
10 about your actions during the Wiley brothers'
11 homicide investigation without incriminating
12 yourself?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Sir, I want to ask you about another
18 case.
19        Sir, is it true that you manipulated
20 one or more witnesses into identifying Rosendo
21 Hernandez as the shooter of Jorge Gonzalez?
22        MR. DAFFADA:  Objection, form,
23 foundation.
24        THE DEPONENT:  Take the Fifth.

123

1  BY MR. SWAMINATHAN:
2      Q    Sir, your conduct resulted in Rosendo
3  Hernandez being charged with a crime he did not
4  commit, correct?
5        MR. DAFFADA:  Objection, foundation.
6        THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    Sir, you conspired with Joseph
9  Miedzianowski to have Juan and Rosendo Hernandez
10 arrested for a crime they did not commit, correct?
11        MR. DAFFADA:  Objection, form,
12 foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    Sir, you engineered Juan and Rosendo
16 Hernandez's lawful conviction as part of an effort
17 to assist Joseph Miedzianowski in his ongoing drug
18 operation, correct?
19        MR. DAFFADA:  Objection, form,
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Miedzianowski told you he believed that
24 Juan Hernandez stole drugs and money from Frankie

124

1  Figuero's apartment, correct?
2        MR. DAFFADA:  Objection, form,
3  foundation.
4        THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    Miedzianowski told you that he wanted
7  to frame Juan Hernandez for allegedly stealing
8  drugs and money from Frankie Figuero's apartment,
9  correct?
10        MR. DAFFADA:  Objection, form,
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    And you acted as Miedzianowski's
15 enforcer as part of this drug operation, correct?
16        MR. DAFFADA:  Objection, foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    You helped Miedzianowski frame people
20 for crimes they did not commit when they crossed
21 or angered Miedzianowski, correct?
22        MR. DAFFADA:  Objection, form,
23 foundation.
24        THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

125

1 BY MR. SWAMINATHAN:
2    Q    You helped Miedzianowski keep Frankie
3 Figuroa safe so he could continue to assist
4 Miedzianowski in his ongoing drug operation,
5 correct?
6        MR. DAFFADA:  Objection to form,
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    And because of what Miedzianowski
11 wanted, you immediately focused on Juan and
12 Rosendo Hernandez as suspects for the murder of
13 Jorge Gonzalez?
14        MR. DAFFADA:  Objection, form,
15 foundation.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    You took no steps to investigate
19 alternate suspects for the murder of Jorge
20 Gonzalez, correct?
21        MR. DAFFADA:  Objection, form,
22 foundation.
23        THE DEPONENT:  Take the Fifth.
24

126

1 BY MR. SWAMINATHAN:
2    Q    You focused on Juan Hernandez as a
3 suspect because you knew Miedzianowski wanted
4 revenge on Juan, correct?
5        MR. DAFFADA:  Objection, form,
6 foundation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    You met with Miedzianowski and the
10 civilian, Fred Rock, at Grand and Central to
11 discuss Juan Hernandez, correct?
12        MR. DAFFADA:  Objection, form,
13 foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And it's true, sir, that Juan Hernandez
17 was referred to as Poochie by you and
18 Miedzianowski, correct?
19        MR. DAFFADA:  Objection, foundation,
20 form.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    Miedzianowski told you at his Grand and
24 Central Office, in the presence of Fred Rock, that

127

1 he was going to get Poochie, correct?
2        MR. DAFFADA:  Objection, foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    Miedzianowski -- strike that.
6        MS. ROSEN:  Anand, can you take the
7 exhibit down?
8        MR. SWAMINATHAN:  Oh, I'm sorry.  Thank
9 you.
10 BY MR. SWAMINATHAN:
11    Q    Miedzianowski asked for your help in
12 arresting Poochie, correct?
13        MR. DAFFADA:  Objection, foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    You had several conversations with
17 Miedzianowski regarding Poochie, correct?
18        MR. DAFFADA:  Objection, foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You had several conversations regarding
22 Poochie in the residence of Fred Rock, correct?
23        MR. DAFFADA:  Objection, foundation.
24        THE DEPONENT:  Take the Fifth.

128

1 BY MR. SWAMINATHAN:
2    Q    And in those conversations,
3 Miedzianowski expressed a desire to frame Juan
4 Hernandez, correct?
5        MR. DAFFADA:  Objection, foundation.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    Sir, you had at least three
9 conversations with Miedzianowski in front of Fred
10 Rock where Miedzianowski expressed a desire to
11 frame Hernandez for a crime, correct?
12        MR. DAFFADA:  Objection, foundation,
13 form.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    Sir, in late March or early April of
17 1998, you and John Woodall went on a car ride with
18 Fred Rock, correct?
19        MR. DAFFADA:  Objection, foundation,
20 form.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    You told him that Elio Garza had been
24 killed and that he needed to keep quiet when

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

33 (129 to 132)

---

129

1 questioned by detectives, correct?
2        MR. DAFFADA:  Objection, foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You took no steps to investigate
6 William Valero as a suspect for the murder of Jose
7 Gonzalez, correct?
8        MR. DAFFADA:  Objection, foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    You convinced Richard Beuke, B-E-U-K-E,
12 an attorney, to represent Juan Hernandez in trial,
13 even though there was an obvious conflict of
14 interest, correct?
15        MR. DAFFADA:  Objection, form,
16 foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    And there was a conflict of interest
20 because Attorney Beuke was your friend, correct?
21        MR. DAFFADA:  Objection, form,
22 foundation.
23        THE DEPONENT:  Take the Fifth.
24

---

130

1 BY MR. SWAMINATHAN:
2    Q    And he was also your attorney, correct?
3        MR. DAFFADA:  Objection, foundation.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    Sir, is there anything you can tell me
7 about your actions during the Gonzalez homicide
8 investigation without incriminating yourself?
9        MR. DAFFADA:  Objection, form,
10 foundation.
11        THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    All right.  Sir, I want to ask you
14 about the murders of Mariano and Jacinta Soto.
15 Mariano is M-A-R-I-A-N-O.  Jacinta is
16 J-A-C-I-N-T-A.  And Soto is S-O-T-O.
17        All right.  Sir, you remember the
18 murders of Mariano and Jacinta Soto and the
19 kidnapping of their children, Santiago and Maria,
20 in Bucktown, right?
21    A    Take the Fifth.
22    Q    Sir, those crimes occurred sometime at
23 the end of March 1998, correct?
24        MR. DAFFADA:  Objection, foundation.

---

131

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    You went to the scene when the bodies
4 were discovered, correct?
5        MR. DAFFADA:  Objection, foundation.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    It was a horrific murder scene in a
9 basement apartment, correct?
10        MR. DAFFADA:  Objection, form,
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Bodies of the dead inside the apartment
15 for some unknown period of time, correct?
16        MR. DAFFADA:  Objection, form,
17 foundation.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    Each victim had been stabbed
21 repeatedly, correct?
22        MR. DAFFADA:  Objection, foundation.
23        THE DEPONENT:  Take the Fifth.
24

---

132

1 BY MR. SWAMINATHAN:
2    Q    And their young children, who were a
3 baby and toddler, were missing, correct?
4    A    Take the Fifth.
5    Q    It was a high profile case, correct?
6        MR. DAFFADA:  Objection, form,
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    The media extensively -- strike that.
11        The media extensively covered the
12 grizzly murders and child abduction, correct?
13        MR. DAFFADA:  Objection, form,
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    And the police paid a lot of attention
18 to the case right from the start, correct?
19        MR. DAFFADA:  Objection, foundation.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    A crowd of family, neighbors and media
23 all gathered at the crime scene, correct?
24        MR. DAFFADA:  Objection, foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

34 (133 to 136)

133

1        THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3        Q    You were assigned to be the lead
4  detective on the investigation by Sergeant Mingey,
5  correct?
6        A    Take the Fifth.
7        Q    It was your responsibility to solve the
8  case, correct?
9        MR. DAFFADA: Objection, form.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12       Q    There was a great deal of pressure to
13 solve the case, correct?
14       MR. DAFFADA: Objection, form,
15 foundation.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18       Q    And you wanted to solve the case as
19 quickly as possible, correct?
20       MR. DAFFADA: Foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23       Q    You had no obvious clues or leads,
24 correct?

134

1        MR. DAFFADA: Objection, form.
2        THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4        Q    For one, you couldn't find the
5  children, correct?
6        MR. DAFFADA: Objection, foundation.
7        THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9        Q    But some people fell into your lap that
10 you thought you could frame for the crime,
11 correct?
12       MR. DAFFADA: Objection, form,
13 foundation.
14       THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16       Q    One person you chose to frame was
17 Arturo Reyes, correct?
18       MR. DAFFADA: Objection, form.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21       Q    And the other person you chose to frame
22 was Gabriel Solache, correct?
23       MR. DAFFADA: Objection to form.
24       THE DEPONENT: Take the Fifth.

135

1  BY MR. SWAMINATHAN:
2        Q    Reyes and Solache had come to the
3  United States from Mexico to work, correct?
4        MR. DAFFADA: Objection, foundation.
5        THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7        Q    They were two men with no criminal
8  records, right?
9        A    Take the Fifth.
10       Q    And there was no evidence that they had
11 committed any crime, correct?
12       MR. DAFFADA: Objection, foundation.
13       THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15       Q    But just when it seems like you
16 wouldn't solve the case, these two men fell right
17 into your lap, right?
18       MR. DAFFADA: Objection, form,
19 foundation.
20       THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22       Q    They didn't speak any English, right?
23       A    Take the Fifth.
24       Q    They were unsophisticated and

136

1  uneducated, right?
2        MR. DAFFADA: Objection, form,
3  foundation.
4        THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6        Q    They didn't have any support system in
7  the United States, correct?
8        MR. DAFFADA: Objection, foundation.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11       Q    And so you targeted them and pinned
12 these murders on them, correct?
13       MR. DAFFADA: Objection, form,
14 foundation.
15       THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17       Q    You decided that their lives just
18 didn't matter, correct?
19       MR. DAFFADA: Objection, form,
20 foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23       Q    So you fabricated evidence to frame
24 Arturo Reyes, correct?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

137

1      MR. DAFFADA:  Objection, form,
2  foundation.
3      THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    And you fabricated evidence to frame
6  Gabriel Solache, correct?
7      MR. DAFFADA:  Objection, form,
8  foundation.
9      THE DEPONENT:  Take the Fifth.
10  BY MR. SWAMINATHAN:
11      Q    You extracted a false confession from
12  Arturo Reyes, correct?
13      MR. DAFFADA:  Objection, form,
14  foundation.
15      THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17      Q    You extracted a false confession from
18  Gabriel Solache, correct?
19      MR. DAFFADA:  Objection, form,
20  foundation.
21      THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    The confessions you got from them were
24  a story that you made up, correct?

---

138

1      MR. DAFFADA:  Objection, form,
2  foundation.
3      THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    And you got them to sign confessions
6  based on your story only after an extremely
7  abusive interrogation, right?
8      MR. DAFFADA:  Objection, foundation,
9  form.
10      THE DEPONENT:  Take the Fifth.
11      MS. ROSEN:  I'm going to object to
12  foundation, also an extremely abusive based on
13  your own client's testimony.
14  BY MR. SWAMINATHAN:
15      Q    Sir, you physically abused Arturo
16  Reyes, correct?
17      MR. DAFFADA:  Objection, form,
18  foundation.
19      THE DEPONENT:  Take the Fifth.
20  BY MR. SWAMINATHAN:
21      Q    You physically abused Gabriel Solache,
22  correct?
23      MR. DAFFADA:  Objection, form,
24  foundation.

---

139

1      THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    And you used threats and promises,
4  right?
5      MR. DAFFADA:  Objection, form,
6  foundation.
7      THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And you took advantage of their
10  inabilities to speak English, correct?
11      MR. DAFFADA:  Objection, form,
12  foundation.
13      THE DEPONENT:  Take the Fifth.
14  BY MR. SWAMINATHAN:
15      Q    And by using physical and psychological
16  abuse over multiple days, you broke their will
17  until they each confessed to a crime they did not
18  commit, correct?
19      MR. DAFFADA:  Objection, form,
20  foundation.
21      THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    You fed them facts about the crime,
24  right?

---

140

1      MR. DAFFADA:  Objection, foundation.
2      THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    You concocted a story of how the crime
5  must have occurred, right?
6      MR. DAFFADA:  Objection, form,
7  foundation.
8      THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    And through your threats and coercion,
11  you got them to sign a false confession -- strike
12  that.
13      And through your threats and coercion,
14  you got Arturo Reyes to sign a false confession
15  based on the story you concocted, right?
16      MR. DAFFADA:  Objection, form,
17  foundation.
18      THE DEPONENT:  Take the Fifth.
19  BY MR. SWAMINATHAN:
20      Q    And through your threats and coercion,
21  you got Gabriel Solache to sign a false confession
22  based on the story you concocted, right?
23      MR. DAFFADA:  Objection, form,
24  foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

36 (141 to 144)

141

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q    Both confessions that you got from
4 Reyes and Solache were written in English, right?
5      MR. DAFFADA: Objection, foundation.
6      THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8      Q    In order to frame Arturo Reyes, you --
9      I'll ask it again. Sorry.
10      In order to frame Arturo Reyes, you
11 suppressed exculpatory evidence, correct?
12      MR. DAFFADA: Objection, form,
13 foundation.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q    In order to frame Gabriel Solache, you
17 suppressed exculpatory evidence, correct?
18      MR. DAFFADA: Objection, form,
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q    And the whole time you knew Mr. Solache
23 was innocent, right?
24      MR. DAFFADA: Objection, foundation,

142

1 form.
2      THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    And the whole time you knew Arturo
5 Reyes was innocent, right?
6      MR. DAFFADA: Objection, form,
7 foundation.
8      THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10      Q    Sir, is there a reason you're unwilling
11 to answer any questions about your investigations
12 of the Soto homicide?
13      MR. DAFFADA: Objection, foundation.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q    All right. Sir, I want to first talk
17 to you about the crime scene.
18      And I'm going to show you a document
19 marked Exhibit 1.
20      For the record, this is Exhibit 1 to
21 the deposition. It's Bates stamped RFC 418
22 through 419, the General Offense Case Report.
23      (Deposition Exhibit Number 1 marked.)
24      marked.)

143

1 BY MR. SWAMINATHAN:
2      Q    Sir, looking at Exhibit Number 1, this
3 document shows that you and Detective Halvorson
4 arrived sometime between 4:45 p.m. when the
5 responding officers responded and at 8:45 p.m.
6 when this report was submitted, correct?
7      MR. DAFFADA: Objection, form,
8 foundation.
9      MS. ROSEN: Object to the foundation.
10 This document says that? Is that what you just
11 said?
12      MR. SWAMINATHAN: I'm saying this
13 document shows that. I can ask the question
14 again.
15 BY MR. SWAMINATHAN:
16      Q    Looking at Exhibit Number 1, this
17 document shows that you and Detective Halvorson
18 arrived sometime between 4:45 p.m. when the
19 responding officers arrived and 8:45 p.m. when
20 their report was submitted, correct?
21      MS. ROSEN: Objection, foundation.
22      MR. DAFFADA: And form.
23      THE DEPONENT: Take the Fifth.
24

144

1 BY MR. SWAMINATHAN:
2      Q    You arrived shortly after the bodies
3 had been discovered, correct?
4      MR. DAFFADA: Objection, foundation.
5      THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7      Q    As the lead detective on this
8 investigation, you and Detective Halvorson were in
9 charge of the crime scene, correct?
10      MR. DAFFADA: Objection, form and
11 foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14      Q    You talked to the responding officers,
15 Valentine and Burgadon, when you got there, right?
16      MR. DAFFADA: Objection, foundation.
17      THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19      Q    You went inside the apartment and
20 observed the bodies and the crime scene, correct?
21      MR. DAFFADA: Objection, form,
22 foundation.
23      THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

37 (145 to 148)

---

145

1  BY MR. SWAMINATHAN:
2  Q   And from your observations, you learned
3  information about how the crime occurred, right?
4      MR. DAFFADA:  Objection, foundation.
5      THE DEPONENT:  Take the Fifth.
6      MR. SWAMINATHAN:  Jim, what are the
7  foundation objections to these questions?  Are you
8  disputing any of those things that I'm saying?
9      THE DEPONENT:  Take the Fifth.
10     MR. SWAMINATHAN:  I'll keep going, but
11 it seems to me that some of -- I understand you
12 may not have a lot of knowledge about some of
13 these other cases we asked about, but, you know,
14 I'm asking questions that are based -- it's very
15 clear what the foundation is for these questions.
16     It seems to me that you're just making
17 a blanket objection on the basis of foundation to
18 all questions and I don't think that that's
19 appropriate, but we'll keep going here.
20 BY MR. SWAMINATHAN:
21 Q   From your observations, you learned
22 information about how the crime occurred, correct?
23     MR. DAFFADA:  Objection, foundation.
24     THE DEPONENT:  Take the Fifth.

---

146

1  BY MR. SWAMINATHAN:
2  Q   You found Mariano Soto face up on the
3  kitchen floor near the door to the apartment,
4  correct?
5      MR. DAFFADA:  Objection, foundation.
6      THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8  Q   And you found Jacinta Soto face down in
9  the bedroom, correct?
10     MR. DAFFADA:  Objection, foundation.
11     THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13 Q   That's what the responding officers,
14 Valentine and Burgadon, wrote in the general
15 offense case report, right?
16     MR. DAFFADA:  Objection, form.
17     MS. ROSEN:  I'm sorry.  Can you say the
18 question again?
19     MR. SWAMINATHAN:  Yes.
20 BY MR. SWAMINATHAN:
21 Q   Sir, that's what the responding
22 officers, Valentine and Burgadon, wrote in the
23 General Offense Case Report?
24     MS. ROSEN:  I still missed it.

---

147

1      Did you say that was what they wrote?
2      MR. SWAMINATHAN:  Yeah.  I'll ask it
3  one more time.
4      MS. ROSEN:  Okay.
5  BY MR. SWAMINATHAN:
6  Q   Sir, that is what the responding
7  officers, Valentine and Burgadon, wrote in the
8  General Offense Case Report?
9      MS. ROSEN:  Objection.  Calls for
10 speculation.
11     MR. DAFFADA:  Objection, form,
12 foundation.
13     THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15 Q   And you also wrote a report -- strike
16 that.
17     You also wrote a report documenting
18 that same information, correct?
19     MR. DAFFADA:  Objection, form.
20     THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22 Q   Let's take a look at that report.  It
23 will be Exhibit 2 to the deposition.
24     And for the record, this is RFC 468

---

148

1  through 476, an Area Five Supplementary Report.
2      I'll share my screen.
3      (Deposition Exhibit Number 2 marked.)
4  BY MR. SWAMINATHAN:
5  Q   All right.  Sir, I'm showing you
6  Exhibit 2, RFC 468 through 476.
7      This is an Area Five Supplementary
8  Report, dated April 2nd, 1998.
9      Sir, your name is on this report,
10 correct?
11 A   Take the Fifth.
12 Q   And your signature's on this report,
13 correct?
14 A   Take the Fifth.
15 Q   Sir, this document shows that Mariano
16 Soto was found on the floor next to the front
17 door, correct?
18 A   Take the Fifth.
19 Q   And this report shows that his wife,
20 Jacinta Soto, was found face down in the bedroom,
21 right?
22 A   Take the Fifth.
23 Q   Sir, there's no dispute that Mariano
24 Soto was found in the kitchen near the door to the

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

38 (149 to 152)

149

1 house -- to the apartment, correct?
2      MS. ROSEN: Objection to form.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5      Q    Mariano Soto was not found in bed,
6 correct?
7      MR. DAFFADA: Object to form.
8      THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10     Q    Mariano Soto was not found anywhere in
11 the bedroom, correct?
12     MR. DAFFADA: Objection, form.
13     THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    And the fact that Mariano Soto's body
16 was not found in the bedroom completely
17 contradicts confessions you coerced from
18 Mr. Solache and Mr. Reyes, correct?
19     MS. ROSEN: Objection, argumentative.
20     MR. DAFFADA: Objection, form.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Both confessions state that Mariano
24 Soto was stabbed to death lying in his bed,

150

1 correct?
2      MS. ROSEN: Objection, form,
3 foundation, argumentative.
4      THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6      Q    But that's false, because he was
7 actually lying in a pool of blood in the kitchen
8 near the apartment door, correct?
9      MR. DAFFADA: Objection, form,
10 foundation.
11     THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    He was also found lying on top of a
14 knife believed to have been used in the crime,
15 correct?
16     MR. DAFFADA: Objection, form,
17 foundation.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    And so any statement or confession
21 claiming that Mariano was stabbed to death in bed
22 was obviously false, correct?
23     MS. ROSEN: Objection, argumentative,
24 form, foundation.

151

1      MR. BRENER: I'll join the objection.
2      THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    Sir, eventually you called in the crime
5 lab to help you recover evidence, correct?
6      MR. DAFFADA: Objection, foundation.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q    And you had crime lab technicians, Mark
10 Harvey and John Karalow, photograph and document
11 the crime scene, correct?
12     MR. DAFFADA: Objection, form,
13 foundation.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And they photographed and documented
17 all of the evidence at the scene, correct?
18     MR. DAFFADA: Objection, form,
19 foundation.
20     THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    They photographed the location of the
23 bodies, correct?
24     MR. DAFFADA: Objection, foundation.

152

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q    And they photographed the layout of the
4 apartment, correct?
5      MR. DAFFADA: Same Objection,
6 foundation.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q    And they photographed any possible
10 weapons, such as knives, correct?
11     MR. DAFFADA: Objection, foundation,
12 form.
13     THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    And they photographed any trails or
16 spatters of blood?
17     MR. DAFFADA: Objection, form,
18 foundation.
19     THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    Sir, all of those photographs should
22 have been properly documented and preserved,
23 correct?
24     MR. DAFFADA: Objection, foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

39 (153 to 156)

---

153

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q     Because those photographs and
4 documentation were potentially important evidence
5 to determine who committed the crime, correct?
6      MR. DAFFADA: Objection, form.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q     In addition to photos and documents,
10 the lab technicians would also have collected and
11 inventoried crime scene evidence at the scene,
12 correct?
13      MR. DAFFADA: Objection, form.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q     Items found at the crime scene are
17 potential sources of DNA, correct?
18      MR. DAFFADA: Objection, form,
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q     And for that reason, if items of the
23 crime scene appear to have blood on them, special
24 attention was taken to collecting those items,

---

154

1 correct?
2      MR. DAFFADA: Objection to form.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5      Q     And if you were the lead detective at a
6 crime scene, you would make sure that the crime
7 lab technicians were collecting and inventorying
8 any items that contained blood or other sources of
9 DNA, correct?
10      MR. DAFFADA: Objection, form.
11      THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13      Q     And in this case, it turns out there
14 was lots of blood at this crime scene, correct?
15      MR. DAFFADA: Objection, foundation.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18      Q     And lots of items containing blood were
19 collected and inventoried as evidence, correct?
20      MR. DAFFADA: Objection, form.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23      Q     We'll get to this.
24      But in 1998, blood and other types of

---

155

1 crime scene evidence were repeatedly tested for
2 DNA matches to suspects, correct?
3      MR. DAFFADA: Objection, form,
4 foundation.
5      THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7      Q     And that was done extensively in this
8 case, correct?
9      MR. DAFFADA: Objection, foundation.
10      THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12      Q     And, sir, not a single item of evidence
13 from the crime scene was ever connected to Arturo
14 Reyes or Gabriel Solache?
15      MR. DAFFADA: Objection, form.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18      Q     Sir, I want to ask -- I want to talk to
19 you about the initial crime scene photos taken by
20 Mr. Harvey and Mr. Karalow.
21      Okay?
22      The photos from the original crime
23 scene were purportedly tampered with so they could
24 not be developed, correct?

---

156

1      MR. DAFFADA: Objection.
2      MR. SWAMINATHAN: Strike that. Let me
3 ask -- I'll ask the question. Sorry. I misspoke.
4 BY MR. SWAMINATHAN:
5      Q     Sir, the photos from the original crime
6 scene were purposefully tampered with so they
7 could not be developed, correct?
8      MS. ROSEN: Objection, form,
9 foundation. Calls for speculation. Competence as
10 to this witness.
11      MR. ENGQUIST: Argumentative, as well.
12      MR. DAFFADA: We're all in on that
13 objection.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q     If the initial crime scene photos had
17 been developed, it would have been obvious that
18 the physical evidence at the scene contradicted
19 the confessions you got from Mr. Reyes and
20 Solache, correct?
21      MS. ROSEN: Objection, form,
22 foundation. Calls for speculation.
23 Argumentative.
24      MR. ENGQUIST: Join.

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

40 (157 to 160)

---

157

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3        Q    At some point after the photographs
4 were taken, you realized that they would not
5 conform to the story you wanted to tell, right?
6        MR. DAFFADA:  Objection.
7        MS. ROSEN:  Objection, form, calls for
8 speculation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11       Q    Sir, you made sure that the photographs
12 documenting the location of the bodies were not
13 properly developed, correct?
14       MR. DAFFADA:  Objection, form and
15 foundation.
16       THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18       Q    And, sir, that's why you didn't
19 document any problems with the photographs until
20 after you extracted confessions from Mr. Solache
21 and Mr. Reyes, correct?
22       MR. DAFFADA:  Objection, form and
23 foundation.
24       THE DEPONENT:  Take the Fifth.

---

158

1 BY MR. SWAMINATHAN:
2        Q    Sir, can you think of a single other
3 case you worked on as a homicide detective where
4 the original crime scene photos were simply
5 unusable?
6        A    Take the Fifth.
7        Q    Sir, is it fair to say that that has
8 never happened in any other case?
9        MR. DAFFADA:  Objection, form,
10 foundation.
11       THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13       Q    I'm going to ask you about how the
14 crime scene was re-photographed.
15       After you realized the crime scene
16 photos did not match the confessions you got, you
17 had the crime lab take new photos, correct?
18       MR. DAFFADA:  Objection, form,
19 foundation.
20       THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22       Q    I'm gonna show you a document we're
23 going to mark as Exhibit 3.
24       (Deposition Exhibit Number 3 marked.)

---

159

1 BY MR. SWAMINATHAN:
2        Q    All right.  For the record, this is RFC
3 266.
4        All right.  Sir, I'm showing you a
5 document marked Exhibit 3, Bates stamped RFC
6 Solache/Reyes 266.
7        Sir, this is a report you wrote dated
8 April 18th, 1998, correct?
9        MR. DAFFADA:  Objection, foundation.
10       THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12       Q    The date on this report is more than a
13 week after Solache/Reyes supposedly confessed,
14 correct?
15       MR. DAFFADA:  Objection, foundation.
16       THE DEPONENT:  Take the Fifth.
17       MR. DAFFADA:  And form.
18 BY MR. SWAMINATHAN:
19       Q    The report states that on April 17th,
20 you needed crime lab technicians to take new
21 photos of the scene, quote, because the previous
22 photos that were taken of the crime scene were all
23 damaged due to a faulty camera.
24       Do you see that in your report?

---

160

1        A    Take the Fifth.
2        Q    That was false, correct?
3        MR. DAFFADA:  Objection, form.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6        Q    There was nothing faulty about the
7 camera, was there?
8        A    Take the Fifth.
9        MS. ROSEN:  Objection, foundation.
10       Objection, foundation, to your
11 statement is there was nothing faulty about the
12 camera.
13 BY MR. SWAMINATHAN:
14       Q    You took steps to ensure that the
15 photographs could not be used because they would
16 undermine your frame-up of Reyes and Solache,
17 correct?
18       MS. ROSEN:  Objection, foundation,
19 argumentative.  Calls for speculation.
20       THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22       Q    And then you wrote this fabricated
23 report, Exhibit 3, to cover your tracks, correct?
24       MR. DAFFADA:  Objection, form and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

---

161

1  foundation.
2         THE DEPONENT:  Take the Fifth.
3         A VOICE:  Can we take a five-minute
4  break?
5         VIDEOGRAPHER WILHITE:  The time is 1:12
6  p.m.
7         We are off the record.
8         (Recess.)
9         VIDEOGRAPHER WILHITE:  The time is 1:23
10 p.m.
11        We are back on the record.
12 BY MR. SWAMINATHAN:
13     Q   Sir, when you had the scene
14 re-photographed on April 17th, the scene had not
15 been secured, correct?
16        MR. DAFFADA:  Objection, foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   In fact, after the police had ransacked
20 the apartment, you turned the property over to the
21 Soto family, correct?
22        MR. DAFFADA:  Objection, form,
23 foundation.
24        THE DEPONENT:  Take the Fifth.

---

162

1  BY MR. SWAMINATHAN:
2      Q   We'll go to Exhibit 4 now.
3         MR. DAFFADA:  Say again?
4         MR. SWAMINATHAN:  We're gonna open up
5  Exhibit 4 to the deposition.
6         I'm letting you know as I get it ready
7  here.
8         (Deposition Exhibit Number 4 marked.)
9  BY MR. SWAMINATHAN:
10     Q   All right.  I put Exhibit 4 on the
11 screen.
12        The thing that says photograph Bates
13 stamped RFC 585 through 615.
14        So those are photos that were taken on
15 April 17th, correct?
16        MR. DAFFADA:  Objection, form.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   This is what the house looked like when
20 you first went to the crime scene, correct?
21        MR. DAFFADA:  Objection, form,
22 foundation.
23        THE DEPONENT:  Take the Fifth.
24

---

163

1  BY MR. SWAMINATHAN:
2      Q   The photo shows that the house had been
3  ransacked, correct?
4         MR. DAFFADA:  Objection to form.
5         MS. ROSEN:  Objection, argumentative,
6  foundation.
7         THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q   When you requested the second set of
10 photographs, you knew that the scene had already
11 been ransacked, correct?
12        MR. DAFFADA:  Objection, form,
13 foundation.
14        MS. ROSEN:  Objection, argumentative.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q   I'm showing you RFC 613.
18        In this photograph, there's a large
19 cardboard box and a pile of clothing sitting on
20 top of a bloody area, correct?
21        MR. DAFFADA:  Objection, foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q   Sir, that's the area where Mariano

---

164

1  Soto's body was found, correct?
2         MR. DAFFADA:  Objection, form,
3  foundation.
4         THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q   Sir, I'm showing you now what's part of
7  Exhibit 4, Bates stamped RFC Solache/Reyes 604.
8         In this picture there appears to be a
9  bed tossed in a pile, correct?
10     A   Take the Fifth.
11     Q   This is another one of the photos that
12 were taken on April 17th, correct?
13        MR. DAFFADA:  Objection, foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q   When you look at this photo, looking at
17 the bed, there's actually no blood -- there's no
18 blood on that bed, correct?
19        MR. DAFFADA:  Objection, form,
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q   But in any event, because the house had
24 been ransacked, you knew that the second set of

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

42 (165 to 168)

---

165

1 photographs would not provide any useful
2 information about the crime, correct?
3          MR. DAFFADA: Objection, form,
4 foundation.
5          THE DEPONENT: Take the Fifth.
6          MS. ROSEN: Argumentative.
7          THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    Go ahead.
10    **A    Take the Fifth.**
11    Q    That's why you had those photos taken,
12 correct?
13          MR. DAFFADA: Objection, foundation.
14          THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    The photos are basically useless,
17 correct?
18          MR. DAFFADA: Objection, form,
19 foundation.
20          MS. ROSEN: Objection, argumentative.
21          THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    At the point you had those new
24 photographs taken, you already had the false

---

166

1 confessions, right, from Reyes and Solache?
2          MR. DAFFADA: Object to form,
3 foundation.
4          THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6     Q    And you didn't want anything to derail
7 your case against them, correct?
8          MR. DAFFADA: Objection, form,
9 foundation.
10          THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    So you made sure that the second round
13 of photos couldn't be used to undermine those
14 statements, correct?
15          MR. DAFFADA: Objection, form,
16 foundation.
17          THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    So you fabricated and suppressed crime
20 scene evidence with the assistance of your
21 partner, Detective Halvorson, correct?
22          MR. DAFFADA: Objection, form,
23 foundation.
24          THE DEPONENT: Take the Fifth.

---

167

1 BY MR. SWAMINATHAN:
2     Q    Sir, you did this with the knowledge
3 and supervision -- strike that.
4          You did this with the knowledge and
5 under the supervision of Sergeant Mingey,
6 Capitelli and Biebel, correct?
7          MR. DAFFADA: Objection, form,
8 foundation.
9          THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    Sir, let's talk about the police
12 investigation after you responded to the crime
13 scene.
14          This was a heater case, correct?
15          MR. DAFFADA: Objection, form,
16 foundation.
17          THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Heater case basically means this is a
20 case that was important to the higher ups in the
21 office, right?
22          MR. DAFFADA: Objection, form,
23 foundation.
24          THE DEPONENT: Take the Fifth.

---

168

1          MR. SWAMINATHAN: Go ahead.
2          THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    The fact that this was a heater case
5 meant that there was a lot of pressure from the
6 media, politicians and your supervisors to solve
7 it, right?
8          MR. DAFFADA: Objection, form,
9 foundation.
10          MS. ROSEN: Also speculation.
11          THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    In fact, even Phil Cline, the commander
14 of Area Five at the time, he was hands on involved
15 in the investigation, right?
16    **A    Take the Fifth.**
17          MR. DAFFADA: Objection. I have an
18 objection to that form and foundation.
19          Can you hold on one second? I have a
20 dog racing around here. He has to go out. One
21 second. The dog was growling that it wants to go
22 out. Sorry.
23          MR. SWAMINATHAN: Are we good?
24          MR. DAFFADA: Yes.

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

43 (169 to 172)

169

1 BY MR. SWAMINATHAN:
2    Q   Sir, there were police press
3 conferences with witnesses and family members all
4 giving interviews, correct?
5        MR. DAFFADA:  Objection, form.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   And all eyes were on you with the other
9 defendant officers to crack the case, correct?
10       MR. DAFFADA:  Objection, foundation and
11 form.
12       THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   But you didn't have any evidence
15 connecting anyone to the crime, right?
16       MR. DAFFADA:  Objection, form.
17       THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q   And you didn't have any leads, right?
20   A   Take the Fifth.
21   Q   At that point, you decided it must have
22 been family members that committed the crime,
23 correct?
24       MR. DAFFADA:  Objection, form.

170

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q   That was because the murder appeared to
4 be a crime of passion, correct?
5        MR. DAFFADA:  Objection, form.
6        MS. ROSEN:  Calls for speculation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q   And because the kids were missing,
10 right?
11   A   Take the Fifth.
12       MR. DAFFADA:  Objection, form.
13 BY MR. SWAMINATHAN:
14   Q   And because there were no signs of
15 forced entry, right?
16       MS. ROSEN:  Objection, form.
17       MR. DAFFADA:  And form.
18       THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q   So at first you rounded up members of
21 both sides of the Soto family and talked to them,
22 right?
23       MR. DAFFADA:  Objection, foundation,
24 form.

171

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q   You tried to get them to implicate
4 themselves in the crime, right?
5        MR. DAFFADA:  Objection, foundation,
6 form.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q   So I want to ask you about some of the
10 alternative suspects that you investigated in this
11 case.
12       You treated the Soto family members as
13 prime suspects, correct?
14       MR. DAFFADA:  Objection, foundation.
15       MS. ROSEN:  Objection, form.
16 BY MR. SWAMINATHAN:
17   Q   You even communicated this to the FBI,
18 correct?
19       MS. ROSEN:  Objection, form,
20 foundation.  Calls for speculation.
21       MR. DAFFADA:  Anand, repeat the
22 question, please.
23 BY MR. SWAMINATHAN:
24   Q   You even communicated that you were

172

1 treating the Soto family as prime suspects to the
2 FBI, correct?
3        MR. DAFFADA:  Objection, form,
4 foundation.
5        MS. ROSEN:  Anand, where's the
6 foundation for the fact that Guevara communicated
7 anything directly to the FBI?
8        MR. SWAMINATHAN:  There is foundation
9 for exactly the set of questions in the document
10 about the communications from police department
11 officials to the FBI.
12       Rey Guevara was the lead investigator
13 on the case.  Perfectly appropriate to ask about
14 whether he made those communications to the FBI.
15       MS. ROSEN:  I disagree.
16 BY MR. SWAMINATHAN:
17   Q   Sir, around April 2nd, you told the FBI
18 that you believed the Soto relatives, after
19 learning of the murders, may have taken Santiago
20 and Maria to Mexico, correct?
21       MR. DAFFADA:  Objection, form,
22 foundation.
23       MS. ROSEN:  Calls for speculation.
24       THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

44 (173 to 176)

173

1 BY MR. SWAMINATHAN:
2     Q    You provided the FBI with names and
3 addresses of Soto family and friends, information
4 you obtained from the crime scene, correct?
5         MR. DAFFADA: Objection, form,
6 foundation.
7         THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    You did this because you believed that
10 the Sotos knew the people who murdered them,
11 correct?
12         MR. DAFFADA: Objection, foundation,
13 form.
14         THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    Sir, you made no police reports to
17 document any communications with the FBI, correct?
18         MR. DAFFADA: Objection, foundation,
19 form.
20         THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You didn't disclose any of this to the
23 prosecutor or defense attorneys, correct?
24         MR. DAFFADA: Objection, foundation and

174

1 form.
2         THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    The prosecutors and defense attorneys
5 in this case never knew that you thought the Soto
6 family had potentially murdered the victims and
7 taken the kids to Mexico, correct?
8         MR. DAFFADA: Objection, foundation and
9 form.
10         THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    Your investigation of the Soto family
13 went beyond just your communications with the FBI,
14 correct?
15         MR. DAFFADA: Objection, form,
16 foundation.
17         THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    You brought the Soto family members who
20 were closest to the victim into Area Five as
21 suspects, right?
22         MR. DAFFADA: Objection, form,
23 foundation.
24         THE DEPONENT: Take the Fifth.

175

1 BY MR. SWAMINATHAN:
2     Q    You treated Rosa Aranda, R-O-S-A,
3 A-R-A-N-D-A. You'll hear Aranda a few times in
4 the deposition.
5         Felisa Soto. Felisa is F-E-L-I-S-A.
6 I'll ask it again.
7         You treated Rosa Aranda and Felisa
8 Soto, Jacinta's nieces, as suspects in the
9 murders, correct?
10         MR. DAFFADA: Objection, form and
11 foundation.
12         THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    You treated Rosa's husband, Jose
15 Aranda, as a suspect as well, correct?
16         MR. DAFFADA: Objection, foundation.
17         THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    You interrogated Rosa and Jose Aranda
20 and Felisa Soto for multiple days, correct?
21         MR. DAFFADA: Objection, form and
22 foundation.
23         THE DEPONENT: Take the Fifth.
24

176

1 BY MR. SWAMINATHAN:
2     Q    You accused them of being involved in
3 the crimes, correct?
4         MR. DAFFADA: Objection, foundation.
5         THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    You told them that they were suspects,
8 correct?
9         MR. DAFFADA: Objection, form and
10 foundation.
11         THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You told them that you knew they killed
14 their aunt and uncle and took their children,
15 correct?
16         MR. DAFFADA: Objection, form and
17 foundation.
18         THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    And you put your hands on Jose Aranda,
21 right?
22         MR. DAFFADA: Objection, foundation.
23         THE DEPONENT: Take the Fifth.
24         MS. ROSEN: Objection, form.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

45 (177 to 180)

177

1 BY MR. SWAMINATHAN:
2    Q    You repeatedly asked Jose Rosa and
3 Felisa where the children were, correct?
4          MR. DAFFADA:  Objection, form and
5 foundation.
6          THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    After they continued to deny any
9 knowledge of the murders or where the children
10 were, you tried to pit Rosa against her husband,
11 Jose, correct?
12          MR. DAFFADA:  Objection, form and
13 foundation.
14          THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    You told Jose Aranda that his wife was
17 blaming him for the murders and kidnapping, right?
18          MR. DAFFADA:  Objection, foundation.
19          THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You told Jose that his wife had said
22 that he and Mariano Soto had bought the building
23 together on Laribe and that Jose Aranda had lured
24 the Sotos to get Mariano's half of the building,

178

1 right?
2          MR. DAFFADA:  Objection, foundation and
3 form.
4          THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And that was a lie, right?  Rosa Aranda
7 never implicated her husband, correct?
8          MR. DAFFADA:  Objection, form.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    You were trying to coerce Rosa and Jose
12 Aranda and Felisa Soto into confessing to crimes
13 that they had nothing to do with, correct?
14          MR. DAFFADA:  Objection, form,
15 foundation.
16          THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    And you never documented any of the
19 things you said to Rosa and Jose and Felisa, did
20 you?
21          MR. DAFFADA:  Objection, form.
22          THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    And you never documented what they said

179

1 to you, right?
2          MR. DAFFADA:  Objection, form.
3          THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You interrogated Rosa and Jose Aranda
6 and Felisa Soto for more than 48 hours, right?
7          MR. DAFFADA:  Objection, form,
8 foundation.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    Never read them their rights, right?
12          MR. DAFFADA:  Objection, form and
13 foundation.
14          THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    You never allowed them to call an
17 attorney?
18          MR. DAFFADA:  Objection, form and
19 foundation.
20          THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    You never allowed them to make a phone
23 call?
24          MR. DAFFADA:  Objection, form,

180

1 foundation.
2          THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    You never gave them food or drink while
5 you were interrogating them?
6          MR. DAFFADA:  Objection, form,
7 foundation.
8          THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    You never even allowed them to go to
11 the bathroom?
12          MR. DAFFADA:  Objection, form and
13 foundation.
14          THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    You took the Arandas' fingerprints,
17 right?
18          MR. DAFFADA:  Objection, foundation.
19          THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And you measured their shoe sizes,
22 correct?
23    A    Take the Fifth.
24    Q    In other words, you clearly treated

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

181

1 Rosa and Jose Aranda and Felisa Soto as suspects
2 in the Soto murders, right?
3         MR. DAFFADA: Objection, form.
4         THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6     Q    You informed your partner, Halvorson,
7 that they were suspects in custody, right?
8         MR. DAFFADA: Objection, form.
9         THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    And Halvorson sat in on some of those
12 interviews, right?
13        MR. ENGQUIST: Objection, foundation.
14        MR. DAFFADA: Foundation.
15        THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    You told the other officers about that
18 too, right?
19        MR. DAFFADA: Objection, foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And you kept your supervisors, Sergeant
23 Mingey, Biebel and Capitelli, apprised of your
24 ongoing interrogation of those suspects, correct?

182

1         MR. ENGQUIST: Objection, foundation.
2         MR. DAFFADA: Form as well.
3         THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5     Q    You suppressed or destroyed all
6 documentation reflecting your investigations in
7 the Rosa and Jose Aranda and Felisa Soto as
8 suspects, correct?
9         MR. DAFFADA: Objection, form,
10 foundation.
11        THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    You never disclosed to prosecutors or
14 to defense attorneys the fact that they were
15 interrogated as suspects, right?
16        MR. DAFFADA: Objection, form and
17 foundation.
18        THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    And you never turned over any reports
21 or other documents showing that those individuals
22 were interrogated as suspects, right?
23        MR. DAFFADA: Objection, form and
24 foundation.

183

1         THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    You never disclosed the information
4 that Rosa, Jose and Felisa had told you, correct?
5         MR. DAFFADA: Objection, form and
6 foundation.
7         THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    Some of the information they told you
10 was quite important, right?
11        MR. DAFFADA: Objection, form.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    The problem was, it didn't implicate
15 Arturo Reyes and Gabriel Solache, correct?
16        MR. DAFFADA: Objection, form and
17 foundation.
18        MS. ROSEN: Objection, argumentative.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    Rosa Aranda told you that in the week
22 before the murders, Jacinta Soto had made a new
23 female friend, right?
24        MR. DAFFADA: Objection, foundation.

184

1         THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    And Rosa told you that the new friend
4 had visited Jacinta right before the murders,
5 right?
6         MR. DAFFADA: Objection, foundation.
7         THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    Rosa told you that right before the
10 murders, Jacinta's house keys had gone missing,
11 correct?
12        MR. DAFFADA: Objection, foundation.
13        THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    And Rosa told you that Jacinta has said
16 that she met this new friend at the clinic but
17 also seen her other places, right?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    Rosa told you this new friend had been
23 following Jacinta around to Norwegian Hospital,
24 St. Mary's Hospital and UIC Hospital, correct?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

47 (185 to 188)

185

1    MR. DAFFADA: Objection, form and
2 foundation.
3    THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And Rosa told you that Jacinta had told
6 her the name of this new friend and she related
7 that information to you, correct?
8    MR. DAFFADA: Objection, foundation.
9    THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    This was a potentially important lead
12 from Rosa Aranda, right?
13    MR. DAFFADA: Objection, form.
14    THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    The information about Jacinta Soto's
17 female friend pointed to a potential new suspect,
18 correct?
19    MR. DAFFADA: Objection, foundation,
20 form.
21    THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And that's especially true because
24 there was no sign of forced entry, right?

186

1    MR. DAFFADA: Objection, form and
2 foundation.
3    THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    The fact that Jacinta's keys had gone
6 missing after a visit from her new friend was
7 evidence that the new friend had access to the
8 apartment, right?
9    MR. DAFFADA: Objection, foundation and
10 form.
11    THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    Jacinta's new friend could have been
14 the killer, right?
15    MR. DAFFADA: Objection, form and
16 foundation.
17    THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Was it important for the new lead that
20 you learned about, you didn't put it in any
21 official reports you and Halvorson later wrote,
22 right?
23    MR. DAFFADA: Objection, form and
24 foundation.

187

1    THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    You never disclosed to prosecutors or
4 defense attorneys that Rosa Aranda gave you
5 information about this new friend or potential
6 suspect, right?
7    MR. DAFFADA: Objection, foundation,
8 form -- and form.
9    THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    Sir, the reason you concealed this
12 important evidence is because it contradicted the
13 story you later created to frame Mr. Reyes and Mr.
14 Solache, right?
15    MR. DAFFADA: Objection, form and
16 foundation.
17    THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Information from Rosa Aranda -- strike
20 that.
21    The information from Rosa Aranda about
22 Jacinta Soto's new friend would have undermined
23 the false confession you coerced from Reyes and
24 Solache, correct?

188

1    MR. DAFFADA: Objection, foundation,
2 form -- and foundation.
3    MR. ENGQUIST: Argumentative.
4    THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    You simply buried that information,
7 right?
8    MR. DAFFADA: Objection, form.
9    MS. ROSEN: Argumentative, foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    You suppressed evidence related to Jose
13 and Rosa Aranda and Felisa Soto in conjunction
14 with your partner, Detective Halvorson, right?
15    MR. DAFFADA: Objection, form and
16 foundation.
17    THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    You did this under the supervision.
20    (Technical difficulties.)
21    VIDEOGRAPHER WILHITE: The time is 1:44
22 p.m.
23    We're off the record.
24    (Pause)

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

48 (189 to 192)

189

1      VIDEOGRAPHER WILHITE: It's 1:45 p.m.
2      We are back on the record.
3      MR. SWAMINATHAN: Could the court
4  reporter read back the last question? I wasn't
5  sure where --
6      (Reporter read back last question.)
7  BY MR. SWAMINATHAN:
8      Q    Sir, you did this under the supervision
9  of Sergeants Mingey, Capitelli and Biebel, right?
10      MR. ENGQUIST: Objection to foundation.
11      MR. DAFFADA: And form.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14      Q    In addition to Jacinta's relatives, you
15 also had several of Mariano Soto's brothers
16 rounded up and brought to Area Five, right?
17      MR. DAFFADA: Objection to foundation.
18      MR. ENGQUIST: And form.
19      THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21      Q    You had Mariano's brother, Jorge,
22 brought to Area Five, correct?
23      MR. DAFFADA: Objection, foundation.
24      THE DEPONENT: Take the Fifth.

190

1  BY MR. SWAMINATHAN:
2      Q    You told him he was being held as a
3  suspect in the murders and kidnappings, right?
4      You told him he was being held as a
5  suspect in the murders and kidnappings, right?
6      MR. DAFFADA: Objection, form and
7  foundation.
8      THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    That was the day after Jorge Soto
11 identified his brother's body in the Soto
12 apartment, right?
13      MR. DAFFADA: Objection, foundation.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q    That same day Jorge was brought to Area
17 Five, you also picked up Mariano Soto's two other
18 brothers, Pedro Soto and Martinez Soto, correct?
19      MR. DAFFADA: Objection, form and
20 foundation.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23      Q    You brought Pedro and Marlene [sic] to
24 Area Five -- strike that.

191

1      Q    You brought Pedro and Martinez to Area
2  Five and you told them they were being held as
3  suspects for the murders and kidnappings as well,
4  right?
5      MR. DAFFADA: Objection, form and
6  foundation.
7      THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You held the Soto brothers four hours
10 at Area Five before allowing them to leave, right?
11      MR. DAFFADA: Objection, form and
12 foundation.
13      THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15      Q    And you told the Soto brothers that you
16 had considered them guilty of the murders and
17 kidnapping, right?
18      MR. DAFFADA: Objection, form and
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q    But you never told the prosecutors or
23 the defense attorneys that the Soto brothers were
24 treated as suspects, right?

192

1      MR. DAFFADA: Objection, form and
2  foundation.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    You never turned any of the evidence
6  regarding alternate suspects over to prosecutors
7  or defense, correct?
8      MR. DAFFADA: Objection, form and
9  foundation.
10      THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12      Q    You suppressed all this evidence,
13 right?
14      MR. DAFFADA: Objection, form.
15      THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17      Q    You did this in conjunction -- strike
18 that.
19      You did this in conjunction with your
20 partner, Detective Ernest Halvorson, correct?
21      MR. DAFFADA: Objection, form and
22 foundation.
23      THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

193

1  BY MR. SWAMINATHAN:
2      Q    Your partner, Detective Halvorson,
3  participated in the things we just went over,
4  right?
5          MR. ENGQUIST:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You did all this under the supervision
10 of Sergeant Mingey, Capitelli and Biebel, correct?
11         MR. ENGQUIST:  Objection to form.
12 Sorry, go ahead, Jim.
13         MR. DAFFADA:  And foundation.
14         MR. ENGQUIST:  Join.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Let's talk about how you solved the
18 case.
19         After three days of interrogating the
20 Soto family members, three men walked into the
21 Eighth District Police Station with the missing
22 boy, Santiago Soto, correct?
23         MR. DAFFADA:  Objection, form,
24 foundation.

194

1          THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    Those three men were Arturo Reyes,
4  Gabriel Solache and Rosauro Mejia, right?
5          MR. DAFFADA:  Objection -- no,
6  withdrawn.
7          THE DEPONENT:  Take the Fifth.
8          MR. SWAMINATHAN:  And for the court
9  reporter, Mejia is M-E-J-I-A.  And Rosauro is
10 R-O-S-A-U-R-O.
11 BY MR. SWAMINATHAN:
12     Q    In fact, Arturo Reyes and Gabriel
13 Solache brought the boy to the station
14 voluntarily, correct?
15         MR. DAFFADA:  Objection, form,
16 foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    They were trying to help him, correct?
20         MR. DAFFADA:  Objection, form.
21         MR. ENGQUIST:  Argumentative.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    With their help, police were able to

195

1  find the missing baby girl, Maria Soto, correct?
2          MS. ROSEN:  Objection to form,
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    You learned that Mr. Reyes and
7  Mr. Solache were two hard working men, correct?
8          MR. DAFFADA:  Objection, form,
9  foundation.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    They had no criminal history, right?
13         MR. DAFFADA:  Objection, form.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    They were working manual labor jobs and
17 renting rooms at a house where the missing Soto
18 children had been brought, correct?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    They were not members of the Mejia
24 family, right?

196

1          MR. DAFFADA:  Objection, form.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    They were not members of the Soto
5  family, correct?
6          MR. DAFFADA:  Objection, form.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Mr. Reyes and Mr. Solache told you that
10 what caused them to bring Santiago Soto to the
11 police was that members of the Mejia family had
12 seen the boys on the news, right?
13         MR. DAFFADA:  Objection, form,
14 foundation -- and foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    And so they decided voluntarily to
18 bring the boy in to the police station, correct?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Mr. Reyes and Solache told you what
24 limited information that they had, correct?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

50 (197 to 200)

197

1      THE DEPONENT: Can you repeat the
2 question?
3 BY MR. SWAMINATHAN:
4      Q    Yes.
5      Mr. Reyes and Mr. Solache told you what
6 limited information that they had, correct?
7      MR. DAFFADA: Objection, form. No
8 foundation.
9      THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    He told you that Adriana Mejia brought
12 the boy from the hospital after supposedly
13 delivering the baby, right?
14     MR. DAFFADA: Objection, form.
15     THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Mr. Reyes told you that Adriana was
18 supposedly walking the boy for someone, someone
19 named Norma Salazar, correct?
20     MR. DAFFADA: Objection, form.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Mr. Reyes and Mr. Solache told you that
24 when it became known to them that the boy was

198

1 missing, they insisted on going to the police,
2 right?
3      MR. DAFFADA: Objection, form.
4      THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6      Q    And that they did, in fact, go to the
7 police, correct?
8      MR. DAFFADA: Objection, form and
9 foundation.
10     THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    And when Mr. Reyes and Mr. Solache told
13 you that when they learned the boy was missing,
14 they insisted on going to the police, right?
15     MR. DAFFADA: Objection, form and
16 foundation.
17     THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    And you never developed any evidence to
20 suggest that they did anything but bring Santiago
21 Soto to the police for that reason, right?
22     MR. DAFFADA: Objection, form,
23 foundation.
24     THE DEPONENT: Take the Fifth.

199

1 BY MR. SWAMINATHAN:
2      Q    When you first interviewed Adriana
3 Mejia, she said all the same things that Reyes and
4 Solache said, correct?
5      MR. DAFFADA: Objection, foundation.
6      MS. ROSEN: Objection, form.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q    She told you the same thing Reyes had
10 told you, that she had been asked by Norma Salazar
11 to take care of the boy, right?
12     MR. DAFFADA: Objection, form and
13 foundation.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And later when interrogated Reyes --
17 strike that.
18     Later when you interrogated Reyes and
19 Solache, they repeatedly denied knowing that
20 Adriana had kidnapped the kids, right?
21     MR. DAFFADA: Objection, form and
22 foundation.
23     THE DEPONENT: Take the Fifth.
24

200

1 BY MR. SWAMINATHAN:
2      Q    They believed that Adriana had
3 delivered the baby, correct?
4      MR. DAFFADA: Objection, form and
5 foundation.
6      THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8      Q    When you interrogated Reyes, you could
9 tell he believed that Adriana was watching the boy
10 for someone else, what she told him, correct?
11     MR. DAFFADA: Objection, form and
12 foundation.
13     MS. ROSEN: Calls for speculation.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And ultimately they told you that her
17 story about their involvement in the Soto murders
18 was a lie, correct?
19     MR. DAFFADA: Objection, form and
20 foundation.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    They told you that they knew nothing
24 about the Soto murders or kidnappings, right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

51 (201 to 204)

---

201

1    I'll ask it again.
2        They told you that they knew nothing
3  about the Soto murders or kidnapping, right?
4        MR. DAFFADA: Objection, form and
5  foundation.
6        THE DEPONENT: Take the Fifth.
7  BY MR. SWAMINATHAN:
8    Q   But you decided that Adriana couldn't
9  have done these crimes alone, right?
10        MR. DAFFADA: You're breaking up.
11        MR. ART: Let's take a quick break.
12        MR. SWAMINATHAN: Let me take a quick
13  break, I'm going to try to move.
14        VIDEOGRAPHER WILHITE: The time is 1:54
15  p.m.
16        We're going off the record.
17        (Recess.)
18        VIDEOGRAPHER WILHITE: The time is 2:06
19  p.m.
20        We are back on the record.
21  BY MR. SWAMINATHAN:
22    Q   You decided that Adriana couldn't have
23  done these crimes alone, correct?
24        MR. DAFFADA: Objection, form,

---

202

1  foundation.
2        THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4    Q   You decided to implicate Mr. Reyes and
5  Mr. Solache as her accomplices, correct?
6        MR. DAFFADA: Objection, form,
7  foundation.
8        THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10    Q   All right. I want to ask you about
11  what you learned about the Mejia household.
12        You learned that there were a number of
13  Mejia family members living on the 6200 block of
14  South Mozart, correct?
15        MR. DAFFADA: Objection, foundation.
16        THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18    Q   Most of them lived in two different
19  apartments at 6234 South Mozart, correct?
20        MR. DAFFADA: Objection, form and
21  foundation.
22        THE DEPONENT: Take the Fifth.
23  BY MR. SWAMINATHAN:
24    Q   Some of the people in the Mejia

---

203

1  household lived in the basement apartment and
2  others lived on the first floor, correct?
3        MR. DAFFADA: Objection, form and
4  foundation.
5        THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7    Q   You learned that Adriana lived in the
8  first floor unit with her husband, Rosauro Mejia,
9  correct?
10        MR. DAFFADA: Objection, foundation.
11        THE DEPONENT: Take the Fifth.
12  BY MR. SWAMINATHAN:
13    Q   And her brother, Carlos Martinez,
14  correct?
15        MR. DAFFADA: Objection, foundation.
16        THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18    Q   And Mrs. Reyes and Solache, correct?
19        MR. DAFFADA: Objection, form and
20  foundation.
21        THE DEPONENT: Take the Fifth.
22  BY MR. SWAMINATHAN:
23    Q   You learned that the basement apartment
24  was occupied by Adriana's brother-in-law, Jorge

---

204

1  Mejia, and her sister-in-law, Guadalupe Mejia,
2  right?
3        MR. DAFFADA: Objection, form and
4  foundation.
5        THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7    Q   Adriana's older brother-in-law,
8  Leobarto Mejia, and a family friend named Martin
9  Bacca also lived in the basement apartment,
10  correct?
11        MR. DAFFADA: Objection, form and
12  foundation.
13        THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15    Q   And Mr. Reyes and Mr. Solache, they
16  were not family members, correct?
17        MR. DAFFADA: Objection, form and
18  foundation.
19        THE DEPONENT: Take the Fifth.
20  BY MR. SWAMINATHAN:
21    Q   They were both renting a room, correct?
22        MR. DAFFADA: Objection, form and
23  foundation.
24        THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

52 (205 to 208)

205
1 BY MR. SWAMINATHAN:
2    Q    They were both working full-time,
3 correct?
4          MR. DAFFADA:  Objection, form and
5 foundation.
6          THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    Mr. Reyes hadn't been in the United
9 States very long at all, less than a few months,
10 right?
11         MR. DAFFADA:  Objection, form.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And Mr. Reyes barely knew the Mejias,
15 right?
16         MR. DAFFADA:  Objection, foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q    Reyes and Solache were the only ones
20 that were not part of the tight-knit family that
21 was living there, right?
22         MR. DAFFADA:  Objection, form.
23         THE DEPONENT:  Take the Fifth.
24

206
1 BY MR. SWAMINATHAN:
2    Q    They were basically borders renting
3 rooms in the house, correct?
4          MR. DAFFADA:  Objection, form,
5 foundation.
6          THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    I want to go back to that point when
9 Mr. Reyes and Solache brought the boy to the
10 station.
11         After Mr. Reyes and Solache brought the
12 boy into the station, you sent detectives out to
13 the Mejia house, correct?
14         MR. DAFFADA:  Objection, foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q    Adriana told the detectives that the
18 baby was hers -- strike that.
19         When they -- when they went to the
20 house, they found that Adriana Mejia had a baby,
21 right?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         THE DEPONENT:  Take the Fifth.

207
1 BY MR. SWAMINATHAN:
2    Q    Adriana told detectives that the baby
3 was hers, right?
4          MR. DAFFADA:  Objection, form and
5 foundation.
6          THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And she told the detectives that Norma
9 Salazar had asked her to watch the boy, correct?
10         MR. DAFFADA:  Objection, form and
11 foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And that was the same story that Reyes
15 and Solache told you that they had been given,
16 correct?
17         MR. DAFFADA:  Objection, foundation and
18 form.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q    After the officers at the house
22 examined the baby, they realized that it was not a
23 newborn, right?
24         MR. DAFFADA:  Objection, foundation and

208
1 form.
2          THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    And that's when you went out to the
5 scene to get Adriana Mejia, right?
6          MR. DAFFADA:  Objection, form and
7 foundation.
8          THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    You transported her to back to Area
11 Five, right?
12         MR. DAFFADA:  Objection, form and
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16   Q    And on the way, she repeated to you
17 that the baby was hers and the boy belonged to
18 Norma Salazar, right?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q    You thought she was lying, right?
24         MR. DAFFADA:  Objection, foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

53 (209 to 212)

---

209

1         THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    At that point you knew that she had
4 faked her pregnancy, right?
5         MR. DAFFADA:  Objection, foundation.
6         THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8     Q    And you believed that she was involved
9 in the crime in some way, correct?
10        MR. DAFFADA:  Objection, form and
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    At that point you had to figure out
15 whether anyone else participated in the crime with
16 her or if she acted totally alone, correct?
17        MR. DAFFADA:  Form and foundation.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    All right.  Now, at this point in the
21 investigation, you've already determined that she
22 had been faking her pregnancy, right?
23        MR. DAFFADA:  Objection, foundation and
24 form.

---

210

1         THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    And you assumed that someone must have
4 helped her get the children, right?
5         MR. DAFFADA:  Objection, form and
6 foundation.
7         THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    Sir, you thought it unlikely that all
10 the family members living with Adriana were
11 deceived by her fake ten-month pregnancy, right?
12        MR. DAFFADA:  Objection, form and
13 foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And that would make her family members
17 obvious suspects, right?
18        MR. DAFFADA:  Objection, form and
19 foundation.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    But other than Rosauro Mejia, you never
23 really investigated any of Adriana Mejia's family
24 members, did you?

---

211

1         MR. DAFFADA:  Objection, form and
2 foundation.
3         THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5     Q    The information you obtained from
6 members of the Mejia family actually corroborated
7 Mr. Reyes' statements to you, right?
8         MR. DAFFADA:  Objection, form and
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    Adriana's family members told you that
13 she claimed to be pregnant and that she was
14 watching a boy for a woman she met at the
15 hospital, right?
16        MR. DAFFADA:  Objection, form and
17 foundation.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    That's the same information that she
21 had given to Mr. Reyes and Solache, as they told
22 you, correct?
23        MR. DAFFADA:  Objection, form and
24 foundation.

---

212

1         THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    But you actually had reason to believe
4 that some of Adriana's family members knew she was
5 faking the pregnancy, right?
6         MR. DAFFADA:  Objection, form and
7 foundation.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    But you never disclosed this
11 information to prosecutors or defense attorneys,
12 right?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    And you suppressed that information
18 because it did not implicate Mr. Reyes and
19 Mr. Solache, correct?
20        MR. DAFFADA:  Objection, form and
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    You also learned about phone records

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

54 (213 to 216)

213

1 that potentially implicated members of the Mejia
2 family, right?
3      MR. DAFFADA: Objection, form and
4 foundation.
5      THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7      Q    But because those phone records didn't
8 implicate Reyes or Solache, you ignored them,
9 right?
10      MR. DAFFADA: Objection, form and
11 foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14      Q    And when you interviewed Jorge,
15 Leovardo, Horatio and Jose Mejia, you did not
16 disclose any notes or substantive reports about
17 your interview, right?
18      MR. DAFFADA: Objection, form and
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q    And when you interviewed Adriana
23 Mejia's brother, Carlos Mejia, there were no notes
24 or substantive reports of that interview, right?

214

1      MR. DAFFADA: Objection, form and
2 foundation.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5      Q    Sir, why did you bury information about
6 all of those interviews?
7      MR. DAFFADA: Objection, form,
8 foundation.
9      THE DEPONENT: Take the Fifth.
10      MS. ROSEN: Objection, argumentive.
11 BY MR. SWAMINATHAN:
12      Q    So you buried information about those
13 interviews because they were exculpatory to Reyes
14 and Solache, right?
15      MS. ROSEN: Objection, argumentative,
16 form, foundation.
17      MR. DAFFADA: And foundation.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20      Q    And you buried information about all
21 those interviews because they potentially
22 implicated Mejia family members, right?
23      MR. DAFFADA: Objection, form and
24 foundation.

215

1      MS. ROSEN: Objection, argumentative.
2      THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    Instead of doing the legitimate police
5 work or trying to find the truth, you pinned the
6 crime on the guys you had at the police station,
7 right?
8      MS. ROSEN: Objection, argumentative,
9 form, formation.
10      MR. DAFFADA: Join.
11      THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13      Q    It was easier for you to focus on Reyes
14 and Solache, the guys you had in custody, than to
15 find the real perpetrators, correct?
16      MR. DAFFADA: Objection, form and
17 foundation.
18      MS. ROSEN: Objection, argumentative.
19      THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21      Q    All right.  Now, there was one member
22 of the Mejia family that you did actually
23 investigate, right?  Rosauro Mejia?
24      MR. DAFFADA: Objection, foundation.

216

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q    He was the one family member that, like
4 Reyes and Solache, was right there at the station,
5 correct?
6      MR. DAFFADA: Objection, form and
7 foundation.
8      THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10      Q    And Rosauro, along with Reyes and
11 Solache, offered the fastest and easiest route to
12 close the case, correct?
13      MR. DAFFADA: Objection, form and
14 foundation.
15      MS. ROSEN: Objection, argumentative.
16      THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18      Q    Sir, you tried to get Rosauro Mejia to
19 confess, right?
20      MR. DAFFADA: Objection, form and
21 foundation.
22      THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24      Q    But instead of confessing, Rosauro just

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

217

1 corroborated everything Reyes and Solache were
2 telling you, right?
3        MR. DAFFADA: Objection, foundation.
4        THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    Rosauro told you that he believed his
7 wife was pregnant and that the baby girl was his
8 own, right?
9        MR. DAFFADA: Objection, form and
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13   Q    Rosauro told you that Adriana had told
14 him about Norma Salazar, right?
15       MR. DAFFADA: Objection, foundation.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q    And he told you he had believed
19 Adriana's story about Norma Salazar, right?
20       MR. DAFFADA: Objection, foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q    He told you that when he realized the
24 boy was the missing child, he brought him to the

218

1 police station, right?
2        MR. DAFFADA: Objection, foundation.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    He told you that Adriana had no --
6 sorry, strike that.
7        And he told you that Adriana had had no
8 idea the boy was kidnapped until they saw him on
9 the news, right?
10       MR. DAFFADA: Objection, form and
11 foundation.
12       THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And when Rosauro didn't give you the
15 answers you wanted, you started to accuse him,
16 right?
17       MR. DAFFADA: Objection, foundation.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    You accused him of paying someone for
21 the baby, right?
22       MR. DAFFADA: Sorry, what did you say?
23 BY MR. SWAMINATHAN:
24   Q    You accused him of paying someone for

219

1 the baby, right?
2        MR. DAFFADA: Objection, foundation.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You accused him of being involved in
6 the crime?
7        MR. DAFFADA: Objection, foundation.
8        THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    He repeatedly denied any involvement,
11 right?
12       MR. DAFFADA: Objection, foundation.
13       THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15   Q    So you physically abused him, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    You hit him many, many times, correct?
21       MR. DAFFADA: Objection, form and
22 foundation.
23       THE DEPONENT: Take the Fifth.
24

220

1 BY MR. SWAMINATHAN:
2    Q    You're aware that Rosauro says you beat
3 him, quote, with a vengeance, right?
4        MR. DAFFADA: Objection, form and
5 foundation.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And that's true, you beat Rosauro with
9 a vengeance, right?
10       MR. DAFFADA: Objection, form and
11 foundation.
12       THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    You beat Rosauro until you got too
15 exhausted to continue beating him, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    But Rosauro never confessed, right?
21       MR. DAFFADA: Objection, foundation.
22       THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24   Q    And he never implicated Reyes or

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

56 (221 to 224)

221

1 Solache, correct?
2        MR. DAFFADA: Objection, form and
3 foundation.
4        THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    So you had to let him go, right?
7        MR. DAFFADA: Objection, foundation.
8        THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    And you turned your attention to Reyes
11 and Solache, right?
12        MR. DAFFADA: Objection, form and
13 foundation.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And you subjected Reyes and Solache to
17 the same kind of abuse that you inflicted on
18 Rosauro, right?
19        MR. DAFFADA: Objection, form and
20 foundation.
21        THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    Sir, you're aware to this day Rosauro
24 maintains that you physically abused him, right?

222

1        MR. DAFFADA: Objection, form and
2 foundation.
3        THE DEPONENT: Take the Fifth.
4        MS. ROSEN: Objection, argumentative.
5        THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    Sir, you testified at a Post Conviction
8 Hearing Act for Mr. Reyes and Solache in which
9 Rosauro also testified, correct?
10        MR. DAFFADA: Object to form.
11        THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    And even years after Rosauro had moved
14 on with his life, you heard him testify about the
15 abuse you inflicted upon him, right?
16        MR. DAFFADA: Objection, form and
17 foundation.
18        THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    All right. Now, before moving on from
21 Rosauro, I want to talk about him just a little
22 bit longer.
23        You did have a legitimate reason to
24 suspect Rosauro was involved in the murders,

223

1 right?
2        MR. DAFFADA: Objection, form,
3 foundation.
4        THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    Sir, it was hard to believe that he
7 would have been essentially tricked by his wife
8 faking a pregnancy, correct?
9        MR. DAFFADA: Object to form.
10        THE DEPONENT: Take the Fifth.
11        MS. ROSEN: Objection, foundation and
12 argumentative.
13 BY MR. SWAMINATHAN:
14    Q    You learned that Rosauro was sleeping
15 in bed with his wife every night of the pregnancy,
16 correct?
17        MR. DAFFADA: Object to form and
18 foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You learned that relatives had voiced
22 suspicions about her pregnancy, right?
23        MR. DAFFADA: Object to form and
24 foundation.

224

1        THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And that they voiced those suspicions
4 to him, right?
5        MR. DAFFADA: Objection, form and
6 foundation.
7        THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    And, sir, you learned that Rosauro went
10 to get a fertility test about a week before the
11 Soto murders, right?
12        MR. DAFFADA: Object to form and
13 foundation.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    That would not make sense if he
17 actually believed his wife was pregnant, right?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And that alone was a reason to suspect
23 Rosauro was involved or knew something about the
24 crime, correct?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

225

1      MR. DAFFADA:  Objection, form and
2  foundation.
3      THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    And there was also evidence that right
6  after the murders, Rosauro was seen cleaning out
7  the inside of his car, correct?
8      MR. DAFFADA:  Objection, form and
9  foundation.
10     THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    And you knew that Rosauro's car was
13 believed to have been used in the course of the
14 murders, right?
15     MR. DAFFADA:  Objection, form and
16 foundation.
17     THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    And all these facts made Rosauro a
20 potential suspect, right?
21     MR. DAFFADA:  Objection, form and
22 foundation.
23     THE DEPONENT:  Take the Fifth.
24

226

1  BY MR. SWAMINATHAN:
2      Q    And, sir, you actually learned there
3  was also unknown DNA that was recovered at the
4  scene that did not match Reyes, Solache or Mariano
5  Soto, correct?
6      MR. DAFFADA:  Objection, form and
7  foundation.
8      THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    Sir, you never took a sample of Rosauro
11 Mejia's DNA, did you?
12     MR. DAFFADA:  Objection, form and
13 foundation.
14     THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And it wasn't just Rosauro.  You didn't
17 take the DNA sample from a number of other people
18 you treated as suspects, like Carlos Martinez,
19 right?
20     MR. DAFFADA:  Objection, form and
21 foundation.
22     THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    Or Jorge Mejia or Leovardo Mejia or the

227

1  other brothers of Rosauro Mejia, right?
2      MR. DAFFADA:  Objection, form,
3  foundation.
4      THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    If you had taken DNA samples from some
7  of the other people you treated as suspects, that
8  could have potentially exonerated Reyes and
9  Solache, correct?
10     MR. DAFFADA:  Objection, form,
11 foundation.
12     MS. ROSEN:  Objection, argumentative.
13     MR. ENGQUIST:  And calls for
14 speculation.
15     THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    And ultimately other than trying to
18 beat a confession out of Rosauro Mejia, you didn't
19 actually investigate the facts to determine if he
20 might be guilty, did you?
21     MR. DAFFADA:  Objection, form and
22 foundation.
23     THE DEPONENT:  Take the Fifth.
24

228

1  BY MR. SWAMINATHAN:
2      Q    Now, let's turn next to your
3  interrogation of Adriana Mejia.
4      You used Adriana Mejia to get to Reyes
5  and Solache, right?
6      MR. DAFFADA:  Objection, form and
7  foundation.
8      MS. ROSEN:  Objection, argumentative.
9      THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    You had strong evidence that Adriana
12 Mejia had been involved in the crime, right?
13     MR. DAFFADA:  Objection, form and
14 foundation.
15     THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    You had blood on clothing found in her
18 room, right?
19     MR. DAFFADA:  Objection, form and
20 foundation.
21     THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    And you had the kids being found in her
24 possession, right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

58 (229 to 232)

229

1        MR. DAFFADA:  Objection, form and
2 foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5     Q    You basically had a slam dunk case
6 against Adriana Mejia, right?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10       MS. ROSEN:  Objection, argumentative.
11       THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    You basically had her right where you
14 wanted her, right?
15       MR. DAFFADA:  Objection, form and
16 foundation.
17       THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    And you had decided that she couldn't
20 commit these crimes on her own, that she had to
21 have help, right?
22       MR. DAFFADA:  Objection, form and
23 foundation.
24       THE DEPONENT:  Take the Fifth.

230

1 BY MR. SWAMINATHAN:
2     Q    You decided those people were gonna be
3 Adriana -- strike that.
4        And you decided those people were going
5 to be Reyes and Solache, right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    So you decided to use the leverage you
11 had on Adriana to get her to implicate Reyes and
12 Solache, right?
13       MR. DAFFADA:  Objection, form and
14 foundation.
15       THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    And you knew they weren't her family
18 members, right?
19       MR. DAFFADA:  Objection, form and
20 foundation.
21       THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And ultimately you beat and threatened
24 Adriana until she told you that Reyes and Solache

231

1 committed the crimes, right?
2        MR. DAFFADA:  Objection, form and
3 foundation.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6     Q    You made it clear to her that her
7 husband, Rosauro, was going to take the blame for
8 these crimes unless you pinned it on someone else,
9 right?
10       MR. DAFFADA:  Objection, form and
11 foundation.
12       THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Sir, who else did you tell her would be
15 blamed for the crimes if she did not give you
16 someone?
17       MR. DAFFADA:  Objection, form and
18 foundation.
19       THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    Sir, in an effort to protect her
22 family, you got Adriana to agree to implicate
23 Reyes and Solache, correct?
24       MR. DAFFADA:  Objection, form and

232

1 foundation.
2        THE DEPONENT:  Take the Fifth.
3        MS. ROSEN:  Objection, argumentative.
4 Objection, calls for speculation.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    Sir, in an effort to protect others,
8 you got Adriana to agree to implicate Reyes and
9 Solache, correct?
10       MR. DAFFADA:  Objection, form and
11 foundation.
12       MS. ROSEN:  Objection, calls for
13 speculation.  Objection, argumentative.
14       THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    I want to ask you about what Adriana
17 had told you before you got Reyes and Solache
18 involved in her interrogation.
19       Let me just ask you about the early
20 stages of interrogation of Adriana.
21       MS. ROSEN:  I have an objection to your
22 preamble to that question.
23 BY MR. SWAMINATHAN:
24    Q    After speaking to Adriana at home and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

59 (233 to 236)

233

1 finding the Soto baby, police brought Adriana to
2 Area Five, right?
3       MR. DAFFADA: Objection, form and
4 foundation.
5       THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    At that point she was telling the same
8 lie to you that she was telling to Reyes, correct?
9       MR. DAFFADA: Objection, form and
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    She confirmed what Reyes and Rosauro
14 had been telling you all along, right?
15       MR. DAFFADA: Objection, form,
16 foundation.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    She confirmed -- strike that.
20       You were able to confirm that she was
21 going around and telling people that she was
22 pregnant, right?
23       MR. DAFFADA: Objection, form and
24 foundation.

234

1       THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And when you spoke to her, you were
4 able to confirm that she was telling people that
5 she had the baby at UIP Hospital, right?
6       MR. DAFFADA: Objection, form and
7 foundation.
8       THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    She was saying that at the hospital she
11 met a woman named Norma Salazar, correct?
12       MR. DAFFADA: Objection, foundation.
13       THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    And you confirmed that she was saying
16 that Salazar had begged her to watch her son for a
17 period of time while she recovered from her
18 C-section, right?
19       MR. DAFFADA: Objection, form and
20 foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And by the way, this Norma Salazar
24 became a real suspect at some point in the case,

235

1 right?
2       MR. DAFFADA: Objection, form and
3 foundation.
4       THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    Because you didn't know the time of
7 death of the Sotos or when the kidnapping
8 occurred, you couldn't be certain when Adriana's
9 -- strike that. Let me ask it again.
10       Because you didn't know the time of
11 death of the Sotos or when the kidnapping
12 occurred, you couldn't be certain that Adriana's
13 story about Norma Salazar was false, correct?
14       MR. DAFFADA: Objection, form and
15 foundation.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    According to the report that you and
19 Halvorson wrote, your first interview with Adriana
20 Mejia was at 11:30 a.m. and it lasted about 20 to
21 30 minutes, right?
22       MR. DAFFADA: Objection to form,
23 foundation.
24       THE DEPONENT: Take the Fifth.

236

1 BY MR. SWAMINATHAN:
2    Q    We're gonna be looking at Exhibit 5.
3       (Deposition Exhibit Number 5 marked.)
4 BY MR. SWAMINATHAN:
5    Q    I'm showing you a document that's
6 marked as Exhibit 5. It is RC 426 through 446.
7       This is an Area Five Supplementary
8 Report dated April 30th, 1998.
9       Sir, your name is on this report,
10 correct?
11    A    Take the Fifth.
12    Q    And you signed this report, correct?
13    A    Take the Fifth.
14    Q    And this report purports to document
15 your interviews of Adriana Mejia and others,
16 correct?
17       MR. DAFFADA: Objection, form and
18 foundation.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And only page -- the bottom of page 7,
22 and the top of page 8 of this report, it documents
23 your initial interview of Adriana Mejia, correct?
24       MR. DAFFADA: Objection, form and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

237
1 foundation.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    In that initial interview -- in that
5 initial interview, she tried to blame Norma
6 Salazar, right?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    And in that first interview, she never
12 mentioned anything about Reyes or Solache, right?
13        MR. DAFFADA:  Objection, form,
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    After that interview, your
18 investigations focused on Norma Salazar, right?
19        MR. DAFFADA:  Objection, form,
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    You obtained a photograph of Salazar
24 and then Salazar was located, right?

238
1        MR. DAFFADA:  Objection, foundation.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    You had -- strike that.
5        You had officers bring Norma Salazar
6 into Area Five around 3 p.m., right?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Looking at Exhibit 5, you had Detective
12 McDonald pull a photo of Norma Salazar from the
13 I-cam database, right?
14        MR. DAFFADA:  Objection, form and
15 foundation.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    You would have pulled the photo and her
19 criminal history before she was brought in, right?
20        MR. DAFFADA:  Object to the form and
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    By the way, that Norma Salazar was not

239
1 the only Norma Salazar living in Chicago at that
2 time?
3        MR. DAFFADA:  Objection, form and
4 foundation.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    In that same report, Exhibit 5, you
8 wrote that you put Norma Salazar in a line-up, but
9 that Adriana couldn't identify her, right?
10        MR. DAFFADA:  Objection, form,
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    The problem is, no line-up report was
15 ever produced, right?
16        MR. DAFFADA:  Objection, form and
17 foundation.
18        MS. ROSEN:  Objection, argumentative.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And that's because you never really did
22 a line-up, right?
23        MR. DAFFADA:  Objection, form and
24 foundation.

240
1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    Exhibit 5, saying that you conducted a
4 line-up with Norma Salazar, that was a false
5 report, right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10     Q    That information in the report was
11 falsified, right?
12        MR. DAFFADA:  Objection, form and
13 foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    According to that same Exhibit 5
17 report, Norma Salazar was located, brought into
18 Area Five for a line-up, and she was questioned on
19 April 3rd at 3 p.m., right?
20        MR. DAFFADA:  Objection, form,
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    But you never documented any interview

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

241

1  of Norma Salazar, did you?
2          MR. DAFFADA:  Objection, form,
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6     Q    We'll be looking at Exhibit 6 now.
7          (Deposition Exhibit Number 6 marked.)
8  BY MR. SWAMINATHAN:
9     Q    What I'm showing you now is a document
10  marked Exhibit 6, Chicago Police Department CB
11  report, RFC 206.
12         Sir, this shows that Norma Salazar's
13  photo -- strike that.
14         This is a CB report indicating that
15  Norma Salazar's photo was pulled from CB
16  resources, correct?
17         MR. DAFFADA:  Objection, foundation and
18  form.
19         THE DEPONENT:  Take the Fifth.
20  BY MR. SWAMINATHAN:
21    Q    This report shows that Norma Salazar's
22  photo wasn't actually pulled until 3:57 p.m., is
23  that correct?
24         MR. DAFFADA:  Objection, foundation and

242

1  form.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4     Q    After you had allegedly conducted an
5  interview of her in a line-up?
6          MR. DAFFADA:  Objection, foundation and
7  form.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10    Q    Let's take a look at Exhibit 7.
11         (Deposition Exhibit Number 7 marked.)
12  BY MR. SWAMINATHAN:
13    Q    I am showing you a document marked
14  Exhibit 7.  This is RP Solache/Reyes 205.
15         Sir, this is a criminal history report
16  or rap sheet for Norma Salazar, correct?
17    A    Take the Fifth.
18    Q    Her criminal history report wasn't
19  pulled until 4:51 p.m., two hours later than the 3
20  p.m. time you purportedly interviewed her,
21  correct?
22         MR. DAFFADA:  Objection, form and
23  foundation.
24         THE DEPONENT:  Take the Fifth.

243

1  BY MR. SWAMINATHAN:
2     Q    That's what it says there, right, where
3  I have marked it at the top of the page, on the
4  back it says you didn't receive her criminal
5  history report until 4:51 p.m. on April 3rd,
6  right?
7          MR. DAFFADA:  Objection, form,
8  foundation.
9          THE DEPONENT:  Take the Fifth.
10  BY MR. SWAMINATHAN:
11    Q    Sir, none of that makes any sense, does
12  it?
13         MR. DAFFADA:  Objection, form.
14         THE DEPONENT:  Take the Fifth.
15         MS. ROSEN:  Objection, argumentative.
16         Was that really a question, sir, none
17  of that makes sense?
18         MR. SWAMINATHAN:  Is it a question?
19         MS. ROSEN:  That's a question that you
20  think is admissible in court?  Objection,
21  argumentive.
22         MR. SWAMINATHAN:  Do you have an
23  objection to form and argumentative?
24         MS. ROSEN:  I had an objection to form

244

1  and argumentative.
2  BY MR. SWAMINATHAN:
3     Q    Go ahead.
4          MR. DAFFADA:  She made it.
5  BY MR. SWAMINATHAN:
6     Q    You can go ahead with your answer,
7  Mr. Guevara.
8     A    Take the Fifth.
9     Q    So you wouldn't have pulled their
10  photos and CB photos of Norma Salazar and pulled
11  her rap sheet after you had already interviewed
12  her and done a line-up, right?
13         MR. DAFFADA:  Objection, form and
14  foundation.
15         MS. ROSEN:  Objection, argumentative,
16  calls for speculation.
17         THE DEPONENT:  Take the Fifth.
18  BY MR. SWAMINATHAN:
19    Q    All right.  Let's look back at Exhibit
20  5.
21         Looking again at Exhibit 5.  This is
22  page 9 of the document, RFC Solache/Reyes 434.
23         The document indicates that after -- a
24  few minutes after pulling the criminal history at

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

245

1  5 p.m., you told Adriana that you were taking her
2  to go get a polygraph, right?
3         MR. DAFFADA: Objection, form and
4  foundation.
5         THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q    And that ended up happening about two
8  hours and 40 minutes later, right?
9         MR. DAFFADA: Objection, form and
10 foundation.
11        THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    Sir, you never really investigated
14 Norma Salazar as a serious suspect, did you?
15        MR. DAFFADA: Objection, form and
16 foundation.
17        THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Instead you remained focused on the
20 guys you had at the station, right?
21        MR. DAFFADA: Objection, form and
22 foundation.
23        THE DEPONENT: Take the Fifth.
24

246

1  BY MR. SWAMINATHAN:
2     Q    You pretended to conduct an
3  investigation into Norma Salazar, right?
4         MR. DAFFADA: Objection, form,
5  foundation.
6         MS. ROSEN: Objection argumentative.
7         THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9     Q    But you never really conducted that
10 investigation into Norma Salazar, right?
11        MR. DAFFADA: Objection, form and
12 foundation.
13        MS. ROSEN: Objection, argumentative.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    Because you had already decided that it
17 would be easier for you to just beat confessions
18 from Mr. Reyes and Solache, right?
19        MR. DAFFADA: Objection, form and
20 foundation.
21        MS. ROSEN: Objection, argumentative.
22        THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    You did so with the assistance of Dr.

247

1  Halvorson and others, right?
2         MR. DAFFADA: Objection, form and
3  foundation.
4         THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6     Q    And you did so under the supervision
7  and with the knowledge of Sergeants Mingey,
8  Capitelli and Biebel, right?
9         MR. DAFFADA: Objection, form and
10 foundation.
11        THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    Sir, I want to ask you about the
14 consent to search forms you used to access the
15 Mejia household.
16        First, Arturo Reyes voluntarily signed
17 a consent to search form, right?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    Sir, you agree that it's unusual for a
23 guilty party to agree to let you into their home
24 voluntarily, right?

248

1         MR. DAFFADA: Objection, foundation and
2  form.
3         MS. ROSEN: Objection, argumentative.
4  Calls for speculation.
5         THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q    And you never asked Solache to sign a
8  consent to search form, right?
9         MR. DAFFADA: Objection, form and
10 foundation.
11 BY MR. SWAMINATHAN:
12    Q    Go ahead.
13    A    Take the Fifth.
14    Q    You just searched Solache's room
15 anyway, right?
16        MR. DAFFADA: Objection, foundation and
17 form.
18        THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    And when you went to the house and
21 searched Reyes and Solache's room, you didn't find
22 anything to incriminate Mr. Solache, right?
23        MR. DAFFADA: Objection, form and
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

63 (249 to 252)

249

1      THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    You didn't find anything to incriminate
4  Reyes, right?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    During your search, you also went into
10 Adriana Mejia's room, right?
11         MR. DAFFADA:  Objection, form and
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    There you found Adriana had bloody
16 shoes in the room, right?
17         MR. DAFFADA:  Objection, form and
18 foundation.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And later it was determined that
22 Adriana's blood was found at the crime scene,
23 right?
24         MR. DAFFADA:  Objection, form,

250

1  foundation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    And while you found Adriana's blood at
5  the crime seen and you found bloody shoes in her
6  room, you found nothing at the crime scene
7  incriminating Mr. Reyes or Mr. Solache, right?
8          MR. DAFFADA:  Objection, form,
9  foundation.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    And ultimately there was no bloody
13 clothing or any other physical evidence linking
14 Reyes or Solache to the crime, right?
15         MR. DAFFADA:  Objection, form and
16 foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    And you never found anything linking
20 Rosauro to the crime scene either, right?
21         MR. DAFFADA:  Objection, form and
22 foundation.
23         THE DEPONENT:  Take the Fifth.
24

251

1  BY MR. SWAMINATHAN:
2      Q    At this point you basically knew that
3  Adriana was involved in the crime, right?
4          MR. DAFFADA:  Objection to form and
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    And the only question was whether she
9  acted alone or with others?
10         MR. DAFFADA:  Objection, form,
11 foundation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    And Adriana could have committed this
15 murder alone, right?
16         MR. DAFFADA:  Objection, form and
17 foundation.
18         MR. ENGQUIST:  Calls for speculation.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    She could have come to the Soto home in
22 the middle of the night, right?
23         MR. DAFFADA:  Objection, form.
24         MR. ENGQUIST:  Calls for speculation,

252

1  foundation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    In other words, she could have come to
5  the Soto home when they were sleeping, right?
6          MR. DAFFADA:  Objection, form,
7  foundation.
8          MR. ENGQUIST:  And calls for
9  speculation.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    And, in fact, you had learned that a
13 key to the home had gone missing, right?
14         MR. DAFFADA:  Objection, form and
15 foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    And there was no sign of a forced
19 entry, right?
20         MR. DAFFADA:  Objection, form and
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23         MS. ROSEN:  Objection, asked and
24 answered.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

64 (253 to 256)

253

1      You don't get to just ask the same
2  questions over and over again because he's taking
3  the Fifth.
4          MR. SWAMINATHAN:  You can go ahead.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    And so you knew Adriana could have
8  stabbed Mariano and Jacinta Soto by herself,
9  right?
10         MR. DAFFADA:  Objection, form and
11 foundation.
12         MR. ENGQUIST:  And calls for
13 speculation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    You never pursued the theory that
17 Adriana acted alone, right?
18         MR. DAFFADA:  Objection, form and
19 foundation.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You never told the prosecutors or
23 defense attorneys that Adriana might have had a
24 key, right?

254

1          MR. DAFFADA:  Object to form and
2  foundation.
3          THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    You suppressed that fact that would
6  have helped show that Reyes and Solache could be
7  innocent, right?
8          MR. DAFFADA:  Objection, form and
9  foundation.
10         MS. ROSEN:  Objection, argumentative.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    And you never found any evidence at the
14 crime scene that indicated that someone else
15 helped Adriana commit the murders, right?
16         MR. DAFFADA:  Object to form and
17 foundation.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    But because you decided Adriana didn't
21 act alone, you tried to convince her to implicate
22 others in the crime, right?
23         MR. DAFFADA:  Objection, form and
24 foundation.

255

1          THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    You tried to get her to implicate
4  family members, but she refused, right?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And you knew she would have an
10 incentive to cover for family members, right?
11         MR. DAFFADA:  Objection, form and
12 foundation.
13         MS. ROSEN:  Also speculation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    You tried to get her to implicate
17 Rosauro, but she refused, right?
18         MR. DAFFADA:  Objection, form and
19 foundation.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    He was the most likely person to know
23 she was faking her pregnancy, correct?
24         MR. DAFFADA:  Objection, form and

256

1  foundation.
2          MS. ROSEN:  Also speculation.
3          MR. ENGQUIST:  Join.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    But he is also the person she'd most
7  likely to want to cover for, right?
8          MR. DAFFADA:  Objection to form and
9  foundation.
10         MR. ENGQUIST:  And calls for
11 speculation.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    You -- strike that.
15         During the course of your
16 investigations, you learned information that made
17 it clear that she could be covering for her
18 brother, Carlos Martinez, correct?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    In fact, Adriana went out of her way to
24 make it clear that Carlos wasn't involved, right?

---

257

1      MR. DAFFADA:  Objection, form and
2  foundation.
3      THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    She repeatedly volunteered that Carlos
6  had nothing to do with the crime, right?
7      MR. DAFFADA:  Objection, form and
8  foundation.
9      THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Did you find that odd?
12     MR. DAFFADA:  Objection, form.
13     THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    And Carlos was the one person living at
16 Adriana's house that you learned was involved with
17 gain?
18     MR. DAFFADA:  Objection, form and
19 foundation.
20     THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    And you learned that there were calls
23 with Carlos around that time of the murders,
24 right?

---

258

1      MR. DAFFADA:  Objection, form and
2  foundation.
3      THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    But you didn't investigate Carlos any
6  further because Adriana was refusing to implicate
7  him, right?
8      MR. DAFFADA:  Objection, form and
9  foundation.
10     THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    Adriana could have also been covering
13 for Jose Mejia, right?
14     MR. DAFFADA:  Objection, form and
15 foundation.
16     THE DEPONENT:  Take the Fifth.
17     MS. ROSEN:  Calls for speculation.
18     THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    Jose Mejia's phone records also
21 indicated that she had a lot of communication with
22 the Mejia household around the time of the
23 murders, right?
24     MR. DAFFADA:  Objection, foundation and

---

259

1      form.
2  BY MR. SWAMINATHAN:
3      Q    Strike that.  Let me ask it again.
4  Sorry.
5          You learned that phone records showed
6  that Jose Mejia had a lot of communications with
7  the Mejia household around the time of the
8  murders, right?
9      MR. DAFFADA:  Objection, form.
10     MS. ROSEN:  Foundation.  Calling for
11 speculation.
12     THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    Jose had an arrest record, right?
15     MR. DAFFADA:  Objection, form and
16 foundation.
17     THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    Jose and Adriana had a close
20 relationship, right?
21     MR. DAFFADA:  Objection, form and
22 foundation.
23     THE DEPONENT:  Take the Fifth.
24

---

260

1  BY MR. DAFFADA:
2      Q    But ultimately you didn't follow up on
3  that lead either because Adriana refused to
4  implicate Jose Mejia, too, right?
5      MR. DAFFADA:  Objection, form and
6  foundation.
7      THE DEPONENT:  Take the Fifth.
8  BY MR. DAFFADA:
9      Q    Unlike the other potential suspects,
10 Reyes and Solache were not part of Adriana's
11 immediate family, right?
12     MR. DAFFADA:  Objection, form and
13 foundation.
14     THE DEPONENT:  Take the Fifth.
15     MR. ENGQUIST:  Asked and answered.
16 BY MR. DAFFADA:
17     Q    And ultimately you pressured Adriana to
18 implicate those two men, correct?
19     MR. DAFFADA:  Objection, form and
20 foundation.
21     THE DEPONENT:  Take the Fifth.
22 BY MR. DAFFADA:
23     Q    All right.  Around 10:30 p.m., you
24 interviewed Adriana for a second time, right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

66 (261 to 264)

261
1    MR. DAFFADA: Objection, form and
2 foundation.
3    THE DEPONENT: Take the Fifth.
4 BY MR. DAFFADA:
5    Q   You told her that she failed a
6 polygraph test and that you had her bloody shoes,
7 right?
8    MR. DAFFADA: Objection, form and
9 foundation.
10    THE DEPONENT: Take the Fifth.
11 BY MR. DAFFADA:
12    Q   You told her at that point that she was
13 gonna get the electric chair, right?
14    MR. DAFFADA: Objection, form and
15 foundation.
16    THE DEPONENT: Take the Fifth.
17 BY MR. DAFFADA:
18    Q   You slapped her around, right?
19    MR. DAFFADA: Objection, form and
20 foundation.
21    THE DEPONENT: Take the Fifth.
22 BY MR. DAFFADA:
23    Q   You had previously hit women, right?
24    MR. DAFFADA: Objection, form and

262
1 foundation.
2    THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   And so hitting Adriana wasn't a big
5 deal to you, right?
6    MR. DAFFADA: Objection, form and
7 foundation.
8    THE DEPONENT: Take the Fifth.
9 BY MR. DAFFADA:
10    Q   You pulled her hair multiples times,
11 right?
12    MR. DAFFADA: Objection, form and
13 foundation.
14    THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   You hit her in the neck with the back
17 of your hand, right?
18    MR. DAFFADA: Objection, form and
19 foundation.
20    THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q   You are aware she testified to all of
23 that, right?
24    MR. DAFFADA: Sorry, what did you say?

263
1 BY MR. SWAMINATHAN:
2    Q   You're aware that she testified to all
3 of that, right?
4    MR. DAFFADA: Objection, foundation and
5 form.
6    THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   You reached across the desk and grabbed
9 her by the hair and slammed her head into the
10 table, right?
11    MR. DAFFADA: Objection, form and
12 foundation.
13    THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   You're aware that she testified to
16 that, too, right?
17    MR. DAFFADA: Objection, foundation and
18 form.
19    THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   And you don't deny those allegations,
22 right?
23    MR. DAFFADA: Objection, form.
24    THE DEPONENT: Take the Fifth.

264
1 BY MR. SWAMINATHAN:
2    Q   Another time you reached across her and
3 hit her on her back, right?
4    MR. DAFFADA: Objection, foundation,
5 form.
6    THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   At some point after you hit her, her
9 nose started to bleed, right?
10    MR. DAFFADA: Objection, foundation and
11 form.
12    THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   And ultimately you did all of this to
15 show her that you were in charge, right?
16    MR. DAFFADA: Objection, foundation and
17 form.
18    THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q   And after that, you told her that you
21 knew someone else committed the crime with her
22 because she was too small to have done it alone,
23 right?
24    MR. DAFFADA: Objection, foundation and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

67 (265 to 268)

265

1  form.
2       THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4       Q    And so after everything else, after
5  your abuse and pressure, you finally got her to
6  implicate Reyes and Solache, right?
7       MR. DAFFADA:  Objection, form and
8  foundation.
9       THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11      Q    You started feeding her facts to put
12 Reyes and Solache into the story, right?
13      MR. DAFFADA:  Objection, form and
14 foundation.
15      THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17      Q    You got Adriana to say that everything
18 was Reyes' idea, right?
19      MR. DAFFADA:  Objection, form and
20 foundation.
21      THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23      Q    You told her that you could cut her a
24 deal if she implicated Reyes, right?

266

1       MR. DAFFADA:  Objection, form and
2  foundation.
3       THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5       Q    According to your report, Adriana told
6  you that she waited at the hospital for Reyes to
7  bring her the baby and the boy, correct?
8       MR. DAFFADA:  Objection, form and
9  foundation.
10      THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12      Q    But your report of that second
13 interview doesn't indicate that Adriana herself
14 ever went into the Soto apartment during the
15 murder, right?
16      MR. DAFFADA:  Objection, foundation and
17 form.
18      THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20      Q    That was false.  You had her shoes with
21 her blood on them and eventually you had her DNA
22 found in the apartment, right?
23      MR. DAFFADA:  Objection, foundation and
24 form.

267

1       MS. ROSEN:  Argumentative, eventually.
2       THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4       Q    Sir, Adriana didn't actually ever give
5  you any information about Reyes being involved,
6  did she?
7       MR. DAFFADA:  Objection, form.
8       THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    You were the one who told her the story
11 about Reyes being involved, correct?
12      MR. DAFFADA:  Objection, form and
13 foundation.
14      THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q    She repeated it, right?
17      MR. DAFFADA:  Objection, form and
18 foundation.
19      THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21      Q    And in that interview -- strike that.
22      Let me ask you similar questions about
23 Gabriel Solache.
24      In that subsequent interview you did

268

1  with Adriana Mejia, she didn't say anything to you
2  about Gabriel Solache being involved, right?
3       MR. DAFFADA:  Objection, form and
4  foundation.
5       THE DEPONENT:  Take the Fifth.
6       VIDEOGRAPHER WILHITE:  Hold on.  Off
7  the record.  The time is 2:54.
8       And we're off the record.
9       (Pause.)
10      VIDEOGRAPHER WILHITE:  The time is 2:55
11 p.m.
12      We are back on the record.
13 BY MR. SWAMINATHAN:
14      Q    Actually looking again at Exhibit 5,
15 pages 9 to 10, you document a second interview
16 with Adriana Mejia, right?
17      MR. DAFFADA:  Objection, form and
18 foundation.
19      THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21      Q    In the documentation of that interview,
22 nowhere does it make any mention of Gabriel
23 Solache, does it?
24      MR. DAFFADA:  Objection, form,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

68 (269 to 272)

269

1 foundation.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    That's because Adriana didn't actually
5 tell you anything about Gabriel Solache either,
6 did she?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    She never told you that Gabriel Solache
12 was involved with the crime, correct?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    The story about Gabriel Solache's
18 involvement came from you, right?
19        MR. DAFFADA:  Objection, form and
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    You convinced Adriana to repeat a false
24 story about Solache, right?

270

1        MR. DAFFADA:  Objection, form and
2 foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You did that by coercing her, abusing
6 her and beating her bad, right?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    All right.  Let's talk about your
12 interrogation of Arturo Reyes.
13        Mr. Reyes was locked in an
14 interrogation when he was brought to Area Five,
15 right?
16        MR. DAFFADA:  Objection, foundation and
17 form.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    First thing you did was walk in the
21 room where he was -- strike that.
22        The first thing you did was walk into
23 the room he was in, take off his hat, slap him
24 across the face, right?

271

1        MR. DAFFADA:  Objection, form and
2 foundation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    When you did that, you asked him why
6 did you do it, right?
7        MR. DAFFADA:  Objection, form and
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    And then you handcuffed him to the
12 bench, right?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    By the way, he had no idea what you
18 were talking about, right?
19        MR. DAFFADA:  Objection, form and
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22        MS. ROSEN:  Calls for speculation.
23        THE DEPONENT:  Take the Fifth.
24

272

1 BY MR. SWAMINATHAN:
2    Q    Sir, his answers to you made clear that
3 he had no idea what you were talking about, right?
4        MR. DAFFADA:  Objection, form and
5 foundation.
6        MS. ROSEN:  Calls for speculation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    He denied having anything to do with
10 anything, right?
11        MR. DAFFADA:  Objection, form and
12 foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    And then you left him alone in that
16 room handcuffed to the wall, right?
17        MR. DAFFADA:  Objection, form and
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And then later you sent someone into
22 the interrogation room to cover the win -- strike
23 that.
24        Later you sent someone to cover the

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

69 (273 to 276)

273

1 little window on the door inside the room, right?
2          MR. DAFFADA: Objection to form and
3 foundation.
4          THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6     Q    You did that to scare and intimidate
7 Mr. Reyes, right?
8          MR. DAFFADA: Objection, form and
9 foundation.
10          THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    And you did it because you were
13 planning on beating him, right?
14          MR. DAFFADA: Objection, form and
15 foundation.
16          THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    Mr. Reyes, for his part, he didn't
19 understand what was going on as far as you could
20 tell, right?
21          MR. DAFFADA: Objection, form and
22 foundation.
23          MS. ROSEN: Calls for speculation.
24          THE DEPONENT: Take the Fifth.

274

1 BY MR. SWAMINATHAN:
2     Q    When you questioned him, it was clear
3 that he didn't think that the boy he brought to
4 the station had been kidnapped, right?
5          MR. DAFFADA: Objection, form,
6 foundation.
7          MS. ROSEN: Calls for speculation.
8          THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10     Q    He didn't seem to know that the boy's
11 parents had been murdered, right?
12     A    Take the Fifth.
13          MR. DAFFADA: I had an objection I
14 wanted to make. Form and foundation.
15          MS. ROSEN: And calls for speculation.
16 BY MR. SWAMINATHAN:
17     Q    He made clear that all he knew was that
18 the boy had been shown on the news and he was
19 worried about the boy and brought him to the
20 police station, right?
21          MR. DAFFADA: Objection, form and
22 foundation.
23          MS. ROSEN: Calls for speculation.
24          THE DEPONENT: Take the Fifth.

275

1 BY MR. SWAMINATHAN:
2     Q    You wanted to make sure that the boy
3 got to the police station safe and sound, right?
4          MR. DAFFADA: Objection, form and
5 foundation.
6          MS. ROSEN: Calls for speculation and
7 argumentative.
8          THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10     Q    Sir, you let Mr. Reyes sit in that
11 interrogation room for a while and let the tension
12 build, right?
13          MR. DAFFADA: Objection, form and
14 foundation.
15          MS. ROSEN: Argumentative.
16          THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    And then after a while, you came back
19 into the room, right?
20          MR. DAFFADA: Objection, form and
21 foundation.
22          THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And you brought in a form for him to

276

1 sign to give you permission to search his home,
2 right?
3          MR. DAFFADA: Objection to the form and
4 foundation.
5          THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    You ordered him to sign it, right?
8          MR. DAFFADA: Objection, form and
9 foundation.
10          THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    You didn't tell him what the form was
13 for or why you wanted to search his home, you just
14 told him he had to sign it, right?
15          MR. DAFFADA: Objection, form and
16 foundation.
17          THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    He did sign it, right?
20          MR. DAFFADA: Objection, form and
21 foundation.
22          THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And then you left again, again leaving

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

277

1 Reyes alone in the room, right?
2       MR. DAFFADA: Objection, form and
3 foundation.
4       THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q   He was still handcuffed to the wall,
7 right?
8       MR. DAFFADA: Objection, form and
9 foundation.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   And later you had offered for Trevino
13 to go -- strike that.
14       And then later, you had Mr. Reyes
15 brought to another room, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q   You had him brought to a larger
21 conference room, right?
22       MR. DAFFADA: Objection, form and
23 foundation.
24       THE DEPONENT: Take the Fifth.

278

1 BY MR. SWAMINATHAN:
2    Q   And you were in that room with Trevino
3 as well as Dickenson and Rutherford, right?
4       MR. DAFFADA: Objection, form and
5 foundation.
6       THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   Dickinson and Rutherford were fellow
9 homicide detectives in your unit, right?
10       MR. DAFFADA: Objection, form.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q   You brought Rutherford and Dickenson in
14 to add credibility to a story that you knew was
15 false, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       MS. ROSEN: Argumentative.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   You needed to create a sequence of
22 investigative steps involving other detectives
23 that would corroborate your story, right?
24       MR. DAFFADA: Objection to form and

279

1 foundation.
2       MS. ROSEN: Argumentative.
3       THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q   And so that's why you brought in
6 Rutherford and Dickenson?
7       MR. DAFFADA: Objection, form and
8 foundation.
9       MS. ROSEN: Argumentative.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   They didn't speak any Spanish, they
13 couldn't understand Mr. Reyes, right?
14       MR. DAFFADA: Objection, form,
15 foundation.
16       MR. ENGQUIST: Foundation, yeah.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   Rutherford and Dickenson were basically
20 just props for your story, right?
21       MR. DAFFADA: Objection, form and
22 foundation.
23       MS. ROSEN: Argumentative.
24       MR. ENGQUIST: Argumentative.

280

1       THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q   You did all the talking, right?
4       MR. DAFFADA: Objection, form and
5 foundation.
6       MR. ENGQUIST: Foundation, also.
7       MR. SWAMINATHAN: I got that.
8       THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   And you did all the translating, right?
11       MR. DAFFADA: Objection, form and
12 foundation.
13       THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q   Basically whatever Rutherford and
16 Dickenson heard was what you told them, right?
17       MR. DAFFADA: Objection, form and
18 foundation.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   What they heard was your questions and
22 the answers that you told them were being given,
23 right?
24       MR. DAFFADA: Objection, form and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

281

1  foundation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    While you were in that room with
5  everybody -- strike that.
6          While you were in the conference room
7  with everybody, you used a chalkboard, right, to
8  help sort of lay out what happened?
9          MR. DAFFADA:  Objection, form and
10  foundation.
11          THE DEPONENT:  Take the Fifth.
12  BY MR. SWAMINATHAN:
13      Q    You had written something on the board
14  before you brought Mr. Reyes into the room, right?
15          MR. DAFFADA:  Objection, form and
16  foundation.
17          THE DEPONENT:  Take the Fifth.
18  BY MR. SWAMINATHAN:
19      Q    You actually wrote some things on that
20  board in English, right, that you knew Mr. Reyes
21  wouldn't understand, right?
22          MR. DAFFADA:  Objection, form and
23  foundation.
24          THE DEPONENT:  Take the Fifth.

282

1  BY MR. SWAMINATHAN:
2      Q    What you wrote on the chalkboard wasn't
3  for Reyes, it was for Trevino and Rutherford and
4  Dickenson, right?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    So they could corroborate the story
10  that you developed, right?
11          MR. DAFFADA:  Objection, form and
12  foundation.
13          THE DEPONENT:  Take the Fifth.
14  BY MR. SWAMINATHAN:
15      Q    At some point during that time in the
16  conference room you walked up to Mr. Reyes, you
17  leaned over and you whispered in his ear that he
18  wasn't helping himself, right?
19          MR. DAFFADA:  Objection, form and
20  foundation.
21          THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    You told him that other people were
24  blaming him and you suggested to him that he

283

1  should blame them, right?
2          MR. DAFFADA:  Objection, form and
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    And you told Reyes that if he didn't
7  say what you wanted him to say, you were going to
8  make sure he got the electric chair, right?
9          MR. DAFFADA:  Objection, form and
10  foundation.
11          THE DEPONENT:  Take the Fifth.
12  BY MR. SWAMINATHAN:
13      Q    You told Arturo Reyes, the man from
14  Mexico who didn't speak English, didn't know his
15  rights, you told him you were gonna make certain
16  he was executed by the American justice system,
17  right?
18          MR. DAFFADA:  Objection, form and
19  foundation.
20          MS. ROSEN:  Argumentive.
21          THE DEPONENT:  Take the Fifth.
22          MR. DAFFADA:  Hey, Anand, can we just
23  take five minutes?
24          MR. SWAMINATHAN:  Why don't we just

284

1  make it seven minutes.
2          VIDEOGRAPHER WILHITE:  The time is 3:06
3  p.m.
4          We're off the record.
5          (Recess.)
6          VIDEOGRAPHER WILHITE:  The time is 3:20
7  p.m.
8          We are back on the record.
9  BY MR. SWAMINATHAN:
10      Q    That was a real turning point in the
11  investigation, right?
12          MR. DAFFADA:  Objection, form,
13  foundation.
14          THE DEPONENT:  Take the Fifth.
15  BY MR. SWAMINATHAN:
16      Q    Mr. Reyes became visibly scared and
17  upset, right?
18          MR. DAFFADA:  Objection, form,
19  foundation.
20          THE DEPONENT:  Take the Fifth.
21  BY MR. SWAMINATHAN:
22      Q    You could see that he took your threat
23  seriously, correct?
24          MR. DAFFADA:  Objection, form,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

72 (285 to 288)

285

1 foundation.
2        MS. ROSEN:  Also, speculation.
3        THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q   He asked you why in the world he was
6 going to get the electric chair if he didn't do
7 anything wrong, right?
8        MR. DAFFADA:  Object to form.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q   You could see that he was terrified,
12 right?
13        MR. DAFFADA:  Objection, form,
14 foundation.
15        MS. ROSEN:  Calls for speculation.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q   And you could see that he was afraid
19 that he'd never see his family again, right?
20        MR. DAFFADA:  Objection, form,
21 foundation.
22        MS. ROSEN:  Calls for speculation.
23        THE DEPONENT:  Take the Fifth.
24

287

1 just said, right?
2        MR. DAFFADA:  Objection, form and
3 foundation.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q   Your goal was to build a sense of fear
7 and helplessness, correct?
8        MR. DAFFADA:  Objection, form and
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   And after that you went back in the
13 room and you took Reyes' clothes and his shoes
14 from him, right?
15        MR. DAFFADA:  Objection, form and
16 foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   You ordered him to strip down and give
20 you what he was wearing, because you wanted him to
21 feel vulnerable, right?
22        MR. DAFFADA:  Objection, form and
23 foundation.
24        THE DEPONENT:  Take the Fifth.

286

1 BY MR. SWAMINATHAN:
2    Q   Even at that point it was still clear
3 that Reyes didn't know what this was all about,
4 right?
5        MR. DAFFADA:  Objection, form and
6 foundation.
7        MS. ROSEN:  Calls for speculation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   At that point did you even know that
11 the boy's parents had been murdered?
12        MR. DAFFADA:  Objection, form and
13 foundation.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   After the conference room, you took
17 Reyes back into the small interrogation room right
18 where you started?
19        MR. DAFFADA:  Objection, form and
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   And then you again left Reyes for a
24 long time while you let him think about what you

288

1 BY MR. SWAMINATHAN:
2    Q   A tactic you wanted to employ to make
3 him feel helpless, right?
4        MR. DAFFADA:  Objection, form and
5 foundation.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   You made him put plastic bags over his
9 feet, right?
10        MR. DAFFADA:  Objection, form and
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   And then you left again, right?
15        MR. DAFFADA:  Objection, form and
16 foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   And the room was cold.  You left him
20 there in that cold room without his clothes,
21 right?
22        MR. DAFFADA:  Objection, form and
23 foundation.
24        THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

289

1  BY MR. SWAMINATHAN:
2      Q    And you wanted him to be uncomfortable,
3  right?
4          MR. DAFFADA:  Objection, form and
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    And then you came back in yet again,
9  right?
10          MR. DAFFADA:  Objection, form and
11  foundation.
12          THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14      Q    This time you were really aggressive
15  with Reyes, right?
16          MR. DAFFADA:  Objection, form,
17  foundation.
18          THE DEPONENT:  Take the Fifth.
19  BY MR. SWAMINATHAN:
20      Q    You asked him questions about the
21  crime, right?
22          MR. DAFFADA:  Objection, form and
23  foundation.
24          THE DEPONENT:  Take the Fifth.

290

1  BY MR. SWAMINATHAN:
2      Q    And each time he answered that he
3  didn't know, you slapped him across the face,
4  right?
5          MR. DAFFADA:  Objection, foundation and
6  form.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You asked him if he did X or if he did
10  Y and each time he said no, you'd slap him again,
11  right?
12          MR. DAFFADA:  Objection, foundation and
13  form.
14          THE DEPONENT:  Take the Fifth.
15  BY MR. SWAMINATHAN:
16      Q    And through all of this he was still
17  handcuffed to the wall, right?
18          MR. DAFFADA:  Objection, foundation and
19  form.
20          THE DEPONENT:  Take the Fifth.
21  BY MR. SWAMINATHAN:
22      Q    He couldn't really protect himself,
23  right?
24          MR. DAFFADA:  Objection, foundation and

291

1  form.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    The beating went on for a long time,
5  right?
6          MR. DAFFADA:  Objection, foundation and
7  form.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    And you kept getting angrier and
11  angrier, right, as he wouldn't give you the
12  answers you wanted, right?
13          MR. DAFFADA:  Objection, foundation and
14  form.
15          THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17      Q    So you hit him harder and harder each
18  time he refused to say what you wanted, right?
19          MR. DAFFADA:  Objection, foundation and
20  form.
21          THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    You were furious that he was refusing
24  to give you the answers you wanted, right?

292

1          MR. DAFFADA:  Objection, form and
2  foundation.
3          THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    If you were going to implicate him in
6  the crime, you needed him to confess because you
7  didn't have any other evidence against him, right?
8          MR. DAFFADA:  Objection, foundation and
9  form.
10          THE DEPONENT:  Take the Fifth.
11  BY MR. SWAMINATHAN:
12      Q    So you left the room again and then you
13  came back but this time with Adriana Mejia, right?
14          MR. DAFFADA:  Objection, foundation and
15  form.
16          THE DEPONENT:  Take the Fifth.
17  BY MR. SWAMINATHAN:
18      Q    You brought her into the interrogation
19  room that you had Reyes in, right?
20          MR. DAFFADA:  Objection, foundation and
21  form.
22          THE DEPONENT:  Take the Fifth.
23  BY MR. SWAMINATHAN:
24      Q    And when you brought her in, it was

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

293

1  visible, it was clear that you had beaten her,
2  right?
3          MR. DAFFADA:  Objection, foundation and
4  form.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    And that was part of your strategy,
8  right?
9          MR. DAFFADA:  Objection, foundation and
10 form.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You wanted him to know that she had
14 been abused, right?
15         MR. DAFFADA:  Objection, foundation and
16 form.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    Until that point, Reyes had no reason
20 to even know Adriana was at the station, right?
21         MR. DAFFADA:  Objection, foundation and
22 form.
23         MS. ROSEN:  Also, speculation.
24         THE DEPONENT:  Take the Fifth.

294

1  BY MR. SWAMINATHAN:
2      Q    And you put Adriana in that room in
3  front of Reyes and you told her to say something,
4  right?
5          MR. DAFFADA:  Objection, foundation and
6  form.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And she said what you told her to say
10 to him, right?
11         MR. DAFFADA:  Objection, form and
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    She said, quote, you're Arturo Reyes,
16 you did everything, right?
17         MR. DAFFADA:  Objection, foundation and
18 form.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    But Reyes' answer made clear he didn't
22 know what she was talking about, right?
23         MR. DAFFADA:  Objection, form and
24 foundation.

295

1          MS. ROSEN:  Also, speculation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    Again, the message you wanted Adriana
5  to convey was hopelessness, right?
6          MR. DAFFADA:  Objection, form and
7  foundation.
8          MS. ROSEN:  Objection, argumentative.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    You wanted him to know that you'd
12 beaten Adriana into implicating him falsely and
13 the only option now was to do what you wanted him
14 to do?
15         MR. DAFFADA:  Objection, form and
16 foundation.
17         MS. ROSEN:  Argumentative.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    And then you took Adriana away and left
21 Reyes alone again in that room, right?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         THE DEPONENT:  Take the Fifth.

296

1  BY MR. SWAMINATHAN:
2      Q    At this point in the investigation --
3  strike that.
4          At this point you had Arturo Reyes in
5  that room for a very long time, right?
6          MR. DAFFADA:  Objection, form and
7  foundation.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    He had been at the station for almost a
11 day at this point, right?
12         MR. DAFFADA:  Objection, foundation and
13 form.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And the entire time you didn't allow
17 Reyes to drink any water or eat any food, right?
18         MR. DAFFADA:  Objection, form and
19 foundation.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You had not allowed him to sleep,
23 right?
24         MR. DAFFADA:  Objection, form and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

75 (297 to 300)

297

1  foundation.
2       THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4       Q    You had not allowed him to call anyone,
5  right?
6       MR. DAFFADA: Objection, form and
7  foundation.
8       THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    You had not allowed him to talk to an
11 attorney, right?
12      MR. DAFFADA: Objection, form and
13 foundation.
14      THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16      Q    You did not allow him to contact the
17 Mexican Consulate, right?
18      MR. DAFFADA: Objection, form and
19 foundation.
20      THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22      Q    You hadn't read him his rights?
23      MR. DAFFADA: Objection, foundation.
24      THE DEPONENT: Take the Fifth.

299

1  room, correct?
2       MR. DAFFADA: Objection, foundation.
3       THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5       Q    Trevino gave Reyes a sandwich, right?
6       MR. DAFFADA: Objection, form and
7  foundation.
8       THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10      Q    And after being in police custody for a
11 long time, Reyes accepted the sandwich and ate it,
12 right?
13      MR. DAFFADA: Objection to form and
14 foundation.
15      THE DEPONENT: Take the Fifth.
16      MS. ROSEN: Argumentative.
17      THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19      Q    And all of this was part of a plan that
20 you and Trevino had?
21      MR. DAFFADA: Objection to form and
22 foundation.
23      THE DEPONENT: Take the Fifth.
24

298

1  BY MR. SWAMINATHAN:
2       Q    And finally, after all of this,
3  eventually you sent Officer Trevino in to talk to
4  Arturo Reyes, right?
5       MR. DAFFADA: Object to form and
6  foundation.
7       THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9       Q    Trevino is a detective, right?
10      A    Take the Fifth.
11      Q    Trevino is a youth officer, right?
12      A    Take the Fifth.
13      Q    He was assigned to basically work with
14 children, right?
15      MR. DAFFADA: Objection, form.
16      THE DEPONENT: Take the Fifth.
17      MS. ROSEN: Objection, foundation.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20      Q    He was a Spanish speaker, right?
21      MR. DAFFADA: Objection, foundation.
22      THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24      Q    And Trevino took Reyes into another

300

1  BY MR. SWAMINATHAN:
2       Q    As part of the plan, Trevino didn't
3  beat Reyes, right?
4       MR. DAFFADA: Objection, form and
5  foundation.
6       THE DEPONENT: Take the Fifth.
7  BY MR. SWAMINATHAN:
8       Q    As part of the plan, Trevino didn't
9  threaten Reyes, right?
10      MR. DAFFADA: Objection, form and
11 foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14      Q    Instead, the plan was for Trevino to
15 tell Reyes that he wanted to help him, right?
16      MR. DAFFADA: Objection, foundation and
17 form.
18      THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20      Q    And so Trevino told Reyes if he does
21 what he says, Trevino would help him out of the
22 situation, right?
23      MR. DAFFADA: Objection, foundation and
24 form.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

301

1     THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q    The plan was Trevino was gonna tell him
4 that instead of what you wanted him to say, that
5 you'd be able to help him, right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    And Trevino was there to build some
11 trust with Reyes, right?
12       MR. DAFFADA:  Objection, form and
13 foundation.
14       THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And Trevino was there to convince Reyes
17 that he really was gonna help him, right?
18       MR. DAFFADA:  Objection, form and
19 foundation.
20       THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    But Trevino also made clear that
23 Reyes -- strike that.
24       Trevino also told Reyes that he had to

302

1 be worried about the threat of you, Detective
2 Guevara, right?
3        MR. DAFFADA:  Objection, form,
4 foundation.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    That if he didn't cooperate, that you
8 might beat him some more, right?
9        MR. DAFFADA:  Objection, form and
10 foundation.
11       THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    That your threat was real about him
14 getting the electric chair, right?
15       MR. DAFFADA:  Objection, form and
16 foundation.
17       THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    But he acted like he was Reyes' friend
20 and he told him that the only way to avoid all of
21 that was for him to do what he says, right?
22       MR. DAFFADA:  Objection, form and
23 foundation.
24       You're asking questions that are

303

1 clearly, like, about what other people --
2 conversations he -- you didn't even imply that he
3 was around these conversations.
4        MR. SWAMINATHAN:  I did.
5        The questions are based on the fact
6 that they had a plan, Jim.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    And ultimately because of the physical
10 and psychological abuse that you put Reyes
11 through, he believed Trevino, right?
12       MS. ROSEN:  Objection, calls for
13 speculation.
14       MR. ENGQUIST:  Argumentative,
15 foundation.
16       MR. DAFFADA:  That wasn't a question, I
17 don't think, was it?
18       MR. SWAMINATHAN:  I'll ask a new
19 question.
20 BY MR. SWAMINATHAN:
21    Q    Ultimately because Reyes was so
22 physically and psychologically abused, he agreed
23 to do what Trevino wanted, right?
24       MR. DAFFADA:  Objection, foundation and

304

1 form.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    And that was the plan you guys had come
5 up with, right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    Trevino going into that room and
11 talking to Reyes, that was orchestrated by you and
12 Trevino, correct?
13       MR. DAFFADA:  Objection, form and
14 foundation.
15       THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    And Halvorson was also part of that
18 point, your partner?
19       MR. DAFFADA:  Objection, form and
20 foundation.
21       THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And after that, you spoke to Trevino
24 and he told you that Reyes was ready to confess,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

305

1  right?
2        MR. DAFFADA:  Objection, form and
3  foundation.
4        THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    So that point -- strike that.
7        So at that point you had Reyes brought
8  to the Assistant State's Attorney, O'Malley,
9  right?
10        MR. DAFFADA:  Objection, form and
11  foundation.
12        THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14      Q    Before Reyes went in to talk to
15  O'Malley, you spoke to O'Malley yourself, right?
16        MR. DAFFADA:  Objection, form and
17  foundation.
18        THE DEPONENT:  Take the Fifth.
19        MR. BRENER:  I object to the
20  foundation.
21        THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    Sir, you told O'Malley your version of
24  the story, right?

306

1        MR. DAFFADA:  Objection, foundation and
2  form.
3        MR. BRENER:  Join.
4        THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    And you told him that Reyes was ready
7  to confess, right?
8        MR. DAFFADA:  Objection, foundation and
9  form.
10        THE DEPONENT:  Take the Fifth.
11  BY MR. SWAMINATHAN:
12      Q    Sir, you knew that O'Malley didn't
13  speak Spanish, right?
14        MR. DAFFADA:  Objection, foundation and
15  form.
16        THE DEPONENT:  Take the Fifth.
17  BY MR. SWAMINATHAN:
18      Q    But Trevino did, right?
19        MR. DAFFADA:  Objection, foundation and
20  form.
21        THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23      Q    And so you sent Trevino in to help work
24  with O'Malley to get the statement from Reyes,

307

1  right?
2        MR. DAFFADA:  Objection, foundation and
3  form.
4        THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    At that point the plan that you and
7  Trevino had had worked, right?
8        MR. DAFFADA:  Objection, foundation,
9  form.
10        THE DEPONENT:  Take the Fifth.
11  BY MR. SWAMINATHAN:
12      Q    So you sent Trevino in with the
13  expectation that he would go in and get the
14  statement that you wanted, right?
15        MR. DAFFADA:  Objection, foundation and
16  form.
17        MS. ROSEN:  Objection, argumentative.
18        So can I just get a point of
19  clarification?
20        Your belief is that by inserting the
21  word plan into the question that that makes it
22  okay -- that provides foundation for asking this
23  whole line of questions about other people?
24        MR. SWAMINATHAN:  I mean, it's not a

308

1  matter of inserting a word.  This is not some kind
2  of trick.
3        I mean, the evidence in this case
4  leaves more than enough room, circumstantial and
5  otherwise, to infer that they were part of a plan;
6  that they had a plan to do this and it was
7  orchestrated.
8        And I'm asking him about this plan.
9        If he wants to tell me no such plan
10  existed, he can tell me that.
11        But I'm certainly entitled to ask him,
12  based on the evidence we have, about these guys
13  working together at the station on this
14  investigation in the way that they did that this
15  was very much an orchestrated plan.
16        And if it was, it's perfectly
17  appropriate to ask him what the expectations were
18  of Trevino and what Trevino was communicating or
19  what Trevino was reporting back to him.
20        MS. ROSEN:  So it's your position that
21  based on the record developed to date, you have a
22  good faith basis, circumstantially or otherwise,
23  for this idea that there was a plan?
24        MR. SWAMINATHAN:  Oh, absolutely.  Not

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

309

1 that Guevara was operating alone in interrogating
2 this witness with a number of another detectives
3 in the station.
4    If the defendants believe that the only
5 questions to which there's foundation in this case
6 is that Guevara acted entirely alone and that none
7 of the other detectives in the station, who were
8 all there at that time, knew anything about it, I
9 think that's a remarkable position.
10   To suggest there isn't a foundation for
11 these questions and that all these other officers
12 were duped when they were working on the
13 investigation with Guevara is actually remarkable.
14   MS. ROSEN: I'm not suggesting anybody
15 was duped. I'm trying to understand, as we sit
16 here today, based on the evidence that you have in
17 this case so far, what you believe. And you've
18 answered that question for me.
19   I appreciate it. Thanks.
20   MR. SWAMINATHAN: Yep.
21   THE DEPONENT: Take the Fifth.
22   MR. SWAMINATHAN: Madam Court Reporter,
23 can you just read back the last question?
24   (Reporter read back last question.)

310

1 BY MR. SWAMINATHAN:
2    Q    And that was gonna be the story you had
3 developed implicating Reyes and Solache, right?
4    MR. DAFFADA: Objection, foundation and
5 form.
6    THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And that you had said to Arturo Reyes
9 and Gabriel Solache, right?
10   MR. DAFFADA: Objection, foundation and
11 form.
12   THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And that you'd said to Adriana Mejia,
15 right?
16   MR. DAFFADA: Objection, foundation and
17 form.
18   THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    And that you'd said to Trevino,
21 Rutherford and Dickenson, right?
22   MR. DAFFADA: Objection, foundation and
23 form.
24   THE DEPONENT: Take the Fifth.

311

1 BY MR. SWAMINATHAN:
2    Q    It was the same story you'd walked
3 through with them when you had taken them to the
4 conference room, right, with Trevino, Rutherford,
5 Dickenson and Reyes, right?
6    MR. DAFFADA: Objection, foundation,
7 form.
8    THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    And so when Trevino went into the room
11 with the prosecutor and with Reyes, he knew the
12 plan was to get the same story from Reyes,
13 correct?
14   MR. DAFFADA: Objection to form and
15 foundation.
16   MS. ROSEN: Also, speculation.
17   THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q    O'Malley didn't speak Spanish, right?
20   MR. DAFFADA: Objection, foundation.
21   MS. ROSEN: Asked and answered.
22   THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24   Q    And so it was Trevino that was asking

312

1 the questions to Arturo Reyes, right?
2    MR. DAFFADA: Objection, foundation and
3 form.
4    THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And it was Trevino that was giving the
7 answers back to O'Malley, correct?
8    MR. DAFFADA: Objection, foundation and
9 form.
10   THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12   Q    And eventually Trevino had Reyes sign a
13 confession that documented the story you had
14 developed, right?
15   MR. DAFFADA: Objection, foundation and
16 form.
17   MR. ENGQUIST: And argumentative.
18   THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    And eventually Trevino was able to get
21 Reyes to sign that confession, right?
22   MR. DAFFADA: Objection, foundation.
23   MR. ENGQUIST: Calls for speculation.
24   THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

313

1 BY MR. SWAMINATHAN:
2    Q    It was a confession that Reyes couldn't
3 read and wasn't read to him, right?
4         MR. DAFFADA: Objection to the form.
5         MR. BRENER: Objection, misstates
6 testimony of prior witnesses.
7         THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    Reyes thought he was signing something
10 that would lead to his being released, right?
11        MR. DAFFADA: Objection, form and
12 foundation.
13        MS. ROSEN: Calls for speculation
14 argumentative.
15        THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q    Because that's what Trevino told him
18 was part of the plan, right?
19        MR. DAFFADA: Objection, form and
20 foundation.
21        THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q    Ultimately you orchestrated the whole
24 thing, including Arturo Reyes' confession and his

314

1 written statement, correct?
2         MR. DAFFADA: Objection, form.
3         MR. BRENER: I'll join the objection to
4 form, foundation, argumentative.
5         THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    I want to talk to you about the GPR,
8 General Progress Report, written by Detectives
9 Dickenson and Rutherford.
10        You were the one who got Rutherford and
11 Dickenson involved in the interrogation of Reyes,
12 correct?
13        MR. DAFFADA: Objection, foundation and
14 form.
15        THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q    And although they were present for the
18 interview that you conducted, that we discussed,
19 they did not have any other role in the
20 investigation, right?
21        MR. DAFFADA: Objection, form and
22 foundation.
23        THE DEPONENT: Take the Fifth.
24

315

1 BY MR. SWAMINATHAN:
2    Q    They just sat down and documented the
3 version of events that you told them, correct?
4         MR. DAFFADA: Objection, form and
5 foundation.
6         MS. ROSEN: Argumentative.
7         THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    And, sir, are you aware that Rutherford
10 doesn't even remember if he was present for the
11 interrogation?
12        MR. DAFFADA: Objection, form and
13 foundation.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16   Q    Was Rutherford there, present for
17 interrogation?
18        MR. DAFFADA: Objection, foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q    According to Rutherford, he was only in
22 one interview involving Arturo Reyes, correct?
23        MR. DAFFADA: Objection, form and
24 foundation.

316

1         THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And in that interview, you did all the
4 talking, right?
5         MR. DAFFADA: Objection, foundation.
6         THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    You spoke Spanish to Reyes while the
9 other detectives and Trevino set there, right?
10        MR. DAFFADA: Objection, form,
11 foundation.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And Dickenson, too, wasn't involved in
15 any other interviews with Reyes besides that one,
16 right?
17        MR. DAFFADA: Objection, form.
18        THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q    Let me show a document marked Exhibit
21 9.
22        (Deposition Exhibit Number 9 marked.)
23 BY MR. SWAMINATHAN:
24   Q    I'm showing you a document marked

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

80 (317 to 320)

317

1 Exhibit 9. This is a General Progress Report. It
2 has a date of April 4th, 1998, in the upper right
3 corner. Bates stamped RFC 257 through 259.
4 Sir, you know this to be a General
5 Progress Report containing the handwritten notes
6 of Detectives Rutherford and Dickenson, correct?
7 MR. DAFFADA: Objection, form and
8 foundation.
9 THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11 Q And these handwritten notes purport to
12 document an interview with Arturo Reyes, right?
13 MR. DAFFADA: Objection, form and
14 foundation.
15 THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17 Q And this is the interview that we've
18 been discussing that you actually led, right?
19 MR. ENGQUIST: Objection, foundation,
20 argumentative. Misstates the testimony.
21 MR. DAFFADA: Form.
22 THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24 Q And this GPR is written in English,

318

1 right?
2 THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4 Q The information that's written here in
5 this report, these are your words, right?
6 MR. DAFFADA: Objection, form and
7 foundation.
8 MR. ENGQUIST: Join.
9 BY MR. SWAMINATHAN:
10 Q Go ahead.
11 **A Take the Fifth.**
12 Q They're not Arturo Reyes' words, right?
13 MR. DAFFADA: Objection, form.
14 MR. ENGQUIST: Calls for speculation,
15 argumentative.
16 THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18 Q This is -- strike that.
19 This Exhibit 9, this document reflects
20 what you told Dickenson and Rutherford to write in
21 their GPR, right?
22 MR. DAFFADA: Objection, form and
23 foundation.
24 MR. ENGQUIST: And argumentative.

319

1 THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3 Q You wanted them to write this GPR to
4 make it seem like Reyes had confessed more than
5 once to the murder, right?
6 MR. DAFFADA: Objection, form.
7 THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9 Q And to make it seem like he confessed
10 to people other than you, right?
11 MR. DAFFADA: Objection, form,
12 foundation.
13 THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15 Q Sir, you know these notes are a
16 complete fabrication, right?
17 MR. DAFFADA: Objection, form.
18 MS. ROSEN: Objection, foundation.
19 Objection, argumentative.
20 THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22 Q Reyes never said any of this, right?
23 MR. DAFFADA: Objection, form and
24 foundation.

320

1 MR. ENGQUIST: And argumentative.
2 THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4 Q All right. Let's talk about the
5 handwritten statement that was obtained by the
6 prosecutor O'Malley.
7 Sir, Reyes' handwritten confession is
8 fabricated, right?
9 MR. DAFFADA: Objection, form and
10 foundation.
11 MS. ROSEN: Objection, argumentative.
12 MR. BRENER: I join all the objections.
13 BY MR. SWAMINATHAN:
14 Q The handwritten confession is false,
15 correct?
16 MR. DAFFADA: Objection, form and
17 foundation.
18 THE DEPONENT: Take the Fifth.
19 MR. BRENER: And argumentative.
20 THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22 Q Reyes never told you or Halvorson or
23 Trevino or anyone else that he was involved in the
24 murder of the Sotos and the kidnapping of their

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

321

1  children, correct?
2          MR. DAFFADA:  Objection, form.
3          MR. BRENER:  Objection, foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    I'll show you a document marked Exhibit
7  10.
8          (Deposition Exhibit Number 10 marked.)
9  BY MR. SWAMINATHAN:
10     Q    I show you a document marked Exhibit
11 10.  It's Bates stamped RFC 294 through 300.
12         Sir, this is a handwritten statement of
13 Arturo Reyes, right?
14         MR. DAFFADA:  Objection, foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    And this lays out the story that you
18 developed?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         MS. ROSEN:  Objection, argumentative.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    If you look at page 2 of this document,

322

1  your story was that just a little more than a
2  month after moving to the house, both strangers,
3  Adriana told Arturo Reyes a big secret, that she
4  wasn't pregnant, right?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          MR. ENGQUIST:  And argumentative.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    And that he agreed to help her get a
11 baby, right?
12         MR. DAFFADA:  Objection, form and
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And after he just moved to this
17 country, he was willing to steal a baby for a
18 woman he didn't even know, right?
19         MR. DAFFADA:  Objection, form,
20 foundation.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    That was the story but the story --
24         MS. ROSEN:  Also, I want to lodge an

323

1  objection to the last question.  Argumentative.
2  BY MR. SWAMINATHAN:
3      Q    Okay.  Sir, that was the story but the
4  story doesn't make any sense, right?
5          MS. ROSEN:  Objection, argumentative.
6          MR. DAFFADA:  Objection, form.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Can you look at page 3?
10         You're looking now at page 3 of this
11 RFC 296.
12         It says that Reyes told Adriana he knew
13 Solache would be involved because he had seen them
14 talking, right?
15         MR. DAFFADA:  Objection to form.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    And it says Reyes had an understanding
19 that Adriana wanted to steal a baby, right?
20         MR. DAFFADA:  Objection, form.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    And Solache picked Reyes up on March 26
24 at 1:30 a.m., right?

324

1          MR. DAFFADA:  Object to form.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    Solache didn't get off work that night
5  until 3:00 a.m., right?
6          MR. DAFFADA:  Objection, form,
7  foundation.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    In other words, this part of this
11 statement is obviously false, right?
12         MR. DAFFADA:  Objection, form,
13 foundation.
14         MS. ROSEN:  Objection, argumentative.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    If you look at page 4 of the statement,
18 it says that all three of them drove to the Soto
19 residence.  Adriana talked with the lady at the
20 door and then gave them a sign, right?
21         MR. DAFFADA:  Objection, form and
22 foundation.
23         THE DEPONENT:  Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

82 (325 to 328)

325

1  BY MR. SWAMINATHAN:
2      Q    It says Reyes and Solache rushed into
3  the apartment and Reyes stabbed her -- stabbed the
4  lady to quiet her down, right?
5          MR. DAFFADA:  Objection, foundation and
6  form.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    But the woman was found lying face down
10 in her bed, right?
11         MR. DAFFADA:  Objection, foundation and
12 form.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    Again, this cannot be accurate, right?
16         MR. DAFFADA:  Objection, form.
17         MS. ROSEN:  Foundation, argumentative.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    Again, this section is another example
21 where the statement is obviously false, right?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         MS. ROSEN:  Objection, argumentative.

326

1          THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    And page 5 of the statement, it says,
4  Reyes saw Solache killing the man in the bed.
5          Do you see that?
6      A    Take the Fifth.
7      Q    The man's body was found by the front
8  door, though, right?
9          MR. DAFFADA:  Objection, form and
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    Again, another section of the statement
14 that's obviously false, right?
15         MR. DAFFADA:  Objection, form and
16 foundation.
17         MS. ROSEN:  Objection, argumentative.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    Sir, do you have any explanation for
21 how the bodies got switched between the bedroom
22 and the front door after they were killed?
23         MR. DAFFADA:  Objection, form and
24 foundation.

327

1          MS. ROSEN:  Calls for speculation and
2  argumentative.
3          THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    If you look at page 6 of the statement,
6  it says that Gabriel and Adriana dropped Reyes off
7  a few blocks from home and then he went home and
8  acted like nothing had happened, right?
9          MR. DAFFADA:  Objection, form.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    An hour later, he went to work for a
13 ten-hour shift of manual labor at a factory,
14 right?
15         MR. DAFFADA:  Objection, form and
16 foundation.
17         MS. ROSEN:  Objection, argumentative.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    In other words, he worked all day,
21 committed this gruesome murder overnight and then
22 went back to work for another long shift, right?
23         MR. DAFFADA:  Objection, form and
24 foundation.

328

1          MS. ROSEN:  Objection, argumentative.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    That's not believable either, is it?
5          MR. DAFFADA:  Objection, form.
6          MS. ROSEN:  Objection, argumentative.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    Sir, this entire statement, Exhibit
10 10 --
11         MR. DAFFADA:  I'm sorry.  I can't hear
12 you right, Anand.
13 BY MR. SWAMINATHAN:
14     Q    I'll ask it again.
15         Sir, this entire statement, Exhibit 10,
16 this is entirely made up by you, right?
17         MR. DAFFADA:  Objection, form,
18 foundation.
19         MS. ROSEN:  Argumentative.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You did all this in conjunction with
23 your partner, Ernest Halvorson, right?
24         MR. DAFFADA:  Objection, form and

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

83 (329 to 332)

329

1 foundation.
2       MR. ENGQUIST: Asked and answered.
3       MS. ROSEN: Argumentative.
4       THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q   And with Trevino and others, right?
7       MR. DAFFADA: Objection, form and
8 foundation.
9       MS. ROSEN: Argumentative.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   Sir, you did this under the supervision
13 of Sergeants Mingey, Capitelli and Biebel, right?
14       MR. DAFFADA: Objection to form and
15 foundation.
16       MS. ROSEN: Argumentative.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   All right. Let's talk about your
20 interrogation of Gabriel Solache.
21       When Mr. Solache was brought to Area
22 Five in the early morning hours of April 3rd, you
23 placed him in a small interrogation room, correct?
24       MR. DAFFADA: Objection, foundation and

330

1 form.
2       THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   You handcuffed him to the ring on the
5 wall, correct?
6       MR. DAFFADA: Objection, form and
7 foundation.
8       THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   You asked him about the Soto crime,
11 right?
12       MR. DAFFADA: Objection, form and
13 foundation.
14       THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   When Mr. Solache told you that he had
17 already been questioned and already told police he
18 wasn't involved, that was not what you wanted to
19 hear, was it?
20       MR. DAFFADA: Objection, form and
21 foundation.
22       THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q   You told Solache you didn't believe

331

1 him, right?
2       MR. DAFFADA: Objection, form and
3 foundation.
4       THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q   You told him he better tell the truth
7 and that telling lies is going to be bad for him,
8 right?
9       MR. DAFFADA: Objection, form and
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q   And even though he was handcuffed to
14 the wall, you started beating him, right?
15       MR. DAFFADA: Objection, form and
16 foundation.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   And that included beating him
20 repeatedly on his face, right?
21       MR. DAFFADA: Objection, form and
22 foundation.
23       THE DEPONENT: Take the Fifth.
24

332

1 BY MR. SWAMINATHAN:
2    Q   You could see that you hurt him and
3 that you'd scared him, right?
4       MR. DAFFADA: Objection, form and
5 foundation.
6       THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   And that was the goal, right?
9       MR. DAFFADA: Objection, form and
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q   That was your way of communicating to
14 him that he better cooperate and tell you what you
15 wanted to hear, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       MR. ENGQUIST: Argumentative.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   And after you beat Solache, you walked
22 out and shut the door, right?
23       MR. DAFFADA: Objection, foundation and
24 form.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

84 (333 to 336)

333

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q   He remained in the room handcuffed to
4 the wall, right?
5      MR. DAFFADA: Objection, foundation,
6 form.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q   And you left him there for many hours,
10 right?
11     MR. DAFFADA: Objection, foundation,
12 form.
13     THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15   Q   And later on you and your partner,
16 Halvorson, went into the room where you'd left
17 Mr. Solache and you inspected his clothing and
18 shoes, right?
19     MR. DAFFADA: Objection, foundation and
20 form.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   And you claimed to have seen what
24 appeared to be blood on his shoes, right?

334

1      MR. DAFFADA: Objection, foundation and
2 form.
3      THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q   By taking his shoes, you were trying
6 to -- strike that.
7      But there was never blood found on
8 Mr. Solache's shoes, right?
9      MR. DAFFADA: Objection, foundation.
10     THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12   Q   You just put that in your report to
13 make it seem like there was some basis to actually
14 treat Mr. Solache as a real suspect, right?
15     MR. DAFFADA: Objection, form and
16 foundation.
17     THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q   To make it seem like there was some
20 basis to take his shoes from him, right?
21     MR. DAFFADA: Objection, form and
22 foundation.
23     THE DEPONENT: Take the Fifth.
24

335

1 BY MR. SWAMINATHAN:
2    Q   But your real goal in taking his shoes
3 was to humiliate him, right?
4      MR. DAFFADA: Objection, form and
5 foundation.
6      THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   And to make him feel more vulnerable,
9 right?
10     MR. DAFFADA: Objection, form and
11 foundation.
12     THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   You knew the interrogation room you
15 kept him in was going to be really cold, right?
16     MR. DAFFADA: Objection, form and
17 foundation.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q   After taking Mr. Solache's shoes, you
21 went back in to see him again, right?
22     MR. DAFFADA: Objection, foundation and
23 form.
24     THE DEPONENT: Take the Fifth.

336

1 BY MR. SWAMINATHAN:
2    Q   And he was still handcuffed to the
3 wall, right?
4      MR. DAFFADA: Objection, foundation and
5 form.
6      THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   You had Adriana Mejia with you, right?
9      MR. DAFFADA: Objection, foundation and
10 form.
11     THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13   Q   By this time you had already beat her
14 into submitting to your story, correct?
15     MR. DAFFADA: Objection to form and
16 foundation.
17     THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q   You told her to say that Solache had
20 helped with the murders, right?
21     MR. DAFFADA: Objection, form and
22 foundation.
23     THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

85 (337 to 340)

337

1 BY MR. SWAMINATHAN:
2    Q    And on two, you had Ms. Mejia say that
3 he had helped her with the crimes, right?
4        MR. DAFFADA:  Objection, foundation and
5 form.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And when you had her say it in front of
9 Solache, you then asked him, and he was still
10 denying involvement, right?
11        MR. DAFFADA:  Objection, form and
12 foundation.
13        THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    When Mr. Solache said he had not done
16 anything, you hit him again, right?
17        MR. DAFFADA:  Objection, form and
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You did that in front of Adriana Mejia,
22 right?
23        MR. DAFFADA:  Objection, form and
24 foundation.

338

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And you could see that your blows hurt
4 him, right?
5        MR. DAFFADA:  Objection, form and
6 foundation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    And that they scared him, correct?
10        MR. DAFFADA:  Objection, form and
11 foundation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    And by hitting him, you were
15 communicating that he needed to cooperate and if
16 he didn't, there'd be more blows coming, correct?
17        MR. DAFFADA:  Objection, form and
18 foundation.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And then you took Ms. Mejia back to the
22 other room, right, and left him alone?
23        MR. DAFFADA:  Objection, form and
24 foundation.

339

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And after you did that, you went back
4 to Mr. Reyes -- strike that.
5        And after you did that, you went back
6 to Mr. Reyes and you beat and coerced him to
7 falsely implicate Solache, right?
8        MR. DAFFADA:  Objection, form and
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    We've already covered that, right?
13        MS. ROSEN:  Objection, form,
14 foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    And then and only then you went back to
18 Mr. Solache again, right?
19        MR. DAFFADA:  Objection, form and
20 foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And you went into the room where
24 Mr. Solache was still handcuffed to the wall,

340

1 right?
2        MR. DAFFADA:  Objection, form and
3 foundation.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And you told him that Ms. Mejia and
7 Mr. Reyes had both said he was involved, right?
8        MR. DAFFADA:  Objection, form and
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    And Solache again told you that he was
13 not involved, right?
14        MR. DAFFADA:  Objection, form and
15 foundation.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    And once again you called him a liar,
19 correct?
20        MR. DAFFADA:  Objection, form and
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    And since he was still denying

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

86 (341 to 344)

341

1 involvement, you realized that if you were going
2 to get him to confess, you needed to use more
3 force, right?
4        MR. DAFFADA: Objection, form and
5 foundation.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q   So you upped the ante, right?
9        MR. DAFFADA: Objection, form and
10 foundation.
11       MS. ROSEN: Argumentative.
12       THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   You beat him in the stomach this time,
15 right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q   You just didn't hit him once in the
21 stomach, you hit him repeatedly in the stomach?
22       MR. DAFFADA: Objection, form and
23 foundation.
24       THE DEPONENT: Take the Fifth.

342

1 BY MR. SWAMINATHAN:
2    Q   And you could see that he was scared,
3 right?
4        MR. DAFFADA: Objection, form and
5 foundation.
6        THE DEPONENT: Take the Fifth.
7        MS. ROSEN: Calls for speculation.
8 BY MR. SWAMINATHAN:
9    Q   And you could see that he was hurt,
10 right?
11       MR. DAFFADA: Objection, form and
12 foundation.
13       THE DEPONENT: Take the Fifth.
14       MS. ROSEN: Also calls for speculation.
15 BY MR. SWAMINATHAN:
16    Q   And you punched repeatedly to beat him
17 into saying whatever you wanted him to say,
18 correct?
19       MR. DAFFADA: Objection, form and
20 foundation.
21       THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   This time it worked, right?
24       MR. DAFFADA: Objection, form and

343

1 foundation.
2        THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q   He finally caved in, right?
5        MR. DAFFADA: Objection, form and
6 foundation.
7        MS. ROSEN: Objection, argumentative.
8        THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q   He couldn't take any more beating,
11 right?
12       MR. DAFFADA: Objection, form and
13 foundation.
14       MS. ROSEN: Objection, argumentative.
15       THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q   He'd been kept hours upon hours in a
18 small room, right?
19       MR. DAFFADA: Objection, form and
20 foundation.
21       MS. ROSEN: Objection, argumentative.
22       THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q   He'd been kept there shoeless, right?

344

1        MR. DAFFADA: Objection, form and
2 foundation.
3        MS. ROSEN: Objection, argumentative.
4        THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q   Nowhere to sleep, right?
7        MR. DAFFADA: Objection, form and
8 foundation.
9        MS. ROSEN: Argumentative.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q   No opportunity to use the bathroom,
13 right?
14       MR. DAFFADA: Objection, form and
15 foundation.
16       MS. ROSEN: Argumentative.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q   With nothing to eat and drink, right?
20       MR. DAFFADA: Objection, form and
21 foundation.
22       MS. ROSEN: Argumentative.
23       THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

345

1 BY MR. SWAMINATHAN:
2    Q    And handcuffed to the wall the whole
3 time, right?
4         MR. DAFFADA:  Objection, form and
5 foundation.
6         MS. ROSEN:  Argumentative.
7         THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    So you could see that he was now ready
10 to finally tell you whatever you wanted to hear,
11 right?
12        MR. DAFFADA:  Objection, form and
13 foundation.
14        MS. ROSEN:  Argumentative.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q    He told you, he finally said, whatever
18 you told him to say, he would agree to say, right?
19        MR. DAFFADA:  Object to form and
20 foundation.
21        MS. ROSEN:  Argumentative.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24   Q    Sir, you were the only detective or

346

1 officer to interrogate Mr. Solache one-on-one the
2 entire time he was in Area Five, right?
3         MR. DAFFADA:  Objection, form and
4 foundation.
5         THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    It's easier for you to fabricate the
8 story, you control the script that way, right?
9         MR. DAFFADA:  Objection, form and
10 foundation.
11        MS. ROSEN:  Argumentative.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q    And by the time you forced Solache to
15 confess to your fabricated script, Solache had
16 been in custody for hours and hours?
17        MR. DAFFADA:  Objection, form and
18 foundation.
19        MS. ROSEN:  Argumentative.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22   Q    And he had no contact with anyone but
23 you, right?
24        MR. DAFFADA:  Objection, form and

347

1 foundation.
2         MS. ROSEN:  Argumentative.
3         THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And earlier in the investigation, you
6 took Adriana Mejia for a lie detector test, right?
7         MR. DAFFADA:  Objection, form.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    But you didn't take Mr. Solache, did
11 you?
12        MR. DAFFADA:  Objection, foundation and
13 form.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16   Q    You didn't want to take the risk that
17 he'd be found to be truthful when he denied any
18 knowledge or participation in the Soto murder and
19 the kidnapping, right?
20        MR. DAFFADA:  Objection, form and
21 foundation.
22        MS. ROSEN:  Argumentative.
23        THE DEPONENT:  Take the Fifth.
24

348

1 BY MR. SWAMINATHAN:
2    Q    The same for Reyes.  You didn't take
3 Reyes for a polygraph test either?
4         MR. DAFFADA:  Objection, form and
5 foundation.
6         THE DEPONENT:  Take the Fifth.
7         MS. ROSEN:  Argumentative.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    You didn't want to risk the possibility
11 that Reyes would be found truthful when he denied
12 knowledge of participation in the Sotos' murders,
13 kidnappings, right?
14        MR. DAFFADA:  Objection, form and
15 foundation.
16        MS. ROSEN:  Argumentative.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q    When you had finally beaten your
20 fabricated story out of Mr. Solache, you were
21 ready to commit that story to a handwritten
22 confession, right?
23        MR. DAFFADA:  Objection, form and
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

88 (349 to 352)

349

1      MS. ROSEN: Argumentative.
2      THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    You knew that confession would be a
5 powerful piece of evidence to a jury, right?
6      MR. DAFFADA: Objection, form and
7 foundation.
8      MS. ROSEN: Argumentative.
9      THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    You knew that if Mr. Solache later
12 denied that confession, said it was false and said
13 that you beat him, the jury would be more likely
14 to believe you, right?
15     MR. DAFFADA: Objection to form and
16 foundation.
17     MS. ROSEN: Argumentative.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    You were an experienced Chicago police
21 detective. He was an undocumented, uneducated,
22 non-English speaking migrant worker, right?
23     MR. DAFFADA: Objection to form and
24 foundation.

350

1      MS. ROSEN: Argumentative.
2      THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    Really you needed that confession
5 because you didn't have anything else really
6 connecting Mr. Solache to the Sotos' murders,
7 right?
8      MR. DAFFADA: Objection, foundation and
9 form.
10     MS. ROSEN: Argumentive.
11     THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You knew he had no prior arrests and no
14 criminal record, right?
15     MR. DAFFADA: Object to form and
16 foundation.
17     MS. ROSEN: Argumentative.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    You had no eyewitnesses?
21     MR. DAFFADA: Objection, form and
22 foundation.
23     MS. ROSEN: Argumentative.
24     THE DEPONENT: Take the Fifth.

351

1 BY MR. SWAMINATHAN:
2      Q    And you had no physical evidence,
3 right?
4      MR. DAFFADA: Objection, foundation and
5 form.
6      MS. ROSEN: Argumentative.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9      Q    All you had against Solache were those
10 confessions that you fabricated and coerced from
11 him and Adriana Mejia and Arturo Reyes, right?
12     MR. DAFFADA: Objection, foundation and
13 form.
14     MS. ROSEN: Argumentative.
15     THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    One second. All right.
18     Now, let's talk about the handwritten
19 confession of Mr. Solache. I'm going to show you
20 a document marked Exhibit 11.
21     (Deposition Exhibit Number 11 marked.)
22 BY MR. SWAMINATHAN:
23     Q    All right. Sir, what I'm showing is an
24 exhibit marked Exhibit 11, Bates stamped RFC 4006

352

1 through 4014. The handwritten statement of
2 Gabriel Solache, nine pages.
3      Sir, taking a look at this -- strike
4 that.
5      Sir, this is the handwritten statement
6 that was taken purporting to document the
7 confession of Mr. Solache, correct?
8      A    Take the Fifth.
9      Q    You were there when this confession was
10 taken, right?
11     A    Take the Fifth.
12     Q    This document states that on April 4th
13 at 11:25 p.m., you and Assistant State's Attorney,
14 Heather Brualdi, took a handwritten statement from
15 Solache, right?
16     MR. DAFFADA: Objection, form and
17 foundation.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q    You knew that ASA Brualdi -- strike
21 that.
22     You knew that Assistant State's
23 Attorney Brualdi, the prosecutor, didn't speak or
24 understand or read Spanish, right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

353

1    MR. DAFFADA: Objection, form and
2 foundation.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And you knew that Mr. Solache didn't
6 speak or understand or read English, right?
7        MR. DAFFADA: Objection, form and
8 foundation.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    And so you were the interpreter, right?
12        MR. DAFFADA: Objection, form and
13 foundation.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And so you could feed Brualdi your
17 version of events and neither she, nor
18 Mr. Solache, would know the difference, right?
19        MR. DAFFADA: Objection, form and
20 foundation.
21        MS. ROSEN: Argumentative.
22        THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    So you claimed that you relayed to

354

1 Mr. Solache the questions that ASA Brualdi asked,
2 right?
3        MR. DAFFADA: Objection, form and
4 foundation.
5        MS. ROSEN: Argumentative.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And you claimed that you told ASA
9 Brualdi what Mr. Solache answered, right?
10        MR. DAFFADA: Objection, form and
11 foundation.
12        MS. ROSEN: Argumentative.
13        THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    But, in fact, you just told Brualdi
16 that lie that you fabricated, right?
17        MR. DAFFADA: Objection, form and
18 foundation.
19        MS. ROSEN: Argumentative.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And you forced Mr. Solache to agree
23 with you, right?
24        MR. DAFFADA: Objection, foundation and

355

1 form.
2        MS. ROSEN: Argumentative.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    You lead Brualdi to believe that it was
6 Mr. Solache's confession, right?
7        MR. DAFFADA: Objection, foundation and
8 form.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    And Brualdi wrote in English what you
12 told her to write?
13        MR. DAFFADA: Objection, foundation and
14 form.
15        THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    You knew that to ASA Brualdi it was
18 gonna look like Mr. Solache's actual confession,
19 right?
20        MR. DAFFADA: Objection, foundation and
21 form.
22        THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    And you knew that to a jury it would

356

1 look like Mr. Solache's confession, right?
2        MR. DAFFADA: Objection, form and
3 foundation.
4        THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    You knew that it was really your own
7 fabricated story that put Mr. Solache at the scene
8 of the crime he was never at, right?
9        MR. DAFFADA: Objection, form and
10 foundation.
11        MS. ROSEN: Argumentative.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    You never read the statement, Exhibit
15 11, in Spanish back to Mr. Solache, did you?
16        MR. DAFFADA: Objection, form.
17        MR. BRENER: Objection to form and
18 foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    Now, the first page, you had him sign
22 Miranda warnings, right?
23        MR. DAFFADA: Objection, form and
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

357

1       THE DEPONENT: Take the Fifth.
2   BY MR. SWAMINATHAN:
3       Q    You didn't tell him to read it, did
4   you?
5       MR. DAFFADA: Objection, form and
6   foundation.
7       THE DEPONENT: Take the Fifth.
8   BY MR. SWAMINATHAN:
9       Q    You didn't tell him what it meant, did
10  you?
11      MR. DAFFADA: Objection, form and
12  foundation.
13      THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15      Q    You never told him that he had a right
16  to a lawyer, did you?
17      MR. DAFFADA: Objection, form and
18  foundation.
19      THE DEPONENT: Take the Fifth.
20  BY MR. SWAMINATHAN:
21      Q    You were not present when any other
22  person told him that he had a right to a lawyer,
23  right?
24      MR. DAFFADA: Objection, form and

358

1   foundation.
2       THE DEPONENT: Take the Fifth.
3   BY MR. SWAMINATHAN:
4       Q    You had Mr. Solache sign every page of
5   this statement and initial some corrections,
6   right?
7       MR. DAFFADA: Objection, form and
8   foundation.
9       THE DEPONENT: Take the Fifth.
10  BY MR. SWAMINATHAN:
11      Q    You did that so it would make it appear
12  more legitimate to make it appear as if you read
13  the statement to him, correct?
14      MR. DAFFADA: Objection, form and
15  foundation.
16      THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18      Q    And you knew he was gonna sign, because
19  he didn't want you to hit him or beat him or
20  threaten him anymore, right?
21      MR. DAFFADA: Objection, form and
22  foundation.
23      MS. ROSEN: Argumentative.
24      THE DEPONENT: Take the Fifth.

359

1   BY MR. SWAMINATHAN:
2       Q    And, sir, you never offered Mr. Solache
3   the opportunity to write a statement in his own
4   hand in Spanish, right?
5       MR. DAFFADA: Objection, form.
6       MR. BRENER: Argumentative.
7       THE DEPONENT: Take the Fifth.
8   BY MR. SWAMINATHAN:
9       Q    Why didn't you give him a chance to
10  write his own statement?
11      MR. DAFFADA: Objection, form.
12      THE DEPONENT: Take the Fifth.
13  BY MR. SWAMINATHAN:
14      Q    You did that because that way you could
15  control what was written, right?
16      MR. DAFFADA: Objection, form.
17      MS. ROSEN: Foundation, argumentative.
18      MR. BRENER: I'll join those
19  objections.
20      THE DEPONENT: Take the Fifth.
21  BY MR. SWAMINATHAN:
22      Q    You didn't make an audio recording of
23  the confession, right?
24      MR. DAFFADA: Objection, form and

360

1   foundation.
2       THE DEPONENT: Take the Fifth.
3   BY MR. SWAMINATHAN:
4       Q    You didn't make an audio recording
5   because that would have documented that your
6   interpretation for ASA Brualdi was false, right?
7       MR. DAFFADA: Objection, form and
8   foundation.
9       THE DEPONENT: Take the Fifth.
10  BY MR. SWAMINATHAN:
11      Q    And an audio recording would have
12  documented your false interpretation of
13  Mr. Solache's answers, right?
14      MR. DAFFADA: Objection, form and
15  foundation.
16      THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18      Q    And similarly, you never offered
19  Mr. Solache the opportunity to have a videotaped
20  statement, did you?
21      MR. DAFFADA: Objection, form and
22  foundation.
23      THE DEPONENT: Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

361

1  BY MR. SWAMINATHAN:
2      Q   Sir, Exhibit 11, the handwritten
3  confession, that was totally fabricated, correct?
4          MR. DAFFADA:  Objection, form,
5  foundation.
6          MS. ROSEN:  Argumentative.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q   Solache never told you that he was
10 involved in the murder of the Sotos or the
11 kidnapping of the children, did he?
12         MR. DAFFADA:  Objection, form and
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q   Look at page 2 of the document.
17         It even says that Mr. Solache had been
18 told that Adriana Mejia was pregnant, right?
19         MR. DAFFADA:  Objection to form.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q   Let me read that.  I don't think I
23 asked it properly.
24         Sir, the statement says on page 2 that

362

1  Mr. Solache had been told that Adriana Mejia was
2  pregnant, right?
3          MR. DAFFADA:  Objection, form.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q   The statement never says that
7  Mr. Solache knew she was not pregnant, right?
8          MR. DAFFADA:  Objection, form.
9          THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q   It never says Mr. Solache knew anything
12 about her plan to steal a baby, right?
13         MR. DAFFADA:  Objection, form.
14         THE DEPONENT:  Take the Fifth.
15         MS. ROSEN:  Objection, argumentative.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q   But nevertheless, you put him in a car
19 on the way to get a baby, right?
20         MR. DAFFADA:  Objection to form and
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q   Can you look at pages 3 and 4 of the

363

1  statement?
2          According to the statement, he didn't
3  know where they were going or what they were going
4  there for, right?
5          MR. DAFFADA:  Objection, form.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q   This story doesn't make any sense, does
9  it?
10         MR. DAFFADA:  Objection, form.
11         MS. ROSEN:  Objection, argumentative.
12         THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q   The statement you scripted for
15 Mr. Solache says the woman was killed near the
16 door to the apartment and the man was killed in
17 his bed in the bedroom, right?
18         MR. DAFFADA:  Objection, form and
19 foundation.
20         MS. ROSEN:  Objection, argumentative.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q   But that's not where your cleared and
24 closed report placed the body, right?

364

1          MR. DAFFADA:  Objection, form and
2  foundation.
3          MS. ROSEN:  Argumentative.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q   You reported that the woman was in the
7  bedroom and the man was near the door to the
8  apartment, right?
9          MR. DAFFADA:  Objection, foundation and
10 form.
11         MS. ROSEN:  Question asked and answered
12 and argumentative.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q   I'm looking at page 5, the handwritten
16 statement.
17         It says that the woman is screaming
18 upon being stabbed, that the man was fast asleep
19 in the bed, right?
20         MR. DAFFADA:  Objection, form.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q   Sir, it doesn't make sense that the man
24 was sleeping through a violent murder of his

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

365

1 screaming wife, right?
2        MR. DAFFADA: Objection, form.
3        MS. ROSEN: Objection, argumentative,
4 foundation.
5        THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    Sir, on pages 5 and 6 of this
8 statement, it says, Mr. Solache ran into the
9 bedroom and found the man sleeping and that he
10 started stabbing him in the stomach, right?
11        MR. DAFFADA: Objection, form.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    The man was sleeping and didn't even
15 wake up after his wife was screaming. There
16 wasn't any reason to stab or kill him, was there?
17        MR. DAFFADA: Objection, form.
18        MS. ROSEN: Objection, argumentative.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    If the reason for being in the
22 apartment was to steal the children -- strike
23 that.
24        If the reason for being in the

366

1 apartment was to steal the baby, they could have
2 just stolen the baby after killing the woman,
3 right?
4        MR. DAFFADA: Objection, form.
5        MS. ROSEN: Calls for speculation,
6 foundation, argumentative.
7        THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    On page 7 of the statement, it says
10 that after Solache and Reyes dropped off Ms. Mejia
11 at the hospital, they drove home and they went to
12 sleep, right?
13        MR. DAFFADA: Objection, form.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    Is that false?
17        MR. DAFFADA: Objection, form,
18 foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You also knew it would help make the
22 jury think he was a cold blooded killer, right?
23        MR. DAFFADA: Objection, form.
24        MS. ROSEN: Objection, argumentative.

367

1        THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    Sir, you fabricated Mr. Solache's
4 entire statement, right?
5        MR. DAFFADA: Objection, form.
6        THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8    Q    And you did all of this in conjunction
9 with your partner, Detective Halvorson, and
10 others, right?
11        MR. DAFFADA: Objection, foundation and
12 form.
13        THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    You did this under the supervision of
16 Sergeants Mingey, Capitelli and Biebel, right?
17        MR. DAFFADA: Objection, form and
18 foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You fabricated and coerced confession
22 resulted in Mr. Solache's conviction for the
23 murders of Mr. and Mrs. Soto, right?
24        MR. DAFFADA: Objection, form and

368

1 foundation.
2        MS. ROSEN: Argumentative.
3        THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5    Q    And the conviction for the kidnapping
6 of their two children, right?
7        MR. DAFFADA: Objection, form and
8 foundation.
9        MS. ROSEN: Argumentative.
10        THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    And your fabricated and coerced
13 confession and the actions you took to get it
14 resulted in Mr. Solache being sentenced to death,
15 right?
16        MR. DAFFADA: Objection, form and
17 foundation.
18        MS. ROSEN: Objection, argumentative.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And resulted in him ultimately serving
22 20 years in prison, correct?
23        MR. DAFFADA: Objection, form and
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

369

1        MS. ROSEN:  Argumentative.
2        THE DEPONENT:  Take the Fifth.
3        MR. SWAMINATHAN:  I have one more
4    topic.  We should take a five-minute break.
5        VIDEOGRAPHER WILHITE:  The time is 4:22
6    p.m.
7        We're off the record.
8        (Recess.)
9        VIDEOGRAPHER WILHITE:  The time is
10   4:35.
11       We are back on the record.
12   BY MR. SWAMINATHAN:
13     Q   All right.  Changing topics just a
14   little bit.
15       Sir, your abuse of Mr. Reyes, Solache
16   and Rosauro and Adriana Mejia, that was not a new
17   experience for you, was it?
18       MR. DAFFADA:  Objection, form and
19   foundation.
20       MS. ROSEN:  Objection, argumentative.
21       THE DEPONENT:  Take the Fifth.
22   BY MR. SWAMINATHAN:
23     Q   Sir, you claimed in testimony you've
24   given in the Reyes and Solache case that you've

370

1    never --
2        Sir, you claimed in testimony that
3    you've given in Reyes' and Solache's case that
4    you've never abused a criminal suspect to get a
5    confession, correct?
6        MR. DAFFADA:  Objection, foundation and
7    form.
8        THE DEPONENT:  Take the Fifth.
9    BY MR. SWAMINATHAN:
10     Q   Sir, do you recall during your
11   testimony in the Post Conviction case on April
12   30th, 2017, being asked the following questions
13   and giving the following answers?
14       Question:  With respect to Arturo
15   Reyes, Mr. Guevara, did you ever punch him in the
16   stomach?
17       Answer:  What's the question?
18       Did you ever punch him in the stomach
19   while talking to him?
20       Answer:  That's something I would not
21   have done.
22       Were you asked those questions and did
23   you give those answers?
24     A   Take the Fifth.

371

1      Q   Sir, you said in your sworn testimony
2    that abusing a suspect is not something you would
3    have done, correct?
4        MR. DAFFADA:  Objection, foundation and
5    form.
6        MS. ROSEN:  Objection, asked and
7    answered.
8        THE DEPONENT:  Take the Fifth.
9    BY MR. SWAMINATHAN:
10     Q   And that's not true, because you've
11   beaten suspects into confessing repeatedly, right?
12       MR. DAFFADA:  Objection to form and
13   foundation.
14       MS. ROSEN:  Objection, argumentative.
15       THE DEPONENT:  Take the Fifth.
16   BY MR. SWAMINATHAN:
17     Q   You've been accused of physically
18   abusing witnesses and suspects numerous times,
19   right?
20       MR. DAFFADA:  Objection, form and
21   foundation.
22       THE DEPONENT:  Take the Fifth.
23   BY MR. SWAMINATHAN:
24     Q   In fact, that's part of why you're

372

1    asserting the Fifth Amendment here, right?
2        MR. DAFFADA:  Objection, form.
3        THE DEPONENT:  Take the Fifth.
4    BY MR. SWAMINATHAN:
5      Q   For beating confessions out of
6    witnesses and suspects was part of your regular
7    pattern and practice as a homicide detective with
8    CPD, right?
9        MR. DAFFADA:  Objection, form and
10   foundation.
11       THE DEPONENT:  Take the Fifth.
12   BY MR. SWAMINATHAN:
13     Q   For example, in 1983, you held Leshurn
14   Hunt for 22 hours without food, sleep and water
15   and physically beat him until he confessed to a
16   murder he did not commit, right?
17       MR. DAFFADA:  Objection, foundation and
18   form.
19       MS. ROSEN:  Objection, asked and
20   answered.  You already went through Leshurn Hunt.
21   This is abusive, argumentative.
22       THE DEPONENT:  Take the Fifth.
23   BY MR. SWAMINATHAN:
24     Q   In 1984, you beat Daniel Pena until he

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

94 (373 to 376)

373

1  falsely confessed to being involved in the murder
2  of Angel Velez, right?
3      MR. DAFFADA: Objection, form and
4  foundation.
5      MS. ROSEN: Objection, asked and
6  answered, argumentative.
7      THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q   In 1993, you beat Adolfo Frias Munoz,
10 who couldn't speak or read English, until he
11 confessed to a murder he did not commit, right?
12     MR. DAFFADA: Objection, form.
13     MR. ENGQUIST: Asked and answered.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q   And you put paper over the window to
17 the interrogation rooms Frias Munoz was in, right?
18     MR. DAFFADA: Objection, foundation and
19 form.
20     MS. ROSEN: Asked and answered.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q   You handcuffed him to a wall and hit
24 him about the head and stomach, right?

374

1      MR. DAFFADA: Objection, form and
2  foundation.
3      MS. ROSEN: Asked and answered.
4  Argumentative now.
5      THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q   And at one point you brought another
8  witness you had also beat into the room to show
9  Frias Munoz just how tough you were, right?
10     MR. DAFFADA: Objection, form and
11 foundation.
12     MS. ROSEN: Asked and answered.
13 Argumentative now.
14     THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q   And then in 1994, you physically abused
17 Adrian Duta and told him he could go home if he
18 signed a false confession, right?
19     MR. DAFFADA: Objection, foundation and
20 form.
21     MS. ROSEN: Asked and answered;
22 therefore, making this whole line of questioning
23 argumentative.
24     THE DEPONENT: Take the Fifth.

375

1  BY MR. SWAMINATHAN:
2      Q   And like this case, you repeatedly hit
3  him in the head and stomach, right?
4      MR. DAFFADA: Objection, form and
5  foundation.
6      MS. ROSEN: Objection, asked and
7  answered, argumentative.
8      THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q   Sir, in 1995, you coerced a confession
11 from 17-year-old Santos Flores after handcuffing
12 him to wall of a locked interview room, right?
13     MR. DAFFADA: Objection, form and
14 foundation.
15     MS. ROSEN: Objection, asked and
16 answered, argumentative.
17     THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   And after refusing his request for an
20 attorney, you repeatedly slapped him on the side
21 of his head, right?
22     MR. DAFFADA: Objection, form and
23 foundation.
24     MS. ROSEN: Objection, asked and

376

1  answered and now argumentative.
2      THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q   Sir, in 1997 you arrested 17-year-old
5  Ariel Gomez, physically beat him until he
6  confessed to a murder he did not commit, right?
7      MR. DAFFADA: Objection, form and
8  foundation.
9      MS. ROSEN: Objection, argumentative.
10     THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q   And in that same case, you beat Paul
13 Yalda and John Yacoub, too, as part of your
14 efforts to get Ariel Gomez and the others to
15 confess to a crime they didn't commit?
16     MR. DAFFADA: Objection, form and
17 foundation.
18     MS. ROSEN: Objection, argumentative.
19     THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q   Sir, these are just some of the many
22 men you physically abused in an effort to get them
23 to either confess or implicate others in a
24 homicide, right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

95 (377 to 380)

377

1    MR. DAFFADA: Objection, form and
2  foundation.
3      THE DEPONENT: Take the Fifth.
4      MS. ROSEN: Argumentative.
5      MR. SWAMINATHAN: Go ahead.
6      MR. DAFFADA: He answered.
7      MR. SWAMINATHAN: Oh, he answered.
8  Okay.
9  BY MR. SWAMINATHAN:
10     Q   And, sir, this wasn't the first time
11 you manipulated people where English was not their
12 spoken or understood language, correct?
13     MR. DAFFADA: Objection, form and
14 foundation.
15     MS. ROSEN: Argumentative.
16     THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q   We talked about Frias Munoz, but there
19 were several others you took advantage of in this
20 way, right?
21     MR. DAFFADA: Objection, form and
22 foundation.
23     THE DEPONENT: Take the Fifth.
24

378

1  BY MR. SWAMINATHAN:
2      Q   In 1993, you got a 15-year-old Eliezer
3  Cruzado to sign a confession he couldn't read and
4  understand, right?
5      MR. DAFFADA: Objection, form and
6  foundation.
7      MS. ROSEN: Asked and answered;
8  therefore, argumentative.
9      THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q   In 1997, you got Voytek Dembski to sign
12 a false confession, even though he was unable to
13 read or understand his signed confession because
14 it was written in English, right?
15     MR. DAFFADA: Objection, form and
16 foundation.
17     MS. ROSEN: Objection, asked and
18 answered; therefore, now argumentative.
19     THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q   And these are just some of the many men
22 you manipulated based on their language skills in
23 an effort to convict them of a homicide, correct?
24     MR. DAFFADA: Object to form and

379

1  foundation.
2      MS. ROSEN: Argumentative.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q   So the point is you knew that it would
6  be easy for you to beat a confession out of Reyes
7  and Solache and others to get -- to implicate them
8  in a crime, because it was something you had done
9  many times before, right?
10     MR. DAFFADA: Objection to form and
11 foundation.
12     MS. ROSEN: Argumentative.
13     THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q   And you knew it was something you could
16 get away with, right?
17     MR. DAFFADA: Objection, form and
18 foundation.
19     MS. ROSEN: Argumentative.
20     THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q   It was something you had gotten away
23 with many times before, right?
24     MR. DAFFADA: Objection, form and

380

1  foundation.
2      MS. ROSEN: Argumentative.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q   Subjecting witnesses to psychological
6  abuse was one of the tools you used in your
7  homicide investigations, wasn't it?
8      MR. DAFFADA: Objection to form and
9  foundation.
10     MS. ROSEN: Argumentative.
11     THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q   It's why you developed a reputation for
14 being so good at closing cases, right?
15     MR. DAFFADA: Objection, form and
16 foundation.
17     MS. ROSEN: Argumentative.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q   Because you were willing to cross the
21 line, right?
22     MR. DAFFADA: Objection, form and
23 foundation.
24     MS. ROSEN: Argumentative.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

96 (381 to 384)

381

1        THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    Just like you did with Reyes and
4  Solache and so many others, right?
5        MR. DAFFADA:  Object to form and
6  foundation.
7        MS. ROSEN:  Argumentative.
8        THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    All right.  I want to ask a few more
11  questions about the handwritten confessions.
12        You walked through the crime scene
13  shortly after it was discovered, right?
14        MR. DAFFADA:  Objection, form.
15        THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17     Q    And you saw the actual bodies, correct?
18        MR. DAFFADA:  Objection, form and
19  foundation.
20        THE DEPONENT:  Take the Fifth.
21  BY MR. SWAMINATHAN:
22     Q    You saw the locations of the bodies,
23  right?
24        MR. DAFFADA:  Objection, form and

382

1  foundation.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    You saw their wounds, right?
5        MR. DAFFADA:  Objection, form and
6  foundation.
7        THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And you stopped -- and you saw their
10  states of decomposition, right?
11        MR. DAFFADA:  Objection, form and
12  foundation.
13        THE DEPONENT:  Take the Fifth.
14  BY MR. SWAMINATHAN:
15     Q    And as a seasoned homicide detective,
16  this looked like a crime of passion, right?
17        MR. DAFFADA:  Objection, form and
18  foundation.
19        MS. ROSEN:  Argumentative and asked and
20  answered.
21        THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23     Q    Mariano Soto was stabbed 35 times,
24  right?

383

1        MR. DAFFADA:  Objection, form,
2  foundation.
3        THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    And when you walked through that scene,
6  you found his body by the front door, right?
7        MR. DAFFADA:  Objection, form and
8  foundation.
9        THE DEPONENT:  Take the Fifth.
10  BY MR. SWAMINATHAN:
11     Q    Jacinta Soto was stabbed 40 times,
12  correct?
13        MR. DAFFADA:  Objection, foundation.
14        THE DEPONENT:  Take the Fifth.
15  BY MR. SWAMINATHAN:
16     Q    And when you walked through that scene,
17  you found her body in bed where someone had
18  covered her up with blankets, correct?
19        MR. DAFFADA:  Objection, form and
20  foundation.
21        THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23     Q    But you got confessions from Reyes and
24  Solache stating the opposite about the locations

384

1  of the bodies, right?
2        MR. DAFFADA:  Objection, form and
3  foundation.
4        MS. ROSEN:  Objection, asked and
5  answered.
6        THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    And to be clear, you never developed
9  any evidence to suggest that Reyes and Solache had
10  any relationship with the victims, right?
11        MR. DAFFADA:  Objection, form.
12        THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14     Q    Didn't really even have much of a
15  relationship with Adriana Mejia, right?
16        MR. DAFFADA:  Objection, form and
17  foundation.
18        THE DEPONENT:  Take the Fifth.
19        MS. ROSEN:  I'm sorry.  Can you read
20  back the question?
21        (Reporter read back last question.)
22        MS. ROSEN:  Did you say they, meaning
23  Solache and Reyes?
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

385

1      MR. SWAMINATHAN: Correct. Yes, they,
2 Reyes and Solache, didn't really even have much of
3 a relationship with Adriana Mejia.
4      MS. ROSEN: Objection, foundation,
5 based on Solache with being her next-door neighbor
6 from the time they were small children.
7      THE DEPONENT: Take the Fifth.
8 BY MR. SWAMINATHAN:
9   Q   Reyes had not known her at all, right?
10      MR. DAFFADA: Objection, form and
11 foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   And their confessions contradicted what
15 you found at the crime scene, correct?
16      MR. DAFFADA: Say that again? I
17 couldn't hear you.
18 BY MR. SWAMINATHAN:
19   Q   And their confessions contradicted what
20 you found at the crime scene, right?
21      MR. DAFFADA: Objection, form and
22 foundation.
23      MS. ROSEN: Asked and answered;
24 therefore, argumentative.

386

1      THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3   Q   I want to talk a little bit more about
4 the bodies.
5      If the statements in the confession
6 were true, that Mariano was stabbed repeatedly
7 lying in bed, there would have been blood all over
8 the blankets, sheets and mattresses, right?
9      MR. DAFFADA: Objection, form and
10 foundation.
11      MS. ROSEN: Argumentative.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   And that's what the confession says,
15 right, that he was stabbed repeatedly lying in the
16 bed?
17      MR. DAFFADA: Objection, form and
18 foundation.
19      MS. ROSEN: Asked and answered;
20 therefore, argumentative.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   If that had happened, the crime lab
24 technicians would have inventoried all those

387

1 bloodied blankets and sheets and mattress, right?
2      MR. DAFFADA: Objection, form and
3 foundation.
4      MS. ROSEN: Asked and answered,
5 argumentative.
6      THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8   Q   But they didn't inventory those things
9 in this case, did they?
10      MR. DAFFADA: Objection, form.
11      MS. ROSEN: Argumentative, foundation.
12      THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   That's because in this case -- strike
15 that.
16      In this case, there is no documented
17 evidence whatsoever of blood on the blankets or
18 sheets or mattresses, is there?
19      MR. DAFFADA: Objection, form and
20 foundation.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   And that's simply because Mariano Soto
24 was not stabbed to death in his bed, right?

388

1      MR. DAFFADA: Objection, form and
2 foundation.
3      MS. ROSEN: Argumentative.
4      THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6   Q   And, sir, this makes the confession
7 that you extracted from Mr. Reyes demonstrably
8 false, correct?
9      MR. DAFFADA: Objection, form and
10 foundation.
11      MS. ROSEN: Objection, asked and
12 answered and argumentative.
13      THE DEPONENT: Take the Fifth.
14 BY MR. SWAMINATHAN:
15   Q   Sir, this makes the confession that you
16 extracted from Mr. Solache demonstrably false,
17 correct?
18      MR. DAFFADA: Objection, form.
19      MS. ROSEN: Asked and answered,
20 argumentative.
21      THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   And if, in fact, Mariano Soto had been
24 stabbed in the bed, the crime lab technicians

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

98 (389 to 392)

389

1 would have photographed a pool of blood on the bed
2 and on the blankets and on the sheets, right?
3        MR. DAFFADA:  Objection, form and
4 foundation.
5        MS. ROSEN:  Objection, argumentative.
6        MR. ENGQUIST:  Also speculation.
7        THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    And you were the homicide detective on
10 the scene, if they had forgotten to do it, you
11 would have asked them to photograph and document
12 that pool of blood on the bed, right?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        MS. ROSEN:  Also, speculation,
16 argumentative.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Let's talk about Jacinta Soto and her
20 body.
21        Both Mr. Reyes and Mr. Solache's
22 confessions state that Jacinta opened the front
23 door and was stabbed in the chest before falling
24 to the ground, right?

390

1        MR. DAFFADA:  Objection, form.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4    Q    Again, if that were true, there would
5 be a trail of blood from the front door to where
6 Jacinta's body was found, right?
7        MR. DAFFADA:  Objection, form,
8 foundation.
9        MS. ROSEN:  Objection, argumentative.
10        MR. ENGQUIST:  And calls for
11 speculation.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    And a trail of blood like that is the
15 type of thing you'd expect the crime scene
16 technicians to photograph and document, right?
17        MR. DAFFADA:  Objection, form.
18        MS. ROSEN:  Objection, foundation.
19 Objection, argumentative.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And not just expect them to do.  If
23 they didn't do it, as the lead detective, you'd
24 tell them to make sure that information is

391

1 documented, right?
2        MR. DAFFADA:  Objection, form and
3 foundation.
4        MS. ROSEN:  Objection, argumentative.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    But there are no crime scene photos
8 that document anything like that, right?
9        MR. DAFFADA:  Objection, form and
10 foundation.
11        THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    If the crime scene photos did not
14 document any such information, the confessions you
15 got from Reyes and Solache would be hard to
16 believe, right?
17        MR. DAFFADA:  Objection, form and
18 foundation.
19        MS. ROSEN:  Objection, argumentative.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    That evidence would reveal big problems
23 with confessions you got from Reyes and Solache,
24 right?

392

1        MR. DAFFADA:  Objection to form and
2 foundation.
3        MS. ROSEN:  Objection, argumentative.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And sure enough, those photos from the
7 crime scene didn't turn out, right?
8        MR. DAFFADA:  Objection, form and
9 foundation.
10        MS. ROSEN:  Objection, asked and
11 answered.  Objection, argumentative.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Furthermore, Jacinta's body was
15 actually discovered underneath a pile of blankets
16 face down on the bed in a fetal position, right?
17        MR. DAFFADA:  Objection to form and
18 foundation.
19        MS. ROSEN:  Objection, argumentative.
20        THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    Sir, you agree with me it's not
23 possible that Jacinta Soto was stabbed at the
24 front door and then ran back and laid down in bed

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

99 (393 to 396)

393

1 and covered herself up with blankets, right?
2        MR. DAFFADA:  Objection, form and
3 foundation.
4        MS. ROSEN:  Objection, argumentative.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    If Jacinta Soto was found in bed
8 covered with blankets, then you admit confessions
9 you got from Reyes and Solache contained false
10 facts, right?
11        MR. DAFFADA:  Objection, form and
12 foundation.
13        MS. ROSEN:  Objection, argumentative.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    Mr. Reyes' confession states that he
17 witnessed Adriana Mejia stabbing Jacinta Soto in
18 the back, quote, like an animal, while Jacinta was
19 lying face down on the ground, correct?
20        MR. DAFFADA:  Objection, form,
21 foundation.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And given where Jacinta's body was

394

1 actually found, those are clearly false facts,
2 too, right?
3        MR. DAFFADA:  Objection, form and
4 foundation.
5        MS. ROSEN:  Objection, argumentative.
6        THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8     Q    And Mr. Reyes' statement placing Mr.
9 Mariano Soto still in the bed when that was
10 happening, those are false acts, too, right?
11        MR. DAFFADA:  Objection, form and
12 foundation.
13        MS. ROSEN:  Objection, argumentative.
14        THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And similarly, Mr. Solache's so-called
17 confession stating that Adriana was stabbing
18 Jacinta Soto and as that happened, he discovered
19 Mariano Soto sleeping face up in the bed and that
20 he began stabbing him and he kept stabbing him.
21        That's an objectively false fact, too,
22 right?
23        MR. DAFFADA:  Objection, form and
24 foundation.

395

1        MS. ROSEN:  Objection, argumentative.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    And ultimately, sir, all the facts in
5 those confessions about Jacinta answering the door
6 and Mr. Reyes stabbing her -- and Adriana stabbing
7 her numerous times on the floor in front of the
8 door, all of those facts are false, right?
9        MR. DAFFADA:  Objection, form,
10 foundation.
11        MS. ROSEN:  Objection, argumentative.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    Mr. Reyes and Solache didn't tell you
15 Mariano was stabbed in bed, did they?
16        MR. DAFFADA:  Objection, form and
17 foundation.
18        MS. ROSEN:  Objection, argumentative.
19        THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And they didn't tell you that Jacinta
22 was stabbed at the front door, did they?
23        MR. DAFFADA:  Objection, form and
24 foundation.

396

1        MS. ROSEN:  Objection, argumentative.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    They didn't tell you any of that stuff,
5 did they?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        MS. ROSEN:  Objection, argumentative.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    You told them those things, right?
12        MR. DAFFADA:  Objection, form,
13 foundation.
14        MS. ROSEN:  Objection, argumentative.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    But you made a mistake and you mixed up
18 the locations of the bodies, right?
19        MR. DAFFADA:  Objection, form,
20 foundation.
21        MS. ROSEN:  Objection, argumentative.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And that's why the victims' locations

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

397

1 are reversed in the confessions, right?
2         MR. DAFFADA: Objection, form and
3 foundation.
4         MS. ROSEN: Objection, argumentative.
5         THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q   Because you messed up the facts when
8 you were fabricating the confessions, didn't you?
9         MR. DAFFADA: Objection, form and
10 foundation.
11        MS. ROSEN: Objection, argumentative.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q   Now, sir, the confessions also state
15 that Guadalupe and Rosauro wanted to take the boy
16 to the police, right?
17        MR. DAFFADA: Objection, form and
18 foundation.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q   So that was also false, right?
22        MR. DAFFADA: Objection, form and
23 foundation.
24        MS. ROSEN: Argumentative.

398

1         THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q   Rosauro wanted to get the boy out of
4 his house, correct?
5         MR. DAFFADA: Objection, foundation.
6         THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8     Q   He was concerned that neighbors and
9 family members had seen him and Adriana with the
10 boy, right?
11        MR. DAFFADA: Objection, form and
12 foundation.
13        MS. ROSEN: Objection, argumentative.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   And Adriana told him to just put the
17 boy on the street, right?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q   And it was Reyes who insisted that they
23 take the boy to the police, right?
24        MR. DAFFADA: Objection, form and

399

1 foundation.
2         MS. ROSEN: Objection, asked and
3 answered; and therefore, argumentative.
4         THE DEPONENT: Take the Fifth.
5 BY MR. SWAMINATHAN:
6     Q   And it was Reyes and Solache who
7 volunteered to go with Rosauro to ensure that the
8 boy wasn't harmed, right?
9         MR. DAFFADA: Objection, form and
10 foundation.
11        THE DEPONENT: Take the Fifth.
12        MS. ROSEN: Objection, argumentative.
13 BY MR. SWAMINATHAN:
14    Q   Statements also say that Reyes and
15 Solache were not threatened or promised or
16 mistreated by police, but that's also demonstrably
17 false, right?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        MS. ROSEN: Objection, argumentative.
21        THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q   Both Reyes and Solache have always
24 maintained that you beat them and threatened them

400

1 and forced them into signing false confessions,
2 right?
3         MR. DAFFADA: Objection, form and
4 foundation.
5         MS. ROSEN: Objection, argumentative.
6         THE DEPONENT: Take the Fifth.
7 BY MR. SWAMINATHAN:
8     Q   Sir, the statements contend that they
9 were read to Reyes and Solache in Spanish, but
10 that isn't true either, is it?
11        MR. DAFFADA: Objection, form and
12 foundation.
13        MS. ROSEN: Argumentative.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q   They did not know what they were
17 signing, did they?
18        MR. DAFFADA: Objection, form and
19 foundation.
20        MS. ROSEN: Calls for speculation,
21 argumentative.
22        THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24 I want to show you a few more of your

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

401

1  reports.
2        In order to have as much evidence as
3  possible to charge and convict Reyes and Solache,
4  you needed to write false reports that confirmed
5  your theory of the case, right?
6        MR. DAFFADA: Objection, form.
7        MS. ROSEN: Objection, argumentative,
8  foundation.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11   Q   We've already discussed the handwritten
12 statements of Reyes, Solache and Adriana.
13       But you manufactured several
14 third-party witness statements to conform to your
15 story, too, right?
16       MR. DAFFADA: Objection, form and
17 foundation.
18       MS. ROSEN: Argumentative.
19       THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q   Exhibit 5, we talked about earlier,
22 that the report suggests that Guadalupe and Jorge
23 came into the station of their own accord, but
24 that isn't true, is it?

402

1        MR. DAFFADA: Objection, form and
2  foundation.
3        MS. ROSEN: Objection, argumentative.
4        THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6    Q   You brought Guadalupe and Jorge Mejia
7  to the station and you got them each to give you
8  handwritten -- strike that.
9        You brought Guadalupe and Jorge Mejia
10 to the station and got a handwritten statement
11 from Guadalupe, right?
12       MR. DAFFADA: Objection, form and
13 foundation.
14       MS. ROSEN: Argumentative.
15       THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q   But the handwritten statement you got
18 from Guadalupe only came after multiple interviews
19 with Guadalupe before that, right?
20       MR. DAFFADA: Objection, form and
21 foundation.
22       MS. ROSEN: Argumentative.
23       THE DEPONENT: Take the Fifth.
24

403

1  BY MR. SWAMINATHAN:
2    Q   Before you got the handwritten
3  statement from Guadalupe, you interviewed her at
4  least twice before that, right?
5        MR. DAFFADA: Objection, form and
6  foundation.
7        MS. ROSEN: Argumentative.
8        THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10   Q   And your report does not say anything
11 about what she told you in those earlier
12 interviews, does it?
13       MR. DAFFADA: Objection, form and
14 foundation.
15       MS. ROSEN: Argumentative.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q   And the reason you didn't include that
19 information in your report is because it hurt your
20 case against Reyes and Solache, right?
21       MR. DAFFADA: Objection, form and
22 foundation.
23       MS. ROSEN: Argumentative.
24       THE DEPONENT: Take the Fifth.

404

1  BY MR. SWAMINATHAN:
2    Q   When you talked to her during those
3  earlier interviews, she didn't tell you anything
4  helpful, did she?
5        MR. DAFFADA: Objection, form,
6  foundation.
7        MS. ROSEN: Misstates the testimony of
8  Guadalupe and argumentative.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11   Q   And, sir, you threatened to make
12 Guadalupe and Jorge suspects in your
13 investigations, right?
14       MR. DAFFADA: Objection, form,
15 foundation.
16       MS. ROSEN: Objection, argumentative
17 and so misstates the record.
18       THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20   Q   Sir, you accused them of being involved
21 with murders and kidnappings, right?
22       MR. DAFFADA: Objection, form,
23 foundation.
24       MS. ROSEN: Objection, argumentative.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

102 (405 to 408)

405

1        THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3        Q    And you manipulated Guadalupe into
4  telling a story that conformed with your own
5  narrative of the case, right?
6        MR. DAFFADA: Objection, form,
7  foundation.
8        MS. ROSEN: Objection, argumentative.
9        THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11       Q    You interrogated her over many hours,
12 right?
13       MR. DAFFADA: Objection, form and
14 foundation.
15       MS. ROSEN: Argumentative.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18       Q    You accused her of knowing what Adriana
19 had done, right?
20       MR. DAFFADA: Objection, form and
21 foundation.
22       MS. ROSEN: Argumentative.
23       THE DEPONENT: Take the Fifth.
24

406

1  BY MR. SWAMINATHAN:
2        Q    You screamed at her?
3        MR. DAFFADA: Objection, form and
4  foundation.
5        MS. ROSEN: Argumentative.
6        THE DEPONENT: Take the Fifth.
7  BY MR. SWAMINATHAN:
8        Q    You threw food at her?
9        MR. DAFFADA: Objection, form and
10 foundation.
11       THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13       Q    And threatened to take her kids away?
14       MR. DAFFADA: Objection, form,
15 foundation.
16       THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18       Q    And once she was psychologically
19 overwhelmed, you convinced her that Reyes was the
20 one who caused her family all this pain and
21 anguish, right?
22       MR. DAFFADA: Objection, form and
23 foundation.
24       MS. ROSEN: Argumentative.

407

1        THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3        Q    And although you used those two
4  undocumented interviews to coerce Guadalupe into
5  making an incriminating statement against Arturo
6  after that, right?
7        MR. DAFFADA: Objection to form and
8  foundation.
9        MS. ROSEN: Argumentative.
10       THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12       Q    And as with the others, once she was
13 willing to say what you wanted her to say, you
14 brought here into the ASA, the prosecutor, right?
15       MS. ROSEN: Did you say prosecutor?
16       MR. SWAMINATHAN: To the prosecutor.
17 I'll read it again.
18 BY MR. SWAMINATHAN:
19       Q    Once she was willing to say what you
20 wanted her to say, you brought her to the
21 prosecutor, the ASA.
22       MR. DAFFADA: Objection, form and
23 foundation.
24       MS. ROSEN: Argumentative.

408

1        THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3        Q    And you suppressed the statement that
4  she actually gave you during the first two
5  interviews, right?
6        MR. DAFFADA: Objection, form and
7  foundation.
8        THE DEPONENT: Take the Fifth.
9  BY MR. SWAMINATHAN:
10       Q    According to your report, supplementary
11 report you wrote with Halvorson, after
12 interviewing Guadalupe, you decided to let the
13 suspect sleep, right?
14       MR. DAFFADA: Objection, foundation and
15 form.
16       MS. ROSEN: Argumentative.
17       THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19       Q    And you stayed at Area Five, right?
20       MR. DAFFADA: Objection, form and
21 foundation.
22       THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24       Q    That doesn't make sense. You just got

409

1  a statement from Guadalupe implicating Reyes. You
2  chose not to confront him with it?
3         MR. DAFFADA: Objection, form.
4         MS. ROSEN: Foundation, argumentative.
5         THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q    And, sir, that's because it's just made
8  up, right?
9         MR. DAFFADA: Objection, form.
10        MS. ROSEN: Argumentative.
11        THE DEPONENT: Take the Fifth.
12 BY MR. SWAMINATHAN:
13    Q    And according to your report, you and
14 Halvorson went back to interview Rosauro starting
15 at 6:30 a.m., right?
16        MR. DAFFADA: Objection, foundation and
17 form.
18        MS. ROSEN: Argumentative.
19        THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    And you got Rosauro to sign a second
22 consent to search form for his apartment to allow
23 detectives to search for the bloody pants that
24 allegedly Guadalupe told you about, right?

410

1         MR. DAFFADA: Objection, form and
2  foundation.
3         THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5     Q    And that's actually when you drove to
6  the Mejia house with Jorge and Guadalupe Mejia and
7  searched the house, right?
8         MR. DAFFADA: Objection, form and
9  foundation.
10        THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    It was during that car ride that you
13 made it very clear that if they didn't play ball
14 and corroborate your versions of events, they
15 would get roped into it, right?
16        MR. DAFFADA: Objection, form and
17 foundation.
18        MS. ROSEN: Objection. Misstates the
19 testimony, argumentative.
20        THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22    Q    And you -- strike that.
23        You reiterated to Guadalupe Mejia that
24 you knew that Reyes was involved in the crime,

411

1  correct?
2         MR. DAFFADA: Objection, form and
3  foundation.
4         MS. ROSEN: Objection, argumentative.
5         THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7     Q    Sir, when you went to the Mejia home
8  personally, did you do that because you wanted to
9  make sure that anything that was gonna be found
10 was gonna fit your theory?
11        MR. DAFFADA: Objection, form and
12 foundation.
13        MS. ROSEN: Objection, argumentative.
14        THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    The steps you took in your interviews
17 and interrogation of Guadalupe Mejia and Jorge
18 Mejia, did you do so with the assistance of
19 Detective Halvorson?
20        MR. DAFFADA: Objection, form and
21 foundation.
22        THE DEPONENT: Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    And did you do so under the supervision

412

1  of Sergeants Mingey Capitelli and Biebel?
2         MR. DAFFADA: Objection to form and
3  foundation.
4         THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6     Q    I want to ask you about Alfredo Arando.
7  There's also a false report regarding Alfred
8  Arando, correct?
9         MR. DAFFADA: Objection, form and
10 foundation.
11        MS. ROSEN: Objection, argumentative.
12        THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    Sir, you tried to get the photos of
15 next-door neighbor, Alfredo Arando -- strike that.
16        Sir, Alfredo Arando was the Sotos'
17 next-door neighbor, correct?
18    A    Take the Fifth.
19    Q    And you tried to get him to say that he
20 overheard things that he had, in fact, not heard,
21 correct?
22        MR. DAFFADA: Objection, form,
23 foundation.
24        THE DEPONENT: Take the Fifth.

413

1 BY MR. SWAMINATHAN:
2    Q    You asked him to lie about hearing the
3 Sotos' voices and glass breaking over other loud
4 noises at approximately 6:30 a.m. during the
5 murder, correct?
6         MR. DAFFADA:  Objection, form and
7 foundation.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    You asked him to lie and say that what
11 he overheard occurred for approximately 10 to 15
12 minutes?
13         MR. DAFFADA:  Objection, form and
14 foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17    Q    But that's not what was reported from
18 Alfredo Arando in the General Offense Case Report,
19 was it?
20         MR. DAFFADA:  Objection, form and
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24    Q    The results these officers documented

414

1 with Alfredo Arando didn't fit your theory of the
2 case, so you wrote a false report changing it,
3 right?
4         MR. DAFFADA:  Objection, form,
5 foundation.
6         MS. ROSEN:  Argumentative.
7         THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9    Q    He refused to go along with that,
10 didn't he?
11         MR. DAFFADA:  Objection, form and
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15    Q    And later you wrote another false
16 report saying that you went back out and
17 re-interviewed a neighbor named Lordes Rodriguez,
18 right?
19         MR. DAFFADA:  Objection, foundation and
20 form.
21         THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    I'm showing you a document marked
24 Exhibit 12.

415

1         (Deposition Exhibit Number 12 marked.)
2 BY MR. SWAMINATHAN:
3    Q    Showing you a document marked Exhibit
4 12, Bates stamped RFC 341.  This is a General
5 Progress Report.  It's typed and it has your
6 signatures on it, correct?
7    A    Take the Fifth.
8    Q    Sir, this report --
9         MS. ROSEN:  I have a belated objection
10 based on foundation.
11         MR. SWAMINATHAN:  He signed this
12 report.  It's his report.
13         MS. ROSEN:  Really?  How do you know
14 that?
15         MR. SWAMINATHAN:  It says Reynaldo
16 Guevara.
17         MS. ROSEN:  Oh, does -- I don't know
18 that you've established any foundation that he
19 signed that report or that he prepared that
20 report.
21         MR. SWAMINATHAN:  I just -- you're
22 telling me it's a bad foundation on a document
23 that says Detective Reynaldo Guevara, and both
24 typed and with his signature on it, and I'm

416

1 supposed to assume there's no foundation because I
2 should assume that it's possibly forged by another
3 CPD detective?
4         MS. ROSEN:  That's not what I'm saying.
5 I'm not telling you to assume anything.
6         I'm saying you have not established any
7 foundation for what you have just said and I've
8 made the objection.
9         You can't use the Fifth Amendment to do
10 your whole freaking case.
11 BY MR. SWAMINATHAN:
12    Q    Sir, looking at Exhibit 12, you wrote
13 this false report stating that you went back out
14 and re-interviewed Lordes Rodriguez and she
15 changed her story, correct?
16         MR. DAFFADA:  Objection, form and
17 foundation.
18         THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    And you used this report to try to
21 change the timeline of events, right?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         MS. ROSEN:  Argumentative.

417

1      THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q    Lordes Rodriguez had initially told
4 police that she last saw Mariano and Santiago Soto
5 on Saturday morning, correct?
6      MR. DAFFADA:  Objection, form and
7 foundation.
8      THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10     Q    That timeline didn't fit with your
11 theory of the murders, did it?
12     MR. DAFFADA:  Objection, form and
13 foundation.
14     THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And your report said that she didn't
17 see the Sotos since the Thursday prior, right?
18     MR. DAFFADA:  Objection, form and
19 foundation.
20     THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    You thought that was a better story for
23 your version of events, right?
24     MR. DAFFADA:  Objection, form,

418

1 foundation.
2      MS. ROSEN:  Argumentative.
3      THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5      Q    But you never actually re-interviewed
6 Lordes Rodriguez, did you?
7      MR. DAFFADA:  Objection, form and
8 foundation.
9      THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    Sir, based on the testimony at the
12 criminal trial from Salvador Olivares,
13 O-L-I-V-A-R-E-S -- sir, based on the testimony at
14 the criminal trial from Salvador Olivares, Reyes'
15 co-worker, you know that Reyes got picked up for
16 work in the morning the day after the murders
17 allegedly occurred on Saturday, March --
18 March 28th at 10 a.m., right?
19     MR. DAFFADA:  Objection, form and
20 foundation.
21     THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    And so the murders had to happen early
24 enough for Reyes to get back to the Mejia

419

1 household, get changed, cleaned up and ready to go
2 to work to be there by 10 a.m., right?
3      MR. DAFFADA:  Objection, form.
4 Foundation.
5      MS. ROSEN:  Object, argumentative.
6      THE DEPONENT:  Take the Fifth.
7 BY MR. SWAMINATHAN:
8      Q    And we know his work was almost an hour
9 away, right?
10     MR. DAFFADA:  Objection, form and
11 foundation.
12     THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    And so Lordes Rodriguez's statement
15 that she saw Mariano and Santiago on Saturday
16 morning made it all but impossible for Reyes to
17 have been involved, right?
18     MR. DAFFADA:  Objection, form and
19 foundation.
20     MS. ROSEN:  Objection, argumentative.
21     THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q    Because Reyes would have been at work
24 at the time that the Sotos would have been

420

1 murdered, right?
2      MR. DAFFADA:  Objection, form and
3 foundation.
4      MS. ROSEN:  Objection, argumentative.
5      THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7      Q    And so you fabricated a new statement
8 from her, Exhibit 12, because the story she
9 previously had given didn't work for your
10 timeline, right?
11     MR. DAFFADA:  Objection, form and
12 foundation.
13     MS. ROSEN:  Argumentative.
14     THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And that brings me to questions I
17 wanted to ask you about the Sotos' time of death.
18     Once you put all the evidence together,
19 your timeline of the murders just doesn't really
20 make any sense, right?
21     MR. DAFFADA:  Objection, form and
22 foundation.
23     MS. ROSEN:  Objection, argumentative.
24     THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

106 (421 to 424)

---

**421**

1  BY MR. SWAMINATHAN:
2      Q   Sir, we know that on Friday, March 27th
3  at 9 a.m., Rodriguez allegedly took Mariano to the
4  UIC Hospital to have the baby, right?
5          MR. DAFFADA: Objection, form and
6  foundation.
7          THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q   Rodriguez stayed with Adriana in the
10  waiting room until approximately noon, right?
11         MR. DAFFADA: Objection, form and
12  foundation.
13         THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15     Q   And on March 27th at 10 a.m., Jacinta
16  Soto and her two kids were at the UIC Hospital for
17  Santiago's developmental appointment, right?
18         MR. DAFFADA: Objection, form and
19  foundation.
20         THE DEPONENT: Take the Fifth.
21  BY MR. SWAMINATHAN:
22     Q   But then according to Adriana's
23  statement, on that same day, March 27 at 10 a.m.,
24  Reyes met Adriana at UIC Hospital and allegedly

---

**422**

1  pointed out a woman on the telephone and said
2  that's the baby they were going to get, right?
3          MR. DAFFADA: Objection, form and
4  foundation.
5          THE DEPONENT: Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q   And that would mean that Rosauro was
8  with Adriana still at the hospital when Arturo was
9  there, right?
10         MR. DAFFADA: Objection, form and
11  foundation.
12         MS. ROSEN: Objection, argumentative.
13         THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15     Q   And that doesn't fit with any
16  confession, does it?
17         MR. DAFFADA: Objection, form and
18  foundation.
19         MS. ROSEN: Argumentative.
20         THE DEPONENT: Take the Fifth.
21  BY MR. SWAMINATHAN:
22     Q   If something like that did happen,
23  pointing out Jacinta Soto in the lobby, it's
24  possible, but that was Reyes' story, right?

---

**423**

1          MR. DAFFADA: Objection, form and
2  foundation.
3          MS. ROSEN: Objection, argumentative.
4          THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q   And, in fact, that same day at 12:30
7  p.m., Reyes had started his shift at the factory
8  at Minea, right?
9          MR. DAFFADA: Objection, form and
10  foundation.
11         MS. ROSEN: Objection, argumentative.
12         THE DEPONENT: Take the Fifth.
13  BY MR. SWAMINATHAN:
14     Q   And his co-worker, Olivares, who drove
15  him to work every day, testified that he picked
16  Reyes up an hour before the shift, right?
17         MR. DAFFADA: Objection to form,
18  foundation.
19         MS. ROSEN: Argumentative.
20         THE DEPONENT: Take the Fifth.
21  BY MR. SWAMINATHAN:
22     Q   Which means that Reyes would have had
23  to be back at the Mejia household by 11:30 a.m. to
24  get picked up by Olivares for work, right?

---

**424**

1          MR. DAFFADA: Objection, form and
2  foundation.
3          MS. ROSEN: Argumentative.
4          THE DEPONENT: Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q   But Reyes didn't have a car and he
7  didn't drive, right?
8          MR. DAFFADA: Objection, form and
9  foundation.
10         THE DEPONENT: Take the Fifth.
11  BY MR. SWAMINATHAN:
12     Q   And he had no way of getting back and
13  forth from the Mejia house to the hospital, right?
14         MR. DAFFADA: Objection, form and
15  foundation.
16         THE DEPONENT: Take the Fifth.
17  BY MR. SWAMINATHAN:
18     Q   Now, let's talk about the next day --
19  let's talk about later that day, Saturday --
20  strike that.
21         Let's talk about the next day,
22  Saturday, March 28ed.
23         In the early morning hours, Reyes
24  didn't leave work until around 12:15 a.m. on

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

425

1 Saturday, March 28, correct?
2        MR. DAFFADA:  Objection, foundation and
3 form.
4        THE DEPONENT:  Take the Fifth.
5 BY MR. SWAMINATHAN:
6    Q    And, sir, this was also corroborated by
7 Salvador Olivera's testimony at trial, right?
8        MR. DAFFADA:  Objection, form and
9 foundation.
10        THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12    Q    And, in fact, Reyes and Olivares had
13 made a couple stops on the way home, right?
14        MR. DAFFADA:  Objection, foundation and
15 form.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    Reyes then wanted to stop and pick up
19 milk, right?
20        MR. DAFFADA:  Objection, foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23    Q    And given the time it takes to get from
24 work to home and the stops, Reyes wouldn't have

426

1 gotten to the Mejia household until around
2 1:00 a.m., right?
3        MR. DAFFADA:  Objection, foundation and
4 form.
5        THE DEPONENT:  Take the Fifth.
6 BY MR. SWAMINATHAN:
7    Q    In Reyes' confession, he allegedly
8 stated that Gabriel picked him up in the alley to
9 leave to do the crimes at 1:30 a.m., right?
10        MR. DAFFADA:  Objection, foundation and
11 form.
12        THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14    Q    And he then stated that they picked up
15 Adriana around 2:00 a.m., right?
16        MR. DAFFADA:  Objection, foundation and
17 form.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    But that's not -- strike that.
21        But that was impossible, right?
22        MR. DAFFADA:  Objection, form and
23 foundation.
24        MS. ROSEN:  Argumentative.

427

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    Because we know Solache didn't get off
4 work until 3:00 a.m. on Saturday, March 28th,
5 correct?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        MS. ROSEN:  Argumentative.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11    Q    In fact, that fact was stipulated to at
12 trial.
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        MS. ROSEN:  Argumentative.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18    Q    So that's another piece of information
19 in the confessions that's a false fact, right?
20        MR. DAFFADA:  Objection, form and
21 foundation.
22        MS. ROSEN:  Argumentative.
23        THE DEPONENT:  Take the Fifth.
24

428

1 BY MR. SWAMINATHAN:
2    Q    And it's further evidence that
3 confessions aren't true, they're just a story that
4 you came up with, right?
5        MR. DAFFADA:  Objection, form,
6 foundation.
7        MS. ROSEN:  Argumentative.
8        THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    And according to Reyes and Solache's
11 work record, the murders couldn't have happened at
12 all earlier than 4:00 a.m. for them to be
13 involved, right?  Given the times that they got
14 off work, right?
15        MR. DAFFADA:  Objection, form and
16 foundation.
17        MS. ROSEN:  Argumentative.
18        THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    But there was actually evidence that
21 the crimes occurred far earlier than 4:00 a.m.,
22 right?
23        MR. DAFFADA:  Objection to form and
24 foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

429

1      THE DEPONENT: Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q   Rosauro Aranda and Felisa Soto told you
4  that the Soto family were supposed to come to
5  their house for dinner on the night of Friday,
6  March 27, right?
7      MR. DAFFADA: Objection, form and
8  foundation.
9      THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q   And that they never showed up for
12 dinner that night on Friday?
13     MR. DAFFADA: Objection, form and
14 foundation.
15     THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q   And that they never called or explained
18 why they didn't show up.
19     MR. DAFFADA: Objection, form and
20 foundation.
21     THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23     Q   And they told you that that wasn't
24 normal; that that was unusual, right?

430

1      MR. DAFFADA: Objection, form and
2  foundation.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q   And Raul -- strike that.
6      And Raul Aranda said that he ran into
7  Mario Soto around 7 p.m. on that same Friday night
8  at a laundromat and that something seemed very
9  wrong with Mariano, right?
10     MR. DAFFADA: Objection, form and
11 foundation.
12     THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q   You never included any of that
15 information in your reports, did you?
16     MR. DAFFADA: Objection, form and
17 foundation.
18     THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q   So all that information suggested that
21 the crime had happened at an earlier point in
22 time, a point that didn't fit with your timeline,
23 right?
24     MR. DAFFADA: Objection, form and

431

1  foundation.
2      MS. ROSEN: Argumentative.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q   At a time when Mr. Reyes and
6  Mr. Solache would have been at work, right?
7      MR. DAFFADA: Objection, form and
8  foundation.
9      MS. ROSEN: Argumentative.
10     THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q   So you suppressed all this information
13 relevant to the time of death because it didn't
14 work with the timelines you created to put Reyes
15 and Solache in your story, right?
16     MR. DAFFADA: Objection, form and
17 foundation.
18     MS. ROSEN: Argumentative.
19     THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q   Sir, you caused the charges to be filed
22 against Mr. Reyes and Mr. Solache, right?
23     MR. DAFFADA: Objection, form and
24 foundation.

432

1      MS. ROSEN: Argumentative.
2      THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q   You, as lead detective in the case, you
5  were essentially the architect of the evidence
6  that led to their charges and convictions, right?
7      MR. DAFFADA: Objection, form and
8  foundation.
9      MS. ROSEN: Argumentative.
10     THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q   Without you, the State's attorney would
13 not have had a case to prosecute, right?
14     MR. DAFFADA: Objection to form and
15 foundation.
16     MS. ROSEN: Argumentative.
17     THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   You came up with a theory of how the
20 crimes went down, right?
21     MR. DAFFADA: Objection to form and
22 foundation.
23     MS. ROSEN: Argumentative.
24     THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

109 (433 to 436)

433

1  BY MR. SWAMINATHAN:
2      Q    And you created the evidence that you
3  needed to make that theory work, right?
4          MR. DAFFADA:  Objection, form and
5  foundation.
6          MS. ROSEN:  Argumentative.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And if had you to beat your suspects to
10 get that story, you got it, right?  That's what
11 you did.
12         MR. DAFFADA:  Objection, foundation and
13 form.
14         MS. ROSEN:  Argumentative.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    You beat and coerced Adriana Mejia into
18 implicating Reyes and Solache first, right?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         MS. ROSEN:  Objection, argumentative.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    You beat and coerced Reyes and Solache

434

1  into signing false confessions, right?
2          MR. DAFFADA:  Objection, form and
3  foundation.
4          MS. ROSEN:  Asked and answered.
5          MR. ENGQUIST:  Circling back and just
6  prolonging this unnecessarily.  You've already
7  asked a bunch of questions.
8          MR. BRENER:  And this is Edward Brener.
9  I'll join the objection.
10 BY MR. SWAMINATHAN:
11     Q    Sir, you suppressed whatever evidence
12 that didn't corroborate your confessions, right?
13         MR. DAFFADA:  Objection to form,
14 foundation.
15         MS. ROSEN:  Argumentative.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    And then you testified against Reyes
19 and Solache falsely to secure their taped
20 confessions -- strike that.
21         Then you testified falsely against
22 Reyes and Solache to secure their convictions,
23 right?
24         MR. DAFFADA:  Objection, foundation and

435

1  form.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    All right.  Sir, let's move to your
5  testimony.  We're getting near the end here.
6          You testified under oath about this
7  case on multiple occasions, correct?
8      A    Take the Fifth.
9      Q    Do you remember, like, swearing to tell
10 truth and you sat on the stand in front of the
11 Court and you gave false testimony, right?
12         MR. DAFFADA:  Objection, form.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    And giving false testimony is how you
16 made sure the manufactured narrative you created
17 against Reyes and Solache would ensure their
18 convictions, right?
19         MR. DAFFADA:  Objection, form and
20 foundation.
21         MS. ROSEN:  Argumentative.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    Sir, this wasn't the first time you

436

1  testified in a homicide case, right?
2          MR. DAFFADA:  Objection, form.
3          THE DEPONENT:  Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    And you testified in other homicide
6  cases many times before this trial, right?
7          MR. DAFFADA:  Objection, form.
8          THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10     Q    You knew what kind of evidence would
11 convince a jury to convict the accused, right?
12         MR. DAFFADA:  Objection, form,
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And you knew that juries are convinced
17 by confessions?
18         MR. DAFFADA:  Objection, form,
19 foundation.
20         MS. ROSEN:  Also, speculation,
21 argumentative.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And you knew that when you testified, a

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

437

1  jury would be more likely to believe you, a sworn
2  police officer, than Mr. Reyes and Solache, right?
3          MR. DAFFADA:  Objection, form and
4  foundation.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q    You testified at Reyes' motion to
8  suppress hearing on March 4th, 2000, correct?
9          MR. DAFFADA:  Object to form.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    You testified about your interviews
13 with Arturo Reyes, correct?
14         MR. DAFFADA:  Objection, form,
15 foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    I'm showing you Exhibit 13.
19         (Deposition Exhibit Number 13 marked.)
20 BY MR. SWAMINATHAN:
21     Q    This is Solace 5215 through 5251.
22         This is motion to suppress hearing
23 testimony from February 4th, 2000.  Looking at
24 page 5 -- Solache 5231 in that testimony.

438

1          During that motion -- strike that.
2          During that motion to suppress hearing,
3  you were asked these questions and you gave these
4  answers, correct?
5          Question.  Starting at line 23 now.
6          At any time did you go into a room with
7  the defendant and slap him?
8          Answer:  No, sir, I did not.
9          Or punch him?
10         Answer:  No, sir.
11         Question:  Did you ever at any time
12 grab his face with your hands physically and tell
13 him that he was lying, like that?  Did you grab
14 his face?
15         Answer:  No, I did not grab his face
16 like that.
17         Sir, you gave that testimony, right?
18         MR. DAFFADA:  Objection, foundation.
19         THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    You were lying when you gave that
22 testimony, right?
23         MR. DAFFADA:  Objection, form.
24         THE DEPONENT:  Take the Fifth.

439

1  BY MR. SWAMINATHAN:
2      Q    Looking at Solache 5234, also at the
3  same motion to suppress hearing.  The Court asked
4  you a few questions.  And you gave these answers.
5  This is starting at line 12.
6          You've already indicated, Detective,
7  you saw him on April 13th, 11:30 at night.
8  There's no physical abuse imposed on him, correct?
9          Answer:  That's correct.
10         The Court:  Question, also regarding
11 April 4th, 3:00, the same answer, no abuse imposed
12 on him at that point either, correct?
13         Answer:  That's correct.
14         You gave that testimony, correct?
15         MR. DAFFADA:  Objection, foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    In that testimony, you repeatedly told
19 the Court you did not abuse Mr. Reyes, right?
20         MR. DAFFADA:  Objection, form and
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And you lied to the Court when you gave

440

1  those answers, right?
2          MR. DAFFADA:  Objection, form and
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    You lied because you did, in fact,
7  physically abuse Arturo Reyes until he signed the
8  confession that you wanted, right?
9          MR. DAFFADA:  Objection, form and
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q    You also testified at that same motion
14 to suppress hearing of Gabriel Solache on
15 March 30th, 2000, right?
16     A    Take the Fifth.
17     Q    This is Exhibit 14, Solache 5268 and --
18 sorry.  Solache 5368 through 5393.
19         (Deposition Exhibit Number 14 marked.)
20 BY MR. SWAMINATHAN:
21     Q    Sir, while under oath at the Solache
22 motion to suppress hearing, you were asked these
23 questions and you gave these answers.  This is at
24 5388, line one.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

111 (441 to 444)

441

1      Question: Now, while you were at --
2  while you were talking to Gabriel at this 9:00
3  p.m. on April 4th, you brought Adriana Mejia into
4  the interview room where Gabriel was, didn't you?
5      Answer: No, ma'am, I don't remember I
6  did.
7      Question: And you asked Adriana to sit
8  on a chair, didn't you?
9      Answer: No, I didn't, ma'am.
10     Question: And you slapped Gabriel in
11  front of Adriana Mejia, didn't you?
12     Answer: No, I didn't.
13     Question: And you took Adriana Mejia
14  out of the room, out of the interview room.
15     Answer: No.
16     Sir, you gave that testimony, right?
17     MR. DAFFADA: Objection, foundation.
18     THE DEPONENT: Take the Fifth.
19  BY MR. SWAMINATHAN:
20     Q    You were lying when you gave that
21  testimony, right?
22     MR. DAFFADA: Objection, form and
23  foundation.
24     THE DEPONENT: Take the Fifth.

442

1  BY MR. SWAMINATHAN:
2      Q    That's because you did bring Adriana
3  into Solache's room and you did slap him right in
4  front of her, right?
5      MR. DAFFADA: Objection, form and
6  foundation.
7      THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And Solache 5389, you were asked these
10  question and gave these answers.
11     Question -- this is at line 18.
12     Now, when you interviewed Gabriel at
13  9:00 in the evening on April 14th, he again told
14  you he had no involvement in this crime, is that
15  correct?
16     Answer: At that point that I -- I
17  explained to him that he was implicated by Arturo
18  Adriana.
19     Question: He said that he did not know
20  what you were talking about, correct?
21     No. I believe he said it was at that
22  time that he says, okay, I'll tell you, I'll tell
23  you what happened. I was there and I'll tell
24  what happened.

443

1      Question: At that time you hit him on
2  his face, didn't you?
3      Answer: No, ma'am, I did not hit him
4  at all.
5      You gave that testimony, right?
6      MR. DAFFADA: Objection, foundation.
7      THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    When you gave those answers saying that
10  you didn't hit Solache, you were lying, right?
11     MR. DAFFADA: Objection, form and
12  foundation.
13     THE DEPONENT: Take the Fifth.
14  BY MR. SWAMINATHAN:
15     Q    Sir, you also testified at the motion
16  to suppress hearing of Adriana Mejia on March 30
17  of 2000, right?
18     A    Take the Fifth.
19     Q    Showing you Exhibit 15. This is
20  Solache 5461 through 5493.
21     (Deposition Exhibit Number 15 marked.)
22  BY MR. SWAMINATHAN:
23     Q    You lied at that motion to suppress
24  hearing as well, right?

444

1      MR. DAFFADA: Objection, form and
2  foundation.
3      THE DEPONENT: Take the Fifth.
4  BY MR. SWAMINATHAN:
5      Q    Solache 5479, starting at line 13, you
6  were asked these questions and you gave these
7  answers.
8      Question: Detective, at any time that
9  you had contact with Adriana Mejia, did you yell
10  at her and tell her she had to sign this
11  statement?
12     Answer: No, I wasn't present.
13     Question: You weren't present for
14  what?
15     Answer: The statement.
16     Question: At any time during your
17  conversation you had with Adriana Mejia did you
18  tell her she had to sign the statement and strike
19  her twice on her back with a hand?
20     Answer: No, I did not. I was not
21  present for the statement.
22     Answer: You gave that testimony --
23  sir, you gave that testimony, right?
24     MR. DAFFADA: Objection, foundation.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

445

1      THE DEPONENT:  Take the Fifth.
2  BY MR. SWAMINATHAN:
3      Q    You lied when you said that you didn't
4  strike her, right?
5          MR. DAFFADA:  Objection, form and
6  foundation.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You lied when you said that you when
10 you told her that she had to sign that
11 statement -- strike that.  Strike that.
12         You lied when you told her she didn't
13 have to sign that statement?
14         MR. DAFFADA:  Object to form and
15 foundation.
16         THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    Earlier that same year, on June 15th,
19 2000, you also testified at Mr. Reyes' criminal
20 trial, right?
21         MR. DAFFADA:  Objection -- withdrawn.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    And at that trial, you were asked about

446

1  your official closing report in this case, right?
2          MR. DAFFADA:  Objection, form and
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    The one dated April 30th, 1998, Exhibit
7  5 from earlier in this deposition, right?
8          MR. DAFFADA:  Objection, form and
9  foundation.
10         THE DEPONENT:  Take the Fifth.
11         (Deposition Exhibit Number 16 marked.)
12 BY MR. SWAMINATHAN:
13     Q    Looking at Exhibit 16, the trial
14 testimony of Mr. Reyes' criminal trial, Bates
15 stamped Solache 6305 through 6360.
16         All right.  At Solache 6356 through
17 6357, you were asked these questions and you gave
18 these answers.
19         Sir -- this is line 16.
20         Question:  The report that you've been
21 refreshing your recollection from was written on
22 April 30th, isn't that right, 1998?
23         Answer:  It was finished.
24         Question:  When you say finished, are

447

1  you indicating that parts of this report were
2  typed before April 30th, 1998?
3          Answer:  Yes.  I believe as we went
4  along, yes.
5          Question:  I'm sorry?
6          Answer:  As we went along.
7          Question:  So you were typing this as
8  you went along, is that what your testimony is?
9          Answer:  As we went along in the
10 investigation, yeah.
11         Question:  This report is 21 pages
12 long, correct?
13         Answer:  Yes.
14         Question:  So you typed this from
15 somewhere in the vicinity of April 3 or April 4
16 when Mr. DeLeon was taken into custody up to
17 approximately April 30th when it was submitted?
18         Answer:  It was between there, yeah,
19 and April 30th when it was turned in, completed.
20         Question:  So it was an ongoing
21 process.  Some of it was typed one day, some of it
22 another day.
23         Answer:  Probably, yes.
24         Sir, you gave that testimony, right?

448

1          MR. DAFFADA:  Objection, foundation.
2          THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    Sir, is it true that you started
5  writing your report at the beginning -- at the
6  start of April and kept writing it all the way
7  until the end of the month?
8          MR. DAFFADA:  Objection, foundation --
9  or form.
10         THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    Sir, that's a lie, isn't it?
13         MR. DAFFADA:  Objection, form and
14 foundation.
15         THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17     Q    Sir, your practice was not to finalize
18 and submit your reports until you completed your
19 investigations and made your case, right?
20         MR. DAFFADA:  Objection, form and
21 foundation.
22         THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24     Q    It was your practice to make sure not

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

113 (449 to 452)

449

1  to finalize and submit your reports in this case
2  until you fabricated your case against Reyes and
3  Solache, right?
4          MR. DAFFADA:  Objection, form and
5  foundation.
6          MR. ENGQUIST:  Argumentative.
7          THE DEPONENT:  Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q   So that way you could leave out the
10 information that didn't support your theory,
11 right?
12         MR. DAFFADA:  Objection, form and
13 foundation.
14         THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q   Let's look at the same testimony at
17 Solache 6306.
18         Looking at Solache 6308, were you asked
19 these questions and did you give these answers?
20         Question:  Was Norma Salazar brought to
21 Area Five, area of Violent Crimes?
22         Answer:  Yes, she was.
23         Question:  What happened after that
24 Norma Salazar was brought to Area Five Violent

450

1  Crimes?
2          Answer:  We had a line-up with her.
3          Question:  And who was it that viewed
4  the line-up?
5          Answer:  Adriana Mejia.
6          Question:  To do that line-up with
7  Norma Salazar, what did you have to do?
8          Answer:  We had to find people to
9  participate in the line-up, female fillers more or
10 less the same height and weight and physical
11 description as Norma Salazar.
12         Question:  Eventually were you able to
13 do that?
14         Answer:  Yes.
15         Question:  You mentioned that Adriana
16 Mejia viewed that line-up, including Norma
17 Salazar?
18         Answer:  That's correct, she did.
19         Question:  Was a line-up conducted?
20         Answer:  Yes.
21 Sir, you gave that testimony, right?
22 MR. DAFFADA:  Objection, foundation.
23 THE DEPONENT:  Take the Fifth.
24

451

1  BY MR. SWAMINATHAN:
2      Q   That testimony was also false, right?
3          MR. DAFFADA:  Objection, form and
4  foundation.
5          THE DEPONENT:  Take the Fifth.
6  BY MR. SWAMINATHAN:
7      Q   Salazar was never put in a line-up, was
8  she?
9          MR. DAFFADA:  Objection, form and
10 foundation.
11         THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13     Q   You never seriously investigated
14 Salazar's angle, right?
15         MR. DAFFADA:  Objection, form and
16 foundation.
17         THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   You created a false report saying you
20 put Salazar in a line-up and then you testified
21 falsely about that line-up, right?
22         MR. DAFFADA:  Objection, form and
23 foundation.
24         THE DEPONENT:  Take the Fifth.

452

1  BY MR. SWAMINATHAN:
2      Q   Let's look at 63 -- Solache 6330.
3  Starting at line 22.
4          Question:  What else did he tell you?
5          Answer:  He said that after -- after a
6  while she knew that she was not pregnant and that
7  she had to get a baby to prove that her husband --
8  to prove to her husband that was her baby, that
9  she was -- that she was having -- that she had
10 that baby.
11         Question:  And what else did he tell
12 you?
13         Answer:  And he said that she asked him
14 to help her find a baby, to get a baby, that she
15 would pay him $600 for.
16         Question:  Did he say whether or not he
17 got $600?
18         Answer:  He said -- he first said that
19 he got $200.  He first said that he got $200
20 first.
21         Then later on she gave him some more
22 money and he was surprised.  He asked her, why am
23 I getting all this?  She said, so you won't tell
24 my husband what we did.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

114 (453 to 456)

453

1       Question:  What else did he tell you,
2   Detective?
3       Answer:  It was at that time he told
4   how they were going to do it and where they were
5   going to meet at.
6       Question:  Can you remember if he told
7   you where they were going to meet?
8       Answer:  They were supposed to meet at
9   the University of Illinois Hospital.
10      Sir, you gave that testimony, right?
11      MR. DAFFADA:  Objection, foundation.
12      THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14   Q    And all that testimony about what Reyes
15  supposedly told you, that was all lies, right?
16      MR. DAFFADA:  Objection, form and
17  foundation.
18      THE DEPONENT:  Take the Fifth.
19  BY MR. SWAMINATHAN:
20   Q    You knew that Reyes had just moved to
21  the United States from Mexico for work in order to
22  send money back to his pregnant wife and child,
23  right?
24      MR. DAFFADA:  Objection, foundation and

454

1   form.
2       THE DEPONENT:  Take the Fifth.
3   BY MR. SWAMINATHAN:
4    Q    And according to you, somehow two
5   months later, his landlord -- his landlady
6   confides her deepest, darkest secrets, right?
7       MR. DAFFADA:  Objection to form and
8   foundation.
9       MS. ROSEN:  Argumentative.
10      THE DEPONENT:  Take the Fifth.
11  BY MR. SWAMINATHAN:
12   Q    And so he decides to mastermind a
13  double homicide and kidnapping to help this woman
14  he doesn't know, right?
15      MR. DAFFADA:  Objection, foundation and
16  form.
17      MS. ROSEN:  Argumentative.
18      THE DEPONENT:  Take the Fifth.
19  BY MR. SWAMINATHAN:
20   Q    And he agrees to do it for $600, right?
21      MR. DAFFADA:  Objection, foundation and
22  form.
23      MS. ROSEN:  Argumentative.
24      THE DEPONENT:  Take the Fifth.

455

1   BY MR. SWAMINATHAN:
2    Q    And he is surprised when the woman
3   actually pays him, right?
4       MR. DAFFADA:  Objection, form and
5   foundation.
6       MS. ROSEN:  Argumentative.
7       THE DEPONENT:  Take the Fifth.
8   BY MR. SWAMINATHAN:
9    Q    So that story, that story that you
10  testified about, it doesn't make any sense, right?
11      MR. DAFFADA:  Objection, form,
12  foundation.
13      MS. ROSEN:  Argumentative.
14      THE DEPONENT:  Take the Fifth.
15  BY MR. SWAMINATHAN:
16   Q    And that's because you made it up you,
17  right?
18      MR. DAFFADA:  Objection, form and
19  foundation.
20      THE DEPONENT:  Take the Fifth.
21  BY MR. SWAMINATHAN:
22   Q    All right.  You also testified at the
23  criminal trial of Gabriel Solache, right?
24   A    Take the Fifth.

456

1    Q    And that was on December 3rd, 2000,
2   right?
3    A    Take the Fifth.
4    Q    I'm showing you Exhibit 17.
5       (Deposition Exhibit Number 17 marked.)
6   BY MR. SWAMINATHAN:
7    Q    This is Solache 6366 through 6427.
8   This is criminal trial testimony from June 15th,
9   2000.
10      At that trial you were asked about how
11  on April 3rd, 1998, you had Adriana Mejia's
12  husband Rosauro sign a form to allow the search of
13  their home, right?
14      MR. DAFFADA:  Objection, foundation.
15      THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17   Q    And that was where Mr. Solache lived,
18  correct?
19      MR. DAFFADA:  Objection, form and
20  foundation.
21      THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23   Q    And police officers didn't find any
24  evidence connecting Gabriel Solache to the Soto

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

457

1 murders and kidnapping, did they?
2          MR. DAFFADA: Objection, form and
3 foundation.
4          MR. ENGQUIST: Asked and answered.
5          THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q    And you found -- strike that.
8          And when you went to the home a second
9 time, you found a pair of bloody pants that
10 belonged to Adriana, right?
11          MR. DAFFADA: Object to form,
12 foundation.
13          MS. ROSEN: Asked and answered.
14          THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16    Q    And you were asked these questions and
17 you gave these answers. This is at Solache 6383,
18 starting at line 9.
19          Question: Did you go to 6234 South
20 Mozart in the early morning hours at that time?
21          Answer: Yes, I did.
22          Question: Did you go alone or with
23 someone?
24          Answer: Guadalupe and -- Guadalupe

458

1 Mejia and her husband.
2          Question: And did the three of you
3 arrive there at 6234 South Mozart?
4          Answer: Yes, we did.
5          Sir, you gave those questions -- sir,
6 you gave that testimony, correct?
7          MR. DAFFADA: Objection, foundation.
8          THE DEPONENT: Take the Fifth.
9 BY MR. SWAMINATHAN:
10    Q    And, sir, when you gave that -- strike
11 that.
12          And when you did that, as your
13 testimony stated, you didn't find any evidence
14 connecting Gabriel Solache to the Soto murder and
15 kidnapping, did you?
16          MR. DAFFADA: Objection, form and
17 foundation.
18          MS. ROSEN: Asked and answered.
19          THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21    Q    You were also asked in your criminal
22 trial testimony about when you interrogated
23 Solache, correct?
24          MR. DAFFADA: Objection, form and

459

1 foundation.
2          THE DEPONENT: Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    And at Solache 6419, you were asked
5 questions and you gave these answers.
6          Question: And when you spoke to
7 Gabriel at 9:00 at night in the evening, when you
8 say he made this admission to you, you had already
9 spoken to Adriana Mejia on several occasions.
10          Answer: Yes, ma'am.
11          Question: And you already talked to
12 Arturo DeLeon.
13          Answer: Yes, ma'am.
14          So it was -- you gave that testimony,
15 correct?
16          MR. DAFFADA: Objection, foundation.
17          THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19    Q    Go ahead.
20    **A    Take the Fifth.**
21    Q    So it was after you had beaten Adriana
22 Mejia and Arturo Reyes into giving into you that
23 you interrogated Gabriel Solache at 9 p.m. on
24 April 4th, correct?

460

1          MR. DAFFADA: Objection, form and
2 foundation.
3          THE DEPONENT: Take the Fifth.
4 BY MR. SWAMINATHAN:
5     Q    At 6387, you were asked these questions
6 and you gave these answers.
7          Question: Do you remember how you
8 began the conversation?
9          Answer: Yes. I informed Mr. Solache
10 of the previous warnings that I had given him, the
11 Miranda warnings -- called the Miranda warnings.
12 And I told them that they standstill -- that they
13 still stand, both warnings still stand. And if he
14 still wanted to talk to me. He says yes.
15          Sir, that wasn't true, was it?
16          MR. DAFFADA: Objection, form and
17 foundation.
18          THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20    Q    You never told Mr. Solache what his
21 rights were, did you?
22          MR. DAFFADA: Objection, form and
23 foundation.
24          THE DEPONENT: Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

461

1  BY MR. SWAMINATHAN:
2      Q    At 63 -- at Solache 6390, you were
3  asked these questions and you gave these answers.
4          Question:  Now, again, directing your
5  attention to the conversation with Gabriel
6  Solache, April 4, 1998, at about 9 p.m.
7          Who was present in the interview at
8  that time?
9          Answer:  It was Mr. Solache and myself.
10         That was your testimony, correct?
11         MR. DAFFADA:  Objection, foundation.
12         THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14     Q    So the only person who could refute
15  what you say happened in that room is Solache,
16  right?
17         MR. DAFFADA:  Objection, form and
18  foundation.
19         THE DEPONENT:  Take the Fifth.
20  BY MR. SWAMINATHAN:
21     Q    Sir, you testified at that trial that
22  all you had to do was tell them that he's been
23  implicated by Reyes and Adriana Mejia and he just
24  suddenly confessed to you, right, that was your

462

1  testimony?
2          MR. DAFFADA:  Objection, form,
3  foundation.
4          THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6      Q    Solache 6390, starting at line 9.
7          Question:  Without telling us --
8  specifically, without telling us what was said by
9  Adriana or Arturo, did you advise Gabriel Solache
10  of what they had said?
11         Answer:  Yes, I did.
12         Question:  And after you did that, did
13  he say anything to you?
14         Answer:  Yes, he did.
15         Question:  What did he say?
16         Answer:  He told -- he told me that he
17  was involved.  That Adriana was also involved and
18  Arturo DeLeon was also involved in the double
19  murder and kidnapping of the kids.  And he told me
20  what everyone else did.
21         Sir, you gave that testimony, right?
22         MR. DAFFADA:  Objection, foundation.
23         THE DEPONENT:  Take the Fifth.
24

463

1  BY MR. SWAMINATHAN:
2      Q    You were lying when you gave that
3  testimony, right?
4          MR. DAFFADA:  Objection, form and
5  foundation.
6          THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8      Q    He didn't suddenly just tell you
9  everything that happened?
10         What really happened is that you beat
11  Mr. Solache until he couldn't take any more and he
12  agreed to say what you told him to say, right?
13         MR. DAFFADA:  Objection, form,
14  foundation.
15         THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17     Q    And during interrogations of
18  Mr. Solache, did you take any notes?
19         MR. DAFFADA:  Objection, form,
20  foundation.
21         THE DEPONENT:  Take the Fifth.
22  BY MR. SWAMINATHAN:
23     Q    This is Solache 6401.
24         Question:  Now, we talked about this

464

1  first interview that you said you had with Gabriel
2  was at 9:00 p.m. on April 4th.  How long did that
3  interview last?
4          Answer:  About 30 minutes, I guess.
5          Question:  And you took notes during
6  that interview?
7          Answer:  No, I did not.
8          Did you give that testimony?
9          MR. DAFFADA:  Objection, foundation.
10         THE DEPONENT:  Take the Fifth.
11  BY MR. SWAMINATHAN:
12     Q    Sir, that testimony was a lie, right?
13         MR. DAFFADA:  Objection, form and
14  foundation.
15         THE DEPONENT:  Take the Fifth.
16  BY MR. SWAMINATHAN:
17     Q    Of course you took notes.  That's what
18  detectives do when they conduct an interview, they
19  take notes, right?
20         MR. DAFFADA:  Objection, form,
21  foundation.
22         THE DEPONENT:  Take the Fifth.
23  BY MR. SWAMINATHAN:
24     Q    And it's important to take notes

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

117 (465 to 468)

---

465

1 because that's how you make sure you have accurate
2 information, right?
3          MR. DAFFADA: Objection, form,
4 foundation.
5          THE DEPONENT: Take the Fifth.
6 BY MR. SWAMINATHAN:
7     Q   You were taught about the importance of
8 taking notes all the way from the time you went
9 through the Academy, right?
10          MR. DAFFADA: Objection, form and
11 foundation.
12          THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q   Especially as a detective, you knew the
15 importance of taking notes, right?
16          MR. DAFFADA: Objection, form and
17 foundation.
18          THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q   In fact, the Chicago Police Department
21 had special forms for detectives to use to take
22 notes, right?
23          MR. DAFFADA: Objection, form,
24 foundation.

---

466

1          THE DEPONENT: Take the Fifth.
2 BY MR. SWAMINATHAN:
3     Q   All right. This is Solache 6402,
4 starting at line 18.
5          Question: Well, you made a general
6 progress report. Strike that.
7          Well, you made a general progress
8 report note on this case, didn't you?
9          Answer: I don't believe I did, no.
10          That's because if you do not commit --
11 that's because if you do not commit yourself to
12 paper, it's easier to make it up as you go along,
13 right?
14          MR. DAFFADA: Objection, form,
15 foundation.
16          MS. ROSEN: Argumentative.
17          THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q   And you testified that Solache told you
20 that he and Arturo drove home after the murder and
21 kidnappings and he went to sleep.
22          Sir, you were asked those questions --
23 sir, you were asked these questions and you gave
24 these answers. This is at 6394.

---

467

1          Question: What did he say happened
2 next?
3          Answer: He said that he drove back
4 home, him and Arturo drove back home, and he went
5 to sleep.
6          Were you asked those questions and did
7 you give those answers?
8          MR. DAFFADA: Objection, form --
9 withdraw it. Objection to foundation.
10          THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q   Sir, that testimony was completely made
13 up, right?
14          MR. DAFFADA: Objection, form and
15 foundation.
16          THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q   That was your icing on the cake, right?
19          MR. DAFFADA: Objection, form,
20 foundation.
21          MS. ROSEN: Argumentative.
22          MR. ENGQUIST: Argumentative.
23          THE DEPONENT: Take the Fifth.
24

---

468

1 BY MR. SWAMINATHAN:
2     Q   That was your way of convincing the
3 jury that Solache and Reyes were just such
4 cold-blooded killers that they'd lay down and went
5 to sleep after stabbing a couple and stealing
6 their children, right?
7          MR. DAFFADA: Objection, form,
8 foundation.
9          MS. ROSEN: Argumentative.
10          THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q   Sir, based on the false testimony you
13 gave at Reyes' criminal trial, Reyes was
14 convicted, right?
15          MR. DAFFADA: Objection, form and
16 foundation.
17          MS. ROSEN: Asked and answered.
18          THE DEPONENT: Take the Fifth.
19 BY MR. SWAMINATHAN:
20     Q   That's why you gave the false
21 testimony, right?
22          MR. DAFFADA: Objection, form,
23 foundation.
24          MS. ROSEN: Argumentative.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

118 (469 to 472)

469

1        THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3      Q    You didn't care about whether he was
4 guilty or innocent, you just wanted a conviction,
5 right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        It's starting -- Anand, it's starting
9 to cross the line, you know, in terms of annoying
10 and harassing the witness.
11        MR. SWAMINATHAN:  I don't know if this
12 is the trial testimony of this witness.  The
13 witness is down in Texas.  I don't know whether
14 this witness will even choose to show up at trial.
15        I have a right to ask and exam -- and
16 finish an exam that we believe is gonna be able to
17 preserve the questions that we need to be able to
18 ask at trial.
19        MR. DAFFADA:  But you're asking the
20 same questions.
21        MR. SWAMINATHAN:  I have about five
22 minutes of questions left, so I'm very near the
23 end.
24        MR. DAFFADA:  All right.  Five minutes.

470

1 Okay?
2        MR. SWAMINATHAN:  I'm not limiting
3 myself to five minutes.
4        I have about five minutes of questions
5 left.  You're not cutting me off in five minutes.
6 Okay?  If it goes seven minutes, it goes seven
7 minutes.
8        MR. DAFFADA:  I never said I'm gonna
9 cut you off.
10        MR. SWAMINATHAN:  I understand.  I just
11 want to make sure.
12        MR. DAFFADA:  Josh will do it.
13        MR. SWAMINATHAN:  Can we have the last
14 question and answer read back?
15        (Reporter read back last question and
16        answer.)
17 BY MR. SWAMINATHAN:
18      Q    All right.  Sir, based on -- strike
19 that.
20        Based on the false testimony that you
21 gave at Solache's criminal trial, Solache was
22 convicted, too, correct?
23        MR. DAFFADA:  Objection, form and
24 foundation.

471

1        MS. ROSEN:  Asked and answered.
2        THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4      Q    That's why you gave the false
5 testimony, right?
6        MR. DAFFADA:  Objection, form and
7 foundation.
8        MS. ROSEN:  Argumentative.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11      Q    You didn't care whether Solache was
12 guilty or innocent, you just wanted a conviction
13 in this case, right?
14        MR. DAFFADA:  Objection, form,
15 foundation.
16        MS. ROSEN:  Argumentative.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19      Q    I want to ask you about the post
20 conviction testimony you gave.
21        More than a decade and a half later
22 after the criminal trial, you learned that Solache
23 and Reyes were seeking to overturn their
24 convictions, correct?

472

1      A    Take the Fifth.
2      Q    You knew that they were arguing in
3 state court that you had a pattern and practice of
4 physically and psychologically abusing and
5 coercing suspects to frame them for murders they
6 didn't commit.
7        MR. DAFFADA:  Objection, form,
8 foundation.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11      Q    On July 29th, 2013, you testified at a
12 hearing in their post conviction proceedings,
13 correct?
14        MR. DAFFADA:  Objection, foundation.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17      Q    And at that July 29th, 2015, hearing,
18 you invoked the Fifth Amendment in your response
19 to every question about your role as a detective
20 investigating the Soto murders and kidnappings,
21 right?
22        MR. DAFFADA:  Objection, form.
23        THE DEPONENT:  Take the Fifth.
24

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

119 (473 to 476)

---

473

1  BY MR. SWAMINATHAN:
2      Q    And about your role in coercing and
3  fabricating false statements from Reyes and
4  Solache, right?
5          MR. DAFFADA: Objection, form,
6  foundation.
7          THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    You took the Fifth because you knew
10 that if you told the truth, you'd be subjecting
11 yourself to criminal prosecution, right?
12         MR. DAFFADA: Objection, form,
13 foundation.
14         THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16     Q    And the State's Attorney offered you
17 immunity to testify without asserting your Fifth
18 Amendment rights, correct?
19         MR. DAFFADA: Objection, form.
20         THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q    And you still resisted testifying,
23 right?
24         MR. DAFFADA: Objection, form and

---

474

1  foundation.
2          THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    You testified again on October 30th,
5  2017, in the hearing, right?
6      A    Take the Fifth.
7      Q    When you testified at the hearings on
8  Solache and Reyes' motion to suppress, you met
9  with the Assistant State's Attorney to prepare,
10 right?
11         MR. DAFFADA: Objection, form.
12         THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    And when you testified back at the
15 criminal trial for Solache and Reyes, you also met
16 with attorney -- Assistant State's Attorney to
17 prepare, right?
18         MR. DAFFADA: Objection, form.
19         THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And for the many other times that you
22 testified in hearings and trials in cases you
23 investigated, you also met with the Assistant
24 State's Attorney to prepare, right?

---

475

1          MR. DAFFADA: Objection, form.
2          THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    But during the post conviction
5  proceedings in this case, you refused to meet with
6  the Assistant State's Attorney, right?
7          MR. DAFFADA: Objection, foundation and
8  form.
9          THE DEPONENT: Take the Fifth.
10 BY MR. SWAMINATHAN:
11     Q    And before the October 30th, 2017,
12 Solache/Reyes Post Conviction Hearing, you refused
13 to meet with the State's attorneys to go over the
14 subject of your testimony, right?
15         MR. DAFFADA: Objection, foundation.
16         THE DEPONENT: Take the Fifth.
17 BY MR. SWAMINATHAN:
18     Q    At that hearing, were you asked these
19 questions and did you give these answers?
20         Question: You refused to meet with
21 prosecutors to go over your testimony today -- the
22 subject of your testimony today, isn't that right?
23         Answer: Refused, yes.
24         You gave that testimony, right?

---

476

1          MR. DAFFADA: Objection, foundation.
2          THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4      Q    And only after being ordered by the
5  Court did you, in fact, testify, correct?
6          MR. DAFFADA: Objection, form.
7          THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9      Q    And you were given immunity for that
10 testimony, right?
11     A    Take the Fifth.
12     Q    And with immunity, you lied again,
13 right?
14         You lied like you did at your criminal
15 trial.
16         MR. DAFFADA: Objection, form.
17         THE DEPONENT: Take the Fifth.
18 BY MR. SWAMINATHAN:
19     Q    And you testified again that you never
20 beat Solache, right?
21     A    Take the Fifth.
22     Q    And you testified that you never beat
23 Arturo Reyes, right?
24     A    Take the Fifth.

---

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

477

1    Q   But none of that was truthful
2  testimony, right?
3         MR. DAFFADA:  Objection, form.
4         THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6    Q   Because if it had been truthful
7  testimony, you could just repeat it now, right?
8         MR. DAFFADA:  Objection, form.
9         THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11   Q   You won't say that you did not beat
12 Gabriel Solache or Arturo Reyes as you sit here
13 now, do you?
14        MR. DAFFADA:  Objection, form.
15        MS. ROSEN:  Argumentative.
16        THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18   Q   That's because you did beat them,
19 right?
20        MR. DAFFADA:  Objection, form.
21        MS. ROSEN:  Argumentative.
22        THE DEPONENT:  Take the Fifth.
23 BY MR. SWAMINATHAN:
24   Q   And you fear prosecution if you answer

478

1  truthfully, correct?
2         MR. DAFFADA:  Objection, form.
3         MS. ROSEN:  Argumentative.
4         THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6    Q   And today, unlike in the state court
7  proceeding, you do not have immunity, do you?
8         MR. DAFFADA:  Objection, form,
9  foundation.
10        MS. ROSEN:  Argumentative.
11        THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13   Q   All right.  I have just a final few
14 questions here.
15        Sir, you purposely framed Arturo Reyes
16 and Gabriel Solache for crimes they did not
17 commit, didn't you?
18        MR. DAFFADA:  Form.
19        THE DEPONENT:  Take the Fifth.
20        MS. ROSEN:  Objection, foundation.
21        THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   In order to do that, you beat and you
24 coerced them into signing false confessions,

479

1  right?
2         MR. DAFFADA:  Objection, form and
3  foundation.
4         MS. ROSEN:  Asked and answered;
5  therefore, argumentative.
6         THE DEPONENT:  Take the Fifth.
7  BY MR. SWAMINATHAN:
8    Q   You also fabricated and suppressed
9  evidence with the assistance of your partner,
10 Detective Halvorson, right?
11        MR. DAFFADA:  Objection, form and
12 foundation.
13        MS. ROSEN:  Asked and answered,
14 argumentative.
15        THE DEPONENT:  Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q   And you did it all with the knowledge
18 and under the supervision of Sergeants Mingey,
19 Capitelli and Biebel, right?
20        MS. ROSEN:  Objection.
21        MR. DAFFADA:  Foundation.
22        MS. ROSEN:  Asked and answered,
23 argumentative.
24        THE DEPONENT:  Take the Fifth.

480

1  BY MR. SWAMINATHAN:
2    Q   This wasn't the first time or the last
3  time you did this, was it?
4         MR. DAFFADA:  Objection to form.
5         THE DEPONENT:  Take the Fifth.
6         MS. ROSEN:  Asked and answered,
7  argumentative.
8         THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10   Q   And you refused to testify today
11 because you know you first lied back in 1998,
12 right?
13        MR. DAFFADA:  Objection, form and
14 foundation.
15        MS. ROSEN:  Asked and answered,
16 argumentative.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. SWAMINATHAN:
19   Q   You lied in your reports, right?
20        MR. DAFFADA:  Objection, form and
21 foundation.
22        MS. ROSEN:  Asked and answered,
23 argumentative.
24        THE DEPONENT:  Take the Fifth.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

121 (481 to 484)

481

1 BY MR. SWAMINATHAN:
2    Q    You lied again on the stand at the
3 motion to suppress hearing and then later at the
4 criminal trial and the post conviction
5 proceedings, right?
6         MR. DAFFADA:  Form and foundation.
7         MS. ROSEN:  Asked and answered,
8 argumentative.
9         THE DEPONENT:  Take the Fifth.
10 BY MR. DAFFADA:
11   Q    And you also lied to the Soto family
12 when you told them that Reyes and Solache had been
13 involved in their families' murder and
14 kidnappings, right?
15        MR. DAFFADA:  Objection, form and
16 foundation.
17        THE DEPONENT:  Take the Fifth.
18 BY MR. DAFFADA:
19   Q    As we sit here today, two men, Reyes
20 and Solache, they lost 40 plus years of their
21 lives because you framed them, right?
22        MR. DAFFADA:  Objection, form and
23 foundation.
24        MS. ROSEN:  Argumentative.

482

1         THE DEPONENT:  Take the Fifth.
2 BY MR. SWAMINATHAN:
3    Q    And the Soto family, they have no
4 closure and they have no justice, right?
5         MR. DAFFADA:  Objection to form and
6 foundation.
7         MS. ROSEN:  Argumentative.
8         THE DEPONENT:  Take the Fifth.
9 BY MR. SWAMINATHAN:
10   Q    Sir, do you have any remorse for what
11 you did to Arturo Reyes and Gabriel Solache?
12        MR. DAFFADA:  Objection, form.
13        THE DEPONENT:  Take the Fifth.
14        MR. SWAMINATHAN:  I don't think I have
15 any more questions.  Give me about 30 seconds to
16 make sure.
17        Okay.  I think we're all done.
18        MR. DAFFADA:  Wait a minute.  I want to
19 put something on the record and ask him some
20 questions.
21        First thing I want to put on the record
22 is my objections on form just -- you know, the
23 Judge here has a standing order on objections and
24 when I object form, it includes and it preserves

483

1 objections for vagueness, ambiguous,
2 argumentative, lack of personal knowledge, lack of
3 foundation, calls for speculation, calls for a
4 conclusion, assumes facts not in evidence,
5 misstates the facts or the testimony, hearsay,
6 compound, the document speaks for itself and so on
7 and so on.  It's paragraph 17 of the standing
8 order on depositions.
9         Just putting that out there so there's
10 no confusion.
11        All right.  I have a few questions I
12 want to ask Mr. Guevara.
13        EXAMINATION
14 BY MR. DAFFADA:
15   Q    Mr. Guevara, the last time you
16 testified in this case was October 21st.  You were
17 asked some questions about taking notes.
18        Do you remember that?
19   A    Yes.
20   Q    You said you sometimes took notes when
21 you were a detective, is that right?
22   A    Yes.
23   Q    Did you take notes about
24 investigations, about the cases you were working

484

1 on?
2    A    No.
3    Q    What notes did you mean when you
4 answered those questions?  What notes did you
5 have?
6    A    The notes that I took were notes
7 concerning the court trials, court days,
8 courtrooms, interviews with the State's Attorney,
9 my overtime slips and basically that.
10   Q    So that had nothing to do with cases
11 that you were working on?
12   A    Nothing to do with it.
13   Q    Was your usual practice to make
14 handwritten notes while you were working on cases
15 and were a detective?
16   A    No.
17   Q    How about as a gang crime specialist?
18   A    No.
19        MR. DAFFADA:  No further questions.
20        MR. SWAMINATHAN:  I have some
21 follow-up.
22        EXAMINATION
23 BY MR. SWAMINATHAN:
24   Q    Mr. Guevara, is it your testimony today

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

122 (485 to 488)

485

1 that you never took notes as a homicide detective?
2 **A    That's correct.**
3    Q    Do you know of any other homicide
4 detectives who never took any notes?
5         MR. DAFFADA:  Objection, form.
6         THE DEPONENT:  I'm gonna take five on
7 that.
8 BY MR. SWAMINATHAN:
9    Q    Sir, I asked you about when you got rid
10 of notes that you took during your homicide
11 investigations in the last deposition.
12         And at that deposition, you answered by
13 saying -- by asserting the Fifth.
14         Isn't that true?
15         MR. DAFFADA:  What deposition are you
16 talking about?  Sorry.
17 BY MR. SWAMINATHAN:
18    Q    At the earlier deposition in this case
19 in October.
20         I asked you about notes that you had
21 taken and you indicated that you would destroy
22 those notes at end of the homicide investigation,
23 correct?
24         MR. DAFFADA:  Objection.  Objection.

486

1         MS. ROSEN:  I think that misstates his
2 prior testimony.  I could be wrong.
3         MR. DAFFADA:  Hold on a second.
4 BY MR. SWAMINATHAN:
5    Q    Sir, is your prior testimony false
6 about when you took notes?
7 **A    I took notes, but the notes that I took**
8 **were notes that I just got through explaining.**
9 **I didn't take any notes on the --**
10 **pertaining to any handwritten notes for any**
11 **case -- homicide cases.**
12    Q    You were required to take notes as a
13 homicide detective, correct?
14         MS. ROSEN:  Objection, foundation.
15 Objection, foundation.  There's no requirement of
16 taking notes.
17         MR. SWAMINATHAN:  That's your -- let's
18 hear his answer.  This deposition is crazy to me,
19 but let's hear his answer.
20         MS. ROSEN:  I can read the order to you
21 if you'd like for my crazy position.
22         MR. SWAMINATHAN:  All right.  I'll ask
23 my question.  You can lodge your objection and
24 he'll answer.

487

1 BY MR. SWAMINATHAN:
2    Q    Sir, you were required as a homicide
3 detective to take notes, right?
4 **A    I take the Fifth.**
5    Q    You were trained to take notes, right?
6 **A    I take the Fifth.**
7    Q    And you did take notes during the
8 course of homicide investigations consistent with
9 the policies and your training, correct?
10 **A    No.**
11    Q    Sir, other homicide detectives took
12 notes consistent with the policies and the
13 training, correct?
14 **A    Take the Fifth.**
15    Q    What was the reason you refused to take
16 notes?
17         MS. ROSEN:  Objection, form.
18         MR. DAFFADA:  He never said he refused.
19         THE DEPONENT:  I just said I didn't
20 take notes.
21 BY MR. SWAMINATHAN:
22    Q    What's the reason that you would not
23 take notes?
24 **A    I don't know.  I just never took any**

488

1 **notes.**
2    Q    When you wrote reports, what did you
3 rely on, your memory?
4 **A    That's correct.**
5    Q    And your memory -- and you don't have a
6 perfect memory, do you?
7         MR. DAFFADA:  Object to form.
8         THE DEPONENT:  I'm gonna take the Fifth
9 on that.
10 BY MR. SWAMINATHAN:
11    Q    Sir, you took notes and then you would
12 later destroy those notes, right?
13 **A    I'm gonna take the Fifth on that.**
14    Q    Sir, you took notes and then if those
15 notes contained information that you didn't like
16 in them, you got rid of those notes, right?
17         MR. DAFFADA:  Objection.  He already
18 testified that he didn't take notes about cases.
19         MR. SWAMINATHAN:  You've got the
20 testimony you want to get from him.
21         I want to ask him my questions.  He can
22 tell me what he wants to tell me or he can take
23 the Fifth.
24         MR. DAFFADA:  What's your question on

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

123 (489 to 492)

489

1  that?
2  BY MR. SWAMINATHAN:
3      Q   Sir, you took -- strike that.
4          When you conducted investigations, you
5  waited until the end of the investigations to
6  write your reports, right?
7      A   Take the Fifth.
8      Q   You would wait until the end of the
9  investigation to prepare your reports because that
10 way you would know what evidence supported your
11 case and what evidence didn't support your case,
12 right?
13     A   I take the Fifth.
14     Q   And you did that to help you make sure
15 you could frame people for cases, correct?
16     A   I take the Fifth.
17     Q   And your notes would be a problem if
18 you had that practice of reporting your cases at
19 the end, correct?
20     A   I never took any notes.
21     Q   Sir, the reason -- strike that.
22         Not that you didn't take notes, you got
23 rid of your notes, just like you testified at your
24 last deposition, because that would have put the

490

1  lie to your report writing practices, right?
2      A   No.  Notes on cases, no.
3      Q   Sir, did you destroy notes in order to
4  ensure that there was not evidence that
5  contradicted your supplementary report that you
6  wrote at the end of the case?
7      A   No.
8      Q   Sir, when you conducted an interview
9  with the witness, if they told you information
10 that was exculpatory for your suspect, would you
11 write that in your notes?
12     A   No.  I did not write any notes.
13     Q   So if somebody -- if a witness gave you
14 information that was exculpatory to a suspect in
15 your case, you would not write notes of that
16 interview, correct?
17     A   That's correct.
18     Q   Okay.  And at the end of the case --
19 strike that.
20         And the information given to you by
21 that witness that was exculpatory for your
22 suspect, you wouldn't write a report about that
23 until the end of the case, correct?
24     A   Take the Fifth.

491

1          MR. SWAMINATHAN:  All right.  Let's
2  just take a short break for one minute.  I'm gonna
3  finish up.
4          VIDEOGRAPHER WILHITE:  The time is 6:10
5  p.m.
6          We're off the record.
7          (Recess.)
8          VIDEOGRAPHER WILHITE:  The time is 6:19
9  p.m.
10         We are back on the record.
11 BY MR. SWAMINATHAN:
12     Q   Sir, did you ever receive any training
13 from the Chicago Police Department to take notes?
14         MR. DAFFADA:  Sir, what was the
15 question?  I couldn't hear you.
16 BY MR. SWAMINATHAN:
17     Q   Did you ever receive any training from
18 the Chicago Police Department to take notes?
19     A   Take the Fifth.
20     Q   Sir, what was your understanding of the
21 Chicago Police Department's policy about taking
22 notes?
23     A   Take the Fifth.
24     Q   Did you ever get any training as a

492

1  homicide detective that it was important take
2  notes?
3      A   Take the Fifth.
4      Q   Sir, you were trained as a homicide
5  detective that it was important to take notes,
6  right?
7      A   Take the Fifth.
8      Q   And supervisors in the homicide
9  division taught you that it was important to take
10 notes, right?
11         MR. DAFFADA:  Objection, form,
12 foundation.
13         THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q   And you were trained that it was
16 important to take notes as a homicide detective to
17 make sure that you were getting accurate
18 information into your typed reports, right?
19         MR. DAFFADA:  Objection, form.
20         THE DEPONENT:  Take the Fifth.
21 BY MR. SWAMINATHAN:
22     Q   And you were trained that it was
23 important to take notes so that you'd have
24 documentation of all the investigative steps in

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

493

1 the case, right?
2          MR. DAFFADA:  Objection, foundation.
3          THE DEPONENT:  Take the Fifth.
4 BY MR. SWAMINATHAN:
5     Q    And you were trained that it was
6 important to take notes so that you had
7 documentation to refresh your memory at trial,
8 right?
9          MR. DAFFADA:  Objection, foundation.
10          THE DEPONENT:  Take the Fifth.
11 BY MR. SWAMINATHAN:
12     Q    Sir, it was important -- strike that.
13          And, sir, you were trained as a
14 homicide detective that it was important to take
15 notes because you just didn't work on cases by
16 yourself, right?
17          MR. DAFFADA:  Objection, form and
18 foundation.
19          THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    You worked on teams, right?
22     A    Take the Fifth.
23     Q    And sometimes people on other shifts
24 would work the same case as you, right?

494

1          MR. DAFFADA:  Objection, foundation.
2          THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    And your notes would give them
5 information about the case, right?
6          MR. DAFFADA:  Objection, foundation.
7          THE DEPONENT:  Take the Fifth.
8 BY MR. SWAMINATHAN:
9     Q    And about what witnesses had said,
10 right?
11          MR. DAFFADA:  Objection, foundation.
12          THE DEPONENT:  Take the Fifth.
13 BY MR. SWAMINATHAN:
14     Q    In your case, it was important to take
15 notes, because other detectives wouldn't have
16 access to any reports, because you didn't write
17 reports until the end of the case, right?
18          MR. DAFFADA:  Objection, form.
19          THE DEPONENT:  Take the Fifth.
20 BY MR. SWAMINATHAN:
21     Q    And so any witnesses that you spoke to
22 earlier in the case, they need to see your notes,
23 right?
24          MR. DAFFADA:  Objection, form,

495

1 foundation.
2          THE DEPONENT:  Take the Fifth.
3 BY MR. SWAMINATHAN:
4     Q    Sir, is it your testimony that you
5 broke -- strike that.
6          Is it your testimony that you violated
7 all of that training and just simply never took
8 notes as a homicide detective?
9          MR. DAFFADA:  Objection, form,
10 foundation.
11          THE DEPONENT:  Take the Fifth.
12          MR. ENGQUIST:  Objection, foundation.
13          THE DEPONENT:  Take the Fifth.
14 BY MR. SWAMINATHAN:
15     Q    Did Ernie Halvorson take notes?
16     A    Take the Fifth.
17     Q    Sir, why are you taking the Fifth in
18 response to my questions about training, about
19 note taking?
20     A    Take the Fifth.
21     Q    Sir, did you ever use General Progress
22 Reports?
23     A    Take the Fifth.
24     Q    Were you trained on the use of General

496

1 Progress Reports?
2     A    Take the Fifth.
3     Q    Would you agree with me General
4 Progress Reports are special forms for homicide
5 detectives and other detectives to use for taking
6 notes?
7     A    I take the Fifth.
8     Q    Sir, why do you insist on taking the
9 Fifth in response to simple questions on whether
10 or not you used General Progress Reports?
11     A    I take the Fifth.
12     Q    Were you trained that you could use
13 General Progress Reports through the course of a
14 homicide investigation?
15     A    I take the Fifth.
16     Q    You were trained that you were required
17 to document all the investigative steps you took
18 during the course of an investigation, correct?
19     A    I take the Fifth.
20     Q    And the policies required you to
21 document any pertinent information you learned
22 during the course of the investigation, correct?
23          MR. DAFFADA:  Objection, foundation.
24          MR. ENGQUIST:  Objection, form.

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

125 (497 to 500)

497

1    THE DEPONENT: I take the Fifth.
2  BY MR. SWAMINATHAN:
3    Q   And one of the places you document that
4  information is in notes, right?
5    MR. DAFFADA: Objection, form,
6  foundation.
7    THE DEPONENT: Take the Fifth.
8  BY MR. SWAMINATHAN:
9    Q   The other place you document it is in
10 reports, right?
11   MR. DAFFADA: Objection, form.
12   THE DEPONENT: Take the Fifth.
13 BY MR. SWAMINATHAN:
14   Q   But you didn't write reports about all
15 of the things that you did during the course of
16 your investigations, right?
17   MR. DAFFADA: Objection, form,
18 foundation.
19   THE DEPONENT: Take the Fifth.
20 BY MR. SWAMINATHAN:
21   Q   You didn't document all the information
22 that you learned during the investigation in your
23 reports in this case, right?
24   MR. DAFFADA: Objection, form and

498

1  foundation.
2    THE DEPONENT: Take the Fifth.
3  BY MR. SWAMINATHAN:
4    Q   There was lots of pertinent information
5  you learned in this investigation that you didn't
6  put in your report, right?
7    MR. DAFFADA: Objection, form,
8  foundation.
9    MR. ENGQUIST: Argumentative.
10   THE DEPONENT: Take the Fifth.
11 BY MR. SWAMINATHAN:
12   Q   You didn't document in your report what
13 Arturo Reyes told you in multiple interviews
14 during the time that you were interrogating him,
15 right?
16   MR. DAFFADA: Objection, form,
17 foundation.
18   MR. ENGQUIST: Asked and answered,
19 argumentative.
20   THE DEPONENT: Take the Fifth.
21 BY MR. SWAMINATHAN:
22   Q   You didn't document in your report what
23 Gabriel Solache told you in multiple interviews
24 with him, right?

499

1    MR. DAFFADA: Objection, form and
2  foundation.
3    THE DEPONENT: Take the Fifth.
4    MR. ENGQUIST: Also, asked and answered
5  and argumentative.
6    THE DEPONENT: Take the Fifth.
7  BY MR. SWAMINATHAN:
8    Q   Sir, you didn't document in your report
9  anything about your interviews of Soto family
10 members, right?
11   MR. DAFFADA: Objection, form,
12 foundation.
13   MR. ENGQUIST: And asked and answered
14 and argumentative.
15   THE DEPONENT: Take the Fifth.
16 BY MR. SWAMINATHAN:
17   Q   And you didn't document in your reports
18 anything about your interviews with the Mejia
19 family members, right?
20   MR. DAFFADA: Object to form and
21 foundation.
22   MR. ENGQUIST: And asked and answered
23 and argumentative.
24   THE DEPONENT: Take the Fifth.

500

1  BY MR. SWAMINATHAN:
2    Q   Sir, is it your testimony that you
3  didn't take notes on any of that either?
4    A   Take the Fifth.
5    Q   Is it your testimony that you didn't
6  create any documentation, neither report, nor a
7  note, about any of those investigatory steps?
8    A   Take the Fifth.
9    Q   Sir, can you tell me that because you
10 do not take notes, it is the case that all of the
11 things that we just talked about simply were never
12 documented in the Reyes and Solache case?
13   MR. DAFFADA: Objection, form.
14   THE DEPONENT: Take the Fifth.
15 BY MR. SWAMINATHAN:
16   Q   Can you simply say that because it's
17 not in your report, it's definitely not in any
18 notes, because you just never took notes?
19   MR. DAFFADA: Objection, form,
20 foundation.
21   THE DEPONENT: Take the Fifth.
22 BY MR. SWAMINATHAN:
23   Q   Sir, you said that you do take notes on
24 some things, right? Strike that. Let me ask you

501

1  something else.
2        Going back to General Progress Reports.
3  Did you ever use General Progress Reports?
4        **A    I take the Fifth.**
5        Q    Have you ever written a General
6  Progress Report?
7        **A    Take the Fifth.**
8        Q    Have you ever handwritten on a General
9  Progress Report?
10       **A    Take the Fifth.**
11       Q    Have you ever typed on a General
12 Progress Report?
13       **A    Take the Fifth.**
14       Q    Sir, was it a practice of other Area
15 Five -- strike that.
16       Was your practice in terms of not
17 taking notes consistent with the practice of other
18 homicide detectives?
19       MR. ENGQUIST:  Objection, foundation,
20 calls for speculation.
21       THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23       Q    Were your note-taking practices
24 consistent with the practices of your peers as a

502

1  homicide detective?
2        MR. ENGQUIST:  Objection, foundation,
3  calls for speculation.
4        THE DEPONENT:  Take the Fifth.
5  BY MR. SWAMINATHAN:
6        Q    Was it the practice of Area Five
7  detectives not to take notes?
8        MR. DAFFADA:  Objection, form.
9        MR. ENGQUIST:  Foundation and also
10 calls for speculation.
11       THE DEPONENT:  Take the Fifth.
12 BY MR. SWAMINATHAN:
13       Q    Was it the practice of Area Five
14 homicide detectives to destroy notes?
15       MR. DAFFADA:  Objection, form.
16       MR. ENGQUIST:  Foundation, calls for
17 speculation and also argumentative.
18       THE DEPONENT:  Take the Fifth.
19 BY MR. SWAMINATHAN:
20       Q    Your supervisors knew that you all did
21 not preserve your notes, right?
22       MR. DAFFADA:  Objection, form and
23 foundation.
24       MR. ENGQUIST:  Also, speculation.

503

1  Also, argumentative.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4        Q    Your supervisors let you write whatever
5  reports you wanted, right?
6        MR. DAFFADA:  Objection, form.
7        MR. ENGQUIST:  And foundation.  Also,
8  argumentative.
9        THE DEPONENT:  Take the Fifth.
10 BY MR. SWAMINATHAN:
11       Q    If you didn't want to write notes, they
12 were fine if you just didn't write any notes,
13 right?
14       MR. DAFFADA:  Objection, form.
15       MR. ENGQUIST:  Also, foundation.
16       THE DEPONENT:  Take the Fifth.
17 BY MR. SWAMINATHAN:
18       Q    And so when you wrote reports and
19 handed them into your supervisors, your
20 supervisors wouldn't review any notes to make sure
21 that the information you were putting in your
22 reports was accurate, right?
23       THE DEPONENT:  Take the Fifth.
24       MR. ENGQUIST:  Objection, form and

504

1  foundation.
2        THE DEPONENT:  Take the Fifth.
3  BY MR. SWAMINATHAN:
4        Q    Did your supervisors say, where are the
5  notes to go with this report?
6        MR. DAFFADA:  Objection, form.
7        MR. ENGQUIST:  And foundation.
8        THE DEPONENT:  Take the Fifth.
9  BY MR. SWAMINATHAN:
10       Q    Your ultimately taking notes caused you
11 too many problems, is that it?
12       MR. DAFFADA:  Objection, form and
13 foundation.
14       THE DEPONENT:  Take the Fifth.
15 BY MR. SWAMINATHAN:
16       Q    Ultimately taking notes created too
17 many contradictions, is that the problem?
18       MR. DAFFADA:  Objection, foundation and
19 form.
20       MR. ENGQUIST:  Argumentative.
21       THE DEPONENT:  Take the Fifth.
22 BY MR. SWAMINATHAN:
23       Q    So you just destroyed your notes,
24 right?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

127 (505 to 508)

505

1       MR. DAFFADA:  Objection, form and
2   foundation.
3       MR. ENGQUIST:  And asked and answered;
4   therefore, argumentative.
5       THE DEPONENT:  Take the Fifth.
6   BY MR. SWAMINATHAN:
7       Q    And is it your testimony that at some
8   point you just simply stopped taking notes
9   altogether rather than creating them and then
10  destroying them?
11      MR. ENGQUIST:  Argumentative, form.
12      THE DEPONENT:  Take the Fifth.
13  BY MR. SWAMINATHAN:
14      Q    Did your supervisors instruct you to
15  not take notes?
16      **A    Take the Fifth.**
17      MR. ENGQUIST:  That was an objection,
18  argumentative.
19  BY MR. SWAMINATHAN:
20      Q    Did your supervisors instruct you to
21  destroy your notes at the end of an investigation?
22      MR. ENGQUIST:  Objection, foundation
23  and argumentative.
24      THE DEPONENT:  Take the Fifth.

506

1   BY MR. SWAMINATHAN:
2       Q    Did your supervisors instruct you to do
3   that in order to avoid documenting evidence that
4   might be exculpatory at trial?
5       MR. ENGQUIST:  Objection, foundation,
6   form and argumentative.
7       THE DEPONENT:  Take the Fifth.
8   BY MR. SWAMINATHAN:
9       Q    When you wrote your reports in this
10  case, did you write them entirely from memory?
11      MR. DAFFADA:  Objection, form,
12  foundation.
13      THE DEPONENT:  Take the Fifth.
14  BY MR. SWAMINATHAN:
15      Q    And is it your testimony now that any
16  time you wrote reports, you wrote them entirely
17  from memory?
18      MR. DAFFADA:  Objection, form and
19  foundation.
20      THE DEPONENT:  Take the Fifth.
21  BY MR. SWAMINATHAN:
22      Q    Do you have a good memory?
23      MR. DAFFADA:  Objection, form,
24  foundation.

507

1       THE DEPONENT:  Take the Fifth.
2   BY MR. SWAMINATHAN:
3       Q    Do you have a great memory?
4       MR. DAFFADA:  That's objection again.
5   That's -- you're, again, annoying and harassing
6   the witness.
7       THE DEPONENT:  Take the Fifth.
8   BY MR. SWAMINATHAN:
9       Q    Sir, you said that you did take notes
10  on some things.
11      What were the things you took notes on?
12      **A    The notes that I took were notes of**
13  **court attendance, the State's Attorney, the time,**
14  **the courtroom and the dates that I'm gonna go**
15  **there, plus the overtime slips.**
16      Q    You kept track of your overtime in your
17  notes?
18      **A    I kept track of my overtime, yes.**
19      MR. DAFFADA:  Did you say, what did you
20  keep track of those notes?
21  BY MR. SWAMINATHAN:
22      Q    What did you keep track of your
23  overtime in?  You said you took notes about
24  overtime, right?

508

1       **A    Yeah, I took overtime notes.**
2       Q    Where do you keep those notes, in what?
3       **A    The overtime notes, I keep for myself,**
4   **see how much overtime I'm getting.**
5       Q    Do you keep it in a little notepad?
6       **A    No.**
7       Q    A legal pad?
8       **A    No.**
9       Q    What did you use?
10      **A    Just my memory.**
11      Q    Your notes that you took for court
12  attendance, what did you take those notes on?
13      **A    The court attendance?  You send them**
14  **in.**
15      Q    On what?
16      **A    You take it in, you send it in to the**
17  **supervisor.**
18      Q    On a form?
19      **A    On the court notification.**
20      Q    Yeah.  Those weren't notes.  That was a
21  court attendance form, right?
22      **A    That's correct.**
23      Q    So did you take notes on that before
24  you put it on a form?

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

509

1    A    Yes.
2    Q    What did you put those notes on?
3    A    Pieces of paper.
4    Q    What kind -- was it like a notebook or
5    was it just loosely pieces of paper?
6    A    Scrap pieces of paper.
7    Q    Did you ever keep a notepad as a
8    homicide detective?
9    A    No.
10   Q    Did you ever use any kind of legal pad
11   or notepad?
12   A    No.
13   Q    A steno pad?
14   A    No.
15       MR. DAFFADA:  A what?
16   BY MR. SWAMINATHAN:
17   Q    You said you took notes on court
18   attendance.  What do you mean by that?
19       Strike that.  Strike that.
20       You said you took notes on State's
21   Attorney.  What does that mean?
22   A    The name of the State's Attorney that I
23   got to go talk to, the courtroom that I got to go
24   to, the time that I got to go to about whatever

510

1    case they're talking about.  And that's it.
2    Q    Did you take notes on -- during your
3    preparations with the State's Attorney?
4    A    No.
5    Q    Did you ever drive witnesses to meet
6    the State's Attorney?
7    A    Take five on that.
8    Q    Did you say you filled in your overtime
9    notes based on memory?
10   A    Based on the time that I'm in court.
11   Q    By the way, you got more overtime the
12   more you went to court, right?
13   A    Take the Fifth.
14   Q    You worked the third shift, right?
15   A    Take the Fifth.
16   Q    Did you take notes on anything else
17   other than your court attendance, State's
18   Attorney, overtime slips?  Anything else?
19   A    No, I didn't.
20       MR. SWAMINATHAN:  All right.  I've got
21   nothing else.
22       MR. DAFFADA:  All right.
23       MR. ENGQUIST:  I don't think I have
24   anything, but give me one second.  I don't

511

1    anything.
2        MR. BRENER:  No questions.
3        MS. ROSEN:  No questions.
4        MR. ALDEMAN:  No questions.
5        VIDEOGRAPHER WILHITE:  Okay.  This
6    concludes today's testimony of Reynaldo Guevara.
7    The time is 6:36 p.m.  We're off the record.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

512

1    COUNTY OF LANCASTER        :
                              : SS
2    COMMONWEALTH OF PENNSYLVANIA :
3
4        I, Joyce A. Wise, RMR, Court Reporter
5    and Notary Public, do hereby certify that REYNALDO
6    GUEVARA, the witness, personally appeared before
7    me, being first duly sworn or affirmed to testify
8    to the truth, the whole truth, and nothing but the
9    truth, in answer to the oral questions propounded
10   to him by the attorneys for the respective
11   parties, testified as set forth in the foregoing
12   deposition.
13       I further certify that before taking of
14   said deposition, the above witness was duly sworn
15   or affirmed, that the questions and answers were
16   taken down stenographically by the said Joyce A.
17   Wise, RMR, approved and agreed to, and afterwards
18   reduced to print by means of computer-aided
19   transcription under the direction of the aforesaid
20   Reporter.
21       In testimony whereof, I have hereunto
22   subscribed my hand this 28th day of December 2020.
23

*Joyce A. Wise, RMR*

         Joyce A. Wise, RMR
24       Notary Public

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

129

**A**

**a-p-o-n-t-e**
76:16
**a-r-a-n-d-a**
175:3
**abduction**
132:12
**aberdeen**
3:8
**ability**
47:8
**able**
13:15, 13:18,
17:19, 111:18,
194:24, 233:20,
234:4, 301:5,
312:20, 450:12,
469:16, 469:17
**above**
512:15
**absolutely**
308:24
**abuse**
16:6, 18:2,
19:20, 20:18,
21:1, 27:13,
31:6, 31:12,
36:18, 45:9,
50:17, 53:15,
55:5, 67:8,
68:18, 72:2,
73:12, 103:17,
104:9, 108:3,
139:16, 221:17,
222:15, 265:5,
303:10, 369:15,
380:6, 439:8,
439:11, 439:19,
440:7
**abused**
24:6, 38:18,
52:23, 73:1,
104:4, 138:15,
138:21, 219:15,
221:24, 293:14,
303:22, 370:4,
374:16, 376:22

**abusing**
37:13, 270:5,
371:2, 371:18,
472:4
**abusive**
138:7, 138:12,
372:21
**academy**
465:9
**accepted**
299:11
**access**
186:7, 247:14,
494:16
**accomplices**
202:5
**accord**
401:23
**according**
235:18, 240:16,
266:5, 315:21,
363:2, 408:10,
409:13, 421:22,
428:10, 454:4
**accurate**
325:15, 465:1,
492:17, 503:22
**accuse**
93:18, 218:15
**accused**
12:19, 12:20,
176:2, 218:20,
218:24, 219:5,
371:17, 404:20,
405:18, 436:11
**acquitted**
41:10, 80:5,
107:14
**across**
263:8, 264:2,
270:24, 290:3
**act**
222:8, 254:21
**acted**
124:14, 209:16,
251:9, 253:17,
302:19, 309:6,
327:8

**actions**
85:5, 108:10,
109:5, 111:1,
122:10, 130:7,
368:13
**acts**
108:3, 394:10
**actual**
355:18, 381:17
**actually**
100:7, 113:19,
113:23, 150:7,
164:17, 211:6,
212:3, 215:22,
224:17, 226:2,
227:19, 241:22,
267:4, 268:14,
269:4, 281:19,
309:13, 317:18,
334:13, 392:15,
394:1, 408:4,
410:5, 418:5,
428:20, 455:3
**add**
278:14
**addition**
52:23, 153:9,
189:14
**additional**
30:12
**address**
86:24, 87:12
**addresses**
173:3
**adelman**
10:16
**admissible**
243:20
**admission**
459:8
**admit**
393:8
**adolfo**
12:22, 12:23,
373:9
**adrian**
41:22, 42:5,
44:21, 374:17

**adriana's**
203:24, 204:7,
211:12, 212:4,
217:19, 235:8,
235:12, 249:22,
250:4, 257:16,
260:10, 421:22
**advantage**
47:21, 139:9,
377:19
**advise**
47:2, 462:9
**affirmed**
11:8, 512:8,
512:16
**aforesaid**
512:20
**afraid**
285:18
**after**
14:2, 17:17,
18:21, 28:16,
36:23, 51:14,
73:11, 76:5,
77:4, 83:13,
87:24, 88:9,
93:12, 98:11,
98:24, 111:21,
112:18, 138:6,
144:2, 157:3,
157:20, 158:15,
159:13, 161:19,
167:12, 172:18,
177:8, 186:6,
190:10, 193:19,
197:12, 206:11,
207:21, 222:13,
225:6, 232:24,
237:17, 242:4,
244:11, 244:23,
244:24, 264:8,
264:20, 265:4,
275:18, 286:16,
287:12, 298:2,
299:10, 304:23,
322:2, 322:16,
326:22, 332:21,
335:20, 339:3,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    130

339:5, 365:15,
366:2, 366:10,
375:11, 375:19,
381:13, 402:18,
407:6, 408:11,
418:16, 449:23,
452:5, 459:21,
462:12, 466:20,
468:5, 471:22,
476:4
**afterwards**
512:18
**again**
17:2, 20:23,
22:18, 28:6,
32:17, 34:13,
48:18, 55:23,
70:1, 89:14,
89:16, 100:17,
113:21, 141:9,
143:14, 146:18,
162:3, 175:6,
201:1, 235:9,
244:21, 253:2,
259:3, 268:14,
276:24, 285:19,
286:23, 288:14,
289:8, 290:10,
292:12, 295:4,
295:21, 325:15,
325:20, 326:13,
328:14, 335:21,
337:16, 339:18,
340:12, 340:18,
385:16, 390:4,
407:17, 442:13,
461:4, 474:4,
476:12, 476:19,
481:2, 507:4,
507:5
**against**
25:4, 30:17,
31:17, 49:14,
61:3, 71:17,
119:2, 166:7,
177:10, 229:6,
292:7, 351:9,
403:20, 407:5,

431:22, 434:18,
434:21, 435:17,
449:2
**aggressive**
289:14
**agree**
22:9, 231:22,
232:8, 247:22,
247:23, 345:18,
354:22, 392:22,
496:3
**agreed**
27:13, 35:21,
59:9, 88:9,
303:22, 322:10,
463:12, 512:18
**agreement**
2:4, 22:3
**agrees**
454:20
**ahead**
10:3, 10:5,
20:15, 88:23,
111:15, 165:9,
168:1, 193:12,
244:3, 244:6,
248:12, 253:4,
318:10, 377:5,
459:19
**al**
1:9, 1:16, 9:3,
9:4
**albert**
12:24
**albums**
78:16
**aldeman**
5:4, 511:4
**alfred**
412:7
**alfredo**
116:18, 117:3,
122:3, 412:6,
412:15, 412:16,
413:18, 414:1
**alibi**
113:20, 114:4
**alisha**
71:3

**allegations**
31:17, 38:13,
62:2, 263:21
**alleged**
60:9, 98:24
**allegedly**
124:7, 242:4,
409:24, 418:17,
421:3, 421:24,
426:7
**allen**
108:17, 108:21,
109:6, 109:14,
109:21
**alley**
426:8
**allow**
23:24, 296:16,
297:16, 409:22,
456:12
**allowed**
179:16, 179:22,
180:10, 296:22,
297:4, 297:10
**allowing**
191:10
**almighty**
110:9
**almost**
296:10, 419:8
**alone**
17:13, 109:3,
109:4, 201:9,
201:23, 209:16,
224:22, 251:9,
251:15, 253:17,
254:21, 264:22,
272:15, 277:1,
295:21, 309:1,
309:6, 338:22,
457:22
**along**
78:3, 216:10,
233:14, 414:9,
447:4, 447:6,
447:8, 447:9,
466:12
**already**
75:15, 163:10,

165:24, 209:21,
244:11, 246:16,
330:17, 336:13,
339:12, 372:20,
401:11, 434:6,
439:6, 459:8,
459:11, 488:17
**also**
6:10, 9:21,
9:23, 38:11,
59:17, 60:20,
62:20, 69:2,
71:24, 79:4,
93:4, 101:18,
101:19, 102:23,
103:16, 118:9,
120:20, 120:22,
121:1, 130:2,
138:12, 147:15,
147:17, 150:13,
153:10, 168:10,
184:17, 189:15,
190:17, 204:9,
212:24, 222:9,
225:5, 226:3,
249:9, 255:13,
256:2, 256:6,
258:12, 258:20,
280:6, 285:2,
293:23, 295:1,
301:22, 301:24,
304:17, 311:16,
322:24, 342:14,
366:21, 374:8,
389:6, 389:15,
397:14, 397:21,
399:14, 399:16,
412:7, 425:6,
436:20, 439:2,
439:10, 440:13,
443:15, 445:19,
451:2, 455:22,
458:21, 462:17,
462:18, 474:15,
474:23, 479:8,
481:11, 499:4,
502:9, 502:17,
502:24, 503:1,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    131

503:7, 503:15
**alternate**
119:15, 125:19,
192:6
**alternative**
171:10
**although**
314:17
**altogether**
505:9
**alva**
13:9, 15:6
**always**
399:23
**ambiguous**
483:1
**amendment**
12:8, 21:8,
21:12, 22:11,
372:1, 416:9,
472:18, 473:18
**american**
283:16
**anand**
3:4, 9:17,
127:6, 171:21,
172:5, 283:22,
328:12, 469:8
**andrew**
10:14, 10:18,
57:19, 58:2
**andujar**
38:5, 39:1,
39:24, 40:7,
40:20
**angel**
33:4, 55:12,
55:14, 55:24,
56:7, 56:14,
57:4, 57:20,
58:3, 58:10,
58:12, 58:19,
59:18, 60:10,
61:3, 62:3,
62:8, 62:18,
109:13, 109:20,
110:3, 373:2
**angered**
124:21

**angle**
451:14
**angrier**
291:10, 291:11
**anguish**
406:21
**animal**
393:18
**anna**
105:10, 106:6,
107:8
**announced**
67:22
**annoying**
469:9, 507:5
**anonymous**
98:12
**another**
41:3, 83:21,
122:17, 164:11,
264:2, 277:15,
298:24, 309:2,
325:20, 326:13,
327:22, 374:7,
414:15, 416:2,
427:18, 447:22
**answer**
12:11, 22:8,
55:21, 85:14,
142:11, 244:6,
294:21, 370:17,
370:20, 438:8,
438:10, 438:15,
439:9, 439:11,
439:13, 441:5,
441:9, 441:12,
441:15, 442:16,
443:3, 444:12,
444:15, 444:20,
444:22, 446:23,
447:3, 447:6,
447:9, 447:13,
447:18, 447:23,
449:22, 450:2,
450:5, 450:8,
450:14, 450:18,
450:20, 452:5,
452:13, 452:18,

453:3, 453:8,
457:21, 457:24,
458:4, 459:10,
459:13, 460:9,
461:9, 462:11,
462:14, 462:16,
464:4, 464:7,
466:9, 467:3,
470:14, 470:16,
475:23, 477:24,
486:18, 486:19,
486:24, 512:10
**answered**
252:24, 260:15,
290:2, 309:18,
311:21, 329:2,
354:9, 364:11,
371:7, 372:20,
373:6, 373:13,
373:20, 374:3,
374:12, 374:21,
375:7, 375:16,
376:1, 377:6,
377:7, 378:7,
378:18, 382:20,
384:5, 385:23,
386:19, 387:4,
388:12, 388:19,
392:11, 399:3,
434:4, 457:4,
457:13, 458:18,
468:17, 471:1,
479:4, 479:13,
479:22, 480:6,
480:15, 480:22,
481:7, 484:4,
485:12, 498:18,
499:4, 499:13,
499:22, 505:3
**answering**
395:5
**answers**
218:15, 272:2,
280:22, 291:12,
291:24, 312:7,
360:13, 370:13,
370:23, 438:4,
439:4, 440:1,

440:23, 442:10,
443:9, 444:7,
446:18, 449:19,
457:17, 459:5,
460:6, 461:3,
466:24, 467:7,
475:19, 512:16
**ante**
341:8
**anthony**
108:22, 109:6
**antwan**
85:22, 86:4,
86:18
**anybody**
309:14
**anymore**
358:20
**anyone**
93:6, 169:15,
209:15, 297:4,
320:23, 346:22
**anything**
12:14, 17:11,
17:17, 34:1,
34:14, 44:5,
61:8, 72:9,
74:22, 85:4,
94:2, 99:14,
108:9, 110:24,
122:9, 130:6,
166:6, 172:7,
198:20, 237:12,
248:22, 249:3,
250:19, 268:1,
269:5, 272:9,
272:10, 285:7,
309:8, 337:16,
350:5, 362:11,
391:8, 403:10,
404:3, 411:9,
416:5, 462:13,
499:9, 499:18,
510:16, 510:18,
510:24, 511:1
**anyway**
42:23, 248:15
**anywhere**
149:10

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

132

**apartment**
14:4, 124:1,
124:8, 131:9,
131:14, 144:19,
146:3, 149:1,
150:8, 152:4,
161:20, 186:8,
190:12, 203:1,
203:23, 204:9,
266:14, 266:22,
325:3, 363:16,
364:8, 365:22,
366:1, 409:22
**apartments**
202:19
**aponte**
76:15, 76:21,
77:4, 78:9,
78:17, 78:21,
80:12
**aponte's**
78:15
**appear**
153:23, 358:11,
358:12
**appeared**
170:3, 333:24,
512:7
**appearing**
9:13
**appears**
164:8
**appointment**
421:17
**appreciate**
309:19
**apprised**
181:23
**appropriate**
145:19, 172:13,
308:17
**approved**
512:18
**approximately**
413:4, 413:11,
421:10, 447:17
**april**
128:16, 148:8,

159:8, 159:19,
161:14, 162:15,
164:12, 172:17,
236:8, 240:19,
243:5, 317:2,
329:22, 352:12,
370:11, 439:7,
439:11, 441:3,
442:13, 446:6,
446:22, 447:2,
447:15, 447:17,
447:19, 448:6,
456:11, 459:24,
461:6, 464:2
**ar-1**
7:11, 7:12,
120:1, 120:19
**aranda**
175:2, 175:3,
175:7, 175:15,
175:19, 176:20,
177:16, 177:23,
178:6, 178:12,
179:5, 181:1,
182:7, 183:21,
185:12, 187:4,
187:19, 187:21,
188:13, 429:3,
430:6
**arandas**
180:16
**arando**
412:6, 412:8,
412:15, 412:16,
413:18, 414:1
**arce**
77:21
**architect**
432:5
**area**
13:8, 23:11,
24:6, 29:23,
38:19, 52:24,
53:6, 71:10,
78:21, 79:5,
83:14, 83:21,
105:16, 148:1,
148:7, 163:20,

163:24, 168:14,
174:20, 189:16,
189:22, 190:16,
190:24, 191:1,
191:10, 208:10,
233:2, 236:7,
238:6, 240:18,
270:14, 329:21,
346:2, 408:19,
449:21, 449:24,
501:14, 502:6,
502:13
**aren't**
428:3
**arguing**
472:2
**argumentive**
214:13, 243:21,
283:20, 350:10
**ariel**
376:5, 376:14
**around**
68:5, 168:20,
172:17, 184:23,
233:21, 238:6,
257:23, 258:22,
259:7, 260:23,
261:18, 303:3,
424:24, 426:1,
426:15, 430:7
**arrays**
57:20
**arrest**
43:5, 78:15,
114:10, 119:3,
259:14
**arrested**
33:9, 41:2,
78:9, 79:5,
84:15, 107:8,
112:19, 123:10,
376:4
**arresting**
127:12
**arrests**
113:12, 350:13
**arrive**
458:3

**arrived**
105:22, 143:4,
143:18, 143:19,
144:2
**arson**
79:23, 80:11
**art**
3:6, 201:11
**arturo**
1:5, 9:18,
134:17, 136:24,
137:12, 138:15,
140:14, 141:8,
141:10, 142:4,
155:13, 183:15,
194:3, 194:12,
247:16, 270:12,
283:13, 294:15,
296:4, 298:4,
310:8, 312:1,
313:24, 315:22,
317:12, 318:12,
321:13, 322:3,
351:11, 370:14,
407:5, 422:8,
437:13, 440:7,
442:17, 459:12,
459:22, 462:9,
462:18, 466:20,
467:4, 476:23,
477:12, 478:15,
482:11, 498:13
**asa**
352:20, 354:1,
354:8, 355:17,
360:6, 407:14,
407:21
**asked**
12:6, 14:3,
72:15, 72:17,
127:11, 145:13,
177:2, 199:10,
207:9, 248:7,
252:23, 260:15,
271:5, 285:5,
289:20, 290:9,
311:21, 329:2,
330:10, 337:9,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    133

354:1, 361:23,
364:11, 370:12,
370:22, 371:6,
372:19, 373:5,
373:13, 373:20,
374:3, 374:12,
374:21, 375:6,
375:15, 375:24,
378:7, 378:17,
382:19, 384:4,
385:23, 386:19,
387:4, 388:11,
388:19, 389:11,
392:10, 399:2,
413:2, 413:10,
434:4, 434:7,
438:3, 439:3,
440:22, 441:7,
442:9, 444:6,
445:24, 446:17,
449:18, 452:13,
452:22, 456:10,
457:4, 457:13,
457:16, 458:18,
458:21, 459:4,
460:5, 461:3,
466:22, 466:23,
467:6, 468:17,
471:1, 475:18,
479:4, 479:13,
479:22, 480:6,
480:15, 480:22,
481:7, 483:17,
485:9, 485:20,
498:18, 499:4,
499:13, 499:22,
505:3
**asking**
12:21, 33:20,
38:13, 38:16,
43:12, 145:14,
302:24, 307:22,
308:8, 311:24,
469:19
**asleep**
364:18
**assailant**
42:18

**assaulted**
106:5
**asserting**
21:8, 21:11,
21:18, 372:1,
473:17, 485:13
**assertion**
22:10
**assigned**
77:16, 77:18,
80:19, 81:2,
133:3, 298:13
**assist**
123:17, 125:3
**assistance**
166:20, 246:24,
411:18, 479:9
**assistant**
27:19, 305:8,
352:13, 352:22,
474:9, 474:16,
474:23, 475:6
**associated**
116:6
**assume**
416:1, 416:2,
416:5
**assumed**
210:3
**assumes**
483:4
**ate**
299:11
**attacked**
25:14
**attempted**
52:10, 66:1,
66:4
**attendance**
507:13, 508:12,
508:13, 508:21,
509:18, 510:17
**attendees**
9:13
**attention**
132:17, 153:24,
221:10, 461:5
**attorney**
24:1, 27:20,

51:14, 91:7,
95:13, 113:4,
129:12, 129:20,
130:2, 179:17,
297:11, 305:8,
352:13, 352:23,
375:20, 432:12,
473:16, 474:9,
474:16, 474:24,
475:6, 484:8,
507:13, 509:21,
509:22, 510:3,
510:6, 510:18
**attorney's**
5:5, 6:5
**attorneys**
57:5, 65:19,
173:23, 174:4,
182:14, 187:4,
191:23, 212:11,
253:23, 475:13,
512:11
**audio**
359:22, 360:4,
360:11
**august**
120:2, 120:21
**aunt**
176:14
**avenue**
3:16
**avilio**
46:6
**avoid**
302:20, 506:3
**awaiting**
80:13
**aware**
31:23, 220:2,
221:23, 262:22,
263:2, 263:15,
315:9
**away**
17:5, 30:8,
99:9, 119:4,
295:20, 379:16,
379:22, 406:13,
419:9

**awhile**
75:18

**B**

**b**
7:11
**b-e-u-k-e**
129:11
**b-r-e-n-e-r**
10:13
**baby**
132:3, 195:1,
197:13, 200:3,
206:18, 206:20,
207:2, 207:22,
208:17, 217:7,
218:21, 219:1,
233:1, 234:5,
266:7, 322:11,
322:17, 323:19,
362:12, 362:19,
366:1, 366:2,
421:4, 422:2,
452:7, 452:8,
452:10, 452:14
**bacca**
204:9
**back**
25:4, 29:22,
34:23, 63:23,
75:18, 161:11,
189:2, 189:4,
189:6, 201:20,
206:8, 208:10,
243:4, 244:19,
262:16, 264:3,
268:12, 275:18,
284:8, 286:17,
287:12, 289:8,
292:13, 308:19,
309:23, 309:24,
312:7, 327:22,
335:21, 338:21,
339:3, 339:5,
339:17, 356:15,
369:11, 384:20,
384:21, 392:24,
393:18, 409:14,

414:16, 416:13,
418:24, 423:23,
424:12, 434:5,
444:19, 453:22,
467:3, 467:4,
470:14, 470:15,
474:14, 480:11,
491:10, 501:2
**bad**
270:6, 331:7,
415:22
**bags**
288:8
**ball**
410:13
**barely**
37:6, 121:3,
205:14
**baroni**
4:8
**based**
19:12, 63:6,
63:8, 68:17,
84:14, 138:6,
138:12, 140:15,
140:22, 145:14,
303:5, 308:12,
308:21, 309:16,
378:22, 385:5,
415:10, 418:11,
418:13, 468:12,
470:18, 470:20,
510:9, 510:10
**basement**
131:9, 203:1,
203:23, 204:9
**bases**
63:6, 63:10
**basically**
165:16, 167:19,
206:2, 229:5,
229:13, 251:2,
279:19, 280:15,
298:13, 484:9
**basis**
145:17, 308:22,
334:13, 334:20
**bates**
120:1, 120:19,

142:21, 159:5,
162:12, 164:7,
317:3, 321:11,
351:24, 415:4,
446:14
**bathroom**
180:11, 344:12
**battery**
42:13, 107:9
**beat**
15:17, 15:23,
28:6, 37:19,
53:10, 117:5,
118:9, 220:2,
220:8, 220:14,
227:18, 230:23,
246:17, 300:3,
302:8, 332:21,
336:13, 339:6,
341:14, 342:16,
349:13, 358:19,
372:15, 372:24,
373:9, 374:8,
376:5, 376:12,
379:6, 399:24,
433:9, 433:17,
433:24, 463:10,
476:20, 476:22,
477:11, 477:18,
478:23
**beaten**
26:13, 27:20,
293:1, 295:12,
348:19, 371:11,
459:21
**beating**
26:17, 26:23,
29:24, 39:13,
220:15, 270:6,
273:13, 291:4,
331:14, 331:19,
343:10, 372:5
**beatings**
28:5
**became**
197:24, 234:24,
284:16
**because**
18:2, 19:20,

20:18, 21:1,
21:12, 21:19,
30:7, 30:19,
32:20, 36:17,
37:19, 40:13,
45:9, 54:15,
59:10, 66:18,
76:22, 79:17,
97:22, 104:16,
105:4, 107:15,
111:17, 111:23,
114:4, 125:10,
126:3, 129:20,
150:6, 153:3,
159:21, 160:15,
164:23, 170:3,
170:9, 170:14,
173:9, 185:23,
187:12, 212:18,
213:7, 214:13,
214:21, 235:6,
235:10, 239:21,
246:16, 253:2,
254:20, 258:6,
260:3, 264:22,
269:4, 273:12,
287:20, 292:6,
303:9, 303:21,
313:17, 323:13,
350:5, 358:18,
359:14, 360:5,
371:10, 378:13,
379:8, 380:20,
387:14, 387:23,
397:7, 403:19,
409:7, 411:8,
416:1, 419:23,
420:8, 427:3,
431:13, 440:6,
442:2, 455:16,
465:1, 466:10,
466:11, 473:9,
477:6, 477:18,
480:11, 481:21,
489:9, 489:24,
493:15, 494:15,
494:16, 500:9,
500:16, 500:18

**bed**
149:5, 149:24,
150:21, 164:9,
164:17, 164:18,
223:15, 325:10,
326:4, 363:17,
364:19, 383:17,
386:7, 386:16,
387:24, 388:24,
389:1, 389:12,
392:16, 392:24,
393:7, 394:9,
394:19, 395:15
**bedroom**
146:9, 148:20,
149:11, 149:16,
326:21, 363:17,
364:7, 365:9
**been**
12:18, 12:20,
27:20, 40:6,
111:18, 111:20,
128:23, 131:20,
144:3, 150:14,
152:22, 156:17,
161:15, 163:2,
163:11, 164:24,
169:22, 184:22,
186:13, 195:18,
199:10, 205:8,
207:15, 209:22,
223:7, 225:13,
228:12, 233:14,
258:12, 274:4,
274:11, 274:18,
286:11, 293:14,
296:10, 317:18,
330:17, 343:17,
343:24, 346:16,
361:17, 362:1,
371:17, 386:7,
388:23, 419:17,
419:23, 419:24,
431:6, 446:20,
461:22, 477:6,
481:12
**before**
2:4, 12:1,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    135

23:18, 47:3,
51:7, 62:16,
111:14, 112:12,
115:19, 121:11,
183:22, 184:4,
184:9, 191:10,
222:20, 224:10,
232:17, 238:19,
281:14, 305:14,
379:9, 379:23,
389:23, 402:19,
403:2, 403:4,
423:16, 436:6,
447:2, 475:11,
508:23, 512:7,
512:14

**began**
47:3, 51:7,
394:20, 460:8

**begged**
234:16

**beginning**
448:5

**behalf**
3:3, 3:13, 4:3,
4:14, 5:1, 5:10,
6:3, 10:6, 10:8,
10:10, 10:13,
10:16, 10:20,
10:22

**being**
11:7, 19:13,
26:13, 62:22,
70:13, 116:18,
123:3, 176:2,
190:2, 190:4,
191:2, 219:5,
228:23, 267:5,
267:11, 268:2,
280:22, 299:10,
313:10, 364:18,
365:21, 365:24,
368:14, 370:12,
373:1, 380:14,
385:5, 404:20,
476:4, 512:8

**belated**
415:9

**belief**
21:19, 307:20

**believable**
328:4

**believe**
59:3, 82:23,
212:3, 223:6,
309:4, 309:17,
330:24, 349:14,
355:5, 391:16,
437:1, 442:21,
447:3, 466:9,
469:16

**believed**
123:23, 150:14,
172:18, 173:9,
200:2, 200:9,
209:8, 217:6,
217:18, 224:17,
225:13, 303:11

**bello**
118:21

**belonged**
208:17, 457:10

**belt**
34:20

**bench**
271:12

**berns**
4:6

**besides**
316:15

**better**
35:5, 331:6,
332:14, 417:22

**between**
143:4, 143:18,
326:21, 447:18

**beuke**
129:11, 129:20

**beyond**
13:16, 174:13

**biebel**
4:16, 10:24,
167:6, 181:23,
189:9, 193:10,
247:8, 329:13,
367:16, 412:1,

**belief**
479:19

**big**
262:4, 322:3,
391:22

**bit**
120:5, 222:22,
369:14, 386:3

**bitch**
106:23

**black**
42:6, 44:5,
90:18, 92:18,
92:24, 93:5,
93:11

**blame**
231:7, 237:5,
283:1

**blamed**
231:15

**blaming**
177:17, 282:24

**blanket**
145:17

**blankets**
383:18, 386:8,
387:1, 387:17,
389:2, 392:15,
393:1, 393:8

**bleed**
264:9

**block**
202:13

**blocks**
327:7

**blood**
150:7, 152:16,
153:23, 154:8,
154:14, 154:18,
154:24, 164:17,
164:18, 228:17,
249:22, 250:4,
266:21, 333:24,
334:7, 386:7,
387:17, 389:1,
389:12, 390:5,
390:14

**blooded**
366:22

**bloodied**
387:1

**bloody**
163:20, 249:15,
250:5, 250:12,
261:6, 409:23,
457:9

**bloom**
7:10, 29:4

**blow**
120:4

**blows**
338:3, 338:16

**blue**
94:12

**board**
281:13, 281:20

**bodies**
131:3, 131:14,
144:2, 144:20,
151:23, 157:12,
326:21, 381:17,
381:22, 384:1,
386:4, 396:18

**body**
149:15, 164:1,
190:11, 326:7,
363:24, 383:6,
383:17, 389:20,
390:6, 392:14,
393:24

**bold**
19:21, 36:24

**boldly**
37:20

**bolster**
61:2

**bolton**
57:19, 58:2,
58:9, 58:11,
59:2, 59:4,
59:9, 61:7

**book**
76:14, 92:1

**borders**
206:2

**boss**
91:7

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    136

**both**
50:24, 72:18,
78:9, 80:12,
83:20, 141:3,
149:23, 170:21,
204:21, 205:2,
322:2, 340:7,
389:21, 399:23,
415:23, 460:13
**bottom**
236:21
**bought**
177:22
**box**
163:19
**boy**
46:5, 50:4,
193:22, 194:13,
196:18, 197:12,
197:18, 197:24,
198:13, 199:11,
200:9, 206:9,
206:12, 207:9,
208:17, 211:14,
217:24, 218:8,
266:7, 274:3,
274:18, 274:19,
275:2, 397:15,
398:3, 398:10,
398:17, 398:23,
399:8
**boy's**
274:10, 286:11
**boys**
196:12
**brazenness**
30:7
**break**
62:15, 62:16,
161:4, 201:11,
201:13, 369:4,
491:2
**breaking**
201:10, 413:3
**brener**
5:3, 10:12,
20:12, 28:1,
56:10, 151:1,

305:19, 306:3,
313:5, 314:3,
320:12, 320:19,
321:3, 356:17,
359:6, 359:18,
434:8, 511:2
**brian**
10:12
**bring**
196:10, 196:18,
198:20, 238:5,
266:7, 442:2
**brings**
420:16
**broke**
17:10, 35:21,
45:2, 59:9,
139:16, 495:5
**broken**
73:11
**brother**
42:12, 42:22,
189:21, 203:13,
213:23, 256:18
**brother's**
190:11
**brother-in-law**
203:24, 204:7
**brothers**
112:7, 114:22,
115:19, 122:10,
189:15, 190:18,
191:9, 191:15,
191:23, 227:1
**brought**
13:8, 16:5,
34:23, 78:21,
79:5, 83:14,
83:20, 113:4,
174:19, 189:16,
189:22, 190:16,
190:23, 191:1,
194:13, 195:18,
197:11, 206:9,
206:11, 217:24,
233:1, 238:19,
240:17, 270:14,
274:3, 274:19,

275:24, 277:15,
277:20, 278:13,
279:5, 281:14,
292:18, 292:24,
305:7, 329:21,
374:7, 402:6,
402:9, 407:14,
407:20, 441:3,
449:20, 449:24
**brualdi**
5:1, 10:14,
10:17, 10:18,
352:14, 352:20,
352:23, 353:16,
354:1, 354:9,
354:15, 355:5,
355:11, 355:17,
360:6
**bucktown**
130:20
**build**
275:12, 287:6,
301:10
**building**
177:22, 177:24
**bullpen**
34:22
**bunch**
434:7
**burgadon**
144:15, 146:14,
146:22, 147:7
**buried**
188:6, 214:12,
214:20
**burns**
5:11, 5:12,
10:20
**bury**
214:5

---
**C**
---
**c**
7:12
**c-r-u-z-a-d-o**
45:17, 45:24
**c-section**
234:18

**cake**
467:18
**call**
35:15, 43:24,
98:12, 98:24,
179:16, 179:23,
297:4
**called**
11:7, 106:22,
151:4, 340:18,
429:17, 460:11
**calling**
259:10
**calls**
147:9, 156:9,
156:22, 157:7,
160:19, 170:6,
171:20, 172:23,
200:13, 227:13,
232:4, 232:12,
244:16, 248:4,
251:18, 251:24,
252:8, 253:12,
256:10, 257:22,
258:17, 271:22,
272:6, 273:23,
274:7, 274:15,
274:23, 275:6,
285:15, 285:22,
286:7, 303:12,
312:23, 313:13,
318:14, 327:1,
342:7, 342:14,
366:5, 390:10,
400:20, 483:3,
501:20, 502:3,
502:10, 502:16
**came**
54:10, 269:18,
275:18, 289:8,
292:13, 401:23,
402:18, 428:4,
432:19
**camera**
159:23, 160:7,
160:12
**can't**
32:20, 328:11,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

137

416:9
**cannot**
325:15
**capitelli**
167:6, 181:23,
189:9, 193:10,
247:8, 329:13,
367:16, 412:1,
479:19
**car**
14:4, 36:5,
95:20, 99:9,
128:17, 225:7,
225:12, 362:18,
410:12, 424:6
**cardboard**
163:19
**care**
116:23, 199:11,
469:3, 471:11
**carlos**
203:13, 213:23,
226:18, 256:18,
256:24, 257:5,
257:15, 257:23,
258:5
**case**
1:8, 1:14, 9:6,
12:20, 31:24,
32:10, 38:16,
41:9, 59:19,
63:4, 75:19,
77:5, 77:12,
78:3, 78:8,
81:3, 90:18,
91:19, 94:17,
97:23, 98:10,
108:16, 113:11,
121:6, 122:18,
132:5, 132:18,
133:8, 133:13,
133:18, 135:16,
142:22, 146:15,
146:23, 147:8,
154:13, 155:8,
158:3, 158:8,
166:7, 167:14,
167:19, 167:20,

168:4, 169:9,
171:11, 172:13,
174:5, 193:18,
216:12, 229:5,
234:24, 308:3,
309:5, 309:17,
369:24, 370:3,
370:11, 375:2,
376:12, 387:9,
387:14, 387:16,
401:5, 403:20,
405:5, 413:18,
414:2, 416:10,
432:4, 432:13,
435:7, 436:1,
446:1, 448:19,
449:1, 449:2,
466:8, 471:13,
475:5, 483:16,
485:18, 486:11,
489:11, 490:6,
490:15, 490:18,
490:23, 493:1,
493:24, 494:5,
494:14, 494:17,
494:22, 497:23,
500:10, 500:12,
506:10, 510:1
**cases**
12:18, 41:16,
70:14, 102:13,
145:13, 380:14,
436:6, 474:22,
483:24, 484:10,
484:14, 486:11,
488:18, 489:15,
489:18, 490:2,
493:15
**caused**
74:15, 77:20,
196:10, 406:20,
431:21, 504:10
**caved**
343:4
**cb**
241:10, 241:14,
241:15, 244:10
**center**
5:6, 6:6

**central**
33:14, 126:10,
126:24
**cermak**
29:17
**certain**
235:8, 235:12,
283:15
**certainly**
308:11
**certified**
52:16
**certify**
512:6, 512:14
**chair**
25:14, 261:13,
283:8, 285:6,
302:14, 441:8
**chalkboard**
281:7, 282:2
**chance**
121:2, 359:9
**change**
12:15, 416:21
**changed**
12:12, 416:15,
419:1
**changing**
369:13, 414:2
**charge**
33:10, 113:4,
144:9, 264:15,
401:3
**charged**
70:14, 74:16,
78:10, 78:22,
79:17, 84:15,
107:9, 123:3
**charges**
431:21, 432:6
**charging**
40:13
**cheese**
75:7
**chest**
73:7, 389:23
**chicago**
1:16, 3:10,

3:18, 4:11,
4:21, 5:7, 5:15,
6:3, 6:7, 9:4,
10:9, 56:6,
86:2, 88:9,
107:20, 109:5,
110:17, 115:5,
239:1, 241:10,
349:20, 465:20,
491:13, 491:18,
491:21
**child**
72:18, 132:12,
217:24, 453:22
**children**
17:4, 72:16,
119:4, 130:19,
132:2, 134:5,
176:14, 177:3,
177:9, 195:18,
210:4, 298:14,
321:1, 361:11,
365:22, 368:6,
385:6, 468:6
**choked**
68:5, 117:5
**choose**
469:14
**chose**
134:16, 134:21,
409:2
**christopher**
114:21
**circling**
434:5
**circumstantial**
308:4
**circumstantially**
308:22
**city**
1:16, 6:3, 9:4,
10:9, 30:12
**civil**
62:19
**civilian**
126:10
**claim**
30:16, 30:17,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

138

claimed
211:13, 333:23,
353:24, 354:8,
369:23, 370:2
claiming
150:21
clarification
307:19
clarifitory
12:2
cleaned
419:1
cleaning
225:6
clear
145:15, 231:6,
256:17, 256:24,
272:2, 274:2,
274:17, 286:2,
293:1, 294:21,
301:22, 384:8,
410:13
cleared
363:23
clearly
92:23, 180:24,
303:1, 394:1
client
111:18
client's
138:13
cline
168:13
clinic
184:16
close
216:12, 259:19
closed
363:24
closest
174:20
closing
380:14, 446:1
closure
482:4
clothes
105:23, 287:13,

288:20
clothing
163:19, 228:17,
250:13, 333:17
clues
133:23
co-defendants
80:5
co-worker
418:15, 423:14
coerce
66:1, 66:5,
87:12, 88:15,
178:11, 407:4
coerced
46:10, 46:19,
49:2, 57:11,
57:19, 66:11,
67:6, 86:16,
101:18, 101:19,
102:23, 109:13,
110:3, 110:10,
110:17, 149:17,
187:23, 339:6,
351:10, 367:21,
368:12, 375:10,
433:17, 433:24,
478:24
coercing
90:5, 270:5,
472:5, 473:2
coercion
19:20, 20:19,
21:1, 140:10,
140:13, 140:20
cognitive
47:15
cold
14:22, 77:5,
288:19, 288:20,
335:15, 366:22
cold-blooded
468:4
collateral
116:19
colleagues
15:17, 15:23,
30:6, 36:3

collected
153:10, 154:19
collecting
153:24, 154:7
come
135:2, 251:21,
252:4, 304:4,
429:4
coming
338:16
commander
168:13
commendation
107:19, 108:2
commit
30:6, 37:22,
74:17, 84:23,
117:12, 122:4,
123:4, 123:10,
124:20, 139:18,
229:20, 254:15,
348:21, 372:16,
373:11, 376:6,
376:15, 466:10,
466:11, 472:6,
478:17
committed
70:10, 70:12,
135:11, 153:5,
169:22, 231:1,
251:14, 264:21,
327:21
common
55:13
commonwealth
512:3
communicated
171:17, 171:24,
172:6
communicating
308:18, 332:13,
338:15
communication
258:21
communications
172:10, 172:14,
173:17, 174:13,
259:6

competence
156:9
complaint
31:5
complete
319:16
completed
447:19, 448:18
completely
149:16, 467:12
compound
483:6
computer
13:14
computer-aided
512:19
concealed
62:2, 97:15,
103:9, 114:9,
187:11
concerned
398:8
concerning
484:7
concludes
511:6
conclusion
483:4
concocted
36:3, 140:4,
140:15, 140:22
conduct
30:7, 119:14,
123:2, 246:2,
464:18
conducted
240:3, 242:4,
246:9, 314:18,
450:19, 489:4,
490:8
conference
9:13, 277:21,
281:6, 282:16,
286:16, 311:4
conferences
169:3
confess
16:14, 17:3,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020     139

27:7, 34:6,
38:24, 40:14,
40:20, 117:18,
118:2, 216:19,
292:6, 304:24,
306:7, 341:2,
346:15, 376:15,
376:23
**confessed**
39:23, 44:16,
53:16, 102:3,
104:10, 139:17,
159:13, 220:20,
319:4, 319:9,
372:15, 373:1,
373:11, 376:6,
461:24
**confessing**
19:14, 37:20,
54:24, 178:12,
216:24, 371:11
**confession**
19:22, 20:3,
20:6, 27:14,
36:19, 36:24,
45:3, 46:10,
46:19, 47:22,
49:3, 49:8,
49:14, 50:18,
53:22, 54:5,
54:9, 54:15,
72:1, 103:17,
137:11, 137:17,
140:11, 140:14,
140:21, 150:20,
187:23, 227:18,
312:13, 312:21,
313:2, 313:24,
320:7, 320:14,
348:22, 349:4,
349:12, 350:4,
351:19, 352:7,
352:9, 355:6,
355:18, 356:1,
359:23, 361:3,
367:21, 368:13,
370:5, 374:18,
375:10, 378:3,

378:12, 378:13,
379:6, 386:5,
386:14, 388:6,
388:15, 393:16,
394:17, 422:16,
426:7, 440:8
**confessions**
137:23, 138:5,
141:3, 149:17,
149:23, 156:19,
157:20, 158:16,
166:1, 246:17,
351:10, 372:5,
381:11, 383:23,
385:14, 385:19,
389:22, 391:14,
391:23, 393:8,
395:5, 397:1,
397:8, 397:14,
400:1, 427:19,
428:3, 434:1,
434:12, 434:20,
436:17, 478:24
**confidential**
59:18, 60:9,
60:14
**confides**
454:6
**confirm**
233:20, 234:4
**confirmed**
233:13, 233:19,
234:15, 401:4
**conflict**
129:13, 129:19
**conform**
157:5, 401:14
**conformed**
405:4
**confront**
409:2
**confusion**
483:10
**conjunction**
188:13, 192:17,
192:19, 328:22,
367:8
**connected**
155:13

**connecting**
169:15, 350:6,
456:24, 458:14
**connection**
46:5
**consent**
247:14, 247:17,
248:8, 409:22
**considered**
191:16
**considering**
62:18
**consistent**
487:8, 487:12,
501:17, 501:24
**conspire**
23:4, 46:16,
46:18, 56:5,
86:2
**conspired**
50:11, 53:21,
60:20, 64:21,
94:22, 123:8
**consulate**
51:19, 52:3,
297:17
**contact**
23:24, 51:18,
52:3, 297:16,
346:22, 444:9
**contain**
97:2, 113:12
**contained**
54:9, 154:8,
393:9, 488:15
**containing**
154:18, 317:5
**contend**
400:8
**continuation**
12:3
**continue**
22:14, 125:3,
220:15
**continued**
4:1, 6:1, 8:1,
34:24, 177:8
**continuing**
22:6

**contradicted**
96:3, 156:18,
187:12, 385:14,
385:19, 490:5
**contradictions**
504:17
**contradicts**
149:17
**control**
346:8, 359:15
**conversation**
444:17, 460:8,
461:5
**conversations**
61:9, 127:16,
127:21, 128:2,
128:9, 303:2,
303:3
**convey**
295:5
**convict**
378:23, 401:3,
436:11
**convicted**
20:18, 20:24,
37:20, 45:8,
49:20, 74:16,
84:15, 468:14,
470:22
**conviction**
55:7, 62:8,
123:16, 222:7,
367:22, 368:5,
370:11, 469:4,
471:12, 471:20,
472:12, 475:4,
475:12, 481:4
**convictions**
432:6, 434:22,
435:18, 471:24
**convince**
254:21, 301:16,
436:11
**convinced**
129:11, 269:23,
406:19, 436:16
**convincing**
468:2

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

140

**cook**
5:2, 5:5, 6:5,
10:15, 10:18
**cooperate**
35:5, 35:21,
72:8, 302:7,
332:14, 338:15
**corner**
317:3
**cornrado**
96:9
**corrected**
52:11
**corrections**
358:5
**corroborate**
278:23, 282:9,
410:14, 434:12
**corroborated**
211:6, 217:1,
425:6
**could**
16:6, 16:19,
20:4, 30:7,
37:6, 45:20,
48:10, 73:19,
108:3, 125:3,
134:10, 155:23,
156:7, 160:15,
186:13, 189:3,
200:8, 227:8,
251:14, 251:21,
252:4, 253:7,
254:6, 256:17,
258:12, 265:23,
273:19, 282:9,
284:22, 285:11,
285:18, 332:2,
338:3, 342:2,
342:9, 345:9,
353:16, 359:14,
366:1, 374:17,
379:15, 449:9,
461:14, 477:7,
486:2, 489:15,
496:12
**couldn't**
20:7, 49:7,

92:1, 104:15,
134:4, 166:13,
201:8, 201:22,
229:19, 235:8,
235:12, 239:9,
279:13, 290:22,
313:2, 343:10,
373:10, 378:3,
385:17, 428:11,
463:11, 491:15
**counsel**
9:15
**country**
322:17
**county**
5:2, 5:5, 6:5,
10:15, 10:18,
512:1
**couple**
12:2, 112:18,
425:13, 468:5
**course**
38:5, 77:11,
105:8, 117:5,
225:13, 256:15,
464:17, 487:8,
496:13, 496:18,
496:22, 497:15
**court**
1:1, 9:5, 11:2,
30:16, 30:20,
36:23, 55:21,
89:15, 189:3,
194:8, 243:20,
309:22, 435:11,
439:3, 439:10,
439:19, 439:24,
472:3, 476:5,
478:6, 484:7,
507:13, 508:11,
508:13, 508:19,
508:21, 509:17,
510:10, 510:12,
510:17, 512:5
**courtroom**
507:14, 509:23
**courtrooms**
484:8

**cover**
160:23, 255:10,
256:7, 272:22,
272:24
**covered**
15:11, 38:11,
75:15, 75:16,
132:11, 339:12,
383:18, 393:1,
393:8
**covering**
256:17, 258:12
**cpd**
120:2, 120:20,
372:8, 416:3
**cr**
31:17, 31:23
**crack**
169:9
**crashed**
95:19
**crazy**
486:18, 486:21
**create**
278:21, 500:6
**created**
187:13, 431:14,
433:2, 435:16,
451:19, 504:16
**creating**
505:9
**credibility**
278:14
**cried**
26:12
**crime**
18:9, 19:14,
37:21, 43:12,
44:6, 48:15,
48:20, 61:15,
67:1, 73:13,
74:16, 82:24,
84:23, 94:23,
99:15, 117:19,
118:2, 122:4,
123:3, 123:10,
128:11, 132:23,
134:10, 135:11,

139:17, 139:23,
140:4, 142:17,
144:9, 144:20,
145:3, 145:22,
150:14, 151:4,
151:9, 151:11,
153:5, 153:11,
153:16, 153:23,
154:6, 154:14,
155:1, 155:13,
155:19, 155:22,
156:5, 156:16,
158:4, 158:14,
158:15, 158:17,
159:20, 159:22,
162:20, 165:2,
166:19, 167:12,
169:15, 169:22,
170:4, 171:4,
173:4, 209:9,
209:15, 215:6,
219:6, 224:24,
228:12, 249:22,
250:5, 250:6,
250:14, 250:20,
251:3, 254:14,
254:22, 257:6,
264:21, 269:12,
289:21, 292:6,
330:10, 356:8,
376:15, 379:8,
381:12, 382:16,
385:15, 385:20,
386:23, 388:24,
390:15, 391:7,
391:13, 392:7,
410:24, 430:21,
442:14, 484:17
**crimes**
70:11, 70:12,
70:20, 107:9,
107:14, 124:20,
130:22, 176:3,
178:12, 201:9,
201:23, 229:20,
231:1, 231:8,
231:15, 337:3,
426:9, 428:21,

432:20, 449:21,
450:1, 478:16
**criminal**
28:15, 49:15,
65:18, 98:10,
135:7, 195:12,
238:19, 242:15,
242:18, 243:4,
244:24, 350:14,
370:4, 418:12,
418:14, 445:19,
446:14, 455:23,
456:8, 458:21,
468:13, 470:21,
471:22, 473:11,
474:15, 476:14,
481:4
**cross**
380:20, 469:9
**crossed**
124:20
**crowd**
132:22
**cruz**
65:24, 85:18,
85:19, 85:21,
86:3, 86:9,
86:17, 87:13,
87:19, 88:2,
88:8, 88:16,
90:6, 90:12,
91:6, 91:14,
91:19, 91:24,
92:3, 112:19,
114:21, 116:5,
118:10
**cruzado**
45:16, 45:17,
45:23, 46:5,
46:11, 46:20,
47:2, 47:8,
47:14, 48:4,
49:7, 49:14,
49:19, 378:3
**crying**
16:20
**custody**
24:6, 80:13,

181:7, 215:14,
299:10, 346:16,
447:16
**cut**
265:23, 470:9
**cutting**
470:5

**D**

**d-u-t-a**
41:22
**daley**
5:6, 6:6
**damage**
116:19
**damaged**
159:23
**damages**
30:19
**dan**
4:6, 10:20
**danger**
67:24
**daniel**
5:11, 32:15,
32:18, 33:3,
64:3, 64:4,
64:22, 65:4,
69:15, 71:17,
72:1, 73:1,
74:7, 74:15,
372:24
**darkest**
454:6
**database**
238:13
**date**
9:8, 159:12,
308:21, 317:2
**dated**
120:2, 120:21,
148:8, 159:7,
236:8, 446:6
**dates**
507:14
**david**
5:4, 10:16,
42:1, 50:3,

66:11, 66:17
**day**
98:11, 190:10,
190:16, 221:23,
296:11, 327:20,
418:16, 421:23,
423:6, 423:15,
424:18, 424:19,
424:21, 447:21,
447:22, 512:23
**days**
139:16, 175:20,
193:19, 484:7
**dead**
131:14
**deal**
69:14, 103:4,
133:12, 262:5,
265:24
**deals**
115:12
**death**
42:6, 77:20,
85:22, 86:4,
90:7, 90:13,
103:23, 105:3,
109:6, 149:24,
150:21, 235:7,
235:11, 368:14,
387:24, 420:17,
431:13
**decade**
471:21
**deceived**
210:11
**december**
1:21, 9:8,
456:1, 512:23
**decided**
112:3, 112:5,
136:17, 169:21,
196:17, 201:8,
201:22, 202:4,
229:19, 230:2,
230:4, 230:10,
246:16, 254:20,
408:12
**decides**
454:12

**decision**
12:7
**decomposition**
382:10
**deepest**
454:6
**defendant**
4:3, 5:10, 6:3,
9:22, 9:24,
10:2, 10:9,
10:21, 30:17,
169:9, 438:7
**defendants**
1:10, 1:17,
4:14, 5:1,
10:13, 10:17,
10:23, 63:3,
65:19, 309:4
**defense**
173:23, 174:4,
182:14, 187:4,
191:23, 192:7,
212:11, 253:23
**definitely**
500:17
**deleon**
447:16, 459:12,
462:18
**deleon-reyes**
1:5, 3:3, 9:3
**deliberately**
92:15, 121:20
**delivered**
200:3
**delivering**
197:13
**dembski**
50:2, 50:3,
50:6, 50:12,
50:19, 51:1,
51:6, 51:13,
51:19, 52:2,
52:8, 52:10,
52:24, 53:15,
54:4, 54:14,
378:11
**dembski's**
55:6

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                      142

**demonstrably**
388:7, 388:16,
399:16
**denied**
199:19, 219:10,
272:9, 347:17,
348:11, 349:12
**deny**
177:8, 263:21
**denying**
337:10, 340:24
**dep**
22:6
**department**
88:9, 107:20,
172:10, 241:10,
465:20, 491:13,
491:18
**department's**
491:21
**depos**
9:11, 11:3
**deposition**
1:19, 2:1, 9:2,
9:12, 12:1,
12:4, 12:6,
12:15, 22:2,
29:1, 75:18,
111:19, 119:21,
119:22, 142:21,
142:23, 147:23,
148:3, 158:24,
162:5, 162:8,
175:4, 236:3,
241:7, 242:11,
316:22, 321:8,
351:21, 415:1,
437:19, 440:19,
443:21, 446:7,
446:11, 456:5,
485:11, 485:12,
485:15, 485:18,
486:18, 489:24,
512:13, 512:15
**depositions**
483:8
**deprived**
23:12

**derail**
166:6
**description**
76:6, 76:22,
81:16, 82:6,
450:11
**desire**
128:3, 128:10
**desk**
263:8
**despite**
24:1, 53:15,
104:9
**destroy**
485:21, 488:12,
490:3, 502:14,
505:21
**destroyed**
182:5, 504:23
**destroying**
505:10
**detained**
52:24
**detective**
25:3, 50:11,
50:24, 52:9,
133:4, 143:3,
143:17, 144:7,
144:8, 154:5,
158:3, 166:21,
188:14, 192:20,
193:2, 238:11,
298:9, 302:1,
345:24, 349:21,
367:9, 372:7,
382:15, 389:9,
390:23, 411:19,
415:23, 416:3,
432:4, 439:6,
444:8, 453:2,
465:14, 472:19,
479:10, 483:21,
484:15, 485:1,
486:13, 487:3,
492:1, 492:5,
492:16, 493:14,
495:8, 502:1,
509:8

**detectives**
15:5, 94:23,
105:16, 129:1,
206:12, 206:17,
207:2, 207:8,
278:9, 278:22,
309:2, 309:7,
314:8, 316:9,
317:6, 409:23,
464:18, 465:21,
485:4, 487:11,
494:15, 496:5,
501:18, 502:7,
502:14
**detector**
347:6
**determine**
153:5, 227:19
**determined**
209:21, 249:21
**developed**
155:24, 156:7,
156:17, 157:13,
198:19, 282:10,
308:21, 310:3,
312:14, 321:18,
380:13, 384:8
**developmental**
421:17
**diaz**
109:13, 109:20,
110:3
**dickenson**
4:14, 278:3,
278:13, 279:6,
279:19, 280:16,
282:4, 310:21,
311:5, 314:9,
314:11, 316:14,
317:6, 318:20
**dickinson**
10:24, 278:8
**difference**
353:18
**different**
9:14, 77:16,
77:18, 114:16,
202:18

**difficulties**
188:20
**dinner**
429:5, 429:12
**direct**
84:21
**directing**
461:4
**direction**
512:20
**directly**
172:7
**disability**
43:18
**disagree**
63:5, 172:15
**disagreement**
63:13
**discipline**
31:11
**disclose**
173:22, 213:16
**disclosed**
182:13, 183:3,
187:3, 212:10
**discovered**
131:4, 144:3,
381:13, 392:15,
394:18
**discovery**
111:24
**discuss**
126:11
**discussed**
22:2, 314:18,
401:11
**discussing**
317:18
**dispute**
148:23
**disputing**
145:8
**district**
1:1, 1:2, 9:5,
9:6, 30:16,
86:11, 193:21
**division**
1:3, 9:6, 492:9

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

143

**dna**
153:17, 154:9,
155:2, 226:3,
226:11, 226:17,
227:6, 266:21
**document**
28:22, 29:21,
37:13, 119:9,
119:24, 120:18,
142:18, 143:3,
143:10, 143:13,
143:17, 148:15,
151:10, 157:19,
158:22, 159:5,
172:9, 173:17,
236:5, 236:14,
241:9, 242:13,
244:22, 244:23,
268:15, 316:20,
316:24, 317:12,
318:19, 321:6,
321:10, 321:24,
351:20, 352:6,
352:12, 361:16,
389:11, 390:16,
391:8, 391:14,
414:23, 415:3,
415:22, 483:6,
496:17, 496:21,
497:3, 497:9,
497:21, 498:12,
498:22, 499:8,
499:17
**documentation**
113:12, 153:4,
182:6, 268:21,
492:24, 493:7,
500:6
**documented**
40:5, 151:16,
152:22, 178:18,
178:24, 240:24,
312:13, 315:2,
360:5, 360:12,
387:16, 391:1,
413:24, 500:12
**documenting**
28:17, 81:10,

89:10, 89:24,
147:17, 157:12,
506:3
**documents**
119:20, 121:2,
121:8, 121:9,
153:9, 182:21,
236:22
**dog**
168:20, 168:21
**doing**
111:20, 215:4
**donald**
46:19
**done**
155:7, 201:9,
201:23, 244:12,
264:22, 337:15,
370:21, 371:3,
379:8, 405:19,
482:17
**door**
146:3, 148:17,
148:24, 150:8,
273:1, 324:20,
326:8, 326:22,
332:22, 363:16,
364:7, 383:6,
389:23, 390:5,
392:24, 395:5,
395:8, 395:22
**double**
69:24, 70:5,
117:13, 454:13,
462:18
**douglas**
85:22, 86:4,
86:19, 88:17,
90:7, 90:13,
90:18, 94:3
**down**
59:9, 127:7,
146:8, 148:20,
287:19, 315:2,
325:4, 325:9,
392:16, 392:24,
393:19, 432:20,
468:4, 469:13,

512:17
**dr**
246:24
**dressed**
105:23
**drink**
180:4, 296:17,
344:19
**drive**
5:13, 424:7,
510:5
**drive-by**
77:19, 80:13
**driven**
99:9
**driver**
36:4
**dropped**
327:6, 366:10
**drove**
324:18, 366:11,
410:5, 423:14,
466:20, 467:3,
467:4
**drug**
33:10, 94:18,
115:12, 123:17,
124:15, 125:4
**drugs**
123:24, 124:8
**due**
159:23
**duffy**
22:24, 27:7,
27:14
**duly**
11:8, 512:8,
512:15
**dunk**
229:5
**duped**
309:12, 309:15
**during**
15:10, 15:16,
38:5, 57:2,
57:10, 62:23,
65:16, 65:24,
66:3, 85:5,

95:10, 105:8,
106:6, 122:10,
130:7, 249:9,
256:15, 266:14,
282:15, 370:10,
404:2, 408:4,
410:12, 413:4,
438:1, 438:2,
444:16, 463:17,
464:5, 475:4,
485:10, 487:7,
496:16, 496:22,
497:15, 497:22,
498:14, 510:2
**duta**
41:22, 42:5,
42:11, 42:17,
42:22, 43:4,
43:10, 43:18,
43:23, 44:4,
44:21, 45:8,
374:17

**E**

**e-l-i-e-z-e-r**
45:16
**each**
90:4, 131:20,
139:17, 290:2,
290:10, 291:17,
402:7
**eagle**
110:9
**ear**
282:17
**earlier**
347:5, 401:21,
403:11, 404:3,
428:12, 428:21,
430:21, 445:18,
446:7, 485:18,
494:22
**early**
128:16, 232:19,
329:22, 418:23,
424:23, 457:20
**earn**
108:3

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

144

**easier**
215:13, 246:17,
346:7, 466:12
**easiest**
216:11
**eastern**
1:3, 9:9
**easy**
379:6
**eat**
296:17, 344:19
**ed**
424:22
**edward**
5:3, 28:1,
81:22, 434:8
**edwin**
75:6, 75:10,
75:22, 78:9
**effort**
60:2, 123:16,
231:21, 232:7,
376:22, 378:23
**efforts**
376:14
**efrain**
112:19
**eighth**
193:21
**eileen**
10:1, 10:8
**either**
62:24, 250:20,
260:3, 269:5,
328:4, 348:3,
376:23, 400:10,
439:12, 500:3
**electric**
261:13, 283:8,
285:6, 302:14
**elicited**
46:10
**eliezer**
45:16, 46:5,
378:2
**elio**
128:23
**elizabeth**
6:4

**else**
19:7, 36:5,
200:10, 209:15,
231:8, 231:14,
254:14, 264:21,
265:4, 320:23,
350:5, 452:4,
452:11, 453:1,
462:20, 501:1,
510:16, 510:18,
510:21
**employ**
288:2
**employed**
94:18
**end**
130:23, 435:5,
448:7, 469:23,
485:22, 489:5,
489:8, 489:19,
490:6, 490:18,
490:23, 494:17,
505:21
**ended**
116:18, 245:7
**enforcer**
124:15
**engineered**
123:15
**english**
13:16, 13:19,
14:7, 18:22,
20:4, 20:6,
52:9, 52:10,
54:16, 55:6,
92:9, 135:22,
139:10, 141:4,
281:20, 283:14,
317:24, 353:6,
355:11, 373:10,
377:11, 378:14
**engquist**
4:17, 10:22,
62:16, 63:8,
63:12, 111:13,
111:16, 156:11,
156:24, 181:13,
182:1, 188:3,

189:10, 189:18,
193:5, 193:11,
193:14, 194:21,
227:13, 251:18,
251:24, 252:8,
253:12, 256:3,
256:10, 260:15,
279:16, 279:24,
280:6, 303:14,
312:17, 312:23,
317:19, 318:8,
318:14, 318:24,
320:1, 322:7,
329:2, 332:18,
373:13, 389:6,
390:10, 434:5,
449:6, 457:4,
467:22, 495:12,
496:24, 498:9,
498:18, 499:4,
499:13, 499:22,
501:19, 502:2,
502:9, 502:16,
502:24, 503:7,
503:15, 503:24,
504:7, 504:20,
505:3, 505:11,
505:17, 505:22,
506:5, 510:23
**enough**
308:4, 392:6,
418:24
**ensure**
160:14, 399:7,
435:17, 490:4
**enter**
20:12
**entire**
296:16, 328:9,
328:15, 346:2,
367:4
**entirely**
309:6, 328:16,
506:10, 506:16
**entitled**
308:11
**entry**
170:15, 185:24,

252:19
**ernest**
56:5, 121:14,
192:20, 328:23
**ernie**
495:15
**especially**
185:23, 465:14
**esquire**
3:4, 3:5, 3:6,
3:14, 4:4, 4:5,
4:6, 4:7, 4:17,
5:3, 5:4, 5:11,
6:4
**essentially**
223:7, 432:5
**established**
415:18, 416:6
**et**
1:9, 1:16, 9:3,
9:4
**even**
20:4, 20:7,
51:14, 51:19,
52:8, 58:2,
62:20, 73:23,
81:2, 91:7,
92:9, 95:4,
96:20, 98:23,
129:13, 168:13,
171:17, 171:24,
180:10, 222:13,
286:2, 286:10,
293:20, 303:2,
315:10, 322:18,
331:13, 361:17,
365:14, 378:12,
384:14, 385:2,
469:14
**evening**
442:13, 459:7
**event**
164:23
**events**
96:4, 315:3,
353:17, 410:14,
416:21, 417:23
**eventually**
17:10, 27:13,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

145

40:12, 59:9,
62:9, 68:17,
151:4, 266:21,
267:1, 298:3,
312:12, 312:20,
450:12
**ever**
155:13, 239:15,
266:14, 267:4,
370:15, 370:18,
438:11, 491:12,
491:17, 491:24,
495:21, 501:3,
501:5, 501:8,
501:11, 509:7,
509:10, 510:5
**every**
223:15, 358:4,
423:15, 472:19
**everybody**
281:5, 281:7
**everyone**
29:9, 462:20
**everything**
36:11, 217:1,
265:4, 265:17,
294:16, 463:9
**evidence**
56:19, 57:3,
61:2, 65:10,
65:18, 84:9,
95:11, 98:5,
114:9, 135:10,
136:23, 137:5,
141:11, 141:17,
151:5, 151:17,
153:4, 153:11,
154:19, 155:1,
155:12, 156:18,
166:20, 169:14,
186:7, 187:12,
188:12, 192:5,
192:12, 198:19,
225:5, 228:11,
250:13, 254:13,
292:7, 308:3,
308:12, 309:16,
349:5, 351:2,

384:9, 387:17,
391:22, 401:2,
420:18, 428:2,
428:20, 432:5,
433:2, 434:11,
436:10, 456:24,
458:13, 479:9,
483:4, 489:10,
489:11, 490:4,
506:3
**exactly**
172:9
**exam**
469:15, 469:16
**examination**
7:3, 11:10,
29:17, 483:13,
484:22
**examined**
207:22
**example**
57:18, 95:18,
325:20, 372:13
**except**
30:18
**excessive**
30:15
**exchange**
70:19, 115:12
**exculpatory**
57:3, 65:17,
95:11, 119:10,
141:11, 141:17,
214:13, 490:10,
490:14, 490:21,
506:4
**executed**
105:9, 283:16
**execution**
106:6
**exhausted**
220:15
**exhibit**
7:9, 8:2,
28:23, 28:24,
29:1, 29:3,
29:16, 119:22,
119:24, 120:19,

127:7, 142:19,
142:20, 142:23,
143:2, 143:16,
147:23, 148:3,
148:6, 158:23,
158:24, 159:5,
160:23, 162:2,
162:5, 162:8,
162:10, 164:7,
236:2, 236:3,
236:6, 238:11,
239:7, 240:3,
240:16, 241:6,
241:7, 241:10,
242:10, 242:11,
242:14, 244:19,
244:21, 268:14,
316:20, 316:22,
317:1, 318:19,
321:6, 321:8,
321:10, 328:9,
328:15, 351:20,
351:21, 351:24,
356:14, 361:2,
401:21, 414:24,
415:1, 415:3,
416:12, 420:8,
437:18, 437:19,
440:17, 440:19,
443:19, 443:21,
446:6, 446:11,
446:13, 456:4,
456:5
**exhibits**
7:8, 8:1,
119:21, 121:12
**existed**
308:10
**exonerated**
227:8
**expect**
390:15, 390:22
**expectation**
307:13
**expectations**
308:17
**experience**
369:17

**experienced**
349:20
**explained**
429:17, 442:17
**explaining**
486:8
**explanation**
326:20
**expressed**
128:3, 128:10
**extensively**
132:10, 132:11,
155:7
**extent**
91:7
**extract**
103:16
**extracted**
71:24, 137:11,
137:17, 157:20,
388:7, 388:16
**extremely**
14:22, 138:6,
138:12
**eyes**
94:12, 169:8
**eyewitness**
61:7, 79:11
**eyewitnesses**
95:19, 96:15,
97:4, 109:13,
117:12, 350:20

**F**

**f-e-l-i-s-a**
175:5
**f-l-o-r-e-s**
94:9
**fabricate**
346:7
**fabricated**
56:19, 65:9,
83:13, 91:19,
98:4, 100:23,
101:5, 107:3,
121:21, 136:23,
137:5, 160:22,
166:19, 320:8,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020 146

346:15, 348:20,
351:10, 354:16,
356:7, 361:3,
367:3, 367:21,
368:12, 420:7,
449:2, 479:8
**fabricating**
397:8, 473:3
**fabrication**
319:16
**face**
15:18, 15:24,
24:12, 34:7,
44:11, 146:2,
146:8, 148:20,
270:24, 290:3,
325:9, 331:20,
392:16, 393:19,
394:19, 438:12,
438:14, 438:15,
443:2
**fact**
40:5, 47:14,
61:7, 62:24,
69:21, 70:2,
82:12, 87:18,
88:8, 93:4,
103:9, 111:20,
149:15, 161:19,
168:4, 168:13,
172:6, 182:14,
186:5, 194:12,
198:6, 252:12,
254:5, 256:23,
303:5, 354:15,
371:24, 388:23,
394:21, 412:20,
423:6, 425:12,
427:11, 427:19,
440:6, 465:20,
476:5
**factory**
327:13, 423:7
**facts**
18:9, 48:15,
48:20, 73:13,
73:19, 139:23,
225:19, 227:19,

265:11, 393:10,
394:1, 395:4,
395:8, 397:7,
483:4, 483:5
**failed**
23:17, 77:4,
87:18, 261:5
**fair**
158:7
**faith**
308:22
**fake**
210:11
**faked**
209:4
**faking**
209:22, 212:5,
223:8, 255:23
**falling**
115:18, 389:23
**false**
17:18, 18:4,
36:4, 36:19,
45:3, 47:22,
49:3, 50:18,
53:22, 54:4,
55:7, 57:12,
72:1, 83:7,
87:13, 90:12,
90:23, 99:8,
100:23, 101:12,
103:16, 109:22,
110:11, 110:18,
121:20, 137:11,
137:17, 140:11,
140:14, 140:21,
150:6, 150:22,
160:2, 165:24,
187:23, 235:13,
240:4, 266:20,
269:23, 278:15,
320:14, 324:11,
325:21, 326:14,
349:12, 360:6,
360:12, 366:16,
374:18, 378:12,
388:8, 388:16,
393:9, 394:1,

394:10, 394:21,
395:8, 397:21,
399:17, 400:1,
401:4, 412:7,
414:2, 414:15,
416:13, 427:19,
434:1, 435:11,
435:15, 451:2,
451:19, 468:12,
468:20, 470:20,
471:4, 473:3,
478:24, 486:5
**falsely**
27:6, 57:19,
59:10, 66:11,
67:7, 68:18,
69:3, 69:15,
70:20, 71:17,
74:8, 79:12,
86:17, 88:16,
90:6, 101:20,
102:2, 102:18,
102:24, 103:5,
109:14, 110:3,
113:3, 119:2,
295:12, 339:7,
373:1, 434:19,
434:21, 451:21
**falsified**
93:17, 240:11
**falsifying**
65:10, 98:5
**families**
481:13
**family**
48:11, 88:10,
104:16, 117:20,
132:22, 161:21,
169:3, 169:22,
170:21, 171:12,
172:1, 173:3,
174:6, 174:12,
174:19, 193:20,
195:24, 196:5,
196:11, 202:13,
204:8, 204:16,
205:20, 210:10,
210:16, 210:23,

211:6, 211:12,
212:4, 213:2,
214:22, 215:22,
216:3, 230:17,
231:22, 255:4,
255:10, 260:11,
285:19, 398:9,
406:20, 429:4,
481:11, 482:3,
499:9, 499:19
**far**
273:19, 309:17,
428:21
**fast**
45:21, 364:18
**fastest**
216:11
**faulty**
159:23, 160:6,
160:11
**fbi**
171:17, 172:2,
172:7, 172:11,
172:14, 172:17,
173:2, 173:17,
174:13
**fear**
21:12, 287:6,
477:24
**february**
78:8, 80:6,
437:23
**fed**
48:15, 48:20,
73:12, 139:23
**federal**
30:16
**feed**
353:16
**feeding**
265:11
**feel**
287:21, 288:3,
335:8
**feet**
81:22, 288:9
**felisa**
175:5, 175:7,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

147

175:20, 177:3,
178:12, 178:19,
179:6, 181:1,
182:7, 183:4,
188:13, 429:3
**fell**
134:9, 135:16
**fellow**
23:17, 24:5,
32:4, 278:8
**felony**
102:13
**female**
183:23, 185:17,
450:9
**fernandez**
65:5
**fertility**
224:10
**fetal**
392:16
**few**
13:16, 34:7,
63:16, 75:17,
175:3, 205:9,
244:24, 327:7,
381:10, 400:24,
439:4, 478:13,
483:11
**figuero's**
124:1, 124:8
**figure**
209:14
**figuroa**
125:3
**file**
29:3, 31:23,
97:2, 113:11
**filed**
30:15, 62:19,
431:21
**filled**
510:8
**fillers**
450:9
**final**
478:13
**finalize**
448:17, 449:1

**finally**
265:5, 298:2,
343:4, 345:10,
345:17, 348:19
**financial**
115:4
**find**
134:4, 195:1,
215:5, 215:15,
248:21, 249:3,
257:11, 450:8,
452:14, 456:23,
458:13
**finding**
233:1
**fine**
503:12
**fingerprinted**
13:24, 14:3
**fingerprints**
180:16
**finish**
469:16, 491:3
**finished**
446:23, 446:24
**fired**
93:12
**firm**
4:18
**first**
55:18, 75:20,
105:23, 142:16,
162:20, 170:20,
199:2, 203:2,
203:8, 235:19,
237:11, 247:16,
270:20, 270:22,
356:21, 377:10,
408:4, 433:18,
435:24, 452:18,
452:19, 452:20,
464:1, 480:2,
480:11, 482:21,
512:8
**fist**
25:24
**fit**
411:10, 414:1,

417:10, 422:15,
430:22
**five**
13:8, 38:19,
52:24, 53:6,
71:10, 78:21,
79:6, 105:16,
148:1, 148:7,
168:14, 174:20,
189:16, 189:22,
190:17, 190:24,
191:2, 191:10,
208:11, 233:2,
236:7, 238:6,
240:18, 270:14,
283:23, 329:22,
346:2, 408:19,
449:21, 449:24,
469:21, 469:24,
470:3, 470:4,
470:5, 485:6,
501:15, 502:6,
502:13, 510:7
**five-minute**
62:15, 161:3,
369:4
**flashlight**
26:1, 34:8,
106:18
**flat**
59:2
**fleeing**
93:5, 93:11
**floor**
3:9, 3:17,
146:3, 148:16,
203:2, 203:8,
395:7
**flores**
94:9, 94:10,
94:24, 95:4,
95:12, 96:4,
100:24, 101:20,
102:3, 102:19,
102:23, 102:24,
103:4, 103:5,
103:10, 103:17,
103:23, 104:4,

104:10, 104:15,
104:21, 105:3,
105:10, 106:6,
106:12, 106:17,
106:22, 375:11
**focus**
215:13
**focused**
125:11, 126:2,
237:18, 245:19
**follow**
260:2
**follow-up**
484:21
**following**
184:23, 370:12,
370:13
**follows**
11:9
**food**
14:23, 23:12,
180:4, 296:17,
372:14, 406:8
**force**
30:15, 341:3
**forced**
74:6, 118:2,
170:15, 185:24,
252:18, 346:14,
354:22, 400:1
**foregoing**
512:12
**forged**
416:2
**forgotten**
389:10
**formation**
215:9
**forms**
247:14, 465:21,
496:4
**forth**
424:13, 512:12
**forward**
31:3
**fought**
41:9
**found**
30:18, 61:15,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                            148

72:9, 146:2,
146:8, 148:16,
148:20, 148:24,
149:5, 149:10,
149:16, 150:13,
153:16, 164:1,
206:20, 228:17,
228:23, 249:15,
249:22, 250:4,
250:5, 250:6,
250:19, 254:13,
266:22, 325:9,
326:7, 334:7,
347:17, 348:11,
365:9, 383:6,
383:17, 385:15,
385:20, 390:6,
393:7, 394:1,
411:9, 457:7,
457:9
**four**
83:14, 83:22,
93:11, 191:9
**frame**
22:23, 23:6,
41:3, 50:12,
55:14, 55:24,
56:7, 60:3,
62:3, 64:22,
75:10, 75:22,
85:21, 86:3,
94:23, 96:4,
108:21, 109:5,
112:3, 112:5,
112:12, 114:22,
116:12, 117:19,
121:21, 124:7,
124:19, 128:3,
128:11, 134:10,
134:16, 134:21,
136:23, 137:5,
141:8, 141:10,
141:16, 187:13,
472:5, 489:15
**frame-up**
160:16
**framed**
12:23, 33:3,

42:5, 50:5,
64:4, 64:11,
64:19, 86:9,
94:10, 95:4,
104:22, 105:4,
122:3, 478:15,
481:21
**francisco**
112:20
**frankie**
123:24, 124:8,
125:2
**freaking**
416:10
**fred**
126:10, 126:24,
127:22, 128:9,
128:18
**freddie**
111:8, 111:17,
112:3, 112:5,
114:21, 116:5,
117:11, 118:16,
119:3, 121:21
**frias**
12:22, 12:23,
13:7, 13:15,
13:21, 13:24,
14:2, 14:17,
15:5, 15:17,
15:23, 16:6,
16:19, 18:3,
18:10, 18:21,
19:14, 19:21,
20:17, 20:24,
373:9, 373:17,
374:9, 377:18
**friday**
421:2, 429:5,
429:12, 430:7
**friend**
129:20, 183:23,
184:3, 184:16,
184:22, 185:6,
185:17, 186:6,
186:7, 186:13,
187:5, 187:22,
204:8, 302:19

**friends**
173:3
**front**
62:21, 128:9,
148:16, 294:3,
326:7, 326:22,
337:8, 337:21,
383:6, 389:22,
390:5, 392:24,
395:7, 395:22,
435:10, 441:11,
442:4
**fu**
100:6, 100:12,
100:14, 100:18
**full**
27:13, 121:19
**full-time**
205:2
**fully**
92:9
**furious**
90:22, 91:13,
291:23
**further**
258:6, 428:2,
484:19, 512:14
**furthermore**
392:14

### G

**g-u-e-v-a-r-a**
11:15
**gabriel**
1:12, 9:4,
10:11, 134:22,
137:6, 137:18,
138:21, 140:21,
141:16, 155:14,
183:15, 194:4,
194:12, 267:23,
268:2, 268:22,
269:5, 269:11,
269:17, 310:9,
327:6, 329:20,
352:2, 426:8,
440:14, 441:2,
441:4, 441:10,

442:12, 455:23,
456:24, 458:14,
459:7, 459:23,
461:5, 462:9,
464:1, 477:12,
478:16, 482:11,
498:23
**gain**
257:17
**gang**
67:21, 78:16,
81:4, 94:18,
94:22, 110:9,
484:17
**gangs**
110:17
**garcia**
12:24, 13:9,
15:6, 96:9
**garza**
128:23
**gathered**
132:23
**gaudio**
23:5
**gave**
48:11, 73:23,
76:6, 101:12,
180:4, 187:4,
299:5, 324:20,
408:4, 435:11,
438:3, 438:17,
438:21, 439:4,
439:14, 439:24,
440:23, 441:16,
441:20, 442:10,
443:5, 443:9,
444:6, 444:22,
444:23, 446:17,
447:24, 450:21,
452:21, 453:10,
457:17, 458:5,
458:6, 458:10,
459:5, 459:14,
460:6, 461:3,
462:21, 463:2,
466:23, 468:13,
468:20, 470:21,

**471:4**, 471:20,
475:24, 490:13
**gawrys**
79:4
**general**
7:20, 142:22,
146:14, 146:23,
147:8, 314:8,
317:1, 317:4,
413:18, 415:4,
466:5, 466:7,
495:21, 495:24,
496:3, 496:10,
496:13, 501:2,
501:3, 501:5,
501:8, 501:11
**generate**
53:22
**generated**
50:18
**george**
64:11, 64:22,
65:5, 69:16,
71:18
**getting**
52:16, 291:10,
302:14, 424:12,
435:5, 452:23,
492:17, 508:4
**gilbert**
94:11
**girl**
195:1, 217:7
**girlfriend**
72:9, 118:21
**give**
11:7, 23:17,
27:13, 45:21,
47:22, 51:6,
218:14, 231:15,
267:4, 276:1,
287:19, 291:11,
291:24, 359:9,
370:23, 402:7,
449:19, 464:8,
467:7, 475:19,
482:15, 494:4,
510:24

**given**
207:15, 211:21,
280:22, 369:24,
370:3, 393:24,
420:9, 425:23,
428:13, 460:10,
476:9, 490:20
**giving**
11:18, 11:22,
169:4, 312:6,
370:13, 435:15,
459:22
**glaring**
93:18
**glass**
413:3
**gloria**
72:18
**go**
10:3, 10:4,
17:12, 20:15,
40:12, 44:17,
48:10, 63:15,
73:19, 88:23,
111:14, 111:15,
162:2, 165:9,
168:1, 168:20,
168:21, 180:10,
193:12, 198:6,
206:8, 221:6,
244:3, 244:6,
245:2, 248:12,
253:4, 277:13,
307:13, 318:10,
374:17, 377:5,
399:7, 414:9,
419:1, 438:6,
457:19, 457:22,
459:19, 466:12,
475:13, 475:21,
504:5, 507:14,
509:23, 509:24
**goal**
287:6, 332:8,
335:2
**goes**
38:7, 470:6
**going**
20:12, 88:24,

117:19, 127:1,
138:11, 142:18,
145:10, 145:19,
158:13, 158:23,
198:1, 198:14,
201:13, 201:16,
230:4, 231:7,
233:21, 273:19,
283:7, 285:6,
292:5, 304:10,
331:7, 335:15,
341:1, 351:19,
363:3, 422:2,
453:4, 453:5,
453:7, 501:2
**gomez**
376:5, 376:14
**gone**
184:10, 186:5,
252:13
**gonna**
12:21, 22:7,
28:22, 38:12,
119:20, 158:22,
162:4, 230:2,
236:2, 261:13,
283:15, 301:3,
301:17, 310:2,
355:18, 358:18,
411:9, 411:10,
469:16, 470:8,
485:6, 488:8,
488:13, 491:2,
507:14
**gonzalez**
41:4, 111:8,
111:17, 112:4,
112:6, 114:21,
116:5, 116:18,
117:3, 117:11,
118:16, 119:3,
121:21, 122:4,
122:21, 125:13,
125:20, 129:7,
130:7
**good**
22:12, 32:20,
168:23, 308:22,

380:14, 506:22
**gosens**
114:21
**gotten**
379:22, 426:1
**gpr**
314:7, 317:24,
318:21, 319:3
**grab**
438:12, 438:13,
438:15
**grabbed**
106:12, 263:8
**graciella**
105:10, 106:5,
106:12, 106:17,
106:22, 107:8
**grand**
33:14, 126:10,
126:23
**great**
133:12, 507:3
**grizzly**
132:12
**groin**
26:7, 29:23
**ground**
389:24, 393:19
**group**
114:16
**growling**
168:21
**gruesome**
327:21
**guadalupe**
204:1, 397:15,
401:22, 402:6,
402:9, 402:11,
402:18, 402:19,
403:3, 404:8,
404:12, 405:3,
407:4, 408:12,
409:1, 409:24,
410:6, 410:23,
411:17, 457:24
**guerrero**
12:24
**guess**
464:4

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

150

**guevara**
1:9, 1:20, 2:1,
4:3, 9:2, 9:20,
9:22, 9:24,
11:6, 11:14,
20:15, 21:7,
22:16, 22:23,
55:23, 62:20,
64:2, 85:14,
120:23, 172:6,
172:12, 244:7,
302:2, 309:1,
309:6, 309:13,
370:15, 415:16,
415:23, 483:12,
483:15, 484:24,
511:6, 512:7
**guevara's**
62:23
**guilty**
191:16, 227:20,
247:23, 469:4,
471:12
**gun**
60:22, 61:8,
61:14
**guys**
111:21, 116:6,
215:6, 215:14,
245:20, 304:4,
308:12

**H**

**h-u-n-t**
22:21
**hair**
106:13, 262:10,
263:9
**half**
177:24, 471:21
**hallinan**
86:11
**halpert**
23:5
**halvorson**
10:23, 50:11,
50:24, 52:9,
53:21, 56:5,

57:18, 59:11,
59:17, 60:20,
64:22, 66:10,
66:24, 67:6,
69:2, 69:14,
69:23, 70:4,
71:15, 71:24,
72:24, 73:6,
73:11, 73:23,
74:14, 78:2,
121:14, 143:3,
143:17, 144:8,
166:21, 181:6,
181:11, 186:21,
188:14, 192:20,
193:2, 235:19,
247:1, 304:17,
320:22, 328:23,
333:16, 367:9,
408:11, 409:14,
411:19, 479:10,
495:15
**hand**
39:8, 39:18,
262:17, 359:4,
444:19, 512:23
**handcuffed**
39:12, 53:5,
53:10, 68:11,
117:4, 271:11,
272:16, 277:6,
290:17, 330:4,
331:13, 333:3,
336:2, 339:24,
345:2, 373:23
**handcuffing**
375:11
**handed**
503:19
**hands**
30:1, 68:12,
168:14, 176:20,
438:12
**handwritten**
317:5, 317:11,
320:5, 320:7,
320:14, 321:12,
348:21, 351:18,

352:1, 352:5,
352:14, 361:2,
364:15, 381:11,
401:11, 402:8,
402:10, 402:17,
403:2, 484:14,
486:10, 501:8
**happen**
72:15, 72:17,
418:23, 422:22
**happened**
16:12, 16:13,
63:4, 116:6,
158:8, 281:8,
327:8, 386:23,
394:18, 428:11,
430:21, 442:23,
442:24, 449:23,
461:15, 463:9,
463:10, 467:1
**happening**
245:7, 394:10
**happy**
40:19
**harassing**
469:10, 507:5
**hard**
195:7, 223:6,
391:15
**harder**
291:17
**harmed**
399:8
**harvey**
4:15, 10:24,
151:10, 155:20
**hat**
270:23
**hawk**
42:7, 44:5
**he'll**
486:24
**head**
25:4, 29:22,
68:12, 263:9,
373:24, 375:3,
375:21
**health**
29:17

**hear**
16:20, 17:11,
22:18, 32:20,
175:3, 328:11,
330:19, 332:15,
345:10, 385:17,
486:18, 486:19,
491:15
**heard**
222:14, 280:16,
280:21, 412:20
**hearing**
222:8, 413:2,
437:8, 437:22,
438:2, 439:3,
440:14, 440:22,
443:16, 443:24,
472:12, 472:17,
474:5, 475:12,
475:18, 481:3
**hearings**
474:7, 474:22
**hearsay**
483:5
**heater**
167:14, 167:19,
168:4
**heather**
10:14, 10:17,
352:14
**height**
450:10
**held**
2:1, 23:11,
190:2, 190:4,
191:2, 191:9,
372:13
**help**
110:10, 110:18,
127:11, 151:5,
194:19, 194:24,
229:21, 281:8,
300:15, 300:21,
301:5, 301:17,
306:23, 322:10,
366:21, 452:14,
454:13, 489:14
**helped**
120:8, 124:19,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

151

125:2, 210:4,
254:6, 254:15,
336:20, 337:3
**helpful**
404:4
**helping**
282:18
**helpless**
288:3
**helplessness**
287:7
**here**
145:19, 162:7,
168:20, 309:16,
318:4, 372:1,
407:14, 435:5,
477:12, 478:14,
481:19, 482:23
**hereby**
512:6
**hereunto**
512:22
**hernandez**
64:6, 64:14,
65:11, 65:16,
66:3, 67:15,
68:19, 69:4,
69:22, 70:3,
71:23, 74:8,
74:24, 122:21,
123:3, 123:9,
123:24, 124:7,
125:12, 126:2,
126:11, 126:16,
128:4, 128:11,
129:12
**hernandez's**
123:16
**herself**
253:8, 266:13,
393:1
**hey**
283:22
**high**
132:5
**higher**
167:20
**himself**
74:8, 102:8,

282:18, 290:22
**hired**
91:7
**hispanic**
92:17, 93:6
**history**
29:16, 195:12,
238:19, 242:15,
242:18, 243:5,
244:24
**hit**
25:3, 34:7,
34:24, 35:20,
39:1, 39:8,
73:6, 106:17,
219:20, 261:23,
262:16, 264:3,
264:8, 291:17,
337:16, 341:20,
341:21, 358:19,
373:23, 375:2,
443:1, 443:3,
443:10
**hitting**
39:17, 262:4,
338:14
**hold**
13:5, 29:5,
168:19, 268:6,
486:3
**holding**
60:22, 61:8
**hom**
103:14
**home**
48:10, 73:19,
104:16, 105:10,
232:24, 247:23,
251:21, 252:5,
252:13, 276:1,
276:13, 327:7,
366:11, 374:17,
411:7, 425:13,
425:24, 456:13,
457:8, 466:20,
467:4
**homicide**
56:20, 57:2,

57:10, 65:11,
65:17, 65:24,
66:3, 68:20,
71:23, 74:9,
74:24, 80:20,
85:6, 94:3,
94:23, 95:10,
98:6, 103:15,
105:8, 107:21,
108:10, 122:11,
130:7, 142:12,
158:3, 278:9,
372:7, 376:24,
378:23, 380:7,
382:15, 389:9,
436:1, 436:5,
454:13, 485:1,
485:3, 485:10,
485:22, 486:11,
486:13, 487:2,
487:8, 487:11,
492:1, 492:4,
492:8, 492:16,
493:14, 495:8,
496:4, 496:14,
501:18, 502:1,
502:14, 509:8
**hopelessness**
295:5
**horatio**
213:15
**horrific**
131:8
**hospital**
42:12, 184:23,
184:24, 197:12,
211:15, 234:5,
234:10, 266:6,
366:11, 421:4,
421:16, 421:24,
422:8, 424:13,
453:9
**hour**
327:12, 419:8,
423:16
**hours**
23:11, 34:7,
34:23, 35:11,

36:17, 117:6,
179:6, 191:9,
242:19, 245:8,
329:22, 333:9,
343:17, 346:16,
372:14, 405:11,
424:23, 457:20
**house**
72:8, 149:1,
162:19, 163:2,
164:23, 184:10,
195:17, 206:3,
206:13, 206:20,
207:21, 248:20,
257:16, 322:2,
398:4, 410:6,
410:7, 424:13,
429:5
**household**
202:11, 203:1,
247:15, 258:22,
259:7, 419:1,
423:23, 426:1
**humiliate**
335:3
**hunt**
22:16, 22:19,
22:23, 23:6,
23:11, 23:18,
23:24, 24:6,
24:12, 24:16,
24:22, 25:3,
26:7, 26:12,
26:24, 27:6,
27:12, 27:19,
28:4, 28:6,
29:22, 30:1,
30:14, 30:15,
30:19, 31:6,
31:12, 32:4,
372:14, 372:20
**hunt's**
28:16, 31:24
**hurt**
332:2, 338:3,
342:9, 403:19
**husband**
175:14, 177:10,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                     152

178:7, 203:8,
231:7, 452:7,
452:8, 452:24,
456:12, 458:1

**I**

**i-b-r-a-h-i-m**
55:20
**i-cam**
238:13
**ibrahim**
55:15, 55:19,
56:1, 56:7,
56:15
**icing**
467:18
**idea**
218:8, 265:18,
271:17, 272:3,
308:23
**identification**
59:4, 76:13,
83:7, 83:14,
87:13, 88:2,
90:12, 90:23,
91:6, 99:1,
100:23, 101:13,
109:21
**identifications**
57:13
**identified**
29:2, 42:17,
78:22, 93:4,
190:11
**identify**
9:15, 59:10,
82:12, 82:22,
87:18, 88:8,
99:2, 105:24,
113:3, 239:9
**identifying**
57:19, 58:19,
79:12, 86:17,
88:16, 90:6,
109:14, 110:4,
122:20
**ignored**
213:8

**illinois**
1:2, 3:10,
3:18, 4:11,
4:21, 5:7, 5:15,
6:7, 9:6, 453:9
**immediate**
260:11
**immediately**
125:11
**immunity**
473:17, 476:9,
476:12, 478:7
**impairments**
47:16
**implicate**
69:3, 69:15,
70:20, 102:19,
103:5, 118:15,
171:3, 183:14,
202:4, 212:18,
213:8, 230:11,
231:22, 232:8,
254:21, 255:3,
255:16, 258:6,
260:4, 260:18,
265:6, 292:5,
339:7, 376:23,
379:7
**implicated**
74:8, 178:7,
213:1, 214:22,
220:24, 265:24,
442:17, 461:23
**implicating**
60:10, 66:11,
67:7, 68:19,
101:20, 102:24,
295:12, 310:3,
409:1, 433:18
**imply**
303:2
**importance**
465:7, 465:15
**important**
153:4, 167:20,
183:10, 185:11,
186:19, 187:12,
464:24, 492:1,

492:5, 492:9,
492:16, 492:23,
493:6, 493:12,
493:14, 494:14
**imposed**
439:8, 439:11
**impossible**
419:16, 426:21
**improper**
50:18
**inabilities**
139:10
**inability**
55:6
**incentive**
255:10
**incentivized**
109:12, 110:10,
110:18
**inches**
76:8, 76:23,
81:23, 82:7
**incident**
107:4
**include**
403:18
**included**
81:5, 331:19,
430:14
**includes**
482:24
**including**
56:19, 65:10,
70:13, 73:7,
97:16, 98:5,
106:23, 313:24,
450:16
**inconsistent**
82:5
**incriminate**
21:20, 248:22,
249:3
**incriminating**
74:24, 85:6,
94:4, 108:11,
111:2, 122:11,
130:8, 250:7,
407:5

**independent**
95:18
**index**
7:2, 7:8
**indicate**
266:13
**indicated**
254:14, 258:21,
439:6, 485:21
**indicates**
29:21, 244:23
**indicating**
241:14, 447:1
**individuals**
182:21
**infamous**
115:5
**infer**
308:5
**inflicted**
221:17, 222:15
**informant**
59:18, 60:9,
60:15
**information**
60:10, 96:3,
97:15, 98:13,
119:10, 121:19,
145:3, 145:22,
147:18, 165:2,
173:3, 183:3,
183:9, 185:7,
185:16, 187:5,
187:19, 187:21,
188:6, 196:24,
197:6, 211:5,
211:20, 212:11,
212:17, 214:5,
214:12, 214:20,
240:10, 256:16,
267:5, 318:4,
390:24, 391:14,
403:19, 427:18,
430:15, 430:20,
431:12, 449:10,
465:2, 488:15,
490:9, 490:14,
490:20, 492:18,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                         153

494:5, 496:21,
497:4, 497:21,
498:4, 503:21
**informed**
90:17, 181:6,
460:9
**initial**
19:21, 37:1,
61:9, 155:19,
156:16, 236:23,
237:4, 237:5,
358:5
**initially**
96:21, 417:3
**injured**
39:18
**injuries**
27:21, 28:17
**innocent**
44:21, 74:16,
79:22, 104:21,
107:15, 141:23,
142:5, 254:7,
469:4, 471:12
**inserting**
307:20, 308:1
**inside**
131:14, 144:19,
225:7, 273:1
**insist**
496:8
**insisted**
198:1, 198:14,
398:22
**inspected**
333:17
**instead**
52:16, 97:15,
215:4, 216:24,
245:19, 300:14,
301:4
**instruct**
505:14, 505:20,
506:2
**instructed**
71:16, 82:17,
84:3
**intellectual**
47:15

**interactions**
101:6
**interest**
129:14, 129:19
**interpretation**
360:6, 360:12
**interpreter**
52:17, 353:11
**interrogate**
52:10, 346:1
**interrogated**
15:5, 38:6,
40:6, 51:1,
112:19, 175:19,
179:5, 182:15,
182:22, 199:16,
199:18, 200:8,
405:11, 458:22,
459:23
**interrogating**
23:18, 180:5,
193:19, 309:1,
498:14
**interrogation**
15:10, 15:11,
15:16, 16:21,
38:19, 43:4,
43:10, 51:7,
53:6, 117:4,
138:7, 181:24,
228:3, 232:18,
232:20, 270:12,
270:14, 272:22,
275:11, 286:17,
292:18, 314:11,
315:11, 315:17,
329:20, 329:23,
335:14, 373:17,
411:17
**interrogations**
463:17
**interview**
213:11, 213:24,
235:19, 236:23,
237:4, 237:5,
237:11, 237:17,
240:24, 242:5,
266:13, 267:21,

267:24, 268:15,
268:21, 314:18,
315:22, 316:3,
317:12, 317:17,
375:12, 409:14,
441:4, 441:14,
461:7, 464:1,
464:3, 464:6,
464:18, 490:8,
490:16
**interviewed**
36:18, 96:15,
199:2, 213:14,
213:22, 242:20,
244:11, 260:24,
403:3, 442:12
**interviewing**
408:12
**interviews**
97:3, 169:4,
181:12, 214:6,
214:13, 214:21,
236:15, 316:15,
402:18, 403:12,
404:3, 407:4,
408:5, 411:16,
437:12, 484:8,
498:13, 498:23,
499:9, 499:18
**intimidate**
45:18, 46:4,
273:6
**intimidated**
118:20
**inventoried**
153:11, 154:19,
386:24
**inventory**
387:8
**inventorying**
154:7
**investigate**
125:18, 129:5,
215:23, 227:19,
258:5
**investigated**
171:10, 210:23,
245:13, 451:13,

474:23
**investigating**
69:22, 69:23,
70:3, 70:4,
472:20
**investigation**
38:6, 56:21,
57:3, 57:11,
65:11, 65:17,
65:24, 66:4,
71:24, 74:23,
77:17, 77:19,
80:12, 80:20,
85:6, 94:3,
95:11, 98:6,
103:16, 105:9,
107:21, 108:11,
111:2, 111:9,
119:15, 122:11,
130:8, 133:4,
144:8, 167:12,
168:15, 174:12,
209:21, 246:3,
246:10, 284:11,
296:2, 308:14,
309:13, 314:20,
347:5, 447:10,
485:22, 489:9,
496:14, 496:18,
496:22, 497:22,
498:5, 505:21
**investigations**
142:11, 182:6,
237:18, 256:16,
380:7, 404:13,
448:19, 483:24,
485:11, 487:8,
489:4, 489:5,
497:16
**investigative**
278:22, 492:24,
496:17
**investigator**
172:12
**investigatory**
500:7
**invoke**
12:7

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                        154

**invoked**
472:18
**involved**
82:24, 86:10,
90:7, 168:14,
176:2, 209:8,
219:5, 222:24,
224:23, 228:12,
232:18, 251:3,
256:24, 257:16,
267:5, 267:11,
268:2, 269:12,
314:11, 316:14,
320:23, 323:13,
330:18, 340:7,
340:13, 361:10,
373:1, 404:20,
410:24, 419:17,
428:13, 462:17,
462:18, 481:13
**involvement**
62:24, 69:24,
70:5, 74:23,
77:12, 200:17,
219:10, 269:18,
337:10, 341:1,
442:14
**involving**
278:22, 315:22
**issue**
13:13
**issues**
11:20
**item**
155:12
**items**
153:16, 153:22,
153:24, 154:8,
154:18
**itself**
63:1, 483:6
**ivan**
93:4, 93:10

**J**

**j-a-c-i-n-t-a**
130:16
**j-a-r-a**
88:22

**j-a-r-a-m-i-l-l-o**
89:1
**jacinta**
130:14, 130:15,
130:18, 146:8,
148:20, 183:22,
184:4, 184:15,
184:23, 185:5,
185:16, 187:22,
253:8, 383:11,
389:19, 389:22,
392:23, 393:7,
393:17, 393:18,
394:18, 395:5,
395:21, 421:15,
422:23
**jacinta's**
175:8, 184:10,
186:5, 186:13,
189:14, 390:6,
392:14, 393:24
**jackson**
4:19
**jacques**
75:17
**jagalski**
25:23, 26:6,
28:4, 28:5, 30:2
**jaglowski**
23:5, 25:3,
25:14
**jail**
48:5
**jajocas**
10:24
**james**
4:4, 9:19,
22:24, 27:7,
27:14
**jan**
3:14, 10:10
**january**
33:9, 42:6,
94:11
**jaramillo**
88:15, 88:21,
89:3, 89:17,
90:4, 90:12,

90:17, 90:22,
91:5, 91:13,
92:8, 92:23,
93:20
**jaramillo's**
92:16
**jason**
69:3, 69:9,
69:23, 70:4,
70:10, 70:12,
70:19, 71:3,
71:16
**jeff**
6:11
**jim**
22:1, 29:8,
29:12, 145:6,
193:12, 303:6
**joanne**
96:10
**job**
1:23
**jobs**
195:16
**joe**
9:10
**john**
56:6, 128:17,
151:10, 376:13
**join**
21:23, 28:2,
56:11, 151:1,
156:24, 193:14,
215:10, 256:3,
306:3, 314:3,
318:8, 320:12,
359:18, 434:9
**jorge**
77:21, 122:21,
125:13, 125:19,
189:21, 190:10,
190:16, 203:24,
213:14, 226:24,
401:22, 402:6,
402:9, 404:12,
410:6, 411:17
**jose**
38:4, 38:7,

41:16, 64:5,
64:13, 75:11,
75:23, 84:15,
85:18, 85:19,
85:21, 86:3,
87:13, 88:16,
90:6, 91:24,
114:20, 115:5,
116:12, 129:6,
175:14, 175:19,
176:20, 177:2,
177:11, 177:16,
177:21, 177:23,
178:11, 178:19,
179:5, 181:1,
182:7, 183:4,
188:12, 213:15,
258:13, 258:20,
259:6, 259:14,
259:19, 260:4
**joseph**
50:6, 53:16,
115:6, 123:8,
123:17
**josh**
4:17, 10:22,
470:12
**joyce**
1:25, 2:4,
11:3, 512:5,
512:17, 512:28
**juan**
123:9, 123:15,
123:24, 124:7,
125:11, 126:2,
126:4, 126:11,
126:16, 128:3,
129:12
**judge**
28:15, 482:23
**july**
13:9, 75:12,
75:24, 108:22,
472:11, 472:17
**june**
445:18, 456:8
**junito**
64:6, 64:14,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

155

74:24
**juries**
436:16
**jury**
30:18, 62:21,
349:5, 349:13,
355:24, 366:22,
436:11, 437:1,
468:3
**justice**
283:16, 482:4
**justino**
114:20, 116:5,
118:10

**K**

**karalow**
151:10, 155:20
**karen**
10:14, 10:19
**kasienski**
53:22
**kazimierski**
52:17
**keep**
31:3, 125:2,
128:24, 145:10,
145:19, 507:20,
507:22, 508:2,
508:3, 508:5,
509:7
**kept**
35:10, 43:10,
181:22, 291:10,
335:15, 343:17,
343:24, 394:20,
448:6, 507:16,
507:18
**kevin**
111:10
**key**
252:13, 253:24
**keys**
184:10, 186:5
**kickbacks**
115:12
**kicked**
26:6

**kidnapped**
199:20, 218:8,
274:4
**kidnapping**
130:19, 177:17,
191:17, 201:3,
235:7, 235:11,
320:24, 347:19,
361:11, 368:5,
454:13, 457:1,
458:15, 462:19
**kidnappings**
190:3, 190:5,
191:3, 200:24,
348:13, 404:21,
466:21, 472:20,
481:14
**kids**
170:9, 174:7,
199:20, 228:23,
406:13, 421:16,
462:19
**kill**
365:16
**killed**
36:5, 59:3,
86:18, 104:15,
128:24, 176:13,
326:22, 363:15,
363:16
**killer**
186:14, 366:22
**killers**
468:4
**killing**
27:7, 27:14,
326:4, 366:2
**kind**
221:17, 308:1,
436:10, 509:4,
509:10
**kitchen**
146:3, 148:24,
150:7
**knew**
19:7, 30:7,
44:21, 54:23,
56:14, 65:4,

66:17, 69:9,
74:8, 74:15,
79:22, 95:5,
97:22, 99:24,
104:21, 109:21,
118:3, 121:20,
122:4, 126:3,
141:22, 142:4,
163:10, 164:24,
173:10, 174:5,
176:13, 200:23,
201:2, 205:14,
209:3, 212:4,
224:23, 225:12,
230:17, 251:2,
253:7, 255:9,
264:21, 274:17,
278:14, 281:20,
306:12, 309:8,
311:11, 323:12,
335:14, 349:4,
349:11, 350:13,
352:20, 352:22,
353:5, 355:17,
355:24, 356:6,
358:18, 362:7,
362:11, 366:21,
379:5, 379:15,
410:24, 436:10,
436:16, 436:24,
452:6, 453:20,
465:14, 472:2,
473:9, 502:20
**knife**
150:14
**knives**
152:10
**know**
13:18, 20:7,
33:24, 34:14,
44:5, 85:19,
121:9, 145:13,
162:6, 235:6,
235:10, 255:22,
274:10, 283:14,
286:3, 286:10,
290:3, 293:13,
293:20, 294:22,

295:11, 317:4,
319:15, 322:18,
353:18, 363:3,
400:16, 415:13,
415:17, 418:15,
419:8, 421:2,
427:3, 442:19,
454:14, 469:9,
469:11, 469:13,
480:11, 482:22,
485:3, 487:24,
489:10
**knowing**
37:6, 199:19,
405:18
**knowingly**
101:12
**knowledge**
145:12, 167:2,
167:4, 177:9,
247:7, 347:18,
348:12, 479:17,
483:2
**known**
197:24, 385:9
**kool-aid**
38:8
**kung**
100:6, 100:12,
100:13, 100:18

**L**

**l-e-s-h-u-r-n**
22:19
**lab**
151:5, 151:9,
153:10, 154:7,
158:17, 159:20,
386:23, 388:24
**labor**
195:16, 327:13
**lack**
483:2
**lady**
324:19, 325:4
**laid**
392:24
**lancaster**
512:1

landlady
454:5
landlord
454:5
language
377:12, 378:22
lap
134:9, 135:17
large
39:7, 163:18
larger
277:20
laribe
177:23
lasalle
4:9
last
11:14, 12:1,
12:4, 22:2,
32:19, 32:23,
88:24, 108:18,
189:4, 189:6,
309:23, 309:24,
323:1, 384:21,
417:4, 464:3,
470:13, 470:15,
480:2, 483:15,
485:11, 489:24
lasted
235:20
late
128:16
later
41:2, 93:17,
99:1, 186:21,
187:13, 199:16,
199:18, 242:19,
245:8, 249:21,
272:21, 272:24,
277:12, 277:14,
327:12, 333:15,
349:11, 414:15,
424:19, 452:21,
454:5, 471:21,
481:3, 488:12
latin
110:9
laundromat
430:8

laureano
64:12
law
3:15, 4:18
lawful
123:16
lawsuit
62:19, 62:21
lawsuits
62:24
lawyer
357:16, 357:22
lay
281:8, 468:4
layout
152:3
lays
321:17
lead
133:3, 144:7,
154:5, 172:12,
185:11, 186:19,
260:3, 313:10,
355:5, 390:23,
432:4
leads
133:23, 169:19
leaked
87:24
leaned
282:17
learned
28:4, 108:2,
145:2, 145:21,
186:20, 195:6,
198:13, 202:11,
202:12, 203:7,
203:23, 212:24,
223:14, 223:21,
224:9, 226:2,
252:12, 256:16,
257:16, 257:22,
259:5, 471:22,
496:21, 497:22,
498:5
learning
43:18, 172:19
least
82:6, 128:8,

403:4
leave
191:10, 424:24,
426:9, 449:9
leaves
308:4
leaving
276:24
lebron
98:13, 98:23,
99:7, 99:14,
99:24, 100:22,
101:6
lebron's
101:13
led
317:18, 432:6
left
11:24, 17:12,
272:15, 276:24,
286:23, 288:14,
288:19, 292:12,
295:20, 333:9,
333:16, 338:22,
469:22, 470:5
leg
26:7, 29:23
legal
508:7, 509:10
legitimate
119:14, 215:4,
222:23, 358:12
legs
27:21
leinenweber
4:5, 4:8, 9:21
leobarto
204:8
leovardo
213:15, 226:24
leshurn
22:16, 22:23,
23:6, 30:14,
30:15, 31:6,
31:12, 31:24,
372:13, 372:20
less
205:9, 450:10

let's
28:24, 31:3,
62:13, 147:22,
167:11, 193:17,
201:11, 228:2,
242:10, 244:19,
270:11, 320:4,
329:19, 351:18,
389:19, 424:18,
424:19, 424:21,
435:4, 449:16,
452:2, 486:17,
486:19, 491:1
letting
43:11, 162:6
leverage
230:10
liar
340:18
lie
178:6, 200:18,
233:8, 347:6,
354:16, 413:2,
413:10, 448:12,
464:12, 490:1
lied
439:24, 440:6,
443:23, 445:3,
445:9, 445:12,
476:12, 476:14,
480:11, 480:19,
481:2, 481:11
lies
331:7, 453:15
life
48:5, 67:24,
87:6, 222:14
light-skinned
92:17
likely
255:22, 256:7,
349:13, 437:1
limited
47:8, 196:24,
197:6
limiting
470:2
line
30:13, 307:23,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

157

374:22, 380:21,
438:5, 439:5,
440:24, 442:11,
444:5, 446:19,
452:3, 457:18,
462:6, 466:4,
469:9
**line-up**
57:13, 77:5,
78:22, 79:6,
83:15, 83:22,
84:4, 87:19,
88:2, 92:1,
113:2, 113:13,
114:10, 239:8,
239:14, 239:22,
240:4, 240:18,
242:5, 244:12,
450:2, 450:4,
450:6, 450:9,
450:16, 450:19,
451:7, 451:20,
451:21
**line-ups**
57:21
**linking**
250:13, 250:19
**little**
13:13, 100:6,
100:12, 100:13,
100:17, 120:5,
222:21, 273:1,
322:1, 369:14,
386:3, 508:5
**live**
57:12, 57:20
**lived**
202:18, 203:1,
203:2, 203:7,
204:9, 456:17
**lives**
136:17, 481:21
**living**
202:13, 205:21,
210:10, 239:1,
257:15
**llc**
4:8

**llp**
5:12
**lobby**
422:23
**located**
237:24, 240:17
**location**
151:22, 157:12
**locations**
9:14, 381:22,
383:24, 396:18,
396:24
**locked**
43:4, 270:13,
375:12
**lockup**
14:18, 113:19,
113:23
**lodge**
322:24, 486:23
**long**
17:12, 205:9,
286:24, 291:4,
296:5, 299:11,
327:22, 447:12,
464:2
**longer**
222:22
**look**
147:22, 164:16,
242:10, 244:19,
321:24, 323:9,
324:17, 327:5,
352:3, 355:18,
356:1, 361:16,
362:24, 449:16,
452:2
**looked**
76:7, 162:19,
382:16
**looking**
76:14, 143:2,
143:16, 164:16,
236:2, 238:11,
241:6, 244:21,
268:14, 323:10,
364:15, 416:12,
437:23, 439:2,

446:13, 449:18
**loosely**
509:5
**lopez**
46:6, 47:22,
49:20
**lordes**
414:17, 416:14,
417:3, 418:6,
419:14
**loriano**
64:23, 65:5,
66:12, 67:1,
67:7, 68:19,
69:4, 69:16,
71:18
**lost**
30:16, 62:20,
481:20
**lot**
121:7, 132:17,
145:12, 168:5,
258:21, 259:6
**lots**
154:14, 154:18,
498:4
**loud**
413:3
**loudly**
26:12
**lovey**
3:7
**lured**
177:23
**lying**
149:24, 150:7,
150:13, 208:23,
325:9, 386:7,
386:15, 393:19,
438:13, 438:21,
441:20, 443:10,
463:2

**M**

**m-a-r-i-a-n-o**
130:15
**m-e-a-d-o-r-s**
86:17

**m-e-j-i-a**
194:9
**m-o-s-i-e-r**
108:23
**ma'am**
441:5, 441:9,
443:3, 459:10,
459:13
**madam**
89:15, 309:22
**made**
16:19, 59:17,
61:20, 62:22,
76:13, 96:4,
98:19, 99:19,
119:2, 137:24,
157:11, 166:12,
172:14, 173:16,
183:22, 225:19,
231:6, 244:4,
256:16, 272:2,
274:17, 288:8,
294:21, 301:22,
328:16, 396:17,
409:7, 410:13,
416:8, 419:16,
425:13, 435:16,
448:19, 455:16,
459:8, 466:5,
466:7, 467:12
**maintained**
399:24
**maintains**
221:24
**make**
35:15, 43:23,
59:4, 60:21,
87:6, 88:1,
90:12, 90:23,
91:6, 99:1,
99:7, 100:23,
109:20, 154:6,
179:22, 210:16,
224:16, 256:24,
268:22, 274:14,
275:2, 283:8,
283:15, 284:1,
288:2, 319:4,

319:9, 323:4,
334:13, 334:19,
335:8, 358:11,
358:12, 359:22,
360:4, 363:8,
364:23, 366:21,
390:24, 404:11,
408:24, 411:9,
420:20, 433:3,
448:24, 455:10,
465:1, 466:12,
470:11, 482:16,
484:13, 489:14,
492:17, 503:20

**makes**
243:11, 243:17,
307:21, 388:6,
388:15

**making**
87:12, 145:16,
374:22, 407:5

**males**
93:11

**man**
12:22, 32:14,
38:3, 38:7,
45:15, 64:3,
74:15, 75:5,
76:15, 77:20,
85:17, 85:21,
111:7, 283:13,
326:4, 363:16,
364:7, 364:18,
364:23, 365:9,
365:14

**man's**
326:7

**manipulate**
58:18, 66:1,
66:4, 83:6

**manipulated**
57:12, 79:11,
122:19, 377:11,
378:22, 405:3

**manipulation**
84:22

**manual**
195:16, 327:13

**manufactured**
401:13, 435:16

**many**
117:6, 219:20,
333:9, 376:21,
378:21, 379:9,
379:23, 381:4,
405:11, 436:6,
474:21, 504:11,
504:17

**march**
42:11, 64:12,
64:13, 128:16,
130:23, 323:23,
418:17, 418:18,
421:2, 421:15,
421:23, 424:22,
425:1, 427:4,
429:6, 437:8,
440:15, 443:16

**maria**
130:19, 172:20,
195:1

**mariano**
130:14, 130:15,
130:18, 146:2,
148:15, 148:23,
149:5, 149:10,
149:15, 149:23,
150:21, 163:24,
177:22, 189:15,
190:17, 226:4,
253:8, 382:23,
386:6, 387:23,
388:23, 394:9,
394:19, 395:15,
417:4, 419:15,
421:3, 430:9

**mariano's**
177:24, 189:21

**mario**
94:8, 94:10,
94:24, 95:4,
96:4, 100:23,
101:20, 102:3,
102:24, 103:5,
103:9, 103:17,
104:4, 104:9,

104:21, 430:7

**mark**
28:24, 151:9,
158:23

**marked**
28:22, 29:1,
119:21, 119:22,
119:24, 120:18,
142:19, 142:23,
142:24, 148:3,
158:24, 159:5,
162:8, 236:3,
236:6, 241:7,
241:10, 242:11,
242:13, 243:3,
316:20, 316:22,
316:24, 321:6,
321:8, 321:10,
351:20, 351:21,
351:24, 414:23,
415:1, 415:3,
437:19, 440:19,
443:21, 446:11,
456:5

**marlene**
190:23

**martin**
204:8

**martinez**
190:18, 191:1,
203:13, 226:18,
256:18

**marvin**
75:11, 75:23,
76:5, 81:4,
85:5, 85:10,
85:11

**mary**
50:4

**mary's**
184:24

**mastermind**
454:12

**match**
81:15, 158:16,
226:4

**matched**
76:21

**matches**
155:2

**matter**
9:3, 136:18,
308:1

**mattress**
387:1

**mattresses**
386:8, 387:18

**maybe**
89:15

**maysonet**
114:20, 115:5,
115:11, 115:18,
115:24, 116:6,
116:12, 118:10

**maysonet's**
118:21

**mcdonald**
238:12

**mcgrath**
4:7, 9:23

**meadors**
86:16, 86:23,
87:6, 87:11,
87:12, 87:18,
88:8, 92:2,
93:19

**mean**
307:24, 308:3,
422:7, 484:3,
509:18, 509:21

**meaning**
384:22

**means**
167:19, 423:22,
512:19

**meant**
168:5, 357:9

**measured**
180:21

**media**
9:1, 86:24,
132:10, 132:11,
132:22, 168:6

**medical**
11:20

**medications**
11:16

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

159

meet
453:5, 453:7,
453:8, 475:5,
475:13, 475:20,
510:5
megan
4:7, 9:23
mejia
194:4, 194:9,
195:23, 196:11,
197:11, 199:3,
202:11, 202:13,
202:24, 203:8,
204:1, 204:8,
206:13, 206:20,
208:5, 210:22,
211:6, 213:1,
213:15, 213:23,
214:22, 215:22,
215:23, 216:18,
226:24, 227:1,
227:18, 228:3,
228:4, 228:12,
229:6, 235:20,
236:15, 236:23,
247:15, 258:13,
258:22, 259:6,
259:7, 260:4,
268:1, 268:16,
292:13, 310:14,
336:8, 337:2,
337:21, 338:21,
340:6, 347:6,
351:11, 361:18,
362:1, 366:10,
369:16, 384:15,
385:3, 393:17,
402:6, 402:9,
410:6, 410:23,
411:7, 411:17,
411:18, 418:24,
423:23, 424:13,
426:1, 433:17,
441:3, 441:11,
441:13, 443:16,
444:9, 444:17,
450:5, 450:16,
458:1, 459:9,

459:22, 461:23,
499:18
mejia's
210:23, 213:23,
226:11, 249:10,
258:20, 456:11
mejias
205:14
melendez
38:4, 38:7,
38:18, 38:24,
39:8, 39:12,
39:17, 39:23,
40:5, 40:12,
40:20, 41:9,
41:16
member
215:21, 216:3
members
67:23, 78:16,
81:5, 110:8,
110:10, 110:16,
110:18, 117:20,
169:3, 169:22,
170:20, 171:12,
174:19, 193:20,
195:23, 196:4,
196:11, 202:13,
204:16, 210:10,
210:16, 210:24,
211:6, 211:12,
212:4, 213:1,
214:22, 230:18,
255:4, 255:10,
398:9, 499:10,
499:19
memory
488:3, 488:5,
488:6, 493:7,
506:10, 506:17,
506:22, 507:3,
508:10, 510:9
men
112:13, 113:2,
113:18, 113:22,
114:16, 135:7,
135:16, 193:20,
194:3, 195:7,

260:18, 376:22,
378:21, 481:19
mention
268:22
mentioned
237:12, 450:15
message
295:4
messed
397:7
met
126:9, 184:16,
211:14, 234:11,
421:24, 474:8,
474:15, 474:23
mexican
297:17
mexico
135:3, 172:20,
174:7, 283:14,
453:21
michael
86:10
middle
251:22
miedzianowski
115:6, 123:9,
123:17, 123:23,
124:6, 124:19,
124:21, 125:2,
125:4, 125:10,
126:3, 126:9,
126:18, 126:23,
127:5, 127:11,
127:17, 128:3,
128:9, 128:10
miedzianowski's
124:14
might
227:20, 253:23,
302:8, 506:4
migrant
349:22
milk
425:19
milwaukee
3:16
minea
423:8

mingey
4:16, 11:1,
78:3, 105:15,
133:4, 167:5,
181:23, 189:9,
193:10, 247:7,
329:13, 367:16,
412:1, 479:18
minute
29:6, 482:18,
491:2
minutes
63:16, 235:21,
244:24, 245:8,
283:23, 284:1,
413:12, 464:4,
469:22, 469:24,
470:3, 470:4,
470:5, 470:6,
470:7
miranda
13:22, 23:18,
47:3, 51:6,
356:22, 460:11
misconduct
12:19, 32:5,
49:19, 62:2,
84:14, 108:3
missed
45:21, 89:16,
146:24
missing
31:24, 132:3,
170:9, 184:10,
186:6, 193:21,
195:1, 195:17,
198:1, 198:13,
217:24, 252:13
misspoke
156:3
misstates
313:5, 317:20,
404:7, 404:17,
410:18, 483:5,
486:1
mistake
396:17
mistranslated
92:15

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    160

**mistreated**
399:16
**mixed**
396:17
**moment**
13:3, 62:14
**money**
123:24, 124:8,
452:22, 453:22
**month**
12:4, 322:2,
448:7
**months**
43:13, 99:1,
205:9, 454:5
**morales**
75:11, 75:23,
80:14, 80:19,
81:21, 84:10,
84:16
**more**
77:5, 122:20,
147:3, 159:12,
179:6, 302:8,
308:4, 319:4,
322:1, 335:8,
338:16, 341:2,
343:10, 349:13,
358:12, 369:3,
381:10, 386:3,
400:24, 437:1,
450:9, 452:21,
463:11, 471:21,
482:15, 510:11,
510:12
**morning**
15:4, 93:5,
121:2, 329:22,
417:5, 418:16,
419:16, 424:23,
457:20
**mosier**
108:23, 109:7,
111:1
**most**
22:8, 202:18,
255:22, 256:6
**mother**
71:3, 71:16

**motion**
437:7, 437:22,
438:1, 438:2,
439:3, 440:13,
440:22, 443:15,
443:23, 474:8,
481:3
**move**
201:13, 435:4
**moved**
222:13, 322:16,
453:20
**moving**
31:3, 222:20,
322:2
**mozart**
202:14, 202:19,
457:20, 458:3
**much**
308:15, 384:14,
385:2, 401:2,
508:4
**multiple**
58:12, 70:20,
139:16, 175:20,
402:18, 435:7,
498:13, 498:23
**multiples**
262:10
**munoz**
12:22, 12:23,
13:7, 13:24,
14:2, 14:17,
15:5, 15:17,
16:6, 16:19,
18:3, 18:10,
18:21, 19:14,
19:21, 20:17,
20:24, 373:9,
373:17, 374:9,
377:18
**munoz's**
13:21, 15:24
**murder**
12:24, 13:9,
15:6, 20:18,
21:1, 22:24,
33:4, 33:20,

34:1, 34:14,
35:6, 37:20,
38:6, 39:1,
39:24, 40:7,
40:21, 41:3,
41:4, 41:15,
43:5, 46:6,
47:22, 49:20,
50:6, 50:19,
53:16, 53:23,
55:7, 55:15,
56:1, 56:7,
64:5, 64:12,
64:13, 67:16,
69:22, 69:24,
70:3, 70:5,
70:13, 75:11,
75:23, 78:10,
78:23, 79:18,
93:11, 94:11,
98:13, 104:22,
105:4, 108:22,
112:6, 113:20,
113:24, 114:22,
117:13, 125:12,
125:19, 129:6,
131:8, 170:3,
251:15, 266:15,
319:5, 320:24,
327:21, 347:18,
361:10, 364:24,
372:16, 373:1,
373:11, 376:6,
413:5, 458:14,
462:19, 466:20,
481:13
**murdered**
67:23, 98:11,
173:10, 174:6,
274:11, 286:11,
420:1
**murdering**
84:15
**murders**
112:18, 115:19,
130:14, 130:18,
132:12, 136:12,
172:19, 175:9,

177:9, 177:17,
181:2, 183:22,
184:4, 184:10,
190:3, 190:5,
191:3, 191:16,
200:17, 200:24,
201:3, 222:24,
224:11, 225:6,
225:14, 254:15,
257:23, 258:23,
259:8, 336:20,
348:12, 350:6,
367:23, 404:21,
417:11, 418:16,
418:23, 420:19,
428:11, 457:1,
472:5, 472:20
**must**
140:5, 169:21,
210:3
**myself**
461:9, 470:3,
508:3

### N

**name**
10:12, 11:12,
11:14, 22:18,
29:3, 32:16,
32:19, 32:24,
38:7, 45:22,
55:18, 59:19,
60:8, 62:20,
85:9, 86:23,
87:11, 87:24,
88:24, 100:10,
108:18, 120:3,
120:13, 120:22,
148:9, 185:6,
236:9, 509:22
**named**
12:22, 22:15,
32:14, 38:4,
38:7, 41:21,
45:15, 46:5,
64:3, 75:6,
76:15, 77:20,
83:21, 85:18,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020 161

85:21, 98:12,
108:21, 111:7,
197:19, 204:8,
234:11, 414:17
**names**
173:2
**nancy**
98:13, 98:23,
99:7, 99:14,
99:24, 101:6
**narrative**
405:5, 435:16
**national**
51:20
**naujokas**
4:15
**navarro**
5:10, 10:21
**near**
146:3, 148:24,
150:8, 363:15,
364:7, 435:5,
469:22
**neck**
68:5, 262:16
**need**
469:17, 494:22
**needed**
128:24, 159:20,
278:21, 292:6,
338:15, 341:2,
350:4, 401:4,
433:3
**neighbor**
385:5, 412:15,
412:17, 414:17
**neighbors**
132:22, 398:8
**neither**
353:17, 500:6
**nephew**
15:24, 16:5,
16:13
**never**
35:15, 39:23,
40:4, 42:17,
43:23, 52:2,
53:15, 60:14,

61:7, 99:14,
104:10, 158:8,
174:5, 178:7,
178:18, 178:24,
179:11, 179:16,
179:22, 180:4,
180:10, 182:13,
182:20, 183:3,
187:3, 191:22,
192:5, 198:19,
210:22, 212:10,
220:20, 220:24,
226:10, 237:11,
239:21, 240:24,
245:13, 246:9,
248:7, 250:19,
253:16, 253:22,
254:13, 269:11,
285:19, 319:22,
320:22, 334:7,
356:8, 356:14,
357:15, 359:2,
360:18, 361:9,
362:6, 362:11,
370:1, 370:4,
384:8, 418:5,
429:11, 429:17,
430:14, 451:7,
451:13, 460:20,
470:8, 476:19,
476:22, 485:1,
485:4, 487:18,
487:24, 489:20,
495:7, 500:11,
500:18
**nevertheless**
104:22, 362:18
**new**
158:17, 159:20,
165:23, 183:22,
184:3, 184:16,
184:22, 185:6,
185:17, 186:6,
186:7, 186:13,
186:19, 187:5,
187:22, 303:18,
369:16, 420:7
**newborn**
207:23

**news**
196:12, 218:9,
274:18
**newspaper**
15:12
**next**
15:4, 34:7,
148:16, 228:2,
424:18, 424:21,
467:2
**next-door**
385:5, 412:15,
412:17
**nickname**
38:8
**nieces**
175:8
**night**
95:20, 97:17,
104:16, 223:15,
251:22, 324:4,
429:5, 429:12,
430:7, 439:7,
459:7
**nine**
352:2
**noel**
38:5
**noises**
413:4
**non-english**
349:22
**none**
243:11, 243:16,
309:6, 477:1
**noon**
24:16, 24:21,
30:1, 421:10
**noone**
23:5
**norma**
197:19, 199:10,
207:8, 208:18,
217:14, 217:19,
234:11, 234:23,
235:13, 237:5,
237:18, 238:5,
238:12, 238:24,

239:1, 239:8,
240:4, 240:17,
241:1, 241:12,
241:15, 241:21,
242:16, 244:10,
245:14, 246:3,
246:10, 449:20,
449:24, 450:7,
450:11, 450:16
**normal**
429:24
**north**
3:8, 3:16, 4:9
**northern**
1:2, 9:5
**norwegian**
184:23
**nose**
264:9
**notary**
2:5, 512:6,
512:29
**note**
466:8, 495:19,
500:7
**note-taking**
501:23
**notebook**
509:4
**notepad**
508:5, 509:7,
509:11
**nothing**
26:22, 118:3,
160:6, 160:11,
178:13, 200:23,
201:2, 250:6,
257:6, 327:8,
344:19, 484:10,
484:12, 510:21,
512:9
**notification**
508:19
**november**
55:16, 56:1,
56:15
**nowhere**
268:22, 344:6

number
9:1, 12:7,
142:23, 143:2,
143:16, 148:3,
158:24, 162:8,
202:12, 226:17,
236:3, 241:7,
242:11, 309:2,
316:22, 321:8,
351:21, 415:1,
437:19, 440:19,
443:21, 446:11,
456:5
numbers
9:6
numerous
66:19, 371:18,
395:7

O

o'malley
5:2, 10:13,
10:18, 305:8,
305:15, 305:23,
306:12, 306:24,
311:19, 312:7,
320:6
o'neil
46:19
o'quinn
81:4
o-l-i-v-a-r-e-s
418:13
o-r-t-i-z
75:6
oath
435:6, 440:21
object
62:17, 111:16,
111:22, 138:11,
143:9, 149:7,
166:2, 222:10,
223:9, 223:17,
223:23, 224:12,
238:20, 254:1,
254:16, 285:8,
298:5, 305:19,
324:1, 345:19,

350:15, 378:24,
381:5, 419:5,
437:9, 445:14,
457:11, 482:24,
488:7, 499:20
objections
28:2, 31:2,
145:7, 320:12,
359:19, 482:22,
482:23, 483:1
objectively
394:21
observations
145:2, 145:21
observed
97:17, 144:20
obtain
46:19, 55:6,
57:12, 110:10,
110:18
obtained
173:4, 211:5,
237:23, 320:5
obvious
129:13, 133:23,
156:17, 210:17
obviously
63:5, 150:22,
324:11, 325:21,
326:14
ocasio
96:10
occasions
58:12, 89:4,
89:18, 435:7,
459:9
occupied
203:24
occurred
43:13, 75:12,
75:24, 130:22,
140:5, 145:3,
145:22, 235:8,
235:12, 413:11,
418:17, 428:21
october
474:4, 475:11,
483:16, 485:19

odd
257:11
offense
142:22, 146:15,
146:23, 147:8,
413:18
offered
103:4, 216:11,
277:12, 359:2,
360:18, 473:16
office
3:15, 5:5, 6:5,
126:24, 167:21
officer
24:16, 30:18,
46:18, 52:17,
79:4, 81:3,
86:10, 115:6,
298:3, 298:11,
346:1, 437:2
officers
23:4, 23:17,
24:5, 26:23,
27:5, 30:17,
32:5, 33:19,
46:17, 56:6,
86:3, 93:18,
105:22, 105:24,
109:5, 143:5,
143:19, 144:14,
146:13, 146:22,
147:7, 169:9,
181:17, 207:21,
238:5, 309:11,
413:24, 456:23
official
186:21, 446:1
officials
172:11
oh
127:8, 308:24,
377:7, 415:17
okay
13:5, 13:15,
22:20, 38:14,
41:23, 147:4,
155:21, 307:22,
323:3, 377:8,

442:22, 470:1,
470:6, 482:17,
490:18, 511:5
old
47:14, 76:22,
81:22, 82:7
older
204:7
olivares
418:12, 418:14,
423:14, 423:24,
425:12
olive-complect
92:17
olivera's
425:7
once
48:5, 319:5,
340:18, 341:20,
406:18, 407:12,
407:19, 420:18
one
13:3, 13:5,
13:13, 13:14,
19:7, 51:14,
67:23, 86:18,
122:20, 134:4,
134:16, 147:3,
164:11, 168:19,
168:20, 215:21,
216:3, 257:15,
267:10, 314:10,
315:22, 316:15,
351:17, 369:3,
374:7, 380:6,
406:20, 440:24,
446:6, 447:21,
491:2, 497:3,
510:24
one-on-one
346:1
ones
205:19
ongoing
123:17, 125:4,
181:24, 447:20
only
37:12, 39:17,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                    163

88:1, 91:8,
92:10, 138:6,
205:19, 236:21,
239:1, 251:8,
295:13, 302:20,
309:4, 315:21,
339:17, 345:24,
402:18, 461:14,
476:4
**open**
162:4
**opened**
389:22
**operating**
309:1
**operation**
123:18, 124:15,
125:4
**opportunity**
344:12, 359:3,
360:19
**opposite**
383:24
**option**
295:13
**oral**
512:10
**orchestrated**
304:11, 308:7,
308:15, 313:23
**order**
27:6, 57:11,
59:3, 59:18,
62:3, 87:5,
87:6, 92:2,
116:1, 121:21,
141:8, 141:10,
141:16, 401:2,
453:21, 478:23,
482:23, 483:8,
486:20, 490:3,
506:3
**ordered**
276:7, 287:19,
476:4
**original**
155:22, 156:5,
158:4

**ortiz**
75:6, 75:8,
75:10, 75:22,
78:9, 79:5,
79:12, 79:17,
79:22, 80:4,
80:12, 81:5,
81:11, 81:15,
81:22, 82:13,
82:22, 82:23,
83:14, 84:4,
84:10, 84:22
**ortiz's**
82:17, 83:5
**other**
12:18, 15:4,
26:23, 27:5,
33:19, 50:17,
56:6, 86:2,
92:1, 93:18,
94:22, 105:16,
105:22, 107:9,
109:4, 110:17,
112:13, 134:21,
145:13, 154:8,
154:24, 158:2,
158:8, 169:8,
180:24, 181:17,
182:21, 184:17,
190:17, 210:22,
226:17, 227:1,
227:7, 227:17,
250:13, 252:4,
260:9, 278:22,
282:23, 292:7,
303:1, 307:23,
309:7, 309:11,
314:19, 316:9,
316:15, 319:10,
324:10, 327:20,
338:22, 357:21,
413:3, 436:5,
474:21, 485:3,
487:11, 493:23,
494:15, 496:5,
497:9, 501:14,
501:17, 510:17
**others**
23:6, 50:12,

112:6, 203:2,
232:7, 236:15,
247:1, 251:9,
254:22, 329:6,
367:10, 376:14,
376:23, 377:19,
379:7, 381:4,
407:12
**otherwise**
40:5, 308:5,
308:22
**out**
26:12, 59:2,
62:9, 76:15,
77:5, 78:17,
81:11, 84:4,
114:22, 115:18,
116:1, 154:13,
168:20, 168:22,
206:12, 208:4,
209:14, 225:6,
227:18, 256:23,
281:8, 300:21,
321:17, 332:22,
348:20, 372:5,
379:6, 392:7,
398:3, 414:16,
416:13, 422:1,
422:23, 441:14,
449:9, 483:9
**outside**
16:20
**over**
17:18, 34:7,
35:10, 68:12,
111:21, 117:5,
139:16, 161:20,
182:20, 192:6,
193:3, 253:2,
282:17, 288:8,
373:16, 386:7,
405:11, 413:3,
475:13, 475:21
**overheard**
412:20, 413:11
**overnight**
14:18, 43:11,
327:21

**overtime**
484:9, 507:15,
507:16, 507:18,
507:23, 507:24,
508:1, 508:3,
508:4, 510:8,
510:11, 510:18
**overturn**
471:23
**overwhelmed**
406:19
**own**
62:19, 102:13,
138:13, 217:8,
229:20, 356:6,
359:3, 359:10,
401:23, 405:4

---

**P**

**p-e-n-a**
33:1
**pad**
508:7, 509:10,
509:13
**pagan**
83:21, 84:3
**page**
7:3, 7:9, 8:2,
236:21, 236:22,
243:3, 244:22,
321:24, 323:9,
323:10, 324:17,
326:3, 327:5,
356:21, 358:4,
361:16, 361:24,
364:15, 366:9,
437:24
**pages**
1:24, 268:15,
352:2, 362:24,
365:7, 447:11
**paid**
132:17
**pain**
406:20
**pair**
457:9
**pants**
409:23, 457:9

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

164

paper
373:16, 466:12,
509:3, 509:5,
509:6
paragraph
483:7
parents
274:11, 286:11
park
42:7, 44:5
part
56:20, 59:24,
60:2, 65:11,
71:23, 98:6,
103:14, 103:15,
108:10, 111:23,
121:6, 123:16,
124:15, 164:6,
205:20, 260:10,
273:18, 293:7,
299:19, 300:2,
300:8, 304:17,
308:5, 313:18,
324:10, 371:24,
372:6, 376:13
participants
92:1
participate
450:9
participated
26:17, 193:3,
209:15
participation
347:18, 348:12
parties
512:12
partner
66:10, 73:6,
78:2, 79:4,
121:14, 166:21,
181:6, 188:14,
192:20, 193:2,
304:18, 328:23,
333:15, 367:9,
479:9
parts
447:1
party
247:23

passion
170:4, 382:16
pattern
372:7, 472:3
paul
42:6, 376:12
pause
62:14, 188:24,
268:9
pay
452:15
paying
218:20, 218:24
pays
455:3
pc
4:18
pedro
76:15, 76:21,
78:9, 88:15,
89:3, 89:17,
190:18, 190:23,
191:1
peers
501:24
pena
32:15, 32:18,
33:3, 33:9,
33:20, 33:24,
34:13, 36:4,
36:11, 36:18,
36:24, 37:12,
37:19, 372:24
penalty
103:24
pending
102:13
pennsylvania
2:5, 512:3
people
70:20, 124:19,
134:9, 173:10,
202:24, 226:17,
227:7, 230:2,
230:4, 233:21,
234:4, 282:23,
303:1, 307:23,
319:10, 377:11,

450:8, 489:15,
493:23
people's
3:15
perez
94:12, 95:5,
95:10, 95:19,
98:6, 98:11,
100:7, 100:18,
102:9, 103:15,
104:15, 105:8,
107:21, 108:10
perfect
488:6
perfectly
63:6, 63:10,
172:13, 308:16
period
131:15, 234:17
permission
276:1
permitted
111:23
permitting
14:4
perpetrators
215:15
person
41:21, 108:21,
134:16, 134:21,
255:22, 256:6,
257:15, 357:22,
461:14
personal
483:2
personally
83:20, 411:8,
512:7
persons
86:18
persuaded
109:12
pertaining
486:10
pertinent
496:21, 498:4
petrocelli
27:20

phil
168:13
phone
3:11, 3:19,
4:12, 4:22, 5:8,
5:16, 6:8,
35:15, 43:24,
91:24, 98:12,
98:24, 179:22,
212:24, 213:7,
258:20, 259:5
photo
57:20, 58:10,
58:12, 58:19,
76:14, 78:16,
81:5, 82:18,
83:6, 87:19,
88:2, 163:2,
164:16, 238:12,
238:18, 241:13,
241:15, 241:22
photograph
81:11, 151:10,
162:12, 163:18,
237:23, 389:11,
390:16
photographed
151:16, 151:22,
152:3, 152:9,
152:15, 389:1
photographic
57:12
photographs
28:17, 152:21,
153:3, 157:3,
157:11, 157:19,
160:15, 163:10,
165:1, 165:24
photos
81:4, 153:9,
155:19, 155:22,
156:5, 156:16,
158:4, 158:16,
158:17, 159:21,
159:22, 162:14,
164:11, 165:11,
165:16, 166:13,
244:10, 391:7,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020 165

391:13, 392:6,
412:14
**physical**
18:2, 27:12,
29:17, 36:17,
50:17, 55:5,
67:8, 72:2,
84:9, 139:15,
156:18, 250:13,
303:9, 351:2,
439:8, 450:10
**physically**
24:5, 38:18,
52:23, 73:1,
104:4, 106:5,
138:15, 138:21,
219:15, 221:24,
303:22, 371:17,
372:15, 374:16,
376:5, 376:22,
438:12, 440:7,
472:4
**pick**
11:24, 77:4,
82:17, 84:3,
425:18
**picked**
13:7, 76:14,
78:17, 81:11,
190:17, 323:23,
418:15, 423:15,
423:24, 426:8,
426:14
**picture**
76:15, 116:1,
164:8
**piece**
349:5, 427:18
**pieces**
509:3, 509:5,
509:6
**pile**
163:19, 164:9,
392:15
**pin**
66:24, 67:16,
72:9
**pinned**
136:11, 215:5,

231:8
**pit**
177:10
**place**
9:12, 113:13,
497:9
**placed**
14:17, 329:23,
363:24
**places**
184:17, 497:3
**placing**
394:8
**plain**
105:23
**plaintiff**
1:6, 1:13, 3:3,
3:13, 9:18,
10:7, 10:11,
11:7
**plan**
299:19, 300:2,
300:8, 300:14,
301:3, 303:6,
304:4, 307:6,
307:21, 308:5,
308:6, 308:8,
308:9, 308:15,
308:23, 311:12,
313:18, 362:12
**planet**
9:11, 11:3
**planning**
273:13
**plastic**
288:8
**play**
410:13
**please**
9:15, 11:12,
13:3, 60:8,
171:22
**plus**
481:20, 507:15
**point**
157:3, 165:23,
169:21, 206:8,
209:3, 209:14,

209:20, 233:7,
234:24, 251:2,
261:12, 264:8,
282:15, 284:10,
286:2, 286:10,
293:19, 296:2,
296:4, 296:11,
304:18, 305:6,
305:7, 307:6,
307:18, 374:7,
379:5, 430:21,
430:22, 439:12,
442:16, 505:8
**pointed**
185:17, 422:1
**pointing**
422:23
**police**
14:4, 42:23,
46:16, 56:6,
56:20, 61:9,
65:10, 76:6,
86:3, 88:9,
89:9, 89:23,
91:19, 93:10,
93:17, 97:2,
97:3, 97:16,
98:5, 101:5,
105:24, 107:3,
107:20, 109:5,
113:11, 113:19,
113:23, 115:5,
132:17, 161:19,
167:11, 169:2,
172:10, 173:16,
193:21, 194:24,
196:11, 196:18,
198:1, 198:7,
198:14, 198:21,
215:4, 215:6,
218:1, 233:1,
241:10, 274:20,
275:3, 299:10,
330:17, 349:20,
397:16, 398:23,
399:16, 417:4,
437:2, 456:23,
465:20, 491:13,

491:18, 491:21
**policies**
487:9, 487:12,
496:20
**policy**
491:21
**polish**
51:18, 51:19,
52:3, 52:17
**politicians**
168:6
**polygraph**
245:2, 261:6,
348:3
**poochie**
126:17, 127:1,
127:12, 127:17,
127:22
**pool**
150:7, 389:1,
389:12
**position**
63:3, 308:20,
309:9, 392:16,
486:21
**possession**
228:24
**possibility**
348:10
**possible**
133:19, 152:9,
392:23, 401:3,
422:24
**possibly**
416:2
**post**
222:7, 370:11,
471:19, 472:12,
475:4, 475:12,
481:4
**potential**
40:6, 153:17,
185:17, 187:5,
225:20, 260:9
**potentially**
153:4, 174:6,
185:11, 213:1,
214:21, 227:8

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

166

pounds
81:23
powerful
349:5
practice
17:19, 372:7,
448:17, 448:24,
472:3, 484:13,
489:18, 501:14,
501:16, 501:17,
502:6, 502:13
practices
490:1, 501:23,
501:24
preamble
232:22
pregnancy
209:4, 209:22,
210:11, 212:5,
223:8, 223:15,
223:22, 255:23
pregnant
211:13, 217:7,
224:17, 233:22,
322:4, 361:18,
362:2, 362:7,
452:6, 453:22
preparations
510:3
prepare
474:9, 474:17,
474:24, 489:9
prepared
19:13, 40:4,
415:19
presence
126:24
present
6:10, 105:16,
314:17, 315:10,
315:16, 357:21,
444:12, 444:13,
444:21, 461:7
preserve
469:17, 502:21
preserved
152:22
preserves
482:24

press
87:12, 88:1,
169:2
pressure
59:11, 71:16,
133:12, 168:5,
265:5
pressured
90:11, 91:5,
260:17
pretended
246:2
prevent
11:17, 11:21
previous
159:21, 460:10
previously
99:24, 261:23,
420:9
prime
171:13, 172:1
print
512:19
prior
12:15, 43:13,
114:9, 313:6,
350:13, 417:17,
486:2, 486:5
prison
17:4, 37:21,
45:9, 49:21,
72:18, 84:23,
368:22
probably
447:23
problem
32:22, 113:18,
113:22, 183:14,
239:14, 489:17,
504:17
problems
157:19, 391:22,
504:11
proceeding
478:7
proceedings
472:12, 475:5,
481:5

process
447:21
produced
121:8, 239:15
production
121:6
profile
132:5
progress
7:20, 314:8,
317:1, 317:5,
415:5, 466:6,
466:7, 495:21,
496:1, 496:4,
496:10, 496:13,
501:2, 501:3,
501:6, 501:9,
501:12
prolonging
434:6
promised
73:18, 399:15
promises
72:2, 103:18,
139:3
proper
30:20
properly
152:22, 157:13,
361:23
property
161:20
propounded
512:10
props
279:20
prosecute
432:13
prosecution
21:13, 473:11,
477:24
prosecutor
18:4, 18:10,
18:17, 19:3,
19:13, 28:5,
36:18, 74:1,
173:23, 311:11,
320:6, 352:23,

407:14, 407:15,
407:16, 407:21
prosecutors
57:4, 65:18,
95:12, 174:4,
182:13, 187:3,
191:22, 192:6,
212:11, 253:22,
475:21
protect
116:13, 231:21,
232:7, 290:22
protected
70:13
protection
115:11
prove
452:7, 452:8
provide
14:23, 51:13,
87:11, 165:1
provided
60:9, 86:23,
92:8, 96:2,
115:11, 173:2
provides
307:22
psychological
139:15, 303:10,
380:5
psychologically
90:11, 303:22,
406:18, 472:4
public
2:5, 512:6,
512:29
pull
238:12
pulled
106:12, 238:18,
241:15, 241:22,
242:19, 244:9,
244:10, 262:10
pulling
244:24
punch
370:15, 370:18,
438:9

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                    167

punched
24:16, 24:21,
25:24, 44:10,
342:16
punching
39:18
purport
317:11
purportedly
155:23, 242:20
purporting
352:6
purports
236:14
purpose
31:2, 90:5
purposefully
122:3, 156:6
purposely
478:15
pursuant
2:4
pursued
253:16
pursuit
116:19
put
17:4, 59:11,
59:18, 99:8,
111:13, 113:2,
162:10, 176:20,
186:20, 239:8,
265:11, 288:8,
294:2, 303:10,
334:12, 356:7,
362:18, 373:16,
398:16, 420:18,
431:14, 451:7,
451:20, 482:19,
482:21, 489:24,
498:6, 508:24,
509:2
putting
67:23, 483:9,
503:21

**Q**

question
63:7, 63:11,

70:1, 89:14,
113:21, 143:13,
146:18, 156:3,
171:22, 189:4,
189:6, 197:2,
232:22, 243:16,
243:18, 243:19,
251:8, 303:16,
303:19, 307:21,
309:18, 309:23,
309:24, 323:1,
364:11, 370:14,
370:17, 384:20,
384:21, 438:5,
438:11, 439:10,
441:1, 441:7,
441:10, 441:13,
442:10, 442:11,
442:19, 443:1,
444:8, 444:13,
444:16, 446:20,
446:24, 447:5,
447:7, 447:11,
447:14, 447:20,
449:20, 449:23,
450:3, 450:6,
450:12, 450:15,
450:19, 452:4,
452:11, 452:16,
453:1, 453:6,
457:19, 457:22,
458:2, 459:6,
459:11, 460:7,
461:4, 462:7,
462:12, 462:15,
463:24, 464:5,
466:5, 467:1,
470:14, 470:15,
472:19, 475:20,
486:23, 488:24,
491:15
questioned
129:1, 240:18,
274:2, 330:17
questioning
13:8, 30:13,
47:3, 62:18,
62:23, 374:22

questions
11:18, 11:21,
12:2, 12:7,
12:12, 22:8,
30:23, 43:12,
63:6, 75:17,
75:19, 142:11,
145:7, 145:14,
145:15, 145:18,
172:9, 253:2,
267:22, 280:21,
289:20, 302:24,
303:5, 307:23,
309:5, 309:11,
312:1, 354:1,
370:12, 370:22,
381:11, 420:16,
434:7, 438:3,
439:4, 440:23,
444:6, 446:17,
449:19, 457:16,
458:5, 459:5,
460:5, 461:3,
466:22, 466:23,
467:6, 469:17,
469:20, 469:22,
470:4, 475:19,
478:14, 482:15,
482:20, 483:11,
483:17, 484:4,
484:19, 488:21,
495:18, 496:9,
511:2, 511:3,
511:4, 512:10,
512:16
quick
62:15, 201:11,
201:12
quickly
133:19
quiet
128:24, 325:4
quite
183:10
quote
29:2, 159:21,
220:3, 294:15,
393:18

**R**

r-o-s-a
175:2
r-o-s-a-u-r-o
194:10
racial
106:22
racing
168:20
raid
72:8
ramos
101:20, 102:2,
102:8, 102:13
ran
365:8, 392:24,
430:6
ransacked
161:19, 163:3,
163:11, 164:24
rap
242:16, 244:11
rather
505:9
raul
430:5, 430:6
rc
236:6
re-interviewed
414:17, 416:14,
418:5
re-photographed
158:14, 161:14
reached
263:8, 264:2
read
13:15, 13:19,
13:21, 20:4,
20:7, 37:7,
47:9, 49:7,
54:14, 179:11,
189:4, 189:6,
297:22, 309:23,
309:24, 313:3,
352:24, 353:6,
356:14, 357:3,
358:12, 361:22,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                    168

373:10, 378:3,
378:13, 384:19,
384:21, 400:9,
407:17, 470:14,
470:15, 486:20
**ready**
29:13, 29:14,
162:6, 304:24,
306:6, 345:9,
348:21, 419:1
**real**
215:15, 234:24,
284:10, 302:13,
334:14, 335:2
**realized**
157:4, 158:15,
207:22, 217:23,
341:1
**really**
210:23, 239:21,
243:16, 245:13,
246:9, 289:14,
290:22, 301:17,
335:15, 350:4,
350:5, 356:6,
384:14, 385:2,
415:13, 420:19,
463:10
**reason**
37:12, 82:23,
142:10, 153:22,
187:11, 198:21,
212:3, 222:23,
224:22, 293:19,
365:16, 365:21,
365:24, 403:18,
487:15, 487:22,
489:21
**reasonable**
21:12
**recall**
370:10
**receive**
243:4, 491:12,
491:17
**received**
98:11, 107:19,
121:1

**recess**
63:20, 161:8,
201:17, 284:5,
369:8, 491:7
**recollection**
446:21
**record**
11:13, 22:9,
29:4, 63:3,
63:16, 63:19,
63:23, 142:20,
147:24, 159:2,
161:7, 161:11,
188:23, 189:2,
201:16, 201:20,
259:14, 268:7,
268:8, 268:12,
284:4, 284:8,
308:21, 350:14,
369:7, 369:11,
404:17, 428:11,
482:19, 482:21,
491:6, 491:10,
511:7
**recording**
359:22, 360:4,
360:11
**records**
135:8, 212:24,
213:7, 258:20,
259:5
**recover**
151:5
**recovered**
61:14, 226:3,
234:17
**red**
15:24
**reduced**
512:19
**referred**
126:17
**reflecting**
182:6
**reflects**
318:19
**refresh**
493:7

**refreshing**
446:21
**refused**
23:24, 39:1,
40:13, 51:13,
90:23, 117:18,
255:4, 255:17,
260:3, 291:18,
414:9, 475:5,
475:12, 475:20,
475:23, 480:10,
487:15, 487:18
**refusing**
258:6, 291:23,
375:19
**refute**
461:14
**regarding**
101:6, 127:17,
127:21, 192:6,
412:7, 439:10
**registered**
31:5
**regular**
372:6
**regurgitate**
17:19, 18:3
**regurgitated**
18:10
**reiter**
5:12
**reiterated**
410:23
**related**
30:13, 31:24,
99:14, 185:6,
188:12
**relating**
77:19
**relationship**
71:3, 110:8,
115:4, 259:20,
384:10, 384:15,
385:3
**relationships**
110:16
**relatives**
172:18, 189:14,

**relayed**
353:24
**release**
114:5
**released**
313:10
**relevant**
431:13
**relocate**
88:10
**rely**
488:3
**remained**
245:19, 333:3
**remarkable**
309:9, 309:13
**remember**
12:9, 130:17,
315:10, 435:9,
441:5, 453:6,
460:7, 483:18
**remorse**
482:10
**remote**
1:19, 2:2
**remotely**
9:13
**renting**
195:17, 204:21,
206:2
**repeat**
36:11, 73:24,
99:20, 171:21,
197:1, 269:23,
477:7
**repeated**
24:1, 36:19,
73:19, 208:16,
267:16
**repeatedly**
34:13, 35:20,
44:4, 117:5,
118:9, 131:21,
155:1, 177:2,
199:19, 219:10,
257:5, 331:20,
341:21, 342:16,

371:11, 375:2,
375:20, 386:6,
386:15, 439:18
**report**
7:20, 40:4,
81:10, 120:2,
120:8, 120:13,
120:20, 120:22,
142:22, 143:6,
143:20, 146:15,
146:23, 147:8,
147:15, 147:17,
147:22, 148:1,
148:8, 148:9,
148:12, 148:19,
159:7, 159:12,
159:19, 159:24,
160:23, 235:18,
236:8, 236:9,
236:12, 236:14,
236:22, 239:7,
239:14, 240:5,
240:10, 240:17,
241:11, 241:14,
241:21, 242:15,
242:18, 243:5,
266:5, 266:12,
314:8, 317:1,
317:5, 318:5,
334:12, 363:24,
401:22, 403:10,
403:19, 408:10,
408:11, 409:13,
412:7, 413:18,
414:2, 414:16,
415:5, 415:8,
415:12, 415:19,
415:20, 416:13,
416:20, 417:16,
446:1, 446:20,
447:1, 447:11,
448:5, 451:19,
466:6, 466:8,
490:1, 490:5,
490:22, 498:6,
498:12, 498:22,
499:8, 500:6,
500:17, 501:6,

501:9, 501:12,
504:5
**reported**
1:25, 364:6,
413:17
**reporter**
11:3, 11:4,
36:23, 55:21,
89:15, 189:4,
189:6, 194:9,
309:22, 309:24,
384:21, 470:15,
512:5, 512:21
**reporting**
308:19, 489:18
**reports**
56:20, 65:10,
89:9, 89:23,
91:20, 93:17,
97:3, 97:16,
98:5, 101:5,
107:3, 119:10,
121:5, 121:11,
121:15, 121:19,
173:16, 182:20,
186:21, 213:16,
213:24, 401:1,
401:4, 430:15,
448:18, 449:1,
480:19, 488:2,
489:6, 489:9,
492:18, 494:16,
494:17, 495:22,
496:1, 496:4,
496:10, 496:13,
497:10, 497:14,
497:23, 499:17,
501:2, 501:3,
503:5, 503:18,
503:22, 506:9,
506:16
**represent**
9:16, 129:12
**representation**
111:21
**representing**
9:11, 11:3
**reputation**
380:13

**request**
375:19
**requested**
51:14, 163:9
**requests**
24:1
**required**
486:12, 487:2,
496:16, 496:20
**requirement**
486:15
**residence**
127:22, 324:19
**resisted**
473:22
**resources**
241:16
**respect**
370:14
**respective**
512:11
**responded**
143:5, 167:12
**responding**
143:5, 143:19,
144:14, 146:13,
146:21, 147:6
**response**
472:18, 495:18,
496:9
**responsibility**
133:7
**rest**
48:5
**result**
29:24, 49:19,
84:21
**resulted**
123:2, 367:22,
368:14, 368:21
**results**
413:24
**retaliation**
86:9
**reveal**
391:22
**revenge**
126:4

**reversed**
397:1
**review**
121:3, 503:20
**reviewed**
121:8, 121:11
**rewards**
108:4
**rey**
172:12
**reynaldo**
1:9, 1:20, 2:1,
9:2, 9:20, 9:22,
11:6, 11:14,
415:15, 415:23,
511:6, 512:6
**rfc**
7:13, 7:14,
7:15, 7:16,
7:17, 7:18,
7:21, 7:22,
7:23, 142:21,
147:24, 148:6,
159:2, 159:5,
162:13, 163:17,
164:7, 241:11,
244:22, 317:3,
321:11, 323:11,
351:24, 415:4
**ribs**
34:8
**richard**
5:6, 6:6,
96:10, 129:11
**rid**
485:9, 488:16,
489:23
**ride**
128:17, 410:12
**rights**
12:8, 13:22,
47:3, 179:11,
283:15, 297:22,
460:21, 473:18
**ring**
39:7, 330:4
**rios**
93:4, 93:10,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

170

93:18
**risk**
347:16, 348:10
**rival**
67:21
**rivera**
69:3, 69:9,
70:10, 70:12,
70:19, 71:4,
71:16, 75:17
**rivera's**
69:23, 70:4,
71:3
**rmr**
1:25, 512:5,
512:18, 512:28
**rock**
114:4, 126:10,
126:24, 127:22,
128:10, 128:18
**rodriguez**
55:13, 55:14,
55:24, 56:7,
56:14, 57:4,
57:13, 57:20,
58:3, 58:10,
58:12, 58:19,
59:3, 59:10,
60:3, 60:10,
61:3, 62:3,
62:19, 64:3,
64:5, 64:22,
65:4, 66:12,
67:1, 67:7,
68:19, 69:3,
69:15, 71:18,
72:1, 73:1,
74:7, 74:15,
96:10, 414:17,
416:14, 417:3,
418:6, 421:3,
421:9
**rodriguez's**
59:19, 62:8,
419:14
**role**
314:19, 472:19,
473:2

**romantic**
71:2
**room**
15:11, 16:21,
19:7, 38:19,
43:5, 43:11,
53:6, 117:4,
204:21, 228:18,
248:14, 248:21,
249:10, 249:16,
250:6, 270:21,
270:23, 272:16,
272:22, 273:1,
275:11, 275:19,
277:1, 277:15,
277:21, 278:2,
281:4, 281:6,
281:14, 282:16,
286:16, 286:17,
287:13, 288:19,
288:20, 292:12,
292:19, 294:2,
295:21, 296:5,
299:1, 304:10,
308:4, 311:4,
311:10, 329:23,
333:3, 333:16,
335:14, 338:22,
339:23, 343:18,
374:8, 375:12,
421:10, 438:6,
441:4, 441:14,
442:3, 461:15
**rooms**
195:17, 206:3,
373:17
**roped**
410:15
**rosa**
118:21, 175:2,
175:7, 175:19,
177:2, 177:10,
178:6, 178:11,
178:19, 179:5,
181:1, 182:7,
183:4, 183:21,
184:3, 184:9,
184:15, 184:22,

185:5, 185:12,
187:4, 187:19,
187:21, 188:13
**rosa's**
175:14
**rosauro**
194:4, 194:9,
203:8, 210:22,
215:23, 216:10,
216:18, 216:24,
217:6, 217:13,
218:14, 220:2,
220:8, 220:14,
220:20, 221:18,
221:23, 222:9,
222:13, 222:21,
222:24, 223:14,
224:9, 224:23,
225:6, 225:19,
226:10, 226:16,
227:1, 227:18,
231:7, 233:13,
250:20, 255:17,
369:16, 397:15,
398:3, 399:7,
409:14, 409:21,
422:7, 429:3,
456:12
**rosauro's**
225:12
**rosendo**
122:20, 123:2,
123:9, 123:15,
125:12
**round**
166:12
**rounded**
114:20, 170:20,
189:16
**route**
216:11
**rp**
7:19, 242:14
**rubin**
41:4
**rushed**
325:2
**rutherford**
4:14, 10:23,

278:3, 278:8,
278:13, 279:6,
279:19, 280:15,
282:3, 310:21,
311:4, 314:9,
314:10, 315:9,
315:16, 315:21,
317:6, 318:20

**S**

**s-k-i**
50:4
**s-k-o-w-r-o-n**
50:7
**s-o-t-o**
130:16
**safe**
125:3, 275:3
**safety**
88:10
**said**
17:11, 19:8,
19:13, 20:8,
36:12, 61:8,
76:7, 143:11,
177:21, 178:19,
178:24, 184:15,
199:3, 199:4,
287:1, 290:10,
294:9, 294:15,
310:8, 310:14,
310:20, 319:22,
337:15, 340:7,
345:17, 349:12,
371:1, 416:7,
417:16, 422:1,
430:6, 442:19,
442:21, 445:3,
445:9, 452:5,
452:13, 452:18,
452:19, 452:23,
462:8, 462:10,
464:1, 467:3,
470:8, 483:20,
487:18, 487:19,
494:9, 500:23,
507:9, 507:23,
509:17, 509:20,

512:15, 512:17
**salazar**
197:19, 199:10,
207:9, 208:18,
217:14, 217:19,
234:11, 234:16,
234:23, 235:13,
237:6, 237:18,
237:23, 237:24,
238:5, 238:12,
238:24, 239:1,
239:8, 240:4,
240:17, 241:1,
242:16, 244:10,
245:14, 246:3,
246:10, 449:20,
449:24, 450:7,
450:11, 450:17,
451:7, 451:20
**salazar's**
241:12, 241:15,
241:21, 451:14
**salvador**
418:12, 418:14,
425:7
**same**
12:19, 21:23,
22:3, 147:18,
152:5, 190:16,
199:3, 199:9,
207:14, 211:20,
221:17, 233:7,
239:7, 240:16,
253:1, 311:2,
311:12, 348:2,
376:12, 421:23,
423:6, 430:7,
439:3, 439:11,
440:13, 445:18,
449:16, 450:10,
469:20, 493:24
**sammy**
101:19, 102:2
**sample**
226:10, 226:17
**samples**
227:6
**sandwich**
299:5, 299:11

**santiago**
83:21, 130:19,
172:19, 193:22,
196:10, 198:20,
417:4, 419:15
**santiago's**
421:17
**santos**
375:11
**sat**
181:11, 315:2,
435:10
**saturday**
417:5, 418:17,
419:15, 424:19,
424:22, 425:1,
427:4
**saw**
93:10, 99:14,
218:8, 326:4,
381:17, 381:22,
382:4, 382:9,
417:4, 419:15,
439:7
**say**
17:11, 17:17,
21:7, 22:17,
32:16, 63:9,
100:13, 100:17,
146:17, 147:1,
158:7, 162:3,
218:22, 262:24,
265:17, 268:1,
283:7, 291:18,
294:3, 294:9,
301:4, 336:19,
337:2, 337:8,
342:17, 345:18,
384:22, 385:16,
399:14, 403:10,
407:13, 407:15,
407:19, 407:20,
412:19, 413:10,
446:24, 452:16,
459:8, 461:15,
462:13, 462:15,
463:12, 467:1,
477:11, 500:16,

**santiago**
504:4, 507:19,
510:8
**saying**
143:12, 145:8,
234:10, 234:15,
240:3, 342:17,
414:16, 416:4,
416:6, 443:9,
451:19, 485:13
**says**
22:8, 143:10,
162:12, 220:2,
243:2, 243:4,
300:21, 302:21,
323:12, 323:18,
324:18, 325:2,
326:3, 327:6,
361:17, 361:24,
362:6, 362:11,
363:15, 364:17,
365:8, 366:9,
386:14, 415:15,
415:23, 442:22,
460:14
**scare**
273:6
**scared**
87:6, 284:16,
332:3, 338:9,
342:2
**scene**
61:15, 93:5,
93:11, 131:3,
131:8, 132:23,
142:17, 144:9,
144:20, 151:11,
151:17, 153:11,
153:16, 153:23,
154:6, 154:14,
155:1, 155:13,
155:19, 155:23,
156:6, 156:16,
156:18, 158:4,
158:14, 158:15,
159:21, 159:22,
161:13, 161:14,
162:20, 163:10,
166:20, 167:13,

173:4, 208:5,
226:4, 249:22,
250:6, 250:20,
254:14, 356:7,
381:12, 383:5,
383:16, 385:15,
385:20, 389:10,
390:15, 391:7,
391:13, 392:7
**scrap**
509:6
**screamed**
406:2
**screaming**
16:20, 364:17,
365:1, 365:15
**screen**
29:8, 121:4,
148:2, 162:11
**script**
346:8, 346:15
**scripted**
363:14
**sean**
3:5, 10:6
**search**
14:4, 105:9,
105:17, 106:6,
247:14, 247:17,
248:8, 249:9,
276:1, 276:13,
409:22, 409:23,
456:12
**searched**
248:14, 248:21,
410:7
**seasoned**
382:15
**second**
13:5, 13:13,
13:14, 163:9,
164:24, 166:12,
168:19, 168:21,
260:24, 266:12,
268:15, 351:17,
409:21, 457:8,
486:3, 510:24
**seconds**
482:15

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

172

secret
322:3
secrets
454:6
section
325:20, 326:13
secure
434:19, 434:22
secured
78:15, 161:15
see
16:5, 16:6,
29:19, 38:12,
48:10, 92:2,
121:3, 159:24,
284:22, 285:11,
285:18, 285:19,
326:5, 332:2,
335:21, 338:3,
342:2, 342:9,
345:9, 417:17,
494:22, 508:4
seeing
28:16, 99:8
seeking
471:23
seem
274:10, 319:4,
319:9, 334:13,
334:19
seemed
430:8
seems
135:15, 145:11,
145:16
seen
117:12, 184:17,
196:12, 225:6,
250:5, 323:13,
333:23, 398:9
select
91:14
send
41:15, 453:22,
508:13, 508:16
sense
224:16, 243:11,
243:17, 287:6,

323:4, 363:8,
364:23, 408:24,
420:20, 455:10
sent
206:12, 272:21,
272:24, 298:3,
306:23, 307:12
sentenced
37:21, 45:9,
49:20, 84:22,
105:3, 368:14
separate
38:16, 89:4,
89:18
september
80:20, 81:3
sequence
278:21
sergeant
78:2, 105:15,
133:4, 167:5,
181:22, 193:10
sergeants
189:9, 247:7,
329:13, 367:16,
412:1, 479:18
series
75:19
serious
70:10, 70:12,
245:14
seriously
284:23, 451:13
services
29:18
serving
368:21
set
114:22, 163:9,
164:24, 172:9,
316:9, 512:12
settlement
32:9
seven
284:1, 470:6
several
25:3, 34:23,
73:7, 117:12,

127:16, 127:21,
189:15, 377:19,
401:13, 459:9
share
32:21, 148:2
sharing
29:9
she'd
256:6
sheet
242:16, 244:11
sheets
386:8, 387:1,
387:18, 389:2
shift
327:13, 327:22,
423:7, 423:16,
510:14
shifts
493:23
shoe
180:21
shoeless
343:24
shoes
249:16, 250:5,
261:6, 266:20,
287:13, 333:18,
333:24, 334:5,
334:8, 334:20,
335:2, 335:20
shoot
56:15, 65:5,
95:5
shooter
58:3, 58:20,
76:6, 76:7,
76:14, 81:16,
82:6, 90:6,
90:18, 91:14,
92:16, 92:24,
93:5, 109:14,
122:21
shooters
99:2
shooting
60:3, 64:5,
64:12, 64:13,

66:18, 67:15,
69:4, 69:10,
75:11, 75:23,
76:5, 77:20,
79:23, 80:6,
80:14, 81:21,
84:10, 85:22,
86:4, 86:10,
88:17, 90:13,
94:11, 95:20,
100:7, 100:18,
102:9, 104:17,
109:6, 111:1,
111:10
short
41:2, 491:2
shortly
93:12, 115:19,
144:2, 381:13
shot
36:5, 60:22,
86:18
shots
93:12
should
152:21, 283:1,
369:4, 416:2
shouted
26:12
show
28:22, 119:20,
142:18, 158:22,
254:6, 264:15,
316:20, 321:6,
321:10, 351:19,
374:8, 400:24,
429:18, 469:14
showed
27:21, 58:9,
58:11, 81:4,
259:5, 429:11
showing
78:15, 120:18,
148:5, 159:4,
163:17, 164:6,
182:21, 236:5,
241:9, 242:13,
316:24, 351:23,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                    173

414:23, 415:3,
437:18, 443:19,
456:4
**shown**
274:18
**shows**
143:3, 143:13,
143:17, 148:15,
148:19, 163:2,
241:12, 241:21
**shut**
116:13, 332:22
**sic**
190:23
**side**
375:20
**sides**
170:21
**sierra**
38:11, 38:13,
75:18
**sights**
114:15
**sign**
14:3, 19:15,
19:21, 37:1,
45:3, 54:4,
68:18, 92:9,
138:5, 140:11,
140:14, 140:21,
185:24, 248:7,
252:18, 276:1,
276:7, 276:14,
276:19, 312:12,
312:21, 324:20,
356:21, 358:4,
358:18, 378:3,
378:11, 409:21,
444:10, 444:18,
445:10, 445:13,
456:12
**signal**
92:2
**signature**
415:24
**signature's**
148:12
**signature-mig2k**
512:24

**signatures**
415:6
**signed**
37:12, 49:8,
54:15, 121:14,
236:12, 247:16,
374:18, 378:13,
415:11, 415:19,
440:7
**signing**
49:3, 74:7,
313:9, 400:1,
400:17, 434:1,
478:24
**signs**
170:14
**similar**
267:22
**similarly**
360:18, 394:16
**simple**
496:9
**simply**
158:4, 188:6,
387:23, 495:7,
500:11, 500:16,
505:8
**since**
340:24, 417:17
**single**
155:12, 158:2
**sister-in-law**
204:1
**sit**
91:24, 275:10,
309:15, 441:7,
477:12, 481:19
**sitting**
163:19
**situation**
300:22
**sizes**
180:21
**skills**
378:22
**skowron**
50:6, 50:19,
53:16, 53:23

**slam**
229:5
**slammed**
25:4, 263:9
**slap**
270:23, 290:10,
438:7, 442:3
**slapped**
15:17, 24:12,
44:11, 261:18,
290:3, 375:20,
441:10
**sleep**
23:12, 43:11,
296:22, 344:6,
366:12, 372:14,
408:13, 466:21,
467:5, 468:5
**sleeping**
223:14, 252:5,
364:24, 365:9,
365:14, 394:19
**slips**
484:9, 507:15,
510:18
**slurs**
106:23
**small**
264:22, 286:17,
329:23, 343:18,
385:6
**so-called**
394:16
**solace**
437:21
**solache's**
248:14, 248:21,
269:17, 334:8,
335:20, 355:6,
355:18, 356:1,
360:13, 367:3,
367:22, 370:3,
389:21, 394:16,
428:10, 442:3,
470:21
**solid**
113:20, 114:4
**solve**
133:7, 133:13,

133:18, 135:16,
168:6
**solved**
193:17
**some**
12:18, 131:15,
134:9, 145:11,
145:12, 157:3,
171:9, 181:11,
183:9, 202:24,
209:9, 212:4,
227:6, 234:24,
264:8, 281:19,
282:15, 301:10,
302:8, 308:1,
334:13, 334:19,
358:5, 376:21,
378:21, 447:21,
452:21, 482:19,
483:17, 484:20,
500:24, 505:7,
507:10
**somebody**
490:13
**somehow**
454:4
**someone**
22:15, 36:5,
82:6, 113:3,
197:18, 200:10,
210:3, 218:20,
218:24, 231:8,
231:16, 254:14,
264:21, 272:21,
272:24, 383:17,
457:23
**something**
224:23, 281:13,
294:3, 313:9,
370:20, 371:2,
379:8, 379:15,
379:22, 422:22,
430:8, 482:19,
501:1
**sometime**
130:22, 143:4,
143:18
**sometimes**
483:20, 493:23

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

174

**somewhere**
447:15
**son**
17:12, 100:6,
100:17, 234:16
**son's**
100:10
**soon**
98:24
**sorry**
10:17, 13:6,
20:23, 22:17,
29:12, 32:21,
45:20, 63:8,
85:10, 100:11,
113:21, 120:6,
127:8, 141:9,
146:17, 156:3,
168:22, 193:12,
218:6, 218:22,
259:4, 262:24,
328:11, 384:19,
440:18, 447:5,
485:16
**sort**
12:19, 281:8
**soto**
130:14, 130:16,
130:18, 142:12,
146:2, 146:8,
148:16, 148:20,
148:24, 149:5,
149:10, 149:24,
161:21, 170:21,
171:12, 172:1,
172:18, 173:3,
174:5, 174:12,
174:19, 175:5,
175:8, 175:20,
177:22, 178:12,
179:6, 181:1,
181:2, 182:7,
183:22, 188:13,
190:10, 190:11,
190:18, 191:9,
191:15, 191:23,
193:20, 193:22,
195:1, 195:17,

196:4, 196:10,
198:21, 200:17,
200:24, 201:3,
224:11, 226:5,
233:1, 251:21,
252:5, 253:8,
266:14, 324:18,
330:10, 347:18,
367:23, 382:23,
383:11, 387:23,
388:23, 389:19,
392:23, 393:7,
393:17, 394:9,
394:18, 394:19,
417:4, 421:16,
422:23, 429:3,
429:4, 430:7,
456:24, 458:14,
472:20, 481:11,
482:3, 499:9
**soto's**
149:15, 164:1,
185:16, 187:22,
189:15, 190:17
**sotos**
4:18, 173:10,
177:24, 235:7,
235:11, 320:24,
348:12, 350:6,
361:10, 412:16,
413:3, 417:17,
419:24, 420:17
**sound**
275:3
**sources**
153:17, 154:8
**south**
5:13, 202:14,
202:19, 457:19,
458:3
**spanish**
13:22, 19:2,
19:8, 92:10,
279:12, 298:20,
306:13, 311:19,
316:8, 352:24,
356:15, 359:4,
400:9

**spatters**
152:16
**speak**
18:22, 45:21,
52:8, 55:6,
135:22, 139:10,
279:12, 283:14,
306:13, 311:19,
352:23, 353:6,
373:10
**speaker**
32:21, 298:20
**speaking**
31:2, 93:19,
232:24, 349:22
**speaks**
483:6
**special**
153:23, 465:21,
496:4
**specialist**
94:18, 484:17
**specialists**
94:23
**specifically**
462:8
**speculation**
147:10, 156:9,
156:22, 157:8,
160:19, 168:10,
170:6, 171:20,
172:23, 200:13,
227:14, 232:4,
232:13, 244:16,
248:4, 251:18,
251:24, 252:9,
253:13, 255:13,
256:2, 256:11,
258:17, 259:11,
271:22, 272:6,
273:23, 274:7,
274:15, 274:23,
275:6, 285:2,
285:15, 285:22,
286:7, 293:23,
295:1, 303:13,
311:16, 312:23,
313:13, 318:14,

327:1, 342:7,
342:14, 366:5,
389:6, 389:15,
390:11, 400:20,
436:20, 483:3,
501:20, 502:3,
502:10, 502:17,
502:24
**spell**
11:12, 32:19,
32:23, 88:24,
108:18
**spelling**
45:21
**spellings**
55:13
**spend**
48:4
**spic**
106:23
**spoke**
19:2, 73:24,
92:10, 234:3,
304:23, 305:15,
316:8, 459:6,
494:21
**spoken**
377:12, 459:9
**ss**
512:2
**st**
184:24, 483:16
**stab**
365:16
**stabbed**
131:20, 149:24,
150:21, 253:8,
325:3, 364:18,
382:23, 383:11,
386:6, 386:15,
387:24, 388:24,
389:23, 392:23,
395:15, 395:22
**stabbing**
365:10, 393:17,
394:17, 394:20,
395:6, 468:5
**stages**
232:20

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                          175

stamped
120:1, 120:19,
142:21, 159:5,
162:13, 164:7,
317:3, 321:11,
351:24, 415:4,
446:15
stand
435:10, 460:13,
481:2
standard
9:9
standing
482:23, 483:7
standstill
460:12
stankus
4:15, 10:24
star
10:3, 10:6
starr
3:5
start
12:21, 132:18,
448:6
started
12:4, 33:19,
218:15, 264:9,
265:11, 286:18,
331:14, 365:10,
423:7, 448:4
starting
409:14, 438:5,
439:5, 444:5,
452:3, 457:18,
462:6, 466:4,
469:8
state
2:5, 11:12,
149:23, 389:22,
397:14, 472:3,
478:6
state's
5:5, 6:5,
27:19, 113:4,
305:8, 352:13,
352:22, 432:12,
473:16, 474:9,

474:16, 474:24,
475:6, 475:13,
484:8, 507:13,
509:20, 509:22,
510:3, 510:6,
510:17
stated
426:8, 426:14,
458:13
statement
19:13, 22:3,
28:16, 48:11,
68:18, 73:24,
74:7, 83:7,
92:9, 92:16,
150:20, 160:11,
306:24, 307:14,
314:1, 320:5,
321:12, 324:11,
324:17, 325:21,
326:3, 326:13,
327:5, 328:9,
328:15, 352:1,
352:5, 352:14,
356:14, 358:5,
358:13, 359:3,
359:10, 360:20,
361:24, 362:6,
363:1, 363:2,
363:14, 364:16,
365:8, 366:9,
367:4, 394:8,
402:10, 402:17,
403:3, 407:5,
408:3, 409:1,
419:14, 420:7,
421:23, 444:11,
444:15, 444:18,
444:21, 445:11,
445:13
statements
110:11, 110:19,
166:14, 211:7,
386:5, 399:14,
400:8, 401:12,
401:14, 473:3
states
1:1, 9:5,

135:3, 136:7,
159:19, 205:9,
352:12, 382:10,
393:16, 453:21
stating
17:2, 98:12,
383:24, 394:17,
416:13
station
35:10, 42:23,
193:21, 194:13,
196:18, 206:10,
206:12, 215:6,
216:4, 218:1,
245:20, 274:4,
274:20, 275:3,
293:20, 296:10,
308:13, 309:3,
309:7, 401:23,
402:7, 402:10
stayed
408:19, 421:9
steal
322:17, 323:19,
362:12, 365:22,
366:1
stealing
124:7, 468:5
steno
509:13
stenographically
512:17
steps
125:18, 129:5,
160:14, 278:22,
411:16, 492:24,
496:17, 500:7
steven
3:6
still
80:12, 146:24,
277:6, 286:2,
290:16, 336:2,
337:9, 339:24,
340:24, 394:9,
422:8, 460:13,
460:14, 473:22
stipulated
427:11

stole
123:24
stolen
366:2
stomach
24:17, 24:22,
25:24, 341:14,
341:21, 365:10,
370:16, 370:18,
373:24, 375:3
stop
26:22, 37:13,
425:18
stopped
39:17, 111:20,
382:9, 505:8
stops
425:13, 425:24
story
17:18, 18:4,
36:4, 54:9,
60:21, 99:8,
99:19, 137:24,
138:6, 140:4,
140:15, 140:22,
157:5, 187:13,
200:17, 207:14,
217:19, 235:13,
265:12, 267:10,
269:17, 269:24,
278:14, 278:23,
279:20, 282:9,
305:24, 310:2,
311:2, 311:12,
312:13, 321:17,
322:1, 322:23,
323:3, 323:4,
336:14, 346:8,
348:20, 348:21,
356:7, 363:8,
401:15, 405:4,
416:15, 417:22,
420:8, 422:24,
428:3, 431:15,
433:10, 455:9
strangers
322:2
strategy
293:7

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

176

**street**
3:8, 4:9,
110:9, 110:17,
398:17
**stress**
67:8
**strike**
14:1, 20:5,
34:20, 46:17,
54:21, 58:10,
59:24, 64:12,
64:20, 66:2,
70:11, 71:9,
72:16, 77:17,
101:18, 103:14,
109:3, 112:4,
113:10, 127:5,
132:10, 140:11,
147:15, 156:2,
167:3, 187:19,
190:24, 192:17,
199:17, 206:18,
218:6, 230:3,
233:19, 235:9,
238:4, 241:13,
256:14, 259:3,
267:21, 270:21,
272:22, 277:13,
281:5, 296:3,
301:23, 305:6,
318:18, 334:6,
339:4, 352:3,
352:20, 365:22,
387:14, 402:8,
410:22, 412:15,
424:20, 426:20,
430:5, 434:20,
438:1, 444:18,
445:4, 445:11,
457:7, 458:10,
466:6, 470:18,
489:3, 489:21,
490:19, 493:12,
495:5, 500:24,
501:15, 509:19
**strip**
287:19
**strong**
228:11

**struck**
69:14
**study**
73:24
**stuff**
396:4
**subject**
475:14, 475:22
**subjected**
31:11, 221:16
**subjecting**
67:8, 380:5,
473:10
**submit**
448:18, 449:1
**submitted**
121:12, 143:6,
143:20, 447:17
**submitting**
336:14
**subscribed**
512:23
**subsequent**
267:24
**substantive**
213:16, 213:24
**succumbed**
27:12
**suddenly**
461:24, 463:8
**sued**
32:4
**suffered**
30:1, 47:15
**suffice**
22:10
**suggest**
198:20, 309:10,
384:9
**suggested**
109:12, 282:24,
430:20
**suggesting**
309:14
**suggests**
401:22
**suite**
4:10, 4:20,

5:14
**sukitson**
42:6
**supervision**
167:3, 167:5,
188:19, 189:8,
193:9, 247:6,
329:12, 367:15,
411:24, 479:18
**supervisor**
508:17
**supervisors**
168:6, 181:22,
492:8, 502:20,
503:4, 503:19,
503:20, 504:4,
505:14, 505:20,
506:2
**supplementary**
120:2, 120:20,
148:1, 148:7,
236:7, 408:10,
490:5
**support**
41:16, 136:6,
449:10, 489:11
**supported**
489:10
**supposed**
14:8, 101:13,
416:1, 429:4,
453:8
**supposedly**
159:13, 197:12,
197:18, 453:15
**suppress**
437:8, 437:22,
438:2, 439:3,
440:14, 440:22,
443:16, 443:23,
474:8, 481:3
**suppressed**
28:16, 141:11,
141:17, 166:19,
182:5, 188:12,
192:12, 212:17,
254:5, 408:3,
431:12, 434:11,

479:8
**sure**
16:19, 31:1,
46:2, 154:6,
157:11, 166:12,
189:5, 275:2,
283:8, 390:24,
392:6, 411:9,
435:16, 448:24,
465:1, 470:11,
482:16, 489:14,
492:17, 503:20
**surprised**
452:22, 455:2
**susler**
3:14, 10:10
**suspect**
40:6, 100:7,
100:18, 102:8,
126:3, 129:6,
175:15, 185:17,
187:6, 190:3,
190:5, 222:24,
224:22, 225:20,
234:24, 245:14,
334:14, 370:4,
371:2, 408:13,
490:10, 490:14,
490:22
**suspects**
96:20, 97:9,
119:15, 125:12,
125:19, 155:2,
171:10, 171:13,
172:1, 174:21,
175:8, 176:7,
181:1, 181:7,
181:24, 182:8,
182:15, 182:22,
191:3, 191:24,
192:6, 210:17,
226:18, 227:7,
260:9, 371:11,
371:18, 372:6,
404:12, 433:9,
472:5
**suspicions**
223:22, 224:3

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

177

sustained
31:18
swear
11:4
swearing
435:9
switched
326:21
sworn
11:8, 371:1,
437:1, 512:8,
512:15
system
136:6, 283:16

**T**

table
263:10
tactic
288:2
tactics
50:18
taken
17:4, 153:24,
155:19, 157:4,
159:22, 162:14,
164:12, 165:11,
165:24, 172:19,
174:7, 227:6,
311:3, 352:6,
352:10, 447:16,
485:21, 512:17
takes
425:23
taking
9:12, 11:16,
22:4, 22:7,
63:3, 245:1,
253:2, 334:5,
335:2, 335:20,
352:3, 465:8,
465:15, 483:17,
486:16, 491:21,
495:17, 495:19,
496:5, 496:8,
501:17, 504:10,
504:16, 505:8,
512:14

talk
142:16, 155:18,
167:11, 193:17,
222:21, 270:11,
297:10, 298:3,
305:14, 314:7,
320:4, 329:19,
351:18, 386:3,
389:19, 424:18,
424:19, 424:21,
460:14, 509:23
talked
98:23, 144:14,
170:21, 324:19,
377:18, 401:21,
404:2, 459:11,
463:24, 500:11
talking
271:18, 272:3,
280:3, 294:22,
304:11, 316:4,
323:14, 370:19,
441:2, 442:20,
485:16, 510:1
tall
76:8, 76:23,
81:23, 82:7
tampered
155:23, 156:6
taped
434:19
target
92:3
targeted
115:24, 136:11
taught
465:7, 492:9
taylor
75:12, 75:24,
76:5, 76:13,
77:4, 81:4,
81:11, 82:12,
82:17, 82:22,
83:20, 84:3,
85:5, 85:11,
85:12
taylor's
76:21, 81:15,

82:5, 83:6,
83:13
teams
493:21
technical
188:20
technicians
151:9, 153:10,
154:7, 159:20,
386:24, 388:24,
390:16
telephone
422:1
tell
18:17, 60:8,
67:14, 74:22,
85:4, 94:2,
108:9, 110:24,
122:9, 130:6,
157:5, 200:9,
231:14, 269:5,
273:20, 276:12,
300:15, 301:3,
308:9, 308:10,
331:6, 332:14,
345:10, 357:3,
357:9, 390:24,
395:14, 395:21,
396:4, 404:3,
435:9, 438:12,
442:22, 442:23,
444:10, 444:18,
452:4, 452:11,
452:23, 453:1,
461:22, 463:8,
488:22, 500:9
telling
217:2, 233:7,
233:8, 233:14,
233:21, 234:4,
331:7, 405:4,
415:22, 416:5,
462:7, 462:8
ten-hour
327:13
ten-month
210:11
tension
275:11

terms
469:9, 501:16
terrified
285:11
territory
67:22
test
224:10, 261:6,
347:6, 348:3
tested
155:1
testified
11:8, 83:5,
98:10, 222:7,
222:9, 262:22,
263:2, 263:15,
423:15, 434:18,
434:21, 435:6,
436:1, 436:5,
436:24, 437:7,
437:12, 440:13,
443:15, 445:19,
451:20, 455:10,
455:22, 461:21,
466:19, 472:11,
474:4, 474:7,
474:14, 474:22,
476:19, 476:22,
483:16, 488:18,
489:23, 512:12
testify
119:2, 222:14,
473:17, 476:5,
480:10, 512:8
testifying
71:17, 473:22
testimony
11:7, 11:18,
11:22, 21:19,
101:12, 138:13,
313:6, 317:20,
369:23, 370:2,
370:11, 371:1,
404:7, 410:19,
418:11, 418:13,
425:7, 435:5,
435:11, 435:15,
437:23, 437:24,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    178

438:17, 438:22,
439:14, 439:18,
441:16, 441:21,
443:5, 444:22,
444:23, 446:14,
447:8, 447:24,
449:16, 450:21,
451:2, 453:10,
453:14, 456:8,
458:6, 458:13,
458:22, 459:14,
461:10, 462:1,
462:21, 463:3,
464:8, 464:12,
467:12, 468:12,
468:21, 469:12,
470:20, 471:5,
471:20, 475:14,
475:21, 475:22,
475:24, 476:10,
477:2, 477:7,
483:5, 484:24,
486:2, 486:5,
488:20, 495:4,
495:6, 500:2,
500:5, 505:7,
506:15, 511:6,
512:22
**texas**
469:13
**th**
86:11, 120:21,
159:8, 159:19,
161:14, 162:15,
164:12, 236:8,
370:12, 418:18,
421:2, 421:15,
427:4, 439:7,
440:15, 442:13,
445:18, 446:6,
446:22, 447:2,
447:17, 447:19,
456:8, 472:11,
472:17, 474:4,
475:11, 512:23
**thank**
30:24, 127:8
**thanks**
46:1, 309:19

**themselves**
171:4
**theory**
253:16, 401:5,
411:10, 414:1,
417:11, 432:19,
433:3, 449:10
**therefore**
374:22, 378:8,
378:18, 385:24,
386:20, 399:3,
479:5, 505:4
**they'd**
468:4
**thing**
162:12, 199:9,
270:20, 270:22,
313:24, 390:15,
482:21
**things**
145:8, 178:19,
193:3, 199:3,
281:19, 387:8,
396:11, 412:20,
497:15, 500:11,
500:24, 507:10,
507:11
**think**
22:9, 63:4,
63:12, 89:15,
145:18, 158:2,
243:20, 274:3,
286:24, 303:17,
309:9, 361:22,
366:22, 482:14,
482:17, 486:1,
510:23
**third**
510:14
**third-party**
401:14
**thomas**
4:5
**thought**
134:10, 174:5,
208:23, 210:9,
313:9, 417:22
**threat**
284:22, 302:1,

302:13
**threaten**
300:9, 358:20
**threatened**
17:2, 28:6,
72:7, 91:5,
103:23, 118:9,
118:20, 230:23,
399:15, 399:24,
404:11, 406:13
**threatening**
119:3
**threateningly**
93:19
**threats**
18:3, 68:17,
72:2, 73:12,
103:18, 104:9,
139:3, 140:10,
140:13, 140:20
**three**
58:9, 58:11,
89:3, 89:10,
89:18, 93:11,
95:18, 96:2,
96:15, 97:16,
128:8, 193:19,
193:20, 194:3,
324:18, 458:2
**threw**
406:8
**through**
72:1, 103:17,
120:1, 120:19,
140:10, 140:13,
140:20, 142:22,
148:1, 148:6,
162:13, 236:6,
290:16, 303:11,
311:3, 317:3,
321:11, 352:1,
364:24, 372:20,
381:12, 383:5,
383:16, 437:21,
440:18, 443:20,
446:15, 446:16,
456:7, 465:9,
486:8, 496:13

**thrown**
62:9
**thursday**
417:17
**tieing**
84:9
**tight-knit**
205:20
**time**
9:9, 63:17,
63:21, 69:21,
70:2, 71:10,
75:20, 81:21,
90:4, 94:17,
102:14, 113:19,
113:23, 131:15,
141:22, 142:4,
147:3, 161:5,
161:9, 168:14,
188:21, 201:14,
201:18, 234:17,
235:6, 235:10,
239:2, 242:20,
257:23, 258:22,
259:7, 260:24,
264:2, 268:7,
268:10, 282:15,
284:2, 284:6,
286:24, 289:14,
290:2, 290:10,
291:4, 291:18,
292:13, 296:5,
296:16, 299:11,
309:8, 336:13,
341:14, 342:23,
345:3, 346:2,
346:14, 369:5,
369:9, 377:10,
385:6, 419:24,
420:17, 425:23,
430:22, 431:5,
431:13, 435:24,
438:6, 438:11,
442:22, 443:1,
444:8, 444:16,
453:3, 457:9,
457:20, 461:8,
465:8, 480:2,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                        179

480:3, 483:15,
491:4, 491:8,
498:14, 506:16,
507:13, 509:24,
510:10, 511:7
**timeframe**
30:21
**timeline**
416:21, 417:10,
420:10, 420:19,
430:22
**timelines**
431:14
**times**
25:4, 66:19,
73:7, 175:3,
219:20, 262:10,
371:18, 379:9,
379:23, 382:23,
383:11, 395:7,
428:13, 436:6,
474:21
**today**
11:18, 11:22,
12:15, 309:16,
475:21, 475:22,
478:6, 480:10,
481:19, 484:24
**today's**
9:8, 511:6
**toddler**
132:3
**together**
109:4, 177:23,
308:13, 420:18
**tom**
9:21, 10:13,
10:18, 42:2
**took**
33:14, 34:20,
34:22, 42:11,
42:22, 47:21,
67:21, 109:5,
111:21, 113:13,
117:3, 125:18,
129:5, 139:9,
160:14, 176:14,
180:16, 226:10,

284:22, 286:16,
287:13, 295:20,
298:24, 338:21,
347:6, 352:14,
368:13, 377:19,
411:16, 421:3,
441:13, 464:5,
464:17, 473:9,
483:20, 484:6,
485:1, 485:4,
485:10, 486:6,
486:7, 487:11,
487:24, 488:11,
488:14, 489:3,
489:20, 495:7,
496:17, 500:18,
507:11, 507:12,
507:23, 508:1,
508:11, 509:17,
509:20
**tools**
380:6
**top**
91:24, 150:13,
163:20, 236:22,
243:3
**topic**
369:4
**topics**
369:13
**torrence**
111:10
**tossed**
164:9
**totally**
209:16, 361:3
**tough**
374:9
**toy**
60:22, 61:8,
61:14
**track**
507:16, 507:18,
507:20, 507:22
**tracks**
160:23
**trail**
390:5, 390:14

**trails**
152:15
**trained**
487:5, 492:4,
492:15, 492:22,
493:5, 493:13,
495:24, 496:12,
496:16
**training**
487:9, 487:13,
491:12, 491:17,
491:24, 495:7,
495:18
**transcribed**
36:24
**transcription**
512:20
**translate**
14:8, 52:18
**translated**
19:2
**translating**
280:10
**translation**
19:12
**transported**
30:20, 208:10
**trauma**
29:22, 29:24
**treat**
334:14
**treated**
96:20, 97:9,
171:12, 175:2,
175:7, 175:14,
180:24, 191:24,
226:18, 227:7
**treating**
172:1
**trevino**
4:15, 10:23,
277:12, 278:2,
282:3, 298:3,
298:9, 298:11,
298:24, 299:5,
299:20, 300:2,
300:8, 300:14,
300:20, 300:21,

301:3, 301:10,
301:16, 301:22,
301:24, 303:11,
303:23, 304:10,
304:12, 304:23,
306:18, 306:23,
307:7, 307:12,
308:18, 308:19,
310:20, 311:4,
311:10, 311:24,
312:6, 312:12,
312:20, 313:17,
316:9, 320:23,
329:6
**trial**
28:15, 41:10,
49:15, 63:1,
80:13, 83:5,
129:12, 418:12,
418:14, 425:7,
427:12, 436:6,
445:20, 445:24,
446:13, 446:14,
455:23, 456:8,
456:10, 458:22,
461:21, 468:13,
469:12, 469:14,
469:18, 470:21,
471:22, 474:15,
476:15, 481:4,
493:7, 506:4
**trials**
474:22, 484:7
**trick**
308:2
**tricked**
223:7
**tried**
38:24, 41:3,
41:15, 58:18,
103:16, 112:12,
171:3, 177:10,
216:18, 237:5,
254:21, 255:3,
255:16, 412:14,
412:19
**true**
26:22, 64:4,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

180

64:11, 64:19,
64:21, 65:9,
65:16, 69:2,
71:15, 72:24,
74:14, 98:4,
100:22, 122:19,
126:16, 185:23,
220:8, 371:10,
386:6, 390:4,
400:10, 401:24,
428:3, 448:4,
460:15, 485:14
**trust**
301:11
**truth**
215:5, 331:6,
435:10, 473:10,
512:9, 512:10
**truthful**
11:18, 11:22,
21:19, 347:17,
348:11, 477:1,
477:6
**truthfully**
478:1
**try**
201:13, 416:20
**trying**
178:11, 194:19,
215:5, 227:17,
309:15, 334:5
**turn**
228:2, 392:7
**turned**
114:15, 161:20,
182:20, 192:5,
221:10, 447:19
**turning**
284:10
**turns**
154:13
**twice**
41:15, 52:9,
403:4, 444:19
**two**
9:7, 15:4,
33:19, 43:13,
113:2, 135:7,

135:16, 190:17,
195:7, 202:18,
242:19, 245:7,
260:18, 337:2,
368:6, 407:3,
408:4, 421:16,
454:4, 481:19
**type**
390:15
**typed**
415:5, 415:24,
447:2, 447:14,
447:21, 492:18,
501:11
**types**
154:24
**typewritten**
73:23
**typing**
447:7

---
### U
---

**uic**
184:24, 421:4,
421:16, 421:24
**uip**
234:5
**ultimately**
20:17, 28:15,
32:9, 45:8,
74:6, 80:4,
200:16, 227:17,
230:23, 250:12,
260:2, 260:17,
264:14, 303:9,
303:21, 313:23,
368:21, 395:4,
407:3, 504:10,
504:16
**unable**
54:14, 378:12
**uncle**
176:14
**uncomfortable**
289:2
**under**
43:5, 167:5,
188:19, 189:8,

193:9, 247:6,
329:12, 367:15,
411:24, 435:6,
440:21, 479:18,
512:20
**undermine**
97:23, 160:16,
166:13
**undermined**
187:22
**underneath**
392:15
**understand**
12:3, 49:8,
54:15, 54:21,
54:23, 63:2,
145:11, 273:19,
279:13, 281:21,
309:15, 352:24,
353:6, 378:4,
378:13, 470:10
**understanding**
11:17, 11:21,
323:18, 491:20
**understood**
112:1, 377:12
**undocumented**
349:21, 407:4
**uneducated**
136:1, 349:21
**unit**
203:8, 278:9
**united**
1:1, 9:5,
135:3, 136:7,
205:8, 453:21
**university**
453:9
**unknown**
131:15, 226:3
**unless**
231:8
**unlike**
260:9, 478:6
**unlikely**
210:9
**unnecessarily**
434:6

**unrelated**
42:13
**unsophisticated**
135:24
**until**
15:24, 17:19,
35:20, 88:9,
99:1, 139:17,
157:19, 218:8,
220:14, 230:24,
241:22, 242:19,
243:5, 293:19,
324:5, 372:15,
372:24, 373:10,
376:5, 421:10,
424:24, 426:1,
427:4, 440:7,
448:7, 448:18,
449:2, 463:11,
489:5, 489:8,
490:23, 494:17
**unusable**
158:5
**unusual**
247:22, 429:24
**unwilling**
142:10
**upped**
341:8
**upper**
317:2
**ups**
167:20
**upset**
284:17
**upstairs**
34:23
**use**
230:10, 341:2,
344:12, 416:9,
465:21, 495:21,
495:24, 496:5,
496:12, 501:3,
508:9, 509:10
**useful**
165:1
**useless**
165:16

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                    181

using
139:15
usual
484:13

**V**

v-e-g-a
108:19
v-o-y-t-e-k
50:3
vagueness
483:1
valentine
144:15, 146:14,
146:22, 147:7
valero
129:6
valid
63:6, 63:10
varga
5:2, 10:14,
10:18
vega
108:17, 108:19,
108:22, 109:6,
109:14, 109:21,
110:4
velazquez
66:11, 66:17,
67:6, 67:8,
67:21, 67:22,
68:5, 71:17
velazquez's
67:23
velez
33:4, 33:20,
34:1, 34:14,
35:6, 36:5,
373:2
vengeance
220:3, 220:9
vera
112:20
vernon
86:16, 86:23,
92:2
version
96:3, 305:23,

315:3, 353:17,
417:23
versions
410:14
via
2:1
vicinity
447:15
victim
42:13, 42:17,
60:21, 61:8,
85:13, 95:19,
99:8, 131:20,
174:20
victims
174:6, 384:10,
396:24
victor
102:23, 103:4
video
9:13
videographer
6:11, 9:1,
9:10, 11:2,
63:17, 63:21,
161:5, 161:9,
188:21, 189:1,
201:14, 201:18,
268:6, 268:10,
284:2, 284:6,
369:5, 369:9,
491:4, 491:8,
511:5
videotaped
1:19, 9:2,
360:19
view
83:22
viewed
42:12, 450:3,
450:16
violated
495:6
violent
364:24, 449:21,
449:24
violenting
26:23

visible
293:1
visibly
284:16
visit
89:3, 89:17,
186:6
visited
90:4, 184:4
visits
89:10, 89:24
vladimir
101:19
voice
161:3
voiced
223:21, 224:3
voices
413:3
voluntarily
194:14, 196:17,
247:16, 247:24
volunteered
99:2, 257:5,
399:7
voytek
50:2, 50:3,
50:5, 378:11
vulnerable
287:21, 335:8

**W**

wacker
5:13
wait
482:18, 489:8
waited
266:6, 489:5
waiting
421:10
wake
365:15
walk
270:20, 270:22
walked
193:20, 282:16,
311:2, 332:21,
381:12, 383:5,

383:16
walking
197:18
wall
25:5, 53:5,
53:11, 68:11,
117:4, 272:16,
277:6, 290:17,
330:5, 331:14,
333:4, 336:3,
339:24, 345:2,
373:23, 375:12
want
11:24, 12:17,
22:15, 32:14,
38:3, 41:21,
45:15, 50:2,
55:12, 62:17,
64:2, 75:5,
85:17, 94:8,
108:16, 111:7,
122:17, 130:13,
142:16, 155:18,
166:6, 171:9,
202:10, 206:8,
222:21, 232:16,
247:13, 256:7,
314:7, 322:24,
347:16, 348:10,
358:19, 381:10,
386:3, 400:24,
412:6, 470:11,
471:19, 482:18,
482:21, 483:12,
488:20, 488:21,
503:11
wanted
17:11, 17:18,
34:6, 66:24,
111:16, 111:22,
116:12, 124:6,
125:11, 126:3,
133:18, 157:5,
218:15, 229:14,
274:14, 275:2,
276:13, 283:7,
287:20, 288:2,
289:2, 291:12,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                            182

291:18, 291:24,
293:13, 295:4,
295:11, 295:13,
300:15, 301:4,
303:23, 307:14,
319:3, 323:19,
330:18, 332:15,
342:17, 345:10,
397:15, 398:3,
407:13, 407:20,
411:8, 420:17,
425:18, 440:8,
460:14, 469:4,
471:12, 503:5
**wants**
168:21, 308:9,
488:22
**warnings**
23:18, 51:7,
356:22, 460:10,
460:11, 460:13
**warrant**
33:10, 105:9,
106:7
**watch**
207:9, 234:16
**watching**
200:9, 211:14
**water**
23:12, 296:17,
372:14
**way**
20:3, 74:6,
85:9, 208:16,
209:9, 234:23,
238:24, 256:23,
271:17, 302:20,
308:14, 332:13,
346:8, 359:14,
362:19, 377:20,
424:12, 425:13,
448:6, 449:9,
465:8, 468:2,
489:10, 510:11
**we'll**
63:13, 145:19,
154:23, 162:2,
241:6

**we're**
22:5, 111:23,
156:12, 158:22,
162:4, 188:23,
201:16, 236:2,
268:8, 284:4,
369:7, 435:5,
482:17, 491:6,
511:7
**we've**
111:20, 317:17,
339:12, 401:11
**weapons**
152:10
**wearing**
39:7, 287:20
**wednesday**
1:21
**week**
159:13, 183:21,
224:10
**weeks**
112:18
**wehrle**
5:1
**weighed**
81:23
**weight**
450:10
**weingart**
23:5, 30:18
**went**
17:18, 77:5,
128:17, 131:3,
144:19, 162:20,
174:13, 193:3,
206:19, 208:4,
224:9, 248:20,
249:9, 256:23,
266:14, 287:12,
291:4, 305:14,
311:10, 327:7,
327:12, 327:22,
333:16, 335:21,
339:3, 339:5,
339:17, 339:23,
366:11, 372:20,
409:14, 411:7,

414:16, 416:13,
432:20, 447:3,
447:6, 447:8,
447:9, 457:8,
465:8, 466:21,
467:4, 468:4,
510:12
**weren't**
80:6, 80:19,
81:2, 230:17,
444:13, 508:20
**west**
4:19
**wetback**
106:23
**whatever**
280:15, 342:17,
345:10, 345:17,
434:11, 503:4,
509:24
**whatsoever**
387:17
**whereof**
512:22
**whether**
172:14, 209:15,
251:8, 452:16,
469:3, 469:13,
471:11, 496:9
**whispered**
282:17
**whole**
75:19, 141:22,
142:4, 307:23,
313:23, 345:2,
374:22, 416:10,
512:9
**wife**
16:13, 16:20,
17:3, 17:12,
148:19, 177:16,
177:21, 217:7,
223:7, 223:15,
224:17, 365:1,
365:15, 453:22
**wiley**
111:10, 112:6,
114:22, 115:19,

122:10
**wilhite**
6:11, 9:1,
9:10, 11:2,
63:17, 63:21,
161:5, 161:9,
188:21, 189:1,
201:14, 201:18,
268:6, 268:10,
284:2, 284:6,
369:5, 369:9,
491:4, 491:8,
511:5
**william**
129:6
**willing**
322:17, 380:20,
407:13, 407:19
**win**
272:22
**window**
15:11, 273:1,
373:16
**wise**
1:25, 2:4,
11:3, 512:5,
512:18, 512:28
**withdraw**
467:9
**withdrawn**
194:6, 445:21
**withheld**
57:3, 65:17,
95:11
**within**
30:20
**without**
40:13, 41:16,
43:11, 74:24,
85:6, 94:3,
108:11, 111:2,
122:11, 130:8,
288:20, 372:14,
432:12, 462:7,
462:8, 473:17
**witness**
11:5, 78:16,
83:21, 84:21,

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

183

91:8, 111:17,
156:10, 309:2,
374:8, 401:14,
469:10, 469:12,
469:13, 469:14,
490:9, 490:13,
490:21, 507:6,
512:7, 512:15
**witnessed**
66:18, 67:15,
69:10, 393:17
**witnesses**
57:11, 66:1,
66:5, 96:2,
96:9, 97:17,
122:20, 169:3,
313:6, 371:18,
372:6, 380:5,
494:9, 494:21,
510:5
**woman**
98:12, 211:14,
234:11, 322:18,
325:9, 363:15,
364:6, 364:17,
366:2, 422:1,
454:13, 455:2
**women**
261:23
**woodall**
56:6, 57:18,
59:11, 60:21,
128:17
**word**
307:21, 308:1
**words**
13:16, 18:11,
18:16, 180:24,
252:4, 318:5,
318:12, 324:10,
327:20
**work**
107:20, 135:3,
215:5, 298:13,
306:23, 324:4,
327:12, 327:22,
418:16, 419:2,
419:8, 419:23,

420:9, 423:15,
423:24, 424:24,
425:24, 427:4,
428:11, 428:14,
431:6, 431:14,
433:3, 453:21,
493:15, 493:24
**worked**
71:9, 71:10,
78:3, 80:11,
111:9, 158:3,
307:7, 327:20,
342:23, 493:21,
510:14
**worker**
349:22
**working**
195:7, 195:16,
205:2, 308:13,
309:12, 483:24,
484:11, 484:14
**world**
285:5
**worley**
10:14, 10:19
**worried**
274:19, 302:1
**wouldn't**
135:16, 244:9,
281:21, 291:11,
425:24, 490:22,
494:15, 503:20
**wounds**
382:4
**write**
13:16, 13:19,
20:5, 37:7,
47:9, 89:9,
120:9, 318:20,
319:3, 355:12,
359:3, 359:10,
401:4, 489:6,
490:11, 490:12,
490:15, 490:22,
494:16, 497:14,
503:4, 503:11,
503:12, 506:10
**writing**
448:5, 448:6,

490:1
**written**
20:4, 20:6,
49:8, 54:16,
89:24, 141:4,
281:13, 314:1,
314:8, 317:24,
318:4, 359:15,
378:14, 446:21,
501:5
**wrong**
285:7, 430:9,
486:2
**wrote**
81:10, 146:14,
146:22, 147:1,
147:7, 147:15,
147:17, 159:7,
160:22, 186:21,
235:19, 239:8,
281:19, 282:2,
355:11, 408:11,
414:2, 414:15,
416:12, 488:2,
490:6, 503:18,
506:9, 506:16

**Y**

**yacoub**
376:13
**yalda**
376:13
**yeah**
29:14, 56:10,
147:2, 279:16,
447:10, 447:18,
508:1, 508:20
**year**
77:6, 77:11,
445:18
**year-old**
45:9, 46:4,
375:11, 376:4,
378:2
**years**
37:21, 47:14,
49:21, 76:22,
81:22, 82:7,

84:22, 222:13,
368:22, 481:20
**yell**
444:9
**yep**
120:6, 309:20
**yesterday**
121:9
**young**
132:2
**yourself**
9:15, 75:1,
85:7, 94:4,
108:11, 111:2,
116:13, 122:12,
130:8, 305:15,
466:11, 473:11,
493:16
**yourselves**
105:24
**youth**
46:18, 298:11

**Z**

**z-a-y-e-d**
55:15
**zayed**
55:15, 56:1,
56:8, 56:15,
56:20, 57:2,
57:10, 59:3,
60:3
**zoom**
2:2

**$**

**$1**
30:19
**$200**
452:19
**$600**
452:15, 452:17,
454:20

**.**

**.11**
7:4
**.119**
7:11, 7:12

Transcript of Reynaldo Guevara
Conducted on December 9, 2020

184

**.143**
7:13
**.148**
7:14
**.159**
7:15
**.162**
7:16
**.236**
7:17
**.241**
7:18
**.242**
7:19
**.29**
7:10
**.316**
7:20
**.321**
7:21
**.351**
7:22
**.414**
7:23
**.437**
7:24
**.440**
8:3
**.443**
8:4
**.446**
8:5
**.456**
8:6
**.483**
7:5
**.484**
7:6

**0**

**00**
324:5, 426:2,
426:15, 427:4,
428:12, 428:21,
439:11, 441:2,
442:13, 459:7,
464:2
**0070**
3:19

**0090**
5:16
**01028**
1:9, 9:7
**02**
63:22
**06**
201:18, 284:2

**1**

**1**
7:13, 161:5,
161:9, 188:21,
189:1, 201:14,
323:24, 426:2,
426:9
**10**
7:21, 260:23,
268:15, 321:7,
321:8, 321:11,
328:10, 328:15,
413:11, 418:18,
419:2, 421:15,
421:23, 491:4
**11**
1:22, 7:22,
9:9, 63:18,
99:1, 235:20,
351:20, 351:21,
351:24, 352:13,
356:15, 361:2,
423:23, 439:7
**1180**
3:16
**12**
7:23, 63:22,
161:5, 414:24,
415:1, 415:4,
416:12, 420:8,
423:6, 424:24,
439:5
**120**
4:9, 81:23
**1240**
4:20
**13**
1:22, 7:24,
9:9, 437:18,

437:19, 439:7,
444:5
**14**
8:3, 86:11,
440:17, 440:19,
442:13
**141**
4:19
**15**
8:4, 45:19,
46:4, 47:14,
81:22, 378:2,
413:11, 424:24,
443:19, 443:21,
445:18, 456:8
**16**
8:5, 446:11,
446:13, 446:19
**17**
8:6, 159:19,
161:14, 162:15,
164:12, 375:11,
376:4, 456:4,
456:5, 483:7
**18**
1:9, 1:15, 9:7,
76:22, 159:8,
442:11, 466:4
**19**
76:22, 491:8
**1983**
22:24, 86:4,
372:13
**1984**
33:4, 94:11,
94:17, 372:24
**1986**
33:9
**1988**
75:12, 75:24,
80:13
**1989**
77:19, 78:8,
80:6, 80:20,
81:3
**1990**
111:10, 120:2,
120:21

**1991**
64:5, 64:13
**1993**
13:9, 46:6,
85:22, 86:10,
373:9, 378:2
**1994**
42:6, 42:11,
374:16
**1995**
38:6, 375:10
**1996**
55:16, 56:1,
56:15
**1997**
50:5, 376:4,
378:11
**1998**
128:17, 130:23,
148:8, 154:24,
159:8, 236:8,
317:2, 446:6,
446:22, 447:2,
456:11, 461:6,
480:11
**1999**
77:17
**1:-cv**
1:9, 1:15, 9:7
**1st**
94:11

**2**

**2**
7:14, 201:18,
268:7, 268:10,
426:15
**20**
76:7, 82:7,
235:20, 284:6,
368:22
**2000**
4:10, 108:22,
437:8, 437:23,
440:15, 443:17,
445:19, 456:1,
456:9
**2013**
472:11

**2015**
472:17
**2017**
370:12, 474:5,
475:11
**2020**
1:21, 9:8,
512:23
**205**
7:19, 242:14
**206**
7:18, 241:11
**21**
447:11, 483:16
**22**
23:11, 369:5,
372:14, 452:3
**23**
161:9, 438:5
**2312**
1:15
**2313**
9:7
**235**
3:19
**24**
35:10, 120:21
**243**
3:11
**25**
352:13
**257**
317:3
**259**
317:3
**26**
323:23
**266**
7:15, 159:3,
159:6
**27**
421:2, 421:15,
421:23, 429:6
**28**
49:21, 418:18,
424:22, 425:1,
427:4, 512:23
**29**
472:11, 472:17

**294**
7:21, 321:11
**296**
323:11
**2nd**
148:8, 172:17

---
3
---

**3**
7:15, 241:22,
284:2, 284:6,
324:5, 427:4,
439:11
**30**
235:20, 235:21,
236:8, 260:23,
323:24, 370:12,
409:15, 413:4,
423:6, 423:23,
426:9, 439:7,
440:15, 443:16,
446:6, 446:22,
447:2, 447:17,
447:19, 452:2,
464:4, 474:4,
475:11, 482:15
**300**
7:21, 321:11
**311**
3:8, 5:13
**312**
3:11, 5:8,
5:16, 6:8
**3314**
4:22
**340657**
1:23
**341**
7:23, 415:4
**35**
369:10, 382:23
**36**
511:7
**3705**
4:12
**39180**
7:10, 29:4
**3rd**
3:9, 3:17,

42:6, 120:2,
240:19, 243:5,
329:22, 456:1,
456:11

---
4
---

**4**
7:16, 143:4,
143:18, 242:19,
243:5, 369:5,
369:10, 428:12,
428:21
**4/4/98**
7:20
**40**
84:22, 245:8,
383:11, 481:20
**4006**
7:22, 351:24
**4014**
7:22, 352:1
**418**
7:13, 142:21
**419**
7:13, 142:22
**426**
7:17, 236:6
**434**
244:22
**44**
188:21
**446**
7:17, 236:6
**45**
143:4, 143:5,
143:18, 143:19,
189:1
**468**
7:14, 147:24,
148:6
**476**
7:14, 148:1,
148:6
**48**
179:6
**4th**
317:2, 352:12,
437:8, 437:23,

439:11, 441:3,
459:24, 464:2

---
5
---

**5**
7:17
**5-feet**
82:7
**5-foot**
76:8, 76:23
**50**
37:21
**500**
5:6, 6:6
**51**
242:19, 243:5
**512**
1:24
**52**
63:18
**5200**
5:14
**5215**
7:24, 437:21
**5231**
437:24
**5234**
439:2
**5251**
7:24, 437:21
**5268**
440:17
**5368**
8:3, 440:18
**537339**
7:11, 120:1
**537346**
7:11, 120:1
**537349**
7:12, 120:19
**537354**
7:12, 120:20
**5388**
440:24
**5389**
442:9
**5393**
8:3, 440:18

Transcript of Reynaldo Guevara
Conducted on December 9, 2020                                    186

**54**
201:14, 268:7
**5461**
8:4, 443:20
**5479**
444:5
**5493**
8:4, 443:20
**55**
268:10
**57**
241:22
**585**
7:16, 162:13
**5900**
3:11
**5971**
5:8, 6:8

**6**

**6**
7:18, 409:15,
413:4, 491:4,
491:8, 511:7
**603**
5:8, 6:8
**604**
164:7
**60602**
4:11, 5:7, 6:7
**60604**
4:21
**60606**
5:15
**60607**
3:10
**60642**
3:18
**613**
163:17
**615**
7:16, 162:13
**6200**
202:13
**6234**
202:19, 457:19,
458:3
**63**
452:2, 461:2

**630**
4:22
**6305**
8:5, 446:15
**6306**
449:17
**6308**
449:18
**6330**
452:2
**6356**
446:16
**6357**
446:17
**6360**
8:5, 446:15
**6366**
8:6, 456:7
**6383**
457:17
**6387**
460:5
**6390**
461:2, 462:6
**6394**
466:24
**6401**
463:23
**6402**
466:3
**6419**
459:4
**6427**
8:6, 456:7

**7**

**7**
7:19
**735**
4:22
**773**
3:19
**786**
4:12

**8**

**8**
143:5, 143:19

**855**
4:12
**8th**
108:22

**9**

**9**
7:20, 441:2,
442:13, 459:7,
464:2
**90**
461:2
**982**
5:16
**9th**
1:21, 9:8