# EXHIBIT KKKKK

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                          **Date:** 4/0/98

**To:** CHICAGO

**From:** SSA RONALD T. HOSKO
        VC-1

**Approved By:** SSA RONALD T. HOSKO

**Drafted By:** tdt

**Case ID #:** 000-000

**Title:** THIS IS TO AUTHORIZE
OPENING AND ASSIGNING
THE BELOW-LISTED CASE
TO SQ. VC-1 IN THE
CHICAGO DIVISION

## O P E N   A   C A S E

**CLASS:** 7     **CATEGORY:** AC    **CPI:** None

**ASSIGED TO:** Stiller     **STATUS:** P

**TITLE:** Unsub(s);
Maria Guadalupe Soto — victim;
Santiago Soto — victim;
Kidnapping;

O&A ↓
to
Stiller
RTHS

7A-CG-107012-1

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** PRIORITY                              **Date:** 04/02/1998

**To:** FBI Headquarters          **Attn:** CID, VCMOS, VCU
Mexico City
Los Angeles

**From:** Chicago
VC-1
**Contact:** SA Joseph Stiller    x 312-431-1333

**Approved By:** Hosko Ronald T

**Drafted By:** Stiller Joseph/s

**Case ID #:** 7A-CG-107012 (Pending) -2

**Title:** Unsub(s);
Maria Guadalupe Soto-Victim;
Santiago Soto-Victim;
Kidnapping-Preliminary Inquiry;

### CHILDREN MISSING FROM THE SCENE OF THE APPARENT
### DOUBLE HOMICIDE OF THE CHILDREN'S PARENTS

**Enclosures:** Enclosed for Los Angeles and Mexico City are two photographs depicting the captioned victims.

**Synopsis:** To advise FBIHQ of the initiation of captioned matter and to request lead coverage by Legat, Mexico City and Los Angeles.

**Administrative:** Re telcals of CG SSA Ronald T. Hosko to VCU SSA Mark Juliano and Legat Mexico City on 4/3/98.

**Details:** For information of receiving offices, Chicago initiated captioned Kidnaping - Preliminary Inquiry based on information received from the Chicago Police Department. Captioned victim's parents, MARIANO and JACINITA SOTO, were discovered deceased at their residence, 2071 North Leavitt, Chicago, Illinois by members of the Chicago Police Department (CPD) on 4/1/98. The parents appear to be victims of a homicide, although autopsies of the remains are not complete as of this communication. The parents appear to have suffered from numerous stab wounds and appeared to have been deceased for several days prior to the discovery of their bodies.

Interviews of family members by the CPD revealed that the two captioned victims resided with their parents. Santiago Soto just turned three years old and Maria Soto is an infant, born 1/17/98. Checks of the residence and interviews with relatives have not located the children. The last time the

7A-CG-107012-2

deceased were reportedly seen alive was the weekend of March 28, 1998. The children's whereabouts are unknown at this time.

Information obtained from associates and family members of the deceased reveal that the paternal grandfather, USEVIO SOTO, resides in San Jose de Otar, Mexico and can only be reached at telephone 1011524744066, which is a community phone. Attempts to reach USEVIO SOTO by the CPD at this number have been unsuccessful. San Jose de Otar is allegedly a small community.

In addition, several pieces of mail with return addresses were located inside the residence, a basement apartment. One such piece of mail had a return address of SANTIAGA RODRIGUEZ, San Jose de Otates, Guano Juato, Mexico 36480. Rodriguez is supposed to be the mother of JACINITA SOTO. A second piece of mail, addressed to JACINITA SOTO was also located. It had a return address of JUAN SALDONA, 925 North Herrington, San Bernadino, California 92411. SALDONA's relationship with the SOTOs is unknown.

It is believed possible that family members found the bodies of MARIANO and JACINITA SOTO prior to the CPD arrival and spirited the victim children away, fearing that authorities would take protective custody of them.

The Legat, Mexico City is requested to attempt to locate USEVIO SOTO in San Jose de Otar, Mexico and SANTIAGA RODRIGUEZ in Guano Juato, Mexico. If located, determine if the captioned victims are with interviewee or determine if they are aware of the location of the victims. If with interviewee, ascertain when and how he or she came into custody of the children. Request him to contact Lieutenant Yvonne Sutor of the Chicago Police Department's Area Five Youth Division at 312-746-8365 or Detective Halvorsen at the CPD's Area Five Violent Crimes Unit at 312-746-8282.

**Descriptive Data:**

>     Reference
>     Name -
>         Last:                    Soto
>         First:                   Maria
>         Middle:                  Guadalupe
>         DDN:
>         Race:                    W
>         Sex:                     F
>         DOB:                     01/17/1998
>
>     Reference
>     Name -
>         Last:                    Soto
>         First:                   Santiago
>         Middle:
>         DDN:
>         Race:                    W

2

```
Sex:                    M
DOB:                    03/23/1995
```

3

SDT-FBI-04

**LEAD (s):**

**Set Lead 1:**

    <u>CRIMINAL INVESTIGATIVE</u>

        <u>AT WASHINGTON, DC</u>

        The VCU is requested to review this communication.

**Set Lead 2:**

    <u>MEXICO CITY</u>

        <u>AT SAN JOSE DE OTAR, MEXICO</u>

        Attempt to locate Usevio Soto and Santiaga Rodriguez. Expeditiously conduct investigation as requested.

**Set Lead 3:**

    <u>LOS ANGELES</u>

        <u>AT SAN BERNADINO, CALIFORNIA</u>

        Attempt to locate Juan Saldona. If located, determine Saldona's relationship with the deceased and ascertain whether Saldona has any knowledge concerning the whereabouts of the victims.


**CHILDREN MISSING FROM THE SCENE OF THE APPARENT
DOUBLE HOMICIDE OF THE CHILDREN'S PARENTS**


♦♦


4





SDT-FBI 06



# FBI FACSIMILE

## COVERSHEET

**PRECEDENCE**

☐ Immediate
☒ Priority
☐ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted: _____
Sender's Initials: _____
Number of Pages: _____
(including coversheet)

To: _CID, Vamos, VCU_    Date: _4/3/98_
   Name of Office

Facsimile Number: _202-324-4316_

   Attn: _Juliano_
       Name          Room       Telephone

From: _CG_
       Name of Office

Subject: _Attaches_

Special Handling Instructions: _For Review_

Originator's Name: _Stiller_    Telephone: _312-431-1333_

Originator's Facsimile Number: _312-786-2525_

Approved: _____

Brief Description of Communication Faxed: _____

**SDT-FBI 07**

# VIOLENT CRIMES TASK FORCE

### Chicago Division
219 South Dearborn, Room 905
Chicago, Illinois 60604
(312) 431-1333

  

| TERRY G. HILLARD, SUPERINTENDENT | SAC HERBERT L. COLLINS, JR. | MICHAEL F. SHEAHAN, SHERIFF |
|---|---|---|
| Chicago Police Department | FBI - Chicago | Cook County Sheriff's Police |

**PRECEDENCE**

☑ Immediate
☐ Priority
☐ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☑ Unclassified

Time Transmitted: _10:47_
Sender's Initials: _____
Number of Pages: _6_
(including coversheet)

To: _FBI LA_
Name of Office

Date: _7/3/98_

Facsimile Number: _____

Attn: _____
Name        Room        Telephone

From: _FBI CG_
Name of Office

Subject: _SOTO_
_KIDNAP - P1_

Special Handling Instructions: _HAND CARRY —_
_SSA PARSONS_

Originator's Name: _HOSKO_            Telephone: _312 786-2747_

Originator's Facsimile Number: _____

Approved: _____

Brief Description of Communication Faxed: _RC & photos_

******* TANDVFAX 1000 *** -JOURNAL- ************ DATE 04/03/1998 ***** TIME 09:54 ********

| NO. | COM | DOC | DURATION | X/R | IDENTIFICATION | DATE | TIME | DIAGNOSTIC |
|-----|-----|-----|----------|-----|----------------|------|------|------------|
| 17 | OK | 06 | 00:03'12 | XMT | T | 0115252075871 | 04/03 | 09:51 | 842480AE0808 |

SDT-FBI 09

FD-448 (Rev. 2-16-95)



# FBI FACSIMILE

# COVERSHEET

**PRECEDENCE**
☐ Immediate
☒ Priority
☐ Routine

**CLASSIFICATION**
☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted: _____
Sender's Initials: _____
Number of Pages: _____
   (including coversheet)

To: _Legat Mexico City_ _____  Date: 4/3/98
      Name of Office

Facsimile Number: __011-525-207-5871__

Attn: _____
     Name         Room    Telephone

From: _CG_ _____
       Name of Office

Subject: _Attached_ _____

_____

_____

Special Handling Instructions: _Expeditious Handling_

Originator's Name: _Stiller_    Telephone: _312-431-1333_

Originator's Facsimile Number: _312-786-2525_

Approved: _____

Brief Description of Communication Faxed: _____

_____

_____

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                    **Date:** 04/09/1998

**To:** FBI Headquarters          **Attn:** CID, VCMOS, VCU
      Chicago                    **Attn:** VC-1
                                        SA Joseph Stiller

**From:** Los Angeles
        Riverside RA, Squad 1
*Tom/RDP*   **Contact:** SA Ann Kirkland-Nickel, (909) 248-6537

**Approved By:** Parsons Randy D

**Drafted By:** Kirkland-Nickel Ann:akn

**Case ID #:** 7A-CG-107012  (Pending)  -9

**Title:** UNSUB(s);
        MARIA GUADALUPE SOTO - Victim;
        SANTIAGO SOTO - Victim;
        KIDNAPING - Preliminary Inquiry

### CHILDREN MISSING FROM THE SCENE OF THE APPARENT
### DOUBLE HOMICIDE OF THE CHILDREN'S PARENTS

**Synopsis:** To acknowledge discontinuance of lead.

**Reference:** 7A-CG-107012 Serial 2

**Administrative:** Re telcall from SSA Ronald T. Hosko to SSA Randy
D. Parsons on 04/09/98.

**Details:** Per telcall dated 04/09/98, from SSA Ronald T. Hosko to
SSA Randy D. Parsons, in which Hosko discontinued referenced
lead, EC dated 04/02/98, no further investigation remains at
Riverside, California.

### CHILDREN MISSING FROM THE SCENE OF THE APPARENT
### DOUBLE HOMICIDE OF THE CHILDREN'S PARENTS

♦♦

7C-CG-107012-9

SEARCHED_____ INDEXED____
SERIALIZED_____ FILED____

APR 10 1998

FBI — CHICAGO

*Stiller*

+. 099akn03.ec

**SDT-FBI 11**

FD-350 (Rev. 5-8-81)

(Indicate page, name of newspaper, city and state.)

Pg. 1, Sec. 2
Tribune
Chicago, IL

Date: 3/3/98
Edition: Chicagoland North

Title: Children of dead Bucktown couple still missing

Character: or Classification: Chicago
Submitting Office:

Indexing:

(Mount Clipping in Space Below)

# Children of dead Bucktown couple still missing

**By Phuong Le and Steve Mills**
TRIBUNE STAFF WRITERS

Police on Thursday night were still searching for two young children, one of whom is autistic, whose parents were found stabbed to death in the family's Bucktown apartment Wednesday.

The bodies of Mariano Soto, 39, and Jacinita Soto, 35, were discovered by police in the couple's basement apartment Wednesday night after a niece reported not hearing from them, said Central Area Violent Crimes Sgt. Frank Cappitelli.



The Soto children.

The couple's children—Santiago Soto, 3, who is autistic, and Maria Guadalupe Soto, 2 months—were not in the apartment in the 2000 block of North Leavitt Street when police arrived at the scene, police said.

Detectives were talking to relatives and distributing bulletins in the neighborhood in an effort to find the children, said Grand Central Area Cmdr. Philip Cline.

The Sotos each suffered multiple stab wounds and appeared to have been dead over the weekend because their bodies showed some signs of decomposition, police said.

Cline said detectives were investigating the crime as a double murder. He left open the possibility that domestic trouble may have been at the root of the crime since the knife that police found at the couple's home was under the husband's body.

It may have been possible, Cline said, that Mariano Soto had killed his wife and then killed himself. Tests were being conducted on the knife to determine if it caused all the wounds to the couple, he said.

"Our most important concern is trying to locate the children who are missing," Cline said. "If we find the kids, we'll be a lot closer to solving this."

Police were called to the couple's home at 4:45 p.m. Wednesday on a "well-being check."

Worried relatives called police to report that they had not seen or heard from the couple for several days, Cappitelli said.

The building's janitor forced open the locked apartment door about 6:30 p.m. and police discovered the woman's body in the bedroom and the man's body in the kitchen, he said.

He would not reveal details about the condition of the apartment.

The Sotos, described by neighbors as a quiet, friendly couple, were last seen around their home last Friday, said police and building residents.

Maria Aranda, who lives next to the Sotos' basement apartment, said the couple often stopped to greet her, but for the most part kept to themselves. She said the husband worked while his wife stayed at home with the young children.

"I have no idea where the kids may be," she said, adding that the couple had relatives in Mexico.

The Sotos apparently moved to Bucktown from West Humboldt Park about five months ago to live in a better neighborhood, said Andy Soto, who managed the apartment where the Sotos previously lived. He was not related to them.

On Thursday, the Sotos' green Buick was parked in front of the building with a red anti-theft device still locked on the steering wheel. Residents going to and from the three-story brick house appeared shaken by the incident and said they were surprised that such a brutal crime could happen in the neighborhood.

7C-CC-107012

SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_____

APR 14 1998

FBI - CHICAGO

FBI/DOJ

(Mount Clipping in Space Below)

# Explanation for killings stuns victim's brother

**BY BRYAN SMITH**
STAFF REPORTER

Pedro Soto could only shake his head when he heard why his brother and sister-in-law had been killed and their children kidnapped.

"I cannot say," he said, looking down. "It's shock. A terrible shock."

The arrests did bring some relief.

"We feel like we can relax a little now," he said, because the family is no longer worried that the killers might return.

As for those charged, the brother said, "They have to pay for their crime."

He remembered how happy Mariano Soto and his wife, Jacinita, had been with their two children. Now the family hopes to raise the 3-year-old boy and 2-month-old girl.

Pedro Soto said the family had already made plans to fly the couple's bodies to Mexico, where they will be buried in San Jose De Otates, the small village that the family emigrated from.

(Indicate page, name of newspaper, city and state.)

Pg. 3
Sun-Times
Chicago, IL

Date: 3/6/98
Edition: Late Sports Final

Title: Explanation for killings stuns victim's brother

Character:
or        Chicago
Classification:
Submitting Office:

Indexing:

7C-CG-107012

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

APR 14 1998

FBI - CHICAGO

FBI/DOJ

SDT-FBI 13

FD-350 (Rev. 5-8-81)

(Mount Clipping in Space Below)

| (Indicate page, name of newspaper, city and state.) | Pg. 1 Sun-Times Chicago, IL |
|---|---|
| Date: Edition: | 3/6/98 Late Sports Final |
| Title: | Plot to steal baby tied to Bucktown slayings |
| Character: or Classification: Submitting Office: | Chicago |
| Indexing: | |

# Plot to steal baby tied to Bucktown slayings

**BY JIM RITTER AND MICHELLE ROBERTS**
STAFF REPORTERS

Unable to have children after four years of marriage, Adriana Mejia faked a pregnancy, then scouted a hospital clinic for a baby to steal, police say.

Mejia spotted a baby she liked and followed the mother home March 27, police said. Later that night, she and two accomplices returned to the Bucktown home, stabbed Mariano and Jacinita Soto to death and carried off their 2-month-old daughter and 3-year-old son, police said.

The children, Maria and Santiago, were found unharmed 1½ days after the deaths were discovered and a massive search was launched.

Mejia, 22, her cousin Arturo Leon, 25, and Gabriel Solache, 23, were charged Sunday with murder and kidnapping.

"It was just an overwhelming desire to have children that she was willing to go to such lengths," said police spokesman Kevin Morison. "It's an unbelievable story."

This is the second time in recent years that a Chicago area woman has been accused of faking a pregnancy and killing a mother to steal a baby. But police said they do not believe the latest crime is a copy-cat murder.

The three suspects came to Chicago from the same part of Mexico and live in the same building in the 6200 block of South Mozart.

All of them gave statements incriminating themselves and face the death penalty if convicted, police said. They were being held without bond and are to appear in court today.

Mejia, who appears heavyset in her police photo, had told her husband and friends for nine months that she was pregnant. When she passed her supposed due date without giving birth, she allegedly plotted the murders and kidnapping.

She paid Leon $600 to help out, and Leon recruited Solache, police said.

"She said they knew they were going to have to kill the parents to get the baby," Area 5 Cmdr. Philip Cline said of Mejia.

On March 27, Mejia and Leon visited a clinic at the University of Illinois at Chicago Medical Center, 1919 W. Taylor, where they spotted Jacinita Soto, 35, with two children. Mejia followed Soto to Soto's home in the 2000 block of North Leavitt, police said.

Around 3 a.m. the next day, Mejia and her accomplices knocked on the door of the Sotos' basement apartment. When Jacinita answered the door, she was stabbed. Her 39-year-old husband, Mariano, was killed while sleeping in bed.

Each of them was stabbed more than 20 times, police said.

The suspects took the Sotos' children, and Mejia tried to pass Maria off as her own baby, claiming she gave birth at the UIC hospital, police said.

"She said, 'I've had a baby girl. Pick me up in the morning,'" Cline said.

To make the baby look like a newborn, Mejia put a piece of medical tape over Maria's navel. And Mejia convinced her husband that she had given birth to a large baby, police said.

When her husband picked her up from the hospital, Mejia allegedly had both Soto children and explained that a pregnant mother at the hospital had asked her to take care of the toddler, Santiago.

The scheme began to fall apart when Mejia's husband, Rosauro, saw Santiago's picture in news reports and took the boy to a police station, police said.

Police went to Mejia's home, where they found Adriana Mejia with the missing baby. Rosauro Mejia, 23, did not suspect his wife's deception and has not been charged, police said.

Leon and Solache accompanied Rosauro Mejia when he took the boy to the police station. "They felt that would take the heat off them," Cline said.

But Rosauro Mejia did not realize the girl he thought was his daughter was actually the one being sought, Cline said.

"I just had a newborn. That's what makes this so scary," said Fred Garcia, 28, who lives across the street from the Mejias. "Time to move, I guess."

Garcia said his family had a garage sale last summer and that Mejia bought some of his wife's maternity clothes.

In a grisly coincidence, the Sotos' were killed hours after a DuPage County jury sentenced Jacqueline Annette Williams to death for the 1995 killings of two Addison children and their pregnant mother, whose full-term baby was cut from her womb.

Prosecutors said Williams was desperate to present her boyfriend with a baby. She shot Debra Evans in the head and cut Evans' child from her womb. The baby survived. Two other defendants are awaiting trial.

Morison said there is no indication Mejia was influenced by the case.

**Contributing:** *Associated Press, Gary Wisby*

SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_____
APR 14 1998
FBI - CHICAGO

FBI/DOJ

SDT-FBI 14

FD-350 (Rev. 5-8-81)

(Mount Clipping in Space Below)

| | |
|---|---|
| (Indicate page, name of newspaper, city and state.) | Pg. 5, Sec. 1<br>Tribune<br>Chicago, IL |

# Slain couple's kids found safe, well

The two young children of the Bucktown community couple found stabbed to death earlier this week, have been located alive and well, authorities said Friday.

Santiago Soto, 3, and Maria Guadalupe Soto, 2 months, were taken to hospitals for examination. They later will be placed in the care of the Illinois Department of Children and Family Services, a DCFS spokesman said.

Police said the children were found in an undisclosed location in the city, but wouldn't say how they were located or whom they were with. Both children appeared to be in good health., said police department spokesman Pat Camden.

A search was launched for them after their father, Mariano Soto, 39, and mother, Jacinita, 35, were found dead Wednesday in their apartment in the 2000 block of North Leavitt Street.

They had been dead for several days, police said.

Date: 4/4/98
Edition: Chicagoland North

Title: Slain couple's kids found safe, well

Character:
or
Classification: Chicago
Submitting Office:

Indexing:

7C-CC-107012

SEARCHED_____INDEXED
SERIALIZED_____FILED

APR 14 1998

FBI - CHICAGO

FBI/DOJ

FD-350 (Rev. 5-8-81)

(Indicate page, name of newspaper, city and state.)

Pg. 1
Sun-Times
Chicago, IL

Date: 4/4/98
Edition: Sports Final

Title: Bucktown babies safe

Character:
or
Classification:
Submitting Office: Chicago

Indexing:

(Mount Clipping in Space Below)

# Bucktown babies safe

**BY MICHELLE ROBERTS**
CRIME REPORTER

A missing baby and toddler were found unharmed on the South Side on Friday, ending a 1½-day search after their parents were found slain in their Bucktown apartment.

Santiago Soto, 3, was taken to the Chicago Lawn District police station Friday morning, and his 2-month-old sister, Maria, was later found in a home, sources said.

Police were interviewing the person who took the boy to the station and the people who were found with the girl. Santiago, who is autistic, spent much of Friday afternoon at Area 5 police headquarters as officers spoke with relatives, a source said.

"It's a big jigsaw puzzle that they're trying to put together," Area 5 Sgt. Joe Kasala said. "They're interviewing many people, and they have several suspects they're questioning.

"The kids were not in danger."

There was evidence that Santiago and his sister had been bathed and had their clothes changed before being removed from their home, a source said. But dried blood was found on the boy's winter jacket, another source said.

Mariano Soto, 39, and his wife, Jacinita, 35, were found stabbed to death Wednesday evening in their basement apartment in the 2000 block of North Leavitt after friends and relatives hadn't seen the family since last week.

Police were investigating whether they killed each other during a knife fight. There were no signs of forced entry or a struggle at the apartment, police said. The children were not in the home when police found the bodies.

Investigators speculated Thursday that a relative might have gone to the apartment, found the bodies and removed the children so they would not be placed in foster homes.

Another possibility is that the couple were killed by someone they knew, who then took the children away.

The brother and sister were taken to hospitals for checkups and then were to be placed with a foster family, state Department of Children and Family Services spokeswoman Delores Walton said.

While DCFS usually tries to find a relative to house the children, Cook County Public Guardian Patrick Murphy said that "this is not a normal case because there is a murder."

Police may want to interview the 3-year-old, in which case DCFS might be asked to place the child at La Rabida Children's Hospital or Mount Sinai Hospital Medical Center—both of which have "victim sensitive interview programs."

Experts there would try to talk to the older child, Murphy said.

**Contributing:** *Mary Houlihan-Skilton*




**Santiago Soto**   **Maria Soto**
*Siblings found unharmed on S. Side*

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
APR 14 1998
FBI - CHICAGO

FBI/DOJ

SDT-FBI 16

FD-350 (Rev. 5-8-81)

(Mount Clipping in Space Below)

(Indicate page, name of newspaper, city and state.)

Pg. 1
Defender
Chicago, IL

Date: 4/6/98
Edition:

Title: 3 charged in double homicide

Character:
or
Classification: Chicago
Submitting Office:

Indexing:

# 3 charged in double homicide

**by Karen Shields**

The mystery surrounding the double murder of a Bucktown couple and the abduction of their two children unraveled Sunday when three people were charged with the heinous crime.

Adriana Mejia, 26, Arturo Leon, 25, and Gabriel Solache, 23, all of the 6200 block of North Mozart Street were charged each with two counts of first-degree murder, two counts of aggravated kidnapping and two counts of home invasion.

Police describe Mejia as the main culprit behind the stabbing deaths, saying that she plotted to kill Jacinita Soto, 35, and her husband, Mariano Soto, 39, in order to kidnap their newborn baby.

The couple was found stabbed to death Wednesday evening inside their Bucktown home. Police were first alerted to the murder scene Wednesday, April 1, when Mariano Soto's co-workers called police because he had not shown up for work in a few days. Responding to the call, police went to check on the family's well-being, at which time they discovered their blood-covered bodies.

Mejia, according to police, had for months led her husband to believe that she was pregnant.

"Adriana convinced her husband she was having a baby, even though she wasn't," Grand Area Violent Crimes Sgt. Michael Patton said.

When time neared for her false due date, the victim became her prey, police said.

"She found the victim (Jacinita) at the University of Illinois Hospital, followed her home and concocted a plan to steal her baby," Patton added.

The selection of the victim was random, Patton said adding, "she (Mejia) liked the look of the (Soto) baby.

It was reported that Mejia convinced both Leon and Solache, who were boarders at her home, to help her carry out the gruesome plan that she had allegedly devised.

Police said that sometime on Saturday, March 28, the trio arrived at the Soto home, located in the 2000 North Leavitt Street, and when Jacinita Soto answered the door they allegedly stabbed her to death.

After entering the home they found Mariano Soto sleeping in another room and stabbed him to death, after which time they fled with the couple's three-year-old son Santiago and their two-month-old daughter Maria, taking them to the offender's house, police said.

Police said that Mejia then claimed the victim's newborn child as her own, telling her husband that she was taking care of the three-year-old for a couple of days, Patton said.

While watching the news, this past Friday, April 3, Mejia's husband saw the picture of the three-year-old and contacted authorities. He then took the police station, causing police to go to his house where they subsequently found the two-month-old baby girl.

7-CrC6 -107012

SEARCHED _____ INDEXED _____
SERIALIZED _____ FILED _____

APR 14 1998

FBI - CHICAGO

FBI/DOJ

SDT-FBI 17

FD-350 (Rev. 5-8-81)

(Indicate page, name of newspaper, city and state.)

Pg. 1, Sec. 1
Tribune
Chicago, IL

Date: 4/7/98
Edition: DuPage Edition

Title: Cops tell of woman's 5-day hunt for a baby

Character:
or
Classification: Chicago
Submitting Office:

Indexing:

(Mount Clipping in Space Below)

# Cops tell of woman's 5-day hunt for a baby

## Tangled in deceit, she scouted area hospitals, they say

**By Steve Mills and Abdon M. Pallasch**
TRIBUNE STAFF WRITERS

Walking through the first-floor lobby at the University of Illinois Medical Center, Adriana Mejia caught a glimpse of everything that she wanted but did not have: a woman with a child in a stroller and another child at her side.

She had known for three years that she was infertile, according to police and prosecutors, yet her desire to have a child of her own had not waned.

So for five days Mejia traveled from one hospital to another. When she saw Jacinita Soto talking on a pay phone with her two kids, 3-year-old Santiago and 2-month-old Maria Guadalupe, by her side, she decided her search was over, police said.

She got on a bus and followed them home.

What happened from there is a tale of deception and murder, according to authorities, as Mejia allegedly arranged the killings of a young couple and the kidnapping of their children. She and two others face murder charges after their arrests last weekend.

Mejia's longing was so great, according to police, that she had deceived her husband and family for nearly nine months, telling them she was pregnant.

Then, she deceived them again, police said. She said the infant she had brought home was hers when it was not and claimed that another child had been given to her.

As new details emerged Monday about the murders of Soto, 35, and her husband, Mariano, 37, police and prosecutors portrayed the 22-year-old Mejia as a woman desperate for a child.

And in fact she told her husband in August she was pregnant. She told him, he said in an interview, that their child probably had been conceived around June. And he had no reason to doubt her. He was unaware she was infertile.

Experts say the desire to have a child can be so great, so palpable, that women can actually fool their bodies, bringing on a condition called pseudocyesis, in which their hormone levels mimic pregnancy. Other women simply gain weight or strap on pillows to appear to be pregnant.

Mejia fooled her husband, he said, by putting on pounds. But few women ever go to the lengths that Mejia is alleged to have taken.

"This is not even on the screen of responses," said Susan Fisher, a professor of clinical psychiatry at the University of Chicago. "Many infertile women may have fantasies of stealing a baby], but the line between fantasy and actually kidnapping is a lead-lined concrete wall 300 miles wide."

Not only husbands and relatives can be hoodwinked, but so can doctors, said John Gianopoulos, chair of obstetrics and gynecology at Loyola Medical Center in Maywood. "Under extreme psychological stress, the pituitary will start secreting the hormones that stimulate the ovary to produce the pregnancy hormones of estrogen and progesterone," he said. "In every way, they can look like a pregnant woman."

For months, nothing in the way Mejia looked or acted betrayed her secret to her husband, Rosauro Mejia.

Rosauro Mejia said that when his mother visited from Michoacan, Mexico, where they both are from, his wife brought her to her doctor's appointments. Police said those appointments were just regular doctor's exams, and that earlier claims to have had a miscarriage also were untrue.

On Tuesday, March 24, Mejia told her husband she was having labor pains, so he brought her to Mt. Sinai Hospital Medical Center,

SEARCHED ___ INDEXED ___
SERIALIZED ___ FILED ___
APR 14 1998
FBI - CHICAGO

FBI/DOJ

SDT-FBI 18

Rosauro said in an interview. He brought her home after she told him that it was a false alarm.

Two days later, on Thursday, she asked him to bring her to the U. of I. She called later and she said she could not have the baby that night. Her reason: He had not filled out the proper forms, he said. So again he picked her up and they went home.

That Friday, Rosauro took her again to the U. of I. She was having stomach pains, he said, and she told him that the doctors advised he should go home because it would take a while for them to treat the stomach pains before she could have the baby.

He talked to her on the phone later that night and she told him she had had the baby. He said he would come over, but she told him not to because she was to be given a new parenting class, he recalled.

Instead, he said, she wanted him to pick her up Saturday morning. It was between Friday and Saturday, police say, that Mejia saw Jacinita Soto.

Mejia, police said, had enlisted two men to help her find a child: Arturo DeLeon-Reyes, 25, and Gabriel Solache, 23. Police describe them as cousins, though some of Rosauro Mejia's relatives dispute that.

In the lobby at U. of I., DeLeon-Reyes pointed to Soto and her children and, according to Grand-Central Area Cmdr. Philip Cline, told Mejia, "There's one for you."

Later, according to police, Mejia, DeLeon-Reyes and Solache—all of whom live in the 6200 block of South Mozart Street—returned to the home. They killed the couple

and took the children, police said.

The three, who are being held without bond, are charged with murder, home invasion and aggravated kidnapping and are eligible for the death penalty. All are illegal immigrants from Mexico, officials said, and the Immigration and Naturalization Service has placed detainers on them.

Assistant State's Atty. Adrienne Mebane said in a bond hearing in Cook County Circuit Court that the suspects forced their way into the Sotos' home just before 7 a.m. March 28.

Mebane said that Solache stabbed Jacinita 20 times; one wound pierced her heart. Mejia and DeLeon-Reyes attacked Mariano as he slept, said Mebane. He suffered 39 stab wounds to his face, head, lungs, back and stomach.

Santiago Soto witnessed the killings, according to prosecutors.

The deceptions and the murders unraveled quickly, investigators say. While Rosauro Mejia was overjoyed by his new infant daughter, he was puzzled by her size.

He said his wife explained that by saying that the pregnancy had run long—to 10 months. Naturally, she said, the baby would be big.

The older child was more difficult to explain, especially when the police entered the picture after Rosauro Mejia went to the station with Santiago, saying that relatives had recognized the boy's photos from media stories about his kidnapping.

*Tribune staff writers Terry Wilson and Bonnie Miller Rubin contributed to this report.*

FD-705 (Rev. 7-19-91)

# AIRTEL

|  |  | DATE 4/16/98 |
|---|---|---|
| To | : Director, FBI | **KIDNAPING OFFENSE REPORT** |
|  |  | ATTENTION: |
|  |  | CRIMINAL INVESTIGATIVE DIVISION, |
| From | : SAC, Chicago (7-C-CG-107012) (C) | VIOLENT CRIMES UNIT |

Subject : Adriana Meija; Gabriel Solache; Arturo Leon;
Mariano Soto(deceased)-Victim; Jacinita
Soto(deceased)-Victim; Santiago Soto-Victim;
Maria Guadalupe Soto-Victim;
Kidnapping-P.I.;

Initial _____
Supplemental __XXX__
Closing: ☐ Runaway
☐ Hoax
☐ No Abduction
☒ Prosecution
☐ Other

**Kidnap Incident:**
Date: _____
Time: _____
Location: _____
(specify home, school, office, etc.)

Date reported to your office: _____

**Primary Motive (select one):**
☐ Ransom
☐ Narcotics
☐ Infant/Child Replacement
☐ Domestic (spouse/paramour, etc.)
☐ Furtherance of Escape
☐ Robbery
☐ Sexual Assault
☐ Unknown
☐ Other

**Ransom Demand:** ☐ Yes ☐ No
**Paid:** ☐ Yes ☐ No
Amount Paid: _____
Amount Recovered: _____

**NCIC entry:** ☐ FBI ☐ Police

**VICAP Report (FD-676) Submitted:** ☐ Yes ☐ No

**Solution by:** ☐ FBI ☐ Police ☐ Joint

## VICTIM(S)

1. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Taken Interstate: ☐ |
| Sexual Assault: ☐ | Injured: ☐ Killed: ☐ | Located: ☐ |

2. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Taken Interstate: ☐ |
| Sexual Assault: ☐ | Injured: ☐ Killed: ☐ | Located: ☐ |

3. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Taken Interstate: ☐ |
| Sexual Assault: ☐ | Injured: ☐ Killed: ☐ | Located: ☐ |

## SUBJECT(S)

**NOTE:** If subject's name is unknown, enter as UNSUB with descriptive data available for each subject.

1. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Prosecution: ☐ Federal ☐ State |

2. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Prosecution: ☐ Federal ☐ State |

3. _____

| (Last Name) | (First Name) | (Middle Name) |
|---|---|---|
| Race: | DOB: | |
| Sex: | | Prosecution: ☐ Federal ☐ State |

2-Bureau
3-Chicago
1 - 7C-CG-107012
1 - Kidnap Coord.

FBI/DOJ

4/20/98

7C-CG-107012-19

SDT-FBI 20

## INSTRUCTIONS:

An **initial FD-705** must be submitted by OO within 21 calendar days after the initial report of a kidnaping is received. The submission of an FD-705 is required on all kidnaping cases opened, to include preliminary inquiries, and cases which are opened and later determined to lack the elements of kidnaping as defined by state or federal statute.

A **supplemental FD-705** must be completed and submitted within 21 calendar days after one or more of the following developments occur:

1. Ransom demand
2. Subject(s) identified
3. Victim(s) located
4. Case closed

This form is to be used in addition to the regular reporting procedures set forth in Section 7, Manual of Investigative Operations and Guidelines. It will be used to collect and tabulate pertinent statistical data regarding kidnaping matters. To ensure accuracy, please provide all data possible by filling in appropriate blanks and checking all appropriate boxes.

### Brief Synopsis:

Reference CG FD-705 to the Bureau captioned as above and dated 4/14/98.

As the Bureau is aware, captioned matter was a double homicide and abduction committed by captioned subjects for the purpose of obtaining children for subject Mejia who was infertile.

The captioned subjects, as indicated in referenced FD-705, have been charged in Cook County, Illinois with 2 counts of 1st degree murder, 2 counts of aggravated kidnaping and one count of home invasion.

Chicago anticipates no further investigation in this matter and as such is placing it in a closed status.

(01/26/1998)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE          **Date:** 04/15/1998

**To:** FBIHQ           **Att.:** CID, VCMOS, VCU
     CIRG            **Att.:** CACSKU, SSA Michael Morrow
     Los Angeles      **Att.:** Riverside RA
     Mexico City

**From:** Chicago
        VC-1
        **Contact:** Joseph Stiller    312-431-1333

**Approved By:** Hosko Ronald T *RTH/A*

**Drafted By:** Stiller Joseph/s

**Case ID #:** 7C-CG-107012   (Closed) — *20*

**Title:** <u>CHANGED</u>
     Adriana Meija; Gabriel Solache;
     Arturo Leon;
     Mariana Soto (deceased)-Victim;
     Jacinita Soto (deceased)-Victim;
     Santiago Soto-Victim;
     Maria Guadalupe Soto-Victim;
     Kidnapping-P.I.;

**Synopsis:** To advise receiving offices of investigation in captioned matter and to confirm discontinuance of lead coverage by Legat Mexico City and Los Angeles.

**Previous Title:** Title marked "Changed" to reflect the identity of subjects Meija, Solache, and Leon, and the addition of victims Mariano and Jacinita Soto. Title previously carried as "Unsub(s); Santiago Soto-Victim; Maria Guadalupe Soto-Victim; Kidnapping-Preliminary Inquiry;."

**Administrative:** Reference CG EC to FBIHQ dated 4/2/98 and telcalls between CG SSA Ronald T. Hosko, Mexico City, and LA SSA Randy Parsons on same date. Reference telcalls between SA Joseph Stiller and SSA Michael Morrow, CACSKU, on 4/3/98.

**Details:** As receiving offices are aware, victims Mariano and Jacinita Soto were found deceased at their residence in Chicago, Illinois on 4/1/98 by members of the Chicago Police Department (CPD) who were called by relatives, concerned about the well being of the victims after they were unable to contact the victims. At this time it was also discovered that the deceased victim's two children, Santiago Soto age 3 and Maria Soto age 3 months, were missing from the residence.

*105JS01.EC* ✓

*7C-CG-107012-20*

SDT-FBI 22

To:  FBIHQ    From:  Chicago
Re:  7C-CG-107012,  04/15/1998

Autopsies conducted on the deceased victims revealed they had suffered multiple stab wounds with the cause of death being homicide.  The deceased victims were last seen alive on 3/27/98.

An intense effort was launched on the part of the CPD and the FBI to locate the children.  The photos of the missing children and the circumstances of the incident were given priority coverage by all Chicago media outlets.

On 4/3/98, Rosauro Meija, husband of subject Adriana Meija, brought a 3 year old boy to the CPD 8th District.  Meija had seen the television coverage and thought the boy closely resembled the photo of the missing Soto child.  Rosauro also advised the CPD that his wife was at home with a female infant, claiming that she had just given birth to the infant.  Subsequent investigation identified both children as the missing victims.

Under questioning by the CPD regarding the circumstances under which she acquired the children, Adriana Meija provided details of the murders and abduction of captioned victims.

Meija was unable to have children of her own.  She had made visits to several local clinics in an attempt to locate a newborn infant.  As a result of these visits, she observed the victim, Jacinita Soto and her two children.  Following Soto from the clinic, Meija learned where Soto resided.  Meija then conspired with Solache and Leon to take the children.  At approximately 7:00 A.M. on 3/28/98, the three subjects went to the Soto residence where they stabbed Jacinita and Mariano Soto to death and took the children.

Sometime after the murders and abduction Meija returned home, telling her husband that she had given birth to a baby, later identified as Maria Soto.  She told her husband that she was looking after the older child, later identified as Santiago Soto, for a friend.  Her husband initially believed the story, as Adriana Meija had been faking a pregnancy.  He later became suspect after seeing the television reports of the missing children.

Subjects Meija, Solache, and Leon have been charged at Cook County, Illinois with two counts of first degree murder, two counts of aggravated kidnapping and one count of home invasion. They are currently being held in Cook County Jail.

2

SDT-FBI 23

To: FBIHQ   From: Chicago
Re: 7C-CG-107012, 04/15/1998


As this matter is being prosecuted locally and no further investigation is being conducted by Chicago this matter is being placed in a closed status.

3

SDT-FBI 24

To: FBIHQ    From: Chicago
Re: 7C-CG-107012, 04/15/1998


**LEAD (s):**

**Set Lead 1:**

    <u>ALL RECEIVING OFFICES</u>

       Review this communication.  Discontinue any lead
coverage.


◆◆

4

**SDT-FBI 25**

(12/31/1995)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                    **Date:** 05/14/1998

**To:** CID                    **Attn:** IRS, IRS-II,
                                       SSA Raul Roldan
                              **Attn:** VCMOS, VCU
   Chicago                   **Attn:** VC-1,
                                       Joseph Stiller

**From:** Mexico City
         **Contact:** ALAR Raul G Salinas, (011-525)209-9100 x3700

**Approved By:** Quijada Frank S

**Drafted By:** Salinas Raul G:rgs

**Case ID #:** 7A-CG-107012   (Pending) -22

**Title:** UNSUB(s);
         MARIA GUADALUPE SOTO - VICTIM;
         SANTIAGO SOTO - VICTIM;
         KIDNAPING - PRELIMINARY INQUIRY

**Synopsis:** No further investigation is being conducted in
view that children have been located and returned home safely.

**Details:** On 04/04/1998, FBI Chicago advised that Maria
Guadalupe Soto, one year old, and her brother, Santiago Soto,
three years old, had been located safely. The children
disappeared after their parents were brutally murdered on
04/1/1998 in Chicago, Illinois.

       Mexico City attempted to locate the children's
grandfather, Usevio Soto, who resides in San Jose de Otar,
Guanajuato, Mexico. Attempts to locate Mr. Soto were
negative.

       In view that the children have been located safely,
no further investigations remains at Mexico City. Lead should
be considered covered.

◆◆

7A-CG-107012 - 22

JUN 05 1998

134rgsC5 EC

**SDT-FBI 26**

# Memorandum

| Subject | Date |
|---|---|
| **UNKNOWN SUBJECT**<br>**USA COMPLAINT NO.: 1998R00418**<br>**AGENCY FILE NO.: 7A-CG-10712** | **June 3, 1998** |

| To | From |
|---|---|
| **JOSEPH STILLER**<br>**Federal Bureau of Investigation** | **JOAN B. SAFFORD**<br>**Deputy United States**<br>**Attorney** |

This is to advise you that the above-captioned case was declined by this office on _____*6-4-98*_____.

If you have any questions about our decision to decline prosecution, please contact Assistant United States Attorney Susan M. Haling, Telephone Number (312)353-4045.

*7A-CG-107012 -23*

**SDT-FBI 27**