# EXHIBIT 15

# Michael Brasfield and Associates, Inc.     **INVOICE**

*Police Procedures - Expert Witness - Consultant - Case Review*

641 Olele Point Road
Port Ludlow, WA 98365
Phone 360.301.4465
brasfield@commandscene.com

**DATE:** 3/17/2016
**INVOICE #** Fields 20160317

**Bill To:**
Anand Swaminathan
Loevy & Loevy
312 North May Street - Suite 100
Chicago, IL 60607
312.243.5900

**For:**
Litigation Review - Expert Witness
Fields v. City of Chicago

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Retainer received 12/26/2015 | n/a | n/a | (1,200.00) |
| Review material and prepare opinion | 60.00 | 300 | 18,000.00 |
| Total Hours: | 0.00 | SUBTOTAL | $16,800.00 |
| | | OTHER (see attachment) | |
| | | **TOTAL DUE:** | $16,800.00 |

*Please use WA Mailing Address*

**NOTE:**
Make all checks payable to Michael Brasfield and Associates, Inc. (Federal Tax ID 91-1607810)
Total due in 30 days. Overdue accounts subject to a service charge of 1% per month.