EXHIBIT 19

**Thomas J. Tiderington & Associates-LLC**

Phone:  734 231-2305
E-mail:  ttiderington@aol.com

# ATTACHMENT B

(Materials Reviewed)

**Materials Reviewed**

In conjunction with my preparation of this report, I have reviewed the following materials:

1. Soto Investigative File (RFC 1-423)
2. Soto Permanent Retention File (RFC 424-484)
3. Soto Defense Attorney File for Gabriel Solache (RFC 3365-7456)
4. Crime Scene photographs (RFC 485-626, Reyes_Jenner 004371-4410)
5. CCSAO File (CCSAO 1-13742)
6. CCSAO Supplementary File and Additional Notes regarding Reyes, Solache, and Adriana Mejia (CCSAO Supp. 1-18)
7. Solache handwritten statement (RFC-Solache/Reyes 004006-4014)
8. Illinois State Police Evidence Reports (Reyes_Jenner 009559-9586)
9. Illinois State Police Evidence Submission form (Reyes_Jenner 010121)
10. Illinois State Police Forensic Receipts (Reyes_Jenner 010122-10128)
11. Illinois State Police Lab Records (SDT-ISP 559-566)
12. Forensic Records ISP Lab Records (JR-L 101377-101398)
13. Postmortem Examination Report of Jacinta Soto (SDT-CCME 53-80)
14. Lassar Memo regarding Reyes and Solache and Articles (AR-L 517173-517192, AR-Jenner 019812-19843)
15. Reyes Complaint
16. 4/06/1998 hearing transcript (Solache 007808-7817)
17. 6/23/1999 testimony of Gabriel Solache at Motion to Suppress hearing in *People v. Reyes and Solache* (JR-L 093169-93282, Bluhm 22852-22965)
18. 2/04/2000 Hearing testimony of Reynaldo Guevara and Daniel Trevino in *People v. Reyes and Solache* (JR-L 093587-93646)
19. 3/03/2000 Hearing testimony of Maria Rivera, John Musa, Reynaldo Guevara, and Gabriel Solache in *People v. Reyes and Solache* (JR-L 093647-93819)
20. 3/30/2000 Hearing testimony of Reynaldo Guevara and Ernest Halvorsen in *People v. Reyes and Solache* (JR-L 093831-93888)
21. 3/30/2000 Hearing testimony of Adriana Mejia in *People v. Reyes and Solache* (JR-L 93889-93929)
22. 3/3/2000 Solache testimony at Motion to Suppress hearing (Solache 5275, Solache 5394-5441)
23. Combined Reports of Proceedings in *People v. Reyes* (Reyes_Jenner 004411-6984)
24. Full transcript of sentencing hearing for Adriana Mejia (Reyes 008686-8725)
25. 6/20/2008 Solache Amended Petition for Post-Conviction Relief (Reyes_Jenner 000250-317)
26. 12/02/2008 Reyes Revised Amended Petition for Post-Conviction Relief (Reyes_Jenner 000482-533)
27. 8/13/2015 Petitioners' Joint Post-Hearing Brief in Support of Their Individual Petitions for Post-Conviction Relief (Reyes_Jenner 003669-3703)
28. 2016 Correspondence from ASA Jim Papa regarding ISP DNA testing (Reyes_Jenner 009582-9583)

29. 6/29/2016 Order granting Reyes and Solache new hearing on Motion to Suppress
30. 12/21/2017 Order vacating the conviction of Arturo DeLeon-Reyes (Reyes_Jenner 012174)
31. 2/14/2013 Post-conviction hearing transcript in *People v. Reyes and Solache* (Reyes_Jenner 010526-10614)
32. 4/09/2013 Post-conviction hearing transcript in *People v. Reyes and Solache* (Reyes_Jenner 010615-10729)
33. 7/29/2013 Post-conviction hearing transcript in *People v. Reyes and Solache* (Reyes_Jenner 011080-011125)
34. 10/17/2017 Post-conviction hearing transcript in *People v. Reyes and Solache* (Reyes_Jenner 011866-12059)
35. 10/30/2017 Post-conviction hearing transcript in *People v. Reyes and Solache* (Reyes_Jenner 012060-12121)
36. 4/27/1998 Grand Jury testimony of Ernest Halvorsen (Reyes_Jenner 010092-10099)
37. Deposition transcript of Adriana Mejia
38. Deposition transcript of Heather Brualdi
39. Deposition transcript of Jorge Soto
40. Deposition transcript of Jose Aranda
41. Deposition transcript of David Navarro
42. Deposition transcript of Thomas O'Malley
43. Deposition transcript of Arturo DeLeon-Reyes
44. Deposition transcript of Rosa Aranda
45. Deposition transcript of Rosauro Mejia
46. Deposition transcript of Daniel Trevino
47. Deposition transcript of Reynaldo Guevera
48. Deposition transcript of Robert Rutherford
49. Deposition transcript of Edwin Dickinson
50. Deposition of Gabriel Solache
51. Deposition of Guadalupe Mejia
52. Deposition of Jorge Mejia
53. Deposition of Alfredo Aranda
54. Deposition of Leobardo Mejia
55. Declaration of Jose Mejia
56. Locate Plus Phone Record – Jalisco Birrieria
57. Deposition of Commander Eric Winstrom
58. Deposition of Kathleen Loughran
59. Depositions of James Hickey in *Kluppelberg v. Burge, et al., 13-cv-1963*
60. Depositiosn of James Hickey in *Rivera v. Guevara, et al., 12-cv-4428*
61. Deposition of James Hickey in *Fields v. City of Chicago, et al.*
62. Trial Testimony of James Hickey in *Fields v. City of Chicago, et al.,*
63. Rivera v. Guevara, City's Amended Response to Plaintiff's 17th RFP
64. Rivera v. Guevara, City's Response to Plaintiff's 17th RFP
65. Rivera v. Guevara, City's Answer to Plaintiff's Eighth Set of Interrogatories

66. Rivera v. Guevara, City's Answer to Plaintiff's Fifth Set of Interrogatories
67. Rivera v. Guevara, City's Answer to Plaintiff's Fourth Set of Interrogatories
68. Rivera v. Guevara, City's Answer to Plaintiff's Ninth Set of Interrogatories
69. Rivera v. Guevara, City's Answer to Plaintiff's Seventh Set of Interrogatories
70. Rivera v. Guevara, City's Response to Plaintiff's Fourth Set of Requests to Admit
71. Rivera v. Guevara, City's Response to Plaintiff's Second Set of Requests to Admit
72. Rivera v. Guevara, City's Response to Plaintiff's Third Set of Requests to Admit
73. Rivera v. Guevara, City's Responses and Objections to Plaintiff's Second Set of Interrogatories
74. Rivera v. Guevara, City's Supp Response to Plaintiff's Interrogatory No. 14
75. Rivera v. Guevara, City's Supp Responses and Objections
76. Rivera v. Guevara, City's Response to Plaintiff's First Set of Interrogatories
77. Rivera v. Guevara, et al., City's Amended Response to Plaintiff's Seventeenth Set of Requests to Produce Documents
78. Rivera Investigative File
79. Rivera Permanent Retention File
80. Rivera Criminal Defense Attorney File
81. Kluppelberg Investigative File, 562-35
82. Kluppelberg Permanent Retention File, Dkts. 562-2
83. Kluppelberg Newly Discovered File, 562-6
84. Nathson Fields Street File (CITY-NF 972-1117)
85. Fields PRF (CITY-NF 7531-7558)
86. Fields Area File (CITY-NF 7559-7652)
87. Demetrius Johnson Investigative File
88. Demetrius Johnson Permanent Retention File
89. OIG June 20, 2020 Report (AR-L 144424-144481)
90. OIG Sept. 2021 Follow-Up Report (AR-L 150067-150078)
91. Jones v. City of Chicago, 856 F.2d 985 (7th Cir. 1988)
92. Palmer v. City of Chicago, 562 F. Supp. 1067 (N.D. Ill. 1983)
93. Palmer v. City of Chicago, 755 F.2d 560 (7th Cir. 1985)
94. Richard Brzeczek Testimony
95. Milton Deas Testimony
96. John Stibich Testimony

**File Comparison Files**

97. 1995-1998 Area 5 Investigative Files (RFC 34474-41739, 66179-114388)
98. 1995-1998 CCPD Files (AR-PD 1-57407)
99. 1995-1998 RD Files (RFC 41740-66162)

**Policies**

100. SO 82-2 and Memo NF-L 8751-8754 -
101. Detective Division Special Order 83-1
102. Detective Division Special Order 83-2
103. Detective Division Special Order 86-3

104. SOP - Ch. 5,8,18 (1988)
105. GO 87-7 (Interrogations)
106. Policy Docs_Foreign Nationals Special Order (RFC 118448-118454)
107. G.O. 87-07 (JR-L 006141-006155)
108. GO 06-02 (Line Up Procedures)
109. GO 88-18 (Interrogations)
110. GO 88-18 (Line Up Procedures)
111. GO 89-3 (Preliminary Investigations)
112. GO 97-4 (Crime Scene Protection Processing)
113. JR-L 006141-6155 - Policies on Interrogations
114. SO 06-02 (Line Up Procedures)
115. SOP - Ch. 5,8,18 (1992)
116. SO 84-7 (RFC 118448-118454)

**References and Standards**

117. *UNC School of Law, "The Problem of False Confessions in the Post-DNA World"*
118. *Police Practice and Procedure, Cornelius F. Cahalane*
119. *Practical Police Work, Skehan*
120. IACP - Brady Disclosure Requirements (2009)
121. IACP Model Policy - Brady Disclosure Requirements (2008)
122. New Jersey Division of Criminal Justice - The Property and Evidence Function (1989)
123. *Guidance for Prosecutors Regarding Criminal Discovery,* David W. Ogden
124. *Police Records, Their Installation and Use,* O.W. Wilson
125. *Cold Case Homicides Practical Investigative Techniques*, Richard H. Walton
126. *Crime Scene Investigation A Guide* - DOJ
127. *Crime Scene Search and Physical Evidence Handbook,* Fox & Cunningham
128. *Death Investigation A Guide for the Scene Investigator,* DOJ
129. *Death Scene Investigation A Field Guide*, Scott A. Wagner
130. *On the "Third Degree"* Robert H. Gault
131. *The "Progress Number"* Robert H. Gault
132. *Homicide Investigation Practical Information*, LeMoyne Snyder
133. *Homicide Investigation Standard Operating Procedures*, Howell
134. *Homicide Process Mapping - Best Practices for Increasing Homicide Clearances,* Bureau of Justice Assistance
135. *Homicide Scene Investigation a Manual For Public Prosecutors,* Hussain Abu Assi
136. IACP Homicide Guide
137. Investigation Standards - DeLaduranty & Sullivan
138. Inside the Tape Death Scene Checklist & Investigative Obligations (2011)
139. La Police Scientifique
140. Law of Bellig Occ
141. Locard, E. L'Enquete Criminelle et les Methodes Scientifique. Paris Ernest Flammarion, (1920)
142. Practical Homicide Investigation - Geberth
143. Promoting Effective Homicide Investigations - PERF
144. Techniques of Crime Scene Investigation – Fisher

145. IACP Arrests and Investigatory Stops Article
146. IACP Interrogations_Confessions_Policy_1.04