# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS,
### EASTERN DIVISION

ARTURO DeLEON-REYES,     )
                                  )         Case No. 18 C 1028
     *Plaintiff,*         )
                                    )         Hon. Steven C. Seeger,
     *v.*                 )         District Judge
                                    )
REYNALDO GUEVARA, *et al.*,     )
                                  )
     *Defendants.*     )

GABRIEL SOLACHE,     )
                                  )         Case No. 18 C 2312
     *Plaintiff,*         )
                                    )         Hon. Steven C. Seeger,
     *v.*                 )         District Judge
                                    )
CITY OF CHICAGO, *et al.*,     )
                                  )
     *Defendants.*     )

## PLAINTIFFS' RESPONSE TO DEFENDANT SUPERVISORS'
## MOTION FOR SUMMARY JUDGMENT

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Wallace Hilke
Annie Prossnitz
Meg Gould
**LOEVY + LOEVY**
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Jan Susler
Ben H. Elson
Nora Snyder
**People's Law Office**
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070
jsusler@peopleslawoffice.com

Defendants Mingey, Biebel, and Cappitelli (the Defendant Supervisors) move for summary judgment on all claims against them, arguing that they were not sufficiently involved in the claims at issue. Dkt. 740. Plaintiffs do not contest the Defendants Supervisors' motion, and it should be granted. To the extent that these Defendants make arguments relevant to claims against other Defendants, Plaintiffs address them elsewhere.

<div style="margin-left: 45%;">Respectfully submitted,</div>

/s/ Steve Art
*Attorney for Plaintiff DeLeon-Reyes*

/s/ Jan Susler
*Attorney for Plaintiff Solache*


Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
Wallace Hilke
Annie Prossnitz
Meg Gould
**LOEVY & LOEVY**
311 N. Aberdeen Street
Chicago, IL 60607
(312) 243-5900
hilke@loevy.com

Jan Susler
Ben H. Elson
Nora P. Snyder
**PEOPLE'S LAW OFFICE**
1180 N. Milwaukee Avenue
3rd Floor
Chicago, IL 60642
(312) 235-0070
jsusler@peopleslawoffice.com