**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER*

Plaintiffs respectfully request leave to file their summary judgment and *Daubert* briefing *instanter* 2.25 hours past their filing deadline, stating in support:

1. Plaintiffs worked diligently to file their respective summary judgment and *Daubert* response briefing and exhibits prior to 11:59 a.m. on January 27, 2025. Plaintiffs were unfortunately unable to upload and file all these documents in advance of the midnight deadline.

2. Plaintiffs respectfully seek leave to file *instanter* the following:

    a. Plaintiffs' Response to Defendant City's Local Rule 56.1(a)(3) Statement of Material Facts in Support of its Motion for Summary Judgement
    b. Anthony Finnell
    c. Plaintiffs' Response to Defendant City's Motion to Bar Plaintiff's Expert Thomas Tiderington
    d. Plaintiffs' Response to Defendant City's Motion to Bar Plaintiff's Expert Dr. Richard Leo
    e. Plaintiffs' Response to Defendant Guevara's Motion for Summary Judgment

1

      f.  Plaintiffs' Response to Defendant Officers' Motion for Summary Judgment
      g.  Plaintiffs' Response to Defendant City's Motion for Summary Judgment
      h.  Plaintiffs' Response to Defendant City's Motion to Bar Plaintiff's Expert

3. Plaintiffs respectfully submit that no parties will be prejudiced, nor will the ruling date on summary judgment be affected by this extension.

WHEREFORE, Plaintiffs respectfully request leave to file instanter their respective summary judgment and *Daubert* briefing.

January 28, 2025                                            RESPECTFULLY SUBMITTED,

| /s/ Sean Starr | /s/ Jan Susler |
|---|---|
| *One of the Attorneys for Plaintiff Reyes* | *One of the Attorneys for Plaintiff Solache* |
| Jon Loevy | Jan Susler |
| Anand Swaminathan | Ben Elson |
| Steven Art | Nora Snyder |
| Rachel Brady | People's Law Office |
| Sean Starr | 1180 N. Milwaukee, 3rd Fl. |
| Annie Prossnitz | Chicago, IL 60642 |
| Meg Gould | (773) 235-0070 |
| Wallace Hilke | jsusler@gmail.com |
| Loevy & Loevy | |
| 311 N. Aberdeen St. | |
| 3rd Floor | |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| sean@loevy.com | |

## **CERTIFICATE OF SERVICE**

I, Sean Starr, an attorney, hereby certify that, on January 28, 2025, I filed the foregoing PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER using the Court's CM/ECF system, which effected service on all counsel of record.

                                              /s/ Sean Starr
                                              *One of Plaintiff's Attorneys*

| | |
|---|---|
| Jon Loevy | Jan Susler |
| Anand Swaminathan | Ben H. Elson |
| Steve Art | Nora Snyder |
| Sean Starr | **People's Law Office** |
| Annie Prossnitz | 1180 N. Milwaukee Ave. |
| Meg Gould | Chicago, IL 60642 |
| Wallace Hilke | (773) 235-0070 |
| **LOEVY + LOEVY** | jsusler@peopleslawoffice.com |
| 311 N. Aberdeen St | |
| Chicago, IL 60607 | |
| (312) 243-5900 | |
| sean@loevy.com | |