# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTIRCT OF ILLINIOS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT INDEX TO DEFENDANTS HALVORSEN, DICKINSON, RUTHERFORD, TREVINO, MINGEY, BIEBEL, CAPPITELLI, AND CITY'S RESPONSE TO PLAINTIFF SOLACHE'S STATEMENT OF ADDITIONAL FACTS**

Ex. A     Cook County Public Defender's Reply in Support of Motion to Quash Subpoena, *Velez v. Dart, et al.*

Ex. B     June 18, 2018 Trial Transcript, *Rivera v. Guevara, et al.*

Ex. C     Expert Report of Michael Brasfield from *Rivera v. Guevara, et al.*

Ex. D     Rule 30(b)(6) Deposition Notice, *Fields v. City of Chicago, et al.*

Ex. E     Rule 30(b)(6) Deposition Notice, *Solache/Reyes v. City of Chicago, et al.*

Ex. F     March 7, 2022 Hearing Transcript, *Solache/Reyes v. City of Chicago, et al.*

Ex. G     March 18, 2022 Hearing Transcript, *Solache/Reyes v. City of Chicago, et al.*