UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Arturo DeLeon−Reyes
                          Plaintiff,

v.                                                      Case No.: 1:18−cv−01028
                                                          Honorable Steven C. Seeger

Reynaldo Guevara, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court issues this minute order in the interest of some docket spring cleaning. A few motions on the docket were superseded by new motions, so the old ones don't need to hang around. And one of the motions is a two−inch putt. In light of Defendant City of Chicago's corrected motion to bar the opinions of Thomas J. Tiderington (Dckt. No. [759]), the original motion to bar Tiderington's opinions (Dckt. No. [748]) is denied as moot. Similarly, in light of Defendant City of Chicago's corrected motion to bar the opinions of Anthony Finnell (Dckt. No. [760]), the original motion to bar Finnell's opinions (Dckt. No. [746]) is denied as moot. Separately, Plaintiff&#039;s motion to file instanter his Daubert and summary judgment briefs (Dckt. No. [775]) is granted. Plaintiff was roughly two hours late in filing his responses to Defendants' various motions for summary judgment. Counsel filed the briefs at 2:10 a.m., and undoubtedly felt more than a little stress and urgency coursing through their veins in the middle of the night. Meanwhile, this Court was simultaneously taking the opposite approach. Rest assured (no pun intended), this Court wasn#039;t up at midnight, prowling around on the docket, wondering why Plaintiff hadn't yet filed a response. This Court was sleeping like a baby. And this Court feels the same amount of calm when it comes to a request for an extension of time from midnight to 2:00 a.m. The motion to file instanter (Dckt. No. [775]) is hereby granted. To ensure equal time, Defendants can file their next brief at 2:00 a.m., too, if they want to lose some shuteye. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.