UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Arturo DeLeon−Reyes
                        Plaintiff,

v.                                               Case No.: 1:18−cv−01028
                                                Honorable Steven C. Seeger

Reynaldo Guevara, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 9, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the motion for summary judgment (Dckt. No. [739]) filed by Defendants Edward Mingey, Robert Biebel, and Kevin Rogers as Special Representative of Francis Cappitelli (deceased) (quot;Defendant Supervisors"). Plaintiff does not oppose the motion for summary judgment. In fact, Plaintiff affirmatively states that he "does not contest" the summary judgment motion and that "it should be granted." See Pl.'s Resp. to Def. Supervisors' Mtn. for Summ. J. (Dckt. No. [773]). Plaintiff has abandoned his claim. See Gamble v. Fiat Chrysler Automobiles, 2020 WL 1445611, at *4 (N.D. Ill. 2020) ("When a plaintiff fails to defend a claim in response to a motion for summary judgment, the Court may deem the claim abandoned.") (citing Maclin v. SBC Ameritech, 520 F.3d 781, 788 (7th Cir. 2008)), aff'd sub nom. Gamble v. FCA US LLC, 993 F.3d 534 (7th Cir. 2021). In fact, Plaintiff has done more than abandon his claim, since he has affirmatively stated that he concedes the claim. Plaintiff has admitted that Defendant Supervisors are entitled to judgment as a matter of law because Plaintiff cannot establish one or more elements of his claim. "By conceding that [some] essential element of h[is] case could not be proven, [DeLeon−Reyes] left the [C]ourt with no option but to grant [Defendant Supervisors]' summary judgment motion." Schrott v. Bristol−Myers Squibb Co., 403 F.3d 940, 944 (7th Cir. 2005). The Court agrees. The motion for summary judgment (Dckt. No. [739]) is hereby granted. The Court commends Plaintiff for conceding the terrain, even if it is indefensible terrain, which not all lawyers do. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.