# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Arturo DeLeon−Reyes

          Plaintiff,

v.                    Case No.: 1:18−cv−01028
                     Honorable Steven C. Seeger

Reynaldo Guevara, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

  MINUTE entry before the Honorable Steven C. Seeger: On July 24, 2025, the Court held a hearing and issued an oral ruling on Defendant Guevara's motion for summary judgment (Dckt. No. [741]) and the Officer−Defendants' motion for summary judgment (Dckt. No. [742]). As explained in detail and at length at the hearing, the Court granted in part and denied in part each motion. Specifically, the Court denied the motions for summary judgment on (1) Plaintiffs' coerced−confession and fabricated−confession claims (Count I); (2) the failure−to−intervene claim (Count V); (3) the state−law malicious−prosecution claim (Count IX); (4) the section 1983 deprivation−of−liberty claim (Count III); (5) the state−law conspiracy claim (Count X); and (6) the state−law intentional−infliction−of−emotional−distress claim (Count VIII). And the Court granted the motions for summary judgment on the claim about the fabrication of Adriana Mejia's statement (Count II) and on the section 1983 conspiracy claim (Count VI). Last, the Court granted the motions for summary judgment on nine Brady Theories (Theories #1, #2, #3, #4, #7, #8, #9, #10, and #11) and denied the motions for summary judgment on three Brady theories (Theories #5, #6, and #12) which appear in Count IV. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.