UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Arturo DeLeon−Reyes

                        Plaintiff,

v.                                                                   Case No.: 1:18−cv−01028
                                                                             Honorable Steven C. Seeger

Reynaldo Guevara, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: On August 7, 2025, the Court held a hearing and issued an oral ruling on Defendant City of Chicago's motion to bar Plaintiffs' expert Thomas Tiderington (Dckt. No. [759]) and Defendant City of Chicago's motion to bar Plaintiffs' expert Anthony Finnell (Dckt. No. [760]). For the reasons stated in open court, those motions are denied. The Court reminds the parties that pretrial rulings are preliminary. And that principle applies with special force when it comes to experts. The ruling does not mean that everything in Tiderington's and Finnell's expert reports are fair game. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.