# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Arturo DeLeon−Reyes
                        Plaintiff,

v.                                          Case No.: 1:18−cv−01028
                                                Honorable Steven C. Seeger

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: On August 21, 2025, the Court held a hearing and issued an oral ruling on Plaintiff's motion for partial summary judgment (Dckt. No. [753]). For the reasons stated in open court, the motion is denied. A status hearing is set for September 19, 2025 at 10:30 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.