IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ARTURO DeLEON-REYES, | )<br>) |
| Plaintiff, | )<br>) 1:18 Civ. 1028<br>) |
| v. | ) Hon. Steven Seeger,<br>) District Judge |
| REYNALDO GUEVARA, et al., | )<br>) |
| Defendants. | ) |
| | |
| GABRIEL SOLACHE, | )<br>) |
| Plaintiff, | )<br>) 1:18 Civ. 2312<br>) |
| v. | ) Hon. Steven Seeger,<br>) District Judge |
| CITY OF CHICAGO, *et al.*, | )<br>) |
| Defendants. | ) |

## MOTION TO SET A TRIAL DATE

Plaintiffs ARTURO DeLEON REYES and GABRIEL SOLACHE, by their respective undersigned attorneys, respectfully request that the Court set a trial date in these cases, on the soonest date the Court's calendar allows, on or after February 16, 2026, stating as follows:

1. The Court has granted in part and denied in part the parties' motions for summary judgment, and it has instructed the parties to confer about the length of the upcoming trial in these matters.

2. The parties have done so, and they have different perspectives. Plaintiffs believe that the cases can—and really should, for the sake of the Court and jurors—be tried in approximately 15 trial days. Plaintiffs' estimate includes an assumption that *Monell* claims will be litigated at trial, which is an issue on which the Court has yet to rule.

3. Defendants have informed Plaintiffs that they believe that the trial will take at least five weeks.[1]

4. Plaintiffs believe that Defendants have overestimated the length of trial based on other wrongful conviction trials that Plaintiffs' counsel have conducted in this district.

5. Nonetheless, Plaintiffs file this motion to ensure that the Court has the parties' positions, and to ask that the Court set a trial date as soon as its calendar permits, given the age of the case.

6. Most of the parties' counsel in this case currently have another wrongful conviction case involving Defendant Guevara set for trial before Judge Ellis on January 5, 2026, *Johnson v. Guevara*, No. 20 C 4165 (N.D. Ill.), and so Plaintiffs request that the Court set a trial date on or after February 16, 2026, which will allow counsel time between those trials to adequately prepare.

WHEREFORE, Plaintiffs ARTURO DeLEON REYES and GABRIEL SOLACHE, by their respective undersigned attorneys, respectfully request that the Court set a trial date in these cases, on the soonest date the Court's calendar allows, on or after February 16, 2026.

---

[1] Prior to the filing of this motion, Defendants informed Plaintiffs in whole: "Defendants' position is that it is difficult to accurately estimate the length of the trial given the unresolved nature of various legal and evidentiary issues in this case at present. However, Defendants believe that this case will likely take, at minimum, 5 weeks to try and possibly more. This rough estimate is based on numerous factors which Defendants will detail to this Court on September 19 as originally contemplated by the Court. These factors include, among other things, that this case involves two plaintiffs (both of whom require interpreters and will likely be testifying remotely from out of the country), involves several dozen fact witnesses (many of whom also require interpreters and at least one who is imprisoned), involves five sets of attorneys representing different parties with different interests, involves several separate and distinct Monell policy claims, involves numerous experts, and involves an indeterminate amount of alleged Fed. R. Evid. 404(b) evidence against Defendants sought to be introduced by Plaintiff for which Defendants will call live rebuttal/impeachment witnesses on each and every underlying incident if any such evidence is permitted to be introduced."

Respectfully Submitted,

By: /s/Anand Swaminathan
Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Rachel Brady
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen St., 3rd floor
Chicago, IL 60607
(312) 243-5900

*Attorneys for Plaintiff*
*Arturo DeLeon-Reyes*

By: /s/Jan Susler
Jan Susler
Ben H. Elson
People's Law Office
1180 N. Milwaukee Ave., Third Floor
Chicago, IL 60642
(773) 235-0070

*Attorneys for Plaintiff*
*Gabriel Solache*