# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Arturo DeLeon−Reyes
                          Plaintiff,

v.                                        Case No.: 1:18−cv−01028
                                                          Honorable Steven C. Seeger

Reynaldo Guevara, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 19, 2025:

      MINUTE entry before the Honorable Steven C. Seeger: On September 19, 2025, the Court held a status hearing and issued an oral ruling on Defendant's motion to exclude opinions 16 and 17 of Dr. Leo's expert report (Dckt. No. [747]). For the reasons stated in open court, the motion is granted. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.