# EXHIBIT 63



K 371 955 VALENTIN, Felix
HOMICILE /1st Degree

Wron 00001

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO.
K371-955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|------------------------|------|-----------------|---------------|
| 1. | SUPP REPORT | | DORSCH /BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

R.D. NO. K371-955

Wron 00002

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 2 OF 69

**INVESTIGATIVE FILE INVENTORY**
**CHICAGO POLICE DEPARTMENT**

R.D. NO.
K 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Original Case Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 2. | GPR's (three pages) | | Leonard & McLaughlin | 27 Aug 1988 |
| 3. | Supplementary Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD & McLAUGHLIN | 31 Aug 88 |
| 8. | HOLD OVER | | " " | " |
| 9. | ARREST REPORT | | " " | " |
| 10. | HOLD OVER | | " " | " |
| 11. | SUPPLEMENTARY | | " " | " |
| 12. | PROPERTY INV | | " " | " |
| 13. | EVIDENCE REPORT | | " " | " |
| 14. | FIRE ARM EVID REPORT | | " " | " |
| 15. | GPR (1 PAGE) | | " " | " |
| 16. | PROPERTY INV | | " " | " |
| 17. | PRISONER RELEASE | | " " | " |
| 18. | PRISONER RELEASE | | " " | " |
| 19. | SUPPLEMENTARY | | " " | " |
| 20. | LINE UP SUPP | | DORSCH /BOYLE | 15 SEPT 88 |
| 21. | ARREST REPORT | | COPY SENT TO/ CASE REPORT UNIT (164) | " |
| 22. | 101 | | RECORDS PROCESSING | " |
| 23. | MURDER COMPLAINT | | DATE: 15 September | " |
| 24. | EVIDENCE REPORT | | BY: | " |
| 25. | CLOSING SUPP | | AREA 5 VIOLENT CRIMES " | " |

R.D. NO. 371 955

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

Wron 00003



K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00004

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 4 OF 69



Wron 00005



Wron 00006

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 6 OF 69



*From the desk of*

**Chief**

**Thomas M. Byrne**

# MEMO  14 October 2011

---

**TO:**  **Constantine Andrews**
**Deputy Chief**
**Bureau of Detectives**

**Attention:  Joseph Salemme**
**Commander**
**Area 5 Detective Division**

**SUBJECT:**  **Request to Preserve Records and Evidence**
**RD# K371955**
**OLA# 2011-092**

**REFERENCE:**  **Wrongful Conviction of Jacques Rivera for the Murder of Felix Valentin**
**on 1 January 1988**

( X )  For your Information and compliance, no report required.

(   )  The attached is forwarded for your investigation.
Respond through channels to the Superintendent of Polce,
Attention:  William E. Bazarek, First Assistant General Counsel,
Office of Legal Affairs, by the due date below.

Thomas M. Byrne
Chief
Bureau of Detectives

TMB/lm

attachment

Wron 00007

**OFFICE OF THE SUPERINTENDENT**
Office of Legal Affairs

**11 OCTOBER 2011**

**CONFIDENTAL**
**PRIVILEGED ATTORNEY-CLIENT WORK PRODUCT**

TO:           Alfonza Wysinger
First Deputy Superintendent
Office of the First Deputy

Thomas Byrne
Chief
Bureau of Detectives

                Attention:      Constantine G. Andrews
Deputy Chief
Bureau of Detectives

                              Joseph Salemme
Commander
Area 5

Beatrice Cuello
Chief
Bureau of Administration

                Attention:      Joseph F. Perfetti
Director
Records Division

FROM:      Wlliam E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

SUBJECT:      **REQUEST TO PRESERVE RECORDS AND EVIDENCE**

This office was served with the attached Legal Hold Notice # 11975, Office of Legal Affairs # 2011-092 which require the Department to preserve records and evidence relating to RD# K371955, the wrongful conviction of Jacques Rivera for the murder of Felix Valentin on 01 JAN 1988.

The document to be preserved and sent to The Office of Legal Affairs is:

           a.   Area File

If there are any questions please contact Vince Caffo in the Office of Legal Affairs at 312-745-6115

William E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

WEB:vc

Wron 00008

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 8 OF 69

**SUPPLEMENTARY REPORT**
CHICAGO POLICE

All descriptions and statements in this entire report, approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME
DAY 27 MO. Aug YR 88 1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED. ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | ☒ YES ☐2 NO | ☐1 YES ☒ NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. PROPERTY

DESCRIBE PROPERTY IN NARRATIVE T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T ☐ R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 RIVERA, Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF.1 8112-639 | 614010 | 24 | OFF.2 | | | | |

| 16. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | | STATE |
|---|---|---|---|---|---|---|---|---|---|

**80. NARRATIVE**

VICTIM:      VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE,TIME,LOC. OF INC:      27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

DATE,TIME,LOC. OF ARREST:      15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

OFFENDER:      RIVERA,Jacquez;M/WH/23;30 Apr ███;5-9,160;

AKA. RIOS,Jose;4231 W. Division 3rd. flr.

nickname, ACE;member of Latin Kings/014

CHARGES:      Murder 1st. Degree;38-9-1a

COURT DATE & BRANCH:      16 Sep 88;66-2

INVESTIGATION:      Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

17. RD NO. K-371955

CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | DAY 16 MO. Sep YR 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |

SIGNATURE S. Gawrys     SIGNATURE R. Guevara     DATE APPROVED (DAY–MO.–YR.) 16 Sep 88     TIME 0030

CPD-11.411-A (REV 8/85)     *MUST BE COMPLETED IN ALL CASES

Wfon 00009



**CONTINUATION OF NARRATIVE**

INVESTIGATION CON'T:  photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO. K-371955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.  SUPERVISOR'S SIGNATURE  STAR NO.  DATE (DAY-MO-YEAR)

Wron 00010

Inventory number(s). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT

CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME

DAY 15 MO. Sept YR. 88 | 1905

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| Death Investigation | | 5084 | 1835 W. Harrison | 1224 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐ 1 YES ☐ 2 NO (XX) | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☐ 2 NO (XX) | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTINE, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Cook County Hospital | 233 | 1 | Dna |

CIRCUMSTANCES 11. ☐ VERIFIED (XX) ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|
| | | | | | | |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY ☐ VERIFIED Dna ☐ UPDATE TO

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | | |
| 2. | | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 Dna | Dna | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE Dna | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐ DNA (XX) ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED (XX) 1 FIELD ☐ 3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐ 0 PROGRESS ☐ 1 SUSPENDED (XX) 2 UNFOUNDED |
|---|---|---|---|---|---|
| Dna | Dna | Dna | | | |

STATUS CONT'D.
☐ 3 CLRD. CLOSED  ☐ 4 CLRD. OPEN  ☐ 5 EXC. CLRD. CLOSED  ☐ 6 EXC. CLRD. OPEN  ☐ 7 CLSD. NON-CRIM.

| 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|
| ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. RFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

This is part of homicide investigation listed under RD#

K-371 955. This RD number is unfounded.

35. R.D NO K 404 356

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) normal | 91. DATE THIS REPORT SUBMITTED – DAY 29 MO. Sept YR. 88 | TIME 2330 | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det John Leonard | STAR NO. 5629 | 94. REPORTING OFFICER (PRINT NAME) | SIGNATURE | |
| SIGNATURE John J. Leonard | | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |

CPD 11.411-B (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

Wron 00011   CRC ☐ 228

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 11 OF 69

**HOSPITALIZATION CASE REPORT / CHICAGO POLICE**

1. CLASSIFICATION (Check One)
☒ DEATH 5084  ☐ SUICIDE 5085  ☐ ATTEMPTED SUICIDE 5086  ☐ INJURY TO CITIZEN ON PUBLIC PROP. 5087  ☐ INJURY TO CITY EMPLOYEE 5088  ☐ ACCIDENTAL INJURY 5089

2. BEAT/UNIT ASSIGN. 1272
3. BEAT OCCUR. 1224

6. ADDRESS OF OCCURRENCE: 1835 W HARRISON
APT. NO.
7. DATE OCCURRED: 14 SEPT 88  TIME: 1156
8. DATE REPORTING OFFICER ARRIVED: 15 SEPT 88  TIME: 1905

| | SEX | RACE CODE | AGE | | | APT.NO. | | |
|---|---|---|---|---|---|---|---|---|
| 9. VICTIM'S NAME: VALENTINE FELIX | M | 4 | 16 | 10. HOME ADDRESS: 1458 N CAMPBELL | | | 11. HOME PHONE: 235 1929 | 12. BUSINESS PHONE: DNA |
| 13. PERSON REPORTING INCIDENT/TO POLICE: INVESTGATOR COLLINS | M | | | 14. HOME ADDRESS: 2121 W HARRISON | | | 15. HOME PHONE: 660 0500 | 16. BUSINESS PHONE: 660 0500 |
| 17. PERSON DISCOVERING VICTIM: U | U | | | 18. HOME ADDRESS: K | | | 19. HOME PHONE: | 20. BUSINESS PHONE: |
| 21. NAMES OF WITNESSES: U N | U | | | 22. HOME ADDRESS: K | | | 23. HOME PHONE: | 24. BUSINESS PHONE: |

25. TYPE PREMISES WHERE OCCURRED/VICTIM FOUND: Cook County Hosp
LOCATION CODE: 733
26. CAUSE OF INJURY (INSTRUMENT OR MEANS): Gun Shot Victim
27. REASON (ACCIDENT, ILL HEALTH, ETC): UNK

28. REMOVED BY: BT 1272
29. REMOVED TO: Cook County ME
30. NAME OF PERSON AUTHORIZING REMOVAL: INVESTGATOR COLLINS

31. SOBRIETY OF VICTIM (CHECK ONE): ☐ SOBER  ☐ SHEB  ☒ INTOX.
32. EXTENT OF INJURIES (CHECK ONE): ☐ 1 MINOR  ☐ 2 SERIOUS  ☒ 3 FATAL
33. FIRST AID GIVEN BY POLICE: ☐ 1 YES  ☐ 2 NO
34. MEDICAL AID REFUSED BY VICTIM: ☐ UNK

35. NAME AND ADDRESS OF ATTENDING PHYSICIAN: U K
36. INVENTORY NO.

37. NARRATIVE: (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED.)

IN SUMMARY: ABOVE SUBJECT WAS BROUGHT INTO COOK COUNTY HOSP. BY RELIABLE AMB FROM NORWEGIAN AMERICAN HOSP. ABOVE SUBJECT WAS A VICTIM OF A GUNSHOT WOUND UNDER R.D. OF K371-955 FROM ADDRESS OF 3324 W CORTLAND. WHILE SUBJECT WAS IN COOK COUNTY HOSP TRAUMA UNIT HE CONTRACTED A GERM KNOWN AS ANINCTOBACTER. WHICH CLOSED DOWN THE TRAUMA UNIT FOR 24 HRS FROM 13 SEPT 88 TO 14 SEPT 88 BETWEEN 1800 HRS TO 1800 HRS R/O's TALKED TO COOK COUNTY HOSP AST ADMIN STR ANDREA MUNOZ. ABOVE IS COOK COUNTY ME CASE 300. ABOVE PRONOUNCED AT 1156 14 SEPT 88 AT COOK COUNTY HOSP BY DR SARKEY.

NO PERSONAL PROPERTY INVENTORY

NOTIFIED DET WEINGART 865 AREA 5 V/C

R.D. NO: K 404 356

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE
☐ CONTINUED ON REVERSE SIDE

38. EXTRA COPIES REQUIRED (NO. & RECIPIENT): AREA 5 V/C
39. DATE INVESTIGATION COMPLETED: DAY 15  MONTH SEPT  YEAR 88  TIME 2010
42. SUPERVISOR APPROVING: Sgt MARTINEZ  STAR NO.

40. REPORTING OFFICER (Print or Type): G LETTON  STAR NO. 3948
SIGNATURE

41. REPORTING OFFICER (Print or Type): A E ELLIOTT  STAR NO. 12317
SIGNATURE: A E Elliott
DATE: DAY 15  MONTH SEPT  YEAR 88  TIME 2020

SEP 1988

CPD-11.406 (Rev. 9/83)  RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISP., 4-WHITE-HISP., 5-AMER. INDIAN/ALASK. NAT., 6-ASIAN/PACIFIC ISL.

Wror-00012

PRELIMINARY FIRED EVIDENCE REPORT
CRIME LABORATORY DIVISION/CHICAGO POLI

R.D. NO. _K37195_

| OFFENSE OR INCIDENT | | IUCR | AREA-DIST | AT | DATE OF THIS REPORT |
|---|---|---|---|---|---|

| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
|---|---|---|---|---|

| VICTIM(S) NAME | OFFENDER(S) NAME |
|---|---|
| 1. | |
| 2. | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | CLASS CHARACTERISTICS | S/NS |
|---|---|---|---|
| 524882 C/C | SUBMITTED BY—NAME _____ STAR NO. ___ DATE ___ <br> NO. REC'D. ___ EXHIBIT(S) ___ <br> _6_ FIRED BULLETS _____ <br> ___ DISCHARGED CART. CASES ___ <br> ___ SHOTGUN SHELLS ___ <br> ___ WADDING ___ | 22-w 6 R | ? |
| EXHIBIT NO. <br> DATE REC'D. | | | |
| | SUBMITTED BY—NAME _____ STAR NO. ___ DATE ___ <br> NO. REC'D. ___ EXHIBIT(S) ___ <br> ___ FIRED BULLETS _____ <br> ___ DISCHARGED CART. CASES ___ <br> ___ SHOTGUN SHELLS ___ <br> ___ WADDING ___ | | |
| EXHIBIT NO. <br> DATE REC'D. | | | |
| | SUBMITTED BY—NAME _____ STAR NO. ___ DATE ___ <br> NO. REC'D. ___ EXHIBIT(S) ___ <br> ___ FIRED BULLETS _____ <br> ___ DISCHARGED CART. CASES ___ <br> ___ SHOTGUN SHELLS ___ <br> ___ WADDING ___ | | |
| EXHIBIT NO. <br> DATE REC'D. | | | |

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

R.D. NO.

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
|---|---|

CPD-33.405 (Rev. 3/86)

PAGE Wron 00013

LEONARD

ASVC

Wron 00014

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, compl.    scars, marks, etc. If suspect is arrested, give name, sex, race code, age, ___ or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY 27  MO. Aug  YR. 88 | 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 3324 W. Cortland Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ⊠1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ⊠2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTINE, Felix | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| In Auto/Street | 304 | 1 | DNA |

**CIRCUMSTANCES** 11. ⊠ VERIFIED  ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE.  T = TAKEN;  R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY**  ☐ VERIFIED DNA   ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

34. SERIAL NOS. OR IDENTIFICATION NOS.  ☐1 DNA  ☐2 VERIFIED  ☐3 CORRECTED  —  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ⊠ FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ⊠ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|
| D.N.A. | | | | | |

**STATUS CONT'D.** ☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLRD. OPEN  ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED  ☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:    300 Sept 1988

DATE OF AUTOPSY:    16 Sept 1988

PATHOLOGIST:    DR. CHOI

CAUSE & MANNER OF DEATH:    MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INVESTIGATION:    On todays date Br. CHOI performed an autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY 16 MO. Sept YR. 88 | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. 73 |
|---|---|---|---|---|
| D.N.A. | | | | |
| 93. REPORTING OFFICER (PRINT NAME) Det. T. LAZAR | STAR NO. 5355 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| SIGNATURE | | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) 20 SEP 1988 | TIME |

*MUST BE COMPLETED IN ALL CASES

CPD-11.411-B (Rev. 8/85)

35. R.D. NO. ,K-371955

Wron 00015
LEONARD
CRC ☐ 228

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 15 OF 69

HOMICIDE/Murder (0110)

VALENTINE, Felix  M/WH

PAGE TWO

K-371-955

16 Sept 88

INVESTIGATION COND'T:

External and internal examination has revealed
the presence of Eleven (11) gun shot wounds;
#1, gun shot wound entrance to the back of the
head 7" below the top and at the midline, lodged.
#2, gun shot wound entrance to the upper left
back 4" to the left of midline.
#3, gun shot wound entrance to the upper left
back 2" to the left of midline.
#4, gun shot wound entrance left back 4" to the
left of midline.
#5, gun shot wound entrance left back 2" to the
left of midline.
#6, gun shot wound entrance left back 1½" to the
left of midline.
#7, gun shot wound entrance left back 1" to the
left of midline.
#8, gun shot wound entrance left back 1" to the
left of midline.
#9, gun shot wound entrance back at the midline.
#10, gun shot wound entrance back at the midline.
#11, graze wound upper right upper back.

Internal examination also revealed the presence
of Six (6) small caliber lead bullets which were
recovered by Dr. CHOI and then inventoried by
Crime Lab Personnel.

Upon complection of the autopsy Dr. CHOI has
determined that the cause of death was due to
MULTIPLE GUN SHOT WOUNDS and the manner of death
is HOMICIDE.

This is a progress report.....

Report of Det. T. LAZAR # 5355, FID

K-371955

Wron 00016

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 16 OF 69

CASE # 300 Sept 1988
VALENTINE, Felix  M/WH
RD# K-884-369





I. E. CASE #:  300 Sept 1988

PATHOLOGIST:  DR. CHOI

CAUSE & MANNER OF DEATH:  MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INJURIES: Eleven (11) gun shot wounds(see format)

EVIDENCE:  Six (6) small caliber (.22 Cal) lead bullets recovered and inventoried.



TML.

Wron 00017

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 18 OF 69

Case: 1:18-cv-01028 Document #: 827-3 Filed: 11/22/25 Page 19 of 70 PageID #:107402

Wron 00018

| PROPERTY INVENTORY - NO. CHICAGO POLICE CPD-34.523 (Rev. 8/87) | **524882** | | LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY | | UNIT ☐NONE | INVEN-TORY NO. | **524882** |
|---|---|---|---|---|---|---|---|
| DATE RECOV-ERED: | DAY 16 | MONTH SEP | YEAR 88 | R.D. NO. K371-955 | CRIME LABORATORY NO. | CROSS REFERENCE ✓ | |

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY | |
|---|---|---|---|---|
| | | | $ | CENTS |
| 1 | 1 | SEALED BULLET ENVELOPE | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | VALENTINE, FELIX M/WH/16 | | |
| 7 | | ME# 300 SEP 88 | | |

ATTACH THIS COPY TO COURT PAPERS

DIRECTIONS

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY | TOTAL CASH U.S.C.

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO PINK COPY OF ARREST REPORT.

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED ATTACH TO THIS COPY.

**CHECK ALL BOXES APPLICABLE**

☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM – DO NOT DEPOSIT –
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR     STATE CHARGE(S)     ☐ JUVENILE     ☒ HOMICIDE     ☐ ARSON
☒ FELONY     ☐ MANSLAUGHTER     ☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM — NAME
☐ DECEASED   ☐ ARRESTED     DR CHOI-CCM     AT

OWNER'S NAME     ADDRESS     TELEPHONE NO.

SEIZURE WITH SEARCH WARRANT

FOUND BY — NAME     ADDRESS     TELEPHONE NO.
☐ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY.

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK)

RECOVERING OFFICER — STAR NO. — UNIT     LEONARD RICKHER # 15550  652

1st OFFICER'S NAME     STAR NO.

ATTACH THIS COPY TO SEARCH WARR

PROPERTY OWNER NOTIFIED     ON     DAY  MONTH  YEAR     HOW NOTIFIED
☐ TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
☐ IN PERSON   ☐ PHONE   ☐ MAIL

SIGNATURE     UNIT

2nd OFFICER'S NAME     STAR NO.
THOMAS, F     16935

ATTACH COPY NO. 4 TO THIS COPY.

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

SIGNATURE     UNIT
F Thomas     177

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION
☐ MEDICAL EXAMINER
☒ CRIME LABORATORY
☐ AUTO POUND NO.:

APPROVING DESK SERGEANT
W Collins

STAR NO. 6647

DATE 16 SEP 88

TIME 1520

VIA
☐ POLICE MAIL
☐ RECOVERING UNIT PERSONNEL
☐ E. & R.P.S. PICKUP
☒ EVID/LAB. TECHNICIAN

**COPY 3 – COURT COPY – ATTACH TO COURT PAPERS**

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

INVENTORY OF THINGS SEIZED IN SEARCH
(WITHOUT SEARCH WARRANT)

On _____ , 19_____ , I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

SEARCH WARRANT INVENTORY

On _____ , 19_____ , at _____ (A.M.) (P.M.)

I _____ executed a search
*(Officer)*

warrant signed by _____
*(Judge)*

on _____ , 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
*(premises)*

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
*(Judge)*

on _____ , 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____ , 19 _____

Wron 00019

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 19 OF 69



**Chicago Police Department**

Garry F. McCarthy
Superintendent

Ralph M. Price
General Counsel
Office of the Superintendent

William E. Bazarek
First Assistant General Counsel

Office of Legal Affairs
3510 S. Michigan Avenue, 5th Floor
Chicago, Illinois 60653

Office:   (312) 745-6115
Fax:      (312) 745-6995

Date: 7 June 12

## Office of Legal Affairs

### Fax Cover Sheet

To: C|O

Area North

From: Mary Beth Majka

Fax: 4-5130

Phone:

Re: Rivera v City

12 C 4428

Number of Pages including Cover Sheet:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering that message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited.

If this fax has been misdirected or contains errors, please call (312) 745-6115.

Wron 00020
Opt-Out: +

## OFFICE OF THE SUPERINTENDENT/OFFICE OF LEGAL AFFAIRS
### Request for Information

To:       Commander/Commanding Officer          7 June 2012
          Area North
          Gang Crimes

From:     Mary Beth Majka
          Paralegal II
          Phone 745-6115          Pax 0245     Fax 745-6995

Case:     Rivera v. City                        12 C 4428

PLEASE FORWARD A COPY OF THE FOLLOWING ALONG WITH THIS FORM TO:

Office of Legal Affairs
3510 South Michigan Avenue, Room 5092 NE
Chicago, Illinois 60653

**Please provide a copy of the entire Area File/Investigative File
including all GPR's
RD K 371955 (1988) murder
27 August 1988
3324 W. Cortland**

Please respond by: 21 June 2012

**If any of the above requested documents <u>cannot be provided</u>, please submit a
To/From Subject  Report, approved by the unit commanding officer, regarding the
results no later than the date given above.**

**ALSO, UPON RECEIPT OF THIS DOCUMENT, PLEASE SIGN, DATE , AND FAX TO
THE OFFICE  OF LEGAL AFFAIRS: ATTN: MARY BETH MAJKA AT (312) 745-6995**

SIGNATURE: _____DATE: _____

Wron 00021
Opt-Out: +

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 21 OF 69

CASE REPORT
CHICAGO POLICE

BATTERY | 0.4.1.A | AGGRAVATED: HANDGUN | K-371.95.

| 4. ADDRESS OF OCCURRENCE NO. | DIR. | STREET | APT NO | 5. FIRE RELATED | 6. DATE OF OCCURRENCE – TIME DAY MO. YR. | 7. BEAT OF OCCUR. | 8. BEAT/UNIT ASSI |
|---|---|---|---|---|---|---|---|
| 3,324 | W | CORTLAND | | ☐ 1 YES  ☒ 2 NO | 27, AUG, 88, 1545 | 1422 | 1413 |

8. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE)
STREET

| 10. LOCATION CODE | 11. DATE R.O. ARRIVED – TIME | 12. ASSIGNED BY |
|---|---|---|
| 13.0.4 | 27, AUG, 88, 1638 | ☒ 1 C.O.S.  ☐ 2 ON VIEW  ☐ 3 SUPERVISOR |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 20. NO. VICTIMS | 21. NAME (LAST–FIRST–M I) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO. DIR. STREET APT. NO) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. IN- JURED YES NO | 29. VIC REL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VALENTIN, FELIX | ☒ | 1458 N. CAMPBELL | M, 4, 16 | 235 1821 | NONE | ANY | — | Y | 24 |

ADDITIONAL VICTIMS

PARENT/GUARDIAN, IF JUVENILE

| 30. NO. WIT. | 31. ☐ DISCOVERED ☐ WITNESSED ☐ REPORTED OFFENSE | 32. | 33. SEX-RACE-AGE | 35. | | |
|---|---|---|---|---|---|---|
| 2 | VALENTIN, ISRAEL | 1458 N. CAMPBELL | M, 4, 22 | 235 1821 | NONE | |
| | LOPEZ, MACHO | 3324 W. Cortland 1st | M, 4, 13/15 | N – O – N – E | | |

RACE CODES
1-BLACK 3-BLACK-HISPANIC 5-AMER. IND./ALASK. N
2-WHITE 4-WHITE-HISPANIC 6-ASIAN/PACIFIC ISLAND
OFFENDER/VICTIM RELATIONSHIP CODES
(Use for Member of the Same Family or Household)
01-WIFE 09-BROTHER 17-BROTHER-IN-LAW
02-HUSBAND 10-SISTER 18-SISTER-IN-LAW
03-FORMER WIFE 11-AUNT 19-OTHER RELATIVE
04-FORMER HUSBAND 12-UNCLE 20-GIRL FRIEND
05-MOTHER 13-MOTHER-IN-LAW 21-BOYFRIEND
06-FATHER 14-FATHER-IN-LAW 22-FRIEND/ACQUAINTAN
07-SON 15-SON-IN-LAW 23-OTHER-SPECIFY
08-DAUGHTER 16-DAUGHTER-IN-LAW 24-NO RELATIONSHIP

| 40. NO. OFF. | 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFEND REL COD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DRIVER N.F.D | U — N — K | M, 4, 18 | U | — | N | — | — | K | | 24 |
| | PASSENGER yellow Baseball hat | U — N — K | M, 4, 16/18 | U | — | — | K | DRK | LIGHT MD | | 24 |

| 50. | 51. OBJECT/WEAPON ☒1 USED ☐2 DISPLAYED ☐3 UNK | 52. FIREARM FEATURES | 53. POINT/ENTRY | 54. POINT/EXIT | 55. BURGLAR ALARM | 56. SAFE BURGLARY METHOD | 57. IF RESIDENCE, WHERE WERE OCCUPANTS |
|---|---|---|---|---|---|---|---|
| | ☒01 HAND GUN | ☐08 EXPLOSIVE | ☐01 CHROME/NICKEL | ☐01 FRONT DOOR | ☐01 FRONT DOOR | ☒09 DNA | ☐01 PUNCH ☐06 PEEL | ☐01 WORK ☐06 OTHER |
| | ☐02 SHOTGUN | ☐09 LIQUID/GAS | ☐02 BLUE STEEL | ☐02 REAR DOOR | ☐02 REAR DOOR | ON PREMISE | ☐02 TORCH ☐07 OPEN | ☐02 VISITING ☐07 UNKNOWN |
| | ☐03 RIFLE | ☐10 BOTTLE/GLASS | ☐03 SHORT BARREL | ☐03 WINDOW | ☐03 WINDOW | ☐1 YES ☐2 NO | ☐03 EXPLOSIVE ☐08 UNKNOWN | ☐03 VACATION ☒08 DNA |
| | ☐04 KNIFE | ☐11 RAZOR | ☐04 LONG BARREL | ☐04 ROOF | ☐04 ROOF | ALARM CIRCUMVENTED | ☐04 DRILL ☒09 DNA | ☐04 WEDDING |
| | ☐05 VEHICLE | ☐12 PRY TOOL | ☐05 SAWED OFF | ☐05 FLOOR | ☐05 FLOOR | ☐1 YES ☐2 NO | ☐05 REMOVED | ☐05 FUNERAL/WAKE |
| | ☐06 BLUNT INSTRUMENT | ☐13 HAND, FEET | ☐06 OTHER | ☐06 SIDE DOOR | ☐06 SIDE DOOR | | | |
| | ☐07 THROWN OBJECT | ☐14 OTHER | ☒07 UNKNOWN | ☐07 OTHER | ☐07 OTHER | 58. UNUSUAL CHARACTERISTICS OF OFFENSE | 59. GANG RELATED – AFFILIATION | |
| | | ☐15 DNA | ☐08 DNA | ☐08 UNKNOWN ☐09 DNA | ☐08 UNKNOWN ☐09 DNA | SEE NARRATIVE | ☒ VICTIM AFFILIATION ☒ OFFENDER LATIN KING | |

71. DESCRIBE PROPERTY IN NARRATIVE T = TAKEN. R = RECOVERED

PERMANENT RETENTION FILE

| | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | | (5) FIREARMS | 3 Narc./Dang. Drugs | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|
| | ☐T ☐S | ☐T ☐S | ☐T ☐S | ☐T ☐S | | ☐T ☐S | ☐T ☐S | ☐T ☐S | ☐T |
| | ☐R | ☐R | ☐R | ☐R | | ☐R | ☐R | ☐R | ☐R |

| 72. VEHICLE/TRAILER | YR. | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. POL |
|---|---|---|---|---|---|---|---|---|---|
| ☐STOLEN ☐THEFT FROM ☒OFFENDER'S | 1/DI | TOYOTA | 2DN | BRN | U — N — K | U — N TK | | | |

NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

IN SUMMARY: VICTIM AND WITNESS #1, VALENTIN, ISRAEL, went to ABOVE ADDRESS to pick up, witness VALENTIN'S Girl friend, as they were Going to a wedding. Witness VALENTIN went upstairs to pick up his Girlfriend, victim walked in CAR Behind steering wheel, IN DRIVERS Seat. Witness VALENTIN went DOWNSTAIRS, AND COULD NOT see his BROTHER

| 81. SOBRIETY OF VICTIM | ☒1 SOBER | ☐2 HI |
| 82. FLASH MESSAGE SENT | ☒1 YES | ☐2 NO |

| 91. EXTRA COPIES REQUIRED ☒NORMAL | code BANKS NORTH | 92. CONT'D. ☐OTHER SIDE ☐R.D. | OFFICER NOTIFYING FOLLOW-UP INVESTIG UNIT MACHAIN 7963 | UNIT NOTIFIED PERSON ☒SVC | ☒NOTIFIED Sgt. Crawford | ☐ARRIVED | DATE (DAY-MO-YR) 27 AUG 88 | TIME 1700 |
| 93. FIRST OFFICER AT SCENE | | | 94. OFFICER NOTIFYING ☒1ST O/S ☐E.T. ☐M.E. MACHAIN | PERSON ☒NOTIFIED G. BADN | ☐ARRIVED | DATE (DAY-MO-YR) 27 AUG 88 | TIME 1700 |
| 95. REPORTING OFFICER'S NAME (PRINT) E.M. CRAWFORD | STAR NO. 15602 | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED-TIME 27 AUG 88 1930 | 97. SUPERVISOR APPROVING (PRINT NAME) Sgt. G. Peterson | | STAR NO. 2111 | |
| 96. REPORTING OFFICER'S NAME (PRINT) S. MACHAIN | STAR NO. 7963 | OFFICER'S SIGNATURE | APPROVAL SIGNATURE | | | DATE APPROVED – 27 AUG 88 | TIME 2:00 |

D-11.380 (REV 8/83)

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 22 OF 69

CONTINUATION OF NARRATIVE

R.D. NO. K 371-955

IN THE CAR, APPROACHED AND OBSERVED HIS BROTHER SLUMPED ACROSS SEAT, BLEEDING. VICTIM WAS SPRAWLED ACROSS SEAT, STATING "THEY SHOT ME, THEY SHOT ME," AND BEGAN SCREAMING. WITNESS VALENTIN, PUSHED HIS BROTHER ACROSS SEAT AND DROVE HIM TO NORWEGIAN HOSPITAL. WHILE ENROUTE, WITNESS VALENTIN STRUCK 3 PARKED MV's IN THE 1200-1300 BLKS OF N. KEDZIE. A PASSER-BY IN ANOTHER MV CAME BY, AND DROVE VICTIM AND WITNESS VALENTIN TO NORWEGIAN. VICTIM TREATED AT NORWEGIAN, TO BE TRANSFERRED TO NORTHWESTERN HOSPITAL. R/O's WERE ABLE TO SOMEWHAT COMMUNICATE WITH VICTIM & LEARNED THE FOLLOWING:

SUSPECT AUTO: OLDER MODEL BRN 2DR, POSSIBLY HATCH BACK, TOYOTA, CLEAN WINDOWS, PUERTO RICAN FLAG HANGING FROM REAR VIEW MIRROR.

SUSPECT OFFENDERS (1) M/WHT, LATIN KING GANG AFFILIATION, DRIVER OF CAR, N.F.D. AT THIS TIME. (2) M/WHT, LATIN KING GANG AFFILIATION, PASSENGER IN ABOVE AUTO, LSW YELLOW BASEBALL HAT, LIGHT TO MED. COMPLEXION, 16-18 YOA, ARMED WITH AN UNK TYPE HANDGUN. NFD AT THIS TIME.

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

**PERMANENT RETENTION FILE**

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | ☐1 FIELD ☐3 SUMMARY | | | | ☐1 YES ☐2 NO | ☐1 YES ☐2 |

| OFFICER REASSIGNED STAR NO. | DATE | STATUS | | | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ☐3 CLEARED CLOSED ☐6 EXC. CLEARED OPEN | ☐4 CLEARED OPEN | ☐5 EXC. CLRD. CLOSED ☐7 CLOSED—NON-CRIMINAL | ☐1 ARREST & PROSECUTION | ☐2 DIRECTED TO FAMILY COURT | ☐3 COMPL. REFUSED TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPTIONAL |

| VICTIM IDENTIFIERS | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. |
|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | | ☐HOME ☐BUSINESS |

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | (-) FIREARMS | & NARC/DANG. DRUGS | 5 OTHER | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐ |

SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR) |
|---|---|---|---|---|---|

Wron 00023
Opt-Out:: +

From: (None)

Page 4 of 6

TO: 1312.445130
06/07/12 03:25 PM

CASE REPORT
CHICAGO POLICE

Battery    041.A   AGGRAVATED - hANDGuN    K-371,955

| 4. ADDRESS OF OCCURRENCE NO. DIR STREET | APT. NO. | 5. FIRE RELATED | 6. DATE OF OCCURRENCE – TIME DAY MO. YR. | 7. BEAT OF OCCUR. | 8. BEAT/UNIT ASSI |
|---|---|---|---|---|---|
| 3324, W Portland | | ☐1 YES ☒2 NO | 27 AUG 88 1545 | 1422 | 1413 |

| 9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE) | 10. LOCATION CODE | 11. DATE R.D ARRIVED – TIME | 12. ASSIGNED BY |
|---|---|---|---|
| Street | 3,0,4 | 27 AUG 88 1638 | ☒1 C.O.S. ☐2 ON VIEW ☐3 SUPERVISOR |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise

**20. NO. VICTIMS**

| 21 NAME (LAST-FIRST-M.I.) | IDENTITY VERIFIED | 22 HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23 SEX-RACE-AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26 TIME AVAIL | 27 OCCUPATION | 28 INJURED YES NO | 29. REL |
|---|---|---|---|---|---|---|---|---|---|
| *Cont. 2 of 2* | | | | | | | | | |

PARENT/GUARDIAN, IF JUVENILE

**RACE CODES**
1-BLACK   3-BLACK-HISPANIC   5-AMER. IND./ALASK. N.
2-WHITE   4-WHITE-HISPANIC   6-ASIAN/PACIFIC ISLAND

**OFFENDER/VICTIM RELATIONSHIP CODES**
(Use for Member of the Same Family or Household)
| | | |
|---|---|---|
| 01-WIFE | 09-BROTHER | 17-BROTHER-IN-LAW |
| 02-HUSBAND | 10-SISTER | 18-SISTER-IN-LAW |
| 03-FORMER WIFE | 11-AUNT | 19-OTHER RELATIVE |
| 04-FORMER HUSBAND | 12-UNCLE | 20-GIRL FRIEND |
| 05-MOTHER | 13-MOTHER-IN-LAW | 21-BOYFRIEND |
| 06-FATHER | 14-FATHER-IN-LAW | 22-FRIEND/ACQUAINTA |
| 07-SON | 15-SON-IN-LAW | 23-OTHER-SPECIFY |
| 08-DAUGHTER | 16-DAUGHTER-IN-LAW | 24-NO RELATIONSHIP |

**30. NO. WIT.**
31. ☐1 DISCOVERED ☐2 WITNESSED ☐3 REPORTED OFFENSE   32.   33.   34.   35.

**40. NO. OFF.**

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43 SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|

**PERMANENT RETENTION FILE**

**50. CIRCUMSTANCES**

| 51 OBJECT/WEAPON ☐1 USED ☐2 DISPLAYED ☐3 UNK | 52. FIREARM FEATURES | 53. POINT/ENTRY | 54. POINT/EXIT | 55. BURGLAR ALARM | 56. SAFE BURGLARY METHOD | 57 IF RESIDENCE, WHERE WERE OCCUPANTS |
|---|---|---|---|---|---|---|
| ☐01 HAND GUN ☐08 EXPLOSIVE | ☐01 CHROME/NICKEL | ☐01 FRONT DOOR | ☐01 FRONT DOOR | ☐ DNA | ☐01 PUNCH ☐06 PEEL | ☐01 WORK ☐06 OTHER |
| ☐02 SHOTGUN ☐09 LIQUID/GAS | ☐02 BLUE STEEL | ☐02 REAR DOOR | ☐02 REAR DOOR | ON PREMISE | ☐02 TORCH ☐07 OPEN | ☐02 VISITING ☒07 UNKNOWN |
| ☐03 RIFLE ☐10 BOTTLE/GLASS | ☐03 SHORT BARREL | ☐03 WINDOW | ☐03 WINDOW | ☐1 YES ☐2 NO | ☐03 EXPLOSIVE ☐08 UNKNOWN | ☐03 VACATION ☒08 DNA |
| ☐04 KNIFE ☐11 RAZOR | ☐04 LONG BARREL | ☐04 ROOF | ☐04 ROOF | ALARM CIRCUMVENTED | ☐04 DRILL ☐09 DNA | ☐04 WEDDING |
| ☐05 VEHICLE ☐12 PRY TOOL | ☐05 SAWED OFF | ☐05 FLOOR | ☐05 FLOOR | ☐1 YES ☐2 NO | ☐05 REMOVED | ☐05 FUNERAL/WAKE |
| ☐06 BLUNT INSTRUMENT ☐13 HAND, FEET | ☐06 OTHER | ☐06 SIDE DOOR | ☐06 SIDE DOOR | | | |
| ☐07 THROWN OBJECT ☐14 OTHER | ☐07 UNKNOWN | ☐07 OTHER | ☐07 OTHER | 58 UNUSUAL CHARACTERISTICS OF OFFENSE | | 59. GANG RELATED – AFFILIATION |
| ☐15 DNA | ☐08 DNA | ☐08 UNKNOWN | ☐08 UNKNOWN | | | ☐VICTIM |
| | | ☐09 DNA | ☐09 DNA | | | ☐OFFENDER |

**70. PROP.**
71 DESCRIBE PROPERTY IN NARRATIVE    T = TAKEN; R = RECOVERED

| | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | I-) FIREARMS | & Narc./Dang. Drugs | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T S | ☐T |
| | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | ☐R |

| 72 VEHICLE/TRAILER YEAR MAKE | BODY STYLE COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. |
|---|---|---|---|---|---|---|---|
| ☐STOLEN ☐THEFT FROM ☐OFFENDER'S | | | | | | | |

**80. NARRATIVE**
90. NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

PASSENGER, OFFENDER EXITED AUTO, WALKED UP TO VICTIM AS HE SAT IN AUTO AND BEGAN FIRING. VICTIM STRUCK 5 times IN NECK AND CHEST. VICTIM SAT IN A RED 2 OR 7 DR MAZDA, IL plate FS 8461 IL 3/89 VIN # LA23S147886, THAT WAS DECORATED WITH PINK CARNATION type PAPER, IN PREPARATION FOR WEDDING.

81. SOBRIETY OF VICTIM ☒1 SOBER ☐2 N
82. FLASH MESSAGE SE ☒ YES ☐2 N

91. EXTRA COPIES REQUIRED ☒NORMAL   ☐CONT'D OTHER SIDE   92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT   UNIT NOTIFIED   PERSON ☐NOTIFIED ☐ARRIVED   DATE (DAY-MO-YR) – TIME

93. FIRST OFFICER AT SCENE   Sam   94. OFFICER NOTIFYING ☐1ST D/S ☐E.T. ☐M.E.   PERSON ☐NOTIFIED ☐ARRIVED   DATE (DAY-MO-YR) – TIME

| 95. REPORTING OFFICER'S NAME (PRINT) | STAR NO. 7963 | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED–TIME 27 Aug 88 1930 | 97. SUPERVISOR APPROVING (PRINT NAME) Sgt G Petersen | STAR NO. 2111 |
|---|---|---|---|---|---|
| 96. REPORTING OFFICER'S NAME (PRINT) MAHER 15612 | STAR NO. | OFFICER'S SIGNATURE | APPROVAL SIGNATURE | DATE APPROVED – 88 TIME 2100 27 AUG 88 |  |

CPD-11.380 (REV. 8/83)

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 24 OF 69

CONTINUATION OF NARRATIVE

Gang Crimes North notified Sherman-Moon

E.T. notified

014 Desk notified — 013 notified

BT1480 notified

Zone notified — also to have a car protect crime scene, victim's auto at 1253 N. Kenzie.

Gang Crimes North Inv- Moon w 014 for follow up inv.

Related RD# K 875-233 — Traffic Accident — 1253 N. Kenzie.

Gang affiliation witness Valentin, Campbell Rey.

K 371-955

A.D. NO.

Wron 00025    Opt-Out: +

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDI-CATE THAT IT IS ACCEPTABLE.    SUPERVISOR'S SIGNATURE    DATE (DAY-MO-YR.)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | | | | | ☐1 YES ☐2 NO | ☐1 YES ☐ |

OFFICER REASSIGNED STAR NO.  DATE

STATUS  ☐0 PROGRESS  ☐1 SUSPENDED  ☐2 UNFOUNDED  ☐3 CLEARED CLOSED  ☐4 CLEARED OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLEARED OPEN  ☐7 CLOSED

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST)
☐1 ARREST & PROSECUTION  ☐2 DIRECTED TO FAMILY COURT  ☐3 COMPL. REFUSED TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPTIONAL

VICTIM IDENTIFIERS  ☐1 CORRECT  ☐2 REVISED  VICTIM NO.  REVISED NAME  REVISED

**PERMANENT RETENTION FILE**

REVISED PHONE NO.  ☐ HOME  ☐ BUSINESS

VALUE OF PROPERTY TAKEN/RECOVERED  ☐1 DNA  ☐2 VERIFIED  ☐3 CORRECTED  FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 4 NARC/DANG. DRUGS | 5 OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | |

SERIAL NOS. OR IDENTIFICATION NOS.  ☐1 DNA  ☐2 VERIFIED  ☐3 CORRECTED  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) |
|---|---|---|---|---|---|

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 25 OF 69

Identify and describe all property or persons involved (recovered list and, if in the narrative if needed) narrative, inter, where found, when found, who found it and, if so, if by whom. Inventory numbers. If property taken was itemized for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE - TIME**
DAY MO. YR.
**27 AUGUST 1988 1545**

| 1. OFFENSE: CLASSIFICATION LAST PREVIOUS REPORT | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A ) | 3320 W Cortland — XX 1 VERIFIED ☐2 CORRECTED | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT XX YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES XX NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

CIRCUMSTANCES: 11. ☐ VERIFIED XX | ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO. |
|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY:
☐ VERIFIED DNA
☐ UPDATE TO

| 1 MONEY ☐T S ☐R | 2 JEWELRY ☐T S ☐R | 3 FURS ☐T S ☐R | 4 CLOTHING ☐T S ☐R | 7 OFFICE EQUIPMENT ☐T S ☐R | 8 TV, RADIO, STEREO ☐T S ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T S ☐R | 10 CONSUM. GOODS ☐T S ☐R | (-) FIREARMS ☐T S ☐R | & NARC./DANGEROUS DRUGS ☐T S ☐R | 5 OTHER ☐T S ☐R | 6 NONE ☐T ☐R |

### VICTIMS UPDATE ONLY

| | 20. NAME (LAST—FIRST—M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

### OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. 88CR1543601 | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | I REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | XX FIELD ☐3 SUMMARY | 652 | ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLRD. CLOSED  XX 4 CLRD. OPEN  5 EXC. ☐ CLRD. CLOSED  6 EXC. ☐ CLRD. OPEN  7 CLSD. ☐ NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:  RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr ████

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010   CB# 8112-639.

ARRESTING OFFICERS:  Det. William Dorsch #4257   Area Five Violent Crimes

Det. John Boyle #6945   "

GCSp. R. Guevara #16345   Gang Crimes North

GCSp. S. Gawrys #16899   "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. TIME | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. |
|---|---|---|
| nomeal | 15 Sept 88 2300 | SGT. R. WEINGART #865 |

| 93. REPORTING OFFICER (PRINT NAME) STAR NO. | 94. REPORTING OFFICER (PRINT NAME) STAR NO. | SIGNATURE |
|---|---|---|
| Det. W. Dorsch 4257 | Det. J. Boyle 6945 | |
| SIGNATURE W. Dorsch | SIGNATURE J. Boyle | 95. DATE APPROVED (DAY-MO.-YR.) 16 SEP 1988 |

CPD-11.411-B (Rev. 8/85)     *MUST BE COMPLETED IN ALL CASES

K 371-955

Wron 00026     CRC ☐ 228

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 26 OF 69

Detective Division
Area Five Violent Crimes

September 1988
RD# K 371-955

page two

Date, Time & Location of Arrest:  15 Sept 88 at 1930 hrs, 5555 W. Grand.

Charges, Ct. Branch & Date:  Murder, Chapter 38-9-1a to appear in
Branch 66 on 16 Sept 88.

Injuries:  Multiple gun shot wounds to upper body.
(see attached supplementary report)
Cook County Hospital notified this office
on 14 Sept 88 that the victim in this
incident had been pronounced dead at
1156 hrs by Dr. SHARKEY from multiple
gun shot wounds.

Notifications:  Medical Examiner Swartz ME# Sept 300
ASA Rosner
Sgt. Christian , Area Five Youth

Re-Interviewed:  LOPEZ, Orlando M/WH/age 12, dob 17 May ▮
3320 W. Cortland, ph# 235-8434
student at Mozart School.

Investigation:  The undersigned reporting detectives
were assigned by Sgt. RINALDI #2073
of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955
upon learning that the victim in this incident had died as a result of the multiple
gun shot wounds that he received on 27 August 1988.

Upon reviewing the case file the R/S's
contacted Gang Crimes North to notify them of the death of the victim and request
there assistance in locating the offenders in this incident along with known witnesses.

On 15 Sept 88 the subject known as
Jacques RIVERA was located and requested that he accompany us into Area Five to
continue this investigation. He agreed to do so and was brought into Area Five by
GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this
incident had died of his wounds and that it was necessary to speak with him further
and request that he participate in a line up. He agreed to cooperate and was allowed
to wait in an interview room until the arrival of a witness to this incident could
arrive to view a line up.

At app 1915 hrs a line up was conducted
and the subject Jacques RIVERA was positively identified as the person who while armed
with a handgun had shot the victim numerous times. At this time he was notified of
the charges against him and advised of his rights per Miranda to which he replied
that he understood. He was asked if he wanted to cooperate further in  this
investigation at which time he stated that he wanted to speak to his lawyer. At this
time all questioning ceased.

Wron 00027

**PLAINTIFF'S TRIAL EXHIBIT 19**
**PAGE 27 OF 69**

Detective Division                                              15 September 1988
Area Five Violent Crimes                                        R    K 371-955

<u>page three</u>

Investigation Con't:          ASA Julie ROSNER was notified and responded to
                              Area Five. Upon reviewing the file and interviewing
                              the witness and police officers the charge of
                              MURDER was approved against the subject, Jacques
                              RIVERA.

                              Do to the fact that charges for Murder have been
approved the undersigned requests that this case be classified as CLEARED, OPEN.

Det. William Dorsch #4257

Det. John Boyle #6945

Wron 00028

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 27 MO. Aug YR. 1988 — 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐2 CORRECTED | | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

**CIRCUMSTANCES:** ☒11. VERIFIED  ☐UPDATE TO  19. dna

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NOS. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

**PROPERTY** — DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED
☐ VERIFIED  ☐ UPDATE TO

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**
☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLRD. OPEN  ☐7 CLSD. NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED**
☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

```
Wanted for Questioning:        RIOS, Jose/M-WH/24-30Apr████/IR 614 010
                               LKA 4448 W. Cortez.Nickname "Ace".
                               AKA RIVERA, Jaques.
Evidence:                      5 Recovered .22 cal shell casings at
                               mouth of alley (524 226 CL)
                               Photos of Scene
                               Photos of Victim's Vehicle

Personnel Assigned:            M.B. 9601  Tech D. Keating #8788
                                          Tech J. McDonald #6989
                               M.B. 5537  Det. J. Leonard #5629
                                          Det. G. McLaughlin #8086

Interviewed:                   LOPEZ, Orlondo/M-WH-3320 W. Cortland
                               N/P-12-17May████ Student Mozart School
```

35. R.D. NO. — K 371 955

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 29 Aug 1988 | 2355 | | 3073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard | 5629 | |

SIGNATURE

95. DATE APPROVED (DAY-MO.-YR.) 29 AUG 1988   TIME

CPD 11.411-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

Wron 00029   CRC ☐ 226

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 29 OF 69

| | | |
|---|---|---|
| Detective Division<br>Area 5 Violent Crimes | Page 2 | 29 August, 1988<br>K 371 955 |

BATTERY/Aggravated handgun
VALENTIN, Felix

Victim's Vehicle:   1973 MAZDA 2 Door Sedan Red in Color Ser #
S124A162930 Bearing No License/Relocated after
accident via towtruck to vacant lot at Wabansia
Washtenaw.

Investigation:   The undersigned detectives, in continuation of
the investigation of the above captioned incident;
interviewed an eye-witness who stated in essance
but not verbatim that on date and time of this
incident; LOPEZ was coming from the store at corner
of Kimball and Cortland. LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland. The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland. LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle. Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand. LOPEZ believed he heard three (3) shots but indicated
that they were not very loud. LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

LOPEZ informed R/D's that LOPEZ could identify
the shooter because LOPEZ recognized the shooter
as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions. LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings. LOPEZ then viewed
books and made an identification of one RIOS, Jose (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim. At this time there is no identifi-
cation of the driver.

The scene was processed by 9601 and five (5)
.22 cal shell casings were found and photographs
were taken. The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident. A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building. 3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

An active search of the suspect shooter is being
undertaken by R/D's and GCSP. This investigation
continues.......

Wron 00030

PLAINTIFF'S TRIAL EXHIBIT 19<br>PAGE 30 OF 69

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** DAY MO. YR.
27 Aug 1988 | 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | (3320) W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

**CIRCUMSTANCES** 11. ☒ VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|

**PROPERTY** 19. dna

DESCRIBE PROPERTY IN NARRATIVE; T = TAKEN; R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34 SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

Victim: VALENTIN, Felix/16-05Jan██/1458 N. Campbell
235-1821/ Student Diego School/CAMPBELL BOY

Wanted: #1-M/WH/18-22/brn eyes/dk hair/black jean type jacket/dark pants/gym shoes

#2-M/WH/18-22-no further description at this time (driver)

Injuries: 10 GSW in back/2 exit wounds front chest
6 pellets lodged in chest cavity
Critical Condition

Taken To: Norwegian American Hospital where victim

K 371 955
35. R.D. NO.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 27 August 1988 | 2355 | Sprtu | 2056 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin | 8086 | John A. Leonard | 5629 | |

| 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|
| 30 AUG 1988 | 1625 |

CPD-11.411-8 (Rev. 8/85)     *MUST BE COMPLETED IN ALL CASES

Wron 00031     CRC ☐ 228

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 31 OF 69

```
Detective Division              Page 2                27 August, 1988
Area 5 Violent Crimes                                 K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix
```

Taken To:  cont.                    was stabilized and then transfered to Cook
                                    County Hospital.  Victim taken to Hospital
                                    by brother, Israel.  Dr. Perez treated victim
                                    at Norwegian American Hospital.

Weapon:                             Unknown type handgun

Location:                           ALLEY adjoining 3320-22 N. Cortland

Date & Time:                        27 August, 1988/1545 hours

Weather & Lighting:                 Overcast-Raining/Natural

Manner/Motive:                      Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:                       Older Model GM type car (medium-full size)
                                    copper color

Evidence:                           None at this time  (victim's car not processed)

Personnel Assigned:                 M.B.  1413  P.O. E. Crawford  15602
                                                P.O. S. Machain    7963
                                    M.B.  4629  GCSP D. Noon       5410
                                                GCSP J. Guzman     8728
                                    M.B.  4626  GCSP J. Sparks    14879
                                                GCSP P. Zacharias 15994

Interviewed:                        VALENTIN, Israel/1458 N. Campbell/235-1821
                                    DOB 1 June ███ CAMPBELL BOYS

Investigation:                      On today's date at approximately 1715hrs, R/D's
                                    received a radio assignment to go to Norwegian
                                    American Hospital on a man shot.  The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene.  It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing;  Family members may have relocated car but this cannot be confirmed.  The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and not to questions.

                                    R/D's went into the emergency room and spoke with
                                    Dr. Perez who informed R/D's that in his opinion,
                                    the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity.  Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity.  Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Wron 00032

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 32 OF 69

Detective Division                    Page 3                              27 August 1988
Area 5 Violent Crimes                                                      K 371-955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation:                               Dr. Perez further indicated that if the victim
                                             survived his injures he would most likely be
                                             paralyzed from the waist down.  The victim was
spoken to briefly concerning identification and number of offenders.  Victim indicated
by nodding  to simple questions.  Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.

                                             R/D's then interviewed the brother of the victim
VALENTIN, Israel                             who stated in essance but not verbatim that on
                                             date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding.  ISRAEL indicated that the victim was driving.  Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address.  A few
minutes later; not more than five (5), ISRAEL came back outside to the car.  As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible.  ISRAEL then ascer-
tained that his brother had been shot.  ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment.  ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother
to the hospital.  At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233).  ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.

Investigation Continues.........

Wron 00033

inventory numbers); If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, f possible, should include name if known nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE–TIME |
| DAY | MO. | YR. |
| 27 | Aug | 1988 | 1545 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

| 11. ☒ VERIFIED ☐ UPDATE TO | 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|---|
| 19. dna | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED | | | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. | | | |

PROPERTY:
☐ VERIFIED   ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 ☒PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED | |

| STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV. |
|---|---|---|

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

In Custody:

RIVERA, Jacques/M-WH-30Apr█/AKA-ACE/4238 W. Division/5'10/180/brn/brn/med/Employeed: Humboldt Park Inst-Maintenance  IR#614 010 CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N. Spaulding 1st South/5'10/120/brn/blk/light IR# 861-858  CB# 8101-405

Arresting Officers:

RIVERA:   Det. John Leonard    5629
          Det. G. McLaughlin   8086
          GCSP R. Guevara      16345
          GCSP J. Fallon       5351
          GCSP J. Sparks       14879
          GCSP P. Zacharias    15994

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 1 Sept 1988 | 0100 | | 2073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin | 8086 | John Leonard | 5629 | |

SIGNATURE: Gill McLll 8086   SIGNATURE: John Leonard

DATE APPROVED (DAY-MO.-YR.): 02 SEP 1988

CPD-11.411-B (Rev. 8/85)   MUST BE COMPLETED IN ALL CASES

35. R.D. NO. K 371 955

Wron 00034   CRC ☐ 228

Detective Division    Page 2          1 Sept, 1988
Area 5 Violent Crimes                K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Arresting Officers:       RODRIGUEZ: P.O. LETRICH 6198 014
                     P.O. MORIARITY 16633 014
                     P.O. VERGARA 14416 014
                     P.O. WOJCIK  4408 014

Date, Time & Location of Arrest:  RIVERA:   30 Aug, 1988/2300/3300 N. Beach

                RODRIGUEZ: 31 Aug, 1988/0100/2040 N. Spaulding

Evidence:          544008 (652) Photos

Investigation:        The undersigned detectives were assigned to
               the continuing investigation of the above cap-
               tioned incident.  Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5.  Due to the lateness of the hour, the parents of the
witness  indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

               The undersigned had been informed that another
               suspect was in custody (014) and hold papers
               had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up.  The lateness
of the hour also prevented an interview with victim who is in surgicial intensive care.

               On today's date, attempts were made to locate
               the eye witness, LOPEZ, Orlondo, in order to
               have subject view a line-up.  Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim; Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature.  R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication.  R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

               R/D's returned to Cook County Hospital with six
               photos (Inv. #544-008 652).  It should be noted
               that the photos were numbered from one to six
but the were not shown numerically to the victim.  The victim does not have use of his
limbs and is basically paralyzed from the neck down.  Therefore photos were individually
held for victim to view (random order).  As photo's were being shown to victim it appeared

Wron 00035

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 35 OF 69

Detective Division          Page 3          1 Sept., 1988
Area 5 Violent Crimes                                    K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation Cont.:                     that the victim was having a difficult time
focusing of the photos. Victims eyes were con-
stantly tearing and R/D's inquired of the staff
of victim's medication at the time. R/D's learned that victim had been placed on a
morphine drip for the pain. It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia. It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

The following is the numerical order and names
of subjects in photos.

#1  VILLAFANE, Angel/M-WH/23  21July█ / 1619 N. California

#2  OLIVERO, Carlos/M-WH/18  14May█ / 2478 N. Albany

#3  RIVERA, Jacques/M/WH/23  30Apr█ / 4238 W. Division

#4  RUIZ, George/M-WH/19  28Jan█ / 2453 N. Francisco

#5  RAMON, Lopez/M-WH/20  22Sep█ / 1424 N. Washtenaw

#6  RODRIGUEZ, Jose/M-WH/23  30Apr█ / 2040 N. Spaulding

Due to the above facts and circumstances both
subjects were released. This investigation con-
tinues.......

Wron 00036

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 36 OF 69



Wron 00037



Wron 00038

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 38 OF 69

Property Inventory numbers. If property taken was identified for Operation Identification, indicate ID number at end of Narrative. Offender, supply male, female, unknown, if known, by race, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race, complexion, C.B. or I.R. number if known, and state if in custody. CRC 26

# SUPPLEMENTARY REPORT
## CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE - TIME
DAY   MO   YR
27 Aug 88   1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE 2. ADDRESS OF ORIG. INCIDENT OFFENSE   ☒ VERIFIED  ☐ CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|
| BATTERY:Aggravated,Handgun | 041A 3324 W. Cortland | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | ☒1 YES ☐2 NO | ☐1 YES ☒2 NO | 1464B |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

**10. DESCRIBE PROPERTY IN NARRATIVE**  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV RADIO, STEREO | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|---|
| ☐T $ | ☐T $ | ☐T $ | ☐T $ | ☐T $ | ☐T $ | |
| ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐T $ | ☐T $ | ☐T $ | ☐T $ | ☐T $ | ☐T | |
| ☐R | ☐R | ☐R | ☐R | ☐R | ☐R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|---|
| 1 RODRIGUEZ,Jose | 2040 N. Spaulding | 1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 NIEVES,Felipe | Unk | | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| 14. C.B. NO. | I.R. NO., Y.D. NO OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☒USED ☐STOLEN Unk | | Toyota | 2dr | Brn | UNK | | UNK | |

**80. NARRATIVE**

IN SUMMARY:  R/O's had occassion to interview above victim regarding above RD#. Victim related that the person who shot him and the driver were members of the Imperial Gangster street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above ~~victim picked out offender#1 as the person who shot him and offender#2 as the driver of~~ the vehicle used. Offender#1 taken into custody,advised rights per Miranda in Spanish and English and processed in 014.

Additional Arresting Ofcrs:WOJCIK#4408,VERGARA#14416

17. RD NO
K-371955

☐ CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 31 Aug 88 | 0230 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | | |
|---|---|---|---|---|---|---|
| C.LETRICH | 6198 | J.MORIARTY | 16633 | | | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) | | TIME |

CPD-11.411-A (REV. 8/85)  •MUST BE COMPLETED IN ALL CASES   Wron 00039

**SUPPLEMENTARY REPORT**
CHICAGO POLICE

27 Aug 88   1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS RE | | 1. UCR OFF. CODE 2. ADDRESS OF ORIG. INCIDENT 3 | NSE ☐ 1 VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|
| Murder/Homicide | | .0110   3320 W. Cortland | | 1422 |

5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT — VALENTIN, Felix

CORRECT ☒ 1 YES ☐ 2 NO    6. FIRE RELATED ☐ 1 YES ☒ 2 NO    7. BEAT ASSIGNED 4627

8. VICTIM'S/SUBJECT'S ADDRESS — 1458 N. Campbell

9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED — Alley    LOCATION CODE 092

10. DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

**PROPERTY**

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R | PROPERTY INVENTORY NO(S). |
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R | |

**OFFENDERS**

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1 RIVERA, Jacquez | 4231 W. Division | M | 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER 15. NO. REL. CODE ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 OFF. 2 | | | | |

16. OFF'S. VEHICLE ☐ USED ☐ STOLEN   YEAR   MAKE   BODY STYLE   COLOR   V.I.N.   STATE LICENSE NO.   STATE

80. NARRATIVE

VICTIM:   VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE, TIME, LOC. OF INC:   27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley

LATE, TIME, LOC. OF ARREST:   15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC

OFFENDER:   RIVERA, Jacquez; M/WH/23; 30 Apr ▪; 5-9, 160;

AKA. RIOS, Jose; 4231 W. Division 3rd. flr.

nickname, ACE; member of Latin Kings/014

CHARGES:   Murder 1st. Degree; 38-9-1a

COURT DATE & BRANCH:   16 Sep 88; 66-2

INVESTIGATION:   Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

K-371955

CONTINUED ☒ OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 16 Sep 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |

SIGNATURE S. Gawrys   SIGNATURE R. Guevara

95. DATE APPROVED (DAY-MO.-YR.) 16 Sep 88   TIME 0030

CPD-11.411-A (REV 8-85)   •MUST BE COMPLETED IN ALL CASES

Wron 00040

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 40 OF 69

CONTINUATION OF NARRATIVE

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO.
K-371955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO. | DATE (DAY-MO-YEAR)

Wron 00041

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 41 OF 69

Wron 00042

A/5 V.C

DeT. DORSch

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 42 OF 69

| AL OFFENSE EPORT O POLICE | 1. OFFENSE/INCIDENT–PRIMARY CLASSIFICATION | | | 0,4,1,A | AGGRAVATED : HANDGUN | | | K-3,7,1,4,53 |
|---|---|---|---|---|---|---|---|---|
| | BATTERY | | APT. NO. | 5. FIRE RELATED | 6. DATE OF OCCURRENCE – TIME DAY MO. YR | | 7. BEAT OF OCCUR. | 8. BEAT/UNIT ASSIGN. |
| ADDRESS OF OCCURRENCE 3,3,2,4 DIR. W STREET CORTLAND | | | | ☐1 YES ☒2 NO | 27 AUG 88 1545 | | 1422 | 1413 |
| TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE) STREET | | | | 10. LOCATION CODE 3,0,7 | 11. DATE R.O. ARRIVED – TIME 27 AUG 88 1638 | | 12. ASSIGNED BY ☐2 ON VIEW | ☒1 C.O.S. ☐3 SUPERVISOR |

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 21. NAME (LAST–FIRST–M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE –AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. IN-JURED YES NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| VALENTIN, FELIX | ☒ ☐ ☐ | 1458 N. CAMPBELL | M,4,16 | 235 1821 | NONE | ANY | | x, | 24 |

| ARENT/GUARDIAN, IF JUVENILE | | | | | | | RACE CODES |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1-BLACK 3-BLACK-HISPANIC 5-AMER. IND./ALASK. NAT. 2-WHITE 4-WHITE-HISPANIC 6-ASIAN/PACIFIC ISLANDER |

☐1 DISCOVERED ☐2 WITNESSED ☒3 REPORTED OFFENSE

| | 32. | 33. | 34. | 35. | OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household) |
|---|---|---|---|---|---|
| VALENTIN, ISRAEL | 1458 N. CAMPBELL | M,4,22 | 235 1821 | NONE | 01-WIFE 09-BROTHER 17-BROTHER-IN-LAW 02-HUSBAND 10-SISTER 18-SISTER-IN-LAW 03-FORMER WIFE 11-AUNT 19-OTHER RELATIVE 04-FORMER HUSBAND 12-UNCLE 20-GIRL FRIEND 05-MOTHER 13-MOTHER-IN-LAW 21-BOYFRIEND 06-FATHER 14-FATHER-IN-LAW 22-FRIEND/ACQUAINTANCE 07-SON 15-SON-IN-LAW 23-OTHER–SPECIFY 08-DAUGHTER 16-DAUGHTER-IN-LAW 24-NO RELATIONSHIP |

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 24 |
| | | | | | | | | | | 24 |

| 51. OBJECT/WEAPON ☒1 USED ☐2 DISPLAYED ☐3 UNK | 52. FIREARM FEATURES | 53. POINT/ENTRY | 54. POINT/EXIT | 55. BURGLAR ALARM | 56. SAFE BURGLARY METHOD | | 57. IF RESIDENCE, WHERE WERE OCCUPANTS | |
|---|---|---|---|---|---|---|---|---|
| ☒01 HAND GUN ☐08 EXPLOSIVE | ☐01 CHROME/NICKEL | ☐01 FRONT DOOR | ☐01 FRONT DOOR | ☒ DNA | ☐01 PUNCH ☐06 PEEL | ☐01 WORK | ☐06 OTHER |
| ☐02 SHOTGUN ☐09 LIQUID/GAS | ☐02 BLUE STEEL | ☐02 REAR DOOR | ☐02 REAR DOOR | ON PREMISE | ☐02 TORCH ☐07 OPEN | ☐02 VISITING | ☐07 UNKNOWN |
| ☐03 RIFLE ☐10 BOTTLE/GLASS | ☐03 SHORT BARREL | ☐03 WINDOW | ☐03 WINDOW | ☐1 YES ☐2 NO | ☐03 EXPLOSIVE ☐08 UNKNOWN | ☐03 VACATION | ☒08 DNA |
| ☐04 KNIFE ☐11 RAZOR | ☐04 LONG BARREL | ☐04 ROOF | ☐04 ROOF | ALARM CIRCUMVENTED | ☐04 DRILL ☒09 DNA | ☐04 WEDDING | |
| ☐05 VEHICLE ☐12 PRY TOOL | ☐05 SAWED OFF | ☐05 FLOOR | ☐05 FLOOR | ☐1 YES ☐2 NO | ☐05 REMOVED | ☐05 FUNERAL/WAKE | |
| ☐06 BLUNT INSTRUMENT ☐13 HAND, FEET | ☐06 OTHER | ☐06 SIDE DOOR | ☐06 SIDE DOOR | 58. UNUSUAL CHARACTERISTICS OF OFFENSE | | 59. GANG RELATED – AFFILIATION | |
| ☐07 THROWN OBJECT ☐14 OTHER | ☐07 UNKNOWN | ☐07 OTHER | ☐07 OTHER | SEE NARRATIVE | | ☐ VICTIM | |
| ☐15 DNA | ☐08 DNA | ☐08 UNKNOWN ☒09 DNA | ☐08 UNKNOWN ☒09 DNA | | | ☒ OFFENDER LATIN KING | |

| 71. DESCRIBE PROPERTY IN NARRATIVE | | | T = TAKEN; R = RECOVERED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & Narc./Dang. Drugs | 5 OTHER | 6 NONE |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

| 2. VEI ☐STOLEN ☐THEFT FROM ☐OFFENDER'S | RAILER ☐ | YR MAKE 1 D TOYOTA | BODY STYLE 2 DN | COLOR ORN | V.I.N. U — N — K | | STATE LICENSE NO. U — N — K | STATE EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S). | 74. VEH. INVENTORY NO. POUND |
|---|---|---|---|---|---|---|---|---|---|---|

NARRATIVE (Do not duplicate or repeat information – for explanation or additional information only)

☒1 SOBER ☐2 HBD — 81. SOBRIETY OF VICTIM

N SUMMARY: VICTIM AND WITNESS #1, VALENTIN, ISRAEL, went to ABOVE ADDRESS to pick up, witness VALENTIN'S Girlfriend, as they were Going to A wedding. Witness VALENTIN went upstairs to pick up his Girlfriend, victim waited in CAR Behind steering wheel, IN DRIVERS Seat. Witness VALENTIN went downstairs, and could not see his BROTHER

82. FLASH MESSAGE SENT? ☒1 YES ☐2 NO

| 1 EXTRA COPIES REQUIRED ☒NORMAL | ☒CONT'D. OTHER SIDE | 92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT | UNIT NOTIFIED | PERSON | ☐NOTIFIED | ☐ARRIVED | DATE (DAY-MO-YR) – | TIME |
|---|---|---|---|---|---|---|---|---|
| 3. FIRST OFFICER AT SCENE | ☒R.O. | 94. OFFICER NOTIFYING ☐1ST D/S ☐E.T. ☐M.E. | | PERSON | ☐NOTIFIED | ☐ARRIVED | DATE (DAY-MO-YR) – | TIME |

| 6. REPORTING OFFICER'S NAME (PRINT) E.M. CRAWFORD | STAR NO. 15602 | OFFICER'S SIGNATURE | DATE INVEST. COMPLETED-TIME 27 AUG 88 | 97. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| 8. REPORTING OFFICER'S NAME (PRINT) S. MACHAIN | STAR NO. 7963 | OFFICER'S SIGNATURE | | APPROVAL SIGNATURE | DATE APPROVED – TIME |

0 (REV. 8/83)

Wrdn 00043

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 43 OF 69

K 371-955

In the car, approached and observed his brother slumped across seat, bleeding. Victim was sprawled across seat, saying "they shot me, they shot me" and began screaming. Witness Valentin, pushed his brother across seat and drove him to Norwegian Hospital. While enroute, witness Valentin struck 3 parked MV's in the 1200 1300 blks of N-Kedzie. A passer by in another MV came by, and drove victim and Norwegian S. Victim treated at Norwegian, to be transferred to Northwestern Hospital.

R/Os were able to simultaneously communicate with victim & Leonardo Valentin.

Suspect auto: older model Ban 2dr, possibly maroon Toyota, clean windows, rear plates, no handles, rear view mirror.

Suspect offenders (1) m/wht, Latin King Cobra affiliation, driver of car N.F.D. at this time. (2) m/wht, Latin King Cobra affiliation, passenger in above auto, LSW yellow baseball hat, light to med. complexion, 16-18 y.o.a. armed with handgun. NFD at this time.

Wron 00044

| I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | | DATE (DAY-MO-YR.) |
|---|---|---|---|

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

| I-UCR OFFENSE CODE — ☐1 CORRECT ☐2 REVISED | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED ☐1 FIELD ☐2 ADMIN. ☐3 SUMMARY | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE ☐1 YES ☐2 NO | REASSIGNED ☐1 YES ☐2 |
|---|---|---|---|---|---|---|---|---|---|

| OFFICER REASSIGNED — DATE STAR NO. | | STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED–NON-CRIMINAL | | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL |

| VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. ☐HOME ☐BUSINESS |
|---|---|---|---|---|

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED    FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMT. ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R | 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | 1 & NARC/DANG. DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 16 ☐ ☐ |
|---|---|---|---|---|---|---|---|---|---|---|---|

SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED    LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY — SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) |
|---|---|---|---|---|---|

**EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

OTHER NO.

RD NO. **K 371 9554**

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | | | DATE RECEIVED | | TIME |
|---|---|---|---|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 5th | 025 | 5548 | 15 Sep 88 | | 1710 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | | TIME |
|---|---|---|---|---|---|
| LINE UP PHOTOS | 652 | MILLER | 15 Sep 88 | | 1915 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | | TIME |
|---|---|---|---|---|
| AREA FIVE VIOLENT CRIMES | BOYLE | 15 Sep 88 | | 1920 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTIN, FELIX | M WH 16 | 1458 N Campbell | NONE |

ELIM. PRINTS
☐ DNA ☐ NO

IN CUSTODY
☒ YES ☐ NO

NAME

D.O.B.

CB NO.

IR NO.

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION
☐ MALE ☐ FEMALE   RACE
☐ ADULT ☐ JUVENILE
IDENT. SECTION ☐ SUITABLE ☐ NOT SUITABLE   INITIAL   DATE

**PHOTOS TAKEN.**

| A E.I. BOARD | E DIRECT | I RIGHT PROFILE |
|---|---|---|
| B EII. BOARD | F LEFT PROFILE | J RIGHT PRODILE |
| C DIRECT | G LEFT PROFILE | K |
| D | H | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| | | | | |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | | |

**DETAILS OF CASE**

| POSITION | NAME | C.B.# |
|---|---|---|
| 1 | SANCHEZ, SANTIAGO | NONE |
| @ | CRUZ, EFRAM | NONE |
| 3 | RIVERA, JACQUES | |
| 4. | TORRES FELIX | NONE |
| 5. | DELGADO, ISRAEL | NONE |

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | 652 | DNA | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| P.O. John Miller | 5482 | *Sgt. A. Wemgut* | 865 |

CPD-33.103 (Rev. 11/85)

Wron 00045

RD NO. K 371 955

**DETECTIVE DIVISION AREA COPY**

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 45 OF 69



CONTINUATION OF NARRATIVE

Wron 00046

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 46 OF 69

66 -2                16 Se_ ember 1988
(Court Branch)              (Court Date)

FELONY                                                          (1-82) CCMC1-216

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois                COMPLAINT FOR PRELIMINARY EXAMINATION
    Plaintiff

v.                                          NO. ...................................

JACQUES RIVERA
..........................
   Defendant

Felix Valentin
....................................................................... complainant, now appears before
    (Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

JACQUES RIVERA ................................................................ has, on or about
          (defendant)

27 August 1988 ........................ at ... 3320 W Cortland ......................
    (date)                                     (place of offense)

committed the offense of ... HOMICIDE/ 1st Degree Murder ............................... in that he

Killed Felix Valentin without legal justification by shooting him Felix
Valentin 10 times with a hand gun with the intent to kill Felix Valentin
...............................................................................
...............................................................................
...............................................................................

in violation of Chapter.... 38 ................................................ Section.... 9-1(a)(1)

ILLINOIS REVISED STATUTES

....... William T. Dorsch .......
          (Complainant's Signature)
    5555W Grand              744-8364
STATE OF ILLINOIS   }            (Complainant's Address)            (Telephone No.)
         SS.    Det. William Dorsch
COUNTY OF COOK      }            (Complainant's Name Printed or Typed)

being first duly sworn, on ............. his ...................., oath, deposes and says that he has read the foregoing
complaint by him subscribed and that the same is true.

    William T. Dorsch
        (Complainant's Signature)

Subscribed and sworn to before me ..................................... 15 September, 19 88

        (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that
there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,      Judge ..............................................................
   or
Warrant Issued,      Bail set at .........................................................
   or
Bail set at .................................... Judge ..................................
                           Judge's No.

**MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY** Wron 00047

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 47 OF 69

FELONY MINUTE SHEET - FORM 101

ASSISTANT STATE'S ATTORNEY:        (For State's Attorney Use Only)
Enter each continuance here. In cases of multiple defendants indicate which
defendants, if any, did not join in the continuance. Also indicate dates of
all demands for trial, and by whom demands were made.

COURT BRANCH: __66__                    R.D.# __K 371 955__

| IR NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|---|---|---|---|---|
| 614 010 | Jacques Rivera | 23 | 15 Sept 1988 | 38-9-(1)(a) |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DATE OF OFFENSE: _27 Aug 1988_ TIME: _03:45_ ( )am (xx)pm PLACE: _3320 W Cortland Ave_
                                                                 Chicago/Cook County, Illinois

The facts briefly stated are as follows: The victim while seated in his
vehicle at 3320 W Cortland was attacked by the arrestee Jacques Rivera who
shot him ten times. The victim died of his wounds on 14 September 1988.
The arrestee was identified by photos by the witness Orlando Lopez. On
15 September Jacques Rivera accompanied the arresting officers into Area Five
where a line up was conducted. RIVERA was positively identified by the
witness as the subject who shot the victim.

WITNESSES: Spell out first & last name; First name first. Also furnish
           address & phone number of each witness.

| PROSECUTING WITNESS | ADDRESS | HOME PHONE | BUS. PHONE |
|---|---|---|---|
| Orlando Rivera |  |  |  |
| GCSP R. GUEVARA | 2452 W Belmont | 744-3260 |  |
| GCSP S. Gawrys | 2452 W Belmont | 744-3260 |  |
| Det. W. Dorsch | 5555 W Grand | 744-3260 |  |
| Det. J. Boyle | 5555 W Grand | 744-3260 |  |
|  |  |  |  |
|  |  |  |  |

A.S.A. Rosner _____ APPROVED FELONY CHARGE(S)

Wron 00048

BOND, $ _____  _____ ASST. STATE'S ATTY. _____ DATE

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 48 OF 69

**SUPPLEMENTARY REPORT**
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

4. DATE OF ORIG. OCCURRENCE -TIME
DAY  MO.  YR.
27 AUGUST 1988  1545

1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT

HOMICIDE/ 1st DEGREE

2. ADDRESS OF ORIG. INCIDENT OFFENSE  XX VERIFIED  2 CORRECTED
0110   3320 W Cortland

3. BEAT OF OCCUR.
1422

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

VALENTIN, FELIX

CORRECT  XX YES  2 NO
IF NO, CORRECT ALL VICTIM INFOR-
MATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED  1 YES  XX NO
7. BEAT ASSIGNED
5548

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE O.

ALLEY

LOCATION CODE
092

9. NO. OF VICTIMS
1

10. NO. OF OFFENDERS
2

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CIRCUM-STANCES | 11. VERI-FIED X / UPDATE TO | 12. OBJECT WEAPON CODE NOS. | 13. FIREARM REG. | 14. ENTRY CODE NO. | 15. POINT EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO. | |

19. DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN  R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| PROPERTY | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|
| VERIFIED DNA | T $  R | T $  R | T $  R | T $  R | T $  R | T $  R |
| UPDATE TO | 9 HOUSEHOLD GOODS  T $  R | 0 CONSUM. GOODS  T $  R | 1 FIREARMS  T $  R | & NARC. DANGEROUS DRUGS  T $  R | 5 OTHER  T $  R | 6 NONE  T  R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES  NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | OFF. 2 | | | | |

33. OFF'S. VEHICLE  USED  STOLEN  YEAR  MAKE  BODY STYLE  COLOR  V.I.N.  STATE LICENSE NO.  STATE

34. SERIAL NOS. OR IDENTIFICATION NOS.  1 DNA  2 VERIFIED  3 CORRECTED  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA)  REV. CODE  51. METHOD CODE  52. METHOD ASSIGNED  UNIT NO.  53. STATUS
DNA                                                DNA    XX FIELD  3 SUMMARY   652   XX 0 PROGRESS  1 SUSPENDED  2 UNFOUNDED

STATUS CONT'D.  3 CLRD. CLOSED  4 CLRD. OPEN  5 EXC. CLRD. CLOSED  6 EXC. CLRD. OPEN  7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED  1 ARREST & PROSEC.  2 DIRECTED TO JUV. CRT.  3 COMPL. RFUSD. TO PROSECUTE  4 COMMUNITY ADJUSTMENT  5 OTHER EXCEPT.  ADULT  JUV.

55. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP:       15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER:       P.O. John Miller # 5482  UNIT # 650

R.D. #:       K 371 955

PERSONS CONDUCTING LINE UP       Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT)       91. DATE THIS REPORT SUBMITTED – DAY MO. YR.  TIME       92. SUPERVISOR APPROVING (PRINT NAME)  STAR NO.

NORMAL                                             15 SEPTEMBER 1988  2030       SGT. R. WEINGART #865

93. REPORTING OFFICER (PRINT NAME)  STAR NO.       94. REPORTING OFFICER (PRINT NAME)  STAR NO.       SIGNATURE

Det. John Boyle  6945       Det. William Dorsch  4257

SIGNATURE                                          SIGNATURE                              95. DATE APPROVED (DAY–MO.-YR.)  TIME
                                                                                          16 SEP 1988

CPD-11.411-8 (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

K 371 955

Wron 00049
CRC 228

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

RD #  K 371  955
15 ¿  ¿EMBER  1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

| | |
|---|---|
| PERSONS PRESENT DURING LINE UP: | 1. Det. William Dorsch #4257 Area Five Violent Crimes<br>2. Det. John Boyle #6945 Area Five Violent Crimes<br><br>3. GCSP. Ray Guevara #16345 Gang Crimes North<br>4. GCSP. Steve Gawrys # 16899 Gang Crimes North |
| PERSONS VIEWING LINE UP: | 1. Orlando LOPEZ  RD# K 371 955 |
| PERSONS PARTICIPATING IN LINE UP: | 1. SANCHEZ, Santiago M/WH/19 12 May ███<br>Volunteer.<br><br>2. CRUZ, Efram M/WH/20 26 March ███<br>Volunteer<br><br>3. RIVERA, Jacques M/WH/23 5'9" 160<br>CB#<br><br>4. TORRES, Felix M/WH/22 29 October ███<br>Volunteer<br><br>5. DELGADO, Israel M/WH/21 25 June ███<br>Volunteer |
| PERSONS IDENTIFIED IN LINE UP: | Position # 3 RIVERA, Jacques |
| INVESTIGATION: | The Reporting Detectives conducted a line-up in the offices of Area Five Violent Crimes pursuant to this investigation.  Subject #3  Jacques RIVERA was positively |

identifed by the  witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any statement.

Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

Wron 00050

CHICAGO POLICE

**ARREST REPORT**
CPD-11.420 (Rev. 5/88)

RIVERA    Jacq....z    (MI)  M  Wh  30  Apr  65

| 7 ALIAS (LAST) | (FIRST) | (MIDDLE) | 8 C.B. NO. | 4 NO. OF CHARGES |
|---|---|---|---|---|

5 ADDRESS OF ARREST
5555 W. Grand     23

RIOS Jose     1

10 ENTER LOCATION CODE FOR NATURE OF PREMISES     11 DIST. RES.
292     025

12 RESIDENCE ADDRESS
4231 W Division

13 TIME PHOT'D.     14 R.D. NO.
K-371-955

15 RESISTED ARREST YES ☐ NO ☒ | 16 ASSAULTED OFFICER YES ☐ NO ☒ | 17 OFFICER INJURED YES ☐ NO ☒ | 18 SOBRIETY SOBER ☒ H&D ☐ INTOX ☒

19 STATE/PLACE OF BIRTH
IL.

DRIVERS LICENSE NO.
R160-4206-5123    STATE

20 I.R. NO.
614010

21 WEAPON  ☒ PISTOL-REVOLVER  RIFLE  SHOTGUN  KNIFE  OTHER (SPECIFY)

22 HEIGHT 5'9 | 23 WEIGHT 160 | 24 EYES Brn | 25 HAIR Brn | 26 COMPLEXION Med

27 FINGERPRINT CLASSIFICATION

28 GLASSES YES ☐ NO ☒ | 29 BUILD SLENDER ☐ MEDIUM ☒ HEAVY ☐

30 MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.
Ace/on left arm

31 BEAT OF ARREST 2522 | 32 DATE OF ARREST DAY 15 MONTH Sept. YEAR 88 TIME 1930

33 FINAL CT. DATE & BRANCH

34 WHERE EMPLOYED

1 38-9-1a     1 MURDER First Degree

35 OCCUPATION

36 NO. ARRESTED 1 | 37 TIME FINGERPRINTED

38 REFERENCES (CHAPTER ARTICLE SECTION) | 39 OFFENSES | 40 DISPOSITIONS

41 PERSON & WESTGATE UNIT NOTIFIED
SGT. Weingart

UNIT NOTIFIED
A/5VC

TIME
1630

42 INITIAL APPROVAL OF PROBABLE CAUSE
A. A. Wojnicki #400
DISPOSITION OF VEHICLE

43 DATE CHARGED DAY MONTH YEAR | TIME

44 APPROVAL OF CHARGES

45 VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO

46 NAME
VICTIM-COMPLAINANT    VALETIN, Felix  ( DECEDANT )

SEX | RACE | HOME ADDRESS | PHONE NO.

47 ARRESTEE TRANSPORTED TO BY
A/5VC    GUEVARA & GAWRYS    STAR NO. 16345

HOW TRANSPORTED
4627

TIME
1500

PROPERTY INVENTORY NO(S).
DNA

48 NARRATIVE    (The facts for probable cause to arrest include, but are not limited to, the following:)  DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☐ NO    IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is a gang crimes north arrest by 4627 and

5548 A/5VC. for Murder. Above subject arrested for Murder after being placed

in a line-up and pick out by the witness as the shooter in this Homicide.

CHARGES APPROVED PER ASA ROSNER

ADDITIONAL ARRESTING OFFICERS: DET. B. DORSCH 4257 & Det. J. BOYLE 6945 Beat

5548 and GCSP. S. GAWRYS # 16899 Beat 4627

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE    Gcsp. R. Guevara    DEPUTY CLERK

FOR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE

APPROX WEIGHT/NO. PILLS | EST. STREET VALUE— CALL ORG CRIME PAX 0-662 $ | TEL. NO. CALLED | TIME OF CALL | FOR COURT USE – COURT DOCKET NO.

49 VEHICLE ASSIGNED 1 ONE 2 TWO 3 MAN ☐ JAN ☐ CAR ☐ XX OTHER | 50 DESIRED COURT DATE 16 Sept. 88 | BRANCH 66-2 | 51 COURT SGT. TO HANDLE YES ☐ XX NO | 52 DATE RECEIVED LOCKUP | TIME | 53 FINAL JUDGE'S NAME

FIRST ARRESTING APPEARING OFFICER
GCSP. R. GUEVARA    STAR NO. 16345    760    BEAT NO. 4627    7    Gcsp. R. Guevara 16345 760 4627

BOOKING OFFICER    STAR NO    UNIT    57 PROPERTY RECEIPT NO

ARRESTEE SEARCHED BY    STAR NO    UNIT    61 BONDED DATE

JUVENILE DATA | I.D. NO | 62 RELIGION | 63 DETAINED 1 ☐ | TEMP RELEASE 2 ☐ | 64 NO ADULTS ARRESTED | 65 DATE OF OFFENSE DAY MO. YEAR | TIME | 72 COMM AREA NO | 74 JUVENILE TITLE

Wron 00051

COURT SERGEANT - PERMANENT RECORD COPY

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 51 OF 69

**RELEASE OF PERSON IN CUSTODY**   CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| | | TODAY'S DATE | C.B. NO. |
|---|---|---|---|
| | | 31 Aug 1983 | 3001 323 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RIVERA, Jacques | 23 | 4233 W. Division | 025 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1983 | 2300 HRS | Guevara | 16345 | Gang Crimes North |

**REASON FOR ARREST**

identified in a photo by witness as the person that shot Felix

Valentin.

**REASON FOR RELEASE**

the undersigned were unable to locate the witness for a line-up.

**CHECK ACCOMPLISHED PROCEDURES**

- [x] PRINTS TAKEN
- [ ] VIEWED BY VICTIM
- [ ] WEAPONS TESTED
- [ ] OTHER (SPECIFY)
- [x] PHOTO TAKEN
- [ ] VIEWED BY COMPLAINANT
- [ ] TOOLS TESTED
- [ ] LINE-UP
- [ ] ALIBI CHECKED
- [ ] VEHICLE TESTED

**PERSONS WHO VIEWED SUBJECT**

| | NAME | ADDRESS | PHONE NO. |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes |

| APPROVAL SIGNATURE DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH Comm. |

ADDITIONAL COMMENTS:

This form was presented to the desk sergeant at the 25th district on:

| | DATE | TIME |
|---|---|---|
| | 31 Aug 1983 | 2230 HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00052

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 28 | AUG | 88 | 27 AUG | 88 | 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| AGG BATT | VALENTIN, Felix | 5537 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

~~VALENT~~

LOPEZ, ORLANDO
12 - 3½ MAY7- ▓
MOZART
STANDING 3324
Shooting -3322.
18 yoa - KINGS - HASseen BEFORE
235-3373 - Neighbor

#1 BLACK Jacket —
Dark Pants
gym shoes

#2 #
By STORE - CAR came through
Alley - Turned EAST AND STOPPED Shooter
GOT OUT STARTED to walk THEN
RAN - VICTIM LEANED BENT OVER IN CAR to pick
AND WAS shot - Possible something
Silenced - E ON CORT - South on Spaulding
BRONZE
COPPER COLOR MED Size CAR - Chev,

R.D. NO. K311465

PRINTED CR
S81 S ID - 7355106
S58 - 145 -

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY MONTH YEAR |
|---|---|---|
| S McPhee 80878 | Sgt Finald | 29 AUG 1988 |

CPD-23.122 (Rev. 2/83)

John J. Leonard #8679

Wron 00053

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 28 Aug 88

DATE OF THIS REPORT: 27 Aug 88 | WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: Agg Battery

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

9601
D. KEATING # 8788
J. McDONALD # 6989

3300 –3318– ABANDON BUILDING
3322– 1, 2, 3, HEARD OR SEEN
NOTHING
3301 – 3319– VACANT LOT

3321 – SEEN NOTHING –

5 RECOVERED 22 CAL
STEEL CASINGS
MOUTH OF ALLEY

PHOTO'S OF SCENE
PHOTO'S OF VICTIMS CAR

R.D. NO. K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO. John Lemaul 5629

RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. Jeff Smale

DAY—MO—YR—TIME: 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00054

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 54 OF 69

CITY OF CHICAGO, DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF **RIOS, Jose**      M/WH

DATE          29 July 1981

DATE OF BIRTH     30 April 1964

I.R. NO.   614010          FBI NO 970150 AA5          I.S.B. NO. 2423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE, DISPOSITION |
|---|---|---|
| Jose RIOS<br>3449 W. North<br>30 April ▇ | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct. |
| Jacques RIVERA<br>3335 W. Beach<br>30 Apr ▇ | 6776065 | - 27 Feb 83 Off Chavez 14 dist ▇▇▇<br>28 Feb 83, ▇▇▇▇▇▇ (95½-4-103a),<br>FPC, TRANSFER TO CHIEF JUDGE, Judge Sodini<br>14 Mar. 83, INFO#83-2690, ▇▇▇▇ |
| Jack RIVERA<br>3335 W Beach<br>30 Apr ▇ | 6851273 | - 02 Jun 83 Off Gruber Summer Mobile Force (14) ▇▇<br>24 June 83, ▇▇▇▇ Fail Exib Reg. (MCC) Fail<br>Poss. I.D. (38-83-2a) LFW, Judge Laurie (Docket No.<br>83235069) |
|  | SEE CB<br>6776065 | 28 June 83. ▇▇▇▇▇ Nolle Prosse, ▇▇▇▇<br>▇▇▇▇ 2yrs PROBATION, Judge Hall. |
|  | SEE CB▇<br>6857273 | -20 Aug 83, ▇▇▇▇ Fail to Exhibit Reg (MCC) Fail<br>Poss ID Card (38-83-2a) SOL, Judge Macellaio (Docket No. 8323<br>50?9) |
| Jaques RIVERA<br>4032 W. Division<br>30 Apr ▇ | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) ▇▇▇▇<br>17 Jul 85, ▇▇▇▇ (56½-1402), ▇▇▇▇ (38-83-2),<br>SOL, Judge Kowalski, (Dk#85-1172594) |
| Jacques RIVERA<br>4032 W. Division<br>30 Apr ▇ | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., ▇▇▇▇<br>10 Aug 87, ▇▇▇▇ SOL Judge Chrones<br>(Doc# 8718 1956) |
| Jacques RIVERS<br>4448 W. Cortez<br>30 Apr. ▇ | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. |

ISSUED ON INQUIRY

AUG 27 1988

BY NAME CHECK ONLY

Wron 00055

CONFIDENTIAL  —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued must be destroyed. (U.S. Dept. of Justice Rules & Regulations

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 55 OF 69

PRESS HARD — — This is a 6-part formset

P___ CLEARLY — — This is the official Department rec___

**CHICAGO POLICE**
**ARREST REPORT**
CPD-11.420 (Rev. 11/87)

| MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) | (FIRST) | (MIDDLE) | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| | RIVERA | Jacques | | M | WH | 30 Apr. ████ |

| ADDRESS OF ARREST | APT. NO. | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) | 8. C.B. NO. | 9. NO. OF CHARGES |
|---|---|---|---|---|---|---|---|
| 3300 BEACH | | 23 | ACE | | | 8 1 0 1-3 2 3 | 1 |

| ENTER LOCATION CODE FOR NATURE OF PREMISES | 11. DIST./RES. | 12. RESIDENCE ADDRESS | 13. TIME PHOT'D. | 14. R.D. NO. |
|---|---|---|---|---|
| 304 | 025 | 4238 W. Division | | K-371-955 |

| 15. RESISTED ARREST | 16. ASSAULTED OFFICER | 17. OFFICER INJURED | 18. SOBRIETY | 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20. I.R. NO. |
|---|---|---|---|---|---|---|---|
| YES / NO X | YES / NO X | YES / NO X | SOBER X / HBD / INTOX | Chicago | Unk | | 614 010 |

| 21. WEAPON | 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|---|
| PISTOL-REVOLVER / RIFLE / SHOT-GUN / KNIFE / OTHER (SPECIFY) Bna | 5'10 | 180 | Brn | Brn | Med. | |

| 28. GLASSES | 29. BUILD | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. BEAT OF ARREST | 32. DATE OF ARREST | TIME | 33. FINAL CT. DATE & BRANCH |
|---|---|---|---|---|---|---|
| YES / NO X | SLENDER / MEDIUM X / HEAVY | Goatee | 1422 | DAY / MONTH Aug. / YEAR 88 | 2100 | |

Ch. 38 Sec. 12-4

| 34. WHERE EMPLOYED | 39. OFFENSES |
|---|---|
| Imblt. Park Inst | Agg. Battery |

| 35. OCCUPATION |
|---|
| Maintenance |

38. REFERENCES (CHAPTER ARTICLE SECTION)

40. DISPOSITIONS

| 36. NO. ARRESTED | 37. TIME FINGERPRINTED |
|---|---|
| 1 | |

| 41. PERSON IN INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY/MONTH/YEAR | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|
| Sgt. Czarnecki | A/5 V.C. | 2300 | Capt ___ | | | |

| 45. VEHICLE OF ARRESTEE | YEAR | MAKE Does | STATE LICENSE NO. | DISPOSITION OF VEHICLE Not |
|---|---|---|---|---|

Apply

| 46. NAME VICTIM-COMPLAINANT | SEX | RACE | HOME ADDRESS | PHONE NO. |
|---|---|---|---|---|
| Felix VALENTIN | M | WH | 1458 N. Campbell | |

| 47. ARRESTEE TRANSPORTED TO / BY | STAR NO. | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|
| A/5 V.C. Sparks & Fallon | | Bt. 4626 | 2255 | DNA |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☒ NO   IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

Above subject arrested after being identified by a witness as the person who
shot the victim, Felix VALENTIN, on 27 Aug. 88 at 3320 W. Cortland.

Additional Arresting Officers: G.C.Sps.Paul Zacharias # 15994, Joseph Sparks
# 44879, Joseph D. Fallon # 5351
Dets. John Leonard # 5629, Gillian McLaughlin #8086

Hold papers submitted to Capt. Duggan due to the fact that the witness is not
available to view a physical line-up which will be held on 31 Aug. 88.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

| ARRESTING/APPEARING OFFICER'S SIGNATURE | DEPUTY CLERK |
|---|---|
| ___ | Sgt. T. Czarnecki 2056 |

| OR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | 49. APPROX. WEIGHT/NO. PILLS DNA | EST. STREET VALUE— CALL ORG. CRIME. PAX 0-662 $ | 50. NO. CALLED | TIME OF CALL | FOR COURT USE – COURT DOCKET NO. |
|---|---|---|---|---|---|

| 49. VEHICLE ASSIGNED 1 ONE MAN CAR / 2 TWO MAN CAR X / 3 OTHER | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE ☐ YES ☒ NO | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL JUDGE'S NAME | 54. C B NO |
|---|---|---|---|---|---|---|---|

| 55. ARRESTING/APPEARING OFFICER - PRINT | STAR NO. | UNIT NO. | BEAT NO. | D.O. GRP. | ARRESTING OFFICER'S SIGNATURE | STAR NO. | UNIT NO. | BEAT NO. |
|---|---|---|---|---|---|---|---|---|
| Reynaldo Guevara | 16345 | 760 | 4627 | 7 | R. Guevara | 16345 | 760 | 4627 |

| 56. BOOKING OFFICER | STAR NO. | UNIT | 57. PROPERTY RECEIPT NO. | 58. INITIAL COURT DATE | BRANCH |
|---|---|---|---|---|---|

| 59. ARRESTEE SEARCHED BY | STAR NO. | UNIT | 60. BONDED-DATE | TIME | |
|---|---|---|---|---|---|

Wron 00056

| JUVENILE 61. Y.D. NO. | 62. RELIGION | 63. | TEMP. | 64. NO. ADULTS | 65. DATE OF OFFENSE | TIME | 73. COMM. | 74. JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|

**PLAINTIFF'S TRIAL EXHIBIT 19**
**PAGE 56 OF 69**

Detective Division
Area Five Violent Crimes

Dat

30 Aug 88

To: Watch Commander, __1st__ Watch, __025__ District.

From: Det. __J. Leonard #5629__, Area Five Violent Crimes

Subject: Request to hold prisoner(s) past regular court call.

1. The undersigned respectfully requests that:

__Jacques Rivera__ , CB# _____

_____ , CB# _____

_____ , CB# _____

be held in the lock-up of the __025__ District past the regularly scheduled court call.

2. The reason for this request is: **the witness to this case will not be available until tomorrows date, and Felony review will not approve charges until they can interview the witness.**

3. This investigation is recorded under RD# __K 371 955__ and the victim is __Felix Valentin__. It is expected that the prisoner will be charged with __Aggravated Battery__ upon completion of the investigation at __1900 8__ hours on __31 Aug 88__

4. Presented to the __025 74__ District Watch Commander at __28 /c__ on __3 A 18__ _____ hours

Det. _____

APPROVED:

Wren 00057

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 57 OF 69

# CHICAGO POLICE
## ARREST REPORT
CPD-11.420 (Rev. 11/87)

| MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) | (FIRST) | (MIDDLE) | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| Felony | RODRIGUEZ | Jose | Antonio | M 4 | | DAY 30 / MONTH APR / YEAR ▮ |

| 5. ADDRESS OF ARREST | APT. NO. | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) | 8. C.B. NO. | 9. NO. OF CHARGES |
|---|---|---|---|---|---|---|---|
| 2040 N Spaulding | 1st South | 22 | "Chequin" | | | 81-01-405 | 1 |

10. ENTER LOCATION CODE FOR NATURE OF PREMISES: 290

| 11. DIST./RES. | 12. RESIDENCE ADDRESS | 13. TIME PHOTO. | 14. R.D. NO. |
|---|---|---|---|
| 014 | 2040 N Spaulding  1st South | | K-371-955 |

15. RESISTED ARREST: NO [x]
16. ASSAULTED OFFICER: NO
17. OFFICER INJURED: NO [x]
18. SOBRIETY: SOBER [x]

| 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20. I.R. NO. |
|---|---|---|---|
| P.R. | | | 861-858 |

21. WEAPON: OTHER (SPECIFY) DNA
28. GLASSES: NO [x]
29. BUILD: SLENDER [x]

| 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|
| 5-10 | 120 | Brn | Blk | Lt | |

30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.

| 31. BEAT OF ARREST | 32. DATE OF ARREST DAY / MONTH / YEAR / TIME | 33. FINAL CT. DATE & BRANCH |
|---|---|---|
| 1413 | 31 AUG 88 0100 | |

34. WHERE EMPLOYED: Great America
35. OCCUPATION: Laborer
36. NO. ARRESTED: one
37. TIME FINGERPRINTED:

| 38. REFERENCES (CHAPTER ARTICLE SECTION) | 39. OFFENSES | 40. DISPOSITIONS |
|---|---|---|
| 1 Ch. 38:12-4a | 1 Agg. Battery | 1 |
| 2 | 2 | 2 |
| 3 | 3 | 3 |
| 4 | 4 | 4 |
| 5 | 5 | 5 |

| 41. PERSON IN INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY / MONTH / YEAR | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|
| LAWLER | A/5 VC | 0115 | J.S. Villarreal #342 | | | |

DISPOSITION OF VEHICLE

| 45. VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO. |
|---|---|---|---|
| | N----O----N----E | | |

| 46. VICTIM-COMPLAINANT | NAME | SEX | RACE | HOME ADDRESS | PHONE NO. |
|---|---|---|---|---|---|
| | VALENTIN, Felix | M | 4 | 1458 N Campbell | 235-182▮ |

| 47. ARRESTEE TRANSPORTED TO | BY | STAR NO. | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
|---|---|---|---|---|---|
| 014 | LETRICH | 6198 | 1464 B | 0105 | |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME: YES / NO [x]
IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is an arrest / investigation by Bts. 1464 BC Of the 014th District Tactical Unit.

Above taken into custody after he was tentatively identified by the victim/complainant as the individual who shot the victim (5) times. This occured on 27 AUG 88 under above RD#. Identification made from photos in the "Imperial Gangster" photobook.

Arresting Officers: MORIARITY 16633, VERGARA 14415, WOJCIK 4408

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

ARRESTING/APPEARING OFFICER'S SIGNATURE: LETRICH

DEPUTY CLERK

FOR NARCOTIC ARREST:
☐ SUSPECT CANNABIS
☐ SUSPECT CONTROLLED SUBSTANCE

| APPROX. WEIGHT/NO. PILLS | EST. STREET VALUE — CALL ORG. CRIME, PAX 0-662 | TEL. NO. CALLED | TIME OF CALL | FOR COURT USE — COURT DOCKET NO. |
|---|---|---|---|---|
| DNA | $ | | | |

| 49. VEHICLE ASSIGNED | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL JUDGE'S NAME |
|---|---|---|---|---|---|---|
| 1 ONE MAN CAR ☐  2 TWO MAN CAR ☐  3 OTHER [x] | | | YES ☐ NO ☐ | | | |

| 55. ARRESTING/APPEARING OFFICER - PRINT | STAR NO. | UNIT NO. | BEAT NO. | D.O. GRP. | ARRESTING OFFICER'S SIGNATURE | STAR NO. | UNIT NO. | BEAT NO. |
|---|---|---|---|---|---|---|---|---|
| LETRICH | 6198 | 14 | 64B | S/M | | 6198 | 14 | 64B |

| 56. BOOKING OFFICER | STAR NO. | UNIT | 57. PROPERTY RECEIPT NO. | 58. INITIAL COURT DATE | BRANCH |
|---|---|---|---|---|---|

| 59. ARRESTEE SEARCHED BY | STAR NO. | UNIT | 60. BONDED-DATE | TIME |
|---|---|---|---|---|

JUVENILE DATA

| 61. Y.D. NO. | 62. RELIGION | 63. DETAINED 1 ☐ | TEMP. RELEASE 2 ☐ | 64. NO. ADULTS ARRESTED | 65. DATE OF OFFENSE DAY / MO. / YEAR | TIME | 73. COMM. AREA NO. | 74. JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|

Wron 00058

COURT-SERGEANT - PERMANENT RECORD COPY

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 58 OF 69

Detective Division
Area Five Violent Crimes

Date: 31 Aug 88

To:     Watch Commander, __1st__ Watch, __14__ District

From:   Detective __P. Boyle 14633  R. Tapkowski 15665__
        Area Five Violent Crimes

Subject: Request To Hold Prisoner(s) Past Regular Court Call

1. It is requested that the below listed prisoner(s) be held past the regularly scheduled court call.

__RODRIGUEZ, Jose_____, CB Number __8101 405__

_____, CB Number _____

_____, CB Number _____

2. The reason for this request is: A line-up must be viewed by the witness in this case.

3. This investigation is recorded under RD Number __K 371 955__, and the victim is __VALENTIN, Felix__. It is expected that the prisoner will be charged with __Agg. Battery__ when the investigation is completed at __0100__ hours on __2 Sep 88__ (date).

Detective __Boyle 14633  Tapkowski 1566__

Approved: _____

Wron 00059

PROPERTY INVENTORY - NO.
CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

**524226**

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

UNIT

INVEN-TORY NO. **524226**

DATE RECOV-ERED: DAY 26 MONTH Aug YEAR 88   R.D. NO. K-3719

CRIME LABORATORY NO.

CROSS REFERENCE

**NOTICE TO PROPERTY OWNER OR CLAIMANT**

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ | CENTS |
|---|---|---|---|---|
| 1 | 1 | Sealed Evidence Envelope | | |
| 2 | | CONTAINING: (5) Spent U | | |
| 3 | | Brass Cartridge Cases | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | Agg Battery | | |
| 7 | | Victim: Felix Valentine | | |

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C.

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

**NOTICE TO FINDER**
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM – DO NOT DEPOSIT –
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR    STATE CHARGE(S)
☑ FELONY
☐ JUVENILE
☐ HOMICIDE
☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM – NAME
☐ DECEASED   ☐ ARRESTED
AT Alley A - Approx. 3350 W Cortland

OWNER'S NAME UNKNOWN   ADDRESS   TELEPHONE NO.

FOUND BY – NAME Keating + McDonald   ADDRESS Crime Lab   TELEPHONE NO.
☐ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER – STAR NO. – UNIT
Det Leonard 5629 652

1st OFFICER'S NAME Leonard   STAR NO. 5629
SIGNATURE A15VC   UNIT 652

PROPERTY OWNER NOTIFIED ON TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
DAY MONTH YEAR HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

2nd OFFICER'S NAME Keating   STAR NO. 8766
SIGNATURE Keating   UNIT 17

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION
☐ MEDICAL EXAMINER
☑ CRIME LABORATORY
☐ AUTO POUND NO.:

APPROVING DESK SERGEANT   STAR NO.   DATE 26 Aug 88   TIME 0130

VIA ☐ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL
☐ E. & R.P.S. PICKUP ☐ EVID./LAB. TECHNICIAN

SEIZURE WITHOUT SEARCH WARRANT – (III. Rev. Stat. Chap. 38, Sec. 108-2):

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

SEIZURE WITH SEARCH WARRANT – (III. Rev. Stat. Chap. 38, Sec. 108-10):

ATTACH THIS COPY TO SEARCH WARRANT

**ARRESTEE INFORMATION**

**COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

Wron 00060

EVIDENCE REPORT
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | | OTHER N. | | RD NO. K 371 955 |

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | DATE RECEIVED | TIME |
|---|---|---|---|---|
| Aggravated Battery | 0 4 4 0 | 5 014 1422 | 28 | 1932 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| CS | 9601 | McDonald | Aug | 1955 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| 3320 W. Cortland & 2732 W. Wabansia | 5537 | 88 | 2200 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTINE, Felix | M/WH/16 | 1458 N. Campbell | |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | | | | |

FINGERPRINTS

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

PHOTOS TAKEN

| | | | |
|---|---|---|---|
| A | O/A exterior of auto (5) | E | I |
| B | O/A interior of auto (2) | F | J |
| C | north alley at O/A 3320 W. Cortland (5) | G | K |
| D | O/A cartridge cases (4) | H | L |

VEHICLE(S)

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 73 | Mazda RX3 | Red | None | S124A162930 |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

PHYSICAL EVIDENCE

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 524 226 177 | (1) sealed evidence envelope containing (5) cartridge cases recovered from the northwest corner of the mouth of the alley at 3320 W. Cortland. All cases are marked with the letter "U". | FA |

DETAILS OF CASE Reporting Technicians were requested to process the above listed vehicle, in which the victim was allegedly sitting when shot. The auto was processed for all pertinent physical evidence as was the scene of the shooting with the above listed results.

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Leonard | 5629 | A/5/VC | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| J. McDonald | 6989 | | |
| D. Keating | 8788 | | |

CPD-33.103 (Rev. 11/85)

Wron 00061

CRIME LABORATORY DIVISION COPY

| PROPERTY INVENTORY - NO. CHICAGO POLICE CPD-34.523 (Rev. 8/87) | | **544008** | LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE | | UNIT | INVEN- TORY NO. **544008** |
|---|---|---|---|---|---|---|

| DATE RECOV- ERED | DAY 31 | MONTH AUG | YEAR 88 | R.D. NO. K 511 455 | CRIME LABORATORY NO. | CROSS REFERENCE |
|---|---|---|---|---|---|---|

**NOTICE TO PROPERTY OWNER OR CLAIMANT**

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ : CENTS |
|---|---|---|---|
| 1 | 6 | PHOTOS | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | VALENTIN, FELIX | |
| 7 | | | |

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUC- TIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DIS- POSED OF ACCORDING TO THE DIREC- TION OF THE LAW.

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY** — TOTAL CASH U.S.C.

**NOTICE TO FINDER**
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

**CHECK ALL BOXES APPLICABLE**
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM — DO NOT DEPOSIT —
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR  STATE CHARGE(S)  ☐ JUVENILE  ☐ HOMICIDE  ☐ ARSON
☑ FELONY  ☐ MANSLAUGHTER  ☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM — NAME _____ AT _____
☐ DECEASED  ☐ ARRESTED

OWNER'S NAME _____ ADDRESS _____ TELEPHONE NO. _____

FOUND BY — NAME _____ ADDRESS _____ TELEPHONE NO. _____
☐ CHECK IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

**ARRESTEE INFORMATION**

☑ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)
INVESTIGATING OFFICER — STAR NO. — UNIT 634
1st OFFICER'S NAME _____ STAR NO.

SEIZURE WITHOUT SEARCH WARRANT— (Ill. Rev. Stat. Chap. 38, Sec. 108-2):

☐ PROPERTY OWNER NOTIFIED TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
ON ___ DAY ___ MONTH ___ YEAR ___
HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL
SIGNATURE _____ UNIT

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)
2nd OFFICER'S NAME _____ STAR NO.

SEIZURE WITH SEARCH WARRANT— (Ill. Rev. Stat. Chap. 38, Sec. 108-10):

INITIAL DESTINATION OF PROPERTY
☑ EVIDENCE & RECOVERED PROPERTY SECTION  ☐ MEDICAL EXAMINER  ☐ CRIME LABORATORY  ☐ AUTO POUND NO.:
SIGNATURE _____ UNIT

ATTACH THIS COPY TO SEARCH WARRANT

VIA ☒ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL  ☐ E. & R.P.S. PICKUP  ☐ EVID./LAB. TECHNICIAN
APPROVING DESK SERGEANT _____ STAR NO. 13833  DATE 31 Aug 88  TIME 2345

**COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

RELEASE OF PERSON IN CUSTODY    CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| TODAY'S DATE | C.B. NO. |
|---|---|
| 31 Aug 1983 | 8101 405 |

| NAME OF ARRESTEE RODRIGUEZ Jose Antonio | AGE 22 | ADDRESS 2040 N. Spaulding | DISTRICT OF DETENTION 014 |
|---|---|---|---|

| DATE OF ARREST 31 Aug 1983 | TIME OF ARREST 0100 HRS | ARRESTED BY Letrich | STAR NO. 6193 | ASSIGNMENT 14th District |
|---|---|---|---|---|

**REASON FOR ARREST**

identified in a photo by the victim, from his hospital bed.

**REASON FOR RELEASE**

victim was unable to identify the defendant, due to being heavily
sedated for pain.

**CHECK ACCOMPLISHED PROCEDURES**

| PRINTS TAKEN | VIEWED BY VICTIM | WEAPONS TESTED | OTHER (SPECIFY) |
|---|---|---|---|
| PHOTO TAKEN | VIEWED BY COMPLAINANT | TOOLS TESTED | |
| LINE-UP | ALIBI CHECKED | VEHICLE TESTED | |

**PERSONS WHO VIEWED SUBJECT**

| 1. NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. 5629 | ASSIGNMENT Area 5 Violent Crimes. |
|---|---|---|

| APPROVAL SIGNATURE-DETECTIVE DIVISION WATCH COMMANDER | RANK Sgt. | STAR NO. 2056 | ASSIGNMENT 3RD WATCH COMM. |
|---|---|---|---|

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 014 district on: | DATE 31 aug 1983 | TIME | HRS. |
|---|---|---|---|

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED | HRS. |
|---|---|---|---|---|

CPD-11.519 (Rev. 11/82)

Wron 00063

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 63 OF 69

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 27 | Aug | 88 | 31 | Aug | 88 | 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| 1466 BATTERY | VALENTIN, FELIX | 5537 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1 VILLAFANE, ANGEL M/WH/23
21 JULY ██ 1619 N. CALIFORNIA

#2 OLIVERO, CARLOS M/WH/18
14 MAY ██ 2478 N. ALBANY

#3 RIVERA, JACQUES M/WH/23
30 APR ██ 4238 W. DIVISION

#4 RUIZ, GEORGE M/WH/19
28 JAN ██ 2453 N. FRANCISCO

#5 RAMON, LOPEZ, M/WH/20
22 SEPT ██ 1424 N. WASHTENAW

#6 RODRIGUEZ, JOSE M/WH/30 APRIL ██
23 2040 N. SPAULDING

R.D. NO. K 371 955

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| Leonard 5009 | | | |

CPD-23.122 (Rev. 2/83)

Wron 00064

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 64 OF 69

**PRELIMINARY FIRED EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

R.D. NO. _K 37/95 S_

| OFFENSE OR INCIDENT | | IUCR | AREA-DIS. BEAT | DATE OF THIS REPORT |
|---|---|---|---|---|
| agg Battery | | 041/A | 5-014 142 | |

| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
|---|---|---|---|---|
| 3320 W. Portland | | Leonard | 5639 | 151C |

| VICTIM(S) NAME | OFFENDER(S) NAME |
|---|---|
| 1. Felix Valentin | |
| 2. | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | | CLASS CHARACTERISTICS | S/NS |
|---|---|---|---|---|
| 524/226 | SUBMITTED BY—NAME | STAR NO.    DATE | 22 _ oo | N/S |
| | NO. REC'D. | EXHIBIT(S) | | |
| | _ _ _ FIRED BULLETS | | | |
| 88.965 | 5 DISCHARGED CART. CASES | MNUPG | | |
| EXHIBIT NO. | _ _ _ SHOTGUN SHELLS | | | |
| 30 aug 88 DATE REC'D. | _ _ _ WADDING | | | |
| | SUBMITTED BY—NAME | STAR NO.    DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |
| | SUBMITTED BY—NAME | STAR NO.    DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

MNUPG Not Suitable

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
|---|---|
| Comoro 1168 | |

CPD-33.405 (Rev. 3/86)    mc Laughlin

PAGE Wron 00065

R.D. NO. K 37/95 S

ASVC

Wron 00066

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 66 OF 69

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois   60605

CRIMINAL HISTORY OF **RIOS, Jose**    M/WH

DATE    29 July 1981

DATE OF BIRTH    30 April ▉

I.R. NO.    614010     FBI NO. **970 150 AA5**    I.S.B. NO. **24238 29**

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Jose RIOS 3449 W. North 30 April ▉ | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct, | | | |
| Jacques RIVERA 3335 W. Beach 30 Apr ▉ | 6776065 | - 27 Feb 83 Off Chavez 14 dist ▉ 28 Feb 83, ▉ FPC, TRANSFER TO CHIEF JUDGE. Judge Sogini 14 Mar. 83, INFO#83-2690, | | (95½-4-103a), | |
| Jack RIVERA 3335 W Beach 30 Apr ▉ | 6851273 | - 02 Jun 83 Off Gruber Summer Mobile Force '14) UUW 24 June 83, ▉ (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I.D. (38-83-2a) BFW, Judge Laurie (Docket No. 8343 83235069) | | | |
| | SEE CB 6776065 | 28 June 83. ▉, 2yrs PROBATION, Judge Hall. | | Nolle Prosse, ▉ | |
| | SEE CB# 6857273 | -29 Aug 83, ▉ Poss ID Card (38-83-2a) 5089) | | Fail to Exhibit Reg (MCC) Fail SOL, Judge Macellaio (Docket No. 8343 | |
| Jaques RIVERA 4032 W. Division 30 Apr ▉ | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) ▉ 17 Jul 85, ▉ (56½-1402), ▉ SOL, Judge Kowalski, (Vk#85-1172594) | | (38-83-2) | |
| Jacques RIVERA 4032 W. Division 30 Apr ▉ | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., ▉ 10 Aug 87, ▉ (Doc# 8718 1956) | | vmd SOL Judge Chrones | |
| Jacques RIVERS 4448 W. Cortez 30 Apr. ▉ | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | | | |
| Jacques RIVERA 4238 W. Divison 30 Apr. ▉ | 8101323 | -30 Aug. 88, Off. Guevarra, GCU-N (25th) Dist. Agg. Batt. (c | | | |

**CONFIDENTIAL** --Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation S.S. 20.33). ES

Wron 00067

**PLAINTIFF'S TRIAL EXHIBIT 19**
**PAGE 67 OF 69**

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY 27 MONTH AUG YEAR 88

DATE OF THIS REPORT
DAY 27 MONTH AUG YEAR 88 WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: AGG BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix Valentin

DR. Perez

6 in chest      2 in Left arm

5 in chest
2 shots
6 Bullets

10 holes in back only 2 holes
in front - 6 Bullets in chest

REPORTING OFFICER'S SIGNATURE—STAR NO. 5056

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY MO. YR. 29 AUG 1988

CPD-23.122 (Rev. 2/83)

John J. Leonard 5624

R.D. NO. K 371 955

Wron 00068

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| 27 Aug 88 | 27 Aug 88 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Agg BATTERY | VALENTIN, FELIX | 5537 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix 16 5547 ▇
DOB 1438 N. Campbell
Diego School
Campbell Boy

VALENTIN, ISRAEL
1458 N. Campbell
235-1821
DOB June 1 ▇
SS#

1545 DROVE-UP TO 3324 W. CORTLAND — ISRAEL (MOE) WENT TO GET DATE — YO GO YO WEDDING — GONE FOR APPROX 5 MIN — CAME DOWN WITHOUT GIRLFRIEND DIDN'T SEE BROTHER WALKED TO CAR SAW FELIX SLUMPED OVER IN PASSENGER SIDE — (F HAD BEEN DRIVING) — PUSHED FELIX OVER TOLD GIRLFRIEND TO GO UP AND CALL MRS VALENTIN — MOE TOOK OFF FOR HOSPITAL HAD ACCIDENT K875233 + TRAFFIC — UNKNOWN MOTORISTS BROUGHT VICTIM — MOE TO NORWEGIAN —

GIRLFRIEND'S BROTHER — Macho Lopez —13 YOA SAW INCIDENT — HAS NOT BEEN INTERVIEWED —
KINGS —                                        Campbell Boy —
                                               BROTHER — A LO —

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY MONTH YEAR |
|---|---|---|
| | | 29 AUG 1988 |

CPD-23.122 (Rev. 2/83)

R.D. NO. K371 955

Wron 00069

PLAINTIFF'S TRIAL EXHIBIT 19
PAGE 69 OF 69