Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B, or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 25 | MO. May | YR. 90 | 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/Murder First Degree | 0110 | 3428 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒☒ YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5526 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| On Street | 304 | Two | Unknown |

**CIRCUMSTANCES** ☒☒ 11 VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY**
☐ VERIFIED DNA
☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 | ☒☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

THIS IS A CANVASS REPORT:

PERSONS INTERVIEWED: HERNANDEZ, Alicia F/WH/ a barmaid at the Jose POBRE Tavern 3409 W. North Ave. related that there were no male black patrons in the tavern the evening of 25May90.

PRECEEO, Alma F/WH/ 3419 W. North Ave. related that she was awakene 2400 hrs. by the sound of two male english voices that were engaged in an argument. PRECEEO stated that she could only hear bits of the conversation. (I am trying to help you- I am going to kill you- I am going to kill you first- you said that we would get the last bus) The total argument lasted for about an hour. After hearing four shots, PRECEEO called the police. PRECEEO then gave R/Dets. her sister's MACIAS, Carmen business telephone number. 243-1300 who was also home when the incident occured.

MILAN, David M/WH/ 3429 W. North Ave. Staff member Solder of God Church. Only heard four shots.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) |
|---|---|---|---|
| Normal | 25 May 90 | | HINKEY #781 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. WARE, Willie | 7428 | Det. KONDAL Joseph | 4620 | |

95. DATE APPROVED (DAY–MO–YR) 26 MAY 1990 1715

CPD-11.411B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

35. R.D. NO. N-234297

CRC ☐ 228

RFC-AGonzalez 000055

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

25 May 1990
N-234297

WILEY, Torrence
WILEY, Kevin
First Degree Murder

Page four

CANVASS CONTINUED..              MACIAS, Carmen F/WH/ 3419 W. North Ave. was contacted by teleph-
                                 phone at place of employment 243-1300, related that she was
awakened around 2400 Hrs. 24May90 by the sound of two male blacks having an argument. One
had a very calm voice, the second had a loud abrasive type of voice and sounded as if he may
have been drunk. MACIAS was only able to hear parts of the argument, that lasted for at least
an hour. Both subjects refered a number of times to someone called Lulu Dog, and also had
some disagreement about a bus. MACIAS did not call the police after hearing shots because
she did not have a telephone in her apartment, but considered going downstairs to her father
(INOCENCI who was also interviewed) apartment and using his telephone #235-7409 to call the
police. MACIAS later looked out of her window and saw the two victim's down on the street.

                                 ALVARDO, Rosa F/WH/ 3428 W. North Ave heard nothing.
                                 GOZMAN, Maria F/WH/ 3417 W. North Ave heard nothing.
                                 MOJICA, Minerva F/WH/ 3432 W. North Ave heard nothing.
No answer was received at 3419, 21, 23, W. North Ave. The R/Dets. went to each open tavern
and liquor store in the area trying to determine if any male blacks had purchased any Mil-
waukee's Best beer, with negative results. End of canvass report.
Dets. WARE,W & KONDAL J. #7428/4620

N-234297

RFC-AGonzalez 000056