Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE—TIME**
DAY: 25  MO.: May 1990  YR.: —  TIME: 0100

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 3428 W. North Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| WILEY, Torrence | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 2 | (4) |

**CIRCUMSTANCES**
11. ☒ VERIFIED  ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

**PROPERTY**
19. ☐ VERIFIED  ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

PERMANENT RETENTION FILE

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | MAYSONET, Jose J. | 1302 N. Homan | M/4/22 | 5-11 | 160 | Brn | Blk | Med. |
| 2. | GONZALEZ, Alfredo | 1835 N. Kedzie | M/4/31 | 5-10 | 150 | Brn | Blk | Med. |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1: 8628-787 | 772277 | | OFF. 2: 8629-893 | 610697 | | | 2 | 652 |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. ☒☒ DNA  ☐2 VERIFIED  ☐3 CORRECTED  LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒1 FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|
| DNA | | | | | |

**STATUS CONT'D.**
| ☐3 CLRD. CLOSED | ☒4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. ☐NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|

54. IF CASE CLEARED, HOW CLEARED: ☒1 ARREST ☒ PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☒ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

IN CUSTODY:          MAYSONET, Jose J.    M/WH/Age 22, DOB 7 May 68,

1302 N. Homan Ave.  Married Unemployed, Admitted

Member of the Latin Kings Street Gang, CB# 8628-787,

IR# 772277

GONZALEZ, Alfredo  M/WH/Age 31, DOB 13 Apr. 58,

1835 N. Kedzie 1st fl. Single, Unemployed, Admitted

Member of the Latin Kings Street Gangs, AKA "Lluvia"

CB#                          IR# 610697

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 23 Aug. 90 | | EPPLEN | 850 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. E. HALVORSEN | #6036 | Det. R. GUEVARA | #16345 | |
| SIGNATURE Det. S. GAWRYS | #16899 | SIGNATURE Det. R. PAULNITSKY | #6503 | 95. DATE APPROVED (DAY—MO.—YR.) TIME 2348 |

CPD-11.411-B (Rev. 8/85)          *MUST BE COMPLETED IN ALL CASES

35. R.D. NO. N-234297

CRC ☐ 228

RFC-AGonzalez 136450

DETECTIVE DIVISION                                          23 AUG. 1990
AREA FIVE VIOLENT CRIMES                                    RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                                PAGE (2)
VICTIM: WILEY, Torrence

PERMANENT RETENTION FILE

WANTED:                    Tino, Possible name of Chris CRUZ,
                           M/WH/Age 20-25, 5-07, Muscular build
                           Known Latin King

                           FERNANDEZ, Chris  M/B/Age 20-25,
                           1035 N. Spualding, House
                           Known Latin King, nickname of "FRO"


ARRESTING OFFICERS:        MAYSONET
                           Det. R. PAULNITSKY      #6503
                           Det. F. MONTILLA        #16410

                           GONZALEZ
                           Det. S. GAWRYS          #16899
                           Det. E. HALVORSEN       #6036
                           Det. R. GUEVARA         #16345


DATE, TIME, LOCATION,      MAYSONET
OF ARREST:                 22 Aug. 90, 1200 hrs. 5555 W. Grand Ave.

                           GONZALEZ
                           23 Aug. 90, 1830 hrs. 5555 W, Grand Ave.


CHARGES, COURT BRANCH      MAYSONET
AND DATE:                  First Degree Murder, (2) Counts, Br. 66,
                           24 Aug. 90, Charges approved per A.S.A.
                           Frank D.FRANCO, Felony Review

                           GONZALEZ
                           Charges are pending at this time.


Continued On Pagae (3)

RFC-AGonzalez 136451

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (3)
VICTIM: WILEY, Torrence

PERMANENT RETENTION FILE

WEAPON:                      9mm Automatic pistol, 4" barrel, B/S,
                             Not Recovered.


MANNER/MOTIVE:               Victims who were male black youths were
                             standing on the street when they were
                             approached by the offenders who are Latin
                             and members of the Latin Kings.  Offenders
                             shot victims to death.  Motive was gang
                             rivalry.


VEHICLE USED:                Older model Pontiac Bonv. 2 Dr. Light
                             blue top/over dark blue bottom.  This
                             car is alleged to belong to a Latin King
                             first name Jeffery.


NOTIFICATIONS:               A.S.A. Jennifer BOROWITZ, Felony Review
                             A.S.A. Frank DiFRANCO, Felony Review


STATEMENTS:                  MAYSONET
                             Has provided a court reported typed
                             statement.


INTERVIEWED:                 BELLO, Rosa  F/WH /Age 24, DOB 16 Oct.65
                             1302 N. Homan, Wife of Jose MAYSONETT
                              Ph# 235-4081     SS# 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


INVESTIGATION:               On 15 July 90, Sgt. E. MINGEY #1713, Area
Five Violent Crimes, became aware of an offender charged in a shooting
incident, in which three persons were shot on the street. This person
was Jose MAYSONET, IR# 772277.

Continued On Page (4)



RFC-AGonzalez  136452

DETECTIVE DIVISION                                      23 AUG. 1990
AREA FIVE VIOLENT CRIMES                                RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                            PAGE (4)
VICTIM: WILEY, Torrence

PERMANENT RETENTION FILE

This shooting incident was reported under RD# N-303737. Recovered from the scene of this shooting were three fired cartridge casings, with a class of 9MM 00. These casings were inventoried under Inventory #784562.

Sgt. MINGEY was aware of the fact that the weapon used to kill Torrence and Kevin WILEY was a 9mm automatic pistol. Sgt. MINGEY believed that there might be a connection between these two seperate shooting incidents.

On 15 July 90, Sgt. MINGEY in company with Det. F. MONTILLA #16410, Area Five Propety Crimes, interviewed Jose MAYSONET while he was at Area Five. Det. F. MONTILLA speaks Spanish. Det. E. MONTILLA advised Jose MAYSONET of his Miranda Rights in Spanish. Jose MAYSONET acknowledged understanding these rights and agreed to speak with these detectives. Jose MAYSONET indicated that he did have some knowledge of the murders of the two black youths on North Av. He stated that on the night the blacks were shot, three Latin Kings came by his house and wanted to get a 9mm automatic pistol that he had been given by the gang to hold. He gave the gun to these guys and they left. The next day he learned about the shooting of the two blacks on North Ave. and assumed that the Kings he gave the gun to must have done this shooting. Jose MAYSONET declined to provide the names of the individuals who had the gun.

Jose MAYSONET was thereafter locked up in the Cook County Jail. On 1 Aug. 90, Sgt. MINGEY and Det. MONTILLA went to interview Jose MAYSONET at the Cook County Jail. Jose MAYSONET signed the required attorney waiver form and agreed to be interviewed. Jose MAYSONET stated that he was involved in the murders of the two black youths. He stated that he was not the shooter but was present when the shooting occured. He stated that he knew who the shooter was and the other persons with him. He stated that he would not co-operate in this investigation unless a deal was cut to get him out of jail. Jose MAYSONET was informed by Sgt. MINGEY that no deal would be made even if possible.

On 22 Aug. 90, Det. R. PAULNITSKY was in court and saw that Jose MAYSONET had made bond and was also in court. Det. R. PAULNITSKY was aware of the previous admissions that Jose MAYSONET had made and asked Jose MAYSONET to come with him to Area Five for additional investigation of these murders.

Continued On Page (5)



RFC-AGonzalez 136453

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (5)
VICTIM: WILEY, Torrence

PERMANENT RETENTION FILE

At Area Five, Jose MAYSONET was advised of his Miranda Rights by Det. F. MONTILLA. Jose MAYSONET acknowledged understanding each of his rights and agreed to talk with the detectives. Jose MAYSONET again repeated his previous statements about supplying the gun used in these murders and the fact that he knew who the offenders were. Jose MAYSONET stated that he could not provide any further information because he had been threatened by Latin King Gang Members with the death of himself, his wife and child, if he informed to the police. Jose MAYSONET was informed that he was being placed in custody for these murders.

On 22 Aug. 90, Dets. E. HALVORSEN, R. GUEVARA, and S. GAWRYS, arrived at Area Five to work the third watch. This investigation was passed on to these detectives.

On 22 Aug. 90, at 2000 hrs. Jose MAYSONET was interviewed by Det. R. GUEVARA, who speaks Spanish. During this interview Jose MAYSONET agreed to tell all he knew.

MAYSONET, Jose in summary acknowledged understanding his Miranda Rights as they were read to him by Det. GUEVARA, from a pre-printed paper. Jose MAYSONET agreed to make a statement. On 20 May 90, some members of the Latin Kings came by his house. He is a member of the Latin Kings. One of the Latin Kings was a guy called "Lluiva" He was asked by "Llviva" to hide a gun at his house. He agreed to do so. "Lluiva gave him a 9mm automatic pistol, 4' barrel, 15 shot, dark finish. On 24 May between 2330-0000, he was at home with his wife Rosa BELLO. Three Latin Kings came to his apartment. One of the Kings was "Lluiva. The other two guys were "Fro" and "Tino" They told him that they needed the pistol They told him they had something to do with two guys at Drake and North Ave. that involved dope and they wanted the pistol. He saw that "Lluiva was wearing a black hooded sweatshirt, which ment that they planed on doing a "Roll". He walked out of his apartment and they asked him if he wanted to drive the the car they had. He recognized the car as being the older model, light blue over dark blue, Pontaic Bonv. that belonged to another Latin King named Jeffery. He agreed to drive the car. He drove down Homan to Potomac, then turned and went down Potomac to St. Louis, and went down St. Louis to North Ave. He then drove from North Ave. to Drake and parked in the alley.

Continued On Page (6)



RFC-AGonzalez 136454

DETECTIVE DIVISION                                          23 AUG. 1990
AREA FIVE VIOLENT CRIMES                                    RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                               PAGE (6)
VICTIM: WILEY, Torrence

**PERMANENT RETENTION FILE**

MAYSONET, Jose "Lluiva", "Fro", and "Tino" all got out of the car. "Lluiva" pulled the hooded sweatshirt over his head. MAYSONET saw two guys standing on the street. "Lluiva", "Fro", and "Tino"started walking towards the guys. They waited about five minutes and then he heard five or six gunshots. He looked and saw that the two guys were on the ground. "Lluiva" had the 9mm pistol in his hand pointing the gun at the guys to see if they still moved. When no one moved, all three guys started to walk back towards the car. All three guys got back into the car and he drove off. He drove back to his home at 1302 N. Kimball. He got out of the car. "Lluiva" got into the drivers seat and drove off. That same morning the shooting occurred, he saw "Lluiva" about 1100 hrs. He met up with "Lluiva" at LeMoyne and Spualding. "Lluiva said, "I killed two black motherfuckers". MAYSONET was told to keep his mouth shut and not say nothing. MAYSONET was then locked up on 15 July 90, that involved a different shooting. MAYSONET stayed in the Cook County Jail until he was able to make bond on Thrusday 16 Aug. 90. That same day about 2200 hrs. he was at home. "Lluiva", "Fro", "Tino", "Cisco", and "King" all came by his house. "Tino" and "King" are brothers. "King" showed MAYSONET that he was carrying a gun, the same gun used in the murders. "King" put the gun to MAYSONET'S head and told him that if he ever talked about the two murders he would be six feet under.

On 22 Aug. 90, at 2100 hrs. MAYSONET"s wife Rosa BELLO arrived at Area Five. She was allowed to talk with MAYSONET, in the presence of detectives. MAYSONET told her to tell the truth about the night the blacks were killed. She agreed to do so.

BELLO, Rosa in summary stated the following. On the evening of 24 May 90, at about 2330 hrs. she was at home with Jose MAYSONET. Three of Jose's friends she knows as, "Lluiva", "Fro", and "Tino"came to the apartment. "Lluiva" asked Jose for the gun. She saw the gun, and knows about guns. She recognized the gun as being a 9mm automatic pistol 15 shot. The gun was wrapped in a towel and Rosa put the gun in a plastic bag. Jose handed the gun to "LlUiva" All four men left the apartment. Jose returned about 0100 hrs. Jose told her that he had been out with the guys, and that he had been driving. Jose later told her that two guys had been shot.

Continued On Page (7)

RFC-AGonzalez 136455

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (7)
VICTIM: WILEY, Torrence

PERMANENT RETENTION FILE

Jose MAYSONET stated that he knew where both "Lluiva" and "Fro" lived. He offered to show detectives these addresses. MAYSONET also stated that he knew that "Tino's" last name was CRUZ. MAYSONET identified an apartment building on Kedzie as being where "Lluiva"stayed.He also identified a house at 1035 N. Spualding as where "Fro" lived. While MAYSONET was being driven around he spotted "Lluiva"at the corner of LeMoyne and Spualding. MAYSONET was returned to Area Five. At Area Five MAYSONET was shown loose candid photos of Latin King menbers. He identified a photo of Chris FERNANDEZ as being "Fro".

The R/Dets. and Sgt. E. MINGEY spent the next hours searching the neighborhood for all three offenders. During the early morning hours of 23 Aug. 90, "Lluiva" was seen on the street by Det. S. GAWRYS. and Sgt. E. MINGEY. "Lluiva" was now identified as being Alfredo GONZALEZ. GONZALEZ was informed of the allegation made against him by Jose MAYSONET. GONZALEZ was asked to come to Area Five and be interviewed. GONZALEZ stated that he would and was driven to Area Five.

At Area Five GONZALEZ denied any knowledge of the murders or of knowing Jose MAYSONET.

At Area Five Jose MAYSONET saw Alfredo GONZALEZ. He again identified GONZALEZ as being "Lluiva", and the person he saw shoot and kill the victims.

On 23 Aug. at 0430 hrs. A.S.A. Jennifer BOROWITZ, Felony Review was assigned to this investigation. She had been in the office at Area Five on an unrelated investigation and was familiar with this homicide investigation. An interview was conducted with Jose MAYSONET. Present for this interview were A.S.A. BOROWITZ, and Dets. GUEVARA and MONTILLA. Jose MAYSONET repeated his previous statement.

At the conclusion of this interview Jose MAYSONET agreed to provide a court reported typed statement. Due to the amount of time these statements take a second Assistant States Attorney was assigned to replace A.S.A. BOROWITZ.

Continued On Page (8)



RFC-AGonzalez 136456

DETECTIVE DIVISION                                    23 AUG. 1990
AREA FIVE VIOLENT CRIMES                              RD# N-234297

HOMICIDE/FIRST DEGREE MURDER                          PAGE (8)
VICTIM: WILEY, Torrence

**PERMANENT RETENTION FILE**

On 23 Aug. 90, at 0630 hrs. A.S.A. Frank DIFRANCO arrived and conducted his first interview with Jose MAYSONET. Also present for this interview were Dets. R. GURVARA and F. MONTILLA. MAYSONET repeated his previous statements.

On 23 Aug. 90 at 0710 hrs. MAYSONET was moved from the interview room he was at to the conference room. Another interview was then conducted by A.S.A. DIFRANCO. Present for this interview were Dets. R. GUEVARA and F. MONTILLA.

On 23 Aug. 90 at 0928 hrs. another interview was conducted with MAYSONET for the purpose of taking his court reported typed statement. Present for this interview were A.S.A. DIFRANCO, Det. F. MONTILLA, and court reporter Joseph SZYBIST.

Jose MAYSONET thereafter read his statement which he signed.

A.S.A. DIFRANCO requested that Jose MAYSONET be driven to the scene of the murder to corroborate the statement that he had just given. A.S.A. DIFRANCO, accompanied by Dets. R. PAULNITSKY and F. MONTILLA, drove Jose MAYSONET to 3428 W. North Ave. where he demonstrated the facts set forth in his statement.

A.S.A. DIFRANCO defered formal charging of Jose MAYSONET pending additional interviews with Alfredo GONZALEZ.

On 23 Apr. 90, at 1800 hrs. A.S.A. DIFRANCO charging Jose MAYSONET with two counts of First Degree Murder. Charges against Alfredo GONZALEZ are pending at the time of this report.

With the arrest and charging of one of the four offenders in this crime, it is requested that this case be filed, CLEARED BY ARREST/OPEN FOR ADDITIONAL INVESTIGATION.

Det. E. HALVORSEN     #6036
Det. R. GUEVARA       #16345
Det. S. GAWRYS        #16899
Det. R. PAULNITSKY    #6503
Det. F. MONTILLA      #16410



RFC-AGonzalez  136457