**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CRIMINAL DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| -vs- | ) |
| | ) |
| | ) |
| | ) |
| ALFREDO GONZALEZ, | ) |
| | ) |
| Petitioner. | ) |

## AFFIDAVIT OF ALFREDO GONZALEZ

I, Alfredo Gonzalez, of age and under penalty of perjury, attest as follows:

1. My name is Alfredo Gonzalez. I am 59 years old.
2. I was born on April 13, 1958 in Puerto Rico.
3. I reside at Stateville Prison in Joliet, Illinois.
4. I have been incarcerated for 27 years.
5. In 1990, I lived with my girlfriend Maria Lozada, my son Alfredo, Jr., my daughter Maria, and my sister-in-law Anita Lozada.
6. Justino Cruz is my nephew and I knew him well in 1990.
7. Jose Maysonet was a close friend of Justino Cruz and I knew him as "Juan."
8. I did not know Christopher Gosens, otherwise known as "Fro," very well. He lived in a different neighborhood and was part of a different crew.
9. I have never been to Jose Maysonet's and Rosa Bello's house on Homan Avenue in Chicago.
10. Santiago Sanchez committed suicide on May 21, 1990.
11. I was upset the entire week and spent nights at home with my family.
12. On May 24, 1990 I stayed at home with my girlfriend Maria Perez and my two children.
13. I remember that night because the next morning, I went to Santiago Sanchez's funeral.
14. I did not know the Wiley Brothers in May, 1990.
15. I do not know who killed the Wiley Brothers.
16. I knew Detective Reynaldo Guevara from around Humboldt Park. I would run into him at a gym on North Avenue.
17. On the night of August 22, 1990, I spent the evening at my sister Migdalia Dieppa's house. Shortly after midnight, I started walking to my mother's house.
18. While I was walking home, two plainclothes Chicago Police Officers arrested me near the intersection of Kedzie and Hirsch.
19. The officers drove me to a location near the intersection of Grand and Central Park. They handed me off to Detective Guevara and his partner.
20. Detective Guevara punched me in the back of the head and said "We finally got you."

1

GONZALEZ 006558

21. I asked Detective Guevara what he was talking about and he said "We got you. You are going to pay for that double murder. It's over now."

22. Detective Guevara drove me to the police station and escorted me into an interrogation room.

23. Detective Halvorsen left the room and Detective Guevara grabbed me by the neck and pinned me up against a wall.

24. He then told me, "You are going to pay for this," and said that several witnesses that told him that I had committed a double murder.

25. I told Detective Guevara that I had no idea what he was talking about. After I finished speaking, he slapped me across the face several times. After the last slap, my lip bled a little.

26. After Detective Guevara slapped me, I asked to speak with my attorney, Marty Abrams. Marty Abrams had represented some of my friends in the past.

27. Detective Guevara told me that I would never get to speak with a lawyer and then briefly left the room.

28. Detective Halvorsen entered the room, told me "I know him [Guevara], He is never going to let you leave here until you admit you did this."

29. Detective Halvorsen left the room and he and Detective Guevara did not return for several hours.

30. That night three other detectives regularly came through the room to prevent me from sleeping.

31. After several hours, Detective Guevara returned and told me that Jose Maysonet and Rosa Bello had identified me as the shooter.

32. At the time, I had no idea whom Detective Guevara was referring to.

33. I again told Detective Guevara that I wanted to speak with Marty Abrams.

34. Detective Guevara slapped me across the face and I saw white flashes in my left eye. I still experience white flashes in that eye on occasion.

35. He told me "You're not getting a lawyer and a lawyer can't help you now anyways. Don't you get it? We have all these witnesses."

36. In response, I simply said "I want Marty Abrams." Detective Guevara grabbed my neck and punched me in the testicles.

37. Detective Guevara then told me that "Tino" also said that I killed the Wiley Brothers. I understood Tino to be Justino Cruz, my nephew.

38. I told Detective Guevara that I did not do anything and that Justino would not lie about me.

39. Following that, Detective Guevara told me that "Fro" also made statements against me.

40. I told Detective Guevara that I had no idea who "Fro" was and that there were dozens of people in Humboldt Park going by the name "Fro."

41. Detective Guevara slapped me across the face and my lip again started bleeding.

42. Detective Guevara took a paper napkin and wiped the blood from my face. He threw the bloody napkin on the table and informed me that he would use the napkin as evidence against me.

43. Once again he grabbed me by the neck and then said, "You need to help yourself. I'm going to explain to you exactly how this murder happened and you are going to help yourself by putting it on paper. All the witnesses say it was you."

2

GONZALEZ 006559

44. Detective Guevara then told me if I ever wanted to see my children again I would have to help him out. He said he could offer me a twenty year sentence.

45. He left the room and said he would return in several hours and expected me to sign a statement.

46. I waited in the room for several hours. Every five to ten minutes, Detectives would come in the room to make noise to prevent me from sleeping.

47. During this period of time, three different Detectives came to me and encouraged me to work with Detective Guevara.

48. Detective Guevara returned and gave me a Styrofoam cup full of water.

49. He also removed my handcuffs. When I looked at my wrists, I saw they were badly bruised.

50. In a calmer tone, Detective Guevara informed me that I would get no phone call or access to a lawyer.

51. He again repeated that my best option would be to follow his lead and sign his statement.

52. I knew I was innocent. I thought that perhaps if I gave a false statement, I would be let out of custody and get another chance to prove my innocence.

53. Detective Guevara told me he was taking me to the crime scene Detective Guevara and a state's attorney drove with me to a lot near the Donald Duk's on North and Homan. I believed if I showed that I had no knowledge of what actually happened, the state's attorney would intervene and let me go.

54. When I arrived at the Donald Duk's parking lot, I told Detective Guevara and the state's attorney what I knew about the murder. Most of these details came from Detective Guevara himself and contradicted each other. I was deliberately giving false information to the state's attorney to show her how ridiculous the situation was.

55. Detective Guevara became visibly upset and I asked him what he wanted from me since I did not commit the murder and had no idea what actually happened. I flatly told him, "You know I'm innocent."

56. The state's attorney, a woman, became annoyed with Detective Guevara and told him to stop the discussion.

57. We returned to the station and when Detective Guevara and I entered the interrogation room, he again punched my testicles multiple times.

58. Detective Guevara then left the room and returned with some clothes and some fish sandwiches. He said my family brought the clothes and the sandwiches. I believed my family was there because the clothes were mine.

59. I asked to see my family but Detective Guevara would not let me see them. I would have told my family to bring Marty Abrams to the station.

60. I told Detective Guevara to give one of the fish sandwiches to Justino. I wanted to test if Justino was actually at the station. Detective Guevara took the sandwich but I do not know if Justino was actually there that day.

61. Soon after, Detective Guevara showed me some photos of the crime scene and told me that I was "going down" whether or not I gave a statement. He told me I had to admit that I was the shooter if I wanted to protect Justino.

62. I told him that he was lying and was trying to make me admit to something I did not do.

63. Detective Guevara left the room and I overheard him say "Damn, the fingerprint is not his."

3

GONZALEZ 006560

64. One half-hour later, Detective Guevara's partner stomped on my foot and broke my big toe. My toe has never fully healed. The detective also grabbed me by the neck and slapped me several times.

65. Detective Guevara then brought me to thje lineup room and I stood in two lineups.After the second lineup, he told me that a witness identified me as the murderer. I do not know who this witness was.

66. I then became overcome with emotion and began to cry. Detective Guevara told me that I was a "big baby" and that I acted tough on the street but was now acting like a baby.

67. I told him I was crying because he was making me confess to something I did not do.

68. At that point, I heard a voice in the hallway that I recognized from my neighborhood. I do not remember whose voice it was.. I am not sure if Detective Guevara intended for me to hear the voice to trick me or intimidate me.

69. Throughout my time at the station, detectives would come into the interrogation room and make noise to make sure that I didn't fall asleep.

70. Later, Guevara asked if I was ready to sign the statement. I told him no and he slapped me in the face and hit me in the testicles.

71. He told me that at that point the police believed that Justino, Jose, Fro, and I had committed the murder. He said that he planned to include the rest of my family and wanted to interrogate my sister and the mother of my children.

72. On Friday morning, I ran into my friend Juan [Jose Maysonet] in the bullpen at Area Five. I did not know that he was the "Jose" that Detective Guevara kept mentioning.

73. I asked him why was he there. He apologized and said that we had implicated ourselves in a crime we did not do.

74. I asked him "Are you Jose?" Until this point, I thought Detective Guevara had made up "Jose" and "Fro" to manipulate me.

75. He answered that he was Jose and at that point I realized that Detective Guevara had gotten my name through him and was turning us against each other.

76. At that point I was afraid, exhausted, and just wanted this ordeal to end. I had not slept for over 48 hours. I knew I was innocent and did not believe that I would get convicted.

77. I agreed to sign the statement. Detective Guevara then told me exactly what to say.

78. A state's attorney then came to the room, and I repeated Detective Guevara's story to her and then signed the statement. I knew that I was not telling the truth.

79. David Weiner was my attorney for this case. I told him that I was innocent, my statement was false, and that I asked for a lawyer during my interrogation.

80. Weiner would not move to suppress the statement. I do not know why he did not do it. He told me that if I stuck to the statement dictated by Detective Guevara, that I would be found not guilty.

81. Following his advice, I repeated Detective Guevara's story at trial. I knew I was making a false statement under oath. At the time, I felt trapped and did not know that I had a choice.

82. I did not want to take the stand and testify and I knew I was innocent but I followed my lawyer's advice because he told me that it was my best shot at beating the charges.

4

GONZALEZ 006561

FURTHER AFFIANT SAYETH NOT

_Alfredo Gonzalez_ 12·28·17
Alfredo Gonzalez     Date

Subscribed, sworn to, and acknowledged
before me on _12-28_ , 2017.

_____
Notary Public

My commission expires: _7/21_

OFFICIAL SEAL
**BRENDAN SHILLER**
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 21, 2018

5

GONZALEZ 006562