**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CRIMINAL DIVISION**

| | | |
|---|---|---|
| **PEOPLE OF THE STATE OF ILLINOIS,** | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| -vs- | ) | Nos.   92 CR 10146(02) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **ALFREDO GONZALEZ,** | ) | |
| | ) | |
| Petitioner. | ) | |

## AFFIDAVIT OF JOSE JUAN MAYSONET, JR.

I, JOSE JUAN MAYSONET, JR. on oath depose and state under penalty of perjury:

1.     I am providing this statement in support of Alfredo Gonzalez's Post-Conviction Petition. This statement does not include every fact about my arrest, my interrogation, or my wrongful conviction. This statement also does not include every fact about relevant events that occurred prior to my arrest. I am providing this statement specifically in support of Mr. Gonzalez's petition and it should not be construed as a full and complete narrative of the factual events related to my arrest, conviction and exoneration for the murders of Torrence and Kevin Wiley.

2.     On the morning of August 22, 1990, I was arrested at the criminal court building for a double murder that occurred on May 25, 1990.

3.     I was transported to Area Five violent crimes, also known as Grand and Central where I was interrogated by detective Reynaldo Guevara.

Exhibit 4
GONZALEZ 007401

4.      I knew detective Guevara from the streets because he had been extorting protection payments from me. I sold drugs in my neighborhood and Guevara and I had an understanding that he would protect me from arrest in exchange for my payments.

5.      At the time of my arrest on August 22, 1990, I had a falling out with Guevara and had stopped making protection payments to him. In 1989 and 1990, a good friend of mine, Santiago Sanchez ("Macho") was fighting a bogus criminal case. I had confronted Guevara about the situation. On May 21, 1990, my friend Macho committed suicide. I blamed Area 5 detectives and Guevara for causing my friend's suicide. Shortly after Macho's suicide, I told Guevara I would not be paying him money any more. We had a confrontation on the street about it, and Guevara threatened me, suggesting that he would "hook me up" or frame me for a crime.

6.      At the time of my arrest for the Wiley brothers' murders, I knew Guevara was already eyeing to frame me. Guevara interrogated me for many hours. *coming in and out of the interview room* During the long interrogation, Guevara repeatedly beat me about my body and my head with a phone book and large flashlight. He also assaulted me in my genital area. He did this repeatedly while also threatening me and telling me that the beating would end if I signed a statement and implicated other people.

7.      I repeatedly told Guevara that I had no information about the murders. I knew that I had attended my friend Macho's funeral on the morning of May 25, 1990 and was at home the night before the funeral. I was in shock and mourning the death of my good friend.

8.      During the interrogation, Guevara and I communicated in Spanish because I did not speak fluent English.

2

Exhibit 4
GONZALEZ 007402

9. After Guevara threatened my pregnant girlfriend and threatened to take her kids away, I agreed to provide a statement and give him names. I told him nicknames of people I knew including Luvia, Fro, and Tino. When Guevara asked me Fro's real name I made up the name Chris Hernandez. I never gave Guevara the name of Chris Goosens or even Chris Fernandez, and it would not have made sense for me to do ˅ᔆᵒ since Chris Goosens was from a different neighborhood.

10. Guevara wrote out a statement in Spanish with the names I provided and told me I should memorize it.

11. I then sat in a room with a State's attorney and a court reporter. The State's attorney asked questions of me in English. Another Spanish-speaking detective asked me the question in Spanish and I gave the rehearsed answer in Spanish. The detective then gave my answer in English although I could not understand the English.

12. My court-reported statement was false and fabricated in its entirety.

13. First of all, in my court-reported statement it says that on May 25, 1990, I saw Alfredo Gonzalez and he told me that "I killed to [sic] black mother fuckers." I did see Alfredo Gonzalez the morning of May 25, 1990 because we both attended our friend Macho's funeral at St. Sylvester's church. Alfredo did not tell me that he had killed anyone.

14. I also said in my statement that Lluvia and others threatened me at gunpoint on August 16, 1990. That statement was not true.

15. Again, we did not shoot the Wiley brothers on the early morning hours of May 25, 1990 and my court-reported statement was false and coerced by Detective Guevara.

Exhibit 4
GONZALEZ 007403

16. At no point during my time in custody did I leave Grand and Central. I did not identify anyone from a line-up nor did I identify Alfredo Gonzalez on the street.

17. I know that Rosa Bello testified against Alfredo Gonzalez. Although it is true that I did have a weapon in my home during the summer of 1990, it was not a 9 mm pistol. Rosa never saw either me or Gonzalez with a 9 mm pistol on May 24, 1990.

18. I have not spoken to Alfredo Gonzalez or his immediate family members since ~~my arrest in 1990~~ 1996. I am providing this statement because it's the truth.

19. I will testify under oath to the same in any court proceeding.

JOSE JUAN MAYSONET, JR.

Subscribed and Sworn to Before
me on this 9th Day of January 2018

_____
NOTARY PUBLIC

OFFICIAL SEAL
BRENDAN SHILLER
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 21, 2018

4

Exhibit 4
GONZALEZ 007404