IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSE JUAN MAYSONET,                )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )   No. 18 CV 2342
                                   )
REYNALDO GUEVARA, et al.,          )
                                   )
            Defendants.            )

        The video-recorded videoconference

deposition of JOSE JUAN MAYSONET, JR., taken

pursuant to the Federal Rules of Civil Procedure,

before Kathleen A. Hillgard, Certified Shorthand

Reporter No. 084-004093, via Zoom, on Friday,

April 16, 2021, commencing at 10:06 a.m. pursuant

to notice.

AR-L 149259

GONZALEZ 000001

APPEARANCES:

BONJEAN LAW GROUP, by
MS. JENNIFER BONJEAN
MS. ASHLEY COHEN
(750 Lexington Avenue, 9th Floor
 New York, New York 10022
 718.875.1850
 Jennifer@bonjeanlaw.com
 Ashley@bonjeanlaw.com)
           -and-
STEVEN A. GREENBERG, LTD., by
MR. STEVEN A. GREENBERG
(53 West Jackson Boulevard, Suite 1260
 Chicago, Illinois  60604
 312.879.9500
 Steve@greenbergcd.com)
    appeared on behalf of the plaintiff;

THE SOTOS LAW FIRM, by
MR. DAVID A. BRUEGGEN
(141 West Jackson Boulevard, Suite 1240A
 Chicago, Illinois  60604
 312.494.1000
 Dbrueggen@jsotoslaw.com)
    appeared on behalf of the City of
    Chicago police officer defendants;

ROCK FUSCO & CONNELLY, LLC, by
MR. AUSTIN G. RAHE
MS. EILEEN ROSEN
MS. JESS ZEHNER
(321 North Clark Street, Suite 2200
 Chicago, Illinois  60604
 312.494.1000
 Arahe@rfclaw.com
 Erosen@rfclaw.com
 Jzehner@rfclaw.com)
    appeared on behalf of the defendant
    City of Chicago;

AR-L 149260

GONZALEZ 000002

ALSO PRESENT:   (Cont'd)

LEINENWEBER BARONI & DAFFADA, LLC, by
MS. MEGAN K. McGRATH
(120 North LaSalle Street, Suite 2000
 Chicago, Illinois  60602
 312.380.6635
 Megan@ilesq.com)
    appeared on behalf of the defendant
    Reynaldo Guevara;

HINSHAW, by
MR. ROBERT T. SHANNON
MR. VINCENT M. RIZZO
MS. ESTHER C. CHOI
(151 North Franklin Street, Suite 2500
 Chicago, Illinois  60606
 312.704.3000
 Rshannon@hinshawlaw.com
 Vrizzo@hinshawlaw.com
 Echoi@hinshawlaw.com)
    appeared on behalf of the defendant
    Frank DiFranco.

ALSO PRESENT:

Ms. Haley Coolbaugh,
Bonjean Law, Paralegal

Ms. Brett Schatzle
Urlaub Bowen & Associates, Videographer

           *   *   *   *   *   *   *

AR-L 149261

GONZALEZ 000003

                          I N D E X


Witness:                                         Page

     JOSE JUAN MAYSONET, JR.

          Examination by:

             Mr. Brueggen.................    6
             Mr. Shannon.................   398


                      E X H I B I T S


 No.    Description                    Marked/Referenced

     1  Photos, Santiago Sanchez Funeral....... 191
     2  Cook County Jail Authorization......... 249
     3  Statement of Jose Maysonet 8/23/90..... 320
     4  Polaroid Photo, Front and Back......... 324
     6  Petition for Postconviction Relief..... 358


          (Exhibits attached/scanned.)



                         - - -

AR-L 149262

GONZALEZ 000004

THE VIDEOGRAPHER:  This is the beginning of Media Unit 1 and we are now on the video record at 10:06 a.m.

This is the videotaped video conference deposition of Jose Juan Maysonet, Jr., being taken on April 16, 2021.

This deposition is being taken on behalf of the defendant in the matter of Jose Juan Maysonet, Jr. versus Reynaldo Guevara et al.  The case number is 18 CV 2342, filed in the United States for the Northern District of Illinois, Eastern Division.

My name is Bret Schatzle, legal videographer representing Urlaub Bowen & Associates with offices at 20 North Clark Street, Suite 600, Chicago, Illinois.

The court reporter today is Kathy Hillgard, also of Urlaub Bowen & Associates.

Counsel, please identify yourselves for the video record and the parties which you represent.

MS. BONJEAN:  Good morning.  Jennifer Bonjean on behalf of the plaintiff Jose Juan Maysonet, Jr.

MR. BRUEGGEN:  Good morning.  Dave Brueggen

on behalf of defendants Montilla, Paulnitsky, Epplen, Mingey, and Halvorsen.

MR. RAHE:  Good morning.  This is Austin Rahe.  I'm here with Eileen Rosen and Jess Zehner for defendant City of Chicago.

MS. McGRATH:  Megan McGrath on behalf of the defendant Guevara.

MR. SHANNON:  Bob Shannon on behalf of defendant DiFranco.  Also with me is Vincent Rizzo and on occasion Esther Choi will also be on.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness.

(Witness sworn.)

JOSE JUAN MAYSONET, JR.

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BRUEGGEN:

Q.    Good morning, Mr. Maysonet.  How are you today?

A.    Good.  How you doing?

Q.    Good.

Let's start.  Can you please state your full name for the record?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149264

GONZALEZ 000006

A.    Jose Juan Maysonet, Jr.

Q.    Mr. Maysonet, have you ever given a deposition before?

A.    No.

Q.    Okay.  As you can see, we're doing it via Zoom, and I don't know if you're familiar already with Zoom.  I'm sure you talked to your attorney about the rules for a deposition.

But we need to take turns speaking. So I ask if I'm asking a question, you wait until I'm done with my question before giving me an answer, and likewise I will wait until you're done with your answer before I pose a new question. Okay?

A.    Okay.

Q.    We also need your answers to be out loud if you could use yes and no instead of uhn-uhn or uh-huh or nod or shake your head.  Okay?

A.    Okay.

Q.    And if you nod or shake your head, you might forget, I may follow up with, Is that a yes or is that a no, just to clear the record.  Okay?

A.    Okay.

Q.    I'll be asking a lot of questions

GONZALEZ 000007

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 8 of 468 PageID #:109632

today.  If at any time you don't understand my question or you don't hear me, just let me know and I can rephrase it.  Okay?

A.    Okay.

Q.    If you answer a question, we'll assume you understood it; is that fair?

A.    Good.

Q.    Also, since it's going to be -- you know, take some time today, if you need a break at any time, that's not a problem.  Just let me know. I just ask if there's a question pending, you give us an answer to that question and then we can take a break.  Okay?

A.    Okay.

Q.    And to start, can you tell me who's present in the room with you?

A.    I got my attorney right here sitting next to me on my right, and I also got another attorney sitting right on my left in front of me.

MS. BONJEAN:  I'm going to, just for the record to clarify, we have my paralegal, Haley --

THE WITNESS:  Paralegal.

MS. BONJEAN:  She's like an attorney.  That's fair.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149266

GONZALEZ 000008

-- (continuing) who's present. And also Ashley will be joining us, but she's not here right now. And -- and Greenberg will be joining us at some point.

MR. BRUEGGEN: And just to clarify, Jennifer, will they be joining on their own computers or will they be in the room with you?

MS. BONJEAN: Ashley will be on her own computer.

And, Haley, are you on Zoom right now?

She's going to be joining on Zoom shortly, but she's doing something right this second.

BY MR. BRUEGGEN:

Q. And, Mr. Maysonet, since we're not in the same room, you may have some documents that were printed out that we use as exhibits or other documents, and I just ask that if you refer to a document or look at a document to provide an answer, you let me know that you're looking at a document since I can't see that you're doing that. Okay?

A. Okay.

Q.    Mr. Maysonet, did you speak with your attorney to prepare for this deposition?  And I'm not looking for what you talked about, just whether you spoke to her, yes or no.

A.    Yes, yeah.  We talked.

Q.    How many times did you speak with her to prepare for your deposition?

A.    We -- I guess we talk a number of time. I'm not remember how -- how many times we, but yeah, a number of time.

Q.    And that number of times specifically to talk about your deposition today?

A.    Not really.  I mean ...

Q.    And do you recall specifically meeting with your attorneys just to talk about your deposition and prepare for your deposition today?

A.    Well, we'll be preparing for a long time.

Q.    Did you meet with your attorney in person to talk about your deposition today?

A.    I just got here right now, yeah.

Q.    Prior to this morning, did you meet with your attorney in person to talk about your deposition?

AR-L 149268

GONZALEZ 000010

A.    Sure.  Yeah.

Q.    And when was that?

A.    Just probably about 15 minutes ago.

MS. BONJEAN:  Yesterday.

THE WITNESS:  Oh, and yesterday.  Yeah.

BY MR. BRUEGGEN:

Q.    You met with your attorney yesterday to talk about the deposition?

A.    Yeah.

Q.    Was that in person or via videoconference or via --

A.    No, no, no.  In person, in person.

Q.    How long was that meeting with your attorney yesterday?

A.    Few minutes, I guess.

MS. BONJEAN:  No.  Longer than that.

THE WITNESS:  I mean, probably about an hour.

BY MR. BRUEGGEN:

Q.    You met with your attorney for about an hour yesterday?

A.    Yes.

Q.    And when you met with your attorney, did you review any documents?

A.    No.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149269

GONZALEZ 000011

Q. And prior to yesterday meeting with your attorney, had you met with your attorney to talk specifically about your deposition, the fact that you had would come here and testify today?

A. Yesterday, yeah.

Q. Other than your attorney or anybody who works with your attorney, did you talk to anybody else about your deposition?

A. No.

Q. Have you looked at or reviewed any documents in preparation for your deposition?

A. Not really.

Q. When you say "not really," it makes me think that you did look at some documents; is that accurate?

A. Some of them, but not -- you know, not anything, you know, basically important to me, though, you know. I know what I'm -- I'm here for, what the procedure that I've already been explained, though. So ...

Q. Can you tell me what documents you looked at?

A. Just old papers and stuff. Yeah.

Q. And --

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149270

GONZALEZ 000012

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 13

A.    Stuff -- stuff they didn't even -- I didn't even -- I didn't even thought they were around, though.

Q.    Okay.  Did you look at any police reports in preparation for your deposition today?

A.    No, no police reports.

Q.    Did you look at any affidavits you completed in preparation for your deposition today?

A.    No.

Q.    Did you look at any motions you filed in preparation for your deposition today?

A.    No, no.  No motion.

Q.    Can you tell me what the documents were that you looked at?

A.    No.

Q.    Did you look at any photographs in preparation for today?

A.    Yes.

Q.    What photographs did you look at?

A.    I saw photograph of -- I think it was a photograph of -- from the -- I think it was from the -- from the funeral or something like that.

I want to know the name of the card. The -- I forgot the name.  It come from the

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149271

GONZALEZ 000013

funeral, one of those things when you go -- I don't understand. Sorry. My English not all that good, though, but some thing, you know, I can ...

Q. No. Understandable.

Are you saying it was like a memorial card from a funeral that you saw?

A. Like memorial card, right, yeah.

Q. Did you see any other photos?

MS. BONJEAN: Pontiac.

THE WITNESS: Pontiac photo, yeah. So photo from prison.

BY MR. BRUEGGEN:

Q. And, Mr. Maysonet, just to let you know, I know your attorney's sitting next to you and it seems at times you're trying to ask her to help you, but, again, she's not supposed to tell you any answers or anything.

Just do the best you can. Whatever you remember. Okay, sir?

MS. BONJEAN: Yeah. And if you don't remember or you don't know, tell him you don't remember and you don't know.

THE WITNESS: The name, or the name, I don't --

AR-L 149272

GONZALEZ 000014

MS. BONJEAN:  Yeah.

THE WITNESS:  -- remember some name, yeah. And, you know, like this -- you know, what is the name of this or that.  I mean ...

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, can you tell us where you currently live?

A.    I live with -- I live with my mom. 2454 North Austin Avenue.

Q.    And is that a house or an apartment?

A.    It is an apartment.

Q.    Does your mom live in the same apartment as you?

A.    Yes.  She -- she ...

Q.    Are there other apartments in the building?

A.    Just the second floor.

Q.    Do you live on the second floor with your mom?

A.    No.  I live in the first floor with my mom.

Q.    Who lives on the second floor?

A.    My sister.

Q.    And does anybody live in the basement

AR-L 149273

GONZALEZ 000015

of that apartment?

A.    Only thing in the basement, I'm a DJ. I be, you know, playing music and stuff, just like a caveman.  Sorry.

Q.    No.  I appreciate that.

So is your bedroom in the basement?

A.    It's -- it's like a small studio, you know, like a small recording studio.  I make music.

Q.    Okay.

A.    Just a hobby; just a hobby.

Q.    Understandable.

So you said you're a DJ.  So you have DJ equipment in the basement?

A.    Yes, I do.

Q.    And you said you have a small studio in there.

A.    Yes.

Q.    Is that soundproofed or anything?

A.    It's a cheap one, not, you know, for -- it is a good one, though, but it's cheap, though, yes.  Maybe one day I get a nice one.

Q.    How long have you been doing DJ stuff?

A.    I've been doing DJ, actually, since I've been a kid, though, for now since -- well, I

AR-L 149274

GONZALEZ 000016

know you know that I've been out of prison not long ago, so I kind of pick up where I left, you know, when I was young when I went to prison, though.

So basically I learning a lot about the technology. That's what amazing me about the technologies of everything, you know, that they talk about like 20-something years ago, it is true now, you know. So that's basically -- you know. Music is my thing, make it possible you make your own music now. You don't have to go to one of those big, expensive studios stuff. You can create stuff, basically, though. I love it.

Q. So do you have a computer you use as a DJ to make music?

A. I got two computer, you know. It's -- I mean, I'm sorry I get so excited about something that, you know, for year I want, you know, touch and feel. But yeah, I do. I do got two computer.

Q. Do you also have any musical instruments?

A. I do got a keyboard.

Q. So where is your bedroom in the apartment building that you're in?

A. The bedroom in my house is next to my

AR-L 149275

GONZALEZ 000017

mom, next -- in between the shower and my mother's bedroom.

Q.    So it's on the first floor of the --

A.    Yes, sir.

Q.    You said your sister lives on the second floor of the apartment building, right?

A.    Correct.

Q.    Who does your sister live with?

A.    My sister live with two of her kid, her daughter and her baby boy.

Q.    How long have you lived in the apartment with your mother.

A.    Since I been out of prison.

Q.    Does anybody else live in that building other than your sister and her children and you and your mother?

A.    My dog, if you want.

Q.    Is it your dog, sir?

A.    Yeah.

Q.    What kind of dog?

A.    It just -- it's a mix, half pit bull and half Shih Tzu.

Q.    What about a gentleman by the name of Rafael, does he live in that building?

GONZALEZ 000018

A.     Yes.  That's my stepdad.

Q.     And your stepdad Rafael, where does he live in the apartment building?

A.     He live -- he live with my mom too.  We live in the first floor.

Q.     Does he have his own bedroom on the first floor?

A.     No.  He -- he got -- he got his own bedroom with my mom.

Q.     Okay.  I understand.

Are you currently employed, Mr. Maysonet?

A.     I work now.

Q.     Where do you work?

A.     I work with the Voyant Company.

Q.     I'm sorry.  Can you say that name again?

A.     Voyant Company.  I'll show you the name right now, if you give me a moment.  Let me just look for it.

Q.     Yeah.  And why don't you hand it to your attorney and perhaps she can maybe spell it for the record.

MS. BONJEAN:  Oh, it's that one?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149277

GONZALEZ 000019

THE WITNESS:  No.  That is my other one.  No that's -- that's my key.

MS. BONJEAN:  That's your key?

THE WITNESS:  Yeah.  It doesn't have the name, Voyant.

MS. BONJEAN:  Okay.  It just has -- just so you know, on the card it just says Ceridian Dayforce.  I don't know what he's saying in terms -- why don't -- can you spell it?

THE WITNESS:  It is Ceridian, C-e-r-i-d-i-a-n, Dayforce.

MS. BONJEAN:  Yeah.

THE WITNESS:  But it is a key.  This just -- this just for the -- my -- to punch my -- my punching card.  I left my ID in the house.  I'm sorry, though.  I just ...

BY MR. BRUEGGEN:

Q.    Not a problem, Mr. Maysonet.

Can you spell the name of your company?

A.    The Voyant is with a V-o-y-a-n-t, I believe.  Basically it's Johnson & Johnson, though, you know, just one of -- I work with the Johnson & Johnson, but the name of the company is Voyant,

AR-L 149278

GONZALEZ 000020

though.

Q.    And what does the company Voyant do for Johnson & Johnson?

THE WITNESS:  I can talk about that?

MS. BONJEAN:  Yeah.

THE WITNESS:  No, but I don't want no problem with the company.

It's just -- they make like some lotions, hand sanitizer.  They make a number of cosmetics.  Let's put it like that, you know.

BY MR. BRUEGGEN:

Q.    So are you working at a manufacturing facility?

A.    Yes.  It's just like a plant, yeah.

Q.    What is your position with Voyant?

A.    My position in Voyant is sanitizer. I'm -- I'm the type of person that I, you know, take thing apart and put them back together again and make sure they, you know, got their seal. Anything broke, I make sure they, you know, get change, and maintenance, though, you know. Basically, though, got to be sanitized, though, you know.  They don't want no product mix with another one when they get -- go through the process of

AR-L 149279

GONZALEZ 000021

bagging it up or whatever.

Q.   So you sanitize the equipment after it's been used to manufacture?

A.   Yes.  That's what I do.

Q.   So do you have mechanical skills where you have to take the equipment part to sanitize it?

A.   Well, it's -- everything so basic.  I mean, I'm pretty sure probably a 15-year-old kid could take the machine apart and put it back together again.  It's just working with chemical is the difficult part.  It's a -- it's a long process, though.

So like, for instance, like yesterday when I was working yesterday, we had these machines, they -- they need a critical.  So they got two step.  You got number one critical and you got number two critical.  The number two is super critical, meaning you got to take things apart.  And it take about eight hours, the whole process take the whole eight hour and -- and you got someone there, you know, with -- supervising. Every step that you do, you do it by the book.  If not, you know, you be in trouble.

Q.   How long have you been working for

AR-L 149280

GONZALEZ 000022

Voyant?

A.    Not -- I been working for Voyant for like almost a month now or five weeks.

Q.    What are your usual hours of work for Voyant?

A.    From 5:00 o'clock in the morning to 3:30 in the afternoon.

Q.    Do you work with other people who are sanitizers who are doing the same stuff as you?

A.    Yes, I do.

Q.    When you sanitize the equipment, do you work as a team, like with someone else who's also helping take the machine apart and sanitize it?

A.    It depend.  If -- if we pretty much busy, you know, you be pretty much by your own, though.  Just the paperwork, you need verification, so that's basically when you need someone to sign the paper and make sure that everything you do, step by step, is what you do.

Other than that, you know, you pretty much -- you're on your own, though.  Unless there's not too many work to do, someone might give you a hand.  So yeah.

Q.    And can you tell us what your hourly

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 24

wage is there?

A.    I get paid out $18.50.

MS. BONJEAN:  An hour.

THE WITNESS:  Yeah, an hour.

BY MR. BRUEGGEN:

Q.    Do you receive any benefits?

A.    Yeah.  We get, you know, like vacation. We get like insurance, stuff like that.

Q.    You have health insurance through Voyant?

A.    Yes.  Through Voyant, yes.  Well, I ain't got mine yet, though, but yeah, they do give you that, though, you know.  They give you bonuses too every month.  Depend how you do.  Depending on the company doing great, you know, you get what -- what they give you, though, you know.  They very kind and generous people.

Q.    And so you have the opportunity to get health insurance after you've been there a certain time.  Is that your understanding?

A.    Well, I haven't got my insurance to done yet, though, but I'm getting ready to -- to have it, though.  I just -- I've been new in there, you know.  It's a lot of things that I haven't done

AR-L 149282

GONZALEZ 000024

yet, though, you know.  Kind of far for me, you know.  I don't travel that far distance. Everything that I do, you know, is on my own and sometimes I get lost.

Q.    Where is your -- where is Voyant located where you work?

A.    Voyant located on 53 -- I got -- can I see my phone so I can him the show address?  I can check my address and --

Q.    And, Mr. Maysonet, you can just give me a general idea.  You can tell me cross streets. You don't have to give me the exact address.

A.    It's in -- It's in County, County Side, Illinois.

Q.    How do you get to work at Voyant?

A.    I got -- I got my vehicle, though.  I got -- I got a car.

Q.    You drive to work?

A.    Yes, I do.

Q.    And going back to the -- the building where you currently live, do you know who owns that building?

A.    My parents.

Q.    So your mother and your stepfather own

AR-L 149283

GONZALEZ 000025

the building?

A.   Actually, yeah.  My -- my mom and my dad, yeah.

Q.   Does your mom make you pay rent?

A.   Not yet.  Kind of glad, though, but -- you know, I guess have to start learning how to be responsible.  I thought I'm going to get away for it forever, though, but I don't know.

Q.   Mr. Maysonet, do you have a girlfriend or a significant other at the present time?

A.   Not now.

Q.   Have you had a girlfriend -- since you've been released from prison, did you have a girlfriend?

A.   Yes, I did.

Q.   More than one?

A.   Plenty.

Q.   Did you say 20 or plenty?

A.   Plenty, plenty.

Q.   Plenty.

So --

A.   Enough -- enough -- enough, you know, to make me forget a lot of things from the past. Let's put it like that.

AR-L 149284

GONZALEZ 000026

Q.   So you've had -- when you say "plenty," is it more than ten girlfriends you've had since being out or --

A.   I don't -- I don't want to excited myself, but I did have plenty, though, you know, just ...

Q.   And, Mr. Maysonet, what I'm looking for is, you know, a girlfriend relationship where you're, you know, kind of in a relationship as opposed to just someone that maybe you spend time with.

A.   Someone seriously?

Q.   Yes, yes.

A.   Yes, I did.  I did have someone serious, though.

Q.   And was it just one serious relationship or --

A.   Yes.

Q.   -- multiple?

A.   No, no, no, no.  One.

Q.   So one serious relationship and then plenty of other relationships?

A.   Exactly.  How you -- yeah.  How you ...

Q.   Mr. Maysonet, can you tell me who your

AR-L 149285

GONZALEZ 000027

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 28

closest friends are now?

A.    My closest friend right now is my own shadow.

Q.    You say your shadow?

A.    My shadow, yes.

Q.    Do you have any friends?

A.    No, I don't.

Q.    Do you spend time with anybody outside of work?

A.    Yeah.  I spend time with my dog most of the times, the only one who can listen to me, though.

Q.    What types of things do you do with your dog outside of work?

A.    Well, we walk.  We walk around, you know.  I -- I spend -- I think I spend more time with him than what I spend, you know, actually with anybody.  You know, the dog is so very obedient, though, that everything that I taught him he do.

So I don't know if you want to, don't believe me.  If you say something bad to me and I tell somebody, Hey, don't talk to me, you know.  I don't know if these people believe me, though, but yeah, it's just -- it's a wonderful

Urlaub Bowen & Associates, Inc.   312-781-9586          AR-L 149286

GONZALEZ 000028

relationship that I got with him.

Q. Are there any people that -- you know, setting aside your girlfriends or, you know, those types of relationships, are there any people that you spend time with where you go have dinner with them or go grab a drink with them or go to the park with them?

A. No. I really don't -- I really don't go nowhere with nowhere. I don't even -- I don't even go to restaurant. I don't -- I don't even drink. I mean ...

Q. Can you tell me what you do with your free time, what hobbies you have? You've mentioned DJing and you've mentioned your dog. Can you tell us some other stuff?

A. I fixing stuff around the house, you know. If anything basically that I can put my hands on, I will fix, though. If I can save some money for the family, I will.

But other than DJ, making music, you know. That's it.

Q. What about do you like going on bike rides.

A. Sometime I do. I haven't been on bike

AR-L 149287

GONZALEZ 000029

since -- that I bought my car, though, but yeah. Sometime I do, yeah.

Q. And what kind of bike was that? Was that a bike like that you would ride on trails or was it like a bike for on the roads?

A. No. It's -- it just -- it just a -- I had a -- I had a bike. I had a big bike, supersport bike. Basically I just sold it, though not long ago. Big bike, you know what I mean, Suzuki.

Q. Did you say Suzuki?

A. Suzuki, yeah.

Q. And so was that a bike like a motorcycle?

A. Yeah. It's a motorcycle. Right, motorcycle? Yeah.

Q. How long did you have your motorcycle?

A. Oh, I have that motorcycle since -- wow, since '88, I believe.

Q. So after you recently acquired a car, you got rid of the motorcycle?

A. Well, I get rid of the motorcycle before I fall for it. It -- it'll be long time that I haven't drove motorcycle and after that

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149288

GONZALEZ 000030

couldn't and I fall, so I decide to sell it and get something more safe for me.  I'm old.  I'm an old guy.  I'm not young like I used to be.  Even though I seem like I'm young, though, but I'm not, you know.

Q.    And any other hobbies, like gardening or cooking?

A.    Gardening, pretty much.

Q.    Do you have a garden in your backyard?

A.    Yeah.  We got two.  We -- we got two of them.  We got a vegetable garden and then a garden with flowers and stuff, roses.  Nothing now yet because just -- winter just went by a couple -- getting prepped.

Q.    Any other things you do with your free time other than the DJing, playing with your dog, or gardening?

A.    No.  That's about it.  That's about it.

Q.    Do you play any sports or any activities?

A.    No.

Q.    Mr. Maysonet, are you receiving any medical treatment at this time?

A.    No.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149289

GONZALEZ 000031

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 32

Q.    Are you receiving any mental health treatment on an ongoing basis at this time?

A.    No.

Q.    And, Mr. Maysonet, to move things along, I'm just going to tell you, our understanding is that you were born in the United States and then moved to Puerto Rico for part of your childhood; is that right?

A.    Yeah.

Q.    How old were you when you moved to Puerto Rico?

A.    I was -- I was very young.  Been a long time and I was very young.

Q.    In Puerto Rico, who did you live with?

A.    With my mom.  I live with my mom next to my grandma.  My mother's mother, that is.

Q.    Did you live with your siblings?

A.    Yes, I did.  With my brother and my sister.

Q.    Your brother is Jose Antonio?

A.    Antonio.

Q.    And your sister Rose?

A.    Rose.  Take the R and put a J, what it sound like?  We all got the same name, basically.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149290

GONZALEZ 000032

Q.    Fair enough.

Your brother, Jose Antonio, what is his age relation to you?

A.    We -- we -- we're close brothers, yeah.

Q.    He is about a year younger than you?

A.    A year younger than me.

Q.    What about Rose?  What's her age in relation to yours?

A.    I really -- I know she probably -- well, I don't remember her age exactly.  I don't -- really don't want to say an age, though.  If you see her, she look real young, but she's probably her late 40s, though, I believe.

Q.    Is she about four years younger than you?

A.    I don't want to lie, though, but it could be.

Q.    You said you lived at a house next to your grandmother's house in Puerto Rico?

A.    Yes.

Q.    What was your grandmother like?

A.    Oh, she was real tough.  She was -- she was a librarian, as I remember, and a walking library.  Anything that you want to know, you ask

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149291

GONZALEZ 000033

her, she will tell you the answer.  You can go and look in a dictionary, an encyclopedia and she -- you know, she was right.  Very good woman, though.  She still alive, though.  She almost a hundred years old.

Q.    So your grandmother's still alive, living in Puerto Rico?

A.    No.  She -- she -- she -- actually she just visit in Connecticut.  Yeah.  She just -- she in United States right now.  She just came and visit.

Q.    Mr. Maysonet, do you remember how long you lived in Puerto Rico?

A.    For -- I live for quite a while.  It was going back and forth, back and forth, you know.  We -- when I was young, you know, we just -- summer, when school vacation come, I go -- we go back -- I go back to Puerto Rico and come back, you know, just for a little bit, and travel back and forth.

Q.    So after moving to Puerto Rico when you were very young, did you and your family come back to the United States?

A.    Yeah.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149292

GONZALEZ 000034

JOSE JUAN MAYSONET JR., 04/16/2021                              Page 35

Q.    Do you remember what age you were when your family and you moved back to the United States?

A.    No, I don't.  I don't remember.  I was just young.  We were young.

Q.    While you were in Puerto Rico, did you go to school?

A.    I went to school Puerto Rico when -- when I first came over there, though, yeah.

Q.    When you came back from Puerto Rico to the United States, did you go to school in the United States?

A.    I also did, yeah.

Q.    Do you remember what grade you were in or what school you were at when you came back to the United States to live here from Puerto Rico?

A.    I was elementary school.  I say it right, elementary school?  Elementary school.

Q.    "Eleventary" or secondary?

A.    No, no.  What they call that? Elementary.  I was just in --

MS. BONJEAN:  Elementary.

THE WITNESS:  Elementary.  Yeah.  Sorry, sorry, sorry, though.

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 36

BY MR. BRUEGGEN:

Q.   Not a problem, sir.  You're doing great.

A.   I'm not perfect.

Q.   Not a problem.  None of us are.  But you're doing great, so ...

You came back when you were in elementary school in the United States?

A.   Yes, that correct.

Q.   Where did you guys move when you came back to the United States?

A.   We were living on Kedzie and North Avenue, 1530 North Kedzie.

Q.   Did you complete elementary school in the United States?

A.   No.

Q.   What happened -- or strike that.

Did you drop out of elementary school?

A.   No, not really.  I quit.

Q.   How old were you when you quit school?

A.   I was young.  I was very young.

Q.   Were you under 12?

A.   Somewhere around there maybe.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149294

GONZALEZ 000036

Q.    When you came back to the United States to live here, do you recall if you were older than 16 or younger than 16?

A.    I was young.  I was very young.

Q.    Do you know why you came back to the United States from Puerto Rico?

A.    Well, we went -- everywhere that mom go, we got to go, you know.  Just a psychological thing though, you know.  If she said we going here, that's where we go, there.  Whether you don't like it, you -- she going to drag you and take you there with you.

Q.    Understandable.

Do you recall --

A.    Didn't have a choice.

Q.    I'm sorry, sir.

A.    I didn't have no choice.  I'm sorry.

Q.    Understandable.  You know, your parents tell you where to go, you go.  So ...

So do you recall going to a junior high school in the Chicagoland area?

A.    Yeah.  I did -- I did went back to school when I was young, and basically I -- somehow I made it to high school and quit again.  I was a

AR-L 149295

GONZALEZ 000037

dropout.

Q.    So you went back and you did junior high school at some point?

A.    At some point.

Q.    Do you remember when that was?

A.    That was long time ago, long time ago.

Q.    And when I say "when," you can tell me how old you were or what year it was, if you have a recollection.

A.    Probably early '80s.  Yeah.  '80s. MTV, all that stuff coming out.  Earlier '80s, yeah.

Q.    In junior high were your classes in English?

A.    Bilingual.  Spanish, English.  I only had two English class, though, you know.  Most of them, they were all Spanish.

Q.    So you had mostly Spanish classes, but you also had English classes?

A.    Yeah.  Two -- two period.

Q.    And were you learning to speak English in those English classes?

A.    I was hardheaded.  I -- I won't lie to you.  School was never -- it was never my type, my

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149296

GONZALEZ 000038

cup of -- my cup of coffee, though.

Q. Ultimately you graduated from junior high and made it to high school?

A. No. I did -- I graduate from junior high. I went to high school, but then I drop -- drop out.

Q. Do you know how many years you were in high school before you dropped out?

A. It was second year of high school that I was a dropout.

Q. While you were in high school, did you take any classes in English?

A. Only -- the only classes that I had in English, it was two classes of English, first period and second period. That's about it.

Q. How old were you when you dropped out of high school?

A. Oh, I was in my teens. Yeah, I was young.

Q. Can you give us a general idea? Before you were arrested for the case we're going to talk about today, do you remember how many years prior to that you had dropped out of high school?

A. I -- I cannot even remember, but it was

AR-L 149297

GONZALEZ 000039

long time ago.  That's -- that's what I can say, though, long time ago.

Q.    While you were in high school, did you participate in any extracurricular activities or any activities through the school?

A.    Yeah.  When I was in high school, I was -- I joined the band, the high school band.

Q.    Was there a particular instrument that you played?

A.    The trombone.

Q.    When did you start playing the trombone?

A.    Oh, as soon as -- as soon as one come get into my hand, that's when I -- that nice instrument.  I remember back in the day when -- you know, when music used to be music.  There was this guy name Willie Colón, very good trombonist, though, you know, and everybody would love one day to play music just like him.

So it happened that I had one in my hands, so I grabbed the chance.  I just started playing.  So the teacher said, Man, you like -- you natural.  So the rest was history.

Q.    So did you take band class in high

AR-L 149298

GONZALEZ 000040

school or --

A.    Yes, I did, band class.

Q.    And you learned the notes and how to play the trombone?

A.    Little bit.  That's what good about the technology now.  You don't need to know that -- none of that, though.  I mean, the computer do most of the work for you.  The only thing you have to do is just add a rhythm.  That's it.

Q.    Mr. Maysonet, can you tell us why you dropped out of high school?

A.    I guess, you know, doing the easy life. I took the route, the easy life.

Q.    What do you mean by you "took the easy life"?

A.    Just, you know, back in the day, it was hard to work.  It was hard to -- you know, to go and sell the newspaper.  I did sell the newspaper one point, but there were all those -- all those stuff that was more interesting, though, you know. They attract me more, though.

Q.    So did you drop out of high school to get a job?

A.    Yeah, basically.

AR-L 149299

GONZALEZ 000041

Q.    What job did you get when you dropped out of high school?

A.    I was selling the newspaper and buffing shoes.

Q.    When you say selling newspaper, were you selling it on the street or were you delivering papers?

A.    No.  Selling in the street.

Q.    You said you also shined shoes?

A.    Yes, I did.

Q.    Where did you -- where did you shine shoes?

A.    Right there on the -- on right corner of Federal Building on Randolph.

Q.    When you were selling the newspaper, did you work for a company or were you working for yourself?

A.    I was just working for myself.

Q.    Do you remember how old you were when you were selling the newspaper?

A.    I was young, really young.

Q.    Under 18?

A.    That was right probably after - right after I drop off from high school.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149300

GONZALEZ 000042

Q.    Where would you sell newspapers?

A.    Right on -- on Randolph and -- right in front of the Federal Building.  Or the Daley Plaza.

Q.    Were you also shining shoes at the same time you were selling newspapers?

A.    Yes, I did.  Yeah.

Q.    And for shining shoes, did you have like a shoeshine kit?

A.    I had a wooden box.  Yes, I did.

Q.    Did you have a chair or something that the customers could sit in?

A.    Yeah.  I had a little chair, yeah.

Q.    So would you travel from your house in Humboldt Park downtown to then set up to shine shoes?

A.    Yes.  In the morning, yeah.

Q.    How long did you sell newspapers over there by the federal building?

A.    Just in the morning.  Basically that's when you do most of your, you know, newspaper sales, though, you know.

Q.    And how many years were you selling newspapers?  Did you do that for many years?

A.    Not for long I didn't.  I mean, after

AR-L 149301

GONZALEZ 000043

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 44

so long, you get tired doing it and you move on to go do other -- other stuff.

Q.    What about with shining shoes, was that at the same time as selling newspapers?

A.    Yeah, same.  The -- the newspaper and shining shoes are the same time.

Q.    So after you stopped selling newspapers and shining shoes, did you find a new job?

A.    No, no.

Q.    While you were in high school, what did you do with your free time when you weren't in school?

A.    Sell drugs.

Q.    Did you -- did you say sell drugs?

A.    Yes, I did.

Q.    When did you start selling drugs?

A.    Once that I stopped selling shoes -- I mean, buffing shoes and selling newspaper.

Q.    Did you do anything else in your free time and -- and now let's go back to when you were in high school.

A.    No.

Q.    You -- obviously you said you were in the band, right?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149302

GONZALEZ 000044

A.    Yeah.

Q.    Any other activities you would do in your free time?  Did you play any sports, go play soccer or basketball in the parks?

A.    Most of the time back in the day, just the music, the music.  That's basically what I -- what I liked, you know.  I come from a musician family background.  My grandpa, he was a musician himself, though.  And when I was in Puerto Rico, I learned a lot from him.  He used to play guitar.

Q.    While you were in high school, going to high school, did you hang out with your brother?

A.    With my -- with my real brother, yes.  Yes, I did.

Q.    What would you and your brother do while you were in high school?

A.    Just hanging around and talking, you know.  See what happen in the day, you know, talking about girl.  You know, just normal -- what normal brothers do, you know, when they go to high school.

Q.    After you dropped out of high school, did you continue to hang out with your brother?

A.    No.  My -- my mom got to the point that

AR-L 149303

GONZALEZ 000045

she kind of -- you know, she kind of thought, you know, that I was the black sheep and, you know, he didn't want him -- you know, me influencing him and stuff, you know, how are you to do and, you know, obeying her and stuff like that.  I mean, I'm not going to say -- I was not an angel, though, you know, I mean, you know, growing up, though.  So, yes.  Took the easy route, I guess.

Q.    So did you say your mom saw that you were the -- the black sheep; is that what you said?

A.    Yeah.  I mean, what --

Q.    You were --

A.    -- parent don't know -- what parent don't know his kid, though, you know.  So ...

Q.    So did your -- is it your understanding that your mom believed you were a bad influence on your brother?

A.    She didn't want me to, you know. She -- she kind of knew that I started turning out, you know, bad, though, you know.  And that's how I be in Puerto Rico so many times away from everybody, though, you know.  So, I mean, that was the punishment.

Q.    What was the punishment, sir?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149304

GONZALEZ 000046

A.    Sending back to Puerto Rico with -- with grandma.

Q.    So your -- your mom would send you back to Puerto Rico for how long of a time?

A.    Just to they know that I -- I was okay to come back again, come back again.  And once I start acting bad again, she just send me back to Puerto Rico again.

Q.    What types of things were you doing that resulted in you being sent back to Puerto Rico?

A.    Doing bad stuff, just doing bad stuff.

Q.    Can you tell me what the bad stuff is?

A.    Sure.  Selling drug.  When I got caught selling drug one day, my mom, she just beat the crap out of me.

Oh, I'm not supposed to say stuff like that.

Anyway, I'm sorry about my language.

Q.    It's okay, sir.

A.    Yeah.  And she told me -- you know, she told me -- tell me that you found this.  And I told the truth.  I said, No, mom, I'm -- I'm selling this just to make a living for me, though.  And she

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149305

GONZALEZ 000047

just, Why, you know, I didn't -- I didn't raise you for you to be coming to do this and that or nothing.

I really -- I really got it real bad that day.  I be in Puerto Rico almost -- almost a year.  And being with grandma, even though a very lovely grandma, you know -- I'm being realistic, you know.  Being with grandma, grandma give you the punishment, though, you know.  Remember, back in those days not like now.

If they all throw rice in the floor and you got to knee down in the floor for an hour, that was a lot, you know, that type of punishment.

Just to go to the -- just to go to the -- to the mailbox, she used to spit in the floor.  She used to say, If by the time you go and come back, if that spit right there is dry, you going to get it.  So you have to go.  And then when you start running, No, no run, you just go and walk and come back the same way, make sure that you cross the street the right way, though, you know. But you always seen the -- you know, every time she turn around, poom, then we just run, hurry up before the saliva dry.

AR-L 149306

GONZALEZ 000048

Q.    Okay.  So on one occasion, your mom caught you selling drugs and sent you to go live with your grandmother for a period of time?

A.    Yeah.

Q.    Do you remember when that was?

A.    I was young.  I was -- I was very young.

Q.    Was that after you had stopped going to high school?

A.    Yeah, yeah.

Q.    How long were you in Puerto Rico with your grandmother when your mom sent you there?

A.    Like almost a year, something like that.  I can hardly remember, but I know it was for a while, though.

Q.    When you went to Puerto Rico to live with your grandmother at that time, what were you doing down in Puerto Rico?

A.    They have me -- they have me cleaning the pig, whatever, the cow, whatever, the chicken. I was doing -- you know, I was doing stuff that nobody ever want to do, you know, being a city boy. So I had to be, you know, on the farm with grandpa helping him doing -- just doing the dirty work.

AR-L 149307

GONZALEZ 000049

Q.   So that's one time that your mom caught you.

Can you tell me what were the other bad things that you were doing that you got punished for by your mom and sent to Puerto Rico?

A.   That was it, though, I guess.  I mean, just hanging around and doing, you know, the stuff that I do, you know.  Just anything -- anything that get her mad, though, you know, it just -- that's how I get punished.

Q.   When did your mother meet Rafael, your stepfather?

A.   I was young.  I was real, real young. I was just like right -- right when my mom, I believe, separated from my -- from my real dad.  I know my sister, she was a baby.  She was just like a little tiny thing like that.  It was long, long time ago, yeah.

Q.   Did you meet Rafael while you were lived in Puerto Rico with your mom next to your grandmother?

A.   Yeah, yeah.

Q.   So after you came back to the United States, did Rafael live with you and your mom and

AR-L 149308

GONZALEZ 000050

your brother and sister?

A.    Yeah.

Q.    Now, you said he's your stepfather, or that's what -- how you refer to him, right?

A.    Well, he my stepfather, but, you know, he raised me since he was a kid, so -- but normally most of the people, I say he's my dad, though, just not -- not to give them the whole story.  Oh, yeah, you know, that not my real dad, you know, my -- but, you know, I just tell, yeah, he's my dad, yes.

Q.    And did he act like your dad and discipline you for stuff?

A.    Yes.  Yes, he do.  Yeah.  But he different, though, you know.  He just sit with me and we -- you know, especially now that I'm older, though, you know, we sit and talk, you know, just like two grown men.  Very good man.  He's a good, good man, though, you know, like a father.

Q.    When you first dropped out of high school and were selling the newspapers and the -- doing shoe shines, did you contribute financially to your household?

A.    I was just a kid.  I do what I -- you know, what I could, you know.  I mean, I didn't

make -- I didn't make much like people do now, though, but I helped whenever I can help, though, basically.

Q.    What about when you were selling drugs? Did you contribute some of the money you would earn from selling drugs and give that to your mom to help pay bills?

A.    She didn't want to, said dirty money, no good.

Q.    Before you dropped out of high school, did you have any close friends while in high school?

A.    Just people that you met, you know, in high school, though, you know.  I don't even remember they names of -- you know.  Yeah, they -- as a kid, though, you know, you always met people, you know.  I don't go see no like friend or -- yeah.  I mean, normal people, school stuff.

Q.    So no best friend in high school?

A.    No.

Q.    Back in the late 1980s, did you have any other family that lived in the Chicagoland area?

A.    No, not really.

AR-L 149310

GONZALEZ 000052

Q.    And when you say "not really," what do you mean by not really?

A.    Well, we was only -- we just a small family, you know, just my mom, my -- my stepfather, my brother, and sister, though.  So, you know, now everybody got kids now, so the family growing now.  So ...

Q.    But at the time it was just you, your mother, stepfather, brother, and sister?

A.    Yes, yeah.

Q.    No aunts or uncles in the Chicagoland area?

A.    No.

Q.    Back in the late 1980s, did you own a car?

A.    Yes, I did.

Q.    When did you get your car?

A.    It was -- it was -- it was in the '80s when I -- my first car, when I first bought my first car, it was just when I start probably selling the newspaper I bought a car.  I bought a Toyota.  That was my first car, a Toyota.

Q.    Do you remember what model it was?

A.    It was a Toyota Corolla.

AR-L 149311

GONZALEZ 000053

Q.    Do you recall how hold you were when you bought that Toyota Corolla?

A.    I was -- I was real young.  I got -- matter of fact, I got myself in trouble for that when my mom -- that I had a car.

Q.    How did you get yourself in trouble for that?

A.    I was not old enough to drive.

Q.    So you bought a car before you were old enough to drive?

A.    Yes, I did.

Q.    How did you have money to buy a Toyota Corolla?

A.    Just selling drugs.  So easy to make money back in the day, though, selling drugs.

Q.    What drugs were you selling?

A.    I was -- I was selling -- I was selling marijuana, though.

Q.    Any other drugs that you sold?

MS. BONJEAN:  Hold on.

          Objection to the foundation of that question.

BY MR. BRUEGGEN:

Q.    So, Mr. Maysonet, let me clarify, back

AR-L 149312

GONZALEZ 000054

before -- before you dropped out of high school, were you selling drugs?

A. That's what -- that's basically when -- when I started, though, but, you know, I took the newspaper job first and I saw somebody else doing more money than I was making. That's when I said, I'm in the wrong business. I decided to sell drugs after that.

Q. So you did not sell drugs while you were in high school?

A. When I was in high school, I probably did so. I probably did so. That's what started it all.

Q. What color was your Toyota Corolla?

A. It was blue. My favorite color, blue.

Q. Did you have any other cars prior to your arrest in this case?

MS. BONJEAN: Wait -- okay. Go ahead. You can answer.

THE WITNESS: I had a '75 Super Sport Oldsmobile. I did have a '77 Cadillac Seville. And also I had a motorcycle too; it was a Yamaha.

BY MR. BRUEGGEN:

Q. And the '75 Super Sport Oldsmobile,

AR-L 149313

GONZALEZ 000055

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 56

what color was that?

        A.    Green, candy apple green.

        Q.    Did you own that at the same time as the Toyota Corolla?

        A.    Yes, I did.

        Q.    What about the -- you said a '77, was it a Cadillac Seville?

        A.    A Cadillac Seville.

        Q.    What color was that?

        A.    That was red.

        Q.    Did you own the Cadillac Seville at the same time you owned the Corolla or the Oldsmobile?

        A.    Yes, I did.

        Q.    So did you own all three cars at the same time?

        A.    At the same time.

        Q.    How did you afford to buy those three cars?

        A.    Like I said, the drug money back in the day, it was so good.  I'm not gonna sit in here and lie to you.

                It legal now, right, selling drug now?

        MS. BONJEAN:  Marijuana?

Urlaub Bowen & Associates, Inc.   312-781-9586        <span>AR-L 149314</span>

GONZALEZ 000056

THE WITNESS:  Marijuana, yeah.  They got store for it.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, prior to your arrest in this case, were you a member of any gang?

A.    Yes, I did.

Q.    What gang were you a member of?

A.    Latin King.

Q.    How old were you when you joined the Latin Kings?

A.    I was very young when I joined the Latin King.

Q.    When you say "very young," was it before you started high school?

A.    Before I started high school.

Q.    Did you have a nickname when you were in the Latin Kings?

THE WITNESS:  Can I say that?

MS. BONJEAN:  Yeah, you can tell him.

THE WITNESS:  Yes.

BY MR. BRUEGGEN:

Q.    What was your nickname, sir?

A.    Double J.

Q.    Did you have any other nicknames or

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149315

GONZALEZ 000057

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 58

street names while you were with the Latin Kings?

A.    No.

Q.    Did -- how long after you came back to the United States from Puerto Rico did you join the Latin Kings?

A.    I was real young.  I was -- I probably was still elementary school when I started to join the gang.

Q.    You were in elementary school when you joined the gang?

A.    Yeah.  I was real young.

Q.    And the Latin Kings, are they part of People or the Folk Nation?

MS. BONJEAN:  You can answer.

THE WITNESS:  People.

BY MR. BRUEGGEN:

Q.    When you were with the Latin Kings, did any -- strike that.

The Latin Kings had rival gangs; is that right?

A.    Um-hmm.

Q.    Yes?

A.    Yes, yes.

Q.    And would you know the nicknames of

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149316

GONZALEZ 000058

people in the rival gangs?

A. Knew quite a few, yeah.

Q. Do you know if any rival gangs had a nickname for you?

A. No. They -- everybody know me -- everybody know me by that name, Double J.

Q. Were you ever called King Leo?

A. No.

Q. Do you know if any other gang referred to you as King Leo?

A. No.

Q. Now, with the Latin Kings, were there multiple sets of Latin Kings in the Chicagoland area?

A. Yes.

Q. And can you tell us what a set is?

THE WITNESS: Can I say that?

MS. BONJEAN: Yeah, go ahead. You can answer that.

THE WITNESS: I don't want to get myself in trouble, though.

A set, a set is where a body or number of people will take control. And if you want to hang out by some corner in the street, and

AR-L 149317

GONZALEZ 000059

depending how long and the number of people that you got, the -- if you selling drugs or whatever, you just can -- you claim that as your corner, nobody else can mess with it, though, you know.  We all follow the Latin King Nation, you know.  We all can say something, though, you know.  It's always, you know, when you sell drugs, you know, you always got to -- that's how we are fearful for the gang, you know.  We call it a -- you know, the bank, the financial bank, so.  Yeah.  We could sell anywhere, you know, as long as you a Latin King in the neighborhood, yeah.

BY MR. BRUEGGEN:

Q.    So were -- were sets known kind of geographically either by a street corner or by cross streets?

A.    Street corner, yeah.

Q.    In the Chicagoland area, was there any type of leadership in the Latin Kings above all the sets?

THE WITNESS:  Answer that?

MS. BONJEAN:  Yeah.

THE WITNESS:  Yeah.

AR-L 149318

GONZALEZ 000060

BY MR. BRUEGGEN:

Q.    And do you know how that leadership was structured in the Latin Kings in the late 1980s?

A.    Yeah.  I guess from the chief, from -- from the right-hand man for the chief, enforcer, to the treasurer -- the treasurer person.

THE COURT REPORTER:  I'm sorry.  The what person?

THE WITNESS:  The treasurer.

THE COURT REPORTER:  Thank you.

BY MR. BRUEGGEN:

Q.    The treasurer like person who handles the money?

A.    Yes.

Q.    And so was the -- the chief and the enforcer and the treasurer, were they above all the sets in the Humboldt Park neighborhood?

A.    Yes.

Q.    Were you in a specific set of Latin Kings?

A.    I was.  I was.

Q.    And what was your set or how would you identify that set?

A.    Kimball and Wabansia.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149319

GONZALEZ 000061

Q.    Wabansia and Kimball?

A.    Yeah.  Or Kimball and Wabansia we prefer it back then, KW.

Q.    And were you in the same set when you were in the Latin Kings the entire time you were in there?

A.    Say that question again.  Sorry.

Q.    And so maybe I should start back with did Latin Kings, would they change sets?

MS. BONJEAN:  Objection.  I'm sorry.  Objection to form, foundation of that question.

If you understand the question, you can answer.  If you don't, tell him you don't understand it.

THE WITNESS:  Can you be more specific, though, so I can ...

BY MR. BRUEGGEN:

Q.    Yeah.  And what I'm asking is, you know, you said you were in the set at Kimball and Wabansia.  Could you switch and be at a set at a different, you know, corner if you wanted to go hang out with different guys?

A.    Oh, yeah, you could.  Yeah, you could.

Q.    So did you ever --

AR-L 149320

GONZALEZ 000062

A.    If you have approval, only if you have approval.

Q.    Okay.  Did you ever switch sets or were you always with Kimball and Wabansia?

A.    Never.

Q.    You never switched sets?

A.    Never.

Q.    And I think you explained when you were explaining a set, they would control a certain corner?

A.    Yeah.

Q.    And was there a corner that they could sell drugs from?

A.    Yes.

Q.    Did they control a larger area, you know, that people weren't supposed to sell drugs anywhere close to that?

MS. BONJEAN:  Objection; form, foundation.

Go ahead.  If you understand, go ahead.

THE WITNESS:  Once -- once you got that corner, I mean, nobody else from another set from Latin King that can come in there and -- and deal. No, you can't.  You got to respect it, though, you

AR-L 149321

GONZALEZ 000063

know, if you do so.

BY MR. BRUEGGEN:

    Q.   And what I'm trying to understand is did you have like a territory beyond that corner that was kind of your territory that you would look out for and protect that nobody could come to that territory to sell drugs?

    A.   At Kimball and Wabansia, that's basically where we do everything, yeah.  I mean, on that corner there, like I said, nobody could come from nobody -- from all the set and sell drug unless, you know, we give them the okay.

    Q.   And could somebody sell drugs a block away on another corner?  Was that okay?

    A.   No.

    Q.   Why not?

    A.   Taking our customers away.

    Q.   So if you're on Kimball and Wabansia, you didn't want other people selling drugs, you know, just a block away on another corner because it'd take your customers away?

    A.   Yeah.

    Q.   So how far did your -- you know, and I don't know if you like the word turf or territory,

AR-L 149322

GONZALEZ 000064

expand where if you've got Kimball and Wabansia, how far -- how many blocks away would it go where no one could sell drugs in that area without your permission?

A.    It's -- you know, you got to be pretty much, you know, far away where nobody -- where nobody would know.  Basically, though, you know, we didn't -- we didn't want no competition within the same organization, though, basically.  You know, if -- if -- my set, we move Kimball, Wabansia, our territory basically, even from -- from -- I will say from -- from Sawyer all the way to -- all the way to Spaulding, all the way to Wabansia, all the way -- you know.  It's a bigger territory.  As long as nobody can be doing in that geographical area, though, everything was okay.  I mean, it's all about money.

Q.    So you -- you had a general area that you controlled and you would sell the drugs on Kimball and Wabansia.  Am I understanding --

A.    Yes.

Q.    -- you correct?

And nobody could come into that general area without your permission, right?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149323

GONZALEZ 000065

A.    Well, not with my permission.  With somebody else permission, yeah.

Q.    I'm sorry.  Without the -- the set's permission.

A.    Exactly.

Q.    And did various Latin King sets, you know, kind of have an understanding amongst themselves that that's your territory, this is our territory?

A.    That's how it was, you know.  It would be like that.

Q.    Was there a leadership structure in your set?

A.    Yes.  Yeah, there was.

Q.    And what was the leadership structure in there?  What were the leadership roles?

A.    Just make sure everything was -- you know, our quality, though, you know, no problem with other -- other Latin King and, you know, everything -- everything had to be cool and, you know, peacefully.  You know, you -- when you deal with -- when people deal with a number of -- of people like that, you know, they solve with problem, you know, they solve with, you know,

AR-L 149324

GONZALEZ 000066

confrontation, you know, especially with money, you know.  But that was then.  I don't know how they do it now.

Q.    No.  I understand that, sir.  I'm asking just about your knowledge from back in -- and we'll constrain it just to the 1980s, the late 1980s.  Okay?

A.    Uh-huh.

Q.    So at that time -- at the time you joined, do you know who the leader of your set was at Wabansia and Kimball?

MS. BONJEAN:  I'm sorry.  At the time he joined in middle school?

MR. BRUEGGEN:  Yes.

MS. BONJEAN:  Or whenever.  I don't -- I don't want to mischaracterize his testimony.

MR. BRUEGGEN:  Yeah.

MS. BONJEAN:  So when he was younger.

MR. BRUEGGEN:  Yes.  When he first joined, who the leader of the set was.

MS. BONJEAN:  Okay.  Object -- I'm going to object to the form of that question.

But if you -- if you recall.

THE WITNESS:  No.  I don't -- I don't

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149325

GONZALEZ 000067

remember back then, though, no.

BY MR. BRUEGGEN:

Q.    Do you remember any of the leaders of the set that you were in in the 1980s?

A.    In the 1980s, Macho.

Q.    And do you know Macho's real name?

THE WITNESS:  Can I say his name?

MS. BONJEAN:  Yeah, you can say it.

THE WITNESS:  Santiago Sanchez.

BY MR. BRUEGGEN:

Q.    Do you remember when Santiago Sanchez was the -- the leader of your set?

A.    No.

MS. BONJEAN:  When you say when he became the leader or like -- I guess I'll object to the form of that question.

BY MR. BRUEGGEN:

Q.    When he was the leader, any years he was the leader.

A.    I say I guess when we opened that set, though, in the '80s, late '80s, yeah.

Q.    Can you tell me what you mean when you said we opened that set in the late '80s?

A.    Yeah.  That was his -- that was his

AR-L 149326

GONZALEZ 000068

part of his neighborhood he would never touch because the danger that occurring there, though. You got to remember, a block away there was a rival gang and --

Q.   Who was the -- sorry.  Go on with your answer, sir.

A.   It was a rival gang, you know, the next block.  So -- and back in the day, you know, if you didn't have curfew, somebody from the other side, you know, it was so close, they opposite the borderline, and you could get shot.  So you had a curfew back then.

Q.   Who was the rival gang?

A.   Insane Gangster, or IG how they know.

Q.   Do you know where they were located or what their area was that they controlled?

A.   They were controlling on Kimball and Cortland.

Q.   So when you say you started the set at Wabansia or where -- when it opened, were you with a group of guys who basically made that corner yours.

A.   Yep, um-hmm.

Q.   Was that at the time you joined or was

AR-L 149327

GONZALEZ 000069

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 70

that after you had been a member for some time?

A.    After.

Q.    Where was your set when you first joined?

A.    Right on Kimball and Wabansia.  That's where -- when -- when I started being a Latin King, I would just a peewee, just -- when you -- when you a shorty, you know, you don't be on no set.  You just everywhere.  You know, you just like being approved by everybody gang, though, you know, or set, should I say, though, you know.

Once you reach -- you know, reach certain age, it's up to you where you want to go or where you want to join, though, you know, with somebody approval, though.  So it happened that we open the Kimball and Wabansia.  It was a corner, kind of quiet, though, you know, had perfect for what we wanted it for.

Q.    So who else was involved in opening up the corner for your set at Kimball and Wabansia?

A.    It was me and 11 other guy.

Q.    And was Santiago Sanchez one of those 11 other guys?

A.    Yes.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149328

GONZALEZ 000070

Q.    Who was the leader of the set when that was opened up with and the 11 other guys?

A.    Santiago Sanchez.

Q.    Do you remember the names of the other guys who opened up that set with you?

A.    I don't remember their real name, but I remember, you know, like the street name.

Q.    Yeah, if you -- if you can give me the street name and if you remember the real name, tell me both.  I would appreciate that, sir.

A.    I do remember some -- some of the nickname.  Like Tank, Peewee, Little D, Baby D, Tino, Ivan.  What did I forgot?  Me, Macho.  I don't know if that got everybody in there, though, but some of them I can remember now.

Q.    I understand that.  I'm just asking whatever you can recall.

A.    Yeah.

MS. BONJEAN:  He answered it.  Go ahead.

BY MR. BRUEGGEN:

Q.    So Santiago Sanchez was the leader of the set at Wabansia and Kimball?

A.    Yes.

MS. BONJEAN:  Objection, asked and answered.

AR-L 149329

GONZALEZ 000071

BY MR. BRUEGGEN:

Q.     And so what I'm trying to figure out is did the leader of the set have a name?  You would use the word chief earlier for the leader of all Latin Kings.  Was there a name for the leader of this set?

A.     You mean the set from Kimball and Wabansia?

Q.     Yes.

A.     Macho.

Q.     Yeah.  Did he have a title?  Was he called like a chief or something like that?

A.     We don't call him the chief, though.  Everybody know who he is, though, you know, so why refer him to a title, though, you know?

Q.     Understand.

Was there any other type of leadership structure, like did Santiago have guys that were below him that were above all the other members?

A.     Yes.

Q.     And who were those guys?

A.     Tank is one of them.  And --

MS. BONJEAN:  I'm going to object, asked --

AR-L 149330

GONZALEZ 000072

you asked this question, he answered it, but go ahead.  You can ask -- ask it again.

THE WITNESS:  The treasurer was Peewee.  The enforcer was Macho.  Macho, you know, he -- that's what I love about him.  He was just very talent person, though, you know.  He -- he didn't need much.  Tough guy.  You know, it was mostly enough to take over anywhere we want.

It's how it was back then, though, you know.  I mean, we were cool guys.  We were not bad people, though.  I mean, I don't care what people used to say about us, though.  We never did bad other than sell drugs, that's about it.

BY MR. BRUEGGEN:

Q.    And so underneath Macho, the next leaders in your set would have been Tank and Peewee?

MS. BONJEAN:  I'm going to object to mischaracterization of his testimony.  That --

MR. BRUEGGEN:  And that's what I -- I'm not trying to mischaracterize.  I'm just trying to understand.

BY MR. BRUEGGEN:

Q.    Macho was leader of your set.  We've

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149331

GONZALEZ 000073

JOSE JUAN MAYSONET JR., 04/16/2021                     Page 74

established that.  I'm wondering was there somebody who was below him who also had -- was a leadership role other than Macho?

A.    No.

Q.    Okay.  So Macho and then the other ten guys would be below Macho?

A.    Yeah.

Q.    Did all the guys sell drugs at -- in your set at Wabansia and Kimball?

A.    No, not -- not too -- you know, not everybody, not everybody sold drugs, though.  Some of them they had jobs.  Some of them had real job, though.  Believe it or not.

Q.    So some guys had real jobs and other guys sold drugs?

A.    Yes, yeah.  Some of them they went to school too, when we was, you know, hanging around, though, you know.  We were not -- we were not bad people, though.  I said, though, you know, we were just a bunch of kids and, you know, we just -- we just -- I guess we have -- have the future, though, you know, should we say, though, right?  I mean, we were trying to survive.

Q.    From the time that you opened up that

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149332

GONZALEZ 000074

set at Wabansia and Kimball, did you ever have an increase in number of members or did it remain those 11 guys?

A.    Yes.  We were only 12.  That's it.  We don't need no more -- we don't need more added, though.

Q.    What set -- or what drugs did your set sell?

A.    We were selling pretty much, you know, weed and -- and some cocaine too, though, you know.

Q.    And was that sold at the corner of Wabansia and Kimball?

A.    Yes.

Q.    Did you sell at any other corners in the general area?

A.    No.  Maybe driving around and somebody -- you know, you see somebody, somebody, you know, wanted you to sell something.  You have something?  Yeah, you like that?  Yeah, cool.  You know, just not on nobody corner is what matter, though.

Q.    So from your corner at Kimball and Wabansia, how far did your territory go where no one could come in that territory without your

permission?

A.   I would say probably like five blocks, five square blocks, though, I'll probably say.

Q.   Okay.  So like two to three blocks in any direction from that corner?

A.   Exactly, yeah.

Q.   When you were with that set, where were you living?

A.   I was living on -- I was living on Homan and Potomac.

Q.   Was that -- would that have been south of where you were -- your set met?

A.   I don't understand that question.

Q.   Homan and Potomac, how far away is that from Kimball and Wabansia?

A.   Oh, how far.  Wow.  Probably -- probably like nine blocks away.

Q.   And were there other gangs or other sets of gangs between your home and your set at Kimball and Wabansia?

A.   Yes.

Q.   And were they Latin Kings or --

A.   Yeah Latin King, Latin King.  Humboldt Park's a big area, though, you know.  Humboldt

AR-L 149334

GONZALEZ 000076

Park's a real, real big area, though, you know, just bunch of sets.

Q.   And what was the set closest to your home at Homan and Potomac?

A.   Probably -- Homan and Potomac, a block away.

Q.   And because you were a Latin King, you could walk through their territory without any problems if you needed to get up to your area?

A.   Yeah.  I -- as long as it's my -- if it's the same territory, yeah, we shouldn't have no problem.

MR. BRUEGGEN:  So, Mr. Maysonet, we've been going for about an hour or so, little over an hour. I'm going to take just a quick break so you can stand up, stretch, you know, get some more coffee, get a drink, use the facilities.  And we'll be back in like two to three minutes.  That okay?

MS. BONJEAN:  Can we get five?

MR. BRUEGGEN:  Yeah.  Five minutes is fine. I was just --

MS. BONJEAN:  Okay.  See you in five.

THE VIDEOGRAPHER:  We're off the video record at 11:19 at the end of Media Unit 1.

AR-L 149335

GONZALEZ 000077

(Recess taken.)

THE VIDEOGRAPHER:  We're back on the video record at 11:28 at the beginning of Media Unit 2.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, you ready to begin again?

A.    Yes.

Q.    All right.  So when we -- we left we were talking about Latin Kings and various sets and specifically your set at Wabansia and Kimball.  Okay?

A.    Yeah.

Q.    And so moving on from that, did you your set at Wabansia and Kimball, did you have specific rules for your set that the gang members had to follow?

THE WITNESS:  Can I say?

MS. BONJEAN:  Yeah.  You can answer.

THE WITNESS:  Yeah, we -- we did.  You know, just like any -- any normal -- I'll say any normal organization, you know, you got to have the rules set in place, though, so everybody be in, you know, check.

BY MR. BRUEGGEN:

Q.    Can you tell us what some of those

rules were for your -- strike that.  Let me step back.

Were the rules specific just to your set or for all Latin Kings?

MS. BONJEAN:  Objection to the form of that question.

If you know, you can answer.

THE WITNESS:  Well, we have -- there's two rules.  You got the rule from the whole gang and then you got rule -- I'm going to say it like this so you can understand it better, you know, my best of my knowledge.  We have what we call constitutional rules.  So constitutional rule, you can make any rule as long as it is above the rule from the Nation, though, which, that's all the Latin King.  So yeah, we do have our own rules, you know.

Like for instance, one of the rule in our set, if he -- if you do cocaine, you snort cocaine, you got to do them like in the weekend, you know, starting like Friday at 6:00 o'clock, and you can snort your life off for all the way to Sunday at midnight.  If you get caught after midnight doing drug, you get discipline.

AR-L 149337

GONZALEZ 000079

BY MR. BRUEGGEN:

Q.    And what would discipline entail?

A.    First you get a warning.  And the second maybe you get a fine.  And the third rule whatever, you know, maybe clean somebody's car or maybe take somebody wife to do grocery.  Something that you won't like, though, to do.  I will say that to you.

Q.    Would it ever lead up to a -- have you heard the term violation?

A.    Yes.

Q.    Do you know what a violation is in gang terminology?

A.    A violation -- should I ...

MS. BONJEAN:  Yeah, you can answer.

THE WITNESS:  A violation --

BY MR. BRUEGGEN:

Q.    And, Mr. Maysonet --

A.    I -- I'm going to be honest, though.  I just -- I just -- you know, I just -- you know, you got to understand, though, you know, they -- you got to understand, I don't -- I don't want to say something, though, you know, that -- I don't want to get myself in trouble, not in here, outside,

AR-L 149338

GONZALEZ 000080

though, you know.

MS. BONJEAN:  Yeah.  And I'm going to object. You have to understand like the -- there are concerns -- you're asking him sensitive questions --

THE WITNESS:  Yeah.

MS. BONJEAN:  -- that he's willing to answer, but there are safety issues.  It's not like the Latin Kings don't exist anymore.  And he's -- he's answering all your questions.  I'm advising him, but there's nothing wrong with him, you know, checking in.  Because there may be a point at which I would object and -- because of safety issues. And so that's all he's doing.  He's just checking in.  And he's answer -- I have not instructed him not to answer and he's not refused to answer.

BY MR. BRUEGGEN:

Q.    And, Mr. Maysonet, I understand that some of these are sensitive things, and I'm not going into this just because I'm trying to cause problems.  I -- it's stuff that is relevant.

So, you know, if you --

A.    I understand.  It's just -- I want for you to understand, though.  You know, the -- you

AR-L 149339

GONZALEZ 000081

know, there are gangs out there that still -- you know, Latin King are still very active gang, though. You know that, though. You're a lawyer, so, you know, you should know, you know. You watch the news everyday, what's going on out there. I don't want to be part of that life no more.

Q. Understood. And, again, I'm not trying to create any problems. I'm just asking the questions for the information I need.

So going back to the question, can you tell us what a violation is?

A. A violation. A violation is when -- when you really, really, really do something very dramatic, though, I should say, though, you know, really causing a lot of problem within -- in the gang, though, and then you get violation, though. It all depends if it call for it, though. You got to remember, you treat the people from your set just like brother, you know, and you always going to take their side. You're not going to go against your own brother just because somebody else say something, though. So you always just in line. You always got to, you know, follow, though.

Q. So what happens with a violation when

AR-L 149340

GONZALEZ 000082

someone does something that's really bad or disrespecting their brothers from the set?

A.    You get beat up.  That's what a violation is.  Depend what you do, that's how many minute.  You know, we don't go hour, you know, just minutes, second, whatever, you know.

Q.    And that was the way that your set would, if you will, keep the discipline was to, if somebody did something really bad, they could be violated?

A.    Yeah.

Q.    And obviously people wouldn't want to be violated because they wouldn't want to get beat up, so they follow the rules?

A.    So believe it or not, you know, again, you know, going back to what I said earlier, we not perfect, though.  So it's always someone we end up doing something bad, though, you know, and you need to discipline him in the way that the other will follow, though, you know, seeing, you know, what you do to so somebody else, though.  You know, you're not going to beat somebody up to put them in the hospital in coma, but you're doing -- you know, beating him up enough for him to know that he did,

AR-L 149341

GONZALEZ 000083

what he did was bad, though, you know, for him not to do it again.  Yeah.

Q.    So you told us about a rule about not to do cocaine during the week when you're working, only on the weekends.

Can you tell us some of the other rules from your set specifically?

A.    Other rule if -- if you were young, you got to stay in school.  That's one thing, education.

Other thing, you cannot steal in the neighborhood.  You know, you can't -- you cannot commit no crime in the neighborhood other than, you know, sell drug, though, you know, or -- you know, there a number of things, you know, that -- that you cannot do, though.

But other than that, though, you got to, you know, respect your neighborhood, all the graffiti and stuff, you know, writing in wall and stuff, we really didn't want it.  And that's it. You know, I cannot speak about all of somebody else said, though, you know.  The majority of us, you know, we were just -- the people we want to, you know, do better, do something, you know, good for

our life, though, you know.

We knew the gang, it was not going to be for us forever, you know.  It was not a war that we were going to have, you know, forever.  It was just something -- you know, just kids being kids, you know.  It's just I guess a way to survive back in the day making little money here and there, though.

Q.    So one of the rules was not to commit crimes in the neighborhood and --

A.    Right.

Q.    Right?

And that would be like don't rob houses in your neighborhood?

A.    You cannot rob, you cannot steal nobody car or property.  If you do sell drugs, you -- somebody else got to be approval on that, though. If you're not approval and you get caught, it can be within our own set, you know.  If you open another set and you start selling drug in another set that we don't know, you can get yourself in trouble for that.  You know, it's number of things that you got to follow, though, you know.

Or, for instance, like if you drink

AR-L 149343

GONZALEZ 000085

and you get drunk, you know how -- you know how some people get, you know, stupid, act stupid?  We don't want that.  You know, you drink, you act normal.  If you can't handle the alcohol, you go home.  If you can go home, we going to make sure you go home in one way or the other, though, you know, so you don't get yourself in trouble.

We want to -- we want to represent the opposite things that were other -- other sets represent, though.  If anybody got problem with anybody in the neighborhood and anybody who come to the right person, we talk about it, and we'll find -- we will investigate, though, you know, like anybody else, though, you know.  And if we know that person be right, we talk to our own guy, though, you know, and we let them know, go and talk to that person and apologize, though, you know.

So we don't want to look bad, though, you know.  People know what we were doing, selling drug, though.  So really, you know, we want to keep everybody calm.  Yeah, we know what we're doing -- what we doing is wrong, but we not here doing, you know, horrible either, though, you know.  We try to do things, you know, the more quiet but

AR-L 149344

GONZALEZ 000086

different way that we could, you know.  Again, that was us.  I don't know about nobody else set, though, you know.  Trying to keep it organized.

Q.    And so you wanted to keep a good relationship with all the -- the people that lived, if you will, in your territory area, which would be the -- I think you said about five square blocks around Wabansia and Kimball?

A.    Correct, yeah.

Q.    And so if somebody was committing crimes in that area, you'd want to make sure that that stopped because you didn't want the people to have problems?

A.    Anybody.  Yeah.

Q.    What would happen if another gang, you know, other than a Latin King came into your territory and disrespected you?

A.    Then they're going to go, you know, in a whole bad way, though.  You know, depend.  You know, it's -- I tell you a block away there was a rival gang and how often -- you know, being young, strong, how many time we got into fight because somebody else want to come from the other set over here, though, you know, to prove a point, so we end

AR-L 149345

GONZALEZ 000087

up fighting and stuff, yeah, you know.

So it was a lot of violence went on back in the day, but not like it would be for you today, though, you know.

Q.    And with that type of fighting, if -- you know, you said that other gang was up by you guys at Kimball and Wabansia -- if they disrespected you, was it just your set that was fighting or would other Latin King sets join you guys in fighting if necessary?

A.    It depend who's around.  If -- if you happen to be from another set and you talking to me, then something happen, because you being Latin King, though, you know, you -- you got to do something too.  You know, you're not going to let me be in there by myself and deal with the problem, though, if I got to get physical with somebody, you there, you got to -- you got to get involved in it too, though.  That's how part of the brotherhood is, though, you know.

Q.    Okay.  So you basically had to take your brothers' back; if they were getting in a fight, you had to look out for them and help them out?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149346

GONZALEZ 000088

A.    Yeah.   We -- we'll help ourself out, though, you know.  Not -- not with everybody, though, but, you know, it depend too.  You know what I mean?  You -- you -- because we Latin King, doesn't mean that, you know, you like the other Latin King from the other side, though, you know.  I mean, there was a competition.  You got to remember, it's a big competition with money.

And being young back then, though, whoever had the better car, whoever had better girl, though, you know, however you dress, though, you know, is how you get treated, though.  You know, if -- if they see you doing bad, though, they don't -- they don't treat you bad either, though, you know, but if they see you doing drug that you're not supposed to do and acting like a young kid, stuff like that, they will discard you, you know.  They don't want you around.  You know, you don't -- you don't belong around, you know.

Q.    So back in the late 1980s, were -- was the Latin Kings, was that a violent gang?

MS. BONJEAN:  Objection to the -- objection to the form and foundation of that question.

You can answer.

AR-L 149347

GONZALEZ 000089

THE WITNESS:  What kind of violent, though?

BY MR. BRUEGGEN:

Q.   So they were a violent gang?

MS. BONJEAN:  Objection to the form and foundation of that question.

You can answer if you understand what he's saying.

THE WITNESS:  I guess everybody was violent. I mean, what gang not violent?

BY MR. BRUEGGEN:

Q.   So back in the late 1980s, all the gangs, and we're talking about general Humboldt Park neighborhood area that you would have information or knowledge about because you lived there, were violent?

A.   Everybody.  Oh, yeah.

I mean, if -- I'm the type -- I'm just a social person.  I like to get to know everybody.  I don't care what gang you are.  We are human, you know.  But that's my mentality, you know.  If I get along with a opp- -- somebody the opposite side, you know, cool, whatever business we do, gang sometime, it be put to the side.  Anything after that, you know, hands off, you know.  You go

AR-L 149348

GONZALEZ 000090

back to what you are.  Yeah.  I'm Latin King.  You what you are.  You stay in your corner; I stay in my corner, though, you know.

It happen that I go by and one of his homie see me and they know me, might start shooting on actually know me.  That's how -- you know, that's how gang they are.  And if you cool with everybody, you know, you might not have that problem.  I never had that problem, though.

Q.   So as long as other gangs stayed in their territory and didn't come in your territory, there wouldn't be any problem, right?

MS. BONJEAN:  Objection to the form of the question in mischaracterizing his testimony.

THE WITNESS:  Business always come first.

BY MR. BRUEGGEN:

Q.   And so, again, if I'm misunderstanding you, let me know.  It just -- it sounded like that you said that you could be friends with people from other gangs and that as long as they stayed, you know, where they were supposed to be and you were where you were supposed to be, there wouldn't be any issues.

MS. BONJEAN:  I'm going to object to the

form.  He -- he was talking about -- are you talking about the gang, as -- as you people tend to talk about these things, or are you talking about him specifically?  Because --

MR. BRUEGGEN:  I'm talking about him specifically, because that's what he was talking about, interacting --

MS. BONJEAN:  Yeah.  He's talking --

MR. BRUEGGEN:  -- with someone from another gang.

MS. BONJEAN:  He was talking about his experience and who he was.  And, you know, you -- you people talk about the gang as if there's some like, you know, one person that's defined by the gang.  So I'm ask -- I guess that's a form and foundation objection.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, did you understand what I was asking?

A.   Kind of.

Q.   And so I'm asking about -- about, you know, you as a person, you know.

If you stayed in your territory and you know, other rival gangs stayed in their

AR-L 149350

GONZALEZ 000092

territories, there wouldn't be a problem, right?

A.    Well, how can I say it?  Back in the day, if -- if you out walking somebody else neighborhood and I happen to have a sweater with a Latin King and my emblems and stuff, though, you know, I got to take my sweater off and put it in my arm as a tone of respect, and just walk through that neighborhood, you know, it would not worry about being violent and stuff.  Now, if I want to walk around there representing who I am, but, you know -- I mean, I don't think nobody would allow that, you know, even if you go somebody house, you know, nobody would allow that, though, you know.

But other than that, you know me, I didn't have no problem with nobody, though, basically.  I was just -- I was just a friendly person, social person.  I get along with everybody.  If you happen to don't like me, too bad.  You the one miss out, not me.

Q.    In your set, was there any significance when a Latin King would wear a dark-colored hoodie sweatshirt?

A.    Everybody dressed dark.  I mean, I'm not afraid of colors.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149351

GONZALEZ 000093

Q.    So wearing a dark-colored hoodie didn't necessarily mean anything in your set?

A.    Not really.

Q.    Did you know guys in other sets of Latin Kings?

A.    If I knew people?

Q.    Yes.  Other -- other Latin Kings in different sets than yours at Wabansia and Kimball.

A.    Again, I talk to everybody, you know. I don't know no nobody by name.  I prefer -- I prefer it like that, though.  You know, if I know you, we might engage in a conversation, doesn't mean, you know, that I want to know your name, you going to know my name, you know.  If it's something about business or something, you know, we make whatever business and good-bye, you know, no hard feelings.

Q.    Did you have any friends who were Latin Kings in other sets?

A.    I knew people.  I wouldn't say friend though, you know.  I knew people, but not -- again, you know, nothing for me to be, you know, very close to them.

Q.    And earlier you were -- you were

AR-L 149352

GONZALEZ 000094

talking about, you know, the respect you guys have kind of with the neighbors in your territory.

And so your set at Wabansia and Kimball, would you guys try to keep your fingers on the pules of what was going on in your territory?

MS. BONJEAN:  Objection to the form.

You can answer.

THE WITNESS:  Everybody -- everybody -- we all knew what going on in the neighborhood, though. We had eyes everywhere.

BY MR. BRUEGGEN:

Q.    Did you know somebody by the name of Alfredo Gonzalez?

A.    Yes, I do.

Q.    Was -- Mr. Gonzalez, do you know what his street name was?

A.    Lluvia.

Q.    Was he in your set at Wabansia and Kimball?

A.    Yes.

Q.    When did you meet Lluvia?

A.    Basically, I knew Lluvia from since we were -- we were kids, yeah.  We grew up in the same block.

AR-L 149353

GONZALEZ 000095

Q.    Did Mr. Gonzalez have a car?

A.    No.  I don't think he knew how to drive.

Q.    So was Mr. Gonzalez one of those original, I think you said 12, founding members of the set of Wabansia and Kimball?

A.    Yes.  Yeah, he was.  Yeah.

Q.    What about Justino Cruz?

A.    Justino Cruz, we wasn't nobody, though, you know.  He -- he came in one point to join and then, you know, we kick him out, you know.  Too weak.

Q.    You kicked him out, did you say because he was too weak?

A.    Too weak, yeah.

Q.    But Justino Cruz joined your set at Wabansia and Kimball?

A.    At one point, yeah.

Q.    Do you know what Justino Cruz's street name was?

A.    They used to call him Tino.

Q.    And earlier when I asked about the people who kind of founded your set over there at Wabansia and Kimball, you said the name Tino.

AR-L 149354

GONZALEZ 000096

A.    Tino.

Q.    Were you referring to Justino Cruz?

A.    Yes.

Q.    How did you know Justino Cruz?

A.    Again, we all grew up in the same block, though, you know, literally in the same block.  We probably went to school together at the same time too.

Q.    Did you ever hang out socially with Mr. Gonzalez?

MS. BONJEAN:  Objection to the form of the question.

Go ahead.

THE WITNESS:  Well, I don't know, but I'm going to explain to you to be more specific answer to you, though, you know.  You seem to be a good guy anyway.

Justino Cruz and Alfredo Cruz, they -- they related to my brother's wife.  You know, we like their family.  So yeah.  You know, I said we grew up in the same -- in the same neighborhood, literally, in the same building, we might say.

AR-L 149355

GONZALEZ 000097

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 98

BY MR. BRUEGGEN:

Q.   So how long was Justino Cruz affiliated with your set?

A.   I can't remember, be such a long time, though, but it was not for -- for long, though.  I think one point he left to college, though.

Q.   Justino Cruz left to go to college?

A.   I think so, yeah.

Q.   Did Justino have a car?

A.   Justino Cruz had a car.

Q.   What kind of car did Justino have?

A.   I think it was a GM.  I don't know what kind of brand, but I think it was GM.

Q.   Was it anything flashy or just a basic GM?

A.   Just a regular car.

Q.   Do you know what -- do you know where he got the money to buy that car?

A.   I believe he just -- he was working, though.  I believe he had a job, though.  Like I said, you know, most of all we had good -- you know, we had real jobs, though.

Q.   What about somebody by the name of Chris Gossens -- or Goosens?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149356

GONZALEZ 000098

A.    Christopher Goosens.  You mean Fro?

Q.    Yeah, Fro.

A.    I --

Q.    Did you --

A.    Yeah, I know Fro.

Q.    Back in the 1980s?

A.    Yeah.  We -- again, you know, that's another guy that we -- we grow up together, though, even though that he -- he not from the same set that I'm from, but we went to school together, though.  We -- we really went to school together. We grew up in the same neighborhood.

Q.    And it sounds like a lot of the -- the guys grew up in the same neighborhoods, but then would join different sets.

A.    Yes.

Q.    That kind of how it worked?

      And what set was Fro a member of?

THE WITNESS:  Should I answer that question?

MS. BONJEAN:  If you know.

MR. BRUEGGEN:  Yeah.

MS. BONJEAN:  If you don't know --

BY MR. BRUEGGEN:

Q.    And, again, Mr. Maysonet, just to

AR-L 149357

GONZALEZ 000099

remind you, I'm just asking what you know.  If you don't know, you can tell me, I -- I don't know or -- that's fine.  So I'm just asking what you know.

A.    Yeah.  I'm going to say I don't know, though.

Q.    Okay.  Was he from a set around by your set or was he, you know, other side of Chicago?

A.    Same neighborhood, same neighborhood.

Q.    Do you know did Mr. Goosens, Fro, live in the neighborhood that you lived in generally?

A.    He was living, yeah, kind of -- I don't know the street name because been a long time, haven't been around there, you know, almost 30 years.  But yeah, he was living in the Humboldt Park area.

Q.    Did Fro have a car?

A.    Yes.  Fro had a car, yeah.

Q.    What kind of car did Fro have?

A.    I believe he had a number of car, you know.  He -- I think he had a number of car.

Q.    Do you remember any?

A.    I would wire it for him too.

Q.    I'm sorry.  What did you say?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149358

GONZALEZ 000100

A.    He had a nice car back then, though. He had a -- I think it was '69 convertible Buick Electra.

Q.    So a flashy car?

A.    It was not -- it was just regular, basic car, though, but, you know, I'm pretty sure say if he -- you have money back then, you can hook that car up.  Man, that car would have looked so nice.

Q.    Did you know whether Fro was selling drugs back in the 1980s?

A.    I don't -- I don't remember that, though.

Q.    Did you know a person by the name of Efrain Cruz?

A.    Efrain Cruz, yes.

Q.    Do you know what his street name was?

A.    King.

Q.    Was Efrain Cruz a member of the Latin Kings?

A.    Yes.

Q.    Was he in your set?

A.    Yes.  He was in set too.

Q.    And you grew up with Efrain Cruz?

AR-L 149359

GONZALEZ 000101

A.    Yes.  I said, we all grew up in the same -- in the same block, though, in the same neighborhood.

Q.    Did Efrain Cruz have a car?

A.    No.  He -- I don't -- he don't know how to drive.  He blind.

Q.    Did you say he's blind?

A.    Yeah.  He -- I think he blind from one eye, yeah.  He can see.

Q.    And was that back in 1980 he was blind in one eye?

A.    Yeah, yeah.  He -- something happened. I think he -- he hit -- he hit hisself with a pole. Something with the eye, though, he -- something went inside his eye, though, you know, and mess up his eyesight, though, you know.  But it was one eye, though, you know.  I should say both eyes because every time he look, he's like, you know, looking weird.

Q.    What about somebody by the name of Francisco Veras, do you know --

A.    I know Francisco Veras, yes.

Q.    Is it the same thing?  Did he grow up in the neighborhood with you guys?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149360

GONZALEZ 000102

A.    Yes.  In the same block, but he not from the same -- he not from the same set that I'm from.  He's from another set.

Q.    And it was another set of Latin Kings?

A.    In Humboldt Park there's number of set, though, yeah.

Q.    Yeah.  And you're saying Mr. Veras was a Latin King, but he hung out in a different set than you, right?

A.    Well, I -- how can I say this?  We had cliques.  You know what cliques is, though?  You know, like -- say like if you from another set and let's say Jennifer, she's from another set and -- and whatever, though, you know, this girl from another set, though, you know, and we happen to -- to be cool with them, you know, you can hang with them.  They can come to my set.  I can go to their set, though.  It doesn't mean I'm going to talk to everybody.  I might talk to him, though, you know.

You know, again, though, you know, I didn't have too many friends like that, though, you know, just people who really want to do business with us, though, you know.

Q.    So am I understanding you correctly

AR-L 149361

GONZALEZ 000103

that Francisco Veras was from a different set --

A.    Yeah.

Q.    -- but he hung out in your clique?

A.    Yeah.  We -- we hang out sometime, yeah.

Q.    And who else was in that clique with you?

THE WITNESS:  Can I answer that?

MS. BONJEAN:  Yeah.

THE WITNESS:  We had Jeffrey.  Jeffrey was from my set too.  It was number of guys, though, you know.  I don't remember quite they name, though, but -- Jeffrey was from another set, you know, and we used to hang too.  We grew up in the same block, like I said, though, you know.

It just that most -- most of the guy from Kimball and Wabansia, how can I say it, we were living basically in the same -- almost in the same area, same building.  And it happened that one day we just came up with an idea, say, how come we don't -- we don't take over one of these -- this corner, though, you know, like everybody else do, though, and do money and do better than everybody else do?

AR-L 149362

GONZALEZ 000104

And that's how we became to do things, though, you know, very organized, clean, though, you know, without getting ourself in trouble. But, you know, when you got a number of guys, you always trouble gonna be, right in the corner. So ...

BY MR. BRUEGGEN:

Q. So when you guys decided to do that, you would have gotten permission from, you know, the powers that be in the Latin Kings to open up your own set on Wabansia and Kimball?

A. To -- to do that, we have to -- we have to get approved for the whole -- all the other set, you know. So every -- whoever in charge every set, you know, they all get together, and if he -- they say okay to do it, we'll do it. If not, we don't got no choice, though, you know. We're going to have to join somebody else set, though. You know, it happened, you know. Again, you know, I'm a very social person and people happen to get along with me real good. And they give us -- they give everybody the approval, though, you know, so that's how we became to be Wabansia and Kimball, or KW.

Q. So the -- the Jeffrey you just told us

AR-L 149363

GONZALEZ 000105

about who was from another set who hung out in your clique --

A.    Yeah.

Q.    -- did he have a -- did you know his name?

A.    No, I don't know his name.  I just know him by -- by street name, Jeffrey.  They used to call him Jeff.  A Black guy, by the way.  He joined the Latin King, Latin -- you know, Latin gang.

Q.    Did Jeffrey grow up with you in the neighborhood?

A.    Yeah, he did.  He -- he lived in the same -- in the same area too.

Q.    And he was from a different set than Kimball and Wabansia?

A.    Yes, yeah.

Q.    Did Jeffrey have a car?

A.    Jeffrey had a car, yeah.

Q.    What kind of car did Jeffrey have?

A.    I believe he had a -- I believe he had a GM too.  I don't know if it was a Pontiac or a -- or a Chevy Monte Carlo, but I know it was -- it was just a mid-size car, yeah.

Q.    Do you remember what color it was?

AR-L 149364

GONZALEZ 000106

A.    Oh, color I believe was blue.

Q.    Was it a flashy car or --

A.    Oh, yeah.  It was flashy car.  Yeah, yeah.  He had a nice sound too.

Q.    Nice sound system?

A.    Wow, hell of a sound system, though.

Q.    And you told us that Santiago Sanchez was -- he was the leader of your set at Wabansia and Kimball, right?

A.    Yes.

Q.    Had Santiago grown up with you --

A.    Yes.

Q.    -- in the neighborhood?

A.    Yeah.  We grew up together too.

Q.    Did Santiago have a car?

A.    Santiago had a car, yeah.

Q.    What kind of car did he have?

A.    Well, Santiago had a number of car, you know.  I mean, the last -- I can just tell you the last one that he had.  It was a Chevy Impala.  It was -- I believe it was a '78 four-door Chevy Impala, though.

Q.    What about did you know someone by the name of a Yanerez (phonetic) Maldonado?

AR-L 149365

GONZALEZ 000107

A.    Jimenez Maldonado, no, I really don't.

Q.    Was a gentleman who --

A.    Any nickname -- does he got any nickname?

Q.    I do not.  It was a gentleman who visited you while you were incarcerated.

A.    Jimenez?

MS. BONJEAN:  If you don't -- if you --

THE WITNESS:  No.  I don't -- I really don't.  I really don't.  I tried to put a picture of that name, but I really don't ...

BY MR. BRUEGGEN:

Q.    And so back in the 1980s, did you pretty much know people by their street names or their nicknames?

A.    Just by street name.

Q.    And the people who you knew their real names, were those the people you'd grown up with?

A.    Some of them I did; some of them I don't, you know.

Q.    Mr. Maysonet, why did you join the Latin Kings?

A.    Why join the Latin Kings?  Money.  You know, you -- you got to belong to a gang just in

order to make money from the street.

Q.   Was your brother, Jose Antonio, was he a member of the Latin Kings?

A.   No.

Q.   Was he affiliated with the Latin Kings?

A.   No.

Q.   I'm sorry.  Go ahead.

A.   Like I said, I'm just the black sheep in the house, though.

Q.   What about your -- your sister, was -- and I got to ask the whole question just to make sure it's clear on the record.

Was your sister a member of the Latin Kings, or Latin Queens?

A.   Latin Queens, yeah.

MS. BONJEAN:  No.

THE WITNESS:  Oh, no.

BY MR. BRUEGGEN:

Q.   Was your sister a member?

A.   No, no, no.

MS. BONJEAN:  He's just correcting you that if she was, it would be a Latin Queen, not a Latin King.

MR. BRUEGGEN:  Yes, yes.  And I think he told

AR-L 149367

GONZALEZ 000109

us that she was neither a Latin King or a Queen, regardless of how she's characterized, right?

MS. BONJEAN:  Exactly.

THE WITNESS:  Latin Queen, Latin Queen, Latin King, Latin King.  Two different world.

MS. BONJEAN:  Although, Ashley may be a Latin Queen.

THE WITNESS:  Yeah.  I'm probably Latin Queen too.  If I just wear long blonde hair -- no, no. Just kidding.

BY MR. BRUEGGEN:

Q.    So now -- and I wanted to ask you about the Latin Queens, were they affiliated with the Latin Kings?

A.    Yeah, they are.  It's another branch of the Latin Kings, yeah.

Q.    Were the Latin Queens, would they be tied to a set of Latin Kings, or did they have their own territory?

A.    Actually, Queens, they can be anywhere, you know, as long as they, you know -- how can I say?  In order for you to have a set, again, you got to be approval.  You have to have a number of people in order for be, you know, a set, though,

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149368

GONZALEZ 000110

you know.  You cannot -- you're not going to hang out with two or three people in there.  You got to have at least a number of people, you know, that they can, you know, back off the corner that you -- that you have, though, you know, claim in, you know, know.

But female, that was different, though, you know, basically, though, you know.  Don't get me wrong, you know, they -- they fight like men too, so -- they're very rough gals, though, you know.

Q.    So were there any Latin Queens that hung out with your set?

A.    There were quite a few females, yeah, quite a few.  I mean --

Q.    Do you remember any of their names?

A.    Well, I had a girlfriend by the name Olga Quinones, otherwise known by Crazy.  She did time in jail and everything.

Q.    Was she a Latin Queen?

A.    She was.

Q.    And did she hang out in your set because you guys were dating?

A.    She hang out in the set because me.

AR-L 149369

GONZALEZ 000111

She was my girlfriend back then.  She was --

Q.    Do you remember -- sorry.  Go ahead, sir.

A.    No.  I said she was a good girl too.

Q.    Do you remember when she was your girlfriend, either time or an age?

A.    We were young.  You know, it was just long time ago, you know.  We were, you know, teenagers, again.  I mean ...

Q.    As a Latin King at the Wabansia and Kimball set, were you involved in any gang fights?

A.    I got involved to fights, you know. I'm going to sit in here and lie to you.  Any -- I don't think -- I don't think anybody in the gang -- you know, you had to have some kind of confrontation one point or the another, no? Whether you maybe messing around with somebody's woman, you don't know, though, you know, maybe you doing something you're not supposed to do, though, you know, and somebody got offend.  You know, you always going to get a confrontation, not all the time for it, sometimes you do.

Q.    Did you ever cause a gang fight by something that you did that either disrespected

AR-L 149370

GONZALEZ 000112

another gang or selling drugs in another gang's territory?

A.    No, no.

Q.    When you were a Latin King, were you ever shot at by rival gang members?

A.    If I ever got shot?

Q.    Shot at.  Not necessarily shot, but shot at.

A.    Yeah.  I been -- I been shot in my car, yeah, once before, though, but they never cause me no -- no harm to me, though, you know, just the car, yeah.

Q.    And can you tell --

A.    Come up to me and put a gun in my face and I was sitting in the car.  I was rolling a joint.  And when I start -- when I was finish rolling the joint, I saw this guy come, he was coming towards me.  It was -- it was dark.  It was probably like around probably 9:00 o'clock at night.

And I remember when this guy came, you know, I just finish rolling the joint.  I'm thinking that, Oh, can I smoke some of that -- some of that weed with you?  And soon as I put the joint

AR-L 149371

GONZALEZ 000113

in my mouth and lit it, this guy pull out the gun, the joint fall off of my mouth. But the window, it was closed. And when he shot the gun, he hit the window and the bullet just went basically through my ear. And then when he kept shooting, the gun jammed.

And only thing he did, turn around, he start running, so we went after him. I know I was so nervous that I couldn't run so fast, though. Only thing I was thinking then when I got shot, though, I was just -- because that thing, it happen so close to me, though, you know, everybody thought that I had -- that I got shot, though, you know, that -- that night, though. So yeah, you know, I did got shot before, yeah.

Q. Where were you parked when that happened?

A. I probably park in another set. I was park on Wabansia and Whipple. That's another Latin King set.

Q. And did you know the person that shot at you, whether he was affiliated with a different gang?

A. Yeah. He was affiliated with another

AR-L 149372

GONZALEZ 000114

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 115

gang.  I didn't know him.  I really didn't know him.  They know my car; they didn't know me.

Q.    Did you know what gang he was affiliated with?

A.    I believe it was Spanish Cobra.

Q.    And do you have any idea why he shot at you, whether you had done something or --

A.    No.  Just part of the gang, you know.  Just they -- they know who probably you -- who you are, though, you know, so they got to get -- they want to make their name for themselves.  They want to go and shot somebody they know, everybody knows.  So, you know, yeah, that's how you get -- you be famous around.

Q.    And you just mentioned that the other gangs knew your car?

A.    Yeah.

Q.    Right?

A.    Oh, yeah.

Q.    And they knew your name?

A.    They know my street name.

Q.    Yeah.  That's what I mean.

They -- they knew your street name and associated with the car?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149373

GONZALEZ 000115

A.    Yeah.  Oh, here, goes Double J.  You know, when they see you, you know, they see I'm like boom, boom, the sound.  Basically the sound.  That's what attract the other people, though, you know.  They see -- they'll hear the sounds from the car.  They want to know who they are and if they know who car it is, it be like, Oh, that's Double J, Double J.  So if he -- some of those guys, you know, happen not to like you, things going to go bad.  But some of them, if that happen, you know, they okay.  Even though they know that you a Latin King, they might give you a pass, though, you know, like, We not going to mess with his car, though, you know, but they -- they'll give you a warning, like, yeah, you know, maybe next time, you know, we might get you, though, you know.  Yeah.

Q.    And did you have your -- your carburetor wide open on your car to make it nice and loud?

A.    I had like a $10,000 sound back then.

Q.    Oh, so it was -- it was music.

A.    You can put a six-pack in top of the woofer and you will keep it up.  That's how loud it

AR-L 149374

GONZALEZ 000116

sound.

Q.   I gotcha.

So it wasn't your car was loud, like strong.  It was you had a sound system in there that was very loud?

A.   Man, that sound, you can feel the base in the ground when you standing next to it, though. It was -- I mean, you know, being young, though, you know, and being young and naive.  You know what I mean?

Maybe now people, see you now with a better car like that, they might think different. Back then, people say used to say, Oh, yeah, he must be a drug dealer, he must be a gang, though. You know, people just judge -- judge you, though. You know how you have to basically -- we were not like that, though, you know.

Q.   At the time, I -- I think you kind of touched upon it, your priorities were a little different, as having a really cool car was a good thing at that time?

A.   I'm not going to say good thing, though, because you attract too much attention, especially the police, though.

AR-L 149375

GONZALEZ 000117

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 118 of 468 PageID #:109742

Q.    Gotcha.

So ...

A.    The police the one who always keep the eye on you.  They'll see your car, always want to stop you.  They what to know what your wheres about.  I guess you -- you know, you met a good cop or something, someone that he can, you know, have a nice conversation with you and do good things maybe.

Q.    In your set, did you ever achieve any type of a leadership role?

A.    No.  Sorry.  No.

Q.    So you were basically just a member, the same as the other 11 guys?

A.    You need to -- you don't need to join no rank, though, you know, especially when you making money.  You just looking for a piece of action.  You're not looking to, you know, spend your whole life doing something that, you know, is not going to take you nowhere anyway.

Q.    So in your set, when you guys were selling drugs, would you have to give some of the money to Santiago since he was the head of your set?

AR-L 149376

GONZALEZ 000118

A.     Basically, it's not -- it's not the way it is, though, you know.  It just we had a group of people, and if the money basically -- I'm going to -- I'm going to say this, without offending nobody, though, you know, but some of the money, it go to lawyers, you know.  Some of the money goes to other people that, you know, that may make business with you, though, you know.  Maybe give you some kind of protection or maybe keep an eye on thing, you know, that you really want to, you know, pay attention to.

But the money go to a bank, you know, what we call -- you know, it's just like a bank, like an account basically, you know.  And whatever we need, we get.  You know, you have your own money.  You making your own money, though.  You know, just like a -- you know, basically like a big credit card thing, though, you know, what we call now, though.

But if we needed money to bond somebody out from jail, we don't need to go and borrow money from nobody.  We got the money right there, though, so why not?  Go and take it out, use it, and we sell drugs, we put it back together

AR-L 149377

GONZALEZ 000119

again, you know.  Just that simple.

Q.    So would it be that you'd sell drugs, you'd take a cut of your sales, and the rest would go into this kind of community fund for everybody else?

MS. BONJEAN:  Objection, mischaracterizes his testimony.

Go ahead, if he got it right.

THE WITNESS:  You want me to answer that?

MS. BONJEAN:  Yeah, go ahead.

BY MR. BRUEGGEN:

Q.    Yeah.  If you can, sir?

A.    We -- we -- you know, out of every -- probably say out of every $100, you probably give five percent, you know, not much.  If you're not in the gang and you selling drugs for us, maybe the percentage probably be a little bit higher, though, because you're not part of us, but we using you to sell the drugs.  It doesn't mean that, you know, we're going to treat you bad though, no.

Some people might -- they might use it for the wrong reason, though, you know.  Not us. If we know you in need for money, you know, we help you, though.  And if you want to cut out later,

AR-L 149378

GONZALEZ 000120

then, you know, we violating you, even though if you're not a gang -- a part of the gang or not, you know.

Q.   Okay.  I got it.

So you -- you kept what you sold, but then you had to kickback a certain percent or a certain amount?

A.   Yes.

Q.   Is that -- okay.

A.   Yeah.

Q.   And so the more you sold as a person, the more money you'd make?

A.   But if you sell it by yourself, yeah, of course you're going to make money, yeah.

Q.   And what I'm trying to do is versus, you know, different gang members.  If you're out there selling all the time, you're selling a ton, you're going to make more money than somebody who's only out there maybe selling one or two days?

A.   Well, that's if you want to go around there and be drag about it, though, you know.  But you don't want to do that, though, you know, because that's how problems start.  And basically, you know, that's where most of the gang start from

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149379

GONZALEZ 000121

the -- within the gang:  Money, money power, you know.  Nobody want to make no more money than what the gang made.  Remember that, so ...

If you do make more money than the gang, you going to be in trouble.  They're going to be -- try to steal you.  Maybe they going to wait for you to run the wrong things so they can use that excuse so you can be cursed out, though, you know, or violated so they can get the money.  Okay, I give you money so you don't beat me up, though, you know.  Not on me.  Beat me up, I ain't did nothing wrong.

Q.    And so the money that came into the set, did that stay in the set or did that go to a larger pool with other Latin Kings sets?

A.    No.  That stay in that set.

As a matter of fact, if other set, they get financially in trouble, you know, that's how we making good business with other set in our gang, you know.  Because once you borrow money to another gang, then you can ask for a higher percentage back.  Basically, it's taxes, though, what they're paying back, though, you know.  And you make a little more money, or the set made a

AR-L 149380

GONZALEZ 000122

little bit more money from the other -- from the other set, though, you know.

And they can never be accused of say, Oh, no, we don't got the money to pay you. They always going to pay, you know, because that's the help they going to get.  If they happen to mess up that, you know, they ain't going to have nobody to help them.

But you got to remember this, that's how set become to be famous in that -- in the neighborhood too.  Because if you borrow or you lend somebody, say, a big amount of money to another set, though, you know, and they got to pay you back maybe double that, they going to know, Oh, yeah, those guy over there, they making good money, they -- you know, and you don't have to show off. They will know for any -- any type of reason, you know, that you making money over there, though.

Q.    Sir, now your complaint, you've seen your complaint in this case, right?

A.    Yes, I did.

Q.    And your complaint alleges that you ran a small crew of people that sold drugs?

MS. BONJEAN:  Objection, mis --

AR-L 149381

GONZALEZ 000123

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 124 of 468 PageID #:109748

mischaracterizes the complaint.

I need the complaint.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, your complaint says that you worked with a small crew who sold drugs?

A.   We -- we always be in group, though. When we sell drugs, though, you know, we always watch ourselves back, though, you know.  So yeah, you know.  If we in the corner and, you know, happen to be 12 guys in there, though, you know, and most of them, they're not doing nothing, just kicking back and smoking weed, though, you know, why not -- why not go in that corner over there and watch our back, you know.  We -- we selling drugs and basically -- basically we making money for my own set, whether you selling it or not, you know. Yeah.  We got to watch our back.  We got to be together, put it to you like that, though, you know.

Q.   So I -- and my question is, you know, when you reference this crew in your complaint, is that your whole set was the small crew that you're referencing in your complaint or was it a smaller set of your --

AR-L 149382

GONZALEZ 000124

A. No, no, no. That's -- that's Kimball and Wabansia. Again, you cannot -- you can't belong to two sets, though, you know. You're always going to make someone happy, someone going to get mad.

Q. I think earlier you said that you sold marijuana and also cocaine was sold.

And were they both sold on that corner of Wabansia and Kimball?

A. Pretty much, yeah.

Q. Did you sell both marijuana and cocaine?

A. I'll say I did sell more coke than marijuana, though. I love smoking weed, though, you know, so ...

Q. Did you say you sold more cocaine than marijuana?

A. Yes. I don't do coke. I mean, I did it once. I didn't like it, though, you know. I rather do marijuana, be happy.

Q. And did all the guys sell either marijuana or cocaine or was there certain guys could only sell cocaine and certain guys could only sell marijuana?

AR-L 149383

GONZALEZ 000125

A.    Yeah.  Some of those guys just sell marijuana, some of them, you know, they sold the coke, though.  Yeah, yeah.  More dangerous to sell coke then than marijuana anyway.

Q.    Was selling one more profitable or did you make more money selling marijuana or cocaine?

A.    Cocaine was more profitable, yes.  Yes. That's -- that's life, though, you know.

Q.    You talked about other members of your set would be out there when selling, kind of keeping eyes out?

A.    Yeah.  Hanging out, yeah, keeping an eye, you know, on what going on.  Basically watching the back.

Q.    And when you say "watching the back," what are they watching your back for?

A.    Anybody can sneak on you and try to, you know, rob you, you know.  Somebody can come from somewhere, you know, maybe another gang can come with a gang and try to shoot you from behind. And you got to keep an eye on what's going on, especially when you -- especially when you belong in the corner, you know, that everybody knows, though.  Kimball and Wabansia, everybody know about

AR-L 149384

GONZALEZ 000126

us making the money.

Q.    And at that time, selling drugs was, to some extent, completely cash business?

A.    Cash business.

Q.    So that would be a lot of -- go ahead, sir.

A.    I never heard nobody come and buy drug with a check or with food stamp.

Q.    And, again, it's -- you know, I'm sure times things were traded.  Somebody might give you something of value, whether it be CDs or equipment or something like that, but predominantly cash, right?

A.    Well, again, you know, that stealing stuff is no good for business, though, you know.  You really don't want to get caught up in something that -- you know, that is not worthful, you know.  You -- you rather buy stuff.  But, yeah, I did saw a lot of people coming around with stuff, try to -- to trade for drugs or -- yeah.  I did saw that, but I never -- I never -- I never did trade like that, though, you know.  I rather have the money.  Money better.

Q.    So when you would be on the corner

AR-L 149385

GONZALEZ 000127

selling drugs and other people would be looking out for you, did anybody in your set have a gun?

A.    There's guns everywhere.  Why not?

Q.    So if somebody -- did you ever have a gun when you were hanging on the corner of Wabansia and Kimball?

MS. BONJEAN:  Objection to the form of that question.

Go ahead.

THE WITNESS:  If I ever had a gun?

BY MR. BRUEGGEN:

Q.    And let me clarify the question, sir.

Did you ever have a gun on your person when you were on the corner of Wabansia and Kimball?

A.    I always have my personal gun.

Q.    And what would -- what caliber was your personal gun?

A.    .45, 1911.

Q.    Did other guys in the set also carry their personal guns on them?

A.    Not -- not everybody, though.

Q.    Why did you always have your personal gun on you?

AR-L 149386

GONZALEZ 000128

A.    Well, you know, I always carry enough, you know, money on me, so you have to have a little protection, though.  Doesn't mean that make you a bad person, right?  You know, I never -- I never -- I never had that type of confrontation with nobody, thank God, though.  But yeah, I did have my gun for protection, though.

MR. BRUEGGEN:  Mr. Maysonet, I'm about to go into another area of questioning.  I just wanted to see if you wanted to take a break now or if you want to stop for lunch.  And you can ask Jennifer.

Jennifer, I'm open to whatever you guys want to do.  If you want to do a lunch break now.  I'm just switching topics, so it's a good time for a break, whether five minutes or if you want to do something longer.

MS. BONJEAN:  I don't -- you don't -- do you want food?

THE WITNESS:  I'm not hungry, though.

MS. BONJEAN:  Okay.

THE WITNESS:  I just want to smoke.

MS. BONJEAN:  Yeah, okay.

So, you know what, he needs to go out and have a smoke break.

AR-L 149387

GONZALEZ 000129

MR. BRUEGGEN:  Sure.

MS. BONJEAN:  So ten minutes so he can go down and have a good smoke break.

MR. BRUEGGEN:  All right.  Not a problem.  So we're back right about 12:30.

MS. BONJEAN:  Okay.

MR. BRUEGGEN:  That sound good?

MS. BONJEAN:  Yep.

MR. BRUEGGEN:  All right.  Great.  Thank you.

THE VIDEOGRAPHER:  We're off the video record at 12:19 at the end of Media Units 2.

(Recess taken.)

THE VIDEOGRAPHER:  We're back on the video record at 12:33 at the beginning of Media Unit 3.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, I just want to follow-up what we'd just been talking about.

You told us that selling cocaine was much more profitable then selling marijuana, right?

A.   Yes, that's correct.

Q.   And can you give us a general idea of how much money you were making on a weekly or daily or monthly basis back in the late 1980s from selling drugs?

AR-L 149388

GONZALEZ 000130

MS. BONJEAN:  Objection; form, foundation.

You can answer to the extent you're able to.

THE WITNESS:  Well, it all depend how you -- you know, you prep, you sell -- to sell it, you know.  I mean, just like anything else, though.  If you go with small quantity, the more profit you're going to make.  If you go with big quantity, you going to make still money, though, but not like you really want to, though.

Say like -- I give you, say, you know, an example.  Like if you buy a house for a thousand dollars, it says that, right, for -- this is just an example, right?  And you happen to buy it off, you might -- out of that thousand dollars, you probably come out with 50 grand.  Depends.  Small quantity, $10 bag, you know, might -- how can you make out an ounce, you know.  So yeah, you -- you very profitable.

BY MR. BRUEGGEN:

Q.   And, sir, maybe my question was a little confusing.  I'm -- I was looking for like a dollar amount, like you were making like $20,000 a week or $5,000 a week.  You personally.  Because

AR-L 149389

GONZALEZ 000131

you said it was very profitable.  I'm just looking your best recollection in the late 1980s?

MS. BONJEAN:  Okay.  I'm going to object to the foundation of that question.

If you can estimate or give a range maybe.

THE WITNESS:  Again, you know, it just depend, you know, how -- how many people they in the corner.  That's one thing, you know.  If you finally come out with five, six, seven, maybe a $1,000 a day, that would be -- that would be good.  That would be a good day, matter of fact.

But the more people -- you know, the more people in the same corner that you sharing the corner with, the same gang from your home -- your home set, though, you know, again, you know, you -- you make money, but not like the way you want to, though.

BY MR. BRUEGGEN:

Q.    Thank you, sir.

When did you first interact with Mr. Guevara?

A.    I was in my -- in my teen years, though.  I was very young.

GONZALEZ 000132

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 133

Q.    Were you still in high school at that time?

A.    Probably I was in elementary school.  I was young.

Q.    And can you tell me about your interaction with Mr. Guevara?

A.    Well, we didn't -- we didn't really get to be friend when -- you know, after he raided my house, though.

Q.    And, sir, I -- I'm asking about the first time you interacted with him back in elementary school.

Was -- is that what you're telling me about?

A.    Well, we -- we -- he was -- he was a detective in the neighborhood.  So yeah, we always see him around, yeah.

Q.    And you would see him around.

When was the first time you interacted with him, either he spoke to you, you spoke to him?

A.    I was young when I was -- when I was -- when we first got stopped by him, basically, yeah.

Q.    What were you doing when you got

Urlaub Bowen & Associates, Inc.   312-781-9586     <span>AR-L 149391</span>

GONZALEZ 000133

stopped by him?

A.    We was -- we was just gangbanging, you know.

Q.    What do you mean by "gangbanging"?

A.    We was just in the car having fun, you know, goofing around, selling drug, though.  You know, just doing what normal kid do.

Q.    And while doing that, what happened with Officer Guevara?

A.    He really -- he really came around and he really stopped everybody, you know, like searching the whole area, you know, watching everybody down, see if there were any illegal stuff around.

Q.    Did he find -- sorry.  Go ahead.

A.    He just sneaking around, you know.

Q.    Did he find anything illegal on you or any of the people you were with?

A.    No.

Q.    And then what happened?

A.    Just we go back to do our normal stuff, you know.  Hang around and just do what kids do.

Q.    Did you have any other interactions with him after that?

GONZALEZ 000134

A.    It that's when he raid -- raided my house.

Q.    How many years after that interaction with him when you were in elementary school did he raid your house?

A.    Probably years later, though.

Q.    Did you say a year later or years?

A.    Years later, yeah.

Q.    And do you have an estimate?  Was it two years later; was it four years later?

A.    I'll say probably I was a little bit more -- I was probably -- I understand a little bit more about, you know, what I was doing.  You know, I was just a little more older, yeah.

Q.    When Guevara raided your house, were you still in high school at that time or had you dropped out?

A.    I was dropped out, yeah.

Q.    Were you a member of the Latin Kings with the set at Wabansia and Kimball when he raided your house?

A.    Yes.

Q.    Tell me about him raiding your house.

A.    It was one of those -- it was one of

AR-L 149393

GONZALEZ 000135

those surprise things, though, you know.  We was -- I was having a guy coming in and out of the house, and the door was open.  And little did what everybody know, the police was across the street, across the park behind the National Guard.  And they were just watching, you know, the movement going in and out and cars stopping and stuff, though, you know.

All happened by my house, though, you know.  It was a big mistake that I did, you know.  Never sell drug from your house, though, but that day, you know, happen the people, they know me.  So they was ready for me to do what I was doing there, though, before I get to my set, though, you know.  And beside, you know, make a little money extra quietly, nobody will know, you know.  That was bad -- that was a bad way to do it, though, you know.  So you got to be smart what you do.

It happened that he was across -- across the park watching what was going on, though.  That's how he then raided my house.

Q.    And when he raided your house, did he find any drugs?

AR-L 149394

GONZALEZ 000136

A.    No, no.  He didn't find no drugs.

Q.    And you say "my house," was it your mother's house that you were living there or --

A.    Yeah, yes.

Q.    Do you remember the address?

A.    1530 North Kedzie.

Q.    How many officers raided your house with Guevara?

A.    There was a number of officer, but there was one in particular that he walked in with him, though.

Q.    There was one officer in particular that was what?

A.    With -- with Guevara.

Q.    Okay.  And do you know who that officer was?

A.    Joe Miedzianowski.

Q.    Had you ever interacted with a Joe Miedzianowski before he raided your house with Guevara?

A.    No.  He was -- he was always a quiet guy, never talked to him.

Q.    When you say "he was always a quiet guy," were you aware of who he was?

AR-L 149395

GONZALEZ 000137

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 138 of 468 PageID #:109762

A.   Well, it's just that I -- I didn't speak -- I didn't speak English, you know, fully English, though, by then, though.  So basically, you know, I didn't know if the guy talk Spanish or what, though, you know.  I never -- I never -- I never talked to him.  I never -- he was always quiet, though.

Q.   You never talked to Joe Miedzianowski?

A.   No, never.

Q.   When Guevara raided your house, what did you know about Guevara?

A.   What did I know about Guevara?  That he --

MS. BONJEAN:  Yeah.  I'm sorry.

I'm going to object to the form of that question.

Go ahead.

THE WITNESS:  He was a detective.  That's what we know.  A cop.

BY MR. BRUEGGEN:

Q.   He was just -- you knew he was a cop and he worked in the Humboldt Park neighborhood?

A.   Yeah.

Q.   Anything else you knew about him?

AR-L 149396

GONZALEZ 000138

A.    Not -- not nothing to the -- up to that moment that he raided my house.

Q.    And so you said there was Guevara and Miedzianowski was around Guevara.  And how many other officers?

A.    I cannot tell you the number of the cars there was that day, the number, but there were quite enough officers, though, you know, to go and raid my house and look for whatever they were looking for.

Q.    And I think you mentioned earlier that the door was open.

Did they just come into your house?

A.    Yes.  They just walk in like they were living in there.

Q.    Did they give you a warrant or anything or did they just come in?

A.    They came in and they did give me warrant to my mom, not to me.

Q.    And who did you speak -- did you speak to any of the officers when they came in?

A.    Guevara, yeah.  I did speak to him.

Q.    Did Guevara say something to you when he came in?

AR-L 149397

GONZALEZ 000139

A.    We were just talking in Spanish, though.  He was just -- tried to explain himself, the reason why he -- you know, he came in, though, in the house, though, or why they raided the house, though.

Q.    What did Guevara say to you?

A.    That he want to know if there's any drugs coming or selling from -- from the house, from the basement, basically.  We were living in the basement back then.

Q.    You said "we."  Who was living in the basement?

A.    My family.  My mom, my stepfather, my brother, and my sister.

Q.    What did you tell Guevara when he asked you if there were any drugs in the house?

A.    When he asked me if there's any -- any drugs in the house, I told him no.  Or anything. They said anything.  Guns, drugs, anything, he wanted to know.

Q.    Did you have your -- you told us about you had a personal gun, told us about that earlier. Was that in the house at the time?

A.    No.  Didn't have the gun.  I left it

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149398

GONZALEZ 000140

somewhere.

Q.    So what happened after you talked to Guevara?  Did the officers search your house?  What happened?

A.    When they were searching the house, they couldn't -- basically, they didn't found nothing.  And Guevara, he walk in the basement where the laundry, where they had the washing machine.  And it happened that -- you know, that I was walking with him because he wanted me, he didn't want nobody of my family, though.

So we happened to -- then we walk through the basement.  And he found bunch of baggies.  You know, that's what we were -- basically what we were doing, you know, our -- our -- you know, our bagging, putting stuff -- you know, prepping stuff for sale, though, you know.

And he walk in there and he saw all the -- you know, all the elements.  And he said that -- that he know what's going on in there and if he ever found out, we -- I was going to be in trouble.

But he always said that there's a small price to pay if you don't want to get

AR-L 149399

GONZALEZ 000141

yourself in trouble, though.  I didn't know what he mean with that, though, back then, though, you know.

Q.    So when you spoke to Guevara when he first came in the house, did he give any indication why they thought you had drugs in the house?

A.    Yeah.  He -- he keep watching people going in and out of the house, though.  That's basically what prompt him, you know, to go in, though, him and the other officers.

Q.    And then once they got in, they didn't find any actual drugs in the house, right?

A.    No drugs.  No gun.

Q.    But you said he found baggies and other stuff that you used for breaking up the drugs?

A.    Big scale, you know.  You know, it's tough that, you know, you going to think, you know, yeah, there's something going on in here, though, you know, but they never found basically what they were looking for:  money, drug, gun, you know, none of that.  My mother house, you know.  I mean, you can't have that in there.

Q.    So but did you say that you had had drugs in your house to break them up in your

AR-L 149400

GONZALEZ 000142

mother's house?

A.    No.  In the basement by the laundry, yeah.  Not in the house.

Q.    Sorry.

In the basement area, you -- is that where you'd break up the drugs?

A.    That's where we break up, yeah.  That's safe place for us to do what we were doing in the basement.  This is the laundry room, basement.  Yeah.  Laundry room, basement, same.

Q.    So can you describe what Guevara looked like?

A.    Back then he was a big guy with a mustache, kind of curly hair.  He always wear glasses, though.  A little bit of white complexion, though, you know, him being Puerto Rican.  Light-skinned, yeah.  They call it light-skinned.

Q.    And you mentioned he spoke to you in Spanish?

A.    Guevara, he always spoke to me in Spanish.

Q.    What about the other officer that you said was Joe Miedzianowski?  Can you tell me what he looked like?

AR-L 149401

GONZALEZ 000143

A.    He was tall Caucasian guy, kind of -- you know, kind of husky guy, though, you know.  He always had a pushed back, you know, haircut, though, you know.  Clean haircut, that's should I say, though, you know.  Had big -- big old blue eyes, though, you know.  He always quiet, though, you know, like a peaceful guy.  He looked mean, though, but he being mean peacefully, though, you know.

Q.    During that raid, did you talk to any other officer besides Guevara?

A.    Just Guevara.

Q.    You said you and Guevara went downstairs to the laundry room area, basement, laundry room?

A.    In the -- in the laundry room, yeah. That's -- they went -- he went and search in there. He took me.  Miedzianowski, he walk with him too, so -- but he was a quiet one.

Q.    So when you were down in that laundry room, who was present when Guevara talked about that you can get in trouble for selling drugs?

A.    Miedzianowski, he was there.

Q.    Was anybody else present?

AR-L 149402

GONZALEZ 000144

A.    No.  Guevara.

Q.    So you, Guevara, and Miedzianowski?

A.    Yeah.

Q.    Did Guevara say anything else?

A.    He -- he just told me he want to make sure that I'm aware that he know what's going on, you know.  So basically, you know, don't be playing dumb with me.  Basically that's what he was doing.

Q.    And to be fair, he was right in assessing that?

A.    Sure.

Q.    Did he say anything else to you?

A.    Not -- not at that moment, though. Just he keep -- he keeping an eye on me.  That's what he say.

Q.    Did he -- sorry.  Go ahead?

A.    Well, you know, the conversation, you know, when -- when we were -- when he was talking regarding -- you know, I tried to be play -- play dumb with him, though, you know, that's -- and he found the baggie.  I mean, it was quite a lot, you know.  I mean, he always say, you know, if -- if you get yourself in trouble, you know, there's a small price to be paid for.  I didn't quite

AR-L 149403

GONZALEZ 000145

understand what he said with that, though.  Maybe he talk about me getting myself in trouble, though, you know, and how I'm going to pay, you know, the price, though, you know.  I really don't know what he mean with that, though.

Q.    Anything else that you said to him?

A.    I kept my mouth quiet.  I -- you know. I got scared.

Q.    And what happened next?  Did the police then leave when they couldn't find anything?

A.    Yeah.  They -- they left after, you know, they destroyed everything, you know.  So when they left, that's -- that basically was my worry, you know, about getting myself in trouble started, though, you know.

Q.    And did you get in trouble with your mom for having the police raid your house?

A.    Big time.  I really did.

Q.    And what did she do?

A.    Tell me what she didn't did.

Q.    Did she send you back to Puerto Rico or anything?

A.    Yeah.  After I got my ass beat up.  I got whooped real bad that day.

AR-L 149404

GONZALEZ 000146

Q.    When was the next time you interacted with Guevara?

A.    Same -- probably somewhere around the same year.  I met him in -- I met him through -- I kind of met him real good through a friend of mine. I got introduced to him through a friend of mine.

Q.    Who was that friend?

A.    His name was Juma.  That's street name.

Q.    And do you know his real name?

A.    No.

Q.    Do you know anything about Juma?

MS. BONJEAN:  Objection to the form. Anything about?

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, what can you tell us about Juma, who you said was a friend?  Can you tell us where he lived, where he worked?

A.    No.  I don't -- I really don't know -- I really didn't know where he lived, though.  I knew where he -- where he worked.  He had a restaurant -- well, kind of restaurant, though, you know.  Like -- like I don't know how do you say it, though, but he didn't have no name, the restaurant had no name.

AR-L 149405

GONZALEZ 000147

Q.     Where was the restaurant located?

A.     Right on Sawyer, North Avenue.

Q.     What type of restaurant was it?

A.     It was just kind of like a -- like a restaurant, whole thing, you know, when you really want to eat, you can buy food and eat there.  Or if you really want to throw like some kind of party or stuff, you can rent the hall and whatever come in packet with it, though.

Q.     Did you say Juma owned that restaurant?

A.     He did, yeah.

Q.     And how did you meet Juma?

A.     I met him -- I was walking with -- I was walking with the -- the mother of my son -- or, actually, the future mother of my son.  And we were walking down the street and somebody, he was running down the street.  And I saw Juma behind the guy chasing him, but I also saw the guy had something in his hand.  What he was holding was Juma's jewelry.  He snatch them and he just started running.  I didn't saw that, but that's what he said to me.

All the sudden, the guy come and touch me.  And the guy, he keep looking back

AR-L 149406

GONZALEZ 000148

because he just want to see how far he was from him, which he was not far from him. And I am tripping him. I put my leg -- and me being Latin King from the neighborhood, again, going back to the rule, though, you're not supposed to steal in the neighborhood. So I decide to trip the guy and he fall. And I went and jump in top of him and -- just to hold him down, really. You know, I really didn't know, you know, what really he did, though, only other than he had some jewelry in his hand and I saw Juma chasing him. So Juma jump in top of him. Again, he probably, you know, punch the guy a couple times, took his jewelry. And to everybody surprise, he let him go. He told him, get out of here, you don't belong around here, though, you know, we don't like you type of people around here like that, though, you know. So he left.

So then he -- he changed his focus to me. So I'm like, the only thing I try to do, you know, just, you know, do the best that I can, though, you know. He say, no, no, you did good, kid, you did good. You know, I'm like, whoa, you know. So he surprised me.

I met him. He took him me to the

AR-L 149407

GONZALEZ 000149

restaurant. We ate. We -- you know, we had a chance to talk, whatever, though, you know. And he invited me to the restaurant and to -- one day I went over there, though, you know, and little did that I didn't know, Guevara and Miedzianowski, they were there at the restaurant. And that's how I met him, you know, Guevara.

Q. When did that incident occur where Juma had his jewelry snatched and you tripped the guy for him in relation to the raid on your house by Guevara?

MS. BONJEAN: I'm going to object to the form of that question.

If you understand what he's asking.

THE WITNESS: No, I don't. I don't understand.

BY MR. BRUEGGEN:

Q. And, sir, what I'm looking at is did the raid on your house with Guevara happen first or did you meet Juma first?

A. You know what, I'm -- no. I'm -- I meet Juma in -- I meet Juma from the neighborhood, though, you know, just by eye and stuff, though. But when I really -- when I really became to meet

AR-L 149408

GONZALEZ 000150

Juma it was that day that I tripped that guy, though, you know, but yeah, after -- after Guevara raid my house.

Q.    Okay.  So -- and that's when you became friends with Juma?

A.    With Juma, yeah.

Q.    After --

A.    Yeah.  We were good friend.

Q.    And were you good friends just because you had helped him recover his stolen jewelry?

A.    We became to be friend more than that. I mean, he -- basically, he teach me a lot though, you know, of the street, though.  Selling drugs is one thing, you know.  I mean, being quiet, not being flashy, that was another thing.  I learned a lot from him.  He was a good guy.  Remember, I was young.

Q.    What did he teach you about selling drugs?

A.    Don't be bragging around what you do, always keep focus what you do, though, you know, don't trust nobody.

Q.    Did Juma sell drugs?

A.    Juma, yeah, he did.

AR-L 149409

GONZALEZ 000151

JOSE JUAN MAYSONET JR., 04/16/2021 Page 152

Q.   Was he affiliated with any gang?

A.   No, no.

Q.   Were the Latin Kings aware that he was selling drugs?

A.   Yes.

Q.   And they were okay with that?

A.   As long as you pay the price, yeah.

Q.   Was he selling drugs out of his restaurant?

A.   The restaurant, pretty much it was just a front of, though.

Q.   When you say "just a front of," are you saying it was a front for his drug business?

A.   Yes.

Q.   So the restaurant did serve food, but it was predominantly a front for his drug business?

A.   Yeah.  A lot of things going on in there.

Q.   And has the restaurant would have been, if you will, a couple blocks east of your territory at Kimball and Wabansia?

A.   Yeah, yeah.

Q.   So tell me about this day that you went in to eat at Juma's restaurant and you saw Guevara

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149410

GONZALEZ 000152

and Miedzianowski.

How long after the raid on your house did you see Guevara and Miedzianowski in the restaurant?

A.    I don't understand what you're saying, though.  Can you say more specifically, though?  I can't understand you.

Q.    No, no problem.

I'm looking for how much time passed from the time that Guevara raided your house.  Was it a year later that you saw him in the restaurant?  Was it a month later; was it a week later?

A.    Like months later, weeks later, though, I'll say.  Probably, yeah.

Q.    So what happened when you saw Guevara in the restaurant?

A.    Oh, I was -- I was surprised to see somebody that he raided my house, though, you know, in the restaurant, but more shocking to me that he was drinking and doing drugs, though, you know. Really didn't know what kind of man he was until that day that I met him in there.

Q.    Do you know what Guevara and Miedzianowski were doing at Juma's place?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149411

A.    I think they went over there to have a good time, you know, just to kick back and talk.

Q.    Were they eating?

A.    Little drink.

Q.    And they were eating and drinking at Juma's restaurant?

MS. BONJEAN:  That's not what he said.

Repeat what you said.

THE WITNESS:  You go there just to have -- just to have a good time.

MS. BONJEAN:  Well, what were they doing?

THE WITNESS:  Business, like usual, you know. They talk, you know.

BY MR. BRUEGGEN:

Q.    So were they drinking?

A.    Oh, they -- there was a lot of drinking, a lot of drug going on in there, yeah.

Q.    And did they -- were they eating there and drinking or --

A.    Everything.  You go eat.  You go do drug.  You go have fun with girl.  You go do whatever you want to do, as long as stay in there. That's like Las Vegas, though.  Whatever happen in there, stay in there.

AR-L 149412

GONZALEZ 000154

Q.    So where did you see Guevara and Miedzianowski in the restaurant?

A.    When did I saw --

MS. BONJEAN:  No.  Where.

BY MR. BRUEGGEN:

Q.    No.  Where, where in the restaurant?

A.    In the back in the kitchen.

Q.    What were they doing when you saw them?

A.    Actually, they were, you know, talking with Juma and doing little -- you know, little coke, snorting, drinking.  I don't know what they were talking about, though.  Only thing that I know when I got introduced to Guevara, though, you know, what we talk about.

Q.    Okay.

A.    I don't pay attention, you know, what -- what Juma do there, though.

Q.    How did you end up in the -- in the back kitchen area?

A.    Taking, you know, stuff to the back, though, like dirty dishes and stuff, though, you know.  Give him a hand, though, you know.  Keeping the place nice and organized, though, you know, before anybody come.

AR-L 149413

GONZALEZ 000155

Q.    So what happened when you walked in the back and you saw Guevara and Miedzianowski?

A.    I got shock.  Like I say, I was surprised see somebody that -- you know, that he raided my house with earlier, though, you know, or month earlier, though, you know.  He -- he was shocked too hisself, though.  He opened his eyes, though, you know.  And when I got introduced to him, he said, oh, I -- he's from around -- he's one of the kids from around the neighborhood, I already met him.  And Juma basically, you know, he always tried to put me under his wing.  So Guevara told him that he raided my house for the reason that he raided my house for, though, you know.  And Juma, right there he just told him, you know, He's -- he's my buddy, he's my friend, he need to be protected, though you know.  So that's when we engage in the same conversation again about, you know, for everything there's a price to be paid for.

So the thing that Juma teach me, that's basically what -- what I did, though, you know.  I started making better business because Guevara, though, basically.  Everything that I

AR-L 149414

GONZALEZ 000156

always wanted to do, though, you know.  I needed to -- I got what I always wanted, someone who can keep the eye in what going on in the neighborhood, though, you know.  Quietly, though, you know, without nobody knowing, though.

Q.   So at that day that you saw Guevara and Miedzianowski there, Juma knew that you were selling drugs?

A.   Yeah.

Q.   And you had talked to him about that and he was kind of like a mentor for you?

A.   He was my supplier.

Q.   Oh, Juma was your supplier?

A.   Yeah.

Q.   And what did he supply?

A.   Anything that I wanted and any -- if you had the money, you working today.  If not, go somewhere else.

Q.   So Juma told Guevara that you were selling drugs and you needed protection?

A.   No.  It was -- basically what he -- what he -- what Juma told Guevara, you know, that I'm his buddy, you know.  I'm -- he's my little buddy right here, though, you know.  He didn't want

AR-L 149415

GONZALEZ 000157

nothing to happen to me.  Once he heard what Guevara did, though, you know, he stop him, basically, though, you know.  And he told him, No, keep an eye on him, protect him, though, you know. He work for us, basically.

Q.    Okay.  I gotcha.

So Juma basically, after he heard that Guevara had raided your house, he vouched for you and said he's a good --

A.    Yeah.

Q.    -- meaning you, was a good guy?

A.    He with me.

Q.    What happened after that?  Did Guevara say anything?

A.    Yeah.  We -- we engaged again in a conversation about the price, about what he said that for everything there's a price for it.  So I kind of put one and one together, so now I figure out, you know, what's -- what was the deal about it, about that, though, you know.  So we end up having a conversation, though.  You know, we -- like I say, we became to be, you know, real good buddies.  We -- we came to be real good buddies, though, you know.  We -- I was doing good.  What I

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149416

GONZALEZ 000158

was doing, it was -- I was doing way better than what I was doing before, you know.  I don't have to worry about the police no more.

Q.    So and you said we got to be good buddies, who is the "we"?  You and who were good buddies?

A.    Meaning -- you mean me and Macho?

MS. BONJEAN:  No, no.  He said who, when you said we became good buddies --

THE WITNESS:  Oh, me and Guevara, yeah.  Me and -- and Reynaldo.

BY MR. BRUEGGEN:

Q.    So you just told me that you talked to Rey about price.  Was that at the restaurant when Juma was there?

A.    In the restaurant, yeah.

Q.    And what did Rey say to you, and Rey -- Rey Guevara say to you?

A.    We'll talk.  We would talk.

Q.    And I'm wondering what do you recall that Guevara said to you there at the restaurant?

MS. BONJEAN:  He just answered that question.

THE WITNESS:  Yeah.  He -- he said we talk.

GONZALEZ 000159

BY MR. BRUEGGEN:

    Q.    Okay.  Guevara told you you would talk.

    A.    We would talk, you know.  Like, you know --

    Q.    You --

    A.    That we going to -- we going to sit and talk again, though, you know.  Basically that's what he mean with that.

    Q.    So did you talk to Guevara about prices or anything at the restaurant at that time that you met him?

    A.    Not in that moment, though, but when time went by, we really did sit and we talk about, you know, what should I do, you know, for me to, you know, make thing more better.  So again, there were rules, you know, that we got to follow, though, you know, because we -- we didn't want him -- we really didn't want him -- we don't want throw him off and we really -- I didn't want to throw myself off either, though, you know.

    You got to remember, I'm a Latin King, though, you know, and doing what I was doing, though, you know, it's a very thin line that I was walking on, you know.  I'm playing both sides of

AR-L 149418

GONZALEZ 000160

the fence.  So, you know, in the gang, that's a no-no.

Q.    And what were the two sides of the fence you were playing?

A.    I was being good buddy with a cop and being good buddy with the Latin King.  So you better be one side or the other, though, you know.

Q.    So when Guevara told you at the restaurant that we'll talk, did he say when?

A.    No.  We -- he didn't -- we didn't specifically say the day, you know, and stuff like that, though, you know.  It just happen out of -- out of the blue like that, you know, when -- when he came around.  And I was in the park, we were -- I was in the park when we really got -- when I really got stopped, and I thought I was getting stopped because my -- my sound from my car, but I had a big ass -- big ass, you know, joint, big, you know, Cheech & Chong joint, like I said back then, though, you know.

And I remember when Guevara stopped the car, you know, I was just like in the middle of the street in the park, and everybody saw what happened.  So we decide to throw the joint away and

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149419

GONZALEZ 000161

stuff, you know.  And he went and pick it up and -- because he saw that I was with Santiago, he -- he pull me to the side.  He want to give me the joint. And he go and say, I don't care, you go and smoke it, though, you know, you guys aren't doing nothing bad, you know.  Tried, though, you know, I mean, now we can have a chance to talk about, though, you know.

So that's how Macho, he -- you know, me and him, we were real close, you know, and I talked -- I talked to Macho about it.  I told him, you know, we -- I got good feeling about this guy, though, you know.  I mean, should we -- you know, should we get him to do something for us, though, you know, and keep it quiet, though, you know, and do things better, though, you know.

Remember, it was about competition. We're doing good, though, but quietly, though, you know.

And that's when he said, you know, you know what we're getting into if they all found out, you know, we -- we might get smoked, you know. So I'm like, well, might him too, you know.  He might get himself in trouble with the gang, though,

you know, but we figured out that he -- you know, he a cop, you know. How the hell he going to get in trouble with the gang, though, you know?

So that was our reputation that we had to protect, though, you know, and be quiet about it.

Q. So how long after your interaction with Guevara at Juma's restaurant did you see Guevara in the park when you were with Santiago smoking the big joint?

A. Probably like few days later, though, I'll say.

Q. And when you say "the park," is that Humboldt Park?

A. Yeah, Humboldt Park.

Q. And you and Santiago were just sitting out on a park bench or something?

A. No. We just cruising, and I was just smoking a joint, you know. He don't smoke. He really -- the guy, he don't do drugs, though, you know. That's what amazing me, though, you know. And very intelligent person, though, you know. It just happened to meet him, you know. But how we started selling drugs, we were with him, you know,

AR-L 149421

GONZALEZ 000163

basically, though, you know, and -- and once the chance came and have someone, you know, like Guevara, though, you know, I mean, that was just like a dream come true, though, basically. But at the same time, you know, it was -- we were walking on thin line, though, you know. But we accomplish what we wanted, though.

Q. Okay. And --

A. And, you know, had that protection that we were looking for from the other cop, not from the gang, just from the cops, though, you know. We don't want the police to mess with us, though, you know. Especially us, me and him.

Q. So let me make sure I understand.

You were driving around in a car. Did Guevara pull you guys over --

A. Yeah.

Q. -- in a police car?

A. In a -- it was an unmarked car.

Q. But he pulled you over like with a siren or just --

A. No. Just -- he just turn the lights on, so you know that -- what time it was, though, you know.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149422

GONZALEZ 000164

Q.    And what did Guevara say to you then?

A.    After he give me the joint, you know, and basically he want to know the guy who was with me, so I told him he was my right-hand man.  I don't want to front the guy say, oh, yeah, he's the chief or the Kimball-Wabansia, you know, guy, though, you know, no.  You know, just -- just he's my right-hand man, though, you know.

So he like whatever, you know, you decide to do, you know, this is my price.  So we started with small amount of money.  We -- we want to know how we want to deliver the money to him without, you know, causing too much attention, though, you know.

And -- and to my surprise, you know, we were doing -- we were doing things right, you know, in the street, though, just, you know, quietly, though.  He come stop me, maybe he'll put me in -- put the hands in the wall.  I might have some money in the pocket with him.  People, they don't know that he might take the money thinking -- he going to make everybody think that drug money, I'm going to take it from him.  But what the other people, they don't know you're paying him in front

AR-L 149423

GONZALEZ 000165

of everybody.  Nobody didn't know.  So you guys found way to do things, you know, without causing too much attention, though.

Q.    So when Guevara pulled you over, you told Guevara that Santiago was your right-hand guy?

A.    Yes.

Q.    So did you imply to Guevara that you were in charge, not Santiago?

A.    Well, in -- in selling drug, though, you know, I don't want to get the chief involved in nothing, though, you know.  You always have to protect him, you know.  You take the bullet for him.

Q.    Was Santiago the chief?

MS. BONJEAN:  Objection to the form.  This has been asked and answered.  And I'm -- I'm getting tired of those questions.  Ask him once and -- and be done with it.

BY MR. BRUEGGEN:

Q.    Sir, you can answer the question.

A.    Yeah.  He was the chief.

Q.    And so you said you had to talk to -- did you -- I thought when you were answering earlier you said you talked to Santiago about what

GONZALEZ 000166

Guevara was talking to you about?

A.    Actually, when we were -- when I was -- when I was -- when I was driving the car, you know, I was just -- we were just talking about that fantasy that I have whereabouts we can have some of these cop, you know, paying them off and, you know, keep an eye on what we do, you know.

We got enemies out there, though, you know.  I mean, you -- you can get it from your own gang too and you -- you don't know nothing, though, you know.  Right now, why not have someone like him, though, you know.  He had the eye too for it.  And besides, you know, he was Puerto Rican. We can communicate.

Q.    And so for -- when Guevara told you the price, did you agree to it or did you need to talk to Santiago to get his permission as the head of your set?

A.    I agreed.  I knew what I was doing.

Q.    And I think you -- you said you started off small.  Can you tell me what that means?

A.    Started small like selling drugs, you mean?

Q.    Yeah.  I think you said, you know, with

AR-L 149425

GONZALEZ 000167

Guevara, we started off small, and I'm just trying to figure out what that means.

A.    Well, when we started small, we -- I believe we were paying like $2,000.  And we see, you know, if what he was promised to us, though, you know, he do good, though, you know, which he did, though, you know.  I mean, he did good.

Q.    What was the $2,000 for?

A.    For having other officer not to come and mess with us though.

Q.    Was that for a certain period of time or was that a one-time thing?

A.    No, no.  It was just for period of time, yeah.

Q.    When Guevara stopped you when you guys were cruising through the park, who was with him?

A.    Miedzianowski.

Q.    When Guevara pulled you over, did he walk up to the car to talk to you guys, when he brought the joint?

A.    Well, I throw the joint out of the window when I was driving.  Then I stop probably like -- I don't know, probably a few feet away from the joint.  And he got out of the car.  We got

AR-L 149426

GONZALEZ 000168

ordered to get out of the car. He knew it was me, though. So I just stood right there near the car with my hands in -- in top of the hood of the car. And then he went and got the joint.

And after he search me and stuff, he -- he give me the joint back. And I turn around. We start talking. And that's how, you know, we refresh our mind about, you know, what we talk in the restaurant and stuff, though, you know, and we agree.

I talked to Macho. He agree. He was the chief, though. As long as we keep it quiet, though, you know, nobody -- they don't know about it, though. And we pursue what we wanted to do, though, you know. It was just simple.

Q. So keeping it quiet, was it kept quiet from other sets of Latin Kings?

A. All the gang, yeah.

Q. What about other -- go ahead.

Did you guys keep it quiet from other members in your set?

A. Everybody.

Q. So the only people that talked to Guevara or knew about this agreement with Guevara

AR-L 149427

was you and Santiago?

A.    I do most of the talk, not Santiago.

Q.    Yeah, but Santiago was aware of the talk?

A.    He was my mentor.

Q.    And Santiago knew that you were talking to Guevara?

MS. BONJEAN:  I'm going to object to the -- to the form of that question.

But go ahead.

THE WITNESS:  Yeah, he knew.  We -- you know, he knew what Guevara was going on.

BY MR. BRUEGGEN:

Q.    And so you started off small paying $2,000, right?

A.    Um-hmm.

Q.    Is that a yes?

A.    Yes.  Sorry.

Q.    And then where did things go from there, sir?

A.    It got better.  You know, more money, more the pay, right?  So it was doing good.  We were doing good.

There was one time I got stopped;

AR-L 149428

GONZALEZ 000170

there was one time I got stopped.  I went out with Macho.  And Guevara, right, they stop everybody, right.  There were a bunch of cops that day, man. And it happened that I was just going right to where they were having everybody against the wall. And me, like an idiot, I just drive through it with my sound loud, and he put pulled me to the side. And my guy that he was with me, you know, he didn't know what going on between me and him.  He kept my guy and he let me go.

And everybody like what happened? What did he did that for, though?  You know, I thought he was going to arrest -- arrest us, like -- now, remember, I don't got no record, though.  I'm a good kid, though, you know.  So I don't represent like you guys represent, though, you know.  So he let me go, though, you know.

You know, it was a lot of times lot of people ask question, though, you know.  You always have to have some kind of lie just to cover things up, though, you know.  You got to play it all off.

Q.    And that example you just gave, was that Guevara that pulled you over or another police

officer?

A.   Oh, no, it was Guevara.  Guevara, he was there.  He was -- there were bunch of officers, but Guevara, he was like the one who basically pulled me to the side, though.

Q.   So in that example you just told us, Guevara pulled you and another friend over; the friend got arrested, but you were let go?

A.   No.  He -- he didn't got arrested.  He just, they kept him there, you know.  He just let me go, you know.  Whether he got arrested or not, I don't know.  I just -- I left.  I was lucky too.  I had a gun in any car.

Q.   Why did you need to keep this agreement with Guevara quiet from the other sets of Kings?

MS. BONJEAN:  I'm going to object.  This has been asked and answered.

But you can -- you can -- I think he really actually went into a fair amount of detail about why.

But go ahead.  You can answer again.

THE WITNESS:  Keeping things quiet, especially with cop, you know.  It not going to look very appetizing for the rest of the gang.  It

AR-L 149430

GONZALEZ 000172

just -- you can't play both side of the fence. Remember, that's a no-no. They going to think you a snitch.

Someone can get locked up or he can get someone looked up, and they can see that our friendship, they going to think, you know, that I might have something to do with that, or I'm snitching. Anything they can say that not true, though. You can get yourself in trouble once everybody see what going on, though, you know. Whether you in the right or not, you know, if people get mad, you're going to get it, you know.

BY MR. BRUEGGEN:

Q. And so in this agreement you had with Guevara, what was he supposed to do for that $2,000? You told us that he was supposed to make sure you guys didn't get arrested by the police. Was there anything else he was supposed to do?

A. Only thing he might just keep all the cops away from our business, though. That's all. Just simple. We don't want him to do bad, just keep everybody away from us, let us make some money. We're going to look out for you no matter what, though, you know.

AR-L 149431

GONZALEZ 000173

Q.   Do you remember how old you were when you had this agreement with Guevara?

A.   I was just young.  I was just a teenager.  Again, though, you know, just -- I was not even 20 years old.  I was young.

Q.   You said you initially paid him $2,000.

Did you pay him any other amounts?

A.   When the time went by, yeah, I mean, we started giving him more -- more money, though.

Q.   And was the money tied to any time period?  Did you have to pay on a certain schedule or was it you just gave him money when you wanted?

A.   You know, it's just a weekly thing that we do for him, though, you know.  Just basically like another regular job, though.

I know he mention a lot of time that he never -- he don't get paid enough doing what he was doing, though.  So I guess what we were doing for him, you know, it was hurtful for him.  Again, you know, he just -- he gets money.

Q.   How long did you have that agreement with Guevara?

A.   Until I got arrested.

Q.   Until you got arrested which time, sir?

A.     1990.

Q.     Was that for the attempted murder?

A.     Yeah.

Q.     Okay.  Did you have any other interactions with Guevara other than the ones you told me about?

A.     When he tried to hook my friend Macho.

Q.     Can you tell me about that, sir?

A.     He came -- it was in 1990 when -- it was -- it was in 1990 when he -- when he came and accuse my friend about something, that he shot somebody.  And I had to mention him about deal. We -- we wanted to be protected, though.  And things went bad.  We -- he disagree and we got into a big argument in the corner.  He left because basically we were -- we got so loud, and he went and arrest my friend.  And ever since, you know, I didn't pay him no more.

Q.     So when you had that agreement with Guevara, Guevara -- you had told Guevara that Macho was your right-hand man, right?  That's what you told us earlier?

And despite that, you said --

THE COURT REPORTER:  I'm sorry.  I didn't get

AR-L 149433

GONZALEZ 000175

an answer.

THE WITNESS:  I don't -- what happened?

BY MR. BRUEGGEN:

Q.    You had -- let's just do it over.

You had told Guevara that Macho was your right-hand man, right?

A.    Yeah.  He -- he -- he kind of knew, you know, more than -- more the time go by, you know, I kind of -- we kind of let him know what going on, though, you know, and who all in -- who was the chief and that, though, you know.  So he -- he kind of knew, though, what business, what going on, though, you know.  But I'm the one that I do the talk and do the business with him, though, you know.  Even though Macho, he was there too, he was my protection, though, my right-hand man.  Like I said, though, you know, everything I do, I would have him with me.  That I can tell you, though.

Q.    So Guevara knew that Macho was involved in the agreement you guys had with him?

A.    Macho knew, yeah.

Q.    No.  I -- I'm saying Guevara knew that it was you and Macho for the agreement with Guevara?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149434

GONZALEZ 000176

MS. BONJEAN:  Objection to the form of that question, what Guevara knew.

Go ahead.

THE WITNESS:  I always pay him, whether get money from Macho and me.  We always pay him, you know.  Guevara might think money only come from me, though, but really not.  It comes from Macho too, though.  He just -- he didn't -- he was not aware about it.

BY MR. BRUEGGEN:

Q.    And what I'm getting at, Mr. Maysonet, is even though you had that deal with Guevara, he still came and tried to arrest Macho?

A.    Yeah.

Q.    Is that what you said?

A.    Yeah.

Q.    And you said that you and Guevara then got into an argument about it?

A.    Well, we did got into the argument because how can you pay someone and he give you a word of protection, and then suddenly you're going to come and take one of your guy, especially someone who real close to you?  You know, it just don't make no sense, you know.  He's -- actually,

AR-L 149435

GONZALEZ 000177

he -- he's an innocent man, though, you know.  For whatever the reason, though, you know, he just -- he want to hook him in, you know.

BY MR. BRUEGGEN:

Q.    Other than your agreement with Guevara, did you have any other interactions with Guevara?

A.    If I had any other action after he arrest my friend?

Q.    No.

Other than the agreement you just told us about where you had this alleged agreement where you gave Guevara money, did you have any other interactions with Guevara?

A.    Yeah, yeah.  He -- like I say, he was a good guy, though, you know.  He went to my house when I was living with the mother of my son.  How many time he went to my house, you know, and eat, you know.  Eat good Puerto Rican food, though, you know.  How many time, you know, I'm -- you know, I mean, I brung girls for him to met too, though, you know.  I did treat him like -- like a good person though, you know.  I really did, though, you know.  He was comfortable around me and I was comfortable around him.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149436

GONZALEZ 000178

Q.    So you had Guevara over for dinner with you and your girlfriend?

A.    Yeah, yeah.

Q.    Was that when you were living with your mom or were you living somewhere else?

A.    I was living with the mother of my son, like I said, you know, yeah.

Q.    And you said -- also said something about girls.  What did you say?

A.    I had girls.  We -- you know, there were times that we had some females around, though, you know, and still have good times, you know. Have good quality time, should I say, though, you know.

Q.    And can you tell me what you mean by that?

A.    Have a good time.  You know, like maybe have sex, you know.  Maybe have some weed, some drugs.  You know, whatever make you feel comfortable.

You do good, you get reward good, right?

Q.    Were these girls underage girls or of-age girls?

AR-L 149437

GONZALEZ 000179

A.   No.  Just -- I'll say they were legal, you know.  No, no, no minors, no.

Q.   And were these girls --

A.   Excuse me.  Let me -- let me just say one thing, right.

If there would be one thing about Latin King, they don't like prostitution, though.  Prostitution, that's a no-no.  You can meet girls, you know, just no money involved.

Q.   So these were girls that you knew from -- were they Latin Queens?

A.   Some of them, they were, yeah.  Some of them, they were, yeah.

Q.   But they weren't prostitutes?

A.   No, they're not.  They're not.  No prostitutes, no, no prostitutes.

BY MR. BRUEGGEN:

Q.   Was Sanchez ultimately arrested by Guevara?

A.   Yes, he did.

Q.   Do you know what the crime was that Guevara alleged Sanchez had committed?

A.   I believe it was attempt murder.

Q.   Do you have any details about that

AR-L 149438

GONZALEZ 000180

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 181

attempt murder?

    A.    No.  I really -- I really -- you know, I really don't want to talk about that, though.

    Q.    And what happened with that case against Santiago?

    A.    The case, before it even went to trial, they found Santiago dead.

    Q.    Where did they find Santiago dead?

    A.    In his car.

    Q.    Was it -- what -- where was the car located?

    A.    In the neighborhood right on Crystal and Kedzie.

    Q.    So over near the neighborhood near your corner?

    A.    Yeah.  It was in the neighborhood, basically, yeah.

    Q.    And had -- how had Santiago died?

    A.    He shot himself.

    Q.    Had you ever talked to Santiago about what was going on before that he shot himself?

    A.    I was that day -- the night that he shot himself.

    Q.    I'm sorry.  What did you say, sir?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149439

GONZALEZ 000181

A.    I was with him the night -- the day that he shot himself.

Q.    Okay.  You had been with him that day and then he shot himself later that night?

A.    Yeah.  We was supposed to go to theater.  He was going to take his girlfriend.  I was going to take my girlfriend.  And we were going to have a good time and relax.

Q.    Were you with him when he shot himself?

A.    No.  I was in the theater.  He never -- hen ever made it to the theater, though.

Q.    So you had been hanging out with him earlier in the day?

A.    Yeah.  Earlier in the day we were hanging out and -- and you got to remember, he was -- he was kind of brokenhearted.  He lost his mom years earlier though, you know.  And then he got charged with what he got charged for.  You know, I mean, things got bad for him.

Q.    And it sounds like he didn't reach out to you for support or anything?

MS. BONJEAN:  Objection to the form of that question.  I don't even know what that means.

AR-L 149440

GONZALEZ 000182

BY MR. BRUEGGEN:

Q.    If you understand, Mr. Maysonet.

A.    What are you talking about?

Q.    You know, you said that you had been with him earlier that day and it sounded like everything was fine, you had planned to go to the theater that night, right?

MS. BONJEAN:  Objection to the form and the ridiculousness of that question.  That's not -- that's not how suicide works.

But go ahead.

THE WITNESS:  Macho, he -- he was always depressed, though, you know.  And he loved his mom. He never had a chance to see his mom for the time she was in the hospital dying.  She had tumor, cancer in the brain, and she got operated number of time.  And he never -- every time that he -- she was in the hospital, he never want and saw her because he know that he was not a good kid either, though, you know, even though his mom love him more than the other siblings, though, you know. Because, again, you know, black sheep in the house too, though, you know.  She always wanted to make sure he don't get himself in trouble, though, you

know.  Little that he didn't know what we was doing.  He didn't want her to find out, though, you know.

When she died, though, you know that's when things really came back for him, though, you know.  Real bad.  I mean, how many times we have to, you know, spend the night with him just because, you know, the pain that he was going through, though, you know.  It was amazing, though, you know.  Losing your mom, you know, someone real close to you, though, you know.  It was bad.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, do you recall a general time or date when Santiago Sanchez committed suicide?

A.    When Macho committed suicide, it was somewhere -- I know it was right after our birthday.  My birthday's in May 7th.  I believe his birthday, it was in -- I don't know if it was in April or May, but I know we celebrate our birthday ever since we met, you know.

And I remember that day.  We -- I was in my house with -- with the mother of my son.

AR-L 149442

GONZALEZ 000184

And we had a bunch of girl too, though, you know, because him being the playboy that he was, though, you know. We was having a good time, though, you know. My wife, she knew Macho too, you know, for a long time, you know, and we tried to make his life better, though, you know, tried to make things -- get things off his head, though, you know.

He did mention couple times that he feel like, you know, killing hisself, though, because he dream a lot about his mom. His mom calling him in his dream.

But our responsibility was make sure that he -- you know, that he don't do nothing stupid, though, you know.

Q.   After Macho committed suicide, did your set help pay for the funeral and visitation and things?

A.   (Nodding.)

Q.   Is that a yes, sir?

A.   Yes.

Q.   Do you recall when Macho's visitation was?

A.   It was -- I think it was the second week of may. I think it was -- it was in May. I'm

AR-L 149443

GONZALEZ 000185

going to say it was in May.

Q.    Did you go to his visitation?

A.    Yes.  Yes, I did.

Q.    And do you recall what the time of his visitation was?  Was it afternoon, evening, morning?

A.    Early in the morning, all day, until they close the funeral.  That's how we wanted it.

Q.    Do you remember what time the visitation closed?

MS. BONJEAN:  Objection -- oh, sorry.

You can answer that if you know.

THE WITNESS:  What time they close the funeral?  Probably like late at night, right?

MS. BONJEAN:  Don't guess.  If you know, then you just give him an answer.  If you don't know, don't guess.

THE WITNESS:  Late.  They closed up late.

BY MR. BRUEGGEN:

Q.    Were you there throughout the whole visitation, the whole day from morning till they closed?

A.    Yeah.  He was my friend.  I'm not going to let him down like that.

AR-L 149444

GONZALEZ 000186

Q.    Do you recall when the funeral was in relation to the visitation?  Was it the following day, a couple days later?

A.    Funeral was like couple days later, two days later.  Something like that.

Q.    Did you go to the funeral?

A.    Yes, I did.

Q.    And then after the funeral, was he buried in a cemetery?

A.    Um-hmm, yeah.

Q.    Is that a yes?

A.    Yes.

Q.    Did you go to the burial?

A.    I did went to the burial, yes.

Q.    After Santiago died, did somebody take over as the chief of your set at Wabansia and Kimball?

A.    No.  Not allowed to do that.

Q.    Why aren't you allowed to do that?

A.    You're not.

Q.    Yeah.  And I'm asking was there a rule or something or how did it work?

A.    Yes, it's a rule.  If you don't qualify for it, they're not going to put no one to hold

AR-L 149445

GONZALEZ 000187

somebody, you know, corner, you know, without knowing or having the knowledge of what you're doing.

I don't really know who -- who the next in line because I got arrested after that got, got put away, and I lost contact with everybody after, after that.

Q. And I think you were arrested in July and I think you said Santiago's funeral was in May.

Do you know if anybody was in charge of your set between May and July of 1990?

A. No. It was just -- it was just like a snake, running around without no head.

Q. Did your set continue to sell drugs at --

A. Yeah.

Q. Sorry.

A. Say that question again, though. I'm sorry to interrupt you.

Q. Yeah.

Did your set continue to sell drugs after Santiago passed away?

A. Yeah, we did. Yeah.

Q. So everything continued, but there

AR-L 149446

wasn't -- you just didn't have your chief?

A.    Didn't have no head.  We didn't have no direction.

MR. BRUEGGEN:  Mr. Maysonet, I was hoping to show you some photos now.

And Jennifer, did you guys get an opportunity to print out those exhibits?

MS. BONJEAN:  Some of -- some of them.

MR. BRUEGGEN:  And I don't know if you have the photos from Santiago's service.  If you have those available, I'm going to pull them up on the screen.

MS. BONJEAN:  You can pull them up on the screen.  Because my experience is is that we have black and white and the -- you can see them better in color.  So if you pull them up on the screen, it'll be better for -- at least for the photographs.  Everything else we have, but I didn't -- we did this yesterday, and it's just hard with the -- huh?

(Interruption.)

MS. BONJEAN:  So we -- I do have everything, actually.  I'm just saying we don't have the photographs.

AR-L 149447

THE WITNESS:  In color.

MS. BONJEAN:  In -- yeah.  I don't have the photographs because they're --

MR. BRUEGGEN:  All right.

MS. BONJEAN:  Yeah.

And also, you just sent this stuff to us this morning, but we -- we did get the papers, for the most part.  The photos we did not print out in black and white.  It's useless.

MR. BRUEGGEN:  Not a problem.  I was just -- I was going to put them on the screen anyway.  I just wanted to make sure whether he'd be looking at the screen or he had copies.

BY MR. BRUEGGEN:

Q.    So, Mr. Maysonet, I'm going to show you some photos on the screen now.

A.    Yes.

Q.    Mr. Maysonet, can you see my screen? Is it -- oh, nope.  Here, let me try that.

MS. BONJEAN:  Yeah, there we go.

BY MR. BRUEGGEN:

Q.    Can you see it right now?

A.    Um-hmm.

Q.    Do you see the photo there, sir?

AR-L 149448

GONZALEZ 000190

JOSE JUAN MAYSONET JR., 04/16/2021                           Page 191

A.    Yeah.

Q.    And you can see -- written in red right down here, you can see my cursor, it says JGS_MAYSONET 002553.  You see that, sir?

A.    Yes.

Q.    Okay.  And we call these Bates stamped numbers and we use them to identify pages so that we know what we're talking about.  Okay?

A.    Okay.  Yeah.

Q.    And so I'm just going to go through the pictures real quick so you can see them.

So this is the first page of Exhibit Number 1, the second page, third page, fourth page, fifth page, six page, seventh page.

A.    Um-hmm.

Q.    All right.  Sir, did you have an opportunity to look at all those pages?

A.    Yeah.

Q.    And those are photographs, right?

A.    Yeah.

Q.    And do you know --

A.    That's a --

Q.    I'm sorry?

A.    That's a photograph from his burial.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149449

GONZALEZ 000191

JOSE JUAN MAYSONET JR., 04/16/2021                           Page 192

Q.    And do you know what burial this is?

A.    Macho, Santiago Sanchez.

Q.    And looking at this first page, which is JGS_MAYSONET 2553, are you in that photograph, sir?

A.    Yes, I am.  I'm right there.

Q.    Which one are you, sir?

A.    Right here.

Q.    And I can't see where you're pointing to.  Can you --

MS. BONJEAN:  Right there or behind there?

THE WITNESS:  Behind there.

MS. BONJEAN:  Okay.  So I'm going to indicate that if you look in the -- the right -- upper corner of this photograph, there is a gentleman that has a jacket sleeve that I think has some writing on his left.  Right?  Do you see that?

MR. BRUEGGEN:  Yes.

MS. BONJEAN:  And then there's someone right over his shoulder in what appears to be like a white hoodie.

THE WITNESS:  Um-hmm, hoodie.

MS. BONJEAN:  Do you see that person?

MR. BRUEGGEN:  I do.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149450

GONZALEZ 000192

MS. BONJEAN:  And that's who he's identifying as himself.

MR. BRUEGGEN:  Oh, okay.  So --

MS. ROSEN:  Do you see the pointer on the --

MR. BRUEGGEN:  Yeah.  Is it this person?

MS. ROSEN:  Is that him?

THE WITNESS:  Yeah, that's me.

MS. ROSEN:  Okay.

THE WITNESS:  I had hair.

BY MR. BRUEGGEN:

Q.    And can you identify who this gentleman is that is standing right in front of you with the blue and white jacket?

A.    I cannot see that good.

MS. BONJEAN:  He said he can't see it that good.  He can't see the face.

THE WITNESS:  Yeah.  I can't see the face that good.

BY MR. BRUEGGEN:

Q.    And I -- I can try to Zoom it, but I don't know what that will do for the quality of the picture.

I don't know if that helps at all, Mr. Maysonet.

AR-L 149451

GONZALEZ 000193

A.    That look like Fro.

MS. BONJEAN:  All right.  Don't guess.  If you don't know --

THE WITNESS:  No.  No, I don't know.

BY MR. BRUEGGEN:

Q.    Don't know.  Okay.

How about the person to the left in the photo that the cursor's over right now in the all black shirt?

A.    That's Efrain Cruz.

Q.    Who's that, sir?

A.    Efrain Cruz.

MS. BONJEAN:  Efrain Cruz.

MR. BRUEGGEN:  Efrain Cruz.  Okay.

BY MR. BRUEGGEN:

Q.    Okay.  And how about the person to Efrain Cruz's right or our left in this photo, this gentleman that I have the cursor over who's also in all black?

A.    Yeah, no.  I don't know him.

Q.    What about the gentleman right here the cursor's over in the red shirt with a -- looks like a white coat over it?

A.    No.  I don't know him either.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149452

GONZALEZ 000194

Q.   How about this gentleman here with the black coat with the red lapels?

A.   No.  I know the guy next to him.

Q.   This gentleman up here?  The guy standing up or the guy bent over?

Which one?  The one bent over, this one?

A.   The one bent over, that's Macho's brother.

Q.   Macho's brother.

And what was Macho's brother's name?

A.   I don't know -- I don't know his -- his real name, though, but he had a -- he had a street nickname, though.  What was his name again?  I don't talk to him.  It's been a while, long time ago.  But yeah, that was Macho's brother, though.

Q.   Was Macho's brother involved in your set?

A.   No, no.

Q.   Do you know was Macho's brother, was he a King?

A.   No, no.

Q.   How about this gentleman who's standing up with the -- the black coat with just a little

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149453

bit of red on it, do you know who that gentleman is?

A. His name is -- his street name is Jojo. I don't know his real name. He was just a big, tall kid. He was a real cool guy.

Q. And do you recognize anyone else in the photo?

A. That's Macho brother right there with the shovel.

MS. BONJEAN: Oh, with the shovel.

THE WITNESS: Yeah.

BY MR. BRUEGGEN:

Q. Do you recognize anybody else in the photo, sir?

A. No.

Q. And I know it's hard. It's -- they're old photos and copies of originals.

How about the next photo, which is page JGS_MAYSONET 2255, do you recognize anybody in this photo?

A. That's Lluvia right here, the one who's bending over right here.

Q. In the blue coat?

A. No.

AR-L 149454

GONZALEZ 000196

MS. BONJEAN: No. In the left-hand corner, you see the face of someone bending over.

BY MR. BRUEGGEN:

Q. This gentleman the cursor's over?

A. Yeah.

Q. Okay. That's Alfredo Gonzales?

A. Alfredo Gonzalez, yeah. He always wear glasses, though.

Q. And do you know where this photo was taken?

A. That was right where Macho committed suicide.

Q. So this was the location where the body was found in the car?

A. Yeah.

Q. And looks like there was a little memorial that was done there?

A. Yeah. I believe that was the next day, though, in -- in the -- probably in the evening when we got together. We -- well, basically, we -- we ain't got together. We just happen to be -- we going by just to show him -- to show a friend where Macho, you know, committed suicide the night before.

AR-L 149455

GONZALEZ 000197

And when we went by, we saw the guys like putting flowers and doing little prayers and stuff, though, you know.  And we decide to stop and check who the guy is, though, you know.  We didn't want nobody to disrespect where he got killed, so we know there were a bunch of Latin Kings from the neighborhood that really we don't want to associate with them, you know.

When I say "associate," we don't really -- we don't really talk to them, you know.  I mean, we might say hi and good-bye.  That's it, though, you know.

Q.    And, sir, is there anything else in this photo that you can identify?

A.    All I know is the building where --

Q.    The people, do you know --

A.    Yeah.  This guy name is -- his name is Papo.

MS. BONJEAN:  So he's pointing to the guy in -- to the right, looks to be like a black and white -- or I'm sorry, black -- either black or -- yeah.  That guy.

BY MR. BRUEGGEN:

Q.    This guy with the -- the white pants.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149456

GONZALEZ 000198

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 199

A.     Yeah.

Q.     What was his name, sir?

A.     Papo, P -- P-a-p-o, Papo.

Q.     And do you recognize anybody else in this photograph?

A.     Not -- not really.

Q.     What about this gentleman in the white shirt and white hat?

A.     No, I don't.

Q.     Okay.  And was Papo, we he part of your set?

A.     No, no.  He was from another set from far away from us, though, but he happened that he -- he was living around the neighborhood, though.

            That's me right there.

    MS. BONJEAN:  Yeah.

    MR. BRUEGGEN:  And let me zoom out.

BY MR. BRUEGGEN:

Q.     Mr. Maysonet, I'm showing you what's the fifth page of Exhibit 1, that's Bate stamped JGS_MAYSONET 2558.  Can you identify what this is a photo of?

A.     This a photo of -- in the funeral with

Urlaub Bowen & Associates, Inc.   312-781-9586        AR-L 149457

GONZALEZ 000199

Macho.  I was just -- that's me right there, matter of fact.  I was just -- just bending over and, you know, spending some time with him.

Q.   And then, sir, looking at page 6 of Exhibit 1, it appears to be a text message chain or part of a text message chain.

Do you know -- is this your writing? Freddy is standing next to the guy with the black and blue jacket.  Did you write that, sir?

A.   What you talking about, this right here?

Q.   The actual writing right here.

MS. BONJEAN:  Okay.  First of all, show him the phone number and ask him if that's his phone number.

BY MR. BRUEGGEN:

Q.   Sir, do you know the number 773.663.5391?

A.   Yeah.  That's my phone number.

Q.   So are these text messages that were sent to you?

A.   No.  That's just -- just those text message there, they're mine.

Q.   Okay.  So these are text messages you

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149458

GONZALEZ 000200

sent.

So did you write, Freddy is standing next to the guy with the black and blue jacket?

A.    Yeah.

Q.    And who is Freddy?

A.    Freddy, that's Alfredo Gonzalez.

Q.    And so looking at this picture, I'm going to go back.  There's a better picture, bigger.

You see this, the same picture from the text message?

A.    Um-hmm.

Q.    And so is Freddy, this gentleman that's in the black, next to the person in the blue Adidas jacket?

A.    No.  Freddy's all the way in -- all the way in the back.  Right there.

Q.    In the back up over here?

A.    Right there, yeah, right there.

Q.    Okay.  With --

A.    Right there.  That's the one.

Q.    Okay.  With the sunglasses and it looks like he's wearing a blue colored shirt or jacket of sorts?

AR-L 149459

GONZALEZ 000201

A.    Jacket.  That's Freddy.

MR. BRUEGGEN:  All right.  Back to looking at me.  Sorry.

Do you need a break now or you want to keep moving?  It's up to you, sir.

MS. BONJEAN:  It's up to you.  You want to take little break?

THE WITNESS:  Yeah.  We take a little break now.

MR. BRUEGGEN:  All right.  Why don't we take like five.  Do you want -- do you want to go have another cigarette?  10 minutes.  I don't -- whatever you want to do, sir.

MS. BONJEAN:  You want to go take another cigarette?  Oh, you want to eat something?

THE WITNESS:  Yeah.  I want to eat.  I'm going to eat -- I'm going eat real quick, real quick, come back.  We'll get going on it.

MS. BONJEAN:  Give us -- give us 10 minutes.

MR. BRUEGGEN:  Do you want just 10 minutes or do you want to do 15?  We can do 2:00.

MS. BONJEAN:  Yeah.

MR. BRUEGGEN:  Okay.  That way he can grab something to eat and have a cigarette, and -- you

AR-L 149460

GONZALEZ 000202

know.

          All right.  Thank you very much. We'll see you shortly.

     THE VIDEOGRAPHER:  We are off the video record at 1:45 at the end of Media Unit 3.

          (Recess taken.)

     THE VIDEOGRAPHER:  We are back on the video record at 2:09 at the beginning of Media Unit 4.

BY MR. BRUEGGEN:

     Q.   Mr. Maysonet, when we left off we had been talking about some photos.

          Do you remember that?

     A.   Yes.

     Q.   Of the funeral, funeral of Santiago Sanchez?

     A.   Yes.

     Q.   Was Rosa Bella in any of those photos?

     A.   Well, he was there, but I don't -- I don't recall if she was in one of those picture, though.

     Q.   But she was present at the funeral?

     A.   Yes.

     Q.   And earlier you had talked about Joe

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149461

GONZALEZ 000203

Miedzianowski.

Do you remember talking about him?

A.    Yes.

Q.    Did you ever give Joe Miedzianowski any money?

A.    No.

Q.    Are you aware of Joe Miedzianowski --

A.    Excuse me.

Q.    Bless you, sir.

A.    Thank you.

Q.    Are you aware of Joe Miedzianowski having any ties to any other gangs?

A.    Not in my -- not in my knowledge.

Q.    If Joe Miedzianowski was doing business or had a relationship with a gang that was a member of Folk Nation, would that have caused you concern?

MS. BONJEAN:  The Folk Nation?

MR. BRUEGGEN:  Folk Nation.

THE WITNESS:  Folk.  We really don't care who -- who made business with.  We just care about our own interest, though.  Miedzianowski never made -- well, I never give him no money.  Whether he was involved with other people, like you said, Folks, I really don't know.

AR-L 149462

GONZALEZ 000204

BY MR. BRUEGGEN:

Q.   Other than what you told us about Miedzianowski just being present, do you have any other information about Officer Miedzianowski?

A.   He was always present.  That's the only thing I can say.  Never talked to the guy.

Q.   When did you start dating Rosa Bella?

A.   I was young.  I was real young.

Q.   And when you say "young," was this after you had dated the woman you told us about earlier that's nickname was Crazy?

A.   Yeah.  As a matter of fact, I met Rosa Bella through her.  She was her friend.

Q.   And Rosa Bella is the woman you referred to throughout this deposition as the mother of your children?

A.   Yeah.  The mother of my son.  You say children like if I had more than one.

Q.   I'm sorry.  I misspoke.  You're correct.  I think you said mother of my child.

A.   Yeah, mother of my son.  I only got one, that I know.

Q.   When you started dating Rosa Bella, did she have any children?

AR-L 149463

GONZALEZ 000205

A.    Yes.  She did.

Q.    How many children -- I'm sorry?

A.    Two girls, two girls.

Q.    And how old were those girls when you started dating her; do you remember?

A.    They were babies.  They were very, very, very -- I mean, the little one, she was still in Pamper.

Q.    At some point prior to your arrest, did you live with Rosa Bella in the same residence?

A.    Say that again.

Q.    Before your arrest that we're going to talk about today, did you live with Rosa Bella in the same house?

A.    Yeah, yeah.

Q.    And where did you first live with Rosa Bella?

A.    On Kedzie and North Avenue.

Q.    Was that in your mother's --

A.    No.  It was in the same -- in the same -- you know, I'll say it was a big-ass tall building, probably like 40-apartment-unit building. So I was living all the way in the back with her when I met her.

AR-L 149464

GONZALEZ 000206

Q.    And did your mother live in a different apartment in the same building?

A.    In the same building, yes.

Q.    Did Rosa Bella's daughters live with you in that apartment at Kedzie and North?

A.    Yeah, yeah.

Q.    Did Rosa Bella have a job?

A.    No.

Q.    Did Rosa Bella speak Spanish?

A.    She speak just a little bit, not much, but yeah, she did speak a little bit Spanish.

Q.    Did she primarily communicate in English?

A.    Well, we always communicate in Spanish, you know.  She -- I understand what she always said, even though Spanish was a little messed up, though, but yeah, she -- it was understandable.

Q.    How long did you -- strike that.

How long were you in a relationship with Rosa Bella?

A.    Probably -- probably six year, till I got put away in jail.

Q.    And during that time, her primary language was English?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149465

GONZALEZ 000207

A.    Well, he speak Spanish.  We would speak in Spanish to me, though.  She speak English to the girls, though.

Q.    Did her daughters speak any Spanish?

A.    Her older one, she knew how to speak Spanish, though.

Q.    And during that six year relationship, how did you and Rosa communicate?

A.    In Spanish.

Q.    So Rosa spoke Spanish enough to be able to communicate?

A.    We always speak Spanish.

Q.    During your relationship with Rosa Bella, did she use any drugs?

A.    Not really.  Maybe smoke weed with me, though, you know.  That's about it, though, for now other than -- you know.

Q.    Mr. Maysonet, prior to your arrest that -- the arrest that we're going to talk about in this case, had you been arrested by the police?

A.    Before?

Q.    Yes.

A.    Just for minor stuff, like, you know, be in the corner, you know, disorderly conduct and

AR-L 149466

GONZALEZ 000208

stuff like that, though, you know.  I mean, no -- nothing -- nothing, you know, major, though.  Petty stuff.

Q.    Were you convicted of anything prior to --

A.    No.

Q.    -- this case?

A.    Never.

Q.    Did you get convicted of possession of a controlled substance?

A.    For a bag or two.  I mean, misdemeanor stuff, yeah, you know, I mean, but not nothing, you know, big, though.

Q.    When did you first learn that two African-Americans had been shot on North Avenue just west of Kimball on May 25th of 1990?

A.    I remember when walking to -- to the restaurant, everybody in the neighborhood, they were actually talking about it, though, you know, what happened, you know.  They never said about two Black African-American.  Only thing they were -- the rumor was that there was two guys that got killed somewhere in the vicinity of North Avenue and Kimball.

AR-L 149467

GONZALEZ 000209

Q.    Where did you hear that rumor?

A.    When I went -- when I went to the restaurant to eat, to buy some breakfast and stuff early that morning.

Q.    And your territory was just northwest of there on Wabansia and Kimball?

A.    On Wabansia and Kimball, yeah.

Q.    So was the area of that shooting, which was between Kimball and North St. Louis on North Avenue, was that part of your territory?

A.    Our territory start right on St. Louis and Wabansia, all the way to -- all the way to North Avenue, North Avenue all the way to Kedzie and Kedzie all the way to Wabansia.  That was our -- our -- basically our set, though.

Q.    And other than what you just told me about you heard two guys were killed by North Avenue, did any of the eyes and ears you had on the street give any other information about that crime?

A.    No, not really.

Q.    You ever hear anything about why the two gentlemen were out there at North Avenue when they were shot?

A.    No.  We really -- it was not -- it

AR-L 149468

really was not a concern anyway.  We really didn't -- we really didn't care, though, you know.  Crime happen everywhere.  It's just that our - our rule from -- from Kings is not to commit crime in the neighborhood, not to make no -- that's -- people think the opposite thing, though, you know.  It not -- it not a way people think, though, you know.

Q.    And can you explain what you just said, people think the opposite?  I didn't quite understand, sir.

A.    You know, if any crime happen, you know, in -- they say like in a neighborhood, you know, the first thing people want to know, you know, who did it, right?  In our neighborhood, though, you know, everybody always talk about thing, though, but people know that we not -- we were not like that, though.

We -- we -- we can commit crime like that in the neighborhood, though, you know.  Sometime if the opposite gang come in the neighborhood, yeah, we might get shot, we might get killed, though, you know.  Other than that, though, all committed crime like that in the neighborhood,

AR-L 149469

GONZALEZ 000211

no, you can't.  You can't even rob, do stealing and stuff like that in the neighborhood, though, you know.

We never had no knowledge of what happened that day.

Q.    Do you recall being picked up by detectives on July 15th, 1990, to assist in a case?

A.    I got arrested I believe in July 15 for the attempt murder.

Q.    And do you recall who arrested you?

A.    The detective name, it was Paulnitsky.

MS. BONJEAN:  And, Dave, I'm going to place on the record that in connection with that incident, since there is a pending post-conviction petition that is likely to result in a retrial, at this juncture, as to the substance of that event, Mr. Maysonet's going to be invoking his Fifth Amendment right as to the substance of that incident at the present time.

We certainly will produce him at a later time if you want to ask him questions about it, but at this time, we're going to be invoking his Fifth as to anything that occurred on -- may or may not have occurred on July 3rd, I think is the

AR-L 149470

date of that incident.

You can ask him about, you know, the -- obviously, he was arrested, brought here, brought there, but I'm just giving you a head's up. But we can take it question by question.

MR. BRUEGGEN:  I was going --

MS. ROSEN:  Can I just --

MR. BRUEGGEN:  Go ahead, Eileen.

MS. ROSEN:  Just can I get a clarification on what's the basis?  What -- just I missed what you said in the beginning.

MS. BONJEAN:  He has a pending post-conviction petition in that matter that is likely to result in vacating the conviction in that case and retrial.  I mean, he's likely to face trial on that case again.

MS. ROSEN:  Okay.

BY MR. BRUEGGEN:

Q.    So, Mr. Maysonet, with what your attorney just said, I just ask that you pause after my questions to allow your attorney to object, if she wants.  Okay?

A.    All right.

Q.    So you told me you were arrested by

AR-L 149471

GONZALEZ 000213

Detective Paulnitsky, right?

A.    That's correct.

Q.    Do you remember was there any other detective with Paulnitsky when you were arrested?

A.    Yeah, there was, there was.  Actually, there were probably about like three, four other car with detective, though, you know.  Number of detective, I know there were quite a few, though, but I cannot tell you exactly right from my back how many detective it was, though.

Q.    No problem.

Do you recall anybody's name other than Paulnitsky?

A.    No.  Paulnitsky.

Q.    And what happened after they picked you up?  Where did you go?

A.    Went to the police station for a lineup.

Q.    And after -- strike that.

Regarding Detective Paulnitsky, had you ever seen him before?

A.    Not -- no, not really, though, not really.

Q.    What did the detectives tell you when

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149472

GONZALEZ 000214

they picked you up to take you to Area 5?

A.    Basically, I was just coming out of the store with a -- with a box of beer, and I know there was -- the detective, they were -- they saw me going in.  And I guess they were looking for someone with the name of King Leo.  That's what they were looking for, someone who happened to call King Leo.

I had a sweater with a big-ass lion and a big-ass crown and bottom said Leo.  And that basically how they created the name King Leo. When -- when Paulnitsky came, he got out of the car, was just walking, and he called me.  He said, Can you come over her?

I don't understood English, though, you know.  I just kept walking like, you know, none of my business, though, you know.  So I kept walking, going home.

And all sudden I saw -- not saw.  I felt somebody kick -- kicking me in the back and throwing me in the floor, thinking that I had a gun on me.  So when I got turned around in the floor after they caught me and stuff, I had a few weapon, you know, drawn in my face, though, telling me,

AR-L 149473

GONZALEZ 000215

Where the gun, where the gun?  So I'm like, What gun, you know?  I mean ...

There's some guy that was talking in Spanish, though, you know, Danos la pistola, danos la pistola, esta la pistola.  You know, I'm like, man, I don't -- I really don't know what I'm -- what you guys talking about.  So confused, though, you know.  They -- probably I don't know nothing.

Q.    So you were leaving the store with -- you said some beer, and someone kicked you in the back?

A.    Yeah.  Well, someone called me, but I kept walking, you know.  And few second later, I just -- somebody kick me in the back and put be down on the ground and they handcuff me in the back.  And when they turn me around, I had guns in my face.  They were thinking that I had a gun because they keep looking and because, obviously, I understood what they were saying to me, somebody in Spanish come and say:  We looking for the weapon.  Where's the weapon?  We don't -- you don't want to get shot, in Spanish.  And I'm -- I don't even know.  I didn't even say nothing.  I was just -- just letting myself do whatever they want to do,

AR-L 149474

GONZALEZ 000216

JOSE JUAN MAYSONET JR., 04/16/2021                              Page 217

though, you know.

Q.    After you were handcuffed, were you put into a car and taken to Area 5?

A.    Yeah.

Q.    And when you got to Area 5, where were you placed?

A.    In the room.  I was placed in the -- in the -- what, interview room, that's they call it?

MR. GREENBERG:  Interrogation.

THE WITNESS:  Interrogation room, yeah.

BY MR. BRUEGGEN:

Q.    And did you speak to anybody in that interview room when you initially got there?

A.    No.  I didn't -- I didn't speak -- I didn't speak to nobody until somebody speaking Spanish came to me, and I asked for my lawyer.

Q.    Do you recall standing in a lineup at Area 5?

A.    Not -- not the minute I got there.  I think we probably waited like -- I don't know, like probably -- we waited for a while.  And then I got placed in the lineup with three other guys, though.

Q.    And did you understand why you were put in a lineup?

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 218

A.    No.  It was first for me.

Q.    I'm sorry.  What did you say?

A.    First time for me.

Q.    First time you were in a lineup?

A.    Yeah.

Q.    You said you were in a lineup with three other men?

A.    Three other guys, yeah.

Q.    After the lineup, were you returned to that interview room?

A.    After the -- after the -- the lineup, they placed me another room, yeah.

Q.    Did you speak to any police or detectives when you were in that other room after the lineup?

A.    Some officer came to me -- I said I don't speak no English.  Somebody came to me letting me know the reason why I was there for.

Q.    And what were you told the reason you were there?

A.    Well, they told me I was there because three guys got shot somewhere around the neighborhood of Wabansia and Keystone, and they want to know if you had anything to do with it.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149476

GONZALEZ 000218

Q.   Did they ask where you were on July 3rd of 1990?

A.   They did.  They did ask me.

Q.   And did you tell them where you were on July 3rd of 1990?

A.   At that time I was at home with Rosa Bella.

Q.   And do you know what time the shooting was on July 3rd, 1990?

A.   I really don't know.

Q.   Do you know were you with -- strike that.

Were you with Rosa Bella the whole day on July 3rd, 1990?

MS. BONJEAN:  I'm just going to ask -- at this point I -- I'm going to invoke his -- he's going to invoke his Fifth Amendment right as to anything about July 3rd.  Okay?

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, are you going to follow your attorney's advice and invoke -- for any questions about July 3rd of 1990, invoke your right to remain silent?

A.   Sure.  You might found out some of

AR-L 149477

GONZALEZ 000219

the -- some stuff about that some other day after we done with this case, if you want to know.

Q.    And again, sir, I'm just making sure that I understand I should not ask you any questions about July 3rd, 1990, because you're going to invoke your right to remain silent and anything you say could incriminate you; is that correct?

A.    The case still pending, right?  So best to stop right there, though.

Q.    Yes.  But, again, I want to make sure that you are invoking --

MS. BONJEAN:  He's -- yes.

THE WITNESS:  I understand.  I understand what -- what you're saying, though.  Yes, I do.

MS. ROSEN:  Dave, you need a clean answer to that.

MR. BRUEGGEN:  Yes.

MR. GREENBERG:  Can we go off the record for a second?

MS. BONJEAN:  Hold on one second.  Hold on one second.  I'm going to consult with my client and ask -- advise him to answer your question.  Hold on.

AR-L 149478

MR. BRUEGGEN:  Okay.

THE VIDEOGRAPHER:  Do we need to go completely off or just wait a second?

MS. BONJEAN:  No, no, no.  It's going to take 45 seconds, not even.

THE VIDEOGRAPHER:  Okay.  No problem.

(Brief pause.)

MS. BONJEAN:  Okay.  Go ahead.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, did you participate in a drive-by shooting on July 3rd, 1990?

MS. BONJEAN:  On the advice of counsel --

THE WITNESS:  On the -- under my -- advice of my counsel, I will plead the Fifth on that.

MR. BRUEGGEN:  And, Jennifer, I'm going to continue to ask questions and, you know, advise him as you need.  I just want to ask what I can and get what I can now.  Okay?

MS. BONJEAN:  Okay.  I -- that's fine, but I am -- I am indicating for the record that he has a pending case and he is going to invoke his Fifth Amendment right as to those matters on advice of counsel, but he will be happy to answer those questions at a later date.  Okay?

AR-L 149479

MR. BRUEGGEN:  No, I understand that.  I just, you know, if I ask questions about various gangs and stuff that impact upon that, you know, it's one of those where he may want to object or not.

MS. BONJEAN:  He has been answering questions with as much detail as any of you have ever gotten from anybody.  So ask your questions, but we're not -- we're not -- July 3rd has nothing to do with this.  And he has a pending case.

MS. ROSEN:  Dave, can we go off the record for a second?

MR. BRUEGGEN:  Let's go off the record.

THE VIDEOGRAPHER:  We're off the video record at 2:31.

                    (Recess taken.)

THE VIDEOGRAPHER:  We are back on the video record at 2:34.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, you invoked your right under the Fifth Amendment because a truthful answer would incriminate you?

A.   On the advice of my counsel I invoke my Fifth Amendment right at this time.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149480

GONZALEZ 000222

Q.    Yes.

And the reason you're invoking your right is because answering truthfully would incriminate you in a crime?

A.    On -- under the advice --

MR. BRUEGGEN:  Hold on, hold on, hold on.

Jennifer, are you whispering things to him?

MS. BONJEAN:  No.  I have written out how he's going to invoke his Fifth Amendment right. Would you like to see it?  He's going to say this every time you ask that question.  So get used to it.

MR. BRUEGGEN:  That's fine.

MR. GREENBERG:  Dave, you can't -- you can't get into -- like you're asking stuff, first of all, that's privileged also.  You're asking him the reasoning behind it and that's privileged.  That goes to -- to our discussions with him.  So he's saying, On the advice of counsel, I'm invoking. You can't ask him, Why did you make that decision? Get a judge to say you can, but I -- he's not going to answer that.

MR. BRUEGGEN:  Steve, I just -- I think I can

AR-L 149481

GONZALEZ 000223

ask that and he doesn't have to tell me anything he talked to his attorneys about.  I think that's fair.

MS. BONJEAN:  Keep asking your questions and -- and we'll just keep going.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, when you were arrested on July 15th of 1990, did you understand that you were being questioned in relation to a shooting, drive-by shooting that occurred against some YLOD gang members?

MS. BONJEAN:  Invoke.

THE WITNESS:  On the -- on the advice of my counsel, I invoke my Fifth Amendment right at this time.

BY MR. BRUEGGEN:

Q.    Do you know what gang the YLOD is?

MS. BONJEAN:  Do you know that?

THE WITNESS:  No.

Under the advice of my counsel, I invoke my Fifth Amendment right at this time.

BY MR. BRUEGGEN:

Q.    Were the Latin Kings at war with any YLO Disciple gang in 1990?

AR-L 149482

GONZALEZ 000224

MS. BONJEAN:  In the -- in 1990?

MR. BRUEGGEN:  Yes.  That was the question.

THE WITNESS:  Under the advice of my counsel, I invoke my Fifth Amendment at this time.

BY MR. BRUEGGEN:

Q.    We talked about you were involved in a lineup earlier, sir?

A.    Yes.

Q.    And then after that, you spoke to some detectives, right?

A.    It was an officer, Spanish-speaking officer.

Q.    Was there also a detective in the room?

A.    Yeah, it was.

Q.    And do you know who that detective was?

A.    Paulnitsky.

Q.    And what did Detective Paulnitsky ask you through the Spanish interpreter?

A.    He was just letting me know the reason why I was there for.  That's all.

Q.    What did he say -- I'm sorry.  Go ahead.

A.    And my name too.

Q.    And what did the detective tell you as

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149483

GONZALEZ 000225

to why you were there?

A.    They were going to ask me questions. They were waiting for somebody.  I really don't know how long I waited, though, but I know they -- they just waited for somebody to come to the police station, though, you know, to talk to me.

Q.    And at some point, did they ask you questions?

A.    No.  Just --

Q.    They never asked you any questions about the shooting?

A.    They told me what -- what I was -- the reason why I was there for at -- at that moment, you know.  They never asked me nothing about the shooting, no murder, nothing.

Q.    Who were the detectives that you interacted with?  Can you tell me all the people you knew who you interacted with on July 15th regarding the shooting that you were brought in for?

MS. BONJEAN:  Okay.  I'm going to object to the foundation of that question.

But you can answer that question. If you want him to repeat it, ask him to repeat it.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149484

GONZALEZ 000226

THE WITNESS:  Yeah.  Repeat the question again.

BY MR. BRUEGGEN:

Q.   And what I'm getting at, sir, is you've identified that Detective Paulnitsky was there asking you questions through a Spanish interpreter. I am wondering if you know the names of any of the other detectives that were there asking you about this shooting that happened on July 3rd.

A.   No.  I didn't -- I didn't know nobody's name.

Q.   While you were at the police station, do you recall speaking to an assistant state's attorney regarding a July 3rd shooting?

A.   An assistant state attorney?  Someone came in the room who happened to work with the -- with the state, but I -- I didn't understood what she was saying anyway, so she left.

Q.   So a woman, you say, came in the room?

A.   Some woman, yeah.

Q.   Was she -- do you know was she a police officer, was she an attorney?  Do you know what her role was?

A.   According to the -- to the interpreter,

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149485

GONZALEZ 000227

she was -- she was a DA, a district attorney.

Q.    Do you recall what her name was?

A.    Her name, it start with a B.  I know it was a female, but I don't -- I really don't know the name.

Q.    Who was present with that female?  Was Detective Paulnitsky still there?

A.    She -- when she came in, she came in with -- with a Spanish-speaking officer. Paulnitsky was there too.  They were just want to hear what she had to say, I guess.

Q.    And this was on July 15th of 1990?

A.    That was the day that I got -- that I got arrested for the -- for the attempt murder.

Q.    Did you speak to anybody else who was from the DA's office or the state's attorney's office?

A.    No, not at all.

Q.    Earlier when you said you were arrested, you said you were kicked in the back, right?

A.    Yes.

Q.    Do you know who kicked you in the back?

A.    No.  I really -- I really didn't saw

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149486

GONZALEZ 000228

who.  You know, they kicked me from behind.  So by the time I turn around, there was a bunch of guns drawn in my face.

Q.    And while you were in the interview room on July 15th, 1990, did any police officer lay hands on you?

A.    No, no.  They didn't -- they didn't lay they hands on me that day.

Q.    They just asked you questions?

A.    They did ask me questions, yeah.

Q.    Were you charged with the attempted murder on that day?

A.    Yes, I did.

Q.    Were you taken down to the lockup at Area 5?

A.    Yes.

Q.    And then subsequently sent to Cook County Jail?

A.    Yes.

Q.    Did you retain an attorney regarding those charges?

A.    I hired attorney.

Q.    Who was that?

A.    Martin Abraham.  I think I said it

AR-L 149487

GONZALEZ 000229

right.  Martin Abraham.

Q.    And how did you know Mr. Abraham?

A.    Oh, he was basically the lawyer of -- of some of the guys, you know, from the neighborhood.  Other -- I met him through other people.  I met him through other people.

Q.    When did you first contact Mr. Abraham after July 15th, 1990?

A.    Actually, my family contacted him as soon as I got arrested.

Q.    How long were you in Cook County Jail after you were transferred there on July 15th, 1990?

A.    30 days.

Q.    Were you able to bond out?

A.    Yes.  I did bond out.

Q.    Prior to being transferred, when you were in the interview room prior to being transferred down to lockup, did you speak to a Sergeant Mingey and a Detective Montilla?

A.    Montilla, yes.

Q.    Montilla?

A.    Frank Montilla, yes.

Q.    Was this after you had talked to

AR-L 149488

GONZALEZ 000230

Paulnitsky and the female attorney?

A.   Yeah.

Q.   What did you talk to Mingey and Montilla about?

A.   They -- the same day that I got arrested.

Q.   Not when.  What did they -- did they ask you questions?

A.   They did ask me questions.

Q.   And what did they ask you?

A.   Where was I on July 3rd, 1990.

Q.   So Mingey and Montilla were asking you questions about July 3rd of 1990?

A.   Well, they were -- first they were question me about the attempt murder, and then they changed the focus of -- of double murder.

Q.   And was that the double murder that we talked about earlier that happened on North Avenue?

A.   Yeah.

MS. BONJEAN:  Hold on one second.  There's someone that entered the room for a second.  Just hold on a second.  Okay?  I think she's ...

MR. BRUEGGEN:  Entered your room or --

MS. BONJEAN:  Yeah.  The housekeeper just

AR-L 149489

GONZALEZ 000231

came in.  Hold on a second.

MR. BRUEGGEN:  You're like looking around. You're scaring me.

MS. BONJEAN:  Hold on.  I just figure it's distracting, so hold on.

MR. BRUEGGEN:  Do you want to go off the record until she's done or --

MS. BONJEAN:  No.  I think she's just -- we're -- Ashley, can you please -- it's distracting.  Ask her to leave.

Okay.  Yeah, that's -- that's fine. You can go now.  It's just -- she dropped off some towels.  Go ahead.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, so Mingey and Montilla were asking you about the double murder we talked about earlier that happened on North Avenue?

A.    Yeah.

Q.    And what did they ask you?

A.    They want to know my wheres about that -- that day that the crime happened and what I was doing and stuff like that, though.

Q.    And did you tell them where you were when that crime happened?

AR-L 149490

GONZALEZ 000232

A.    I was in my house.

Q.    And do you remember how you could recall where you were when that crime happened in May and we're talking about July?

A.    Double -- double murder?

Q.    Yeah, the double murder.

A.    Yeah.  I -- I was in my house.  I don't -- I don't -- I don't -- Rosa Bella have two girls.  They need to take care of her, and she -- older one, she -- she's epileptic, though, you know, and sometimes she get those seizures attack and we need -- we need to take them to the hospital, though.

Q.    So Rosa Bella was an epileptic?

A.    No.  Her daughter, her oldest.

Q.    And so do you have a recollection then of -- on the earlier morning hours of May 25th, 1990 being at home?

A.    Yeah, I was at home.  Yes, I was.

Q.    And did you tell police that?

A.    I did tell them that.

Q.    Did they ask anything else?

A.    All they want -- they wanted to know if -- you know, if I got lawyers, if -- you know, stuff like that, though, you know.  Who were I

AR-L 149491

GONZALEZ 000233

living with, though.  You know, just basic questions and stuff, though.

I told them I got a lawyer.  I told them, you know, I don't know why, you know, they wanted to talk to me about that, though, you know, when -- when I didn't have nothing to do with nothing, you know.

So again, they just brung -- they saying that the -- the other case, the weapon is supposed to have something to do with this case. Whether it true or not, I don't know.  I just -- like I said, I didn't -- I didn't have no -- I didn't have much to say to them only other than I wanted my lawyer present.  I was getting scared, though, you know, and -- and disoriented, you know. I never -- I never been through stuff like that in my life before, though.

Q.    And, sir, switching back to your time at Cook County Jail after you were arrested on the attempt murder on July 15th, were you visited by any of your fellow Latin Kings while you were in jail?

A.    No.

Q.    Did you plead guilty to the attempt

AR-L 149492

GONZALEZ 000234

murder case?

MS. BONJEAN:  You can answer that --

THE WITNESS:  Yeah.

MS. BONJEAN:  -- that question.

THE WITNESS:  Yeah.

BY MR. BRUEGGEN:

Q.   You were sentenced to 15 years in the IDOC based on that plea of guilty to the attempt murder?

A.   Yeah.

Q.   Did you commit that murder?

A.   Under my -- advice --

MS. BONJEAN:  Wait.  Hold on.  The murder?

MR. BRUEGGEN:  I'm sorry.

BY MR. BRUEGGEN:

Q.   Did you -- strike that.  Let me rephrase it.

Did you commit that attempt --

(Crosstalk.)

MS. BONJEAN:  -- questions about the double murder, but because the -- the attempt murder is pending, he -- he is not going to at my advice.  So if you want to ask about the attempt, I got to be clear on what you're asking about.

AR-L 149493

GONZALEZ 000235

MR. BRUEGGEN:  And, Jennifer, I think I misspoke.  That's why I was going to strike that, withdraw the question and I'll rephrase.

MS. BONJEAN:  Okay.

BY MR. BRUEGGEN:

Q.    We were just talking about your pleading to the attempt murder, right, sir?

A.    Yes.

Q.    Did you commit the attempt murder on July 3rd of 1990?

A.    Under the advice of my counsel, I invoke my Fifth right at this time.

MS. BONJEAN:  But we will be happy to produce him at a later date to answer questions about that.

MS. ROSEN:  And -- and when do you propose that's going to be?

MS. BONJEAN:  Well, we have a hearing in his case that was supposed to be set, but thanks to the state continually delaying it, we haven't been able to have that hearing.  But it's supposed to be set in front of Judge Reddick.  And I suspect we will be able to do that in very short course.

MS. ROSEN:  So once -- I'm not -- I guess I should be clearer.  Do you mean you're going to

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149494

GONZALEZ 000236

wait until the case -- the conviction gets overturned, as you suspect, and then you're going to bring him back or are you going to wait until the entire proceeding gets resolved?

MS. BONJEAN: We're going to wait until the case is overturned and then we're going to demand trial, and I suspect the state will have to bring him to trial pretty quickly.

And we have plenty of Monell discovery to do, as you said, what, you -- you predicted like two years, Eileen.

MS. ROSEN: Jennifer, I'm not trying to get sarcastic with you here. I am just trying to get an understanding of what your plan is.

MS. BONJEAN: When -- when the state says, Motion to stay, nolle pros, we'll produce him. We'll produce him that afternoon if you'd like.

MS. ROSEN: Thanks. It wasn't really supposed to be a trick question or to get a debate about. It was simply an idea of what your plan was. Thank you.

MS. BONJEAN: You're welcome.

BY MR. BRUEGGEN:

Q. Mr. Maysonet?

A.    Yes, sir.

Q.    Why did you plead guilty to the attempt murder case?

MS. BONJEAN:  Hold on.  We're going to --

MR. GREENBERG:  Well, no.  That -- that gets into -- I'm going to object.  That gets into attorney/client privilege matters.

MS. BONJEAN:  Yeah.  We're going to object at that point, not so much on Fifth Amendment grounds, but he does at this point have an attorney/client privilege with his then attorneys as it relates to that matter.  So ...

MS. ROSEN:  And I'm going to object to Steve objecting from across the room.  There's one lawyer involved in defending the case.  So he should get closer to you and whisper in your ear, if that's what he needs to do.

MR. GREENBERG:  We're in a hotel room, Eileen, and that would just make me a little bit uncomfortable.

MS. BONJEAN:  Okay.  I will -- don't worry. I will object from this -- this point.

MR. GREENBERG:  I'll throw something at her, if that's okay.

AR-L 149496

GONZALEZ 000238

MS. ROSEN:  I just don't want to hear you.

MS. BONJEAN:  Well, you're not the only one.

MR. GREENBERG:  Would you rather hear her? That's really -- I -- that hurts.

MS. BONJEAN:  Okay.  Go ahead.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, let me rephrase the question, and I think -- you know, to clarify everything.

Why did you plead guilty to the attempt murder?

MS. BONJEAN:  Okay.  I'm going to object on attorney/client privilege grounds.  He's not going to answer that question.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, are you going to listen to your attorney and not answer that question?

A.   Yes, sir.

Q.   Okay.  How long was Martin Abrams your attorney on the attempt murder case?

A.   Just for a brief moment.

Q.   When you say "a brief moment," can you put that in days, weeks, or court hearing?

A.   I'm going to put it like in -- I'm

AR-L 149497

GONZALEZ 000239

going to put it like in court hearing.  Because after him, I went and hired another lawyer.

Q.    Did Martin Abrams speak Spanish?

A.    No, he don't.  Just -- maybe just few word here and there, though, but other than that, though, no.

Q.    And how long after retaining Mr. Abrams did you hire another attorney?

A.    Well, let's see.  I got arrested in July.  I'll probably say before -- before I even get out -- out of jail, though, or bond myself out, I got the second attorney, though.

Q.    Who was the attorney that you got, the second attorney?

A.    William Swano.

Q.    Why did you switch attorneys?

MS. BONJEAN:  I'm going to object on attorney/client privilege grounds and instruct him not to answer.

BY MR. BRUEGGEN:

Q.    And, Mr. Maysonet, I will rephrase the question -- or strike that.

Are you able to answer my question without revealing anything you talked to your

AR-L 149498

GONZALEZ 000240

attorneys about?

MS. BONJEAN: All right. Can you answer -- hold on.

Can I consult with him?

MR. BRUEGGEN: Yes. On this privilege, yes.

MS. BONJEAN: Yeah.

(Recess taken.)

MR. BRUEGGEN: Jennifer, are you guys ready to go?

MS. BONJEAN: Yes. Go.

BY MR. BRUEGGEN:

Q. Okay. Mr. Maysonet, my last question was, Why did you switch attorneys? And when I ask that, I don't want to know anything you spoke to your attorneys about in switching, but if you had reasons for -- had reasons you discussed with your family. Can you tell me, sir?

A. My family was the one who got lawyer, so I really didn't have nothing to tell -- nothing to decide on that, though, you know. That was they money, not mine.

Q. So did your family retain Mr. Abrams?

MS. BONJEAN: Mr. Abrams or Mr. Swano?

AR-L 149499

GONZALEZ 000241

BY MR. BRUEGGEN:

Q.   Mr. -- Mr. Abrams, starting with the first attorney.

A.   Abraham, he been know by -- with the family, but then later we got Swano through my family, basically.  You know, they the one who really made the decision to get Swano.

BY MR. BRUEGGEN:

Q.   Did your family retain Mr. Swano on your behalf?

A.   Yes.

Q.   And did you tell your family you wanted to switch attorneys before they were -- they retained Mr. Swano?

A.   No.

Q.   Did you have any concern with them switching attorneys even though you'd been represented by Mr. Abraham?

A.   No, not really.

Q.   And do you know how your family came to retain Mr. Swano?

A.   I believe Swano, he was my brother-in-law attorney.

Q.   And who was your brother-in-law?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149500

GONZALEZ 000242

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 243

A.    Wilfredo Rivera.

Q.    Wilfredo Rivera?

A.    Yeah.

Q.    Was Wilfredo Rivera a member of the Latin Kings?

A.    Yes.

Q.    Was he from your set?

A.    No.

Q.    What set was Wilfredo Rivera from?

A.    Basically, he was from Whipple and Wabansia.

Q.    Did you pay Mr. Swano to represent you?

A.    My family did.

Q.    Do you know where your family got the money to pay Mr. Swano?

A.    They work, so ...

Q.    Did you retain Mr. Swano before or after you bonded out of prison on the attempt murder charge?

A.    I was -- I was still incarcerated when I got Swano, though.

Q.    You were still incarcerated when you got Swano?

A.    Yeah.

Q.   Okay.  Thank you, sir.

A.   He went and visit me and stuff.

Q.   Did Mr. Swano speak Spanish?

A.   No, he didn't speak Spanish.

Q.   How did you communicate with Mr. Swano?

A.   Through the translator.

Q.   Every time you spoke to Mr. Swano, was there a translator?

A.   Yes.

Q.   Who posted your pail or bond to get out of prison on the attempt murder charge?

A.   My family.

Q.   And do you know where your family got the money to do that?

A.   Again, they work, so ...

Q.   Mr. Maysonet, earlier you talked about a community fund from your set of the Latin Kings and that was to be used for attorneys and bonding people out.  Do you recall talking about that?

A.   Yes.

Q.   Do you know if your family got any money from your set of the Latin Kings to help pay for your attorney?

A.   No, they don't.

AR-L 149502

GONZALEZ 000244

Q.    What about to pay your bond?

A.    They paid the bond, not -- not on the money from -- from the gang.

Q.    While you were incarcerated at the Cook County Jail on the attempt murder charge, do you recall speaking to Sergeant Mingey and Detective Montilla?

A.    Yeah.  They went and visit me.

Q.    Do you recall when they visited you?

A.    Probably few week after I got locked up.

Q.    Do you recall prior to speaking to them that a Cook County guard gave you a form to sign?

A.    A Cook County -- Cook County guard, he give me a form to sign, yes.

Q.    Did you sign that form?

A.    I did.

Q.    And was that form explained to you?

A.    Nobody explain what I was signing. Just -- they just told me to sign in order for me to get put in the room with the detective, though, Montilla and Mingey.

Q.    I'm sorry.  Did you say it got put in a room with -- or they put you in the room.  Could

AR-L 149503

GONZALEZ 000245

you -- I'm sorry.  Could you just repeat your answer, sir?

A.    Right.  I will explain to you.

After I sign the paper, I got put in the room with Mingey and Montilla, though.  I didn't know they were there, though.

Q.    And did you look at the form before you signed it?

A.    I did look at the form, but I couldn't understood what it said, though.

Q.    And what did Sergeant Mingey and Montilla ask you about while you were in that room?

A.    They want to -- they want to know if I ha anything to do with -- with the double murder.

Q.    The double murder that happened on North Avenue just west of Kimball?

A.    Yes.

Q.    And if I refer to that as the Wiley brothers murder, do you understand that the Wiley brothers were killed in that murder?

A.    Yeah.  Just the -- the two guys that got killed in there, they are the two -- were actually two brothers, yeah.

Q.    And I'm just trying to make it simple.

AR-L 149504

GONZALEZ 000246

If we refer to that again, I don't want to keep saying the murder what was west off Kimball on North Avenue. Okay, sir? So I'll just call it the Wiley brothers murder.

A. Okay. All right.

Q. Did you ask Mingey or Montilla if there was a chance you could get a deal on your attempted murder case if you had information about the Wiley brothers murder?

A. No. They -- I never -- I never asked for no deal.

Q. How long were you with Mingey and Montilla in the room at Cook County Jail?

A. Few minutes, very, very, very short few minutes. Not long.

Q. Less -- was it less than five minutes?

A. I'll probably say so.

Q. What else did Mingey and Montilla ask you?

A. They just want to know, you know, my wheres about that day. I kept telling them where I was, you know. Suddenly they got mad because they thought that I was not being truly honest with them. So I got mad at myself too. So we got into

AR-L 149505

GONZALEZ 000247

a heated argument in the room. And Montilla started raising his voice on me and I raise his voice on him. I got off of the chair. He ordered me for me to sit down.

And I told him: No, I'm leaving. I'm -- I don't -- I don't have nothing to talk to you. You guys come to me. I didn't ask for you -- to see you guys, though, you know. I'm leaving.

That's when somebody came. The -- some old man that give me the paper, he came in the room. He was screaming real loud. I don't know what they were talking about. Only thing I saw, that everybody focus on the old man where he was screaming.

And that was my chance for me to leave the room. I just leave the room. They said I could leave the room anytime I want. I left the room.

So the guard or the -- the old man, he grabbed me. He was in civilian clothes, matter of fact. He grabbed me and he took me. That was it.

Q. And that old man in civilian clothes, he worked for Cook County Jail?

AR-L 149506

GONZALEZ 000248

A.    Yes.

Q.    Did either Mingey or Montilla lay any hands on you in that interaction?

A.    No, no.  But he got -- it was a heating -- a heating argument.  I mean, it was about to, you know, get real, real, real, real bad.

MR. BRUEGGEN:  Mr. Maysonet, I would like to show you what we'll mark as Maysonet Exhibit Number 2.

And, Jennifer, this is the Cook County Jail authorization.

MS. BONJEAN:  Okay.  Hold on.  I have the paper.  Let me grab it.

MR. BRUEGGEN:  And I'll also put it up on the screen just to make sure we're on the same page, sir.

MS. BONJEAN:  Okay.

MR. BRUEGGEN:  So -- and for the court reporter.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, I put up what we're going to call Maysonet Exhibit Number 2 on the screen.  Can you look at that?

A.    Yeah.

AR-L 149507

Q.    You see that document?

A.    Um-hmm.

Q.    And I believe you have a paper copy there of the same document?

A.    Yeah.

Q.    And would it be easier for you to use the paper copy or the screen copy?

A.    I think the copy would be better.  I can hardly see the numbers in that one.

Q.    Okay.  So why don't we use the paper copy you have there.  And just if you could for me confirm that's the same document you see on the screen.

A.    Yeah.  It is the same document.

Q.    Okay.  Mr. Maysonet, have you seen Maysonet Exhibit Number 2 prior to today?

A.    Don't believe it.

MS. BONJEAN:  He's asking if you saw this before today.

THE WITNESS:  Yes.  Yes, I did.

BY MR. BRUEGGEN:

Q.    And can you tell us what Maysonet Exhibit Number 2 is?

A.    The Cook County Department of

AR-L 149508

GONZALEZ 000250

Correction paper.

Q.    And is this the -- the paper that the Cook County guard handed to you before you met Mingey and Montilla on August 1st, 1990?

A.    Yeah.

Q.    And see some typed writing and then there's also some handwriting on the page, right, sir?

A.    Right.

Q.    In August of 1990, you could recognize your name when it was written on a piece of paper, right?

A.    Yes, sir.

Q.    Again, the spelling of your name is the same whether it's in Spanish or English?

A.    My name in Spanish or English?  My name, it's there.

Q.    Yeah.  And what I'm asking is whether it's -- you know, your name is the same whether you speak Spanish or English, right?

A.    Right.  Yeah, yeah.

Q.    And so when you were handed this form, did you see your name on there?

A.    Yes, I do.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149509

GONZALEZ 000251

MS. BONJEAN:  No.  What -- not --

THE WITNESS:  Oh, talking about --

MS. BONJEAN:  When -- can you lay some foundation?  Handed this form now or handed it at a different point?

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, when you were handed this form by Cook County correctional officer, you said you looked at the form, right?

A.    Yeah.

Q.    And did you see your name on the form when looked at it back in August 1st of 1990?

A.    I saw that -- I saw my name in -- in the -- in the page in the top.

Q.    And did you see right below your name there's some other writing and it says -- hard to read, but it looks like Sergeant Mingey.  Did you see that?

A.    Yes, I do.

MS. BONJEAN:  No.  He's talking in present tense.  Can you please --

MR. BRUEGGEN:  I'm going to clarify, Jennifer.  Calm down.

AR-L 149510

GONZALEZ 000252

BY MR. BRUEGGEN:

Q.    Did you see that it says Sergeant Mingey on this form when you were handed the form back in August of 1990?

A.    No.

Q.    And then down below it there's some additional handwriting.  Again, do -- did you see your name that's written there when you were handed this form in August of 1990?

A.    No.  My name was not there.  I signed the paper where it got the signature, though.  All that maybe come later, though.  I know the paper, I had to sign the name right there.  And this right here, it was only my name.  They didn't have no Sergeant Mingey or whatever the stuff on the bottom, though.

MS. BONJEAN:  I'm going to -- I'm going to represent that he -- he said he saw his name up at the top, but they didn't have no -- no Sergeant Mingey or anything else.

MS. ROSEN:  I think he -- he can speak.  Why are you representing?  He said what he said.  Why are you rephrasing what he said?

MS. BONJEAN:  I'm not rephrasing.  I am

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149511

GONZALEZ 000253

clarifying what he's pointing to on the paper.

Fine.  You don't want --

MS. ROSEN:  Well --

MS. BONJEAN:  You don't -- you guys figure it out, but I'm not going to let you misrepresent what he's saying.  So go ahead.  You figure out what he's pointing at without being able to see it.

MS. ROSEN:  Can you stop yelling?

MS. BONJEAN:  I'm --

MS. ROSEN:  You --

MS. BONJEAN:  You can hear --

MS. ROSEN:  You can point -- stop yelling.

MR. BRUEGGEN:  All right.

MS. ROSEN:  Just point to if you want to identify on the page, but you -- you just simply were repeating.  You started with, He said.  We can hear him.

MS. BONJEAN:  I said, He pointed.

MS. ROSEN:  No, you didn't.  You said, He said.

MS. BONJEAN:  Okay.  Go ahead.  Go ahead.  I will not -- I was trying to make it easier.  I'm not misrepresenting what he's -- what he's pointing at, so --

AR-L 149512

GONZALEZ 000254

MS. ROSEN:  I'm not asking -- I'm not suggesting that, Jennifer.  I am simply saying if you -- if you would like to tell us what he's pointing to, that would be great, but that's not what you just did.  You said, He said.

MS. BONJEAN:  Okay.  Go ahead, go ahead.

BY MR. BRUEGGEN:

Q.    And, Mr. Maysonet, I'm going to share my screen again that has that same document, just to make sure that I fully understand what you're saying, because obviously the document's in front of you and I'm not there with you.

So let me pull it up on the screen for you right now.  Okay?  And you can look at either your document or this document, but I'm going to show you some things on this document that I'm going to want you to look at.  Okay?

A.    Yeah.

MS. BONJEAN:  You can enlarge or --

BY MR. BRUEGGEN:

Q.    Does it need to be larger, sir, or can you read it?

A.    You could put little bit larger.

Yeah, that's good right there.

AR-L 149513

GONZALEZ 000255

Q.    That's good?

A.    Yeah.

Q.    Okay.  And so up at the top where the cursor is, it says, I, Inmate Jose Maysonet.  Do you see what I'm indicating, sir?

A.    Yes.

Q.    Was that Jose Maysonet written on this form when it was handed to you by the Cook County guard?

A.    That was only thing was there, my name and the ID number that I had when I was incarcerated.  That's about it.

Q.    Okay.  So this part right below your name and ID number where it says, Sergeant Mingey, and then typed DEPT and written CPD was not on there when you signed this form?

A.    No, it was not there.

Q.    Right what below where it says again, I, Inmate, handwritten Jose Maysonet and your ID number, was that on this form when you signed it?

A.    No.  It was not there either.

Q.    And then down below that it says, Signature, and it appears to say, Jose Juan Maysonet.  Do you see that, sir?

AR-L 149514

GONZALEZ 000256

A.    Yes.

Q.    Is that your signature?

A.    It is.

Q.    And you signed this form on August 1st, 1990?

A.    Yeah.

Q.    And you signed it before you met with Mingey and Montilla?

A.    Yeah, I did.

Q.    Did you write your ID number?

A.    No.

Q.    Did you write the date?

A.    No.

MR. BRUEGGEN:  And, Mr. Maysonet, this is another good point to take just a quick break to use the bathroom or grab more coffee or a drink or something, and we can get back on the record shortly.  I only need about like two to three minutes, if that's all right.

THE WITNESS:  Okay.

MR. BRUEGGEN:  Does that work?

All right.  Thank you.

THE COURT REPORTER:  Can I get five?

MR. BRUEGGEN:  Yes, we can do five.

AR-L 149515

GONZALEZ 000257

THE COURT REPORTER:  Thank you.

THE VIDEOGRAPHER:  We're off the video record at 3:10 at the end of Media Unit 4.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the video record at 3:17 at the beginning of Media Unit 5.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, do you recall going to court on the morning of August 22nd, 1990?

A.    August 22nd, 1990, yes.

Q.    What time was court that day?

A.    I believe it was probably like around 9:00, 9:00 o'clock in the morning.

Q.    Was that court for your attempt murder charge?

A.    Yes.

Q.    What had you done that morning prior to going to court?

A.    Say that again.

Q.    What did you do prior to going to court that morning?

MR. GREENBERG:  And don't leave out shit.

THE WITNESS:  What did I did?  Just eat my breakfast and go -- go to court before I get myself

in trouble.

BY MR. BRUEGGEN:

Q.    Do you know what time you arrived at the Cook County courthouse?

A.    Not probably before 9:00.

Q.    Who did you go to the Cook County Courthouse with on August 22nd, 1990?

A.    Rosa Bella.  My sister, Rose Maysonet. And a friend of mine, though, that I know by his street name, Pantoja, though.  He was my driver.

Q.    You said "street name, Pantoja." Is that P-a-n-t-o-j-a?

A.    Yeah, Pantoja.  Not J -- J, yeah, J. Yeah.  I'm sorry.  J.

Q.    And was Pantoja, was he a Latin King?

A.    No, no.

Q.    Do you know what his real name was?

A.    No.  I -- I didn't.  He was just -- he was just one of the kids from the neighborhood, though, you know.  Good kid, though.

Q.    And you said he was your driver?

A.    Yeah.  He was my driver that day.

Q.    So he gave you a ride to the courthouse?

AR-L 149517

GONZALEZ 000259

A.    Yes, he did.

Q.    Did he stick around?

A.    He -- he stuck around for a brief moment and then he went outside.  And by the time he came -- he came in, I guess, you know, I was already -- I was already on my way to the police station.

Q.    So he came in initially.  Was he there in court in Room 101?

A.    Um-hmm.

Q.    Yes?

A.    Yes.  Sorry, sorry.  Yes.

Q.    No problem, sir.  You've done great so far.

A.    Okay.  Thank you.

Q.    And then when did he leave?

A.    He -- he left, I want to say five minute before -- before we got there.  He went outside.  And by the time, you know, he came back, that's when I was on my way to the police station, though.  He probably didn't even know what happened to me until somebody else probably told him.

Q.    And do you know where Pantoja lived?

A.    By the time, yeah.

AR-L 149518

GONZALEZ 000260

Q.    Yeah, at the time.

Can you tell me what his address was?

A.    No.  I don't know the address, but I know where he was living, though.

Q.    And can you describe where he was living, whether cross streets or --

A.    He was living right on Potomac and Kedzie, though, right, the first building.  I really don't know the address around there, though.

Q.    Was your attorney present with you in court in Room 101?

A.    My -- my lawyer, can you -- the name?

Q.    Your -- your lawyer, was he present with you in Courtroom 101 when you first appeared at Cook County on August 22nd, 1990?

A.    No.

Q.    Your lawyer at that time was Mr. Swano?

A.    Yes.

Q.    And what happened in Courtroom 101?

A.    The judge, he -- the judge give me -- when they call my name, the judge, she give me like some kind of pass, a piece of paper.  And by the time I understood what she was being -- what she

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149519

GONZALEZ 000261

was saying and to -- I mean, I keep thinking Judge Morgan.

The judge, he was present that day, I don't know the name, he give me a piece of paper, and he said something.  I came to find out what he was telling me when -- when my sister, she told me that I got to go to the courtroom in 302 and make sure the name of the judge and I got to stay there until they call my name.  If I weren't -- if I don't go there, I will get myself in trouble with the judge.

Q.   Was your attorney, Mr. Swano, supposed to meet you in Courtroom 101 that morning?

A.   He was supposed to meet me in -- when -- when the judge -- he assign me to a trial judge.  He said he'll be -- he will be there as soon as, you know, the judge, we found out who the judge is, though.

Q.   Had you talked to your attorney, Mr. Swano, that morning of August 22nd, 1990?

A.   No.

Q.   What happened after you left Courtroom 101?

A.   When -- when -- when I was walking out

AR-L 149520

GONZALEZ 000262

of the courtroom going to the -- to the courtroom that I was assigned for, I open the door and let my sister go, go out of the courtroom.  And Rosa Bella, she followed my sister.  And then somebody grabbed my hand and got me out of the courtroom. I'm thinking it was somebody playing.  And when I turn around and look, it was Paulnitsky holding my hand and pushing me towards the wall.

Q.    And did Paulnitsky say anything as he was holding your hand and pushing you towards the wall?

A.    Yeah.  He did say -- he did say something, but I didn't understood what he was saying.

Q.    Did he say your name?

A.    Did he say my name?  Yeah.  He did say my name.

Q.    And what else did Mr. Paulnitsky do?

A.    He just handcuff me in the back and he turned around.  He was saying something.  I asked my sister what he was trying to say, though, and she say, Oh, they say you got to go to the police station with him.

Q.    Got to go to what with him?

AR-L 149521

GONZALEZ 000263

A.    The police station.

Q.    And where did -- where did you and Detective Paulnitsky go?

A.    We went -- when he put the cuff on me, we walk to the opposite way from 101.  I'll probably say southeast of that -- of the Courtroom 101, and got put in the elevator with my head looking toward the wall.  And the further I went up, I look, when the -- when the -- when the elevator stop and I look and I saw it was like the 10th floor in the Cook County building.

Q.    Was anybody else with Detective Paulnitsky?

A.    No.  He was by himself.

Q.    When you were put in the elevator with Detective Paulnitsky, was there anybody else in the elevator with you?

A.    No.

Q.    You say you went to the 10th floor?

A.    10th floor, yeah.

Q.    And where did you go on the 10th floor?

A.    They put me in some -- like some little -- some little room.  And he went to make a phone call.  I saw him when he went to make a phone

call.  And he came and he -- he stood there.  He didn't say nothing else.

And like five, ten minute later, I guess, though, he -- he got a call and -- in the phone that he made the phone call.  And he just took me all the way down to the basement.  From the basement, he took me out of the -- back of the Cook County building, of the court building.

Q.   And on the -- you say he took you down to the basement?

A.   Yeah.  All the way down to the basement, yeah, or all the way down to the -- to the first floor, I guess.  I know it was -- it look like a basement to me.

Q.   My question is:  On the first floor, were there cars there?  In the basement, sorry.

A.   No, there were no cars.  There was just like -- like stuff, like sheets and mops and stuff like that, though.

Q.   It was a different floor than where you had gotten on the elevator?

A.   Yeah.

Q.   And what did you do once you got down to that floor?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149523

GONZALEZ 000265

A.     He pushed me toward -- towards a detective car and they put me in the car, and from there we went straight to the police station.

Q.     Did you know -- or strike that.

Were there officers with the detective car?

A.     There were two detective in the car.

Q.     Did you know either of the detectives?

A.     No.

Q.     And those detectives, you said, drove you to the police station?

A.     They did.

Q.     Was Paulnitsky in the car with you?

A.     No.

Q.     What happened once you arrived back at the police station?

A.     They just put me in the room and I just stood there by myself for quite a while until Paulnitsky came.  I guess he want to make sure that I was there.  He close the door.  He didn't never say nothing.  And -- then came Montilla and Mingey.

Q.     And so the room they put you in at Area 5, was that similar to the room you had been in when you were arrested for the attempt murder?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149524

GONZALEZ 000266

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 267

A.     Yes.

Q.     And the two detectives who drove you there put you in that room and then closed the door?

A.     Yeah.  But they put me in there and they cuff me to the ring of the wall.  There's a ring in the wall, so they place like another handcuff in between the one that I had on and cuff me to the wall so I don't go nowhere.

Q.     And you said you waited a while until Detective Paulnitsky put his head in?

A.     I waited a while until they -- until he arrived, and Mingey.

Q.     How long did you wait?

A.     I waited a long time.

Q.     Was it more than an hour?

A.     More than an hour.

Q.     Was it more than three hours?

A.     More than three hours.

Q.     Was it more than five hours?

A.     No.

Q.     Was it somewhere between three and five hours that you waited before you saw --

A.     I was -- basically, we were -- they

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149525

GONZALEZ 000267

were waiting for the shift change so -- so when the Detective Montilla and Mingey come, they were going to come as soon as the shift change.  I guess that's what they were waiting for.

MS. BONJEAN:  Don't guess.

BY MR. BRUEGGEN:

Q.    And going back to the courthouse, do you know how long you were in Courtroom 101?

A.    As soon as I got there, my name, it got called like -- probably like 20 minutes later.

Q.    And after your name was called and you got the slip, did you then immediately exit Courtroom 101?

A.    Well, I wanted to go home.  I'm thinking that I want to go home, but they told me no, that I got to go to 302, when my sister put the brakes on me.  So I had to go.  But I was on my way to the Court 302 when right in between it happened, I got arrested.

Q.    And how long were you with Paulnitsky before you were -- at the courthouse before you were put in the car with the two detectives to go back to the station?

A.    I'll say probably like ten minute or

AR-L 149526

GONZALEZ 000268

more.

Q. And so you get to the station. The two detectives put you in the interview room. They cuffed you to the call. And then you wait somewhere between three and five hours. Right?

A. Yeah. Something like that, yeah.

Q. And did anybody check on you during that time?

A. Yeah, Paulnitsky. He kept coming and checking on me, see if I was -- I guess all right or -- or I was still there, though.

Q. And then how many times did Paulnitsky check on you while you were in there?

A. It was a number of time.

Q. And how would he check on you? Did he open the door and pop his head in or did he just look through a window?

A. Yeah. It's got this like -- like a window like this, though, you know, with some kind of fans in between. So yeah. There were time they put a paper in. They put like a big, big paper. And the only thing he do, he just -- just lift the paper like this and look to see if I was there and just close it down again.

AR-L 149527

GONZALEZ 000269

Q.    So when you were first put in the room, there was paper on the window?

A.    The window, yeah.

Q.    And you would see Paulnitsky lift that paper and check to see if you were in there?

A.    Yeah.

Q.    Did he say anything to you?

A.    No.

Q.    And then what happened next?

A.    When Montilla and Mingey came, they -- they asked me some questions and stuff.  And then they put me down in the lockup room in nine to -- I cannot say specifically the time, but then later it happened that Officer Guevara went down to the lockup room and got me and he took me back to the floor that I was at first.

Q.    And, sir, were you saying the -- the lockup room?

A.    (Nodding.)

Q.    Okay.

A.    Lockup room.

Q.    Sorry.

A.    Yeah, the jail, you know, where they got --

AR-L 149528

GONZALEZ 000270

Q.    Yeah.  No, no.  I -- I understand, sir. I just wanted to clarify.

So you were in the interview room, Paulnitsky checked on you several times, and then Mingey and Montilla came and talked to you?

A.    Yeah.  They came and talked to me real briefly and -- and then they took me all the way down to the lockup room.

Q.    How long did Mingey and Montilla talk to you?

A.    Not -- not for long.

Q.    What did they say to you?

A.    Montilla, when Montilla came, he asked me, Who brung you in?  Who -- who -- who got you here?  So -- because I had the handcuff, I started pointing, Oh, the white guy, the white guy.  So I guess he got offended.

And I was saying that in Spanish to him.  And Mingey -- Paulnitsky, he -- he started walking towards us and he grabbed me by -- by the shirt.  And he told me if I would say anything bad about -- about him or call him a white -- a white guy, that he was going to bust my face.  So he went and slapped me right in my face and knocked me down

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149529

GONZALEZ 000271

the floor.

And I look at Montilla, look at Montilla, Hey, why you let him do that, though? And he -- Montilla, he just turned around. He go and say -- I'm just going to say exactly how he said, though. He told Paulnitsky: Oh, what the fuck, man, why do you got to hit him, though? You know, don't -- don't do that to him. You know, he a good guy, though, he know me. You know, he willing to cooperate, though. You know, you don't have to do that to him. Don't be a jerk, though, you know.

So he -- Paulnitsky, he was saying something to him. The reason that I know what he said to him because I told -- I told Montilla, you know, What did you tell him, though, you know? And he said, I told him, you know, the why he did that to you, you know, you -- you seem to be a good guy, though, you know.

And I'm like, Man, I'm -- I'm scared. I don't know -- I don't know what going to happened to me. He like, Ain't nothing going to happen to you, don't worry about it, though, you know. So he told me, Come on, I'm going to put you

AR-L 149530

GONZALEZ 000272

down there and we'll talk later, though, you know.

So he put me in the lockup room. I didn't saw him until Guevara went down there an pick me up, or brought me up.

Q. Was Mingey in the interview room when you pointed at Paulnitsky?

A. Mingey was doing something. The one who was in the room, it was Montilla. And the door was open, so they could hear, you know, what we were talking.

Q. So when Mingey and Montilla were in there, the door to the interview room was open?

A. The door was open when Montilla -- Mingey came. Mingey left. I guess he went to look for something or make a call or something. I really don't know. It's just that when Montilla, he was there, he asked me, Who brung you, who brung you in, in Spanish. So I pointed to Paulnitsky with my finger with my -- with my hands in the back, though. And that's when he got mad and he -- I believe Montilla mentioned his name. That's -- that's how he know that we were talking about him.

Q. Was Paulnitsky in the room at that time?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149531

GONZALEZ 000273

A.    He -- he was out -- outside, but he can see everything clear what's going on in the room.

Q.    And what did Mingey and Montilla say to you prior to Montilla asking you who brought you in?

A.    Nothing.  They just -- they just told me, Who brung you in, though, and they say, We're going to talk to you, don't worry about it.

I would say, though, he -- after I got hit and all that stuff, he put me down there in the -- in the lockup room waiting until Officer Guevara came down there and pick me up and put me back in the same room that I was, though, you know. And then that's when Mingey and Montilla, they went and check on me, they left.  And most of the talk, it was with Guevara after that.

Q.    So after you pointed to Paulnitsky, you say he came in the room.  And did he grab you?

A.    Paulnitsky, he grabbed my --

Q.    Yeah.

A.    -- shirt, yeah.  He grab it through here, through the shirt, yeah.

Q.    Grabbed your shirt?

A.    Yeah.  Right here, yeah.

AR-L 149532

GONZALEZ 000274

Q.   And what did he do after he grabbed your shirt?

A.   He just got real close to my face and he was screaming on me, telling me if I would say anything about him for far as white boy -- not white boy, white guy, that he was going to bust my face.  He hit me in the face.  He -- basically he slapped me in the face and shoved me in the floor.

So I just looking on Montilla, telling Montilla, Why you let him do that, though?  He like --

Q.   So -- I'm sorry.  Go ahead.

A.   Montilla, he turn around.  He -- you know, he was just talking loud to him.  I'm asking him, What -- what were you saying to him, though, you know?  So he told me what he was saying to him.  Whether he was saying the truth or not, I don't know.

Q.   So Paulnitsky grabbed your shirt and yelled at you?

A.   Yeah.  Yelled at me, yeah.

Q.   And then he slapped you?

A.   He slapped me after he finished saying what he was saying, yeah.

AR-L 149533

GONZALEZ 000275

Q.    And did he slap you or did he punch you?

A.    He -- well, it felt like a punch, you know.  I mean, I was just, you know, a young guy, though.  Yeah, he hit me in the face.

Q.    And did he have a closed fist or an open fist?

MS. BONJEAN:  Objection, form.

Go ahead.

THE WITNESS:  It happened so fast, though, really -- you know.  I didn't even pay attention.  Surprised that he hit me, though.

BY MR. BRUEGGEN:

Q.    And when he hit you, did he still have a hand holding your shirt?

A.    No.  I was already on the floor.  He pushed me.

Q.    So at the -- did he hit you when you were on the floor?

A.    No, no.  When he grabbed me and he said what he said, he put -- he slapped me and he pushed me in the floor.

Q.    Was he still holding you when he slapped you?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149534

GONZALEZ 000276

A.    Oh, yeah.  When he slapped me, yeah, he was holding me.

Q.    And after he slapped you is when he pushed you down to the floor?

A.    Yeah.

Q.    How many times did he hit you?

A.    Only one.

Q.    And after he pushed you down to the floor, did he say anything?

A.    Yeah.

Q.    What did he say?

A.    I don't know what he said, but I know what he was saying, though, you know, it was -- he was screaming on me.

Q.    And after that, did he leave?

A.    Montilla told him to leave, told him to get out of the room.

Q.    After that interaction with Paulnitsky, is that when Montilla took you down to the lockup?

A.    Montilla took me down to the lockup room.

Q.    How long were you in the lockup?

A.    I was there for a while.

Q.    More than two hours?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149535

A.    I fall asleep on there.

Q.    You slept in the lockup room?

A.    Yeah.  I did fall asleep.

Q.    And so you don't know how long you were in there?

A.    No.

Q.    What happened next?

A.    Guevara came.  He ordered the officer to open the door, so they -- yeah, the door.  And he got me off the cell, check me down, cuff me in back again.  And he put me back in the same room that I was when I came in the police station.

Q.    And what happened after he put you in that room?

A.    Well, he just sat me in there and he told me, Do you know what you're here for?  So I told him, No, not really, I want to know, you know what, going on.  And he said he'll be back in a moment.

He left and he came back.  And he told me what I was there for.  And then he wanted -- wanted me to talk to him.  And I told him I don't have no knowledge whatever the stuff that he wanted to talk to me.  So me and him, we was

AR-L 149536

GONZALEZ 000278

already, you know, mad and stuff.

And I tried to offer him some money and stuff, and he -- he don't want to -- he don't want to take it. He just want to know what happened to those guys, though, you know. I told him I don't -- I don't have no clue. I'm being the most honest than I can, though. So he like, Okay, I'll be back. So he left.

He came back again. And this time he came back with a -- with a flashlight. He came back with a -- with a Yellow Book and a pair of glove, one pair of black glove, and he put them in the table. And then he keep telling me if I'm ready to talk.

So I'm like, I don't have anything to talk about; I want to have my lawyer present, though. And that's when things got a little bit, you know, out of hand and stuff. He -- he left, I guess mad, telling me, You going to talk, one way or the other, you're going to talk. I don't know what he wanted to talk about.

When he came back, that's when, you know, things got real bad, though, you know. He started physically slapping me, hitting me in the

AR-L 149537

GONZALEZ 000279

head with book, you know, asking me questions, leaving the room, doing the same thing all over again, come back, asking the question again.

I keep telling him:  I don't know nothing, you know.  I want my lawyer.  I want my lawyer.

He keep getting more mad when I keep mentioning the lawyer name, and hitting me, leaving, coming back, repeating the same thing over and over again.

Q.    When Guevara got you out of the lockup, was that the first time you saw Guevara on that day?

A.    Yes.

Q.    And when Guevara was in the interview room with you when he first put you in there, was that the first time you talked to Guevara about the double homicide on North Avenue, the Wiley brothers murder?

A.    He -- he talked to me about it, though. But again, I didn't -- I didn't have no clue, you know, what -- what he trying to do or say to me, though.

Q.    And again, sir, my question:  Was that

AR-L 149538

GONZALEZ 000280

the first time that Guevara talked to you about the Wiley brothers homicide in that interview room?

A.    Yes, sir.

Q.    And you said initially Guevara just asked you questions about it?

A.    Guevara, he did, yeah.

Q.    And then he left?

A.    He asked questions for a brief moment and then he leave and then come back again, asking the same question again.

Q.    How many times did he ask you questions and then leave, where all he did was ask questions and then leave?

A.    It was bunch of times that he did that, though.

Q.    And at some point you said he brought in a Yellow Pages book and a flashlight and gloves?

A.    Yeah.  He brought -- he brought a Yellow -- a Yellow Book, it was a directory book, and a flashlight and a pair of black glove.

Q.    Did he bring those in after -- strike that.

After he brought you into the interview room, did he then go get the flashlight,

AR-L 149539

GONZALEZ 000281

gloves, and Yellow Pages book, or bring it in?

MS. BONJEAN: Objection. He already answered this question.

BY MR. BRUEGGEN:

Q. And, Mr. Maysonet, what I'm trying to get at is when did Mr. Guevara bring in the Yellow Pages, a flashlight, and the gloves? Had he talked to you several times and asked you what happened first or did he bring those in initially before he asked you questions?

A. He talked to me first and then he -- he got up. He left. And that's when he came back the second time he placed the book, the flashlight, and the glove in the table. We talked. He got up. He left. He turned around. He told me, I'm just giving you a chance for you to be -- to come clean. He left. He came back.

And that's when he -- you know, like I said, that's when he started getting mad. He started yelling on me. I was getting mad too. And that's when they -- when he start slap me in the face and then hit me in the head with the book, like -- in other word, like for me to be, you know, like intimidated, though, you know, and scared so I

AR-L 149540

GONZALEZ 000282

can just talk.  But I don't -- I don't have anything to stay; I don't have nothing to talk about.

Q.    So, Mr. Maysonet, am I understanding you correctly, it was on the third occasion that Guevara had left and come back in that he started to hit you?

A.    Yes.

Q.    And how many times did he slap you?

A.    He slap me a number of time, though, you know.

Q.    More than ten?

A.    Huh?

Q.    Let's talk about the third time that Guevara came in when he first started hitting you. How many times did he slap you?

A.    He -- he slapped me once.  And then he -- he got up and grabbed the book, and that's when he started hitting me in the -- in the head, you know.  I was just sitting.

MS. BONJEAN:  The book?

THE WITNESS:  Yeah, the book.  He just hit the book in the head.  And after he hit me few time with the book, and then he went and grabbed the

AR-L 149541

GONZALEZ 000283

flashlight and he start hitting the flashlight in the book in top of my head, though, you know, and putting it somewhere in my body, though, and hitting -- hitting the book with the flashlight, though, you know.  Touch my body, though.

BY MR. BRUEGGEN:

Q.    So how many time did he hit you with the book on top of the head?

A.    I really -- I don't know.  He just -- I was just getting -- you know, getting beat up by him, though.  That's much as I can say, though, you know.

Q.    Did he ever hit you --

A.    I --

Q.    Did he ever hit you in the --

A.    Go ahead.  Sorry.

Q.    Did he ever hit you in the side of the head with the book?

A.    He hit me in the head.  He hit me in my ribs.  He place the book in the back.  There's a number of -- you know, where it hurt the most basically, though.

Q.    And so he - I think you were indicating, correct me if I'm wrong, but he hit you

AR-L 149542

GONZALEZ 000284

on top of the head with the book several times, right?

A.    Yes.

Q.    Did he ever hit you in the side of the head or the face with the book?

A.    He -- he hit me in the head, not in the side, you know, but he really did -- he did slap me in the face, though, you know.

Q.    Yes.

You said he slapped you once and then he hit you with the book on top of the head several times?

A.    Um-hmm.

Q.    And then did -- then what did he do with the book?

A.    He grabbed the flashlight and put it in my head and -- and hitting the book with the flashlight, though.

Q.    So he put the book on top of your head and hit the book with the flashlight?

A.    Yeah.

Q.    How many times did he hit the book with the flashlight on top your head?

A.    A lot of time, a lot of time.  I didn't

AR-L 149543

GONZALEZ 000285

count how many time.  I know, you know, it was just ...

Q.    What were you doing while he was hitting you?

A.    What was -- what I was doing?  Begging him not to hit me.

Q.    Were you screaming?

A.    I did scream.

Q.    And after he put the book on your head and hit you a lot of times with the flashlight on the book on the head, where -- I think you said he put the book somewhere else on your body?  Where did he put the book then?

A.    He hit me in the ribs.  He hit me in the back.  He hit me my groin.  He just -- he was just hitting me anywhere that he can.

Remember, I'm cuffed against the wall, so it was not too much movement for me, you know, to move around.  So ...

Q.    And I understand that, sir.

I'm just trying to clarify that when he hit you in the side, how did he hit you in the side?  Did he hit with the flashlight in the side?

A.    No.  Hit me with the hand in my face.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149544

GONZALEZ 000286

Q.    No.  In the side of your body, sir?

A.    Oh, in the side?  He put the book, the Yellow Page in my side, and then with the flashlight he kept hitting the book.

Q.    And how many times did he hit the book when it was on your side of your body?

A.    It happened a lot.

Q.    And then you said where else did he hit you?  You said --

A.    My head.

Q.    -- the back?

A.    In my back, my groin.

Q.    And when he hit you on the back, did he just hit you with a flashlight on the back or did he use the book?

A.    The book and the flashlight.

Q.    So he put the book up against your body and then hit the book with the flashlight?

A.    Yes.

Q.    And how many times did he hit you on the back like that?

A.    I -- to be honest with you, I didn't even count how many time.  I know it was a lot of time that he hit me, though, you know.

AR-L 149545

GONZALEZ 000287

Q.    And then what about in the groin?  How many times did he hit you in the groin?

A.    He hit me a number of time in the groin too.

Q.    And how did he hit you in the groin? Did he put the book up against your groin and hit it with the flashlight or did he just --

A.    No.  He just got the flashlight, he just -- he just hit me in the groin.

Q.    So he swung the flashlight and hit you --

A.    Yeah.

Q.    -- in the crouch?

A.    In my crouch, yes.

Q.    How many times did he hit you in the crouch?

A.    He hit me number of time.

Q.    After that, did he hit you anywhere else on this occasion that he's in the room with you?

A.    He stop for a moment.  He leave.  He come back.  And he repeat the same thing all over again, hitting me in the same spots that he can hit me with.

AR-L 149546

GONZALEZ 000288

Remember, I'm cuffed in the back, though, so there's not much me for me, you know, to protect myself.  So whatever place that he put the book, he hit the book with the flashlight.

Q.    Did you say you were cuffed in the back?

A.    Yeah.

Q.    Or cuffed in the front?

A.    No.  I was cuffed in the back.

Q.    And were the handcuffs attached to the ring on the wall?

A.    Yeah.  They had another cuff in between the cuff that I already have, hook up with a -- a ring in the wall, a metal ring.  It was like a hook, like a big hook in -- in the wall of the police station.

Q.    And so how long was Guevara in -- the third time he came in when we just talked about all the times he hit you, how long was he in there with you?

A.    I don't know.

Q.    Was it more than an hour?

A.    I can't -- I can't remember.  Only thing, he just come real briefly, ask the question,

AR-L 149547

GONZALEZ 000289

beat me, and leave.

Q.    And so after he beat you, you say he left.  How long was he gone?

A.    I don't know.  I don't know for how long he be -- only thing, like I say, he leave for a moment, come back, ask the question, do what he did, beat me up and stuff, leave to give me the -- the time for me to think about what I'm going to say to him.

Q.    Between the third time he was in there when he hit you, did anybody else come in after Guevara left?

A.    No.  Not at that moment, no.

Q.    And then Guevara came back, and that would be the fourth time that he was in there with you?

MS. BONJEAN:  Objection.  That's -- that misstates his testimony, but -- are you asking about the fourth time or are you putting words -- or trying to characterize his testimony?

MR. BRUEGGEN:  I'm -- and, Jennifer, I think we clarified that it was the third time that Guevara went in there that all of that hitting took place.

AR-L 149548

GONZALEZ 000290

MS. BONJEAN:  No, no.  That -- we haven't clarified that.  He -- he's testified differently than that.  He said something different.  I'm not going to repeat his testimony.

But I'm going to object to the mischaracterization of what he said about -- about this.

BY MR. BRUEGGEN:

Q.    So we just went through a bunch of your testimony about Guevara hitting you and I was asking you how many times.

Do you remember that, sir?

A.    Yes, I did.

Q.    And then --

A.    Yeah.

Q.    And then you said Guevara left and he came back in, right?

A.    Um-hmm.

Q.    And when he came back in, what happened?

MS. BONJEAN:  Objection, asked and answered.

Go ahead.  Answer again.

THE WITNESS:  Repeat the same thing all over again, though, you know.  He do the questioning.

He see that he don't get no answer from me.  He go back to the beating again.

BY MR. BRUEGGEN:

Q.    And on this second time that he was in there beating you, where did he hit you?

A.    The second time?

MS. BONJEAN:  Yeah.  I'm just --

BY MR. BRUEGGEN:

Q.    Yeah.

After he left -- you said he beat you and then he left the room.  Now when he comes back in the room, I'm calling that the second time he's in the room with you, sir.

MS. BONJEAN:  But that misstates his testimony.  It's not the second time he was in the room with him.  So, I mean, that's a mischaracterization of his testimony.  And it's confusing, frankly.

BY MR. BRUEGGEN:

Q.    And, sir, I think -- I thought we had the times down, but maybe I'm mistaken.

So the first time when you talked about Mr. Guevara hitting you, he left the room and then he came back in, right?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149550

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 293

A.    Yes.

Q.    Okay.  And now after that first time of him hitting you, he's in the room for a second time, right?

A.    Yes.

Q.    And he hits you again?

A.    He kept hitting me until the third time.  That's what I just said to you.

He came the second time.  He ask me the question again.  That's when he brang the book and the -- the flashlight and glove in the table.  We talk about for a brief moment and then he left.

The third time when he came in, he ask the question and he see the -- the same answer that I was telling him on previous time, I was saying to him.  That's when he really got mad and he slap me in the face.  He went and grab the book and he start hitting me on top of the head with the book.  He might thought that I was not -- you know, putting no face like, Oh, yeah, you -- you hurting me and stuff like that, though, you know.

Only thing I keep saying, you know, Why you doing this, though, you know?  Why you doing this?  I thought you were my friend.  I

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149551

GONZALEZ 000293

thought you were my buddy, though, you know.

He keep putting the book in my ribs and hitting me. He really didn't -- he really didn't want -- he really didn't want to listen to anything that I wanted to beg to him about for him to stop, though, you know. Only thing he wanted me to say whatever that he want to hear, though, you know.

So he keep hitting me with the book and the flashlight, leave, come back, and do the same thing all over again.

Q. How many times did Guevara hit you with the book and the flashlight and then leave and come back in and hit you again?

MS. BONJEAN: Objection to the compound nature of that question.

You can answer if you understand it.

THE WITNESS: He just -- he keep repeat -- he keep -- he keep doing the same thing over and over and over again, though.

Q. How long did that cycle of him hitting you continue for?

MS. BONJEAN: Objection to the form of that question.

AR-L 149552

GONZALEZ 000294

THE WITNESS:  Again, until I got -- until they charge me with it, until they -- you know, they made me say what they want to hear.

BY MR. BRUEGGEN:

Q.    And do you know how long, timewise, that took?  Did --

A.    No.  I can't remember.

Q.    Was it more than two hours?

A.    It might -- I got there early in the morning.  I was in court.  So yeah, all day, all -- all that day until I got to the police station.

Q.    At some point you said you told them -- you told Guevara what he wanted?

MS. BONJEAN:  No.  Objection, that's -- mischaracterizes his testimony.

BY MR. BRUEGGEN:

Q.    Sir, when did the -- when did Guevara allegedly stop beating you?

A.    When -- Guevara stop hitting me when -- when he really got me by my groin and he really, you know, made me give up, and I -- I told him, you know, whatever -- whatever stuff that he want me to say, I'll -- I will say it to him, though, you know, just for him to stop hitting me.

AR-L 149553

GONZALEZ 000295

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 296

Q.   And after you told him that you'd say whatever he wanted you to say, what did he say then?

A.   He agree.

Q.   And what was the next thing Guevara said to you?

A.   I mean, we just -- he left the room.  I believe Montilla came and he said something real quick, but I was -- I was off my stuff already, though, you know, that I didn't really care no more, you know.  Just I guess I want him to stop beating me, though.

Q.   Did Montilla come after Guevara had stopped beating you?

A.   Yeah.

Q.   And what did Montilla say to you?

MS. BONJEAN:  Objection, asked and answered.

BY MR. BRUEGGEN:

Q.   Go ahead, sir.

What did Montilla say to you after he came in after Guevara stopped being you?

A.   For me to cooperate, though, you know.  That he know that Guevara, he's a mean guy, though, you know.  If I don't cooperate, though, you know,

AR-L 149554

GONZALEZ 000296

he going to continue beating me up, just for me to cooperate, though, you know.  That I'm -- I'm basically the one that I can stop him, though, you know, if I cooperate with him.

Q.    How did you respond to Montilla saying that?

A.    I told him I -- I'll do whatever he want me to do, though, you know, so -- so he can stop beating me up.

Q.    At some point did you ask Montilla or Guevara for medication for a nerves issue you had?

A.    Yeah.  I was shaking.  I was -- I was having a nervous breakdown, you know.  And I used to take medicine for it, but then I started taking my mom medicine.

And I have one of the officer call -- I think it was Montilla who called my house to ask someone to bring some -- some medicine, some medication, so I can calm myself down.  And somebody from my -- from my relative, they came to the police station and gave me some medicine.

Q.    So you had a nerve issue that you had a prescription medication for?

A.    Yeah.  A long time ago I had a

AR-L 149555

GONZALEZ 000297

prescription, but then after I stopped getting the prescription for -- you know.  No -- I had no -- I didn't have no -- no formal Medicaid, though, you know, so I stopped taking the medication.  But my mom, she was sharing her medication with me.

Q.    So prior to going to the police station on August 22nd, 1990, you had at times taken your mom's medication for this nervous issue that you had?

A.    Sometime when I get nervous, yeah.

Q.    And so you asked Montilla to contact your family about getting you this medication?

A.    Um-hmm.  Yes, sir.

Q.    And what happened then?

A.    My sister came to the police station to give me the medication.  I took it; I drunk it.  And after that, though, you know, it was helping.

Q.    After you had taken your mom's medication before, right?

A.    Yes, sir.

Q.    Did you take the same amount that you had taken before?

A.    Yes, yeah.

Q.    Did you get a chance to talk to your

AR-L 149556

GONZALEZ 000298

sister when she brought you your medication?

A.    For a brief moment.

Q.    How long is a brief moment?

A.    About five minute.

Q.    Was there a police officer present when you were talking to your sister?

A.    Montilla.

Q.    And was he standing next to you guys or was he away from you?

A.    He was -- he was standing the door of the room.  He want to make sure that I drink my medicine -- the medicine too, though.

Q.    And do you know how long your sister -- strike that.

After -- what did you say to your sister?

A.    I told my sister to leave, I was getting -- I was getting beat up by the police.

Back then it was common for people to get beat up and nobody care about it.  I told her what they were doing to me.

And she asked Montilla where is the phone.  And Montilla asked, For what?

I'm calling a lawyer.  You're not

AR-L 149557

supposed to touch him. You're not supposed to touch my brother. He just told me that you guys hitting him.

And he ordered her to leave the police station. He said, When we done with him, we let him go or take him back to your house, though, which they never did.

Q. So after you spoke to your sister, what happened then?

A. Rosa Bella came.

Q. Did Rosa Bella come with your sister?

MS. BONJEAN: Objection, form.

If you know.

THE WITNESS: She came -- she came by herself in the room, though. I'm pretty sure with my -- she came with my sister to the police station, but only one people at a time that can go inside and see me, though. She was the second one that went in the room and seen me, though.

BY MR. BRUEGGEN:

Q. Were you able to speak to Rosa Bella?

A. Yeah. She -- she speak to me.

Q. And how long did you speak to her?

A. Oh, probably about ten minute.

AR-L 149558

GONZALEZ 000300

Q.    And what did she say to you?

A.    She said that Montilla told her that for me to cooperate, that if I do cooperate with her -- I mean with him, with -- with the officer, though, you know, they will let me go home.

Q.    And what did you say to Rosa Bella?

A.    I told Rosa Bella that they telling me they don't believe that -- they talking about taking her kid if I don't cooperate, though, you know.

Q.    Who said that they were going to take Rosa Bella's kids if you didn't collaborate?

A.    Guevara.

Q.    How did Guevara know about Rosa Bella?

MS. BONJEAN:  Objection to the form of that question.

BY MR. BRUEGGEN:

Q.    You can answer, sir, if you know.

MS. BONJEAN:  How would he -- okay.

Go ahead, if you know.

THE WITNESS:  I take -- I used to take Rey to the house to -- to eat when I was with Rosa Bella, so he know who -- who my girl is, though, by the time.

BY MR. BRUEGGEN:

Q.    So when you spoke to Rosa Bella, you told Rosa Bella that the police were threatening to take her children away?

A.    Yeah, if I don't cooperate.

Q.    And how did she respond to that?

A.    She got mad.  But at the same time, she told me cooperate with them if you know anything. And I keep telling her I don't know nothing.

Q.    At some point did you provide the names Lluvia, Tino, and Fro to the police?

A.    Yes, I did.

Q.    When did you provide those names to the police?

A.    When -- when we was -- when Guevara, he -- he was just -- when Guevara, we was try to make up story about, you know, how, you know, he think how thing happen, he wanted me to involve some other people.  I involve -- they not the first name that I involve, though.

The first name that I involve, it was Cisco, Jeffrey, and Efrain.  When they went and look for them, they found out, Oh, we don't want those guys.

AR-L 149560

GONZALEZ 000302

I said, Well, why they don't want those guys, though, you know?  You wanted me to mention some name, so I give you some name, though. You know, whether they do -- happen to do with that or not, I don't know; it's for you to find out.

They found out they -- they were arrested or locked up the day that the crime happened.  So they told me that I got to come up with some other name.

Q.    When did you provide the names Cisco, Jeffrey, and Efrain in the chronology of events that we've talked about?

A.    The day that Guevara wanted me to cooperate.

Q.    Was it before or after you talked to your sister?

A.    That was after.

Q.    Was it before or after you talked to Rosa Bella?

A.    After.

Q.    And when you told Guevara those names, what did he say to you?

A.    They went and looked for them.

Q.    And how long before Guevara came back

and asked you for different names?

A.   Right there, I -- I cannot tell you exactly the same time, but it was quite a while, though, when they found the guys and -- and went and shake them, though, but I -- I'm pretty sure it was -- it was -- it took a while, though, you know.

Q.   And at some point you then gave them the names Lluvia, Tino, and Fro, right?

A.   When he came in, he said that the name that I gave him first, those guys that were arrested.  That's when, you know, he want me to give him somebody else name, and the name that came up in my head was Lluvia, Tino, and Fro.

Q.   And why did you include three people's names as opposed to just one other person's name?

A.   It's just Guevara idea, though.

Q.   I'm sorry.  What did you say, sir?

A.   Guevara, Reynaldo.  It was Reynaldo idea though.

Q.   So Guevara said --

A.   Yeah.

Q.   Guevara said give me three names?

A.   He wanted me to throw people out there, though, you know, to him.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149562

GONZALEZ 000304

Q.   After providing him those names, did you then go for a drive with Guevara around the neighborhood to identify where Lluvia, Tino, or Fro lived?

A.   No, not at all.

Q.   Did you speak to a female assistant state's attorney later on that evening?

A.   Yes, I did.

Q.   And what did you say to her?

A.   Well, she ask me if I had any knowledge of what I was there for, if she wanted -- you know, she wanted me to come out clean to her.

So I said:  No.  I don't have anything to do with it.  These people, they beating me up.

She turned around and she said, Oh, if you not cooperate, Officer Guevara, or Detective Guevara, he -- he not a -- you know, he's a very mean man, though.

So again, if I don't cooperate, you know, I was going to get my ass beat up, basically is what she was trying to say.

Q.   So but you told her that Detective Guevara had been beating you?

AR-L 149563

GONZALEZ 000305

A. I told to Montilla, yeah, that I was getting beat up by Guevara. But the state attorney, she really didn't want to listen to that. She just wanted me to cooperate.

Q. Did you tell the female state's attorney that Guevara had been beating you up?

MS. BONJEAN: Objection. You're -- he just answered that question.

MR. BRUEGGEN: I didn't understand his answer. I'm -- if he did -- I thought he said he told Montilla.

MS. BONJEAN: Well --

THE WITNESS: Montilla is the translator, though. The lady, she know how to speak English. She don't know how to speak Spanish, though, you know, so I had to get it translated just to know what she's saying.

BY MR. BRUEGGEN:

Q. Okay. So you told her through Montilla that Guevara had beaten you up?

A. Yes.

Q. And what happened then?

A. She didn't believe me. She just wanted me to -- you know, to cooperate and tell them what

I know, which I didn't know nothing.  I really don't.

Q.    Did you say anything else to her?

A.    I want my lawyer present.

Q.    And what happened after you asked to have your lawyer present?

A.    She just told me if you not cooperate, you're going to have to talk to Guevara again, and you really don't want him in your hair.  She turn around and she left.  I didn't want to cooperate.

Q.    After she left, then what happened?

A.    Guevara came in the room.  And again the same -- the same that he did the first, second, and third, then he start doing it again.  Beating me up, asking question and leaving the room, coming back.  At one point, he really run out of breath so much as he was beating me up.

Q.    So after you spoke to the female state's attorney, Guevara came back in the room and continued to beat on you?

A.    Yeah.

Q.    And how many times -- how long was he beating on you at that time?

A.    For a long time.  He keep coming back

AR-L 149565

and forth.  All that day, all that night, basically, he would just coming in and out and beating me up, not letting me use the toilet.  I didn't even ate that day.  I even had to pee on myself.  I even, you know, poop on myself.  I screamed.  I did anything possible that I can just to get away from this man, but I couldn't done nothing.

Q.    So from the time that Guevara started betting you, did he basically continue to beat you off and on through the rest of the night, including after you talked to the female state's attorney?

A.    Yes.

Q.    And what happened -- at some point did you talk to a male state's attorney?

A.    I believe yes, I did.

Q.    And who was that male state's attorney?

A.    I didn't know no name by the -- by the time that I was at the police station, but I know it was a young Caucasian guy who happened to work with the DA.  He told me -- well, he told me through the translator, I am a lawyer, but I'm not your lawyer; I represent the police.

Q.    And when you spoke to that assistant

AR-L 149566

GONZALEZ 000308

state's attorney, you said you had urinated on yourself?

A.    I was already -- I already used the toilet on myself.

Q.    And you said you had also defecated or pooped in your pants?

A.    Yes.  I did poop in my pants, yes.

Q.    And so when you spoke to him, you were sitting there in poop and urine?

A.    He didn't care.

Q.    What did he stay to you, the state's attorney?

MS. BONJEAN:  Objection, form -- or that's fine.

Go ahead.

THE WITNESS:  He just, again, the same questioning.  What I was doing that day.  He want to know about my wheres about.

At that point, we -- you know, we haven't made no deal yet, but then later on that night when Guevara, he really, really, really brought me down and I agree with him to cooperate with him, though, you know, that's when I saw the -- the state attorney again, the same young

AR-L 149567

GONZALEZ 000309

guy, in another room.  They didn't -- he didn't want to come in the room because it was kind of bad, though, you know, smelling bad, though, you know.  So he put me in another room and talked to me through Montilla, and asked me if I was ready to cooperate, though, you know.

And when Guevara came, basically he just came out with idea what I'm supposed to say as to these guys -- you know, when everybody that I did name and everybody got -- I guess they chained in police station, that's when he really -- he got happy.  He like, Oh, yeah, these guy right here, you know, they don't -- they never got arrested that day, you know.  It's a possibility they probably don't have nothing to do with it, whatever, whatever, you know.  This, this, and that, you know.

But I keep telling him, though, you know, just involving these people, man, these people didn't have nothing to do with it.  You just wanted me to lie, though, you know.

So he's like, You did good, you did good, though.  If -- if you don't cooperate, you don't do what supposed to do, you know what's going

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149568

GONZALEZ 000310

to happen again, though, you know.  So I -- know, I just -- I do what you want me to do.

BY MR. BRUEGGEN:

Q.    And, sir, you had given Guevara the names Lluvia, Tino, and Fro prior to the time that you sat down with the female state's attorney?

A.    That was after, after.  She -- I was keep beating up.  Guevara keep coming back and beating me up and stuff.

And at one point when he got my -- my groin and he brought me down, I was actually in tears, though, you know.  He -- that's when I agreed with him.  I told him, Yeah, I'll do whatever you want me to say.

Q.    And this is after you had met with the female state's attorney?

A.    Yeah.  After, yeah.

Q.    Was it before you met with the male state's attorney?

A.    It was after.

Q.    So you sit down with the male state's attorney, and what did you say to him?

A.    I told him the same thing too, you know.  I'm getting beat up by this guy, though, you

know.  I don't know nothing what he wanted to know about, though.  I just want him to stop.  I want him to stop beating me up.  I want my lawyer present, you know.  I -- I wanted them to help me, though, but nobody seemed to help me, though.

Q.    So you told them --

A.    They let him keep beating me up.

Q.    So you told the male state's attorney that Guevara was beating you and that you wanted your lawyer?

A.    Yes, I did.

Q.    And after that, did the male state's attorney leave the room?

A.    Yes.

Q.    And Guevara continued to beat you up?

A.    Guevara came back and he started same thing all over again.

Q.    Is that the point where you provided the names Lluvia, Tino, and Fro?

A.    When he grabbed me -- well, it was not in the moment, but I know it got to the point where he grabbed my by the groin and brought me down, so I didn't have no choice, just to cooperate with him.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149570

GONZALEZ 000312

Q.    So did you collaborate with him while he was holding onto your -- was he grabbing your penis and your testicles or just your testicles?

A.    Just grab all everything.

Q.    Everything?

A.    Yeah.

Q.    And was that when you agreed?

A.    Yes, I did.

Q.    And is that when you provided --

A.    To cooperate with him.  I agreed to cooperate with him, whatever stuff that he want me to do or say.

Q.    And that's when you gave him the name Tino, Fro, and Lluvia?

A.    No.  I give up the name of -- of Jeff, Jeffrey, Cisco, and Efrain.

Q.    Okay.  So you gave those names after you had met with the female state's attorney and after you met with the male state's attorney, that's when Guevara grabbed you by the groin and you provided the name Cisco, Jeffrey, and Efrain?

A.    Yeah.

Q.    And then you said some time passed before Guevara checked those out and he came back

AR-L 149571

GONZALEZ 000313

to you and asked you for different names?

A.   He told me those guys, they was arrested that day when the crime happened.  They spend the night in jail.  That's what he said.  So he wanted me to provide him with some other name, someone that he think -- that I think who can committed a crime like that.  So I just mention Lluvia name, Tino, and Fro.

Q.   At some point later that morning, did you give a court-reported statement with the male state's attorney?

MS. BONJEAN:  Objection to the form of that question.

THE WITNESS:  When -- when I agree and they got these three guys and they came back that they were arrested or locked up all that night when the crime happened, and I provide some other name and they came back with those guys, they were like, okay, cool.  They stop -- the beating stopped.

And that's when -- that's when the -- the DA, they put me in the room, and Montilla ask me if I ever met a court reporter before.  So I said no, I don't even know what's that, you know.  So he said, Well, you're going to

AR-L 149572

GONZALEZ 000314

have a court reporter to see what the stuff that Guevara wanted you for you to say, though, you know.  I got it written down.

At first they tried me in English, but I couldn't -- I couldn't read, you know, whatever stuff on the paper.  And they decide to -- to ask me the question through Montilla in English, he say it in Spanish, so the answer it was in the paper already written, though, you know, in Spanish, so he can translate it back in English, though, you know, to the court reporter.

BY MR. BRUEGGEN:

Q.    So you recall sitting down with a court reporter with the male state's attorney and Detective Montilla?

A.    And Guevara.  I believe Mingey was in the room too.  And some other officer too, though. I really don't know they name.

Q.    So in addition to the male state's attorney, there were four policemen in the room, you said?

A.    Off and on, off and on.

Q.    And that was when you were -- the court reporter was typing everything you said?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149573

GONZALEZ 000315

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 316

A.     Yeah.

Q.     And after you gave that statement, do you remember you were provided a typed-up copy of that statement to sign?

A.     They -- they did produce some papers to sign and I refused.  I didn't want to sign nothing.  So they say -- when Rosa Bella came the next day in the morning to check with me, see if I was leaving home, I haven't signed the statement yet.  So Rose said, Sign it because that probably mean they're going to let you go home.  Now, this is the time that she pregnant with my son too.

Q.     So you spoke to Rosa Bella before you signed the statement?

A.     Yes.

Q.     When did you speak to her?

A.     It was early morning the next day.

Q.     So early morning the next day, the police came back with the statement and you refused to sign?

A.     I reviewed to sign.

Q.     And then you were able to speak with Rosa Bella?

A.     Well, they -- they threaten me they

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149574

were going to call Guevara to come in the police station to talk to me.  And it happened that Rosa Bella, she just arrived in the police station.  So she went -- they let her see me all because she was pregnant.  And I don't know what the police told her.

Only thing, though, she came and told me that, Baby, sign the papers so they can let you go home.  They say if you sign and cooperate, they were going to let you go home.

I told her, They not going to let me go home; they acting like they not.  So I told her, you know, I'm -- as soon as I go home, we going to have to move because I'm going to be in trouble with -- with the guys, though.

So only thing she wanted me to worry about me getting up out of there and go home, which I never did.

Q.    And ultimately you did sign a statement that you had given?

A.    Yes, I did.

Q.    Do you recall after you gave the statement that a photograph was taken of you?

A.    That was after.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149575

GONZALEZ 000317

Q.   After you gave the statement a photograph was taken?

A.   Yeah.  When I got -- when I came to the police station that morning.

Q.   Which morning?

A.   That morning that I got arrested for the double murder.

Q.   A photograph was taken of you when you immediately got to the police station after Paulnitsky had you transferred from Cook County Jail?

A.   Yeah.  When I got to the police station, that's when they took a -- a Polaroid picture.  That's what it was.

Q.   And did they take any other pictures of you?  Photographs of you?

A.   Yeah.  They take a picture when you go down there and get your fingerprints and stuff like that, but other than that, though, yeah, that was -- that was it.

Q.   So the only Polaroid picture that was taken of you was when you immediately got to the police station on August 22nd?

A.   Um-hmm.  Yes, sir.

AR-L 149576

MS. BONJEAN:  Can -- when you have a second, whenever you're ready, I just want to take a two-minute bathroom break, but if you want to --

MR. BRUEGGEN:  Let's do that right now, because I'm going to get into some exhibits, so ...

MS. BONJEAN:  All right.

MR. GREENBERG:  Six hours and 40 minutes.

MS. BONJEAN:  What -- how much time do you we have on the record here?

THE VIDEOGRAPHER:  Five hours, 16 minutes and counting till we go off.

MS. BONJEAN:  Okay.

MR. BRUEGGEN:  Let's go off now.

THE VIDEOGRAPHER:  We're off the video record at 4:18 at the end of Media Unit 5.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the video record at 4:28 and the beginning of Media Unit 6.

MR. BRUEGGEN:  Mr. Maysonet, I'm going to show you what we will mark as Exhibit Number 3.  I will share it on the screen.

And, Jennifer, maybe you can pull it.  It's his statement that we just talked about, if you can pull the hard copy.

MS. BONJEAN:  One second, I will grab it.

MR. BRUEGGEN:  And, Mr. Maysonet, while your attorney's grabbing that, can you look at the screen?  I put a document up, and we're going to try to get you a hard copy of that document as well.

THE WITNESS:  Okay.

MS. BONJEAN:  Yeah, we have it.

MR. BRUEGGEN:  Okay, great.

BY MR. BRUEGGEN:

Q.   Mr. Maysonet, you can use the hard copy, if you'd like.

Can you identify what we've marked as Maysonet Exhibit Number 3?

THE WITNESS:  He's talking about this one here, right?

MS. BONJEAN:  Yeah.

BY MR. BRUEGGEN:

Q.   Yeah.  The one up here, and you should have a hard copy in front of you as well that you can flip through more easily than I can scroll.

A.   Okay.  It say, Investigation, shooting deaths of Torrence and Kevin Wi- -- Wiley.

Q.   And do you recognize -- sorry, sir.

AR-L 149578

GONZALEZ 000320

Did you say something else?

A.   Statement of Jose Maysonet.

Q.   Do you recognize this to be the -- the statement that was recorded from you on the morning of August 23rd, 1990?

MS. BONJEAN:  Objection to the form and foundation of that question.

THE WITNESS:  Yes, I remember this.

BY MR. BRUEGGEN:

Q.   If we go to the bottom of the first page, which for the record is JGS_MAYSONET 1697, do you see it says -- looks like it says Jose Juan Maysonet, Jr.; do you see that, sir?

A.   Yes, sir.

Q.   And I'm showing it on the screen where there's a signature.

A.   Yes, sir.

Q.   Is that your signature?

A.   Yes, sir.

Q.   Did you sign this page?

A.   I did.

Q.   And you told us you signed it after you had already talked to Rosa Bella, correct?

A.   Yeah.

Q.    And then moving on to the very end, the last page of it, there's a signature line with an X in front of it, which is page 7 of Exhibit 3.  You see that, sir?  And I have it up on the screen.

A.    I got it.

Q.    And is that your signature?

A.    Yes, sir.

Q.    And you signed that page?

A.    I did sign it.

Q.    And have you had a chance to read your statement that's Exhibit 3?

A.    No.

Q.    You've never read that?

A.    No.

Q.    So you can't tell me what in that statement is true and what's false?

A.    The whole statement is false.

Q.    Everything in the statement is false?

A.    Everything.

Q.    Okay.  And, sir, when you talked to -- after the statement was typed up, did you talk to a State's Attorney DiFranco about the statement before you signed it?

          Is that a no?

AR-L 149580

GONZALEZ 000322

JOSE JUAN MAYSONET JR., 04/16/2021                              Page 323

A.    No.  I said no.

Q.    Okay.  Sorry, I did not hear you.  I saw you shaking your head.

Did you make any corrections to the statement or did you see the state's attorney make any corrections to the statement in your presence?

A.    He -- only thing he -- he said that -- that he not my lawyer, he --he represent the police, not me.

Q.    And, sir, I'm going to show you -- if you could look at the third page of the statement, JGS_MAYSONET 1699.  Take a look at that, sir.  You can see that there's a typed thing and it appears it's crossed out and then something -- the word "something" is written.

Do you see that on -- my cursor's right by it.  You see that, sir?

A.    I see it.

Q.    Do you -- were you present when that correction was made?

A.    Not that I remember.

Q.    And next to the word "something" are the initials JJM.  Do you see those, sir?

A.    Yeah.

Urlaub Bowen & Associates, Inc.   312-781-9586        AR-L 149581

GONZALEZ 000323

Q.    And those are your initials?

A.    That's my initials, though.

Q.    Did you put your initials here?

A.    I really don't know.

Q.    You don't recall putting your initials here?

A.    I don't remember.

Q.    Now, sir, I want to show you what we'll mark as Maysonet Exhibit Number 4, and this is the Polaroid photo and backsides.

You see that, sir?

A.    Yes.

Q.    What's been marked as Exhibit Number 4?

A.    Yes, sir.

Q.    Polaroid photo and then the back of the Polaroid photo.

A.    I see.

Q.    And do you have a copy of this that you can work off of a hard copy, or do you want me to show you on the screen?

MS. BONJEAN:  We don't have a copy of the photos.

MR. BRUEGGEN:  Okay.  No problem.

AR-L 149582

GONZALEZ 000324

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 325 of 468 PageID #:109949

BY MR. BRUEGGEN:

Q. And so, sir, can you identify what Exhibit Maysonet Number 4 shows?

A. It shows picture of me.

Q. And do you know when that picture was taken?

A. Right as soon as I got arrested.

Q. So this is the photograph you said that was taken shortly after you were brought to Area 5 after leaving Cook County court?

A. Yes, sir.

Q. And looking at the backside of the photograph, which is CCSAO 1474.

And, sir, just to show you, I'm reading these Bates numbers down here, so you know where I'm at.

A. Okay.

Q. Do you see some writing that was on the back of that Polaroid?

A. Um-hmm. I see.

Q. And do you see an X with a signature after it?

A. I see.

Q. And is that your signature after that

X?

A.     It is my signature.

Q.     Do you remember signing this -- the back of this Polaroid photo?

A.     I don't remember signing the back of the photo, but I -- I do recognize my signature, though.

Q.     And looking at this page, do you recall signing a document, a photo, or anything that had the writing on there that you see?

A.     Actually, I don't -- I don't remember writing that, writing my name in behind the picture, though.

Q.     Okay.  But that is your signature, sir?

A.     It is my signature.  I'm not going to deny that it -- that it not my signature.  It is my signature, but I don't remember signing the picture there.

Q.     And up above your signature it says --

A.     At Area 5.  I believe it say something about HP, Thursday, August 23rd, 1990, at 10:55 a.m., and some -- I don't know, some kind of initial, though, CSR.

Q.     And, sir, do you recall your statement

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149584

GONZALEZ 000326

was given on Thursday, August 23, 1999 -- or strike that.

Q. Do you recall that your statement was given on Thursday, August 23rd, 1990, around 10:00 in the morning?

A. No.

Q. After you gave your statement that we just looked at, do you -- sorry.

Sir, after you gave your statement that we just looked at, do you recall leaving the police station to go for a ride with Detective Paulnitsky, Detective Montilla, and the state's attorney that you had given your statement to?

A. If ride -- if I leave the police station with them, you mean?

Q. Yes. In a car, sir.

A. No. I -- I never leave the police station.

Q. So from the time that you were brought to the police station on the morning of August 22nd, 1990, until you were transferred to Cook County Jail, you never left the police station?

A. Never left the police station. I didn't even left the room.

AR-L 149585

Q.    And, sir, after you gave that statement, do you recall you were charged with the double murder, the Wiley brothers murder?

A.    Yes, sir.

Q.    And you were brought down to the lockup at Area 5?

A.    Area 5.

Q.    And then subsequently transferred to Cook County Jail?

A.    Yeah.  They did transfer me.  I don't know when, though, but I know they did transfer me. They got me up out of there.

Q.    And who represented you initially for your -- for the murder charges against you?

A.    For the -- for the murder charges, the one who represent me, it was Rick Beuke.

Q.    And when did you retain Rick Beuke?

A.    I'll say probably it was -- it was just right -- I believe it was right after -- after Swano.  He -- he got charged with something in court, I believe.

Q.    Did Swano represent you on your -- on the murder charges?

A.    He started to, but something happened

AR-L 149586

GONZALEZ 000328

to him.

Q.   Were you also represented by an attorney named Neil Spector?

A.   He was my lawyer, yeah, after Swano.

Q.   So after Swano was your attorney, and you said Swano got in trouble, did you retain Neil Spector?

A.   Well, I didn't have no choice.  Yeah.

Q.   Did Neil Spector speak Spanish?

A.   He always -- he always brings -- you know, I always get translator, though.  Neil, he don't know how to speak Spanish.

Q.   So do you recall meeting with your attorney Neil Spector to talk about a motion to suppress the statements you made?

A.   No, never talk about it.

Q.   Do you know if Neil Spector filed a motion on your behalf seeking to suppress statements?

A.   I was not aware about it.

Q.   Did you want the statements that you had given on August 22nd, 1990 to be suppressed?

MS. BONJEAN:  Objection to the form.

But go ahead.

AR-L 149587

GONZALEZ 000329

THE WITNESS:  I don't think Neil never -- I don't think Neil never did nothing to represent -- to represent me in the double murder.  The one who represent me in the double murder was Rick Beuke.  As matter of fact, he was the one who go to court most of the time because it got to a point that Neil Spector, he -- he -- basically he -- he didn't talk no more for -- for my behalf.  Rick Beuke was doing everything at one point.

Q.   Did Neil Spector represent you at the same time as Rick Beuke?

A.   He was supposed to.

Q.   And, sir, I'm going to show you what we'll mark as Exhibit 5.  And this is the motion to suppress, file-stamped August 4th of 1992, and Bates stamped CCSAO 722.

MS. BONJEAN:  Okay.  Hold on one second.

All right.  We have the paper copy.

BY MR. BRUEGGEN:

Q.   And, Mr. Maysonet, I put up Exhibit Number 5 to your deposition up on the screen, but I believe you also have a paper copy.  Feel free to use the paper copy.

A.   Okay.

Q.    But can you just confirm that you do have the same document that I have on the screen you have in front of you?

MS. BONJEAN:  Well, hold --

THE WITNESS:  Yes, sir.

MS. BONJEAN:  Well, hold on.  Let's look at the Bates stamp, please.

MR. BRUEGGEN:  I have CCSAO 722 to 726.

THE WITNESS:  There they are.

MS. BONJEAN:  Okay.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, have you seen this document before that's been marked as Maysonet Exhibit 5?

A.    No, never.  Never saw this till -- until now.

Q.    And do you see the caption on this document that says People of the State of Illinois v. Jose Maysonet; do you see that?

A.    I see it.

Q.    Do you recall talking to your attorney about trying to suppress statements you made?

MS. BONJEAN:  Okay.  Hold on a second.  I'm going to -- give me one second.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149589

GONZALEZ 000331

Which attorney are you talking about?

MR. BRUEGGEN:  Start with Neil Spector.

MS. BONJEAN:  Hold on.  I don't know -- I need -- give me one second to consult with my client.  We may be asserting an attorney/client privilege as to Neil Spector.

MR. BRUEGGEN:  Okay.  We can go off the record and you can talk to Mr. Maysonet and let us know when you're ready.

MS. BONJEAN:  Okay.

THE VIDEOGRAPHER:  We're off the video record at 4:42.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the video record at 4:44.

MR. BRUEGGEN:  Kathy, can you please read back the last question.

(The record was read as follows:
Q. Do you recall talking to your attorney about trying to suppress statements you made?)

MS. BONJEAN:  Okay.  At this time I'm going to advise my client not to answer that question on -- on the basis of the attorney/client

AR-L 149590

GONZALEZ 000332

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 333

privilege.

BY MR. BRUEGGEN:

Q.    Okay.  Sir, are you going follow your attorney's advice and not talk about any conversations you had with Mr. Spector?

A.    Yes, I am.

Q.    And, sir, I want to show you what we've marked as Exhibit 5 that was just up on the screen. I will show you that.  And I will represent to you that this is a document that was filed in your case, your -- the criminal case for the double homicide, sir.  And I'd like you to look at the page I have up there, which is the top of page 3.

MS. BONJEAN:  Well, hold on.  He's going to -- he's going to read the whole document since he's not seen it.  So just hang on for a second.

Go ahead.  Start here and take your time.  Read it to your yourself; read it to yourself.

MR. BRUEGGEN:  I'm going to withdraw the question and I will withdraw the exhibit, and we can just talk about it.  Okay?

MS. BONJEAN:  Sure.

MR. BRUEGGEN:  I'm not going to make

Urlaub Bowen & Associates, Inc.   312-781-9586        AR-L 149591

GONZALEZ 000333

Mr. Maysonet read today.

MS. BONJEAN:  Okay.

MR. BRUEGGEN:  Or read -- read that much.

THE WITNESS:  All right.  Good.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, prior to your arrest on August 22nd, 1990, had you inhaled substantial quantifies of cocaine for a sustained period of time?

A.    I don't do drugs.

Q.    You don't do drugs; is that what you said?

A.    I don't do drugs.

Q.    So you did not use any cocaine --

A.    No, no --

Q.    -- back in 1990?

A.    I did smoke weed, though, but I don't call marijuana a drug no more because that's legal, so ...

Q.    And back in -- on August 22nd, 1990, did you ingest an unknown quantity of a prescription drug lorazepam while in custody?

A.    No, I didn't.

Q.    You took the medication that -- your

AR-L 149592

GONZALEZ 000334

mom's medication that you had taken in the past, right?

A.    Yes, took it.

Q.    Do you remember what medication that was?

A.    I remember it was two small white pills.  I don't know the name.

Q.    And do you recall what that medication was for?

A.    Supposed to -- to calm me down.

Q.    So it was the medication that you had taken at other times when you were getting nervous or had a nervous episode?

A.    When I get mad, I get nervous, though, you know, when I get mad, I get angry.  They wanted me to calm down.

Q.    And, sir, you told us that after Neil Spector, you had Rick Beuke as your attorney; is that right?

A.    Correct.

Q.    Did Rick Beuke speak Spanish?

A.    No, he don't.

Q.    Did you communicate with Rick Beuke in English in some conversations you had with him at

AR-L 149593

GONZALEZ 000335

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 336

the jail?

A.     Yeah.

Q.     So you did speak to Rick Beuke in English?

A.     A little bit.

Q.     Little bit?

A.     Yeah.

Q.     Simple things?

A.     Basic stuff.

Q.     And did you tell Rick Beuke about your interactions on August 22nd, 1990, with Detective Guevara?

MS. BONJEAN:  All right.  I'm going to --

MR. BRUEGGEN:  Privilege has been waived, Jennifer, if that's where you were going.

MS. BONJEAN:  Yeah, hold on.  Let me think for a second.  I want to -- these are big -- these are important things.  I -- I don't necessarily disagree.  Give me two seconds.

(Brief pause.)

MS. BONJEAN:  Okay.  He can answer.

THE WITNESS:  Can you repeat the question again?

MR. BRUEGGEN:  Yes.  We'll have it read back.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149594

GONZALEZ 000336

Kathy, can you read that question back, please?

(The record was read as follows: Q. And did you tell Rick Beuke about your interactions on August 22nd, 1990, with Detective Guevara?)

THE WITNESS:  Yes, I did.

BY MR. BRUEGGEN:

Q.    And did you tell him that Detective Guevara beat you --

A.    Yes.

Q.    -- the whole time you were there until you admitted to other people that were involved?

A.    I did tell Beuke what happen to me that day in the police station.

Q.    Did you tell Beuke about your previous relationship with Guevara and the agreement we talked about earlier on in the dep?

MS. BONJEAN:  You can answer.

THE WITNESS:  Yes, I did.

BY MR. BRUEGGEN:

Q.    And what did you tell Beuke about that relationship?

A.    I told him everything that I know.

Q.    Did you tell Beuke that you had been

AR-L 149595

GONZALEZ 000337

paying Rey Guevara?

A.    Yeah.  I told him everything.

Q.    Did you tell Beuke that you had Rey Guevara over for dinner?

A.    I did tell him that, yeah.

Q.    And did you tell Beuke that you acquired girls for Rey Guevara?

A.    Everything.

Q.    And when you told him all that, did you expect Beuke to use that information to help support your case that Guevara had beat you?

A.    I'm just letting him know what kind of person that we're dealing with.  I mean, whether he can use that in court to defend me or not, that was up to him.  Only thing that I did, everything that he -- you know, that he already advised me to.  That's about it.

Q.    Did Rick Beuke ever tell you that he had represented Guevara?

A.    He never did.

Q.    Did he tell you that he knew Detective Guevara?

A.    He familiar with him.

Q.    And how did you get Rick Beuke's name

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 339

to represent you?

A.    I was in -- I was in the Cook County in -- in the dayroom when he came in the dayroom one morning.  And he -- he basically -- they -- they look for me, for my name.  And we have a talk after he came.

And basically, he -- he was sent to somebody else, though, you know, for a friend of mine.  He -- he talked to him and he really came and chat with me for a little bit, though, you know.  Then my friend, he knew that I needed a lawyer bad, though, so he sent him, see for what he can do.

And it happened it -- what we talk about, you know, I told him I got to talk to my family, I don't have no -- no income like that. After, you know, we talk and my family talk to him, and that's how he became to be my lawyer in the case.

Q.    So Beuke was referred to you by a friend that you were incarcerated with?

A.    Yeah.  Referred by somebody, yeah.

Q.    Who was what friend that you were incarcerated with what referred Beuke to you?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149597

GONZALEZ 000339

A.    It was a -- it was another inmate, yeah.

Q.    What was his name, sir?

A.    I don't remember the name.

Q.    Was this a friend that had been a Latin King with you?

A.    No, no.  No, no.  No Latin King.

Q.    And how did you know this gentleman?

A.    We was doing time in the same -- in the same part of the jail in Cook County.

Q.    Did you know him prior to your incarceration at Cook County?

A.    Yeah.  I met him in -- when I was in there, though.

Q.    And while Rick Beuke was representing you, do you remember talking to a psychiatrist, Dr. Thampy?

A.    No.  I don't remember.

Q.    Do you remember ever going and speaking to a doctor relating to your defense in the homicide case?

A.    I did talk to the doctor on some part in the Cook County.  I think it was -- I thought it was in the hospital in the Cook County.  They took

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149598

GONZALEZ 000340

me to some floor to see some psychiatrist, though. Yes, I remember.

Q.    And what did you talk to that psychiatrist about?

A.    He just wanted me to know if I know how to speak English and stuff like what.

Q.    And do you know what that psychiatrist's findings were?

A.    He was talking to me in Spanish, though.

Q.    Yeah.

Sir, and I -- I'm asking, you know, do you know what he said his findings were as far as your ability to speak English or anything like that?

A.    No, not really.

Q.    Do you remember testifying for a motion to suppress statements and quash your arrest in the criminal court?

A.    I remember.

Q.    And you testified on examination by Reuck- -- by Attorney Reuckert?

A.    Reuckert.

Q.    Did you retain Reuckert as your

AR-L 149599

GONZALEZ 000341

attorney?

A.    He work with Beuke, I believe.

Q.    So Reuckert was helping Beuke out and presented you for the motion to suppress?

MS. BONJEAN:  Objection to the form, foundation of that questions.

BY MR. BRUEGGEN:

Q.    If you know, sir.

A.    I think Beuke was in the hospital.  He was getting some kind of surgery.  He was getting his leg operated.

Q.    Prior to testifying, did you talk to Attorney Reuckert about what testimony you were to give?

A.    We -- we talk.  We did our prep.

Q.    Did you talk to your Attorney Reuckert about all the -- the beatings that happened on August 22nd, 1990 through August 23rd, 1990 by Detective Guevara?

A.    No, not Reuckert.

Q.    Did you talk to Reuckert about your prior relationship with Guevara and the agreement you had to pay him money?

A.    No, not Reuckert.

AR-L 149600

GONZALEZ 000342

Q.    What did you and Reuckert talk about in preparation for your testimony on the motion to suppress statements?

A.    Just he gave me prep just like any -- any lawyer do with their client, though, so he just -- I don't -- I don't hardly remember what we talk about, but I know he was just -- you know, about the case and stuff, I believe.  But other than that, you know, I don't remember any -- any serious, hardcore conversation I had with him.

Q.    And, sir, when you testified for your motion to suppress, did you provide all of the information you had about your interactions with --

MS. BONJEAN:  Objection.

MR. BRUEGGEN:  -- Detective Guevara?

MS. BONJEAN:  Objection to the form of that question.  You know he can only answer questions that are posed to him, so that's -- it's not like he can go in and give a narrative.

BY MR. BRUEGGEN:

Q.    Sir, you can answer the question.

MS. BONJEAN:  Answer -- ask the question again so -- please.

AR-L 149601

GONZALEZ 000343

BY MR. BRUEGGEN:

Q.   Sir, when you testified on the motion to suppress, did you provide all the information and your -- you knowledge about the alleged abuse that you were asked about?

A.   I don't remember.  I don't remember.

MS. BONJEAN:  Do you want him to look at -- look at the testimony?

THE WITNESS:  Yeah.

BY MR. BRUEGGEN:

Q.   Sir, would there be any reason why you wouldn't testify fully in response to questions about the abuse that allegedly happened to you on August 22nd, 1990?

MS. BONJEAN:  Objection to the form of that question, foundation of that question.  If you want him to talk about the testimony he gave, I'm going to ask that you provide it to him so he can have some basis.

MR. BRUEGGEN:  This is a different question, Jennifer.

BY MR. BRUEGGEN:

Q.   Sir, do you understand my question --

MS. BONJEAN:  It's not a fair question.

AR-L 149602

GONZALEZ 000344

But go ahead if you understand the question.

THE WITNESS:  Say the question again.

MR. BRUEGGEN:  Why don't we have it read back?  Kathy, can you please read it back.

(The record was read as follows:
Q. Sir, would there be any reason why you didn't testify fully in response to questions about the abuse that allegedly happened to you on August 22nd, 1990?)

MS. BONJEAN:  If you understand.

THE WITNESS:  I really don't understand the question, though.

BY MR. BRUEGGEN:

Q.   And, sir, you understood that you testified at a motion to suppress trying to have your statement thrown out?  Do you understand that, sir?

A.   I remember testifying.

Q.   And in doing that, you would want to provide all the support for having your statement thrown out, right?

MS. BONJEAN:  Objection to form of that question.

THE WITNESS:  No.

AR-L 149603

GONZALEZ 000345

BY MR. BRUEGGEN:

Q.   You didn't want to provide all the support?

MS. BONJEAN:  Objection to the form of the question.

Do you understand the question?

THE WITNESS:  No, I don't.  That's what I was going to say.  No, I don't understand.

BY MR. BRUEGGEN:

Q.   Sir, when you were testifying, they were asking you about the alleged abuse that happened on August 22nd, 1990 to August 23rd, 1990, did you provide -- did you want to provide all the information in your knowledge that was responsive to the questions that were posed to you?

A.   I was trying to answer the question the best possible that I can.

Q.   And did you intentionally hold back any information about the alleged abuse that happened to you on August 22nd and August 23rd, 1990 when you were asked about that abuse?

A.   I did talk about the abuse in the motion.  I told the judge what the -- what the police did to me.

AR-L 149604

GONZALEZ 000346

Q.   Yes, sir.

And -- and I'm asking did you tell the judge everything the police did to you?

MS. BONJEAN:  Objection to the form of that question.  Objection to the form of that question.

Give him his testimony if you want him to answer that question.  You're asking him to remember testimony that was given over 30 years ago.

THE WITNESS:  I can't remember.

MS. ROSEN:  I'm going to object to the speaking objections that are designed to coach him.

MS. BONJEAN:  They're not designed to coach him.  I -- you're -- you remember what you were doing 30 years ago in great detail?

MS. ROSEN:  He was asked a direct question that he can answer.

MS. BONJEAN:  No.  He can't answer whether or not he provided every detail from testimony he gave 30 years ago.  Nobody could.  It's unrealistic.

If you want to show him testimony, then I'm sure he could answer those questions a little better.

MR. BRUEGGEN:  Jennifer, I'm just going to

move on.

BY MR. BRUEGGEN:

Q.    So, Mr. Maysonet, were you aware that your criminal codefendants gave statements that put you at the scene of the double homicide?

A.    Yeah, I remember.

Q.    And were you aware that both Gonzalez and Justino Cruz had said that they had gone to your house the night of the shooting to obtain a gun?

A.    Yeah.

Q.    And then Justino Cruz said that you drove him and Gonzalez and Fro over near the scene of the crime and waited in the car while Lluvia Gonzalez shot the two men on North Avenue?

MS. BONJEAN:  Wait.  Objection.  Who testi- -- who stated that?

MR. BRUEGGEN:  Justino Cruz.

THE WITNESS:  Tino.

I remember he was -- he said that in the statement.

BY MR. BRUEGGEN:

Q.    And do you remember that Gonzalez' statement was different than Justino Cruz, and he

AR-L 149606

GONZALEZ 000348

said that he was walking home when you, Tino, and Fro picked up Gonzalez to give him a ride home?  Do you recall that?

A.    I believe everybody statement was different.  Everybody had different story to say. We all didn't say the same story.

Q.    And, sir, do you recall Gonzalez said that you were the one who did the actual shooting?

A.    He was saying that I was the one.  I was saying that he was the one, and the other guy, he was saying it was me and him.  So, you know, it was so confusing, the -- the whole statement.

Q.    So the three of you were consistently present in all three statements, it was just a different matter of who was shooting who?

MS. BONJEAN:  Objection to the form of -- of that testimony.

THE WITNESS:  I was like, you're good.

MR. BRUEGGEN:  And, sir, let me rephrase.

BY MR. BRUEGGEN:

Q.    So it was basically you had the three statements from you, Tino, and Gonzalez that had all three of you at the scene of the crime and there was a difference of who actually pulled the

AR-L 149607

GONZALEZ 000349

trigger on the gun.  Is that your recollection?

A.    What -- what the statement say, he say all -- every statement, they were all saying different story, though.  So, I mean, there were no consistent in -- in either of the statement, though.

Q.    So your recollection is there was no consistency through the statements?

A.    They were all lies.  They were not -- you know, that's -- that's not the truth.  That was all what the police coach us to say.

Q.    When did you first learn that Rosa Bella had given a statement about the night of the -- or the night before the murder happened in the early morning hours?

A.    I found out about that when the discovery, the motion for discovery, it went through.  And -- and Beuke, he was just telling me, you know, Oh, Rosa Bella, he -- he meant she talked to the police.  He didn't say nothing about the statement.  He did -- she did talk to the police.  What did she talk about, he -- he didn't want to -- basically he didn't want to say too much because everything was under investigation, though.

AR-L 149608

GONZALEZ 000350

But yeah, I found out later what -- you know, what the statement said, though, you know, when the trial went on.

Q.　Did Rosa Bella visit you when you were first incarcerated in Cook County for the double homicide?

A.　Yes.　She would -- she would go in and visit me.

Q.　Did she ever tell you that she gave the police a handwritten statement?

A.　She never said that.

Q.　Sir, you were aware that Gonzalez went to trial on the double homicide several years before you did?

A.　He did.　He did went to trial first, then me.

Q.　And at trial, were you aware that Mr. Gonzalez testified that you, he, and Tino Cruz were all present on the night of the murder?

A.　That's -- that's what Beuke told me.

Q.　So Beuke told you about Gonz- -- what Gonzalez testified to?

A.　Yeah.　He -- he did tell me that he bury me alive with his testimony.　That was just

AR-L 149609

GONZALEZ 000351

exactly what he said.

Q. And do you know why Gonzalez did not testify in your criminal trial?

MR. GREENBERG: Perjury.

THE WITNESS: I really don't know. I really -- I really don't know why he didn't testify, though.

BY MR. BRUEGGEN:

Q. Do you know why Tino, Justino Cruz, did not testify in your criminal trial?

A. No, I did not.

Q. And do you know why Rosa Bella did not testify in your criminal trial?

A. Everybody, that were lying, you know, they didn't have nothing to say, though, so they probably decide not to say nothing bad about me, after everybody ...

Q. And, sir, for Mr. Gonzalez's trial, were you aware that Tino had pled guilty to a murder in exchange for testifying against Alfredo Gonzalez?

A. Yeah. My lawyer -- my lawyer did -- he did told me that. He made a deal, something like that.

AR-L 149610

GONZALEZ 000352

Q.   And Justino Cruz testified at Alfredo Gonzalez trial about Alfredo Gonzalez shooting the two gentlemen while you were driving the car?

A.   That's what they later told me, yeah.

Q.   When you went to trial, you went to trial at the same time as Chris Goosens, right?

A.   We both went to trial the same -- the same time.

Q.   You elected to have a jury trial?

A.   I'm hungry.

     Huh?

Q.   You elected to have a jury trial?

A.   It was elect by, yeah, jury trial.

Q.   And Chris Goosens took a bench trial where the judge would decide, right.

A.   Yeah.  The -- the judge decide his fate, yeah.

Q.   Why did you decide to take a jury trial?

MS. BONJEAN:  Objection.  That -- that -- I mean, that -- I don't know why that isn't covered by the attorney/client privilege, potentially.

You're saying we -- it's waived there as well?

JOSE JUAN MAYSONET JR., 04/16/2021                         Page 354

MR. BRUEGGEN:  With Beuke I think it was waived completely when you sued him.  So that would be my position.  If you have a different position, please feel free to say.

MS. BONJEAN:  No.  He can answer that.

Go ahead.

THE WITNESS:  Repeat the question again.

MR. BRUEGGEN:  Yeah.

BY MR. BRUEGGEN:

Q.    Sir, can you tell me why you decided to take a jury trial?

A.    Everything that I was doing it was under the judge -- the lawyer advice.

Q.    So you just did whatever Beuke told you to do?

A.    Whatever he advise me to do, that's what I do.  He's the lawyer.

Q.    Did you want to call any alibi witnesses at trial?

A.    I didn't have no -- I didn't have no alibi witness only other than my family.

Q.    And, sir, did -- wasn't this murder -- didn't it happen the night of visitation for Santiago Sanchez?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149612

GONZALEZ 000354

MS. BONJEAN:  Objection to the form of that question.  That's -- also mischaracterizing.  He has said repeatedly, and you know what he said, the answer to the question was, where he was at the time of the murder.

BY MR. BRUEGGEN:

Q.   Okay.  Sir, can you answer the question?

And let me -- let me rephrase the question because I want to make sure I'm specific.

That the murder happened the early morning hours after the day that Santiago Sanchez's visitation was?

MS. BONJEAN:  Objection to the form of that question.

THE WITNESS:  I don't -- I don't remember.

BY MR. BRUEGGEN:

Q.   And, sir, I think you told us before that you were at home or you believe you were at home at the time of this murder?

A.   I was at home at the time of the murder.

Q.   And do you recall who you were at home with?

AR-L 149613

GONZALEZ 000355

A.    I was at home with the kids and Rosa.

Q.    So was there any reason you didn't call Rosa as an alibi witness to say you were home the night -- or the early morning hours that the double murder happened?

A.    I was acting under the lawyer advice, though.  Whatever the lawyer decide to do, you know, that's what we do.

Q.    Sir, did you participate in your defense at all with Mr. Beuke?

MS. BONJEAN:  Objection to the form of that question.

What do you mean "participate"?

BY MR. BRUEGGEN:

Q.    You provided Beuke information about your interrogation and where you were when the murder happened?

A.    I did tell him, yeah.

Q.    And you understand what an alibi is, right?

A.    Alibi is a witness who happen to go there on your behalf to talk to -- to the judge, right?  That's what an alibi, right?  Witness?

Q.    And so, sir, with that understanding,

AR-L 149614

GONZALEZ 000356

would you have wanted Rosa Bella to come testify that you were at home with her when the double murder happened?

A.    If Beuke didn't want her in the -- in the case, you know, I don't know what to do.  It was his decision to do what he supposed to do.  He the one who defending me.

Remember, by the time that I had lawyers and stuff, you know, I didn't -- I really didn't know what to tell them, you know, how to fight the case.  I mean, only thing I do is give him information for him to, you know, see what he can do.

Q.    Ultimately you were convicted of the homicides of the Wiley brothers; is that right?

A.    Yeah.  I did got found guilty.

Q.    And you were sentenced to natural life?

A.    I got sentenced to natural life, yeah. That's correct.

Q.    You appealed your conviction?

A.    I did.

Q.    And that appeal was ultimately denied?

A.    Several times.

Q.    Do you recall that in about 1998 after

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149615

GONZALEZ 000357

JOSE JUAN MAYSONET JR., 04/16/2021                              Page 358

your appeal was denied, you filed a pro se petition

for post-conviction relief?

    A.    Yes, I did.

    Q.    And you filed that from at the prison?

    A.    Yes, I did.

    Q.    And, sir, I'm going to mark this as

Exhibit 6 -- or, I'm sorry, 5.  Because I think I

withdrew the last exhibit, right?

            Kathy, do you know where we're at?

I'm sorry.

    MS. BONJEAN:  I don't, but ...

    MR. BRUEGGEN:  Well, let's mark it as

Exhibit 6.  Either way.

            And, Jennifer, this is the pro se

petition that was file-stamped May 3rd, 2006, and

it's Bates stamped MAYSONET 9048.

    MS. BONJEAN:  Okay.  Let me see.

    MR. BRUEGGEN:  If you want to pull that out.

And I'm going to be very brief with it, so ...

    MS. BONJEAN:  Well, okay, we'll see.

BY MR. BRUEGGEN:

    Q.    Sir, let me share my screen with you

and show you what we'll mark as Exhibit 6.

            You see a document up on the screen?

Urlaub Bowen & Associates, Inc.   312-781-9586        AR-L 149616

GONZALEZ 000358

A.    Yes.

Q.    And do you see the caption there, it says, People of the State of Illinois v. Jose Maysonet?

A.    AKA Juan Maysonet.

Q.    Yeah.

You see that, sir?

A.    Yes, I do.

Q.    And I just want to take you to the bottom of page six, which is Maysonet 9053. There's a signature there.

A.    Okay.

Q.    You see that signature, sir?

A.    Yes, sir.

Q.    Is that your signature?

A.    It is.

Q.    And if you go down to the next page, top of page 7, there's Affidavit.  You see that?

A.    Um-hmm.  I see it.

Q.    And can you read that to yourself underneath Affidavit?

A.    It says --

MS. BONJEAN:  Read it to yourself; read it to yourself.

BY MR. BRUEGGEN:

Q.    Read it to yourself, sir.  I just want to make sure that you've seen it.

A.    Okay.

        Okay.

Q.    And is that your signature below that paragraph?

A.    It is.

Q.    And that paragraph says that, The foregoing Petition For Postconviction Relief and the facts contained therein are true to the best of your knowledge, information, and belief?

A.    Yes.

Q.    When you filed that post-conviction petition, did you set forth all the information and arguments that you believed that were relevant to your case and overturning your conviction?

    MS. BONJEAN:  Okay.  Hold on.

        Objection to the question; form, foundation.

        You can answer.

    THE WITNESS:  I didn't understood the form of the question.

    MR. BRUEGGEN:  No -- no problem, sir.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149618

GONZALEZ 000360

BY MR. BRUEGGEN:

Q.   So after your appeal was denied, you filed a post-conviction petition for relief from the judgment, right?

A.   Yes.

Q.   And in that you wanted to argue why you thought you should be --

A.   Relieved.

Q.   -- out from underneath the judgment of the homicide, right?

A.   Yes.

Q.   Did you make all the arguments you knew about?

MS. BONJEAN:  Okay.  He -- he's going to have to read this in order to answer that question. Okay?  So would you like him to read it.

MR. BRUEGGEN:  No.  I'll -- I'll just go to the next ...

BY MR. BRUEGGEN:

Q.   Sir, would there be any reason why you wouldn't make all arguments you had after you had been convicted of murder to try to get your murder conviction tossed out?

MS. BONJEAN:  Objection.  He's not a lawyer,

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149619

GONZALEZ 000361

but I don't -- I don't understand the question.  I mean, it calls for a legal -- a legal conclusion that he cannot answer.

But answer to the best of your ability.

THE WITNESS:  Really I don't understand the question, though.  And I want to answer the question, but I really don't understand the question.

BY MR. BRUEGGEN:

Q.    Sir, what I'm saying is --

A.    Ask another way that I can understand.

Q.    Okay.  You filed, I think, several post-conviction petitions?

A.    Yes.

Q.    And in those petitions, you were asking the court to reverse your conviction for homicide?

A.    Right.

Q.    And so can you think of a reason why you wouldn't make all arguments that you were aware of in asking the court to throw out your homicide conviction?

A.    I'm not a lawyer, first.  And I really don't understand that language you guys talk.  So I

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149620

GONZALEZ 000362

don't know nothing about court, though, you know. The only thing that I can just get somebody's help and help me.  You know, we -- you know, we got people in jail that they call legal para, legal -- paralegal, whatever they call that.  So ...

Q.   And, sir, my question isn't necessarily a fully legal one.  It's if someone's -- if you were convicted of something, wouldn't you want to make any argument you could possibly think of to try to reverse that conviction?

MS. BONJEAN:  I'm going to object.  It calls for a legal conclusion about what would reverse a conviction and what might not reverse a conviction. So I think it's an inappropriate question.  He's answered it.  He -- and it calls for speculation.

THE WITNESS:  Well, I'm not a lawyer, so it just -- I'm -- I'm trying to be truly honest with the judge in a motion, so ...

BY MR. BRUEGGEN:

Q.   No, sir, I understand that.  I'm just trying to figure out if there would be any reason why you would not tell the court all the information that you knew to try to get your information in front of the court so that your

AR-L 149621

GONZALEZ 000363

conviction could potentially be reversed.

MS. BONJEAN:  Okay.  Objection.  Because you're framing it in terms of getting a conviction reversed.  He's not a lawyer and he's answered that's the reason why he might not do that.  So I don't know why you keep asking him that question.

MR. BRUEGGEN:  I understand.  I -- I will move on.

BY MR. BRUEGGEN:

Q.    Sir, was -- why you did you file your -- what we've marked as Exhibit Number 6, the pro se post-conviction petition?  What was the purpose of filing that?

MS. BONJEAN:  Well, he's going to have to look at it.  Okay?  Because there were multiple -- there were multiple petitions.

BY MR. BRUEGGEN:

Q.    So, sir, let me start with the first question:  Do you remember filing your post-conviction petition?

A.    I remember filing it.

Q.    And can you tell me without having to review the whole petition why you filed it?

MS. BONJEAN:  Hold on a second.  You keep

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149622

GONZALEZ 000364

saying 1998, though, right?

MR. BRUEGGEN:  Yes.  That's the -- it was filed in 2006, but if you look at the dates, it's dated 1998 for his affidavit and his sister's affidavit.

MS. BONJEAN:  Okay.  So it's not filed until May 3rd, 2006.  I just want to make sure we're talking about the same document.

MR. BRUEGGEN:  Yes.

MS. BONJEAN:  Okay.  Did you ask why he filed it?

MR. BRUEGGEN:  I first asked if he recalls, and I think he said yes.  And then I asked if he can recall why he filed it, without having to review the entire postconviction petition.

THE WITNESS:  I wanted to keep the case open.  I -- I really wanted -- I wanted to have someone to have the chance and -- and fight it, though.  I really didn't want -- I didn't want to lose the -- you know, there's a period of time that you -- that you got a put in some kind of petition in court, though, so they don't -- I guess, you know, you continue fighting it, though.

Only thing I'm trying to do is keep

AR-L 149623

GONZALEZ 000365

the door open for the case so maybe, you know, one day I'll get someone to fight the case.  Basically that's what I was trying to do.

MR. BRUEGGEN:  And, sir, I'm going to switch topics.  Do you want to take a quick break?  I'm getting close to the --

MS. BONJEAN:  How much time do we have on the record?

We can take a two-minute break.  That'd be great because we just got coffee.

MR. BRUEGGEN:  Okay.

THE VIDEOGRAPHER:  We are at six hours and four minutes.

MS. BONJEAN:  Six hours and four minutes?

THE VIDEOGRAPHER:  Yeah.

MS. BONJEAN:  Okay.  Thank you.

THE COURT REPORTER:  All right.  I need -- I'm taking five minutes.

MS. BONJEAN:  Five minutes?

THE COURT REPORTER:  Yeah.

MS. BONJEAN:  Okay.  No problem.

MS. ROSEN:  Go for it.

THE VIDEOGRAPHER:  We're off the video record at 5:18.

AR-L 149624

GONZALEZ 000366

(Recess taken.)

THE VIDEOGRAPHER:  We're back on the video record at 5:28.

BY MR. BRUEGGEN:

Q.    Mr. Maysonet, while you were incarcerated in the Cook County Jail, were you aware that someone threw a Molotov cocktail into your mother's apartment?

A.    Yes.

Q.    And what did you know about that incident?

A.    That -- what my mother told me, though, somebody tried to burn the building down.

Q.    And do you know if that was any type of gang retaliation?

MS. BONJEAN:  Objection to the form.

THE WITNESS:  Yeah.

BY MR. BRUEGGEN:

Q.    And who was the gang retaliation by?

A.    My own people.

Q.    You said your own people?

A.    Yeah.

Q.    The Latin Kings threw a Molotov cocktail in your mother's apartment?

AR-L 149625

GONZALEZ 000367

A.    Yes.

Q.    And was that because you were -- you had given up other Latin Kings?

MS. BONJEAN:  Objection to the form of that question.

If you know.

THE WITNESS:  That's because I was messing with Guevara.

BY MR. BRUEGGEN:

Q.    So you believe that the Latin Kings retaliated against your mom because you were messing with Guevara?

A.    Yes.

Q.    And, sir, you told us earlier Rosa Bella visited you while you were in jail, right?

A.    Yes.

Q.    Did Rosa Bella talk to you about when she was almost run over by a gang member when she was out with her children?

A.    She did tell me that.

Q.    And do you know what that was for?

A.    The same.

Q.    More retaliation by Latin Kings because you were messing with Guevara?

AR-L 149626

GONZALEZ 000368

A.    Exactly.

Q.    Sir, after your conviction, you were incarcerated at the Joliet prison in Illinois for a short period of time, right?

A.    Yes, sir.

Q.    And then you were transferred to Stateville for several years?

A.    Yes, sir.

Q.    And then the rest of your incarceration was at Pontiac or the Cook County Jail?

A.    Pontiac and County Jail.

Q.    While you were incarcerated, were you ever subject to any discipline?

MS. BONJEAN:  Objection to the form.  By who?

BY MR. BRUEGGEN:

Q.    Sir, let me withdraw that question and rephrase.

While you were incarcerated, were you ever subjected to any discipline by the correctional officers?

A.    I'll say whoever -- whoever never got in trouble in there, though, with the police, it's probably going to be angel.  Because everybody get at one point or other trouble with the police.

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149627

Q.    And, sir, I don't know if you're answering my question, but I was asking while you were incarcerated in the Illinois Department of Corrections, were you ever disciplined by the Illinois Department of Corrections for violating the rules of the Illinois Department of Corrections?

A.    Yes.

Q.    For what things were you disciplined?

A.    Just normal stuff, you know.  Fighting, weapon.  No drug.  That was --

Q.    While -- I'm sorry.  Go ahead.

A.    No.  That's -- that's about it.

Q.    While in the Illinois Department of Corrections, were you ever placed in segregation?

A.    I did.

Q.    And what -- why were you placed in segregation?

A.    For a violation of weapon.

Q.    Did you possess a weapon?

A.    I did.

Q.    What kind of weapon did you possess?

A.    A knife, sharpened knife.

Q.    And so you were put into disciplinary

AR-L 149628

GONZALEZ 000370

segregation?

A.   They put you in the -- in disciplinary segregation.  That's if you lucky enough, because they'll give you a case, but it was just seg.

Q.   How long were you in disciplinary segregation for having a knife?

A.   For a whole year.

Q.   And when was what?

A.   I don't remember exactly the year, though, but it happened when I was in Pontiac.

Q.   Do you remember if it was closer to the beginning of your time at Pontiac or closer to the end?

A.   No.  It was just -- it was just way before I even thought about me I was going to come out and stuff.

Q.   Sir, while you were in the Illinois Department of Corrections, were you ever placed in protective custody?

A.   Yes, I was.

Q.   When were you placed in protective custody?

A.   Once -- once that there was a chance for me to fight the case, decide meditation and

leave population and go -- go to PC so I can -- I can do the rest of the time or whatever time that I was going to be there, you know, without no trouble and see if I can get the blessing and go home.

Q.    Did you request to be put in protective custody?

A.    Yes, I did.

Q.    And what was the reason for you to be put in protective custody that you provided to the Illinois Department of Corrections?

A.    I -- I told them that I wanted to leave the gang, so there was no place for me to be out here, though.  So I needed to go into the -- to the police protection custody so I can be protected by the -- by my own gang.

Q.    Okay.  So you said you were leaving the gang so that they would put you in protective custody so your own gang wouldn't retaliate against you; did I understand you correct?

A.    Yes, sir.

Q.    Did you, in fact, leave your gang at that time?

A.    I did.

Q.    And was there any type of retaliation

AR-L 149630

GONZALEZ 000372

that you were aware of?

A.   Yeah, what happened to my mom, to my family.  That was more than the reason for me to, you know, walk away from the gang.

Q.   And, sir, the Molotov cocktail incident was while you were at Cook County Jail, right?

A.   Say that again.

Q.   Let me strike that question.

Do you know of any other retaliation against your mom or your sister or Rosa Bella other than the Molotov cocktail or Rosa Bella almost being run over?

A.   Watch my back in jail, though, before they put the hands on me.  I knew they were going to retaliate, though, but I never give them the chance.

Q.   While you were in Illinois Department of Corrections, were you -- did you ever suffer an injury that required medical care?

A.   Yes.

Q.   What kind of injuries did you suffer?

A.   I got stabbed a number of time.

Q.   Who stabbed you?

A.   The opposite gang.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149631

GONZALEZ 000373

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 374

Q.    And what gang was what?

A.    I don't know what was the gang, but I remember it was the opposite gang.

Q.    So it was a rival of the Latin Kings?

A.    It was a rival of Latin Kings.

Q.    When did that stabbing occur?

A.    It happened when I was in Cook County fighting the case.

Q.    So that was before your conviction?

A.    Before I even went to trial.

Q.    How about after trial after you were convicted, any injuries in prison that required medical care?

A.    Yes.  I was in the hospital for -- for a little bit.  I got stabbed real bad in my head.

Q.    You got what real bad in your head?

A.    I got a knife stuck in my head.

Q.    You got stabbed in the back of the head while you were in IDOC?

A.    Yes.

Q.    When did that occur, which facility were you at?

A.    That was in County Jail.

Q.    Oh, that was -- that was in County Jail

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149632

GONZALEZ 000374

as well.  Okay.

What about after you got out of Cook County Jail?  I want to talk about the Illinois Department of Corrections, either Joliet, Stateville, or Pontiac.  Any issues at those places?

A.    I got myself in trouble, though.  I went to PC just for the protection, though, you know.  I didn't -- really didn't want to have no confrontation with the -- with my own gang.

Q.    Once you were in protective custody, did you not have any other issues with inmates?

A.    No, I didn't.  Well, you know, you always going to -- you always going to find few guys that they're not going to like you for whatever the reason.

I mean, I look at them dumb because they don't know me.  So if you don't know me, you happen to don't like me, though, you know, I mean, does that make you smart?

Q.    When you were in protective custody at Illinois Department of Corrections, were you in a cellblock with other inmates who were in protective custody?

AR-L 149633

GONZALEZ 000375

A.     Yes.

Q.     And you would interact with those inmates, but not the general population?

A.     I talk to everybody, whether you PC or not.

Q.     But in PC you're kept --

A.     Not everybody in jail belong to gang, though, so ...

Q.     And, sir, it's my understanding that when you're in protective custody, you're kept separate from the general population; is that right?

A.     No.

Q.     So when you were in protective custody, you still interacted with the general population?

A.     Yeah.  You can talk to them.  You can see them.

Q.     Prior to your arrest in this case, did you suffer from any serious medical conditions?

A.     No.

Q.     And you told us about that prior to this incarceration you had a nerve issue for which you would take medication from time to time, right?

A.     Yes.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149634

GONZALEZ 000376

Q.    And that was just you would get anxious or nervous and you would have to take a pill and that would take care of it?

A.    Yeah.  I get excited.  I get excited at times.

Q.    How long did you have that condition prior to your arrest?

A.    Since I was a kid, though.

Q.    I think you told us at one time you were prescribed medication for that condition?

A.    Yes, I was.

Q.    But then you lost your medical card and you were no longer filling that prescription?

A.    I just decide not to take it no more.

Q.    How many medications did you take for that?

A.    How many medication did I take?  I only -- my medication, it was just one pill.

Q.    Did you ever talk to a psychiatrist or a psychologist about your nervous condition that you had prior to your incarceration?

A.    I did talk to them.  I did talk to -- to the psych, though, you know, just to get some medicine and stuff, though.

AR-L 149635

GONZALEZ 000377

Q.    Did you see the psychiatrist on a regular basis to continue to prescribe the medication for you?

A.    No, no.

Q.    What was the name of the psychiatrist you spoke to?

MS. BONJEAN:  Objection to the form.

THE WITNESS:  That was long time ago.  I cannot even remember the name.

BY MR. BRUEGGEN:

Q.    But prior to your incarceration at issue here, you spoke to a psychiatrist about getting medication for your anxious condition?

A.    In the Cook County?

Q.    No, no.  Prior to your incarceration.

A.    No.  I didn't -- I did talk to the psych, but not for medication, though.

MS. BONJEAN:  He's saying before you were arrested.

THE WITNESS:  Oh, before I was arrested. Yes, I did saw the psych.  I did saw the psych.

BY MR. BRUEGGEN:

Q.    You saw the psych and he prescribed the medications for your nerves?

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149636

Case: 1:18-cv-01028 Document #: 828-2 Filed: 11/22/25 Page 379 of 468 PageID #:110003

A.    Yeah.  When I was in the street, yes.

Q.    Yeah.

Did you ever talk to a psychologist about that condition?

A.    In the street -- when I was in the street, I was going to see one like once a month.

Q.    Do you remember the name of that doctor that you were seeing once a month?

A.    Again, that was long time ago.  I don't remember -- I don't remember the name.

Q.    Do you remember the period of time that you were seeing a psychiatrist or psychologist once a month, how long that lasted?

A.    It probably lasted for a year, couple years, something like that.

Q.    And that was related to your nerves?

A.    Yeah.  My nerve condition, yeah.

Q.    After you were arrested and incarcerated in Cook County Jail, did you receive any mental health treatment in Cook County Jail after you were arrested for this incident?

A.    No.

Q.    While you were in the Illinois Department of Corrections, did you receive any

mental health treatment for --

A.    I did -- I didn't receive no mental health treatment, but I did -- I did talk to the psychiatrist, though, you know.  Just to talk to somebody, though, you know, just to make you feel good.

Q.    Did you take any medications as result of talking to that person?

A.    No, I didn't.

Q.    Did you receive any type of mental health medications while you were in jail or prison?

A.    No.

Q.    Since you were released from prison, have you sought any medical care for injuries that you believe were related to being incarcerated?

A.    When I got out of jail, I went to see the doctor, though, basically, you know, for physical check and stuff.  But during that period of time that I was going to see the doctor, she started to notice something.  And she ask me question and I told, you know, how I was feeling, and she basically diagnosed me with PTSD and I started seeing the psych.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149638

GONZALEZ 000380

Q.    Did she diagnose you with any medical conditions, not mental health, but medical conditions?

MS. BONJEAN:  Objection to the form of that question.  Medical and mental health are the same.  Physical maybe, maybe that's the word you're looking for.

MR. BRUEGGEN:  I can use physical if that would make it easier.

BY MR. BRUEGGEN:

Q.    Sir, were you diagnosed with any physical conditions as opposed to mental health conditions?

A.    No.

Q.    And do you have any physical conditions now?

A.    Yeah.  I'm old.  My bone hurting, my back, everything.

Q.    Other than just getting older and, you know, some wear, do you have any medical conditions, and physical medical conditions, for which you're seeking treatments?

A.    You know, I be lying to you if I told you yes or no, so I'm going to be honest with you.

AR-L 149639

GONZALEZ 000381

I haven't seen the doctor for past few years.  I don't got insurance.  I don't got nothing.  So I really don't -- I don't got no answer for that question, though.  I might be -- I might got something that I don't know and that I might be sitting here dying and I don't know.  I lost a lot of weight.  I weighed 270 pounds.  Look how much I weigh now, 170 pounds.

Q.   When was the last time you saw a doctor, sir?

MS. BONJEAN:  You mean a medical doctor -- I mean a physical medical doctor or a mental health doctor?

MR. BRUEGGEN:  I'm just saying -- he said he hasn't seen a doctor in years.  I'm just clarifying what he meant by that.

BY MR. BRUEGGEN:

Q.   When was the last time you saw a doctor, whether medical or mental health?

A.   Both be probably couple years now.

Q.   Like 2019?

A.   Yes.  About 2019.

Q.   Are you taking any medications now?

A.   The only medication that I take is --

AR-L 149640

GONZALEZ 000382

is what I smoke.  Weed, that's my medication.  I don't take no medication.

Q.   Do you have a --

A.   Bad, do you bad.  Medication going to make me puke, to hurt myself.

Q.   Do you have a medical marijuana card?

A.   No.  I will soon.

Q.   You're in the process of trying to get your medical marijuana card?

A.   I'm not in a hurry, so ...

Q.   I'm sorry, sir.  I didn't understand you.

A.   No, I'm not in a hurry to get one, but yes, I will be in the process pretty soon to get one.

Q.   And what is the basis for you wanting to get your medical marijuana card?

A.   PTSD.  I don't eat.  I don't -- I don't sleep sometime.  I get angry.  I be always watching through the window late at night or walking down -- walking down the street by myself in the middle of the night, wandering everywhere.

Q.   Did any mental health physician or psychologist tell you that you should get your

AR-L 149641

GONZALEZ 000383

medical marijuana card to treat PTSD?

A.    I talk about it, but only thing they do, they refer me to somebody.  But if -- like the doctor said, though, you know, they got -- they not advising me to change medicine for cannabis, but if -- if it work for me, they say it's okay, you go ahead and do it, though, you know.

They agree with the scientific community that I should -- I should do the same what other people do.  Because they were afraid -- I think they were afraid that, you know, I might hurt myself, so -- the medicine was bad.  It -- no medicine for me.

Q.    Sir, after you got out of prison, did you suffer from nightmares?

A.    Yes.

Q.    How long did you suffer from nightmares?

A.    I still suffer from nightmares.

Q.    How often do you have nightmares?

A.    When my mom, she said that I'll be screaming down in my room, she will tell me, you know, What were you dreaming about?  So basically every -- every other -- every other night, you

AR-L 149642

GONZALEZ 000384

know.  When I feel relax and I sleep good, I sleep good, though, you know, but when I go to bed thinking especially nonsense stuff, though, you know.  It's how PTSD work, though.  You know, you get sad, depressed, you know, maybe you find yourself in the room crying --

Q.    Were you --

A.    -- for no reason.

Q.    Were you taking medications for a diagnosis of PTSD at one point?

A.    Yes.

Q.    And did those medications help with the symptoms you had?

A.    No.  They got worse.

Q.    Does smoking marijuana help with your symptoms of PTSD?

A.    Yeah, they do.

Q.    But you still have symptoms?

A.    I still have symptoms, but it -- you know, PTSD will never going to go away, you know.  That's not cured disease, though.  So only thing you can do is just, you know, find a way to relax.

Q.    And, sir, has your mental health condition, do you think it's improved since you got

AR-L 149643

GONZALEZ 000385

out of prison to the present?

MS. BONJEAN: I'm going to object to the form to the extent that -- improved from when, I guess. You mean since he was in prison?

BY MR. BRUEGGEN:

Q. And, sir, I'm talking about from the time you were released from prison until the present, has your mental health, your outlook on life, has is gotten better?

A. Not -- not really.

Q. Has it gotten worse?

A. You see how thin I am?

Q. Being thin is not a bad thing.

A. Well, for some people I look good, though. It's just I don't eat. I don't sleep. It just -- I just think what happened, you know. You just -- it's just like a switch that I got to learn how to turn off in my head. It got worse, yeah.

Q. After you were released from prison, did you start taking GED classes?

A. Yes.

Q. Did you get your GED?

A. No.

Q. What happened with those classes?

AR-L 149644

GONZALEZ 000386

A.    Whether I continue school or get a job or go back to the streets and sell drugs again just to survive myself, I rather go and work and forget about everything else, though, you know, and do better, try to do better.

Q.    Have you seen Rosa Bella since you've been released from prison?

A.    No.

Q.    Have you spoken to her?

A.    No.

Q.    Have you mentioned her on any social media?

A.    No.

Q.    Have you seen your son since you were released from prison?

A.    I saw him on -- you know, on the phone when we talk on video chat.  Other than that, though, I haven't -- I haven't touch him physically.  I haven't been with him physically, though, not yet.

Q.    When was the last time you had a video chat with your son?

A.    The 13, April 13.

Q.    Oh, so just several days ago.

AR-L 149645

GONZALEZ 000387

A.    Yeah.  His birthday.

Q.    How often do you video chat with him?

A.    On and off when there's a chance.  Most of the time I go to sleep early, so when people call me, you know, the phone off.  So when I go and call them, their phone is off.  So whenever, you know, we have the chance to chat, we -- we just take advantage of it and enjoy ourselves.

Q.    Sir, earlier you told us about you were in a serious relationship with a girl since you've been released from prison?

A.    Yes, I was.

Q.    How long were you in that relationship?

A.    I'd probably say almost a year.

Q.    What was the name of that woman you were in a relationship with?

A.    Sara Caceres.

Q.    How did you meet Sara?

A.    I met her through -- you know, through meetings and stuff like that in church.

Q.    When did you break up with Sara?

A.    I'll say couple years ago.

Q.    Why did you and Sara break up?

A.    I guess, you know, too rough.  I'm not

AR-L 149646

GONZALEZ 000388

a man to be in a relationship anyway.  Too rough,
too rough.  She was too -- too jealous.

Q.    She was too jealous, did you say?

A.    Yeah.  She argued too much.

Q.    She argued too much?  Is that -- I'm
sorry.

A.    Yes.

Q.    So she would argue with you too much?

A.    Yes.

Q.    Is that why you broke up with her?

A.    Yes.

MS. BONJEAN:  Objection to the form.

But go ahead.

THE WITNESS:  Yes.  We broke up, you know.
We just -- I rather be friend with her than, you
know, be serious with her.  I think it didn't work,
our relationship is not going to work out.

BY MR. BRUEGGEN:

Q.    Are you still friends with her today?

A.    No.

Q.    Why aren't you friends with her?

MS. BONJEAN:  Objection to the form.

THE WITNESS:  She -- she doesn't want to be
friend, so I'm not going to force it, though, you

AR-L 149647

GONZALEZ 000389

know.  I mean, if you don't want to be with someone, not going to be with someone.

BY MR. BRUEGGEN:

Q.   Did she accuse you of domestic violence?

A.   Yes, she did.

Q.   What did she allege you did?

MS. BONJEAN:  Objection to the form.

If you know.

BY MR. BRUEGGEN:

Q.   If you know, sir.

A.   She accused me of me I believe slapping her, pushing her.  I never did that, though.  She just -- that was just a lie, you know, just -- just to -- how can I say?  To go back to -- to make me go back with her, basically.  That's what she wanted to do, though, you know.  If I don't go back with her, she was going to -- she was going to start messing with me.

MS. BONJEAN:  Just answer the question.

BY MR. BRUEGGEN:

Q.   Okay.  So you had broken up with her prior to her accusing you of domestic violence?

A.   Yes.

AR-L 149648

GONZALEZ 000390

Q.    And you believe that she accused you of domestic violence so that you would come back to her in a relationship?

A.    Yeah.  It was just a form to give me to, you know, try to bring me back.  You know, for me to say, Oh, okay, I'm sorry, though, you know, I'll go back with you, I won't leave you, though. But it didn't work out like that anyway.

Q.    Did you get into a verbal altercation with her on the day she alleged you committed domestic violence?

A.    We got into -- well, she got into a verbal argument with me all because Facebook.

Q.    And what was her concern about Facebook?

A.    A female, you know.

Q.    What do you mean "a female"?

A.    Well, it's just that, you know, I'm a DJ and sometime, you know, I get some of the -- some of the female friend, you know, on -- on Facebook and just start making, you know, like good comments and stuff, though, and talking a little bit more, you know, attracted to me.  She get jealous, but I keep telling her, you know, I

AR-L 149649

GONZALEZ 000391

don't -- I don't have no -- I don't have no feeling with -- no relation with some -- with nobody.  Just I'm entertaining myself, though.  But she think otherwise, that I was just messing around and doing this or -- she get mad all the time.

And besides, though, you know, me -- she -- I think she -- she was crazy.  I'm going to say that.  Because she -- there's something sick about her that up here not right, though.  She -- she got a disease, though.  I think she had cancer too.

Q.    But you had been in a relationship with her for about a year prior to this?

A.    Almost a year, yeah.

Q.    And as a result of her accusing you of domestic violence, were you incarcerated?

A.    That's when she got me arrested.

MS. BONJEAN:  Okay.  Wait.  Object -- I'm sorry.  Objection to the form of that question.  As a result of this arrest, was he incarcerated?

MR. BRUEGGEN:  As a result of her accusing him of domestic violence, was he arrested and incarcerated.

MS. BONJEAN:  Okay.  Those are two different

AR-L 149650

GONZALEZ 000392

questions. It's a compound question. I'm going to object to the form.

BY MR. BRUEGGEN:

Q. Start with the first one.

Sir, as a result of her accusing you of domestic violence, were you arrested?

A. I was arrested.

Q. And as a result of that arrest, were you incarcerated?

A. No.

Q. No, you were not incarcerated?

MS. BONJEAN: Well, I'm going to object to the extent that incarceration means that he served a sentence as a result of a conviction of that.

BY MR. BRUEGGEN:

Q. Sir, as a result of your arrest, were you sent to Cook County Jail?

A. Of course, yeah. If you get arrested, you're going to go to County Jail, yeah.

Q. And after that arrest, were you also then sent to the Illinois Department of Corrections?

A. Yes, I was.

Q. How long were you in custody -- strike

AR-L 149651

GONZALEZ 000393

JOSE JUAN MAYSONET JR., 04/16/2021                              Page 394

that.

How long were you incarcerated after that arrest?

A.    I'll say probably about a month, about a month.

Q.    And that time was spent both at Cook County Jail and in the Illinois Department of Corrections?

A.    When I got -- when I got at Cook County Jail because I was in parole, I was in house arrest, I believe, the Department of Correction, they -- they send me to state, back to state prison due to the parole hearing.  So basically I was -- I was a parole violator.

Q.    Okay.  So as a result of being accused of domestic violence, they thought you had violated your parole and sent you back to prison?

A.    Yeah.

Q.    And eventually you got out of prison?

A.    I did got out of prison.

Q.    And were you subsequently arrested on another occasion in relation to your former girlfriend?

A.    I got arrested a second time.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149652

GONZALEZ 000394

Q.   Was that for violating an order of protection she had taken out against you?

A.   Yeah.  It was just violating protection order.

Q.   How long were you incarcerated on that time?

A.   Not long.

Q.   Couple days?

A.   Not even 24 hours.

Q.   What happened with your domestic violence charge and the violation of the order of protection?

A.   It got thrown away.

MR. GREENBERG:  Your lawyer beat that.

THE WITNESS:  My lawyer beat it.

MR. BRUEGGEN:  Sir, those are all the questions I have, but there's some other attorneys that may have some questions.  I'll look at my notes.

Thank you very much for your time. I appreciate your patience.

And maybe we can take just a very quick break so that the other attorneys can get organized.

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 396

MS. BONJEAN:  Yeah.  Can we get -- can we get time?  Where we at?

THE VIDEOGRAPHER:  We're at 6 hours, 33 minutes.

And we are off the video record at 5:57.

(Recess taken.)

THE VIDEOGRAPHER:  We're back on the video record at 6:08.

MS. BONJEAN:  Whoever's trying to talk is on mute.

MR. BRUEGGEN:  Bob, are you trying to talk? I can't hear you.

MR. SHANNON:  Can you hear me now?

MR. BRUEGGEN:  Yeah, I can hear you now, barely.

MR. SHANNON:  Jennifer, did you -- did you hear my comments before we went on the record about how much time I have?

MS. BONJEAN:  I heard nothing.  You were talking into the abyss.

MR. SHANNON:  Okay.  I'm sorry.  Can we go off the record for a minute, please?

MS. BONJEAN:  No.  Put -- you can put it on

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149654

GONZALEZ 000396

the record.

MR. SHANNON:  Well, why -- let's go off the record real quick and then we can put it on the record.

MS. BONJEAN:  Okay.

MR. SHANNON:  I have about one hour.

THE VIDEOGRAPHER:  Hang on.  I have to announce it.

We are off the video record at 6:09.

(Discussion off the record.)

THE VIDEOGRAPHER:  Okay.  We are back on the video record at 6:12 at the beginning of Media Unit 7.

MR. SHANNON:  For the record, Bob Shannon, counsel for DiFranco.  And plaintiff's counsel and I had a discussion off the record.  I've indicated that I have at least an hour of questioning that I believe that I'm entitled to.  And, if necessary, she and I can place more information on the record if it becomes necessary or relevant.

In the meantime, I'm going to start my questioning.  Okay, Jennifer?

MS. BONJEAN:  Yes.  Go right ahead.

EXAMINATION

BY MR. SHANNON:

Q.    Okay.  Mr. Maysonet, hello.

Drawing your attention to August 23rd, I'm going to be asking you some questions about ASA DiFranco.  I believe that you referred to him in your answers as the male state's attorney or the -- the male ASA; is that right?

A.    Right.

Q.    Okay.  So when I -- when I ask you questions about the male state's attorney, you'll understand that we're talking about Mr. DiFranco; is that fair?

A.    That's fair.

Q.    Okay.  On August 23rd of 1990, was that the first time that you had ever met the male ASA?

A.    Yes, I did.

Q.    And do you know whether or not the male state's attorney spoke with any detectives on August 23rd?

MS. BONJEAN:  Objection to the form.

MR. SHANNON:  I'll rephrase.  Strike -- strike it.

AR-L 149656

GONZALEZ 000398

BY MR. SHANNON:

    Q.    Do you know if before speaking to you on August 23rd, the male ASA had any conversations with any of the Area 5 detectives?

    MS. BONJEAN:  Objection to the form, foundation.

                You can answer.

    THE WITNESS:  I was in the room all the time. I really don't know what other conversation happened on the other side of the wall.

BY MR. SHANNON:

    Q.    Do you know whether the male ASA spoke with the female ASA on August 23rd?

    A.    No.

    MS. BONJEAN:  Hold on.

                Objection; form, foundation.

                Go ahead.

    THE WITNESS:  No.

By MR. SHANNON:

    Q.    You testified that you had given the names Lluvia, Tina, and Fro to the detectives, correct?

    A.    Lluvia and Tino, not Tina.

    Q.    I'm sorry.  Tino.

AR-L 149657

GONZALEZ 000399

JOSE JUAN MAYSONET JR., 04/16/2021                    Page 400

A.    And Lluvia.

Q.    You provided those names to the detectives; is that correct?

A.    Yes.

MS. BONJEAN:  Objection to form, mischaracterizes his testimony.

Go ahead.

THE WITNESS:  Yes, I did.

BY MR. SHANNON:

Q.    Which detective did you say that you provided those names to?

A.    Guevara.

Q.    Okay.  You did not provide those names to the male ASA, correct?

A.    No.

Q.    And according to your testimony, you agreed to provide the false story to the detectives before you ever met with male ASA on August 23rd, correct?

A.    Correct.

Q.    Okay.  And the male ASA never laid hands on you, correct?

A.    Correct.

Q.    And the male ASA never saw anyone else

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149658

GONZALEZ 000400

beating or laying hands on you, correct?

MS. BONJEAN:  Objection to the form of question, speculative.

Also, if you intend to lead him through this entire examination, I will -- I'm not -- if for some reason you want to use it at some later point, I will object.  I'm just letting you know.

MR. SHANNON:  He's -- he's not my witness.

MS. BONJEAN:  Exactly.  He's not your -- I understand that, but you are leading him through it.  If you're -- you're going to try to use his testimony if -- for any reason other than for -- and it sounds like you're trying to make him your witness a little bit.  Sorry.

MR. SHANNON:  Jennifer, now you're trying to waste my time and I'm trying to be quick here.  Okay?

MS. BONJEAN:  Okay.  You're trying -- you are trying to make my client your witness.  Letting you know that, but go ahead.

BY MR. SHANNON:

Q.    My question was:  Do you have any information that the male ASA ever observed you

AR-L 149659

GONZALEZ 000401

being physically beaten by any of the detectives?

MS. BONJEAN:  Objection to form and foundation.

THE WITNESS:  No.

BY MR. SHANNON:

Q.    It's your testimony that you told the male ASA that you had been beaten?

A.    Yes, I did.

Q.    All right.  What exactly did you say?

A.    I told him the officer, he -- he beated me up.  He -- he wanted -- he wanted me -- he was forcing me to talk about something that I don't have no knowledge to.

Q.    Okay.  And who was present for that conversation besides you and the male ASA?

A.    When I talk to the male ASA, Guevara, he was there, Montilla, Mingey, and some other officer too.

Q.    So when you told the male ASA that you had been beaten by the detective, all four of those Area 5 detectives were present?

A.    When I told the DA, Mr. DiFranco, yes. Yes, they were present.

Q.    Okay.  And how did you -- how did you

AR-L 149660

communicate that to DiFranco, in Spanish or English?

A. Through Montilla. He's -- he served me as interpreter to communicate with DiFranco.

Q. Okay. So let me make sure I'm clear how this worked.

You in Spanish told Montilla that you had been beaten by the detective and then you had Montilla interpret that to DiFranco in English?

MS. BONJEAN: I'm going to object to the form. He had Montilla? I'm objecting to the form of that question. He --

MR. SHANNON: I'll strike. I'll rephrase.

BY MR. SHANNON:

Q. Is it your testimony that during that conversation you told Montilla in Spanish that you had been beaten by the detective and then observed Montilla translate that to DiFranco in English?

A. To be frankly honest, what I was telling him, I don't know if that quite the same story that he was telling back to DiFranco, but I did told -- I'm telling you what I told Montilla. Anything that he told him that I don't understand, I cannot tell you.

AR-L 149661

GONZALEZ 000403

Q.   So you don't know -- you don't know exactly what was said to DiFranco in English, correct?

A.   Correct.

Q.   Okay.  And besides -- besides -- strike that.

And besides what you told Montilla, you have no other information as to whether DiFranco was made aware of the fact that you had been physically beaten, correct?

A.   Correct.

Q.   When was the first time, if at all, that you reported that you had -- strike that. I'll move on.

How many times, sir, did you speak with the male ASA on August 23rd?  How many separate interviews or meetings did you have with the male ASA?

MS. BONJEAN:  Objection to the form of that question.

Go ahead.

THE WITNESS:  Only -- I probably -- he only came and saw me twice when I was in the -- in the -- in the interview room or interrogation room.

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149662

GONZALEZ 000404

I didn't saw him no more after, you know, I agreed with Guevara to say, you know, what he want me to say. That's when a few minutes later I got transferred from that room to another bigger room where DiFranco was sitting right there in the middle of the table and the court reporter was sitting next to him.

BY MR. SHANNON:

Q. Okay. And -- and the male ASA was there, as far as you understood, to take a statement as a lawyer, correct?

A. Correct.

Q. The male ASA wasn't present for the conversation that you just testified about that you had with Guevara, correct?

MS. BONJEAN: Objection to the form of that question, foundation of that question. He -- and it mischaracterizes his testimony already.

But go ahead.

BY MR. SHANNON:

Q. You can answer if you can, please.

A. No, I don't -- I don't -- I don't -- I don't think he was there witness Guevara putting hands on me, no. Talking to Guevara about, you

AR-L 149663

GONZALEZ 000405

know, what Guevara want me to say, though, no, he was not there.

Q. Okay. And of the two meetings that you had with the male ASA, focusing on the first one, how long did it last?

A. You talking about the female now? Are you talking about the female now or are you just talking about the male?

Q. I'm sorry, sir. Could -- well, why don't I ask the question and then see if you can answer that. Okay?

If there's a question pending, I'll strike it and I will -- I'll withdraw that. I'll ask a new question.

You testified that there were two meetings that you had with the male ASA. On -- on the first meeting that you had with the male ASA, who was present?

A. Everybody was present.

Q. And what did you say during that meeting?

MS. BONJEAN: Objection to the form of that question.

THE WITNESS: They just wanted me to speak in

AR-L 149664

GONZALEZ 000406

English.  They thought that I know how to speak fluent English, though.  And when they try, we -- then everybody, obviously, they changed their mind.

So that's when Montilla say, Ah, we going to do this in Spanish, though.  I will be the one that I'm going to be translating everything that you say to them to the court reporter.

And he just ask the question, though.  You know, everything was written down on the paper, so it was easy for them, you know, course me through it.

BY MR. SHANNON:

Q.   So was the first meeting, sir, the meeting where the court reporter was present?

A.   The first meeting was there when they --

Q.   I should be clearer.

The first meeting with the male ASA was the meeting when the court reporter was present; is that right?

MS. BONJEAN:  Objection.  That mischaracterizes his testimony.  He --

MR. SHANNON:  I'm asking a question.

Did you get the answer, Madame Court

Reporter?

THE COURT REPORTER:  I didn't.  I did not get an answer.

THE WITNESS:  I say everybody was there.

BY MR. BRUEGGEN:

Q.    Including the court reporter?

A.    For the first time.

MS. BONJEAN:  The first time with the male --

MR. SHANNON:  No, no.  Jennifer, you cannot coach the witness.

MS. BONJEAN:  I'm not coaching.

THE WITNESS:  All right.  Say the question again.

MS. BONJEAN:  You're not going to take advantage and -- you're not going to take advantage.

MR. SHANNON:  Then why did he turn and look at you?

MS. BONJEAN:  Why?  Because you are asking terrible questions.  It's like you've never taken a deposition before.  So -- and he -- he is miss -- you need to not try to trick him.  So ask -- ask an appropriate question.  He's -- and don't keep asking the same question to get a different answer,

which is what you're trying to do.

BY MR. SHANNON:

Q.   Mr. Maysonet, you testified that the first meeting that you had with everyone and the ASA was the meeting where the court reporter was present, correct?

MS. BONJEAN:  Objection.  No, he never testified to that and I'm not going to allow you to mischaracterize.

MR. SHANNON:  You have to let him answer the questions.

MS. BONJEAN:  No.  That is -- you can't -- no.  I will -- I will pull him right now if you are going to tell him things he has said that he never said, or you ask that court reporter to read it back and prove me wrong.

So start playing fair and I will let you answer your -- ask your questions.

MR. SHANNON:  Your objection is noted.

BY MR. SHANNON:

Q.   Can you answer the question?

A.   I don't -- I don't remember.

Q.   Was the court reporter present during the meeting that you had with ASA DiFranco and

AR-L 149667

GONZALEZ 000409

everyone?

MS. BONJEAN: Objection to the foundation and form of that question.

BY MR. SHANNON:

Q. Can you answer that?

A. I don't -- I don't remember if the court reporter was in the -- in the room. I do remember the police that were there, the -- the detectives and DiFranco.

Q. And during the second meeting that you had with the male ASA, who was present for that meeting?

A. DiFranco was there; Guevara; Montilla; Mingey; the court reporter, it was a fat guy, Caucasian guy; and some other officer there too that I don't know they names.

Q. Okay. And, sir, let me clear up for the record. I'm jumping back to the first meeting.

When you said everyone was there, can you tell -- tell us who is "everyone"? Who do you mean by "everyone"?

A. Guevara, DiFranco, Montilla, Mingey, and some other officer too. You know, I don't know the name.

AR-L 149668

GONZALEZ 000410

Q.    How many officers in total?

A.    There were quite a few officers in there.  I'm not going to tell you no numbers because I can't remember.  I don't want to lie to you, but I'll -- I will tell you this, there were quite a few officers in there.

Q.    Okay.  You don't have to like me, that's fine.

Were there more than --

A.    No, no.  I didn't say like you.  I said I don't want to lie to you.

Q.    Oh, I see.

A.    You misunderstood me.  Sorry.

Q.    Were there more than four officers?

A.    There were -- there were few -- quite a few officers there, though, that I didn't know their name, though.

But I know Mingey was there, Montilla was there, Guevara was there.  The ones that I know by name, they were there.  DiFranco was there.  The court reporter was there; I don't know his name.  And some other officer, though, but I don't know their name.

Q.    Okay.  Sir, in total, if you can,

AR-L 149669

GONZALEZ 000411

how -- how many minutes did you spend talking to the male ASA on -- on August 23rd?

A.    Don't recall how many minute.

Q.    And how much time was there between the first meeting with the male ASA and the second meeting with the male ASA?

A.    Don't -- don't -- don't remember how long we -- it took.

Q.    Did the male ASA read you your rights during one of those meetings?

A.    I guess he did.

Q.    I'm sorry?

A.    I said I guess he did.

Q.    Well, do you remember that?

A.    Well, I don't understand what he was saying.  I don't -- I didn't speak English that well.

Q.    Do you remember him advising you of your rights?

A.    I remember Montilla saying something about -- and I can even say that now in English because I can speak it even better, though.  But I remember saying that I got the right to remain silent, anything that I say it could be used in a

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149670

GONZALEZ 000412

court of law against me, and all that kind of stuff, in Spanish.

Q.   Sir, can -- can I refer you to Exhibit -- I think it's been marked as Maysonet Deposition Exhibit 3.  It's your -- it's your typed -- or written statement with the court reporter.

And I believe you testified that this statement is false?

A.   Yes.

Q.   All right.  And did -- are you in a position to indicate whether there's any part in this statement that is true?

A.   There's nothing true in there.

MS. BONJEAN:  All right.  You're going to have to let him read the statement if you're going to ask specific questions about that.

MR. SHANNON:  Okay.  And did you get the answer, Madame Court Reporter?

THE COURT REPORTER:  (Nodding.)

MS. BONJEAN:  He's going to look at it.  He's going to look through the statement, so just hang tight.

Read it.

MR. SHANNON:  Well, I don't -- I don't want to use my time with him reading it.  I'll ask it differently.

MS. BONJEAN:  Well, then you -- you can't just ask him is there anything in here without letting him read it.

MR. SHANNON:  I'm going to -- I'm going to move on with a different question, Jennifer.

MS. BONJEAN:  Okay.  Put this away, put that away.

BY MR. SHANNON:

Q.   Without reading the statement, sir, my question is:  Do you know whether the interpreter that you said was present during the statement accurately interpreted the questions that are asked and the answers that were given?

A.   Again, I was just saying in Spanish what it was wrote on the paper.  Whether they were saying that to the court reporter in English, I don't have no clue.

Q.   Okay.

A.   I didn't understand, you know.

Q.   Okay.  Thank you.

Were you given a choice to do either

AR-L 149672

GONZALEZ 000414

a handwritten statement or a court-reported statement?

A.    No.  They never -- they never gave me no chance or none of that.

Q.    Did --

A.    You mean writing the statement myself?

Q.    Yes.  Were you given the choice?

A.    No.  They never give me no choice.

Q.    Okay.  And was it your -- was it your decision to do a court-reported statement?

A.    No, it was not.

Q.    Do you know who called the dispatcher who called the court reporter?

A.    No clue.

Q.    I'm going to -- I'm going to follow-up on some of the questions that you were asked quite some time ago, sir.

Is it true that you were taught English in your elementary schools in the United States?

MS. BONJEAN:  Objection to the -- to the form of that question.

THE WITNESS:  In elementary school, it was just almost Spanish, though.  You're always going

AR-L 149673

GONZALEZ 000415

to get your English.  I had too, you know.  I mean, that's how they work in school, right?  You got math, social studies, science, English class, art, whatever stuff they add to it.

BY MR. SHANNON:

    Q.   And you were in -- and you were taught English, correct?

    MS. BONJEAN:  Objection to the form, mischaracterizes his testimony.

        You can answer.

    THE WITNESS:  I didn't -- my English, it was so bad, though, you know, that -- it was real bad.

BY MR. SHANNON:

    Q.   I -- let me ask a better question.

    A.   Okay.

    Q.   You were in classes where the teachers spoke in English, correct?

    MS. BONJEAN:  Objection to the form, asked and answered.

        If you want to use your time asking questions that have already been asked, go ahead, but I'm going to keep objecting.  That was asked and answered.

        Go ahead.  Answer it again.

AR-L 149674

GONZALEZ 000416

THE WITNESS:  My classes, they were all bilingual, everybody speak Spanish and English.

BY MR. SHANNON:

Q.    Okay.  I'm going to ask you some specific ones that I don't think were asked, sir.

In 1990, so I'm -- I'm focusing on that, back then in 1990, could you understand English?

A.    No.

Q.    At all?

A.    Just a little bit, you know, anything easy that I could understand.

Q.    In 1990, could you speak English?

A.    No, I didn't -- I didn't -- I didn't speak English just like I speak now, though.  It was worse.

Q.    In 1990, could you -- strike that.

In 1990, did you ever communicate with anyone in English without an interpreter?

A.    Just a little bit.

Q.    Give me an example, please.

A.    It's like going to the store and buy something, though, you know, that I don't understand, though, you know.  I'm afraid to find

AR-L 149675

GONZALEZ 000417

some way, you know, to communicate and understand the other party, though.  But other than that, though, you know, I mean, I didn't -- I didn't carry no interpreter everywhere that I go, if that's what you're trying to say, though, you know.  But somehow you got to defend yourself any way that you can, right?

Q.    Mr. Maysonet, do you have any information that at any time the male state's attorney lied about what you had said during your interviews with the detectives on July the 15th or on August the 1st?

Do you understand that question?

MS. BONJEAN:  Objection to -- to that question.

MR. SHANNON:  Basis?

MS. BONJEAN:  It's incomprehensible.

BY MR. SHANNON:

Q.    All right. Can you -- can you answer the question, please?

A.    I don't -- I don't remember.  I don't --

MS. BONJEAN:  Did you understand the question?

THE WITNESS:  No.  That's --

AR-L 149676

GONZALEZ 000418

MS. BONJEAN:  Okay.  Don't answer a question you don't -- you don't understand.

THE WITNESS:  I don't remember what he's saying.

MS. BONJEAN:  Okay.  So ask him to repeat it.

BY MR. SHANNON:

Q.   Do you have any infor- -- I'll repeat it.

Do you have any information that the male ASA at any time lied about what you had said in your interviews on July the 15th or on August the 1st, 1990?

MS. BONJEAN:  Objection to the form of that question.  It's compound.  It's -- to the extent that there were multiple interviews.

But go ahead.  If you understand it, answer it.

THE WITNESS:  No, I don't -- I don't -- I don't remember.

BY MR. SHANNON:

Q.   And the -- the male state's attorney, he was not present for your interviews on July the 15th or on August the 1st, correct?

A.   I don't -- I don't remember.

AR-L 149677

GONZALEZ 000419

MS. BONJEAN:  No.  Listen to the question.

THE WITNESS:  I don't -- I don't -- I don't remember talking to him.

BY MR. SHANNON:

Q.    So as you sit here today, you're not sure whether State's Attorney DiFranco was present for your interview on July the 15th; is that right?

MS. BONJEAN:  Listen to the date.

THE WITNESS:  July 15?

MS. BONJEAN:  Yes.

THE WITNESS:  No, he wasn't.

BY MR. SHANNON:

Q.    Okay.  And how about on August the 1st?

A.    No.  He was wasn't.  I was in jail.

Q.    Do you remember whose decision it was to take the Polaroid photo of you on August the 23rd?

MS. BONJEAN:  I'm going to object to the form of that question.

          Go ahead.

THE WITNESS:  I don't remember.

BY MR. SHANNON:

Q.    Do you remember who -- who worked the camera and actually took the photo?

AR-L 149678

GONZALEZ 000420

A.    I don't -- I think it was an officer, but I don't remember no name.  I mean, it was not -- was nobody that I did know.

Q.    Okay.  On these questions, sir, I don't want to know what you talked about with your lawyers.  Okay?  My questions are different and they're very specific.

In 1990, did you ever communicate with Attorney Beuke in English?

A.    Yes.

Q.    Okay.  And how did that -- how -- how would you communicate with him in English?

A.    How did I communicate in English? Basically, you know, just the way that I could understood, though, you know.  He -- I -- you know, you got to remember, you know, the two years that I was already in jail, you know, I learned how to speak a little bit better, though, you know.  I was around English speaking people, so I didn't have no choice, though, you know.  So I have to learn how to -- how to get my English a little bit better so people, they can understand me, though, and have a conversation.  Especially with other inmates in there, though, you know, so don't get -- don't go

Urlaub Bowen & Associates, Inc.  312-781-9586

AR-L 149679

GONZALEZ 000421

JOSE JUAN MAYSONET JR., 04/16/2021                                    Page 422

boring.

Q.    And again in 1990, did you ever communicate with Attorney -- is it Swano or "Swaino" in English?

A.    Swano.

Q.    Swano.

A.    When I communicate with him it was through my sister, though.  My sister the one who always -- you know, when -- when I had to talk to somebody, she always be my interpreter, someone that I can trust.

Q.    Was -- was -- I'm sorry.  Strike that.

Did Attorney Swano speak Spanish?

MR. GREENBERG:  Swano.

MS. BONJEAN:  It's Swano.

MR. SHANNON:  Sorry, Swano.

BY MR. SHANNON:

Q.    Did Attorney Swano speak Spanish, sir?

A.    No, he didn't.

Q.    All right.  And so I just want to be clear, did you ever speak to Attorney Swano without your sister present?

A.    I don't remember.

Q.    So it's possible that you did?

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149680

MS. BONJEAN:  Objection.  He answered your question.  He doesn't remember.  We're not playing those games.

MR. SHANNON:  I'll move on.

BY MR. SHANNON:

Q.    Martin Abrams.

A.    Yes.

Q.    Did Mr. Abrams speak Spanish -- strike that.

Did Mr. Abrams speak Spanish in 1990?

A.    No, he didn't speak Spanish.  Maybe just hola, cómo estás, or -- you know, basic stuff.  You know, maybe like -- maybe like what you know, you know.

Q.    Did you ever on any occasion communicate with Mr. Abrams in 1990 in English?

A.    I always communicate with people through somebody.  And with Mr. Abraham, every time that he come and see us, though, you know, he don't come and see me, he come and see the other guys too.  They know how to speak English and Spanish.  So we always get interpreter just to -- you know, to communicate with the lawyer to make sure that

AR-L 149681

GONZALEZ 000423

when we talk, you know, it is what it is.

Q. So the answer to my question, sir, is that your testimony is that you never communicated with Attorney Abrams in English; is that true?

MS. BONJEAN: You mean without an interpreter?

MR. SHANNON: Well, he wouldn't need an interpreter if it was in English. I'm asking about in English.

MS. BONJEAN: Okay.

THE WITNESS: No.

BY MR. SHANNON:

Q. Never?

A. Well, I never said never, you know, be caught lying, but just a little bit, yes, we talked.

Q. You would talk to Attorney Abrams in English, correct?

MS. BONJEAN: Objection to the form. He -- objection to the form of that question. Snakes.

Go ahead.

THE WITNESS: Just a little bit.

BY MR. SHANNON:

Q. Were you provided -- strike that.

AR-L 149682

GONZALEZ 000424

According to you, were you provided with a new set of pants on August 23rd while you were in custody?

MS. BONJEAN:  Object to the foundation and the form of that question.

THE WITNESS:  I don't understand.  Can you say the question in easy way that I can understand, please?

MR. SHANNON:  Yes.

BY MR. SHANNON:

Q.    Were you provided a new set of pants?

A.    Pants.

Q.    Pants.

A.    Right.

Q.    Right.  While you were -- while you were in custody on the 23rd?

A.    They brought me some -- some pants to me because I shit and peed on myself.

Q.    Okay.  And were those pants brought to you before you met with the male state's attorney?

A.    After.

Q.    After?

A.    Yes.

Q.    Who brought them to you?

AR-L 149683

GONZALEZ 000425

A.    My sister.

Q.    Those pants weren't provided by a detective?

A.    Well, actually, my sister had to bring them to give them to him so him to give them to me. She cannot come walking in the police station and open the door and give them to me because she would get herself in trouble.  Do you think?

Q.    The -- the medication, the nerve medication that you took, sir, does that -- would that affect your memory?

A.    It's just nerve pills.  How could it affect my memory?  It's just nerve pills.  That's what it is.  Not for my -- my head.

Q.    It would have no impact or affect on your memory or your -- your brain ability?

MS. BONJEAN:  Objection to the form.

Go ahead.

THE WITNESS:  They make you go to sleep. They make you drowsy, though.

BY MR. SHANNON:

Q.    That's it?

A.    Yeah.  It make you drowsy.  They make you go to sleep.  You can focus and stuff, though,

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149684

GONZALEZ 000426

you know.  I mean, it's a psycho-medication, though.

He's muted.

MR. SHANNON:  Jennifer, can I take a quick break?  I might be done or close to it.

MS. BONJEAN:  Okay, sure.

THE VIDEOGRAPHER:  We're off the video record at 6:42.

(Recess taken.)

THE VIDEOGRAPHER:  We are back on the video record at 6:47.

BY MR. SHANNON:

Q.    Sir, the first -- I'm going back to August 23rd.  Okay?

The first meeting that you had with the male state's attorney, you came into that meeting with an idea of the false story that you were going to tell at that meeting, correct?

MS. BONJEAN:  Objection to the form of that question.

BY MR. SHANNON:

Q.    Do you understand?

A.    No, I don't understand.

MR. SHANNON:  Can you read it back, please.

(The record was read as follows:

Q. Sir, first I'm going back to August 23rd. Okay?

The first meeting that you had with the male state's attorney, you came into that meeting with an idea of the false story that you were going to tell at that meeting, correct?)

THE WITNESS: When I first met DiFranco, that was -- we were going to start making the statement, but because my -- you know, my communication, it was not all that good, though, they decide to send me back to the bullpen and see what they can come up with, though.

Montilla told me everything going to be in Spanish and he would be the one who would be translating to me and speak up to the story that Guevara already cause me to -- to say, though. And that was it. Yeah, that was the first time we -- when we met, you know, after Guevara finished beating me up.

BY MR. SHANNON:

Q. Okay. And -- and my question was: The male state's attorney, he wasn't present when you were coached by Guevara, as you claim, correct?

MS. BONJEAN: Objection to the form of that question.

AR-L 149686

GONZALEZ 000428

THE WITNESS:  He was in the room, in the interview room.  Whether he was aware or not, I don't know when they were speaking in Spanish -- in English, I mean.

BY MR. SHANNON:

Q.    That conversation you had with Guevara was in Spanish?

A.    All the conversation that I had with him was in -- in Spanish.

MR. SHANNON:  Okay.  All right.

All right.  Nothing further.

MS. BONJEAN:  Okay.  Who's next?  Anybody got 45 seconds they want to use?

MS. ROSEN:  I don't have any questions at this time, but the City defendants are reserving their ability to call him back once you let us know that he's willing to waive the Fifth Amendment.

I know you probably have a different position, but I just want to put that on the record, and we can deal with that when and if it ever becomes a reality.

MS. BONJEAN:  Okay, yeah.  We'll be objecting to that, but we'll reconsider it at another point. Thank you.

AR-L 149687

GONZALEZ 000429

Anybody else?

MS. MCGRATH:  Defendant Guevara has nothing at this present time.

MR. SHANNON:  Defendant DiFranco joins with Ms. Rosen's request.

MS. BONJEAN:  Okay.  All right.  Great.

MS. ROSEN:  Reserve, are you reserving?

MR. BRUEGGEN:  Yeah.  Jennifer, are you going to reserve?

You're on mute.  I can't hear you.

MS. BONJEAN:  Yeah.  I want to reserve because of the -- the language issue.

MR. BRUEGGEN:  Okay.

THE VIDEOGRAPHER:  This concludes today's proceedings.  We are off the video record at 6:50 at the end of Media Unit 7.

(The proceedings adjourned at 6:50 p.m.)

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149688

GONZALEZ 000430

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSE JUAN MAYSONET,            )
                               )
            Plaintiff,         )
                               )
          vs.                  )    No. 18 CV 2342
                               )
REYNALDO GUEVARA, et al.,      )
                               )
            Defendants.        )


        This is to certify that I have read my

deposition taken on Friday, April 16, 2021, in the

foregoing cause and that the foregoing transcript

accurately states the questions asked and the

answers given by me, with the changes or

corrections, if any, made on the Errata Sheet

attached hereto.


                        _____
                              JOSE JUAN MAYSONET, JR.


No errata sheets submitted (Please initial)
Number of errata sheets submitted _____ pages

Subscribed and sworn to
before me this _____ day
of _____2021.



_____
      Notary Public


Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149689

GONZALEZ 000431

JOSE JUAN MAYSONET JR., 04/16/2021                          Page 432

REPORTER'S CERTIFICATE

I, Kathleen A. Hillgard, do hereby certify that JOSE JUAN MAYSONET, JR. was duly sworn by me to testify the whole truth, that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was not waived, and the deposition was submitted to Ms. Jennifer Bonjean, plaintiff's counsel, for signature. Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, if deponent does not appear or read and sign the deposition within 30 days, the deposition may be used as fully as though signed, and this certificate will then evidence such failure to appear as the reason for signature not being obtained.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand of office at Chicago, Illinois, this 26th day of April 2021.

_____
Illinois CSR No. 084-004093

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149690

GONZALEZ 000432

Errata Sheet


NAME OF CASE: JOSE JUAN MAYSONET vs REYNALDO GUEVARA, et al.

DATE OF DEPOSITION: 04/16/2021

NAME OF WITNESS: Jose Juan Maysonet Jr.

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

                     _____

AR-L 149691

GONZALEZ 000433

JOSE JUAN MAYSONET JR., 04/16/2021

### Exhibits

**1 Maysonet 041621-1** 191:12,13 199:21 200:5

**2 Maysonet 041621-2** 249:8,9,22 250:16,23

**3 Maysonet 041621-3** 319:20 320:14 322:3,11 413:5

**4 Maysonet 041621-4** 324:9,13

**6 Maysonet 041621-6** 358:7,13, 23 364:11

### $

**$1,000** 132:11

**$10** 131:17

**$10,000** 116:21

**$100** 120:14

**$18.50** 24:2

**$2,000** 168:4,8 170:15 173:16 174:6

**$20,000** 131:23

**$5,000** 131:24

### -

**--he** 323:8

### 0

**002553** 191:4

### 1

**1** 5:2 77:24 191:13 199:21 200:5

**10** 202:12,19,20

**101** 260:9 261:12,15,20 262:13,23 264:5,7 268:8,13

**10:00** 327:5

**10:06** 5:3

**10:55** 326:21

**10th** 264:11,19,20,21

**11** 70:21,23 71:2 75:3 118:14

**11:19** 77:24

**11:28** 78:3

**12** 36:23 75:4 96:5 124:10

**12:19** 130:11

**12:30** 130:5

**12:33** 130:14

**13** 387:23

**1474** 325:13

**15** 11:3 202:21 212:8 235:7 420:9

**15-year-old** 22:8

**1530** 36:13 137:6

**15th** 212:7 224:8 226:18 228:12 229:5 230:8,12 234:20 418:11 419:11,23 420:7

**16** 5:6 37:3 319:10

**1697** 321:11

**1699** 323:12

**170** 382:8

**18** 5:10 42:22

**1911** 128:19

**1980** 102:10

**1980s** 52:21 53:14 61:3 67:6,7 68:4,5 89:20 90:11 99:6 101:11 108:13 130:23 132:2

**1990** 175:1,9,10 188:11 209:16 212:7 219:2,5,9,14,22 220:5 221:11 224:8,24 225:1 228:12 229:5 230:8,13 231:11,13 233:17 236:10 251:4,10 252:12 253:4,9 257:5 258:9,10 259:7 261:16 262:20 298:7 321:5 326:21 327:4, 21 329:22 334:7,16,20 336:11 337:4 342:18 344:14 345:9 346:12, 20 398:15 417:6,7,13,17,18 419:12 421:8 422:2 423:11,17

**1992** 330:15

**1998** 357:24 365:1,4

**1999** 327:1

**1:45** 203:5

**1st** 251:4 252:12 257:4 418:12 419:12,23 420:13

### 2

**2** 78:3 130:11 249:9,22 250:16,23

**20** 5:15 26:18 174:5 268:10

**20-something** 17:7

**2006** 358:15 365:3,7

**2019** 382:21,22

**2021** 5:6

**2255** 196:19

**22nd** 258:9,10 259:7 261:16 262:20 298:7 318:23 327:20 329:22 334:7,20 336:11 337:4 342:18 344:14 345:8 346:12,20

**23** 327:1

**2342** 5:10

**23rd** 321:5 326:21 327:4 342:18 346:12,20 398:5,15,20 399:3,13 400:18 404:16 412:2 420:17 425:2, 16 427:14 428:2

**24** 395:9

**2454** 15:9

**2553** 192:4

**2558** 199:22

**25th** 209:16 233:16

**270** 382:7

**2:00** 202:21

**2:09** 203:8

**2:31** 222:15

**2:34** 222:18

### 3

**3** 130:14 203:5 319:20 320:14 322:3,11 333:13 413:5

**30** 100:14 230:14 347:8,15,20

**302** 262:7 268:16,18

**33** 396:4

**3:10** 258:3

**3:17** 258:6

**3:30** 23:7

**3rd** 212:24 219:1,5,9,14,18,22 220:5 221:11 222:9 227:9,14

---

AR-L 149692

GONZALEZ 000434

JOSE JUAN MAYSONET JR., 04/16/2021

231:11,13 236:10 358:15 365:7

**4**

**4** 203:9 258:3 324:9,13 325:3

**40** 319:7

**40-apartment-unit** 206:22

**40s** 33:13

**45** 128:19 221:5 429:13

**4:18** 319:15

**4:28** 319:18

**4:42** 332:13

**4:44** 332:16

**4th** 330:15

**5**

**5** 215:1 217:3,5,18 229:15 258:6 266:23 319:15 325:9 326:20 328:6, 7 330:14,21 331:14 333:8 358:7 399:4 402:21

**50** 131:16

**53** 25:7

**5:00** 23:6

**5:18** 366:24

**5:28** 367:3

**5:57** 396:6

**6**

**6** 200:4 319:18 358:7,13,23 364:11 396:3

**600** 5:15

**69** 101:2

**6:00** 79:21

**6:08** 396:9

**6:09** 397:9

**6:12** 397:12

**6:42** 427:8

**6:47** 427:11

**6:50** 430:16,18

**7**

**7** 322:3 359:18 397:13 430:16

**722** 330:16 331:8

**726** 331:8

**75** 55:20,24

**77** 55:21 56:6

**773.663.5391** 200:18

**78** 107:21

**7th** 184:19

**8**

**80s** 38:10,11 53:18 68:21,23

**88** 30:19

**9**

**9048** 358:16

**9053** 359:10

**9:00** 113:19 258:13 259:5

**A**

**a.m.** 5:3 326:21

**ability** 341:14 362:5 426:16 429:16

**Abraham** 229:24 230:1,2,7 242:4, 18 423:19

**Abrams** 239:19 240:3,7 241:22,23 242:2 423:6,8,10,17 424:4,17

**abuse** 344:4,13 345:8 346:11,19, 21,22

**abyss** 396:21

**accomplish** 164:6

**account** 119:14

**accurate** 12:15

**accurately** 414:15

**accuse** 175:11 390:4

**accused** 123:3 390:12 391:1 394:15

**accusing** 390:23 392:15,21 393:5

**achieve** 118:10

**acquired** 30:20 338:7

**act** 51:11 86:2,3

**acting** 47:7 89:16 317:12 356:6

**action** 118:18 178:7

**active** 82:2

**activities** 31:20 40:4,5 45:2

**actual** 142:12 200:12 349:8

**add** 41:9 416:4

**added** 75:5

**addition** 315:19

**additional** 253:7

**address** 25:8,9,12 137:5 261:2,4, 10

**Adidas** 201:14

**adjourned** 430:17

**admitted** 337:12

**advantage** 388:8 408:15,16

**advice** 219:21 221:12,13,22 222:23 223:5,20 224:13,20 225:3 235:12,22 236:11 333:4 354:13 356:6

**advise** 220:23 221:16 332:23 354:16

**advised** 338:16

**advising** 81:10 384:5 412:18

**affect** 426:11,13,15

**affidavit** 359:18,21 365:4,5

**affidavits** 13:7

**affiliated** 98:2 109:5 110:13 114:22,24 115:4 152:1

**afford** 56:17

**afraid** 93:24 384:10,11 417:24

**African-american** 209:21

**African-americans** 209:15

**afternoon** 23:7 186:5 237:17

**age** 33:3,7,10,11 35:1 70:13 112:6

**agree** 167:16 169:10,11 296:4 309:22 314:14 384:8

**agreed** 167:19 311:13 313:7,10 400:17 405:1

**agreement** 169:24 172:14 173:14

AR-L 149693

GONZALEZ 000435

JOSE JUAN MAYSONET JR., 04/16/2021

174:2,21 175:19 176:20,23 178:5, 10,11 337:16 342:22

**ahead** 55:18 59:18 63:19,20 71:19 73:2 97:13 109:7 112:2 120:8,10 127:5 128:9 134:15 138:17 145:16 169:19 170:10 172:21 177:3 183:11 213:8 221:8 225:22 232:13 239:5 254:6,21 255:6 275:12 276:9 284:16 291:22 296:19 301:20 309:15 329:24 333:17 345:1 354:6 370:12 384:7 389:13 397:23 399:17 400:7 401:21 404:21 405:19 416:21,24 419:16 420:20 424:21 426:18

**AKA** 359:5

**alcohol** 86:4

**Alfredo** 95:13 97:18 197:6,7 201:6 352:20 353:1,2

**alibi** 354:18,21 356:3,19,21,23

**alive** 34:4,6 351:24

**allege** 390:7

**alleged** 178:11 180:22 344:4 346:11,19 391:10

**allegedly** 295:18 344:13 345:8

**alleges** 123:22

**allowed** 187:18,19

**altercation** 391:9

**amazing** 17:5 163:21 184:9

**Amendment** 212:18 219:17 221:22 222:21,24 223:10 224:14, 21 225:4 238:9 429:17

**amount** 121:7 123:12 131:23 165:11 172:19 298:21

**amounts** 174:7

**angel** 46:6 369:23

**angry** 335:15 383:19

**announce** 397:8

**answering** 81:10 166:23 222:6 223:3 370:2

**answers** 7:16 14:17 398:7 414:16

**Antonio** 32:20,21 33:2 109:2

**anxious** 377:1 378:13

**anybody's** 214:12

**anymore** 81:9

**anytime** 248:17

**apartment** 15:10,11,13 16:1 17:23 18:6,12 19:3 207:2,5 367:8,24

**apartments** 15:15

**apologize** 86:17

**appeal** 357:22 358:1 361:2

**appealed** 357:20

**appeared** 261:15

**appears** 192:20 200:5 256:23 323:13

**appetizing** 172:24

**apple** 56:2

**approval** 63:1,2 70:15 85:17,18 105:22 110:23

**approved** 70:10 105:13

**April** 5:6 184:21 387:23

**area** 37:21 52:23 53:12 59:14 60:18 63:15 65:3,15,18,24 69:16 75:15 76:24 77:1,9 87:6,11 90:13 100:16 104:19 106:13 129:9 134:12 143:5 144:14 155:19 210:8 215:1 217:3,5,18 229:15 266:23 325:9 326:20 328:6,7 399:4 402:21

**argue** 361:6 389:8

**argued** 389:4,5

**argument** 175:15 177:18,19 248:1 249:5 363:9 391:13

**arguments** 360:16 361:12,21 362:20

**arm** 93:7

**arrest** 55:17 57:4 171:13 175:17 177:13 178:8 206:9,12 208:18,19 334:6 341:18 376:18 377:7 392:20 393:8,16,20 394:3,11

**arrested** 39:21 172:8,9,11 173:17 174:23,24 180:18 188:5,8 208:20 212:8,10 213:3,24 214:4 224:7 228:14,20 230:10 231:6 234:19 240:9 266:24 268:19 303:7 304:11 310:13 314:3,16 318:6 325:7 378:19,20 379:18,21 392:17,22 393:6,7,18 394:21,24

**arrived** 259:3 266:15 267:13 317:3

**art** 416:3

**ASA** 398:6,8,16 399:3,12,13 400:14,18,21,24 401:24 402:7,15,

16,19 404:16,18 405:9,13 406:4, 16,17 407:18 409:5,24 410:11 412:2,5,6,9 419:10

**Ashley** 9:2,8 110:6 232:9

**asleep** 278:1,3

**ass** 146:23 161:18 305:21

**asserting** 332:6

**assessing** 145:10

**assign** 262:15

**assigned** 263:2

**assist** 212:7

**assistant** 227:13,15 305:6 308:24

**associate** 198:7,9

**Associates** 5:14,18

**assume** 8:5

**ate** 150:1 308:4

**attached** 289:10

**attack** 233:11

**attempt** 180:23 181:1 212:9 228:14 231:15 234:20,24 235:8,18, 21,23 236:7,9 238:2 239:11,20 243:18 244:11 245:5 258:14 266:24

**attempted** 175:2 229:11 247:7

**attention** 117:23 119:11 155:16 165:13 166:3 276:11 398:4

**attorney** 7:8 8:17,19,23 10:2,19,23 11:7,14,19,22 12:2,6,7 19:22 213:20,21 227:14,15,22 228:1 229:20,22 231:1 239:17,20 240:8, 12,13,14 242:3,23 244:23 261:11 262:12,19 305:7 306:3,6 307:19 308:12,15,17 309:1,12,24 311:6, 16,19,22 312:8,13 313:18,19 314:11 315:14,20 322:22 323:5 327:13 329:3,5,14 331:21 332:1,20 335:18 341:22 342:1,13,16 398:8, 11,19 418:10 419:21 420:6 421:9 422:3,13,18,21 424:4,17 425:20 427:16 428:3,21

**attorney's** 14:14 219:21 228:16 320:3 333:4

**attorney/client** 238:7,10 239:13 240:18 332:6,24 353:22

**attorneys** 10:15 224:2 238:11 240:16 241:1,13,15 242:13,17

AR-L 149694

GONZALEZ 000436

244:18 395:17,23

**attract** 41:21 116:4 117:23

**attracted** 391:23

**August** 251:4,10 252:12 253:4,9 257:4 258:9,10 259:7 261:16 262:20 298:7 318:23 321:5 326:21 327:1,4,20 329:22 330:15 334:7,20 336:11 337:4 342:18 344:14 345:8 346:12,20 398:5,15,20 399:3,13 400:18 404:16 412:2 418:12 419:11,23 420:13,16 425:2 427:14 428:2

**aunts** 53:11

**Austin** 6:3 15:9

**authorization** 249:11

**Avenue** 15:9 36:13 148:2 206:18 209:15,23 210:10,13,18,22 231:18 232:17 246:16 247:3 280:18 348:15

**aware** 137:24 145:6 152:3 170:3 177:8 204:7,11 329:20 348:3,7 351:12,17 352:19 362:20 367:7 373:1 404:9 429:2

**B**

**babies** 206:6

**baby** 18:10 50:16 71:12 317:8

**back** 21:18 22:9 25:20 34:15,18, 19,20,22 35:2,10,15 36:7,11 37:1, 5,22 38:2 40:15 41:16 44:20 45:5 47:1,3,6,7,10 48:9,17,20 50:23 52:21 53:14 54:15,24 56:19 58:3 62:3,8 67:5 68:1 69:8,12 73:9 77:17 78:2 79:2 82:10 83:16 85:7 88:3,22 89:9,20 90:11 91:1 93:2 99:6 101:1,7,11 102:10 108:13 111:4 112:1 116:21 117:13 119:24 122:22,23 123:14 124:8,12,14,17 126:14,15,16 130:5,13,23 133:11 134:21 140:10 142:2 143:13 144:3 146:21 148:24 149:4 154:2 155:7, 19,20 156:2 161:19 169:6 184:5 201:8,17,18 202:2,18 203:7 206:23 214:9 215:20 216:11,14,16 222:17 228:20,23 234:18 237:3 252:12 253:4 257:17 258:5 260:19 263:19 265:7 266:15 268:7,23 270:15 273:20 274:13 278:11,18,20 279:8, 9,10,11,22 280:3,9 281:9 282:12, 17 283:6 284:20 286:15 287:11,12, 13,14,21 288:22 289:1,6,9 290:6,

14 291:17,19 292:2,12,24 294:10, 14 299:19 300:6 303:24 307:16,19, 24 311:8 312:16 313:24 314:15,18 315:10 316:19 319:17 324:15 325:19 326:4,5 332:15,18 334:16, 20 336:24 337:2 345:5 346:18 367:2 373:13 374:18 381:18 387:2 390:15,16,17 391:2,5,7 394:12,17 396:8 397:11 403:21 409:16 410:18 417:7 427:10,13,24 428:1, 10 429:16

**background** 45:8

**backside** 325:12

**backsides** 324:10

**backyard** 31:9

**bad** 28:21 46:16,20 47:7,12,13 48:4 50:4 73:11,13 74:18 83:1,9,18 84:1 86:18 87:19 89:13,14 93:18 116:10 120:20 129:4 136:17 146:24 162:6 173:21 175:14 182:19 184:6,12 249:6 271:21 279:23 310:3 339:12 352:16 374:15,16 383:4 384:12 386:13 416:12

**bag** 131:17 209:11

**baggie** 145:21

**baggies** 141:14 142:14

**bagging** 22:1 141:16

**band** 40:7,24 41:2 44:24

**bank** 60:9,10 119:12,14

**barely** 396:16

**base** 117:6

**based** 235:8

**basement** 15:24 16:2,6,13 140:9, 10,12 141:7,13 143:2,5,9,10 144:14 265:6,7,10,12,14,16

**basic** 22:7 98:14 101:6 234:1 336:9 423:13

**basically** 12:17 17:4,8,12 20:22 21:22 23:17 29:17 30:8 32:24 37:23 41:24 43:19 45:6 52:3 55:3 64:9 65:7,9,11 69:21 88:21 93:16 95:22 104:18 111:8 114:4 116:3 117:16 118:13 119:1,3,14,17 121:23 122:22 124:15 126:13 133:23 138:3 140:9 141:6,15 142:9,19 145:7,8 146:13 151:12 156:11,22,24 157:21 158:3,5,7 160:7 164:1,4 165:3 172:4 174:14

175:16 181:17 197:20 210:15 215:2,11 230:3 242:6 243:10 267:24 275:7 284:22 297:3 305:21 308:2,10 310:7 330:7 339:4,7 349:21 350:23 366:2 380:18,23 384:23 390:16 394:13 421:14

**basis** 32:2 130:23 213:10 332:24 344:19 378:2 383:16 418:16

**basketball** 45:4

**Bate** 199:21

**Bates** 191:6 325:15 330:16 331:7 358:16

**bathroom** 257:16 319:3

**beat** 47:15 83:3,13,22 122:10,11 146:23 284:10 290:1,2,7 292:10 299:18,20 305:21 306:2 307:20 308:10 311:24 312:15 337:9 338:11 395:14,15

**beated** 402:10

**beaten** 306:20 402:1,7,20 403:8,17 404:10

**beating** 83:24 292:2,5 295:18 296:12,14 297:1,9 305:14,24 306:6 307:14,17,23 308:3 311:8,9 312:3, 7,9 314:19 401:1 428:18

**beatings** 342:17

**bed** 385:2

**bedroom** 16:6 17:22,24 18:2 19:6, 9

**beer** 215:3 216:10

**beg** 294:5

**Begging** 286:5

**begin** 78:5

**beginning** 5:1 78:3 130:14 203:8 213:11 258:6 319:18 371:12 397:12

**behalf** 5:8,23 6:1,6,8 242:10 329:18 330:8 356:22

**belief** 360:12

**believed** 46:16 360:16

**Bella** 203:18 205:7,13,14,23 206:10,13,17 207:7,9,20 208:14 219:7,13 233:8,13 259:8 263:4 300:10,11,21 301:6,7,14,22 302:2, 3 303:19 316:7,13,23 317:3 321:23 350:13,19 351:4 352:12 357:1 368:15,17 373:10,11 387:6

GONZALEZ 000437

JOSE JUAN MAYSONET JR., 04/16/2021

**Bella's** 207:4 301:12

**belong** 89:19 108:24 125:3 126:22 149:15 376:7

**bench** 163:17 353:14

**bending** 196:22 197:2 200:2

**benefits** 24:6

**bent** 195:5,6,8

**betting** 308:10

**Beuke** 328:16,17 330:4,8,11 335:18,21,23 336:3,10 337:3,13, 15,21,24 338:3,6,10,18 339:20,24 340:15 342:2,3,9 350:18 351:20,21 354:1,14 356:10,15 357:4 421:9

**Beuke's** 338:24

**big** 17:11 30:7,9 76:24 77:1 89:8 119:17 123:12 131:8 136:10 142:16 143:13 144:5 146:18 161:18 163:10 175:15 196:4 209:13 269:21 289:15 336:17

**big-ass** 206:21 215:9,10

**bigger** 65:14 201:9 405:4

**bike** 29:22,24 30:3,4,5,7,8,9,13

**bilingual** 38:15 417:2

**bills** 52:7

**birthday** 184:19,20,21 388:1

**birthday's** 184:19

**bit** 34:19 41:5 120:17 123:1 135:11,12 143:15 196:1 207:10,11 238:19 255:23 279:17 336:5,6 339:10 374:15 391:23 401:15 417:11,20 421:18,21 424:15,22

**black** 46:2,10 106:8 109:8 183:22 189:15 190:9 194:9,19 195:2,24 198:20,21 200:8 201:3,14 209:21 279:12 281:20

**Bless** 204:9

**blessing** 372:4

**blind** 102:6,7,8,10

**block** 64:13,20 69:3,8 77:5 87:20 95:24 97:6,7 102:2 103:1 104:15

**blocks** 65:2 76:2,3,4,17 87:7 152:20

**blonde** 110:9

**blue** 55:15 107:1 144:5 161:13 193:13 196:23 200:9 201:3,14,23

**Bob** 6:8 396:12 397:14

**body** 59:22 197:13 284:3,5 286:12 287:1,6,17

**bond** 119:20 230:15,16 240:11 244:10 245:1,2

**bonded** 243:18

**bonding** 244:18

**bone** 381:17

**Bonjean** 5:22 8:20,23 9:8 11:4,16 14:9,20 15:1 19:24 20:3,6,12 21:5 24:3 35:22 54:20 55:18 56:24 57:19 58:14 59:18 60:22 62:10 63:18 67:12,15,18,21 68:8,14 71:19,24 72:24 73:18 77:19,22 78:17 79:5 80:15 81:2,7 89:22 90:4 91:13,24 92:8,11 95:6 97:11 99:20, 22 104:9 108:8 109:16,21 110:3,6 120:6,10 123:24 128:7 129:17,20, 22 130:2,6,8 131:1 132:3 138:14 147:12 150:12 154:7,11 155:4 159:8,22 166:15 170:8 172:16 177:1 182:22 183:8 186:11,15 189:8,13,22 190:2,5,20 192:11,13, 19,23 193:1,15 194:2,13 196:10 197:1 198:19 199:17 200:13 202:6, 14,19,22 204:17 212:12 213:12 219:15 220:13,21 221:4,8,12,19 222:6 223:9 224:4,12,18 225:1 226:21 231:20,24 232:4,8 235:2,4, 13,20 236:4,13,17 237:5,15,22 238:4,8,21 239:2,5,12 240:17 241:2,6,10,23 249:12,17 250:18 252:1,3,20 253:17,24 254:4,9,11, 18,21 255:6,19 268:5 276:8 282:2 283:21 290:17 291:1,21 292:7,14 294:15,23 295:14 296:17 300:12 301:15,19 306:7,12 309:13 314:12 319:1,6,8,12 320:1,8,17 321:6 324:21 329:23 330:17 331:4,6,10, 23 332:4,11,22 333:14,23 334:2 336:13,16,21 337:18 342:5 343:14, 16,22 344:7,15,24 345:10,22 346:4 347:4,13,18 348:16 349:16 353:20 354:5 355:1,14 356:11 358:11,17, 20 359:23 360:18 361:14,24 363:11 364:2,14,24 365:6,10 366:7,14,16,19,21 367:16 368:4 369:14 378:7,18 381:4 382:11 386:2 389:12,22 390:8,20 392:18, 24 393:12 396:1,10,20,24 397:5,23 398:21 399:5,15 400:5 401:2,10,19 402:2 403:10 404:19 405:16 406:22 407:21 408:8,11,14,19 409:7,12 410:2 413:15,21 414:4,9 415:21 416:8,18 418:14,17,22

419:1,5,13 420:1,8,10,18 422:15 423:1 424:5,10,19 425:4 426:17 427:6,19 428:23 429:12,22 430:6, 11

**bonuses** 24:13

**book** 22:22 279:11 280:1 281:17, 19 282:1,13,22 283:18,21,22,23,24 284:2,4,8,18,20 285:1,5,11,15,17, 19,20,22 286:9,11,12,13 287:2,4,5, 15,16,17,18 288:6 289:4 293:10, 17,19 294:2,9,13

**boom** 116:3

**borderline** 69:11

**boring** 422:1

**born** 32:6

**borrow** 119:22 122:20 123:11

**bottom** 215:10 253:16 321:10 359:10

**bought** 30:1 53:19,21 54:2,9

**Bowen** 5:14,18

**box** 43:9 215:3

**boy** 18:10 49:22 275:5,6

**bragging** 151:20

**brain** 183:16 426:16

**brakes** 268:17

**branch** 110:15

**brand** 98:13

**brang** 293:10

**break** 8:9,13 77:15 129:10,13,15, 24 130:3 142:24 143:6,7 202:4,7,8 257:15 319:3 366:5,9 388:21,23 395:23 427:5

**breakdown** 297:13

**breakfast** 210:3 258:24

**breaking** 142:15

**breath** 307:16

**Bret** 5:13

**briefly** 271:7 289:24

**bring** 237:3,7 281:21 282:1,6,9 297:18 391:5 426:4

**brings** 329:10

**broke** 21:20 389:10,14

AR-L 149696

GONZALEZ 000438

JOSE JUAN MAYSONET JR., 04/16/2021

**broken** 390:22

**brokenhearted** 182:16

**brother** 32:18,20 33:2 45:12,13, 15,23 46:17 51:1 53:5,9 82:19,21 109:2 140:14 195:9,10,16,17,20 196:8 300:2

**brother's** 97:19 195:11

**brother-in-law** 242:23,24

**brotherhood** 88:19

**brothers** 33:4 45:20 83:2 246:19, 20,23 247:4,9 280:18 281:2 328:3 357:15

**brothers'** 88:22

**brought** 168:20 213:3,4 226:19 273:4 274:4 281:16,18,23 299:1 309:22 311:11 312:22 325:9 327:19 328:5 425:17,19,24

**Brueggen** 5:24 6:18 9:5,15 11:6, 18 14:12 15:5 20:17 21:11 24:5 36:1 54:23 55:23 57:3,21 58:16 60:13 61:1,11 62:17 64:2 67:14,17, 19 68:2,10,17 71:20 72:1 73:14,20, 23 77:13,20 78:4,23 80:1,17 81:17 90:2,10 91:16 92:5,9,17 95:11 98:1 99:21,23 105:7 108:12 109:18,24 110:11 120:11 124:3 128:11 129:8 130:1,4,7,9,15 131:20 132:19 138:20 147:14 150:17 154:14 155:5 159:12 160:1 166:19 170:13 173:13 176:3 177:10 178:4 180:17 183:1 184:13 186:19 189:4,9 190:4,10,14,21 192:18,24 193:3,5, 10,19 194:5,14,15 196:12 197:3 198:23 199:18,19 200:16 202:2,10, 20,23 203:10 204:18 205:1 213:6, 8,18 217:11 219:19 220:18 221:1, 9,15 222:1,13,19 223:6,14,24 224:6,16,22 225:2,5 227:3 231:23 232:2,6,14 235:6,14,15 236:1,5 237:23 239:6,15 240:20 241:5,8,11 242:1,8 249:7,14,18,20 250:21 252:6,22 253:1 254:13 255:7,20 257:14,21,24 258:7 259:2 268:6 276:13 282:4 284:6 290:21 291:8 292:3,8,19 295:4,16 296:18 300:20 301:17 302:1 306:9,18 311:3 315:12 319:4,13,19 320:2,9,10,18 321:9 324:23 325:1 330:19 331:8, 11 332:3,8,17 333:2,20,24 334:3,5 336:14,24 337:7,20 342:7 343:15, 20 344:1,10,20,22 345:4,13 346:1, 9 347:24 348:2,18,22 349:19,20 352:8 354:1,8,9 355:6,17 356:14

358:12,18,21 360:1,24 361:1,17,19 362:10 363:19 364:7,9,17 365:2,9, 12 366:4,11 367:4,18 368:9 369:15 378:10,22 381:8,10 382:14,17 386:5 389:18 390:3,10,21 392:21 393:3,15 395:16 396:12,15 408:5 430:8,13

**brung** 178:20 234:8 271:14 273:17 274:7

**buddies** 158:23 159:5,6,9

**buddy** 156:16 157:23,24 161:5,6 294:1

**buffing** 42:3 44:18

**Buick** 101:2

**building** 15:16 17:23 18:6,14,24 19:3 25:20,22 26:1 42:14 43:3,18 97:22 104:19 198:15 206:22 207:2, 3 261:9 264:11 265:8 367:13

**bull** 18:21

**bullet** 114:4 166:12

**bullpen** 428:10

**bunch** 74:20 77:2 141:13 171:3 172:3 185:1 198:6 229:2 281:14 291:9

**burial** 187:13,14 191:24 192:1

**buried** 187:9

**burn** 367:13

**bury** 351:24

**business** 55:7 90:22 91:15 94:15, 16 103:22 119:7 122:19 127:3,4,15 152:13,16 154:12 156:23 173:20 176:12,14 204:14,20 215:17

**bust** 271:23 275:6

**busy** 23:15

**buy** 54:12 56:17 98:18 127:7,18 131:12,14 148:6 210:3 417:22

---

### C

**C-E-R-I-D-I-A-N** 20:11

**Caceres** 388:17

**Cadillac** 55:21 56:7,8,11

**caliber** 128:17

**call** 35:20 60:9 72:13 79:12 82:17 96:21 106:8 119:13,18 143:17 191:6 215:7 217:8 247:3 249:22

261:22 262:9 264:24 265:1,4,5 269:4 271:22 273:15 297:17 317:1 334:18 354:18 356:2 363:4,5 388:5,6 429:16

**called** 6:15 59:7 72:12 215:13 216:12 268:10,11 297:17 415:12, 13

**calling** 185:11 292:12 299:24

**calls** 362:2 363:11,15

**calm** 86:21 252:23 297:19 335:10, 16

**camera** 420:24

**cancer** 183:16 392:10

**candy** 56:2

**cannabis** 384:5

**caption** 331:17 359:2

**car** 25:17 30:1,20 53:15,17,19,20, 21,22 54:5,9 80:5 85:16 89:10 96:1 98:9,10,11,16,18 100:17,18,19,20, 21 101:1,4,6,8 102:4 106:17,18,19, 23 107:2,3,15,16,17,18 113:9,12, 15 115:2,16,24 116:6,7,14,19 117:3,12,20 118:4 134:5 161:17,22 164:15,18,19 167:3 168:19,24 169:1,2,3 172:13 181:9,10 197:14 214:7 215:13 217:3 266:2,6,7,13 268:22 327:16 348:14 353:3

**carburetor** 116:19

**card** 13:23 14:6,7 20:7,15 119:18 377:12 383:6,9,17 384:1

**care** 73:11 90:19 162:4 204:19,20 211:2 233:9 296:10 299:20 309:10 373:19 374:13 377:3 380:15

**Carlo** 106:22

**carry** 128:20 129:1 418:4

**cars** 55:16 56:14,18 136:7 139:7 265:16,17

**case** 5:10 39:21 55:17 57:5 123:20 181:4,6 208:20 209:7 212:7 213:14,16 220:2,9 221:21 222:10 234:9,10 235:1 236:18 237:1,6 238:3,15 239:20 247:8 333:11 338:11 339:19 340:21 343:8 357:5, 11 360:17 365:16 366:1,2 371:4,24 374:8 376:18

**cash** 127:3,4,12

**Caucasian** 144:1 308:20 410:15

AR-L 149697

GONZALEZ 000439

JOSE JUAN MAYSONET JR., 04/16/2021

**caught** 47:14 49:2 50:1 79:23 85:18 127:16 215:23 424:15

**caused** 204:16

**causing** 82:15 165:13 166:2

**caveman** 16:4

**CCSAO** 325:13 330:16 331:8

**CDS** 127:11

**celebrate** 184:21

**cell** 278:10

**cellblock** 375:23

**cemetery** 187:9

**Ceridian** 20:7,10

**chain** 200:5,6

**chained** 310:10

**chair** 43:10,12 248:3

**chance** 40:21 150:2 162:7 164:2 183:14 247:7 248:15 282:16 298:24 322:10 365:18 371:23 373:16 388:3,7 415:4

**change** 21:21 62:9 268:1,3 384:5

**changed** 149:18 231:16 407:3

**characterize** 290:20

**characterized** 110:2

**charge** 105:14 166:8 188:10 243:19 244:11 245:5 258:15 295:2 395:11

**charged** 182:18 229:11 328:2,20

**charges** 229:21 328:14,15,23

**chasing** 148:18 149:11

**chat** 339:10 387:17,22 388:2,7

**cheap** 16:19,20

**check** 25:9 78:22 127:8 198:4 269:7,13,15 270:5 274:15 278:10 316:8 380:19

**checked** 271:4 313:24

**checking** 81:12,14 269:10

**Cheech** 161:19

**chemical** 22:10

**Chevy** 106:22 107:20,21

**Chicago** 5:16 6:5 100:8

**Chicagoland** 37:21 52:22 53:11

59:13 60:18

**chicken** 49:20

**chief** 61:4,5,15 72:4,12,13 165:6 166:10,14,21 169:12 176:11 187:16 189:1

**child** 205:20

**childhood** 32:8

**children** 18:15 205:16,18,24 206:2 302:4 368:19

**Choi** 6:10

**choice** 37:15,17 105:17 312:23 329:8 414:24 415:7,8 421:20

**Chong** 161:19

**Chris** 98:24 353:6,14

**Christopher** 99:1

**chronology** 303:11

**church** 388:20

**cigarette** 202:12,15,24

**Cisco** 302:22 303:10 313:16,21

**city** 6:5 49:22 429:15

**civilian** 248:20,23

**claim** 60:3 111:5 428:22

**clarification** 213:9

**clarified** 290:22 291:2

**clarify** 8:21 9:5 54:24 128:12 239:8 252:22 271:2 286:21

**clarifying** 254:1 382:15

**Clark** 5:15

**class** 38:16 40:24 41:2 416:3

**classes** 38:13,18,19,22 39:12,13, 14 386:20,24 416:16 417:1

**clean** 80:5 105:2 144:4 220:16 282:16 305:12

**cleaning** 49:19

**clear** 7:22 109:12 235:24 274:2 403:5 410:17 422:21

**clearer** 236:24 407:17

**client** 220:22 332:6,23 343:5 401:20

**clique** 104:3,6 106:2

**cliques** 103:11

**close** 33:4 52:11 63:17 69:10 94:23 114:12 162:10 177:23 184:11 186:8,13 266:20 269:24 275:3 366:6 427:5

**closed** 114:3 186:10,18,22 267:3 276:6

**closer** 238:16 371:11,12

**closest** 28:1,2 77:3

**clothes** 248:20,23

**clue** 279:6 280:21 414:20 415:14

**coach** 347:12,13 350:11 408:10

**coached** 428:22

**coaching** 408:11

**coat** 194:23 195:2,24 196:23

**Cobra** 115:5

**cocaine** 75:10 79:19,20 84:4 125:7,12,16,22,23 126:6,7 130:18 334:8,14

**cocktail** 367:7,24 373:5,11

**codefendants** 348:4

**coffee** 39:1 77:16 257:16 366:10

**coke** 125:13,18 126:3,4 155:11

**collaborate** 301:12 313:1

**college** 98:6,7

**color** 55:14,15 56:1,9 106:24 107:1 189:16 190:1

**colored** 201:23

**colors** 93:24

**Colón** 40:17

**coma** 83:23

**comfortable** 178:23 179:20

**comments** 391:22 396:18

**commit** 84:13 85:9 211:4,19 235:11,18 236:9

**committed** 180:22 184:15,17 185:15 197:11,23 211:24 314:7 391:10

**committing** 87:10

**common** 299:19

**communicate** 167:14 207:12,14 208:8,11 244:5 335:23 403:1,4 417:18 418:1 421:8,12,13 422:3,7 423:17,18,24

AR-L 149698

GONZALEZ 000440

JOSE JUAN MAYSONET JR., 04/16/2021

**communicated** 424:3

**communication** 428:8

**community** 120:4 244:17 384:9

**company** 19:15,18 20:20,24 21:2, 7 24:15 42:16

**competition** 65:8 89:7,8 162:17

**complaint** 123:19,20,22 124:1,2,4, 21,23

**complete** 36:14

**completed** 13:8

**completely** 127:3 221:3 354:2

**complexion** 143:15

**compound** 294:15 393:1 419:14

**computer** 9:9 17:13,15,18 41:7

**computers** 9:6

**concern** 204:16 211:1 242:16 391:14

**concerns** 81:4

**concludes** 430:14

**conclusion** 362:2 363:12

**condition** 377:6,10,20 378:13 379:4,17 385:24

**conditions** 376:19 381:2,3,12,13, 15,21

**conduct** 208:24

**conference** 5:5

**confirm** 250:12 331:1

**confrontation** 67:1 112:16,21 129:5 375:10

**confused** 216:7

**confusing** 131:22 292:18 349:12

**Connecticut** 34:9

**connection** 212:13

**consistency** 350:8

**consistent** 350:5

**consistently** 349:13

**constitutional** 79:13

**constrain** 67:6

**consult** 220:22 241:4 332:5

**contact** 188:6 230:7 298:11

**contacted** 230:9

**contained** 360:11

**continually** 236:19

**continue** 45:23 188:14,21 221:16 294:22 297:1 308:10 365:23 378:2 387:1

**continued** 188:24 307:20 312:15

**continuing** 9:1

**contribute** 51:21 52:5

**control** 59:23 63:9,15

**controlled** 65:19 69:16 209:10

**controlling** 69:17

**conversation** 94:12 118:8 145:17 156:18 158:16,21 343:10 399:9 402:15 403:16 405:14 421:23 429:6,8

**conversations** 333:5 335:24 399:3

**convertible** 101:2

**convicted** 209:4,9 357:14 361:22 363:8 374:12

**conviction** 213:13,14 237:1 357:20 360:17 361:23 362:17,22 363:10,13 364:1,3,20 369:2 374:9 393:14

**Cook** 229:17 230:11 234:19 245:4, 13,14 247:13 248:24 249:10 250:24 251:3 252:8 256:8 259:4,6 261:16 264:11 265:7 318:10 325:10 327:21 328:9 339:2 340:10, 12,23,24 351:5 367:6 369:10 373:6 374:7 375:2 378:14 379:19,20 393:17 394:6,9

**cooking** 31:7

**cool** 66:20 73:10 75:19 90:22 91:7 103:16 117:20 196:5 314:19

**cooperate** 272:10 296:22,24 297:2,4 301:3,9 302:5,8 303:14 305:17,20 306:4,24 307:7,10 309:22 310:6,23 312:23 313:10,11 317:9

**cop** 118:6 138:19,21 161:5 163:2 164:10 167:6 172:23

**copies** 190:13 196:17

**cops** 164:11 171:3 173:20

**copy** 250:3,7,8,11 316:3 319:24

320:5,12,20 324:18,19,21 330:18, 22,23

**corner** 42:13 59:24 60:3,15,17 62:21 63:10,12,22 64:4,10,14,20 69:21 70:16,20 75:11,20,22 76:5 91:2,3 104:22 105:6 111:4 124:9, 13 125:9 126:23 127:24 128:5,14 132:9,14,15 175:15 181:15 188:1 192:15 197:1 208:24

**corners** 75:14

**Corolla** 53:24 54:2,13 55:14 56:4, 12

**correct** 18:7 36:9 65:22 87:9 130:20 205:20 214:2 220:8 284:24 321:23 335:20 357:19 372:19 399:22 400:3,14,19,20,22,23 401:1 404:3,4,10,11 405:11,12,15 409:6 416:7,17 419:23 424:18 427:18 428:5,22

**correcting** 109:21

**correction** 251:1 323:20 394:11

**correctional** 252:8 369:20

**corrections** 323:4,6 370:4,5,7,15 371:18 372:10 373:18 375:4,22 379:24 393:22 394:8

**correctly** 103:24 283:5

**Cortland** 69:18

**cosmetics** 21:10

**counsel** 5:19 221:12,14,23 222:23 223:20 224:14,20 225:3 236:11 397:15

**count** 286:1 287:23

**counting** 319:11

**County** 25:13 229:18 230:11 234:19 245:5,13,14 247:13 248:24 249:11 250:24 251:3 252:8 256:8 259:4,6 261:16 264:11 265:8 318:10 325:10 327:21 328:9 339:2 340:10,12,23,24 351:5 367:6 369:10,11 373:6 374:7,23,24 375:3 378:14 379:19,20 393:17,19 394:7, 9

**couple** 31:13 149:13 152:20 185:8 187:3,4 379:14 382:20 388:22 395:8

**court** 5:17 6:11 61:7,10 175:24 239:23 240:1 249:18 257:23 258:1, 9,11,14,18,20,24 260:9 261:12 265:8 268:18 295:10 314:22 315:1,

AR-L 149699

GONZALEZ 000441

Index: court-reported–Department

JOSE JUAN MAYSONET JR., 04/16/2021

11,13,23 325:10 328:21 330:5 338:14 341:19 362:17,21 363:1,22, 24 365:21 366:17,20 405:6 407:7, 14,19,24 408:2,6 409:5,15,23 410:7,14 411:21 413:1,6,19,20 414:19 415:13

**court-reported** 314:10 415:1,10

**courthouse** 259:4,7,24 268:7,21

**courtroom** 261:15,20 262:7,13,23 263:1,3,5 264:7 268:8,13

**cover** 171:20

**covered** 353:21

**cow** 49:20

**CPD** 256:15

**crap** 47:16

**crazy** 111:18 205:11 392:7

**create** 17:11 82:8

**created** 215:11

**credit** 119:18

**crew** 123:23 124:5,21,22

**crime** 84:13 180:21 210:19 211:3, 4,12,19,24 223:4 232:21,24 233:3 303:7 314:3,7,17 348:14 349:23

**crimes** 85:10 87:11

**criminal** 333:11 341:19 348:4 352:3,10,13

**critical** 22:15,16,17,18

**cross** 25:11 48:21 60:16 261:7

**crossed** 323:14

**Crosstalk** 235:19

**crouch** 288:13,14,16

**crown** 215:10

**cruising** 163:18 168:16

**Cruz** 96:8,9,16 97:2,4,18 98:2,7,10 101:15,16,19,24 102:4 194:10,12, 13,14 348:8,12,18,24 351:18 352:9 353:1

**Cruz's** 96:19 194:17

**crying** 385:6

**Crystal** 181:12

**CSR** 326:23

**cuff** 264:4 267:6,8 278:10 289:12, 13

**cuffed** 269:4 286:17 289:1,5,8,9

**cup** 39:1

**cured** 385:21

**curfew** 69:9,12

**curly** 143:14

**cursed** 122:8

**cursor** 191:3 194:18 256:4

**cursor's** 194:8,22 197:4 323:16

**custody** 334:22 371:19,22 372:6, 9,14,18 375:11,21,24 376:10,14 393:24 425:3,16

**customers** 43:11 64:17,21

**cut** 120:3,24

**CV** 5:10

**cycle** 294:21

**cómo** 423:13

**D**

**DA** 228:1 308:21 314:21 402:22

**DA's** 228:16

**dad** 26:3 50:15 51:7,9,10,11

**daily** 130:22

**Daley** 43:3

**danger** 69:2

**dangerous** 126:3

**danos** 216:4

**dark** 93:23 113:18

**dark-colored** 93:21 94:1

**date** 184:15 213:1 221:24 236:14 257:12 420:8

**dated** 205:10 365:4

**dates** 365:3

**dating** 111:23 205:7,23 206:5

**daughter** 18:10 233:14

**daughters** 207:4 208:4

**Dave** 5:24 212:12 220:16 222:11 223:15

**day** 16:21 40:15,18 41:16 45:5,18 47:15 48:5 54:15 56:20 69:8 85:7 88:3 93:3 104:20 132:11,12 136:12

139:7 146:24 150:3 151:1 152:23 153:22 157:6 161:11 171:3 181:22 182:1,3,13,14 183:5 184:23 186:7, 21 187:3 197:18 212:5 219:14 220:1 228:13 229:8,12 231:5 232:21 247:21 258:11 259:22 262:3 280:13 295:10,11 303:7,13 308:1,4 309:17 310:14 314:3 316:7,17,18 337:14 355:12 366:2 391:10

**Dayforce** 20:8,11

**dayroom** 339:3

**days** 48:10 121:19 163:11 187:3,4, 5 230:14 239:23 387:24 395:8

**dead** 181:7,8

**deal** 63:23 66:21,22 88:16 158:19 175:12 177:12 247:7,11 309:20 352:23 429:20

**dealer** 117:14

**dealing** 338:13

**deaths** 320:23

**debate** 237:19

**decide** 31:1 149:6 161:24 165:10 198:3 241:20 315:6 352:16 353:15, 16,18 356:7 371:24 377:14 428:9

**decided** 55:7 105:8 354:10

**decision** 223:21 242:7 357:6 415:10 420:15

**defecated** 309:5

**defend** 338:14 418:6

**defendant** 5:8 6:5,7,9 430:2,4

**defendants** 6:1 429:15

**defending** 238:15 357:7

**defense** 340:20 356:10

**defined** 92:14

**delaying** 236:19

**deliver** 165:12

**delivering** 42:6

**demand** 237:6

**denied** 357:22 358:1 361:2

**deny** 326:16

**dep** 337:17

**Department** 250:24 370:3,5,6,14 371:18 372:10 373:17 375:4,22

AR-L 149700

GONZALEZ 000442

JOSE JUAN MAYSONET JR., 04/16/2021

379:24 393:21 394:7,11

**depend** 23:14 24:14 83:4 87:19 88:11 89:3 131:4 132:8

**depending** 24:14 60:1

**depends** 82:17 131:16

**deposition** 5:5,7 7:3,8 10:2,7,12, 16,20,24 11:8 12:3,8,11 13:5,8,11 205:15 330:21 408:21 413:5

**depressed** 183:13 385:5

**DEPT** 256:15

**describe** 143:11 261:6

**designed** 347:12,13

**destroyed** 146:12

**detail** 172:19 222:7 347:15,19

**details** 180:24

**detective** 133:16 138:18 212:11 214:1,4,7,8,10,20 215:4 225:13,15, 17,24 227:5 228:7 230:20 245:6,21 264:3,12,16 266:2,6,7 267:11 268:2 305:17,23 315:15 327:11,12 336:11 337:5,8 338:21 342:19 343:15 400:10 402:20 403:8,17 426:3

**detectives** 212:7 214:24 218:14 225:10 226:16 227:8 266:8,10 267:2 268:22 269:3 398:19 399:4, 21 400:3,17 402:1,21 410:9 418:11

**diagnose** 381:1

**diagnosed** 380:23 381:11

**diagnosis** 385:10

**dictionary** 34:2

**died** 181:18 184:4 187:15

**difference** 349:24

**differently** 291:2 414:3

**difficult** 22:11

**Difranco** 6:9 322:22 397:15 398:6, 12 402:22 403:1,4,9,18,21 404:2,9 405:5 409:24 410:9,13,22 411:20 420:6 428:6 430:4

**dinner** 29:5 179:1 338:4

**direct** 347:16

**direction** 76:5 189:3

**directory** 281:19

**dirty** 49:24 52:8 155:21

**disagree** 175:14 336:19

**discard** 89:17

**Disciple** 224:24

**disciplinary** 370:24 371:2,5

**discipline** 51:12 79:24 80:2 83:8, 19 369:13,19

**disciplined** 370:4,9

**discovery** 237:10 350:17

**discussed** 241:16

**discussion** 397:10,16

**discussions** 223:19

**disease** 385:21 392:10

**dishes** 155:21

**disorderly** 208:24

**disoriented** 234:15

**dispatcher** 415:12

**disrespect** 198:5

**disrespected** 87:17 88:8 112:24

**disrespecting** 83:2

**distance** 25:2

**distracting** 232:5,10

**district** 5:11 228:1

**Division** 5:12

**DJ** 16:2,12,13,22,23 17:14 29:20 391:19

**DJING** 29:14 31:16

**doctor** 340:20,22 379:7 380:18,20 382:1,10,11,12,13,15,19 384:4

**document** 9:20,22 250:1,4,12,14 255:9,15,16 320:4,5 326:9 331:2, 13,18 333:10,15 358:24 365:8

**document's** 255:11

**documents** 9:17,19 11:23 12:11, 14,21 13:13

**dog** 18:17,18,20 28:10,14,18 29:14 31:16

**dollar** 131:23

**dollars** 131:13,15

**domestic** 390:4,23 391:2,11 392:16,22 393:6 394:16 395:10

**door** 136:3 139:12 263:2 266:20 267:4 269:16 273:8,12,13 278:9 299:10 366:1 426:7

**double** 57:23 59:6 116:1,8 123:14 231:16,17 232:16 233:5,6 235:20 246:14,15 280:18 318:7 328:3 330:3,4 333:11 348:5 351:5,13 356:4 357:2

**downstairs** 144:14

**downtown** 43:14

**drag** 37:11 121:21

**dramatic** 82:14

**Drawing** 398:4

**drawn** 215:24 229:3

**dream** 164:4 185:10,11

**dreaming** 384:23

**dress** 89:11

**dressed** 93:23

**drink** 29:6,11 77:17 85:24 86:3 154:4 257:16 299:11

**drinking** 153:20 154:5,15,17,19 155:11

**drive** 25:18 54:8,10 96:3 102:6 171:6 305:2

**drive-by** 221:11 224:10

**driver** 259:10,21,22

**driving** 75:16 164:15 167:3 168:22 353:3

**drop** 36:18 39:5,6 41:22 42:24

**dropout** 38:1 39:10

**dropped** 39:8,16,23 41:11 42:1 45:22 51:19 52:10 55:1 135:17,18 232:12

**drove** 30:24 266:10 267:2 348:13

**drowsy** 426:20,23

**drug** 47:14,15 56:19,22 64:11 79:24 84:14 85:20 86:20 89:15 117:14 127:7 134:6 136:11 142:20 152:13,16 154:17,21 165:22 166:9 334:18,22 370:11

**drugs** 44:13,14,16 49:2 52:4,6 54:14,15,16,19 55:2,7,9 60:2,7 63:13,16 64:7,13,19 65:3,19 73:13 74:8,11,15 75:7 85:16 101:11 113:1 118:22 119:24 120:2,16,19

AR-L 149701

GONZALEZ 000443

JOSE JUAN MAYSONET JR., 04/16/2021

123:23 124:5,7,14 127:2,20 128:1 130:24 136:24 137:1 140:8,16,18, 19 142:6,12,13,15,24 143:6 144:22 151:13,19,23 152:4,8 153:20 157:8,20 163:20,24 167:22 179:19 188:14,21 208:14 334:10,11,13 387:2

**drunk** 86:1 298:16

**dry** 48:17,24

**due** 394:13

**duly** 6:15

**dumb** 145:8,20 375:17

**dying** 183:15 382:6

### E

**ear** 114:5 238:16

**earlier** 38:11 72:4 83:16 94:24 96:22 125:6 139:11 140:22 156:5,6 166:24 175:22 182:13,14,17 183:5 203:24 205:11 225:7 228:19 231:18 232:17 233:16 244:16 337:17 368:14 388:9

**early** 38:10 186:7 210:4 295:9 316:17,18 350:15 355:11 356:4 388:4

**earn** 52:5

**ears** 210:18

**easier** 250:6 254:22 381:9

**easily** 320:21

**east** 152:20

**Eastern** 5:12

**easy** 41:12,13,14 46:8 54:14 407:10 417:12 425:7

**eat** 148:6 152:24 154:20 178:17,18 202:15,16,17,24 210:3 258:23 301:22 383:18 386:15

**eating** 154:3,5,18

**education** 84:10

**Efrain** 101:15,16,19,24 102:4 194:10,12,13,14,17 302:22 303:11 313:16,21

**Eileen** 6:4 213:8 237:11 238:19

**elect** 353:13

**elected** 353:9,12

**Electra** 101:3

**elementary** 35:17,18,21,22,23 36:8,14,18 58:7,9 133:3,12 135:4 415:19,23

**elements** 141:19

**elevator** 264:7,10,15,17 265:21

**Eleventary** 35:19

**emblems** 93:5

**employed** 19:11

**encyclopedia** 34:2

**end** 77:24 83:17 87:24 130:11 155:18 158:20 203:5 258:3 319:15 322:1 371:13 430:16

**enemies** 167:8

**enforcer** 61:5,16 73:4

**engage** 94:12 156:18

**engaged** 158:15

**English** 14:2 38:14,15,16,19,21,22 39:12,14 138:2,3 207:13,24 208:2 215:15 218:17 251:15,16,20 306:14 315:4,7,10 335:24 336:4 341:6,14 403:2,9,18 404:2 407:1,2 412:16,21 414:19 415:19 416:1,3, 7,11,17 417:2,8,13,15,19 421:9,12, 13,19,21 422:4 423:17,22 424:4,8, 9,18 429:4

**enjoy** 388:8

**enlarge** 255:19

**entail** 80:2

**entered** 231:21,23

**entertaining** 392:3

**entire** 62:5 237:4 365:15 401:5

**entitled** 397:18

**epileptic** 233:10,13

**episode** 335:13

**Epplen** 6:2

**equipment** 16:13 22:2,6 23:11 127:11

**esta** 216:5

**established** 74:1

**Esther** 6:10

**estimate** 132:5 135:9

**estás** 423:13

**et al** 5:9

**evening** 186:5 197:19 305:7

**event** 212:16

**events** 303:11

**eventually** 394:19

**everyday** 82:5

**exact** 25:12

**examination** 6:17 341:21 398:1 401:5

**examined** 6:16

**exchange** 352:20

**excited** 17:16 27:4 377:4

**excuse** 122:8 180:4 204:8

**exhibit** 191:12 199:21 200:5 249:8,22 250:16,23 319:20 320:14 322:3,11 324:9,13 325:3 330:14,20 331:14 333:8,21 358:7,8,13,23 364:11 413:4,5

**exhibits** 9:18 189:7 319:5

**exist** 81:9

**exit** 268:12

**expand** 65:1

**expect** 338:10

**expensive** 17:11

**experience** 92:12 189:14

**explain** 97:15 140:2 211:9 245:19 246:3

**explained** 12:20 63:8 245:18

**explaining** 63:9

**extent** 127:3 131:2 386:3 393:13 419:14

**extra** 136:16

**extracurricular** 40:4

**eye** 102:9,11,14,15,17 118:4 119:9 126:13,21 145:14 150:23 157:3 158:4 167:7,12

**eyes** 95:10 102:17 126:11 144:6 156:7 210:18

**eyesight** 102:16

AR-L 149702

GONZALEZ 000444

JOSE JUAN MAYSONET JR., 04/16/2021

## F

**face** 113:14 193:16,17 197:2 213:15 215:24 216:17 229:3 271:23,24 275:3,7,8 276:5 282:22 285:5,8 286:24 293:17,20

**Facebook** 391:13,15,21

**facilities** 77:17

**facility** 21:13 374:21

**fact** 12:3 54:4 122:17 132:12 200:2 205:12 248:21 330:5 372:21 404:9

**facts** 360:11

**fair** 8:6,24 33:1 145:9 172:19 224:3 344:24 398:13,14 409:17

**fall** 30:23 31:1 114:2 149:7 278:1,3

**false** 322:16,17,18 400:17 413:9 427:17 428:4

**familiar** 7:6 338:23

**family** 29:19 34:22 35:2 45:8 52:22 53:4,6 97:20 140:13 141:11 230:9 241:17,18,22 242:5,6,9,12,20 243:13,14 244:12,13,21 298:12 339:16,17 354:21 373:3

**famous** 115:14 123:10

**fans** 269:20

**fantasy** 167:5

**farm** 49:23

**fast** 114:9 276:10

**fat** 410:14

**fate** 353:17

**father** 51:18

**favorite** 55:15

**fearful** 60:8

**federal** 42:14 43:3,18

**feel** 17:18 117:6 179:19 185:9 330:22 354:4 380:5 385:1

**feeling** 162:12 380:22 392:1

**feelings** 94:17

**feet** 168:23

**fellow** 234:21

**felt** 215:20 276:3

**female** 111:7 228:4,6 231:1 305:6 306:5 307:18 308:12 311:6,16 313:18 391:16,17,20 399:13 406:6, 7

**females** 111:14 179:11

**fence** 161:1,4 173:1

**fight** 87:22 88:23 111:9 112:23 357:11 365:18 366:2 371:24

**fighting** 88:1,5,9,10 365:23 370:10 374:8

**fights** 112:11,12

**figure** 72:2 158:18 168:2 232:4 254:4,6 363:21

**figured** 163:1

**file** 364:10

**file-stamped** 330:15 358:15

**filed** 5:10 13:10 329:17 333:10 358:1,4 360:14 361:3 362:13 364:23 365:3,6,10,14

**filing** 364:13,19,21

**filling** 377:13

**finally** 132:10

**financial** 60:10

**financially** 51:21 122:18

**find** 44:8 86:13 134:15,17 136:24 137:1 142:12 146:10 181:8 184:2 262:5 303:5 375:14 385:5,22 417:24

**findings** 341:8,13

**fine** 77:20 80:4 100:3 183:6 221:19 223:14 232:11 254:2 309:14 411:8

**finger** 273:19

**fingerprints** 318:18

**fingers** 95:4

**finish** 113:16,22

**finished** 275:23 428:17

**fist** 276:6,7

**fix** 29:18

**fixing** 29:16

**flashlight** 279:10 281:17,20,24 282:7,13 284:1,4 285:16,18,20,23 286:10,23 287:4,14,16,18 288:7,8, 10 289:4 293:11 294:10,13

**flashy** 98:14 101:4 107:2,3 151:15

**flip** 320:21

**floor** 15:17,18,20,22 18:3,6 19:5,7 48:11,12,16 215:21,22 264:11,19, 20,21 265:13,15,20,24 270:16 272:1 275:8 276:16,19,22 277:4,9 341:1

**flowers** 31:12 198:2

**fluent** 407:2

**focus** 149:18 151:21 231:16 248:13 426:24

**focusing** 406:4 417:6

**Folk** 58:13 204:16,17,18,19

**Folks** 204:24

**follow** 7:21 60:5 78:15 82:23 83:14,20 85:23 160:16 219:20 333:3

**follow-up** 130:16 415:15

**food** 127:8 129:18 148:6 152:15 178:18

**force** 389:24

**forcing** 402:12

**foregoing** 360:10

**forever** 26:8 85:3,4

**forget** 7:21 26:23 387:3

**forgot** 13:24 71:13

**form** 62:11 63:18 67:22 68:15 79:5 89:23 90:4 91:13 92:1,15 95:6 97:11 128:7 131:1 138:15 147:12 150:12 166:15 170:9 177:1 182:22 183:8 245:13,15,16,18 246:7,9 251:22 252:4,8,9,11 253:3,9 256:8, 16,20 257:4 276:8 294:23 300:12 301:15 309:13 314:12 321:6 329:23 342:5 343:16 344:15 345:22 346:4 347:4,5 349:16 355:1,14 356:11 360:19,22 367:16 368:4 369:14 378:7 381:4 386:2 389:12,22 390:8 391:4 392:19 393:2 398:21 399:5,16 400:5 401:2 402:2 403:11 404:19 405:16 406:22 410:3 415:21 416:8,18 419:13 420:18 424:19,20 425:5 426:17 427:19 428:23

**formal** 298:3

**found** 47:22 141:6,13,21 142:14, 19 145:21 162:21 166:2 181:7

AR-L 149703

GONZALEZ 000445

JOSE JUAN MAYSONET JR., 04/16/2021

197:14 219:24 262:17 302:23 303:6 304:4 350:16 351:1 357:16

**foundation** 54:21 62:11 63:18 89:23 90:5 92:16 131:1 132:4 226:22 252:4 321:7 342:6 344:16 360:20 399:6,16 402:3 405:17 410:2 425:4

**founded** 96:23

**founding** 96:5

**four-door** 107:21

**fourth** 191:13 290:15,19

**framing** 364:3

**Francisco** 102:21,22 104:1

**Frank** 230:23

**frankly** 292:18 403:19

**Freddy** 200:8 201:2,5,6,13 202:1

**Freddy's** 201:16

**free** 29:13 31:15 44:11,19 45:3 330:22 354:4

**Friday** 79:21

**friend** 28:2 52:17,19 94:20 133:8 147:5,6,7,16 151:8,11 156:16 172:7,8 175:7,11,17 178:8 186:23 197:22 205:13 259:9 293:24 339:8, 11,21,23 340:5 389:15,24 391:20

**friendly** 93:16

**friends** 28:1,6 52:11 91:19 94:18 103:21 151:5,9 389:19,21

**friendship** 173:6

**Fro** 99:1,2,5,18 100:10,17,18,19 101:10 194:1 302:11 304:8,13 305:3 311:5 312:19 313:14 314:8 348:13 349:2 399:21

**front** 8:19 43:3 152:11,12,13,16 165:5,24 193:12 236:21 255:11 289:8 320:20 322:3 331:3 363:24

**fuck** 272:7

**full** 6:24

**fully** 138:2 255:10 344:12 345:7 363:7

**fun** 134:5 154:21

**fund** 120:4 244:17

**funeral** 13:22 14:1,6 185:16 186:8, 14 187:1,4,6,8 188:9 199:24 203:15,22

**future** 74:21 148:15

---

### G

**gals** 111:10

**games** 423:3

**gang** 57:5,7 58:8,10 59:9 60:8 69:4,7,13 70:10 78:14 79:9 80:12 82:2,16 85:2 87:15,21 88:6 89:21 90:3,9,19,23 91:7 92:2,10,13,15 106:9 108:24 112:11,14,23 113:1,5 114:23 115:1,3,8 117:14 120:16 121:2,16,24 122:1,3,5,20,21 126:19,20 132:15 152:1 161:1 162:24 163:3 164:11 167:10 169:18 172:24 204:15 211:21 224:11,17,24 245:3 367:15,19 368:18 372:12,15,17,18,21 373:4, 24 374:1,2,3 375:10 376:7

**gang's** 113:1

**gangbanging** 134:2,4

**gangs** 58:19 59:1,3 76:18,19 82:1 90:12 91:10,20 92:24 115:16 204:12 222:3

**Gangster** 69:14

**garden** 31:9,11

**gardening** 31:6,8,17

**gave** 171:23 174:12 178:12 245:13 259:23 297:21 304:7,10 313:13,17 316:2 317:22 318:1 327:7,9 328:1 343:4 344:17 347:19 348:4 351:9 415:3

**GED** 386:20,22

**general** 25:11 39:20 65:18,24 75:15 90:12 130:21 184:14 376:3, 11,15

**generally** 100:11

**generous** 24:17

**gentleman** 18:23 108:2,5 192:15 193:11 194:18,21 195:1,4,23 196:1 197:4 199:7 201:13 340:8

**gentlemen** 210:22 353:3

**geographical** 65:15

**geographically** 60:15

**get along** 90:21 93:17 105:20

**girl** 45:19 89:11 103:14 112:4 154:21 185:1 301:23 388:10

**girlfriend** 26:9,12,14 27:8 111:17 112:1,6 179:2 182:6,7 394:23

**girlfriends** 27:2 29:3

**girls** 178:20 179:9,10,23,24 180:3, 8,10 206:3,4 208:3 233:8 338:7

**give** 8:11 19:19 23:22 24:12,13,16 25:10,12 39:20 48:8 51:8 52:6 64:12 71:8 105:21 116:12,14 118:22 119:8 120:14 122:10 127:10 130:21 131:11 132:5 139:16,18 142:5 155:22 162:3 165:2 169:6 177:20 186:16 202:19 204:4,22 210:19 245:15 248:10 261:21,22 262:4 290:7 295:21 298:16 303:3 304:12,22 313:15 314:10 331:24 332:5 336:19 342:14 343:19 347:6 349:2 357:11 371:4 373:15 391:4 415:8 417:21 426:5,7

**giving** 7:11 174:9 213:4 282:16

**glad** 26:5

**glasses** 143:15 197:8

**glove** 279:12 281:20 282:14 293:11

**gloves** 281:17 282:1,7

**GM** 98:12,13,15 106:21

**God** 129:6

**Gonz-** 351:21

**Gonzales** 197:6

**Gonzalez** 95:13,15 96:1,4 97:10 197:7 201:6 348:7,13,15 349:2,7, 22 351:12,18,22 352:2,21 353:2

**Gonzalez'** 348:23

**Gonzalez's** 352:18

**good** 5:22,24 6:3,19,21,22 8:7 14:2 16:20 34:3 40:17 41:5 51:17,18 52:9 56:20 84:24 87:4 97:16 98:21 105:21 112:4 117:20,22 118:6,8 122:19 123:15 127:15 129:14 130:3,7 132:11,12 147:5 149:21,22 151:8,9,16 154:2,10 158:9,11,22, 23,24 159:4,5,9 161:5,6 162:12,18 168:6,7 170:22,23 171:15 178:15, 18,21 179:12,13,17,21 182:8 183:19 185:3 193:14,16,18 255:24 256:1 257:15 259:20 272:9,18 310:22,23 334:4 349:18 380:6 385:1,2 386:14 391:21 428:9

AR-L 149704

GONZALEZ 000446

Index: good-bye–hanging

JOSE JUAN MAYSONET JR., 04/16/2021

**good-bye** 94:16 198:11

**goofing** 134:6

**Goosens** 98:24 99:1 100:10 353:6,14

**Gossens** 98:24

**gotcha** 117:2 118:1 158:6

**grab** 29:6 202:23 249:13 257:16 274:18,21 293:17 313:4 320:1

**grabbed** 40:21 248:20,21 263:5 271:20 274:19,23 275:1,19 276:20 283:18,24 285:16 312:20,22 313:20

**grabbing** 313:2 320:3

**grade** 35:14

**graduate** 39:4

**graduated** 39:2

**graffiti** 84:19

**grand** 131:16

**grandma** 32:16 47:2 48:6,7,8

**grandmother** 33:21 49:3,12,17 50:21

**grandmother's** 33:19 34:6

**grandpa** 45:8 49:23

**great** 24:15 36:3,6 130:9 255:4 260:13 320:9 347:15 366:10 430:6

**green** 56:2

**Greenberg** 9:3 217:9 220:19 223:15 238:5,18,23 239:3 258:22 319:7 352:4 395:14 422:14

**grew** 95:23 97:5,21 99:12,14 101:24 102:1 104:14 107:14

**grocery** 80:6

**groin** 286:15 287:12 288:1,2,3,5,6, 9 295:20 311:11 312:22 313:20

**ground** 117:7 216:15

**grounds** 238:9 239:13 240:18

**group** 69:21 119:2 124:6

**grow** 99:8 102:23 106:10

**growing** 46:7 53:6

**grown** 51:17 107:11 108:18

**guard** 136:5 245:13,14 248:19 251:3 256:9

**guess** 10:8 11:15 26:6 41:12 46:8 50:6 61:4 68:15,20 74:21 85:6 90:8 92:15 118:6 174:18 186:15,17 194:2 215:5 228:11 236:23 260:5 265:4,13 266:19 268:3,5 269:10 271:17 273:14 279:19 296:11 310:10 365:22 386:3 388:24 412:11,13

**Guevara** 5:9 6:7 132:22 133:6 134:9 135:15 137:8,14,20 138:10, 11,12 139:3,4,22,23 140:6,15 141:3,7 142:4 143:11,20 144:11, 12,13,21 145:1,2,4 147:2 150:5,7, 11,19 151:2 152:24 153:3,10,15,23 155:1,13 156:2,12,24 157:6,19,22 158:2,8,13 159:10,18,21 160:2,9 161:8,21 163:8 164:3,16 165:1 166:4,5,7 167:1,15 168:1,15,18 169:24 170:7,12 171:2,24 172:2,4, 7,15 173:15 174:2,22 175:5,20 176:5,19,22,24 177:2,6,12,17 178:5,6,12,13 179:1 180:19,22 270:14 273:3 274:12,16 278:8 280:11,12,15,17 281:1,4,6 282:6 283:6,15 289:17 290:12,14,23 291:10,16 292:23 294:12 295:13, 17,19 296:5,13,21,23 297:11 301:13,14 302:15,16 303:13,21,24 304:16,18,20,22 305:2,17,18,24 306:2,6,20 307:8,12,19 308:9 309:21 310:7 311:4,8 312:9,15,16 313:20,24 315:2,16 317:1 336:12 337:5,9,16 338:1,4,7,11,19,22 342:19,22 343:15 368:8,12,24 400:12 402:16 405:2,15,23,24 406:1 410:13,22 411:19 428:15,17, 22 429:6 430:2

**guilty** 234:24 235:8 238:2 239:10 352:19 357:16

**guitar** 45:10

**gun** 113:14 114:1,3,5 128:2,5,10, 13,16,18,24 129:6 140:22,24 142:13,20 172:13 215:21 216:1,2, 17 348:10 350:1

**guns** 128:3,21 140:19 216:16 229:2

**guy** 31:3 40:17 70:21 73:7 86:15 97:17 99:8 104:16 106:8 113:17,21 114:1 123:15 136:2 137:22,24 138:4 143:13 144:1,2,7 148:18,23, 24 149:6,12 150:9 151:1,16 158:11 162:12 163:20 165:3,5,6 166:5 171:8,10 177:22 178:15 195:3,4,5 196:5 198:4,17,19,22,24 200:8 201:3 205:6 216:3 271:16,23

272:9,18 275:6 276:4 296:23 308:20 310:1,12 311:24 349:10 410:14,15

**guys** 36:10 62:22 69:21 70:23 71:2,5 72:18,22 73:10 74:6,8,14,15 75:3 88:7,10 94:4 95:1,4 99:14 102:24 104:11 105:5,8 111:23 116:9 118:14,21 124:10 125:21,22, 23 126:1 128:20 129:13 162:5 164:16 166:1 168:15,19 169:20 171:16 173:17 176:20 189:6 198:1 209:22 210:17 216:7 217:22 218:8, 22 230:4 241:8 246:21 248:7,8 254:4 279:5 299:8 300:2 302:24 303:2 304:4,10 310:9 314:2,15,18 317:15 362:24 375:15 423:21

---

**H**

---

**ha** 246:14

**hair** 110:9 143:14 193:9 307:9

**haircut** 144:3,4

**Haley** 8:21 9:10

**half** 18:21,22

**hall** 148:8

**Halvorsen** 6:2

**hand** 19:21 21:9 23:23 40:14 148:19 149:10 155:22 263:5,8,10 276:15 279:18 286:24

**handcuff** 216:15 263:19 267:8 271:15

**handcuffed** 217:2

**handcuffs** 289:10

**handed** 251:3,22 252:4,7 253:3,8 256:8

**handle** 86:4

**handles** 61:12

**hands** 29:18 40:21 90:24 165:19 169:3 229:6,8 249:3 273:19 373:14 400:22 401:1 405:24

**handwriting** 251:7 253:7

**handwritten** 256:19 351:10 415:1

**hang** 45:12,23 59:24 62:22 97:9 103:16 104:4,14 111:1,22,24 134:22 333:16 397:7 413:22

**hanging** 45:17 50:7 74:17 126:12 128:5 182:12,15

AR-L 149705

GONZALEZ 000447

JOSE JUAN MAYSONET JR., 04/16/2021

**happen** 45:18 87:15 88:12,13 91:4 93:4,18 103:15 105:20 114:11 116:9,10 123:6 124:10 131:14 136:12 150:19 154:23 158:1 161:12 197:21 211:3,12 272:23 302:18 303:4 311:1 337:13 354:23 356:21 375:19

**happened** 36:17 40:20 70:15 102:12 104:19 105:19 114:17 134:8,20 136:9,20 141:2,4,9,12 146:9 153:15 156:1 158:13 161:24 163:23 171:4,11 176:2 181:4 199:13 209:20 212:5 214:15 215:7 227:9,16 231:18 232:17,21,24 233:3 246:15 260:21 261:20 262:22 266:15 268:18 270:9,14 272:22 276:10 278:7,13 279:5 282:8 287:7 291:20 298:14 300:9 303:8 306:22 307:5,11 308:14,20 314:3,17 317:2 328:24 339:14 342:17 344:13 345:8 346:12,19 350:14 355:11 356:5,17 357:3 371:10 373:2 374:7 386:16,24 395:10 399:10

**happy** 125:4,20 221:23 236:13 310:12

**hard** 41:17 94:16 189:20 196:16 252:16 319:24 320:5,11,20 324:19

**hardcore** 343:10

**hardheaded** 38:23

**harm** 113:11

**hat** 199:8

**he'll** 165:18 262:16 278:18

**head** 7:18,20 118:23 167:17 185:7 188:13 189:2 264:8 267:11 269:16 280:1 282:22 283:19,23 284:2,8, 18,19 285:1,5,6,11,17,19,23 286:9, 11 287:10 293:18 304:13 323:3 374:15,16,17,18 386:18 426:14

**head's** 213:4

**health** 24:9,19 32:1 379:20 380:1, 3,11 381:2,5,12 382:12,19 383:23 385:23 386:8

**hear** 8:2 116:5 210:1,21 228:11 239:1,3 254:11,17 273:9 294:7 295:3 323:2 396:13,14,15,18 430:10

**heard** 80:10 127:7 158:1,7 210:17 396:20

**hearing** 236:17,20 239:23 240:1 394:13

**heated** 248:1

**heating** 249:5

**hell** 107:6 163:2

**helped** 52:2 151:10

**helping** 23:13 49:24 298:17 342:3

**helps** 193:23

**hen** 182:11

**Hey** 28:22 272:3

**high** 37:21,24 38:3,13 39:3,5,8,9, 11,17,23 40:3,6,7,24 41:11,22 42:2,24 44:10,21 45:11,12,16,20, 22 49:9 51:19 52:10,11,14,19 55:1, 10,11 57:14,15 133:1 135:16

**higher** 120:17 122:21

**Hillgard** 5:18

**hire** 240:8

**hired** 229:22 240:2

**hisself** 102:13 156:7 185:9

**history** 40:23

**hit** 102:13 114:3 272:7 274:10 275:7 276:5,12,14,18 277:6 282:22 283:7,22,23 284:7,13,15,17,19,24 285:4,6,11,20,22 286:6,10,14,15, 22,23,24 287:5,8,13,14,18,20,24 288:2,3,5,6,9,10,15,17,18,23 289:4,19 290:11 292:5 294:12,14

**hits** 293:6

**hitting** 279:24 280:8 283:15,19 284:1,4 285:17 286:4,16 287:4 288:23 290:23 291:10 292:23 293:3,7,18 294:3,9,21 295:19,24 300:3

**hobbies** 29:13 31:6

**hobby** 16:10

**hola** 423:13

**hold** 54:1,20 149:8 187:24 220:21, 24 223:6 231:20,22 232:1,4,5 235:13 238:4 241:3 249:12 330:17 331:4,6,23 332:4 333:14 336:16 346:18 360:18 364:24 399:15

**holding** 148:19 263:7,10 276:15, 23 277:2 313:2

**Homan** 76:10,14 77:4,5

**home** 76:19 77:4 86:5,6 132:15,16 215:18 219:6 233:17,18 268:14,15

301:5 316:9,11 317:9,10,12,13,17 349:1,2 355:19,20,21,23 356:1,3 357:2 372:4

**homicide** 280:18 281:2 333:12 340:21 348:5 351:6,13 361:10 362:17,21

**homicides** 357:15

**homie** 91:5

**honest** 80:19 247:23 279:7 287:22 363:17 381:24 403:19

**hood** 169:3

**hoodie** 93:21 94:1 192:21,22

**hook** 101:7 175:7 178:3 289:13,15

**hoping** 189:4

**horrible** 86:23

**hospital** 83:23 183:15,18 233:12 340:24 342:9 374:14

**hotel** 238:18

**hour** 11:17,20 22:20 24:3,4 48:12 77:14 83:5 267:16,17 289:22 397:6,17

**hourly** 23:24

**hours** 22:19 23:4 233:16 267:18, 19,20,23 269:5 277:24 295:8 319:7,10 350:15 355:12 356:4 366:12,14 395:9 396:3

**house** 15:10 17:24 20:15 29:16 33:18,19 43:13 93:12 109:9 131:12 133:9 135:2,5,15,21,23 136:2,9,11, 22,23 137:2,3,7,19 138:10 139:2,9, 13 140:4,8,16,18,23 141:3,5 142:5, 6,8,12,21,24 143:1,3 146:17 150:10,19 151:3 153:3,10,18 156:5,13,14 158:8 178:15,17 183:22 184:24 206:14 233:1,7 297:17 300:6 301:22 348:9 394:10

**household** 51:22

**housekeeper** 231:24

**houses** 85:14

**HP** 326:21

**human** 90:20

**Humboldt** 43:14 61:17 76:23,24 90:12 100:15 103:5 138:22 163:14, 15

**hundred** 34:4

AR-L 149706

GONZALEZ 000448

**hung** 103:8 104:3 106:1 111:13

**hungry** 129:19 353:10

**hurry** 48:23 383:10,13

**hurt** 284:21 383:5 384:12

**hurtful** 174:19

**hurting** 293:20 381:17

**hurts** 239:4

**husky** 144:2

---

**I**

---

**ID** 20:15 256:11,14,19 257:10

**idea** 25:11 39:20 104:20 115:6 130:21 237:20 304:16,19 310:8 427:17 428:4

**identified** 227:5

**identify** 5:19 61:23 191:7 193:11 198:14 199:22 254:15 305:3 320:13 325:2

**identifying** 193:1

**idiot** 171:6

**IDOC** 235:8 374:19

**IG** 69:14

**illegal** 134:13,17

**Illinois** 5:11,16 25:14 331:18 359:3 369:3 370:3,5,6,14 371:17 372:10 373:17 375:3,22 379:23 393:21 394:7

**immediately** 268:12 318:9,22

**impact** 222:3 426:15

**Impala** 107:20,22

**imply** 166:7

**important** 12:17 336:18

**improved** 385:24 386:3

**inappropriate** 363:14

**incarcerated** 108:6 243:20,22 245:4 256:12 339:21,24 351:5 367:6 369:3,12,18 370:3 379:19 380:16 392:16,20,23 393:9,11 394:2 395:5

**incarceration** 340:12 369:9 376:22 377:21 378:11,15 393:13

**incident** 150:8 212:14,19 213:1

367:11 373:5 379:21

**include** 304:14

**including** 308:11 408:6

**income** 339:16

**incomprehensible** 418:17

**increase** 75:2

**incriminate** 220:7 222:22 223:4

**indicating** 221:20 256:5 284:24

**indication** 142:5

**influence** 46:16

**influencing** 46:3

**infor-** 419:7

**information** 82:9 90:14 205:4 210:19 247:8 338:10 343:13 344:3 346:14,19 356:15 357:12 360:12, 15 363:23,24 397:19 401:24 404:8 418:9 419:9

**ingest** 334:21

**inhaled** 334:7

**initial** 326:22

**initially** 174:6 217:13 260:8 281:4 282:9 328:13

**initials** 323:23 324:1,2,3,5

**injuries** 373:21 374:12 380:15

**injury** 373:19

**inmate** 256:4,19 340:1

**inmates** 375:12,23 376:3 421:23

**innocent** 178:1

**Insane** 69:14

**inside** 102:15 300:17

**instance** 22:13 79:18 85:24

**instruct** 240:18

**instructed** 81:15

**instrument** 40:8,15

**instruments** 17:20

**insurance** 24:8,9,19,21 382:2

**intelligent** 163:22

**intend** 401:4

**intentionally** 346:18

**interact** 132:21 376:2

**interacted** 133:11,20 137:18 147:1 226:17,18 376:15

**interacting** 92:7

**interaction** 133:6 135:3 163:7 249:3 277:18

**interactions** 134:23 175:5 178:6, 13 336:11 337:4 343:13

**interest** 204:21

**interesting** 41:20

**interpret** 403:9

**interpreted** 414:15

**interpreter** 225:18 227:6,24 403:4 414:13 417:19 418:4 422:10 423:23 424:6,8

**interrogation** 217:9,10 356:16 404:24

**interrupt** 188:19

**Interruption** 189:21

**interview** 217:8,13 218:10 229:4 230:18 269:3 271:3 273:5,12 280:15 281:2,24 404:24 420:7 429:2

**interviews** 404:17 418:11 419:11, 15,22

**intimidated** 282:24

**introduced** 147:6 155:13 156:8

**investigate** 86:13

**investigation** 320:22 350:24

**invited** 150:3

**invoke** 219:16,17,21,22 220:6 221:21 222:23 223:10 224:12,14, 21 225:4 236:12

**invoked** 222:20

**invoking** 212:17,22 220:12 223:2, 20

**involve** 302:18,19,20,21

**involved** 70:19 88:18 112:11,12 166:10 176:19 180:9 195:17 204:23 225:6 238:15 337:12

**involving** 310:19

**issue** 297:11,22 298:8 376:22 378:12 430:12

**issues** 81:8,13 91:23 375:5,12

GONZALEZ 000449

JOSE JUAN MAYSONET JR., 04/16/2021

**Ivan** 71:13

---

**J**

---

**jacket** 192:16 193:13 200:9 201:3, 15,23 202:1

**jail** 111:19 119:21 207:22 229:18 230:11 234:19,22 240:11 245:5 247:13 248:24 249:11 270:23 314:4 318:11 327:22 328:9 336:1 340:10 363:4 367:6 368:15 369:10, 11 373:6,13 374:23,24 375:3 376:7 379:19,20 380:11,17 393:17,19 394:7,10 420:14 421:17

**jammed** 114:6

**jealous** 389:2,3 391:24

**Jeff** 106:8 313:15

**Jeffrey** 104:10,13 105:24 106:7, 10,17,18,19 302:22 303:11 313:16, 21

**Jennifer** 5:22 9:5 103:13 129:11, 12 189:6 221:15 223:7 236:1 237:12 241:8 249:10 252:23 255:2 290:21 319:22 336:15 344:21 347:24 358:14 396:17 397:22 401:16 408:9 414:8 427:4 430:8

**jerk** 272:11

**Jess** 6:4

**jewelry** 148:20 149:10,13 150:9 151:10

**JGS_MAYSONET** 191:4 192:4 196:19 199:22 321:11 323:12

**Jimenez** 108:1,7

**JJM** 323:23

**job** 41:23 42:1 44:8 55:5 74:12 98:20 174:15 207:7 387:1

**jobs** 74:12,14 98:22

**Joe** 137:17,18 138:8 143:23 203:24 204:4,7,11,14

**Johnson** 20:22,23,24 21:3

**join** 58:4,7 70:14 88:9 96:10 99:15 105:18 108:21,23 118:15

**joined** 40:7 57:9,11 58:10 67:10, 13,19 69:24 70:4 96:16 106:8

**joining** 9:2,3,6,12

**joins** 430:4

**joint** 113:16,17,22,24 114:2 161:18,19,24 162:3 163:10,19 165:2 168:20,21,24 169:4,6

**Jojo** 196:3

**Joliet** 369:3 375:4

**Jose** 5:5,8,23 6:14 7:1 32:20 33:2 109:2 256:4,7,19,23 321:2,12 331:19 359:3

**Jr** 5:5,9,23 6:14 7:1 321:13

**Juan** 5:5,8,23 6:14 7:1 256:23 321:12 359:5

**judge** 117:15 223:22 236:21 261:21,22 262:1,3,8,11,15,16,17, 18 346:23 347:3 353:15,16 354:13 356:22 363:18

**judgment** 361:4,9

**July** 188:8,11 212:7,8,24 219:1,5, 9,14,18,22 220:5 221:11 222:9 224:8 226:18 227:9,14 228:12 229:5 230:8,12 231:11,13 233:4 234:20 236:10 240:10 418:11 419:11,22 420:7,9

**Juma** 147:8,11,16 148:10,12,17 149:11 150:8,20,22 151:1,5,6,23, 24 155:10,17 156:11,14,21 157:7, 13,19,22 158:7 159:15

**Juma's** 148:20 152:24 153:24 154:6 163:8

**jump** 149:7,11

**jumping** 410:18

**juncture** 212:16

**junior** 37:20 38:2,13 39:2,4

**jury** 353:9,12,13,18 354:11

**Justino** 96:8,9,16,19 97:2,4,18 98:2,7,9,10,11 348:8,12,18,24 352:9 353:1

---

**K**

---

**Kathy** 5:17 332:17 337:1 345:5 358:9

**Kedzie** 36:12,13 137:6 181:13 206:18 207:5 210:13,14 261:9

**keeping** 126:11,12 145:14 155:22 169:16 172:22

**Kevin** 320:23

**key** 20:2,3,13

**keyboard** 17:21

**Keystone** 218:23

**kick** 96:11 154:2 215:20 216:14

**kickback** 121:6

**kicked** 96:13 216:10 228:20,23 229:1

**kicking** 124:12 215:20

**kid** 16:24 18:9 22:8 46:14 51:6,23 52:16 89:17 134:7 149:22 171:15 183:19 196:5 259:20 301:9 377:8

**kidding** 110:10

**kids** 53:6 74:20 85:5,6 95:23 134:22 156:10 259:19 301:12 356:1

**killed** 198:5 209:23 210:17 211:23 246:20,22

**killing** 185:9

**Kimball** 61:24 62:1,2,19 63:4 64:8, 18 65:1,10,20 67:11 69:17 70:5,16, 20 71:22 72:7 74:9 75:1,12,22 76:15,20 78:9,13 87:8 88:7 94:8 95:4,19 96:6,17,24 104:17 105:11, 23 106:15 107:9 112:11 125:1,9 126:24 128:6,15 135:20 152:21 187:17 209:16,24 210:6,7,9 246:16 247:2

**Kimball-wabansia** 165:6

**kind** 17:2 18:20 24:17 25:1 26:5 27:9 30:3 46:1,19 60:14 64:5 66:7 70:17 90:1 92:20 95:2 96:23 98:11, 13 99:17 100:12,19 106:19 107:17 112:15 117:18 119:9 120:4 126:10 143:14 144:1,2 147:5,21 148:4,7 153:21 157:11 158:18 171:20 176:7,9,11 182:16 261:23 269:19 310:2 326:22 338:12 342:10 365:21 370:22 373:21 413:1

**King** 57:8,12 59:7,10 60:5,11 63:23 66:6,19 70:6 76:23 77:7 79:16 82:2 87:16 88:9,14 89:5,6 91:1 93:5,21 101:18 103:8 106:9 109:23 110:1,5 112:10 113:4 114:20 116:12 149:4 160:22 161:6 180:7 195:21 215:6, 8,11 259:15 340:6,7

**Kings** 57:10,17 58:1,5,12,17,19 59:12,13 60:19 61:3,20 62:5,9 72:5 76:22 78:8 79:4 81:9 89:21 94:5,7, 19 101:20 103:4 105:10 108:22,23

AR-L 149708

GONZALEZ 000450

JOSE JUAN MAYSONET JR., 04/16/2021

109:3,5,14 110:14,16,18 122:15 135:19 152:3 169:17 172:15 198:6 211:4 224:23 234:21 243:5 244:17, 22 367:23 368:3,10,23 374:4,5

**kit**  43:8

**kitchen**  155:7,19

**knee**  48:12

**knew**  46:19 59:2 85:2 94:6,20,21 95:9,22 96:2 108:17 115:16,20,23 138:21,24 147:20 157:7 167:19 169:1,24 170:6,11,12 176:7,12,19, 21,22 177:2 180:10 185:4 208:5 226:18 338:21 339:11 361:12 363:23 373:14

**knife**  370:23 371:6 374:17

**knocked**  271:24

**knowing**  157:5 188:2

**knowledge**  67:5 79:12 90:14 188:2 204:13 212:4 278:23 305:10 344:4 346:14 360:12 402:13

**KW**  62:3 105:23

---

**L**

**la**  216:4,5

**lady**  306:14

**laid**  400:21

**language**  47:19 207:24 362:24 430:12

**lapels**  195:2

**larger**  63:15 122:15 255:21,23

**Las**  154:23

**lasted**  379:13,14

**late**  33:13 52:21 53:14 61:3 67:6 68:21,23 89:20 90:11 130:23 132:2 186:14,18 383:20

**Latin**  57:8,10,12,17 58:1,5,12,17, 19 59:12,13 60:5,11,19 61:3,19 62:5,9 63:23 66:6,19 70:6 72:5 76:22,23 77:7 78:8 79:4,16 81:9 82:2 87:16 88:9,13 89:4,6,21 91:1 93:5,21 94:5,7,18 101:19 103:4,8 105:10 106:9 108:22,23 109:3,5, 14,15,22 110:1,4,5,6,8,13,14,16, 17,18 111:12,20 112:10 113:4 114:19 116:12 122:15 135:19 149:3 152:3 160:21 161:6 169:17 180:7,11 198:6 224:23 234:21

243:5 244:17,22 259:15 340:5,7 367:23 368:3,10,23 374:4,5

**laundry**  141:8 143:2,9,10 144:14, 15,16,20

**law**  413:1

**lawyer**  82:3 217:16 230:3 234:3,14 238:14 240:2 241:18 261:13,14,18 279:16 280:5,6,8 299:24 307:4,6 308:22,23 312:3,10 323:8 329:4 339:12,18 343:5 352:22 354:13,17 356:6,7 361:24 362:23 363:16 364:4 395:14,15 405:11 423:24

**lawyers**  119:6 233:23 357:9 421:6

**lay**  229:5,7 249:2 252:3

**laying**  401:1

**lead**  80:9 401:4

**leader**  67:10,20 68:12,15,18,19 71:1,21 72:3,4,5 73:24 107:8

**leaders**  68:3 73:16

**leadership**  60:19 61:2 66:12,15, 16 72:18 74:2 118:11

**leading**  401:11

**learn**  209:14 350:12 386:17 421:20

**learned**  41:3 45:10 151:15 421:17

**learning**  17:4 26:6 38:21

**leave**  146:10 232:10 248:16,17 258:22 260:16 277:15,16 281:9,12, 13 288:21 290:1,5,7 294:10,13 299:17 300:4 312:13 327:14,17 372:1,11,21 391:7

**leaving**  216:9 248:5,8 280:2,9 307:15 316:8 325:10 327:10 372:16

**left**  8:19 17:2 20:15 78:7 98:6,7 140:24 146:11,13 149:17 172:12 175:15 192:17 194:7,17 203:11 227:18 248:17 260:17 262:22 273:14 274:15 278:20 279:8,18 281:7 282:12,15,17 283:6 290:3,12 291:16 292:10,11,23 293:12 296:7 307:10,11 327:22,23,24

**left-hand**  197:1

**leg**  149:3 342:11

**legal**  5:13 56:22 180:1 334:18 362:2 363:4,7,12

**lend**  123:12

**Leo**  59:7,10 215:6,8,10,11

**letting**  216:24 218:18 225:19 308:3 338:12 401:7,20 414:6

**librarian**  33:23

**library**  33:24

**lie**  33:16 38:23 56:21 112:13 171:20 310:21 390:14 411:4,11

**lied**  418:10 419:10

**lies**  350:9

**life**  41:12,13,15 79:22 82:6 85:1 118:19 126:8 185:5 234:17 357:17, 18 386:9

**lift**  269:22 270:4

**light-skinned**  143:17

**lights**  164:22

**likewise**  7:12

**lineup**  214:18 217:17,22,24 218:4, 6,9,11,15 225:7

**lion**  215:9

**listen**  28:11 239:16 294:4 306:3 420:1,8

**lit**  114:1

**literally**  97:6,22

**live**  15:7,8,12,18,20,24 18:8,9,14, 24 19:3,4,5 25:21 32:14,15,17 34:14 35:16 37:2 49:2,16 50:24 100:10 206:10,13,16 207:1,4

**lived**  18:11 33:18 34:13 50:20 52:22 87:5 90:14 100:11 106:12 147:17,19 260:23 305:4

**lives**  15:22 18:5

**living**  34:7 36:12 47:24 76:8,9 100:12,15 104:18 137:3 139:15 140:9,11 178:16 179:4,5,6 199:14 206:23 234:1 261:5,7,8

**Lluvia**  95:17,21,22 196:21 302:11 304:8,13 305:3 311:5 312:19 313:14 314:8 348:14 399:21,23 400:1

**located**  25:6,7 69:15 148:1 181:11

**location**  197:13

**locked**  173:4 245:10 303:7 314:16

**lockup**  229:14 230:19 270:12,15, 18,21 271:8 273:2 274:11 277:19, 20,22 278:2 280:11 328:5

AR-L 149709

GONZALEZ 000451

JOSE JUAN MAYSONET JR., 04/16/2021

**long** 10:17 11:13 16:22 17:1 18:11 22:11,24 30:9,17,23 32:12 34:12 38:6 40:1,2 43:17,24 44:1 47:4 49:11 50:17 58:3 60:1,11 65:14 77:10 79:14 91:10,20 98:2,4,5 100:13 110:9,21 112:8 152:7 153:2 154:22 163:7 169:12 174:21 185:5 195:15 207:18,19 226:4 230:11 239:19 240:7 247:12,15 267:14,15 268:8,20 271:9,11 277:22 278:4 289:17,19 290:3,5 294:21 295:5 297:24 299:3,13 300:23 303:24 307:22,24 371:5 377:6 378:8 379:9,13 384:17 388:13 393:24 394:2 395:5,7 406:5 412:8

**longer** 11:16 129:16 377:13

**looked** 12:10,22 13:14 101:8 143:11,24 144:7 173:5 252:9,12 303:23 327:8,10

**lorazepam** 334:22

**lose** 365:19

**Losing** 184:10

**lost** 25:4 182:16 188:6 377:12 382:6

**lot** 7:24 17:4 24:24 26:23 45:10 48:13 82:15 88:2 99:13 127:5,19 145:21 151:12,16 152:17 154:16, 17 171:18 174:16 185:10 285:24 286:10 287:7,23 382:6

**lotions** 21:9

**loud** 7:17 116:20,24 117:3,5 171:7 175:16 248:11 275:14

**Louis** 210:9,11

**love** 17:12 40:18 73:5 125:14 183:20

**loved** 183:13

**lovely** 48:7

**lucky** 172:12 371:3

**lunch** 129:11,13

**lying** 352:14 381:23 424:15

---

**M**

**machine** 22:9 23:13 141:9

**machines** 22:15

**Macho** 68:5 71:13 72:10 73:4,15, 24 74:3,5,6 159:7 162:9,11 169:11 171:2 175:7,20 176:5,15,19,21,23

177:5,7,13 183:12 184:17 185:4,15 192:2 196:8 197:11,23 200:1

**Macho's** 68:6 185:21 195:8,10,11, 16,17,20

**mad** 50:9 125:5 173:12 247:22,24 273:20 279:1,19 280:7 282:19,20 293:16 302:7 335:14,15 392:5

**Madame** 407:24 413:19

**made** 37:24 39:3 69:21 122:3,24 182:11 204:20,22 242:7 265:5 295:3,21 309:20 323:20 329:15 331:22 332:21 352:23 404:9

**mailbox** 48:15

**maintenance** 21:21

**major** 209:2

**majority** 84:22

**make** 16:8 17:9,14 21:8,9,19,20 23:18 26:4,23 47:24 48:20 52:1 54:14 66:17 79:14 86:5 87:11 94:15 109:1,11 115:11 116:19 119:7 121:12,14,18 122:2,4,24 125:4 126:6 129:3 131:8,9,18 132:17 136:15 145:5 160:15 164:14 165:22 173:16,22 177:24 179:19 183:23 185:5,6,12 190:12 211:5 220:11 223:21 238:19 246:24 249:15 254:22 255:10 262:7 264:23,24 266:19 273:15 299:11 302:17 323:4,5 333:24 355:10 360:3 361:12,21 362:20 363:9 365:7 375:20 380:5 381:9 383:5 390:15 401:14,20 403:5 423:24 426:19,20,23

**makes** 12:13

**making** 29:20 55:6 85:7 118:17 119:16 122:19 123:15,18 124:15 127:1 130:22 131:23 156:23 220:3 391:21 428:7

**Maldonado** 107:24 108:1

**male** 308:15,17 311:18,21 312:8, 12 313:19 314:10 315:14,19 398:7, 8,11,16,18 399:3,12 400:14,18,21, 24 401:24 402:7,15,16,19 404:16, 18 405:9,13 406:4,8,16,17 407:18 408:8 410:11 412:2,5,6,9 418:9 419:10,21 425:20 427:16 428:3,21

**man** 40:22 51:17,18 61:5 101:8 117:6 153:21 165:4,8 171:3 175:21 176:6,16 178:1 216:6 248:10,13, 19,23 272:7,20 305:19 308:7 310:19 389:1

**manufacture** 22:3

**manufacturing** 21:12

**marijuana** 54:18 56:24 57:1 125:7, 11,14,17,20,22,24 126:2,4,6 130:19 334:18 383:6,9,17 384:1 385:15

**mark** 249:8 319:20 324:9 330:14 358:6,12,23

**marked** 320:13 324:13 331:13 333:8 364:11 413:4

**Martin** 229:24 230:1 239:19 240:3 423:6

**math** 416:3

**matter** 5:8 54:4 75:20 122:17 132:12 173:23 200:1 205:12 213:13 238:12 248:20 330:5 349:15

**matters** 221:22 238:7

**Maysonet** 5:5,9,23 6:14,19 7:1,2 9:16 10:1 14:13 15:6 19:12 20:18 25:10 26:9 27:7,24 31:22 32:4 34:12 41:10 54:24 57:4 77:13 78:5 80:18 81:18 92:18 99:24 108:21 124:4 129:8 130:16 147:15 177:11 183:2 184:14 189:4 190:15,18 193:24 199:20 203:11 208:18 213:19 219:20 221:10 222:20 224:7 232:15 237:24 239:7,16 240:21 241:12 244:16 249:7,8,21, 22 250:15,16,22 252:7 255:8 256:4,7,19,24 257:14 258:8 259:8 282:5 283:4 319:19 320:2,11,14 321:2,13 324:9 325:3 330:20 331:12,13,19 332:9 334:1,6 348:3 358:16 359:4,5,10 367:5 398:3 409:3 413:4 418:8

**Maysonet's** 212:17

**Mcgrath** 6:6 430:2

**meaning** 22:18 158:11 159:7

**means** 167:21 168:2 182:23 393:13

**meant** 350:19 382:16

**meantime** 397:21

**mechanical** 22:5

**media** 5:2 77:24 78:3 130:11,14 203:5,8 258:3,6 319:15,18 387:12 397:12 430:16

**Medicaid** 298:3

AR-L 149710

GONZALEZ 000452

Index: medical–Montilla

JOSE JUAN MAYSONET JR., 04/16/2021

**medical** 31:23 373:19 374:13 376:19 377:12 380:15 381:1,2,5, 20,21 382:11,12,19 383:6,9,17 384:1

**medication** 297:11,19,23 298:4,5, 8,12,16,19 299:1 334:24 335:1,4,8, 11 376:23 377:10,17,18 378:3,13, 17 382:24 383:1,2,4 426:9,10

**medications** 377:15 378:24 380:7,11 382:23 385:9,12

**medicine** 297:14,15,18,21 299:12 377:24 384:5,12,13

**meditation** 371:24

**meet** 10:19,22 50:11,19 95:21 148:12 150:20,22,24 163:23 180:8 262:13,14 388:18

**meeting** 10:14 11:13 12:1 329:13 406:17,21 407:13,14,15,18,19 409:4,5,24 410:10,12,18 412:5,6 427:15,17,18 428:2,3,5

**meetings** 388:20 404:17 406:3,16 412:10

**Megan** 6:6

**member** 57:5,7 70:1 99:18 101:19 109:3,13,19 118:13 135:19 204:15 243:4 368:18

**members** 72:20 75:2 78:14 96:5 113:5 121:16 126:9 169:21 224:11

**memorial** 14:6,7 197:17

**memory** 426:11,13,16

**men** 51:17 111:10 218:7 348:15

**mental** 32:1 379:20 380:1,2,10 381:2,5,12 382:12,19 383:23 385:23 386:8

**mentality** 90:20

**mention** 174:16 175:12 185:8 303:3 314:7

**mentioned** 29:13,14 115:15 139:11 143:18 273:21 387:11

**mentioning** 280:8

**mentor** 157:11 170:5

**mess** 60:4 102:15 116:13 123:6 164:12 168:10

**message** 200:5,6,23 201:11

**messages** 200:20,24

**messed** 207:16

**messing** 112:17 368:7,12,24 390:19 392:4

**met** 11:7,19,22 12:2 52:13,16 76:12 118:6 147:4,5 148:13 149:24 150:6 153:22 156:11 160:11 178:20 184:22 205:12 206:24 230:5,6 251:3 257:7 311:15,18 313:18,19 314:22 340:13 388:19 398:16 400:18 425:20 428:6,17

**metal** 289:14

**mid-size** 106:23

**middle** 67:13 161:22 383:21 405:6

**midnight** 79:23,24

**Miedzianowski** 137:17,19 138:8 139:4 143:23 144:18,23 145:2 150:5 153:1,3,24 155:2 156:2 157:7 168:17 204:1,4,7,11,14,21 205:3,4

**mind** 169:8 407:3

**mine** 24:12 147:5,6 200:23 241:21 259:9 339:9

**Mingey** 6:2 230:20 231:3,12 232:15 245:6,22 246:5,11 247:6, 12,18 249:2 251:4 252:17 253:3, 15,20 256:14 257:8 266:21 267:13 268:2 270:10 271:5,9,19 273:5,7, 11,14 274:3,14 315:16 402:17 410:14,22 411:18

**minor** 208:23

**minors** 180:2

**minute** 83:5 217:19 260:18 265:3 268:24 299:4 300:24 396:23 412:3

**minutes** 11:3,15 77:18,20 83:6 129:15 130:2 202:12,19,20 247:14, 15,16 257:19 268:10 319:7,10 366:13,14,18,19 396:4 405:3 412:1

**mis** 123:24

**mischaracterization** 73:19 291:6 292:17

**mischaracterize** 67:16 73:21 409:9

**mischaracterizes** 120:6 124:1 295:15 400:6 405:18 407:22 416:9

**mischaracterizing** 91:14 355:2

**misdemeanor** 209:11

**misrepresent** 254:5

**misrepresenting** 254:23

**missed** 213:10

**misspoke** 205:19 236:2

**misstates** 290:18 292:14

**mistake** 136:10

**mistaken** 292:21

**misunderstanding** 91:17

**misunderstood** 411:13

**mix** 18:21 21:23

**model** 53:23

**Molotov** 367:7,23 373:5,11

**mom** 15:8,12,19,21 18:1 19:4,9 26:2,4 32:15 37:7 45:24 46:9,16 47:3,15,23 49:1,12 50:1,5,14,20,24 52:6 53:4 54:5 139:19 140:13 146:17 179:5 182:17 183:13,14,20 184:10 185:10 297:15 298:5 368:11 373:2,10 384:21

**mom's** 298:8,18 335:1

**moment** 19:19 139:2 145:13 160:12 226:13 239:21,22 260:4 278:19 281:8 288:21 290:6,13 293:12 299:2,3 312:21

**Monell** 237:9

**money** 29:19 52:5,8 54:12,15 55:6 56:19 61:13 65:17 67:1 85:7 89:8 98:18 101:7 104:23 108:23 109:1 118:17,23 119:3,5,6,12,16,20,22 120:23 121:12,14,18 122:1,2,4,9, 10,13,20,24 123:1,4,12,15,18 124:15 126:6 127:1,22 129:2 130:22 131:9 132:17 136:16 142:20 157:17 165:11,12,20,21,22 170:21 173:23 174:9,10,12,20 177:5,6 178:12 180:9 204:5,22 241:21 243:15 244:14,22 245:3 279:2 342:23

**Monte** 106:22

**month** 23:3 24:14 153:12 156:6 379:6,8,13 394:4,5

**monthly** 130:23

**months** 153:13

**Montilla** 6:1 230:20,21,22,23 231:4,12 232:15 245:7,22 246:5,12 247:6,13,18 248:1 249:2 251:4 257:8 266:21 268:2 270:10 271:5,

AR-L 149711

GONZALEZ 000453

JOSE JUAN MAYSONET JR., 04/16/2021

9,13 272:2,3,4,15 273:8,11,13,16, 21 274:3,4,14 275:9,10,13 277:16, 19,20 296:8,13,16,20 297:5,10,17 298:11 299:7,22,23 301:2 306:1, 11,13,19 310:5 314:22 315:7,15 327:12 402:17 403:3,7,9,11,16,18, 22 404:7 407:4 410:13,22 411:19 412:20 428:12

**mops** 265:18

**Morgan** 262:2

**morning** 5:22,24 6:3,19 10:22 23:6 43:16,19 186:6,7,21 190:7 210:4 233:16 258:9,13,17,21 262:13,20 295:10 314:9 316:8,17, 18 318:4,5,6 321:4 327:5,20 339:4 350:15 355:12 356:4

**mother** 18:12,16 25:24 32:16 50:11 53:9 142:21 148:14,15 178:16 179:6 184:24 205:16,17,20, 21 207:1 367:12

**mother's** 18:1 32:16 137:3 143:1 206:19 367:8,24

**motion** 13:12 237:16 329:14,18 330:14 341:17 342:4 343:2,12 344:2 345:15 346:23 350:17 363:18

**motions** 13:10

**motorcycle** 30:14,15,16,17,18,21, 22,24 55:22

**mouth** 114:1,2 146:7

**move** 32:4 36:10 44:1 65:10 286:19 317:14 348:1 364:8 404:14 414:8 423:4

**moved** 32:7,10 35:2

**movement** 136:6 286:18

**moving** 34:21 78:12 202:5 322:1

**MTV** 38:11

**multiple** 27:19 59:13 364:15,16 419:15

**murder** 175:2 180:23 181:1 212:9 226:15 228:14 229:12 231:15,16, 17 232:16 233:5,6 234:20 235:1,9, 11,13,21 236:7,9 238:3 239:11,20 243:19 244:11 245:5 246:14,15,19, 20 247:2,4,8,9 258:14 266:24 280:19 318:7 328:3,14,15,23 330:3,4 350:14 351:19 352:20 354:22 355:5,11,20,22 356:5,17 357:3 361:22

**music** 16:3,8 17:9,10,14 29:20 40:16,19 45:6 116:22

**musical** 17:19

**musician** 45:7,8

**mustache** 143:14

**mute** 396:11 430:10

**muted** 427:3

---

## N

**naive** 117:9

**named** 329:3

**names** 52:15 58:1 71:4 108:14,18 111:16 227:7 302:10,13 303:10,21 304:1,8,15,22 305:1 311:5 312:19 313:17 314:1 399:21 400:2,11,13 410:16

**narrative** 343:19

**Nation** 58:13 60:5 79:15 204:16, 17,18

**National** 136:5

**natural** 40:23 357:17,18

**nature** 294:16

**necessarily** 94:2 113:7 336:18 363:6

**needed** 77:9 119:20 157:1,20 339:11 372:13

**neighborhood** 60:12 61:17 69:1 84:12,13,18 85:10,14 86:11 90:13 93:4,8 95:9 97:22 99:12 100:9,11 102:3,24 106:11 107:13 123:11 133:16 138:22 149:4,6 150:22 156:10 157:3 181:12,14,16 198:7 199:14 209:18 211:5,13,15,20,22, 24 212:2 218:23 230:5 259:19 305:3

**neighborhoods** 99:14

**neighbors** 95:2

**Neil** 329:3,6,9,11,14,17 330:1,2,7, 10 332:3,7 335:17

**nerve** 297:22 376:22 379:17 426:9, 12,13

**nerves** 297:11 378:24 379:16

**nervous** 114:9 297:13 298:8,10 335:12,13,14 377:2,20

**news** 82:5

**newspaper** 41:18 42:3,5,15,20 43:20 44:5,18 53:21 55:5

**newspapers** 43:1,5,17,23 44:4,7 51:20

**nice** 16:21 40:14 101:1,9 107:4,5 116:19 118:8 155:23

**nickname** 57:16,22 59:4 71:12 108:3,4 195:14 205:11

**nicknames** 57:24 58:24 108:15

**night** 113:20 114:14 181:22 182:1, 4 183:7 184:7 186:14 197:23 308:1,11 309:21 314:4,16 348:9 350:13,14 351:19 354:23 356:4 383:20,22 384:24

**nightmares** 384:15,18,19,20

**no-no** 161:2 173:2 180:8

**nobody's** 227:10

**nod** 7:18,20

**Nodding** 185:18 270:19 413:20

**nolle** 237:16

**nonsense** 385:3

**normal** 45:19,20 52:18 78:19 86:4 134:7,21 370:10

**North** 5:15 15:9 36:12,13 137:6 148:2 206:18 207:5 209:15,23 210:9,13,17,22 231:18 232:17 246:16 247:3 280:18 348:15

**Northern** 5:11

**northwest** 210:5

**noted** 409:19

**notes** 41:3 395:19

**notice** 380:21

**number** 5:10 10:8,10,11 21:9 22:16,17 59:23 60:1 66:22 75:2 84:15 85:22 100:20,21 103:5 104:11 105:4 107:18 110:23 111:3 137:9 139:6,7 183:16 191:13 200:14,15,18,19 214:7 249:9,22 250:16,23 256:11,14,20 257:10 269:14 283:10 284:21 288:3,17 319:20 320:14 324:9,13 325:3 330:21 364:11 373:22

**numbers** 191:7 250:9 325:15 411:3

GONZALEZ 000454

JOSE JUAN MAYSONET JR., 04/16/2021

## O

**obedient** 28:18

**obeying** 46:5

**object** 67:21,22 68:15 72:24 73:18 81:2,13 91:24 132:3 138:15 150:12 170:8 172:16 213:21 222:4 226:21 238:6,8,13,22 239:12 240:17 291:5 347:11 363:11 386:2 392:18 393:2, 12 401:7 403:10 420:18 425:4

**objecting** 238:14 403:11 416:22 429:22

**objection** 54:21 62:10,11 63:18 71:24 79:5 89:22 90:4 91:13 92:16 95:6 97:11 120:6 123:24 128:7 131:1 147:12 166:15 177:1 182:22 183:8 186:11 276:8 282:2 290:17 291:21 294:15,23 295:14 296:17 300:12 301:15 306:7 309:13 314:12 321:6 329:23 342:5 343:14, 16 344:15 345:22 346:4 347:4,5 348:16 349:16 353:20 355:1,14 356:11 360:19 361:24 364:2 367:16 368:4 369:14 378:7 381:4 389:12,22 390:8 392:19 398:21 399:5,16 400:5 401:2 402:2 404:19 405:16 406:22 407:21 409:7,19 410:2 415:21 416:8,18 418:14 419:13 423:1 424:19,20 426:17 427:19 428:23

**objections** 347:12

**observed** 401:24 403:17

**obtain** 348:9

**occasion** 6:10 49:1 283:5 288:19 394:22 423:16

**occur** 150:8 374:6,21

**occurred** 212:23,24 224:10

**occurring** 69:2

**of-age** 179:24

**offend** 112:20

**offended** 271:17

**offending** 119:4

**offer** 279:2

**office** 228:16,17

**officer** 134:9 137:9,12,15 143:22 144:11 168:9 172:1 205:4 218:16 225:11,12 227:22 228:9 229:5

252:8 270:14 274:11 278:8 297:16 299:5 301:4 305:17 315:17 402:10, 18 410:15,23 411:22 421:1

**officers** 137:7 139:5,8,21 141:3 142:10 172:3 266:5 369:20 411:1, 2,6,14,16

**offices** 5:15

**older** 37:2 51:15 135:14 208:5 233:9 381:19

**oldest** 233:14

**Oldsmobile** 55:21,24 56:12

**Olga** 111:18

**one-time** 168:12

**ongoing** 32:2

**open** 70:16 85:19 105:10 116:19 129:12 136:3 139:12 263:2 269:16 273:9,12,13 276:7 278:9 365:16 366:1 426:7

**opened** 68:20,23 69:20 71:2,5 74:24 156:7

**opening** 70:19

**operated** 183:16 342:11

**opp-** 90:21

**opportunity** 24:18 189:7 191:17

**opposed** 27:10 304:15 381:12

**opposite** 69:10 86:9 90:22 211:6, 10,21 264:5 373:24 374:3

**order** 109:1 110:22,24 245:20 361:15 395:1,4,11

**ordered** 169:1 248:3 278:8 300:4

**organization** 65:9 78:20

**organized** 87:3 105:2 155:23 395:24

**original** 96:5

**originals** 196:17

**ounce** 131:18

**ourself** 89:1 105:3

**outlook** 386:8

**overturned** 237:2,6

**overturning** 360:17

**owned** 56:12 148:10

**owns** 25:21

## P

**P-A-N-T-O-J-A** 259:12

**P-A-P-O** 199:3

**p.m.** 430:18

**packet** 148:9

**pages** 191:7,17 281:17 282:1,7

**paid** 24:2 145:24 156:19 174:6,17 245:2

**pail** 244:10

**pain** 184:8

**pair** 279:11,12 281:20

**Pamper** 206:8

**Pantoja** 259:10,11,13,15 260:23

**pants** 198:24 309:6,7 425:2,11,12, 13,17,19 426:2

**paper** 23:18 246:4 248:10 249:13 250:3,7,10 251:1,2,11 253:11,12 254:1 261:23 262:4 269:21,23 270:2,5 315:6,9 330:18,22,23 407:10 414:18

**papers** 12:23 42:7 190:8 316:5 317:8

**paperwork** 23:16

**Papo** 198:18 199:3,10

**para** 363:4

**paragraph** 360:7,9

**paralegal** 8:21,22 363:5

**parent** 46:13

**parents** 25:23 37:18

**park** 29:6 43:14 61:17 90:13 100:16 103:5 114:18,19 136:5,21 138:22 161:14,15,23 163:9,13,14, 15,17 168:16

**Park's** 76:24 77:1

**parked** 114:16

**parks** 45:4

**parole** 394:10,13,14,17

**part** 22:6,11 32:7 58:12 69:1 82:6 88:19 115:8 120:18 121:2 190:8 199:10 200:6 210:10 256:13 340:10,22 413:12

AR-L 149713

GONZALEZ 000455

JOSE JUAN MAYSONET JR., 04/16/2021

**participate** 40:4 221:10 356:9,13

**parties** 5:20

**party** 148:7 418:2

**pass** 116:12 261:23

**passed** 153:9 188:22 313:23

**past** 26:23 335:1 382:1

**patience** 395:21

**Paulnitsky** 6:1 212:11 214:1,4,13, 14,20 215:12 225:16,17 227:5 228:7,10 231:1 263:7,9,18 264:3, 13,16 266:13,19 267:11 268:20 269:9,12 270:4 271:4,19 272:6,13 273:6,18,23 274:17,19 275:19 277:18 318:10 327:12

**pause** 213:20 221:7 336:20

**pay** 26:4 52:7 119:10 123:4,5,13 141:24 146:3 152:7 155:16 170:22 174:7,11 175:18 177:4,5,20 185:16 243:12,15 244:22 245:1 276:11 342:23

**paying** 122:23 165:24 167:6 168:4 170:14 338:1

**PC** 372:1 375:8 376:4,6

**peaceful** 144:7

**peacefully** 66:21 144:8

**pee** 308:4

**peed** 425:18

**peewee** 70:7 71:12 73:3,17

**pending** 8:11 212:14 213:12 220:9 221:21 222:10 235:22 406:12

**penis** 313:3

**people** 23:8 24:17 28:23 29:2,4 51:7 52:1,13,16,18 58:13,15 59:1, 23 60:1 63:16 64:19 66:22,23 73:11,12 74:19 82:18 83:12 84:23 86:2,19 87:5,12 91:19 92:2,13 94:6,20,21 96:23 103:22 105:20 108:14,17,18 110:24 111:2,3 116:4 117:11,13,15 119:3,7 120:21 123:23 127:19 128:1 132:8,13,14 134:18 136:12 142:7 149:16 165:20,24 169:23 171:19 173:12 198:16 204:23 211:6,7,10,14,17 226:17 230:6 244:19 299:19 300:17 302:19 304:23 305:14 310:19,20 331:18 337:12 359:3 363:4 367:20,21 384:10 386:14 388:4 421:19,22 423:18

**people's** 304:14

**percent** 120:15 121:6

**percentage** 120:17 122:22

**perfect** 36:4 70:17 83:17

**period** 38:20 39:15 49:3 168:11,13 174:11 334:8 365:20 369:4 379:11 380:19

**Perjury** 352:4

**permission** 65:4,24 66:1,2,4 76:1 105:9 167:17

**person** 10:20,23 11:10,12 21:17 61:6,8,12 73:6 86:12,15,17 90:18 92:14,22 93:17 101:14 105:20 114:21 121:11 128:14 129:4 163:22 178:21 192:23 193:5 194:7, 16 201:14 338:13 380:8

**person's** 304:15

**personal** 128:16,18,21,23 140:22

**personally** 131:24

**petition** 212:15 213:13 358:1,15 360:10,15 361:3 364:12,20,23 365:15,21

**petitions** 362:14,16 364:16

**Petty** 209:2

**phone** 25:8 200:14,19 264:24 265:5 299:23 387:16 388:5,6

**phonetic** 107:24

**photo** 14:10 190:24 194:8,17 196:7,14,18,20 197:9 198:14 199:23,24 324:10,15,16 326:4,6,9 420:16,24

**photograph** 13:20,21 191:24 192:4,15 199:5 317:23 318:2,8 325:8,13

**photographs** 13:16,19 189:18,24 190:3 191:19 318:16

**photos** 14:8 189:5,10 190:8,16 196:17 203:12,18 324:22

**physical** 88:17 380:19 381:6,8,12, 15,21 382:12

**physically** 279:24 387:19 402:1 404:10

**physician** 383:23

**pick** 17:2 162:1 273:4 274:12

**picked** 212:6 214:15 215:1 349:2

**picture** 108:10 193:22 201:7,8,10 203:20 318:14,17,21 325:4,5 326:13,17

**pictures** 191:11 318:15

**piece** 118:17 251:11 261:23 262:4

**pig** 49:20

**pill** 377:2,18

**pills** 335:7 426:12,13

**pistola** 216:4,5

**pit** 18:21

**place** 78:21 143:8 153:24 155:23 212:12 267:7 284:20 289:3 290:24 372:12 397:19

**places** 375:6

**plaintiff** 5:23

**plaintiff's** 397:15

**plan** 237:14,20

**planned** 183:6

**plant** 21:14

**play** 31:19 40:19 41:4 45:3,10 145:19 171:21 173:1

**playboy** 185:2

**played** 40:9

**playing** 16:3 31:16 40:11,22 145:7 160:24 161:4 263:6 409:17 423:2

**Plaza** 43:3

**plea** 235:8

**plead** 221:14 234:24 238:2 239:10

**pleading** 236:7

**pled** 352:19

**plenty** 26:17,18,19,20 27:1,5,22 237:9

**pocket** 165:20

**point** 9:4 38:3,4 41:19 45:24 81:12 87:24 96:10,18 98:6 112:16 206:9 219:16 226:7 238:9,10,22 252:5 254:12,14 257:15 281:16 295:12 297:10 302:10 304:7 307:16 308:14 309:19 311:10 312:18,21 314:9 330:6,9 369:24 385:10 401:7 429:23

**pointed** 254:18 273:6,18 274:17

**pointer** 193:4

AR-L 149714

GONZALEZ 000456

JOSE JUAN MAYSONET JR., 04/16/2021

**pointing** 192:9 198:19 254:1,7,23 255:4 271:16

**Polaroid** 318:13,21 324:10,15,16 325:19 326:4 420:16

**pole** 102:13

**police** 13:4,6 117:24 118:3 136:4 146:9,17 159:3 164:12,18 171:24 173:17 208:20 214:17 218:13 226:5 227:12,21 229:5 233:19 260:6,20 263:22 264:1 266:3,11,16 278:12 289:16 295:11 297:21 298:6,15 299:5,18 300:5,16 302:3, 11,14 308:19,23 310:11 316:19 317:1,3,5 318:4,9,12,23 323:9 327:11,14,17,20,22,23 337:14 346:24 347:3 350:11,20,21 351:10 369:22,24 372:14 410:8 426:6

**policemen** 315:20

**Pontiac** 14:9,10 106:21 369:10,11 371:10,12 375:5

**pool** 122:15

**poom** 48:23

**poop** 308:5 309:7,9

**pooped** 309:6

**pop** 269:16

**population** 372:1 376:3,11,15

**pose** 7:13

**posed** 343:18 346:15

**position** 21:15,16 354:3 413:12 429:19

**possess** 370:20,22

**possession** 209:9

**possibility** 310:14

**possibly** 363:9

**post-** 213:12 364:19

**post-conviction** 212:14 358:2 360:14 361:3 362:14 364:12

**postconviction** 360:10 365:15

**posted** 244:10

**potentially** 353:22 364:1

**Potomac** 76:10,14 77:4,5 261:8

**pounds** 382:7,8

**power** 122:1

**powers** 105:10

**prayers** 198:2

**predicted** 237:11

**predominantly** 127:12 152:16

**prefer** 62:3 94:10,11

**pregnant** 316:12 317:5

**prep** 131:5 342:15 343:4

**preparation** 12:11 13:5,8,11,17 343:2

**prepare** 10:2,7,16

**preparing** 10:17

**prepped** 31:14

**prepping** 141:17

**prescribe** 378:2

**prescribed** 377:10 378:23

**prescription** 297:23 298:1,2 334:22 377:13

**presence** 323:6

**present** 8:16 9:1 26:10 144:21,24 203:22 205:3,5 212:19 228:6 234:14 252:20 261:11,14 262:3 279:16 299:5 307:4,6 312:4 323:19 349:14 351:19 386:1,8 402:14,21, 23 405:13 406:18,19 407:14,20 409:6,23 410:11 414:14 419:22 420:6 422:22 428:21 430:3

**presented** 342:4

**pretty** 22:8 23:14,15,21 31:8 65:5 75:9 101:6 108:14 125:10 152:10 237:8 300:15 304:5 383:14

**previous** 293:15 337:15

**price** 141:24 145:24 146:4 152:7 156:19 158:16,17 159:14 165:10 167:16

**prices** 160:9

**primarily** 207:12

**primary** 207:23

**print** 189:7 190:9

**printed** 9:18

**prior** 10:22 12:1 39:22 55:16 57:4 206:9 208:18 209:4 230:17,18 245:12 250:16 258:17,20 274:4 298:6 311:5 334:6 340:11 342:12, 22 376:18,21 377:7,21 378:11,15

390:23 392:13

**priorities** 117:19

**prison** 14:11 17:1,3 18:13 26:13 243:18 244:11 358:4 369:3 374:12 380:12,14 384:14 386:1,4,7,19 387:7,15 388:11 394:12,17,19,20

**privilege** 238:7,11 239:13 240:18 241:5 332:7 333:1 336:14 353:22

**privileged** 223:17,18

**pro** 358:1,14 364:12

**problem** 8:10 20:18 21:6 36:2,5 66:18,24 77:12 82:15 86:10 88:16 91:9,12 93:1,15 130:4 153:8 190:10 214:11 221:6 260:13 324:23 360:24 366:21

**problems** 77:9 81:21 82:8 87:13 121:23

**procedure** 12:19

**proceeding** 237:4

**proceedings** 430:15,17

**process** 21:24 22:11,20 383:8,14

**produce** 212:20 236:13 237:16,17 316:5

**product** 21:23

**profit** 131:7

**profitable** 126:5,7 130:19 131:19 132:1

**promised** 168:5

**prompt** 142:9

**property** 85:16

**propose** 236:15

**pros** 237:16

**prostitutes** 180:14,16

**prostitution** 180:7,8

**protect** 64:6 158:4 163:5 166:12 289:3

**protected** 156:17 175:13 372:14

**protection** 119:9 129:3,7 157:20 164:9 176:16 177:21 372:14 375:8 395:2,3,12

**protective** 371:19,21 372:5,9,17 375:11,21,23 376:10,14

**prove** 87:24 409:16

AR-L 149715

GONZALEZ 000457

**provide**  9:20 302:10,13 303:10 314:5,17 343:12 344:3,18 345:20 346:2,13 400:13,17

**provided**  312:18 313:9,21 316:3 347:19 356:15 372:9 400:2,11 424:24 425:1,11 426:2

**providing**  305:1

**psych**  377:23 378:17,21,23 380:24

**psychiatrist**  340:16 341:1,4 377:19 378:1,5,12 379:12 380:4

**psychiatrist's**  341:8

**psycho-medication**  427:1

**psychological**  37:8

**psychologist**  377:20 379:3,12 383:24

**PTSD**  380:23 383:18 384:1 385:4, 10,16,20

**Puerto**  32:7,11,14 33:19 34:7,13, 18,21 35:6,8,10,16 37:6 45:9 46:21 47:1,4,8,10 48:5 49:11,16,18 50:5, 20 58:4 143:16 146:21 167:13 178:18

**puke**  383:5

**pules**  95:5

**pull**  114:1 162:3 164:16 189:11,13, 16 255:13 319:22,24 358:18 409:13

**pulled**  164:20 166:4 168:18 171:7, 24 172:5,7 349:24

**punch**  20:14 149:12 276:1,3

**punching**  20:15

**punished**  50:5,10

**punishment**  46:23,24 48:9,13

**purpose**  364:13

**pursue**  169:14

**pushed**  144:3 266:1 276:17,21 277:4,8

**pushing**  263:8,10 390:13

**put**  21:10,18 22:9 26:24 29:17 32:23 83:22 90:23 93:6 108:10 113:14,24 116:23 119:24 124:18 149:3 156:12 158:18 165:18,19 171:7 187:24 188:6 190:11 207:22 216:14 217:2,23 239:23,24 240:1 245:21,23,24 246:4 249:14,21 255:23 264:4,7,15,22 266:2,17,22

267:3,5,11 268:16,22 269:3,21 270:1,12 272:24 273:2 274:10,12 276:21 278:11,13 279:12 280:16 285:16,19 286:9,12,13 287:2,17 288:6 289:3 310:4 314:21 320:4 324:3 330:20 348:4 365:21 370:24 371:2 372:5,9,17 373:14 396:24 397:3 414:9 429:19

**putting**  141:16 198:2 284:3 290:19 293:20 294:2 324:5 405:23

---

**Q**

---

**qualify**  187:23

**quality**  66:18 179:13 193:21

**quantifies**  334:8

**quantity**  131:7,8,17 334:21

**quash**  341:18

**Queen**  109:22 110:1,4,7,8 111:20

**Queens**  109:14,15 110:13,17,20 111:12 180:11

**question**  7:10,11,13 8:2,5,11,12 54:22 62:7,11,12 67:22 68:16 73:1 76:13 79:6 82:10 89:23 90:5 91:14 97:12 99:19 109:11 124:20 128:8, 12 131:21 132:4 138:16 150:13 159:22 166:20 170:9 171:19 177:2 182:23 183:9 188:18 213:5 220:23 223:12 225:2 226:22,23 227:1 231:15 235:4 236:3 237:19 239:8, 14,17 240:22,23 241:12 265:15 280:3,24 281:10 282:3 289:24 290:6 293:10,14 294:16,24 301:16 306:8 307:15 314:13 315:7 321:7 332:18,23 333:21 336:22 337:1 343:17,21,22 344:16,20,23,24 345:2,3,12,23 346:5,6,16 347:5,7, 16 354:7 355:2,4,8,10,15 356:12 360:19,23 361:15 362:1,7,8,9 363:6,14 364:6,19 368:5 369:16 370:2 373:8 380:22 381:5 382:4 390:20 392:19 393:1 401:3,23 403:12 404:20 405:17 406:10,12, 14,23 407:8,23 408:12,23,24 409:21 410:3 414:8,13 415:22 416:14 418:13,15,20,23 419:1,14 420:1,19 423:2 424:2,20 425:5,7 427:20 428:20,24

**questioned**  224:9

**questioning**  129:9 291:24 309:17 397:17,22

**questions**  7:24 81:4,10 82:9 166:17 212:21 213:21 219:22 220:5 221:16,24 222:2,6,8 224:4 226:2,8,10 227:6 229:9,10 231:8,9, 13 234:2 235:20 236:14 270:11 280:1 281:5,8,11,12 282:10 342:6 343:17 344:12 345:7 346:15 347:22 393:1 395:17,18 398:6,11 408:20 409:11,18 413:17 414:15 415:16 416:21 421:4,6 429:14

**quick**  77:15 191:11 202:17,18 257:15 296:9 366:5 395:23 397:3 401:17 427:4

**quickly**  237:8

**quiet**  70:17 86:24 137:21,23 138:7 144:6,19 146:7 151:14 162:15 163:5 169:13,16,20 172:15,22

**quietly**  136:16 157:4 162:18 165:18

**Quinones**  111:18

**quit**  36:20,21 37:24

---

**R**

---

**Rafael**  18:24 19:2 50:11,19,24

**Rahe**  6:3,4

**raid**  135:1,5 139:9 144:10 146:17 150:10,19 151:3 153:2

**raided**  133:8 135:1,15,20 136:22, 23 137:7,19 138:10 139:2 140:4 153:10,18 156:5,13,14 158:8

**raiding**  135:23

**raise**  48:1 248:2

**raised**  51:6

**raising**  248:2

**ran**  123:22

**Randolph**  42:14 43:2

**range**  132:5

**rank**  118:16

**reach**  70:12 182:20

**read**  252:17 255:22 315:5 322:10, 13 332:17,19 333:15,18 334:1,3 336:24 337:1,3 345:4,5,6 359:20, 23 360:2 361:15,16 409:15 412:9 413:16,24 414:6 427:24 428:1

**reading**  325:15 414:2,12

JOSE JUAN MAYSONET JR., 04/16/2021

**ready** 24:22 78:5 136:13 241:8 279:14 310:5 319:2 332:10

**real** 33:12,22 45:13 48:4 50:13,15 51:9 54:3 58:6,11 68:6 71:6,9 74:12,14 77:1 98:22 105:21 108:17 146:24 147:5,9 158:22,23 162:10 177:23 184:6,11 191:11 195:13 196:4,5 202:17 205:8 248:11 249:6 259:17 271:6 275:3 279:23 289:24 296:8 374:15,16 397:3 416:12

**realistic** 48:7

**reality** 429:21

**reason** 120:22 123:17 140:3 156:13 178:2 218:18,19 223:2 225:19 226:13 272:14 344:11 345:7 356:2 361:20 362:19 363:21 364:5 372:8 373:3 375:16 385:8 401:6,13

**reasoning** 223:18

**reasons** 241:16

**recall** 10:14 37:2,14,20 54:1 67:23 71:17 159:20 184:14 185:21 186:4 187:1 203:20 212:6,10 214:12 217:17 227:13 228:2 233:3 244:19 245:6,9,12 258:8 315:13 317:22 324:5 326:8,24 327:3,10 328:2 329:13 331:21 332:20 335:8 349:3, 7 355:23 357:24 365:14 412:3

**recalls** 365:12

**receive** 24:6 379:19,24 380:2,10

**receiving** 31:22 32:1

**recently** 30:20

**recess** 78:1 130:12 203:6 222:16 241:7 258:4 319:16 332:14 367:1 396:7 427:9

**recognize** 196:6,13,19 199:4 251:10 320:24 321:3 326:6

**recollection** 38:9 132:2 233:15 350:1,7

**reconsider** 429:23

**record** 5:2,20 6:24 7:22 8:21 19:23 77:23 78:3 109:12 130:10,14 171:14 203:5,8 212:13 220:19 221:20 222:11,13,14,18 232:7 257:17 258:2,6 319:9,14,18 321:11 332:9,12,16,19 337:3 345:6 366:8, 23 367:3 396:5,9,18,23 397:1,3,4, 9,10,12,14,16,19 410:18 427:7,11 428:1 429:20 430:15

**recorded** 321:4

**recording** 16:8

**recover** 151:10

**red** 56:10 191:2 194:22 195:2 196:1

**Reddick** 236:21

**refer** 9:19 51:4 72:15 246:18 247:1 384:3 413:3

**reference** 124:21

**referencing** 124:23

**referred** 59:9 205:15 339:20,22,24 398:7

**referring** 97:2

**refresh** 169:8

**refused** 81:16 316:6,19

**regular** 98:16 101:5 174:15 378:2

**related** 97:19 379:16 380:16

**relates** 238:11

**relating** 340:20

**relation** 33:3,8 150:10 187:2 224:9 392:2 394:22

**relationship** 27:8,9,17,21 29:1 87:5 204:15 207:19 208:7,13 337:16,22 342:22 388:10,13,16 389:1,17 391:3 392:12

**relationships** 27:22 29:4

**relative** 297:20

**relax** 182:8 385:1,22

**released** 26:13 380:14 386:7,19 387:7,15 388:11

**relevant** 81:21 360:16 397:20

**relief** 358:2 360:10 361:3

**Relieved** 361:8

**remain** 75:2 219:23 220:6 412:23

**remember** 10:9 14:19,21,22 15:2 33:10,23 34:12 35:1,4,14 38:5 39:22,24 40:15 42:19 48:9 49:5,14 52:15 53:23 68:1,3,11 69:3 71:4,6, 7,9,11,15 82:18 89:8 98:4 100:22 101:12 104:12 106:24 111:16 112:2,5 113:21 122:3 123:9 137:5 151:16 160:21 161:21 162:17 171:14 173:2 174:1 182:15 184:23 186:9 203:13 204:2 206:5 209:17

214:3 233:2 286:17 289:1,23 291:12 295:7 316:3 321:8 323:21 324:7 326:3,5,11,17 335:4,6 340:4, 16,18,19 341:2,17,20 343:6,9 344:6 345:18 347:8,10,14 348:6, 20,23 355:16 357:8 364:19,21 371:9,11 374:3 378:9 379:7,10,11 409:22 410:6,8 411:4 412:7,14,18, 20,23 418:21 419:3,19,24 420:3, 15,21,23 421:2,16 422:23 423:2

**remind** 100:1

**rent** 26:4 148:8

**repeat** 154:8 226:24 227:1 246:1 288:22 291:4,23 294:18 336:22 354:7 419:5,7

**repeatedly** 355:3

**repeating** 254:16 280:9

**rephrase** 8:3 235:17 236:3 239:7 240:21 349:19 355:9 369:17 398:22 403:13

**rephrasing** 253:23,24

**reported** 404:13

**reporter** 5:17 6:11 61:7,10 175:24 249:19 257:23 258:1 314:22 315:1, 11,14,24 366:17,20 405:6 407:7, 14,19 408:1,2,6 409:5,15,23 410:7, 14 411:21 413:7,19,20 414:19 415:13

**reports** 13:5,6

**represent** 5:21 86:8,10 171:16 243:12 253:18 308:23 323:8 328:16,22 330:2,3,4,10 333:9 339:1

**represented** 242:18 328:13 329:2 338:19

**representing** 5:14 93:10 253:22 340:15

**reputation** 163:4

**request** 372:5 430:5

**required** 373:19 374:12

**reserve** 430:7,9,11

**reserving** 429:15 430:7

**residence** 206:10

**resolved** 237:4

**respect** 63:24 84:18 93:7 95:1

**respond** 297:5 302:6

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149717

GONZALEZ 000459

JOSE JUAN MAYSONET JR., 04/16/2021

**response** 344:12 345:7

**responsibility** 185:12

**responsible** 26:7

**responsive** 346:14

**rest** 40:23 120:3 172:24 308:11 369:9 372:2

**restaurant** 29:10 147:21,23 148:1, 3,5,10 150:1,3,6 152:9,10,15,19,24 153:4,11,16,19 154:6 155:2,6 159:14,16,21 160:10 161:9 163:8 169:9 209:18 210:3

**result** 212:15 213:14 380:7 392:15,20,21 393:5,8,14,16 394:15

**resulted** 47:10

**retain** 229:20 241:22 242:9,21 243:17 328:17 329:6 341:24

**retained** 242:14

**retaining** 240:7

**retaliate** 372:18 373:15

**retaliated** 368:11

**retaliation** 367:15,19 368:23 372:24 373:9

**retrial** 212:15 213:15

**returned** 218:9

**Reuck-** 341:22

**Reuckert** 341:22,23,24 342:3,13, 16,20,21,24 343:1

**revealing** 240:24

**reverse** 362:17 363:10,12,13

**reversed** 364:1,4

**review** 11:23 364:23 365:15

**reviewed** 12:10 316:21

**reward** 179:21

**Rey** 159:14,17,18 301:21 338:1,3,7

**Reynaldo** 5:9 159:11 304:18

**rhythm** 41:9

**ribs** 284:20 286:14 294:2

**Rican** 143:16 167:13 178:18

**rice** 48:11

**Rick** 328:16,17 330:4,8,11 335:18, 21,23 336:3,10 337:3 338:18,24 340:15

**Rico** 32:7,11,14 33:19 34:7,13,18, 21 35:6,8,10,16 37:6 45:9 46:21 47:1,4,8,11 48:5 49:11,16,18 50:5, 20 58:4 146:21

**rid** 30:21,22

**ride** 30:4 259:23 327:11,14 349:2

**rides** 29:23

**ridiculousness** 183:9

**right-hand** 61:5 165:4,8 166:5 175:21 176:6,16

**rights** 412:9,19

**ring** 267:6,7 289:11,14

**rival** 58:19 59:1,3 69:3,7,13 87:21 92:24 113:5 374:4,5

**Rivera** 243:1,2,4,9

**Rizzo** 6:9

**roads** 30:5

**rob** 85:13,15 126:18 212:1

**role** 74:3 118:11 227:23

**roles** 66:16

**rolling** 113:15,17,22

**room** 8:16 9:7,17 143:9,10 144:14, 15,16,21 217:7,8,10,13 218:10,12, 14 225:13 227:16,19 229:5 230:18 231:21,23 238:14,18 245:21,24 246:5,12 247:13 248:1,11,16,17,18 260:9 261:12 264:23 266:17,22,23 267:3 269:3 270:1,12,15,18,21 271:3,8 273:2,5,8,12,23 274:2,11, 13,18 277:17,21 278:2,11,14 280:2,16 281:2,24 288:19 292:11, 12,13,16,23 293:3 296:7 299:11 300:15,19 307:12,15,19 310:1,2,4 312:13 314:21 315:17,20 327:24 384:22 385:6 399:8 404:24 405:4 410:7 429:1,2

**Rosa** 203:18 205:7,12,14,23 206:10,13,16 207:4,7,9,20 208:8, 10,13 219:6,13 233:8,13 259:8 263:3 300:10,11,21 301:6,7,12,14, 22 302:2,3 303:19 316:7,13,23 317:2 321:23 350:12,19 351:4 352:12 356:1,3 357:1 368:14,17 373:10,11 387:6

**Rose** 32:22,23 33:7 259:8 316:9

**Rosen** 6:4 193:4,6,8 213:7,9,17 220:16 222:11 236:15,23 237:12, 18 238:13 239:1 253:21 254:3,8,

10,12,14,19 255:1 347:11,16 366:22 429:14 430:7

**Rosen's** 430:5

**roses** 31:12

**rough** 111:10 388:24 389:1,2

**route** 41:13 46:8

**rule** 79:9,10,13,14,18 80:4 84:3,8 149:5 187:21,23 211:4

**rules** 7:8 78:14,20 79:1,3,9,13,16 83:14 84:7 85:9 160:16 370:6

**rumor** 209:22 210:1

**run** 48:19,23 114:9 122:7 307:16 368:18 373:12

**running** 48:19 114:8 148:17,21 188:13

---

**S**

---

**sad** 385:5

**safe** 31:2 143:8

**safety** 81:8,13

**sale** 141:17

**sales** 43:21 120:3

**saliva** 48:24

**Sanchez** 68:9,11 70:22 71:3,21 107:7 180:18,22 184:15 192:2 203:16 354:24

**Sanchez's** 355:12

**sanitize** 22:2,6 23:11,13

**sanitized** 21:22

**sanitizer** 21:9,16

**sanitizers** 23:9

**Santiago** 68:9,11 70:22 71:3,21 72:18 107:7,11,15,16,18 118:23 162:2 163:9,16 166:5,8,14,24 167:17 170:1,2,3,6 181:5,7,8,18,20 184:15 187:15 188:22 192:2 203:15 354:24 355:12

**Santiago's** 188:9 189:10

**Sara** 388:17,18,21,23

**sarcastic** 237:13

**sat** 278:15 311:6

**save** 29:18

AR-L 149718

GONZALEZ 000460

JOSE JUAN MAYSONET JR., 04/16/2021

**Sawyer** 65:12 148:2

**scale** 142:16

**scared** 146:8 234:14 272:21 282:24

**scaring** 232:3

**scene** 348:5,13 349:23

**Schatzle** 5:13

**schedule** 174:11

**school** 34:17 35:7,8,11,15,17,18 36:8,14,19,21 37:21,23,24 38:3,24 39:3,5,8,9,11,17,23 40:3,5,6,7 41:1,11,22 42:2,24 44:10,12,21 45:11,12,16,21,22 49:9 51:20 52:10,12,14,18,19 55:1,10,11 57:14,15 58:7,9 67:13 74:17 84:9 97:7 99:10,11 133:1,3,12 135:4,16 387:1 415:23 416:2

**schools** 415:19

**science** 416:3

**scientific** 384:8

**scream** 286:8

**screamed** 308:6

**screaming** 248:11,14 275:4 277:14 286:7 384:22

**screen** 189:12,14,16 190:11,13, 16,18 249:15,22 250:7,13 255:9,13 319:21 320:4 321:15 322:4 324:20 330:21 331:2 333:8 358:22,24

**scroll** 320:21

**seal** 21:19

**search** 141:3 144:17 169:5

**searching** 134:12 141:5

**secondary** 35:19

**seconds** 221:5 336:19 429:13

**seeking** 329:18 381:22

**seg** 371:4

**segregation** 370:15,18 371:1,3,6

**seizures** 233:11

**sell** 31:1 41:18 43:1,17 44:13,14 55:7,9 60:7,10 63:13,16 64:7,11,13 65:3,19 73:13 74:8 75:8,14,18 84:14 85:16 119:24 120:2,19 121:13 124:7 125:11,13,21,23,24 126:1,3 131:5 136:11 151:23 188:14,21 387:2

**selling** 42:3,5,6,8,15,20 43:5,22 44:4,7,16,17,18 47:14,15,23 49:2 51:20 52:4,6 53:21 54:14,15,16,17 55:2 56:22 60:2 64:19 75:9 85:20 86:20 101:10 113:1 118:22 120:16 121:17,19 124:14,16 126:5,6,10 127:2 128:1 130:18,19,24 134:6 140:8 144:22 151:13,18 152:4,8 157:8,20 163:24 166:9 167:22

**send** 47:3,7 146:21 394:12 428:9

**Sending** 47:1

**sense** 177:24

**sensitive** 81:4,19

**sentence** 393:14

**sentenced** 235:7 357:17,18

**separate** 376:11 404:17

**separated** 50:15

**Sergeant** 230:20 245:6 246:11 252:17 253:2,15,19 256:14

**serve** 152:15

**served** 393:13 403:3

**service** 189:10

**set** 43:14 59:16,22 61:19,22,23 62:4,19,20 63:9,22 64:11 65:10 66:13 67:10,20 68:4,12,20,23 69:19 70:3,8,11,20 71:1,5,22 72:3, 6,7 73:16,24 74:9 75:1,7 76:7,12, 19 77:3 78:9,13,14,21 79:4,19 82:18 83:2,7 84:7 85:19,20,21 87:2,23 88:8,12 93:20 94:2 95:3,18 96:6,16,23 98:3 99:9,18 100:7,8 101:22,23 103:2,3,4,5,8,12,13,15, 17,18 104:1,11,13 105:11,13,14,18 106:1,14 107:8 110:18,22,24 111:13,22,24 112:11 114:18,20 118:10,21,24 122:14,16,17,19,24 123:2,10,13 124:16,22,24 126:10 128:2 132:16 135:20 136:14 167:18 169:21 185:16 187:16 188:11,14,21 195:18 199:11,12 210:15 236:18,20 243:7,9 244:17, 22 360:15 425:2,11

**set also** 128:20

**set's** 66:3

**sets** 59:13 60:14,20 61:17 62:9 63:3,6 66:6 76:19 77:2 78:8 86:9 88:9 94:4,8,19 99:15 122:15 125:3 169:17 172:15

**setting** 29:3

**seventh** 191:14

**Seville** 55:21 56:7,8,11

**sex** 179:18

**shadow** 28:3,4,5

**shake** 7:18,20 304:5

**shaking** 297:12 323:3

**Shannon** 6:8 396:14,17,22 397:2, 6,14 398:2,22 399:1,11,19 400:9 401:9,16,22 402:5 403:13,14 405:8,20 407:12,23 408:9,17 409:2,10,19,20 410:4 413:18 414:1,7,11 416:5,13 417:3 418:16, 18 419:6,20 420:4,12,22 422:16,17 423:4,5 424:7,12,23 425:9,10 426:21 427:4,12,21,24 428:19 429:5,10 430:4

**share** 255:8 319:21 358:22

**sharing** 132:14 298:5

**sharpened** 370:23

**sheep** 46:2,10 109:8 183:22

**sheets** 265:18

**shift** 268:1,3

**Shih** 18:22

**shine** 42:11 43:14

**shined** 42:9

**shines** 51:21

**shining** 43:4,7 44:3,6,8

**shirt** 194:9,22 199:8 201:23 271:21 274:21,22,23 275:2,19 276:15

**shit** 258:22 425:18

**shock** 156:3

**shocked** 156:7

**shocking** 153:19

**shoe** 51:21

**shoes** 42:4,9,12 43:4,7,15 44:3,6, 8,17,18

**shoeshine** 43:8

**shoot** 126:20

**shooting** 91:6 114:5 210:8 219:8 221:11 224:9,10 226:11,15,19 227:9,14 320:22 348:9 349:8,15 353:2

Index: short–sound

JOSE JUAN MAYSONET JR., 04/16/2021

**short** 236:22 247:14 369:4

**shortly** 9:13 203:3 257:18 325:9

**shorty** 70:8

**shot** 69:11 113:5,6,7,8,9 114:3,10, 13,15,21 115:6,12 175:11 181:19, 21,23 182:2,4,9 209:15 210:23 211:22 216:22 218:22 348:15

**shoulder** 192:20

**shoved** 275:8

**shovel** 196:9,10

**show** 19:18 25:8 123:16 189:5 190:15 197:22 200:13 249:8 255:16 319:20 323:10 324:8,20 325:14 330:13 333:7,9 347:21 358:23

**shower** 18:1

**showing** 199:20 321:15

**shows** 325:3,4

**siblings** 32:17 183:21

**sick** 392:8

**side** 25:13 69:9 82:20 89:6 90:22, 23 100:8 161:7 162:3 171:7 172:5 173:1 284:17 285:4,7 286:22,23 287:1,2,3,6 399:10

**sides** 160:24 161:3

**sign** 23:17 245:13,15,16,20 246:4 253:13 316:4,6,10,20,21 317:8,9, 19 321:20 322:9

**signature** 253:11 256:23 257:2 321:16,18 322:2,6 325:21,24 326:2,6,14,15,16,17,19 359:11,13, 15 360:6

**signed** 246:8 253:10 256:16,20 257:4,7 316:9,14 321:22 322:8,23

**significance** 93:20

**significant** 26:10

**signing** 245:19 326:3,5,9,17

**silent** 219:23 220:6 412:24

**similar** 266:23

**simple** 120:1 169:15 173:21 246:24 336:8

**simply** 237:20 254:15 255:2

**sir** 14:19 18:4,18 36:2 37:16 46:24 47:20 57:22 67:4 69:6 71:10 112:3 120:12 123:19 127:6 128:12

131:21 132:20 133:10 150:18 166:20 170:20 174:24 175:8 181:24 185:19 190:24 191:4,16 192:5,7 194:11 196:14 198:13 199:2 200:4,9,17 202:5,13 204:9 211:11 220:3 225:7 227:4 234:18 236:7 238:1 239:18 241:17 244:1 246:2 247:3 249:16 251:8,13 255:21 256:5,24 260:13 270:17 271:1 280:24 281:3 286:20 287:1 291:12 292:13,20 295:17 296:19 298:13,20 301:18 304:17 311:4 318:24 320:24 321:13,14,17,19 322:4,7,20 323:10,12,17,23 324:8, 11,14 325:2,11,14 326:14,24 327:9,16 328:1,4 330:13 331:5 333:3,7,12 335:17 340:3 341:12 342:8 343:11,21 344:2,11,23 345:6,14,17 346:10 347:1 349:7,19 351:12 352:18 354:10,22 355:7,18 356:9,24 358:6,22 359:7,13,14 360:2,24 361:20 362:11 363:6,20 364:10,18 366:4 368:14 369:2,5,8, 16 370:1 371:17 372:20 373:5 376:9 381:11 382:10 383:11 384:14 385:23 386:6 388:9 390:11 393:5,16 395:16 404:15 406:9 407:13 410:17 411:24 413:3 414:12 415:17 417:5 421:4 422:18 424:2 426:10 427:13 428:1

**siren** 164:21

**sister** 15:23 18:5,8,9,15 32:19,22 50:16 51:1 53:5,9 109:10,13,19 140:14 259:8 262:6 263:3,4,21 268:16 298:15 299:1,6,13,16,17 300:8,11,16 303:16 373:10 422:8, 22 426:1,4

**sister's** 365:4

**sit** 43:11 51:14,16 56:20 112:13 160:6,13 248:4 311:21 420:5

**sitting** 8:17,19 14:14 113:15 163:16 283:20 309:9 315:13 382:6 405:5,7

**six-pack** 116:23

**skills** 22:5

**slap** 276:1 282:21 283:9,10,16 285:7 293:17

**slapped** 271:24 275:8,22,23 276:21,24 277:1,3 283:17 285:10

**slapping** 279:24 390:12

**sleep** 383:19 385:1 386:15 388:4 426:19,24

**sleeve** 192:16

**slept** 278:2

**slip** 268:12

**small** 16:7,8,15 53:3 123:23 124:5, 22 131:7,17 141:24 145:24 165:11 167:21,22 168:1,3 170:14 335:6

**smaller** 124:23

**smart** 136:18 375:20

**smelling** 310:3

**smoke** 113:23 129:21,24 130:3 162:4 163:19 208:15 334:17 383:1

**smoked** 162:22

**smoking** 124:12 125:14 163:9,19 385:15

**snake** 188:13

**Snakes** 424:20

**snatch** 148:20

**snatched** 150:9

**sneak** 126:17

**sneaking** 134:16

**snitch** 173:3

**snitching** 173:8

**snort** 79:19,22

**snorting** 155:11

**soccer** 45:4

**social** 90:18 93:17 105:20 387:11 416:3

**socially** 97:9

**sold** 30:8 54:19 74:11,15 75:11 121:5,11 123:23 124:5 125:6,7,8, 16 126:2

**solve** 66:23,24

**somebody's** 80:5 112:17 363:2

**someone's** 363:7

**son** 148:14,15 178:16 179:6 184:24 205:17,21 316:12 387:14, 22

**sorts** 201:24

**sought** 380:15

**sound** 32:24 107:4,5,6 116:3,21 117:1,4,6 130:7 161:17 171:7

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149720

GONZALEZ 000462

Index: sounded-street

JOSE JUAN MAYSONET JR., 04/16/2021

**sounded** 91:18 183:5

**soundproofed** 16:18

**sounds** 99:13 116:5 182:20 401:14

**south** 76:11

**southeast** 264:6

**Spanish** 38:15,17,18 115:5 138:4 140:1 143:19,21 207:9,11,14,16 208:1,2,4,6,9,10,12 216:4,20,22 217:16 225:18 227:6 240:3 244:3,4 251:15,16,20 271:18 273:18 306:15 315:8,10 329:9,12 335:21 341:9 403:1,7,16 407:5 413:2 414:17 415:24 417:2 422:13,18 423:8,10,12,22 428:13 429:3,7,9

**Spanish-speaking** 225:11 228:9

**Spaulding** 65:13

**speak** 10:1,6 38:21 84:21 138:2 139:20,22 207:9,10,11 208:1,2,4,5, 12 217:12,14,15 218:13,17 228:15 230:19 240:3 244:3,4 251:20 253:21 300:21,22,23 305:6 306:14, 15 316:16,22 329:9,12 335:21 336:3 341:6,14 404:15 406:24 407:1 412:16,22 417:2,13,15 421:18 422:13,18,21 423:8,10,12, 22 428:14

**speaking** 7:9 217:15 227:13 245:6,12 340:19 347:12 399:2 421:19 429:3

**specific** 61:19 62:15 78:14 79:3 97:15 355:10 413:17 417:5 421:7

**specifically** 10:11,14 12:3 78:9 84:7 92:4,6 153:6 161:11 270:13

**Spector** 329:3,7,9,14,17 330:7,10 332:3,7 333:5 335:18

**speculation** 363:15

**speculative** 401:3

**spell** 19:22 20:9,19

**spelling** 251:14

**spend** 27:10 28:8,10,16,17 29:5 118:18 184:7 314:4 412:1

**spending** 200:3

**spent** 394:6

**spit** 48:15,17

**spoke** 10:4 133:20,21 142:4 143:18,20 208:10 225:9 241:14

244:7 300:8 302:2 307:18 308:24 309:8 316:13 378:6,12 398:19 399:12 416:17

**spoken** 387:9

**Sport** 55:20,24

**sports** 31:19 45:3

**spots** 288:23

**square** 76:3 87:7

**St** 210:9,11

**stabbed** 373:22,23 374:15,18

**stabbing** 374:6

**stamp** 127:8 331:7

**stamped** 191:6 199:21 330:16 358:16

**stand** 77:16

**standing** 117:7 193:12 195:5,23 200:8 201:2 217:17 299:8,10

**start** 6:23 8:15 26:6 40:11 44:16 47:7 48:19 53:20 62:8 85:20 91:5 113:16 114:8 121:23,24 169:7 205:7 210:11 228:3 282:21 284:1 293:18 307:14 332:3 333:17 364:18 386:20 390:19 391:21 393:4 397:21 409:17 428:7

**started** 40:21 46:19 55:4,12 57:14, 15 58:7 69:19 70:6 146:14 148:20 156:23 163:24 165:11 167:20,22 168:1,3 170:14 174:9 205:23 206:5 248:2 254:16 271:15,19 279:24 282:19,20 283:6,15,19 297:14 308:9 312:16 328:24 380:21,24

**starting** 79:21 242:2

**state** 6:23 227:15,17 236:19 237:7, 15 306:2 309:24 331:18 359:3 394:12

**state's** 227:13 228:16 305:7 306:5 307:19 308:12,15,17 309:1,11 311:6,16,19,21 312:8,12 313:18,19 314:11 315:14,19 322:22 323:5 327:12 398:7,11,19 418:9 419:21 420:6 425:20 427:16 428:3,21

**stated** 348:17

**statement** 314:10 316:2,4,9,14,19 317:19,23 318:1 319:23 321:2,4 322:11,16,17,18,21,22 323:5,6,11 326:24 327:3,7,9,13 328:2 345:16, 20 348:21,24 349:4,12 350:2,3,5, 13,21 351:2,10 405:11 413:6,9,13,

16,22 414:12,14 415:1,2,6,10 428:7

**statements** 329:15,19,21 331:22 332:21 341:18 343:3 348:4 349:14, 22 350:8

**States** 5:11 32:7 34:10,23 35:3,11, 12,16 36:8,11,15 37:1,6 50:24 58:4 415:20

**Stateville** 369:7 375:5

**station** 214:17 226:6 227:12 260:7,20 263:23 264:1 266:3,11,16 268:23 269:2 278:12 289:16 295:11 297:21 298:6,15 300:5,16 308:19 310:11 317:2,3 318:4,9,13, 23 327:11,15,18,20,22,23 337:14 426:6

**stay** 84:9 91:2 122:14,16 154:22, 24 237:16 262:8 283:2 309:11

**stayed** 91:10,20 92:23,24

**steal** 84:11 85:15 122:6 149:5

**stealing** 127:14 212:1

**step** 22:16,22 23:19 79:1

**stepdad** 19:1,2

**stepfather** 25:24 50:12 51:3,5 53:4,9 140:13

**Steve** 223:24 238:13

**stick** 260:2

**stolen** 151:10

**stood** 169:2 265:1 266:18

**stop** 118:5 129:11 158:2 165:18 168:22 171:2 198:3 220:10 254:8, 12 264:10 288:21 294:6 295:18,19, 24 296:11 297:3,9 312:2,3 314:19

**stopped** 44:7,17 49:8 87:12 133:23 134:1,11 161:16,17,21 168:15 170:24 171:1 296:14,21 298:1,4 314:19

**stopping** 136:7

**store** 57:2 215:3 216:9 417:22

**story** 51:8 302:17 349:5,6 350:4 400:17 403:21 427:17 428:4,14

**straight** 266:3

**street** 5:15 42:6,8 48:21 58:1 59:24 60:15,17 71:7,9 95:16 96:19 100:13 101:17 106:7 108:14,16 109:1 115:21,23 136:4 147:8

AR-L 149721

GONZALEZ 000463

JOSE JUAN MAYSONET JR., 04/16/2021

148:16,17 151:13 161:23 165:17 195:13 196:3 210:19 259:10,11 379:1,5,6 383:21

**streets** 25:11 60:16 261:7 387:2

**stretch** 77:16

**strike** 36:17 58:18 79:1 207:18 214:19 219:11 235:16 236:2 240:22 266:4 281:21 299:14 327:1 373:8 393:24 398:22,23 403:13 404:5,13 406:13 417:17 422:12 423:8 424:24

**strong** 87:22 117:4

**structure** 66:12,15 72:18

**structured** 61:3

**stuck** 260:3 374:17

**studies** 416:3

**studio** 16:7,8,15

**studios** 17:11

**stuff** 12:23 13:1 16:3,22 17:11,12 23:9 24:8 29:15,16 31:12 38:11 41:20 44:2 46:4,5 47:12,13,17 49:21 50:7 51:12 52:18 81:21 84:19,20 88:1 89:17 93:5,9 127:15, 18,19 134:13,21 136:7 141:16,17 142:15 148:8 150:23 155:20,21 161:11 162:1 169:5,9 190:6 198:3 208:23 209:1,3,12 210:3 212:2 215:23 220:1 222:3 223:16 232:22 233:24 234:2,16 244:2 253:15 265:18 270:11 274:10 278:23 279:1,3,18 290:7 293:21 295:22 296:9 311:9 313:11 315:1,6 318:18 336:9 341:6 343:8 357:9 370:10 371:16 377:24 380:19 385:3 388:20 391:22 413:2 416:4 423:13 426:24

**stupid** 86:2 185:14

**subject** 369:13

**subjected** 369:19

**subsequently** 229:17 328:8 394:21

**substance** 209:10 212:16,18

**substantial** 334:7

**sudden** 148:23 215:19

**suddenly** 177:21 247:22

**sued** 354:2

**suffer** 373:18,21 376:19 384:15, 17,19

**suggesting** 255:2

**suicide** 183:10 184:16,17 185:15 197:12,23

**Suite** 5:15

**summer** 34:17

**Sunday** 79:23

**sunglasses** 201:22

**super** 22:18 55:20,24

**supersport** 30:8

**supervising** 22:21

**supplier** 157:12,13

**supply** 157:15

**support** 182:21 338:11 345:20 346:3

**supposed** 14:16 47:17 63:16 89:16 91:21,22 112:19 149:5 173:15,16,18 182:5 234:10 236:18, 20 237:19 262:12,14 300:1 310:8, 24 330:12 335:10 357:6

**suppress** 329:15,18 330:15 331:22 332:21 341:18 342:4 343:3, 12 344:3 345:15

**suppressed** 329:22

**surgery** 342:10

**surprise** 136:1 149:14 165:15

**surprised** 149:23 153:17 156:4 276:12

**survive** 74:23 85:6 387:3

**suspect** 236:21 237:2,7

**sustained** 334:8

**Suzuki** 30:10,11,12

**Swaino** 422:4

**Swano** 240:15 241:23 242:5,7,9, 14,21,22 243:12,15,17,21,23 244:3,5,7 261:18 262:12,20 328:20,22 329:4,5,6 422:3,5,6,13, 14,15,16,18,21

**swear** 6:12

**sweater** 93:4,6 215:9

**sweatshirt** 93:22

**switch** 62:20 63:3 240:16 241:13

242:13 366:4 386:17

**switched** 63:6

**switching** 129:14 234:18 241:15 242:17

**sworn** 6:13,16

**swung** 288:10

**symptoms** 385:13,16,18,19

**system** 107:5,6 117:4

---

**T**

---

**table** 279:13 282:14 293:11 405:6

**taking** 64:17 155:20 297:14 298:4 301:9 366:18 382:23 385:9 386:20

**talent** 73:5

**talk** 10:8,12,15,20,23 11:8 12:3,7 17:7 21:4 28:22 39:21 51:16 86:12, 15,16 92:3,13 94:9 103:18,19 138:4 144:10 146:2 150:2 154:2,13 155:14 159:19,23 160:2,3,7,9,13 161:9 162:7 166:22 167:16 168:19 169:9 170:2,4 176:14 181:3 195:15 198:10 206:13 208:19 211:16 226:6 231:3 234:5 248:6 271:9 273:1 274:8,15 278:22,24 279:14, 16,19,20,21 283:1,2,14 293:12 298:24 307:8 308:15 317:2 322:21 329:14,16 330:8 332:9 333:4,22 339:5,14,15,17 340:22 341:3 342:12,15,16,21 343:1,7 344:17 346:22 350:21,22 356:22 362:24 368:17 375:3 376:4,16 377:19,22 378:16 379:3 380:3,4 384:2 387:17 396:10,12 402:12,16 422:9 424:1, 17

**talked** 7:7 10:3,5 126:9 137:22 138:6,8 141:2 144:21 157:10 159:13 162:11 166:24 169:11,23 181:20 203:24 205:6 224:2 225:6 230:24 231:18 232:16 240:24 244:16 262:19 271:5,6 280:17,20 281:1 282:7,11,14 289:18 292:22 303:12,15,18 308:12 310:4 319:23 321:23 322:20 337:17 339:9 350:19 421:5 424:16

**talking** 45:17,19 78:8 88:12 90:12 92:1,2,3,5,6,8,11 95:1 130:17 140:1 145:18 155:9,12 167:1,4 169:7 170:6 183:3 191:8 200:10 203:12 204:2 209:19 216:3,7 233:4 236:6 244:19 248:12 252:2,20

AR-L 149722

GONZALEZ 000464

JOSE JUAN MAYSONET JR., 04/16/2021

273:10,22 275:14 299:6 301:8 320:15 331:21 332:1,20 340:16 341:9 365:8 380:8 386:6 391:22 396:21 398:12 405:24 406:6,7,8 412:1 420:3

**tall** 144:1 196:5 206:21

**Tank** 71:12 72:23 73:16

**taught** 28:19 415:18 416:6

**taxes** 122:22

**teach** 151:12,18 156:21

**teacher** 40:22

**teachers** 416:16

**team** 23:12

**tears** 311:12

**technologies** 17:6

**technology** 17:5 41:6

**teen** 132:23

**teenager** 174:4

**teenagers** 112:9

**teens** 39:18

**telling** 133:13 215:24 247:21 262:6 275:4,10 279:13,19 280:4 293:15 301:7 302:9 310:18 350:18 391:24 403:20,21,22

**ten** 27:2 74:6 130:2 265:3 268:24 283:12 300:24

**tend** 92:2

**tense** 252:21

**term** 80:10

**terminology** 80:13

**terms** 20:9 364:3

**terrible** 408:20

**territories** 93:1

**territory** 64:4,5,7,24 65:11,14 66:8,9 75:23,24 77:8,11 87:6,17 91:11 92:23 95:2,5 110:19 113:2 152:20 210:5,10,11

**testi-** 348:16

**testicles** 313:3

**testified** 6:16 291:2 341:21 343:11 344:2 345:15 351:18,22 353:1 399:20 405:14 406:15 409:3,8 413:8

**testify** 12:4 344:12 345:7 352:3,7, 10,13 357:1

**testifying** 341:17 342:12 345:18 346:10 352:20

**testimony** 67:16 73:19 91:14 120:7 290:18,20 291:4,10 292:15, 17 295:15 342:13 343:2 344:8,17 347:6,8,19,21 349:17 351:24 400:6,16 401:13 402:6 403:15 405:18 407:22 416:9 424:3

**text** 200:5,6,20,22,24 201:11

**Thampy** 340:17

**That'd** 366:10

**theater** 182:6,10,11 183:7

**thin** 160:23 164:6 386:12,13

**thing** 14:3 16:2 17:9 21:18 37:9 41:8 50:17 84:9,11 102:23 114:7, 10,11 117:21,22 119:9,18 132:9 148:5 149:19 151:14,15 155:12 156:21 160:15 168:12 173:19 174:13 180:5,6 205:6 209:21 211:6,14,17 248:12 256:10 269:22 280:2,9 288:22 289:24 290:5 291:23 293:22 294:6,11,19 296:5 302:18 311:23 312:17 317:7,16 323:7,13 338:15 357:11 363:2 365:24 384:2 385:21 386:13

**things** 14:1 22:18 24:24 26:23 28:13 31:15 32:4 47:9 50:4 81:19 84:15 85:22 86:9,24 92:3 105:2 116:9 118:8 122:7 127:10 136:1 152:17 162:16 165:16 166:2 170:19 171:21 172:22 175:14 182:19 184:5 185:6,7,17 223:7 255:16 279:17,23 336:8,18 370:9 409:14

**thinking** 113:23 114:10 165:21 215:21 216:17 262:1 263:6 268:15 385:3

**thought** 13:2 26:7 46:1 114:12 142:6 161:16 166:23 171:13 247:23 292:20 293:19,24 294:1 306:10 340:23 361:7 371:15 394:16 407:1

**thousand** 131:13,15

**threaten** 316:24

**threatening** 302:3

**threw** 367:7,23

**throw** 48:11 148:7 160:19,20

161:24 168:21 238:23 304:23 362:21

**throwing** 215:21

**thrown** 345:16,21 395:13

**Thursday** 326:21 327:1,4

**tied** 110:18 174:10

**ties** 204:12

**tight** 413:23

**till** 186:21 207:21 319:11 331:15

**time** 8:1,9,10 10:8,10,18 24:20 26:10 27:10 28:8,10,16 29:5,13 30:23 31:16,23 32:2,13 38:6 40:1,2 43:5 44:4,6,11,20 45:3,5 47:4 48:16,22 49:3,17 50:1,18 53:8 56:3,12,15,16 62:5 67:9,12 69:24 70:1 74:24 87:22 97:8 98:4 100:13 102:18 111:19 112:6,8,22 116:16 117:18,21 121:17 127:2 129:15 133:2,11,19 135:16 140:23 146:18 147:1 153:9,10 154:2,10 160:10,13 164:5,23 168:11,14 170:24 171:1 174:8,10,16,24 176:8 178:17,19 179:13,17 182:8 183:14,17 184:15 185:3,5 186:4,9,13 195:15 200:3 207:23 212:19,21,22 218:3,4 219:6,8 222:24 223:12 224:15,21 225:4 229:2 234:18 236:12 244:7 258:11 259:3 260:4,19,24 261:1, 18,24 267:15 269:8,14,20 270:13 273:24 279:9 280:12,17 281:1 282:13 283:10,14,23 284:7 285:24 286:1 287:23,24 288:3,17 289:18 290:8,10,15,19,22 292:4,6,12,15, 22 293:2,4,8,9,13,15 297:24 300:17 301:24 302:7 304:3 307:23, 24 308:9,19 311:5 313:23 316:11 319:8 327:19 330:6,11 332:22 333:18 334:9 337:11 340:9 353:6,8 355:5,20,21 357:8 365:20 366:7 369:4 371:12 372:2,22 373:22 376:23 377:9 378:8 379:9,11 380:20 382:9,18 386:7 387:21 388:4 392:5 394:6,24 395:6,20 396:2,19 398:16 399:8 401:17 404:12 408:7,8 412:4 414:2 415:17 416:20 418:9 419:10 423:19 428:16 429:15 430:3

**times** 10:6,9,11 14:15 28:11 46:21 127:10 149:13 171:18 179:11,12 184:7 185:8 269:12 271:4 277:6 281:11,14 282:8 283:9,16 285:1, 12,22 286:10 287:5,20 288:2,15 289:19 291:11 292:21 294:12

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149723

GONZALEZ 000465

JOSE JUAN MAYSONET JR., 04/16/2021

298:7 307:22 335:12 357:23 377:5 404:15

**timewise**  295:5

**Tina**  399:21,23

**Tino**  71:13 96:21,24 97:1 302:11 304:8,13 305:3 311:5 312:19 313:14 314:8 348:19 349:1,22 351:18 352:9,19 399:23,24

**tiny**  50:17

**tired**  44:1 166:17

**title**  72:11,15

**today**  5:17 6:20 8:1,9 10:12,16,20 12:4 13:5,8,11,17 39:22 88:4 157:17 206:13 250:16,19 334:1 389:19 420:5

**today's**  430:14

**toilet**  308:3 309:4

**told**  47:21,22 84:3 105:24 107:7 109:24 130:18 140:18,21,22 145:5 149:14 156:12,15 157:19,22 158:3 159:13 160:2 161:8 162:11 165:4 166:5 167:15 172:6 173:16 175:6, 20,22 176:5 178:11 205:2,10 210:16 213:24 218:19,21 226:12 234:3 245:20 248:5 260:22 262:6 268:15 271:21 272:6,15,17,24 274:6 275:16 277:16 278:16,17,21, 22 279:5 282:15 295:12,13,21 296:1 297:7 299:17,20 300:2 301:2,7 302:3,8 303:8,21 305:23 306:1,11,19 307:7 308:21 311:13, 23 312:6,8 314:2 317:5,8,11,12 321:22 335:17 337:23 338:2,9 339:15 346:23 351:20,21 352:23 353:4 354:14 355:18 367:12 368:14 372:11 376:21 377:9 380:22 381:23 388:9 402:6,10,19, 22 403:7,16,22,23 404:7 428:12

**ton**  121:17

**tone**  93:7

**top**  116:23 149:7,11 169:3 252:14 253:19 256:3 284:2,8 285:1,11,19, 23 293:18 333:13 359:18

**topics**  129:14 366:5

**Torrence**  320:23

**tossed**  361:23

**total**  411:1,24

**touch**  17:17 69:1 148:24 284:5

300:1,2 387:18

**touched**  117:19

**tough**  33:22 73:7 142:17

**towels**  232:13

**Toyota**  53:22,24 54:2,12 55:14 56:4

**trade**  127:20,21

**traded**  127:10

**trails**  30:4

**transfer**  328:10,11

**transferred**  230:12,17,19 318:10 327:21 328:8 369:6 405:4

**translate**  315:10 403:18

**translated**  306:16

**translating**  407:6 428:14

**translator**  244:6,8 306:13 308:22 329:11

**travel**  25:2 34:19 43:13

**treasurer**  61:6,9,12,16 73:3

**treat**  82:18 89:14 120:20 178:21 384:1

**treated**  89:12

**treatment**  31:23 32:2 379:20 380:1,3

**treatments**  381:22

**trial**  181:6 213:15 237:7,8 262:15 351:3,13,15,17 352:3,10,13,18 353:2,5,6,7,9,12,13,14,19 354:11, 19 374:10,11

**trick**  237:19 408:22

**trigger**  350:1

**trip**  149:6

**tripped**  150:9 151:1

**tripping**  149:3

**trombone**  40:10,12 41:4

**trombonist**  40:17

**trouble**  22:23 54:4,6 59:21 80:24 85:22 86:7 105:4,5 122:5,18 141:22 142:1 144:22 145:23 146:2, 14,16 162:24 163:3 173:9 183:24 259:1 262:10 317:14 329:6 369:22, 24 372:3 375:7 426:8

**true**  17:7 164:4 173:8 234:11 322:16 360:11 413:13,14 415:18 424:4

**trust**  151:22 422:11

**truth**  47:23 275:17 350:10

**truthful**  222:21

**truthfully**  223:3

**tumor**  183:15

**turf**  64:24

**turn**  48:23 114:7 164:22 169:6 216:16 229:2 263:7 275:13 307:9 386:18 408:17

**turned**  215:22 263:20 272:4 282:15 305:16

**turning**  46:19

**turns**  7:9

**two-minute**  319:3 366:9

**type**  21:17 38:24 48:13 60:19 72:17 88:5 90:17 118:11 123:17 129:5 148:3 149:16 367:14 372:24 380:10

**typed**  251:6 256:15 322:21 323:13 413:6

**typed-up**  316:3

**types**  28:13 29:4 47:9

**typing**  315:24

**Tzu**  18:22

---

**U**

**uh-huh**  7:18 67:8

**uhn-uhn**  7:17

**ultimately**  39:2 180:18 317:19 357:14,22

**um-hmm**  58:21 69:23 170:16 187:10 190:23 191:15 192:22 201:12 250:2 260:10 285:13 291:18 298:13 318:24 325:20 359:19

**uncles**  53:11

**uncomfortable**  238:20

**underage**  179:23

**underneath**  73:15 359:21 361:9

Urlaub Bowen & Associates, Inc.    312-781-9586

AR-L 149724

GONZALEZ 000466

Index: understand–week

JOSE JUAN MAYSONET JR., 04/16/2021

**understand**  8:1 14:2 19:10 62:12, 14 63:19 64:3 67:4 71:16 72:16 73:22 76:13 79:11 80:21,22 81:3, 18,23,24 90:6 92:18 135:12 146:1 150:14,16 153:5,7 164:14 183:2 207:15 211:11 217:23 220:4,14 222:1 224:8 246:19 255:10 271:1 286:20 294:17 306:9 344:23 345:1, 10,11,16 346:6,8 356:19 362:1,6,8, 12,24 363:20 364:7 372:19 383:11 398:12 401:11 403:23 412:15 414:22 417:7,12,24 418:1,13,22 419:2,16 421:22 425:6,7 427:22,23

**understandable**  14:4 16:11 37:13,18 207:17

**understanding**  24:20 32:6 46:15 65:20 66:7 103:24 237:14 283:4 356:24 376:9

**understood**  8:6 82:7 215:15 216:19 227:17 246:10 261:24 263:13 345:14 360:22 405:10 421:15

**Unit**  5:2 77:24 78:3 130:14 203:5,9 258:3,6 319:15,18 397:13 430:16

**United**  5:10 32:6 34:10,23 35:2,11, 12,16 36:8,11,15 37:1,6 50:23 58:4 415:19

**Units**  130:11

**unknown**  334:21

**unmarked**  164:19

**unrealistic**  347:20

**upper**  192:14

**urinated**  309:1

**urine**  309:9

**Urlaub**  5:14,18

**useless**  190:9

**usual**  23:4 154:12

———————————————
**V**
———————————————

**V-O-Y-A-N-T**  20:21

**vacating**  213:14

**vacation**  24:7 34:17

**Vegas**  154:23

**vegetable**  31:11

**vehicle**  25:16

**Veras**  102:21,22 103:7 104:1

**verbal**  391:9,13

**verification**  23:16

**versus**  5:9 121:15

**vicinity**  209:23

**video**  5:2,4,20 77:23 78:2 130:10, 13 203:4,7 222:14,17 258:2,5 319:14,17 332:12,15 366:23 367:2 387:17,21 388:2 396:5,8 397:9,12 427:7,10 430:15

**videoconference**  11:11

**Vincent**  6:9

**violated**  83:10,13 122:9 394:16

**violating**  121:1 370:5 395:1,3

**violation**  80:10,12,14,16 82:11,12, 16,24 83:4 370:19 395:11

**violator**  394:14

**violence**  88:2 390:5,23 391:2,11 392:16,22 393:6 394:16 395:11

**violent**  89:21 90:1,3,8,9,15 93:9

**visit**  34:9,11 244:2 245:8 351:4,8

**visitation**  185:16,21 186:2,5,10,21 187:2 354:23 355:13

**visited**  108:6 234:20 245:9 368:15

**voice**  248:2,3

**vouched**  158:8

**Voyant**  19:15,18 20:5,21,24 21:2, 15,16 23:1,2,5 24:10,11 25:5,7,15

———————————————
**W**
———————————————

**Wabansia**  61:24 62:1,2,20 63:4 64:8,18 65:1,10,13,20 67:11 69:20 70:5,16,20 71:22 72:8 74:9 75:1, 12,23 76:15,20 78:9,13 87:8 88:7 94:8 95:3,18 96:6,17,24 104:17 105:11,23 106:15 107:8 112:10 114:19 125:2,9 126:24 128:5,14 135:20 152:21 187:16 210:6,7,12, 14 218:23 243:11

**wage**  24:1

**wait**  7:10,12 55:18 122:6 221:3 235:13 237:1,3,5 267:14 269:4 348:16 392:18

**waited**  217:20,21 226:4,5 267:10, 12,15,23 348:14

**waiting**  226:3 268:1,4 274:11

**waive**  429:17

**waived**  336:14 353:23 354:2

**walk**  28:15 48:19 77:8 93:7,10 139:14 141:7,12,18 144:18 168:19 264:5 373:4

**walked**  137:10 156:1

**walking**  33:23 93:3 141:10 148:13, 14,16 160:24 164:5 209:17 215:13, 16,18 216:13 262:24 271:20 349:1 383:20,21 426:6

**wall**  84:19 165:19 171:5 263:8,11 264:8 267:6,7,9 286:18 289:11,14, 15 399:10

**wandering**  383:22

**wanted**  62:21 70:18 75:18 87:4 110:12 129:9,10 140:20 141:10 157:1,2,16 164:7 169:14 174:12 175:13 183:23 186:8 190:12 233:22 234:5,14 242:12 268:14 271:2 278:21,22,24 279:21 294:5,6 295:13 296:2 302:18 303:2,13 304:23 305:11,12 306:4,23 310:21 312:1,4,9 314:5 315:2 317:16 335:15 341:5 357:1 361:6 365:16, 17 372:11 390:17 402:11 406:24

**wanting**  383:16

**war**  85:3 224:23

**warning**  80:3 116:15

**warrant**  139:16,19

**washing**  141:8

**waste**  401:17

**watch**  82:4 124:8,14,17 373:13

**watching**  126:14,15,16 134:12 136:6,21 142:7 383:19

**weak**  96:12,14,15

**weapon**  215:23 216:20,21 234:9 370:11,19,20,22

**wear**  93:21 110:9 143:14 197:7 381:20

**wearing**  94:1 201:23

**weed**  75:10 113:24 124:12 125:14 179:18 208:15 334:17 383:1

**week**  84:4 131:24 153:12 185:24 245:10

Index: weekend–zoom

JOSE JUAN MAYSONET JR., 04/16/2021

**weekend** 79:20

**weekends** 84:5

**weekly** 130:22 174:13

**weeks** 23:3 153:13 239:23

**weigh** 382:8

**weighed** 382:7

**weight** 382:7

**weird** 102:19

**west** 209:16 246:16 247:2

**whereabouts** 167:5

**wheres** 118:5 232:20 247:21 309:18

**Whipple** 114:19 243:10

**whisper** 238:16

**whispering** 223:7

**white** 143:15 189:15 190:9 192:21 193:13 194:23 198:21,24 199:7,8 271:16,22 275:5,6 335:6

**whoa** 149:22

**Whoever's** 396:10

**whooped** 146:24

**Wi-** 320:23

**wide** 116:19

**wife** 80:6 97:19 185:4

**Wiley** 246:18,19 247:4,8 280:18 281:2 320:23 328:3 357:15

**Wilfredo** 243:1,2,4,9

**William** 240:15

**Willie** 40:17

**window** 114:2,4 168:22 269:17,19 270:2,3 383:20

**wing** 156:12

**winter** 31:13

**wire** 100:23

**withdraw** 236:3 333:20,21 369:16 406:13

**withdrew** 358:8

**witnesses** 354:19

**woman** 34:3 112:18 205:10,14 227:19,20 388:15

**wonderful** 28:24

**wondering** 74:1 159:20 227:7

**wooden** 43:9

**woofer** 116:24

**word** 64:24 72:4 177:21 240:5 282:23 323:14,22 381:6

**words** 290:19

**work** 19:13,14,15 20:23 23:4,8,12, 22 25:6,15,18 28:9,14 41:8,17 42:16 49:24 158:5 187:22 227:16 243:16 244:15 257:21 308:20 324:19 342:2 384:6 385:4 387:3 389:16,17 391:8 416:2

**worked** 99:17 124:5 138:22 147:17,20 248:24 403:6 420:23

**working** 21:12 22:10,14,24 23:2 42:16,18 84:4 98:19 157:17

**works** 12:7 183:10

**world** 110:5

**worry** 93:8 146:13 159:3 238:21 272:23 274:8 317:16

**worse** 385:14 386:11,18 417:16

**worthful** 127:17

**wow** 30:19 76:16 107:6

**write** 200:9 201:2 257:10,12

**writing** 84:19 192:17 200:7,12 251:6 252:16 325:18 326:10,12 415:6

**written** 191:2 223:9 251:11 253:8 256:7,15 315:3,9 323:15 407:9 413:6

**wrong** 55:7 81:11 86:22 111:9 120:22 122:7,12 284:24 409:16

**wrote** 414:18

---

**Y**

**Yamaha** 55:22

**Yanerez** 107:24

**year** 17:17 33:5,6 38:8 39:9 48:6 49:13 135:7 147:4 153:11 207:21 208:7 371:7,9 379:14 388:14 392:13,14

**years** 17:7 33:14 34:5 39:7,22 43:22,23 68:18 100:15 132:23 135:3,6,7,8,10 174:5 182:17 235:7

237:11 347:8,15,20 351:13 369:7 379:15 382:1,15,20 388:22 421:16

**yelled** 275:20,21

**yelling** 254:8,12 282:20

**Yellow** 279:11 281:17,19 282:1,6 287:3

**yesterday** 11:4,5,7,14,20 12:1,5 22:14 189:19

**YLO** 224:24

**YLOD** 224:10,17

**young** 17:3 31:3,4 32:12,13 33:12 34:16,22 35:5 36:22 37:4,23 39:19 42:21 49:6,7 50:13 54:3 57:11,13 58:6,11 84:8 87:21 89:9,16 112:7 117:8,9 132:24 133:4,22 151:17 174:3,5 205:8,9 276:4 308:20 309:24

**younger** 33:5,6,14 37:3 67:18

---

**Z**

**Zehner** 6:4

**zoom** 7:6,7 9:10,12 193:20 199:18

---

Urlaub Bowen & Associates, Inc.   312-781-9586

AR-L 149726

GONZALEZ 000468