IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

ALFREDO GONZALEZ,                    )
                                     ) No. 22 C 6496
        Plaintiff,                   )
                                     ) Hon. Judge John F. Kness,
        v.                           ) District Judge
                                     )
REYNALDO GUEVARA, et. al., ) Hon. Heather K. McShain,
                                     ) Magistrate Judge
        Defendants.                  )
                                     )
                                     )

## DECLARATION OF ROSA BELLO

I, Rosa Bello, under penalty of perjury, declare the following to be true and correct:

1. My name is Rosa Bello.

2. In 1990, I lived on Homan and Potomac with Jose Juan Maysonet. He went by "Juan" at the time.

3. Juan Maysonet was my boyfriend at the time.

4. I also had two young daughters from a different relationship that also lived with Juan and me.

5. I recall an occasion in 1990 when Alfredo Gonzalez and one other man came to my apartment to meet up with Juan.

6. I cannot recall who the other man was.

7. While the men were at my apartment, Juan retrieved something from the bedroom.

8. It was wrapped up in plastic, so I could not actually see whether it was in fact a gun. But I believed that it might be a gun.

9. The three men then left my apartment.

10. When Juan later returned, he did not say anything to me about the gun or any shooting whatsoever.

GONZALEZ 006020

11. Very shortly after Alfredo, Juan and the other man were at my apartment as described above, Chicago Police arrested Jose Juan Maysonet. The arrest was approximately three days later.

12. At some point after this, Chicago Police brought me into the station to question me.

13. I did not want to talk to the police, but they told me if I did not tell them what they wanted to hear, I would be in trouble.

14. The police pressured and intimidated me.

15. The police asked me if Juan had a gun and if I had seen him with it.

16. I told the police about the time Juan, Alfredo, and the other man had something wrapped in plastic and that I thought it might be a gun.

17. I told police that this occurred just a few days before Juan was arrested, when I had seen him, Alfredo, and the other man with what I thought might be a gun.

18. The police put a handwritten document in front of me and told me to sign it.

19. I did not want to sign the paper, but the police told me that if I did not sign it that they were going to take my children away from me.

20. My main concern at the time was my children. I had no other choice but to sign the paper the police wanted me to sign.

21. I do not recall reading the statement before I signed it. However, after reviewing it today, I realize that there are parts of the statement that are incorrect.

22. Specifically, it is incorrect that Alfredo and the other man came to my apartment and left with Juan (with what I believed to be a gun) on May 24, 1990, because I know this actually occurred just a few days before Juan was arrested in July.

23. It is also incorrect that Juan told me anything about the shooting. He did not.

24. It is also incorrect that there were four men (including Juan) at my apartment on the occasion I have described above. There were just three men.

25. The declaration is true and accurate to the best of my knowledge and recollection.

26. I am giving this declaration of my own free will. No promises were made to me in exchange for this affidavit.

GONZALEZ 006021

27. This statement is totally voluntary. The person who spoke to me told me that they represent Alfredo Gonzalez. I was not pressured in any way. I have reviewed the statement carefully and have been given the chance to correct any errors.

28. I understand that the statements in this declaration are given under penalty of perjury. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7/20/23___

_Rosa Bello_
Rosa Bello

7/20/23

GONZALEZ 006022

7/20/23

I, Rosa Bello

- In addition to my old statement the only people in the room with me was two State attorney.

- Rosa states that she did not know what type of gun it was. She did not know it was a 9MM.

- Rosa States she never put the gun in a plastic bag because it was in the bag already.

Rosa States there was only three men, NOT four men.

Rosa States she was never told that anyone was shot. She learned that on the news.

_Rosa Bello_
Rosa Bello

7-20/23
Date

GONZALEZ 006023