# EXHIBIT 111

## AFFIDAVIT OF FRANCISCO VICENTE

I, Francisco Vicente, do solemnly swear under oath to the following:

1. I am present in the office of my lawyer, G. Douglas Grimes, in Waukegan. In addition to Mr. Grimes, Attorneys Josh Tepfer, Russell Ainsworth, and Jennifer Bonjean are present. I understand that Ms. Bonjean represents Armando Serrano, Mr. Tepfer represents Geraldo Iglesias, and Mr. Ainsworth represents Jose Montanez, Robert Bouto, and Geraldo Igelsias.

2. Any statements I gave implicating Armando Serrano, Jose Montanez, George Pacheco, Robert Bouto, and Geraldo Iglesias in murders were false. The statements were concocted by Detectives Guevara and Halvorsen, and State's Attorneys Coghlan and Dillon.

3. Geraldo Iglesias never made any admissions to me in Cook County jail in 1993. I was briefly placed in a county jail with Mr. Iglesias, who I knew but not well. We spoke for several minutes but did not speak about his case or the murder of Monica Roman. After we spoke for several minutes, I was taken out of the jail. My subsequent testimony in court against Mr. Iglesias was not true. I falsely testified because Detectives Guevara and Halvorsen physically harmed me, and threatened to continue to beat me if I did not cooperate with them.

4. This is just a brief summary. If called to testify in court, I will testify in more detail, including about the lengths that Detectives Guevara and Halvorsen, and State's Attorneys Coghlan and Dillon took to ensure that I participated in their plan to frame Serrano, Montanez, Pacheco, Bouto, and Iglesias.

FRANCISCO VICENTE

Subscribed and Sworn to
before me this 18th day
of October, 2018

NOTARY PUBLIC

OFFICIAL SEAL
G DOUGLAS GRIMES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/30/19

EP IGLESIAS Sub Resp 001188

# EXHIBIT 112

## AFFIDAVIT OF FRANCISCO VICENTE

Affiant Francisco Vicente, on oath states as follows:

1. I am presently a prisoner at the Danville Correctional Center. I am serving time for armed robberies I committed in 1997.

2. On October 18, 1994, I testified for the prosecution at the joint murder trial of Armando Serrano, Jorge Pacheco, and Jose Montanez.

3. During that trial, I testified about a February 5, 1993 meeting and conversation I had with those three defendants. I stated that these men discussed with me the murder of Rodrigo Vargas, which they had committed earlier that morning. I gave detail to the court about the statements made to me by these men at the time of that meeting.

4. That testimony was false in all respects. While it is true that I was acquainted with each of the defendants, I did not see any of them on February 5, 1993, and at no point then or thereafter did either Serrano, Pacheco, or Montanez speak to me about this murder or any knowledge they may have had concerning the death of Rodrigo Vargas.

5. My false testimony was given as a result of threats, intimidation and physical abuse by Det. Reynaldo Guevara. This began during the time period that I was incarcerated in Cook County Jail following my arrest for armed robbery.

6. I was first approached by Guevara in June 1993. At that time I was brought in handcuffs to a room that I believe was in the

*F.V. 5/24/04*

EP IGLESIAS Sub Resp 012640

office of the State's Attorney. Shortly after arriving, Guevara showed me photos of the body of Rodrigo Vargas.

7. Guevara explained to me that Mr. Vargas had been murdered as part of a stick-up. He supplied other details of how he believed the crime occurred. He told me that the killers were Armando Serrano, Jorge Pacheco, and Jose Montanez. I identified them by their nicknames Mondo, Pistol Pete + Jordan. J.V.

8. Guevara told me, "We want you to say that you were there, you were driving the car, you saw it." These may not have been the precise words of Guevara, but I am certain that this is, in substance, what Guevara said to me. Guevara assured me that I would not have to worry, that the police would see to it that I could claim I had no knowledge or intent concerning the murder.

9. I refused to do this. Guevara and I argued for a long time about this, until Guevara suggested a compromise: That after the murder, these three men gave me the murder weapon and told me about the crime. I refused to do this as well. I would not say anything where I was admitting any involvement during or after the crime.

10. Guevara then gave me a third choice: I was to say that I was standing at Harding and Altgeld where I started talking to the three men. Halvorsen knew that I lived right there. I was told to say that the three men told me that they were driving down the street and saw Vargas at a gas station, and also saw cash in his hand. Guevara then told me to say these men told me that they followed behind as the victim and his wife drove away, and they stopped where Mr. Vargas lived and waited by his house until 5:00 a.m.

J.V. 5/26/04

EP IGLESIAS Sub Resp 012641

11. Guevara instructed me to say that after the crime when I saw the men on the street, I got into their car where I would say I saw a gun, and I would also say that I heard the men arguing about how "Mondo fucked up," and that if it hadn't been for that, they would not have had to murder Vargas.

12. After this, Halvorsen assured me that I would not be charged with anything, and that this would all work out for me.

13. I eventually agreed to go along with this story, which had been made up by Guevara, with Halvorsen's assistance.

14. In exchange for my fabricated testimony, I was told by Guevara that my armed robbery cases would work out fine for me. In addition, thereafter Guevara would give me money when I asked for it. Guevara also arranged for me to have private visits with my ex-wife while I was incarcerated.

15. I was put in protective custody as a result of my cooperation, and I received money through a relocation program.

16. While I was being told what to say, both Guevara and Halvorsen were hitting and poking me in the head.

17. I was very afraid of Guevara while he was feeding me the false information. He had previously beaten me and physically abused me while making me give false information about other suspects. He would typically hit me in the back of my head with his hand, and sometimes with a phonebook.

18. I understand that the students with whom I have discussed this case are not working on my behalf. Neither these students nor their instructor, nor any lawyers or investigators connected to the defendants have tried to influence me or suggest to me

5/26/04

EP IGLESIAS Sub Resp 012642

that I would have anything to gain as result of the statement I

am signing now.

_Francisco Vicente_

Francisco Vicente, affiant

SUBSCRIBED to and SWORN to before me this 26th day of May, 2004.

_Kellie L. Petersen_

Notary Public

```
OFFICIAL SEAL
KELLIE L. PETERSEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JULY 1, 2007
```

EP IGLESIAS Sub Resp 012643