# EXHIBIT 113

## INVESTIGATIVE FILE INVENTORY
### CHICAGO POLICE DEPARTMENT

RD NO. X-250-303

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | GPR Notes | Santopadre/Schalk/Rogues | 7 JUN 93 |
| 2. | Agg. Batt. Case Report | " | " |
| 3. | Crime Lab Report | " | " |
| 4. | Prog. Supp. | " | " |
| 5. | Reclassification Supp | McDonald/Rutherford | 8 Jun 93 |
| 6. | INV # 1135801 | Santo/Mohan | 8 Jun 93 |
| 7. | Cause of Death Sup | Greel | 12 Jun 93 |
| 8. | Firearms Report | " | " |
| 9. | CB9295437 | E Ash | 24 Jun 93 |
| 10. | IR 764637 | | |
| 11. | Line Up Supp | | |
| 12. | Line Up Supp | | |
| 13. | Inv. # 1178456 | | |
| 14. | Evidence Reports | | |
| 15. | CBH9422967 | | |
| 16. | CIC Supp. | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |

COPY SENT TO
... UNIT (164)
... PROCESSING
DATE 24 Jun. 93
BY: Ash

**AREA 5 VIOLENT CRIMES**

RD NO X-250-303

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division in the following three instances: (1) all homicide investigations; (2) cases in which a Detective is assigned, an offender is arrested and felony charges have been approved; (3) cases in which a Detective is assigned and a felony warrant has been issued.

PD 23 121 (REV 9/89)

RFC-Iglesias 000001

INV # N178456

.00

(3-81) Form. Crim. Div. No. 66

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS
v.

No. ..93 CR 15199

GERARDO IGLESIAS

650

SUBPOENA - SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON .Officer.R..Guevara.................Star# 20861
Unit 650 area 5

c/o .Superintendent.'s .Office. Chicago. Police. Department. 1121. S. State........

to appear to testify before the Honorable Judge. Mary. Maxwell. Thomas.................

on .....December. 12. Monday...........19.94. in Room ..604...... Circuit Court, 26th Street and

California Avenue, Chicago, Illinois, at .9:30. .a..m.

YOU ARE COMMANDED ALSO to bring the following:

**APPEAR IN PERSON TO TESTIFY** *PLEASE CALL THE ASA STUDENROTH
AT 890-3416, States Attorneys Office and/or CALL THE ATTORNEY
JOHN R. DE LEON at 347-0024 TO ARRANGE FOR CORRECT TIME OF YOUR
APPEARANCE.

in your possession or control.

YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISH-
MENT FOR CONTEMPT OF THIS COURT.
YOU MUST CONTACT THE APPROPRIATE ASSISTANT
STATES ATTORNEY PRIOR TO YOUR APPEARANCE
TO DETERMINE IF YOUR APPEARANCE IS STILL
REQUIRED.

WITNESS................................19....

Aurelia Pucinski

Clerk of Court

Atty No. 21925
Name      John R. De Leon
Attorney for  Defendant
Address   53 W. Jackson Blvd. #1430
City      Chicago, IL 60604
Telephone (312) 347-0024

DIRECT INQUIRIES TO:   AURELIA PUCINSKI
                       Clerk of the Circuit Court
                       Criminal Division
                       2650 South California, Chicago, Illinois 60608

NON-APPLICABLE - Strike out Title which does not apply - Subpoena or Subpoena Duces Tecum.

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT

(OVER)

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

RFC-Iglesias 000002

300 .                                                        (3-81) Form Crim Div. No. 66

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS                )
                 VS.                                    )
                                  )   NO. 92CR-21339
                                  )   RD# K-322044
RUDY MARTINEZ                                       )

### SUBPOENA-SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State-
GREETING:

WE COMMAND THAT YOU SUMMON:

DET. R. GUEVARA #16345
Chicago Police Department, Unit A5VC
Room 400
1121 S. State Street
Chicago, Illinois 60605

to appear to testify before the Honorable Judge BRADY on DECEMBER 12, 1994 in
Room 207, Circuit Court, 26th Street and California Avenue, Chicago, Illinois
at 9:00 A.M.

YOUR FAILURE TO APPEAR IN COURT IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU
TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

YOU MUST CONTACT THE APPROPRIATE ASSISTANT
STATES ATTORNEY PRIOR TO YOUR APPEARANCE
TO DETERMINE IF YOUR APPEARANCE IS STILL
REQUIRED.

WITNESS: December 7, 1994

*Aurelia Pucinski*
               Clerk of the Court

| | |
|---|---|
| Atty No. | |
| Name | Assistant State's Attorney |
| | THOMAS BILYK |
| Attorney for | The People of the State of Illinois |
| Address | 2650 South California Avenue Room 12B28 |
| City | Chicago, Illinois 60608 |
| Telephone | (312) 890-7117 |

PLEASE COME TO ROOM 12B28 BEFORE GOING TO COURT.

PLEASE CALL UPON RECEIPT OF THIS SUBPOENA.

SERVICE:
I served this Subpoena by handing a copy to . . . . . . . . . . . . . . . . . . . . .
on . . . . . . . . . . ., 19. . . .
Signed and sworn to before me
. . . . . . . . . . . . . 1994.        . . . . . . . . . . . . . . . . . . . . . . . . . .
                                       NOTARY PUBLIC

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT
AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

RFC-Iglesias 000003

300 _____ (3-81) Form Crim Div. No. 66

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
vs. )
) NO. 93CR-15199
*9122-967* ) RD# X-250303
GERALDO IGLESIAS )

### SUBPOENA-SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State-
GREETING:

*3183*

WE COMMAND THAT YOU SUMMON:

DETECTIVE E. HALVORSEN #20692
Chicago Police Department, Unit AREA 5/VIOLENT CRIMES
Room 400
1121 S. State Street
Chicago, Illinois 60605

to appear to testify before the Honorable Judge THOMAS on OCTOBER 5, 1994 in
Room 604, Circuit Court, 26th Street and California Avenue, Chicago, Illinois
at 9:00 A.M.

YOUR FAILURE TO APPEAR IN COURT IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU
TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

*Needed to appear*

WITNESS: SEPTEMBER 7, 1994

_____
Clerk of the Court

| | |
|---|---|
| Atty No. | |
| Name | Assistant State's Attorney |
| Attorney for | DAVID STUDENROTH |
| Address | The People of the State of Illinois |
| City | 2650 South California Avenue Room 12C26 |
| Telephone | Chicago, Illinois 60608 |
| | (312)890-3417 |

PLEASE COME TO ROOM 12C26 BEFORE GOING TO COURT.

PLEASE CALL UPON RECEIPT OF THIS SUBPOENA.

SERVICE:
I served this Subpoena by handing a copy to . . . . . . . . . . . . . . . . . . .
on . . . . . . . . . . ., 19. . .
Signed and sworn to before me
. . . . . . . . . . . . . 1994. . . . . . . . . . . . . . . . . . . . . . . . .
NOTARY PUBLIC

NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT
AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

YOU MUST CONTACT THE APPROPRIATE ASSISTANT
STATES ATTORNEY PRIOR TO YOUR APPEARANCE
TO DETERMINE IF YOUR APPEARANCE IS STILL
REQUIRED.

RFC-Iglesias 000004

JENNINS INT

VALARIE HOLDER

708-5583000

TOMMY PRITZERRD

6 TY - 0970

$5.00

DOLLAR

FLIP PHONE

RFC-Iglesias 000005

```
HD40                         NAME INQUIRY                        12 DEC 94
                                                                 1033  INQ

ENTER: CUSTODY?  y  DRIVING? Y    BEAT/STAR 5524
       NAME: LAST CANCELL         FIRST JOSE        MI _      SUFFIX ___
       SEX M RACE W      DOB __ ___ __   AGE __     HT _ __   WT ___
       STREET _____   SSN _____  DRIVERS LIC _____
-------------------------------------------------------------------------------
_ CRIMINAL WARRANT NAME: CANCELL        FRANCISCO              ** ALIAS **
  OFF BFFAMLY OFFN ADDR: 03220 S NORMAL              CHICAGO            IL
  DLN              SEX  M RACE U  DOB 21 AUG 67 HT 5 07 WT 140 HAIR XXX EYE XXX
  IRN 0685569      SSN           REF CY030992 FBI           CHG 7201501
  MISC
_ CRIMINAL WARRANT NAME: CANCEL        JOSE                    ** ALIAS **
  OFF ARMROBBERY   ADDR: 02165 W PALMER               CHICAGO            IL
  DLN              SEX  M RACE W  DOB 15 JAN 56 HT 6 00 WT 160 HAIR XXX EYE XXX
  IRN 0682834      SSN           REF CK001325 FBI           CHG
  MISC
_ CRIMINAL WARRANT NAME: CANCEL        JOSE
  OFF ARMED ROBBER ADDR: 02165 W PALMER               CHICAGO            IL
  DLN              SEX  M RACE W  DOB 15 JAN 66 HT 6 00 WT 160 HAIR XXX EYE XXX
  IRN 0682834      SSN           REF CK001326 FBI           CHG
  MISC
F1=HELP F2=NEXT F3=PREV F7=LEADS F8=EXACT MATCH F9=VIEW F11=ALIAS F12=EXIT
HDC025  RECORD MUST BE RETRIEVED BEFORE BROWSING                         LDS
```

RFC-Iglesias 000006



RFC-Iglesias 000007

300     (3- } Form Crim Div. No. 66

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS    )
vs.    )
   ) NO. 93CR-15199
   )
GERALDO IGLESIAS    )

8/6/93

### SUBPOENA-SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State-
GREETING:

**WE COMMAND THAT YOU SUMMON:**

Chicago Police Department
Records Division, Unit 162
1121 South State Street
Chicago, Illinois 60605

to appear to testify before the Honorable Judge THOMAS on AUGUST 13, 1993 in Room 207, Circuit Court, 26th Street and California Avenue, Chicago, Illinois at 9:00 A.M.

YOU ARE COMMANDED ALSO to bring the following: ANY AND ALL POLICE REPORTS, ARREST REPORTS, RAP SHEETS, "STREET FILES", ALSO KNOWN AS OFFICE UNIT OR WORKING FILES, GENERAL PROGRESS NOTES, INVESTIGATIVE FILES, MAJOR CRIME WORKSHEET, INVENTORY SLIPS, EVIDENCE TECHNICIAN REPORTS, AND LAB REPORTS, PREPARED IN CONNECTION WITH ABOVE CASE. RD.# X-250303, CB# 9422967, and IR# 964637 in your possession or control. XEROX COPIES ALONG WITH A COPY OF THIS SUBPOENA MAILED TO THE COURT PRIOR TO THE COURT DATE, WILL SUFFICE IN LIEU OF PERSONAL APPEARANCE.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

WITNESS: AUGUST 2, 1993

_Aurelia Pucinski_
Clerk of the Court

| | |
|---|---|
| Atty No. | |
| Name | Assistant State's Attorney |
| | HARRY DEVEREUX |
| Attorney for | The People of the State of Illinois |
| Address | 2650 South California Avenue Room 12C26 |
| City | Chicago, Illinois 60608 |
| Telephone | (312)890-3417 |

SERVICE:
I served this Subpoena by handing a copy to . . . . . . . . . . . . . . . . . . . . . . . .
on . . . . . . . . . . ., 19. . .
Signed and sworn to before me
. . . . . . . . . . . . . 1993.     . . . . . . . . . . . . . . . . . . . . . . . .
NOTARY PUBLIC

**NOT VALID FOR SERVICE ON NEWS MEDIA WITHOUT ORDER OF COURT**

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**

RFC-Iglesias 000008

```
                    FELONY MINUTE SHEET - FORM 101
        ****************************************************************
        ASSISTANT STATES ATTORNEY:     (For State's Attorneys Use Only)
        Enter each continuance here.  In cases of multiple defendants
        indicate which defendants, if any, did not join in the continuance.
        Also indicate dates of all demands for trial, and by whom demands
        were made.


        ****************************************************************

        COURT BRANCH:66                          R.D.#X-250303


        I.R. NUMBER    DEFENDANTS      AGE    DATE OF ARREST    CHARGE

        764637         IGLESIAS, Geraldo  24    23 Jun 93      1st Degree
                                                               Murder


        DATE OF OFFENSE: Jun 07, 1993 TIME: 3:56pm PLACE:2148 N. Sawyer
                                            Chicago/Cook County, Illinois
```

The facts briefly stated are as follows:  On the date and time above, the offender, Geraldo IGLESIAS, fired approximately five shots from a .22 caliber handgun at a moving vehicle in which Monica ROMAN was a passenger.  One of the shots fired by IGLESIAS struck ROMAN in the head.  She was transported to Illinois Masonic Hospital by CFD Paramedics and subsequently died as a result of her injury.  ROMAN was pronounced dead by Dr. Jerius on 08 Jun 93 at 1000 hours.  An autopsy was performed by Dr. Choi of the Cook County Medical Examiners Office on 09 Jun 93 during which he determined the cause of death was a gunshot wound to the head / homicide. (M.E. Case #164 Jun 1993.  IGLESIAS is an admitted member of the Imperial Gangsters street gang with the nickname of "Snake."

```
        WITNESSES:  Spell out first & last name; First name first.  Also
        furnish address and phone number of each witness.
        PROSECUTING WITNESS:
        ROMAN, Monica   (deceased)   1230 W. Winona         784-4879
        OCHOA, Rosendo (witness)     2135 N. Sawyer          772-0991
        MOORE, Arnell (witness)      1735 N. McVicker        622-1746
        RODRIQUEZ, Hugo (witness)    5916 N. Paulina         none
        Det. E. Halvorsen #20692     Area Five Violent Crimes 746-8282
        Det. R. Guevara #20816               "                    "
        Det. A. Riccio  #20870               "                    "
        Det. S. Gawrys  #20689               "                    "

        A.S.A._____LATZ_____APPROVED FELONY CHARGE(S)

        BOND, $_____  _____ASST. STATE'S ATTY._____DATE
```

RFC-Iglesias 000009

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was scribed for Operation identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, lexion, scars, marks, etc. If suspect is arrested, give name, sex, race age, C.S. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

DATE OF ORIG. OCCURRENCE-TIME: 7 June 1993 | 1556

| 1 OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1-UCR OFF CODE | 2 ADDRESS OF ORIG INCIDENT OFFENSE ☒ VERIFIED ☐ CORRECTED | 3 BEAT OF OCCUR |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 2148 N. Sawyer | 1414 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6 FIRE RELATED ☐1 YES ☒ NO | 7 BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9 NO OF VICTIMS | 10 NO OF OFFENDERS |
|---|---|---|---|
| (Vehicle/Non Commerical) | (259) | 1 | 1 |

**OFFENDERS UPDATE ONLY**

| 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING ETC) | 29 HOME ADDRESS | 30 SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|
| 1. IGLESIAS, Geraldo | 3715 W. Belden | M/4/24 | 5-10 | 150 | Brn | Blk | Med. |

| 31 CB NO | R NO Y D NO OR J.D.A NO | OFFENDER REL CODE | | 32 NO ARRESTED | ARREST UNIT NO |
|---|---|---|---|---|---|
| OFF 9422-967 | 764637 | 24 | | 1 | 652 |

34 SERIAL NOS OR IDENTIFICATION NOS ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED

50 OFFENSE/CLASS THIS DATE (IF SAME ENTER DNA): DNA — 51 METHOD CODE ☒1 FIELD ☐3 SUMMARY — UNIT NO 652 — 53 STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D: ☒3 CLRD CLOSED — 54 IF CASE CLEARED, HOW CLEARED ☒1 ARREST & PROSEC — ☒ ADULT

**80. NARRATIVE**

IN CUSTODY:

IGLESIAS, Geraldo M/WH/Age 24, DOB 24 July 68,

3715 W. Belden, Single, Unemployed, Admitted member

of the Imperial Gangsters Street Gang, Nickname of

"SNAKE", IR# 764637

Continued On Page (2)

| 91 DATE THIS REPORT SUBMITTED | TIME |
|---|---|
| 24 June 93 | 2100 |

92 SUPERVISOR APPROVING (PRINT NAME) STAR NO.

93 REPORTING OFFICER (PRINT NAME): Det. E. HALVORSEN #20692 — Det. A. RICCIO #20870
94 REPORTING OFFICER (PRINT NAME): Det. R. GUEVARA #20861 — Det. S. GAWRYS #20689

CPD-11.411-B (Rev. 8/85)

RFC-Iglesias 000010

DETECTIVE DIVISION         2               24 JUNE 1993
AREA FIVE VIOLENT CRIMES                   RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

| | |
|---|---|
| ARRESTING DETECTIVES: | Det. E. HALVORSEN #20692, Area Five VC<br>Det. R. GUEVARA  #20861,      "<br>Det. A. RICCIO    #20870,      "<br>Det. S. GAWRYS    #20689,      " |
| DATE, TIME, LOCATION OF ARREST: | Wed. 23 Jun. 93, 1800 hrs. 2135 N. Spualding, on the street |
| CHARGES, COURT BRANCH AND DATE: | First Degree Murder, Chp. 720/5-9-1a2, Branch 66, 25 Jun. 93, Charge approved by A.S.A. M. LATZ, Felony Review |
| EVIDENCE: | <u>Inv.# 1178456, Area Five VC</u><br>(8) Polaroid Color Photos<br><br>Line-Ups Photos |
| NOTIFICATIONS: | A.S.A. Mike LATZ, Felony Review |
| INVESTIGATION: | On 21 June 93, the R/Dets. were contacted by a confidential informant, who is a |

member of the Imperial Gangsters Street Gang. This informant stated that many members of the gang were talking about "SNAKE" killing a girl in a car on Sawyer and Palmer. The informant could not elaborate any further.

The R/Dets. had previous contact with a member of the Imperial Gangster Street Gang, with the nickname of "SNAKE". The R/Dets. knew that "SNAKE" was in fact Geraldo IGLESIAS, IR# 764637. The R/Dets. had a polaroid photo of IGLESIAS.

On 22 June 93, Dets. E. HALVORSEN and R. GUEVARA, interviewed eye-witness, Rosendo OCHOA. Rosendo OCHOA stated that he got a good look at the shooters face, and would be able to identify him if he saw him again. Rosendo OCHOA was shown a photo spread consisting of (8) Polaroid Color Photos. After viewing this photo array, Rosendo OCHOA identified the picture of Geraldo IGLESIAS, as being the person he saw shoot and kill Monica ROMAN.

On 23 June 93, the R/Dets. observed Geraldo IGLESIAS on the street at 2135 N. Spualding. He was placed in custody and transported to Area Five Violent Crimes. He was informed of the allegation against him, and that he would be required to stand in a line-up.

RFC-Iglesias 000011

DETECTIVE DIVISION         3                 24 JUNE 1993
AREA FIVE VIOLENT CRIMES                    RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

On 23 June 93, at 2000 hrs. a line-up was conducted at Area Five VC, (See Line-Up Supp.). After viewing this line-up Rosendo OCHOA identified Geraldo IGLESIAS as the person he saw shoot and kill, Monica ROMAN.

On 23 June 93, at 2020 hrs. an interview was conducted with Geraldo IGLESIAS in the Line-Up Room, at Area Five VC. Present for this interview were Det. E. HALVORSEN #20692, and Det. R. GUEVARA #20861.

IGLESIAS, Geraldo         in summary he acknowledged understanding his Miranda Rights as they were read to him by Det. E. HALVORSEN, from a pre-printed card. He agreed to talk with detectives. He admitted that he was a member of the Imperial Gangsters Street Gang. He admitted that he hangs out in the area of the Boys Club, at the corner of Sawyer and Palmer. He stated that he gets home from school at 1400 hrs. After he gets home, his daily activity consist of hanging out on the street with his friends who are members of the Imperial Gangsters. He stated that he has been in Chicago during the entire month of June 93. He does not recall what he did on 7 June 93, and has no alibi for his whereabouts on that date at 1556 hrs.

The R/Dets. contacted Felony Review and A.S.A. Mike LATZ arrived at Area Five VC. A.S.A. LATZ reviewed the investigative file, and interviewed Rosendo OCHOA. A second eye-witness, Arnell MOORE was brought into Area Five VC. Arnell MOORE was interviewed by A.S.A. LATZ, and provided the same information that he previously had told detectives. Arnell MOORE stated that he did not get that good a look at the face of the shooter, and would not be able to make an identification.

The R/Dets. located three of the persons who were in the car with the victim when she was shot. Those persons are, Hugo RODRIGUEZ, Jose CORONELL, and Daniel SANCHEZ. The driver of the car, Jesus GONZALEZ was in Mexico but was expected to return to Chicago. RODRIGUEZ, CORONELL, and SANCHEZ all came into Area Five. RODRIGUEZ, CORONELL and SANCHEZ spoke very limited English and were interviewed by A.S.A. LATZ, with Det. R. GUEVARA, as interpreter. During this interview Hugo RODRIGUEZ stated that he would be able to identify the person who shot Monica ROMAN.

RFC-Iglesias 000012

DETECTIVE DIVISION                    4                      24 JUNE 1993
AREA FIVE VIOLENT CRIMES                                     RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

On 24 June 93, at 0030 hrs. Det. R. GUEVARA and A.S.A. M. LATZ showed Hugo RODRIGUEZ, the same photo array previously viewed by Rosendo OCHOA. After viewing this photo array, Hugo RODRIGUEZ identified the photo of Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. This photo array was inventoried for evidence.

A.S.A. LATZ requested that two other persons listed in the police reports as potential witness, Efrian TORRES, and David CHMIELESKI be allowed to view Geraldo IGLESIAS in a line-up.

On 24 Jun. 93, at 0125 hrs. a second line-up was conducted at Area Five VC, (See Line-Up Supp.) After viewing this line-up Hugo RODRIGUEZ identified Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. Efrain TORRES did not witness this incident occur, and made no identifications. David CHMIELESKI informed A.S.A. LATZ that he never saw the face of the offender, and did not identify anyone at the line-up.

On 24 Jun. 92 at 0140 hrs. a second interviewed was conducted with Geraldo IGLESIAS, in the line-up room at Area Five VC. Present for this interview were Det. E. HALVORSEN, Det. R. GUEVARA, and A.S.A. M. LATZ. Geraldo IGLESIAS repeated his previous statement.

A.S.A. LATZ, after having reviewed all of the facts and circumstances of this investigation, approved charging Geraldo IGLESIAS, with First Degree Murder. With the arrest and charging of the sole offender in this incident, it is requested that this case be filed, CLEARED BY ARREST/CLOSED.


Det. E. HALVORSEN #20692
Det. R. GUEVARA   #20861

RFC-Iglesias 000013

## CHICAGO POLICE ARREST REPORT
CPD-11.420 (REV 6/92)

| Field | Value |
|---|---|
| 1 NAME (LAST - FIRST - MIDDLE) | IGLESIAS, Geraldo |
| 2 SEX | M |
| 3 RACE | WH |
| 4 AGE | 24 |
| 5 DATE OF BIRTH | 24 July 68 |

| Field | Value |
|---|---|
| 6 C.B. NO. | 9429967 |
| 7 ALIAS OR NICKNAME | "SNAKE" Imperial Gangster |
| 8 DIST./RES | 025 |
| 9 HEIGHT | 5-10 |
| 10 WEIGHT | 150 |
| 11 HAIR | Blk |
| 12 HAIR STYLE | Short |
| 13 EYES | Brn |
| 14 COMPLEXION | Med |

| Field | Value |
|---|---|
| 15 I.R. NO. | 764637 |
| 16 RESIDENCE ADDRESS | 3715 W. Belden |
| APT. NO./FLOOR | |
| 17 DISTING MARKS, SCARS, DISABILITIES, ETC. | Tatoo Rt/Arm I G |
| 18 SOCIAL SECURITY NO | Unknown |

| Field | Value |
|---|---|
| 19 Y.D. NO | |
| 16A CITY - STATE | Chicago |
| ZIP CODE | 60647 |
| HOME TELEPHONE | None |
| 20 STATE/PLACE OF BIRTH | Illinois |
| 21 DRIVERS LICENSE NO | None |
| STATE | |

| Field | Value |
|---|---|
| 22 RD NO. | X-250303 |
| 23 OCCUPATION | Unemployed |
| 24 BUSINESS NAME - ADDRESS | DNA |
| CITY - STATE ZIP CODE BUSINESS TELEPHONE | |

| Field | Value |
|---|---|
| 25 ADDRESS OF ARREST | 2135 N. Spualding |
| 26 NO ARRESTED | 1 |
| 27 LOCATION CODE FOR NATURE OF PREMISES | 304 |
| 28 BEAT OF ARREST | 1414 |
| 29 DATE OF ARREST | 23 June 93 |
| TIME | 1800 |
| 30 ARRESTEE TRANSPORTED TO UNIT | 652 |
| BY BEAT | 5535 |
| TIME | 1810 |

| Field | Value |
|---|---|
| 31 RESISTED ARREST | YES ☐ NO ☒ |
| 32 WEAPON | PISTOL-REVOLVER ☒ · RIFLE SHOT-GUN ☐ · KNIFE ☐ · OTHER (SPECIFY) ☐ |
| 33 PROPERTY INVENTORY NO(S) | DNA |
| 34 FOR NARCOTIC ARREST | ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE |
| APPRX WT NO PILLS | |
| EST STREET VALUE CALL ORG CRIME PAX 0-662 | $ |

| Field | Value |
|---|---|
| 35 VEHICLE - YEAR | DNA |
| MAKE | |
| MODEL | |
| BODY STYLE | |
| COLOR | |
| STATE LICENSE NO OR V.I.N | |
| DISPOSITION OF VEHICLE | |
| ARRESTEE : | |

| Field | Value |
|---|---|
| 36 PERSON IN INVESTIGATIVE UNIT NOTIFIED | DNA |
| UNIT NOTIFIED TIME | |
| 37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME | ☐ YES ☒ NO |
| IF YES - NAME OF Y D MEMBER NOTIFIED- TIME | |
| 38 NAME OF A.S.A/FEL REV | Mike LATZ |
| CHARGES APPROVED | ☐ YES ☐ NO |
| TIME | |

| Field | Value |
|---|---|
| 39 VICTIM-COMPLAINANT NAME | Det. E. HALVORSEN |
| SEX | M |
| RACE | W |
| AGE | 42 |
| HOME ADDRESS | 5555 W. Grand |
| CITY - STATE | Chgo |
| ZIP CODE | 60630 |
| TELEPHONE NO | 312 746-8282 |

| Field | Value |
|---|---|
| VICTIM INJURED | ☒ YES ☐ NO |
| IF YES - DESCRIBE INJURIES | Gunshot to head/Homicide |
| VICTIM HOSPITALIZED | ☐ YES ☐ NO ☐ TREATED & RELEASED |
| HOSPITAL NAME | |

| 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS | 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|
| 1 720/5-9-1a2 | First Degree | | 5 | | |
| 2 | Murder | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

**43 NARRATIVE** (The facts for probable cause to arrest AND to substantiate the charges include. but are not limited to, the following:)

The above named defendant, Gerardo IGELESIAS, was placed in custody for the murder of Monica ROMAN. Gerardo IGELESIAS was identified in a line-up, as the person who on 7 June 93, at 2148 N. Sawyer, shot Monica ROMAN in the head with a handgun, killing Monica ROMAN

ARRESTING DETECTIVES: T. RICCIO #20870
S. GAWRYS #20689

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge

| Field | Value |
|---|---|
| FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE | |
| STAR NO | 20692 |
| UNIT | 652 |
| DEPUTY CLERK'S SIGNATURE | |
| STAR/EMP. NO | 1073 |

| Field | Value |
|---|---|
| 44 FIRST ARRESTING/APPEARING OFFICER - PRINT NAME | Det. E. HALVORSEN |
| BEAT NO. | 5535 |
| FURLO | 9 |
| D.O. GRP | 7 |
| MISD/ORD CRT KEY | |
| 45 SECOND ARRESTING OFFICER - PRINT NAME STAR NO | Det. R. GUEVARA 20861 |
| UNIT | 652 |
| 46 VEHICLE ASSIGNED | ☐ ONE ☐ TWO ☒ OTHER ☐ PO ☐ PO |

| Field | Value |
|---|---|
| 47 INITIAL APPROVAL OF PROBABLE CAUSE - SIG - STAR | |
| 48 RESULTS OF FINGERPR. CHECK WAIVER RT (S) - STAR DATE TIME | |
| 49 APPROVAL OF CHARGES - SIG - STAR DATE TIME | |

WATCH COMMANDER'S NOTATIONS

| Field | Value |
|---|---|
| 50 ARRESTEE SEARCHED BY | |
| STAR/EMP. NO UNIT | |
| 51 DATE RECEIVED LOCKUP TIME | |
| 52 PERS PROPERTY RECEIPT NO | |
| 53 TELEPHONE NO CALLED TIME | |

| Field | Value |
|---|---|
| 54 BOOKING OFFICER | |
| STAR/EMP. NO UNIT | |
| 55 TIME FINGERPRINTED | |
| 56 TIME PHOTOGRAPHED | |
| 57 TIME FLD | |
| 58 PLACED IN CELL NO | |

### COURT INFORMATION

| Field | Value |
|---|---|
| 59 ARR OFF DESIRED COURT DATE | 25 June 93 |
| BRANCH-CALL | 66 |
| 60 COURT SGT TO HANDLE | ☐ YES ☒ NO |
| 61 INITIAL COURT DATE | |
| BRANCH-CALL | |
| 62 FINAL ORD. DATE | |
| BRANCH - CALL | |

| Field | Value |
|---|---|
| 63 BONDED - DATE | |
| TIME | |

RFC-Iglesias 000014

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| PRIMARY CLASSIFICATION OF OFFENSE/INCIDENT | UCR CODE | BEAT/OCCUR | BEAT/ASSIGN |
|---|---|---|---|
| HOMICIDE/FIRST DEGREE MURDER | 0110 | 1414 | 55565 |

| ADDRESS OF SERVICE | VICTIM'S NAME | INVESTIGATIVE UNIT NO |
|---|---|---|
| 5555 W Grand Ave. | ROMAN, Monica | 652 |

TYPE OF SERVICE ☐ PROCESS SCENE ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE ☐ OTHER (Specify)
☐ PHOTO ONLY ☐ NO SERVICE RENDERED (Explain in Narrative)

## PHOTOGRAPHY

| A E.I BOARD | D LEFT PROFILE | G RIGHT PROFILE |
|---|---|---|
| B E.I. BOARD | E LEFT PROFILE | H ROGHT PROFILE |
| C DIRECT | F LEFT MPROFILE | I RIGHT PROFILE |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | D.O.B. | C B NO. | I.R. NO. |
|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO OF LIFTS | DATE

NOT FOR PATROL DIV USE | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE

☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | DATE OF TRANSMITTAL

## PHYSICAL EVIDENCE

| PROP. INVENT. NO - UNIT | DESCRIPTION & LOCATION | ERPS - CRIME LAB* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NARRATIVE/ EXPLANATION OF REQUEST***
*NOTE: If Crime Lab is initial destination, identify service needed or information required.

1. VICENS, JOSE    @03Mar 74

2. SANTOS, Eduardo   07 Nov 67

3. MONTALVO, Charlie  12 Sept. 57

4. VEGA, Kenneth    06 May 76

5. IGLESIAS, Geraldo  24 Jul 68

6.

RD NO X-250303

| | DATE ARRIVED - | TIME | TIME COMPLETED |
|---|---|---|---|

REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT
Det Ernest HALVORSEN    20692

APPROVING SUPERVISOR (PRINT NAME) - STAR NO

TECHNICIAN'S SIGNATURE
Det. E. Halvorsen  20692 | DATE 24 Jun 93 | SUPERVISOR'S SIGNATURE

CPD-21 949 (REV 6/89)

RFC-Iglesias 000015

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| PRIMARY CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | BEAT/OCCUR | BEAT/ASSIGN |
|---|---|---|---|
| HOMICIDE/FIRST DEGREE MURDER | 0110 | 1414 | 5535 |

| ADDRESS OF SERVICE | VICTIM'S NAME | INVESTIGATIVE UNIT NO |
|---|---|---|
| 55555W Grand ave. | ROMAN, Monica | 652 |

**TYPE OF SERVICE** ☐ PROCESS SCENE ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE ☐ OTHER (Specify)
☐ PHOTO ONLY ☐ NO SERVICE RENDERED (Explain in Narrative)

**PHOTOGRAPHY**

| A | E.I. BORRD | D | LEFT PROFILE | G | RIGHT PROFILE |
|---|---|---|---|---|---|
| B | E.I. BOARD | E | LEFT PROFILE | H | RIGHT PROFILE |
| C | DIRECT | F | LEFT PROFILE | I | RIGHT PROFILE |

| FINGERPRINTS | ELIM PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | DOB | CB NO | IR NO |
|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N | MED NEG LIFT | LOCATION FOUND | F.N |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE ☐ADULT ☐JUVENILE | RACE | TOTAL NO OF LIFTS | DATE |
|---|---|---|---|

| NOT FOR PATROL DIV. USE | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|
| | ☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | DATE OF TRANSMITTAL |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO - UNIT | DESCRIPTION & LOCATION | ERPS - CRIME LAB* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**NARRATIVE/ EXPLANATION OF REQUEST***
*NOTE: If Crime Lab is initial destination, identify service needed or information required.

1. DEJESUS, Juan     CB# 9423-008

2. MUNOZ, Ernesto     CB# 9423-030

3. OUIROZ, Miguel 18yrs.

4. LOPEZ, Juan 18yrs.

5. PULOS, Ruben 23yrs.     CB# 9423-108

6. IGLESIAS, Geraldo 24yrs.     CB# 9423-957

RD NO X-250003

| | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | APPROVING SUPERVISOR (PRINT NAME) - STAR NO |
|---|---|
| Det. Ernest HALVORSEN 20692 652 | |

| TECHNICIAN'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE |
|---|---|---|
| E. Halvorsen 20892 | 24 Jun 9 | 1013 |

CPD-21 949 (REV 6/89)

RFC-Iglesias 000016

| CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 2/91) | 1178456 | | LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE | UNIT | INVEN-TORY NO. 1178456 |
|---|---|---|---|---|---|

| DATE RECOV-ERED | DAY 24 | MONTH JUNE | YEAR 93 | | CROSS REFERENCE I | RD NO X-400303 | |
|---|---|---|---|---|---|---|---|

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | | | U.S.C. ONLY | |
|---|---|---|---|---|---|---|
| 1 | 8 | POLAROID Cameras | | | $ | ¢ |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |

ATTACH THIS COPY TO COURT PAPERS

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| TOTAL CASH U.S.C. $ |
|---|

COURT DATE

COURT BRANCH

COURT CALL

**DIRECTIONS**

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY.

| CHECK ALL BOXES APPLICABLE | ☐ U.S. CURRENCY TO BE DEPOSITED | ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT - | ☐ C.P.D. CONTINGENCY FUND MONEY | ☐ GAMBLING RAID SEIZURE | ☐ MEDICAL EXAMINER'S PROPERTY |
|---|---|---|---|---|---|

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT

| ☐ MISDEMEANOR ☒ FELONY | STATE CHARGES Alvarez | ☐ JUVENILE | ☐ HOMICIDE ☐ MANSLAUGHTER | ☐ ARSON | ☐ NARCOTICS & RELATED |
|---|---|---|---|---|---|

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY.

RECOVERED/SEIZED FROM - NAME ☐ DECEASED ☐ ARRESTED                AT

OWNER'S NAME                ADDRESS                TELEPHONE NO.

FOUND BY - NAME ☐ CHECK IF C.P.D.                ADDRESS                TELEPHONE NO.

SEIZURE WITH SEARCH WARRANT

SEE COPY 4 FOR NOTICE TO FINDER

| CHECK ONE | ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - Halvorsen | STAR NO. - 20692 | UNIT 652 | 1st OFFICER'S NAME | STAR NO. 20692 |
|---|---|---|---|---|---|---|
| | ☐ PROPERTY OWNER NOTIFIED ON (TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF | DAY MONTH YEAR | HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL | SIGNATURE | | UNIT 652 |
| | ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | 2nd OFFICER'S NAME | STAR NO. |

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO SEARCH WARRANT.

| INITIAL DESTINATION OF PROPERTY ☒ E & RPS ☐ CRIME LABORATORY | ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.: | SIGNATURE | UNIT |
|---|---|---|---|

ATTACH COPY NO. 4 TO THIS COPY.

| VIA ☒ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL ☐ E & RPS PICKUP ☐ EVID./LAB TECHNICIAN | APPROVING DESK SERGEANT | STAR NO. | DATE | TIME |
|---|---|---|---|---|

**COPY 3-COURT ONLY - ATTACH TO COURT PAPERS**

RFC-Iglesias 000017

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## INVENTORY OF THINGS SEIZED IN SEARCH
### (WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## SEARCH WARRANT INVENTORY

On _____, 19_____, at _____ (A.M.) (P.M.)

I _____ executed a search
        *(Officer)*

warrant signed by _____
                        *(Judge)*

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
        *(premises)*

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
                                                        *(Judge)*

on _____, 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19 _____

_____
                                Judge

RFC-Iglesias 000018

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operati... ntification, indicate I.D. number at end of Narrative. Offender's app... rate description, if possible should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, ...lexion, scars, marks, etc. If suspect is arrested, give name, sex, race c... ...ge, C.B. or I.R. number, if known, and state "In Custody.

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE-TIME | | | |
|---|---|---|---|
| DAY | MO | YR | |
| 07 | Jun | 93 | 1556 |

**1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT**
HOMICIDE/Murder 1st Degree

**1 UCR OFF. CODE** 0110

**2. ADDRESS OF ORIG. INCIDENT/OFFENSE** ☒1 VERIFIED ☐2 CORRECTED
2148 N. Sawyer

**3. BEAT OF OCCUR** 1414

**5. VICTIM'S NAME AS SHOWN ON CASE REPORT**
ROMAN, Monica

CORRECT ☒ YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27

**6. FIRE RELATED** ☐1 YES ☒2 NO

**7. BEAT ASSIGNED** 5535

**8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED**
street

**LOCATION CODE** 304

**9. NO. OF VICTIMS** 1

**10. NO. OF OFFENDERS** 1

| CIRCUMSTANCES | 11 ☐VERIFIED ☐UPDATE TO | 12. OBJECT/WEAPON | 13 FIREARM FEATURES | 14. POINT/ENTRY | 15 POINT/EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|
| | | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

**19 DESCRIBE PROPERTY IN NARRATIVE T = TAKEN. R = RECOVERED**

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| PROPERTY | | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|---|
| ☐ VERIFIED | | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| ☐ UPDATE TO | | 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | (·) FIREARMS ☐T $ ☐R | 8 NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

| | 20. NAME (LAST-FIRST-M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR. STREET, APT. NO.) | 23. SEX-RACE-AGE CODE | 24. HOME PHONE | 25 BUSINESSPHONE | 26 IN. JUALD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30 SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | (R. NO., Y.D. NO. OR J.O.A. NO. | (OFFENDER REL. CODE | C.B. NO. | (R. NO., Y.D. NO. OR J.O.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF | | | OFF 2 | | | | | |

**33. OFF'S. VEHICLE** ☐USED ☐STOLEN — YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

**34. SERIAL NOS. OR IDENTIFICATION NOS.** ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| dna | | DNA ☒X FIELD ☐3 SUMMARY | | 652 | ☒X PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED**
☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. REFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV

**55.** ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

This is an Area Five Violent Crimes Unit Report.

Continued on page two.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 23 Jun 93 | 2100 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| DET. A. RICCIO 20870 | | DET. E. Halvorsen #20692 | | |

SIGNATURE

95. DATE APPROVED (DAY-MO.-YR.) | TIME

CPD-11.411-8 (Rev. 8/85)

*MUST BE COMPLETED IN ALL CASES

X 2 5 0 3 0 3

RFC-Iglesias 000019

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#          X-250 303

LOCATION, DATE AND TIME:             Area Five Viewing Room, 24 Jun
                                     93, at 0125 hours.

PERSONS CONDUCTING LINE-UP:          Det. A. Riccio    #20870   A5/VC
                                     Det. E. Halvorsen#20692    A5/VC
                                     Det. A. Guevera   #20861   A5/VC

PERSONS PARTICIPATING IN LINE-UP:    1. DeJesus, Juan  M/WH/18
                                        CB# 9423-098

                                     2. MUNOZ, Ernesto M/WH/22
                                        CB# 9423-030

                                     3. QUIROZ, Miquel M/WH/18
                                        4906 N. Wolcott

                                     4. LOPEZ, Juan  M/WH/18
                                        1041 N. Ridgeway

                                     5. PULOS, Ruben  M/WH/23
                                        CB# 9423-108

                                     6. IGLESIAS, Geraldo  M/WH/24
                                        CB# 9422-967

PERSONS VIEWING LINE-UP:             1. RODRIQUEZ, Hugo
                                     2. TORRES, Efrian
                                     3. CHMIELESKI, David

PERSONS IDENTIFIED IN LINE-UP:       #5 IGLESIAS, Geraldo was
positively identified by witness Hugo RODRIQUEZ as the person whom
he observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:                Det. E. Halvorsen #20692  A5/VC

INVESTIGATION:                       In furtherance of the invest-
                                     igation into the homicide of
Monica ROMAN, R/d's conducted the above line-up.  The suspect of
the line-up, Geraldo IGLESIAS, was permitted to pick his position
in the line-up.  All participants were required to stand, face the
viewing window, and make facing movements.  RODRIQUEZ positively
identified IGLESIAS as the subject he observed fire a gun at the
vehicle in which the victim was a passenger.  Witnesses TORRES and
CHMIELESKI viewed the line-up but were unable to make an
identification because they never saw the face of the offender.

RFC-Iglesias 000020

Detective Division
Area 5 Violent Crimes

22 February 1993
RD# X-079 312

Page 3


Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevera #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000021

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are interpretations or summarizations unless indicated otherwise.

4. DATE OR ORIG. OCCURRENCE-TIME
DAY / MO / YR
**07 Jun 93    1556**

| OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT OFFENSE | X VERIFIED | | BEAT OF OCCUR. |
|---|---|---|---|---|---|
| **HOMICIDE/Murder 1st Degree** | **0110** | **2148 N. Sawyer** | | | **1414** |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT
**ROMAN, Monica**

CORRECT  X YES  NO   IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27

8. RE-RELATED  YES  X NO   **5535**

TYPE OF LOCAT ON OR PREMISE WHERE INCIDENT OFFENSE OCCURRED
**street**

LOCATION CODE **304**    9. NO. OF VICTIMS **1**    10. NO. OF OFFENDERS **1**

Narrative:

**This is an Area Five Violent Crimes Unit Report.**

**Continued on page two.**

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) STAR NO. |
|---|---|---|---|
| **NORMAL** | **23 Jun 93** | **2100** | |

| 93. REPORTING OFFICER (PRINT NAME) STAR NO. | 94. REPORTING OFFICER (PRINT NAME) STAR NO. | SIGNATURE |
|---|---|---|
| **DET. A. RICCIO 20870** | **DET. E. Halvorsen #20692** | |

95. DATE APPROVED (DAY-MO.-YR.)    TIME

CPD-11.411 B (Rev. 8.85)    *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000022

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#         X-250 303

LOCATION, DATE AND TIME:         Area Five Viewing Room, 23 Jun 93, at 2000 hours.

PERSONS CONDUCTING LINE-UP:    Det. A. Riccio  #20870  A5/VC
Det. E. Halvorsen#20692  A5/VC
Det. A. Guevera  #20861  A5/VC

PERSONS PARTICIPATING IN LINE-UP:  1. VICENS, Jose     M/WH/19
1714 N. Monticello 23 Mar 74

2. SANTOS, Edgardo  M/WH/25
2916 W. Cortland  07 Nov 67

3. MONTALVO, Charlie  M/WH/17
5122 W. Dickens  12 Sep 57

4. VEGA, Kenneth  M/WH/17
4759 W. Drummond  06 May 76

5. IGLESIAS, Geraldo  M/WH/24
3715 W. Belden  24 Jul 68

PERSONS VIEWING LINE-UP:       1. OCHOA, Rosendo

PERSONS IDENTIFIED IN LINE-UP:     #5 IGLESIAS, Geraldo was positively identified by witness OCHOA as the person whom he observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:        Det. E. Halvorsen #20692  A5/VC

INVESTIGATION:             In furtherance of the investigation into the homicide of Monica ROMAN, R/d's conducted the above line-up. The suspect of the line-up, Geraldo IGLESIAS, was permitted to pick his position in the line-up. All participants were required to stand, face the viewing window, and make facing movements. OCHOA positively identified IGLESIAS as the subject he observed fire a gun at the vehicle in which the victim was a passenger.

Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevara #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000023

CITY OF CHICAGO / DEPARTMENT OF POLICE / 11?? South State Street
IDENTIFICATION SECTION       C. .go, Illinois   60605

ISSUED ON INQUIRY
JUN 2 3 1993
BY NAME CHECK UNIT

| CRIMINAL HISTORY OF | IGLESIAS, Geraldo | M/WH |
|---|---|---|
| DATE | 18 Jan 86 | |
| DATE OF BIRTH | 24 Jul 68 | |

| I.R. NO. | FBI NO. | T.S.B. NO. |
|---|---|---|
| 764637 | | |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Geraldo IGLESIAS<br>1509 W. Hamlin<br>24 Jul 68 | 7509247 | -17 Jan 86, Off. Alm. GCU-N (25), Mob Action<br>29 Jan 86 Mob Action (38-25-1) SOL Judge Wilens<br>Doc# 86105505 | | | |
| Gerardo IGLESIAS<br>3817 W. Lyndale<br>24 July 68 | 7549428 | -28 Mar 86, Off. Martin 014th Dist., PCS<br>29 Mar 86 Poss Cont. Subst. (56½-1402) FNPC<br>Judge Hogan Doc# 861142564 | | | |
| Gerald IGLESIAS<br>3718 W. Lyndale<br>24 Jul 68 | 7599073 | -17 Jun 86, Off. Sherman, GCU-N (014th) Theft.<br>19 Sept 86 Theft Auto Access. (38-16-1a1) PGFG<br>1yr Cout Superv. Judge Morse Doc# 86162910 | | | |
| Gerardo INGLESIAS<br>3718 W. Lyndale<br>24 Jul 68 | 7625338 | -27 Jul 86, Off. Machain 14th. Dist, State Disord.<br>22 Oct 86 State Disorderly (38-26-1a1) MS/SOl<br>Judge Bolan Doc# 86228466 | | | |
| Geraldo IGLESIA<br>3715 W. Belden<br>24 Jul 68 | 7770595 | -20 Mar 87, Off. Mallon G.C.U. North C.T.T.L.<br>6 May 87,CTTL(38-21-3)BF/SOL,Judge Wilens(doc#87-160684) | | | |
| Geraldo IGLESIA<br>3715 W Belden<br>24 Jul 68 | 8142785 | -28 Oct 88 Off Moriarty 14th Dist. Mob action jr<br>22 Nov. 88, Mob Action, (38-25-1a2), MS/SOL, JDg.<br>Chrones, (doc.#88273207) | | | |
| Geraldo IGLESIAS<br>3715 W. Belden<br>24 Jul. 1968 | 8215 741 | -17 Feb. 89, Off. Crawford, 014th District. CTTL<br>16 Mar 89, Crim. Trespass (38-21.3A) SOL, Judge Chrones,<br>(Doc# 89125368) | | | |
| Geraldo IGLESIA<br>3715 W. Belden<br>24 July 68    tb | 8273088 | -8 May 89, Kwasinski 14th Dist., State DC<br>20 Jun 89, Disorderly Conduct (38-26-1a1) PG/FG 1 yr. sup.<br>Judge Spitzer, (doc# 89166490) | | | |
| Geraldo IGLESIA<br>3715 W Belden<br>24 July 68 | 8329109 | - 19 July 89, off Machain, 14th Dist Dis. Conduct<br>22 Nov 89 Dis Conduct (38-26-1a1), SOL, Judge<br>Spitzer, Doc#89247727 (Ambak)ke | | | |
| Geraldo IGLESIA<br>3715 W. Belden<br>24 July 68, | 8334440 | -26 July 89, Off. Wojick, 14th Dist. Poss. Cann. -cd<br>21 Aug 89, Poss. of Cannabis (56½-704), MS NOLLE,<br>Judge Erickson, DOC#89266860 | | | |
| Gerardo C. IGLESIAS<br>3715 W. Belden<br>24 Jul 68 | 8464535<br>jlw | -21 Jan 90, Off. Frane, 014, CTTL<br>16 Feb 90, CTTL(38-21-3), MS/SOL, Judge Divane,<br>Doc#90180366 (Ambak)ke | | | |
| Gerardo IGLESIAS<br>3715 W. Belden<br>24 July 68, | 8482801<br>cd | -16 Feb. 90, Off. Wojcik, 14th (25th) Dist. Armed Robbery<br>20 FEB 90, ARMED ROBBERY(38-18-2), FNPC, JUDGE MCBRIDE,<br>DOC#90197410 (AMBAK)CU | | | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation: S.S. 20.33).

p. b
CPD-31.903 (REV. 10/75)

RFC-Iglesias 000024

CITY OF ᵢCAGO / **DEPARTMENT OF POLICE** / 1121 Sᵤ ᵢh State Street
IDENTIFICATION SECTION  Chicago, Illinois 60605



| CRIMINAL HISTORY OF | IGLESIAS, Geraldo | M/WH |
|---|---|---|
| DATE | 19 Jan 86 | |
| DATE OF BIRTH | 24 Jul 68 | |

| I.R. NO. | FBI NO. | S.I.D. NO. |
|---|---|---|
| 764637 | | |

| NAME & ADDRESS | C B NO. | DATE OF ARREST | ARRESTING OFFICER & DISTRICT | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Geraldo IGLESIAS<br>3715 N. Belden<br>24 Jul 68 | 8583048 | – 28 Jun 90, OFf. Williams 25th Dist Agg Assault<br>20-Jul-90,Agg. Assault,(38-12-2(a)(1)),MS/SOL,<br>Disorderly Conduct,(193-1(a),MCNS,Judge Kowalski,<br>Doc#90322845, GRAY/ah | | |
| Gerardo C. IGLESIAS<br>3715 W. Belden<br>24 Jul 68 | 8752953<br>dc | -02 Feb 91, Off. Ruiz, Dist. 016, Battery<br>18 Mar 91, Batt(38-12-3a)PG/FG 1yrprob.JudgeAmirar<br>Doc#91210952 Graycu | | |
| Geraldo IGLESIAS<br>2137 W. Austin<br>24 July 68, | 8849252<br>cd | -6 June 91, Off. Avila, 14th Dist. Poss. Cannabis<br>26 Jul 91, Poss. of Cann. (56½-704d) FNPC Judge Bastone Doc<br>91124486 GRAY rp | | |
| Gerrardo C. IGLESIAS<br>3715 W. Belden<br>24 Jun 68 | 9194559<br>ls | -16 Aug 92, Off. Rose, Dist. 14, State D/C<br>14 Dec 92, Disord. Cond.(38-26-1a1), MS/SOL, Judge Spitzer,<br>Doc#92383421, TEMPFLEET CB | | |
| Gerado IGELESIAS<br>3715 W. Belden<br>24 Aug 68 | 9295437<br>dc | ~02 Jan 93, Off. Finn, Dist. 025, Poss Cont Sub<br>**15 Mar 93 INFO (93CR-5350) Pcs** | | |

ISSUED ON INQUIRY

JUN 2 2 1993

BY NAME CHECK ONLY

CPD 31.903 (REV 7/88)  **CONFIDENTIAL** - *Further dissemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

RFC-Iglesias 000025

**ARREST REPORT**
CPD-11 420 (REV 6/92)

IGLESIAS, GERARDO C. | M 4 24 24 JUL 68

| 6 NO. | 7 ALIAS OR NICKNAME | | | | | 8 DIST/RES | 9 HEIGH | 10 WEIGHT | 11 HAIR | 12 HAIR STYLE | 13 EYES | 14 COMPLEXION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9295437 | N/A | | | | | 025 | 510 | 150 | BRN | SHORT | BRN | MED |

| 15. I.R. NO. | 16 RESIDENCE ADDRESS | APT NO /FLOOR | 17 DISTING MARKS, SCARS, DISABILITIES, ETC | 18 SOCIAL SECURITY NO |
|---|---|---|---|---|
| 764637 | 3715 W. BELDEN | N/V | | 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 |

| 19 Y.D. NO. | 16A CITY - STATE | ZIP CODE | HOME TELEPHONE | 20 STATE/PLACE OF BIRTH | 21 DRIVERS LICENSE NO | STATE |
|---|---|---|---|---|---|---|
| | CHICAGO, IL 60647 | | | P.R. | 52422-8368-210 | I |

| 22 RD NO | 23 OCCUPATION | 24 BUSINESS NAME - ADDRESS | CITY - STATE ZIP CODE | BUSINESS TELEPHONE |
|---|---|---|---|---|
| X-701177 | LABOR | Y.M.C.A. 3600 W. FULLERTON | | U.N.K. |

| 25 ADDRESS OF ARREST | 26 NO ARRESTED | 27 LOCATION CODE FOR NATURE OF PREMISES | 28 BEAT OF ARREST | 29 DATE OF ARREST DAY MONTH YEAR | TIME | 30 ARRESTEE TRANSPORTED TO UNIT BY BEAT TIME |
|---|---|---|---|---|---|---|
| 1818 N. PULASKI | 1 | 304 | 2532 | 2 JAN 93 | 2100 | 25 2551 2102 |

| 31 RESISTED ARREST | 32 WEAPON | 33 PROPERTY INVENTORY NO(S) | 34 FOR NARCOTIC ARREST | APPRX WT EST STREET VALUE |
|---|---|---|---|---|
| YES NO | PISTOL REVOLVER RIFLE SHOT GUN KNIFE OTHER (SPECIFY) | A. 1141970- 1141972 | SUSPECT CANNABIS SUSPECT CONTROLLED SUBSTANCE | $142.00 $17.00 |

| 35 VEHICLE OF ARRESTEE | YEAR | MAKE | MODEL | BODY STYLE | COLOR | STATE LICENSE NO OR VIN | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|---|---|
| | 86 | PUEGOT | | 4-DR | BURG | ZZC553 | LEGALLY PARKED AT STATE |

| 36 PERSON IN INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 37 DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME | IF YES - NAME OF Y.D MEMBER NOTIFIED - TIME | 38 NAME OF A/S A/FEL REV | CHARGES APPROVED | TIME |
|---|---|---|---|---|---|---|---|
| SILL | 118 | O.C.D. 2130 | YES ☒NO | | HUGHES | ☒YES ☐NO | 2135 |

| 39 VICTIM COMPLAINANT NAME | SEX RACE AGE | HOME ADDRESS | CITY - STATE | ZIP CODE | TELEPHONE NO |
|---|---|---|---|---|---|
| STATE OF IL. | 0. | | N. | | A. |

| VICTIM INSURED | IF YES - DESCRIBE INJURIES | VICTIM HOSPITALIZED | HOSPITAL NAME |
|---|---|---|---|
| ☐YES ☒NO | | ☐YES ☐NO ☐TREATED & RELEASED | |

| 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS | 40 REFERENCES (CH - PAR) | 41 OFFENSES | 42 DISPOSITIONS |
|---|---|---|---|---|---|
| 1 56½ 1402 | P.C.S. | | 5 6-303(n) | SUSP. LICEN | |
| 2 9-24-010(b) | STOP SIGN | | 6 3-413(A) | EXPIR-PLATES | |
| 3 9-40-140 | NEG. DRIVE | | 7 56½ 704(b) | POSS. CANB. | |
| 4 3-707 | PROF. OF INS. | | 8 | | |

43 NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following.)

ABOVE PLACED UNDER ARREST AFTER DROPING ONE CLEAR PLASTIC BAG CONTAINING WHITE POWDER AND ONE GREEN CLEAR BAG CONTAINING CRUSHED GREEN PLANT AS HE EXITED THE ABOVE AUTO. READ RIGHTS. TAKEN TO 025 FOR PROCESSING.

ISSUED ON INQUIRY
JUN 2 8 1993
BY NAME CHECK ONLY

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge

| FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE | STAR NO | UNIT | DEPUTY CLERK'S SIGNATURE | STAR/EMPL. NO. |
|---|---|---|---|---|
| A. Morelli | 8157 | 025 | A. | |

| 44 FIRST ARRESTING/APPEARING OFFICER PRINT NAME | BEAT NO | FURLO | D D GRP | MISD-ORD CRT KEY | 45 SECOND ARRESTING OFFICER - PRINT NAME - STAR NO | UNIT | 46 VEHICLE ASSIGNED |
|---|---|---|---|---|---|---|---|
| A. MORELLI 8157 | 2524 | 7 | | L | S. LEZNIS 16616 R. FINA | 025 | 1 ONE 2 TWO ☐PO ☐PO ☒OTHER |
| FELICE 14367 | | | | | | | |

47 APPROVAL OF PROBABLE CAUSE

WATCH COMMANDERS NOTATIONS

| 50 ARRESTEE SEARCHED BY | STAR/EMPL NO | UNIT | 51 DATE RECEIVED LOCKUP | TIME | 52 PERS. PROPERTY RECEIPT NO | 53 TELEPHONE NO CALLED | TIME |
|---|---|---|---|---|---|---|---|
| CUNNINGHAM | 12057 | 025 | 2 JAN 93 | 2215 | None | 255 2167 | 2225 |

| 54 BOOKING OFFICER | STAR/EMPL NO | UNIT | 55 TIME FINGERPRINTED | 56 TIME PHOTOGRAPHED | 57 TIME XED | 58 PLACED IN CELL NO |
|---|---|---|---|---|---|---|
| CUNNINGHAM | 12057 | 025 | 2220 | | | 1-5 |

**COURT INFORMATION**

| 59 ARR OFF DESIRED COURT DATE | BRANCH CALL | 60 COURT SET TO HANDLE | 61 INITIAL COURT DATE | BRANCH CALL | 62 FINAL CRT DATE | BRANCH CALL |
|---|---|---|---|---|---|---|
| 9 FEB 93 | 12-4 | ☐YES ☒NO | 3 JAN 93 | 80 | | |

| 63 BONDED DATE | TIME | 64 BOND RECEIPT NO | 65 COURT DOCKET NO | 66 FINAL JUDGE'S NAME |
|---|---|---|---|---|
| | | | | |

RFC-Iglesias 000026

RFC-Iglesias 000027

# CRIME LABORATORY REPORT
CRIME LABORATORY DIVISION/CHICAGO POLICE

| INCIDENT/OFFENSE CLASSIFICATION | I-UCR OFF CODE | RD NO |
|---|---|---|
| HOMICIDE / MURDER | 0110 | X250303 |

| VICTIM'S NAME | DISTRICT | AREA | DATE OF THIS REPORT |
|---|---|---|---|
| ROMAN, MONICA | 177 | | 20-06-93 |

| DEFENDANT'S NAME | LABORATORY UNIT |
|---|---|
| | FIREARMS |

SUMMARY FINDINGS  –  FIREARMS EVIDENCE

The following fired evidence was submitted to the Crime Laboratory for examination, classification and evaluation relative to RD X250303.

| INVENTORY NUMBER | DATE RECEIVED | CLASS CHARACTERISTICS | SUITABLE FOR COMPARISON | PLACED IN OPEN CASES |
|---|---|---|---|---|
| 1135801 | 08-06-93 | 22LR 8R | No | No |
| 1893794 | 10-06-93 | FRAG | No | No |

None of the submitted fired evidence has been identified with a specific weapon. All evidence that has not been placed in the open case file has been forwarded to the Evidence and Recovered Property Unit.

PAGE 1 OF 1 PAGES

| EXTRA COPIES REQUIRED (NO. & RECIPIENT) | REPORTING MEMBER (PRINT NAME) |
|---|---|
| 1 TO A5 VC | Ernest N. Warner |
| | SIGNATURE Ernest N Warner |

CPD-33.110 (9/89)

RD NO X250303

RFC-Iglesias 000028

Identify and describe all property or possible evidence recovered t the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Ope ar 'entification, indicate I.D. number at end of Narrative. Offender's apr 'ute description, if possible, should include name if known, n' kn' e, sex, rai code, age, height, weight, color eyes & ha. lexion, scars, marks, etc If suspect is arrested, give name, sex, race c ge, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY 7 MO June YR 1993 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2 ADDRESS OF ORIG INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3 BEAT OF OCCUR |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 2148 N. Sawyer ave | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27 | 6. FIRE RELATED ☐1 YES ☐2 NO | 7. BEAT ASSIGNED 5055 |
|---|---|---|---|---|
| ROMAN, Monica | | | | |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street(auto) | 304 | | DNA |

11. ☐VERIFIED ☐UPDATE TO | CIRCUMSTANCES
19. PROPERTY ☐DNAD ☐UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13 FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15 POINT/EXIT CODE NOS | 16 BURGLAR ALARM CODE NOS | 17 SAFE BURGLARY METHOD CODE NO | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO |
|---|---|---|---|---|---|---|
| | | | | | | |

DESCRIBE PROPERTY IN NARRATIVE T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM GOODS ☐T $ ☐R | (–) FIREARMS ☐T $ ☐R | & NARC DANGEROUS DRUGS ☐T $ ☐R | 9 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22 HOME ADDRESS (NO. DIR. STREET, APT. NO.) | 23 SEX–RACE–AGE CODE | 24 HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27 VICTIM REL CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29 HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C B. NO. | I.R NO., Y.O. NO. OR J.O.A. NO. | OFFENDER REL. CODE | C.B NO | R. NO., Y.O. NO. OR J.O.A. NO. | OFFENDER REL. CODE | 32 NO ARRESTED | ARREST. UNIT NO |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

34 SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) D.N.A. | REV. CODE | 51. METHOD CODE | 52 METHOD ASSIGNED ☒FIELD ☐3 SUMMARY | UNIT NO. 652 | STATUS ☒FIELD ☒PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D.
☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | ☐5 EXC. CLRD. CLOSED | ☐6 EXC. CLRD. OPEN | ☐7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT | ☐ADULT ☐JUV

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

80. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:      Case # 164 June 1993

DATE OF AUTOPSY:      9 June 1993

PATHOLOGIST:      Dr. Choi

CAUSE & MANNER OF DEATH:      Gunshot Wound Of Head/Homicide

INVESTIGATION:  INJURIES:      #1. Gunshot wound to the left side of the head approximately 2½" below the top of the head and 3" left of the midline.(entrance–lodged)

* One small deformed bullet recovered.

35. R.O. NO. X-250-303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) D.N.A. | 91. DATE THIS REPORT SUBMITTED – DAY 10 MO. June YR. 1993 | TIME 0800 | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Robert Wasmund  STAR NO. 20835 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | |
| SIGNATURE  R. Wasmund | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR) | TIME |

CPD. 11.417-8 (Rev. 8/85)      *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000030



CASE # ·                      16 4 JUNE 1993 . MONICA ROMAN

DATE OF AUTOPSY:          9 JUNE 1993 ·

PATHOLOGIST: .            DR CHOI .

CAUSE AND MANNER OF DEATH;  G.S.W. HEAD. / HOMICIDE.

INJURIES:  #1. G.S.W. LEFT. FOREHEAD, APPROXIMATELY 2½"B.T.H. of
           3" L.M.L. (CENT-LODGED.)

           X SMALL DEFORMED BULLET (FIRED) RECOVERED

RFC-Iglesias 000031

**CHICAGO POLICE DEPARTMENT**
CPD-34,523 (REV. 2/91)

1093794

LIST OTHER INVENTORY NOS RELATED TO THIS RECOVERY ☐ NONE

UNIT

INVEN-TORY NO 1093794

| DATE RECOV-ERED | DAY 9 | MONTH JUNE | YEAR 93 | | CROSS REFERENCE "R" | RD NO X 250303 | |
|---|---|---|---|---|---|---|---|

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY |
|---|---|---|---|
| 1 | 1 | Sealed Bullet Envelope | $ ¢ |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | Victim - Roman Monica | |
| 7 | | M# 164 June 43 | |

ATTACH THIS COPY TO COURT PAPERS

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C. $

DIRECTIONS

COURT DATE

COURT BRANCH

COURT CALL

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT

☐ MISDEMEANOR ☐ FELONY  STATE CHARGES  Homicide
☐ JUVENILE
☐ HOMICIDE ☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

GIVE COPY NO 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY.

RECOVERED/SEIZED FROM - NAME ☐ DECEASED ☐ ARRESTED Dr Choi  AT  M.E. Facility 2121 W. Harrison

OWNER'S NAME  ADDRESS  TELEPHONE NO

FOUND BY - NAME ☐ CHECK IF C.P.D.  ADDRESS  TELEPHONE NO
SEE COPY 4 FOR NOTICE TO FINDER

SEIZURE WITH SEARCH WARRANT

C H E C K  O N E

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK
INVESTIGATING OFFICER - STAR NO - UNIT Santopadre 20716 ASVC
1st OFFICER'S NAME Santo Padre  STAR NO 20716
SIGNATURE  UNIT ASVC

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR
TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)
2nd OFFICER'S NAME S Majewski  STAR NO 13001
SIGNATURE  UNIT 177

ATTACH THIS COPY TO SEARCH WARRANT

INITIAL DESTINATION OF PROPERTY ☐ MEDICAL EXAMINER
☐ E & RPS ☒ CRIME LABORATORY ☐ AUTO POUND NO

ATTACH COPY NO 4 TO THIS COPY

VIA ☐ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL
☐ E & RPS PICKUP ☐ EVID /LAB TECHNICIAN
APPROVING DESK SERGEANT  STAR NO  DATE  TIME

**COPY 3 - COURT COPY - ATTACH TO COURT PAPERS**

RFC-Iglesias 000032

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## INVENTORY OF THINGS SEIZED IN SEARCH
### (WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

## SEARCH WARRANT INVENTORY

On _____, 19_____, at _____ (A.M.) (P.M.)

I _____ executed a search
(Officer)

warrant signed by _____
(Judge)

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
(premises)

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
(Judge)

on _____, 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19 _____

_____
Judge

RFC-Iglesias 000033

**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV 2/91)

1093794

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY  ☐ NONE

UNIT

INVEN-TORY NO. 1093794

**NOTICE TO PROPERTY OWNER OR CLAIMANT**

DATE RECOVERED: DAY 9 MONTH June YEAR 93

CROSS REFERENCE R  RD NO X 250202

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY |
|---|---|---|---|
| 1 | 1 | Sealed Bullet Envelope | $    ¢ |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | Victim - Roman Munoz | |
| 7 | | Mio 164 June 93 | |

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU GIVE THIS COPY TO THE DESK OFFICER IN CHARGE FOR FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALL  'S-POSED OF ACCORDING TO THE L  .C-TION OF THE LAW.

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

COURT DATE

COURT BRANCH

'RT CALL

TOTAL CASH U.S.C  $    :

**NOTICE TO FINDER**
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT PRESENT THE PROPERTY RELEASE ORDER TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

CHECK ALL BOXES APPLICABLE  ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -  ☐ C.P.D. CONTINGENCY FUND MONEY  ☐ GAMBLING RAID SEIZURE  ☐ MEDICAL EXAMINER'S PROPERTY
☐ U.S. CURRENCY TO BE DEPOSITED

☐ MISDEMEANOR  ☐ FELONY  STATE CHARGES  ☐ JUVENILE  Homicide  ☐ HOMICIDE ☐ MANSLAUGHTER  ☐ ARSON  ☐ NARCOTICS & RELATED

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

RECOVERED/SEIZED FROM - NAME  ☐ DECEASED  ☐ ARRESTED  D. Choi  AT  9121 W. Facility

OWNER'S NAME  ADDRESS  TELEPHONE NO

CALL 747-6224 OR 747-6225 TO ARRANGE TO PICK UP BULKY ITEMS

FOUND BY - NAME  ☐ CHECK IF C.P.D  ADDRESS  TELEPHONE NO.

**ARRESTEE INFORMATION**

SEE COPY 4 FOR NOTICE TO FINDER

CHECK ONE

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK)  INVESTIGATING OFFICER - STAR NO - UNIT  1st OFFICER'S NAME  STAR NO.

SEIZURE WITHOUT SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-2)

☐ PROPERTY OWNER NOTIFIED ON  DAY  MONTH  YEAR  TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF  HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL  SIGNATURE  UNIT ASVC

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)  2nd OFFICER'S NAME  STAR NO.

SEIZURE WITH SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-10):

INITIAL DESTINATION OF PROPERTY  ☐ MEDICAL EXAMINER  ☐ E & RPS  ☐ CRIME LABORATORY  ☐ AUTO POUND NO.  SIGNATURE  UNIT

ATTACH THIS COPY TO SEARCH WARRANT

VIA ☐ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL  ☐ E & RPS PICKUP  ☐ EVID./LAB TECHNICIAN  APPROVING DESK SERGEANT  STAR NO.  DATE  TIME

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

RFC-Iglesias 000034

| CHICAGO POLICE DEPARTMENT CPD-34.523 (REV. 2/91) | 1093793 | LIST OTHER INVENTORY NOS RELATED TO THIS RECOVERY 794 □ NONE | UNIT | INVEN-TORY NO. | 1093793 |

| DATE RECOV-ERED | DAY 9 | MONTH JUNE | YEAR 93 | | CROSS REFERENCE X | RD NO. X 250303 | |

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY $ ¢ |
|---|---|---|---|
| 1 | 1 | SEALED VIAL BLOOD | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | VICTIM - RIMAN MUNICH | |
| 7 | | ME # 164 JUNE 93 | |

**ATTACH THIS COPY TO COURT PAPERS**

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY | TOTAL CASH U.S.C. $ | **DIRECTIONS**

COURT DATE

COURT BRANCH

IRT CALL

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

CHECK ALL BOXES APPLICABLE
□ U.S. CURRENCY TO BE DEPOSITED
□ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
□ C.P.D. CONTINGENCY FUND MONEY
□ GAMBLING RAID SEIZURE
□ MEDICAL EXAMINER'S PROPERTY

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT

□ MISDEMEANOR □ FELONY  STATE CHARGES  Homicide
□ JUVENILE
□ HOMICIDE □ MANSLAUGHTER
□ ARSON
□ NARCOTICS & RELATED

GIVE COPY NO. 4 TO ARRESTEE IF NOT ACCEPTED, ATTACH TO THIS COPY.

RECOVERED/SEIZED FROM - NAME
□ DECEASED □ ARRESTED  Dr. CHOI
AT  M.E. FACILITY 2121 W. HARRISON

OWNER'S NAME | ADDRESS | TELEPHONE NO.

FOUND BY - NAME □ CHECK IF C.P.D. | ADDRESS | TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

SEIZURE WITH SEARCH WARRANT

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

CHECK ONE
☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE  IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK  INVESTIGATING OFFICER - SANTO PAOLO  STAR NO. 20716  UNIT ASVC
1st OFFICER'S NAME SANTO PAOLO  STAR NO. 20716

□ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF  HOW NOTIFIED □ IN PERSON □ PHONE □ MAIL  SIGNATURE  UNIT ASVC

ATTACH THIS COPY TO SEARCH WARRANT

□ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)  2nd OFFICER'S NAME S MAJEWSKI  STAR NO. 1201

INITIAL DESTINATION OF PROPERTY □ MEDICAL EXAMINER ☒ CRIME LABORATORY □ AUTO POUND NO.:
□ E & RPS
SIGNATURE  UNIT 177

ATTACH COPY NO. 4 TO THIS COPY.

VIA □ POLICE MAIL □ RECOVERING UNIT PERSONNEL □ E & RPS PICKUP ☒ EVID./LAB TECHNICIAN  APPROVING DESK SERGEANT  STAR NO.  DATE  TIME

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

**COPY 3 - COURT COPY - ATTACH TO COURT PAPERS**

RFC-Iglesias 000035

STATE OF ILLINOIS  } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

### INVENTORY OF THINGS SEIZED IN SEARCH
#### (WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS  } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

### SEARCH WARRANT INVENTORY

On _____, 19_____, at _____ (A.M.) (P.M.)

I _____ executed a search
(Officer)

warrant signed by _____
(Judge)

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
(premises)

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
(Judge)

on _____, 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19 _____

_____
Judge

RFC-Iglesias 000036

PROPERTY INVENTORY - NO.
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 2/91)

**1093793**

LIST OTHER INVENTORY NOS RELATED TO THIS RECOVERY
794
☐ NONE

UNIT

INVEN-TORY NO **1093793**

| DATE RECOV-ERED | DAY | MONTH | YEAR |
|---|---|---|---|
| | 9 | June | 93 |

CROSS REFERENCE | RD NO.
X | X

**NOTICE TO PROPERTY OWNER OR CLAIMANT**

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY | |
|---|---|---|---|---|
| 1 | 1 | Sealed Vial Blood | $ | ¢ |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | Victim - Reiman Monroct | | |
| 7 | | MCD 164 Jun 93 | | |

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU GIVE THIS COPY TO THE DESK OFFICER IN CHARGE FOR FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DIS-POSED OF ACCORDING TO THE D TION OF THE LAW

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

TOTAL CASH U.S.C
$

**NOTICE TO FINDER**
(GIVE OR MAIL THIS COPY TO FINDER)

COURT DATE

COURT BRANCH

COURT CALL

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT PRESENT THE PROPERTY RELEASE ORDER TO THE EVIDENCE & RECOVERED PROPERTY SECTION.

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
☐ C.P.D CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

MISDEMEANOR STATE CHARGES
☐ FELONY
☐ JUVENILE
☐ HOMICIDE
☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME
☐ DECEASED ☐ ARRESTED Dr. Cible
AT

OWNER'S NAME
ADDRESS
TELEPHONE NO.

FOUND BY - NAME
ADDRESS
TELEPHONE NO.

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS).

CALL 747-6224 OR 747-6225 TO ARRANGE TO PICK UP BULKY ITEMS

SEE COPY 4 FOR NOTICE TO FINDER

**ARRESTEE INFORMATION**

| ☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK | INVESTIGATING OFFICER - | STAR NO. - 2-716 | UNIT A-VC | 1st OFFICER'S NAME | STAR NO. 20216 |
|---|---|---|---|---|---|

SEIZURE WITHOUT SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-2):

PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR
TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF
HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL
SIGNATURE
UNIT A-VC

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5

TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN
2nd OFFICER'S NAME
STAR NO.

SEIZURE WITH SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-10):

DESTINATION OF PROPERTY ☐ MEDICAL EXAMINER
☒ CRIME LABORATORY ☐ AUTO POUND NO.:
SIGNATURE
UNIT 77

ATTACH THIS COPY TO SEARCH WARRANT.

POLICE MAIL ☐ RECOVERING UNIT PERSONNEL
☐ E & RPS PICKUP ☒ EVID /LAB TECHNICIAN
APPROVING DESK SERGEANT
STAR NO.
DATE
TIME

COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

RFC-Iglesias 000037

CHICAGO POLICE DEPARTMENT

CRIME SCENE UNIT (EVIDENCE TECHNICIAN REPORT)

| | | ggravated Battery | 0440 | | X 250303 |
|---|---|---|---|---|---|

ADDRESS OF SERVICE: 2148 N Sawyer/3009 W Fullerton

VICTIM'S NAME: Monica ROMAN

SEX RACE AGE: F WH 14

AREA DIST BEAT OCCU: A/5

ASSIGNMENT TYPE: CS

REQUESTED BY: 1411

DATE RECEIVED: 7 Jun 93  TIME: 1615  UNIT ASSIGN: 9604

## PHOTOGRAPHY

| A O/A's of auto | D C/U bullet in roof | G |
|---|---|---|
| B O/A's into auto | E O/A's of 2148 N Sawyer | H |
| C C/U's L roof area | F | I |

| FINGERPRINTS | ELIM PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST FIRST) | SEX RACE | D O B | C B NO | I R NO |
|---|---|---|---|---|---|---|---|
| MED NEG LIFT | | LOCATION FOUND None | | F N | MED NEG LIFT | LOCATION FOUND | F |

POSSIBLE SUSPECT INFORMATION
☐MALE ☐FEMALE  ☐ADULT ☐JUVENILE  RACE  TOTAL NO OF LIFTS  DATE OF TRANSMITTAL
☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS  SUITABLE FOR COMPUTER ☐YES ☐NO  PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO  INITIALS OF EXAMINER  DATE

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | V I N |
|---|---|---|---|---|
| 1982 | Oldsmobile 4 door | Blu/Gry | VLF 831 IL '93 | 1G3AX69Y5CM256966 |

## PHYSICAL EVIDENCE

| PROP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DES |
|---|---|---|---|
| 1135801 | CL | Envelope containing fired bullet from under vinyl top at left rear roof of above listed auto | FA |
| | | ME# 164 - Jen | |

## DETAILS OF CASE

At about 1555 hours 7 Jun 93 the above victim was shot in the head while riding in the above auto at 2148 N Sawyer. Auto driven to 3009 W Fullerton where victim was removed by Fire Ambulance #3 to IL Masonic Hospital. Victim is in critical condition. A search of the scene and auto for relevant physical evidence met with the above noted results.

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Det Santopadre | 20716 | A/5 VC | Off Assaf #15129 & Zuniga #6871 | | 1411 |

REPORTING TECHNICIAN: PRINT LAST NAME FIRST STAR NO UNIT
T Ginnelly #12134  F. Gurtowski #13319

DATE ARRIVED: 7 Jun 93  TIME: 1640  TIME COMPLETED: 1945

TECHNICIAN'S SIGNATURE: F. Gurtowski

DATE: 7 Jun 93

APPROVING SUPERVISOR (PRINT NAME) STAR NO

SUPERVISOR'S SIGNATURE

PD 449 REV 10 92

RFC-Iglesias 000038

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| CLASSIFICATION OF OFFENSE/INCIDENT | UCR CODE | OT R NO | RD NO |
|---|---|---|---|
| Homicide | 0110 | | X-250303 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX·RACE·AGE | AREA·DIST·BEAT OCCUR |
|---|---|---|---|
| 2121 W. Harrison | ROMAN, Monica | F WH | 5 014 1411 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED · TIME | UNIT ASSIGNED |
|---|---|---|---|
| M-E Facility | 5527 | 9 June'93 1625 | 9603 |

**PHOTOGRAPHY**

| A ID photo of victim | D | G |
|---|---|---|
| B C/U wound to head | E | H |
| C | F | I |

| FINGERPRINTS | ELIM PRINTS [X]YES [ ]NO | IN CUSTODY [ ]YES [X]NO | NAME (LAST FIRST) ROMAN, Monica | SEX RACE F WH | D O B | C B NO DEAD | IR NO |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F N | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| | D N A | | | | |

| POSSIBLE SUSPECT INFORMATION [ ]MALE [ ]FEMALE | RACE | TOTAL NO OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|
| [ ]ADULT [ ]JUVENILE | | | |

| [ ]PALMS [ ]IMPRESSIONS [ ]FINGERPRINTS | SUITABLE FOR COMPUTER [ ]YES [ ]NO | PRINTS SUITABLE FOR COMPARISON [ ]YES [ ]NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR MAKE & MODEL | COLOR | STATE LICENSE NO | V I N |
|---|---|---|---|

**PHYSICAL EVIDENCE**

| PROP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 093793 | 177 | One (1) vial containing blood received from Dr. Choi | Se |
| 093794 | 177 | One (1) sealed blue bullet envelope received from Dr. Choi | Fa |

**DETAILS OF CASE**

The victim was photographed at the Medical Examiner's Facility and the above items were recovered and transported to the Crime Laboratory.

RD NO X-250303

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Santopadre | 20716 | 652 | | | |

| REPORTING TECHNICIAN PRINT LAST NAME FIRST | STAR NO | UNIT | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|
| SANDERS, Jimmy | 17097 | | 9 June'93 | 1630 | 1800 |
| MAJEWSKI, Sigmund | 13021 | 177 | | | |

TECHNICIAN'S SIGNATURE

| | DATE | APPROVING SUPERVISOR PRINT NAME STAR NO |
|---|---|---|
| | 9 June'93 | SUPERVISOR'S SIGNATURE |

RFC-Iglesias 000039

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found... found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operatic... tification, indicate I.D. number at end of Narrative. Offender's app... te description. If possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair,... exion, scars, marks, etc. If suspect is arrested, give name, sex, race c... .e. C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE - TIME
DAY 7  MO Jun  YR 93  | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|
| HOMICIDE/ 1st Degree Murder | 0110 | 2148 N. SAWYER | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5540 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

CIRCUMSTANCES 11 ☐VERI ☒ED ☐UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN. R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY ☐ VERIFIED ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23 SEX-RACE-AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27 VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31 C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C B NO | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33 OFF'S VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

34 SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED     LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52 METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | ☒1 FIELD ☐2 SUMMARY | 652 | ☒0 PROGRESS | ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC ☐2 DIRECTED TO JUV CRT ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

### FIELD INVESTIGATION/PROGRESS REPORT

X 250 303  26 NO.

continued to pg 2

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 8 Jun 93 | 2350 | | |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO. | 94 REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. R. RUTHERFORD | 20720 | Det. K. MC DONALD | 20994 | |
| SIGNATURE | | SIGNATURE | | 95 DATE APPROVED (DAY-MO.-YR.)    TIME |

CPO-11.411.8 (Rev. 8/85)     *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000040

DETECTIVE DIVISION                                    RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                              8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica


PERSONNEL ASSIGNED:          Det. R. Rutherford    #20720
                             Det. K. McDonald      #20994

WITNESSES:                   CHMIELESKI, David; M/W/19; DOB 26
                             Apr. 74; 2148 N. Sawyer-1st fl.
                             north; Ph.#278-8389; SS#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

                             MOORE, Arnell; M/B/33;DOB 3 Jun 60;
                             1735 N. McVicker; Ph.#622-1746; Bus
                             Driver for Mavis Bus Co.; Wk.
                             Ph.#378-3156; SS#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

INTERVIEWED:                 BULLOCKS, Bernice; F/B/41; 2148 N.
                             Sawyer-1st fl. South; Ph.#342-8727

INVESTIGATION:               The R/Ds were assigned to this
investigation by Sgt. T. Lee of Area 5 Violent Crimes.  R/Ds
contacted the Mavis Bus Co. and learned that the driver who drops
off the son of Bernice BULLOCKS  MOORE, Arnell. R/Ds went to the
Mavis Bus Co. and interviewed MOORE.  MOORE gave R/Ds the following
statement in essence but not verbatim:


MOORE, ARNELL               MOORE told R/Ds that as he was
                            walking Bernice BULLOCKS'S son to
his door he observed a M/WH 20-25, 5'7"-5'8" with a light beard and
mustache wearing a dark colored hoody and dark pants walk past him
and travelling north on Sawyer.  After BULLOCKS entered his
apartment's hallway MOORE turned to leave.  At this point MOORE
heard a gunshot.  When he looked in the direction of the shot he
observed the M/WH who had just walked past him shooting a handgun
at an automobile that he observed just pull away from the curb.
After the M/WH shot approx. 5 shots he said that the M/WH ran past
him going southbound and then go westbound into the alley.  He said
that the shooter then ran southbound in the alley.  He then
observed the auto that was shot at pulled away.  He further said
that the person who took custody of BULLOCKS was not Bernice
BULLOCKS but a M/W who watches BULLOCKS every day.
R/Ds then proceeded to 2148 N. Sawyer where they interviewed
Bernice BULLOCKS.  Ms. BULLOCKS said that the M/W who meets here
son is David and lives on the 1st fl. north of 2148 N. Sawyer.

                            R/Ds then went to the 1st fl. apt.
                            and interviewed David CHMIELESKI.
CHMIEESKI gave R/Ds the following statement in essence but not
verbatim:

                                   2

DETECTIVE DIVISION                                      RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                                8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica


**CHMIELESKI, David**                    told R/Ds that he watches BULLOCKS
                                         when he gets home from school and Ms.
BULLOCKS is not at home.  On 7 June he met BULLOCKS and brought him
into the hallway.  After he shut the door he heard gunshots
outside.  When he looked out the window he observed a person
dressed in black clothing run southbound.  He could add nothing
further.


This investigation continues.....


3

RFC-Iglesias 000042

Identify and describe all property or possible evidence recovered  e end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property
inventory numbers). If property taken was scribed for Operatio  ulization, indicate I D. number at end of Narrative. Offender's appr   te description. f possible, should include name if known
nickname. sex, race code, age, height, weight, color eyes & hair c.  exion, scars, marks, etc. If suspect is arrested, give name, sex, race co   a, C.B. or I R. number, if known, and state "In Custody"

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are
approximations or summarizations unless indicated otherwise.

| | 4 DATE OF ORIG. OCCURRENCE-TIME |
|---|---|
| | DAY   MO.   YR |
| | 7 JUN 93   1556 |

| 1 OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1 UCR OFF CODE | 2 ADDRESS OF ORIG. INCIDENT/OFFENSE ☐ 1 VERIFIED ☐ 2 CORRECTED | 3 BEAT OF OCCUR |
|---|---|---|---|
| BATTERY, Aggravated | 041A | 2148 Sawyer | 1414 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR MATION IN BOXES 20 THROUGH 27 | 6. FIRE RELATED ☐ 1 YES ☒ NO | 7 BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5540 |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9 NO. OF VICTIMS | 10 NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 1 |

| | 11 VERI. ☒ FIED ☐ UPDATE TO | 12 OBJECT/WEAPON CODE NOS. | 13 FIREARM FEATURES CODE NO. | 14 POINT ENTRY CODE NO. | 15 POINT/EXIT CODE NO. | 16 BURGLAR ALARM CODE NOS. | 17 SAFE BURGLARY METHOD CODE NO. | 18. 19 RESIDENCE WHERE WERE OCCUR CODE NO |
|---|---|---|---|---|---|---|---|---|

DESCRIBE PROPERTY IN NARRATIVE   T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| PROPERTY | | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | VERIFIED | | | | | | |
| | UPDATE TO | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 6 CONSUM GOODS ☐ T $ ☐ R | 11 FIREARMS ☐ T $ ☐ R | 5 NARC DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| VICTIMS UPDATE ONLY | 20 NAME (LAST—FIRST—M.I.) | 21 UCR OFFENSE CODE | 22 HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23 SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26 IN. JURED YES NO | 27 VICTIM REL CODE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC) | 29. HOME ADDRESS | 30 SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |

| 31 C B NO. | R NO., Y D NO. OR J.D.A. NO. | OFFENDER REL. CODE | C B NO. | R NO., Y D NO. OR J D A NO. | OFFENDER REL. CODE | 32 NO. ARRESTED | ARREST UNIT NO |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33 OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|

| 34 SERIAL NOS. OR IDENTIFICATION NOS. ☒ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50 OFFENSE CLASS, THIS DATE (IF SAME ENTER DNA) | REV CODE | 51. METHOD CODE | 52 METHOD ASSIGNED | UNIT NO. | 53 STATUS |
|---|---|---|---|---|---|
| HOMICIDE 1st DEgree Murder | 0110 | dna | ☒ FIELD ☐ 3 SUMMARY | 652 | ☒ 2 PROGRESS ☐ 1 SUSPENDED ☐ 7 UNFOUNDED |

STATUS CONT'D   ☐ 3 CLRD CLOSED   ☐ 4 CLRD. OPEN   5 EXC. ☐ CLRD. CLOSED   6 EXC. ☐ CLRD. OPEN   7 CLSD. ☐ NON CRIM.

| 54 IF CASE CLEARED, HOW CLEARED | |
|---|---|
| ☐ 1 ARREST & PROSEC ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT | ☐ ADULT ☐ JUV |

55 ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

60 NARRATIVE

This is a Area Five Violent Crimes Progress report

INVESTIGATION:           On 8 Jun 93 R/Ds were informed by M.E. Menconi

that ROMAN, Monica had died of her wounds. She was pronounced dead at 1000 hrs on 8 Jun 93

at ILL. MASONIC HOSP. by DR. JERIUS. This incident has a M.E. # of 164 JUN 93. R/ds request

that this case be reclassified as listed above.

| 90. EXTRA COPIES REQUIRED (NO & RECIPIENT) | 91 DATE THIS REPORT SUBMITTED DAY MO. YR. | TIME | 92 SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| normal | 8 JUN 93 | 1140 | | |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO | 94 REPORTING OFFICER (PRINT NAME) | STAR NO | SIGNATURE |
|---|---|---|---|---|
| Det. K. MC DONALD | 20994 | Det. R. RUTHERFORD | 20720 | |

| SIGNATURE | 95 DATE APPROVED (DAY—MO —YR.) | TIME |
|---|---|---|

* MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000043

CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 2/91)

**1135801**

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY

☒ NONE

UNIT

INVEN-TORY NO. **1135801**

DATE RECOV-ERED: DAY **7** MONTH **JUNE** YEAR **93**

CROSS REFERENCE **R**  RD NO **X250303**

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY |
|---|---|---|---|
| 1 | 1 | FIRED BULLET RECOVERED FROM UNDER | $ ¢ |
| 2 | | VINYL TOP AT LEFT REAR ROOF. | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | VICTIM - ROMAN MONICA | |

ATTACH THIS COPY TO COURT PAPERS

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C. $

DIRECTIONS

COURT DATE

COURT BRANCH

COURT CALL

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

ATTACH THIS COPY TO COURT (PINK) COPY OF ARREST REPORT

☐ MISDEMEANOR  ☒ FELONY  STATE CHARGES **AGG. BATTERY**
☐ JUVENILE
☐ HOMICIDE  ☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

GIVE COPY NO. 4 TO ARRESTEE, IF NOT ACCEPTED, ATTACH TO THIS COPY

RECOVERED/SEIZED FROM - NAME
☐ DECEASED  ☐ ARRESTED  **82 OLDS 4DR VLF 831** AT **3009 W. FULLERTON**

OWNER'S NAME  ADDRESS  TELEPHONE NO.

FOUND BY - NAME  ☐ CHECK IF C.P.D. **GURTOWSKI / GINNELLY**  ADDRESS **CRIME LAB.**  TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

SEIZURE WITH SEARCH WARRANT

C H E C K  O N E

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK)  INVESTIGATING OFFICER - **SANTO PADRE**  STAR NO. **20716**  UNIT **652**

1st OFFICER'S NAME **SANTO PADRE**  STAR NO. **20716**

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY.

☐ PROPERTY OWNER NOTIFIED ON  DAY MONTH YEAR  HOW NOTIFIED  ☐ IN PERSON  ☐ PHONE ☐ MAIL  TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF

SIGNATURE  UNIT **652**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME **F GURTOWSKI**  STAR NO. **13319**

SIGNATURE **F Gurtowski**  UNIT **177**

ATTACH THIS COPY TO SEARCH WARRANT.

INITIAL DESTINATION OF PROPERTY  ☐ MEDICAL EXAMINER  ☐ E & RPS  ☒ CRIME LABORATORY  ☐ AUTO POUND NO. **FA**

ATTACH COPY NO. 4 TO THIS COPY.

VIA ☐ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL  ☐ E & RPS PICKUP  ☒ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT  STAR NO.  DATE **June 7**  TIME **1935**

COPY 3 - COURT ONLY - ATTACH TO COURT PAPERS

RFC-Iglesias 000044

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

### INVENTORY OF THINGS SEIZED IN SEARCH
### (WITHOUT SEARCH WARRANT)

On _____, 19_____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS } ss.
COUNTY OF COOK

THE CIRCUIT COURT OF COOK COUNTY

### SEARCH WARRANT INVENTORY

On _____, 19_____, at _____ (A.M.) (P.M.)

I _____ executed a search
_(Officer)_

warrant signed by _____
_(Judge)_

on _____, 19_____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
_(premises)_

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
_(Judge)_

on _____, 19 _____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19 _____

_____
Judge

RFC-Iglesias 000045

CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 2/91)

**1135801**

LIST OTHER INVENTORY NOS RELATED TO THIS RECOVERY

☒ NONE

UNIT

INVEN-TORY NO. **1135801**

DATE RECOV-ERED: 7 JUNE 93

CROSS REFERENCE: R

RD NO. X 250303

NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY | |
|---|---|---|---|---|
| 1 | 1 | FIRED BULLET RECOVERED FROM UNDER | $ | ¢ |
| 2 | | VINYL TOP AT LEFT REAR ROOF | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | VICTIM - ROMAN MONICA | | |

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE FOR FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALL   'S-POSED OF ACCORDING TO THE L  C-TION OF THE LAW

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C. $

COURT DATE

COURT BRANCH

COURT CALL

NOTICE TO FINDER (GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT PRESENT THE PROPERTY RELEASE ORDER TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT -
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ MEDICAL EXAMINER'S PROPERTY

☐ MISDEMEANOR  ☒ FELONY   STATE CHARGES **AGG. BATTERY**
☐ JUVENILE
☐ HOMICIDE  ☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

RECOVERED/SEIZED FROM - NAME
☐ DECEASED  ☐ ARRESTED  82 OLDS. 4DR VLF 831 AT 3009 W FULLERTON

OWNER'S NAME                    ADDRESS                    TELEPHONE NO.

CALL 747-6224 OR 747-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

FOUND BY - NAME ☐ CHECK IF C P D  GURTOWSKI GINNELLY CRIME LAB.    ADDRESS    TELEPHONE NO.

SEE COPY 4 FOR NOTICE TO FINDER

ARRESTEE INFORMATION

| | | INVESTIGATING OFFICER - STAR NO - UNIT | 1st OFFICER'S NAME | STAR NO |
|---|---|---|---|---|
| C H E C K O N E | ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK) | SANTOPADRE 20716 652 | SANTOPADRE | 20716 |
| | ☐ PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF | HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL | SIGNATURE | UNIT 652 |
| | ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND OR OWNER IS UNKNOWN) | | 2nd OFFICER'S NAME F GURTOWSKI | STAR NO 1339 |

SEIZURE WITHOUT SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-2).

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5

INITIAL DESTINATION OF PROPERTY  ☐ MEDICAL EXAMINER
☐ E & RPS  ☒ CRIME LABORATORY  ☐ AUTO POUND NO.  FA

SIGNATURE  F. Gurtowski    UNIT 177

SEIZURE WITH SEARCH WARRANT - (Ill. Rev. Stat. Chap. 38, Sec. 108-10).

VIA ☐ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL  ☐ E & RPS PICKUP  ☒ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT    STAR NO    DATE    TIME

ATTACH THIS COPY TO SEARCH WARRANT

**COPY 4 - GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

RFC-Iglesias 000046

CRIME SCENE PROCESSING REPORT
CHICAGO POLICE DEPARTMENT

CLASSIFICATION

Aggravated Battery | 0440

X 250303

| ADDRESS OF SERVICE 2148 N Sawyer/3009 W Fullerton | VICTIM'S NAME Monica ROMAN | SEX-RACE-AGE F WH | AREA-DIST BEAT OCCUR 14 A/5 |
| ASSIGNMENT TYPE CS | REQUESTED BY 1411 | DATE RECEIVED TIME 7 Jun 93 1615 | UNIT ASSIGNED 9604 |

**PHOTOGRAPHY**

| A O/A's of auto | D C/U bullet in roof | G |
| B O/A's into auto | E O/A's of 2148 N Sawyer | H |
| C C/U's L roof area | F | I |

| FINGERPRINTS | ELIM PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST FIRST) | SEX-RACE | D O B | C B NO | I R NO |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F N | MED NEG LIFT | LOCATION FOUND | F N |
|---|---|---|---|---|---|
| | None | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|
| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | V I N |
|---|---|---|---|---|
| 1982 | Oldsmobile 4 door | Blu/Gry | VLF 831 IL '93 | 1G3AX69Y5CM256966 |

**PHYSICAL EVIDENCE**

| PROP INVENT NO | UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 1135801 | CL | Envelope containing fired bullet from under vinyl top at left rear roof of above listed auto | FA |

**DETAILS OF CASE**

At about 1555 hours 7 Jun 93 the above victim was shot in the head while riding in the above auto at 2148 N Sawyer. Auto driven to 3009 W Fullerton where victim was removed by Fire Ambulance #3 to IL Masonic Hospital. Victim is in critical condition. A search of the scene and auto for relevant physical evidence met with the above noted results.

RD NO

X 250303

| INVESTIGATING OFFICER'S NAME Det Santopadre | STAR NO 20716 | UNIT A/5 VC | BEAT OFFICER'S NAME Off Assaf #15129 & Zuniga #6871 | STAR NO | UNIT 1411 |
| REPORTING TECHNICIAN PRINT LAST NAME FIRST STAR NO UNIT T Ginnelly #12134 F. Gurtowski #13319 | | | DATE ARRIVED 7 Jun 93 | TIME 1640 | TIME COMPLETED 1945 |

| TECHNICIAN'S SIGNATURE F. Gurtowski | DATE 7 Jun 93 | APPROVING SUPERVISOR (PRINT NAME) STAR NO 991 SUPERVISOR'S SIGNATURE |

PD 3-49 (REV 10-91)

RFC-Iglesias 000047

Identify and des___ property or possible evidence recover___ ___ he end of the Narrative n column form Show exactly where found wh___ found, who found it and its description include Property Inventory numbers! If property taken was scribed for Operant ___ stification indicate I D number at end of Narrative Offender s app___ ___te description if possible, should include name if known nickname, sex, race code, age, height, weight, color eyes & hair, co___lexion scars marks, etc If suspect is arrested, give name, sex, race co___ ___e, C.B. or I.R. number if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4 DATE OF ORIG OCCURRENCE-TIME | | | |
|---|---|---|---|
| DAY | MO | YR | |
| 7 | June | 93 | 1556 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | UCR OFF CODE | 2. ADDRESS OF ORIG INCIDENT/OFFENSE | 1 VERIFIED / 2 CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|
| BATTERY, Aggravated | 041A | (2148 N. Sawyer) | ☒2 CORRECTED | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT | | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | ☒1 YES ☐2 NO   IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | | ☐1 YES ☒2 NO | 5532 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 1 |

| | 11. ☒VERIFIED | 12. OBJECT/WEAPON | 13 FIREARM FEATURES | 14 POINT ENTRY | 15 POINT EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18 IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|
| CIRCUMSTANCES | ☐UPDATE TO | CODE NOS | CODE NO | CODE NO | CODE NO | CODE NOS | CODE NO | CODE NO |

19 Dna VERIFIED

DESCRIBE PROPERTY IN NARRATIVE   T = TAKEN;   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO STEREO |
|---|---|---|---|---|---|---|
| | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS | 0 CONSUM GOODS | 1 FIREARMS | & NARC DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

| | 20. NAME (LAST - FIRST - M.I.) | 21 UCR OFFENSE CODE | 22 HOME ADDRESS (NO. DIR, STREET, APT NO) | 23 SEX-RACE-AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 INJURED YES NO | 27 VICTIM REL CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL |
|---|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31 C.B. NO. | R NO, Y D NO OR J.D.A NO. | OFFENDER REL. CODE | C B NO | R. NO, Y.D. NO OR J.D.A. NO. | OFFENDER REL. CODE | 32 NO ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52 METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | ☒1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.

| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐CLRD. CLOSED | 6 EXC. ☐CLRD OPEN | 7 CLSD ☐NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT | ☐ADULT ☐JUV |

55 ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

## FIELD INVESTIGATION/PROGRESS REPORT

Continued on page 2

X-250 303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY MO YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| normal | 7 June 93 | 2355 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO | 94. REPORTING OFFICER (PRINT NAME) | STAR NO | SIGNATURE |
|---|---|---|---|---|
| Det. J. Santopadre 20716 | | Det. J. Bogucki 20668   Det. R. Schalk 20718 | | |
| SIGNATURE | | SIGNATURE | | 95 DATE APPROVED (DAY-MO-YR) TIME |

CPD-11___ 8 (Rev 8/85)   *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000048

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

VICTIM:

ROMAN, Monica  F/WH/16,
DOB: 22 Sep 76, 1230 W. Winnona
1st floor, PH: 784-4879,
student Senn H.S.

Father: ROMAN, Sixto M/WH/
        1230 W. Winnona
        PH: 784-4879

Mother: ROMAN, Hildea F/WH/
        1230 W. Winnona
        PH: 784-4879

WANTED:

1- M/WH/17-19yrs. 5'5"-5'7", 135-140
lbs, clean shaven, wearing: Blk
hooded sweatshirt, blk pants.

INJURIES:

Victim incurred 1 GSW to the
forehead above left eye. Lodged.
Currently on life support, not
expected to survive.

TAKEN TO:

Victim transported to the Ill
Masonic hospital by CFD Amb #3
treated and admitted to SICU.

WEAPON:

Unk type and caliber handgun.

LOCATION:

Incident occurred at 2148 N. Sawyer
on the street. The victim was
riding in an auto at this location.
After the shooting the driver of the
vehicle drove to 2338 N. Sacramento
a Phillips 66 Gas station to contact
the police and Ambulance. This
location has a Fullerton address of
3009 W.

DATE & TIME:

Incident occurred on 7 Jun 93, 1556
hrs.

WEATHER & LIGHTING:

Temp in upper 60's, previous heavy
rain during the day, daylight.

MANNER/MOTIVE:

Offender stood at 2148 N. Sawyer on
the parkway, behind tree. Offender
fired shots into moving auto
striking victim. Offender possibly
believed the persons in the auto

2

RFC-Iglesias 000049

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

were rival gang members.

**VEHICLE USED:**    Victim was riding in a 1982 Olds, 4dr. Blue vinyl top, gray body with the right front fender black. Ill License VLF 831. TOWED VIN:1G3AX69Y5CM256966 REGISTERS TO: Francisco CORONELL 5916 N. Paulina 2nd fl.(Boyfriend of victim) DRIVEN BY: GONZALEZ, Jesus (see witness section)

**EVIDENCE:**    Photos of scene
Photos of above auto
Recovered fired bullet from vinyl top of auto INV # 1135801 CL

**PERSONNEL ASSIGNED:**    Bt. 1411 P.O. Zuniga, 6871
           (Original report)
Bt. 1417 P.O. Hallinan, 4709
           (Tow Officer/scene)
Bt. 9604 Tech Ginnelly, 12134
           Tech Gurtowski, 13319
           (Crime lab)
Bt. 5532 Det J. Bogucki, 20668
           Det R. Schalk, 20718
           (Investigation)
Bt. 5541 Det J. Santopadre
           (Investigation)

**WITNESSES:**    OCHOA, Rosendo M/WH/23 DOB:1 Mar 70 2135 N. Sawyer, 2nd floor, PH: 772-0991, Unemployed, claims no gang affiliation.(Uncle of CORDRO)

GONZALEZ, Jesus M/WH/18, DOB:9Jun74 5916 N. Paulina, 2nd floor, No phone employed: Fireside Restaurant, 5739 ~No longer works there~ N. Ravenswood WPH: 278-5942 Claims no gang affiliation (Driver of vehicle victim was riding in)

SANCHEZ, Daniel M/WH/17, DOB:9Jan76 5916 N. Paulina 2nd floor, student Senn H.S. employed: Hat Dance Restaurant, 325 W. Huron, ~No longer works there~ WPH: 649-0066 Claims no gang affiliation (Passenger in auto) ~338-09 Sanchez~

3

RFC-Iglesias 000050

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

**WITNESSES CONT.**

CORONELL, Jose M/WH/21, DOB:25Nov71 5916 N. Paulina, 2nd floor No Phone SSN: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 employed: Food Life Restaurant, 835 N. Michigan (Water tower Place) WPH: 335-3663 Claims no gang affiliation (Passenger in auto) *STARS AT 9:00 PM*

RODRIGUEZ, Hugo M/WH/16 DOB:27Apr77 5916 N. Paulina, No phone, Student Senn H.S. unemployed, Claims no gang affiliation (Passenger in auto)

CORDRO, Mercy F/WH/16, DOB:26Mar77 2135 N. Sawyer, 2nd flr. PH: 772-0991 Student Senn H.S. (Girlfriend of Victim) claims no gang affiliation.

**INTERVIEWED:**

TORRES, Sarah F/WH/44, DOB: 28Jun49 2148 N. Sawyer, 3rd flr. South PH: 252-6103

TORRES, Efrain M/WH/18, DOB:30Nov74 2148 N. Sawyer, 3rd Flr South HPH: 252-6103, SSN: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

CRUZ, Rosie F/WH/21, DOB:10Feb72 3231 W. Palmer, 3rd flr. No phone

NIEVES, Maria F/WH/21, DOB:8Jan72 3231 W. Palmer, 3rd flr. No phone.

VAZQUEZ, Frank M/WH/27, 3241 W. Palmer, 1st flr. PH: 235-8542, Unemployed.

**TO BE INTERVIEWED:**

Arnell M/B/35-37 Bus driver for the Mavis Bus company PH: 378-3156 NFI

BULLOCKS, Bernice F/B/41, 2148 N. Sawyer, 1st flr South PH: 342-8727

**INVESTIGATION:**

The R/Dets were assigned to the above captioned investigation by Lt. Farrell of Area 5 Violent Crimes

The R/Dets learned that the victim had been shot at 2148 N. Sawyer while riding in an auto. This auto was driven to 2338 N. Sacramento to the Phillips 66 gas station where other occupants

4

RFC-Iglesias 000051

DETECTIVE DIVISION                                        RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                                7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

contacted the police and an ambulance. The R/Dets responded to 2338 N. Sacramento and found a 1982 Olds 4dr. with Ill license plate number VLF 831. The mobile crime lab arrived on the scene at which time photos were taken of the auto. The R/Dets noted a bullet lodged under the vinyl top of the auto which was recovered and inventoried by the Crime lab personnel. This vehicle was then towed to Pond #1 for further investigation. The R/Dets learned that the victim had been transported to the Ill Masonic Hospital by CFD Amb #3 and was in critical condition with a GSW to the forehead and that witnesses and the passengers from the auto had been taken into the 14th Dist station. Dets Schalk and Bogucki proceeded to the location where the shots had been fired and then to the hospital. Det Santopadre proceeded into the 14th Dist and interviewed the witnesses.

The R/Dets learned shooting occurred on the street at 2148 N. Sawyer which is a residential area with a large apartment building at that address on the West side of the street. Sawyer is a one way Northbound street. The vehicle the victim was in had just dropped off Mercy CORDRO at 2135 N. Sawyer, who is a friend of the victim. The people in the vehicle had been parked in the East/West alley a few doors down from CORDRO's house. The people from the vehicle, including the victim, had been talking with CORDRO and her small niece for a short time. After re-entering the vehicle, with the victim in the front passenger seat and SANCHES, CORONELL and RODRIGUEZ in the rear seat and GONZALEZ driving, they proceeded North on Sawyer and when approaching Palmer shots were fired by the wanted offender at the auto striking the victim. GONZALEZ then drove to the gas station for a phone to call the police and an ambulance.

The R/Dets interviewed the following witnesses.

OCHOA, Rosendo

stated that he is the cousin of Mercy CORDRO and was in his 2nd floor apartment at the time of the incident. OCHOA related that CORDRO was dropped off by friends at approx 1610 hrs. and came into the apartment. At that time CORDRO took her 1 1/2 yr old niece down to show her friends who were waiting in the auto in the alley North of the residence. OCHOA stated that he was looking out the window for CORDRO and observed a Male wearing a black hooded sweatshirt with the hood up, across the street in front of the large apartment building. (OCHOA gave the description in the "Wanted" section of this report). As CORDRO began to walk back to his apartment building the friends of CORDRO re-entered their auto and pulled out of the alley and proceeded

5

DETECTIVE DIVISION                                         RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                                 7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

North bound on Sawyer. As the vehicle pulled up to the stop sign at Palmer, the Unk male in the black hooded sweatshirt walked up near a tree pulled a handgun and began firing at the auto. OCHOA stated that he heard 5 shots and observed the auto drive away. After firing at the car, the offender ran Southbound on Sawyer to the alley then turned West into the alley and then again turned South in the North/South alley. OCHOA stated that shortly after the man entered the alley he heard the screeching of tires in the alley but did not see an auto. OCHOA stated that he had never seen the offender before in the neighborhood.

GONZALEZ, Jesus      stated that he was driving the auto in which the victim was riding at the time she was shot. The auto is owned by GONZALEZ's roommate who is the boyfriend of the victim and was not present at the time of the incident as he was at work in Deerfield. GONZALEZ stated that he, CORDRO, SANCHEZ, CORONELL, RODRIGUEZ and the victim had left the apartment the males share at 5916 N. Paulina at approx 1430 hrs. All went for a ride in the area of Senn H.S. and then went to Addision and California to pay an electric bill. GONZALEZ then drove CORDRO home to 2135 N. Sawyer where they stopped for a short time in the alley and talked while CORDRO showed her niece to the victim. As they were leaving, GONZALEZ stated that he was on his way to drop off the victim at her house. Someone began to fire at the auto. GONZALEZ stated that he ducked and then sped away from the area before he knew that the victim had been shot. Upon realizing the victim had been shot he drove to a gas station and called for the police and an ambulance. GONZALEZ stated that he nor any of the other males are gang members and that they had never been in the neighborhood where the incident occurred before. At no time was there a problem with anyone while in the area or while on the way to drop CORDRO off. GONZALEZ stated that he nor any of the other have ever been in trouble with the police and all either go to school or work. GONZALEZ stated that he never saw the offender and has no idea why the auto he was driving was shot at.

The R/Dets interviewed the other passengers of the auto SANCHEZ, CORONELL, and RODRIGUEZ who gave the account of the incident as related by GONZALEZ. CORONELL and RODRIGUEZ did observed the offender run into the alley after the shooting.

CORDRO, Mercy:      stated that she is a friend of the victim, and goes to Senn H.S. with her. On the day of the shooting,

6

RFC-Iglesias 000053

DETECTIVE DIVISION                                    RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                            7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

the victim, and some of her friends, were giving her a ride to her home at 2135 N. Sawyer Ave. They dropped her off in the alley by her house. She got out of the car and went inside to get her young nephew. She came back outside and briefly spoke with the victim and her friends, who were still in the alley. She believed that they were still there because a couple of the guys had to urinate. She then walked southbound on Sawyer, along with her nephew. When she got about 1/2 block away, she heard gunshots. She turned and saw the car with the victim, drive northbound on Sawyer at a high rate of speed. She saw a subject, dressed all in black, turn westbound into the south alley of Palmer. She only saw the back of that subject, and could not see if he had a gun. She further stated that there was no trouble prior to the shooting.

TORRES, Sara:          stated that just prior to the shooting, someone rang her front doorbell. She looked out the front window of her 3rd floor apartment, and saw a school bus driver at the door. The bus driver was bringing home the mentally handicapped boy who lives on the 1st floor. The driver apologized for ringing her doorbell, and she stepped away from the window. Shortly thereafter, she heard gunshots and again looked out her window. She then observed a subject, who was in front of her building, run southbound from that location. She described that subject as being about 5-9, skinny, wearing all black clothing including a black hood. She did not see the face of that subject, nor did she see if he had a gun. She did not recall seeing anyone else on the street, other than some cars that drove past.

TORRES, Efrain:          TORRES stated that he lives on the third floor at 2148 N. Sawyer with his mother. He stated that at the time of the shooting he was in his apartment. He heard about four shots and then someone laughing. TORRES stated that he then looked out of the front window but saw nothing. TORRES stated that his mother looked out of the window in time to see a male with a black hooded sweatshirt run S/B from the scene. TORRES stated that about ten minutes earlier, he noticed about five "I.G." gang members standing in front of the Boys Club at the N/E corner of Sawyer and Palmer. He stated that he remembered two of the five subjects were wearing black "hoodies". One of the subjects was a M/WH that he has seen in the neighborhood previously. He wore a 3/4 length black starter coat and pink baggy pants along with his black "hoody". The other subject that was wearing a black "hoody" was a M/B and wore a short black jacket and black pants. TORRES could add nothing further at this time.

7

RFC-Iglesias 000054

DETECTIVE DIVISION                                      RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                                7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

CRUZ, Rosie:                    These girls stated that they were
NIEVES, Maria:                  standing on the S/E corner of Palmer
                                and Sawyer.  They stated that a male
                                wearing a black "hoody" and black
                                pants walked from the west on Palmer
                                and then turned the corner S/B on
Sawyer.  They stated that the male in the black "hoody" stood in
front of the building at 2148 N. Sawyer.  A short time later a
silver color slowed down driving N/B approaching the corner.  The
male with the "hoody" then approached the car and fired four shots
at the silver color car.  The shooter then ran S/B and the two
girls then ran E/B.  Both CRUZ and NEIVES stated that they did not
see the face of the shooter.

VAZQUEZ, Frank                  stated that he was not at home at
                                the time of the incident and could
                                add nothing further.

                                The bus driver " Arnell" to be
                                interviewed was dropping off the son
                                of Bernice BULLOCKS who is
retarded.  Offender was possibly standing in front of the building
at the time he was dropping the child off and Arnell would have had
to walk by the offender prior to the shooting.  Bernice BULLOCKS
was looking out the window waiting for the bus to bring home her
son.  BULLOCKS was not available at the time of this investigation.

                                This   investigation   remains   in
                                progress.....

                                Det J. Santopadre
                                Det R. Schalk
                                Det J. Bogucki
                                Area 5 Violent Crimes
                                Detective Division

8

RFC-Iglesias 000055

REPORT GO POLICE | DATTERY | O.4.1A | HGGRAVATED (HUNDGUN) X-25.03.03

4 ADDRESS OF OCCURRENCE | NO DIR STREET: 2338 W SACRAMENTO | APT NO | 5 FIRE RELATED ☐ YES X NO | 6 DATE OF OCCURRENCE DAY MO YR: 7 JUN 93 1556 | BEAT OF OCCUR 1414 | BEAT POINT ASSIGN 1411

9 TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED (GIVE NAME OF LOCATION IF APPLICABLE): STREET | 10 LOCATION CODE 3,0,4 | 11 DATE R.O. ARRIVED TIME 7 JUN 93 1610 | 12 ASSIGNED BY X 1 CHS ☐ 2 ON VIEW ☐ 3 SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 21 NAME (LAST, FIRST, M.I.) | IDENTITY VERIFIED | 22 HOME ADDRESS (NO., DIR, STREET, APT. NO.) | 23 SEX RACE-AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 TIME AVAIL | 27 OCCUPATION | 28 INJURED YES NO | 29 HOSP TREAT |
|---|---|---|---|---|---|---|---|---|---|
| ROMAN, MONICA | ☐ | 1230 W Winona | F,4,17 | 7844879 | | | Student | X | 024 |

PARENT/GUARDIAN, IF JUVENILE

RACE CODES
1 BLACK  3 BLACK HISPANIC  5 AMER. IND / ALASK. NAT
2 WHITE  4 WHITE HISPANIC  6 ASIAN/PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use for Member of the Same Family or Household)
01 WIFE  09 BROTHER  17 BROTHER IN LAW
02 HUSBAND  10 SISTER  18 SISTER IN LAW
03 FORMER WIFE  11 AUNT  19 OTHER RELATIVE
04 FORMER HUSBAND  12 UNCLE  20 GIRL FRIEND
05 MOTHER  13 MOTHER IN LAW  21 BOYFRIEND
06 FATHER  14 FATHER IN LAW  22 FRIEND/ACQUAINTANCE
07 SON  15 SON IN LAW  23 OTHER, SPECIFY
08 DAUGHTER  16 DAUGHTER IN LAW  24 NO RELATIONSHIP

| 30 ☐ 1 DISCOVERED ☐ 2 WITNESSED ☐ 3 REPORTED OFFENSE | | | | | | |
|---|---|---|---|---|---|---|
| Sanchez, Daniel | 5916 N Paulina | M,4,17 | | | | |
| DelGuez, Hugo | 5916 N Paulina | M,4,16 | | | | |
| Gonzales, Jesus | 5916 N Paulina | M,4,18 | | 8785942 | | |

| 41 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC) | 42 HOME ADDRESS | 43 SEX RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL | MARKS, SCARS, ETC | 44 C.B./I.R. NO | 45 OFFENDER REL CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| BLK CLOTHING / WITH BLK Hood OVER HEAD | | M,4,18 | 507 | 145 | BRN | BLK | LIGHT | N/V | | 024 |

51 OBJECT/WEAPON ☑1 USED ☐2 DISPLAYED ☐3 UNK
☑ 01 HAND GUN
☐ 02 SHOTGUN
☐ 03 RIFLE
☐ 04 KNIFE
☐ 05 VEHICLE
☐ 06 BLUNT INSTRUMENT
☐ 07 THROWN OBJECT
☐ 08 EXPLOSIVE
☐ 09 LIQUID/GAS
☐ 10 BOTTLE/GLASS
☐ 11 RAZOR
☐ 12 PRY TOOL
☐ 13 HAND, FEET
☐ 14 OTHER
☐ 15 DNA

52 FIREARM FEATURES
☐ 01 CHROME/NICKEL
☐ 02 BLUE STEEL
☐ 03 SHORT BARREL
☐ 04 LONG BARREL
☐ 05 SAWED OFF
☐ 06 OTHER
☐ 07 UNKNOWN
☐ 08 DNA

53 POINT/ENTRY
☐ 01 FRONT DOOR
☐ 02 REAR DOOR
☐ 03 WINDOW
☐ 04 ROOF
☐ 05 FLOOR
☐ 06 SIDE DOOR
☐ 07 OTHER
☐ 08 UNKNOWN
☐ 09 DNA

54 POINT/EXIT
☐ 01 FRONT DOOR
☐ 02 REAR DOOR
☐ 03 WINDOW
☐ 04 ROOF
☐ 05 FLOOR
☐ 06 SIDE DOOR
☐ 07 OTHER
☐ 08 UNKNOWN
☐ 09 DNA

55 BURGLAR ALARM
☑ NONE
ON PREMISE
☐ 1 YES ☐ 2 NO
ALARM CIRCUMVENTED
☐ 1 YES ☐ 2 NO

56 SAFE BURGLARY METHOD
☐ 01 PUNCH
☐ 02 TORCH
☐ 03 EXPLOSIVE
☐ 04 DRILL
☐ 05 REMOVED
☐ 06 PEEL
☐ 07 OPEN
☐ 08 UNKNOWN
☑ 09 DNA

57 IF RESIDENCE, WHERE WERE OCCUPANTS
☐ 01 WORK
☐ 02 VISITING
☐ 03 VACATION
☐ 04 WEDDING
☐ 05 FUNERAL WAKE
☐ 06 OTHER
☐ 07 UNKNOWN
☑ 08 DNA

58 UNUSUAL CHARACTERISTICS OF OFFENSE: SEE NARR

59 GANG RELATED - AFFILIATION
☐ 1 VICTIM
☒ 2 OFFENDER

61 DESCRIBE PROPERTY IN NARRATIVE    T TAKEN  R RECOVERED

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM GOODS | 1 FIREARMS | 2 NARC/DANG, DRUGS | 3 OTHER | 4 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T $ | T |
| R | R | R | R | R | R | R | R | R | R | R | R |

64 VEH/TRAILER ☐ STOLEN ☐ THEFT FROM ☐ OFFENDER'S | YEAR | MAKE | BODY STYLE | COLOR | VIN | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73 PROPERTY INVENTORY NO(S) | 74 VEH INVENTORY NO (NO)

NARRATIVE (Do not duplicate or repeat information - for a continuation of address/information use#)

81 SUMMARY OF VICTIM ☐ 1 SOBER ☐ 2 HBD

IN SUMMARY WITNESS'S RELATE THAT AS THEY WERE DROPPING OFF A PASSENGER NEAR 2185 N SAWYER (MARY CORDERO) WHEN ABOVE OFFENDER WALKED OUT FROM A WALKWAY and YELLED "King love" and began SHOOTING. WITNESS SAY FIVE SHOTS WERE FIRED INTO THEIR AUTO, SEVERAL STRIKING (MONICA Roman)

87 FLASH MESSAGE SENT ☐ 1 YES ☐ 2 NO

91 EXTRA COPIES REQUIRED ☒ NORMAL | CONT'D ☑ OTHER SIDE ☐ NO | 92 OFFICER NOTIFYING FOLLOWUP INVESTIG UNIT ZUNIGA | UNIT NOTIFIED ASVC | PERSON NOTIFIED ☒ LT FARRELL #382 ☐ ARRIVED | DATE (DAY MO YR) 7 JUN 93 | TIME 1635

93 FIRST OFFICER AT SCENE ZUNIGA | 94 OFFICER NOTIFYING ☒ IST D/S ☐ DET. ☐ M.E. ☐ PERSON ☒ NOTIFIED WILLIS #15925 ☐ ARRIVED | DATE (DAY MO YR) 7 JUN 93 | TIME 1645

95 REPORTING OFFICER'S NAME (PRINT) ZUNIGA | STAR NO 6811 | OFFICER'S SIGNATURE Zuniga | DATE INV'G COMPLETED 7 JUN 93 | TIME | 97 SUPERVISOR APPROVING (PRINT NAME) | STAR NO

96 REPORTING OFFICER'S NAME (PRINT) | STAR NO | | | APPROVAL SIGNATURE | DATE APPROVED | TIME

RFC-Iglesias 000056

IN THE LEFT SIDE ABOVE THE LEFT UNA ALSO SAW THE IR-25030
EYE. AUTO THEN FLED THE SCENE SHOOTING, SARAH TORRES
IN AN ATTEMPT TO GET THE VICTIM 2148 N SAWYER F/4/42 3RD S.
MEDICAL ATTENTION. OTHER ph (252 6103) HER SON RELATES
WITNESS'S TO THE CRIME WERE THAT HE SAW THE OFFENDER
CRUZ, ROSIE 3231 N PALMER 3RD Come out of THE BOYS CLUB
F/4/21 - also NIEVES, MARIA at Sawyer and palmer
3231 N Palmer F/4/16 , BERNICE Bt 1410 on the Scene 14th DIST
Bullocks HEARD 3 SHOTS, She lives NOTIFIED. 1630 HRS CRIME lab BT 96
At 2148 N Sawyer 1ST South (3428727 Grinnelly #12134 on Scene.
School Bus DRIVER (ARNELL) From Amb #3 made removal to ILLINOIS
MAVIS Bus Co m/1/35 ph 378-3156 MASONIC HOSP.
was unloading a handicap Child

| I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDI- CATE THAT IT IS ACCEPTABLE | SUPERVISOR'S SIGNATURE | DATE (DAY MO-YR.) 17 Jun |

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

| I-UCR OFFENSE CODE | REV CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO | OFFICER ASSIGNED STAR NO | DATE ASSIGNED | SUPV STAR NO | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | ☐1 FIELD ☐2 ADMIN ☐3 SUMMARY | | | | | ☐1 YES ☐2 NO | ☐1 YES ☐2 NO |
| OFFICER REASSIGNED STAR NO. | DATE | STATUS ☐0 PROGRESS ☐3 CLEARED CLOSED ☐6 EXC. CLEARED OPEN | ☐1 SUSPENDED ☐4 CLEARED OPEN ☐7 CLOSED—NON CRIMINAL | ☐2 UNFOUNDED ☐5 EXC CLRD CLOSED | IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) | | | | |
| VICTIM IDENTIFIERS ☐1 CORRECT ☐2 REVISED | VICTIM NO | REVISED NAME | | | ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT | ☐3 COMPL. REFUSED TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPTIONAL | ☐AD ☐JU |
| | | | | | REVISED ADDRESS | | | | I REVISED PHONE NO ☐HOME ☐BUSINESS |

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

| MONEY ☐T $ ☐R | 12 JEWELRY ☐T $ ☐R | 13 FURS ☐T $ ☐R | 14 CLOTHING ☐T $ ☐R | 17 OFFICE EQUIPMT ☐T $ ☐R | 18 TV, RADIO, STEREO ☐T $ ☐R | 19 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM GOODS ☐T $ ☐R | 14 FIREARMS ☐T $ ☐R | 18 NARC/DANG DRUGS ☐T $ ☐R | 15 OTHER ☐T $ ☐R | 16 NON ☐T ☐R |

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT

SERIAL NOS OR IDENTIFICATION NOS ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY - SIGNATURE | | STAR NO | DATE (DAY MO YR.) | APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY MO YR.) |

RFC-Iglesias 000057

RCV BY:CHICAGO POLICE DEPT. ; 6- 7-93 ; 7:58PM ; 3124279623→ A5 DET:# 1

**CRIME SCENE PROCESSING REPORT**
CHICAGO POLICE DEPARTMENT

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | ER NO. | RD NO. |
|---|---|---|---|
| Aggravated Battery | 0440 | | X 250303 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST-BEAT OCCUR |
|---|---|---|---|
| 2148 N Sawyer/3009 W Fullerton | Monica ROMAN | F WH 14 | A/5 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| CS | 1411 | 7 Jun '93 1615 | 9604 |

**PHOTOGRAPHY**

A O/A's of auto
B O/A's into auto
C C/U's L roof area
D C/U bullet in roof
E O/A's of 2148 N Sawyer

**FINGERPRINTS** ELIM PRINTS ☐YES ☐NO  IN CUSTODY ☐YES ☐NO

MED NEG LIFT — LOCATION FOUND: None

POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE ☐ADULT ☐JUVENILE
☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS  SUITABLE FOR COMPUTER ☐YES ☐NO  PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO | VIN |
|---|---|---|---|---|
| 1982 | Oldsmobile 4 door | Blu/Gry | VLF 831 IL '93 | 1G3AX69Y5CM256966 |

**PHYSICAL EVIDENCE**

| PROP INVENT NO - UNIT | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|
| 1135801 CL | Envelope containing fired bullet from under vinyl top at left rear roof of above listed auto | FA |

**DETAILS OF CASE**

At about 1555 hours 7 Jun 93 the above victim was shot in the head while riding in the above auto at 2148 N Sawyer. Auto driven to 3009 W Fullerton where victim was removed by Fire Ambulance #3 to IL Masonic Hospital. Victim is in critical condition. A search of the scene and auto for relevant physical evidence met with the above noted results.

INVESTIGATING OFFICER'S NAME: et Santopadre  STAR NO 20716  UNIT A/5 VC
BEAT OFFICER'S NAME: Off Assaf #15129 & Zuniga #6871  UNIT 1411
REPORTING TECHNICIAN: Ginnelly #12134  F. Gurtowski #13319
DATE ARRIVED 7 Jun 93 TIME 1640  TIME COMPLETED 1945
TECHNICIAN'S SIGNATURE: F. Gurtowski  DATE 7 Jun 93

949 (REV 10/92)

RFC-Iglesias 000058

HEARD 3 SHOTS

BULLOCKS, BERNICE
2148 N. SAWYER F/B/41
1ST FLOOR SOUTH
342-8727

HYATT S. BULLOCKS
M/B/15
ESPERANZA SCHOOL
520 N. MARSHFIELD

BUS
DRIVER MAVIS BUS CO 378-3156
DISORDER: ARNELL M/B/35
-37

TORRES SARAH
2148 N. SAWYER F/W4/42
3RD FLOOR SOUTH
252-6103

Son came from the boys club knows son -

Son - came from Boy Club

RFC-Iglesias 000059

Pedestrian {
1.) Rosendo, Ochoa
HM. 2135 N. Sawyer
HM → 772-0991

Car {
2.) Sanchez, Danial
5916 N. Paulina 2ND
(SENN Highschool)

3. Rodriguez, Hugo
2ND HM 5916 N. Paulina
(SENN Highschool)

4.) Gonzalez, Jesus
HM. 5916 N. Paulina
WK. 878-5942

5.) Coronell, Jose
HM 5916 N. Paulina 2ND
WK. Foodlife rostaurant
835 N. Michigan
#335-FOOD

Interpator - P.O. Valdez,
17289.
Bt. 1426,

RFC-Iglesias 000060

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT    DATE OF THIS REPORT

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports

Herman 3 Gates - 2ND S - Person

man North VACONT

3241 Palmer - Vasquez, Anthony 1st
Hand Shots - Nothing

3241 - Bght - Not Home at Time
Jose Serrano
3rd - No Answer

Came Blu Palmer s/n Sawyer - Just Arron Shooting
Buk Hood - Shot 4 Times at Car
Run 6/b To Acluy
Conm Mr Conn-Ran

Roger Cruz          Maria Nieves
3231 W. Palmer 3rd     8 Jan 72
No Phone 2-10-72

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME

D-23.122 (Rev. 2/83)

RFC-Iglesias 000061

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY MONTH YEAR | DAY MONTH YEAR WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

MAVIS BUS Co,

PALMER 4 SAWYER

"ARNELL" 35YRR
M/B

ESPARANZA SCHOOL

2148 N. SAWYER "BULLOCKS" BERENICE
1ST FL, SOUTH F/B/41

2148 N. SAWYER
TORRES 3RDFL,

① TORRES, EFRAIN M/WH/18 | S/B ALONG 2148 TB W/B
2148 3RD FL, 11-30-74 | THRU T-ALLEY
252-6103, 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 |

M/WH PINK OR RED PANTS BAGGY PANTS W/BLK HOODY
1-3/4 BLK STARTER JACKET 4 SHOTS 5-4, weight
|ABUSE ||| thin
140 blw

At least 5 minutes before, saw about 3 small
kids, saw about 5 IGS in front of Boys Club

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000062

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY    MONTH    YEAR

DATE OF THIS REPORT
DAY    MONTH    YEAR    WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT    VICTIM'S NAME AS SHOWN ON CASE REPORT

BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

BUS DRIVER RANG BELL    BERNICE KID    CAME IN
LOOKED OUTSIDE WINDOW — BUS DRIVER SAID HE WAS SCARED
SAW BLACK HOOD — HEARD SHOTS — LOOKED OUT AGAIN
IN FRONT STATION RUNNING S/n
BUS DRIVER TOOK
CARS DROVE BY —

SKINNY, BLK. HOOK — 5'10"? ALL BLACK

② SARA TORRES    BEN SOUTH
252-6103    6-28-49

1ST SOUTH — BERNICE + SON (BUS)
BURBUSS
STAIR?

1ST NORTH — 3-4 SHOTS LOOK OUT
BLACK HOOD RAN W/B
5'8/9, SKINNY
DAVID CHMIELESKI
278-8389    26 APR 74

R.D.
NO.

2ND NORTH — VACANT

PORTING OFFICER'S SIGNATURE—STAR NO.    RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.    DAY—MO.—YR.    TIME

D-23.122 (Rev. 2/83)

RFC-Iglesias 000063

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY     MONTH     YEAR

DATE OF THIS REPORT
DAY     MONTH     YEAR     WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT

BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Lt. FOREHEAD: LOOSED — 3240

SIXTO ROMAN     HILDRA ROMAN

22 SEP 76     ROMAN     1230 W. WINONA
MONICA BANOS           1ST - 784-4879

PICKED UP ONCE AROUND SCHOOL
4 GUYS + 2 GIRLS     - 3 GUYS IN BACK
                    IN ALLEY          2 URINATED IN
DROPPED HER OFF AT HOUSE — GOT OUT — TAYLOR     ALLEY
WALKED TO PICK UP NEPHEW — BLOCK AWAY WHEN STOPS
SAW CAR DRIVE OFF FAST
ALL BLACK HOODY — TURN DOWN ALLEY
SAW HIS BACK

(3)

MERCY CORDRO
2135 N. SAWYER 2ND          (COUSIN)
772-0991     26 MAR 77      ROSENDO
SAW H.S.     UNK SS          MONROY

EPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000064

Case: 1:18-cv-01028 Document #: 828-7 Filed: 11/22/25 Page 66 of 172 PageID #:110298

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

7148 SAWYER.

off possible
(Iving from Boys Club PALMER
Boys Club PALMER & SAWYER

WIT 3RD FL - TORRES
a son

BUS DRIVER

VicT - SANCHES, MANIER.

SENN H.S.

R.D. NO.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY. SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000065

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY   MONTH   YEAR

DATE OF THIS REPORT
DAY   MONTH   YEAR   WATCH

OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TOW. 1417 - P.O. HALLINAN
4709.
(SCENE)

9604.

TECH: GINNELLY 12/34
TECH. GURTOWSKI 1331.

1982 OLDS VINYL TOP.
4 DR. Blu/Gray [BLK RT FRONT FENDER] PASS WINDOW CLOSED.
VLF 831. DRIVERS SIDE WINDOW OPEN
VIN: 1G3AX69Y5CM256966. BOTH REAR WINDOWS ½ open.

1 Bullet Hole Roof.
1 " " " Lt. Rear of Roof. — 1 Bullet Recovered (C.L.)

PHILLIPS 66 STATION.
2338 N. SACRAMENTO.
PKED on Fullerton.

R.D. NO.

REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. TIME

CPD-23.122 (Rev. 2/83)

RFC-Iglesias 000066



Audiel Gonzalez

HAT DANCE

2130

N

1230 W. WINNONO.

RFC-Iglesias 000067

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

R.D. NO.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000068

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY    MONTH    YEAR

DATE OF THIS REPORT
DAY    MONTH    YEAR    WATCH

OFFENSE CLASSIFICATION – LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

OCHOA, ROSENDO. M/WH/23 ◊/MAR70
2135 N. SAWYER 2ND PN: 772-0991
SSD. UNEMPLOYED. CLAIMS NO
GANG,
NO NICKNAME.

offender standing at 2148 N. SAWYER. AT TIME of SHOOTING

- ABOUT 1610-1615 -
- INSIDE -
- VEH: DROPPED OFF MARCELLES CORDER STOPPED IN ALLEY, 2135 N. SAWYER. 2ND
- MARCELLES picked up HER NICE 1½ YR. & WAS going out to SHOW people in CAR the BABY
- RESENDO WAS looking out WINDOW C & SAW 1-M/P.R./ 17-19 5'5 135-14.
STANDING ON STREET. WEARING BLK HOODED SWEATSHIRT. + BLK PANTS. - CLEAN SHAVEN.
- MARCELLES. BEGAN TO TAKE BABY INSID
- CAR STARTED TO PULL AWAY
- NORTH BOUND.
- off HIDES BEHIND TREE. & FIRES 5 SHOTS AT VEH. (3+2)
- off then RUNS S. TO ALLEY & WEST IN ALLEY.
- HEARD CAR TIRES SQUEELNN'N

REPORTING OFFICER'S SIGNATURE-STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE-STAR NO. | DAY MO YR. TIME

CPD-23.122 (Rev. 2/83)

RFC-Iglesias 000069

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

2

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY MONTH YEAR | DAY MONTH YEAR WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field Investigation of violent crimes which are used to prepare official Department case reports.

GONZALES

- ALL GOT BACK IN CAR.
  VIT IN #PASS. SEAT,
  3 GUYS REAR SEAT,
  GOING TO DROP VIT OFF, AT HER
  HOME
- SOME ONE BEGAN SHOOTING
- GONZALES DUCKED
- VIT SHOT, —
- GONZ - DROVE TO GAS STATION
  + STOPPED CAR TO CALL POLICE.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO | DAY—MO.—YR. TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

RFC-Iglesias 000070

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY   MONTH   YEAR

DATE OF THIS REPORT
DAY   MONTH   YEAR   WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

SANCHEZ, DANIAL   M/WH/17
5916 N. PAULINA 2ND.   9 JAN. 76
SENN H.S.   9TH GRADE.
WK: HAT DANCE. REST-   2 YRS.
325 W. HURON   (cook)
649-0066.   1600-2300.
5 DAYS.

— LEFT REAR POSITION IN CAR.

— SAME STORY.

— EXCEPT ALL DROVE BY SENN. H.S.
BEFORE DROPPING OFF MARCELLES

— NEVER SAW SHOOTER.

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000071

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

RODRIGUEZ, HUGO. M/WH/16.
5916 N. PAULINA 2ND                    27 APR 77
SENN H.S. 2ND YEAR.        N. GANG,
— unemployed —

FATHER — 3113 W. AINSLE 2ND
RODRIGUEZ, FORTUNATO.    NO. PH.
mother in MEXICO.

— MIDDLE REAR SEAT
— AFTER SHOOTING SAW OFF in
— ALL BLK —
          — Run into Alley —
— HEARD 5 SHOTS.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000072

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY   MONTH   YEAR | DAY   MONTH   YEAR   WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Brother / Cor owner /

CORONELL, JOSE    M/WH/21
5916 N. PAULINA 2ND.    25 Nov 71
no PH.    SSN: 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
FOOD LIFE — WATER TOWER.
835 N. MICHIGAN
(335 - FOOD)    (COOK-)

SAME STORY

Sitting in RT REAR position
HEARD yell SAW off running away
Someone w/ her wearing BLK HOOD.
Something in english
HEARD 5 shots.
SAW only / Ran into Alley
SAW only BACK of off.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY. SUPERVISOR'S SIGNATURE—STAR NO. | DAY -MO -YR.    TIME |
|---|---|---|

CPD 23.122 (Rev. 2/83)

RFC-Iglesias 000073

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT
DAY   MONTH   YEAR

DATE OF THIS REPORT
DAY   MONTH   YEAR   WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

DRIVER

GONZALEZ, JESUS. M/WH/18
5916 N. PAULINA                    9 JUN 74
"CHUCHO"         PH NONE —
IN CHICAGO 5 MO.
IN 1 YR
WK: 278-5942                    No GANG
FIRE SIDE RESTAURANT.              AFF.
5739 N. RAVENSWOOD  (800 - 0330
USES: NAME:              (COOK) EVERYDAY
— AUDIEL GONZALES —        THUMB MISS
                           RT HAND.

OWNER OF CARS

CORONELL, FRANCISCO  M/WH/18
5916 N. PAULINA.

VICTIM IS FRANCISCO'S GIRLFRIEN

— LEFT HSE (5916) AT 1430. —
ALL 4 GUYS & 2 GIRLES (VICT & MARCELLES)
— PAID ELECTRIC BILL. ADDISON & CAL.
— DROVE TO SAWYER DROPPED off.
MARCELLES

R.D. NO.

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR.   TIME

PD-23.122 (Rev. 2/83)

RFC-Iglesias 000074

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY MONTH YEAR | DAY MONTH YEAR WATCH |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

VASQUEZ, FRANK M/WH/27.
3241 W. PALMER. 1ST.
PH 235-8542.
WPA UNemployed
NOT Home
LEFT 1500.
RETURNED AFTER INCIDENT

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. TIME |
|---|---|---|

CPD-23.122 (Rev. 2/83)

RFC-Iglesias 000075

```
HD70                         VEHICLE INQUIRY                      07 JUN 93
                                                                  2158  INQ
ENTER: HOT CHECK?  Y      CUSTODY? Y      BEAT/STAR 5541
        LIC NUMBER VLF831      LIT PC    LIS IL                 LIY 00
    OR  VIN NUMBER  _____  OR     CHICAGO CITY TAG  _____ __
    OR  RD NUMBER   _____            OR     TOW INV / PT NUM  _____
---------------------------------------------------------------------------
_  TOW IN POUND        LIC: VLF831  PC  IL  92  11 VIN: 1G3AX69Y5CM256966
 TAG:              VEH: 82 OLDS 4D  MODEL:     GRY GRY    TOW: 1414  07 JUN 93
  RD: X250303       NAME:
  PND 01 00455347 FROM: 03013 W FULLERTON
MISC:




           F1=HELP   F2=NEXT   F3=PREVIOUS   F7=LEADS   F9=VIEW   F12=EXIT

HD80                         LEADS RESPONSES                       07 JUN 93
                                                                  2159  INQ
                                         PAGE  01

XCX NO REC LEADS   LIC/VLF831 LIY/00 LIS/IL
                      **** END OF MESSAGE ****
SOS  060793  2159
SOS23  NO RECORD ON FILE-SEARCH KEY VLF831
LIC/VLF831.LIS/IL.LIY/00.LIT/PC.
                      **** END OF MESSAGE ****




 F1=HELP   F2=NEXT   F3=PREV   F9=VIEW ALL   F10=ERASE   F11=STATUS  F12=EXIT
HDL010  ALL LEADS RESPONSES RECEIVED SO FAR HAVE BEEN DISPLAYED
HD50                         TOW VEHICLE                           07 JUN 93
                                      TOW IN POUND                 2200  INQ
LIC VLF831    LIT PC  LIS  IL  LIY  92 LIM  11      RD  X250303
VIN 1G3AX69Y5CM256966                        TAG               CHI?
INV 00455347               STREETS & SANITATION NUMBER 00024139

OCC:BEAT 1414    OCC:DATE 07 JUN 93
VEHICLE   YEAR   82 MAKE OLDS MODEL      STYLE 4D COLOR  GRY  /  GRY
TOWED FROM       03013 W FULLERTON
TYPE OF TOW    I  IMMEDIATE        POUND NUMBER 01 TOW DATE 07 JUN 93
TRUCK/LICENSE

REASON    9    INVESTIGATION

OWNER NOTIFIED? N  HOLD FOR INVESTIGATION? Y
RELEASE TYPE                             RELEASE DATE
CANCEL TOW?    _   BEAT _____            CANCEL  DATE

MISCELLANEOUS:


                                  LAST UPDATED  SF  1906 07 JUN 93
    F1=HELP  F2=NEXT  F3=PREV  F4=ADD  F5=UPDATE  F7=LEADS  F12=EXIT
```

RFC-Iglesias 000076

SCHOOL (TUR)
10:00
14/100
EVERYDAY

RFC-Iglesias 000077



RFC-Iglesias 000078

RFC-Iglesias 000079

RFC-Iglesias 000080

ROMAN, Mónica          F/WH/16          X 250303
2148 N. Sawyer         S/14             7 Jun 93

93-047

ASSIGNED: SANTOPADRE
ASSISTED: BOGUCKI
          SCHALK

RFC-Iglesias 000081

93-047

ASSIGNED: SANTOPADRE
ASSISTED: BOGUCKI
          SCHALK



OFFICE OF THE STATE'S ATTORNEY
COOK COUNTY, ILLINOIS
CHICAGO 60608

JACK O'MALLEY
STATE'S ATTORNEY

CRIMINAL DIVISION
2650 S. CALIFORNIA AVENUE
CHICAGO, ILLINOIS 60608

February 27, 1995

Officer  a. Riccio
Star 20870   Unit A5-VC
C P D Area 5 Vc
5555 West Grand
Chicago, IL 60639

Dear Officer  a. Riccio:

Please be advised that on February 23, 1995, the defen-
dant in the case of People v. Geraldo Iglesias, case number
93CR-15199 was convicted by the court and subsequently
sentenced to  35 years in the Illinois Department of
Corrections by Judge Mary Maxwell Thomas.  If you have any
questions please call me at (312)890-3417.

On behalf of the People of the State of Illinois we
thank you for your assistance in the prosecution.

X250303

Sincerely,

JACK O'MALLEY
State's Attorney of Cook County

By:  David Studenroth
Assistant State's Attorney

DMC:

RFC-Iglesias 000082

**COURT ATTENDANCE REPORT** / CHICAGO POLICE

DATE OF THIS REPORT
30 JUN 93

☐ INITIAL   ☐ CONTINUANCE   ☐ FINAL   ☐ INQUEST

INDICTMENT NO

| DOCKET NO | | C B NO 9422-767 | IR NO 764637 | NO OF DEFENDANTS |
|---|---|---|---|---|

| DATE OF ARREST 23 JUN 93 | DATE OF COURT APPEARANCE | NO OF CONTIUANCES TO DATE | DIST OF DETENTION |
|---|---|---|---|

| DEFENDANT (IF MORE THAN ONE LIST IN REMARKS) IGLESIAS, GERALDO | SEX RACE M WH | DOB 24 JUL 68 | ADDRESS | |
|---|---|---|---|---|

| COMPLAINANT ROMAN, MONICA (DECEASED) | ADDRESS | | TELEPHONE NO |
|---|---|---|---|

| DEFENDANT CHARGED 1ST Deg MURDER | CHARGE CHANGED TO | BY WHOM | | DIST OF BOOKING 025 | DEFENDANT'S PLEA |
|---|---|---|---|---|---|

| HELD TO GRAND JURY ☐ YES ☐ NO | AMOUNT OF BOND $ | | RELEASED ON BOND ☐ YES ☐ NO |
|---|---|---|---|

| CONTINUED TO DATE | AMOUNT OF BOND $ | | RELEASED ON BOND ☑ YES ☐ NO |
|---|---|---|---|

REASON FOR CONTINUANCE

| TRIAL IN CRT BRANCH NO 26 + CAL 66-2 | JUDGE PRESIDING GRAND JURY | PROSECUTING ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|

COMPLAINANT APPEARED & TESTIFIED (IF NO GIVE REASON)
☐ YES   ☐ NO

WITNESSES THAT APPEARED

WITNESSES THAT FAILED TO APPEAR

POLICE OFFICER(S) IN COURT (GIVE NAME STAR NO AND UNIT OF ASSIGNMENT)

DETECTIVE(S) IN COURT (GIVE NAME STAR NO, UNIT AND WHETHER THEY TESTIFIED OR NOT)
DET R Guevara #0861 672

DID YOU TESTIFY ON THIS DATE? (IF NO GIVE REASON IN REMARKS SECTION)
☑ YES   ☐ NO

DISPOSITION OF CASE (LIST ADDITIONAL DEFENDANT DISPOSITION IN REMARKS)
TRUE BELL

DECISION OF
☐ JUDGE   ☐ JURY

REMARKS (IF DISCHARGED OR DWP GIVE REASON)
O.T. Rook P-151
DAY off GRoup I
3rd WATch

| PROPERTY INVENTORY NO(S) | ACTUAL NO OF HOURS IN COURT THIS APPEARANCE 5.0 |
|---|---|

OBTAINED PROPERTY DISPOSITION COURT ORDER
☐ YES   ☐ NO

DISPOSITION OF PROPERTY

DISPOSED OF ALL PROPERTY IN THIS ARREST
☐ YES   ☐ NO

| REPORTING OFFICER Guevara | STAR NO 20861 | UNIT/AREA 672 | SUPERVISOR APPROVING | STAR NO |
|---|---|---|---|---|

CPD-11 555 (REV 6/88)

RD NO X 250303

RFC-Iglesias 000083

OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS

REPORT OF POSTMORTEM EXAMINATION

NAME __Monica Roman__     CASE NO. ____164 of June, 1993__

AGE __16__ RACE __White__ SEX __Female__   DATE OF DEATH ____June 8, 1993__

ADDRESS OF DECEDENT __1230 W. Winona__   DATE EXAMINED ____June 9, 1993__

CITY & STATE __Chicago, Illinois__   EXAMINED BY ____Eupil Choi, M.D.__

Length 65 inches. Weight 95 pounds. Hair brown. Irides brown. Sclerea no hemorrhage. Pupils dilated.

EXTERNAL EXAMINATION:

The body is that of a slender built appearing female individual whose appearances are comparable with the stated age of 16 years.

No significant change is observed on the back skin and buttocks.

The head shows a gunshot entry to be described.

No fluid escapes from the nostrils. The upper and lower jaws show own teeth. No significant change is observed in the oral mucosa.

The neck configuration appears normal.

The upper extremities appear symmetrical and having no significant deformity. There is an IV line in situ on the left wrist, medical management indicated. There is an acute puncture mark on the dorsum of the left hand.

MEDICAL MANAGEMENT INDICATIVE CHANGES:

1. There are IV lines in situ on the right clavicular area and right groin.

2. There is an incision opening, intermittently closed, for postmortem organ removal extending from the sternal notch to the pubis. There is a linear appearing incisional opening, closed on the left groin.

The external genitalia is of normal female.

The lower extremities appear symmetrical and having no significant deformity. There is a scar, 1 x 1/2 inch above the left knee.

No wound is noted on the hands. Skin bruising is absent.

F-131

RFC-Iglesias 000084

Monica Roman
#164 June 1993

## GUNSHOT WOUND OF THE HEAD:

1.  A gunshot wound of entry is one instance on the left forehead above the eyebrow level.

2.  It is situated 3 1/2 inch from the top of the head and 3 inch left paramedian.

3.  It shows a round appearing wound with thin marginal abrasion .3 inch in maximum diameter.

4.  It is a distant wound.

## INTERNAL EXAMINATION:

CENTRAL NERVOUS SYSTEM:  A bimastoid incision is made.

EFFECTS OF THE HEAD ENTRY:

1.  The skull penetration is at the posterior lateral aspect of the left anterior cranial fossa demonstrating projectile effect in the left hemisphere from the anterior part of the temporal lobe, bullet deposited in the occipital pole of the left hemisphere.

2.  By overall direction it is sharply backwards, mildly rightward.

3.  Deposit is a small sized lead bullet showing no normal configuration and having somewhat three sided flattening.

4.  The brain weighs 1250 grams. There is extensive blood accumulation over the pons and basal aspects of the temporal lobes. The left anterior and middle cranial fossa show subdural hematoma blood clots. Associated change is that of extensive subgaleal hemorrhage on the left frontal temporal area including temporal muscles. The base of the brain reveals no vascular abnormality. On transectioning the ventricles are softened. The basal ganglia is preserved. There is no hemorrhage in the pons. The cerebellum is soft. The hemispheres show mild respiratory brain change of the convexities.

NECK ORGANS: Appraisal of the region neck tissue demonstrating no soft tissue hemorrhage in the neck. There is no deposit in the hypopharynx. The epiglottic rim shows no edema. The thyroid is of normal size. The esophagus has no content. The trachea has no content.

RFC-Iglesias 000085

Monica Roman
#164 June 1993

Page 3

Intrathoracic and abdominal organs are absent due to postmortem en bloc removal of the organs including lungs, heart, liver, spleen, endocrine system and kidneys.

The thoracic aorta shows no anomaly.

The stomach contains about 400 ml. of brownish fluid and mucous. The gastric mucosa shows no hemorrhage. The small and large intestine appears usual. The appendix is present.

INTERNAL GENITALIA: The uterus is of normal size having no uterine cavity content. The right and left adnexa appears essentially usual except a benign ovarian cyst, 1 inch on the left.

Toxicology of blood is saved.

PATHOLOGICAL SUMMARY:

1. A 16 year old female was shot by unknown.

2. A gunshot entry on the left forehead.

3. Penetration effect in the brain.

4. A bullet retrieved.

5. Postmortem organ removal.

This 16 year old female died of a gunshot wound of the head.

MANNER OF DEATH: Homicide.

_____

Eupil Choi, M.D.
Deputy Medical Examiner

EC:cm

RFC-Iglesias 000086

OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS

PAGE 1 OF 1

RESULTS OF TOXICOLOGIC ANALYSES

M.E. CASE NO. 0164 JUN 93          TOX. CASE NO. 932115

DECEASED NAME : MONICA  ROMAN

RACE : WHITE          SEX : FEMALE          AGE :  17

AUTOPSY DATE   06/09/93          REPORT DATE   06/23/93

PATHOLOGIST : EUPIL   CHOI M.D.

| DRUG/TISSUE | RESULTS | AMOUNT |
|---|---|---|
| BENZOYLECGONINE | | |
| BLOOD | NEGATIVE | |
| ETHANOL | | |
| BLOOD | NEGATIVE | |
| OPIATES | | |
| BLOOD | NEGATIVE | |

NANCY B. WU CHEN, PH.D.
TOXICOLOGIST

RFC-Iglesias 000087

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was tagged for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY: 7  MO: June  YR: 1993  1556

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: HOMICIDE/MURDER
1. UCR OFF. CODE: 0110
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 2148 N. Sawyer ave — ☐1 VERIFIED ☐2 CORRECTED
3. BEAT OF OCCUR: 1414

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: ROMAN, Monica
CORRECT: ☐1 YES ☐2 NO — IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.
6. FIRE RELATED: ☐1 YES ☐2 NO
7. BEAT ASSIGNED: 5055

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: Street(auto)
LOCATION CODE: 304
9. NO. OF VICTIMS:
10. NO. OF OFFENDERS: DNA

| | 12. OBJECT/WEAPON | 13 FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16 BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|
| VERIFIED / UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

PROPERTY: ☐ DNAED ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| 9 HOUSEHOLD GOODS | 10 CONSUM GOODS | 11 FIREARMS | 8 NARC/DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

VICTIMS UPDATE ONLY

| 20 NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24 HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C B NO. | I.R. NO. Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C B NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32 NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF 2 | | | | | |

33. OFF'S VEHICLE: ☐USED ☐STOLEN  YEAR  MAKE  BODY STYLE  COLOR  V.I.N.  STATE LICENSE NO.  STATE

34. SERIAL NOS. OR IDENTIFICATION NOS.  ☐1 DNA  ☐2 VERIFIED  ☐3 CORRECTED   LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA): D.N.A.   REV. CODE   51. METHOD CODE   52. METHOD ASSIGNED: ☒FIELD ☐3 SUMMARY   UNIT NO. 652   53. STATUS: ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED

STATUS CONT'D.: ☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  ☐5 EXC. CLRD.  ☐6 EXC. CLRD. CLOSED  ☐7 CLSD. NON-CRIM.
54. IF CASE CLEARED, HOW CLEARED: ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT.  ☐ADULT ☐JUV
55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

### 80. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:     Case # 164 June 1993

DATE OF AUTOPSY:     9 June 1993

PATHOLOGIST:     Dr. Choi

CAUSE & MANNER OF DEATH:     Gunshot Wound Of Head/Homicide

INVESTIGATION:  INJURIES:     #1. Gunshot wound to the left side of the head approximately 2½" below the top of the head and 3" left of the midline.(entrance-lodged)

* One small deformed bullet recovered.

DATA ENTERED D AREA 5

90. EXTRA COPIES REQUIRED (NO. & RECIPIENT): D.N.A.
91. DATE THIS REPORT SUBMITTED – DAY 10  MO. June  YR. 1993   TIME 0800
92. SUPERVISOR APPROVING (PRINT NAME): BIEBEL   STAR NO. 1545
SIGNATURE: Biebel

93. REPORTING OFFICER (PRINT NAME): Robert Wasmund   STAR NO. 20835
SIGNATURE: R. Wasmund
94. REPORTING OFFICER (PRINT NAME):   STAR NO.   SIGNATURE:
95. DATE APPROVED: 15 JUN 1993   TIME: 0920

CPD-11.411-B (Rev. 8/85)    *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000088



CASE # : 164 JUNE 1993 . MONICA ROMAN

DATE OF AUTOPSY: 9 JUNE 1993 .

PATHOLOGIST: DR CHOI

CAUSE AND MANNER OF DEATH; G.S.W. HEAD / HOMICIDE.

INJURIES: #1. G.S.W. LEFT. FOREHEAD, APPROXIMATELY 2½" B.T.H. of 3" L.M.L. (ENT-LODGED)

X SMALL DEFORMED BULLET (FeMED) RECOVERED

X-250-303

RFC-Iglesias 000089

Inventory numbers). If property taken was scribed for Operation Identification, indicate I D number at end of Narrative. Offender's approximate description, if possible, should include name, if known nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4 DATE OF ORIG. OCCURRENCE-TIME
DAY — MO — YR
**7 June 1993** | **1556**

| 1 OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | UCR OFF CODE | 2 ADDRESS OF ORIG. INCIDENT OFFENSE X VERIFIED — 2 CORRECTED | 3 BEAT OF OCCUR |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 2148 N. Sawyer | 1414 |

| 5 VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES / 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6 FIRE RELATED 1 YES / X NO | 7 BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8 TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9 NO. OF VICTIMS | 10 NO. OF OFFENDERS |
|---|---|---|---|
| (Vehicle/Non Commerical) | (259) | 1 | 1 |

11 CIRCUMSTANCES — X CERTIFIED / UPDATE TO

| 12 OBJECT/WEAPON | 13 FIREARM FEATURES | 14 POINT ENTRY | 15 POINT EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18 IF RESIDENCE WHERE WERE OCCUR |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19 PROPERTY — VERIFIED / UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T / R |

VICTIMS UPDATE ONLY

| 20 NAME (LAST — FIRST — M.I.) | 21 I-UCB OFFENSE CODE | 22 HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23 SEX-RACE-AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 INJURED YES NO | 27 VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29 HOME ADDRESS | 30 SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. IGLESIAS, Geraldo | 3715 W. Belden | M/4/24 | 5-10 | 150 | Brn | Blk | Med. |
| 2. | | | | | | | |

| | 31 C B NO. | I R NO. Y D NO. OR J D A NO | OFFENDER REL CODE | C B NO | I R NO. Y D NO OR J.D.A. NO | OFFENDER REL CODE | 32 NO ARRESTED | ARREST UNIT NO |
|---|---|---|---|---|---|---|---|---|
| OFF | 9422-967 | 764637 | 24 | OFF 2 | | | 1 | 652 |

| 33 OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO | STATE |
|---|---|---|---|---|---|---|---|
| USED / STOLEN | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS | X 1 DNA | 2 VERIFIED | 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52 METHOD ASSIGNED X 1 FIELD / 2 SUMMARY | UNIT NO. 652 | 53 STATUS 0 PROGRESS | 1 SUSPENDED | 2 UNFOUNDED |
|---|---|---|---|---|---|---|---|
| DNA | | | | | | | |

STATUS CONT'D

| X 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54 IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|
| | | | | | X ARREST & PROSEC. / 2 DIRECTED TO JUV. CRT. / 3 COMPL. REFUSD. TO PROSECUTE / 4 COMMUNITY ADJUSTMENT / 5 OTHER EXCEPT. — X ADULT / JUV |

55. FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

### 80. NARRATIVE

IN CUSTODY:

IGLESIAS, Geraldo  M/WH/Age 24, DOB 24 July 68,

3715 W. Belden,  Single, Unemployed, Admitted member

of the Imperial Gangsters Street Gang, Nickname of

"SNAKE",  IR# 764637

### Continued On Page (2)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 24 June 93 | 2100 | BIEBEL | 1545 |

93. REPORTING OFFICER (PRINT NAME) — Det. E. HALVORSEN #20692
94. REPORTING OFFICER (PRINT NAME) — Det. R. GUEVARA #20861

SIGNATURE — Biebel

SIGNATURE — Det. A. RICCIO #20870
SIGNATURE — Det. S. GAWRYS #20689

95. DATE APPROVED (DAY-MO-YR.) 25 JUN 1993  TIME 0920

CPD-11.411-8 (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

X-250303

RFC-Iglesias 000090

DETECTIVE DIVISION                        2                    24 JUNE 1993
AREA FIVE VIOLENT CRIMES                                       RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

ARRESTING DETECTIVES:        Det. E. HALVORSEN #20692, Area Five VC
                             Det. R. GUEVARA    #20861,      "
                             Det. A. RICCIO     #20870,      "
                             Det. S. GAWRYS     #20689,      "

DATE, TIME, LOCATION         Wed. 23 Jun. 93, 1800 hrs. 2135 N.
OF ARREST:                   Spualding, on the street

CHARGES, COURT BRANCH        First Degree Murder, Chp. 720/5-9-1a2,
AND DATE:                    Branch 66, 25 Jun. 93, Charge approved by
                             A.S.A. M. LATZ, Felony Review

EVIDENCE:                    Inv.#  1178456, Area Five VC
                             (8) Polaroid Color Photos

                             Line-Ups Photos

NOTIFICATIONS:               A.S.A. Mike LATZ, Felony Review

INVESTIGATION:               On 21 June 93, the R/Dets. were contacted
                             by a confidential informant, who is a
member of the Imperial Gangsters Street Gang.  This informant
stated that many members of the gang were talking about "SNAKE"
killing a girl in a car on Sawyer and Palmer.  The informant could
not elaborate any further.

                             The R/Dets. had previous contact with a
                             member of the Imperial Gangster Street
Gang, with the nickname of "SNAKE".  The R/Dets. knew that "SNAKE"
was in fact Geraldo IGLESIAS, IR# 764637.  The R/Dets. had a
polaroid photo of IGLESIAS.

                             On 22 June 93, Dets. E. HALVORSEN and R.
                             GUEVARA, interviewed eye-witness, Rosendo
OCHOA.  Rosendo OCHOA stated that he got a good look at the
shooters face, and would be able to identify him if he saw him
again.  Rosendo OCHOA was shown a photo spread consisting of (8)
Polaroid Color Photos.  After viewing this photo array, Rosendo
OCHOA identified the picture of Geraldo IGLESIAS, as being the
person he saw shoot and kill Monica ROMAN.

                             On 23 June 93, the R/Dets. observed
                             Geraldo IGLESIAS on the street at 2135 N.
Spualding.  He was placed in custody and transported to Area Five
Violent Crimes.  He was informed of the allegation against him, and
that he would be required to stand in a line-up.

RFC-Iglesias 000091

DETECTIVE DIVISION                    3                    24 JUNE 1993
AREA FIVE VIOLENT CRIMES                                   RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

On 23 June 93, at 2000 hrs. a line-up was conducted at Area Five VC, (See Line-Up Supp.). After viewing this line-up Rosendo OCHOA identified Geraldo IGLESIAS as the person he saw shoot and kill, Monica ROMAN.

On 23 June 93, at 2020 hrs. an interview was conducted with Geraldo IGLESIAS in the Line-Up Room, at Area Five VC. Present for this interview were Det. E. HALVORSEN #20692, and Det. R. GUEVARA #20861.

IGLESIAS, Geraldo    in summary he acknowledged understanding his Miranda Rights as they were read to him by Det. E. HALVORSEN, from a pre-printed card. He agreed to talk with detectives. He admitted that he was a member of the Imperial Gangsters Street Gang. He admitted that he hangs out in the area of the Boys Club, at the corner of Sawyer and Palmer. He stated that he gets home from school at 1400 hrs. After he gets home, his daily activity consist of hanging out on the street with his friends who are members of the Imperial Gangsters. He stated that he has been in Chicago during the entire month of June 93. He does not recall what he did on 7 June 93, and has no alibi for his whereabouts on that date at 1556 hrs.

The R/Dets. contacted Felony Review and A.S.A. Mike LATZ arrived at Area Five VC. A.S.A. LATZ reviewed the investigative file, and interviewed Rosendo OCHOA. A second eye-witness, Arnell MOORE was brought into Area Five VC. Arnell MOORE was interviewed by A.S.A. LATZ, and provided the same information that he previously had told detectives. Arnell MOORE stated that he did not get that good a look at the face of the shooter, and would not be able to make an identification.

The R/Dets. located three of the persons who were in the car with the victim when she was shot. Those persons are, Hugo RODRIGUEZ, Jose CORONELL, and Daniel SANCHEZ. The driver of the car, Jesus GONZALEZ was in Mexico but was expected to return to Chicago. RODRIGUEZ, CORONELL, and SANCHEZ all came into Area Five. RODRIGUEZ, CORONELL and SANCHEZ spoke very limited English and were interviewed by A.S.A. LATZ, with Det. R. GUEVARA, as interpreter. During this interview Hugo RODRIGUEZ stated that he would be able to identify the person who shot Monica ROMAN.

RFC-Iglesias 000092

DETECTIVE DIVISION              4                     24 JUNE 1993
AREA FIVE VIOLENT CRIMES                        RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

On 24 June 93, at 0030 hrs. Det. R. GUEVARA and A.S.A. M. LATZ showed Hugo RODRIGUEZ, the same photo array previously viewed by Rosendo OCHOA. After viewing this photo array, Hugo RODRIGUEZ identified the photo of Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. This photo array was inventoried for evidence.

A.S.A. LATZ requested that two other persons listed in the police reports as potential witness, Efrian TORRES, and David CHMIELESKI be allowed to view Geraldo IGLESIAS in a line-up.

On 24 Jun. 93, at 0125 hrs. a second line-up was conducted at Area Five VC, (See Line-Up Supp.) After viewing this line-up Hugo RODRIGUEZ identified Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. Efrain TORRES did not witness this incident occur, and made no identifications. David CHMIELESKI informed A.S.A. LATZ that he never saw the face of the offender, and did not identify anyone at the line-up.

On 24 Jun. 92 at 0140 hrs. a second interviewed was conducted with Geraldo IGLESIAS, in the line-up room at Area Five VC. Present for this interview were Det. E. HALVORSEN, Det. R. GUEVARA, and A.S.A. M. LATZ. Geraldo IGLESIAS repeated his previous statement.

A.S.A. LATZ, after having reviewed all of the facts and circumstances of this investigation, approved charging Geraldo IGLESIAS, with First Degree Murder. With the arrest and charging of the sole offender in this incident, it is requested that this case be filed, CLEARED BY ARREST/CLOSED.

Det. E. HALVORSEN #20692
Det. R. GUEVARA   #20861

RFC-Iglesias 000093

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** DAY MO. YR: 07 Jun 93 | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG INCIDENT OFFENSE L[X]VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/Murder 1st Degree | 0110 | 2148 N. Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | I CORRECT [X]YES ☐2 NO | IF NO. CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 22. | 6. FIRE RELATED ☐1 YES [X]2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | I LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

| | 12. OBJECT/WEAPON | 13 FIREARM FEATURES | 14. POINT ENTRY | 15 POINT/EXIT | 16 BURGLAR ALARM | 17 SAFE BURGLARY METHOD | 18 IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|
| 11 ☐VERIFIED ☐UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19 DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN. R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|
| ☐VERIFIED | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| ☐UPDATE TO | 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | & NARC/DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 9 NONE ☐T ☐R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT, NO.) | 23 SEX–RACE–AGE CODE | 24 HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30 SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I R. NO., Y.D. NO., OR J.D.A. NO. | OFFENDER REL CODE | C.B. NO. | I R. NO. Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33 OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. [X]DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO | 53. STATUS |
|---|---|---|---|---|---|
| dna | | DNA | [X]FIELD ☐3 SUMMARY | 652 | [XX]PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.

| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐CLRD. CLOSED | 6 EXC. ☐CLRD. OPEN | 7 CLSD. ☐NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|
| | | | | | ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT ☐ADULT ☐JUV |

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

This is an Area Five Violent Crimes Unit Report.

Continued on page two.

DATA ENTERED PD AREA 5

P.D. NO. X2503303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 23 Jun 93 | 2100 | BIEBEL | 1545 |

| 93 REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| DET. A. RICCIO 20870 | | DET. E. Halvorsen #20692 | | Biebel |

SIGNATURE: _Riccio_ SIGNATURE: _E. Halvorsen_

| 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|
| 25 JUN 1993 | 0940 |

CPD-11 411-B (Rev. 8/88)  *MUST BE COMPLETED IN ALL CASES

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#  X-250 303

LOCATION, DATE AND TIME:  Area Five Viewing Room, 24 Jun 93, at 0125 hours.

PERSONS CONDUCTING LINE-UP:  Det. A. Riccio #20870 A5/VC
Det. E. Halvorsen#20692 A5/VC
Det. A. Guevera #20861 A5/VC

PERSONS PARTICIPATING IN LINE-UP: 1. DeJesus, Juan M/WH/18
  CB# 9423-098

  2. MUNOZ, Ernesto M/WH/22
  CB# 9423-030

  3. QUIROZ, Miquel M/WH/18
  4906 N. Wolcott

  4. LOPEZ, Juan M/WH/18
  1041 N. Ridgeway

  5. PULOS, Ruben M/WH/23
  CB# 9423-108

  6. IGLESIAS, Geraldo M/WH/24
  CB# 9422-967

PERSONS VIEWING LINE-UP:  1. RODRIQUEZ, Hugo
  2. TORRES, Efrian
  3. CHMIELESKI, David

PERSONS IDENTIFIED IN LINE-UP:  #5 IGLESIAS, Geraldo was positively identified by witness Hugo RODRIQUEZ as the person whom he observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:  Det. E. Halvorsen #20692 A5/VC

INVESTIGATION:  In furtherance of the investigation into the homicide of Monica ROMAN, R/d's conducted the above line-up. The suspect of the line-up, Geraldo IGLESIAS, was permitted to pick his position in the line-up. All participants were required to stand, face the viewing window, and make facing movements. RODRIQUEZ positively identified IGLESIAS as the subject he observed fire a gun at the vehicle in which the victim was a passenger. Witnesses TORRES and CHMIELESKI viewed the line-up but were unable to make an identification because they never saw the face of the offender.

RFC-Iglesias 000095

Detective Division
Area 5 Violent Crimes

22 February 1993
RD# X-079 312

### Page 3

Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevera #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000096

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME
DAY 07   MO. Jun   YR. 93   1556

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|
| HOMICIDE/Murder 1st Degree | 0110 | 2148 N. Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒ YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6. FIRE RELATED ☐ 1 YES ☒ 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

11. ☒ VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. ☐ VERIFIED ☐ UPDATE TO   DESCRIBE PROPERTY IN NARRATIVE. T – TAKEN   R – RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 10 CONSUM. GOODS ☐ T $ ☐ R | 11 FIREARMS ☐ T $ ☐ R | 8 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C B NO. | I R NO. Y O NO. OR J D A NO. | OFFENDER REL. CODE | C B. NO. | R NO. Y O NO. OR J D A NO. | OFFENDER REL. CODE | 32 NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33. OFF'S VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

34. SERIAL NOS. OR IDENTIFICATION NOS.  ☒ 1 NA  ☐ 2 VERIFIED  ☐ 3 CORRECTED   LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| dna | | DNA ☒ FIELD ☐ 3 SUMMARY | | 652 ☒ X IN PROGRESS | ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D.

| ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. ☐ CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON-CRIM. | 54. IF CASE CLEARED HOW CLEARED |
|---|---|---|---|---|---|
| | | | | | ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

60. NARRATIVE

This is an Area Five Violent Crimes Unit Report.

Continued on page two.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 23 Jun 93 | 2100 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| DET. A. RICCIO 20870 | | DET. E. Halvorsen #20692 | | Biebel |
| SIGNATURE | | SIGNATURE  DET. R. Guevera #20816 | | 95 DATE APPROVED (DAY–MO.–YR.) 25 JUN 1993   TIME 0935 |

CPD-11.411-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

35. RD NO. X 2 5 0 3 0 3

RFC-Iglesias 000097

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#           X-250 303

LOCATION, DATE AND TIME:              Area Five Viewing Room, 23 Jun
                                      93, at 2000 hours.

PERSONS CONDUCTING LINE-UP:           Det. A. Riccio    #20870   A5/VC
                                      Det. E. Halvorsen#20692    A5/VC
                                      Det. A. Guevera   #20861   A5/VC

PERSONS PARTICIPATING IN LINE-UP:     1. VICENS, Jose         M/WH/19
                                         1714 N. Monticello 23 Mar 74

                                      2. SANTOS, Edgardo  M/WH/25
                                         2916 W. Cortland   07 Nov 67

                                      3. MONTALVO, Charlie  M/WH/17
                                         5122 W. Dickens   12 Sep 57

                                      4. VEGA, Kenneth  M/WH/17
                                         4759 W. Drummond   06 May 76

                                      5. IGLESIAS, Geraldo  M/WH/24
                                         3715 W. Belden  24 Jul 68

PERSONS VIEWING LINE-UP:              1. OCHOA, Rosendo


PERSONS IDENTIFIED IN LINE-UP:        #5 IGLESIAS, Geraldo was
positively identified by witness OCHOA as the person whom he
observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:                 Det. E. Halvorsen #20692  A5/VC

INVESTIGATION:                        In furtherance of the invest-
                                      igation into the homicide of
Monica ROMAN, R/d's conducted the above line-up.  The suspect of
the line-up, Geraldo IGLESIAS, was permitted to pick his position
in the line-up.  All participants were required to stand, face the
viewing window, and make facing movements.  OCHOA positively
identified IGLESIAS as the subject he observed fire a gun at the
vehicle in which the victim was a passenger.

Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevera #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000098

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY S.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE – TIME  DAY 7  MO JUN  YR 93  1556

1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT: **BATTERY, Aggravated**
I-UCR OFF. CODE: 041A
2. ADDRESS OF ORIG. INCIDENT/OFFENSE: 2148 Sawyer
3. BEAT OF OCCUR: 1414

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: **ROMAN, Monica**
CORRECT: X YES
8. FIRE RELATED: X NO
7. BEAT ASSIGNED: 5540

6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED: **Street**
LOCATION CODE: 304
9. NO. OF VICTIMS: 1
10. NO. OF OFFENDERS: 1

34. SERIAL NOS OR IDENTIFICATION NOS.: X 1 DNA

50. OFFENSE/CLASS. THIS DATE: **HOMICIDE 1st DEgree Murder**  REV. CODE: 0110
51. METHOD CODE: dna
52. METHOD ASSIGNED: X FIELD
UNIT NO.: 652  53. STATUS: X PROGRESS

80. NARRATIVE

DATA ENTERED D AREA 5

This is a Area Five Violent Crimes Progress report

INVESTIGATION: On 8 Jun 93 R/Ds were informed by M.E. Menconi that ROMAN, Monica had died of her wounds. She was pronounced dead at 1000 hrs on 8 Jun 93 at ILL. MASONIC HOSP. by DR. JERIUS. This incident has a M.E. # of 164 JUN 93. R/ds request that this case be reclassified as listed above.

90. EXTRA COPIES REQUIRED: normal
91. DATE THIS REPORT SUBMITTED: DAY 8 MO JUN YR 93  TIME 1140
92. SUPERVISOR APPROVING: BIEBEL  STAR NO. 1545
93. REPORTING OFFICER: Det. K. MC DONALD  STAR NO. 20994
94. REPORTING OFFICER: Det. R. RUTHERFORD  STAR NO. 20720
95. DATE APPROVED: 8 JUN 1993  TIME 1215

CPD-11.411-B (Rev. 8/85)

RFC-Iglesias 000099

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "in Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 7 | MO Jun | YR 93 | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1. UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|
| HOMICIDE/ 1st Degree Murder | 0110 | 2148 N. SAWYER | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5540 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

**CIRCUMSTANCES** 11. ☐VERIFIED ☒KILLED ☐UPDATE TO 19

| 12. OBJECT/WEAPON CODE | 13. FIREARM FEATURES CODE | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP CODE NO. |
|---|---|---|---|---|---|---|

**PROPERTY** ☐ VERIFIED ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE T = TAKEN   R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (.) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | R. NO. Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | | C.B. NO. | R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 652 | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | ☒2 FIELD ☐3 SUMMARY | | | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM

**54. IF CASE CLEARED, HOW CLEARED** ☐1 ARREST & PROSEC ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. REFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV

55. ☐ FOR SUMMARY CASES ONLY - THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION

**80. NARRATIVE**

### FIELD INVESTIGATION/PROGRESS REPORT

DATA ENTERED D AREA 5

continued to pg 2

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 8 Jun 93 | 2350 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. R. RUTHERFORD | 20720 | Det. K. MC DONALD | 20994 | Biebel |

SIGNATURE *Det R. Rutherford*   SIGNATURE *Det K. McDonald*

| 95. DATE APPROVED (DAY–MO–YR) | TIME |
|---|---|
| 10 JUN 1993 | 1040 |

CPD-11 411.8 (Rev 8/85)   *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000100

```
DETECTIVE DIVISION                                    RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                               8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica
```

PERSONNEL ASSIGNED:         Det. R. Rutherford    #20720
                            Det. K. McDonald      #20994

WITNESSES:                  CHMIELESKI, David; M/W/19; DOB 26
                            Apr. 74; 2148 N. Sawyer-1st fl.
                            north; Ph.#278-8389; SS#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

                            MOORE, Arnell; M/B/33; DOB 3 Jun 60;
                            1735 N. McVicker; Ph.#622-1746; Bus
                            Driver for Mavis Bus Co.; Wk.
                            Ph.#378-3156; SS#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

INTERVIEWED:                BULLOCKS, Bernice; F/B/41; 2148 N.
                            Sawyer-1st fl. South; Ph.#342-8727

INVESTIGATION:              The R/Ds were assigned to this
investigation by Sgt. T. Lee of Area 5 Violent Crimes.  R/Ds
contacted the Mavis Bus Co. and learned that the driver who drops
off the son of Bernice BULLOCKS  MOORE, Arnell. R/Ds went to the
Mavis Bus Co. and interviewed MOORE.  MOORE gave R/Ds the following
statement in essence but not verbatim:


MOORE, ARNELL               MOORE told R/Ds that as he was
                            walking Bernice BULLOCKS'S son to
his door he observed a M/WH 20-25, 5'7"-5'8" with a light beard and
mustache wearing a dark colored hoody and dark pants walk past him
and travelling north on Sawyer.  After BULLOCKS entered his
apartment's hallway MOORE turned to leave.  At this point MOORE
heard a gunshot.  When he looked in the direction of the shot he
observed the M/WH who had just walked past him shooting a handgun
at an automobile that he observed just pull away from the curb.
After the M/WH shot approx. 5 shots he said that the M/WH ran past
him going southbound and then go westbound into the alley.  He said
that the shooter then ran southbound in the alley.  He then
observed the auto that was shot at pulled away.  He further said
that the person who took custody of BULLOCKS was not Bernice
BULLOCKS but a M/W who watches BULLOCKS every day.
R/Ds then proceeded to 2148 N. Sawyer where they interviewed
Bernice BULLOCKS.  Ms. BULLOCKS said that the M/W who meets here
son is David and lives on the 1st fl. north of 2148 N. Sawyer.

                            R/Ds then went to the 1st fl. apt.
                            and interviewed David CHMIELESKI.
CHMIEESKI gave R/Ds the following statement in essence but not
verbatim:

                                2

RFC-Iglesias 000101

DETECTIVE DIVISION                                          RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                                    8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica


**CHMIELESKI, David**                    told R/Ds that he watches BULLOCKS
                                         when he gets home from school and Ms.
BULLOCKS is not at home.  On 7 June he met BULLOCKS and brought him
into the hallway.   After he shut the door he heard gunshots
outside.   When he looked out the window he observed a person
dressed in black clothing run southbound.  He could add nothing
further.


This investigation continues.....

3

RFC-Iglesias 000102

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was tagged for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| | 4. DATE OF ORIG. OCCURRENCE—TIME |
|---|---|
| | DAY: 7  MO: June  YR: 93  1556 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 11. VERIFIED / CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| BATTERY, Aggravated | 041A | (2148 N. Sawyer) | CORRECTED | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27 | 6. FIRE RELATED ☐1 YES X 2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5532 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 1 |

| CIRCUMSTANCES | 11. VERIFIED | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN  R = RECOVERED — FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

Dna VERIFIED ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R |

| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (1) FIREARMS | 6 NARC. DANGEROUS DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|
| ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T $ ☐ R | ☐ T ☐ R |

VICTIMS UPDATE ONLY

| 20. NAME LAST—FIRST—M.I. | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR. STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | X 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | X 1 FIELD ☐ 3 SUMMARY | 652 | X 0 PROGRESS  ☐ 1 SUSPENDED  ☐ 2 UNFOUNDED |

STATUS CONT'D

| ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. ☐ CLRD. | 6 EXC. ☐ CLRD. CLOSED | 7 CLSD. ☐ NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | | ☐ ADULT ☐ JUV |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ 1 ARREST & PROSEC. | ☐ 2 DIRECTED TO JUV. CRT. | ☐ 3 COMPL. REFUSD. TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPT. | |

95. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

### FIELD INVESTIGATION/PROGRESS REPORT

Continued on page 2

DATA ENTERED
D AREA 5

35. R.D. NO. X-250 303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 7 June 93 | 2355 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. J. Santopadre | 20716 | Det. J. Bogucki / Det. R. Schalk | 20668 / 20718 | Biebel |

SIGNATURE: Santopadre / R. Schalk

| 95. DATE APPROVED (DAY-MO.-YR.) | TIME |
|---|---|
| 8 JUN 1993 | OP20 |

CPD: 11-41-8 (Rev. 8/85)  *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000103

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

VICTIM:

ROMAN, Monica F/WH/16,
DOB: 22 Sep 76, 1230 W. Winnona
1st floor, PH: 784-4879,
student Senn H.S.

Father: ROMAN, Sixto M/WH/
1230 W. Winnona
PH: 784-4879

Mother: ROMAN, Hildea F/WH/
1230 W. Winnona
PH: 784-4879

WANTED:

1- M/WH/17-19yrs. 5'5"-5'7", 135-140
lbs, clean shaven, wearing: Blk
hooded sweatshirt, blk pants.

INJURIES:

Victim incurred 1 GSW to the
forehead above left eye. Lodged.
Currently on life support, not
expected to survive.

TAKEN TO:

Victim transported to the Ill
Masonic hospital by CFD Amb #3
treated and admitted to SICU.

WEAPON:

Unk type and caliber handgun.

LOCATION:

Incident occurred at 2148 N. Sawyer
on the street. The victim was
riding in an auto at this location.
After the shooting the driver of the
vehicle drove to 2338 N. Sacramento
a Phillips 66 Gas station to contact
the police and Ambulance. This
location has a Fullerton address of
3009 W.

DATE & TIME:

Incident occurred on 7 Jun 93, 1556
hrs.

WEATHER & LIGHTING:

Temp in upper 60's, previous heavy
rain during the day, daylight.

MANNER/MOTIVE:

Offender stood at 2148 N. Sawyer on
the parkway, behind tree. Offender
fired shots into moving auto
striking victim. Offender possibly
believed the persons in the auto

2

RFC-Iglesias 000104

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

were rival gang members.

**VEHICLE USED:**
Victim was riding in a 1982 Olds, 4dr. Blue vinyl top, gray body with the right front fender black. Ill License VLF 831. TOWED VIN:1G3AX69Y5CM256966
REGISTERS TO: Francisco CORONELL 5916 N. Paulina 2nd fl.(Boyfriend of victim)
DRIVEN BY: GONZALEZ, Jesus (see witness section)

**EVIDENCE:**
Photos of scene
Photos of above auto
Recovered fired bullet from vinyl top of auto INV # 1135801 CL

**PERSONNEL ASSIGNED:**
Bt. 1411 P.O. Zuniga, 6871
          (Original report)
Bt. 1417 P.O. Hallinan, 4709
          (Tow Officer/scene)
Bt. 9604 Tech Ginnelly, 12134
          Tech Gurtowski, 13319
          (Crime lab)
Bt. 5532 Det J. Bogucki, 20668
          Det R. Schalk, 20718
          (Investigation)
Bt. 5541 Det J. Santopadre
          (Investigation)

**WITNESSES:**
OCHOA, Rosendo M/WH/23 DOB:1 Mar 70 2135 N. Sawyer, 2nd floor, PH: 772-0991, Unemployed, claims no gang affiliation.(Uncle of CORDRO)

GONZALEZ, Jesus M/WH/18, DOB:9Jun74 5916 N. Paulina, 2nd floor, No phone employed: Fireside Restaurant, 5739 N. Ravenswood WPH: 278-5942 Claims no gang affiliation (Driver of vehicle victim was riding in)

SANCHEZ, Daniel M/WH/17, DOB:9Jan76 5916 N. Paulina 2nd floor, student Senn H.S. employed: Hat Dance Restaurant, 325 W. Huron, WPH: 649-0066 Claims no gang affiliation (Passenger in auto)

3

RFC-Iglesias 000105

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

WITNESSES CONT.

CORONELL, Jose M/WH/21, DOB:25Nov71
5916 N. Paulina, 2nd floor No Phone
SSN: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 employed: Food Life
Restaurant, 835 N. Michigan (Water
tower Place) WPH: 335-3663 Claims no
gang affiliation (Passenger in auto)

RODRIGUEZ, Hugo M/WH/16 DOB:27Apr77
5916 N. Paulina, No phone, Student
Senn H.S.   unemployed, Claims no
gang affiliation (Passenger in auto)

CORDRO, Mercy F/WH/16, DOB:26Mar77
2135 N. Sawyer, 2nd flr. PH: 772-
0991 Student Senn H.S. (Girlfriend
of   Victim)   claims   no   gang
affiliation.

INTERVIEWED:

TORRES, Sarah F/WH/44, DOB: 28Jun49
 2148 N. Sawyer, 3rd flr. South
 PH: 252-6103

TORRES, Efrain M/WH/18, DOB:30Nov74
2148 N. Sawyer, 3rd Flr South
HPH: 252-6103, SSN: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

CRUZ, Rosie F/WH/21, DOB:10Feb72
3231 W. Palmer, 3rd flr. No phone

NIEVES, Maria  F/WH/21, DOB:8Jan72
3231 W. Palmer, 3rd flr. No phone.

VAZQUEZ, Frank  M/WH/27,
3241 W. Palmer, 1st flr.
PH: 235-8542, Unemployed.

TO BE INTERVIEWED:

Arnell  M/B/35-37 Bus driver for the
Mavis Bus company PH: 378-3156 NFI

BULLOCKS, Bernice F/B/41,
2148 N. Sawyer, 1st flr South
PH: 342-8727

INVESTIGATION:

The R/Dets  were  assigned  to  the
above captioned investigation by Lt.
Farrell of Area 5 Violent Crimes
The R/Dets learned that the victim had been shot at 2148 N. Sawyer
while  riding  in  an  auto.   This  auto  was  driven  to  2338  N.
Sacramento  to  the  Phillips  66  gas  station where  other  occupants

4

RFC-Iglesias 000106

DETECTIVE DIVISION  
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303  
7 June 93

HOMICIDE/Murder 1st Degree  
ROMAN, Monica

contacted the police and an ambulance. The R/Dets responded to 2338 N. Sacramento and found a 1982 Olds 4dr. with Ill license plate number VLF 831. The mobile crime lab arrived on the scene at which time photos were taken of the auto. The R/Dets noted a bullet lodged under the vinyl top of the auto which was recovered and inventoried by the Crime lab personnel. This vehicle was then towed to Pond #1 for further investigation. The R/Dets learned that the victim had been transported to the Ill Masonic Hospital by CFD Amb #3 and was in critical condition with a GSW to the forehead and that witnesses and the passengers from the auto had been taken into the 14th Dist station. Dets Schalk and Bogucki proceeded to the location where the shots had been fired and then to the hospital. Det Santopadre proceeded into the 14th Dist and interviewed the witnesses.

The R/Dets learned shooting occurred on the street at 2148 N. Sawyer which is a residential area with a large apartment building at that address on the West side of the street. Sawyer is a one way Northbound street. The vehicle the victim was in had just dropped off Mercy CORDRO at 2135 N. Sawyer, who is a friend of the victim. The people in the vehicle had been parked in the East/West alley a few doors down from CORDRO's house. The people from the vehicle, including the victim, had been talking with CORDRO and her small niece for a short time. After re-entering the vehicle, with the victim in the front passenger seat and SANCHES, CORONELL and RODRIGUEZ in the rear seat and GONZALEZ driving, they proceeded North on Sawyer and when approaching Palmer shots were fired by the wanted offender at the auto striking the victim. GONZALEZ then drove to the gas station for a phone to call the police and an ambulance.

The R/Dets interviewed the following witnesses.

OCHOA, Rosendo

stated that he is the cousin of Mercy CORDRO and was in his 2nd floor apartment at the time of the incident. OCHOA related that CORDRO was dropped off by friends at approx 1610 hrs. and came into the apartment. At that time CORDRO took her 1 1/2 yr old niece down to show her friends who were waiting in the auto in the alley North of the residence. OCHOA stated that he was looking out the window for CORDRO and observed a Male wearing a black hooded sweatshirt with the hood up, across the street in front of the large apartment building. (OCHOA gave the description in the "Wanted" section of this report). As CORDRO began to walk back to his apartment building the friends of CORDRO re-entered their auto and pulled out of the alley and proceeded

5

DETECTIVE DIVISION                                    RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                            7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

North bound on Sawyer. As the vehicle pulled up to the stop sign at Palmer, the Unk male in the black hooded sweatshirt walked up near a tree pulled a handgun and began firing at the auto. OCHOA stated that he heard 5 shots and observed the auto drive away. After firing at the car, the offender ran Southbound on Sawyer to the alley then turned West into the alley and then again turned South in the North/South alley. OCHOA stated that shortly after the man entered the alley he heard the screeching of tires in the alley but did not see an auto. OCHOA stated that he had never seen the offender before in the neighborhood.

GONZALEZ, Jesus stated that he was driving the auto in which the victim was riding at the time she was shot. The auto is owned by GONZALEZ's roommate who is the boyfriend of the victim and was not present at the time of the incident as he was at work in Deerfield. GONZALEZ stated that he, CORDRO, SANCHEZ, CORONELL, RODRIGUEZ and the victim had left the apartment the males share at 5916 N. Paulina at approx 1430 hrs. All went for a ride in the area of Senn H.S. and then went to Addision and California to pay an electric bill. GONZALEZ then drove CORDRO home to 2135 N. Sawyer where they stopped for a short time in the alley and talked while CORDRO showed her niece to the victim. As they were leaving, GONZALEZ stated that he was on his way to drop off the victim at her house. Someone began to fire at the auto. GONZALEZ stated that he ducked and then sped away from the area before he knew that the victim had been shot. Upon realizing the victim had been shot he drove to a gas station and called for the police and an ambulance. GONZALEZ stated that he nor any of the other males are gang members and that they had never been in the neighborhood where the incident occurred before. At no time was there a problem with anyone while in the area or while on the way to drop CORDRO off. GONZALEZ stated that he nor any of the other have ever been in trouble with the police and all either go to school or work. GONZALEZ stated that he never saw the offender and has no idea why the auto he was driving was shot at.

The R/Dets interviewed the other passengers of the auto SANCHEZ, CORONELL, and RODRIGUEZ who gave the account of the incident as related by GONZALEZ. CORONELL and RODRIGUEZ did observed the offender run into the alley after the shooting.

CORDRO, Mercy: stated that she is a friend of the victim, and goes to Senn H.S. with her. On the day of the shooting,

6

RFC-Iglesias 000108

DETECTIVE DIVISION                                    RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                               7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

the victim, and some of her friends, were giving her a ride to her home at 2135 N. Sawyer Ave. They dropped her off in the alley by her house. She got out of the car and went inside to get her young nephew. She came back outside and briefly spoke with the victim and her friends, who were still in the alley. She believed that they were still there because a couple of the guys had to urinate. She then walked southbound on Sawyer, along with her nephew. When she got about 1/2 block away, she heard gunshots. She turned and saw the car with the victim, drive northbound on Sawyer at a high rate of speed. She saw a subject, dressed all in black, turn westbound into the south alley of Palmer. She only saw the back of that subject, and could not see if he had a gun. She further stated that there was no trouble prior to the shooting.

TORRES, Sara:                          stated that just prior to the shooting, someone rang her front doorbell. She looked out the front window of her 3rd floor apartment, and saw a school bus driver at the door. The bus driver was bringing home the mentally handicapped boy who lives on the 1st floor. The driver apologized for ringing her doorbell, and she stepped away from the window. Shortly thereafter, she heard gunshots and again looked out her window. She then observed a subject, who was in front of her building, run southbound from that location. She described that subject as being about 5-9, skinny, wearing all black clothing including a black hood. She did not see the face of that subject, nor did she see if he had a gun. She did not recall seeing anyone else on the street, other than some cars that drove past.

TORRES, Efrain:                        TORRES stated that he lives on the third floor at 2148 N. Sawyer with his mother. He stated that at the time of the shooting he was in his apartment. He heard about four shots and then someone laughing. TORRES stated that he then looked out of the front window but saw nothing. TORRES stated that his mother looked out of the window in time to see a male with a black hooded sweatshirt run S/B from the scene. TORRES stated that about ten minutes earlier, he noticed about five "I.G." gang members standing in front of the Boys Club at the N/E corner of Sawyer and Palmer. He stated that he remembered two of the five subjects were wearing black "hoodies". One of the subjects was a M/WH that he has seen in the neighborhood previously. He wore a 3/4 length black starter coat and pink baggy pants along with his black "hoody". The other subject that was wearing a black "hoody" was a M/B and wore a short black jacket and black pants. TORRES could add nothing further at this time.

7

RFC-Iglesias 000109

DETECTIVE DIVISION                                    RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                            7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

CRUZ, Rosie:                    These girls stated that they were
NIEVES, Maria:                  standing on the S/E corner of Palmer
                                and Sawyer.  They stated that a male
                                wearing a black "hoody" and black
                                pants walked from the west on Palmer
                                and then turned the corner S/B on
Sawyer.  They stated that the male in the black "hoody" stood in
front of the building at 2148 N. Sawyer.  A short time later a
silver color slowed down driving N/B approaching the corner.  The
male with the "hoody" then approached the car and fired four shots
at the silver color car.  The shooter then ran S/B and the two
girls then ran E/B.  Both CRUZ and NEIVES stated that they did not
see the face of the shooter.

VAZQUEZ, Frank                  stated that he was not at home at
                                the time of the incident and could
                                add nothing further.

                                The bus driver " Arnell" to be
                                interviewed was dropping off the son
                                of Bernice BULLOCKS who is
retarded.  Offender was possibly standing in front of the building
at the time he was dropping the child off and Arnell would have had
to walk by the offender prior to the shooting.  Bernice BULLOCKS
was looking out the window waiting for the bus to bring home her
son.  BULLOCKS was not available at the time of this investigation.

                                This   investigation   remains   in
                                progress.....


                                Det J. Santopadre
                                Det R. Schalk
                                Det J. Bogucki
                                Area 5 Violent Crimes
                                Detective Division

8

RFC-Iglesias 000110

GENERAL OFFENSE
CASE REPORT
CHICAGO POLICE

**1 OFFENSE INCIDENT PRIMARY CLASSIFICATION:** BATTERY
**IUCR/UCR CODE:** 041A
**2 SECONDARY CLASSIFICATION:** AGGRAVATED (Handgun)
**RD NO:** X-250303

**4 ADDRESS OF OCCURRENCE:** 2338 W SACRAMENTO ON STREET
**APT NO:**
**5 FIRE DEPT CALL?:** YES / X NO
**6 DATE OF OCCURRENCE:** 7 JUN 93 1556
**7 BEAT OF OCC:** 1414
**8 BEAT/RD OCC:** 1411

**9 TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED:** STREET
**10 NAME OF LOCATION (IF ANY)/BEAT:**
**10 LOCATION CODE:** 304
**11 DATE/O ARRIVED TIME:** 7 JUN 93 1610
**12 ASSIGNED BY:**

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIMS**

| | 21 NAME (LAST FIRST M.I.) | IDENTITY VERIFIED | 22 HOME ADDRESS (NO INT. STREET APT NO.) | 23 SEX RACE AGE CODE | 24 HOME PHONE | 25 BUSINESS PHONE | 26 TIME AVAIL | 27 OCCUPATION | 28 INJURED YES NO | 29 VICTIM REF CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ROMAN, MONICA | | 1230 W Winona | F 4 17 | 784-4879 | | | Student | X | 024 |
| | | | SANTOPADRU | | | | | | | |

PARENT/GUARDIAN IF JUVENILE

**OFFENDERS / VICTIMS(?)**

| | 31 DISCOVERED 2 WITNESSED 3 REPORTED OFFENSE | 32 | HOME ADDRESS | SEX RACE AGE | | | | RACE CODES |
|---|---|---|---|---|---|---|---|---|
| | Sanchez, Daniel | | 5916 N Paulina | M 4 17 | | | | |
| | Rodriguez, Hugo | | 5914 N Paulina | M 4 16 | | | | 878-5946 |
| | Gonzales, Jesus | | 5916 N Paulina | M 4 18 | | | | |

RACE CODES:
1 BLACK 2 WHITE 3 BLACK HISPANIC 4 WHITE HISPANIC 5 AMER IND/ALASK NAT 6 ASIAN PACIFIC ISLANDER

OFFENDER/VICTIM RELATIONSHIP CODES (Use the Number of the Same Family or Household):
01 WIFE 02 HUSBAND 03 COMMON LAW WIFE 04 COMMON LAW HUSBAND 05 MOTHER 06 FATHER 07 SON 08 DAUGHTER 09 BROTHER 10 SISTER 11 AUNT 12 UNCLE 13 MOTHER IN LAW 14 FATHER IN LAW 15 SON IN LAW 16 DAUGHTER IN LAW 17 BROTHER IN LAW 18 SISTER IN LAW 19 OTHER RELATIVE 20 GIRL FRIEND 21 BOY FRIEND 22 FRIEND/ACQUAINTANCE 23 OTHER SPECIFY 24 NO RELATIONSHIP

**41 OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.):** BLK CLOTHING / with BLK Hood over Head
**42 HOME ADDRESS:**
**43 SEX RACE AGE:** M 4 18
**HEIGHT:** 507
**WEIGHT:** 145
**EYES:** BRN
**HAIR:** BLK
**COMPL:** LIGHT
**MARKS, SCARS, ETC.:** N/V
**44 CB/IR NO:**
**45 OFFENDER REF CODE:** 024

**61 OBJECT/WEAPON:** X USED
- X 01 HAND GUN
- 02 SHOTGUN
- 03 RIFLE
- 04 KNIFE
- 05 VEHICLE
- 06 BLUNT INSTRUMENT
- 07 THROWN OBJECT
- 08 EXPLOSIVE
- 09 LIQUID GAS
- 10 BOTTLE/GLASS
- 11 RAZOR
- 12 PRY TOOL
- 13 HAND FEET
- 14 OTHER
- 15 DNA

**52 FIREARM FEATURES:**
- 01 CHROME/NICKEL
- 02 BLUE STEEL
- 03 SHORT BARREL
- 04 LONG BARREL
- 05 SAWED OFF
- 06 OTHER
- 07 UNKNOWN
- 08 DNA

**53 POINT/ENTRY:**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**54 POINT/EXIT:**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**55 BURGLAR ALARM:**
- X N/A
- ON PREMISE 1 YES 2 NO
- ALARM CIRCUMVENTED 1 YES 2 NO

**56 SAFE BURGLARY METHOD:**
- 01 PUNCH
- 02 TORCH
- 03 EXPLOSIVE
- 04 DRILL
- 05 REMOVED
- 06 PEEL
- 07 OPEN
- 08 UNKNOWN
- X 09 DNA

**57 IF RESIDENCE WHERE WERE OCCUPANTS:**
- 01 WORK
- 02 VISITING
- 03 VACATION
- 04 WEDDING
- 05 FUNERAL/WAKE
- 06 OTHER
- 07 UNKNOWN
- X 08 DNA

**58 UNUSUAL CHARACTERISTICS OF OFFENSE:** SEE NARR

**59 GANG RELATED AFFILIATION:**
- VICTIM
- X OFFENDER

**71 DESCRIBE PROPERTY IN NARRATIVE** T. TAKEN, R. RECOVERED

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 5 OFFICE EQUIPMT. | 6 TV RADIO STEREO | 7 HOUSEHOLD GOODS | 8 CONSUM GOODS | 9 FIREARMS | 10 NARC/DANG DRUG | 11 OTHER | 12 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|

**72 VEHICLE/TRAILER:** STOLEN / THEFT FROM / OFFENDER'S
**YEAR / MAKE / BODY STYLE / COLOR / VIN:**
**STATE LICENSE NO:**
**STATE / EXPIR MO/YR:**
**73 PROPERTY INVENTORY NO(S):**
**74 VEH INVENTORY NO:**

**NARRATIVE:** IN SUMMARY WITNESS'S RELATE THAT AS THEY WERE DROPPING OFF A PASSENGER NEAR 2198 N SAWYER (MARY CORDERO) WHEN ABOVE OFFENDER WALKED OUT FROM A WALKWAY AND YELLED "KING LOVE" AND BEGAN SHOOTING WITNESS SON. FIVE SHOTS WERE FIRED INTO THEIR AUTO, SEVERAL STRIKING (MONICA ROMAN)

**80 SOBRIETY OF VICTIM:** SOBER / DRINK

**81 EXTRA COPIES REQUIRED:** NORMAL CONT'D OTHER SIDE
**92 OFFICER NOTIFYING FOLLOW-UP INVESTIG UNIT:** ZUNIGA
**UNIT NOTIFIED:** ASVC
**PERSON NOTIFYING:** LT FARRELL #382
**ARRIVED:** 
**DATE (DAY/MO/YR) TIME:** 7 JUN 93 1635

**93 FIRST OFFICER AT SCENE:**
**94 OFFICER NOTIFYING / 1ST DIST / BEAT / TIME:** ZUNIGA
**PERSON NOTIFIED:** WILLIS #15925
**ARRIVED:**
**DATE (DAY/MO/YR) TIME:** 7 JUN 93 1645

**95 REPORTING OFFICER'S NAME (PRINT):** ZUNIGA
**STAR NO:** 6871
**96 OFFICER'S SIGNATURE:**
**DATE/TIME:** 7 JUN 93 2095
**97 SUPERVISOR APPROVING (PRINT NAME):** SGT J. GROBE
**STAR NO:** 1732

**96 REPORTING OFFICER'S NAME (PRINT):** GRAFF
**STAR NO:** 15129
**APPROVAL/SIGNATURE:**
**DATE / TIME:** 7 JUN 93 2200

RFC-Iglesias 000111

IN THE LEFT SIDE ABOVE THE LEFT and also SAW THE
EYE. AUTO THEN FLED THE SCENE Shooting. SARAH TORRES
IN AN ATTEMPT to get THE Victim 2148 N Sawyer F/4/42 319 8
MEDICAL ATTENTION. OTHER CF.D AMB#3 ph (252 6103) Her Son Relates
REMOVED VICTIM WITNESS to the CRIME WERE THAT HE SAW THE OFFENDER
CRUZ, ROSIE 3231 N Palmer 3RD Come OUT OF THE Boys Club
F/4/21 - also NIEVES MARIA at Sawyer and Palmer.
3231 N Palmer F/4/16, BERNICE Bt 1410 on the Scene. 14th DIST
Bullocks Heard 3 SHOTS, She lives NOTIFIED. 1630 Hrs CRIME lab Bt 9604
AT 2148 N Sawyer 1ST South (342 8727) Crinnelly #12134 on Scene.
School Bus DRIVER (ARNELL) From Amb #3 made Removal to ILLINOIS
MAVIS BUS Co M/1/35 ph 378-3156 MASONIC Hosp. VEH. Plate # VLF 831 IL TOWED BY Bt 1447
was unloading a handicap child

I HAVE REVIEWED THIS REPORT
AND BY MY SIGNATURE INDI-
CATE THAT IT IS ACCEPTABLE

SUPERVISOR'S SIGNATURE

DATE (DAY MO YR)
7 Jun 93

IX-250303

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

| UCR OFFENSE CODE | REV CODE | UCR METHOD CODE | METHOD ASSIGNED | UNIT NO | OFFICER ASSIGNED STAR NO | DATE ASSIGNED | SUPV STAR NO | INVESTIGATIVE FILE | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|
| 1 CORRECT 2 REVISED | | GNS/352 | ☑ 1 FIELD ☐ 2 ADMIN ☐ 3 SUMMARY | 65 | 20 716 | 9 6 93 | 22 00 | ☐ 1 YES ☐ 2 NO | ☐ 1 YES ☐ 2 NO |

| OFFICER REASSIGNED STAR NO | DATE | STATUS | | | IF CASE IS CLEARED HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☐ 1 CLEARED CLOSED ☐ 6 EXC CLEARED OPEN ☑ 0 PROGRESS ☐ 3 SUSPENDED ☐ 4 CLEARED OPEN ☐ 5 EXC CLRD CLOSED ☐ 7 CLOSED NON CRIMINAL | | | ☐ 1 ARREST & PROSECUTION | ☐ 2 DIRECTED TO FAMILY COURT | ☐ 3 COMPL REFUSED TO PROSECUTE | ☐ 4 COMMUNITY ADJUSTMENT | ☐ 5 OTHER EXCEPTIONAL | ☐ ADULT ☐ JUV |

| VICTIM IDENTIFIERS | NICKNAME | REVISED NAME | | REVISED ADDRESS | | | | REVISED PHONE NO | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 CORRECT ☐ 2 REVISED | | | | | | | | ☐ HOME ☐ BUSINESS | |

| VALUE OF PROPERTY TAKEN/RECOVERED | ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMT ☐ T $ ☐ R | 8 TV RADIO STEREO ☐ T $ ☐ R | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 10 CONSUM GOODS ☐ T $ ☐ R | 11 FIREARMS ☐ T $ ☐ R | 14 NARC/DANG DRUGS ☐ T $ ☐ R | 15 OTHER ☐ T $ ☐ R | 16 NONE ☐ T ☐ R |

| SERIAL NOS OR IDENTIFICATION NOS | ☐ 1 DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS OBTAINED | |
|---|---|---|---|---|

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY SIGNATURE | STAR NO | DATE (DAY MO YR) | APPROVED BY SIGNATURE | STAR NO | DATE (DAY MO YR) |
|---|---|---|---|---|---|
| | | | | | |

RFC-Iglesias 000112

# EXHIBIT 114

**GENERAL OFFENSE CASE REPORT — CHICAGO POLICE**

1. OFFENSE/INCIDENT—PRIMARY CLASSIFICATION: BATTERY
I-UCR OFF. CODE: 041A
2. SECONDARY CLASSIFICATION: AGGRAVATED (Handgun)
3. R.D. NO.: X-250303

**SCENE**

4. ADDRESS OF OCCURRENCE: NO. 2338 DIR. N STREET SACRAMENTO
APT. NO.
5. FIRE RELATED: ☐ 1 YES ☒ 2 NO
6. DATE OF OCCURRENCE – TIME: DAY 7 MO. JUN YR. 93 1556
7. BEAT OF OCCUR.: 1414
8. BEAT/UNIT ASSIGN.: 1411

9. TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED-GIVE NAME OF LOCATION IF APPLICABLE: STREET
10. LOCATION CODE: 304
11. DATE R.O. ARRIVED – TIME: 7 JUN 93 1610
12. ASSIGNED BY: ☒ 1 C.O.S. ☐ 2 ON VIEW ☐ 3 SUPERVISOR

All information, descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**VICTIMS**

20. NO. VICTIMS: 1

| 21. NAME (LAST—FIRST—M.I.) | IDENTITY VERIFIED | 22. HOME ADDRESS (NO., DIR., STREET, APT.NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL. | 27. OCCUPATION | 28. INJURED YES NO | 29. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|---|
| ROMAN, MONICA | ☐ | 1230 W Winona | F 4 17 | 7844879 | | | Student | X | 024 |

SANTOPADRO

PARENT/GUARDIAN, IF JUVENILE

**WITNESS**

30. NO. WIT.

| 31. ☐1 DISCOVERED ☐2 WITNESSED ☐3 REPORTED OFFENSE | 32. | 33. | 34. | 35. |
|---|---|---|---|---|
| Sanchez, Daniel | 5916 N Paulina | M 4 17 | | |
| Rodriguez, Hugo | 5916 N Paulina | M 4 16 | | |
| Gonzales, Jesus | 5916 N Paulina | M 4 18 | | 8385942 |

**RACE CODES:** 1-BLACK, 2-WHITE, 3-BLACK-HISPANIC, 4-WHITE-HISPANIC, 5-AMER. IND./ALASK. NAT., 6-ASIAN/PACIFIC ISLANDER

**OFFENDER/VICTIM RELATIONSHIP CODES** (Use for Member of the Same Family or Household): 01-HUSBAND, 02-WIFE, 03-FORMER WIFE, 04-FORMER HUSBAND, 05-FATHER, 06-MOTHER, 07-SON, 08-DAUGHTER, 09-BROTHER, 10-SISTER, 11-AUNT, 12-UNCLE, 13-MOTHER-IN-LAW, 14-FATHER-IN-LAW, 15-SON-IN-LAW, 16-DAUGHTER-IN-LAW, 17-BROTHER-IN-LAW, 18-SISTER-IN-LAW, 19-OTHER RELATIVE, 20-GIRL FRIEND, 21-BOYFRIEND, 22-FRIEND/ACQUAINTANCE, 23-OTHER—SPECIFY, 24-NO RELATIONSHIP

**OFFENDER**

40. NO. OFF.: 1

| 41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 42. HOME ADDRESS | 43. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC. | 44. C.B./I.R. NO. | 45. OFFENDER REL. CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| BLK CLOTHING / with BLK HOOD OVER HEAD | | M 4 18 | 507 | 145 | BLU | BLK | LIGHT | N/V | | 024 |

**CIRCUMSTANCES**

50.
51. OBJECT/WEAPON: ☒1 USED ☐2 DISPLAYED ☐3 UNK
- ☒01 HAND GUN
- ☐02 SHOTGUN
- ☐03 RIFLE
- ☐04 KNIFE
- ☐05 VEHICLE
- ☐06 BLUNT INSTRUMENT
- ☐07 THROWN OBJECT
- ☐08 EXPLOSIVE
- ☐09 LIQUID/GAS
- ☐10 BOTTLE/GLASS
- ☐11 RAZOR
- ☐12 PRY TOOL
- ☐13 HAND, FEET
- ☐14 OTHER
- ☐15 DNA

52. FIREARM FEATURES
- ☐01 CHROME/NICKEL
- ☐02 BLUE STEEL
- ☐03 SHORT BARREL
- ☐04 LONG BARREL
- ☐05 SAWED OFF
- ☐06 OTHER
- ☐07 UNKNOWN
- ☐08 DNA

53. POINT/ENTRY
- ☐01 FRONT DOOR
- ☐02 REAR DOOR
- ☐03 WINDOW
- ☐04 ROOF
- ☐05 FLOOR
- ☐06 OTHER
- ☐07 OTHER
- ☐08 UNKNOWN
- ☐09 DNA

54. POINT/EXIT
- ☐01 FRONT DOOR
- ☐02 REAR DOOR
- ☐03 WINDOW
- ☐04 ROOF
- ☐05 FLOOR
- ☐06 SIDE DOOR
- ☐07 OTHER
- ☐08 UNKNOWN
- ☐09 DNA

55. BURGLAR ALARM
- ☒ DNA
- ON PREMISE ☐1 YES ☐2 NO
- ALARM CIRCUMVENTED ☐1 YES ☐2 NO

56. SAFE BURGLARY METHOD
- ☐01 PUNCH
- ☐02 TORCH
- ☐03 EXPLOSIVE
- ☐04 DRILL
- ☐05 REMOVED
- ☐06 PEEL
- ☐07 OPEN
- ☐08 UNKNOWN
- ☒09 DNA

57. IF RESIDENCE, WHERE WERE OCCUPANTS
- ☐01 WORK
- ☐02 VISITING
- ☐03 VACATION
- ☐04 WEDDING
- ☐05 FUNERAL/WAKE
- ☐06 OTHER
- ☐07 UNKNOWN
- ☒08 DNA

58. UNUSUAL CHARACTERISTICS OF OFFENSE: SEE NARR

59. GANG RELATED – AFFILIATION: ☐ VICTIM ☒ OFFENDER

**PROPERTY**

70.
71. DESCRIBE PROPERTY IN NARRATIVE (T = TAKEN; R = RECOVERED)

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & Narc./Dang. Drugs | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

72. VEHICLE/TRAILER ☐STOLEN ☐THEFT FROM ☐OFFENDER'S | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YR | 73. PROPERTY INVENTORY NO(S) | 74. VEH. INVENTORY NO. FOUND

**NARRATIVE**

80.
NARRATIVE (Do not duplicate or repeat information — for explanation of additional information only):

IN SUMMARY witness's relate that as they were dropping off a passenger near 2195 N Sawyer (MARCY CORDERO) when above offender walked out from a walkway and yelled "King love" and began shooting. Witness say FIVE shots were fired into their auto, several striking (MONICA Roman).

81. SOBRIETY OF VICTIM: ☐1 SOBER ☐2 HBD
82. FLASH MESSAGE SENT? ☐1 YES ☐2 NO

**POLICE PERSONNEL**

90.
91. EXTRA COPIES REQUIRED: ☒ NORMAL ☐ CONT'D OTHER SIDE
92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT: ZUNIGA
UNIT NOTIFIED: ASVC
PERSON: LT FARRELL #382 ☒ NOTIFIED ☐ ARRIVED
DATE (DAY-MO-YR): 7 JUN 93 TIME: 1635

93. FIRST OFFICER AT SCENE: ☐ R.O. ZUNIGA
94. OFFICER NOTIFYING: ☒ 1ST D/S ☐ DET. ☐ M.E.
PERSON: WILLIS #15925 ☒ NOTIFIED ☐ ARRIVED
DATE (DAY-MO-YR): 7 JUN 93 TIME: 1645

95. REPORTING OFFICER'S NAME (PRINT): ZUNIGA STAR NO. 6871
OFFICER'S SIGNATURE
DATE INVEST. COMPLETED–TIME: 7 JUN 93 2045
97. SUPERVISOR APPROVING (PRINT NAME): SGT J. DROBA STAR NO. 1732

96. REPORTING OFFICER'S NAME (PRINT): ASSAF STAR NO. 15129
OFFICER'S SIGNATURE
APPROVAL SIGNATURE
DATE APPROVED: 7 JUN 93 TIME: 2200

CPD-11.388 (REV. 8/83)

RFC-Iglesias 000113

CONTINUATION OF NARRATIVE

R.D. NO. X-250303

CRITICAL CONDITION OR MALTZ IN THE LEFT SIDE ABOVE THE LEFT EYE. AUTO THEN FLED THE SCENE IN AN ATTEMPT TO GET THE VICTIM MEDICAL ATTENTION. OTHER. CF.D AMB#3 REMOVED VICTIM WITNESSS TO THE CRIME WERE CRUZ, ROSIE 3231 N PALMER 3RD F/4/21 - also NIEVES, MARIA 3231 N Palmer F/4/16, BERNICE BULLOCK HEARD 3 SHOTS, She lives AT 2148 N Sawyer 1st South (342-8727) SCHOOL BUS DRIVER (ARNELL) From MAVIS BUS Co m/1/35 ph 378-3156 was unloading a handicap Child

and also Saw THE Shooting. Sarah TORRES 2148 N Sawyer F/4/42 3RD ph (252 6103) Her Son Relates THAT He Saw THE OFFENDER Come out of THE Boys Club at Sawyer and palmer Bt 1410 on the Scene 14th Dist NOTIFIED. 1630 Hrs Crime lab Bt 9604 Grinnelly #12134 on Scene. AMB #3 made Removal to ILLINOIS MASONIC Hosp. VEH.plate # VLF 831 IL TOWED BY Bt 1417

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

DATE (DAY-MO-YR.) 17 JUN 93

**FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY**

| I-UCR OFFENSE CODE | REV. CODE | I-UCR METHOD CODE | METHOD ASSIGNED | UNIT NO. | OFFICER ASSIGNED STAR NO. | DATE ASSIGNED | SUPV. STAR NO. | INVESTIGATIVE FILE | | REASSIGNED |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑1 CORRECT ☐2 REVISED | | GNS/352 | ☑ FIELD ☐2 ADMIN ☐3 SUMMARY | 65 | 20 716 | 9 693 | 2200 | 854 ☐2 NO | | ☐1 YES ☐2 NO |

OFFICER REASSIGNED – DATE STAR NO.

STATUS: ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED ☐3 CLEARED CLOSED ☐4 CLEARED OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLEARED OPEN ☐7 CLOSED–NON-CRIMINAL

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE CLEAR UP LIST): ☐1 ARREST & PROSECUTION ☐2 DIRECTED TO FAMILY COURT ☐3 COMPL. REFUSED TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPTIONAL ☐ADULT ☐JUV

| VICTIM IDENTIFIERS | VICTIM NO. | REVISED NAME | REVISED ADDRESS | REVISED PHONE NO. |
|---|---|---|---|---|
| ☐1 CORRECT ☐2 REVISED | | | | ☐HOME ☐BUSINESS |

VALUE OF PROPERTY TAKEN/RECOVERED ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE REVERSE, THE NARRATIVE OR A SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMT. | 8 TV, RADIO, STEREO | 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | 11 FIREARMS | 14 NARC/DANG. DRUGS | 15 OTHER | 16 NONE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

SERIAL NOS. OR IDENTIFICATION NOS ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

| PREPARED BY –SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) | APPROVED BY – SIGNATURE | STAR NO. | DATE (DAY-MO-YR.) |
|---|---|---|---|---|---|
| | | | | | |

RFC-Iglesias 000114

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME** DAY 7 MO. June YR. 1993 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 2148 N. Sawyer ave | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street(auto) | 304 | 1 | DNA |

CIRCUMSTANCES: ☐11. VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T – TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY: ☐ DNA UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF 1 | | | OFF 2 | | | | | |

33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) D.N.A. | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒ FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER: Case # 164 June 1993

DATE OF AUTOPSY: 9 June 1993

PATHOLOGIST: Dr. Choi

*DATA ENTERED D AREA 5*

CAUSE & MANNER OF DEATH: Gunshot Wound Of Head/Homicide

INVESTIGATION: INJURIES: #1. Gunshot wound to the left side of the head approximately 2½" below the top of the head and 3" left of the midline.(entrance-lodged)

* One small deformed bullet recovered.

35. R.D. NO. X-250-303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) D.N.A. | 91. DATE THIS REPORT SUBMITTED – DAY 10 MO. June YR. 1993 | TIME 0800 | 92. SUPERVISOR APPROVING (PRINT NAME) BIEBEL | STAR NO. 1545 |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Robert Wasmund | STAR NO. 20835 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE Biebel |
| SIGNATURE R. Wasmund | | SIGNATURE | 95. DATE APPROVED (MO.-DAY-YR.) 15 JUN 1993 | TIME 0920 |

CPD-11.418 (Rev. 9/85) *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000115

RFC-Iglesias 000116

17 JUN 2003 14 38



2½"
3 L. M. L.
(CENT-LODGED)

D.K.W.

CASE #     164 JUNE 1993  MONICA ROMAN

DATE OF AUTOPSY:     9 JUNE 1993

PATHOLOGIST:     DR CHOI

CAUSE AND MANNER OF DEATH;    G.S.W. HEAD. / HOMICIDE.

INJURIES: #1. G.S.W. LEFT. FOREHEAD, APPROXIMATELY 2½" B.T.M. &
3" L.M.L. (CENT-LODGED)

X SMALL DEFORMED BULLET (FEMED) RECOVERED.

RFC-Iglesias 000117

17 JUN 2003 14 38

RFC-Iglesias 000118

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, face code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE--TIME
DAY 7 MO. June YR. 1993 | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Homicide/First Degree Murder | 0110 | 2148 N. Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT X 1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES X NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (Vehicle/Non Commerical) | (259) | 1 | 1 |

CIRCUMSTANCES: 11. XX VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON CODE NOS. | 13. FIREARM FEATURES CODE NO. | 14. POINT/ENTRY CODE NO. | 15. POINT/EXIT CODE NO. | 16. BURGLAR ALARM CODE NOS. | 17. SAFE BURGLARY METHOD CODE NO. | 18. IF RESIDENCE WHERE WERE OCCUP. CODE NO. |
|---|---|---|---|---|---|---|

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

PROPERTY ☐ VERIFIED ☐ UPDATE TO

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 6 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (4) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 5 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT, NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

OFFENDERS UPDATE ONLY

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. IGLESIAS, Geraldo | 3715 W. Belden | M/4/24 | 5-10 | 150 | Brn | Blk | Med. |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 9422-967 | 764637 | 24 | OFF. 2 | | | 1 | 652 |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34 SERIAL NOS. OR IDENTIFICATION NOS. | X 1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) DNA | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED X 1 FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D.
X 3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐ CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON-CRIM.

| 54. IF CASE CLEARED, HOW CLEARED |
X ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | X ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

### 60. NARRATIVE

IN CUSTODY:

IGLESIAS, Geraldo M/WH/Age 24, DOB 24 July 68,

3715 W. Belden, Single, Unemployed, Admitted member

of the Imperial Gangsters Street Gang, Nickname of

"SNAKE", IR# 764637

DATA ENTERED C.D. AREA 5

35. R.D. NO. X-250303

Continued On Page (2)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. 24 June 93 | TIME 2100 | 92. SUPERVISOR APPROVING (PRINT NAME) BIEBEL | STAR NO. 1545 |
|---|---|---|---|---|

| 93. REPORTING OFFICER (PRINT NAME) Det. E. HALVORSEN | STAR NO. #20692 | 94. REPORTING OFFICER (PRINT NAME) Det. R. GUEVARA | STAR NO. #20861 | SIGNATURE Biebel |
|---|---|---|---|---|

| SIGNATURE Det. A. RICCIO | #20870 | SIGNATURE Det. S. GAWRYS | #20689 | 95. DATE APPROVED (DAY-MO-YR) 25 JUN 1993 | TIME 0920 |
|---|---|---|---|---|---|

CPD-11.411 (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000119

RFC-Iglesias 000120

28  JUN 1983

```
DETECTIVE DIVISION                2                24 JUNE 1993
AREA FIVE VIOLENT CRIMES                           RD# X-250303
```

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

ARRESTING DETECTIVES:    Det. E. HALVORSEN #20692, Area Five VC
                         Det. R. GUEVARA    #20861,        "
                         Det. A. RICCIO     #20870,        "
                         Det. S. GAWRYS     #20689,        "

DATE, TIME, LOCATION     Wed. 23 Jun. 93, 1800 hrs. 2135 N.
OF ARREST:               Spualding, on the street

CHARGES, COURT BRANCH    First Degree Murder, Chp. 720/5-9-1a2,
AND DATE:                Branch 66, 25 Jun. 93, Charge approved by
                         A.S.A. M. LATZ, Felony Review

EVIDENCE:                Inv.# 1178456, Area Five VC
                         (8) Polaroid Color Photos

                         Line-Ups Photos

NOTIFICATIONS:           A.S.A. Mike LATZ, Felony Review

INVESTIGATION:           On 21 June 93, the R/Dets. were contacted
                         by a confidential informant, who is a
member of the Imperial Gangsters Street Gang.  This informant
stated that many members of the gang were talking about "SNAKE"
killing a girl in a car on Sawyer and Palmer.  The informant could
not elaborate any further.

                         The R/Dets. had previous contact with a
                         member of the Imperial Gangster Street
Gang, with the nickname of "SNAKE".  The R/Dets. knew that "SNAKE"
was in fact Geraldo IGLESIAS, IR# 764637.  The R/Dets. had a
polaroid photo of IGLESIAS.

                         On 22 June 93, Dets. E. HALVORSEN and R.
                         GUEVARA, interviewed eye-witness, Rosendo
OCHOA.  Rosendo OCHOA stated that he got a good look at the
shooters face, and would be able to identify him if he saw him
again.  Rosendo OCHOA was shown a photo spread consisting of (8)
Polaroid Color Photos.  After viewing this photo array, Rosendo
OCHOA identified the picture of Geraldo IGLESIAS, as being the
person he saw shoot and kill Monica ROMAN.

                         On 23 June 93, the R/Dets. observed
                         Geraldo IGLESIAS on the street at 2135 N.
Spualding.  He was placed in custody and transported to Area Five
Violent Crimes. He was informed of the allegation against him, and
that he would be required to stand in a line-up.

RFC-Iglesias 000121

RFC-Iglesias 000122

DETECTIVE DIVISION                    3                 24 JUNE 1993
AREA FIVE VIOLENT CRIMES                                RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica

On 23 June 93, at 2000 hrs. a line-up was conducted at Area Five VC, (See Line-Up Supp.). After viewing this line-up Rosendo OCHOA identified Geraldo IGLESIAS as the person he saw shoot and kill, Monica ROMAN.

On 23 June 93, at 2020 hrs. an interview was conducted with Geraldo IGLESIAS in the Line-Up Room, at Area Five VC. Present for this interview were Det. E. HALVORSEN #20692, and Det. R. GUEVARA #20861.

IGLESIAS, Geraldo     in summary he acknowledged understanding his Miranda Rights as they were read to him by Det. E. HALVORSEN, from a pre-printed card. He agreed to talk with detectives. He admitted that he was a member of the Imperial Gangsters Street Gang. He admitted that he hangs out in the area of the Boys Club, at the corner of Sawyer and Palmer. He stated that he gets home from school at 1400 hrs. After he gets home, his daily activity consist of hanging out on the street with his friends who are members of the Imperial Gangsters. He stated that he has been in Chicago during the entire month of June 93. He does not recall what he did on 7 June 93, and has no alibi for his whereabouts on that date at 1556 hrs.

The R/Dets. contacted Felony Review and A.S.A. Mike LATZ arrived at Area Five VC. A.S.A. LATZ reviewed the investigative file, and interviewed Rosendo OCHOA. A second eye-witness, Arnell MOORE was brought into Area Five VC. Arnell MOORE was interviewed by A.S.A. LATZ, and provided the same information that he previously had told detectives. Arnell MOORE stated that he did not get that good a look at the face of the shooter, and would not be able to make an identification.

The R/Dets. located three of the persons who were in the car with the victim when she was shot. Those persons are, Hugo RODRIGUEZ, Jose CORONELL, and Daniel SANCHEZ. The driver of the car, Jesus GONZALEZ was in Mexico but was expected to return to Chicago. RODRIGUEZ, CORONELL, and SANCHEZ all came into Area Five. RODRIGUEZ, CORONELL and SANCHEZ spoke very limited English and were interviewed by A.S.A. LATZ, with Det. R. GUEVARA, as interpreter. During this interview Hugo RODRIGUEZ stated that he would be able to identify the person who shot Monica ROMAN.

RFC-Iglesias 000123

RFC-Iglesias 000124

```
DETECTIVE DIVISION                    4              24 JUNE 1993
AREA FIVE VIOLENT CRIMES                             RD# X-250303

HOMICIDE/FIRST DEGREE MURDER
VICTIM: ROMAN, Monica
```

On 24 June 93, at 0030 hrs. Det. R. GUEVARA and A.S.A. M. LATZ showed Hugo RODRIGUEZ, the same photo array previously viewed by Rosendo OCHOA. After viewing this photo array, Hugo RODRIGUEZ identified the photo of Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. This photo array was inventoried for evidence.

A.S.A. LATZ requested that two other persons listed in the police reports as potential witness, Efrian TORRES, and David CHMIELESKI be allowed to view Geraldo IGLESIAS in a line-up.

On 24 Jun. 93, at 0125 hrs. a second line-up was conducted at Area Five VC, (See Line-Up Supp.) After viewing this line-up Hugo RODRIGUEZ identified Geraldo IGLESIAS, as the person he saw shoot and kill Monica ROMAN. Efrain TORRES did not witness this incident occur, and made no identifications. David CHMIELESKI informed A.S.A. LATZ that he never saw the face of the offender, and did not identify anyone at the line-up.

On 24 Jun. 92 at 0140 hrs. a second interviewed was conducted with Geraldo IGLESIAS, in the line-up room at Area Five VC. Present for this interview were Det. E. HALVORSEN, Det. R. GUEVARA, and A.S.A. M. LATZ. Geraldo IGLESIAS repeated his previous statement.

A.S.A. LATZ, after having reviewed all of the facts and circumstances of this investigation, approved charging Geraldo IGLESIAS, with First Degree Murder. With the arrest and charging of the sole offender in this incident, it is requested that this case be filed, CLEARED BY ARREST/CLOSED.

```
Det. E. HALVORSEN  #20692
Det. R. GUEVARA    #20861
```

RFC-Iglesias 000125

RFC-Iglesias 000126

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY: 07  MO: Jun  YR: 93  1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | 1-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/Murder 1st Degree | 0110 | 2148 N. Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒YES ☐2NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

**CIRCUMSTANCES** 11. ☒VERIFIED ☐UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY** ☐ VERIFIED ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC/DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. 1-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES/NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS.  ☒DNA  ☐2 VERIFIED  ☐3 CORRECTED   LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| dna | | DNA | ☒FIELD ☐3 SUMMARY | 652 | ☒PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLRD. OPEN  ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.  ☐ADULT ☐JUV.

55. ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

This is an Area Five Violent Crimes Unit Report.

Continued on page two.

DATA ENTERED
'D AREA 5

**35. R.D. NO.** X 250303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 23 Jun 93 | 2100 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| DET. A. RICCIO 20870 | | DET. E. Halvorsen #20692 | | Biebel |

SIGNATURE
DET. R. Guevera #20316

95. DATE APPROVED (DAY–MO.–YR.)  25 JUN 1993   TIME 0935

CPD 11.411-B (REV. 8/85)   *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000127

28 JUN 1993

RFC-Iglesias 000128

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#          X-250 303

LOCATION, DATE AND TIME:             Area Five Viewing Room, 23 Jun
                                     93, at 2000 hours.

PERSONS CONDUCTING LINE-UP:          Det. A. Riccio    #20870   A5/VC
                                     Det. E. Halvorsen#20692    A5/VC
                                     Det. A. Guevera   #20861   A5/VC

PERSONS PARTICIPATING IN LINE-UP:    1. VICENS, Jose        M/WH/19
                                        1714 N. Monticello 23 Mar 74

                                     2. SANTOS, Edgardo  M/WH/25
                                        2916 W. Cortland  07 Nov 67

                                     3. MONTALVO, Charlie  M/WH/17
                                        5122 W. Dickens   12 Sep 57

                                     4. VEGA, Kenneth  M/WH/17
                                        4759 W. Drummond  06 May 76

                                     5. IGLESIAS, Geraldo  M/WH/24
                                        3715 W. Belden  24 Jul 68

PERSONS VIEWING LINE-UP:             1. OCHOA, Rosendo

PERSONS IDENTIFIED IN LINE-UP:          #5 IGLESIAS, Geraldo was
positively identified by witness OCHOA as the person whom he
observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:                Det. E. Halvorsen #20692  A5/VC

INVESTIGATION:                       In furtherance of the invest-
                                     igation into the homicide of
Monica ROMAN, R/d's conducted the above line-up. The suspect of
the line-up, Geraldo IGLESIAS, was permitted to pick his position
in the line-up. All participants were required to stand, face the
viewing window, and make facing movements. OCHOA positively
identified IGLESIAS as the subject he observed fire a gun at the
vehicle in which the victim was a passenger.

Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevera #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000129

RFC-Iglesias 000130

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
DAY  MO.  YR.
**07 Jun 93 | 1556**

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/Murder 1st Degree | 0110 | 2148 N. Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5535 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

CIRCUMSTANCES: 11. ☒VERIFIED ☐UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN:    R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY
☐ VERIFIED
☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST—FIRST—M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER/REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☒PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|
| dna | | DNA | | | |

STATUS CONT'D.
| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐CLRD. CLOSED | 6 EXC. ☐CLRD. OPEN | 7 CLSD. ☐NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. ☐ADULT ☐JUV. |

55. ☐FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

This is an Area Five Violent Crimes Unit Report.

Continued on page two.

DATA ENTERED ND AREA 5

35. R.D. NO.  X 2 5 0 3 0 3

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR.  TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|
| NORMAL | 23 Jun 93 | 2100 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| DET. A. RICCIO 20870 | | DET. E. Halvorsen #20692 | | Biebel |

SIGNATURE: _Riccio_    SIGNATURE: _E. Halvorsen_

| 95. DATE APPROVED (DAY-MO.-YR.) | TIME |
|---|---|
| 25 JUN 1993 | 0940 |

CPD-11-8 (Rev. 8/85)    *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000131

RFC-Iglesias 000132

THIS IS A LINE-UP SUPPLEMENTARY REPORT:

LINE-UP CONDUCTED UNDER RD#       X-250 303

LOCATION, DATE AND TIME:        Area Five Viewing Room, 24 Jun 93, at 0125 hours.

PERSONS CONDUCTING LINE-UP:
Det. A. Riccio    #20870  A5/VC
Det. E. Halvorsen#20692  A5/VC
Det. A. Guevera   #20861  A5/VC

PERSONS PARTICIPATING IN LINE-UP:

1. DeJesus, Juan  M/WH/18
   CB# 9423-098

2. MUNOZ, Ernesto M/WH/22
   CB# 9423-030

3. QUIROZ, Miquel M/WH/18
   4906 N. Wolcott

4. LOPEZ, Juan  M/WH/18
   1041 N. Ridgeway

5. PULOS, Ruben  M/WH/23
   CB# 9423-108

6. IGLESIAS, Geraldo  M/WH/24
   CB# 9422-967

PERSONS VIEWING LINE-UP:

1. RODRIQUEZ, Hugo
2. TORRES, Efrian
3. CHMIELESKI, David

PERSONS IDENTIFIED IN LINE-UP:    #5 IGLESIAS, Geraldo was positively identified by witness Hugo RODRIQUEZ as the person whom he observed shoot the victim, Monica ROMAN.

PHOTOGRAPHS TAKEN BY:        Det. E. Halvorsen #20692  A5/VC

INVESTIGATION:           In furtherance of the investigation into the homicide of Monica ROMAN, R/d's conducted the above line-up. The suspect of the line-up, Geraldo IGLESIAS, was permitted to pick his position in the line-up. All participants were required to stand, face the viewing window, and make facing movements. RODRIQUEZ positively identified IGLESIAS as the subject he observed fire a gun at the vehicle in which the victim was a passenger. Witnesses TORRES and CHMIELESKI viewed the line-up but were unable to make an identification because they never saw the face of the offender.

RFC-Iglesias 000133

RFC-Iglesias 000134

Detective Division                                    22 February 1993
Area 5 Violent Crimes                                 RD# X-079 312

<u>Page 3</u>

Det. E. Halvorsen #20692, Area Five Violent Crimes.
Det. R. Guevera #20861, Area Five Violent Crimes.
Det. Anthony Riccio #20870, Area Five Violent Crimes.

RFC-Iglesias 000135

RFC-Iglesias 000136

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 7 JUN  MO. 93  YR.  | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY, Aggravated | 041A | 2148 Sawyer | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5540 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 1 |

| CIRCUM-STANCES | 11. ☐ VERI-FIED ☒ | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

**19.** DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY**

☐ VERIFIED   ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS | |
|---|---|---|---|---|---|---|
| HOMICIDE 1st DEgree Murder | 0110 | dna | ☒1 FIELD ☐3 SUMMARY | 652 | ☒2 PROGRESS ☐1 SUSPENDED | ☐2 UNFOUNDED |

**STATUS CONT'D.**

| 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. |
|---|---|---|---|---|

**54. IF CASE CLEARED, HOW CLEARED**

| ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV. |
|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

This is a Area Five Violent Crimes Progress report

**DATA ENTERED D AREA 5**

INVESTIGATION:   On 8 Jun 93 R/Ds were informed by M.E. Menconi

that ROMAN, Monica had died of her wounds. She was pronounced dead at 1000 hrs on 8 Jun 93

at ILL. MASONIC HOSP. by DR. JERIUS. This incident has a M.E. # of 164 JUN 93. R/ds request

that this case be reclassified as listed above.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 8 JUN 93 | 1140 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. K. MC DONALD | 20994 | Det. R. RUTHERFORD | 20720 | Biebel |

SIGNATURE

**95. DATE APPROVED (DAY–MO.–YR.)** 8 JUN 1993   TIME 1215

CPD-11.411-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000137

RFC-Iglesias 000138

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY: 7 | MO.: June | YR.: 93 | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY, Aggravated | 041A | (2148 N. Sawyer) | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5532 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Street | 304 | 1 | 1 |

CIRCUMSTANCES: 11. ☒ VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. PROPERTY: ☐ VERIFIED ☐ UPDATE TO — Dna

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |

| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| Dna | Dna | Dna | ☒1 FIELD ☐3 SUMMARY | 652 | ☒0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | 5 EXC. ☐CLRD. CLOSED | 6 EXC. ☐CLRD. OPEN | 7 CLSD. ☐NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

### FIELD INVESTIGATION/PROGRESS REPORT

Continued on page 2

**DATA ENTERED**
**'D AREA 5**

35. R.D. NO. X-250 303

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED DAY / MO. / YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 7 June 93 | 2355 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. J. Santopadre | 20716 | Det. J. Bogucki | 20668 | Biebel |
| SIGNATURE | | Det. R. Schalk | 20718 | |

95. DATE APPROVED (DAY–MO.–YR.): 8 JUN 1993 | TIME: 0720

11-4.1-8 (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

RFC-Iglesias 000139

RFC-Iglesias 000140

14 JUN 1993   10 46

DETECTIVE DIVISION  
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303  
7 June 93

HOMICIDE/Murder 1st Degree  
ROMAN, Monica

**VICTIM:**
ROMAN, Monica  F/WH/16,  
DOB: 22 Sep 76, 1230 W. Winnona  
1st floor, PH: 784-4879,  
student Senn H.S.

Father: ROMAN, Sixto M/WH/  
        1230 W. Winnona  
        PH: 784-4879

Mother: ROMAN, Hildea F/WH/  
        1230 W. Winnona  
        PH: 784-4879

**WANTED:**
1- M/WH/17-19yrs. 5'5"-5'7", 135-140  
lbs, clean shaven, wearing: Blk  
hooded sweatshirt, blk pants.

**INJURIES:**
Victim incurred 1 GSW to the  
forehead above left eye. Lodged.  
Currently on life support, not  
expected to survive.

**TAKEN TO:**
Victim transported to the Ill  
Masonic hospital by CFD Amb #3  
treated and admitted to SICU.

**WEAPON:**
Unk type and caliber handgun.

**LOCATION:**
Incident occurred at 2148 N. Sawyer  
on the street. The victim was  
riding in an auto at this location.  
After the shooting the driver of the  
vehicle drove to 2338 N. Sacramento  
a Phillips 66 Gas station to contact  
the police and Ambulance. This  
location has a Fullerton address of  
3009 W.

**DATE & TIME:**
Incident occurred on 7 Jun 93, 1556  
hrs.

**WEATHER & LIGHTING:**
Temp in upper 60's, previous heavy  
rain during the day, daylight.

**MANNER/MOTIVE:**
Offender stood at 2148 N. Sawyer on  
the parkway, behind tree. Offender  
fired shots into moving auto  
striking victim. Offender possibly  
believed the persons in the auto

2

RFC-Iglesias 000141

RFC-Iglesias 000142

```
DETECTIVE DIVISION                              RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                       7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica
```

were rival gang members.

**VEHICLE USED:** Victim was riding in a 1982 Olds, 4dr. Blue vinyl top, gray body with the right front fender black. Ill License VLF 831. T O W E D VIN:1G3AX69Y5CM256966 REGISTERS TO: Francisco CORONELL 5916 N. Paulina 2nd fl.(Boyfriend of victim) DRIVEN BY: GONZALEZ, Jesus (see witness section)

**EVIDENCE:** Photos of scene
Photos of above auto
Recovered fired bullet from vinyl top of auto INV # 1135801 CL

**PERSONNEL ASSIGNED:** Bt. 1411 P.O. Zuniga, 6871 (Original report)
Bt. 1417 P.O. Hallinan, 4709 (Tow Officer/scene)
Bt. 9604 Tech Ginnelly, 12134 Tech Gurtowski, 13319 (Crime lab)
Bt. 5532 Det J. Bogucki, 20668 Det R. Schalk, 20718 (Investigation)
Bt. 5541 Det J. Santopadre (Investigation)

**WITNESSES:** OCHOA, Rosendo M/WH/23 DOB:1 Mar 70 2135 N. Sawyer, 2nd floor, PH: 772-0991, Unemployed, claims no gang affiliation.(Uncle of CORDRO)

GONZALEZ, Jesus M/WH/18, DOB:9Jun74 5916 N. Paulina, 2nd floor, No phone employed: Fireside Restaurant, 5739 N. Ravenswood WPH: 278-5942 Claims no gang affiliation (Driver of vehicle victim was riding in)

SANCHEZ, Daniel M/WH/17, DOB:9Jan76 5916 N. Paulina 2nd floor, student Senn H.S. employed: Hat Dance Restaurant, 325 W. Huron, WPH: 649-0066 Claims no gang affiliation (Passenger in auto)

3

RFC-Iglesias 000143

RFC-Iglesias 000144

DETECTIVE DIVISION                                                        RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                                              7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

| | |
|---|---|
| **WITNESSES CONT.** | CORONELL, Jose M/WH/21, DOB:25Nov71 5916 N. Paulina, 2nd floor No Phone SSN: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 employed: Food Life Restaurant, 835 N. Michigan (Water tower Place) WPH: 335-3663 Claims no gang affiliation (Passenger in auto) |
| | RODRIGUEZ, Hugo M/WH/16 DOB:27Apr77 5916 N. Paulina, No phone, Student Senn H.S. unemployed, Claims no gang affiliation (Passenger in auto) |
| | CORDRO, Mercy F/WH/16, DOB:26Mar77 2135 N. Sawyer, 2nd flr. PH: 772-0991 Student Senn H.S. (Girlfriend of Victim) claims no gang affiliation. |
| **INTERVIEWED:** | TORRES, Sarah F/WH/44, DOB: 28Jun49 2148 N. Sawyer, 3rd flr. South PH: 252-6103 |
| | TORRES, Efrain M/WH/18, DOB:30Nov74 2148 N. Sawyer, 3rd Flr South HPH: 252-6103, SSN: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 |
| | CRUZ, Rosie F/WH/21, DOB:10Feb72 3231 W. Palmer, 3rd flr. No phone |
| | NIEVES, Maria F/WH/21, DOB:8Jan72 3231 W. Palmer, 3rd flr. No phone. |
| | VAZQUEZ, Frank M/WH/27, 3241 W. Palmer, 1st flr. PH: 235-8542, Unemployed. |
| **TO BE INTERVIEWED:** | Arnell M/B/35-37 Bus driver for the Mavis Bus company PH: 378-3156 NFI |
| | BULLOCKS, Bernice F/B/41, 2148 N. Sawyer, 1st flr South PH: 342-8727 |
| **INVESTIGATION:** | The R/Dets were assigned to the above captioned investigation by Lt. Farrell of Area 5 Violent Crimes |

The R/Dets learned that the victim had been shot at 2148 N. Sawyer while riding in an auto. This auto was driven to 2338 N. Sacramento to the Phillips 66 gas station where other occupants

4

RFC-Iglesias 000145

RFC-Iglesias 0001146

14 JUN 1993    10 46

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

contacted the police and an ambulance. The R/Dets responded to 2338 N. Sacramento and found a 1982 Olds 4dr. with Ill license plate number VLF 831. The mobile crime lab arrived on the scene at which time photos were taken of the auto. The R/Dets noted a bullet lodged under the vinyl top of the auto which was recovered and inventoried by the Crime lab personnel. This vehicle was then towed to Pond #1 for further investigation. The R/Dets learned that the victim had been transported to the Ill Masonic Hospital by CFD Amb #3 and was in critical condition with a GSW to the forehead and that witnesses and the passengers from the auto had been taken into the 14th Dist station. Dets Schalk and Bogucki proceeded to the location where the shots had been fired and then to the hospital. Det Santopadre proceeded into the 14th Dist and interviewed the witnesses.

The R/Dets learned shooting occurred on the street at 2148 N. Sawyer which is a residential area with a large apartment building at that address on the West side of the street. Sawyer is a one way Northbound street. The vehicle the victim was in had just dropped off Mercy CORDRO at 2135 N. Sawyer, who is a friend of the victim. The people in the vehicle had been parked in the East/West alley a few doors down from CORDRO's house. The people from the vehicle, including the victim, had been talking with CORDRO and her small niece for a short time. After re-entering the vehicle, with the victim in the front passenger seat and SANCHES, CORONELL and RODRIGUEZ in the rear seat and GONZALEZ driving, they proceeded North on Sawyer and when approaching Palmer shots were fired by the wanted offender at the auto striking the victim. GONZALEZ then drove to the gas station for a phone to call the police and an ambulance.

The R/Dets interviewed the following witnesses.

OCHOA, Rosendo

stated that he is the cousin of Mercy CORDRO and was in his 2nd floor apartment at the time of the incident. OCHOA related that CORDRO was dropped off by friends at approx 1610 hrs. and came into the apartment. At that time CORDRO took her 1 1/2 yr old niece down to show her friends who were waiting in the auto in the alley North of the residence. OCHOA stated that he was looking out the window for CORDRO and observed a Male wearing a black hooded sweatshirt with the hood up, across the street in front of the large apartment building. (OCHOA gave the description in the "Wanted" section of this report). As CORDRO began to walk back to his apartment building the friends of CORDRO re-entered their auto and pulled out of the alley and proceeded

5

RFC-Iglesias 000147

RFC-Iglesias 000148

14 JUN 1993 10 46

DETECTIVE DIVISION
AREA 5 VIOLENT CRIMES UNIT

RD# X-250303
7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

North bound on Sawyer. As the vehicle pulled up to the stop sign at Palmer, the Unk male in the black hooded sweatshirt walked up near a tree pulled a handgun and began firing at the auto. OCHOA stated that he heard 5 shots and observed the auto drive away. After firing at the car, the offender ran Southbound on Sawyer to the alley then turned West into the alley and then again turned South in the North/South alley. OCHOA stated that shortly after the man entered the alley he heard the screeching of tires in the alley but did not see an auto. OCHOA stated that he had never seen the offender before in the neighborhood.

GONZALEZ, Jesus stated that he was driving the auto in which the victim was riding at the time she was shot. The auto is owned by GONZALEZ's roommate who is the boyfriend of the victim and was not present at the time of the incident as he was at work in Deerfield. GONZALEZ stated that he, CORDRO, SANCHEZ, CORONELL, RODRIGUEZ and the victim had left the apartment the males share at 5916 N. Paulina at approx 1430 hrs. All went for a ride in the area of Senn H.S. and then went to Addision and California to pay an electric bill. GONZALEZ then drove CORDRO home to 2135 N. Sawyer where they stopped for a short time in the alley and talked while CORDRO showed her niece to the victim. As they were leaving, GONZALEZ stated that he was on his way to drop off the victim at her house. Someone began to fire at the auto. GONZALEZ stated that he ducked and then sped away from the area before he knew that the victim had been shot. Upon realizing the victim had been shot he drove to a gas station and called for the police and an ambulance. GONZALEZ stated that he nor any of the other males are gang members and that they had never been in the neighborhood where the incident occurred before. At no time was there a problem with anyone while in the area or while on the way to drop CORDRO off. GONZALEZ stated that he nor any of the other have ever been in trouble with the police and all either go to school or work. GONZALEZ stated that he never saw the offender and has no idea why the auto he was driving was shot at.

The R/Dets interviewed the other passengers of the auto SANCHEZ, CORONELL, and RODRIGUEZ who gave the account of the incident as related by GONZALEZ. CORONELL and RODRIGUEZ did observed the offender run into the alley after the shooting.

CORDRO, Mercy: stated that she is a friend of the victim, and goes to Senn H.S. with her. On the day of the shooting,

6

RFC-Iglesias 000149

RFC-Iglesias 000150

14 JUN 1993    10 46

**DETECTIVE DIVISION**
**AREA 5 VIOLENT CRIMES UNIT**

RD# X-250303
7 June 93

**HOMICIDE/Murder 1st Degree**
**ROMAN, Monica**

the victim, and some of her friends, were giving her a ride to her home at 2135 N. Sawyer Ave. They dropped her off in the alley by her house. She got out of the car and went inside to get her young nephew. She came back outside and briefly spoke with the victim and her friends, who were still in the alley. She believed that they were still there because a couple of the guys had to urinate. She then walked southbound on Sawyer, along with her nephew. When she got about 1/2 block away, she heard gunshots. She turned and saw the car with the victim, drive northbound on Sawyer at a high rate of speed. She saw a subject, dressed all in black, turn westbound into the south alley of Palmer. She only saw the back of that subject, and could not see if he had a gun. She further stated that there was no trouble prior to the shooting.

TORRES, Sara: stated that just prior to the shooting, someone rang her front doorbell. She looked out the front window of her 3rd floor apartment, and saw a school bus driver at the door. The bus driver was bringing home the mentally handicapped boy who lives on the 1st floor. The driver apologized for ringing her doorbell, and she stepped away from the window. Shortly thereafter, she heard gunshots and again looked out her window. She then observed a subject, who was in front of her building, run southbound from that location. She described that subject as being about 5-9, skinny, wearing all black clothing including a black hood. She did not see the face of that subject, nor did she see if he had a gun. She did not recall seeing anyone else on the street, other than some cars that drove past.

TORRES, Efrain: TORRES stated that he lives on the third floor at 2148 N. Sawyer with his mother. He stated that at the time of the shooting he was in his apartment. He heard about four shots and then someone laughing. TORRES stated that he then looked out of the front window but saw nothing. TORRES stated that his mother looked out of the window in time to see a male with a black hooded sweatshirt run S/B from the scene. TORRES stated that about ten minutes earlier, he noticed about five "I.G." gang members standing in front of the Boys Club at the N/E corner of Sawyer and Palmer. He stated that he remembered two of the five subjects were wearing black "hoodies". One of the subjects was a M/WH that he has seen in the neighborhood previously. He wore a 3/4 length black starter coat and pink baggy pants along with his black "hoody". The other subject that was wearing a black "hoody" was a M/B and wore a short black jacket and black pants. TORRES could add nothing further at this time.

7

RFC-Iglesias 000151

RFC-Iglesias 000152

14 JUN 1983    10 46

DETECTIVE DIVISION                                      RD# X-250303
AREA 5 VIOLENT CRIMES UNIT                              7 June 93

HOMICIDE/Murder 1st Degree
ROMAN, Monica

CRUZ, Rosie:          These girls stated that they were
NIEVES, Maria:        standing on the S/E corner of Palmer
                      and Sawyer.  They stated that a male
                      wearing a black "hoody" and black
                      pants walked from the west on Palmer
                      and then turned the corner S/B on
Sawyer.  They stated that the male in the black "hoody" stood in
front of the building at 2148 N. Sawyer.  A short time later a
silver color slowed down driving N/B approaching the corner.  The
male with the "hoody" then approached the car and fired four shots
at the silver color car.  The shooter then ran S/B and the two
girls then ran E/B.  Both CRUZ and NEIVES stated that they did not
see the face of the shooter.

VAZQUEZ, Frank         stated that he was not at home at
                       the time of the incident and could
                       add nothing further.

                       The bus driver  " Arnell" to be
                       interviewed was dropping off the son
                       of Bernice BULLOCKS who is
retarded.  Offender was possibly standing in front of the building
at the time he was dropping the child off and Arnell would have had
to walk by the offender prior to the shooting.  Bernice BULLOCKS
was looking out the window waiting for the bus to bring home her
son.  BULLOCKS was not available at the time of this investigation.

                       This   investigation   remains   in
                       progress.....


                           Det J. Santopadre
                           Det R. Schalk
                           Det J. Bogucki
                           Area 5 Violent Crimes
                           Detective Division


8

RFC-Iglesias 000153

RFC-Iglesias 000154

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 7   MO. Jun   YR. 93 | 1556

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☑1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/ 1st Degree Murder | 0110 | 2148 N. SAWYER | 1414 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| ROMAN, Monica | | | | 5540 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| street | 304 | 1 | 1 |

**CIRCUMSTANCES** 11. ☒ VERIFIED ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

**PROPERTY** ☐ VERIFIED ☐ UPDATE TO

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T $ ☐R | ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | | ☒ FIELD ☐3 SUMMARY | 652 | ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**
☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM.

**54. IF CASE CLEARED, HOW CLEARED**
☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ADULT ☐JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

## FIELD INVESTIGATION/PROGRESS REPORT

DATA ENTERED
'D AREA 5

continued to pg 2

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| normal | 8 Jun 93 | 2350 | BIEBEL | 1545 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. R. RUTHERFORD | 20720 | Det. K. MC DONALD | 20994 | Biebel |

| SIGNATURE | SIGNATURE | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
|---|---|---|---|
| Det R. Rutherford | Det K. McDonald | 10 JUN 1993 | 1040 |

CPD 11.411-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

35. R.D. NO. X 250 303

RFC-Iglesias 000155

RFC-Iglesias 000156

```
DETECTIVE DIVISION                              RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                         8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica
```

**PERSONNEL ASSIGNED:**          Det. R. Rutherford    #20720
                                 Det. K. McDonald      #20994

**WITNESSES:**                   CHMIELESKI, David; M/W/19; DOB 26
                                 Apr. 74; 2148 N. Sawyer-1st fl.
                                 north; Ph.#278-8389; SS#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

                                 MOORE, Arnell; M/B/33;DOB 3 Jun 60;
                                 1735 N. McVicker; Ph.#622-1746; Bus
                                 Driver for Mavis Bus Co.; Wk.
                                 Ph.#378-3156; SS#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

**INTERVIEWED:**                 BULLOCKS, Bernice; F/B/41; 2148 N.
                                 Sawyer-1st fl. South; Ph.#342-8727

**INVESTIGATION:**               The R/Ds were assigned to this
investigation by Sgt. T. Lee of Area 5 Violent Crimes. R/Ds
contacted the Mavis Bus Co. and learned that the driver who drops
off the son of Bernice BULLOCKS MOORE, Arnell. R/Ds went to the
Mavis Bus Co. and interviewed MOORE. MOORE gave R/Ds the following
statement in essence but not verbatim:

**MOORE, ARNELL**                MOORE told R/Ds that as he was
                                 walking Bernice BULLOCKS'S son to
his door he observed a M/WH 20-25, 5'7"-5'8" with a light beard and
mustache wearing a dark colored hoody and dark pants walk past him
and travelling north on Sawyer. After BULLOCKS entered his
apartment's hallway MOORE turned to leave. At this point MOORE
heard a gunshot. When he looked in the direction of the shot he
observed the M/WH who had just walked past him shooting a handgun
at an automobile that he observed just pull away from the curb.
After the M/WH shot approx. 5 shots he said that the M/WH ran past
him going southbound and then go westbound into the alley. He said
that the shooter then ran southbound in the alley. He then
observed the auto that was shot at pulled away. He further said
that the person who took custody of BULLOCKS was not Bernice
BULLOCKS but a M/W who watches BULLOCKS every day.
R/Ds then proceeded to 2148 N. Sawyer where they interviewed
Bernice BULLOCKS. Ms. BULLOCKS said that the M/W who meets here
son is David and lives on the 1st fl. north of 2148 N. Sawyer.

                                 R/Ds then went to the 1st fl. apt.
                                 and interviewed David CHMIELESKI.
CHMIEESKI gave R/Ds the following statement in essence but not
verbatim:

                                       2

RFC-Iglesias 000157

RFC-Iglesias 000158

14 JUN 1993    10 46

```
DETECTIVE DIVISION                           RD# X-250-303
AREA 5 VIOLENT CRIMES UNIT                     8 June 93

HOMICIDE/FIRST DEGREE MURDER
ROMAN, Monica
```

**CHMIELESKI, David**                told R/Ds that he watches BULLOCKS when he gets home from school and Ms. BULLOCKS is not at home.  On 7 June he met BULLOCKS and brought him into the hallway.   After he shut the door he heard gunshots outside.   When he looked out the window he observed a person dressed in black clothing run southbound.   He could add nothing further.

This investigation continues.....

3

RFC-Iglesias 000159

RFC-Iglesias 000160

14 JUN 2003    10 46

**CRIME LABORATORY REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| INCIDENT/ OFFENSE CLASSIFICATION | I-UCR OFF. CODE | RD NO. |
|---|---|---|
| HOMICIDE / MURDER | 0110 | X250303 |

| VICTIM'S NAME | DISTRICT AREA | DATE OF THIS REPORT |
|---|---|---|
| ROMAN, MONICA | 177 | 20-06-93 |

| DEFENDANT'S NAME | LABORATORY UNIT |
|---|---|
| | FIREARMS |

SUMMARY FINDINGS  —  FIREARMS EVIDENCE

The following fired evidence was submitted to the Crime Laboratory for examination, classification and evaluation relative to RD X250303:

| INVENTORY NUMBER | DATE RECEIVED | CLASS CHARACTERISTICS | SUITABLE FOR COMPARISON | PLACED IN OPEN CASES |
|---|---|---|---|---|
| 1135801 | 08-06-93 | 22LR 8R | No | No |
| 1093794 | 10-06-93 | FRAG | No | No |

None of the submitted fired evidence has been identified with a specific weapon. All evidence that has not been placed in the open case file has been forwarded to the Evidence and Recovered Property Unit.

PAGE 1 OF 1 PAGES

| EXTRA COPIES REQUIRED (NO. & RECIPIENT) 1 TO A5 VC | REPORTING MEMBER (PRINT NAME) Ernest N. Warner |
|---|---|
| | SIGNATURE *Ernest N. Warner* |

CPD-33.110 (9/89)

RFC-Iglesias 000161

HOMICIDE / MURDER    0110    X250303

ROMAN, MONICA    111    20-06-93

FIREARMS

SUMMARY FINDINGS - FIREARMS EVIDENCE

The following fired evidence was submitted to the Crime Laboratory for examination, classification and evaluation relative to RD X250303:

| INVENTORY NUMBER | DATE RECEIVED | CLASS CHARACTERISTICS | SUITABLE FOR COMPARISON | PLACED IN OPEN CASES |
|---|---|---|---|---|
| 1135801 | 08-06-93 | 22LR BR | NO | NO |
| 1093794 | 10-06-93 | FRAG | NO | NO |

None of the submitted fired evidence has been identified with a specific weapon. All evidence that has not been placed in the open case file has been forwarded to the Evidence and Recovered Property Unit.

PAGE 1 OF 1 PAGES

23 JUN 1993 10 49

Ernest N. Warner    T 10 AS VC

## CRIME SCENE PROCESSING REPORT
### CHICAGO POLICE DEPARTMENT

| PRIMARY CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | BEAT/OCCUR | BEAT/ASSIGN. |
|---|---|---|---|
| HOMICIDE/FIRST DEGREE MURDER | 0110 | 1414 | 5535 |

| ADDRESS OF SERVICE | VICTIM'S NAME | INVESTIGATIVE UNIT NO. |
|---|---|---|
| 5555 W Grand ave. | ROMAN, Monica | 652 |

TYPE OF SERVICE ☐ PROCESS SCENE ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE ☐ OTHER (Specify)
XX PHOTO ONLY ☐ NO SERVICE RENDERED (Explain in Narrative)

### PHOTOGRAPHY

| A E.I. BOARD | D LEFT PROFILE | G RIGHT PROFILE |
|---|---|---|
| B E.I. BOARD | E LEFT PROFILE | H RIGHT PROFILE |
| C DIRECT | F LEFT PROFILE | I RIGHT PROFILE |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | | D.O.B. | C.B NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE |
|---|---|---|---|

| NOT FOR PATROL DIV. USE | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|
| | ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | DATE OF TRANSMITTAL |

### PHYSICAL EVIDENCE

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | ERPS - CRIME LAB* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### NARRATIVE/ EXPLANATION OF REQUEST*
*NOTE: If Crime Lab is initial destination, identify service needed or information required.

1. DEJESUS, Juan        CB# 9423-098

2. MUNOZ, Ernesto       CB# 9423-030

3. QUIROZ, Miguel 18yrs.

4. LOPEZ, Juan  18yrs.

5. PULOS, Ruben  23yrs.    CB# 9423-108

6. IGLESIAS, Geraldo  24yrs.    CB# 9422-967

RD NO. X-250303

| DATE ARRIVED - | TIME | TIME COMPLETED |
|---|---|---|
| 24 JUN | 0120 | 0125 |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO. - UNIT | APPROVING SUPERVISOR (PRINT NAME) - STAR NO. |
|---|---|
| Det. Ernest HALVORSEN    20692    652 | |

TECHNICIAN'S SIGNATURE  Det. E. Halvorsen  20892   DATE 24 Jun 93   SUPERVISOR'S SIGNATURE  103

CPD-21.949 (REV 6/89)

RFC-Iglesias 000163

RFC-Iglesias 000164

## CRIME SCENE PROCESSING REPORT
### CHICAGO POLICE DEPARTMENT

| PRIMARY CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | BEAT/OCCUR. | BEAT/ASSIGN. |
|---|---|---|---|
| HOMICIDE/FIRST DEGREE MURDER | 0110 | 1414 | 5535 |

| ADDRESS OF SERVICE | VICTIM'S NAME | INVESTIGATIVE UNIT NO. |
|---|---|---|
| 5555 W Grand Ave. | ROMAN, Monica | 652 |

**TYPE OF SERVICE** ☐ PROCESS SCENE ☐ PRINT/PHOTO HOSPITALIZED ARRESTEE ☐ OTHER (Specify)
☒ PHOTO ONLY ☐ NO SERVICE RENDERED (Explain in Narrative)

### PHOTOGRAPHY

| A E.I BOARD | D LEFT PROFILE | G RIGHT PROFILE |
|---|---|---|
| B E.I. BOARD | E LEFT PROFILE | H RIGHT PROFILE |
| C DIRECT | F LEFT PROFILE | I RIGHT PROFILE |

| FINGERPRINTS | ELIM. PRINTS ☐ YES ☐ NO | IN CUSTODY ☐ YES ☐ NO | NAME (LAST - FIRST) | D.O B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE |
|---|---|---|---|

| NOT FOR PATROL DIV. USE | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|
| | ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | DATE OF TRANSMITTAL |

### PHYSICAL EVIDENCE

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | ERPS - CRIME LAB* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### NARRATIVE/ EXPLANATION OF REQUEST*
*NOTE: If Crime Lab is initial destination, identify service needed or information required.

1. VICENS, JOSE     23 Mar 74

2. SANTOS, Edgardo   07 Nov 67

3. MONTALVO, Charlie  12 Sept. 57

4. VEGA, Kenneth     06 May 76

5. IGLESIAS, Geraldo  24 Jul 68

RD NO. X-250303

| DATE ARRIVED - | TIME | TIME COMPLETED |
|---|---|---|
| 23 Jun | 1955 | 2000 |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO. - UNIT | APPROVING SUPERVISOR (PRINT NAME) - STAR NO. |
|---|---|
| Det Ernest HALVORSEN       20692 | |

| TECHNICIAN'S SIGNATURE | DATE | SUPERVISOR'S SIGNATURE |
|---|---|---|
| Det. E. Halvorsen  20692 | 24 Jun 93 | J. Mc... 1612 |

CPD-21.949 (REV.6/89)

RFC-Iglesias 000165

RFC-Iglesias 000166

28 JUN 1993 11

## CRIME SCENE PROCESSING REPORT
### CHICAGO POLICE DEPARTMENT

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO |
|---|---|---|---|
| Homicide | 0110 | | X-250303 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST.-BEAT OCCUR |
|---|---|---|---|
| 2121 W. Harrison | ROMAN, Monica | F WH | 5 014 1411 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| M-E Facility | 5527 | 9 June'93 1625 | 9603 |

### PHOTOGRAPHY

| A ID photo of victim | D | G |
|---|---|---|
| B C/U wound to head | E | H |
| C | F | I |

### FINGERPRINTS

| ELIM. PRINTS | IN CUSTODY | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|
| X YES ☐ NO | ☐ YES XX NO | ROMAN, Monica | F WH | | DEAD | |

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | D N A | | | | |

| POSSIBLE SUSPECT INFORMATION | | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|---|
| ☐ MALE ☐ FEMALE ☐ ADULT ☐ JUVENILE | | | | |

| ☐ PALMS ☐ IMPRESSIONS ☐ FINGERPRINTS | SUITABLE FOR COMPUTER ☐ YES ☐ NO | PRINTS SUITABLE FOR COMPARISON ☐ YES ☐ NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR MAKE & MODEL | COLOR | STATE LICENSE NO. | V I N |
|---|---|---|---|

### PHYSICAL EVIDENCE

| PROP INVENT NO - UNIT | | DESCRIPTION & LOCATION | INITIAL DEST |
|---|---|---|---|
| 1093793 | 177 | One (1) vial containing blood received from Dr. Choi | Se |
| 1093794 | 177 | One (1) sealed blue bullet envelope received from Dr. Choi | Fa |

### DETAILS OF CASE

The victim was photographed at the Medical Examiner's Facility and the above items were recovered and transported to the Crime Laboratory.

| INVESTIGATING OFFICER'S NAME | STAR NO | UNIT | BEAT OFFICER'S NAME | STAR NO | UNIT |
|---|---|---|---|---|---|
| Santopadre | 20716 | 652 | | | |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | | | | DATE ARRIVED | TIME | TIME COMPLETED |
|---|---|---|---|---|---|---|
| SANDERS, | Jimmy | 17097 | 177 | 9 June'93 | 1630 | 1800 |
| MAJEWSKI, | Sigmund | 13021 | | | | |

TECHNICIAN'S SIGNATURE

DATE: 9 June'93

APPROVING SUPERVISOR (PRINT NAME) STAR NO

SUPERVISOR'S SIGNATURE

CPD-21 949 (REV 10/92)

RD NO X-250303

RFC-Iglesias 000167

RFC-Iglesias 000168



14 JUN 2003 13 00

**CRIME SCENE PROCESSING REPORT**
**CHICAGO POLICE DEPARTMENT**

| CLASSIFICATION OF OFFENSE/INCIDENT | I-UCR CODE | OTHER NO. | RD NO. |
|---|---|---|---|
| Aggravated Battery | 0440 | | X 250303 |

| ADDRESS OF SERVICE | VICTIM'S NAME | SEX-RACE-AGE | AREA-DIST.-BEAT OCCUR |
|---|---|---|---|
| 2148 N Sawyer/3009 W Fullerton | Monica ROMAN | F WH | 14 A/5 |

| ASSIGNMENT TYPE | REQUESTED BY | DATE RECEIVED - TIME | UNIT ASSIGNED |
|---|---|---|---|
| CS | 1411 | 7 Jun 93 1615 | 9604 |

**PHOTOGRAPHY**

| A | O/A's of auto | D | C/U bullet in roof | G | |
|---|---|---|---|---|---|
| B | O/A's into auto | E | O/A's of 2148 N Sawyer | H | |
| C | C/U's L roof area | F | | I | |

| FINGERPRINTS | ELIM. PRINTS ☐YES ☐NO | IN CUSTODY ☐YES ☐NO | NAME (LAST - FIRST) | SEX-RACE | D.O.B. | C.B.NO. | I.R. NO. |
|---|---|---|---|---|---|---|---|

| MED NEG LIFT | LOCATION FOUND | F.N. | MED. NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | None | | | | |

| POSSIBLE SUSPECT INFORMATION ☐MALE ☐FEMALE ☐ADULT ☐JUVENILE | RACE | TOTAL NO. OF LIFTS | DATE OF TRANSMITTAL |
|---|---|---|---|

| ☐PALMS ☐IMPRESSIONS ☐FINGERPRINTS | SUITABLE FOR COMPUTER ☐YES ☐NO | PRINTS SUITABLE FOR COMPARISON ☐YES ☐NO | INITIALS OF EXAMINER | DATE |
|---|---|---|---|---|

| VEH YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | VIN |
|---|---|---|---|---|
| 1982 | Oldsmobile 4 door | Blu/Gry | VLF 831 IL '93 | 1G3AX69Y5CM256966 |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO. - UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 1135801 CL | Envelope containing fired bullet from under vinyl top at left rear roof of above listed auto | FA |
| | | |
| | | |
| | | |

**DETAILS OF CASE**

At about 1555 hours 7 Jun 93 the above victim was shot in the head while riding in the above auto at 2148 N Sawyer. Auto driven to 3009 W Fullerton where victim was removed by Fire Ambulance #3 to IL Masonic Hospital. Victim is in critical condition. A search of the scene and auto for relevant physical evidence met with the above noted results.

RD NO. X 250303

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det Santopadre | 20716 | A/5 VC | Off Assaf #15129 & Zuniga #6871 | | 1411 |

| REPORTING TECHNICIAN - PRINT LAST NAME - FIRST - STAR NO - UNIT | DATE ARRIVED - TIME | TIME COMPLETED |
|---|---|---|
| T Ginnelly #12134  F. Gurtowski #13319 | 7 Jun 93 1640 | 1945 |

| TECHNICIAN'S SIGNATURE | DATE | APPROVING SUPERVISOR (PRINT NAME) - STAR NO. |
|---|---|---|
| *F. Gurtowski* | 7 Jun 93 | SUPERVISOR'S SIGNATURE |

CPD-2 949 (REV 10/92)

RFC-Iglesias 000169



RFC-Iglesias 000170