# EXHIBIT 115

# Filed Conventionally via USB