IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS, )
)
Respondent, )
)
-vs- )  .
)
)
)
)
ALFREDO GONZALEZ, )
)
Petitioner. )

## AFFIDAVIT OF JUSTINO CRUZ

I, Justino Cruz, of age and under penalty of perjury, attest as follows:

1. My name is Justino Cruz. I am 48 years old.
2. I was born on 2/16/69 in Bayamon, Puerto Rico.
3. I reside at 2601 Silver Creek Drive, in Franklin Park, IL.
4. I have resided there 14 years.
5. Alfredo Gonzalez is the brother of my mother, Lucia Sanchez.
6. I have known Jose Maysonet since 1990.
7. I did not participate in or witness the murders of the Wiley Brothers on May 25, 1990.
8. I do not recall where I was or what I was doing May 25, 1990.
9. On August 24, 1990, at approximately 5:00 AM, I was arrested near the intersection of North Ave. and Kimball in Chicago, IL.
10. Before he began interrogating me, Detective Guevara did not inform me that I had the right to contact an attorney.
11. Detective Guevara threatened me and told me I had killed the Wiley Brothers. At the time, I had no idea who the Wiley Brothers were and had no knowledge of any murders committed on May 25, 1990.
12. Detective Guevara told me that Jose Maysonet and Alfredo Gonzalez had already made statements implicating me for the murders of the Wiley Brothers.
13. Detective Guevara threatened to arrest members of my family unless I gave a statement; he struck me in the left ear painfully, knowing that I had an ear infection at the time.
14. I believed that if I played along, Detective Guevara would let me go and I would be able to speak with my attorney and challenge the case.
15. Detective Guevara then walked me through a story and directed me to tell the same narrative to the State's Attorney.
16. At the time, I had a poor reading skills in English.
17. I subsequently gave the coerced false statement to the State's Attorney and signed my name to it.

1

GONZALEZ 006029

18. After I gave the statement, police officers informed me that I was going to Cook County Jail. I was stunned and shocked by this turn of events.

19. I told my attorney, Assistant Public Defender Michael Vahey, that I was falsely arrested and coerced into giving a false statement. My attorney filed a Motion to Quash Arrest and a Motion to Suppress Statements.

20. Both of these motions were denied.

21. I knew I was innocent but I was facing a sentence of life in prison for two murders I did not commit.

22. I believed that Jose Maysonet, Alfredo Gonzalez, and myself would all be found guilty no matter what we did.

23. In March of 1992, I was informed that I could plead guilty in exchange for a reduced sentence.

24. In order to fulfill the terms of this deal, I would have to testify at trial against Alfredo Gonzalez.

25. At the time I believed that if I did not testify the State would use my false statements against Alfredo. I also believed that no matter what I did, Alfredo would be convicted.

26. At Alfredo's trial, in March of 1992, I repeated the false narrative against Alfredo Gonzalez under oath.

27. In 1995, I formally pleaded guilty to murder and was sentenced to 22 years in prison.

28. In 2001 I was released from prison.

29. Since my release, I have not committed any crimes.

30. I am currently employed at ACME Industry, in Elk Grove Village.

31. In approximately 2016, I learned of Detective Guevara's record of abuse via a news article and I realized I should tell my story and I began telling it to several people.

32. In 2017, I hired attorneys from the Dvorak Law Offices in hopes of clearing my name, and righting the wrongs against Gonzalez, and exposing Detective Guevara's misconduct.

33. In early of 2017 an ASA and a investigate SAO came over, through them I learned that Jose Maysonet was challenging his conviction and was granted a retrial.

34. Soon after the State's Attorney dropped the charges against Jose Maysonet, Brendan Shiller from the Shiller Preyar Law Offices contacted me through my attorney, Richard Dvorak.

FURTHER AFFIANT SAYETH NOT

_Justino Cruz_ 1-2-2018
Justino Cruz                    Date

Subscribed, sworn to, and acknowledged
before me on Jan 2, ~~2017~~ 2018

_Notary Public_
Notary Public

My commission expires: May 18, 2020

CHRISTOPHER TINSLEY
Official Seal
Notary Public - State of Illinois
My Commission Expires May 18, 2020

2

GONZALEZ 006030