pg. 1 of 3

STATEMENT OF

Justino Cruz

Taken 8-24-90 At 2:45 P.M.

At Area 5

Present ASA Perkaus
Det. Schak #5333

This statement taken regarding the Fatal Shooting of Torrence Wiley and Kevin Wiley which occurred on May 25, 1990 at 3428 W. North Ave at 1:00 AM.

I understand I have the right to remain silent and that anything I say can be used against me in a court of law. I understand that I have the right to talk to a lawyer and have him present with me during questioning, and if I cannot afford to hire a lawyer one will be appointed by the court to represent me before any questioning. Understanding these rights, I wish to give a statement.

Justino Cruz

After first being advised of his rights and stating he understood his rights, I told Justino Cruz that I am an assistant states attorney. An attorney working with the police and not his attorney, Justino Cruz agreed to give the following statement in summary.

Justino stated he is a graduate of Clemente High School and can read and write. He further stated that on the evening of May 24, 1990 at about 11:30 P.M. Justino, Alfredo Gonzalez, Chris Hernandez and Jose Maysonett went to Jose's house at 1302 N. Homan to pick up a gun. They picked up the gun because Alfredo Gonzalez said they were going to do a shooting. The gun

RFC-AGonzalez 136523

pg. 2 of 3

was a ___ M.M. automatic or ___ nine pistol and Alfredo put it in his belt. The four men got into the ___ car with Jose driving, Alfredo next to him, Chris seated behind Alfredo and Justino seated behind the driver. Justino stated they drove around for a short while and stopped in the vicinity of North and St. Louis in the alley.

Chris Hernandez + Alfredo Gonzalez got out of the car with Justino. Chris and Alfredo hooded up, meaning they put the hoods from their sweatshirts on their heads. Justino stated this indicates they will shoot or rob someone. Chris and Alfredo approached 2 black guys in a vacant lot on North Avenue. Alfredo had the gun in his front pocket. While Chris and Alfredo were talking to the black guys, Jose was in the car with the car running and Justino was "watching their backs." Justino stated he was making sure NO ONE, INCLUDING the police approached from the alley. Justino said he heard 5-6 shots and saw Chris and Alfredo running for the car. Alfredo had the gun in his hand. Justino said he jumped in the car and they drove away. He stated he went home.

Justino stated he has been treated well by the police and the state's attorney. He was given something to eat + drink and

RFC-AGonzalez 136524

pg. 3 of 3

he was allowed to use the bathroom. He said no one had coerced or threatened him in any way to give this statement. Justino said he gave this statement because it is the truth.

Justino Cruz

Det Rah A. 5333

ASA Perkins

RFC-AGonzalez 136525