IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOSE JUAN MAYSONET,              )
                                 )
            Plaintiff,           )
                                 )
        vs.                      )    No. 18 CV 2342
                                 )
REYNALDO GUEVARA, et al.,        )
                                 )
            Defendants.          )

The videotaped deposition of ALFREDO GONZALEZ, taken pursuant to the Federal Rules of Civil Procedure, before Kathleen A. Hillgard, Certified Shorthand Reporter, No. 084-004093, at 141 West Jackson Boulevard, Suite 1240A, Chicago, Illinois, on Tuesday, February 7, 2023, commencing at 10:06 a.m., pursuant to court order.

ALFREDO GONZALEZ, 02/07/2023                                    Page 2

APPEARANCES:

        BONJEAN LAW GROUP, by
        MS. JENNIFER BONJEAN, via Zoom
        MS. ASHLEY COHEN, viz Zoom
        (750 Lexington Avenue, 9th Floor
         New York, New York 10022
         718.875.1850
         Jennifer@bonjeanlaw.com
         Ashley@bonjeanlaw.com)
                    -and-
        STEVEN A. GREENBERG, LTD., by
        MR. STEVEN A. GREENBERG, via Zoom
        (53 West Jackson Boulevard, Suite 1260
         Chicago, Illinois  60604
         312.879.9500
         Steve@greenbergcd.com)
            appeared on behalf of the plaintiff;

        THE SOTOS LAW FIRM, by
        MR. JOSH M. ENGQUIST
        (141 West Jackson Boulevard, Suite 1240A
         Chicago, Illinois  60604
         630.735.3300
         Jengquist@jsotoslaw.com)
            appeared on behalf of the City of
            Chicago police officer defendants;

        ROCK FUSCO & CONNELLY, LLC, by
        MR. AUSTIN G. RAHE
        (333 West Wacker Drive, 19th Floor
         Chicago, Illinois  60606
         312.494.1000
         Arahe@rfclaw.com)
            appeared on behalf of the defendant
            City of Chicago;

        LEINENWEBER BARONI & DAFFADA, LLC, by
        MS. MEGAN K. McGRATH, via Zoom
        (120 North LaSalle Street, Suite 2000
         Chicago, Illinois  60602
         312.380.6635
         Mkm@ilesq.com)
            appeared on behalf of the defendant
            Reynaldo Guevara;

ALSO PRESENT:  (Cont'd)

        HINSHAW, by
        MR. MICHAEL F. IASPARRO
        (100 Park Avenue
         Rockford, Illinois  61101
         815.490.4900
         Miasparro@hinshawlaw.com)
            appeared on behalf of the defendant
            Frank DiFranco;

        LOEVY & LOEVY, by
        MR. SEAN C. STARR
        (311 North Aberdeen Street, 3rd Floor
         Chicago, Illinois  60607
         312.243.5900
         Sean@loevy.com)
            appeared on behalf of the deponent.

   ALSO PRESENT:

        Mr. Scot Ziarko, Videographer

                 *   *   *   *   *   *   *

I N D E X

Witness:                                              Page

        ALFREDO GONZALEZ

            Examination by:

                Mr. Engquist..................    8
                Mr. Rahe.......................  232
                Mr. Iasparro...................  244

E X H I B I T S

  No.    Description                    Marked/Referenced

        Court-Reported Statement
     1  CCSAO 727-736....................... 168
     2  Investigative Report CCSAO 706-714..... 208
     3  Motion for New Trial CCSAO 469-471..... 217

            (Exhibits attached/scanned.)

                      - - -

Urlaub Bowen & Associates, Inc.   312-781-9586

THE VIDEOGRAPHER:  Good morning.  This is the start of Media Number 1 of the videotaped deposition of Alfredo Gonzalez in the matter of Jose Juan Maysonet v. Reynaldo Guevara et al., Case Number 18 CV 2342.

This deposition's being held at 141 West Jackson Boulevard, Chicago, Illinois, as well as via Zoom meetings.

Today is February 7th, 2023.  The time is now approximately 10:09 a.m.

My name is Scot Ziarko.  I'm the videographer for Urlaub Bowen & Associates, located at 20 North Clark Street, Chicago, Illinois.

The court reporter today is Kathy Hillgard.

Will counsel please identify themselves for the record and the court reporter please swear in the witness.

MR. STARR:  Sean Starr.  I'm here representing the witness, Alfredo Gonzalez.  I'm from the law firm of Loevy & Loevy.

MR. ENGQUIST:  Josh Engquist on behalf of the defendant officers, with the exception of Reynaldo Guevara.

MR. RAHE: Austin Rahe, R-a-h-e, on behalf of Defendant City of Chicago.

MR. IASPARRO: Michael Iasparro with Hinshaw Culbertson on behalf of Defendant Frank DiFranco.

MS. BONJEAN: Good morning. Jennifer Bonjean, B-o-n-j-e-a-n, of the Bonjean Law Group. Good morning, Mr. Gonzalez, and everyone else. I represent Jose Maysonet.

MS. COHEN: Good morning. Ashley Cohen, also on behalf Jose Maysonet.

MR. GREENBERG: Steve Greenberg, also on behalf of Mr. Maysonet.

MS. McGRATH: Megan McGrath on behalf of Defendant Guevara.

MS. BONJEAN: Before we get started, I think I would like to place on the record that I don't want to interrupt unnecessary this deposition. So if -- with the consent of all parties, if we can agree that whenever Mr. Gonzalez's counsel makes an objection, Mr. Maysonet's attorneys will join that objection on behalf of Mr. Maysonet.

MR. ENGQUIST: That's fine. If you want to join his objections, that's fine. I have no problem with that.

MR. STARR:  That's fine with me.  I do --

MS. BONJEAN:  Okay.

MR. STARR:  I do have one objection you may not want to join, so I'll make it at this point.

I want to object to this deposition in general.  Mr. Gonzalez has a pending civil case, Gonzalez v. Guevara, et al., 22 CV 6496.  And as you all know, we have previously objected to this deposition.  And so as a general principle, we object to Mr. Gonzalez testifying today.  To the -- you know, we've agreed to do it, obviously, under a court order.

And I will -- I will note that -- for the record, that in Mr. Gonzalez's case, we intend to pursue a protocol order limiting, you know, his availability at a future deposition beyond -- you know, limiting it to the questions that go beyond what are asked to today.

And so I wanted to make that a general objection on the record.

MS. BONJEAN:  Okay.

MR. ENGQUIST:  Okay.

MS. BONJEAN:  And we would join that objection to the extent that we agree Mr. Gonzalez

should only sit for one deposition.  We do agree with that and that this is it.  I'm not sure we have standing, but we agree to that extent.

MR. ENGQUIST:  Anything else before we swear him in?

(Witness sworn.)

ALFREDO GONZALEZ

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. ENGQUIST:

Q.    Okay.  Sir, can you please state your name and spell your last name for the record.

A.    Alfredo Gonzalez, G-o-n-z-a-l-e-z.

MR. ENGQUIST:  Okay.  Let the record reflect this is the deposition of Alfredo Gonzalez, taken pursuant to court order.

BY MR. ENGQUIST:

Q.    Mr. Gonzalez, have you ever given a deposition before?

A.    No.

Q.    Okay.  Couple ground rules to go through just to make sure we're all on the same page.  Okay?

A.     (Nodding.)

Q.     First, I want to make sure that you keep you voice up.  Because right now I know you're masked, but we also need to make sure that your voice reaches everybody in the room, including the telephone, so everybody that's on Zoom can hear you.  All right?

A.     All right.

Q.     All right.  Also, your answers have to he oral.  They have to be out loud.  Okay?

A.     Okay.

Q.     Nodding of the head and shrugging of the shoulders, things like that don't come across really clear on the record, so if you do that someone will probably prompt you, Is that a yes or a no.  All right?

A.     All right.

Q.     Okay.  It's not that -- it's probably going to happen during the deposition at some point, but just so you know, that's what's probably going to happen.  All right?

A.     All right.

Q.     Okay.  Also, I don't expect this to go all day long, but it's not necessarily going to be

ALFREDO GONZALEZ, 02/07/2023                                    Page 10

very short.  So if you need to take a break at any time, just let us know and we'll take a break.  All right?

A.    All right.

Q.    The only thing I ask, that if there's a question pending by any of the counsel, that you answer the question before you take a break.  Does that seem fair?

A.    Okay.

Q.    All right.  Also, you're entitled to questions you understand.  So if you don't understand a question being asked by anybody, just let us know.  We'll rephrase it, we'll repeat it, we'll slow down, or whatever we need to do so you can answer the question.  Okay?

A.    Okay.

Q.    If you answer the question, we're going to assume you understood it; is that fair?

A.    Fair.

Q.    Okay.  Before we start, I also -- I just want to get a little background thing.  Have you had anything alcoholic to drink today?

A.    No.

Q.    Any medications you're on that would

Urlaub Bowen & Associates, Inc.  312-781-9586

affect your ability to give a deposition today?

A.    A sinus pill.

Q.    A sinus full.

A.    And anxiety.

Q.    What?  I'm sorry.

A.    Anxiety.

Q.    Anxiety pill.

And what anxiety pill did you take today?

A.    I don't know the name.

Q.    Okay.  And how long have you been on this medication?

A.    About two or three years.

Q.    And do you know the dose -- you don't know the name of the drug, correct?

A.    No.

Q.    Do you know the dosage of the drug?

A.    About 1-something, 150 I think, 130. Somewhere around there.

MR. STARR:  And I'm just going to tell -- inform my client.

He's not asking you to speculate. If you don't know the answer, don't -- don't guess.

THE WITNESS:  Okay.

BY MR. ENGQUIST:

Q.    But you did just now.  If you're giving me an estimate, just let me know it's an estimate. That's fine.  Okay?

All right.  So since you've been taking this anxiety pill, does that affect your memory at all?

A.    Sometimes.

Q.    And how - how have you seen it affecting your memory?

A.    Because I tend to forget things.

Q.    And have you noticed that -- that forgetting things, tending to forget things, is more -- happens more often now that you've been taking this anxiety pill?

A.    Sort of a way.

Q.    And how so?

A.    Because sometimes family tell me one thing and I don't remember, so I guess because of the pills.

Q.    Any other medication you're on besides the anxiety pill that you think may affect your memory?

A.    No.

Q.    Okay.  Have you made this complaint to any of your medical professionals about this memory affect of this pill?

A.    Yeah.

Q.    Okay.  And what have you been told about that?

A.    That I got to keep taking it constantly.  It'll go away.

Q.    I'm sorry.  Did you say take it constantly and it will go away?

A.    Yeah.

Q.    The memory loss or the --

A.    No, no, no, no.

Q.    -- the memory issues?

A.    Just by taking the pills every day, twice a day, it might help.

Q.    Help the memory issue -- the problem with memory or the anxiety issues?

A.    I guess the anxiety issue.

Q.    In your everyday life, what kind of things have you noticed that you for -- that you had trouble remembering because of the taking of this medication?

A.    Family calling, I forget to call back.

ALFREDO GONZALEZ, 02/07/2023                                    Page 14

Q.    Anything else?

A.    No.

Q.    Okay.  Prior to coming in today, did you prepare at all for your deposition?

A.    Yeah.

Q.    Okay.  And how did you prepare?

A.    My lawyer.

Q.    Okay.  And how many times did you meet with your lawyer?

A.    A lot of times.

Q.    Do you remember the first time you met with your lawyer to prepare for this deposition?

A.    Like over a year, something like that. Maybe less.  Don't recall how long.

Q.    And how many times -- when you say "a lot of times," approximately how many times would that be?

A.    Two or three times a month.

Q.    When you say "two or three times a month," is that since your release from prison you've met your -- met your counsel two or three times a month to prepare for your dep?

A.    No.  Before I came out.

Q.    Before you came out.  Okay.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 15

And you said that would have started --

A.    And -- and after I came out.

Q.    Okay.  And the first time was about a year ago, year and a half, is that -- roughly ago?

A.    Something like that.

Q.    Okay.

A.    Maybe longer.  I can't recall right now.

Q.    Okay.  And when you meet these -- for these two or three times a month for the past year or so, how long are those meetings?

A.    Hour, two hours.

Q.    And during these hour to two hours meetings that you had two to three times a month for the past year or so have you reviewed any documentation in preparation for your deposition?

A.    Repeat that again.

Q.    Have you reviewed any documents?

A.    Yeah.

Q.    Okay.  What documents have you reviewed for preparation of this deposition?

A.    The statement, the trial court, and I can't recall what else.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 16

Q.    Okay.  You said your statement.  That would be your court-reported statement that you gave in this case?

A.    Yeah.

Q.    Okay.  And you say trial court.  What do you mean by trial court?

A.    The trial court, the trial.

Q.    The trial?

A.    (Nodding.)

Q.    Is that yes?

A.    Yeah.

Q.    Okay.  So you -- you've looked at the trial transcript; is that correct?

A.    Yes.

Q.    Okay.  And did you just look at your testimony or did you look at everyone's testimony?

A.    Just mine.

Q.    Just yours.

Have you reviewed anybody else's testimony that's been given either in an underlying criminal case or in a different criminal case or in this civil case --

A.    No.

Q.    -- that we're here for today?

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 17

MR. STARR:  Objection to form.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    And the other documents that you reviewed, did you review police reports?

A.    Yeah.

Q.    Okay.  Do you remember what police reports you reviewed?

A.    That was back in the '90s.

Q.    Okay.  Were they -- were they having to do with this murder case?

A.    Yeah.

Q.    Did you review any photographs?

A.    No.

Q.    Any other documents that you can recall that reviewed in preparation for your deposition?

A.    No.

Q.    Did you watch any videos in preparation for your deposition?

A.    No.

Q.    Okay.  Other than meeting your lawyer in preparation for the deposition, did you meet with any other attorneys?

A.    Yeah, I did.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                      Page 18

Q.    And what other attorneys?

A.    Brendan Shiller, I think it was.

Q.    And when did you meet with Brendan Shiller?

A.    About over two years ago.

Q.    Was that while he was still your attorney?

A.    2017, I recall I think it was.

Q.    Okay.

MR. STARR:  And just for the record, I'm going to remind my client that he should not divulge any conversations he had with -- with his current counsel, being me, or anybody else from my firm or his previous counsel, regarding -- regarding anything.  Okay?

BY MR. ENGQUIST:

Q.    Right now we haven't gotten to the conversations.  I'm just making sure you talked to them.

So when's the last the you spoke with Brendan Schiller about your case?

A.    2018, somewhere around there.

Q.    Okay.  Any other attorneys that you met with in preparation for your deposition?

ALFREDO GONZALEZ, 02/07/2023                                    Page 19

A.    Besides Sean, my lawyer, that's it.

Q.    Okay.  Was it just Sean when you met with him or was anybody else present during these meetings?

A.    No.  Just him.

Q.    Okay.  Have you discussed today's deposition or discussed this case with any of your codefendants from the criminal case?

A.    No.

Q.    Okay.  What's your date of birth?

A.    April 18, '58.

Q.    And where were you born, sir?

A.    Puerto Rico.

Q.    Okay.  When did you move to Chicago?

A.    In '71, '72.

Q.    And how old were then?

A.    64.

Q.    I mean -- okay.  So you were born in 1964?

A.    No.  '58.

Q.    Okay.  So I'm sorry.  Let me back up.

How old were you in 1971 when you moved to the city of Chicago?

A.    Oh, 15.

ALFREDO GONZALEZ, 02/07/2023                                   Page 20

Q.   And did you live any other place other than the city of Chicago up until the time you were convicted in 1990 -- I'm sorry, 1992?

A.   What was what?

Q.   Did you live any other place other than the city of Chicago and Puerto Rico before you were convicted of this -- of this murder in 1992?

A.   Just Chicago.

Q.   I'm sorry?

A.   In Chicago only.

Q.   Okay.  Did you go to school in Chicago?

A.   Who?

Q.   Did you go to school in Chicago?

A.   Yeah.

Q.   Okay.  And where did you attend school?

A.   Lowell School, Hirsch and -- I can't recall.

Q.   I'm sorry.  What was the first ne?

A.   Lowells.

Q.   Can you spell that, please?

A.   Okay.  L-o-w-e-l [sic], Lowells.

Q.   Okay.  Lowells.  Is that a grammar school?

A.   Grammar.

Urlaub Bowen & Associates, Inc.   312-781-9586

Q.    And what was the other high school -- school you mentioned?

A.    I don't remember the name.

Q.    Okay.  And how far did you go in school?

A.    Junior high.

Q.    So 8th grade, 7th grade?

A.    No.  I was in high school.

Q.    You were in high school?

A.    (Nodding.)

Q.    Okay.  So what year in high school did you stop attending school?

A.    '75, I believe.  Can't recall the year.

Q.    Are you saying you left school in 1975?

A.    I dropped out.

Q.    Okay.  Do you know what grade you were in when you dropped out?

A.    Junior high.

Q.    You were a junior?

A.    (Nodding.)

Q.    Okay.

THE COURT REPORTER:  You have to answer out loud, please.

THE WITNESS:  Okay.

ALFREDO GONZALEZ, 02/07/2023                                    Page 22

BY MR. ENGQUIST:

Q.    So that's a yes, you were a junior in high school when you dropped out?

A.    Yeah.

Q.    Okay.  And why did you drop out?

A.    Because I had failed.  I didn't pass. I didn't want to repeat it.

Q.    Okay.  And how old were you when you dropped out?

A.    I can't recall.  18, 19.

Q.    Okay.  After you dropped out of school, did you work at all?

A.    Yeah.

Q.    Where did you work?

A.    Grocery store.

Q.    Anyplace else?

A.    Factory.

Q.    Anyplace else?

A.    That's it.

Q.    Okay.  And what was the name of the grocery store you worked at?

A.    What was that?

Q.    The name of the grocery store?

A.    Used to call it full -- used to call it

Urlaub Bowen & Associates, Inc.   312-781-9586

grocery.

Q.    Do you know the name of the store at all?

A.    No.

Q.    Okay.  Do you know --

A.    Can't recall.

Q.    Do you know where it was located?

A.    On Drake and North Avenue.

      They went.

MR. STARR:  Oh, the meeting -- can we go off the record?

MR. ENGQUIST:  Yeah.

THE VIDEOGRAPHER:  Time is 10:27 a.m.  This is the end of Media 1.  We are off the record.

      (Recess taken.)

THE VIDEOGRAPHER:  The time is 10:28 a.m. This is the beginning of Media 2.  We're back on the record.

BY MR. ENGQUIST:

Q.    Okay.  So we -- when we left off -- and I'm sorry about that.  One of the things we probably should explain, since we're doing this via Zoom partially, it creates some kind of technical issues.  So if something pops up, we might need to

ALFREDO GONZALEZ, 02/07/2023                                Page 24

stop.

If you notice something weird on the computer screen because you have a good view of it, let us know.  Okay?

A.    (Nodding.)  Yeah.

Q.    All right.  Once again, back to you have to be out loud.  All right?

A.    Okay, okay.

Q.    All right.  So this grocery you worked at at Drake and North Ave., what years was that that you worked there?

A.    '76, somewhere around there.  Can't recall exact year.

Q.    Just for one year or longer?

A.    Like a year.

Q.    Okay.  And what was your --

A.    Two years, something like --

Q.    I'm sorry?

A.    A year, two years.

Q.    And what was your -- what was your jobs duties there at the grocery store?

A.    Stock up food, cashier.

Q.    Okay.  And then you also said you had employment at a factory; is that right?

ALFREDO GONZALEZ, 02/07/2023                                    Page 25

A.    Yeah.

Q.    Okay.  Did you leave your job at the grocery store to go work at the factory or -- or is there some reason why you left other tan just going to a different job?

A.    No.  I wanted a different job.

Q.    Okay.  And then you went right to the factory?

A.    Yeah.

Q.    So you went to the factory in '77-ish?

A.    Somewhere around there.

Q.    Okay.  And how long were you at this factory?

A.    11 years.

Q.    And what was the name of this factory?

A.    Power Label.

Q.    Power Label?

A.    Yeah.  I think it was Power Label, something like that.

Q.    And did Power Label make?

MR. STARR:  Objection to foundation.

THE WITNESS:  It was just like a printing factory.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 26

BY MR. ENGQUIST:

Q.    I'm sorry?

A.    Printing factory.

Q.    Printing.  Okay.

And what did you do at this printing factory?

A.    I threw a slitter.

Q.    Slitter?

A.    Yes.

Q.    And what's a slitter?

A.    Make the small rolls had to be cut.

Q.    So you would just cut the paper?

A.    Yeah, through the machine.

Q.    Okay.  And you -- that was the same job you had for those 11 years at the of course tree?

A.    Sometime I would work on the printing, the same place.

Q.    Any other job?

A.    No.

Q.    And why did you leave Power Label?

A.    Why what?

Q.    Did you leave Power Label.

A.    No.  They close -- they close it down.

Q.    And do you remember when they closed

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                              Page 27

down?

A.      '89, I believe.  Not for sure what year.

Q.      And what did you do after the factory closed down in approximately 1989?

A.      I was, what do they call it, collecting unemployment.  That's what they call it.

THE COURT REPORTER:  Collecting what?  I'm sorry.

BY MR. ENGQUIST:

Q.      Unemployment, did you say?

A.      Unemployment, yeah.

Q.      Okay.  And you were collecting unemployment up until the time of your arrest; is that right?

A.      Yeah.

Q.      Okay.  And just focusing at the time of your arrest in 1990, in August of 1990, where were you living?

A.      My mother.

Q.      And where did you -- where did you and your mother live?

A.      Drake and Moffat.

Q.      Drake, what was the other street?

ALFREDO GONZALEZ, 02/07/2023                                        Page 28

A.    I think that's what they call it, Moffat.

Q.    Can you spell it?

A.    I don't know how to spell that. Moffat.

Q.    Okay.  Is that a house or an apartment?

A.    Building.

Q.    So you lived in an apartment building?

A.    (Nodding.)

Q.    Is that yes?

A.    Yeah.

Q.    And who else besides your mother and yourself lived in this apartment?

A.    My younger sister -- I have two sisters and me.

Q.    Okay.  And what are the two sisters names that you lived with?

A.    Yolanda and Carmen.

Q.    Carmen?

A.    Yeah.

Q.    Okay.  And what is Yolanda's last name? Is it Gonzalez or a different names?

A.    No.  Veles.

Q.    V-e-l-e-s?

A.    Yes.

Q.    And what's Carmen's last name?

A.    Rosario, I think it was.

Q.    Do you have any other siblings other than your two sisters?

A.    What?

Q.    Do you have any other siblings besides those two sisters?

A.    Yeah.

Q.    How many?

A.    I think it was five and five.

Q.    Five brothers and five sisters?

A.    Yeah.

Q.    In addition to the two sisters --

A.    Yeah.

Q.    -- or including them?

A.    Including them.

Q.    Okay.  And can you just give me your brothers' names?

A.    Ernest Sanchez; Carmelo Sanchez; me, Alfredo Gonzalez, Pedro DeJesus.

Q.    You said Beto?

A.    Pedro.

Q.    Oh, Pedro.  And what was the last name?

ALFREDO GONZALEZ, 02/07/2023                                    Page 30

A.    DeJesus, DeJesus.  And Henry Torres.

Q.    I'm sorry.  Herberto?

A.    Henry.

Q.    Oh, I'm sorry.  Henry.  Sorry.

What was the last -- Henry's last name?

A.    Torres.

Q.    Torres.

Okay.  Is that all of them, all the?

A.    Brothers, yes.

Q.    Okay.  So it's you and four brothers?

A.    Yes.

Q.    Okay.  And when you gave me the names, did you kind of give them to me in age order?

A.    Yeah, tried to.

Q.    That's why I assumed you put your name in the middle there.

Okay.  And your sisters, can you give e me their names and kind of what you believe their age order is?

A.    Lucy Sanchez, Carmen Sanchez, Migdalia Dieppa.

Q.    I'm sorry.  What was that again?

A.    Migdalia Dieppa.

ALFREDO GONZALEZ, 02/07/2023                                    Page 31

Q.    Can you spell the last name?

A.    D-i-e-p-p-a, I think it is.

Q.    Okay.  And the next sister?

A.    Yolanda Veles, Carmen Rosario -- Mag -- yeah, Carmen Rosario.  I can't forgot my own sister's name.

Q.    Okay.  When you were growing up in the city of Chicago, did you belong to a street gang?

A.    Yeah.

Q.    Okay and.  What gang did you belong to?

A.    Latin Kings.

Q.    And when did you become a member of the Latin Kings?

A.    Back in the '80s.

Q.    Do you remember --

A.    I can't recall -- I can't recall what year.

Q.    Do you remember approximately how old you were when you joined the Latin Kings?

A.    No.

Q.    Okay.  Did any of your family members also belong to the Latin Kings?

MR. STARR:  Objection, foundation.

THE WITNESS:  No.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 32

BY MR. ENGQUIST:

Q.    Okay.  What about nephews, do you have any nephews that are also members of the Latin Kings?

A.    Yeah.

Q.    And who were they?

A.    Efrain Cruz, Justino Cruz.  That's it.

Q.    And they were both Latin Kings; is that correct?

A.    Yeah.

Q.    What's the age difference between you and Efrain?

A.    About 14.

Q.    And Justino is younger than Efrain, correct?

A.    Yes.

Q.    Do you know the age difference between you and Justino is?

A.    I don't know, maybe 20.  Can't recall.

Q.    Okay.  When's the last time you spoke to Efrain Cruz?

A.    I can't recall what day, what year.

Q.    Have you spoken to him since your release from prison?

ALFREDO GONZALEZ, 02/07/2023                                   Page 33

A.    Yeah.

Q.    Okay.  Well, why don't we do that.
When did you get released from prison?

A.    August 9th, 2022.

Q.    Okay.  How many times since your
release from prison have you spoken with Efrain
Cruz?

A.    Just once.

Q.    And where was that?

A.    The same day I came out.

Q.    Have you spoken to Justino Cruz since
your release from prison?

A.    No, never.

Q.    When you spoke to Efrain, was this at
some kind of family function the day you were
released or was it -- was it someplace else?

A.    Yeah, family reunion.

Q.    And where was this family reunion held?

A.    Talking about the place?

Q.    Yeah.

A.    Potomac and Homan.

Q.    Restaurant or something?

A.    No, no.  His daughter's place.

Q.    Efrain's daughter's place?

ALFREDO GONZALEZ, 02/07/2023                                    Page 34

A.    Yeah.

Q.    And just so I know, what's the daughter's name?

A.    Jennifer Cruz.

Q.    Okay.  I know you were unsure about when you exactly joined the Latin Kings, but back in the '80s.

Did you ever stop being a member of Latin Kings?

A.    Yeah, I try.

Q.    I'm sorry, yeah, I try?

A.    Yeah.

Q.    Okay.  When did you try to stop being a member of the Latin Kings?

A.    In the '80s.

Q.    When in the '80s -- did you actually stop being a member in the 1980s?

A.    Yeah.

Q.    Okay.  When was that?

A.    I can't recall what year.

Q.    How old were you when you are saying you stopped being a member of the Latin Kings?

A.    I can't recall how old I was.

Q.    Do you know why you stopped being a

Urlaub Bowen & Associates, Inc.   312-781-9586

member of the Latin Kings?

A.    I have family to take care of.

Q.    Any other reason?

A.    When Santiago Sanchez killed himself.

Q.    I'm sorry.  What?

A.    Santiago Sanchez shot himself.

Q.    Santiago Sanchez, did he have a nickname?

A.    Yeah.

Q.    What was his nickname?

A.    Macho.

Q.    So are you saying you decided to leave the Latin Kings after Macho killed himself?

A.    Before and after.

Q.    So were you still a member up until the time Santiago Sanchez killed himself?

A.    Yeah.

Q.    Okay.  And you left after he died?

A.    I tried.

Q.    You tried.

      Okay.  How did you try to leave the Latin Kings after Macho shot himself?

A.    Tried to concentrate on my kids.

Q.    I'm sorry.  One more time.

ALFREDO GONZALEZ, 02/07/2023                                    Page 36

A.    Tried to focus on my kids.  It was painful.

Q.    Okay.  I'm not sure.  How -- how does one leave the Latin Kings?

MR. STARR:  Objection; form, foundation.

MR. ENGQUIST:  Let me just go back.

BY MR. ENGQUIST:

Q.    Let me ask how -- what was your understanding of how you would have to -- how you would leave the Latin Kings when you -- back in the late '80s, '90s.

MR. STARR:  Objection to form and foundation.

THE WITNESS:  Do I have to answer that?

MR. STARR:  Yeah.  You can answer, if you're -- if you can.

THE WITNESS:  Because I wanted to leave it alone.

BY MR. ENGQUIST:

Q.    Okay.  Was there anything you had to do in order to leave the Latin Kings?

A.    No.

Q.    Was there anybody you had to tell that you were leaving the Latin Kings?

A.    Not really.

Urlaub Bowen & Associates, Inc.  312-781-9586

Q.   Okay.  Did you tell any of your other gang -- any other associates in the gang that you were leaving the Latin Kings?

A.   I can't recall if I did.

Q.   At what point did you consider yourself no longer a member of the Latin Kings?  If you can't give me a date, you can always tell me like what was happening in your life at the time.

A.   Santiago Sanchez committing suicide.

Q.   Okay.  So at that point, you decided that you -- you didn't consider yourself a Latin King, correct?

A.   Yeah.

Q.   Now, when you were a member of the Latin Kings, did you belong to a specific set?

A.   Yeah.

Q.   Okay.  And was that set run by Macho?

A.   Yeah.

Q.   And where was that set located?

A.   I believe Kimball somewhere.  I can't recall the other street.

Q.   I'm sorry.  What was that?

A.   Kimball.

Q.   Kimball.  Okay.  But I didn't catch

what you said after that.

A.    I can't recall the other street.

Q.    The other street.  Okay.

Now, the set was initially founded by 11 people, including Macho; is that correct?

A.    Yeah.

Q.    Okay.  And you were one of those founding people, correct?

A.    Yeah.

Q.    Okay.  Along with Jose Maysonet?

A.    Yeah.

Q.    Justino Cruz?

A.    I can't recall.

Q.    Okay.  Efrain Cruz?

A.    Efrain Cruz.

Q.    What about Veras, was he also a founding member?

A.    Yeah.

Q.    Any other founding member that you recall of the initial 11 who started this set of Latin Kings?

A.    I can't recall names.

Q.    Do you remember nicknames?

A.    Yeah.

Q.    Okay.  What nicknames?

A.    Ivan, ET.

Q.    ET?

A.    Yeah.  I can't remember other names.

THE COURT REPORTER:  I'm sorry.  What was the first one?

BY MR. ENGQUIST:

Q.    Ivan, is that right?

A.    Yeah.

Q.    Okay.  So the nicknames you remember are Ivan, Macho, and ET, correct.

A.    Yes.

Q.    Did you have a nickname in the gang?

A.    Yeah.

Q.    What was that?

A.    LLuvia.

Q.    Can you spell it, please.

A.    L-L-u-v-i-a.

Q.    And does LLuvia stand for something or mean something?

A.    Just raining, raining.

Q.    Raining.

And how did you get that nickname?

A.    A record that I used to listen to.

ALFREDO GONZALEZ, 02/07/2023                              Page 40

Q.   So it's a song?

A.   Yeah.

Q.   Okay.  What song was that?

A.   LLuvia.

Q.   I'm sorry.  What?

A.   LLuvia.

Q.   LLuvia.  Okay.

     Did Veras have a nickname?

A.   Who?

Q.   Veras.

A.   Yeah, believe so yeah.

Q.   What was it?

A.   Cisco, I think.

Q.   Did Efrain have a nickname?

A.   Yeah.

Q.   What was his nickname?

A.   King.

Q.   Did Jose Maysonet have a nickname?

A.   I didn't know about Jose Maysonet.

Q.   You didn't know what about, his nickname?

A.   I know his nickname, but I didn't know him by the name.  I'd -- we'd all him Juan.

Q.   You'd call him Juan.  Okay.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 41

Okay.  Now, Justino Cruz was also a member of the Latin Kings, correct?

A.    Yeah.

Q.    Okay.  Did he have a nickname?

A.    Tino.

Q.    And he was also from the same set to over there on Kimball, correct?

A.    No.  I can't recall that.

Q.    Okay.  So you're not sure if he was from the same set?

A.    I wasn't there like every day.  Maybe he was for a few days.  I don't know.

Q.    Okay.  And you said you were not there every day.  When you were with the other members of your set, what kinds of things would you do?

MR. STARR:  Objection to form, foundation.

You can answer.

THE WITNESS:  Dealing drugs.

BY MR. ENGQUIST:

Q.    Okay.  And how long were you dealing drugs?

MR. STARR:  Objection to foundation, form.

Go ahead.

THE WITNESS:  After I lost my job.

ALFREDO GONZALEZ, 02/07/2023                                    Page 42

BY MR. ENGQUIST:

Q.     So when you were on unemployment, that's when you were dealing drugs?

A.     Yes.

Q.     Okay.  Did you deal drugs before then?

A.     No.

Q.     So it'd be fair to say you were dealing drugs at the time of the murder of the Wiley brothers; is that correct?

A.     Yeah, I suppose.

Q.     Okay.  And what kind of drugs were you dealing then?

A.     Weed.

Q.     Anything else?

A.     Cocaine once in a while.

Q.     Anything else?

A.     No.

Q.     And when you would deal drugs for your set, was that in the area of Kimball or somewhere around there where your set -- where your set was?

A.     Yeah.

Q.     Okay.  Did you ever deal at any other place that wasn't controlled by your set?

A.     Yeah.

Urlaub Bowen & Associates, Inc.   312-781-9586

MR. STARR:  Objection; form, foundation.

BY MR. ENGQUIST:

Q.    You did?

Okay.  Where else did you deal drugs that wasn't controlled by your set?

THE WITNESS:  Can I answer?

MR. STARR:  Yeah.  But just make sure you let me get my objections in before you answer so we don't talk over each other.

THE WITNESS:  On Pierce.

BY MR. ENGQUIST:

Q.    On Pierce, Pierce and what?

A.    Kedzie.

Q.    And whose territory was that at Pierce and Kedzie?

MR. STARR:  Objection to foundation.

THE WITNESS:  It was ours.

BY MR. ENGQUIST:

Q.    It was your sets?

A.    No.  We used to hang there.

Q.    Okay.  So it was still controlled by the Latin Kings?

A.    (Nodding.)

Q.    Is that a yes?

ALFREDO GONZALEZ, 02/07/2023                                    Page 44

A.    Yes.

Q.    Did you ever deal drugs in a location that wasn't either controlled by your set or the Latin Kings?

MR. STARR:  Objection; form, foundation, calls for speculation.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Why not?

A.    Because it wasn't allowed.

Q.    Okay.  What do you mean by not allowed? Allowed by who?

A.    The other people.

Q.    The other gangs?

A.    Yeah.

Q.    Okay.  If you -- would it be dangerous for you to deal drugs in an area that you didn't control, your gang didn't control?

A.    Yes.

Q.    Okay.  When you were talking about it being dangerous, is that something where someone could be shot for?

A.    No.

MR. STARR:  Objection; form, foundation,

speculation.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Okay.  So then how would it be dangerous.

MR. STARR:  Same objections.

THE WITNESS:  Just talking.

BY MR. ENGQUIST:

Q.    Talking?

A.    (Nodding.)

Q.    So the gangs would talk about it if you were violating their space and selling drugs there?

A.    Yeah.

Q.    Okay.  Was there ever any kind of violence between the gangs if another gang encroached on their area to sell drugs?

MR. STARR:  Same objections.

THE WITNESS:  No.

MR. ENGQUIST:  Okay.

MS. BONJEAN:  Join those objections.

BY MR. ENGQUIST:

Q.    Did you have any rank within your set?

A.    No.

Q.    Okay.  So you already said Macho was

the leader of the set up until the time he -- he died, correct?

A.     Correct.

Q.     Who was the leader after Macho died?

MR. STARR:  Form, foundation, speculation.

THE WITNESS:  Can't recall.

BY MR. ENGQUIST:

Q.     Okay.  Was there any -- was there any other positions within your set that you remember anyone holding?

A.     No.

Q.     During the time you were with your set in the Latin Kings, do you know if your set ever paid any kind of protection money?

MR. STARR:  Objection; form, foundation, speculation.

THE WITNESS:  I couldn't tell.  I don't know.

BY MR. ENGQUIST:

Q.     So no one ever told you about paying protection money to anyone; is that correct?

MR. STARR:  Form, foundation, speculation, asked and answered.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    That's not correct or that is correct?

A.    No one -- no one told me.

Q.    Okay.  The members of your set that you could recall so far, Ivan and ET, Cisco, Juan, do you consider them -- did you consider them friends at the time?

A.    Yeah.

Q.    Okay.  Was there anybody in your set you did not consider a friend?

A.    Not too close, Juan.

Q.    I'm sorry.  What was that?

A.    Juan was not close.

Q.    Juan wasn't that close?

A.    (Shaking. )

Q.    And what do you mean by Juan was not that close?

A.    Because we didn't get along.

Q.    Okay.  Did you guys fight?

A.    No.

Q.    And when you say you did not get along, can you describe what -- what about your relationship with -- how you did not get along with Juan?

A.    I don't know.  He was just weird.

Q.    And how so?  Can you describe?

A.    He didn't want to hang out with us most of the time.

Q.    You said "hang out with us," who's the "us" he would not want to hang out with most of the time?

A.    Cisco, King.  The same people I say.

THE COURT REPORTER:  Can you repeat that?

THE WITNESS:  The same people I mentioned earlier.

BY MR. ENGQUIST:

Q.    So ET, Cisco, King, he didn't hang out with them?

MR. STARR:  Objection; form, foundation, mischaracterizes his testimony.

You can answer.

THE WITNESS:  Sometime.

BY MR. ENGQUIST:

Q.    Okay.  What about was Juan close to Macho?

MR. STARR:  Form, foundation.

THE WITNESS:  I guess.  Not sure.

ALFREDO GONZALEZ, 02/07/2023                                    Page 49

BY MR. ENGQUIST:

Q.    Okay.  Were you close to Macho?

A.    Yeah.

Q.    And I know we said it before, but just to be clear, when you're talking about Juan, you're talking about Jose Maysonet, correct?

A.    I guess.

Q.    Okay.  All right.  Did you still associate or affiliate at all with the Latin Kings when you were in prison?

A.    Sometimes.

Q.    When you mean "sometimes," what do you mean by that?

A.    If I want to be there, I go.  If I didn't want to be there, I wouldn't.

Q.    Okay.  So was that throughout your entire time when you were in IDOC?

A.    Yeah.

Q.    Okay.  And why at certain times would you want to hang out with the Latin Kings when you were in prison?

A.    Because I didn't want to get in trouble.

Q.    So affiliated with the Latin Kings, you

Urlaub Bowen & Associates, Inc.   312-781-9586

were there for protection; is that fair to say?

A.    Yeah.

Q.    Did you consider yourself a Latin King while you were in prison?

A.    Yeah.

Q.    While you were in prison as a Latin King, was there anything you had -- that you had to do while you were a Latin King in prison --

MR. STARR:  Objection.

MR. ENGQUIST:  -- for the Latin Kings?

MR. STARR:  Objection; form, foundation.

THE WITNESS:  Yeah.

BY MR. ENGQUIST:

Q.    What?

A.    Security.

Q.    Security?

A.    Yeah.

Q.    What do you mean by that?

A.    Lookout.

Q.    When you say "lookout," did you have to act as a lookout or did you have to look out for the other members of Latin Kings while you were in prison?  I'm not sure what you're --

A.    No.  Look out police, look out the

ALFREDO GONZALEZ, 02/07/2023                                    Page 51

other gangs.

Q.    Okay.  When you're talking about the police, you're talking about the prison guards?

A.    Yeah.

Q.    Okay.  When you were in prison, did you have any rank within the Latin Kings?

A.    No.

Q.    Have you ever had any rank with the Latin Kings?

A.    No.

MR. STARR:  Asked and answered.

BY MR. ENGQUIST:

Q.    You testified earlier about there not being violence between the gangs on the streets.

Was there violence between the gangs while you were in prison?

MR. STARR:  Form, foundation, speculation.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Then what were you a lookout for when you were looking out for the other gangs when you were in prison?

MR. STARR:  Form, foundation, calls for speculation.

THE WITNESS:  Can answer?

MR. STARR:  If you understand the question.

THE WITNESS:  Not really.

MR. STARR:  Then tell him that.

THE WITNESS:  Can you repeat that again?

MR. ENGQUIST:  Sure.

BY MR. ENGQUIST:

Q.    Earlier you testified that you were a lookout and one of the things you were a lookout for were the other gangs when you were in prison.

If there wasn't violence between the gangs when you were in prison, what were you a lookout for?

MR. STARR:  Same objection.

THE WITNESS:  Difference gangs.

BY MR. ENGQUIST:

Q.    And what would you be looking for?

MR. STARR:  Same objections.

THE WITNESS:  They don't come looking for trouble.

BY MR. ENGQUIST:

Q.    Okay.  And what kind of trouble would someone come looking for?

MR. STARR:  Calls for speculation,

ALFREDO GONZALEZ, 02/07/2023                                    Page 53

foundation.

THE WITNESS:  Different gangs, different things.

BY MR. ENGQUIST:

Q.   But not violence?

A.   No.

Q.   Since your release from prison, have you been still in contact with the Latin Kings?

A.   No.

Q.   Okay.  So that ended when you left prison?

A.   Yeah.

Q.   I know I'll get more information later on, so I'm not going to go into much detail, but what are you doing now your since release from prison?

MR. STARR:  Objection to form.

THE WITNESS:  Like if I have a job or something?

BY MR. ENGQUIST:

Q.   Yeah.

A.   No.

Q.   Have you looked for a job since you were released?

ALFREDO GONZALEZ, 02/07/2023                          Page 54

A.   Yeah, I try.

Q.   And what kind of jobs have you been looking for since you were released?

A.   I file applications.

Q.   Okay.  Where?

A.   Dollar Store.

Q.   Anything else?

A.   Pig -- Piggly store.

Q.   I'm sorry.  What was that?

A.   Piggly.

Q.   Piggly.

Anything else?

A.   No, I can't recall right now.

Q.   Okay.  And you haven't heard back or you just didn't get hired, which one was it?

A.   I haven't heard back.

Q.   Okay.  When did you first become aware of the murder of the Wiley brothers?

A.   When I got arrested.

Q.   So the first time you heard about the Wiley brothers, two African-American young men shot and killed in your neighborhood, was when you were arrested for the murders; is --

A.   Yeah.

Q.    -- that correct?

A.    Correct.

MR. STARR:  Objection; form, foundation, asked and answered.

THE WITNESS:  That's correct.

BY MR. ENGQUIST:

Q.    And who told you about the Wiley brothers murders?

A.    Detective Guevara.

Q.    Okay.  Prior to the date of your arrest, did you know who Detective Guevara was?

A.    Yeah.

Q.    Okay.  When did you first know or get to know or learn of Detective Guevara either way?

MR. STARR:  Objection to form.

THE WITNESS:  In the '80s.

BY MR. ENGQUIST:

Q.    And how did you know him from the '80s?

A.    From the neighborhood.

Q.    What about it from the neighborhood?

MR. STARR:  Form.

THE WITNESS:  People talk.

BY MR. ENGQUIST:

Q.    And did you have any dealings with

Detective Guevara before you were arrested by Detective Guevara for the murder of the Wiley brothers?

A.    Yeah.

Q.    Okay.  When's the first time you had any kind of dealings with Detective Guevara?

MR. STARR:  Objection to the term "dealings."

THE WITNESS:  I don't remember the year, but I did.

BY MR. ENGQUIST:

Q.    Okay.  And what was it?

A.    In a gym.

Q.    What gym?

A.    Kedzie, North Avenue.

Q.    One more time, please?

A.    Kedzie, North Avenue.

Q.    Kedzie and North Avenue?

A.    Yeah.

Q.    Was that like a YMCA?  Was it a park district?

A.    Just something that -- that we got together.  We opened it.

Q.    When you say "we opened it," who's the "we"?

A.   Us, Latin Kings.

Q.   And what kind of gym was this?  Was it like weightlifting, basketball?  What kind of gym was this?

A.   Weightlifting.

Q.   Okay.  Anything else besides weightlifting?

A.   I can't recall.

Q.   And was this gym specifically opened by the Kings for the Kings or was it for the community?  What was it for?

MR. STARR:  Objection, foundation.

THE WITNESS:  For the Kings.

BY MR. ENGQUIST:

Q.   Okay.  And how did you have -- come across Detective Guevara at the gym in the '80s?

A.   When he walked in, I seen him and I walked out.

Q.   So you just saw him enter the gym?

A.   Yeah.

Q.   Did you talk with him?

A.   No.

Q.   Did you walk out because Officer Guevara walked in or was there some other reason?

ALFREDO GONZALEZ, 02/07/2023                                    Page 58

A.    Because I know his reputation.

Q.    Okay.  So you knew his reputation before you saw him walk in?

A.    Yeah.

Q.    Okay.  And what about his reputation caused you to walk out of the gym?

A.    I didn't want to -- him to talk to me or ...

Q.    Okay.  What was his reputation?  What had you heard from the street?

A.    Taking Kings, drop them off to the other side.

Q.    I'm sorry.  One more time, please.

A.    Taking Kings and dropping them off the other side.

Q.    Anything else?

A.    He was just a dirty cop.

Q.    Okay.  Besides taking Latin Kings and dropping them off in the different terri- -- I'm assuming different gang territory?

A.    Yes.

Q.    Okay.  Besides that, what else have you heard about Detective Guevara?

A.    Dirty cop.

Urlaub Bowen & Associates, Inc.  312-781-9586

Q.    Dirty cop.

MR. STARR:  You got to let me --

BY MR. ENGQUIST:

Q.    What about --

MR. STARR:  You got to let me make my objections.  Okay?  So that she can do her job without having us --

THE WITNESS:  Okay.

MR. STARR:  -- talk over one another.  Okay?

Thanks.

BY MR. ENGQUIST:

Q.    Other than dropping Kings off into different territory, what else do you attribute to him for being a, quote-unquote, dirty cop?

THE WITNESS:  Can I answer that?

MR. STARR:  Yeah.  You got to answer all the comes.

THE WITNESS:  He was just a dirty cop.

BY MR. ENGQUIST:

Q.    Okay.  Other than dropping Kings off into rival gang territory, is there anything else that you attributed to him that -- why you call him a dirty cop?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  Rumors that I heard.

BY MR. ENGQUIST:

Q.    What other rumors had you heard?

A.    He would -- he would pin people drugs.

Q.    You said pin.  Do you mean plant drugs?

A.    Yeah.

Q.    Okay.  Anything else?

A.    I can't recall right now.

Q.    Do you think there's something else that you heard about him back then in the '80s?

A.    Maybe.  I can't recall it right now.

Q.    When you said he would plant -- you heard he would plant drugs on people, anybody that you know?

A.    No.  Different Kings.

Q.    Different Kings?

Did these -- these Kings tell you or is it just that you heard --

A.    Just talk in the neighborhood.

Q.    Okay.

A.    Communicating.

Q.    So is it fair to say you already knew what Detective Guevara or Officer Guevara looked like when he walked into the King gym before he

ALFREDO GONZALEZ, 02/07/2023                                    Page 61

walked in, since you walked out?

      MR. STARR:  Objection to form.

BY MR. ENGQUIST:

      Q.    You were already aware what he looked like.

      MR. STARR:  Objection to form.

      THE WITNESS:  Yeah.

BY MR. ENGQUIST:

      Q.    Other than your interaction with him by seeing him walk into the gym and then you walked out, did you have any other contact with Detective Guevara or Officer Guevara before you were arrested in 1990?

      A.    Yeah.

      Q.    Okay.  What other occasions?

      A.    In the alley.

      Q.    When was this interaction with him in an alley?

      A.    After I came out of work.

      Q.    Do you remember what year?

      A.    Could be '88.  Not exactly what year.

      Q.    Okay.  So you said you came out of work and you met -- and you saw Detective Guevara in an alley, correct?

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                              Page 62

A.      I didn't met.

Q.      What?

A.      When I left the gym.

Q.      Um-hmm.

A.      I walked away.

Q.      Yes.  But you met -- you mentioned something about in the alley.  What's the other --

A.      I was going to the store.

MR. STARR:  Let me take a break -- or there's a pending question.  So ...

BY MR. ENGQUIST:

Q.      Go ahead.

A.      I go to the store.  He stopped me.

Q.      Yes.

A.      He pat me down.

Q.      Anything else?

A.      Yeah.  He found money.

Q.      And?

A.      And he say if I was dealing.  I said, No.

Q.      Okay.  And what happened after you told him you were not dealing?

A.      He wanted to take the money.  And I said, No, I just got paid.

Q.    Okay.  And what happened after that?

A.    He asked for the copy of the money --
money thing.  I don't know what they call it.

Q.    The -- like the pay stub or paycheck?

A.    Yeah.

Q.    Okay.  And what happened after that?

A.    He gave it back.  He said that I owe
him.  -

Q.    I'm sorry?

A.    He said that I owe him.

Q.    That you owe him.  Okay.

So you showed him your pay stub,
he -- so he gave your money back because it wasn't
from dealing?

A.    Correct.

Q.    -- and he said, You owe me one, and
that was it?

A.    Yeah.

MR. STARR:  Okay.  Whenever's a good time for
you, Josh, I need to use the restroom.

MR. ENGQUIST:  That's fine.  We can take a
break right now.

MR. STARR:  Okay.

MR. ENGQUIST:  Let's go off the record.

ALFREDO GONZALEZ, 02/07/2023                                    Page 64

THE VIDEOGRAPHER:  The time is 11:15 a.m. This is the end of Media Unit 2.  We are off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 11:24 a.m. This is the beginning of Media 3.  We're back on the record.

MR. ENGQUIST:  Okay.  Before we start asking questions again, sir, I know you -- you heard it, there was some concern that your voice has been muffled.  So if you can do us a favor, make sure you keep your voice a little louder than normal just so everybody can hear you that's on Zoom. Okay?

THE WITNESS:  Okay.

MR. ENGQUIST:  All right.  A little bit -- little bit louder.

THE WITNESS:  Okay.

MR. ENGQUIST:  Excellent.

Is that better?

MS. BONJEAN:  Yeah, that's better.  Thank you.

MR. ENGQUIST:  Sure, no problem.  And if you have problems, let us know.  Okay?

ALFREDO GONZALEZ, 02/07/2023                              Page 65

MS. BONJEAN:  Will do.

BY MR. ENGQUIST:

Q.    All right.  So for prior dealings with Officer Guevara, we have him coming into the King gym, the weightlifting area; we have him stopping you when you were going to the store and you were in an alley and you showing the pay stub to show that it was your money and it wasn't drug money.

Did you have any other contact with Officer Guevara prior to your arrest in 1990 for the murder of the Wiley brothers?

A.    The second --

MR. STARR:  Objection to form, foundation.

Go ahead.

THE WITNESS:  The second time I was on the LeMoyne and Spaulding.

BY MR. ENGQUIST:

Q.    You were where?

A.    LeMoyne and Spaulding.

Q.    LeMoyne and Spaulding.  Okay.

A.    In the nighttime.

Q.    Okay.  And what happened?

A.    He pulled me over.  He say if I have the money for him.

ALFREDO GONZALEZ, 02/07/2023                                          Page 66

Q.    Okay.  And what happened after he asked for money?

A.    I told him no.

Q.    Okay.  And then what happened after you told him no?

A.    He punched me in the face.  I fell down.  I got up.  He said that I needed to pay him for protection.  I said, No.

Q.    Okay.  And happened after you said no the second time?

A.    He said that he was going to get me later on.

Q.    Okay.  Anything else happen during this contact you had with Officer Guevara?

A.    He wanted me to pay for security, protection.

Q.    I understand that.

Anything else after he said he was going to get you later on?

A.    No.  Can't recall right now.

Q.    Okay.  Now, this -- the second incident you're talking about here at LeMoyne and Spaulding at night, do you remember what year it was?

A.    Not exactly, but it was the '80s.

ALFREDO GONZALEZ, 02/07/2023                              Page 67

Q.    When you say "the '80s," mid '80s, early '80s, the end of '80s?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  Could be '88, '89.

BY MR. ENGQUIST:

Q.    Okay.  Was anybody with you in the car when you were pulled over?

MR. STARR:  Objection, mischaracterizes testimony.

BY MR. ENGQUIST:

Q.    I'm sorry.  You said you were pulled over, correct?

A.    Yeah, no.  I was walking.

Q.    Oh, you were walking.  Okay.

Was Officer Guevara driving?

A.    Yeah.

Q.    Okay.  Was he with anybody?

A.    Yeah.

Q.    Who was he with?

A.    Some detectives.  I didn't know his name back then.

Q.    When you say "some detectives," do you mean -- do you remember how they were dressed?

A.    Street clothes.

Urlaub Bowen & Associates, Inc.  312-781-9586

Q.    Okay.  Street clothes and like a bulletproof vest?

MR. STARR:  Objection; form, foundation, mischaracterizes his testimony.

MR. ENGQUIST:  I'm asking a question.  I wasn't mischaracterizing.

BY MR. ENGQUIST:

Q.    Again, and a bulletproof vest, is that what he was -- they were wearing?

A.    They all wear that.

Q.    Okay.  And how many other officers were with Officer Guevara when you were pulled over in '88 or '89 or?

A.    Just him and his partner.

Q.    I'm sorry.  What?

A.    Him and his partner.

Q.    Can you describe the partner?

A.    No.

Q.    Did the partner ever speak with you?

A.    No.

Q.    Okay.  When you were punched in the face, were you injured at all?

A.    I felt pain.

Q.    Okay.  Were you bleeding?

A.    No.

Q.    Was anything broken?

A.    No.

Q.    Did you seek any medical attention for it?

A.    No.

Q.    Okay.  Did you make any complaints with anybody, either the police department or back then it was the Office of Professional Standards, regarding this event where you said that Officer Guevara punched you in the face?

A.    No.  Just the guys.

Q.    Just the guys.  What guys?

A.    The rest of the group, the rest of my friends.

Q.    Your set of the Latin Kings?

A.    Yeah.

Q.    Okay.  So you would have told Cisco, King, Juan, Macho, and Ivan about that?

A.    Yeah.

MR. STARR:  Objection; form, foundation, mischaracterizes testimony.

BY MR. ENGQUIST:

Q.    Would you also have told Tino?

ALFREDO GONZALEZ, 02/07/2023                                    Page 70

A.    I can't recall.

Q.    Okay.  And when you told them about this interaction at LeMoyne and Spaulding that night in 1988 or 1989, do you remember what they told you or what any of them told you?

A.    Yeah.  They said that he a dirty cop.

Q.    Besides telling you that they agree that he was a dirty cop, anything else?

A.    Can't recall right now.

Q.    Is there some reason you might recall later?

A.    Maybe.

Q.    Okay.  Is there something that would refresh your recollection as to what else they told you?

A.    Stay away from him.

Q.    Okay.  Anything else?

A.    Can't recall.

Q.    Have you talked to anybody about this incident that you said happened back in 1988 -- '88 or '89 since 1988 or '89 when you talked to your set of Latin Kings?

MR. STARR:  I'm just going to again remind my client not to reveal any attorney/client

Urlaub Bowen & Associates, Inc.  312-781-9586

conversations.

THE WITNESS:  What was the question?

MR. ENGQUIST:  Could you read it back, please?

(Record read.)

THE WITNESS:  I can't recall.

BY MR. ENGQUIST:

Q.   Okay.  And then would if be fair to say the next time you had any interaction with Officer Guevara was the night you were arrested in 1990 in August; is that correct?

MR. STARR:  Objection to form.

THE WITNESS:  Correct.

BY MR. ENGQUIST:

Q.   Okay.  If I can just get them in order. The being stopped going to the grocery store you said was in 1988 or so.  That was your first time having interactions with -- with Officer Guevara, correct?

A.   Correct.

Q.   Is the second time LeMoyne and Spaulding or is the second time seeing him walk into the -- the weightlifting place?

MR. STARR:  Asked and answered.

THE WITNESS: Second time it was in the gym. I left.

BY MR. ENGQUIST:

Q. Okay. And so the third time is LeMoyne and Spaulding being stopped?

A. Could be.

Q. Okay. Are you not sure about the order?

A. No.

Q. That's correct, you're not sure, right?

A. But he did hit me, though.

Q. I know, but the order of events?

A. Right.

Q. Okay. Do you recall the day you were arrested on this murder?

A. Yeah.

Q. Okay. Where were you?

A. Talking about the place?

Q. Yeah. Where were you when you were arrest?

A. Kedzie and Hirsch.

Q. Kedzie and Hirsch, did you say?

A. Yeah.

Q. And what were you doing -- or what were

you doing at Kedzie and Hirsch?

A.    I was walking to my girlfriend's house.

Q.    And who was you girlfriend back then?

A.    Maria.

Q.    You remember Maria's last name?

A.    Perez.

Q.    Okay.  And that was from -- you were walking to her house from when you lived on Drake, correct?

A.    Yeah.

Q.    Okay.  All right.  And do you remember who was there when you were arrested, what officers?

A.    No.

Q.    Do you remember how many officers?

A.    Two.

Q.    Do you recall who any of the officers were?

A.    I can't recall the name, but it was a Latino and a white dude.

Q.    Okay.  And do you recall ever having to deal with this Latino or white officer before?

A.    I can't recall.

Q.    Okay.  So let me get this right.

ALFREDO GONZALEZ, 02/07/2023                                    Page 74

You're walking to your girlfriend's house, Maria
Perez, and you're stopped, correct?

          A.    Correct.

          Q.    Okay.  How were you stopped?

          A.    They told me to stop.

          Q.    Okay.  And did you?

          A.    Yeah.

          Q.    Okay.  And were you put in handcuffs?

          A.    Yeah.

          Q.    Okay.  Were you told why you were being
put in handcuffs?

          A.    I asked why.  They didn't say nothing.

          Q.    Okay.

          THE COURT REPORTER:  I'm sorry?

          THE WITNESS:  I asked what's going on.  They
didn't say nothing.

BY MR. ENGQUIST:

          Q.    Okay.  And after you were placed in
handcuffs, what happened next?

          A.    He call Mr. Guevara.

          Q.    When you say he called, who called?

          A.    The officer.

          Q.    Okay.  And how did he call him?

          A.    Call him on the -- on the -- through

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 75

the -- through the car thing.  I don't know.

Q.    A radio?

A.    Yeah.

Q.    Was the radio in the car or on the officer?

A.    On the officer.

Q.    And what did you hear him say to Guevara?

A.    We got suspect.  We meet you on Grand close to Central Park.

Q.    Okay.  Did you hear anything else over -- said over the radio?

A.    No.

Q.    Did you hear anything said back to them on the radio?

A.    Don't remember.

Q.    Okay.  Did you have any conversations with either this Latino or white officer while you were in the car being transported to Grand and Central?

A.    I asked them, What's going on?  They didn't say nothing.

Q.    Okay.  Anything else?

A.    I can't recall.

Q.    Okay.  Was this the first time you were arrested by the Chicago Police Department?

A.    No.

Q.    Okay.  How many times before this do you think you'd been arrested by the Chicago Police Department?

A.    Don't remember.

Q.    Do you remember being convicted for any crimes prior to this murder case?

A.    No.

Q.    Do you remember getting supervision on a gun charge back in the early '80s?

A.    Yeah.

Q.    Okay.  And at that -- at that time in the early '80s, did you have a gun when -- when you were arrested?

A.    Yeah.

Q.    Do you remember what kind of gun it was?

A.    I believe it was a 32.

Q.    And why did you have a gun on you when you were arrested in the early '80s?

A.    Protection.

Q.    Protection from who?

ALFREDO GONZALEZ, 02/07/2023                                    Page 77

A.    Other gangs.

MR. STARR:  Objection; form, foundation.

THE WITNESS:  Other gangs.

BY MR. ENGQUIST:

Q.    Was this your gun or did it belong to somebody else?

A.    My gun.

Q.    Other than that 32 caliber that you were arrested with back in the early '80s, did you own any other weapons, other -- other handguns?

A.    No.

Q.    Any other arrests or convictions you can recall right now?

MR. STARR:  Asked and answered.

THE WITNESS:  I got others arrest.  I don't remember what for.

BY MR. ENGQUIST:

Q.    Okay.  Do you remember what they were for?

A.    I don't remember what for.

Q.    Oh, what for.  Okay.

All right.  Let's go back to your arrest in this case.

After you were taken to Grand and

Central, what happened next?

A.    We waited.

Q.    Where did you wait?

A.    For the other detective.

Q.    Where did you wait in -- did you wait downstairs in the building?  Did you wait in the car?  Did you wait --

A.    In the car.

Q.    In the car.

And do you remember -- so you were in the car in the parking lot at Grand and Central?

A.    Just on the Grand Avenue parked.

Q.    On Grand Avenue?

A.    Yeah.

Q.    Okay.  So you weren't in the parking lot for the police station?

A.    No.

Q.    Okay.  And how long did you wait there in the car on Grand Avenue?

A.    That I recall, few minutes, maybe 10.

Q.    And what happened after that?

A.    Guevara came.

Q.    Okay.  And then what happened after Officer Guevara arrived?

ALFREDO GONZALEZ, 02/07/2023                                    Page 79

A.    I got out the car.  Put his handcuffs. Before I went in, he punched me in the back and he said, I finally got you.  I said, I don't know what you're talking about.

Q.    Okay.  So did he switch handcuffs with the other officer's handcuffs?

A.    Yeah.

Q.    Okay.  And then was he in front of the other officers when he punched you, I believe you said, in the back of the head?

A.    Yeah.

Q.    Okay.  And how many times did he hit you in the back of the head?

A.    Once.

Q.    Okay.  Do you know if what was with a closed fist or an open hand?

A.    Closed.

Q.    Okay.  And so after you say that he punched you in the back of the head and said I got you, what's the next thing that happened?

A.    I went inside the car.

Q.    Detective Guevara's car?

A.    Yes.

Q.    Was Detective Guevara with anybody or

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 80

was he by himself?

A.    His partner.

Q.    With his partner.

And who is his partner?

A.    Halvorsen.

Q.    Okay.  When you say "Halvorsen," did you know who Detective Halvorsen was or are you just using the name?

A.    No, I didn't know who he was.

Q.    Okay.  Can you describe him?

A.    White dude.

Q.    Besides being a white dude, anything else?

A.    No, can't -- can't recall right now.

Q.    Do you remember if he was older or younger than Guevara?

MR. STARR:  Objection to foundation, calls for speculation.

THE WITNESS:  He looked younger.

BY MR. ENGQUIST:

Q.    Okay.  Do you remember how tall he was compared to you?

MR. STARR:  Asked and answered.

THE WITNESS:  No.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                  Page 81

BY MR. ENGQUIST:

Q.    Okay.  Do you remember if he was smaller than you or larger than you in any way?

A.    No.

MR. STARR:  Same objections.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Do you remember what color his hair was?

MR. STARR:  Same objections.

THE WITNESS:  Blond hair.

BY MR. ENGQUIST:

Q.    And how was this -- how was he dressed, this blond hair detective?

A.    Street clothes, regular clothes.

Q.    Okay.  Was he also wearing a bulletproof vest or just --

A.    Yeah.

Q.    Okay.  Did the -- this white detective with blond hair and the bulletproof vest, did he ever speak with you?

A.    Not in the car.

Q.    Okay.  Later on did he speak with you?

A.    Yeah.

ALFREDO GONZALEZ, 02/07/2023                              Page 82

Q.    In the police station?

A.    Yeah.

Q.    Okay.  So after Detective Guevara put you in his car, what's the next thing that happened?

A.    We went to the police station.  We went to the interrogation room.

Q.    When you say "interrogation room," do you remember where that was?  Was it upstairs, downstairs?

A.    Upstairs.

Q.    And can you describe the room?

A.    Small room.

Q.    Okay.  Was that room off another room of like a large room with desks and chairs where a bunch of detectives were?

A.    No.

Q.    Okay.  Was it off by itself someplace?

A.    Yeah.

Q.    Okay.  What -- what was near it?  Do you know what was near it?

A.    Can't remember.

Q.    Okay.  So it didn't open up onto a larger room, like -

A.    No.

Q.    -- it was in a hallway someplace?

A.    It was a small room.

Q.    Okay.  And I'm sorry if I asked, was it first or second floor of the building; do you recall?

MR. STARR:  Asked and answered.

THE WITNESS:  Second floor.

BY MR. ENGQUIST:

Q.    Okay.  And when you were put in that room, were you still handcuffed?

A.    Yeah.

Q.    Okay.  Were your hands behind you or in front of you?

A.    Behind.

Q.    Okay.  What was in the room?

A.    Little table, two seats, that I remember.

Q.    And what did you do when you went to the room?

A.    Halvorsen left.  He grabbed me by the neck.

Q.    Okay.  You said the -- the white officer left, correct?

ALFREDO GONZALEZ, 02/07/2023                                    Page 84

A.    Yeah.

Q.    Okay.  And were you sitting down?

A.    No.

Q.    You were standing?

A.    (Nodding.)

Q.    Okay.  And did you say that Detective Guevara grabbed you by the neck?

A.    Yeah.

Q.    Okay.  One hand or two hands?

A.    Huh?

Q.    Did he grab you by the neck with one hand or two hands?

A.    I don't remember.

Q.    Okay.  After he grabbed you by the neck, what did he do?

A.    He said that I was going to pay for a double murder that I committed.

THE COURT REPORTER:  I'm sorry.  A double murder that?

THE WITNESS:  That supposedly I committed.

BY MR. ENGQUIST:

Q.    Okay.  When he grabbed you by the neck, did he squeeze or did he just grab you by the neck?

A.    He just pin me up.

ALFREDO GONZALEZ, 02/07/2023                          Page 85

Q.    He picked you up?

A.    No.  He pin my up, pin in the neck.

Q.    Okay.  Did he push you against the wall?

A.    Yeah.

Q.    Okay.  And how long did he hold you there against the wall?

A.    Few seconds, maybe.

Q.    And what happened after the few second?

A.    I told him I didn't know what he was talking about.

Q.    Okay.  And how did he respond?

A.    He said I was going down.

Q.    Okay.  What happened next?

A.    I sat down.  He handcuffed to the -- to the -- to the wall, then he said, I'll be back.

Q.    All right.  And how long were you alone in the room before someone came into the room?

A.    A few minutes his partner came in.

Q.    This would be the same person you said before, the --

A.    Yeah.

Q.    The white guy with blond hair?

A.    Yeah.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 86

Q.   And what did the white officer with blond hair say?

A.   He said that -- he told me that Guevara was never going to let me go until I confess to the -- until I admitted that I committed that murder.

Q.   Did you get the impression that the white officer with blond hair was kind of subservient or answering -- answering to Guevara?

MR. STARR:  Objection to form, foundation, calls for speculation, assumes fact not in evidence.

THE WITNESS:  I don't know.

BY MR. ENGQUIST:

Q.   Who -- who seemed to be in charge?

A.   Guevara was.

Q.   Okay.  So after this white officer with blond hair comes in and tells you that Guevara wasn't going to let you go unless you admitted to the murder -- until you admitted to the murder, what happened next?

A.   I can't recall exactly, but he came in saying that -- that he had witnesses saying that I committed the murder.

Urlaub Bowen & Associates, Inc.   312-781-9586

Q.    Okay.  When you say "he came in," is there Detective Guevara again?

A.    Detective Guevara.

Q.    Okay.  When he came in, was he by himself?

A.    Yeah.

Q.    Okay.  And he told you that he had witnesses saying that you committed the murder?

A.    I committed the double murder.

Q.    Okay.  Did he tell you who the witnesses were?

A.    No, not at that -- at that moment.

Q.    Okay.  And after he told you there were witnesses saying that you committed the murder, what happened next?

A.    I told him that I had nothing to do with it, whatever he's talking about.

Q.    And then what happened after your denial?

A.    He slapped me a few times.  After the last slap, my lip was bleeding.

Q.    Okay.  How many times did he slap you?

A.    Several times.

Q.    Okay.  Was it with one hand or was

it --

    A.    One hand.

    Q.    Okay.  Was it back and forth or was it --

    A.    Yeah.

    Q.    -- just once --

    A.    Back and forth.

    Q.    Back and forth.  So both sides of your face?

    A.    Yeah.

    Q.    Okay.  And you said your lip was bloody afterwards?

    A.    Yes.

    Q.    Okay.  Was it bleeding on the inside or outside?

    A.    The inside.

    Q.    Okay.  Was it bleeding a lot, like you were spitting -- spitting the --

    A.    No.

    Q.    -- blood out or were you just tasting the blood?

    A.    Just tasting the blood.

    Q.    Okay.  So after he slapped you back and forth across the face a few times, what happened

ALFREDO GONZALEZ, 02/07/2023                                      Page 89

next?

      A.    I told him I want to talk to my lawyer.

      Q.    And did you have a lawyer in mind?

      A.    Yeah.

      Q.    What lawyer?

      A.    His name?

      Q.    Yeah.

      A.    Marty Abrams.

      Q.    Marty Abrams?

      A.    Yes.

      Q.    And how did you know attorney Marty Abrams?

      A.    He helped on some of my friends' cases.

      Q.    Was he your attorney before or was he just attorney for other Latin Kings you knew?

      A.    Latin Kings.

      Q.    But not specifically you, correct?

      A.    No.

      Q.    I'm sorry.  Is --

      A.    No.

      Q.    Is that correct, though; you had not used him before?

      A.    No.  I know him.

      Q.    Okay.  And what happened when you asked

ALFREDO GONZALEZ, 02/07/2023                                    Page 90

for Marty Abrams?

    A.   He said I will never get an attorney, attorney cannot help me, and I was going down no matter what.

    Q.   Okay.  And after you were told that, what happened next?

    A.   They left -- he left.

    Q.   Okay.  And how long were you alone before someone else came into the room?

    MR. STARR:  Objection; foundation, calls for speculation.

    THE WITNESS:  Like a while later.

BY MR. ENGQUIST:

    Q.   Okay.  Did it seem like half a day passed, did it seem a few minutes, like right away or like a long time?

    A.   A few minutes later.

    MR. STARR:  Belated objection to speculation, foundation, form.

BY MR. ENGQUIST:

    Q.   Okay.  After a few minutes, what happened next?

    A.   The detective would come in, making sure I wasn't sleeping.  They would go away.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 91

Q.    You said "the detective," which detective would come in to make sure you --

A.    Different detectives.

Q.    Okay.  So different people would come in periodically, check on you --

A.    Yeah.

Q.    -- and then leave?

A.    Making sure I wasn't sleeping.

Q.    How do you know they were making sure you weren't sleeping?

A.    Because that's what they told me.

Q.    Okay.  They would -- they came in saying, Want to make sure you're not sleeping, then they would leave?

A.    Something like that.

Q.    Okay.  Can you describe any of the people that would come in there and told you not to -- and told you that they were coming to make sur you weren't sleeping?

A.    I don't remember the face, but there was a Latino.

Q.    Besides the Latino, anybody else that you recall?

A.    Other white detectives.

Q.   Okay.  And how long did this go on where either the Latino or the white officers would come into the room and -- and make sure -- and say, you know, don't sleep or make sure you weren't sleeping?

MR. STARR:  Objection to form, foundation, calls for speculation.

THE WITNESS:  Hours later, Guevara came back.

BY MR. ENGQUIST:

Q.   When you say "hours later," was it the next day?  Do you have any idea how long it was?

A.   No.

MR. STARR:  Objection; form, foundation speculation.

BY MR. ENGQUIST:

Q.   When you were arrested, what time of day was it?

A.   It was nighttime.

Q.   Had the sun already gone down?

A.   Yeah.

Q.   Okay.  So you said at some point, you think maybe hours later, Guevara came back to see you?

A.   Yeah.

Q.    Okay.  When he came back to see you, was he by himself?

A.    Yeah.

Q.    Okay.  Had he changed his clothes?

A.    I couldn't tell.  Don't remember.

Q.    Okay.  And what happened when Guevara came back to your room?

A.    He said that he had witnesses saying that -- that I had committed double murder.

Q.    Okay.  So he told you again there was witnesses saying you committed a double murder?

A.    Yeah.  He had statements.

Q.    Okay.  He told you he specifically had statements?

A.    Yeah.

Q.    Okay.  Did he tell you anything else?

A.    Yeah.

Q.    What did he tell you?

A.    He gave me the names Jose Maysonet and Rosa Bella.

Q.    I'm sorry?

A.    Rosa Bella.

Q.    And Rosa Bella?

A.    Yeah.

ALFREDO GONZALEZ, 02/07/2023                                    Page 94

Q.    Did he tell you anybody else had given a statement saying you committed a double murder?

A.    No, not at that point.

Q.    Okay.  Did you know who Rosa Bella was?

A.    No.

Q.    Okay.  Did you know Juan's girlfriend?

A.    Yeah, Juan, yeah.

Q.    Okay.  You remember Juan's girlfriend's name?

A.    Yeah.  We used to call her Rosie.

Q.    You called her Rosie.  Okay.

Did you come to know that this Rosie was Rosa Bella?

A.    No.

Q.    Did you ever come to understand her -- understand that?

A.    No.

Q.    Do you remember Rosie, Juan's girlfriend, testifying against you in criminal court?

A.    Yeah.

Q.    Okay.  But you don't know Rosie's real name, is that right, or full name?

A.    No.

Q.    Okay.  How long had you known Rosie?

MR. STARR:  Objection; form, foundation.

At that point in time when he was in custody?

MR. ENGQUIST:  Sure.

THE WITNESS:  Since I was in custody or before?

BY MR. ENGQUIST:

Q.    How long had you known her, Rosie, at the time of your arrest?

A.    Two years, maybe less.

Q.    And how did you come to know her?  How did you get introduced to Rosie?

A.    By Juan.

Q.    Did you meet her -- where did you meet her, at a party?  Did you meet her on the street?  Did you meet her at her house?  What?

A.    No.  Right there on Pierce.

Q.    I'm sorry, what?

A.    On Pierce.

Q.    On Pierce?

A.    Yeah.

Q.    When you say "on Pierce," would that be on the street or at an address on Pierce?

ALFREDO GONZALEZ, 02/07/2023                                    Page 96

A.    They used to live right there on Pierce and Kedzie.

Q.    And how many times had you been to their apartment on Pierce and Kedzie?

A.    Maybe once.

Q.    So had you only met her one time previously or you had met her over -- met her several times during the approximately two years that you had known her?

A.    No.  I seen her -- I seen her a few times.

Q.    Okay.  And what other places had you seen Rosie?

A.    Right there in the neighborhood.

Q.    And when you'd see her, would you acknowledge her and say hi?

A.    Yeah.  I would show respect.

Q.    Okay.  Were there any animosity between you and Rosie?

A.    No.

Q.    All right.  So after Detective Guevara came in and told you there were statements from Jose Maysonet and Rosa Bella -- or Bello, about you being involved in the murders, what's the next

Urlaub Bowen & Associates, Inc.  312-781-9586

thing that happened?

A.    I told him that I didn't know who Jose Maysonet was and I didn't know Rosa Bello.

Q.    Did he explain who they were?

A.    No.

Q.    Okay.  But after going through your criminal trial, is it your understanding that both Jose or Juan and his girlfriend had given statements about you?

A.    What?

MR. STARR:  Objection to form.

BY MR. ENGQUIST:

Q.    After going through your criminal trial, was it then your understanding that both Juan and Rosie had given statements about you being involved in the murder?

A.    Yeah.  After, yeah.

Q.    Okay.  So after you denied knowing who -- what and who he was talking about, what's the next thing that happened?

A.    I asked for my lawyer.

Q.    Okay.  Was that Marty Abrams again?

A.    Marty Abrams.

Q.    Okay.  And what happened after that?

ALFREDO GONZALEZ, 02/07/2023                                    Page 98

A.     He said I'm never -- I'm never going to talk to a lawyer.

Q.     Okay.  And then what happened?

A.     He punched me in my testicle.

Q.     Okay.  How many times did he punch you in the testicles?

A.     In the period of time, several times, multiple times.

Q.     Okay.  And when he was punching you in the testicles, what were you doing?

A.     Ask for my lawyer.  I scream.  Nobody came back.

Q.     Okay.  About how long was this that he was punching you in the testicles?

MR. STARR:  Speculation.

THE WITNESS:  He wanted me to admit that I committed a crime.  I said, No.

BY MR. ENGQUIST:

Q.     How long was he punching you in the testicles and asking you to admit to the crime?

MR. STARR:  Speculation.

THE WITNESS:  Minutes later.

BY MR. ENGQUIST:

Q.     So after this minutes of him punching

Urlaub Bowen & Associates, Inc.   312-781-9586

you in the testicles and asking you to admit to the crime, what happened next?

A.    Then he said that he have more witnesses.

Q.    Did he you describe who the more witness were?

A.    He said Justino Cruz signed a statement against me.  And I said, Who's Justino Cruz?  He said, Your nephew.  And I told him, No, I don't believe he lied on me.

Q.    Okay.  So after he told you that Justino Cruz had signed a statement and you told him you didn't believe that, what was the next thing that happened?

A.    Then he said Fro also signed a statement.

THE COURT REPORTER:  Then he said what?  I'm sorry.

THE WITNESS:  Fro.

BY MR. ENGQUIST:

Q.    Okay.  And who's Fro.

A.    Fro, I -- I said, There's a lot of Fros in the neighborhood.

Q.    Was there a Fro that was in your set?

A.    No.

Q.    Okay.  Did you know a Fro that was a Latin King?

A.    Yeah, several.

Q.    Several of them.

Did you know a Mr. Goosens who's also known as Fro?

A.    No.

Q.    You don't know any of the Fros real names?

A.    No.

Q.    Okay.  So after you were told there was a Fro that had given a statement about you, what's the next thing that happened?

A.    I tell him there's a lot of Fro in the neighborhood, I don't know what he's talking about, and I said I -- I said, I'm innocent; I want to talk to my lawyer.  He said I will never talk to the lawyer, not even lawyer can help me out.

Q.    Okay.  So after you asked for a lawyer again and once again you were told a lawyer couldn't help you, what's the next thing that happened?

A.    He basically beat me up.  He wanted me

ALFREDO GONZALEZ, 02/07/2023                          Page 101

to confess to something I didn't have nothing to do with.

Q.    Okay.  You said then -- this is after you've been punched for minutes in the testicles, you said then he basically beat you up, correct?

A.    Yeah.

Q.    Can you describe what you mean by beat you up?

A.    Hit my stomach.

Q.    Any other place?

A.    The face.

Q.    The face?

A.    (Nodding.)

Q.    Any other place?

A.    Then he left.

Q.    Okay.  And how long was this beating up?  Being hit in the stomach and face, how long did this go on for?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  Several minutes, I believe.

BY MR. ENGQUIST:

Q.    Okay.  And during the several minutes, how many times were you punched in the stomach?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  I can't recall.

BY MR. ENGQUIST:

Q.    Was it a lot?

A.    It's a few.

Q.    Okay.  And how many times were you punched in the face?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  A few.

BY MR. ENGQUIST:

Q.    Okay.  And what part of your face was hit, or parts of your face were hit, either way?

A.    Slap.

Q.    What?

A.    Slap.

Q.    He was slapping you in the face.

Okay.  Was this more the back and forth with one hand across your face?

A.    Yeah.

Q.    Okay.  So that was just in your mouth area on both sides, and cheeks?

A.    Face.

Q.    What?

A.    Face.

Q.    Face.

ALFREDO GONZALEZ, 02/07/2023                               Page 103

Q.   Did he hit you anywhere other than around your cheeks and your mouth back and forth in the slapping?

A.   No.  Then he left.

Q.   I just want to be clear, though.  Did he hit you in any other place in your face other than you cheeks with the back -- in the mouth area with the back and the forth slapping?

A.   My testicle.

Q.   And the testicles.  Did he hit you in the testicles again or is it --

A.   Yeah, again.

Q.   Again.

Okay.  So when -- when the police officer basically beat you up after this conversation, he once again hit you in the testicles, he hit you in the stomach, and he slapped you across the face back and forth?

A.   Yeah.

Q.   Okay.  Anything else during this beat up that you described?

A.   No.  He left.

Q.   Okay.  After he left, were you alone for a period of time?

ALFREDO GONZALEZ, 02/07/2023                                    Page 104

A.    Yeah.

Q.    Okay.  How long were you alone?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  I don't know.  Few hours.

BY MR. ENGQUIST:

Q.    And during these hours that you were alone for a few -- during these few hours you were alone, did anyone come and check on you or were you just by yourself the whole time?

A.    Yeah.  A detective would check in.

Q.    I'm sorry, what?

A.    Detective would check in.

Q.    Which detective, or was it just a whoever -- like a round robin of detectives again?

A.    At one time there was three of them.

Q.    At the time there were three of them, can you describe the three?

A.    Yeah.  One Latino, two white.

Q.    Besides just Latino, can you describe this Latino officer in any other way?

A.    No.  I know he looked Latino to me.

Q.    Okay.  You can't -- you know nothing about his height, correct?

A.    No.

Q.    Can you give me an idea of his weight?

A.    No.

Q.    Whether or not he was a big man or a small man?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  He could be my -- about my height.

BY MR. ENGQUIST:

Q.    Okay.  And how tall are you?

A.    Five nine.

Q.    Okay.  And was he -- was he a wide man, a strong man?  Did he seem to be around your build?  Anything you can describe besides that?

MR. STARR:  Asked and answered.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Did he have hair?

A.    Yeah.

Q.    Can you describe his hair at all?

A.    Black hair.

Q.    Okay.  Anything else you can describe him as besides Latino, maybe five nine-ish, and black hair?

A.    No.

Q.   And the two white officers that you said came in also, can you describe them at all other than white?

A.   No.

Q.   Anything about height, weight, build, anything?

A.   They all looked to me the same, the same height.

Q.   They all looked around five nine?

A.   Maybe, yeah.

Q.   Okay.  Can you -- do you know hair color for either of these white guys?

A.   Blond hair.

Q.   What?

A.   Blond hair.

Q.   Okay.

MR. STARR:  Counsel, I need another break whenever you get to a good point.

MR. ENGQUIST:  Yeah, just give me a second.

BY MR. ENGQUIST:

Q.   Okay.  Anything else besides both white guys and with blond hair?

A.   No.

Q.   Okay.  Did -- besides coming in and

checking on you, did they say anything else to you?

A.    Not at that time.

Q.    Okay.  Sometime later they did?

A.    Yeah.

Q.    Okay.  But not at this time?

A.    Yeah.

MR. ENGQUIST:  And we'll get to that.

Counsel, you need your break, let's take a break.

MR. STARR:  Thanks.

THE VIDEOGRAPHER:  The time is 12:11.  This is the end of Media 3.  We're off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 12:19 p.m. This is the beginning of Media 4.  We're back on the record.

BY MR. ENGQUIST:

Q.    Okay.  So where we left off before the break, you were -- you were alone for a few hours, but detectives would check on you and you specifically went through the one Latino and two white guys that would come to your -- come and check on you.

After those few hours, what's the

ALFREDO GONZALEZ, 02/07/2023                                    Page 108

next thing you recall happening?

A.    Well, a detective would come in.  I don't remember the exact order, but he was asking me if I ready to confess.  I said, No, I cannot confess about it.  Then he said -- he kept talking about what Donald Duk's.

Q.    I'm sorry, what?

A.    He was talking about Donald Duk's.

Q.    Donald Duk.  Okay.

A.    I said, I don't know where it happened at.

Q.    All right.  So this detective who came in and you said was talking to you, asking you if you were ready to confess, was this Guevara again or somebody else?

A.    Guevara.

Q.    It was Guevara.  Okay.

A.    Yeah.  I don't remember exactly how the order was, but he came in a lot of times.

Q.    Okay.  Is this -- is this point you think after the hours of you being by yourself and the other detectives just checking on you?

A.    Yeah.

Q.    Okay.  And you -- and when he came in

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                          Page 109

this time and asked you about confessing, did he hit you at all this time too?

A.    I can't recall.  I know it -- I know he -- I know he was hitting me a few times here and there.

Q.    Here and there.

Did he basically hit you every time he came into the room?

A.    I could say basically, yeah.

Q.    Okay.  And when he would hit you when he could come into the room, was he always by himself when he hit you?

A.    Sometime.

Q.    Okay.  Was he ever with somebody else when he hit you?

A.    Sometimes he'll come in with -- with Halvorsen.  With Halvorsen, he wouldn't -- he wouldn't hit me, but he would ask me if I was ready to confess.  I said, Confess to what, I ain't got nothing to do with it.

Q.    Okay.

A.    He wanted me to admit I knew Jose Maysonet, which I didn't know who he was.

Q.    Okay.  So you said when he came in with

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 110

Halvorsen.  And you've already described who you knew as Halvorsen from when you were -- when you got arrested and that he was at Grand Avenue.  You said white dude, younger than Ray, blond hair, and wearing a bulletproof vest, correct?

A.    Yes.

Q.    All right.  So you said at times Detective Guevara would come in with a person you know as Halvorsen, this -- this blond guy, and would ask you to confess and you would say no.  But did he ever hit you in front of the man you know as Halvorsen?

A.    I can't recall.

Q.    Okay.  Okay.  So I'm just trying to get -- and I understand you're not sure of the exact order, but the last time we left off, there would have been a break for a few hours where you were just being checked on by the Latino and the two white officers, and then you talked about Guevara coming back and asking -- and then asking about confessing and then said something about -- I'm sorry, you said Donald Duk?

A.    Yes.

Q.    What about Donald Duk?

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                              Page 111

A.    He just said Donald Duk's.  He keep repeated about Donald Duk's, the murder happened by Donald Duk's.

Q.    The murder happened by Donald Duk's?

A.    Yeah.

Q.    Did you have any idea what that meant?

A.    No.

Q.    Do you know now what that mean -- means?

A.    Yeah.

Q.    What does it mean now?

A.    It happened right there in Donald Duk's.

Q.    Okay.  And what is Donald Duk's?

A.    It's a restaurant.

Q.    And do you know that restaurant, Donald Duk's?

A.    Yeah.

Q.    Okay.  And where is that -- where was that located?

A.    North Avenue and Kimball on the corner.

Q.    And that was the territory for your set of Latin Kings, correct?

A.    Yeah.

Q.    Okay.  So after Guevara told you that the murder happened near Donald Duk's, what's the next thing that happened that you recall?

A.    That I recall, he told took me to Donald Duk's, me and the state attorney, Halvorsen.

Q.    He took you to Donald Duk's?

A.    Yeah.

Q.    Okay.  I'm sorry.  So he took you to Donald Duk's?

A.    That was hours later.

Q.    Hours later.

A.    I can't recall more or less the time or -- I didn't have no watch, none of that.

Q.    All right.  So when he took you to Donald Duk's, had you given a statement yet?

A.    No.

Q.    Okay.  So you hadn't given a statement confessing to the crime, correct?

A.    Right.

Q.    When he took you to Donald Duk's, how many times do you think he'd come into the room and beaten you?

A.    Several times, multiple times.

Q.    Multiple times.

And each time he came in to -- and beat you, did he slap you across the face each time?

A.    No.

Q.    Okay.  Did he punch you in the stomach every time?

A.    Sometime.

Q.    Sometimes.

Did he punch you in the testicles every time?

A.    Not all the time.

Q.    Okay.  Did he do anything else to you other than punching you in the testicles, punching you in the stomach, and slapping you across the face back and forth?

A.    I kept repeating myself I want to see a lawyer.

Q.    I understand that.

Did he do anything else physically to you during these multiple times that you said that he beat you, other than slapping you across the face back and forth, punching the testicles, and punching you in the stomach?

MR. STARR:  Objection; form, foundation,

mischaracterizes his prior testimony.  He testified earlier about other abuse.

THE WITNESS:  But I don't remember the exact order, but I felt like I was a punching bag.

BY MR. ENGQUIST:

Q.    Okay.  And this was over several times, correct?

A.    Yeah.

Q.    Okay.  Did you have any injuries from any of these -- any of this?

A.    Yeah.

Q.    Okay.  What were your injuries?

A.    My left shoulder, my back, my private parts.

Q.    Okay.  And what injury did you have to your left shoulder.

A.    It just -- I mean, I guess being handcuffed on the wall for hours and days.

Q.    Was there like a bruise or was it just sore?

A.    It -- it been sore all those years. Still hurts.

And my right eye, I got white lights.

ALFREDO GONZALEZ, 02/07/2023                                    Page 115

Q.    All right.  Let's -- can I just stick right now with just the left shoulder?  You said that your left shoulder was store and still hurts.

Other than being handcuffed --

A.    On the wall.

Q.    Was it your left arm was the one handcuffed to the wall?

A.    Both.

Q.    Both.  So both arms were handcuffed to the wall?

A.    Sometimes, sometime -- sometime he take one out, sometimes put it back on.

Q.    And which side were you handcuffed to, your left or your right side?

A.    This side.

Q.    Your right side?

A.    (Nodding.)

Q.    Is that correct?

A.    Yes.

Q.    Okay.  Did Detective Guevara or another officer do anything specific to your left shoulder or was it just because you were handcuffed to the wall that you -- you believe your shoulder hurts?

MR. STARR:  Objection; calls for speculation,

Urlaub Bowen & Associates, Inc.  312-781-9586

foundation.

THE WITNESS:  Maybe he punched me there a few time.  I don't remember.

BY MR. ENGQUIST:

Q.    You don't remember, but you think you could have been punched in the shoulder?

A.    Yes.

Q.    Other than possibly being punched in the shoulder, anything else happen to your left shoulder other than being handcuffed?

A.    It never -- never heal.

Q.    It never healed.  Okay.

And I know we don't have any medical records, but have you ever sought medical treatment for your left shoulder?

A.    When I was at Stateville, I guess it was, Menard.

Q.    Okay.  And what treatment do you recall getting while you were in prison --

A.    While I was in Stateville --

Q.    -- for your left shoulder?

A.    -- physical therapy.

Q.    Anything else?

A.    I complain about the pain that I have

right here on the -- on the bottom.

Q.    I'm sorry, the pain you had where?

A.    Right on my testicles.

Q.    Okay.  Again, I'm going to try to do everything in kind of one spot.

Okay.  The left shoulder.  Anything else that you had besides physical therapy in prison for your left shoulder?

A.    Yeah.

Q.    Anything else besides -- to your left shoulder?

A.    That's it.

Q.    Okay.

A.    And a cream.

Q.    Did you have any -- any -- did you have any medical treatment for your left shoulder while you were in Cook County Jail?

A.    No.

Q.    Okay.  You also mentioned your back --

MR. STARR:  Josh, I think he was saying something else and you interrupted him, about his left shoulder.  I don't want the record to be incomplete.

ALFREDO GONZALEZ, 02/07/2023                        Page 118

BY MR. ENGQUIST:

Q.    Is there something else about your left shoulder that your attorney thought you were going to say?

A.    Yeah.  I mean, it still hurts.  It still bother.

Q.    Anything else?

MR. STARR:  Maybe I misheard him.  I apologize.

MR. ENGQUIST:  Okay.

BY MR. ENGQUIST:

Q.    Then let's move on to when you said your back.  Okay?  Were you ever struck in your back by Officer Guevara?

A.    Yeah, on the side.

Q.    On the side.  And you pointed to your right side near your kidney; is that right?

A.    Yeah.

Q.    Okay.  And how many times were you struck on -- in your -- on your right -- was it your right side or your back?

A.    I didn't say right side.  You said right side.

Q.    Well, that's where you pointed.

Urlaub Bowen & Associates, Inc.  312-781-9586

A.    Well, yeah, but it could be left side since I was handcuffed like this.

Q.    Okay.  Do you recall where you were struck on your sides or your back?

A.    On the left.

Q.    On the left side.  Okay.  So not your right side.

When you were -- okay.

So do you remember how many times you were struck on your left side?

A.    No.  I don't recall.

Q.    Okay.  Now, when you pointed to your kidney area, are you trying to indicate that you were actually punched in your left kidney area?

MR. STARR:  Objection to form, foundation.

THE WITNESS:  Well, it didn't have to be in the kidney.  Could be upper.

BY MR. ENGQUIST:

Q.    Okay.  Do you know where you were struck on the left-hand side?

A.    Yeah, here.

Q.    Okay.  You pointed to -- you motioned underneath your arm and on the side?

A.    Yeah.

Q.    So would it be all down your left side from underneath your armpit down --

A.    Yeah.

Q.    -- to your waist; is that fair to say?

A.    Yeah, that could be.

Q.    Okay.  And how many times were you struck on your left-hand side underneath your armpit down --

A.    Yeah.

Q.    -- to your waist; is that fair to say?

A.    Yeah.  That could be.

Q.    Okay.  And how many times were you struck on your left-hand side underneath your armpit down to your waist?

A.    It could have been several time.

Q.    Okay.  Did you have any --

A.    Multiple -- multiple times.  I don't remember.

Q.    Okay.  And did you have any bruising from that?

A.    Yeah.

Q.    Okay.  And did you seek any medical treatment when you were at Cook Count Jail for this injury to your left-hand side?

A.    I don't remember.  They would give us Tylenols anyway.

Q.    I'm sorry, what was that?

A.    Tylenols.

Q.    Did you receive any treatment for this left -- being punched in the left side while you were in IDOC?

A.    No.  Can't recall.

Q.    Okay.  And you mentioned -- I'm going to go to the next one, which was your private parts.

A.    Yeah.

Q.    Okay.  Did you have any kind of bruising or visible injuries to your private parts from being struck multiple times in the -- in your scrotum?

A.    No, I didn't have no bruise.  Just hurt.

Q.    I'm sorry.  One more time?

A.    Hurts, it hurts.

Q.    Okay.

A.    I still experiencing the pain.

Q.    Do you still have pain in your -- in your scrotum from that?

ALFREDO GONZALEZ, 02/07/2023                                    Page 122

A.    Yes.

Q.    Did you receive treatment for this pain in your scrotum when you were in Cook County Jail?

A.    I don't recall.

Q.    Did you ever receive treatment for this pain in your scrotum when you were in IDOC?

A.    Yeah.

Q.    Okay.  And when did you first receive -- that you recall receive treatment for this pain in your scrotum from being punched by Detective Guevara back in August of 1990?

A.    Well, after years of suffering with pain, when I was at Menard I decided to -- to talk about it.

Q.    Okay.  You -- you said "after years." Do you approximately know when that was, how many years after 1990 that you went to see a doctor about it in Menard?

A.    After suffering with pain, I would ask the guys, Hey, do you ever get pain down there? Say, no.  They say, Go and check.  I never did.  I just suffer with pain.  When I was at Menard, then I went.

Q.    I understand.  How many years later

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 123

after -- after you were punched in the scrotum?

        A.    Like six, five.  I can't recall how
many years later.

        Q.    Okay.  And after like five or so --
five or six years and you saw -- you went to the
doctor at Menards, did you ever receive any
treatment for you said the pain you had in your
scrotum?

        A.    They gave me some Tylenols.  They did
check.

        Q.    They did check?

        A.    Yeah.  You know, they check.  You know,
I mean, I don't want to --

        MR. STARR:  You've got to give verbal
answers, Freddy.

BY MR. ENGQUIST:

        Q.    So they -- they checked your scrotum?

        A.    Yeah.

        Q.    Okay.  Did they remark to you about
any -- any kind of change in your physiology that
was causing the pain?

        A.    Any what?

        Q.    Any injury.  Did they see any injury?
Did they tell -- did they remark on something that

was causing you pain?

A.   No.  They just said that they look all right, not to worry about it.  I say, Yeah, but it hurts.

Q.   And does it still hurt today?

A.   Yeah, still do.

Q.   Okay.  How do you -- have you received any treatment other than getting Tylenol when you said you had pain in your scrotum when you were at Menards since then?

A.   Yeah.

Q.   Where?

A.   At Stateville.

Q.   Okay.  Still in IDOC, correct?

A.   (Nodding.)

Q.   In Stateville, did they -- did they remark about finding anything wrong with your scrotum?

A.   No.

Q.   Did you receive Tylenol when you told them you had pain?

A.   Ibuprofen.

Q.   Okay.  Did you receive treatment any other place?  How about outside of IDOC, have you

received any treatment for your scrotum?

A.    Yeah.

Q.    Okay.  Where?

A.    Outside hospital.

Q.    And obviously we don't have those records yet, but this outside hospital that you went to, when was this?

A.    A few months ago.  I don't remember talking about it.  Maybe I should have talked about it.

Q.    I'm sorry.  When you went to the hospital a few months ago, did you go there for pain in your scrotum or did you go there for something else?

A.    Something else.  For physical.

Q.    For a physical.  Okay.

And you're not sure whether or not you told them about the pain in your scrotum which has been going on for years?

A.    Yeah.  I'm not remember.

Q.    Okay.  Besides there's a possibility that you brought it up but you don't know if you did a few months ago, any other -- anything else for treatment for your scrotum?

ALFREDO GONZALEZ, 02/07/2023                                    Page 126

A.    My right eye.

Q.    I'm going to get there.  I just want to finish up the one part.

For your scrotum, anything else treatment wise?

A.    No.

Q.    Okay?

A.    Not that I recall.

Q.    All right.  Now, your -- your right eye.  What's wrong with your right eye?

A.    I see white, flight lights, something like that.

Q.    Okay.  And when did you first start seeing like white lights or floaters or whatever from your right eye?

A.    When I was at Stateville.  The same time I was in the room, it happened too, when Guevara slapped me around.

Q.    Okay.  So when he was slapping you across the face, you saw white lights and then --

A.    Yeah.

Q.    -- you saw them again when you were in Stateville; is that fair to say?

A.    It happened at -- it happened in the

police station, everywhere -- it happened occasionally.

Q.    Occasionally.

A.    Still happens.

Q.    Okay.  Did you receive treatment or make a complaint about seeing these white lights in your right eye when you were in Cook County Jail?

A.    Well, they would check, like with eye doctor, they would put some kind of liquid in there.

Q.    In Cook County Jail?

A.    I don't recall in Cook County Jail, but Stateville, Menard.

Q.    So when you were in IDOC, you got eyedrops?

A.    Yeah.

Q.    Did you ever -- were you ever told that there was something wrong with your eye?

A.    When I went to the eye -- to get new glasses, that's what I would tell them, I be experiencing some white lights.  He said, Don't worry about, it's nothing.  So they would -- they would look inside it.  I still experience it, the white lights.

Q. Okay. But so far you've never got a diagnosis of something being wrong with your right eye, correct?

A. No, right.

Q. Okay. Any other injuries that you -- that you associated with what you allege for the beatings by Detective Guevara off and on for hours?

A. Yeah.

Q. What else?

A. My right toe.

Q. Your right toe. Okay. When was that injured?

A. In the police station.

Q. Okay. When?

A. By Detective Halvorsen.

Q. Okay. By the -- the guy you mentioned before, the blond one with -- wearing the vest, correct?

A. Yeah.

Q. Okay. And when did he injure your toe, your right toe?

A. I don't remember specific the way it happened, but he came in. He said, You got to listen to him, he not going to let you go. And I

ALFREDO GONZALEZ, 02/07/2023                                    Page 129

said, I got nothing to do with it.  So he stomp my toe.  He slapped me a few time.

Q.    So this man you know as Halvorsen, this blond guy wearing the vest came in, stomped your toe and slapped you as well?

A.    Yeah.

Q.    Okay.  Was there anybody else in the room when you were -- had your toe stomped and your face was slapped?

A.    No.

Q.    Okay.  And how many times were you slapped in the face by him at this time?

A.    Maybe three times.

Q.    Okay.  Was it also this back and forth?

A.    Yes.

Q.    Both sides of your face with one hand?

A.    Yeah.

Q.    Okay.  And how many times did he stomp on your toe?

A.    Several time.

Q.    Okay.  Now, which toe was injured?

A.    My right toe.

Q.    Your big toe, your little toe?

A.    Big toe.

Q. Big toe. Okay.

And what injury was inflicted to your big toe?

A. Years later, they say it's a bunion. All those pains that I was suffering over the years, it became a bunion. That's what they call it. I had got X-ray there, X-ray of my -- of my left shoulder, X-ray of my back.

Q. Okay. So stomped on your toe and -- have this right, is it fair to say the first time you sought treatment for your toe hurting was when you were in IDOC?

A. Yeah.

Q. After your conviction, after being in Cook County Jail, correct?

A. Correct.

Q. Okay. And are you saying that, from your understanding of the X-ray of your toe, it said you had a bunion on your big toe?

A. Yeah.

Q. Okay. Did anyone ever tell you it was from being stepped on or stomped on from 1990?

A. I say that.

Q. You say that. Okay.

Okay. Any other physical injuries you're alleging were inflicted on you when you were in the police station before you gave your confession in this case?

A. Not that I recall at this moment.

Q. Is there some reason why you think you might recall later on additional injuries you received?

A. Yeah.

Q. Okay. Why is that?

A. Because I -- I get headaches too.

Q. Okay. So are you saying your headaches are caused from this too?

A. It could be.

Q. Okay. Well, let's talk about your headaches then. When did your headaches start?

A. When I was in Cook County.

Q. When you were in Cook County.

A. But they give us Tylenol every day.

Q. And do you still have headaches today?

A. Sometimes.

Q. Sometimes.

How often do you have headaches?

A. A few times a week.

Q.    Okay.  And is it your belief that your headaches that you have a few times a week are caused from being slapped in the face back in 19- -- August of 1990?

MR. STARR:  Form, foundation, calls for speculation.

THE WITNESS:  Yeah.

BY MR. ENGQUIST:

Q.    Okay.  Have you ever gone to see a doctor claiming that your headaches were caused from being slapped in the face in August of 1990?

A.    They just give you Tylenol, ibuprofen.

Q.    So I understand you said you have a headache and someone gave you a Tylenol and ibuprofen.

What I'm asking is:  Did you ever go to a medical professional, go to a doctor, you know, medical thing at IDOC, and -- and claim that you had headaches from being slapped in the face back in 1990?

A.    No.  I never -- I never thought about it.

Q.    Okay.  You just thought about it just now?

A.    No.

Q.    You said you "never thought about it."

A.    No.  I -- that's what I believe it happened at.

Q.    Okay.

A.    When the injuries.

Q.    Okay.  Any other injuries you believe were inflicted on you prior to you giving your confession to the double murders of the Wiley brothers?

A.    No, not that -- not that I remember.

MR. ENGQUIST:  Okay.  Now would be a good time if you want to take a break before we move on to the next thing.

THE VIDEOGRAPHER:  The time is 12:44.  This is the end of Media 4.  We're off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 1:24 p.m. the beginning of Media 5.  We're back on the record.

BY MR. ENGQUIST:

Q.    All right.  Sir, when we took a break, you had just mentioned -- we had gone through those injuries that you alleged, but then you mentioned the next thing that you recall after your toe was

Urlaub Bowen & Associates, Inc.  312-781-9586

stomped on, at some point after that that you went for a ride with an assistant state's attorney and Guevara; is that correct?

A.    Correct.

Q.    Okay.  Just focusing on that, can you -- do you know who this assistant state's attorney was that you went on a ride with?

A.    Jennifer Borak (phonetic), I think it was.

Q.    Can you describe her?

A.    She had kind of long, black hair -- I mean brown hair.

Q.    Okay.  Did you speak with her before going on the ride?

A.    No.

Q.    Okay.  And were you introduced to her before going on the ride?

A.    Probably so.  Don't remember.

Q.    Do you remember speaking to her at all during the car ride directly?

A.    Not direct.

Q.    Okay.

A.    Not --

Q.    Go ahead.

ALFREDO GONZALEZ, 02/07/2023                    Page 135

A.    Not while you were going that way.

Q.    One more time?

A.    Not while we were going.

Q.    Okay.  Not when you were in the car. That's what I'm talking about, just the car period.

Okay.  So were you told about going on the ride?  How did that come about?

A.    Guevara said they was going to take me to the crime scene.  And I said, I told him, I don't know where it happened at.  So we went to -- by Donald Duk's.

Q.    Okay.  Now, in the car, was this a police car?

A.    Yeah.

Q.    Was it the same police car --

A.    A detective car.

Q.    I'm sorry?

A.    Detective car.

Q.    Detective car.

Was this the same vehicle in which Guevara transferred you to before he drove you into the police station?

MR. STARR:  Objection, foundation.

THE WITNESS:  I believe so.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 136

BY MR. ENGQUIST:

Q.   Okay.  There was no cage in the back of the car?

A.   No.

Q.   Correct?

A.   No.

Q.   Okay.  That -- that's correct, yes?

A.   Yes.

Q.   Okay.  And who was -- it was you, Detective Guevara, the assistant state's attorney, and was there anybody else in the car.

A.   Yeah.  Halvorsen.

Q.   Halvorsen, the same blond detective?

A.   Yeah.

Q.   Okay.  When you were in the car, you know, you -- you said he was going to take you to the scene of the crime, did you -- was it -- did you -- you get asked any questions by any of the occupants of the car while you were driving around in the car?

A.   Any what?

Q.   Were you asked any questions while you were in the car?

A.   I don't recall.  I don't recall.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 137

Q.    Do you recall talking to anybody while you were in the car?

A.    No.

Q.    Okay.  Do you remember any conversations at all going on in the car -- while you were in the car other than just driving around your neighborhood?

A.    When we got to the parking lot, yeah.

Q.    Okay.  So while you were driving, you don't recall any conversations, but --

A.    No.

Q.    -- then you got to a parking lot?

A.    (Nodding.)

Q.    Okay.  And what parking lot would this be?

A.    Donald Duk's parking lot.

Q.    Okay.  And when you got to Donald Duk's parking lot, what happened?

A.    He say -- when we got to the parking lot.  He said, Okay, where did the murder happen?  I said, It happened right here.  He said, No, it didn't, it happened -- I don't know.  I told you, I got nothing to do with this.  You told me to say parking lot.  I thought that's what you trying to

Urlaub Bowen & Associates, Inc.   312-781-9586

tell me.  Because he kept saying Donald Duk's, Donald Duk's, Donald Duk's, so I thought that's what he meant for me to say.

Q.   Okay.  So when you got to the parking lot, did all four of you get out of the car?

A.   No.

Q.   Who got out of the car?

A.   Nobody.

Q.   No one got out.  Okay.

So he parks the car and he asks you, Where did the murder take place, and you said, Here.

A.   Yeah.

Q.   Did you explain also, just like you just did now, Because you told me where it was, or, I didn't know where it was, you told me Donald Duk's?  Did you do that also?

A.   Yeah.

Q.   Okay.  So you indicated then in the car to everybody in the car that you only knew that's where the murder took place because --

A.   Guevara --

Q.   -- Guevara told --

A.   --  was saying it.

ALFREDO GONZALEZ, 02/07/2023                                Page 139

Q.   Okay.

A.   Guevara and Halvorsen were saying it happened by Donald Duk's.

Q.   Okay.

A.   So he got mad.

Q.   All right.  So "he got mad."  "He," this is Guevara again, correct?

A.   Yeah.

Q.   So after you said that, that -- that this is where the murder took place because you told me that's where it took place and you knew nothing about it, what's the next thing that occurred?

A.   I told that I was innocent, you know I'm innocent.

Q.   And then what happened after you said that you were innocent again?

A.   He was mad.  The state attorney say, Stop the nonsense, something like that.

THE COURT REPORTER:  I'm sorry, say --

THE WITNESS:  Stop the nonsense.  Because he was arguing with me.

BY MR. ENGQUIST:

Q.   Oh, stop the nonsense.

A.     And I told him, I thought that's what you told me to -- I thought that's what you wanted me to say, it happened at Donald Duk's, that's what I say, it happened right here.  He said, No, it didn't happen here.  Well, I don't know where it happened.  I've been telling I'm innocent.

Q.     Okay.  So this argument's going on in the car with everybody?

A.     Everybody in the car.

Q.     Okay.  And then how long did this conversation go on while you were in the parking lot at --

A.     A few minutes.

Q.     -- Donald Duk's?

Okay.  Was anything else said or was it just back and forth of, I'm innocent, and, Stop the nonsense?

A.     Well, the state attorney say, Stop the nonsense, let's go, let's go back to the police station.

Q.     Okay.  Was this the first time you heard the ASA speak?

A.     Yeah.

Q.     Okay.  And that was basically she said,

Stop the nonsense, let's go back to the -- stop this nonsense, go back to the police station?

A.   Something like that.

Q.   Okay.  And then did you guys go back to the police station?

A.   Yeah.

Q.   Okay.  Was there any conversation conferring while you're driving back to the police station?

A.   No, not that I recall.

Q.   Okay.  So you get back to the police station, and then what happens?

A.   He brought me to the interrogation room again.

Q.   It was the same one?

A.   Yeah, the same room.

Q.   And you said we, who went back to the -- who went to the interrogation room?

A.   Well, me and Detective Guevara, Halvorsen, but then Halvorsen left.

Q.   Okay.  When you were brought back to the interrogation room by Detective Guevara and the man you call Halvorsen, were you handcuffed again?

A.   Yeah.  I was never let out.

ALFREDO GONZALEZ, 02/07/2023                                    Page 142

Q.    You were never let out?

A.    I was always in handcuffs.

Q.    Okay.  Were you handcuffed to the --
back to the wall?

A.    Not yet.

Q.    Okay.  So when you were brought back to
the interrogation room, you said that Halvorsen
then left?

A.    Yes.

Q.    And then what happened?

A.    So he grab me by the neck, he hit my
testicle.  And I told him, I thought that's what
you wanted me to say, it happened at Donald Duk's.
I don't know where it happened at.

Q.    Okay.  When you said he grabbed you by
the neck, was this pinning you to the wall again or
was he choking you?

A.    Yeah.  He was just pinning me up.

Q.    Okay.  And how many times did he punch
you in the testicles?

A.    Just one that I recall.

Q.    And when you -- and how did he respond
to you when you said this is -- that you thought --
that's what you thought he was -- you were supposed

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                              Page 143

to say?

A.     I repeated myself wanting the lawyer. And he said, No lawyer going to help you out.

Q.     Okay.  And then what happened?

A.     He left.

Q.     Okay.  And then how long were you alone before someone came back?

A.     I don't remember.

Q.     Did it seem like a long time?

A.     Maybe.

Q.     So what happens -- what's the next thing you remember happening?

A.     Officer coming in and out, checking making -- making sure I wasn't sleeping, sometimes they kick the door.

Q.     And then what happened next?

A.     That was the time when three detectives walks in.

Q.     And?

A.     And they tried to tell me to listen to Guevara.  And I told them, I'm innocent, I ain't got nothing to do with this.  They didn't want to hear it.

Q.     Now, these three detectives that you

Urlaub Bowen & Associates, Inc.   312-781-9586

said came in, are these the ones you described earlier as the one Hispanic and two white guys?

A.    Yeah.

Q.    The same guys?

A.    The same guys.

Q.    Okay.  All right.  And how long was this conversation with these -- with these three detectives?

A.    Just a few minutes.  They were just telling me to listen to them, that I'll be okay.  I said, I'm not going to be okay, I'm not going to do time for something I didn't do.

THE COURT REPORTER:  Repeat the last part.

THE WITNESS:  It's not going to be okay.  I don't want -- I'm not going to do time for something I didn't do.

BY MR. ENGQUIST:

Q.    Okay.  So after they left, what's the next thing that happened?

A.    I believe Guevara came back.

Q.    And?

A.    He repeating himself that I was supposed to listen to him.  And I said, I already told you, I ain't got nothing to do with this.  I

ALFREDO GONZALEZ, 02/07/2023                               Page 145

don't know who Jose Maysonet is. I don't know who Rosa Bello is. I don't know which Fro that is. Tino I knew because he my nephew, but I don't think he was there.

Q. Okay. So you denied the murder again and what happens then?

A. He said that -- that I got listen to him. And I told him, I want to talk to a lawyer. He said, I already told you, you're not going to talk to no lawyer, a lawyer can't help you right now because all officer believe that we did the crime, Jose Maysonet, Fro, Tino, and I, that we -- that we committed the crime. I said, I ain't got nothing to do with that.

Q. Okay. And so what's the next thing that happened?

A. Then he left.

Q. Okay. And how long were you alone this time?

A. I can't recall.

Q. Did it seem like a long time?

MR. STARR: Objection, asked and answered.

THE WITNESS: Maybe.

ALFREDO GONZALEZ, 02/07/2023                           Page 146

BY MR. ENGQUIST:

Q.   Okay.  So then what happened after that?  What's the next thing you recall happening after he left this time?

A.   Well, I wasn't allowed to use there washroom.

Q.   Did you ask to use the washroom?

A.   Yeah, many times.

Q.   And who denied you use of the washroom?

A.   Everybody that -- that came in.

Q.   Okay.  Did you end up urinating or going to the bathroom inside the interrogation room?

A.   I urinate myself.

Q.   You urinated on yourself?

A.   (Nodding.)

Q.   Okay.  When did you urinate on yourself?

A.   I can't recall what time it was.

Q.   Was it before or after you went on the car ride?

A.   After.

MR. STARR:  Objection, asked and answered.

THE WITNESS:  After.  I believe it was after,

Urlaub Bowen & Associates, Inc.   312-781-9586

after.

BY MR. ENGQUIST:

Q.    Okay.  Did you just urinate on yourself or did you also defecate?

A.    No.  Just urine, twice.

Q.    Okay.  So what happened next?

A.    Well, he come in.  When I -- when I first pee on myself.  He got mad.

Q.    Okay.  So he gets mad that you urinated on yourself --

A.    Yeah.

Q.    -- twice?

A.    No one time, first, first.

Q.    Okay.  So what happened then?

A.    And I told him, I've been asking you people to take me to the washroom, nobody listen.

Q.    Did you respond?

A.    I had to go.

Q.    No.  Did -- did Detective Guevara respond when you said you -- explained why you urinated on yourself?

A.    Yeah.  He got mad, so, you know, he punched me in my testicle again.

Q.    Okay.  So he gets mad and punches you

in your testicles after you urinated on yourself?

A.    Yeah, something like that.

Q.    And how many times did he punch you in the testicles this time after you urinated on yourself?

A.    Just once.

Q.    And after he punched you in the testicles after you urinated on yourself, what happened next?

A.    He left.  He was gone for few hours.

Q.    And during those few hours, were you alone?

A.    Yeah.

Q.    And was it during these few hours that you urinated on yourself a second time?

A.    I believe so.

Q.    Okay.  So you urinate again on yourself after these few hours.  And then after those few hours, what happens next?

A.    He come back in.

Q.    And the "he" you're talking about is Guevara, correct?

A.    Guevara.  He said in for me to do less time, to listen to him.  And I told him, I want my

lawyer. I repeated asked for my lawyer, Marty Abrams, many occasion. He said, No, you're not going to get no lawyer.

Q. Okay. And then what happened next?

A. Then he left.

Q. And how long was he gone this time?

A. I don't remember. I know he came back.

Q. Okay. And when -- when Detective Guevara came back, what happened next?

A. He brought some clothes, some fish sandwich.

Q. When you said "he brought some clothes," what clothes did he bring?

A. My clothes.

Q. So what clothes were there? Was there a change of underwear, socks, pants?

A. Just pair of pants and like a sweater.

Q. And you said he brought pants, sweater, and you said -- did he bring food as well?

A. Yeah.

Q. Okay. What did he bring you food wise?

A. Fish sandwich. But that was my clothes.

Q. Okay.

ALFREDO GONZALEZ, 02/07/2023                                    Page 150

A.   I asked him, How you got this?  He said, Your family's downstairs.  Family brought my clothes and fish sandwiches, two of them.

Q.   Okay.  And did he let you have the fish sandwich?

A.   I tell him that -- since he was saying that Tino was there, to take one to him.  He said Tino didn't want none.

Q.   Okay.  So did you eat a fish sandwich?

A.   Just one.

Q.   Okay.  What happened to the other one?

A.   He took it.

Q.   Okay.  And did you change your clothes?

A.   Yeah.

Q.   Did he unhandcuff you so you could change your clothes?

A.   Yeah.

Q.   So did he unhandcuff you, then he waited for you to change?

A.   Yeah.

Q.   Okay.  So did you change your pants?

A.   Yeah.

Q.   Okay.  Did you take off your wet underwear or leave those on?

ALFREDO GONZALEZ, 02/07/2023                                    Page 151

A.    Yeah.

Q.    You took those off too?

A.    I don't know what he did with the clothes, but they never appears.

Q.    Okay.  So just to be clear, you took off your wet pants and your wet underwear, correct?

A.    Yeah.  That I remember, yeah.

Q.    And you put on your new pants.  Okay. Right?

A.    Yeah.

Q.    And then you -- you put on you said a sweater or something, correct?

A.    Yeah.  Kind of -- kind of like a sweater.

Q.    Okay.  And what did you have on before then?

A.    I think it was a corona (phonetic) suit, not -- not sweatsuit kind of -- kind of thing.  It wasn't, you know, real thick.  It was just --

Q.    Like a T-shirt or a shirt or --

A.    Kind of like a T-shirt.

Q.    Okay.  And after you changed your clothes, did you say Guevara took your wet clothes

ALFREDO GONZALEZ, 02/07/2023                                    Page 152

away?

        A.    Yeah.

        Q.    Did you ever find out what happened to your wet clothes?

        A.    He told me he will give it to the family, but he never did.

        Q.    Did you ask your family about it?

        A.    Yeah.

        Q.    Okay.  Do you know why your family brought you a change of clothes?

        A.    Because they were calling numerous time.

        MR. STARR:  Belated objection to form, foundation, calls for speculation.

BY MR. ENGQUIST:

        Q.    Okay.  Who told you they had called numerous times?

        A.    My family told me.

        Q.    Okay.  Do you remember who in your family told you about that?

        A.    Yeah.

        Q.    Who?

        A.    My sister.

        Q.    Which sister?

A.    Carmen Sanchez.

Q.    Were they told to bring clothes?

A.    Yeah.

Q.    And do you remember who she said she spoke to?

A.    No.

Q.    All right.  So after you changed your clothes and eat your fish sandwich, what's the next thing that occurred?

A.    What was the question?

Q.    After you have your fish sandwich and change your clothes, what's the next thing you remember occurring?

A.    He wanted me to listen to him.  He was coaching me how the crime happened.

Q.    Okay.  How long was Detective Guevara telling you about the crime?

A.    Over and over and over.

Q.    I understand you're saying over and over and over.  How long was this over and over and over again when he was telling you about the crime?

A.    It could have been a few hours.

Q.    And what did he tell you about the crime?

A.    That he say it happened on North Avenue and St. Louis.  And I told him:  I don't know where it happened at.  I already -- you already took me to Donald Duk's.  I already say happened in parking lot and you say didn't happen there.  I don't know where it happened at.

Q.    So did he tell you where it happened?

A.    Yeah.

Q.    Okay.  And did you -- do you know -- did you know that location?

A.    Yeah.

MR. STARR:  Objection, foundation.

Go ahead.

THE WITNESS:  Yeah.  I lived through there.

BY MR. ENGQUIST:

Q.    And how close is that to where the Donald Duk's parking lot is?

A.    Not too far, I guess.

Q.    Okay.  Do you know why Guevara took you and the state's attorney to the Donald Duk's parking lot if the murder did not take place there?

MR. STARR:  Form, foundation, calls for speculation.

THE WITNESS:  No clue.

ALFREDO GONZALEZ, 02/07/2023                          Page 155

BY MR. ENGQUIST:

Q.    Okay.  Did Detective Guevara tell you that you should say that you did not commit the murder, that you were just there?

A.    No.  He just kept saying that everybody said that I did it.

MR. STARR:  Objection to form.

BY MR. ENGQUIST:

Q.    Okay.  Did he tell you to say that you did not commit the murder, but were present when the murder occurred?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  He just kept saying that they said I did it.

BY MR. ENGQUIST:

Q.    I understand that he -- he told you that he said that -- that the other people said that you did it.

What I'm asking you, though, is did Detective Guevara tell you to admit being present for the murders but not committing the murders?

A.    Yeah.

Q.    Okay.  Was anybody else present during these couple hours or these -- or the few hours you

said that he was telling you what to say?

A.    No.

Q.    Okay.  And what happened after the few hours?

A.    He kept on coaching me.  I kept asking for a lawyer over and over and over.  I never seen a lawyer.  I was scared.  I was scared for my life. He mentioned my family, they were going to be interrogated, violated too, what he's saying.

Q.    When did he threaten your family? When?

A.    I don't remember exact time.

MR. STARR:  Objection; form, foundation speculation.

BY MR. ENGQUIST:

Q.    It was during these few hours that he was telling you what to say?

A.    Yes.

Q.    Okay.  So after these few hours where he was telling you to say that you did not commit the murder but were present for it and talked to you about that, what's the next thing that occurred?

MR. STARR:  Objection; form, foundation

ALFREDO GONZALEZ, 02/07/2023                                    Page 157

mischaracterizes his testimony.

THE WITNESS:  Well, I was afraid with my life.  I was afraid that would implicate my family too.

BY MR. ENGQUIST:

Q.    Okay.  So what's the next thing that happened, sir?

A.    I decide to listen to him.

Q.    Okay.  So what's the next thing that occurred, sir?

A.    He coach me where -- where did it happen at.  So I did what he say.

Q.    What's the next thing that happened, sir?

A.    He say it happened on the -- he say to say that I was in the car, that I was in the back seat, Tino was there, Fro, and Juan was in the front.

Q.    Sir, what's the next thing that happened?  Did you give a statement?

A.    Yeah.

Q.    Okay.

MR. STARR:  He's answering your question.

MR. ENGQUIST:  No, he wasn't.

MR. STARR:  Yes, he was.

THE WITNESS:  Yes, I was.

MR. STARR:  I mean, he -- you asked him what's the next thing that happened, he said Guevara said X, Y, and Z.

MR. ENGQUIST:  I said after he told you that, what's the next thing that happened.  That's what I've been going at.  I'm sorry if --

MR. STARR:  You said yourself the next -- what's the next thing that happened.  I get it, but five -- five times you said what happened next.  You didn't say what happened after he was done coaching you.  You said --

MR. ENGQUIST:  I --

MR. STARR:  -- something.  I said mischaracterizes his testimony.  And then you said what happened next.

BY MR. ENGQUIST:

Q.    Did anyone else supposedly coach you into what to say other than Detective Guevara?

A.    That I recall, only Guevara.

Q.    Okay.  Where did you go and give your statement?

A.    In a different room.

ALFREDO GONZALEZ, 02/07/2023                                    Page 159

Q.    Okay.  Did --

A.    But before that --

Q.    Okay.  Before you gave your statement, what happened?

A.    He took me to a lineup.

Q.    To a lineup?

A.    Yeah.

Q.    Okay.  And did you recognize anybody else -- no.  I'm assuming you were a participant in the lineup, not viewing the lineup, correct?

MR. STARR:  Objection to form.

THE WITNESS:  Just me.

BY MR. ENGQUIST:

Q.    What do you mean just you?

A.    Just me in the -- in the lineup.

Q.    It was just in a lineup room?

A.    (Nodding.)

Q.    Okay.  Do you know if anybody -- if there were any witnesses viewing you?

A.    I don't know.

Q.    Were you told to stand up and move around or turn or anything?

A.    Yeah.

Q.    Who was the person -- was Detective

ALFREDO GONZALEZ, 02/07/2023                           Page 160

Guevara in the room with you?

A.    Not that I recall.

Q.    Then who was in the room with you telling you to stand up or sit down or turn?

A.    I don't know who it was.

Q.    Okay.  Someone that you never met before?

A.    He must have been behind, behind the -- the glass or whatever you call that.

Q.    So were you in the room behind the glass by yourself?

A.    Yeah.

Q.    No one was in there with you?

A.    No.

Q.    Okay.  And where was the voice coming from telling you to turn or whatever?

A.    I guess through a speaker.

Q.    Okay.  And was it Detective Guevara's voice or somebody else's?

A.    I have no clue.

Q.    Okay.  And how long did this take place where you were in what you called a lineup room by yourself taking directions?

MR. STARR:  Objection to form.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                           Page 161

THE WITNESS:  Maybe a few minutes.

BY MR. ENGQUIST:

Q.     Okay.

A.     Went back to the room.

Q.     Who took you back to the room?

A.     Guevara.

Q.     Okay.  Was this the first time you were every in a lineup?

A.     No, second time.

Q.     Second time.  When was the first time?

A.     The first time before that -- before I got -- what you mean, the same night or before?

Q.     You said this was the second time you were in a lineup.

A.     Yeah.

Q.     A lineup of one, just you, correct?

A.     First I went in, he took me back to the room.  Took me back the second time, somebody hit the window.

Q.     Okay.  So you stood in the lineup room two times that night; is --

A.     Yes.

Q.     -- that correct?

A.     Correct.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 162

Q.    The first time you went there, you were in the room by yourself, a voice through the speaker told you to turn or stand up?

A.    Yeah.

Q.    Then you were taken back to the same interrogation room by Detective Guevara, correct?

A.    Like a minute, two minute, took me back.

Q.    And then he took you -- then Detective Guevara took you back to the same lineup room?

A.    He said that they had a witness.

Q.    Okay.  Were you by yourself?

A.    Yeah.

Q.    Okay.  And you were in the room by yourself and this time someone knocked on the window.

A.    (Nodding.)

Q.    Is that correct?

A.    Yes.

Q.    Okay.  And what happened after someone knocked on the window?

A.    Took me back to the room.  I started crying.  He said:  Look at you, big baby.  When you in the street, you act tough, now you over here

ALFREDO GONZALEZ, 02/07/2023                              Page 163

crying like a baby, like a big baby.

And I told him:  I'm crying because you want me to confess to something I ain't got nothing to do with.  I didn't commit this crime.

Q.    And this was after you already agreed to give your statement; isn't that correct?

A.    No.  Before.

Q.    Okay.  This is before, but this is after all the coaching?

A.    Yeah.

Q.    Okay.  So after you cry and he tells you that you've been -- did he tell you you were picked out?

A.    Yeah.

Q.    Okay.  What happened next?

A.    He said, Just listen to me; I'm going to keep coaching you.  And I said, No, I ain't got nothing to do with this; I want my lawyer.  I repeatedly asked for my lawyer over and over and over and he kept saying, No, you're not going to get a lawyer.

Q.    Okay.  After he told you he was not going to get you a lawyer and he was going to continue to coach you, what's the next thing that

ALFREDO GONZALEZ, 02/07/2023                                    Page 164

happened?

    A.    He was going to implicate my family if I didn't listen to him.

    Q.    Okay.  Who in your family was he going to implicate?

    A.    The mother of my kids and my sister, that he told me that was still downstairs.

    Q.    Okay.  And who is --

    A.    I don't know where.

    Q.    Who is the mother of your kids that he said he was going to implicate?  What's her name?

    A.    Maria.

    Q.    And, I'm sorry, did you give me Maria's last name before?

    A.    Well, she got married, so now it's Perez, but before that I forgot -- Cintron, I think it was.

    THE COURT REPORTER:  I'm sorry?

    THE WITNESS:  Cintron.

BY MR. ENGQUIST:

    Q.    Cintron?

    A.    (Nodding.)

    Q.    And which -- and your sister Carmen?

    A.    Carmen Sanchez.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                        Page 165

Q.    Okay.  Did he tell you how he was going to implicate your mother of your child and your sister Carmen in the murders of the Wiley brothers?

A.    He said he's going to do the same thing he did me, torture them.

Q.    Did he say, I'm -- I'm going to torture them?

A.    Yeah.

Q.    Okay.  And then after Detective Guevara said that he was going to torture the mother of your child and your sister Carmen, what happened next?

A.    That's when I decided to listen to him.

Q.    Okay.  So that's when you decided that you were going to give the statement?

A.    I couldn't allow -- I couldn't let it happen to my family.

Q.    Okay.

A.    I already knew what I was going through.  I was scared with my life they were going to kill me right there.

Q.    Okay.  So after you tell him that yes, now you're going to give a statement, what happened next?

A.     He kept on coaching me.

Q.     Okay.  So when he kept on coaching you, how long was this coaching session?

A.     I don't recall how long it was.

Q.     Did it go on for a long time again?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  I guess.

MR. STARR:  Don't speculate.

BY MR. ENGQUIST:

Q.     Okay.  And what happened after this -- this coaching session, this second coaching session?

A.     What was the question?

Q.     What happened after the second coaching session?

A.     I just said what he wanted me to say.

Q.     Okay.  Did you go to a different room?

A.     Yeah.

Q.     Were you handcuffed in that room?

A.     Yeah.

Q.     Okay.  Were you handcuffed during -- when you gave your statement?

A.     Yeah.

Q.     Who else was in the room when you gave

ALFREDO GONZALEZ, 02/07/2023                                    Page 167

your statement?

        A.      The lady Jennifer.

        Q.      The same state's attorney that was in
the car with you when you went to Donald Duk's,
correct?

        A.      Yep, same one.

        Q.      Okay.  And do you remember a court
reporter being in there?

        A.      Yeah.

        Q.      Okay.  Were your wrists at all damaged
or hurt when you're -- from wearing the handcuffs
during this period of time?

        A.      Yeah.  There was a time where he gave
me a -- a Styrofoam cup of water.

        Q.      I'm sorry, what?

        A.      He gave me a cup of water, a Styrofoam
cup.

        Q.      A Styrofoam cup.  Okay.

        A.      He took the handcuffs off.  That's when
I noticed they were all bruised up.

        Q.      Okay.  Both wrists were bruised up?

        A.      Yeah.

        Q.      Okay.  And then was there anything
between the second coaching session and giving your

ALFREDO GONZALEZ, 02/07/2023                           Page 168

court-reported stated?

A.     Yeah.

Q.     What?

A.     I heard him saying, The fingerprints not his.

Q.     You heard who saying?

A.     Guevara talking to somebody in the hallway.

Q.     Did you ever ask him what that was about?

A.     Not really.

Q.     Do you know whether or not like a murder weapon was ever recovered in this case?

A.     I never heard about it.

Q.     Do you know what fingerprints he could have been talking about?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  No.

MR. ENGQUIST.  Okay.  This is Exhibit Number 1.

(Deposition Exhibit No. 1,
Witness Gonzalez, was marked
for identification 02/07/2023.)

MR. STARR:  Before we look at the exhibit,

ALFREDO GONZALEZ, 02/07/2023                                 Page 169

can we take another bathroom break?

    MR. ENGQUIST:  Sure.

    THE VIDEOGRAPHER:  The time is 1:59.  This is the end of Media 5.  We're off the record.

               (Recess taken.)

    THE VIDEOGRAPHER:  The time is now 2:06 p.m. This is the beginning of Media Unit 6.  We're back on the record.

BY MR. ENGQUIST:

    Q.    All right.  Sir, I'm going to show you what's been marked as Exhibit Number 1.  And just for identification, it's been talked about earlier, it's also Bates stamped CCSAO 727 through 736. It's right in front of you.  It's your court-reported statement, sir.

            Sir, is this -- this is one of the documents you reviewed during one of those many prep meetings you had with your attorney, correct?

    A.    Yeah.

    Q.    Okay.  When's the last time you went -- went through this?

    A.    Last week, few days ago.

    Q.    Okay.  If we can to the -- the first page of your statement, which is -- the number on

the bottom is 730, where the words starts, where it says, Investigation, (Fatal shooting of Torrence Wiley and Kevin Wiley) at the top, then it says Statement.  The first page is the statement, sir. Yes.  We can to that -- that one right there.

        A.    Yeah.

        Q.    Okay.  It says here in the very top of it that this was taken on Friday, August 24th at 2:00 o'clock in the morning.  Do you see that?

        A.    Yeah.

        Q.    Okay.  Was that -- is that correct, sir, that was taken at that time and date?

        MR. STARR:  Objection; calls for speculation, foundation.

        THE WITNESS:  I suppose.

BY MR. ENGQUIST:

        Q.    Okay.  The opening part -- do you remember the court reporter being there, sir?

        A.    Yeah.

        Q.    Okay.  This Janet Lupa, do you remember being introduced to her at all?

        A.    No.

        Q.    Okay.  Do you remember what she looked like at all?

ALFREDO GONZALEZ, 02/07/2023                              Page 171

A.    No.

Q.    Okay.  Other than being asked these questions in front of the court reporter and giving these response, was there any other conversations in front of the court reporter?

MR. STARR:  Objection, calls for speculation.

THE WITNESS:  Not that I recall.

BY MR. ENGQUIST:

Q.    Okay.  When you came in the room to give this court-reported statement, were you given the option of either having a court-reported statement or a handwritten statement or a different way to give a statement?

A.    Yeah.

Q.    Okay.  And who asked you about that, was that the ASA?

A.    Yeah.

Q.    Okay.  Did she ask you that right before the statement started or sometime earlier did she ask you about how you wanted to record your statement?

A.    I think before.

Q.    Before.  When was that?  Would that be in the car?

ALFREDO GONZALEZ, 02/07/2023                          Page 172

A.   No.  In the -- in the -- when it was time to -- for the statement.

Q.   Okay.  When you came into the separate room with the court reporter, is that when the assistant state's attorney asked you how you wanted to record it?

A.   Yeah.

Q.   Okay.  And you agreed to have it done by a court reporter; is that correct?

A.   I don't recall.

Q.   Okay.  Well, let's kind of walk through this.

You remember Detective Guevara being in the room as well?

A.   Yeah.

Q.   Okay.  And where was he sitting, do you remember?

A.   No.  Next -- next -- I mean, it was a small room.

Q.   Okay.

MR. STARR:  You need to stop speculating. He's not asking you to speculate.  If he asks you to speculate, he'll tell you.  You need to stop saying I guess and guessing.  Answer his questions.

Urlaub Bowen & Associates, Inc.  312-781-9586

If you don't know the answers, you don't have to answer them.

BY MR. ENGQUIST:

Q.    Sir, let me just kind of go back.

When you were in the car with the ASA, you were in the back seat, correct?

A.    Correct.

Q.    Who was in the back seat with you?

A.    Halvorsen.

Q.    Okay.  And so Guevara and state's attorney would be in the front seat?

A.    Yeah.

Q.    Okay.  All right.  So let's just go back to when this statement was being taken here.

Okay.  You read through this before today and so I just kind of want to ask you, do you have any doubt that these were the questions being asked and the answers being given on that day?

A.    Yeah.

Q.    Are you saying that there was something else said or something different that was said that wasn't recorded properly?

MR. STARR:  Speculation.

THE WITNESS:  I don't know.

ALFREDO GONZALEZ, 02/07/2023                                    Page 174

MR. STARR:  Foundation.

THE WITNESS:  I don't know.  I'm not looking at it.

BY MR. ENGQUIST:

Q.    Sir, you reviewed this in preparation for your dep.

A.    Yeah.

Q.    Okay.  When you reviewed this, did you find anything in there saying that, No, that was never said?

A.    Yeah, the -- I don't remember signing this.

Q.    You don't remember signing this?

A.    The initials, AG.

Q.    Okay.  Is that your handwriting, sir?

MR. STARR:  Where are you talking about?

THE WITNESS:  The AG.

BY MR. ENGQUIST:

Q.    What page are you on, sir?

A.    Page 2.

Q.    Okay.  On page 2, is that your handwriting where the AG is?

A.    I don't -- I don't recall signing that.

Q.    Okay.  That wasn't my question, sir.

My question is that your handwriting?

A.    No.

Q.    You think that's someone else's handwriting?

A.    Yeah.

Q.    Okay.  Well, let's look at page 1, sir, if you can go back to page 1.  If you want to take time to read it again, you can.  Page 1 of the statement.  Okay.  On the very bottom there, there are three names written, Alfredo Gonzalez, handwritten in; Jennifer Borowitz; and Detective, looks like Reynaldo Guevara and has the kind of Bates stamp across it.

Did you write in your name there?  Is that your handwriting?

A.    Yeah.

Q.    Alfredo Gonzalez?

A.    Yeah.

Q.    Okay.  On page 2 on the bottom, is that your handwriting that says Alfredo Gonzalez?

A.    I'm not sure about the signing.

Q.    Excuse me, what?

A.    I'm not sure about the signing.

Q.    Okay.  That's not what I'm -- we'll get

ALFREDO GONZALEZ, 02/07/2023                                    Page 176

to that point, sir.

Did you -- is that your handwriting?

A.    Yeah.

Q.    Okay.  On page 3, is that your
handwriting on that page as well?

A.    Yeah.

Q.    Do you know if that's your AG on the
correction?

A.    No.

Q.    Over glue to blue.

A.    No.

Q.    You don't -- you think that's not your
handwriting?

A.    It's different.

Q.    Okay.  On page 4, is that your
signature on the bottom?

A.    Yeah.

Q.    On page 5, is that your signature on
the bottom?

A.    Yes.

Q.    On page 5, are you also saying that the
AG on the correction is not you?

A.    No, I don't think so.

Q.    Okay.

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 177

A.     I don't recall signing it.

Q.     Okay.  On page 6, is that your signature on the bottom, sir?

A.     Yes.

Q.     And there are a couple different spots where the AG -- where there's corrections next to JB.  Is that your AG, sir, on page 6?

A.     No, I don't recall that.

Q.     Okay.  And on page 7, is that your signature on the bottom, sir?

A.     Yeah.

Q.     Okay.  And do you recall whether or not those are your AGs there?

A.     No.

Q.     Okay.  Other than what's recorded here by the court reporter, was anything else said during this question-and-answer period with ASA Borowitz?

MR. STARR:  Objection to form.

THE WITNESS:  Any what?

BY MR. ENGQUIST:

Q.     Was anything else said that's not recorded here during this question-and-answer period with ASA Borowitz?

A.    I don't think so.

Q.    Whether it's true or not, sir, do you agree that you gave the answers that are listed here in this statement, sir?

A.    Yeah.

Q.    Okay.  So did you not give these answers or did you give these answers?

A.    I did.

Q.    Okay.  And you're saying these are the answers that were given to you by Detective Guevara; isn't that correct?

A.    Yes.  I was coached by Detective Guevara?

Q.    Okay.  Do you know where you were on May 24th, 1990 between 11:30 and midnight?

A.    Yeah.  I was at home.

Q.    Okay.  When you were at home, who were you at home with?

A.    With the mother of my kids and my little -- and my youngest sister-in-law.

Q.    So you were home with Maria and who?

A.    My two kids and her little sister.

Q.    Okay.  And how old were your two kids then back in 1990?

A.    Like 7 and 5, I believe.

Q.    And how old was the mother of your children's sister?

A.    She was young, maybe 13, 14.

Q.    Okay.  And what were you doing at your house on May 24th, 1990 between 11:30 and midnight?

A.    I went to stay over there for a few days.

Q.    I'm sorry.  Whose house were you at?

A.    I stay at my mother's house sometimes and I stay at her house sometime.

Q.    Okay.  So you're saying on May 24th, 1990, you were staying at your girlfriend's house?

A.    Yeah.

Q.    Okay.  And, I'm sorry, you may have mentioned this before and if you did I just can't find it, but do you remember where she lived back in 1990?

A.    Kedzie and -- Kedzie and Hirsch.

Q.    Okay.  Was that a house or an apartment?

A.    Apartment.

Q.    Do you remember the apartment number?

A.    Nope.

ALFREDO GONZALEZ, 02/07/2023                          Page 180

Q.    Do you remember what floor it was on?

A.    Second.

Q.    Okay.  Were you awake at 11:30 or midnight?

A.    Yeah.

Q.    Okay.  Do you remember what you were doing when you were there at that time?

A.    I was going on Santiago Sanchez funeral.

Q.    You had gone to his funeral or you were going to --

A.    I was going on a Friday, the next day.

Q.    Okay.  Do you know what you were doing that night, though, before?

A.    No.

Q.    Okay.  So just to be clear, according to you, you had an alibi of your babies' mother of your two kids and your babies' mother sister, correct?

A.    Yeah.

Q.    Did you ever tell anybody that you had an alibi for that night?

A.    Yeah.

Q.    Who?

ALFREDO GONZALEZ, 02/07/2023                                    Page 181

A.    My lawyer.

Q.    Which lawyer?

A.    David Wiener.

Q.    Did you tell -- oh, Cohen, your Attorney Cohen as well?

MR. STARR:  Objection.  I'm going to object on the attorney/client privilege and instruct him not to answer that question regarding conversations he had with his attorneys.  His conversations -- communications with David Wiener have already become a subject of his post-conviction petition.

And so I'll allow him to talk about those communications regarding his testimony and what he told David Wiener regarding his criminal defense, but other communications with attorneys, we're not going to waive that privilege.

BY MR. ENGQUIST:

Q.    Okay.  So are you going to take your attorneys advice and not talk -- and not testify as to what you told any other attorneys other than David Wiener; is that correct?

A.    Yeah, correct.

Q.    Okay.

MR. STARR:  And just so we're clear, I'm

ALFREDO GONZALEZ, 02/07/2023                                  Page 182

going to allow him to answer questions regarding

what he told David Wiener in preparation for his

testimony.

     MR. ENGQUIST:  Well, I guess we'll cross that

bridge when we get there.

     MR. STARR:  Sure.

BY MR. ENGQUIST:

     Q.    Okay.  Did you tell any members of your

family that you had an alibi for the night of the

murders?

     MR. STARR:  Objection; form, foundation,

calls for speculation.

         You can answer.

     THE WITNESS:  Yeah.

BY MR. ENGQUIST:

     Q.    Who?

     A.    My sister.

     Q.    Which one?

     A.    My oldest.

     Q.    Can you spell the first name, please?

     A.    Carmen Sanchez.

     Q.    Oh, Carmen Sanchez.

         Okay.  Anybody else in your family

that you told about the alibi?

Urlaub Bowen & Associates, Inc.  312-781-9586

A.    Not that I recall.

Q.    Did you ever tell Detective Guevara that you had an alibi for that day?

A.    I don't recall.

Q.    Did you ever tell any of the officers that night about the alibi you had for the night of the murder?

A.    No, I don't recall.

Q.    Did you ever tell ASA Borowitz about your alibi for the night of the murder?

A.    I don't recall.

Q.    Did your girlfriend Maria testify for you at trial?

A.    Yeah.

Q.    Did she testify about the alibi?

A.    I don't recall.

Q.    Did Maria's sister testify for you at trial?

A.    No, I don't think so.

Q.    When you told David Wiener about your alibi, did he tell you about whether or not -- whether or not you were going to use the alibi at trial?

A.    What was the question?

Q.    You said you told David Wiener, your criminal defense attorney, about the alibi, correct?

A.    Yeah.

Q.    Okay.  Did he tell you whether or not you were going to be using the alibi at trial as part of your defense?

MR. STARR:  Again, this is subject to the attorney/client privilege, but I'll allow him to testify about this particular subject.

THE WITNESS:  He really didn't look into it.

BY MR. ENGQUIST:

Q.    Do you know whether or not Maria spoke to David Wiener prior to your trial?

A.    I believe so.

Q.    Did Maria ever fell you about her conversations with David -- David Wiener?

A.    Some of it.

Q.    What did she tell you about her conversation with David Wiener?

A.    She told him that -- that I was innocent, that I was framed.

Q.    And did she tell you what David Wiener said in response?

ALFREDO GONZALEZ, 02/07/2023                    Page 185

A.    No.

Q.    Did you know Jose or as you refer to him sometimes as Juan to own a weapon?

MR. STARR:  Objection; form, foundation, mischaracterizes prior testimony.  He said he only knew him as Juan.  He didn't say he referred to him sometimes as Juan.

MR. ENGQUIST:  Okay.

MS. BONJEAN:  I'm also going to object to the extent on form and foundation.

MR. STARR:  I'll join that.

BY MR. ENGQUIST:

Q.    Did you answer the question, sir?

A.    I only know him by Juan.

Q.    Okay.  Did you ever know Juan to own a weapon?

A.    No.

Q.    Okay.  Did you ever know Tino to own a weapon?

A.    No.

Q.    How about Fro?

A.    No.

Q.    Okay.  Anybody in your set you know to own a weapon?

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                         Page 186

MR. STARR: Objection; form, foundation, speculation.

THE WITNESS: I don't know.

MS. BONJEAN: Join.

BY MR. ENGQUIST:

Q. Sir, just to be question clear, are you -- are you saying -- are you now saying that all the details in here about being picked up by the Latin Kings in your set and being driven to a location and then committing a murder, that was all details fed to you by Detective Guevara; is that your --

A. Yes.

Q. Okay.

MR. STARR: And just for the record, when you say "in here," you're referring to his statement, correct?

MR. ENGQUIST: Yes.

MR. STARR: Okay.

BY MR. ENGQUIST:

Q. If you can go to the last page of the statement, page 7.

A. Yeah.

Q. If you look -- it's near the top

middle-ish part.  It's underneath the crossed-out section.  The question is:  "While you have been here, have the police treated you okay?"

"Answer:  Yeah, they treated me all right.

"Did they give you food?"

"Yeah."

Were you told to say those things, sir?

A.    Yeah, by Detective Guevara.

Q.    Okay.  And the follow up is:  "What did they give you?"  You have:  "Balcony sandwich, coffee, sandwich, fish sandwich."  You see that?

A.    That's the fish sandwich.

Q.    Okay.

A.    That my family --

MR. STARR:  Freddy, just answer his questions.

BY MR. ENGQUIST:

Q.    Do you see there where you responded, "Balcony sandwich, coffee, sandwich, fish sandwich?"  Do you see that?

A.    Yeah.

Q.    Okay.  And you already testified earlier that you did have a fish sandwich that your

family brought you.

The balcony sandwich, was that true? Did you have a baloney sandwich that night?

A.    Not true.

Q.    That's not true.

The coffee, is that true?

A.    Not true.

Q.    The other sandwich, is that true?

A.    Not true.

Q.    Okay.  Did someone tell you to say baloney sandwich, coffee, and another sandwich?

A.    Yeah.

Q.    And who was that?

A.    Detective Guevara.

Q.    Okay.  So he specifically told you to tell everybody that you had coffee and a balcony sandwich?

MR. STARR:  Objection; form, foundation, asked and answered.

BY MR. ENGQUIST:

Q.    Is that correct, sir?

A.    Correct.

Q.    Okay.  Next question is:  "Did they let you go to the bathroom"?  And your answer here was:

ALFREDO GONZALEZ, 02/07/2023                                    Page 189

"Yeah, every time I wanted."

And you're saying, sir, that's a lie, that that's not true?

A.    That's a lie.

Q.    Okay.  And were you told to lie about that?

A.    Yeah.

Q.    Okay.  And what did Detective Guevara instruct you to say?

A.    To say what he says.

Q.    Which was?

A.    All these lie.

Q.    Okay.  And next question is:  Do you smoke or -- "You don't smoke, do you"?

A.    No.

Q.    Answer is "no."

MR. STARR:  Form.

BY MR. ENGQUIST:

Q.    Is that correct?  Was that correct?

A.    Correct.

Q.    Okay.  Was that true back in 1990?

A.    Maybe.

Q.    What do you mean "maybe"?

A.    I don't remember.

Urlaub Bowen & Associates, Inc.  312-781-9586

Q.    Okay.  And the next question was: "Have I, the state's attorney, treated you okay?" Answer, "Yeah."

Was that true?

A.    Yes.

Q.    Okay.

"Question:  Have any promises or threats been made to you for this statement?

"Answer:  No."

Was that true, sir?

A.    Not true.

Q.    Okay.  And did you review this statement before signing it, sir?

A.    I didn't know how to read.

Q.    You didn't know how to read?

A.    Not English.

Q.    When did you learn how to read English, sir?

A.    I guess being locked up.

Q.    Okay.  Did you take classes while you were in -- locked up?

A.    No.

Q.    Did you ever tell your attorney, David

ALFREDO GONZALEZ, 02/07/2023                                    Page 191

Wiener, that you couldn't read English back when you gave this statement in August of 1990?

MR. STARR: Again, I'm going to object on attorney/client privilege. I'll allow him to answer this question.

THE WITNESS: Answer?

MR. STARR: Yeah, if you know the answer.

THE WITNESS: Yeah, I did.

BY MR. ENGQUIST:

Q. And what did David Wiener -- did he respond to you at all when you told him you couldn't even read the statement?

A. I don't recall what he said.

Q. Okay. Sir, if you look at the very beginning of this statement, there are -- there's a picture -- a Polaroid attached. Do you see that? You have a color copy of it. You see that?

A. Yeah.

Q. Okay. Who is that, sir?

A. That's me.

Q. Okay. And that's you at the time you gave your statement, sir?

MR. STARR: Objection; form, foundation, speculation.

ALFREDO GONZALEZ, 02/07/2023                                    Page 192

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    Okay.  If you go to the next page, there's writing on the back of the picture.  You see that?

A.    Yeah.

Q.    It says picture taken by J. Lupa, A-5, 8/24/90 at 3:05 a.m., Witness, then there's Detective Guevara and a badge number, ASA Jennifer Borowitz, and then there's your name, Alfredo Gonzalez.  Do you see that?

MR. STARR:  The next -- the next page he's talking about.

THE WITNESS:  Yeah.

BY MR. ENGQUIST:

Q.    Do you see that, sir?  That's your signature, correct?

A.    Yeah.

Q.    Okay.  And the fact that it says it was taken by this -- by the court reporter at 3:05 a.m., does that indicate to you that it was taken after -- your statement, sir?

MR. STARR:  Form, foundation, calls for speculation.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                               Page 193

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    Okay.  Do you recall your picture being taken by the -- by the court reporter?

A.    No.

Q.    Okay.  Do you think that's made up?

MR. STARR:  Objection; form, foundation, calls for speculation, harassing.

THE WITNESS:  I don't know.

BY MR. ENGQUIST:

Q.    Okay.  Is that the -- the shirt you were wearing when you gave your statement, sir?

MR. STARR:  Form, foundation, calls for speculation.

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    Okay.  Are those the pants that were brought to you, you said, by your family that you're wearing?

MR. STARR:  Same objections.

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    Sir, where are the wrist injuries that you described, the bruising on your wrist?

ALFREDO GONZALEZ, 02/07/2023                                    Page 194

MR. STARR:  Objection; form, foundation, calls for speculation.  He already testified he doesn't know when this photo was taken.

THE WITNESS:  I don't see it.

BY MR. ENGQUIST:

Q.    Do you see any injuries on your body depicted in this photograph?

MR. STARR:  Objection; form, foundation, calls for a medical opinion.

THE WITNESS:  Yeah.  I see my face swole up.

BY MR. ENGQUIST:

Q.    Your face is swollen?

A.    It look like it.

Q.    Okay.  What part of your face is swollen, sir?

A.    The one on the right -- on the left side.

Q.    Your left cheek is swollen?

A.    It looks swollen.

Q.    Okay.  Anything else that you think that you -- depicts an injury in this photograph, sir?

MR. STARR:  Same objections.

THE WITNESS:  My right eye, my left eye.

BY MR. ENGQUIST:

Q.    Your left eye or in your right eye or which one or was it both?

MR. STARR:  Can you specify?  Because he's -- I think he's pointing to one side and saying the other side based on his physical orientation to the photograph.

Can you be clear about where you're talking about, Freddy?

THE WITNESS:  Yeah.  The left side on the picture.

BY MR. ENGQUIST:

Q.    The left side of the picture, which would be your right eye; is that correct?

A.    This eye.  It looks like it swollen right there.

Q.    Okay.  You just -- you just pointed to your left eye.

MR. STARR:  Can you -- can you indicate for Mr. Engquist where you're pointing?

BY MR. ENGQUIST:

Q.    You can hold it -- why don't we hold it up to the camera and we can do it on that part of it.

Do you have a clear shot?

Okay.  Where -- which eye do you think in that photograph it shows an injury?

A.    This eye.

Q.    Okay.  And that would be your left eye.

And what -- and just so it's clear, can you hold it back up for the camera?  And can you point where on your cheek you say it shows swelling?  You have to point to the camera, though.

A.    This eye.

Q.    Okay.  Any other injury that you see or -- that are depicted in this photograph that was taken back in -- this photograph?

MR. STARR:  Same objections.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Okay.  Now, you had access -- you had this -- you saw this photograph before your trial, correct?

MR. STARR:  Objection to form, foundation, calls for speculation.

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    You don't recall.

Okay.  Now, you testified at trial too, correct, sir?

A.    Yes.

Q.    And you reviewed your testimony in the criminal trial before this deposition; isn't that right?

A.    Yes.

Q.    Okay.  And when's the last time you read through that, sir?

A.    Few days ago.

Q.    And, sir, isn't it true that during your -- the criminal trial you gave testimony consistent with your court-reported statement here depicted in Exhibit Number 1?

A.    Yeah.

Q.    And why did you do that, sir?

MR. STARR:  Objection; form, foundation, invades the attorney/client privilege.

You can testify about it.

THE WITNESS:  David Wiener's advice.

BY MR. ENGQUIST:

Q.    Okay.  Sir, are you saying that you told David Wiener it was a lie, but he told you to testify to the lie?

A.    He told me to testify to the same story Detective Guevara told me because if I don't sound good, then I could face death row, death penalty.

Q.    Okay.  Now, did you tell David Wiener that you were beaten?

A.    Yeah.  Told him I was innocent.

MR. STARR:  Josh, can I have a -- just a standing objection to attorney/client privilege and instruct him that he's allowed to testify?  And if there is an issue that comes up, I will identify it instead of interrupting your flow every single time.

MR. ENGQUIST:  That's fine.  If you're not -- if you're not asserting attorney/client privilege, then there's really no reason for an objection.

MR. STARR:  Well, I can do it how I want to do it, so --

MR. ENGQUIST:  Yeah, I know.  That's fine.

MR. STARR:  If you're comfortable with me having a standing objection and allowing him to testify on a limited basis about specific conversations, that's what I'm asking.

MR. ENGQUIST:  Yeah.  And if you -- and if you want to jump in at some point and instruct him

ALFREDO GONZALEZ, 02/07/2023                                    Page 199

not to answer, let me know.

MR. STARR:  Excellent.

BY MR. ENGQUIST:

Q.    Did you tell David Wiener of the fact that you -- you told us today that you were punched in the groin?

A.    Yes.

Q.    Did you tell him about being slapped in the face?

A.    Yeah.

Q.    Did you tell him about being punched in the stomach?

A.    Yeah.

Q.    Did you tell him about getting hit in the side?

A.    Yeah.

Q.    Did you tell him about being --having your toe stomped on?

A.    Yeah.

Q.    Okay.  Did you tell him about urinating in your pants?

A.    Yes.

Q.    Twice?

A.    Twice.

ALFREDO GONZALEZ, 02/07/2023                                    Page 200

Q.   Okay.  And -- okay.  Did David Wiener instruct you not to bring that up at the criminal trial?

A.   Right.

Q.   Why?  Did he tell you why?

A.   Because if I will testify to my story, what I went through, I would have been found guilty.

Q.   Is that what he told you?

A.   Yeah.

Q.   Okay.  Did you tell David Wiener about the two lineups of just -- just you while you were at Area 5?

A.   Yes.

Q.   Okay.  And did he tell -- and was that interview at all at trial?

A.   No.

Q.   Okay.  Did he tell you why it wasn't going to be introduced at trial?

A.   No.

Q.   Okay.  Did you tell David Wiener about how you told ASA Borowitz on -- previously on the drive to Donald Duk's drive -- parking lot that you did not commit the murder?

ALFREDO GONZALEZ, 02/07/2023                                    Page 201

A.     Yeah.

MR. STARR:  Objection; form, foundation, mischaracterizes his testimony.

BY MR. ENGQUIST:

Q.     Okay.  Was that introduced at trial?

A.     I don't think so.

Q.     Okay.  Did David Wiener tell you why?

A.     Yeah.

Q.     And why is that?

A.     Because the jury wouldn't believe me, to stick to the same story that Detective Guevara told me.  Because if I don't, I was going to be found guilty.

Q.     Did you ever tell anybody else in your family -- did you tell anybody in your family about being -- about your treatment there at Area 5?

MR. STARR:  Objection.  I believe that was asked and answered.

You can answer again.

THE WITNESS:  I believe I did.

BY MR. ENGQUIST:

Q.     Okay.  When is the first time you told someone in your family about that?

A.     When I was in the county.

Urlaub Bowen & Associates, Inc.  312-781-9586

Q.    Okay.  And who in your family did you tell about being abused at Area 5?

A.    The mother of my kids, my sister.

Q.    Anybody else?

A.    I don't recall.

Q.    Did you ever tell your mother?

A.    Yeah.

Q.    Did you tell her while you were at Cook County Jail about that?

A.    Yeah.

MR. STARR:  Objection -- or strike that. Sorry.

BY MR. ENGQUIST:

Q.    Besides telling Carmen, Maria, and your mother about the abuse at Area 5 while you were at Cook County Jail, did you tell anybody else, other than your attorney Mr. Wiener?

MR. STARR:  Objection; form, foundation.

And I'm just going to mention it sounds like -- the way that I understood that question, it sounded like the abuse happened at Cook County Jail.  I don't know if you want to rephrase.

MR. ENGQUIST:  Oh, okay.  Let me just ...

BY MR. ENGQUIST:

Q.    The abuse that you're alleging that took place at Area 5 before you gave your statement, you testified that you told Carmen and Maria and your mother about that abuse while you were staying at Cook County Jail awaiting trial, correct?

A.    Yeah, correct.

Q.    Did you tell anybody else about that alleged abuse while you were awaiting trial at Cook County Jail?

A.    Yeah.

MR. STARR:  Objection; form, foundation, asked and answered.

BY MR. ENGQUIST:

Q.    Who?

A.    My sisters, my brothers.

MR. STARR:  And, again, I'm going to instruct my client not to speculate.

If -- if you know the answers to the question, answer them.  Don't speculate.  He's not asking you to speculate.

MR. ENGQUIST:  He wasn't speculating.  He said his brothers and sisters.

BY MR. ENGQUIST:

Q.   Other than your brothers and sisters, your mother and Maria, did you tell anybody else about this alleged abuse while you were still awaiting trial at Cook County Jail?

MR. STARR:  Form, foundation, calls for speculation, asked and answered.

BY MR. ENGQUIST:

Q.   Go ahead.

A.   I don't recall.

Q.   When you went to Cook County Jail after you were charged, do you recall going through the medical section before you were entered Cook County Jail?

A.   I don't recall.

Q.   Did you ever complain of any injuries while you were at Cook County Jail that you say you suffered at the hands of Detective Guevara?

MR. STARR:  Objection; form, foundation, calls for speculation, asked and answered.

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.   Did anyone in your family testify in your defense during the criminal trial?

A. Yeah. My sisters and brother. I believe my -- I remember my brother.

MR. STARR: Don't speculate.

BY MR. ENGQUIST:

Q. Do you know if any of them ever brought up the fact that you were innocent and you were abused before you gave your statement?

A. I don't recall.

Q. Did you ever inform the court while you were on trial that you could not read English?

A. The state attorney?

Q. Did you ever inform the court during the trial that you could not read English?

A. Yes.

Q. Who did you tell?

A. My lawyer.

Q. Anybody else?

A. I don't remem- -- recall. But I did tell the state attorney I was innocent.

Q. Do you know any members of Jose Maysonet's -- or Juan's family?

A. Yeah.

Q. Who?

A. His mom.

ALFREDO GONZALEZ, 02/07/2023                                    Page 206

Q.    Okay.  Do you know his sister?

A.    Yeah.

Q.    What's his sister's name?

A.    She's also Rosa, I think it is.

Q.    I'm sorry, what?

A.    Rosa.

Q.    And how do you know Rosa?

A.    By his brother -- her brother.

Q.    Okay.  Do you know her outside of seeing her with her brother or, you know, in a situation with her brother, did you ever -- let me just cut that, strike that.

Did her -- his Jose -- did Juan's sister Rosa ever visit you while you were in Cook County Jail?

A.    No.

Q.    Did she ever visit you while you were in IDOC?

A.    She did.

Q.    Okay.  Do you remember when she did?

A.    No.  But not her by herself.

Q.    With who else?

A.    With my cousin.

Q.    Who's your cousin?

ALFREDO GONZALEZ, 02/07/2023                           Page 207

A.      Olga.

Q.      And what's Olga's last name?

A.      Olga, I believe Corrasco.  Don't remember.

Q.      Do you know how to spell that?

A.      C-o-r-r-a-s-c-o.

Q.      And the first name, is it O-l-g-a?

A.      O-l-g-a.

Q.      Okay.  And do you remember how many times Rosa Maysonet came to visit you while you were in prison?  Was it just that one time with Olga or was it more than one time?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  Can I?

MR. STARR:  Yeah, you -- you can answer the question.

THE WITNESS:  Just one time.

BY MR. ENGQUIST:

Q.      Okay.  And at that time, did you tell Rosa Maysonet and Olga about the abuse you said you suffered at the hands of Ray Guevara?

MR. STARR:  Form, foundation, speculation.

THE WITNESS:  Can I say something?

MR. STARR:  Freddy, answer his questions.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                              Page 208

THE WITNESS:  What was your question?

MR. ENGQUIST:  Sure.

BY MR. ENGQUIST:

Q.    When Rosa Maysonet and Olga Corrasco, your cousin, came to visit you when you were in prison, did you tell them about the alleged abuse you suffered at the hands of Ray Guevara?

MR. STARR:  Form, foundation, speculation.

THE WITNESS:  I don't recall.

MR. STARR:  Do you want to take -- can we take a break?

MR. ENGQUIST:  Sure.

THE VIDEOGRAPHER:  The time is now 2:44 p.m. This is the end of Media 6.  We're off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 2:46 p.m. This is the beginning of Media 7.  We're back on the record.

MR. ENGQUIST:  All right.  Sir, I want to you who you what I want to mark Exhibit Number 2.

(Deposition Exhibit No. 2,

Witness Gonzalez, was marked

for identification 02/07/2023.)

BY MR. ENGQUIST:

Q.    Sir, have you ever seen this document before, Exhibit Number 2?

A.    No.

Q.    Okay.  Well, do you recall meeting with a probation officer and being asked questions prior to being sentenced in this murder case?

A.    Probation officer?

Q.    Yeah.

A.    I don't recall.

Q.    Okay.  All right.  Let's kind of go through some of this information.

Probation officer's name was Dunaway.  You see that at the bottom of page 1?  Does that ring a bell?

A.    Nope.

Q.    Okay.  If you go to the next -- next page, for Criminal History, it says:  Defendant denies any juvenile convictions.  Due to the defendant's age, a juvenile record request was not ordered.

Sir, did you have any juvenile convictions?

A.    No.

Q.    Okay, the next part, it says for Adult. It says:  The defendant reports he was put on probation at the end -- end of the year in 1953, but on examination defendant's -- defendant's Chicago's B of I it appears the defendant was placed on supervision.  It should be probably 1983.

MR. STARR:  You also said "end of the year" where it says "for a year.

MR. ENGQUIST:  Oh, for a year.  I'm sorry. For a year.

BY MR. ENGQUIST:

Q.    Sir, this have to do with, I believe, the supervision you got for the gun arrest we talked about earlier; is that correct?

MR. STARR:  Form, foundation, speculation.

BY MR. ENGQUIST:

Q.    Is that correct, sir?

A.    I guess.

Q.    Is that the only time you remember being found guilty of something before this?

A.    I don't recall.

Q.    Okay.  Let's go to page -- it will be 4A where it says Defendant's Version.  I don't think you're there.

A.    4?

MR. STARR:  4A.

BY MR. ENGQUIST:

Q.    4A, the next page.

A.    4A.

Q.    Yeah.  Says Defendant's Version.  It says:  The defendant states he was walking home on May 25th, 1990, when he saw a blue car drive by and he recognized the driver.  He asked them to stop and when they did, defendant asked them for a ride.  The gentleman driving the car said they would give him a ride home.  He states there were two gentlemen in the car, but declined to -- declined to give their names also.  He explains that they turned down a street and the defendant asked why they were going that way and would they take him home.  The driver said they were going to take the defendant home.  They kept going and suddenly turned down the -- an alley and stopped.  The defendant states the three gentlemen jumped out of the car, two of them pulled their hoods up over their head and took off in the same direction.  The defendant states he heard shots and the defendant saw the three run back to the car.  The defendant

ALFREDO GONZALEZ, 02/07/2023                                   Page 212

asked what happened and they told nothing happened -- and was told nothing happened.  The defendant states he was then dropped off at his house by the gentleman in the blue car.

Do you see that?

A.    Yeah.

Q.    Do you know why you gave that version of events to Probation Officer Dunaway after your conviction?

MR. STARR:  Objection; form, foundation, calls for speculation.  He already testified he has no recollection of this.

THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

Q.    Is there any reason --

MS. BONJEAN:  Objection --

MR. ENGQUIST:  I'm sorry.  Go ahead.  I'm sorry.  I stepped over that objection.  Go ahead. You can put it on the record.

MS. BONJEAN:  That's all right.  I think he already said it, but I'm just adding a foundation objection.

MR. ENGQUIST:  Okay.

ALFREDO GONZALEZ, 02/07/2023                                    Page 213

BY MR. ENGQUIST:

Q.    Sir, when -- were you ever instructed by David Wiener or anybody else to keep to that -- keep to the story that you say Detective Guevara fed you even after your conviction?

MR. STARR:  Form, foundation, calls for speculation, and I'm going to assert the attorney/client privilege and instruct him not to answer.  This is not within the -- the province of his testimony in court.

MR. ENGQUIST:  So you're going to instruct him not to answer?

MR. STARR:  Yes.

BY MR. ENGQUIST:

Q.    Okay.  And I'm assuming you're going to follow his advice and not answer, right?

A.    Right.

Q.    Let's go to page 5.  Actually, let's go to page 6 where it says Marital Status.  The defendant reports he has never been married.

Is that correct, sir?

A.    Correct.

Q.    But is a father of three children.

Did you have three children at that

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 214

point when you had -- when you were convicted?

        A.      Yeah.

        Q.      Okay.   So:   The defendant states he has
a son, Alfredo Gonzalez, 8, a daughter Maria
Gonzalez, 6, and -- by Maria Rivera.   The defendant
reports he's the father of a five-year-old boy by a
woman he only knows as Babe.   He states the woman
told him that the boy was his child.   The defendant
is not sure where either reside.

                Is the information in that paragraph
correct?

        MR. STARR:   Correct as -- as of 19 --
whatever --

BY MR. ENGQUIST:

        Q.      As the date of this report, which was
in -- let me go back to --

        MR. STARR:   1992.

BY MR. ENGQUIST:

        Q.      April 30th, 1992?

        MR. STARR:   If you know.

        THE WITNESS:   I don't know.

BY MR. ENGQUIST:

        Q.      What is -- what don't you know about
that?

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 215

A.    The whole question.

Q.    Okay.  In May of 1992, did you have two children with Maria Rivera?

A.    Yes.

Q.    Okay.  Were there names Alfredo Gonzalez and Maria Gonzalez?

A.    Yeah.

Q.    Was Alfredo 8?

A.    Yeah, I believe so.

Q.    Was Maria 6 at that time?

A.    Yeah.

Q.    Did you have another child by a woman you only knew as Babe?

A.    I do have another child.

Q.    Okay.  In -- in 1992, did you only know this woman as Babe?

MR. STARR:  Objection; form, foundation, calls for speculation.

THE WITNESS:  I don't recall that.

MR. ENGQUIST:  How does it call for speculation?

MR. STARR:  Because he already said he doesn't know.

THE WITNESS:  I don't know.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                          Page 216

BY MR. ENGQUIST:

Q.    You don't know.

      Do you know who you had the child --
the other child with?

A.    Yeah, but that's not her name.

Q.    What?

A.    That's not her name.

Q.    That's not her name.  Okay.

      What is her name?

A.    Charlotte.

Q.    In 1992 when this report was written,
did you know where Charlotte and the other child,
the boy, lived?

A.    No.

Q.    All right.  You can put that to one
side.

      Now, sir, do you recall a motion for
a new trial being filed on -- for you in this case?

A.    Yeah.

Q.    Do you know why there wasn't any
mention of you not reading -- not being able to
read English in that motion?

MR. STARR:  Form, foundation, calls for
speculation.

ALFREDO GONZALEZ, 02/07/2023                                    Page 217

And as far as any conversations you had with attorneys about that, I would instruct you not to answer.

But if you can -- if you can answer without conversations based on -- conversation you had with your attorney, then go ahead.

THE WITNESS: What was question?

MR. ENGQUIST: Why don't I just do it this way. Why don't we mark this as Exhibit Number 3.

(Deposition Exhibit No. 3, Witness Gonzalez, was marked for identification 02/07/2023.)

MR. ENGQUIST: So Exhibit Number 3, for the record, is CCSAO 469 through 471.

BY MR. ENGQUIST:

Q.    Sir, is this one of the documents you reviewed in preparation for your deposition?

A.    I don't recall.

Q.    Okay. Do you want a minute to read through it? It's only two pages, basically.

MR. STARR: Go ahead. Read through it.

BY MR. ENGQUIST:

Q.    Are you done looking through it, sir?

A.    I'm not a fast reader.

Urlaub Bowen & Associates, Inc.   312-781-9586

Q.    I -- are you done reading it, sir?

A.    Yeah.

Q.    Okay.  Now, sir, do you know why there's no mention in this motion for a new trial of force being used on you by Detective Guevara?

MR. STARR:  Form, foundation, calls for speculation.

And I'm going to instruct my client that if he can answer without betraying any client -- or attorney/client conversations he had, then fine; but if you can't answer without referring to what you and Mr. Wiener spoke about after the trial, then I would instruct you not to answer.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Okay.  So is fair -- okay.  Well, I just need to know.

Could you answer that question -- well, let me ask it a different way.

Did you and attorney David Wiener have a conversation about why there wasn't going to be any mention of your allegations of force being used on you by Detective Guevara?

ALFREDO GONZALEZ, 02/07/2023                                    Page 219

MR. STARR:  I'm going to assert the attorney/client privilege and instruct him not to answer that one.

MR. ENGQUIST:  Okay.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Did you and Detective -- I'm sorry.

Did you and David Wiener have any conversations about why this motion for a new trial would not indicate that your -- that your confession coerced?

MR. STARR:  Same instruction.  Same objection; same instruction.

BY MR. ENGQUIST:

Q.    And I'm assuming you're going to follow your attorney's advice and not respond?

A.    Yes.

Q.    Did you and David Wiener have any discussions about why your -- this motion for a new trial would not include anything about your claims of innocence to state's attorney prior to giving your confession?

MR. STARR:  Same objection; same instruction.

ALFREDO GONZALEZ, 02/07/2023                                    Page 220

BY MR. ENGQUIST:

Q.   Are you going to follow your attorney's advice and not answer?

A.   Yes.

Q.   Okay.  Did you and David Wiener discuss why this motion for a new trial would not have anything including -- would not include the fact that you could not -- you could not allegedly read English at the time you gave your statement?

MR. STARR:  Form, foundation.  Same objection; same instruction.

BY MR. ENGQUIST:

Q.   Are you going to follow your attorney's advice and not answer the question?

A.   Yes.

Q.   Now, sir, at some point you no longer had David Wiener as your attorney, correct?

A.   Correct.

Q.   Who was your next attorney?  Do you remember?

A.   Brendan.

Q.   What?

A.   Brendan.

Q.   Brendan.

Urlaub Bowen & Associates, Inc.   312-781-9586

Do you remember a Frederick Cohen or Cohn?

A.    Oh, that's the appeal lawyer.

Q.    Yes, the appellate lawyer.  Do you remember him?

A.    Yeah.

Q.    Okay.  Let me ask you, when you were working with your attorney David Wiener, did any -- did you work with anybody else from his office?

A.    Not that I recall.

Q.    Okay.  Do you know if he had other people in his office that he worked with on this case?

A.    No.

MR. STARR:  Form, foundation, speculation.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Now, David Cohen, your appellate lawyer, did file appeals for you both in state -- both in state and in federal court; isn't that correct?

A.    I don't recall.

Q.    Okay.  Do you know why none of the filings by Frederick Cohen in both state and

ALFREDO GONZALEZ, 02/07/2023                                    Page 222

federal court include anything about force being used against you or the fact that your allegation that your confession was coerced or the fact that you couldn't read English?

MR. STARR:  Form, foundation, calls for speculation, invades attorney/client privilege.

I instruct you not to answer.

MS. BONJEAN:  It also calls for a legal type of response and we all know that appellate lawyers can't just, you know, create a record on appeal, but maybe, you know, Mr. Gonzalez does not know. It calls for a legal interpretation as well.

MR. STARR:  I'll join that objection.

BY MR. ENGQUIST:

Q.   Sir, can you answer the question?

MR. STARR:  I --

THE WITNESS:  No.

MR. STARR:  -- instruct you not to answer.

THE WITNESS:  No.

MR. ENGQUIST:  Okay.  So instructing you not to answer.  Okay.

BY MR. ENGQUIST:

Q.   Okay.  Do you know the first time that you ever made these allegations that your -- that

ALFREDO GONZALEZ, 02/07/2023                                    Page 223

your confession was false and coerced, you remember what -- the first time you made that allegation in any kind of court filing?

MR. STARR:  Form, foundation, speculation.

You can answer if you know.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.    Would it be accurate to say that it wasn't until after Jose Juan Maysonet had his case reversed is the first time that you made these allegations in the court filing?

MR. STARR:  Form, foundation, calls for speculation, asked and answered.

BY MR. ENGQUIST:

Q.    Sir?

A.    What?

MR. ENGQUIST:  Can you repeat the question, please, read it back.

(Record read.)

THE WITNESS:  No.

MR. STARR:  My objection was form, foundation, speculation, asked and answered.

THE WITNESS:  No.

ALFREDO GONZALEZ, 02/07/2023                                    Page 224

BY MR. ENGQUIST:

    Q.    Okay.  So when did you first make these allegations in the court filing, sir?

    MR. STARR:  Asked and answered.

    MR. ENGQUIST:  Well, he just answered no, so that's why I'm asking.

    MR. STARR:  Okay.  Asked and answered.

    THE WITNESS:  I don't recall.

BY MR. ENGQUIST:

    Q.    Okay.  But you think it was before Jose Maysonet's case was reversed, sir?

    MR. STARR:  Form, foundation, asked and answered, mischaracterizes his testimony.

    THE WITNESS:  Yes.

    MR. ENGQUIST:  Okay.

    MR. GREENBERG:  Can that person speak up?  I can't hear what they're saying.

    MR. ENGQUIST:  He just said yes.

              But, yeah, you do need to speak up. Okay, sir?

BY MR. ENGQUIST:

    Q.    Do you know -- is it fair to say that the first attorney who ever filed anything on your behalf saying that your confession was coerced was

ALFREDO GONZALEZ, 02/07/2023                                    Page 225

Brendan Schiller in 2017?

MR. STARR:  Form, foundation, asked and answered.

You can answer if you know.

THE WITNESS:  Yes.

MR. ENGQUIST:  Okay.  Now it's my turn to take a little bit of a break.  So I'm going to take a good five minutes or so.  Okay, guys?

THE VIDEOGRAPHER:  The time is now 3:07 p.m. This is the end of Media 7.  We're off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 3:20 p.m. This is the beginning of Media 8.  We're back on the record.

BY MR. ENGQUIST:

Q.   Okay.  So I know we kind of went step by step through your time in Area 5 having to do with this case.  I just want to double check.

Are there any other police officers that you had contact with after your arrest up until the time you gave your statement that we haven't talked about?

A.   I don't recall.

Q.   Okay.  Are there any other state's

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                    Page 226

attorneys that we have other than Ms. --

Ms. Borowitz, that we haven't talked about that you

had contact with?

    A.   I don't recall.

    Q.   Okay.  And just to be closer, for the

ASA Borowitz, the first time you saw her was when

you were getting into the car to go Donald Duk's?

    A.   Donald Duk's.

    Q.   Okay.  And the next time you saw her

was in the room when your statement was taken by

her, correct?

    A.   Yes.

    Q.   Okay.  Did you have any other times

where you had contact with her?

    A.   No.  Just before I left.

    Q.   Before you left what?

    A.   The -- what you call it?  The --

    Q.   The court-reported statement?

    A.   Yeah.

    Q.   Okay.  So after your court-reported

statement, did you have another conversation with

ASA Borowitz?

    A.   I told her I was innocent.

    Q.   Okay.  So after the statement was

ALFREDO GONZALEZ, 02/07/2023                              Page 227

taken, after everything was done, before you left the room, you told her you were innocent?

A.    Yeah.

Q.    Okay.  Did you tell her anything else?

A.    No, I don't recall.

Q.    Okay.  So you don't recall whether or not you told her you had been beaten, correct?

A.    Detective Guevara wouldn't allow me. We just walking out and I looked at her and I told her I'm innocent.

Q.    Okay.  When you told her you were innocent, did Detective Guevara respond in any way?

A.    No.

Q.    Okay.  Did she respond in any way?

A.    No.

Q.    Did you ever tell her you couldn't read English?

A.    No, I don't recall.

Q.    Did you ever tell Detective Guevara you couldn't read English?

A.    He knew.

Q.    How did he know?

A.    Because we would talk in Spanish sometime.

Q.    Okay.  Did you tell him you couldn't read English?

A.    Yeah.

Q.    When?

A.    During the -- that time that I was with him.

Q.    Okay.  How'd that come up?

A.    Because I keep telling him, Why you talking to me in English when I know you're Puerto Rican?

Q.    Okay.  And then did you tell him, And by the way, I don't speak -- I don't -- I can't read English?

A.    Yeah.

Q.    Okay.  And why did that come up?  Why did you tell him that?

A.    Because he said I was supposed to sign the statement.

Q.    Okay.  And when he told you you had to sign the statement, was that after you had given the statement or before?

A.    Before.

Q.    Okay.  And that was when you and him were alone?

ALFREDO GONZALEZ, 02/07/2023                                    Page 229

A.    Yeah.

Q.    Okay.  And you told him you couldn't read; is that correct?

A.    Right.

Q.    Okay.  Now, when you were in IDOC, in the Illinois Department of Corrections, to be very specific, I'm not asking you about any conversations you would have had with attorneys, but when you were there, you did use the phone sometimes to talk to family members and friend; is that correct?

A.    Yeah.

Q.    Okay.  Did you ever talk to anybody when you were -- when you were -- they were calling you or you were calling them when you were in IDOC about your case?

A.    No, I don't recall.

Q.    Okay.  Did you ever -- you ever talk about the fact that you were innocent with any of them?

A.    Yeah.

MR. STARR:  Objection; form, foundation, calls for speculation.

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                          Page 230

BY MR. ENGQUIST:

Q.   Okay.  Did --

A.   Yeah.

Q.   Did you ever tell any of your family and friends -- family or friends about Detective Guevara when you were in IDOC --

MR. STARR:  Form.

MR. ENGQUIST:  -- when you were on the phone?

MR. STARR:  Foundation, calls for speculation, asked and answered.

THE WITNESS:  Yeah.

BY MR. ENGQUIST:

Q.   Okay.  And who did you talk to about Detective Guevara when you were on the phone at IDOC?

A.   Family.

Q.   Okay.  So that would be like your mom and your sisters and your brothers?

A.   Yes.

MR. STARR:  Same objections.

BY MR. ENGQUIST:

Q.   Any cousins?

A.   I don't --

MR. STARR:  Same objections.

THE WITNESS:  -- recall.

MR. STARR:  Let me get my objection in. Okay?  This -- I know it's been a long day, but just let me get it in.

BY MR. ENGQUIST:

Q.   Did you have any friends that you talked to on the phone when you were in IDOC about Detective Guevara?

MR. STARR:  Same objections.

THE WITNESS:  No.

BY MR. ENGQUIST:

Q.   Did you talk to any former -- did you talk to any people that you knew that would be Latin Kings on the phone when you were in IDOC?

MR. STARR:  Same objections.

THE WITNESS:  No.

MR. STARR:  I'm sorry.  Can you read that question back?

(Record read.)

MR. STARR:  Okay.

MR. ENGQUIST:  Okay.  That's actually all I have for right now.

ALFREDO GONZALEZ, 02/07/2023                                    Page 232

                          EXAMINATION

BY MR. RAHE:

    Q.    Hi, Mr. Gonzalez.  My name is Austin
Rahe.  I'm an attorney for the City of Chicago in
this case.  I just have a few questions for you,
not too many.

          Earlier we were talking about where
your -- your set of Latin Kings were based and I
think you said Kimball and you -- you couldn't
remember the other cross street.  Was that -- is
that Wabansia?

    MR. STARR:  Asked and answered.

          You can -- you can answer.

    THE WITNESS:  It could be.

BY MR. RAHE:

    Q.    Okay.  Do you have any other names that
you've ever went by besides Alfredo and your
nickname Lluvia?

    A.    Yes.

    Q.    What are those names?

    A.    Wilfredo.

    Q.    Wilfredo?

    A.    (Nodding.)

    Q.    Okay.  Any others?

Urlaub Bowen & Associates, Inc.  312-781-9586

A.    Not that I recall.

Q.    Do you go by Freddy?

A.    Yeah.

Q.    Okay.  And why do you go by Wilfredo or why have you went by Wilfredo in the past?

MR. STARR:  Form, foundation.

You can answer.

THE WITNESS:  Because I hated my name in the first.

BY MR. RAHE:

Q.    I'm sorry.  Could you say that again?

A.    I hated my name Alfredo.

Q.    Oh, you hated your name Alfredo.

Okay.  So was --

A.    At first.

Q.    -- that a self -- you gave yourself that name, Wilfredo?

A.    Yeah.

Q.    Okay.  And your children's mother's name Maria, has she had multiple last names in her life?

MR. STARR:  Objection, asked and answered.

THE WITNESS:  Yeah.

ALFREDO GONZALEZ, 02/07/2023                                    Page 234

BY MR. RAHE:

Q.    And is that Rivera, Lozada, and Perez?

A.    Yes.

Q.    Any other last names that she's had?

A.    Perez, I believe she's still Perez.

Q.    Okay.

A.    She got married.

Q.    Okay.  And at the time that -- or in 1990, was her last name Rivera?

A.    Yeah.

Q.    Okay.  Do all your siblings have the same parents as you?

A.    The same mother, yeah.

Q.    All your siblings have the same mother as you?

A.    Yeah.

Q.    Okay.

A.    Different father, yeah.

Q.    Okay.  And how many different fathers are there of your siblings?

A.    I believe five.

Q.    Five.  Okay.

      Do you -- do you know the names of all the fathers of your siblings?

Urlaub Bowen & Associates, Inc.   312-781-9586

A.    No.

Q.    Do you know Yolanda's father's name?

A.    Velez.

Q.    What is it?

A.    Velez.

Q.    Can you spell that?

A.    V-e-l-e- --

Q.    Oh, Velez?

A.    Velez.

Q.    V-e-l-e-z?

A.    Yeah.

Q.    Okay.  I just want to make sure I have that right.  You said Velez, V-e-l-e-z?

A.    Yeah.  V as in voice.

Q.    B, B-e-l-e-z?

A.    Yeah.

MR. STARR:  I'm not sure if -- I think there's something being lost in translation still.

MR. RAHE:  Okay.

MR. STARR:  Quite honestly.

MR. RAHE:  Okay.  I'll -- okay.

BY MR. RAHE:

Q.    Okay.  So are you saying V as in victory or B as in boy?

ALFREDO GONZALEZ, 02/07/2023                                    Page 236

A.    V as in victory.

Q.    Okay.  So V, as in Victory, e-l-e-z?

A.    Yeah.  Z or S.  I don't really remember the last -- one of them, either Z or S.

Q.    Okay.  And is Yolanda's last name, currently, is it Garcia?

A.    Yes.

Q.    And when did she -- when did her last name go from Velez to Garcia?

A.    She was married once upon a time.

Q.    Do you know when she was married?

A.    No.

Q.    Was it prior to your arrest in 1990?

MR. STARR:  Objection; form, foundation, asked and answered.

THE WITNESS:  I don't recall.

BY MR. RAHE:

Q.    Okay.  Is Yolanda still married?

A.    No.

Q.    Okay.  What is Yolanda's date of birth; do you know?

Is she -- is she older than you -- oh, sorry.  You have to answer out loud.

A.    No, I don't know.

ALFREDO GONZALEZ, 02/07/2023                                    Page 237

Q.    Okay.  Is she older than you?

A.    No.  She younger.

Q.    How much younger?

A.    About 15, I guess.

Q.    15 years?

A.    14, 13, something like that.

Q.    And you're talking in years?

A.    Yeah.

Q.    Okay.  I'm going to ask you a few names.  I just want to see if you know any of these people.

Ana Zavala?

A.    Yeah.

Q.    Who is that?

A.    She's my goddaughter.

Q.    Your goddaughter.  Okay.

What about Hector Villafuerte?

A.    I don't recall that one.

Q.    You don't know who that is?

Okay.  What about Janet Jarvis?

A.    I don't recall that one.

Q.    What about Jorge Vargas?

A.    Yeah.  He's a friend.

Q.    That's a friend of yours?

ALFREDO GONZALEZ, 02/07/2023                                    Page 238

And how -- in what way do you know Jorge Vargas?

MR. STARR:  Objection; form, foundation.

THE WITNESS:  I know him back in the'70s.

BY MR. RAHE:

Q.    Okay.  So was he a childhood friend of yours?

A.    Yeah.

Q.    Are you still friends with him today?

A.    No.

Q.    What about Virginia Perez?

A.    She's a friend.

Q.    She's a friend.  And have you known her since your childhood?

A.    No.  When I was younger age, yeah.

Q.    Okay.  Is she still a friend today?

A.    Yeah.

Q.    Okay.  What about Elena Cintron?

A.    (Nodding.)

Q.    You know who that is?

A.    Yeah.

Q.    Who is that?

A.    My sister-in-law.

Q.    Sister-in-law.  Okay.

ALFREDO GONZALEZ, 02/07/2023                         Page 239

Who's she married to?

A.     I don't recall.

Q.     Okay.  Maria Cintron?

A.     That's my mother-in-law, I believe.

Q.     Okay.  Jose Cruz?

A.     Jose Cruz, I don't know who that is.

Q.     Okay.  Jacques Rivera?

A.     Yeah.

Q.     Who's Jacques Rivera.

A.     He's an old friend of mine.

Q.     How long have you known Jacques Rivera?

A.     Say back in the '80s.

Q.     Back in the '80s.

       Was he a member of the Latin Kings?

A.     Yes.

Q.     Yes.

       And you've known him since you were a child -- or, I guess, strike that.

A.     Young age.

Q.     You've known him since you came to the United States?

A.     Yeah, young age.

Q.     Or Chicago.

       Okay.  Did Jacques Rivera ever visit

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                               Page 240

you in prison?

    A.    No.

    Q.    Did you ever speak to Jacques Rivera on the phone while you were in prison?

    A.    Yeah.

    Q.    Okay.  Do you remember -- has Jacques Rivera -- do you know if he had a lawsuit against Reynaldo Guevara as well?

    MR. STARR:  Objection to form, foundation.

          You can answer if you know.

    THE WITNESS:  Yes.

BY MR. RAHE:

    Q.    Oh, he did.  Okay.

          Did you talk to Jacques Rivera about his lawsuit against Reynaldo Guevara?

    A.    No.

    Q.    You've never talked to him about his lawsuit against Reynaldo Guevara?

    A.    No.

    Q.    Okay.  I think you said Juan's sister Rose Maysonet visited you one time with Olga Corrasco while you were in prison?

    A.    Yes.

    Q.    What -- do you remember what prison you

were at when they visited you?

A.    Stateville.

Q.    Say that again?

A.    Stateville.

Q.    Stateville.  Okay.

And do you know how Olga and Rose met each other?

MR. STARR:  Objection; foundation, speculation.

THE WITNESS:  They're sister-in-law.

BY MR. RAHE:

Q.    Rose and Olga are sister-in-laws.

And Olga's your cousin?

A.    Yeah.

Q.    Okay.  Do you know Rose Maysonet's husband?

A.    No.

Q.    Do you know who is Olga Corrasco's husband?

MR. STARR:  Foundation.

THE WITNESS:  Juan's brother.

BY MR. RAHE:

Q.    Juan's brother.

Do you know Juan's brother's name?

A.    Call him Tony.

ALFREDO GONZALEZ, 02/07/2023                              Page 242

Q.    Tony.  Do you think his -- okay.  That might be all I have.  One sec.

Did Efrain Cruz visit you while you were in prison?

A.    Yeah.

Q.    He visited you in person?

A.    Yeah.

Q.    Did you speak about Reynaldo Guevara and your case when he came to visit you in prison?

MR. STARR:  Form, foundation, asked and answered previously.

THE WITNESS:  I don't recall.

BY MR. RAHE:

Q.    Don't recall.  Okay.

Did Efrain Cruz ever tell you that he also visited with Justino Cruz when Justino was in prison?

MR. STARR:  Form, foundation.

THE WITNESS:  I don't recall.

BY MR. RAHE:

Q.    You don't recall.

Has anyone ever told you who they think -- well, has anyone ever, other than your attorneys, told you who they think committed the

Urlaub Bowen & Associates, Inc.   312-781-9586

murder of the Wiley brothers?

MR. STARR:  Form, foundation, speculation.

You can answer if --

THE WITNESS:  I don't recall.

MR. STARR:  What's -- what's the matter?  Can we --

THE WITNESS:  Is there only supposed to be two?

MR. RAHE:  I think Ashley -- is Ashley still there?

MR. STARR:  I think they've got it covered.

MR. RAHE:  Yeah.  There's plenty of plaintiff's attorneys on the phone.

MS. BONJEAN:  I'm here.

MR. RAHE:  Okay.

BY MR. RAHE:

Q.    Did you know -- or was there someone in your set in Latin Kings back in 1990 that went by the name of Black Jeffrey, the nickname Black Jeffrey?

A.    I know him.

Q.    You know him.  Was he in your set?

A.    No.

Q.    No.

ALFREDO GONZALEZ, 02/07/2023                                Page 244

                    Was he in another set of Latin
Kings?

        A.    Yeah.

        Q.    Okay.  Did Black Jeffrey have a car?

        MR. STARR:  Form, foundation, calls for
speculation.

        THE WITNESS:  He had multiple cars.
BY MR. RAHE:

        Q.    Multiple cars.  Do you remember what
those cars were?

        A.    No.

        MR. RAHE:  No.  Okay.  That's all I have.

        MR. IASPARRO:  I just have a few.

                    EXAMINATION
BY MR. IASPARRO:

        Q.    Mr. Gonzalez, my name is Michael
Iasparro.  I represent Assistant State's Attorney
Frank DiFranco.

                Do you know who that is?

        A.    Not that I recall.

        Q.    Okay.  Do you -- best of your
knowledge, did you ever meet a man named Frank
DiFranco in the context of the investigation of the
Wiley brothers murder?

ALFREDO GONZALEZ, 02/07/2023                                    Page 245

        MR. STARR:  Form, foundation, speculation, asked and answered.

        THE WITNESS:  Not that I recall.

BY MR. IASPARRO:

        Q.    Okay.  I want to take you back to the time when Detective Guevara took you out to the Donald Duk's restaurant, ask you a couple questions about that.

              The assistant state's attorney that you've identified as Borowitz you indicated was in the car at that time?

        A.    Yeah.

        Q.    Prior to that, if I understand you correctly, you had not seen her before in the context of this investigation; is that correct?

        A.    Correct.

        Q.    To the best of your knowledge, had you ever seen her before in your -- in your whole life?

        A.    No.

        MR. STARR:  Prior to that moment in time?

        MR. IASPARRO:  Correct.

        MR. STARR:  Okay.

        THE WITNESS:  No.

ALFREDO GONZALEZ, 02/07/2023                                      Page 246

BY MR. IASPARRO:

Q.    Okay.  And did you have any knowledge about what, if anything, Detective Guevara and Assistant State's Attorney Borowitz had spoken about, if anything, regarding the Wiley brothers murder investigation prior to that car ride?

A.    I don't recall.

Q.    After that car ride, if I understood your testimony earlier, the next time you saw Assistant State's Attorney Borowitz was in the -- the room where you gave your statement; is that accurate?

A.    That's correct.

Q.    Was she already in that room when you got to that room?

A.    I believe so.

Q.    Was the court reporter already in the room as well?

A.    Yes.

Q.    Do you recall how long it took for you to give your statement?

A.    I don't recall.

Q.    And do you have any knowledge about what, if anything, Detective Guevara and Assistant

State's Attorney Borowitz talked about regarding the investigation into the Wiley brothers murder prior to you getting into the room to give your statement that day?

A.    I don't recall.

MR. STARR:  Form, foundation, speculation.

Go ahead.

THE WITNESS:  I don't recall.

MR. IASPARRO:  All right.  That's all I've got.  Thanks.

MR. ENGQUIST:  Jennifer, Ashley, or -- oh, actually, no.  Megan, anything?

MS. McGRATH:  Not right now, but thank you.

MR. ENGQUIST:  Any of the plaintiff's attorneys?

MS. BONJEAN:  Plaintiffs have no questions.

MR. ENGQUIST:  Okay.  All right.

MR. STARR:  Let me take two minutes, look at my notes.  I may have a couple follow-up questions, but I may just -- may not.

MR. ENGQUIST:  Okay.

MR. STARR:  Just give me five minutes.

MR. ENGQUIST:  All right.  Let's go off the record again.

ALFREDO GONZALEZ, 02/07/2023                                    Page 248

THE VIDEOGRAPHER:  The time is 3:41 p.m. This is the end of Media 8.  We're off the record.

(Recess taken.)

THE VIDEOGRAPHER:  The time is now 3:46 p.m. This is the beginning of Media 9.  We're back on the record.

MR. STARR:  I don't have any questions.

MR. ENGQUIST:  All right.  Waive or reserve?

MR. STARR:  I'm going to reserve, just because of the language issue.  I just want to --

MR. ENGQUIST:  The language issue?

MR. STARR:  Well, I mean, he's -- has a very thick accent and there was a number of times where like things were potentially -- I just want to -- I want to reserve.

MR. ENGQUIST:  Okay.  Reserve it is.

Thank you very much, guys.

THE VIDEOGRAPHER:  The time is 3:46 p.m. This is the end of Media Unit 9.  This concludes the deposition.  We're off the record.

(The proceedings adjourned at 3:44 p.m.)

Urlaub Bowen & Associates, Inc.  312-781-9586

ALFREDO GONZALEZ, 02/07/2023                                    Page 249

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


JOSE JUAN MAYSONET,              )
                                )
                Plaintiff,      )
                                )
          vs.                   )    No. 18 CV 2342
                                )
REYNALDO GUEVARA, et al.,       )
                                )
                Defendants.     )


          This is to certify that I have read my

deposition taken on Tuesday, February 7, 2023,

in the foregoing cause and that the foregoing

transcript accurately states the questions asked

and the answers given by me, with the changes or

corrections, if any, made on the Errata Sheet

attached hereto.


                         _____
                              ALFREDO GONZALEZ


No errata sheets submitted (Please initial)
Number of errata sheets submitted _____ pages

Subscribed and sworn to
before me this _____ day
of _____2023.


_____
       Notary Public


Urlaub Bowen & Associates, Inc.   312-781-9586

REPORTER'S CERTIFICATE

I, Kathleen A. Hillgard, do hereby certify that ALFREDO GONZALEZ was duly sworn by me to testify the whole truth, that the foregoing deposition was recorded stenographically by me and was reduced to computerized transcript under my direction, and that said deposition constitutes a true record of the testimony given by said witness.

I further certify that the reading and signing of the deposition was not waived and that the deponent's counsel, Sean C. Starr, was notified of the availability of the transcript for review and signature. Pursuant to Rule 30(e) of the Federal Rules of Civil Procedure, if deponent does not appear or read and sign the deposition within 30 days, the deposition may be used as fully as though signed, and this certificate will then evidence such failure to appear as the reason for signature not being obtained.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have hereunto set my hand of office at Chicago, Illinois, this 23rd day of February 2023.

_____
Illinois CSR No. 084-004093

Urlaub Bowen & Associates, Inc.   312-781-9586

ALFREDO GONZALEZ, 02/07/2023                          Page 251

Errata Sheet

NAME OF CASE: JOSE JUAN MAYSONET vs REYNALDO GUEVARA, et al.

DATE OF DEPOSITION: 02/07/2023

NAME OF WITNESS: Alfredo Gonzalez

Reason Codes:

    1. To clarify the record.

    2. To conform to the facts.

    3. To correct transcription errors.

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

Page _____ Line _____ Reason _____

From _____ to _____

_____

ALFREDO GONZALEZ, 02/07/2023

---

**Exhibits**

**1 Gonzalez 020723-1** 168:19,20, 21 169:11 197:14

**2 Gonzalez 020723-2** 208:20,21 209:3

**3 Gonzalez 020723-3** 217:9,10, 13

---

**-**

**--having** 199:17

---

**0**

**02/07/2023** 168:23 208:23 217:12

---

**1**

**1** 5:2 23:14 168:20,21 169:11 175:6,7,8 197:14 209:14

**1-something** 11:18

**10** 78:20

**10:09** 5:10

**10:27** 23:13

**10:28** 23:16

**11** 25:14 26:15 38:5,20

**11:15** 64:1

**11:24** 64:5

**11:30** 178:15 179:6 180:3

**12:11** 107:11

**12:19** 107:14

**12:44** 133:14

**13** 179:4 237:6

**130** 11:18

**14** 32:13 179:4 237:6

**141** 5:7

**15** 19:24 237:4,5

**150** 11:18

**18** 5:5 19:11 22:10

**19** 22:10 214:12

**19-** 132:3

---

**1953** 210:3

**1964** 19:19

**1971** 19:22

**1975** 21:14

**1980s** 34:17

**1983** 210:6

**1988** 70:4,20,21 71:17

**1989** 27:5 70:4

**1990** 20:3 27:18 61:13 65:10 71:10 122:11,17 130:22 132:4,11,20 178:15,24 179:6,13,18 189:21 191:2 211:8 234:9 236:13 243:18

**1992** 20:3,7 214:17,19 215:2,15 216:11

**1:24** 133:17

**1:59** 169:3

---

**2**

**2** 23:17 64:2 174:20,21 175:19 208:20,21 209:3

**20** 5:13 32:19

**2017** 18:8 225:1

**2018** 18:22

**2022** 33:4

**2023** 5:9

**22** 7:7

**2342** 5:5

**24th** 170:8 178:15 179:6,12

**25th** 211:8

**2:00** 170:9

**2:06** 169:6

**2:44** 208:13

**2:46** 208:16

---

**3**

**3** 64:6 107:12 176:4 217:9,10,13

**30th** 214:19

**32** 76:20 77:8

**3:05** 192:8,20

---

**3:07** 225:9

**3:20** 225:12

**3:41** 248:1

**3:44** 248:22

**3:46** 248:4,18

---

**4**

**4** 107:15 133:15 176:15 211:1

**469** 217:14

**471** 217:14

**4A** 210:23 211:2,4,5

---

**5**

**5** 133:18 169:4 176:18,21 179:1 200:13 201:16 202:2,15 203:3 213:18 225:17

**58** 19:11,20

---

**6**

**6** 169:7 177:2,7 208:14 213:19 214:5 215:10

**64** 19:17

**6496** 7:7

---

**7**

**7** 177:9 179:1 186:22 208:17 225:10

**71** 19:15

**72** 19:15

**727** 169:13

**730** 170:1

**736** 169:13

**75** 21:13

**76** 24:12

**77-ish** 25:10

**7th** 5:9 21:7

---

**8**

**8** 214:4 215:8 225:13 248:2

---

ALFREDO GONZALEZ, 02/07/2023

**8/24/90** 192:8

**80s** 31:14 34:7,15,16 36:11 55:16, 18 57:16 60:10 66:24 67:1,2 76:12, 15,22 77:9 239:12,13

**88** 61:21 67:4 68:13 70:20

**89** 27:2 67:4 68:13 70:21

**8th** 21:7

---

**9**

**9** 248:5,19

**90s** 17:9 36:11

**9th** 33:4

---

**A**

**A-5** 192:7

**a.m.** 5:10 23:13,16 64:1,5 192:8,20

**ability** 11:1

**Abrams** 89:8,9,12 90:1 97:22,23 149:2

**abuse** 114:2 202:15,21 203:2,5,10 204:4 207:20 208:6

**abused** 202:2 205:7

**accent** 248:13

**access** 196:17

**accurate** 223:8 246:12

**acknowledge** 96:16

**act** 50:21 162:24

**adding** 212:21

**addition** 29:14

**additional** 131:7

**address** 95:24

**adjourned** 248:21

**admit** 98:16,20 99:1 109:22 155:20

**admitted** 86:5,19,20

**Adult** 210:1

**advice** 181:19 197:20 213:16 219:16 220:3,14

**affect** 11:1 12:6,22 13:3

**affecting** 12:10

**affiliate** 49:9

**affiliated** 49:24

**afraid** 157:2,3

**African-american** 54:21

**AG** 174:14,17,22 176:7,22 177:6,7

**age** 30:14,20 32:11,17 209:20 238:15 239:19,22

**agree** 6:19 7:24 8:1,3 70:7 178:3

**agreed** 7:11 163:5 172:8

**AGS** 177:13

**ahead** 41:23 62:12 65:14 134:24 154:13 204:9 212:17,18 217:6,21 247:7

**alcoholic** 10:22

**Alfredo** 5:3,20 8:7,14,16 29:21 175:10,17,20 192:10 214:4 215:5,8 232:17 233:12,13

**alibi** 180:17,22 182:9,24 183:3,6, 10,15,21,22 184:2,6

**allegation** 222:2 223:2

**allegations** 218:23 222:24 223:11 224:3

**allege** 128:6

**alleged** 133:23 203:10 204:4 208:6

**allegedly** 220:8

**alleging** 131:2 203:2

**alley** 61:16,18,24 62:7 65:7 211:19

**allowed** 44:10,11,12 146:5 198:9

**allowing** 198:20

**Ana** 237:12

**animosity** 96:18

**answering** 86:9 157:23

**answers** 9:9 123:15 173:1,18 178:3,7,10 203:20

**anxiety** 11:4,6,7,8 12:6,15,22 13:18,19

**Anyplace** 22:16,18

**apartment** 28:6,8,13 96:4 179:21, 22,23

**apologize** 118:9

**appeal** 221:3 222:10

**appeals** 221:19

**appears** 151:4 210:5

**appellate** 221:4,18 222:9

**applications** 54:4

**approximately** 5:10 14:16 27:5 31:18 96:8 122:16

**April** 19:11 214:19

**area** 42:19 44:17 45:16 65:5 102:20 103:7 119:13,14 200:13 201:16 202:2,15 203:3 225:17

**arguing** 139:22

**argument's** 140:7

**arm** 115:6 119:23

**armpit** 120:2,8,14

**arms** 115:9

**arrest** 27:14,18 55:11 65:10 72:20 77:15,23 95:10 210:13 225:20 236:13

**arrested** 54:19,23 56:1 61:12 71:10 72:15 73:12 76:2,5,16,22 77:9 92:16 110:3

**arrests** 77:12

**arrived** 78:24

**ASA** 140:22 171:16 173:6 177:17, 24 183:9 192:9 200:22 226:6,22

**Ashley** 6:9 243:9 247:11

**asks** 138:10 172:22

**assert** 213:7 219:1

**asserting** 198:14

**assistant** 134:2,6 136:10 172:5 244:17 245:9 246:4,10,24

**associate** 49:9

**associates** 5:12 37:2

**assume** 10:18

**assumed** 30:16

**assumes** 86:11

**assuming** 58:20 159:9 213:15 219:15

**attached** 191:16

**attend** 20:15

**attending** 21:12

ALFREDO GONZALEZ, 02/07/2023

**attention** 69:4

**attorney** 18:7 89:11,14,15 90:2,3 112:5 118:3 134:2,7 136:10 139:18 140:18 154:20 167:3 169:18 172:5 173:11 181:5 184:2 190:2,24 202:17 205:11,19 217:6 218:21 219:21 220:17,19 221:8 224:23 232:4 244:17 245:9 246:4,10 247:1

**attorney's** 219:16 220:2,13

**attorney/client** 70:24 181:7 184:9 191:4 197:18 198:8,14 213:8 218:10 219:2 222:6

**attorneys** 6:20 17:23 18:1,23 181:9,15,19,20 217:2 226:1 229:8 242:24 243:13 247:15

**attribute** 59:13

**attributed** 59:22

**August** 27:18 33:4 71:11 122:11 132:4,11 170:8 191:2

**Austin** 6:1 232:3

**availability** 7:16

**Ave** 24:10

**Avenue** 23:8 56:14,16,17 78:12, 13,19 110:3 111:21 154:1

**awaiting** 203:6,10 204:5

**awake** 180:3

**aware** 54:17 61:4

---

**B**

**B-E-L-E-Z** 235:15

**B-O-N-J-E-A-N** 6:6

**Babe** 214:7 215:13,16

**babies'** 180:17,18

**baby** 162:23 163:1

**back** 13:24 17:9 19:21 23:17 24:6 31:14 34:6 36:6,10 54:14,16 60:10 63:7,13 64:6 67:21 69:8 70:20 71:3 73:3 75:14 76:12 77:9,22 79:2,10, 13,19 85:16 88:3,7,8,23 92:8,22 93:1,7 98:12 102:16 103:2,7,8,18 107:15 110:20 113:15,22 114:13 115:12 117:19 118:13,14,21 119:4 122:11 129:14 130:8 132:3,20 133:18 136:2 140:16,19 141:1,2,4, 8,11,17,21 142:4,6 143:7 144:20 148:20 149:7,9 157:16 161:4,5,17,

18 162:5,8,10,22 169:7 173:4,6,8, 14 175:7 178:24 179:17 189:21 191:1 192:4 196:7,13 208:17 211:24 214:16 223:18 225:13 231:18 238:4 239:12,13 243:18 245:5 248:5

**background** 10:21

**badge** 192:9

**bag** 114:4

**balcony** 187:11,20 188:2,16

**baloney** 188:3,11

**based** 195:6 217:5 232:8

**basically** 100:24 101:5 103:15 109:7,9 140:24 217:20

**basis** 198:21

**basketball** 57:3

**Bates** 169:13 175:13

**bathroom** 146:12 169:1 188:24

**beat** 100:24 101:5,7 103:15,20 113:2,21

**beaten** 112:22 198:5 227:7

**beating** 101:16

**beatings** 128:7

**beginning** 23:17 64:6 107:15 133:18 169:7 191:15 208:17 225:13 248:5

**behalf** 5:22 6:1,4,10,12,13,21 224:24

**Belated** 90:18 152:13

**belief** 132:1

**bell** 209:15

**Bella** 93:20,22,23 94:4,13 96:23

**Bello** 96:23 97:3 145:2

**belong** 31:8,10,22 37:15 77:5

**Beto** 29:22

**betraying** 218:9

**big** 105:3 129:23,24 130:1,3,19 162:23 163:1

**birth** 19:10 236:20

**bit** 64:16,17 225:7

**black** 105:20,23 134:11 243:19 244:4

**bleeding** 68:24 87:21 88:14,17

**blond** 81:11,14,20 85:23 86:2,8,18 106:13,15,22 110:4,9 128:17 129:4 136:13

**blood** 88:20,21,22

**bloody** 88:11

**blue** 176:10 211:8 212:4

**body** 194:6

**Bonjean** 6:5,6,15 7:2,21,23 45:20 64:21 65:1 185:9 186:4 212:16,20 222:8 243:14 247:16

**Borak** 134:8

**born** 19:12,18

**Borowitz** 175:11 177:18,24 183:9 192:10 200:22 226:2,6,22 245:10 246:4,10 247:1

**bother** 118:6

**bottom** 117:1 170:1 175:9,19 176:16,19 177:3,10 209:14

**Boulevard** 5:7

**Bowen** 5:12

**boy** 214:6,8 216:13 235:24

**break** 10:1,2,7 62:9 63:22 106:17 107:8,9,19 110:17 133:12,21 169:1 208:11 225:7

**Brendan** 18:2,3,21 220:21,23,24 225:1

**bridge** 182:5

**bring** 149:13,19,21 153:2 200:2

**broken** 69:2

**brother** 205:1,2 206:8,10,11 241:20,22

**brother's** 241:23

**brothers** 29:12 30:10,11 42:9 54:18,21 55:8 56:3 65:11 133:9 165:3 203:17,24 204:2 230:18 243:1 244:24 246:5 247:2

**brothers'** 29:19

**brought** 125:22 141:13,21 142:6 149:10,12,18 150:2 152:10 188:1 193:18 205:5

**brown** 134:12

**bruise** 114:19 121:17

ALFREDO GONZALEZ, 02/07/2023

**bruised** 167:20,21

**bruising** 120:19 121:14 193:24

**build** 105:12 106:5

**building** 28:7,8 78:6 83:5

**bulletproof** 68:2,8 81:17,20 110:5

**bunch** 82:16

**bunion** 130:4,6,19

---

**C**

---

**C-O-R-R-A-S-C-O** 207:6

**cage** 136:2

**caliber** 77:8

**call** 13:24 22:24 27:6,7 28:1 40:24 59:22 63:3 74:20,23,24 94:10 130:6 141:23 160:9 215:20 226:17 241:24

**called** 8:8 74:21 94:11 152:16 160:22

**calling** 13:24 152:11 229:14,15

**calls** 44:6 51:23 52:24 80:17 86:11 90:10 92:7 101:19,24 102:7 104:3 115:24 132:5 152:14 154:22 168:17 170:13 171:6 182:12 192:23 193:8,13 194:2,9 196:21 204:6,20 212:11 213:6 215:18 216:23 218:6 222:5,8,12 223:12 229:23 230:9 244:5

**camera** 195:23 196:7,9

**car** 67:6 75:1,4,19 78:7,8,9,11,19 79:1,21,22 81:22 82:4 134:20 135:4,5,12,13,15,16,18,19 136:3, 11,15,19,20,23 137:2,5,6 138:5,7, 10,19,20 140:8,9 146:21 157:16 167:4 171:24 173:5 211:8,11,13, 21,24 212:4 226:7 244:4 245:11 246:6,8

**care** 35:2

**Carmelo** 29:20

**Carmen** 28:18,19 30:21 31:4,5 153:1 164:23,24 165:3,11 182:21, 22 202:14 203:4

**Carmen's** 29:2

**cars** 244:7,9,10

**case** 5:5 7:6,14 16:3,21,22 17:11 18:21 19:7,8 76:9 77:23 131:4 168:13 209:7 216:18 221:13 223:9

224:11 225:18 229:16 232:5 242:9

**cases** 89:13

**cashier** 24:22

**catch** 37:24

**caused** 58:6 131:13 132:3,10

**causing** 123:21 124:1

**CCSAO** 169:13 217:14

**Central** 75:10,20 78:1,11

**chairs** 82:15

**change** 123:20 149:16 150:13,16, 19,21 152:10 153:12

**changed** 93:4 151:23 153:7

**charge** 76:12 86:15

**charged** 204:12

**Charlotte** 216:10,12

**check** 91:5 104:8,10,12 107:20,23 122:21 123:10,11,12 127:8 225:18

**checked** 110:18 123:17

**checking** 107:1 108:22 143:13

**cheek** 194:18 196:8

**cheeks** 102:20 103:2,7

**Chicago** 5:7,13 6:2 19:14,23 20:2, 6,8,10,11,13 31:8 76:2,5 232:4 239:23

**Chicago's** 210:5

**child** 165:2,11 214:8 215:12,14 216:3,4,12 239:18

**childhood** 238:6,14

**children** 213:23,24 215:3

**children's** 179:3 233:19

**choking** 142:17

**Cintron** 164:16,19,21 238:18 239:3

**Cisco** 40:13 47:5 48:8,13 69:18

**city** 6:2 19:23 20:2,6 31:8 232:4

**civil** 7:6 16:22

**claim** 132:18

**claiming** 132:10

**claims** 219:20

**Clark** 5:13

**classes** 190:21

**clear** 9:14 49:5 103:5 151:5 180:16 181:24 186:6 195:8 196:1,6

**client** 11:21 18:11 70:24 203:19 218:8,10

**close** 26:23 47:11,13,14,17 48:20 49:2 75:10 154:16

**closed** 26:24 27:5 79:16,17

**closer** 226:5

**clothes** 67:24 68:1 81:15 93:4 149:10,13,14,15,23 150:3,13,16 151:4,24 152:4,10 153:2,8,12

**clue** 154:24 160:20

**coach** 157:11 158:19 163:24

**coached** 178:12

**coaching** 153:15 156:5 158:13 163:9,17 166:1,2,3,11,14 167:24

**Cocaine** 42:15

**codefendants** 19:8

**coerced** 219:11 222:3 223:1 224:24

**coffee** 187:12,20 188:6,11,16

**Cohen** 6:9 181:4,5 221:1,18,24

**Cohn** 221:2

**collecting** 27:6,8,13

**color** 81:8 106:12 191:17

**comfortable** 198:19

**commit** 155:3,10 156:20 163:4 200:24

**committed** 84:17,20 86:5,24 87:8, 9,14 93:9,11 94:2 98:17 145:13 242:24

**committing** 37:9 155:21 186:10

**Communicating** 60:21

**communications** 181:10,13,15

**community** 57:11

**compared** 80:22

**complain** 116:24 204:16

**complaint** 13:1 127:6

**complaints** 69:7

**computer** 24:3

ALFREDO GONZALEZ, 02/07/2023

**concentrate** 35:23

**concern** 64:10

**concludes** 248:19

**conferring** 141:8

**confess** 86:4 101:1 108:4,5,14
 109:19 110:10 163:3

**confessing** 109:1 110:21 112:18

**confession** 131:4 133:8 219:11,
 22 222:3 223:1 224:24

**consent** 6:18

**consistent** 197:13

**constantly** 13:8,10

**contact** 53:8 61:11 65:9 66:14
 225:20 226:3,14

**context** 244:23 245:15

**continue** 163:24

**control** 44:18

**controlled** 42:23 43:5,21 44:3

**conversation** 103:16 140:11
 141:7 144:7 184:20 217:5 218:22
 226:21

**conversations** 18:12,18 71:1
 75:17 137:5,10 171:4 181:8,9
 184:17 198:22 217:1,5 218:10
 219:9 229:8

**convicted** 20:3,7 76:8 214:1

**conviction** 130:14 212:9 213:5

**convictions** 77:12 209:19,23

**Cook** 117:17 120:23 122:3 127:7,
 11,12 130:15 131:17,18 202:8,16,
 22 203:6,10 204:5,11,13,17 206:14

**cop** 58:17,24 59:1,14,18,23 70:6,8

**copy** 63:2 191:17

**corner** 111:21

**corona** 151:17

**Corrasco** 207:3 208:4 240:22

**Corrasco's** 241:17

**correct** 11:15 16:13 32:9,15 37:12
 38:5,8 39:11 41:2,7 42:9 46:2,3,20
 47:2 49:6 55:1,2,5 61:24 63:15
 67:12 71:11,13,19,20 72:10 73:9
 74:2,3 83:24 89:17,21 101:5
 104:23 110:5 111:23 112:18 114:7
 115:18 124:14 128:3,18 130:15,16

134:3,4 136:5,7 139:7 148:22
 151:6,12 159:10 161:16,23,24
 162:6,18 163:6 167:5 169:18
 170:11 172:9 173:6,7 178:11
 180:19 181:21,22 184:3 186:17
 188:21,22 189:19,20 192:17
 195:14 196:19 197:2 203:7,8
 210:14,17 213:21,22 214:11,12
 220:17,18 221:21 226:11 227:7
 229:3,11 245:15,16,21 246:13

**correction** 176:8,22

**corrections** 177:6 229:6

**correctly** 245:14

**counsel** 5:16 6:19 10:6 14:21
 18:13,14 106:17 107:8

**Count** 120:23

**county** 117:17 122:3 127:7,11,12
 130:15 131:17,18 201:24 202:9,16,
 22 203:6,11 204:5,11,13,17 206:15

**couple** 8:22 155:24 177:5 245:7
 247:19

**court** 5:14,17 7:12 8:17 15:23
 16:5,6,7 21:22 27:8 39:5 48:9
 74:14 84:18 94:20 99:17 139:20
 144:13 164:18 167:7 170:18 171:3,
 5 172:4,9 177:16 192:20 193:4
 205:9,12 213:10 221:20 222:1
 223:3,11 224:3 246:17

**court-reported** 16:2 168:1 169:15
 171:10,11 197:13 226:18,20

**cousin** 206:23,24 208:5 241:12

**cousins** 230:22

**covered** 243:11

**cream** 117:14

**create** 222:10

**creates** 23:23

**crime** 98:17,20 99:2 112:18 135:9
 136:17 145:12,13 153:15,17,21,24
 163:4

**crimes** 76:9

**criminal** 16:21 19:8 94:19 97:7,13
 181:14 184:2 197:5,12 200:2
 204:24 209:18

**cross** 182:4 232:10

**crossed-out** 187:1

**Cruz** 32:7,21 33:7,11 34:4 38:12,
 14,15 41:1 99:7,8,12 239:5,6

 242:3,15,16

**cry** 163:11

**crying** 162:23 163:1,2

**Culbertson** 6:4

**cup** 167:14,16,17,18

**current** 18:13

**custody** 95:4,6

**cut** 26:11,12 206:12

**CV** 5:5 7:7

---

**D**

**D-I-E-P-P-A** 31:2

**damaged** 167:10

**dangerous** 44:16,21 45:5

**date** 19:10 37:7 55:10 170:12
 214:15 236:20

**daughter** 214:4

**daughter's** 33:23,24 34:3

**David** 181:3,10,14,21 182:2
 183:20 184:1,14,17,20,23 190:24
 191:10 197:20,23 198:4 199:4
 200:1,11,21 201:7 213:3 218:21
 219:8,18 220:5,17 221:8,18

**day** 9:24 13:15,16 32:22 33:10,15
 41:11,14 72:14 90:14 92:11,17
 131:19 173:18 180:12 183:3 231:3
 247:4

**days** 41:12 114:18 169:22 179:8
 197:10

**deal** 42:5,18,22 43:4 44:2,17 73:22

**dealing** 41:18,20 42:3,7,12 62:19,
 22 63:14

**dealings** 55:24 56:6,7 65:3

**death** 198:3

**decide** 157:8

**decided** 35:12 37:10 122:13
 165:13,14

**declined** 211:13

**defecate** 147:4

**defendant** 5:23 6:2,4,14 209:18
 210:2,5 211:7,10,15,18,20,23,24
 212:3 213:20 214:3,5,8

ALFREDO GONZALEZ, 02/07/2023

**defendant's** 209:20 210:4,23 211:6

**defense** 181:15 184:2,7 204:24

**Dejesus** 29:21 30:1

**denial** 87:19

**denied** 97:18 145:5 146:9

**denies** 209:19

**dep** 14:22 174:6

**department** 69:8 76:2,6 229:6

**depicted** 194:7 196:12 197:14

**depicts** 194:21

**deposition** 5:3 6:17 7:5,9,16 8:1, 16,20 9:19 11:1 14:4,12 15:17,22 17:16,19,22 18:24 19:7 168:21 197:5 208:21 217:10,17 248:20

**deposition's** 5:6

**describe** 47:22 48:2 68:17 80:10 82:12 91:16 99:5 101:7 104:17,19 105:13,19,21 106:2 134:10

**desks** 82:15

**detail** 53:14

**details** 186:8,11

**detective** 55:9,11,14 56:1,2,6 57:16 58:23 60:23 61:11,23 78:4 79:22,24 80:7 81:14,19 82:3 84:6 87:2,3 90:23 91:1,2 96:21 104:10, 12,13 108:2,12 110:8 115:20 122:10 128:7,15 135:16,18,19 136:10,13 141:19,22 147:19 149:8 153:16 155:2,20 158:20 159:24 160:18 162:6,9 165:9 172:13 175:11 178:10,12 183:2 186:11 187:9 188:14 189:8 192:9 198:2 201:11 204:18 213:4 218:5,24 219:7 227:8,12,19 230:5,14 231:8 245:6 246:3,24

**detectives** 67:20,22 82:16 91:3,24 104:14 107:20 108:22 143:17,24 144:8

**diagnosis** 128:2

**died** 35:18 46:2,4

**Dieppa** 30:22,24

**difference** 32:11,17 52:15

**Difranco** 6:4 244:18,23

**direct** 134:21

**direction** 211:22

**directions** 160:23

**directly** 134:20

**dirty** 58:17,24 59:1,14,18,23 70:6,8

**discuss** 220:5

**discussed** 19:6,7

**discussions** 219:19

**district** 56:20

**divulge** 18:12

**doctor** 122:17 123:6 127:9 132:10, 17

**document** 209:2

**documentation** 15:17

**documents** 15:19,21 17:4,15 169:17 217:16

**Dollar** 54:6

**Donald** 108:6,8,9 110:22,24 111:1, 2,3,4,12,14,16 112:2,5,6,9,15,20 135:11 137:16,17 138:1,2,16 139:3 140:3,14 142:13 154:4,17,20 167:4 200:23 226:7,8 245:7

**door** 143:15

**dosage** 11:17

**dose** 11:14

**double** 84:17,18 87:9 93:9,11 94:2 133:8 225:18

**doubt** 173:17

**downstairs** 78:6 82:10 150:2 164:7

**Drake** 23:8 24:10 27:23,24 73:8

**dressed** 67:23 81:13

**drink** 10:22

**drive** 200:23 211:8

**driven** 186:9

**driver** 211:9,17

**driving** 67:15 136:19 137:6,9 141:8 211:11

**drop** 22:5 58:11

**dropped** 21:15,17 22:3,9,11 212:3

**dropping** 58:14,19 59:12,20

**drove** 135:21

**drug** 11:15,17 65:8

**drugs** 41:18,21 42:3,5,8,11,18 43:4 44:2,17 45:12,16 60:4,5,13

**dude** 73:20 80:11,12 110:4

**Due** 209:19

**Duk** 108:9 110:22,24

**Duk's** 108:6,8 111:1,2,3,4,13,14, 17 112:2,5,6,9,15,20 135:11 137:16,17 138:1,2,17 139:3 140:3, 14 142:13 154:4,17,20 167:4 200:23 226:7,8 245:7

**duly** 8:8

**Dunaway** 209:14 212:8

**duties** 24:21

---

**E**

**e-l-e-z** 236:2

**earlier** 48:11 51:13 52:8 114:2 144:2 169:12 171:19 187:24 210:14 232:7 246:9

**early** 67:2 76:12,15,22 77:9

**eat** 150:9 153:8

**Efrain** 32:7,12,14,21 33:6,14 38:14,15 40:14 242:3,15

**Efrain's** 33:24

**Elena** 238:18

**else's** 16:19 160:19 175:3

**employment** 24:24

**encroached** 45:16

**end** 23:14 64:2 67:2 107:12 133:15 146:11 169:4 208:14 210:3,7 225:10 248:2,19

**ended** 53:10

**English** 190:17,18 191:1 205:10, 13 216:22 220:9 222:4 227:17,20 228:2,9,13

**Engquist** 5:22 6:22 7:22 8:4,11, 15,18 12:1 17:3 18:16 22:1 23:12, 19 26:1 27:10 32:1 36:6,7,18 39:7 41:19 42:1 43:2,11,18 44:8 45:3,8, 19,21 46:7,18 47:1 48:12,19 49:1 50:10,13 51:12,19 52:6,7,16,21 53:4,20 55:6,17,23 56:10 57:14 59:3,11,19 60:2 61:3,8 62:11 63:21,24 64:8,16,19,23 65:2,17

ALFREDO GONZALEZ, 02/07/2023

67:5,10 68:5,7 69:23 71:3,7,14 72:3 74:17 77:4,17 80:20 81:1,7,12 83:9 84:21 86:14 90:13,20 92:9,15 95:5,8 97:12 98:18,23 99:20 101:21 102:2,9 104:5 105:8,16 106:19,20 107:7,17 114:5 116:4 118:1,10,11 119:18 123:16 132:8 133:11,20 136:1 139:23 144:17 146:1 147:2 152:15 154:15 155:1, 8,15 156:15 157:5,24 158:6,14,18 159:13 161:2 164:20 166:9 168:19 169:2,9 170:16 171:8 173:3 174:4, 18 177:21 181:17 182:4,7,15 184:12 185:8,12 186:5,18,20 187:18 188:20 189:18 191:9 192:2, 15 193:2,10,16,22 194:5,11 195:1, 12,20,21 196:16,23 197:21 198:13, 18,23 199:3 201:4,21 202:13,24 203:1,15,23 204:1,8,22 205:4 207:18 208:2,3,12,19 209:1 210:9, 11,16 211:3 212:14,17,23 213:1, 11,14 214:14,18,22 215:20 216:1 217:8,13,15,22 218:16 219:4,6,14 220:1,12 221:17 222:14,20,22 223:7,14,17 224:1,5,9,15,18,21 225:6,15 230:1,8,12,21 231:5,11, 21 247:11,14,17,21,23 248:8,11,16

**enter** 57:19

**entered** 204:13

**entire** 49:17

**entitled** 10:10

**Ernest** 29:20

**estimate** 12:3

**et al** 5:4 7:7

**event** 69:10

**events** 72:12 212:8

**everyday** 13:20

**everyone's** 16:16

**evidence** 86:12

**exact** 24:13 108:3 110:16 114:3 156:12

**examination** 8:10 210:4 232:1 244:14

**examined** 8:9

**Excellent** 64:19 199:2

**exception** 5:23

**Excuse** 175:22

**exhibit** 168:19,21,24 169:11 197:14 208:20,21 209:3 217:9,10, 13

**expect** 9:23

**experience** 127:23

**experiencing** 121:22 127:21

**explain** 23:22 97:4 138:14

**explained** 147:20

**explains** 211:14

**extent** 7:24 8:3 185:10

**eye** 114:23 126:1,10,15 127:7,8,18, 19 128:3 194:24 195:2,14,15,18 196:2,4,5,10

**eyedrops** 127:15

---

**F**

---

**face** 66:6 68:22 69:11 88:9,24 91:20 101:11,12,17 102:6,10,11, 15,17,21,23,24 103:6,18 113:2,15, 22 126:20 129:9,12,16 132:3,11,19 194:10,12,14 198:3 199:9

**fact** 86:11 192:19 199:4 205:6 220:7 222:2,3 229:19

**factory** 22:17 24:24 25:3,8,10,13, 15,23 26:3,6 27:4

**failed** 22:6

**fair** 10:8,18,19 42:7 50:1 60:22 71:8 120:4,10 126:23 130:10 218:17 224:22

**false** 223:1

**family** 12:18 13:24 31:21 33:15,17, 18 35:2 150:2 152:6,7,9,18,20 156:8,10 157:3 164:2,4 165:17 182:9,23 187:15 188:1 193:18 201:15,23 202:1 204:23 205:21 229:10 230:4,5,16

**family's** 150:2

**fast** 217:24

**fatal** 170:2

**father** 213:23 214:6 234:18

**father's** 235:2

**fathers** 234:19,24

**favor** 64:11

**February** 5:9

**fed** 186:11 213:5

**federal** 221:20 222:1

**fell** 66:6 184:16

**felt** 68:23 114:4

**fight** 47:19

**file** 54:4 221:19

**filed** 216:18 224:23

**filing** 223:3,11 224:3

**filings** 221:24

**finally** 79:3

**find** 152:3 174:9 179:17

**finding** 124:17

**fine** 6:22,23 7:1 12:4 63:21 198:13, 18 218:11

**fingerprints** 168:4,15

**finish** 126:3

**firm** 5:21 18:14

**fish** 149:10,22 150:3,4,9 153:8,11 187:12,13,20,24

**fist** 79:16

**five-year-old** 214:6

**flight** 126:11

**floaters** 126:14

**floor** 83:5,8 180:1

**flow** 198:11

**focus** 36:1

**focusing** 27:17 134:5

**follow** 187:10 213:16 219:15 220:2,13

**follow-up** 247:19

**food** 24:22 149:19,21 187:6

**force** 218:5,23 222:1

**forget** 12:11,13 13:24

**forgetting** 12:13

**forgot** 31:5 164:16

**form** 17:1 36:5,12 41:16,22 43:1 44:5,24 46:5,15,21 48:15,22 50:11 51:17,23 53:17 55:3,15,21 61:2,6 65:13 68:3 69:21 71:12 77:2 86:10 90:19 92:6,13 95:2 97:11 113:24 119:15 132:5 152:13 154:22 155:7

ALFREDO GONZALEZ, 02/07/2023

156:13,24 159:11 160:24 177:19 182:11 185:4,10 186:1 188:18 189:17 191:23 192:23 193:7,13 194:1,8 196:20 197:17 201:2 202:18 203:13 204:6,19 207:22 208:8 210:15 212:10 213:6 215:17 216:23 218:6 220:10 221:15 222:5 223:4,12,21 224:12 225:2 229:22 230:7 233:6 236:14 238:3 240:9 242:10,18 243:2 244:5 245:1 247:6

**found** 62:17 200:7 201:13 210:20

**foundation** 25:21 31:23 36:5,12 41:16,22 43:1,16 44:5,24 46:5,15, 21 48:15,22 50:11 51:17,23 53:1 55:3 57:12 65:13 68:3 69:21 77:2 80:17 86:10 90:10,19 92:6,13 95:2 113:24 116:1 119:15 132:5 135:23 152:14 154:12,22 156:13,24 170:14 174:1 182:11 185:4,10 186:1 188:18 191:23 192:23 193:7, 13 194:1,8 196:20 197:17 201:2 202:18 203:13 204:6,19 207:22 208:8 210:15 212:10,21 213:6 215:17 216:23 218:6 220:10 221:15 222:5 223:4,12,22 224:12 225:2 229:22 230:9 233:6 236:14 238:3 240:9 241:8,19 242:10,18 243:2 244:5 245:1 247:6

**founded** 38:4

**founding** 38:8,17,19

**framed** 184:22

**Frank** 6:4 244:18,22

**Freddy** 123:15 187:16 195:9 207:24 233:2

**Frederick** 221:1,24

**Friday** 170:8 180:12

**friend** 47:10 229:10 237:23,24 238:6,12,13,16 239:10

**friends** 47:6 69:15 230:5 231:6 238:9

**friends'** 89:13

**Fro** 99:15,19,21,22,24 100:2,7,13, 15 145:2,12 157:17 185:21

**front** 79:8 83:14 110:11 157:18 169:14 171:3,5 173:11

**Fros** 99:22 100:9

**full** 11:3 22:24 94:23

**function** 33:15

**funeral** 180:9,10

**future** 7:16

---

**G**

---

**G-O-N-Z-A-L-E-Z** 8:14

**gang** 31:8,10 37:2 39:13 44:18 45:15 58:20 59:21

**gangs** 44:14 45:11,15 51:1,14,15, 21 52:10,12,15 53:2 77:1,3

**Garcia** 236:6,9

**gave** 16:3 30:13 63:7,13 93:19 123:9 131:3 132:14 159:3 166:22, 24 167:13,16 178:3 191:2,22 193:12 197:12 203:3 205:7 212:7 220:9 225:21 233:16 246:11

**general** 7:6,9,20

**gentleman** 211:11 212:4

**gentlemen** 211:13,20

**get along** 47:18,23

**girlfriend** 73:3 94:6,19 97:8 183:12

**girlfriend's** 73:2 74:1 94:8 179:13

**give** 11:1 29:18 30:14,19 37:7 105:1 106:19 121:1 123:14 131:19 132:12 152:5 157:20 158:22 163:6 164:13 165:15,23 171:10,13 178:6, 7 187:6,11 211:11,14 246:21 247:3,22

**giving** 12:2 133:7 167:24 171:3 219:21

**glass** 160:9,11

**glasses** 127:20

**glue** 176:10

**goddaughter** 237:15,16

**Gonzalez** 5:3,20 6:7 7:6,7,10,24 8:7,14,16,19 28:22 29:21 168:22 175:10,17,20 192:11 208:22 214:4, 5 215:6 217:11 222:11 232:3 244:16

**Gonzalez's** 6:19 7:14

**good** 5:1 6:5,7,9 24:3 63:19 106:18 133:11 198:3 225:8

**Goosens** 100:6

**grab** 84:11,23 142:11

**grabbed** 83:21 84:7,14,22 142:15

**grade** 21:7,16

**grammar** 20:22,24

**Grand** 75:9,19 77:24 78:11,12,13, 19 110:3

**Greenberg** 6:11 224:16

**grocery** 22:15,21,23 23:1 24:9,21 25:3 71:16

**groin** 199:6

**ground** 8:22

**group** 6:6 69:14

**growing** 31:7

**guards** 51:3

**guess** 11:23 12:19 13:19 48:23 49:7 114:17 116:16 154:18 160:17 166:7 172:24 182:4 190:20 210:18 237:4 239:18

**guessing** 172:24

**Guevara** 5:4,24 6:14 7:7 55:9,11, 14 56:1,2,6 57:16,24 58:23 60:23 61:12,23 65:4,10 66:14 67:15 68:12 69:11 71:10,18 74:20 75:8 78:22,24 79:24 80:16 82:3 84:7 86:3,9,16,18 87:2,3 92:8,22 93:6 96:21 108:14,16,17 110:8,20 112:1 115:20 118:14 122:11 126:18 128:7 134:3 135:8,21 136:10 138:22,23 139:2,7 141:19,22 143:21 144:20 147:19 148:22,23 149:9 151:24 153:16 154:19 155:2, 20 158:5,20,21 160:1 161:6 162:6, 10 165:9 168:7 172:13 173:10 175:12 178:11,13 183:2 186:11 187:9 188:14 189:8 192:9 198:2 201:11 204:18 207:21 208:7 213:4 218:5,24 227:8,12,19 230:6,14 231:8 240:8,15,18 242:8 245:6 246:3,24

**Guevara's** 79:22 160:18

**guilty** 200:8 201:13 210:20

**gun** 76:12,15,18,21 77:5,7 210:13

**guy** 85:23 110:9 128:16 129:4

**guys** 47:19 69:12,13 106:12,22 107:22 122:20 141:4 144:2,4,5 225:8 248:17

**gym** 56:12,13 57:2,3,9,16,19 58:6 60:24 61:10 62:3 65:5 72:1

ALFREDO GONZALEZ, 02/07/2023

## H

**hair** 81:8,11,14,20 85:23 86:2,8,18 105:17,19,20,23 106:11,13,15,22 110:4 134:11,12

**half** 15:5 90:14

**hallway** 83:2 168:8

**Halvorsen** 80:5,6,7 83:21 109:17 110:1,2,9,12 112:5 128:15 129:3 136:12,13 139:2 141:20,23 142:7 173:9

**hand** 79:16 84:9,12 87:24 88:2 102:17 129:16

**handcuffed** 83:11 85:15 114:18 115:4,7,9,13,22 116:10 119:2 141:23 142:3 166:19,21

**handcuffs** 74:8,11,19 79:1,5,6 142:2 167:11,19

**handguns** 77:10

**hands** 83:13 84:9,12 204:18 207:21 208:7

**handwriting** 174:15,22 175:1,4, 15,20 176:2,5,13

**handwritten** 171:12 175:11

**hang** 43:20 48:3,5,6,13 49:20

**happen** 9:19,21 66:13 116:9 137:20 140:5 154:5 157:12 165:17

**happened** 62:21 63:1,6 65:22 66:1,4,9 70:20 74:19 78:1,21,23 79:20 82:5 85:9,14 86:21 87:15,18 88:24 89:24 90:6,22 93:6 97:1,20, 24 98:3 99:2,14 100:14,23 108:10 111:2,4,12 112:2,3 126:17,24 127:1 128:23 133:3 135:10 137:18, 21,22 139:3,16 140:3,4,6 142:10, 13,14 143:4,16 144:19 145:16 146:2 147:6,14 148:9 149:4,9 150:11 152:3 153:15 154:1,3,4,6,7 156:3 157:7,13,15,20 158:4,7,10, 11,12,17 159:4 162:20 163:15 164:1 165:11,23 166:10,14 202:21 212:1,2

**happening** 37:8 108:1 143:12 146:3

**harassing** 193:8

**hated** 233:8,12,13

**he'll** 109:16 172:23

**head** 9:12 79:10,13,19 211:22

**headache** 132:14

**headaches** 131:11,12,16,20,23 132:2,10,19

**heal** 116:11

**healed** 116:12

**hear** 9:6 64:13 75:7,11,14 143:23 224:17

**heard** 54:14,16,20 58:10,23 60:1, 3,10,13,18 64:9 140:22 168:4,6,14 211:23

**Hector** 237:17

**height** 104:23 105:7 106:5,8

**held** 5:6 33:18

**helped** 89:13

**Henry** 30:1,3,4

**Henry's** 30:5

**Herberto** 30:2

**Hey** 122:20

**high** 21:1,6,8,9,11,18 22:3

**Hillgard** 5:15

**Hinshaw** 6:3

**hired** 54:15

**Hirsch** 20:16 72:21,22 73:1 179:19

**Hispanic** 144:2

**History** 209:18

**hit** 72:11 79:12 101:9,17 102:11 103:1,6,10,16,17 109:2,7,10,12,15, 18 110:11 142:11 161:18 199:14

**hitting** 109:4

**hold** 85:6 195:22 196:7

**holding** 46:10

**Homan** 33:21

**home** 178:16,17,18,21 211:7,12, 17,18

**honestly** 235:20

**hoods** 211:21

**hospital** 125:4,6,12

**hour** 15:13,14

**hours** 15:13,14 92:8,10,22 104:4, 6,7 107:19,24 108:21 110:17

112:10,11 114:18 128:7 148:10,11, 14,18,19 153:22 155:24 156:4,16, 19

**house** 28:6 73:2,8 74:1 95:17 179:6,9,10,11,13,20 212:4

**How'd** 228:7

**hurt** 121:18 124:5 167:11

**hurting** 130:11

**hurts** 114:22 115:3,23 118:5 121:20 124:4

**husband** 241:15,18

## I

**Iasparro** 6:3 244:13,15,17 245:4, 21 246:1 247:9

**ibuprofen** 124:22 132:12,15

**idea** 92:11 105:1 111:6

**identification** 168:23 169:12 208:23 217:12

**identified** 245:10

**identify** 5:16 198:10

**IDOC** 49:17 121:7 122:6 124:14,24 127:14 130:12 132:18 206:18 229:5,15 230:6,15 231:7,14

**Illinois** 5:7,13 229:6

**implicate** 157:3 164:2,5,11 165:2

**impression** 86:7

**incident** 66:21 70:20

**include** 219:20 220:7 222:1

**including** 9:5 29:16,17 38:5 220:7

**incomplete** 117:23

**inflicted** 130:2 131:2 133:7

**inform** 11:21 205:9,12

**information** 53:13 209:12 214:10

**initial** 38:20

**initially** 38:4

**initials** 174:14

**injure** 128:20

**injured** 68:22 128:12 129:21

**injuries** 114:9,12 121:14 128:5 131:1,7 133:5,6,23 193:23 194:6

ALFREDO GONZALEZ, 02/07/2023

204:16

**injury** 114:15 120:24 123:23 130:2 194:21 196:3,11

**innocence** 219:21

**innocent** 100:17 139:14,15,17 140:6,16 143:21 184:22 198:6 205:6,19 226:23 227:2,10,12 229:19

**inside** 79:21 88:14,16 127:23 146:12

**instruct** 181:7 189:9 198:9,24 200:2 203:18 213:8,11 217:2 218:8,13 219:2 222:7,18

**instructed** 213:2

**instructing** 222:20

**instruction** 219:12,13,23 220:11

**intend** 7:15

**interaction** 61:9,17 70:3 71:9

**interactions** 71:18

**interpretation** 222:12

**interrogated** 156:9

**interrogation** 82:7,8 141:13,18,22 142:7 146:12 162:6

**interrupt** 6:17

**interrupted** 117:21

**interrupting** 198:11

**interview** 200:16

**introduced** 95:13 134:16 170:21 200:19 201:5

**invades** 197:18 222:6

**investigation** 170:2 244:23 245:15 246:6 247:2

**involved** 96:24 97:16

**issue** 13:17,19 198:10 248:10,11

**issues** 13:14,18 23:24

**Ivan** 39:2,8,11 47:5 69:19

---

**J**

---

**Jackson** 5:7

**Jacques** 239:7,9,11,24 240:3,6,14

**Jail** 117:17 120:23 122:3 127:7,11, 12 130:15 202:9,16,22 203:6,11

204:5,11,14,17 206:15

**Janet** 170:20 237:20

**Jarvis** 237:20

**JB** 177:7

**Jeffrey** 243:19,20 244:4

**Jennifer** 6:5 34:4 134:8 167:2 175:11 192:9 247:11

**job** 25:2,5,6 26:14,18 41:24 53:18, 23 59:6

**jobs** 24:20 54:2

**join** 6:20,23 7:4,23 45:20 185:11 186:4 222:13

**joined** 31:19 34:6

**Jorge** 237:22 238:2

**Jose** 5:4 6:8,10 38:10 40:18,19 49:6 93:19 96:23 97:2,8 109:22 145:1,12 185:2 205:20 206:13 223:9 224:10 239:5,6

**Josh** 5:22 63:20 117:20 198:7

**Juan** 5:4 40:23,24 47:5,11,13,14, 16,24 48:20 49:5 69:19 94:7 95:14 97:8,15 157:17 185:3,6,7,14,15 223:9

**Juan's** 94:6,8,18 205:21 206:13 240:20 241:20,22,23

**jump** 198:24

**jumped** 211:20

**junior** 21:6,18,19 22:2

**jury** 201:10

**Justino** 32:7,14,18 33:11 38:12 41:1 99:7,8,12 242:16

**juvenile** 209:19,20,22

---

**K**

---

**Kathy** 5:14

**Kedzie** 43:13,15 56:14,16,17 72:21,22 73:1 96:2,4 179:19

**Kevin** 170:3

**kick** 143:15

**kidney** 118:17 119:13,14,17

**kids** 35:23 36:1 164:6,10 178:19, 22,23 180:18 202:3

**kill** 165:21

**killed** 35:4,13,16 54:22

**Kimball** 37:20,23,24 41:7 42:19 111:21 232:9

**kind** 13:20 23:23 30:14,19 33:15 42:11 45:14 46:14 52:22 54:2 56:6 57:2,3 76:18 86:8 117:5 121:13 123:20 127:9 134:11 151:13,18,22 172:11 173:4,16 175:12 209:11 223:3 225:16

**kinds** 41:15

**King** 37:12 40:17 48:8,13 50:3,7,8 60:24 65:4 69:19 100:3

**Kings** 31:11,13,19,22 32:4,8 34:6, 9,14,22 35:1,13,22 36:4,10,20,23 37:3,6,15 38:21 41:2 43:22 44:4 46:13 49:9,20,24 50:10,22 51:6,9 53:8 57:1,10,13 58:11,14,18 59:12, 20 60:15,16,17 69:16 70:22 89:15, 16 111:23 186:9 231:14 232:8 239:14 243:18 244:2

**knew** 58:2 60:22 89:15 109:22 110:2 138:20 139:11 145:3 165:19 185:6 215:13 227:21 231:13

**knocked** 162:15,21

**knowing** 97:18

**knowledge** 244:22 245:17 246:2, 23

---

**L**

---

**L-L-U-V-I-A** 39:18

**L-O-W-E-L** 20:21

**Label** 25:16,17,18,20 26:20,22

**lady** 167:2

**language** 248:10,11

**large** 82:15

**larger** 81:3 82:24

**late** 36:11

**Latin** 31:11,13,19,22 32:3,8 34:6,9, 14,22 35:1,13,22 36:4,10,20,23 37:3,6,11,15 38:21 41:2 43:22 44:4 46:13 49:9,20,24 50:3,6,8,10,22 51:6,9 53:8 57:1 58:18 69:16 70:22 89:15,16 100:3 111:23 186:9 231:14 232:8 239:14 243:18 244:1

**Latino** 73:20,22 75:18 91:21,22

ALFREDO GONZALEZ, 02/07/2023

92:2 104:18,19,20,21 105:22 107:21 110:18

**law** 5:21 6:6

**lawsuit** 240:7,15,18

**lawyer** 14:7,9,12 17:21 19:1 89:2, 3,5 97:21 98:2,11 100:18,19,20,21 113:17 143:2,3 145:8,10 149:1,3 156:6,7 163:18,19,21,23 181:1,2 205:16 221:3,4,19

**lawyers** 222:9

**leader** 46:1,4

**learn** 55:14 190:18

**leave** 25:2 26:20,22 35:12,21 36:4, 10,16,20 91:7,14 150:24

**leaving** 36:23 37:3

**left** 21:14 23:20 25:4 35:18 53:10 62:3 72:2 83:21,24 90:7 101:15 103:4,22,23 107:18 110:16 114:13, 16 115:2,3,6,14,21 116:9,15,21 117:6,8,10,16,22 118:2 119:1,5,6, 10,14 120:1 121:6 130:8 141:20 142:8 143:5 144:18 145:17 146:4 148:10 149:5 194:16,18,24 195:2, 10,13,18 196:5 226:15,16 227:1

**left-hand** 119:20 120:7,13,24

**legal** 222:8,12

**Lemoyne** 65:16,19,20 66:22 70:3 71:21 72:4

**lie** 189:3,4,5,12 197:23,24

**lied** 99:10

**life** 13:20 37:8 156:7 157:3 165:20 233:21 245:18

**lights** 114:24 126:11,14,20 127:6, 21,24

**limited** 198:21

**limiting** 7:15,17

**lineup** 159:5,6,10,15,16 160:22 161:8,14,16,20 162:10

**lineups** 200:12

**lip** 87:21 88:11

**liquid** 127:9

**listed** 178:3

**listen** 39:24 128:24 143:20 144:10, 23 145:7 147:16 148:24 153:14 157:8 163:16 164:3 165:13

**live** 20:1,5 27:22 96:1

**lived** 28:8,13,17 73:8 154:14 179:17 216:13

**living** 27:19

**Lluvia** 39:16,19 40:4,6,7 232:18

**located** 5:12 23:7 37:19 111:20

**location** 44:2 154:10 186:10

**locked** 190:20,22

**Loevy** 5:21

**long** 9:24 11:11 14:14 15:12 25:12 41:20 78:18 85:6,17 90:8,16 92:1, 11 95:1,9 98:13,19 101:16,17 104:2 134:11 140:10 143:6,9 144:6 145:18,21 149:6 153:16,20 160:21 166:3,4,5 231:3 239:11 246:20

**longer** 15:8 24:14 37:6 220:16

**looked** 16:12 53:23 60:23 61:4 80:19 104:21 106:7,9 170:23 227:9

**lookout** 50:19,20,21 51:20 52:9,13

**loss** 13:12

**lost** 41:24 235:18

**lot** 14:10,16 78:11,16 88:17 99:22 100:15 102:3 108:19 137:8,12,14, 16,18,20,24 138:5 140:12 154:5, 17,21 200:23

**loud** 9:10 21:23 24:7 236:23

**louder** 64:12,17

**Louis** 154:2

**Lowell** 20:16

**Lowells** 20:19,21,22

**Lozada** 234:2

**Lucy** 30:21

**Lupa** 170:20 192:7

---

**M**

---

**machine** 26:13

**Macho** 35:11,13,22 37:17 38:5 39:11 45:24 46:4 48:21 49:2 69:19

**mad** 139:5,6,18 147:8,9,22,24

**made** 13:1 190:8 193:6 222:24 223:2,10

**Mag** 31:4

**make** 7:4,19 8:23 9:2,4 25:20 26:11 43:7 59:5 64:11 69:7 91:2, 13,19 92:3,4 127:6 224:2 235:12

**makes** 6:19

**making** 18:18 90:23 91:8,9 143:14

**man** 105:3,4,11,12 110:11 129:3 141:23 244:22

**Maria** 73:4 74:1 164:12 178:21 183:12 184:13,16 202:14 203:5 204:3 214:4,5 215:3,6,10 233:20 239:3

**Maria's** 73:5 164:13 183:17

**Marital** 213:19

**mark** 208:20 217:9

**marked** 168:22 169:11 208:22 217:11

**married** 164:15 213:20 234:7 236:10,11,18 239:1

**Marty** 89:8,9,11 90:1 97:22,23 149:1

**masked** 9:4

**matter** 5:3 90:4 243:5

**Maysonet** 5:4 6:8,10,12,21 38:10 40:18,19 49:6 93:19 96:23 97:3 109:23 145:1,12 207:10,20 208:4 223:9 240:21

**Maysonet's** 6:20 205:21 224:11 241:14

**Mcgrath** 6:13 247:13

**means** 111:9

**meant** 111:6 138:3

**Media** 5:2 23:14,17 64:2,6 107:12, 15 133:15,18 169:4,7 208:14,17 225:10,13 248:2,5,19

**medical** 13:2 69:4 116:13,14 117:16 120:22 132:17,18 194:9 204:13

**medication** 11:12 12:21 13:23

**medications** 10:24

**meet** 14:8 15:10 17:22 18:3 75:9 95:15,16,17 244:22

**meeting** 17:21 23:10 209:5

**meetings** 5:8 15:12,15 19:4 169:18

ALFREDO GONZALEZ, 02/07/2023

**Megan** 6:13 247:12

**member** 31:12 34:8,14,17,22 35:1, 15 37:6,14 38:17,19 41:2 239:14

**members** 31:21 32:3 41:14 47:4 50:22 182:8 205:20 229:10

**memory** 12:7,10,23 13:2,12,14,17, 18

**men** 54:21

**Menard** 116:17 122:13,18,22 127:13

**Menards** 123:6 124:10

**mention** 202:19 216:21 218:4,23

**mentioned** 21:2 48:10 62:6 117:19 121:9 128:16 133:22,23 156:8 179:16

**met** 14:11,21 18:23 19:2 61:23 62:1,6 96:6,7 160:6 241:7

**Michael** 6:3 244:16

**mid** 67:1

**middle** 30:17

**middle-ish** 187:1

**midnight** 178:15 179:6 180:4

**Migdalia** 30:21,24

**mind** 89:3

**mine** 16:17 239:10

**minute** 162:7 217:19

**minutes** 78:20 85:19 90:15,17,21 98:22,24 101:4,20,22 140:13 144:9 161:1 225:8 247:18,22

**mischaracterizes** 48:16 67:8 68:4 69:22 114:1 157:1 158:16 185:5 201:3 224:13

**mischaracterizing** 68:6

**misheard** 118:8

**Moffat** 27:23 28:2,5

**mom** 205:24 230:17

**moment** 87:12 131:5 245:20

**money** 46:14,20 62:17,23 63:2,3, 13 65:8,24 66:2

**month** 14:18,20,22 15:11,15

**months** 125:8,12,23

**morning** 5:1 6:5,7,9 170:9

**mother** 27:20,22 28:12 164:6,10 165:2,10 178:19 179:2 180:17,18 202:3,6,15 203:5 204:3 234:13,14

**mother's** 179:10 233:19

**mother-in-law** 239:4

**motion** 216:17,22 218:4 219:9,19 220:6

**motioned** 119:22

**mouth** 102:19 103:2,7

**move** 19:14 118:12 133:12 159:21

**moved** 19:23

**muffled** 64:11

**multiple** 98:8 112:23,24 113:20 120:17 121:15 233:20 244:7,9

**murder** 17:11 20:7 42:8 54:18 56:2 65:11 72:15 76:9 84:17,19 86:6,20, 24 87:8,9,14 93:9,11 94:2 97:16 111:2,4 112:2 137:20 138:11,21 139:10 145:5 154:21 155:4,10,11 156:21 168:13 183:7,10 186:10 200:24 209:7 243:1 244:24 246:6 247:2

**murders** 54:23 55:8 96:24 133:8 155:21 165:3 182:10

---

**N**

---

**named** 244:22

**names** 28:17,22 29:19 30:13,19 38:22 39:4 93:19 100:10 175:10 211:14 215:5 232:16,20 233:20 234:4,23 237:10

**ne** 20:18

**necessarily** 9:24

**neck** 83:22 84:7,11,15,22,23 85:2 142:11,16

**needed** 66:7

**neighborhood** 54:22 55:19,20 60:19 96:14 99:23 100:16 137:7

**nephew** 99:9 145:3

**nephews** 32:2,3

**nickname** 35:8,10 39:13,23 40:8, 14,16,18,21,22 41:4 232:18 243:19

**nicknames** 38:23 39:1,10

**night** 66:23 70:4 71:10 161:12,21 180:14,22 182:9 183:6,10 188:3

**nighttime** 65:21 92:18

**nine-ish** 105:22

**Nodding** 9:1,12 16:9 21:10,20 24:5 28:9 43:23 45:10 84:5 101:13 115:17 124:15 137:13 146:16 159:17 162:17 164:22 232:23 238:19

**nonsense** 139:19,21,24 140:17,19 141:1,2

**normal** 64:12

**North** 5:13 23:8 24:10 56:14,16,17 111:21 154:1

**note** 7:13

**notes** 247:19

**notice** 24:2

**noticed** 12:12 13:21 167:20

**number** 5:2,5 168:20 169:11,24 179:23 192:9 197:14 208:20 209:3 217:9,13 248:13

**numerous** 152:11,17

---

**O**

---

**O-L-G-A** 207:7,8

**object** 7:5,10 181:6 185:9 191:3

**objected** 7:8

**objection** 6:20,21 7:3,20,24 17:1 25:21 31:23 36:5,12 41:16,22 43:1, 16 44:5,24 46:15 48:15 50:9,11 52:14 53:17 55:3,15 56:7 57:12 59:24 61:2,6 65:13 67:3,8 68:3 69:21 71:12 77:2 80:17 86:10 90:10,18 92:6,13 95:2 97:11 101:19,24 102:7 104:3 105:5 113:24 115:24 119:15 135:23 145:22 146:23 152:13 154:12 155:7,12 156:13,24 159:11 160:24 166:6 168:17 170:13 171:6 177:19 181:6 182:11 185:4 186:1 188:18 191:23 193:7 194:1,8 196:20 197:17 198:8,15,20 201:2,17 202:11,18 203:13 204:19 207:13 212:10,16,18,22 215:17 219:13,23 220:11 222:13 223:21 229:22 231:2 233:22 236:14 238:3 240:9 241:8

**objections** 6:23 43:8 45:6,17,20 52:18 59:6 81:5,10 193:20 194:23 196:14 230:20,24 231:9,15

ALFREDO GONZALEZ, 02/07/2023

**occasion** 149:2

**occasionally** 127:2,3

**occasions** 61:15

**occupants** 136:19

**occurred** 139:13 153:9 155:11 156:23 157:10

**occurring** 153:13

**office** 69:9 221:9,12

**officer** 57:23 60:23 61:12 65:4,10 66:14 67:15 68:12 69:10 71:9,18 73:22 74:22 75:5,6,18 78:24 83:24 86:1,8,17 103:15 104:20 115:21 118:14 143:13 145:11 209:6,8 212:8

**officer's** 79:6 209:13

**officers** 5:23 68:11 73:13,15,17 79:9 92:2 106:1 110:19 183:5 225:19

**older** 80:15 236:22 237:1

**oldest** 182:19

**Olga** 207:1,3,12,20 208:4 240:21 241:6,11,17

**Olga's** 207:2 241:12

**open** 79:16 82:23

**opened** 56:22,23 57:9

**opening** 170:17

**opinion** 194:9

**option** 171:11

**oral** 9:10

**order** 7:12,15 8:17 30:14,20 36:20 71:15 72:8,12 108:3,19 110:16 114:4

**ordered** 209:21

**orientation** 195:6

**owe** 63:7,10,11,16

---

**P**

**p.m.** 107:14 133:17 169:6 208:13, 16 225:9,12 248:1,4,18,22

**pages** 217:20

**paid** 46:14 62:24

**pain** 68:23 116:24 117:2 121:22,23

122:2,6,9,13,19,20,22 123:7,21 124:1,9,21 125:13,18

**painful** 36:2

**pains** 130:5

**pair** 149:17

**pants** 149:16,17,18 150:21 151:6,8 193:17 199:21

**paper** 26:12

**paragraph** 214:10

**parents** 234:12

**park** 56:19 75:10

**parked** 78:12

**parking** 78:11,15 137:8,12,14,16, 18,19,24 138:4 140:11 154:4,17,21 200:23

**parks** 138:10

**part** 102:10 126:3 144:13 170:17 184:7 187:1 194:14 195:23 210:1

**partially** 23:23

**participant** 159:9

**parties** 6:18

**partner** 68:14,16,17,19 80:2,3,4 85:19

**parts** 102:11 114:14 121:11,14

**party** 95:16

**pass** 22:6

**passed** 90:15

**past** 15:11,16 233:5

**pat** 62:15

**pay** 63:4,12 65:7 66:7,15 84:16

**paycheck** 63:4

**paying** 46:19

**Pedro** 29:21,23,24

**pee** 147:8

**penalty** 198:3

**pending** 7:6 10:6 62:10

**people** 38:5,8 44:13 48:8,10 55:22 60:4,13 91:4,17 147:16 155:17 221:12 231:13 237:11

**Perez** 73:6 74:2 164:16 234:2,5 238:11

**period** 98:7 103:24 135:5 167:12 177:17,24

**periodically** 91:5

**person** 85:20 110:8 159:24 224:16 242:6

**petition** 181:11

**phone** 229:9 230:8,14 231:7,14 240:4 243:13

**phonetic** 134:8 151:17

**photo** 194:3

**photograph** 194:7,21 195:7 196:3,12,13,18

**photographs** 17:13

**physical** 116:22 117:7 125:15,16 131:1 195:6

**physically** 113:19

**physiology** 123:20

**picked** 85:1 163:13 186:8

**picture** 191:16 192:4,7 193:3 195:11,13

**Pierce** 43:10,12,14 95:18,20,21, 23,24 96:1,4

**Pig** 54:8

**Piggly** 54:8,10,11

**pill** 11:2,7,8 12:6,15,22 13:3

**pills** 12:20 13:15

**pin** 60:4,5 84:24 85:2

**pinning** 142:16,18

**place** 6:16 20:1,5 26:17 33:19,23, 24 42:23 71:23 72:18 101:10,14 103:6 124:24 138:11,21 139:10,11 154:21 160:21 203:3

**places** 96:12

**plaintiff's** 243:13 247:14

**Plaintiffs** 247:16

**plant** 60:5,12,13

**plenty** 243:12

**point** 7:4 9:20 37:5,10 92:21 94:3 95:3 106:18 108:20 134:1 176:1 196:8,9 198:24 214:1 220:16

**pointed** 118:16,24 119:12,22 195:17

Index: pointing-record

ALFREDO GONZALEZ, 02/07/2023

**pointing** 195:5,20

**Polaroid** 191:16

**police** 17:5,7 50:24 51:3 69:8 76:2, 5 78:16 82:1,6 103:14 127:1 128:13 131:3 135:13,15,22 140:19 141:2,5,8,11 187:3 225:19

**pops** 23:24

**positions** 46:9

**possibility** 125:21

**possibly** 116:8

**post-conviction** 181:11

**potentially** 248:14

**Potomac** 33:21

**Power** 25:16,17,18,20 26:20,22

**prep** 169:18

**preparation** 15:17,22 17:16,18,22 18:24 174:5 182:2 217:17

**prepare** 14:4,6,12,22

**present** 19:3 155:10,20,23 156:21

**previous** 18:14

**previously** 7:8 96:7 200:22 242:11

**principle** 7:9

**printing** 25:22 26:3,4,5,16

**prior** 14:3 55:10 65:3,10 76:9 114:1 133:7 184:14 185:5 209:6 219:21 236:13 245:13,20 246:6 247:3

**prison** 14:20 32:24 33:3,6,12 49:10,21 50:4,6,8,23 51:3,5,16,22 52:10,12 53:7,11,16 116:19 117:8 207:11 208:6 240:1,4,22,24 242:4, 9,17

**private** 114:13 121:10,14

**privilege** 181:7,16 184:9 191:4 197:18 198:8,14 213:8 219:2 222:6

**probation** 209:6,8,13 210:3 212:8

**problem** 6:24 13:17 64:23

**problems** 64:24

**proceedings** 248:21

**professional** 69:9 132:17

**professionals** 13:2

**promises** 190:7

**prompt** 9:15

**properly** 173:22

**protection** 46:14,20 50:1 66:8,16 76:23,24

**protocol** 7:15

**province** 213:9

**Puerto** 19:13 20:6 228:9

**pulled** 65:23 67:7,11 68:12 211:21

**punch** 98:5 113:5,9 142:19 148:3

**punched** 66:6 68:21 69:11 79:2,9, 19 98:4 101:4,23 102:6 116:2,6,8 119:14 121:6 122:10 123:1 147:23 148:7 199:5,11

**punches** 147:24

**punching** 98:9,14,19,24 113:13, 22,23 114:4

**pursuant** 8:17

**pursue** 7:15

**push** 85:3

**put** 30:16 74:8,11 79:1 82:3 83:10 115:12 127:9 151:8,11 210:2 212:19 216:15

---

**Q**

---

**question** 10:6,7,12,15,17 52:2 62:10 68:5 71:2 153:10 157:23 166:13 174:24 175:1 181:8 183:24 185:13 186:6 187:2 188:23 189:13 190:1,7 191:5 202:21 203:21 207:16 208:1 215:1 217:7 218:19 220:14 222:15 223:17 231:18

**question-and-answer** 177:17,23

**questions** 7:17 10:11 64:9 136:18, 22 171:3 172:24 173:17 182:1 187:17 207:24 209:6 232:5 245:7 247:16,19 248:7

**quote-unquote** 59:14

---

**R**

---

**R-A-H-E** 6:1

**radio** 75:2,4,12,15

**Rahe** 6:1 232:2,4,15 233:10 234:1 235:19,21,22 236:17 238:5 240:12

241:10,21 242:13,20 243:9,12,15, 16 244:8,12

**raining** 39:21,22

**rank** 45:22 51:6,8

**Ray** 110:4 207:21 208:7

**reaches** 9:5

**read** 71:3,5 173:15 175:8 190:15, 16,18 191:1,12 197:9 205:10,13 216:22 217:19,21 220:8 222:4 223:18,19 227:16,20 228:2,13 229:3 231:17,19

**reader** 217:24

**reading** 216:21 218:1

**ready** 108:4,14 109:18

**real** 94:22 100:9 151:19

**reason** 25:4 35:3 57:24 70:10 131:6 198:15 212:15

**recall** 14:14 15:8,24 17:15 18:8 20:17 21:13 22:10 23:6 24:13 31:16 32:19,22 34:20,23 37:4,21 38:2,13,20,22 41:8 46:6 47:5 54:13 57:8 60:8,11 66:20 70:1,9,10,18 71:6 72:14 73:17,19,21,23 75:24 77:13 78:20 80:14 83:6 86:22 91:23 102:1 108:1 109:3 110:13 112:3,4,12 116:18 119:3,11 121:8 122:4,9 123:2 126:8 127:12 131:5, 7 133:24 136:24 137:1,10 141:10 142:21 145:20 146:3,19 158:21 160:2 166:4 171:7 172:10 174:23 177:1,8,12 183:1,4,8,11,16 191:13 192:1 193:1,3,15,21 196:22,24 202:5 204:10,12,15,21 205:8,18 208:9 209:5,10 210:21 212:13 215:19 216:17 217:18 221:10,22 224:8 225:23 226:4 227:5,6,18 229:17 231:1 233:1 236:16 237:18, 21 239:2 242:12,14,19,21 243:4 244:20 245:3 246:7,20,22 247:5,8

**receive** 121:5 122:2,5,8,9 123:6 124:20,23 127:5

**received** 124:7 125:1 131:8

**recess** 23:15 64:4 107:13 133:16 169:5 208:15 225:11 248:3

**recognize** 159:8

**recognized** 211:9

**recollection** 70:14 212:12

**record** 5:17 6:16 7:14,20 8:13,15

ALFREDO GONZALEZ, 02/07/2023

9:14 18:10 23:11,14,18 39:24 63:24 64:3,7 71:5 107:12,16 117:22 133:15,19 169:4,8 171:20 172:6 186:15 208:14,18 209:20 212:19 217:14 222:10 223:19 225:10,14 231:19 247:24 248:2,6, 20

**recorded** 173:22 177:15,23

**records** 116:14 125:6

**recovered** 168:13

**refer** 185:2

**referred** 185:6

**referring** 186:16 218:12

**reflect** 8:15

**refresh** 70:14

**regular** 81:15

**relationship** 47:23

**release** 14:20 32:24 33:6,12 53:7, 15

**released** 33:3,16 53:24 54:3

**remark** 123:19,24 124:17

**remem-** 205:18

**remember** 12:19 14:11 17:7 21:3 26:24 31:15,18 38:23 39:4,10 46:9 56:8 61:20 66:23 67:23 70:4 73:5, 11,15 75:16 76:7,8,11,18 77:16,18, 20 78:10 80:15,21 81:2,8 82:9,22 83:18 84:13 91:20 93:5 94:8,18 108:3,18 114:3 116:3,5 119:9 120:18 121:1 125:8,20 128:22 133:10 134:18,19 137:4 143:8,12 149:7 151:7 152:19 153:4,13 156:12 167:7 170:18,20,23 172:13, 17 174:11,13 179:17,23 180:1,6 189:24 205:2 206:20 207:4,9 210:19 220:20 221:1,5 223:1 232:10 236:3 240:6,24 244:9

**remembering** 13:22

**remind** 18:11 70:23

**repeat** 10:13 15:18 22:7 48:9 52:5 144:13 223:17

**repeated** 111:2 143:2 149:1

**repeatedly** 163:19

**repeating** 113:16 144:22

**rephrase** 10:13 202:23

**report** 214:15 216:11

**reporter** 5:14,17 21:22 27:8 39:5 48:9 74:14 84:18 99:17 139:20 144:13 164:18 167:8 170:18 171:3, 5 172:4,9 177:16 192:20 193:4 246:17

**reports** 17:5,8 210:2 213:20 214:6

**represent** 6:8 244:17

**representing** 5:20

**reputation** 58:1,2,5,9

**request** 209:20

**reserve** 248:8,9,15,16

**reside** 214:9

**respect** 96:17

**respond** 85:12 142:22 147:17,20 191:11 219:16 227:12,14

**responded** 187:19

**response** 171:4 184:24 222:9

**rest** 69:14

**restaurant** 33:22 111:15,16 245:7

**restroom** 63:20

**reunion** 33:17,18

**reveal** 70:24

**reversed** 223:10 224:11

**review** 17:5,13 190:13

**reviewed** 15:16,19,21 16:19 17:5, 8,16 169:17 174:5,8 197:4 217:17

**Reynaldo** 5:4,23 175:12 240:8,15, 18 242:8

**Rican** 228:10

**Rico** 19:13 20:6

**ride** 134:2,7,14,17,20 135:7 146:21 211:10,12 246:6,8

**ring** 209:15

**rival** 59:21

**Rivera** 214:5 215:3 234:2,9 239:7, 9,11,24 240:3,7,14

**robin** 104:14

**rolls** 26:11

**room** 9:5 82:7,8,12,13,14,15,24 83:3,11,16,20 85:18 90:9 92:3 93:7 109:8,11 112:21 126:17 129:8

141:13,16,18,22 142:7 146:13 158:24 159:16 160:1,3,10,22 161:4,5,18,20 162:2,6,10,14,22 166:17,19,24 171:9 172:4,14,19 226:10 227:2 246:11,14,15,18 247:3

**Rosa** 93:20,22,23 94:4,13 96:23 97:3 145:2 206:4,6,7,14 207:10,20 208:4

**Rosario** 29:3 31:4,5

**Rose** 240:21 241:6,11,14

**Rosie** 94:10,11,12,18 95:1,9,13 96:13,19 97:15

**Rosie's** 94:22

**roughly** 15:5

**round** 104:14

**row** 198:3

**rules** 8:22

**rumors** 60:1,3

**run** 37:17 211:24

**S**

**Sanchez** 29:20 30:21 35:4,6,7,16 37:9 153:1 164:24 180:8 182:21,22

**sandwich** 149:11,22 150:5,9 153:8,11 187:11,12,13,20,21,24 188:2,3,8,11,17

**sandwiches** 150:3

**Santiago** 35:4,6,7,16 37:9 180:8

**sat** 85:15

**scared** 156:7 165:20

**scene** 135:9 136:17

**Schiller** 18:21 225:1

**school** 20:11,13,15,16,23 21:1,2,5, 8,9,11,12,14 22:3,11

**Scot** 5:11

**scream** 98:11

**screen** 24:3

**scrotum** 121:16,24 122:3,6,10 123:1,8,17 124:9,18 125:1,13,18, 24 126:4

**Sean** 5:19 19:1,2

ALFREDO GONZALEZ, 02/07/2023

**seat** 157:17 173:6,8,11

**seats** 83:17

**sec** 242:2

**seconds** 85:8

**section** 187:2 204:13

**security** 50:15,16 66:15

**seek** 69:4 120:22

**sell** 45:16

**selling** 45:12

**sentenced** 209:7

**separate** 172:3

**session** 166:3,11,12,15 167:24

**set** 37:15,17,19 38:4,20 41:6,10,15
42:19,20,23 43:5 44:3 45:22 46:1,
9,12,13 47:4,9 69:16 70:22 99:24
111:22 185:23 186:9 232:8 243:18,
22 244:1

**sets** 43:19

**shaking** 47:15

**Shiller** 18:2,4

**shirt** 151:21 193:11

**shooting** 170:2

**short** 10:1

**shot** 35:6,22 44:22 54:21 196:1

**shots** 211:23

**shoulder** 114:13,16 115:2,3,21,23
116:6,9,10,15,21 117:6,8,11,16,22
118:3 130:8

**shoulders** 9:13

**show** 65:7 96:17 169:10

**showed** 63:12

**showing** 65:7

**shows** 196:3,8

**shrugging** 9:12

**siblings** 29:4,7 234:11,14,20,24

**sic** 20:21

**side** 58:12,15 115:13,14,15,16
118:15,16,17,21,22,23 119:1,6,7,
10,20,23 120:1,7,13,24 121:6
194:17 195:5,6,10,13 199:15
216:16

**sides** 88:8 102:20 119:4 129:16

**sign** 228:17,20

**signature** 176:16,18 177:3,10
192:17

**signed** 99:7,12,15

**signing** 174:11,13,23 175:21,23
177:1 190:14

**single** 198:11

**sinus** 11:2,3

**sir** 8:12 19:12 64:9 133:21 157:7,
10,14,19 169:10,15,16 170:4,12,18
173:4 174:5,15,19,24 175:6 176:1
177:3,7,10 178:2,4 185:13 186:6
187:8 188:21 189:2 190:11,14,19
191:14,19,22 192:16,22 193:12,23
194:15,22 197:2,9,11,16,22 208:19
209:2,22 210:12,17 213:2,21
216:17 217:16,23 218:1,3 220:16
222:15 223:15 224:3,11,20

**sister** 28:14 31:3 152:23,24 164:6,
23 165:3,11 178:22 179:3 180:18
182:17 183:17 202:3 206:1,14
240:20

**sister's** 31:6 206:3

**sister-in-law** 178:20 238:23,24
241:9

**sister-in-laws** 241:11

**sisters** 28:14,16 29:5,8,12,14
30:18 203:17,24 204:2 205:1
230:18

**sit** 8:1 160:4

**sitting** 84:2 172:16

**situation** 206:11

**slap** 87:21,22 102:12,14 113:2

**slapped** 87:20 88:23 103:18
126:18 129:2,5,9,12 132:3,11,19
199:8

**slapping** 102:15 103:3,8 113:14,
21 126:19

**sleep** 92:4

**sleeping** 90:24 91:8,10,13,19 92:5
143:14

**slitter** 26:7,8,10

**slow** 10:14

**small** 26:11 82:13 83:3 105:4
172:19

**smaller** 81:3

**smoke** 189:14

**socks** 149:16

**someplace** 33:16 82:18 83:2

**son** 214:4

**song** 40:1,3

**sore** 114:20,21

**Sort** 12:16

**sought** 116:14 130:11

**sound** 198:2

**sounded** 202:21

**sounds** 202:20

**space** 45:12

**Spanish** 227:23

**Spaulding** 65:16,19,20 66:22 70:3
71:22 72:5

**speak** 68:19 81:21,23 134:13
140:22 224:16,19 228:12 240:3
242:8

**speaker** 160:17 162:3

**speaking** 134:19

**specific** 37:15 115:21 128:22
198:21 229:7

**specifically** 57:9 89:17 93:13
107:21 188:15

**speculate** 11:22 166:8 172:22,23
203:19,21,22 205:3

**speculating** 172:21 203:23

**speculation** 44:6 45:1 46:5,16,21
51:17,24 52:24 80:18 86:11 90:11,
18 92:7,14 98:15,21 101:19,24
102:7 104:3 115:24 132:6 152:14
154:23 156:14 168:17 170:13
171:6 173:23 182:12 186:2 191:24
192:24 193:8,14 194:2 196:21
204:7,20 207:22 208:8 210:15
212:11 213:7 215:18,21 216:24
218:7 221:15 222:6 223:4,13,22
229:23 230:10 241:8 243:2 244:6
245:1 247:6

**spell** 8:13 20:20 28:3,4 31:1 39:17
182:20 207:5 235:6

**spitting** 88:18

**spoke** 18:20 32:20 33:14 153:5
184:13 218:12

ALFREDO GONZALEZ, 02/07/2023

**spoken** 32:23 33:6,11 246:4

**spot** 117:5

**spots** 177:5

**squeeze** 84:23

**St** 154:2

**stamp** 175:13

**stamped** 169:13

**stand** 39:19 159:21 160:4 162:3

**Standards** 69:9

**standing** 8:3 84:4 198:8,20

**Starr** 5:19 7:1,3 11:20 17:1 18:10 23:10 25:21 31:23 36:5,12,14 41:16,22 43:1,7,16 44:5,24 45:6,17 46:5,15,21 48:15,22 50:9,11 51:11, 17,23 52:2,4,14,18,24 53:17 55:3, 15,21 56:7 57:12 59:2,5,9,16,24 61:2,6 62:9 63:19,23 65:13 67:3,8 68:3 69:21 70:23 71:12,24 77:2,14 80:17,23 81:5,10 83:7 86:10 90:10, 18 92:6,13 95:2 97:11 98:15,21 101:19,24 102:7 104:3 105:5,14 106:17 107:10 113:24 115:24 117:20 118:8 119:15 123:14 132:5 135:23 145:22 146:23 152:13 154:12,22 155:7,12 156:13,24 157:23 158:1,3,9,15 159:11 160:24 166:6,8 168:17,24 170:13 171:6 172:21 173:23 174:1,16 177:19 181:6,24 182:6,11 184:8 185:4,11 186:1,15,19 187:16 188:18 189:17 191:3,7,23 192:12,23 193:7,13,20 194:1,8,23 195:4,19 196:14,20 197:17 198:7,16,19 199:2 201:2,17 202:11,18 203:13,18 204:6,19 205:3 207:13,15,22,24 208:8,10 210:7,15 211:2 212:10 213:6,13 214:12,17,20 215:17,22 216:23 217:21 218:6 219:1,12,23 220:10 221:15 222:5,13,16,18 223:4,12,21 224:4,7,12 225:2 229:22 230:7,9, 20,24 231:2,9,15,17,20 232:12 233:6,22 235:17,20 236:14 238:3 240:9 241:8,19 242:10,18 243:2,5, 11 244:5 245:1,20,22 247:6,18,22 248:7,9,12

**start** 5:2 10:20 64:8 126:13 131:16

**started** 6:15 15:2 38:20 162:22 171:19

**starts** 170:1

**state** 8:12 112:5 139:18 140:18 205:11,19 221:19,20,24

**state's** 134:2,6 136:10 154:20 167:3 172:5 173:10 190:2 219:21 225:24 244:17 245:9 246:4,10 247:1

**stated** 168:1

**statement** 15:23 16:1,2 94:2 99:7, 12,16 100:13 112:15,17 157:20 158:23 159:3 163:6 165:15,23 166:22 167:1 169:15,24 170:4 171:10,12,13,19,21 172:2 173:14 175:9 178:4 186:16,22 190:9,14 191:2,12,15,22 192:22 193:12 197:13 203:4 205:7 220:9 225:21 226:10,18,21,24 228:18,20,21 246:11,21 247:4

**statements** 93:12,14 96:22 97:9, 15

**states** 211:7,12,20,23 212:3 214:3, 7 239:21

**Stateville** 116:16,20 124:13,16 126:16,23 127:13 241:2,4,5

**station** 78:16 82:1,6 127:1 128:13 131:3 135:22 140:20 141:2,5,9,12

**Status** 213:19

**stay** 70:16 179:7,10,11

**staying** 179:13 203:6

**step** 225:16,17

**stepped** 130:22 212:18

**Steve** 6:11

**stick** 115:1 201:11

**Stock** 24:22

**stomach** 101:9,17,23 103:17 113:5,14,23 199:12

**stomp** 129:1,18

**stomped** 129:4,8 130:9,22 134:1 199:18

**stood** 161:20

**stop** 21:12 24:1 34:8,13,17 74:5 139:19,21,24 140:16,18 141:1 172:21,23 211:9

**stopped** 34:22,24 62:13 71:16 72:5 74:2,4 211:19

**stopping** 65:5

**store** 22:15,21,23 23:2 24:21 25:3 54:6,8 62:8,13 65:6 71:16 115:3

**story** 198:1 200:6 201:11 213:4

**street** 5:13 27:24 31:8 37:21 38:2, 3 58:10 67:24 68:1 81:15 95:16,24 162:24 211:15 232:10

**streets** 51:14

**strike** 202:11 206:12 239:18

**strong** 105:12

**struck** 118:13,20 119:4,10,20 120:7,13 121:15

**stub** 63:4,12 65:7

**Styrofoam** 167:14,16,18

**subject** 181:11 184:8,10

**subservient** 86:9

**suddenly** 211:18

**suffer** 122:22

**suffered** 204:18 207:21 208:7

**suffering** 122:12,19 130:5

**suicide** 37:9

**suit** 151:18

**sun** 92:19

**supervision** 76:11 210:6,13

**suppose** 42:10 170:15

**supposed** 142:24 144:23 228:17 243:7

**supposedly** 84:20 158:19

**sur** 91:19

**suspect** 75:9

**swear** 5:18 8:4

**sweater** 149:17,18 151:12,14

**sweatsuit** 151:18

**swelling** 196:9

**switch** 79:5

**swole** 194:10

**swollen** 194:12,15,18,19 195:15

**sworn** 8:6,9

---

**T**

---

**T-SHIRT** 151:21,22

**table** 83:17

ALFREDO GONZALEZ, 02/07/2023

**taking** 12:6,15 13:7,15,22 58:11, 14,18 160:23

**talk** 43:9 45:11 55:22 57:21 58:7 59:9 60:19 89:2 98:2 100:18 122:13 131:15 145:8,10 181:12,19 227:23 229:10,13,18 230:13 231:12,13 240:14

**talked** 18:18 70:19,21 110:19 125:9 156:21 169:12 210:14 225:22 226:2 231:7 240:17 247:1

**talking** 33:19 44:20 45:7,9 49:5,6 51:2,3 66:22 72:18 79:4 85:11 87:17 97:19 100:16 108:5,8,13 125:9 135:5 137:1 148:21 168:7,16 174:16 192:13 195:9 228:9 232:7 237:7

**tall** 80:21 105:9

**tan** 25:4

**tasting** 88:20,22

**technical** 23:23

**telephone** 9:6

**telling** 70:7 140:6 144:10 153:17, 21 156:1,17,20 160:4,16 202:14 228:8

**tells** 86:18 163:11

**tend** 12:11

**tending** 12:13

**term** 56:7

**terri-** 58:19

**territory** 43:14 58:20 59:13,21 111:22

**testicle** 98:4 103:9 142:12 147:23

**testicles** 98:6,10,14,20 99:1 101:4 103:10,11,17 113:9,13,22 117:3 142:20 148:1,4,8

**testified** 8:9 51:13 52:8 114:1 187:23 194:2 197:1 203:4 212:11

**testify** 181:19 183:12,15,17 184:10 197:19,24 198:1,9,21 200:6 204:23

**testifying** 7:10 94:19

**testimony** 16:16,20 48:16 67:9 68:4 69:22 114:1 157:1 158:16 181:13 182:3 185:5 197:4,12 201:3 213:10 224:13 246:9

**the'70s** 238:4

**therapy** 116:22 117:7

**thick** 151:19 248:13

**thing** 10:5,21 12:19 63:3 75:1 79:20 82:4 97:1,20 99:14 100:14, 22 108:1 112:3 132:18 133:13,24 139:12 143:12 144:19 145:15 146:3 151:19 153:9,12 156:22 157:6,9,13,19 158:4,7,10 163:24 165:4

**things** 9:13 12:11,13 13:21 23:21 41:15 52:9 53:3 187:8 248:14

**thought** 118:3 132:21,22 133:1 137:24 138:2 140:1,2 142:12,23,24

**threaten** 156:10

**threats** 190:8

**threw** 26:7

**time** 5:10 10:2 14:11 15:4 20:2 23:13,16 27:14,17 32:20 35:16,24 37:8 42:8 46:1,12 47:7 48:4,7 49:17 54:20 56:5,15 58:13 63:19 64:1,5 65:15 66:10 71:9,17,21,22 72:1,4 76:1,14 90:16 92:16 95:3,10 96:6 98:7 103:24 104:9,15,16 107:2,5,11,14 109:1,2,7 110:16 112:12 113:1,3,6,10,11 116:3 120:15 121:19 126:17 129:2,12,20 130:10 133:12,14,17 135:2 140:21 143:9,17 144:12,15 145:19,21 146:4,19 147:13 148:4,15,24 149:6 152:12 156:12 161:7,9,10,11,13,18 162:1,15 166:5 167:12,13 169:3,6, 20 170:12 172:2 175:8 180:7 189:1 191:21 197:8 198:12 201:22 207:11,12,17,19 208:13,16 210:19 215:10 220:9 222:23 223:2,10 225:9,12,17,21 226:6,9 228:5 234:8 236:10 240:21 245:6,11,20 246:9 248:1,4,18

**times** 14:8,10,15,16,18,19,22 15:11,15 33:5 49:19 76:4 79:12 87:20,22,23 88:24 96:3,8,11 98:5, 7,8 101:23 102:5 108:19 109:4 110:7 112:21,23,24 113:20 114:6 118:19 119:9 120:6,12,17 121:15 129:11,13,18 131:24 132:2 142:19 146:8 148:3 152:17 158:11 161:21 207:10 226:13 248:13

**Tino** 41:5 69:24 145:3,12 150:7,8 157:17 185:18

**today** 5:9,14 7:10,18 10:22 11:1,9 14:3 16:24 124:5 131:20 173:16 199:5 238:9,16

**today's** 19:6

**toe** 128:10,11,20,21 129:2,5,8,19, 21,22,23,24 130:1,3,9,11,18,19 133:24 199:18

**told** 13:5 46:19 47:3 55:7 62:21 66:3,5 69:18,24 70:2,5,14 74:5,10 85:10 86:3 87:7,13,16 89:2 90:5 91:11,17,18 93:10,13 96:22 97:2 99:9,11,12 100:12,21 112:1,4 124:20 125:18 127:17 135:6,9 137:22,23 138:15,16,23 139:11,14 140:1,2 142:12 143:21 144:24 145:8,9 147:15 148:24 152:5,16, 18,20 153:2 154:2 155:16 158:6 159:21 162:3 163:2,22 164:7 181:14,20 182:2,24 183:20 184:1, 21 187:8 188:15 189:5 191:11 197:23 198:1,2,6 199:5 200:9,22 201:12,22 203:4 212:1,2 214:8 226:23 227:2,7,9,11 228:19 229:2 242:22,24

**Tony** 241:24 242:1

**top** 170:3,7 186:24

**Torrence** 170:2

**Torres** 30:1,7,8

**torture** 165:5,6,10

**tough** 162:24

**transcript** 16:13

**transferred** 135:21

**translation** 235:18

**transported** 75:19

**treated** 187:3,4 190:2

**treatment** 116:14,18 117:16 120:23 121:5 122:2,5,9 123:7 124:8,23 125:1,24 126:5 127:5 130:11 201:16

**tree** 26:15

**trial** 15:23 16:5,6,7,8,13 97:7,14 183:13,18,23 184:6,14 196:18 197:1,5,12 200:3,16,19 201:5 203:6,10 204:5,24 205:10,13 216:18 218:4,13 219:9,20 220:6

**trouble** 13:22 49:23 52:20,22

**true** 178:2 188:2,4,5,6,7,8,9 189:3, 21 190:4,11,12 197:11

**turn** 159:22 160:4,16 162:3 225:6

**turned** 211:15,19

ALFREDO GONZALEZ, 02/07/2023

**Tylenol** 124:8,20 131:19 132:12, 14

**Tylenols** 121:2,4 123:9

**type** 222:8

---

**U**

**Um-hmm** 62:4

**underlying** 16:20

**underneath** 119:23 120:2,7,13 187:1

**understand** 10:11,12 52:2 66:17 94:15,16 110:15 113:18 122:24 132:13 153:19 155:16 245:13

**understanding** 36:9 97:7,14 130:18

**understood** 10:18 202:20 246:8

**underwear** 149:16 150:24 151:6

**unemployment** 27:7,11,12,14 42:2

**unhandcuff** 150:15,18

**Unit** 64:2 169:7 248:19

**United** 239:21

**unnecessary** 6:17

**unsure** 34:5

**upper** 119:17

**upstairs** 82:9,11

**urinate** 146:14,17 147:3 148:17

**urinated** 146:15 147:9,21 148:1,4, 8,15

**urinating** 146:11 199:20

**urine** 147:5

**Urlaub** 5:12

---

**V**

**V-E-L-E-** 235:7

**V-E-L-E-S** 28:24

**V-E-L-E-Z** 235:10,13

**Vargas** 237:22 238:2

**vehicle** 135:20

**Veles** 28:23 31:4

**Velez** 235:3,5,8,9,13 236:9

**Veras** 38:16 40:8,10

**verbal** 123:14

**version** 210:23 211:6 212:7

**vest** 68:2,8 81:17,20 110:5 128:17 129:4

**victory** 235:24 236:1,2

**videos** 17:18

**view** 24:3

**viewing** 159:10,19

**Villafuerte** 237:17

**violated** 156:9

**violating** 45:12

**violence** 45:15 51:14,15 52:11 53:5

**Virginia** 238:11

**visible** 121:14

**visit** 206:14,17 207:10 208:5 239:24 242:3,9

**visited** 240:21 241:1 242:6,16

**voice** 9:3,5 64:10,12 160:15,19 162:2 235:14

---

**W**

**Wabansia** 232:11

**waist** 120:4,10,14

**wait** 78:3,5,6,7,18

**waited** 78:2 150:19

**waive** 181:16 248:8

**walk** 57:23 58:3,6 61:10 71:22 172:11

**walked** 57:17,18,24 60:24 61:1,10 62:5

**walking** 67:13,14 73:2,8 74:1 211:7 227:9

**walks** 143:18

**wall** 85:4,7,16 114:18 115:5,7,10, 23 142:4,16

**wanted** 7:19 25:6 36:16 62:23 66:15 98:16 100:24 109:22 140:2 142:13 153:14 166:16 171:20 172:5 189:1

**wanting** 143:2

**washroom** 146:6,7,9 147:16

**watch** 17:18 112:13

**water** 167:14,16

**weapon** 168:13 185:3,16,19,24

**weapons** 77:10

**wear** 68:10

**wearing** 68:9 81:16 110:5 128:17 129:4 167:11 193:12,19

**Weed** 42:13

**week** 131:24 132:2 169:22

**weight** 105:1 106:5

**weightlifting** 57:3,5,7 65:5 71:23

**weird** 24:2 48:1

**West** 5:7

**wet** 150:23 151:6,24 152:4

**when's** 18:20 32:20 56:5 169:20 197:8

**Whenever's** 63:19

**white** 73:20,22 75:18 80:11,12 81:19 83:23 85:23 86:1,8,17 91:24 92:2 104:18 106:1,3,12,21 107:22 110:4,19 114:23 126:11,14,20 127:6,21,24 144:2

**wide** 105:11

**Wiener** 181:3,10,14,21 182:2 183:20 184:1,14,17,20,23 191:1,10 197:23 198:4 199:4 200:1,11,21 201:7 202:17 213:3 218:12,21 219:8,18 220:5,17 221:8

**Wiener's** 197:20

**Wiley** 42:8 54:18,21 55:7 56:2 65:11 133:8 165:3 170:3 243:1 244:24 246:5 247:2

**Wilfredo** 232:21,22 233:4,5,17

**window** 161:19 162:16,21

**wise** 126:5 149:21

**witnesses** 86:23 87:8,11,14 93:8, 11 99:4 159:19

**woman** 214:7 215:12,16

**words** 170:1

**work** 22:12,14 25:3 26:16 61:19,22 221:9

ALFREDO GONZALEZ, 02/07/2023

**worked** 22:21 24:9,11 221:12

**working** 221:8

**worry** 124:3 127:22

**wrist** 193:23,24

**wrists** 167:10,21

**write** 175:14

**writing** 192:4

**written** 175:10 216:11

**wrong** 124:17 126:10 127:18
  128:2

---

**X**

---

**X-RAY** 130:7,8,18

---

**Y**

---

**year** 14:13 15:5,11,16 21:11,13
  24:13,14,15,19 27:3 31:17 32:22
  34:20 56:8 61:20,21 66:23 210:3,7,
  8,9,10

**years** 11:13 18:5 24:10,17,19
  25:14 26:15 95:11 96:8 114:21
  122:12,15,17,24 123:3,5 125:19
  130:4,6 237:5,7

**YMCA** 56:19

**Yolanda** 28:18 31:4 236:18

**Yolanda's** 28:21 235:2 236:5,20

**young** 54:21 179:4 239:19,22

**younger** 28:14 32:14 80:16,19
  110:4 237:2,3 238:15

**youngest** 178:20

---

**Z**

---

**Zavala** 237:12

**Ziarko** 5:11

**Zoom** 5:8 9:6 23:23 64:13