j1 1

RE: INVESTIGATION (FATAL SHOOTING OF TORRENCE WILEY AND KEVIN WILEY)

S T A T E M E N T

OF

ALFREDO GONZALEZ,

taken in an interview room, Area 5 Violent Crimes, Chicago Police

Department, 5555 West Grand Avenue, Chicago, Cook County, Illinois,

on Friday, August 24, 1990, at the hour of 2:00 o'clock a.m.

PRESENT: Ms. Jennifer Borowitz
Assistant State's ATtorney

Detective Ronaldo Guevara,
Star No. 16345
Area 5 Violent Crimes

Reported by: Janet K. Lupa
Book No. 9008-25

- - - - - - - - - - - - - - - -

MS. BOROWITZ: Let the record reflect that we are in an interview

room at Area 5 Violent Crimes. Today's date is August 24, 1990. The

time is 2:00 o'clock in the morning. Present in the room with me is

Detective --

DETECTIVE GUEVARA: Ronaldo Guevara.

MS. BOROWITZ: -- the court reporter and Alfredo Gonzalez. I am

assistant state's attorney Jennifer Borowitz.

We are here to take the statement of Alfredo Gonzalez

concerning the investigation of the fatal shooting of Torrence Wiley

and Kevin Wiley which occurred on May 25, 1990 at 3428 West

North Avenue in Chicago, Illinois.

Alfredo, now I talked to you earlier and explained to you

that I'm an assistant state's attorney, a lawyer working with the

police and not your lawyer, is that correct?

-1-

RFC-AGonzalez 136526

ji 2

MR. GONZALEZ:    Yes.

Q     And before we spoke I advised you of your constitutional rights, is that correct?

A     Yeah.

Q     Now, I'm going to advise you of your rights again.

Do you understand that you have a right to remain silent?

A     Yes.

Q     Do you understand that anything you say can be used against you in a court of law?

A     Yeah.

Q     Do you understand that you have a right to talk to a lawyer and have him present with you while you are being questioned?

A     Yes.

Q     Do you understand if you cannot afford to hire a lawyer one would be appointed by the court to represent you before any questioning, if you wish one?

A     Yes.

Q     Understanding these rights do you wish to talk to us now?

A     Yes.

Q     I'm going to draw your atention to May 24, 1990, between 11:30 and midnight, do you remember that time?

A     Yeah.

Q     What were you doing?

A     I was walking to my house.

Q     Okay.  Where were you walking, on what street?

A     Lemoyne and Spaulding.

Q     While you were walking to your house what did you see?

-2-

RFC-AGonzalez 136527

j1 3

A    I seen a blue car and I was looking at Fro, and I told him to stop so he could give me a ride home.

Q    Did he stop?

A    Yes.

Q    Was the blue car a two door or a four door?

A    Two door.

Q    Was it sort of a middle-sized car?

A    Middle size.

Q    Who else was in the car?

A    In the front seat there was Jose, the passenger, Fro, the back seat, Tino.

Q    Is Tino your nephew?

A    Yeah.

Q    Who was driving?

A    Jose.

Q    What was Jose wearing?

A    A dark ~~glue~~ blue hoodie. A.G. ᗡᗷ

Q    When you say hoodie what do you mean?   Do you mean like a sweatshirt?

A    Sweatshirt.

Q    With a hood on it?

A    With a hood on it.

Q    What was Fro wearing?

A    Same thing, black.

Q    What was Tino wearing?

A    White sweatshirt.

Q    Was he wearing a hooded sweatshirt?

-3-

RFC-AGonzalez 136528

jl 4

A    Yeah.

Q    Did you get in the car?

A    Yeah, I asked him for a ride home and ---

Q    Did you get in the car?

A    Yeah.

Q    After you got in the car where did you go?

A    I told him to drive me over to my house.

Q    Did they?

A    No.

Q    Where did you go?

A    I went all the way to St. Louis. Then he turned on St.
Louis down over to North Avenue back to St. Louis again to the alley.

Q    When you got in the car and they didn't take you home what did
they say to you?

A    I asked them to drop me off home. They told me they wouldn't.

Q    And then what did Jose say?

A    Jose said he was going to do something, see somebody.

Q    Now, did Jose have a gun with him at that time?

A    Yeah.

Q    What kind of gun was it?

A    Nine millimeter.

Q    After they didn't drop you off at home where did you go?

A    St. Louis and the alley.

Q    The alley on St. Louis Street?

A    Yeah.

-4-

Copy

RFC-AGonzalez 136529

j1 5

Q    What other streets are near the alley?

A    Between St. Louis and Kimball.

Q    What is the main stret that's near there?

A    North Avenue.

Q    When you got to the alley what happened?

A    He stopped and pulled over.

Q    And did they turn  the lights off or what?

A    Yeah.  Then Jose and Fro and Tino, they jumped out of the car.

Q    What did Jose do with the gun?

A    He took it outside.

Q    He took it outside with him?  What did Jose and Fro do with their sweatshirts?

A    Pull the hoodie up.

Q    What does put the hoodie on mean?

A    That they going to kill.

Q    Now, after they put their hoodies on where did Jose, Tino and Fro go?

A    They started walking.  All of a sudden they disappeared.

Q    Where did they walk to?

A    About a few steps.

Q    Okay.  Where did they walk to?

A    To the side to the lot.

Q    To the side to the empty lot?

A    Yeah.

Q    Did they go over the fence or around the fence?

A    I don't know because I couldn't tell.

-5-

RFC-AGonzalez  136530

jl 6

Q    And what was the next thing that you heard?

A    I heard shooting, about five or six shots.

Q    What happened after you heard the five or six shots?

A    I looked to he side then Tino jumped in the back.

Q    Tino jumped in the car?

A    Yeah, in the back seat.

Q    What happened then?

A    Then I was -- I asked Tino what was up.  He said, nothing. Then at the same time Fro and Jose jumped in and they said everything was all right.

Q    And what did Jose and Fro do with their hoodies?

A    They pulled it down.  They started driving.

Q    Did Jose havethe gun with him?

A    Yes.

Q    What did he do with the gun?

A    Put it on the side by the seat.

Q    He put it on the side of the seat?

A    Yes.

Q    Where did you go then?

A    He told them to drop me off home.

Q    After they took their sweatshirt hoods off what did you do -- what did they do?

A    They started driving.  I looked up --

Q    When you looked up what did you see?

A    I seen two guys on the ground.

Q    Where did you see the bodies?

A    By the sidewalk on North Avenue

RFC-AGonzalez  136531

jl 7

Q   On North Avenue?

A   By the lot.

Q   By the lot?   Okay.

And then you said they drove you home?

A   Yeah.

Q   Now, you became a Latin King you said in 1978?

A   Yeah.   A G

Q   While you have been here have the police treated you okay?

A   Yeah, they treated me all right.

Q   Did they give you food?

A   Yeah.

Q   What did they give you?

A   Bologna sandwich, coffee, sandwich, fish sandwich.

Q   Did they let you go to the bathroom?

A   Yeah, every time I wanted.

Q   You don't smoke,do you?

A   No.

Q   Have I, the state's attorney, treated you okay?

A   Yeah.

Q   Have any promises or threats been made to you for this statement?

A   No.

MS. BOROWITZ:   May the record reflect that it is now 2:05 on August 24, 1990 and this concludes the statement of Alfredo Gonzalez.

WITNESSES TO SIGNATURE:                    _Alfredo Gonzalez_

ASA _Jennifer Brown_

_Det. Reynolds_              -7-

RFC-AGonzalez  136532