FILED DATE: 8/7/2024 12:24 PM   90CR2178702

## IN THE CIRCUIT COURT OF COOK COUNTY
## COUNTY DEPARTMENT-CRIMINAL DIVISION

| | | |
|---|---|---|
| **PEOPLE OF THE STATE OF ILLINOIS,** | ) | |
| Respondent | ) | |
| | ) | **CASE NO. 90CR2178702** |
| VS | ) | **HONORABLE** |
| | ) | **SOPHIA ATCHERSON** |
| **ALFREDO GONZALEZ,** | ) | **Judge Presiding** |
| Petitioner | ) | |

## ORDER

This matter coming on the Court's call pursuant to a successive petition for post-conviction relief (725 ILCS 5/122-1 *et seq.*), all parties being present and represented by counsel, the Court being apprised of all relevant matters herein, it is hereby ordered:

1.    The unopposed petition for post-conviction relief pending before the Court is granted.

2.    The jury verdicts of guilty of first degree murder (Counts I-IV) entered on March 30, 1992, are **VACATED.** The sentence of natural life without parole in the Illinois Department of Corrections imposed on April 30, 1992, on Counts I-IV are **VACATED.** Counts I-IV are reinstated and re-docketed.

3.    The People's motion of *nolle prosequi* as to Counts I-IV is granted. Release this case only.

Dated: August 9, 2022

ENTERED: _____

SOPHIA ATCHERSON
Judge of the Circuit Court

ENTERED
Judge Sophia Atcherson #2150

AUG 09 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

*Scanned by TapScanner*