## DECLARATION OF DAVID GECHT

I, David Gecht, being first duly sworn, swear and state as follows:

1. My name is David Gecht. My birthday is November 8, 1980.

2. I am currently incarcerated at the Pontiac Correctional Center for the shooting of Roberto Cruz. I am innocent of that crime.

3. In addition to the sworn testimony I have previously provided about the circumstances of my wrongful conviction and false confession, I am providing this declaration to describe my conversations with Colleen Miller.

4. At the time of my arrest, Colleen and I were together, and she had told me she was pregnant with my child.

5. We were on again and off again during that period, and in the weeks before my arrest I had seen another woman, which Colleen learned about and was upset about.

6. I never confessed to Colleen that I shot Robert Cruz, or that I committed any other crime. Any claim that I confessed to Colleen that I committed the crime is false.

7. At the police station in March 1999, I signed a false confession to the shooting of Cruz based on physical abuse, threats and coercion by Detective Guevara and other officers. After I signed the false confession, Guevara let me see Colleen Miller. I don't remember if she was brought into the room I was in, or if I was brought into a room she was in, but we were allowed to see each other. Detective Guevara was there, and I believe her mother was there too.

8. It was a short interaction. When she came in, I began crying, I fell to my knees and I held her. We were both very emotional. She said, "I'm sorry, but they forced me." We were both crying. Guevara separated us and the interaction was over.

9. When I went to Cook County Jail awaiting trial, Colleen came to visit me regularly during the first few months. At some point while I was at the Jail, I had learned that she had given a statement that I confessed. On one of her visits, I asked her about what happened and she told me that she gave a statement saying I confessed because of police pressure. She said Guevara told her they were going to charge her as an accessory to the murder and that the baby would be taken away.

10. She also told me that she did not want to testify at the grand jury and was not going to do it, but they forced her to by telling her that if she did not she would be charged with perjury.

PC ex. 24

**Gecht 012032**

11. She did not refer to the police officer that threatened her and pressured her by name, but I knew that she was referring to Detective Guevara because she kept calling him the "fat Latino guy"

12. I am giving this affidavit of my own free will. No promises were made to me in exchange for this affidavit.

13. The affidavit is true and accurate to the best of my knowledge and recollection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies that the facts set forth in this instrument are true and correct, except as to matters stated to be on information and belief and as to such matters the undersigned certifies that he believes the same to be true.

HALLIE A ZINGRE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 05, 2022

David Gecht

DATE: 8/18/2020

PC ex. 24

Gecht 012033