STATE OF ILLINOIS       )
                                )

COUNTY OF COOK      )

## A F F I D A V I T

I, Richard Kwil, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon my personal knowledge and belief:

1. My name is Richard Kwil. In March 1999, I was arrested for the murder of Roberto Cruz, and later convicted for that crime. I was 19 years old at the time.

2. I did not commit the crime, I was not there when the crime occurred, and I do not know who committed the crime.

3. After my arrest in March 1999, I was taken to the Area 5 Detective Division. I was interrogated by Detective Guevara over many hours. He repeatedly accused me of being involved in the murder of Robert Cruz, and I kept telling him that I had nothing to do with it.

4. Detective Guevara threatened me, yelled at me, refused to accept my denials, and told me that I would never see my daughter again if I did not confess.

5. At one point, he tried to get me to confess to being the shooter. At another point he tried to get me to say that the shooter was a person named Ruben Hernandez. As he did this, he told me how he believed the shooting occurred, laying out all of the details of the crime. I kept telling him that I did not know who committed the crime.

6. After this went on for many hours, Detective Guevara showed me a picture of David Gecht and told me to say that Gecht committed the crime. He told me that if I signed a statement saying that David Gecht committed the crime, I would be released. He said that if I did not cooperate with him, I would also be charged with the crime and would be locked up for a long time.

7. I felt like I had no choice, and I wanted the interrogation to be over. Because of the pressure and threats, I signed a statement saying what they wanted.

PC ex. 16

**Gecht 011977**

8. The statement is false. The information in the statement is based on what Detective Guevara told me. I was not involved in the crime, I do not know who committed the crime, and I have no knowledge or information about David Gecht being involved in the crime.

9. I did not come forward before David Gecht's trial to explain all of this because I too was charged with the murder and was facing trial.

10. This is just a brief summary. If called to testify, I would provide more detail about what Detective Guevara said and did, and about the events that resulted in my conviction for a crime I did not commit.

11. I am giving this affidavit of my own free will. No promises were made to me in exchange for this affidavit.

12. The affidavit is true and accurate to the best of my knowledge and recollection.

OFFICIAL SEAL
AMY B. WYKES
Notary Public - State of Illinois
My Commission Expires 11/18/2019

RESPECTFULLY SUBMITTED,

_____

SIGNED BEFORE ME ON THIS
2nd DAY OF August 20 19

_____
NOTARY PUBLIC

**Gecht 011978**



PC ex. 16

**Gecht 011979**



PC ex. 16

**Gecht 011980**