**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| Plaintiff, | ) | |
| v. | ) | **Case No.: 18 CV 1028** |
| | ) | **Honorable Steven Seeger** |
| REYNALDO GUEVARA, et al., | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| Plaintiff, | ) | **Case No.: 18 CV 2312** |
| vs. | ) | **Honorable Steven Seeger** |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

**DEFENDANT GUEVARA'S MOTION TO
SUPPLEMENT DEFENDANT'S RESPONSE TO
MOTION TO ADMIT OTHER BAD ACTS OF DEFENDANT GUEVARA**

NOW COMES Defendant Reynaldo Guevara ("Guevara"), by and through his attorneys, BORKAN & SCAHILL, LTD., and respectfully moves to supplement his Response to Motion to Admit Other Bad Acts of Defendant Guevara and states as follows:

1. Defendant Guevara filed his Response to Plaintiffs' Motion to Admit Other Bad Acts of Defendant Reynaldo Guevara on January 28, 2026. *See* Dckt. No. 837.

2. Within Guevara's brief, Guevara referenced District Judge Daniel's ruling on a nearly identical motion from January 22, 2026. *See* Dckt. No. 837, p. 2, FN 1. At the time of filing, Judge Daniel's Memorandum Order was not available, and Defendant advised it would seek leave to supplement his Response when it was available. *Id.*

3. It is now available. *See Rios v. Guevara, et al.,* 22 CV 03973, Dckt. No. 283. In there, Judge Daniel considered Rios' argument that Rule 404(b) evidence should be considered as identity evidence, motive and intent evidence, and as evidence of opportunity, preparation, and plan – just as Plaintiffs argue here. Judge Daniel appropriately denied Rios' motion, finding Rios' reliance on *Wilson*

1

is misplaced and that any Rule 404(b) evidence is clear propensity evidence. *Id.* ("[Plaintiff's identity argument] is curious, as identity is not at issue and the parties have indicated that defendant Guevara intends to invoke his Fifth Amendment rights at trial…That argument that they establish a "pattern and practice of framing innocent people" is just another way of phrasing the propensity use forbidden under Rule 404(b)(1)…The plaintiff also does not explain what propensity-free chain of reasoning establishes opportunity, preparation, or plan…Finally, the Court notes that any probative value from the proffered testimony is substantially outweighed by the dangers of unfair prejudice, confusion, and wasting time.")

4.       Accordingly, Guevara hereby files the instant Motion to supplement his Response with Judge Daniel's January 28, 2026 Memorandum Order, attached hereto as Exhibit 1, and respectfully requests this Honorable Court consider Judge Daniel's Order in ruling on Plaintiffs' Motion to Admit Other Bad Acts of Defendant Reynaldo Guevara.

WHEREFORE Defendant Guevara prays this Honorable Court allow him to supplement his Response Plaintiffs' Motion to Admit Other Bad Acts of Defendant Reynaldo Guevara with the attached Exhibit 1, and for any other relief this Honorable Court deems just and reasonable.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ Emily E. Schnidt
        Emily E. Schnidt

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030

2