IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| v. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## **JOINT STATUS REPORT**

Pursuant to this Honorable Court's November 4, 2025 Order, Minute Entry (*Reyes* Dkt. 821 and *Solache* Dkt. 639), the Parties submit the following Joint Status Report.

1. The parties have conferred about settlement and agree that expedited referral to a Magistrate Judge for purposes of a settlement conference may be beneficial at this time.

                                                                                                      RESPECTFULLY SUBMITTED.,

| *Attorneys for Plaintiff*<br>*Arturo DeLeon-Reyes* | *One of the Attorneys for Defendant Guevara* |
|---|---|
| /s/Steve Art | /s/ Timothy P. Scahill<br>Special Assistants Corporation Counsel |
| Arthur Loevy<br>Jon Loevy<br>Anand Swaminathan<br>Steve Art<br>Rachel Brady<br>Sean Starr<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd floor<br>Chicago, IL 60607<br>(312) 243-5900<br>steve@loevy.com | Timothy P. Scahill<br>Steven B. Borkan<br>Timothy P. Scahill<br>Borkan & Scahill, Ltd.<br>20 South Clark Street<br>Suite 1700<br>Chicago, IL 60603<br>(312) 580-1030<br>tscahill@borkanandscahill.com |
| *Attorneys for Plaintiff Gabriel Solache* | *One of the Attorneys for Defendants*<br>*Halvorsen, Dickinson, Rutherford, Trevino,*<br>*Mingey, Biebel, and Cappitelli* |
| /s/Jan Susler | |
| Jan Susler<br>Ben H. Elson<br>Nora Snyder<br>People's Law Office<br>1180 N. Milwaukee Ave., Third Floor<br>Chicago, IL 60642<br>(773) 235-0070<br>jsusler@peopleslawoffice.com | /s/ Josh M. Engquist<br>Special Assistant Corporation Counsel<br>James G. Sotos<br>Josh M. Engquist<br>Caroline P. Golden<br>Allison L. Romelfanger<br>**THE SOTOS LAW FIRM, P.C.**<br>141 W. Jackson Blvd., #1240A<br>Chicago, IL 60604<br>(630) 735-3300<br>jengquist@jsotoslaw.com |

*One of the Attorneys for Defendant City of Chicago*

/s/ Eileen E. Rosen
Special Assistant Corporation Counsel
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Patrick R. Moran
Lauren Ferrise
Sabrina A. Scardamaglia
Rock Rusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com