**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTURO DeLEON-REYES, ) | |
| ) | |
| Plaintiff, ) | 1:18 Civ. 1028 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | District Judge |
| REYNALDO GUEVARA, et al., ) | |
| ) | Magistrate Sunil R. Harjani |
| Defendants. ) | |
| ) | |
| | |
| GABRIEL SOLACHE, ) | |
| ) | |
| Plaintiff, ) | 1:18 Civ. 2312 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | District Judge |
| CITY OF CHICAGO, *et al.*, ) | |
| ) | Magistrate Sunil R. Harjani |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Defendants City of Chicago, Joann Halvorsen, as Special Representative of Ernest Halvosen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino, and Reynaldo Guevara, by and through their undersigned counsel, respectfully move this Honorable Court for leave to file their anticipated motions *in limine* up to and including 50 pages in the aggregate, and separately, up to 30 pages for remaining Daubert motions, and in support thereof, state as follows:

1. On November 4, 2025, this Court entered an Order limiting motions *in limine* to 20 pages (in the aggregate), due on March 20, 2026. (*Reyes*, Dkt. 821).

2. This Court also required that any motion to exceed the 20-page limit must be filed by March 6, 2026. (*Reyes*, Dkt. 821).

3. This matter involves two (2) Plaintiffs, six (6) Defendants, and nineteen (19) claims in total. The claims in this case involve complex legal issues, including a *Monell* claim against the City. The evidence in the underlying case spans a total of twenty-years, including the criminal investigation, criminal proceedings, and post-conviction proceedings.

4. After exchanging witness and exhibit lists, there are well over a hundred (100) witnesses listed at this time between the parties. In addition, Plaintiffs have listed approximately five hundred fifty-six (556) exhibits and Defendants currently have over one hundred exhibits (100) listed.[1]

5. To sufficiently address all relevant issues anticipated to arise at trial, Defendants require thirty (30) extra pages for their motions *in limine* for a total of fifty (50) pages. This request reflects similar motions *in limine* filed in other Guevara cases, including *Rios v. Guevara, et. al.*, 22-cv-3973, Defendants Motions *in Limine* (Dkt. 248); and *Johnson v. Guevara, et. al.*, 20-cv-4156, Defendants' Motions *in Limine* (Dkt. 402).

6. In addition, Defendants anticipate filing Daubert motions related to at least two of Plaintiffs' experts, and respectfully request up to thirty (30) pages total for remaining Daubert motions.

7. Defendants recognize that this Court's time is valuable and do not wish to unnecessarily burden it with lengthy motions. However, as noted above, due to the number of parties and complexity of the claims, Defendants require the additional pages to sufficiently address anticipated issues prior to trial. Further, Defendants believe resolving these anticipated issues prior to trial will allow the trial to proceed more smoothly and quickly.

---

[1] The parties still need to negotiate to determine joint exhibits which will likely lower the number of offered exhibits by both parties.

8. Accordingly, Defendants respectfully request this Honorable Court grant Defendants' leave to file their motions *in limine* totaling up to fifty (50) pages in the aggregate, and for up to thirty (30) pages total for remaining Daubert motions.

9. On March 6, 2026, counsel for Defendant City, Eileen Rosen, contacted counsel for Plaintiffs regarding their position on the relief sought herein. As of the filing of this motion, Defendants have not received a response regarding Plaintiffs' position.

WHEREFORE, Defendants City of Chicago, Joann Halvorsen, as Special Representative of Ernest Halvosen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino, and Reynaldo Guevara, respectfully request this Honorable Court grant their Motion for Leave to File Excess Pages for their motions *in limine*, up to 50 pages in the aggregate, and up to 30 pages for remaining Daubert motions, and for any other relief this Court deems just and reasonable.

Dated March 6, 2026

Respectfully submitted,

s/ *Eileen E. Rosen*_____
Eileen E. Rosen
Catherine M. Barber
Theresa Carney
Lauren Ferrise
Sabrina Scardamaglia
Special Assistant Corporation Counsel
Rock Fusco & Connelly LLC
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
Special Assistant Corporation Counsel
*One of the attorneys for Defendant City of Chicago*

s/ *Timothy P. Scahill*
Timothy P. Scahill
Steven B. Borkan
Borkan & Scahill
20 S. Clark St., Suite 1700
Chicago, IL 60603
*Attorneys for Individual Chicago Police Defendant Guevara*

s/ *Allison Romelfanger*
James G. Sotos
Caroline P. Golden
Josh M. Engquist
Allison Romelfanger

3

Kyle Christie
Special Assistant Corporation Counsel
Sotos Law Firm
141 W. Jackson Blvd., Ste. 1240A
*Attorneys for Individual Chicago Police*
*Defendants Halverson, Dickinson,*
*Rutherford, and Trevino*