**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTURO DELEON-REYES,<br><br>                Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, et al.<br><br>                Defendants. | Case No. 18-CV-01028<br><br>Honorable Steven C. Seeger |
| GABRIEL SOLACHE,<br><br>                Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, et al.<br><br>                Defendants. | Case No. 18-CV-02312<br><br>Honorable Steven C. Seeger |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME
TO FILE FINAL PRETRIAL ORDER**

      Defendants, JoAnn Halvorsen as Special Representative of defendant Ernest Halvorsen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino, Reynaldo Guevara, and the City of Chicago, ("Defendants") by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests this Honorable Court extend the time for the parties to file the proposed final pretrial order. In support of this motion, Defendants state as follows:

      1.    On November 4, 2025, this Court set a jury trial date in this matter for May 11, 2026. (*Reyes*, Dkt. 821). On that same date, this Court ordered the parties to file the proposed

pretrial order and motions *in limine* by March 20, 2026, (collectively "PTO"). (*Id*.) The final pretrial conference in this case is set for April 29, 2026. (*Id*.)

  2.  The parties have been diligently working on their respective PTO submissions. However, due to the large nature of the case, including hundreds of thousands of pages of records, including combing through discovery related to *Monell*, over eighty (80) depositions, competing responsibilities and deadlines in other cases, and personal obligations, Defendants respectfully request three additional business days, up to and including March 25, 2026, to file the PTO. This extension would also allow the parties additional time to meet and confer on possible agreements, including motions *in limine*, agreed exhibits, and stipulations.

  3.  On March 10, 2026, counsel for Special Representative Halvorsen, Dickinson, Rutherford, and Trevino, Caroline Golden, reached out to Plaintiffs' counsel regarding the relief sought in this motion. Counsel for Plaintiffs indicated they would agree to the request for three additional business days to file the PTO.

  4.  This motion is not brought for any improper purpose. No prejudice will result to any party by the granting of this motion. Specifically, this request will not affect the current May 11, 2026, trial date.

  **WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Honorable Court grant the parties an extension to of time to file the proposed pretrial order and motions *in limine* up to and including March 25, 2026.

Dated: March 10, 2026      Respectfully submitted,

                /s/ Allison L. Romelfanger
                Allison L. Romelfanger, Attorney No. 6310033
                Special Assistant Corporation Counsel
                *Attorneys for Defendant Joann Halvorsen as*
                *Special Representative of Ernest Halvorsen*

|  |  |
|---|---|
| Josh M. Engquist<br>Caroline Golden<br>Allison L. Romelfanger<br>Kyle Christie<br>THE SOTOS LAW FIRM, P.C.<br>141 W. Jackson, Ste. 1240A<br>Chicago, IL 60604<br>(630) 735-3300<br>aromelfanger@jsotoslaw.com | *(deceased)*, Edwin Dickinson, Robert Rutherford, Daniel Trevino |
|  | /s/ Eileen E. Rosen<br>Eileen Rosen, Attorney No. 6217428<br>Special Assistant Corporation Counsel<br>*Attorneys for Defendant the City of Chicago* |
| Eileen E. Rosen<br>Theresa Carney<br>ROCK FUSCO & CONNELLY, LLC.<br>333 West Wacker Drive, 19th Floor<br>Chicago, Illinois 60606<br>(312) 494-1000<br>erosen@rfclaw.com |  |
|  | /s/ Timothy P. Scahill<br>Timothy P. Scahill, Atty No. 6287296<br>Special Assistant Corporation Counsel<br>*Attorneys for Defendant Reynaldo Guevara* |
| Timothy P. Scahill<br>Steven B. Borkan<br>Emily Schnidt<br>BORKAN & SCAHILL, LTD.<br>20 S. Clark St., Ste. 1700<br>Chicago, IL 60302<br>(312) 580-1030<br>tscahill@borkanscahill.com |  |