*DeLeon-Reyes v. Guevara, et al.*
Case No. 18 CV 01028

*Solache v. Guevara, et al.*
Case No. 18 CV 02312

# EXHIBIT 1



500 WATERS EDGE, SUITE 210
LOMBARD, IL 60148
TEL (866) 434-2400
FAX (708) 978-5115
WWW.IFI-TEST.COM

January 15, 2022

Anand Swaminathan
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607

p (312) 243-5900
e anand@loevy.com

Re: Gabriel Solache v City of Chicago, *et al.*,     Court Docket 1:28 Civ 2312
Re: Arturo DeLeon Reyes, v Reyaldo Guevara     Court Docket 1:28 Civ 1028

## Documents Reviewed

Illinois State Police, Division of Forensic Services, Chicago, Document
May 13, 1998

Illinois State Police, Division of Forensic Services, Chicago, Document
October 20, 1999

Illinois State Police, Division of Forensic Services, Chicago, Document
December 16, 1999

Illinois State Police, Division of Forensic Services, Chicago, Document
January 29, 2000

Illinois State Police, Division of Forensic Services, Chicago, Laboratory Report
August 17, 2016

Illinois State Police, Division of Forensic Services, Chicago, Laboratory Report
January 15, 2017

Telephone conversation record, various

EXHIBIT

1 Reich 101422

exhibitsticker.com

Evidence Receipt, various

Ouchternlony Immunodifusion [sic] Worksheet

Laboratory worksheet, various

Yield gel worksheet, various

Slot blot worksheet, various

Sample Amplification Worksheet, various

STR Summary Worksheet, various

Identifiler® Plus STR Summary Form, various

State Match Detail Report, Match Date 04/14/2010

Notification of Limited Sample

qPCR Plate Layout, various

qPCR Data sheet, various

qPCR Standard Curve, various

Identifiler® Amplification Form, various

Electropherograms, Profiler/Cofiler
    C98-15970-1A PROFILER
    C98-15970-1A COFILER
    C98-15970-3A PROFILER
    C98-15970-3A COFILER
    C98-15970-29A1 PROFILER
    C98-15970-29A1 COFILER
    C98-15970-30A1 PROFILER
    C98-15970-30A1 COFILER

C98-15970-31A1 PROFILER
C98-15970-31A1 COFILER
C98-15970-18A PROFILER
C98-15970-18A COFILER
C98-15970-18B PROFILER
C98-15970-18B COFILER
C98-15970-18F PROFILER
C98-15970-18F COFILER
C98-15970-18G PROFILER (5 sec, 10 sec)
C98-15970-18G COFILER
C98-15970-19B PROFILER
C98-15970-19B COFILER
C98-15970-19C PROFILER
C98-15970-19C PROFILER
C98-15970-19D PROFILER
C98-15970-19D COFILER
C98-15970-19E PROFILER
C98-15970-19E COFILER
C98-15970-19G PROFILER (10 sec)
C98-15970-19G COFILER (10 sec)

Electropherograms, Fusion 5C
Ladder, various
6_ POS-CNT
7_NEG_CNT
5_URB1 9-8-16
2_URB_10-20-16
5_BB1
C98-15970-12C (1st injection ?)
C98-15970-12C (2nd injection ?)
C98-15970-12C.2
C98-15970-12B1
C98-15970-12B1.2
C98-15970-12C1
C98-15970-12C1.2

C98-15970_3A2

Report of Findings, Gabriel Solache v City of Chicago, et al., Attny  Swaninathan, 01 2022        pg. 3 of 13

## Case Review

The forensic DNA testing and analysis of submitted items in evidence in this case was performed at two separate times. An initial round of DNA testing was performed circa 1998-2000 with a second round of laboratory analysis performed circa 2016-2017.

The laboratory methods, procedures and processes for developing genetic identify profiles (*i.e.*, DNA profiling) used in the initial analysis of the case evidence changed either not at all or only very little in the intervening sixteen (16) years between the first analysis and the later testing.
There were incremental improvements in the instrumentation used in forensic DNA profiling. In addition, the commercial kits that laboratories use to generate genetic identity information became more discriminating (more genetic markers tested) and more robust (better manufacturing methods). However, the overall process, DNA-PCR-CE-STR analysis remained (and remains) identical to today.

The Illinois State Police Forensic Laboratory, Chicago, (ISP-C) was responsible for the DNA testing and analysis in this case. This accredited laboratory used generally accepted and applicable to the time, methods, procedures, reagents and kits to process submitted items and develop DNA profiles from submitted items of evidence which included both questioned and reference standard samples.

A simple conclusion can be stated from the considerable amount of work performed during the two phases of DNA testing: the defendant, G. Solache, cannot be identified on any item of tested evidence examined during either phase of forensic DNA testing. His DNA is not present on any questioned item of evidence.

A remarkably similar conclusion can be stated from the considerable amount of work performed during the two phases of DNA testing: the defendant, A.D. Reyes, cannot be identified on any item of tested evidence examined during either phase of forensic DNA testing. His DNA is not present on any questioned item of evidence.

The exclusion of G. Solache and A.D Reyes from a series of blood stains, green towel, retrieved from 1984 Corolla (exhibits 18A, -B, -F and -G) extends to a series of blood stains apparently recovered from Adriana Mejia's shoes (exhibits 19B, -C, -D, -E, and -G), continues with testing of a blood stains from towel (exhibit 23B1 and 23B2), and is

further amplified by the exclusions noted from the analysis of blood stains from Adriana Mejia's trousers (exhibits 27A, -B, -C, and -D).

A second round of forensic testing, initiated post-conviction, focused on the fingernail scrapings from the victims, exhibits 5 and 6, and on a knife, exhibit 12, apparently found beneath one of the victims.

A worksheet details three (3) questioned stains on exhibit 12, Q1 on the knife pommel, Q2 on upper part of the blade and Q3 from the cutting edge of the knife.

The recent forensic testing focused on Q2, exhibit 12B1; scrapings from Q3 and swabs remaining from the earlier sampling of this item, exhibit 12C; and DNA extracted from Q3, exhibit 12C1.

**Exhibit 12B1**
ISP reported a mixed DNA profile from exhibit 12B1 (which is a correct conclusion) and excluded the defendants, G. Solache and A.D. Reyes as contributors (which is also a correct conclusion from the data).

ISP further stated that they could make no conclusions regarding the presence of one of the victims, M. Soto; this is not correct.

M. Soto's DNA profile is readily deduced, with a single (one (1)) missing allele out of fifteen (15) loci (*i.e.*, one (1) allele out of thirty (30)). His identity is not in dispute. For a detailed, locus by locus analysis please see appendix (I).

Given the (essentially) complete DNA profile of M. Soto that can be observed on exhibit 12B1, an unknown second contributor to this sample can be deduced:

D8S11779: second contributor profile 12,-.
D21S11: second contributor 28, 32.2
D7S820: second contributor at 9,-. The peak imbalance allows for a hypothesis of 9,12 for the minor.
CSF1PO: no data for the second contributor at this locus
D3S1358: no data for the second contributor at this locus
TH01: second contributor to this sample has a 9 allele
D13S317: second contributor at 12,13.
D16S539: second contributor can be deduced as 11,12.
D2S1338: second contributor is likely 24,-.
D19S433: second contributor's profile is 14,- as this locus.

vWA: second contributor is present, 15.  Here peak imbalance would allow the hypothesis that the second contributor is 15,16 at this locus.

TPOX: second contributor is 10,-.

D18S51: second contributor is present, 19,-

D5S818: second contributor is 11,-.

FGA: second contributor, 21,-.  Peak imbalance would allow the hypothesis that the second contributor could be 21,24 at this locus.

Only a limited number of reference standards were provided in this case and all of these individuals are excluded from this sample.  This second unknown contributor may, or may not, be probative for the case.

**Exhibit 12C**

ISP-C reported a thirteen (13) locus DNA profile from this sample and that M. Soto cannot be excluded as a contributor.  The defendants, G. Solache and A.D. Reyes, are excluded as contributors, their DNA is not present.  This is a single source, one contributor sample and the identity of the victim is not in dispute.

**Exhibit 12C1**

This sample has multiple electropherograms that were apparently generated to try and obtain more DNA profile data.  It is not completely clear what changes in analysis parameters or post-PCR processing were performed to generate the various and slighlty different electropherograms.  Some possibilities include using the same post-PCR preparation and re-injection or that a new post-PCR sample was produced from the original amplification reaction.

These electropherograms demonstrate a low-level DNA profile data but these data can be analyzed to show that the victim, M. Soto is present at the majority of tested loci.  There are no convincing data of a second contributor on either 'run' (lab slang for a capillary electrophoresis analysis) and the data are very similar run to run.

In detail:

D8S1179: M. Soto's 11,13 can be identified

D21S11: M. Soto's homozygous 30 is observed

D7S820: very low level peaks are observed – these data are not convincing

CSF1P0: very low level peaks are observed – these data are not convincing

D3S1358: M. Soto's 15,16 can be observed

TH01: M. Soto's 6,7 is visible

D13S317: M. Soto's homozygous 14 can be observed

D16S539: M. Soto's allele 10 is present, his obligatory 13 is less convincing

D2S1338: no data can be deduced from this locus

D19S433: M. Soto's homozygous 16 is shown on the electropherogram

vWA: low level alleles, 16,17 are present – this M. Soto's profile at this locus

TPOX: a single allele, 8 is present – M. Soto cannot be excluded as this locus

D18S51: no convincing data can be observed at this locus

Amelogenin: the data demonstrate a male contributor

D5S818: a single allele,12, demonstrates that M. Soto cannot be excluded at this locus

FGA: two allele, low level, 22,24 can be seen: M. Soto cannot be excluded at this locus

The strongest conclusion is clearly that M. Soto is the sole contributor to exhibit 12C1. His identity is not in dispute.  G. Solache and A.D. Reyes are excluded as contributors, their DNA is not present.

THIS SPACE LEFT INTENTIONALLY BLANK

## Case Conclusions

The defendants, G. Solache, and A.D. Reyes are excluded as contributors to all samples tested. This includes the fingernail scraping and the knife, exhibit 12, found beneath one of the victims.

ISP-C used standard methods and procedures specific to the DNA testing current at the time of each of the two rounds of analysis that were performed. The initial multiplex DNA profile kits were Profiler/Cofiler and laterm, a multiplex DNA profile kit with the mandated expanded loci, Fusion 5C was used.

Though ISP-C declined to fully analyze all of the data from exhibits 12B1 and 12C1; these samples can be examined in detail and robust, scientifically defensible data can be deduced from ISP's analysis.

Exhibit 12B1 is a mixture of the decedent M. Soto and an unknown contributor.

Exhibit 12C1 is a single source sample from the decedent M. Soto.

Exhibit 12C is a single source sample from the decedent M. Soto.

The large number of evidence samples tested in this case demonstrate a commitment to trying to obtain probative forensic DNA results that would identify the assailant(s). This significant effort in both time and effort is based on the principle that 'every contact leaves a trace'. This assumption, attributed to Edmond Locard (1877-1966) is the underlying principle for all of modern forensics including forensic DNA. Here, despite considerable time, effort and expense, no physical link between the defendants and any item of evidence can be identified.

Karl Reich, Ph.D.
Independent Forensics
Lombard IL

**Appendix (I) – Analysis of DNA profile obtained from 12B1**

The forensic DNA profile obtained from exhibit 12B1 can be analyzed as follows:
D8S11779: major profile 11,13, minor profile 12,-.  M. Soto, 11,13, cannot be excluded as a contributor.

D21S11: M. Soto's homozygous 30 allele is easily identified as the major contributor; the minor (second) contributor at 28, 32.2

D7S820: M. Soto's 11,12 is readily identified, with a minor (second) contributor at 9,-. The peak imbalance allows for a hypothesis of 9,12 for the second contributor.

CSF1PO: M. Soto's homozygous allele 12 is clearly identified at this locus.

D3S1358: M. Soto's 15,16 are quickly identified.  There are no additional peaks at this locus.

TH01: three peaks, 6,7,9 incorporate M. Soto's 6,7 alleles and the second contributor to this sample has a 9,- as this locus.

D13S317: M. Soto's homozygous 14 is observed with a second contributor at 12,13.

D16S539: M. Soto's profile, 10,13 is present, the second contributor can be deduced as 11,12.

D2S1338: M. Soto's 20,23 is only partially observed at this locus (allele 20 is not convincingly identified) while the second contributor is likely 24,-.

D19S433: M. Soto's homozygous 16 is clear, the second contributor's profile is 14,- at this locus.

vWA: M. Soto's 16,17 is evident.  The second contributor is present, 15.  Here peak imbalance would allow the hypothesis that the second contributor is 15,16 at this locus.

TPOX: M. Soto's homozygous allele 8 is readily identified, the second contributor is 10,-.

D18S51: M. Soto's profile, 13,15 is observed.  The second contributor is present, 19,-

Amelogenin: the slight imbalance of the fragment size polymorphism at this locus could be interpreted to suggest that the second contributor is female, this is a hypothesis.

D5S818: M. Soto's homozygous 12 is observed.  The second contributor is 11,-.

FGA: M. Soto's 22,24 is observed.  The second contributor, 21,-, is also present.  Peak imbalance would allow the hypothesis that the second contributor could be 21,24 at this locus.

**Exhibit 12B1**



Report of Findings, Gabriel Solache v City of Chicago, et al., Attny  Swaninathan, 01 2022          pg. 11 of 13

**Exhibit 12C**



Report of Findings, Gabriel Solache v City of Chicago, et al., Attny  Swaninathan, 01 2022        pg. 12 of 13

**Exhibit 12C1**



Report of Findings, Gabriel Solache v City of Chicago, et al., Attny  Swaninathan, 01 2022        pg. 13 of 13

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## FORENSIC DNA / MOLECULAR BIOLOGY / MICROBIOLOGY / PROTEIN BIOCHEMISTRY MICROBIAL AND HUMAN FUNCTIONAL GENOMICS / PROTEIN PURIFICATION

Scientist with eight years post-graduate and fifteen years progressive experience in the pharmaceutical and biotechnology industry.  Proven track record of initiating, managing and leading product-oriented research in forensic DNA, genomics, infectious diseases, pharmaceutical target identification functional genomics, biotherapeutics, molecular biology, microbiology and strain development for industrial fermentation.

- Court Qualified DNA Expert Witness for Forensic DNA, Forensic Biology and Statistics – Testimony and depositions in more than one hundred thirty cases in State, Federal, Military and International courts in both criminal and civil litigation.
- Security Clearance – details available upon request
- R & D project development and management from conception to market launch for forensic laboratory products.
- Developed, championed and implemented market-driven strategies for functional genomics biotech startup.
- R & D management experience in market-driven pharmaceutical, biotech and forensic DNA companies.
- R & D project development experience, including market analysis, target identification and validation, HTS, lead evaluation and animal efficacy trials.
- Led, built and managed research teams to implement strategic alliances, contract research and 'in-house' R & D in molecular biology, anti-infectives and strain development.

## PROFESSIONAL EXPERIENCE

**INDEPENDENT FORENSICS, Lombard IL** **8/2002 – Present**
Chief Scientific Officer/Laboratory Director/Managing Partner for DNA Forensics, Paternity, and Molecular Biology laboratory.
- Responsibility for development, validation, commercialization, production and manufacturing of new forensic-DNA based tests.
- Supervisory responsibility for all laboratory operations, including validation, documentation, Q/A, Q/C, DNA testing, DNA analysis for forensics and paternity.
- Responsibility for lab design, lab set-up, IT, molecular biology, software and system design and implementation.
- PI on R & D contracts from federal law enforcement agency, PI on CDC SBIR grant, PI on DHS SBIR award.

**ORCHID BIOSCIENCES, Long Island NY** **4/2001 – 6/2002**
Pharmaceutical Development for 'virtual' pharmaceutical company.
- Responsibility for outsourcing of GMP synthesis of small molecule therapeutic compound.
- Initiated, negotiated and supervised CRO managed ongoing Phase II clinical trial.
- Supervised and outsourced FDA and EMEA fillings for Orphan Drug Status in Europe and U.S.A.
- Project fully acquired (and terminated) by strategic partner, 6/2002.

**INTEGRATED GENOMICS, Chicago, IL** **4/2001 – 2/2002**
*Director of Pharmaceutical Development  – Executive Management Team*
Integrated Genomics is a startup functional genomics company focusing on a bioinformatic approach to solving industrial biotechnology problems.
- Responsibility for developing and implementing small molecule-based R & D for 'niche' anti-infectives markets.
- Developed research programs for strategic partners in anti-infective biology, industrial strain improvement, flavors and fragrance industries and genomic databases.
- Experience in, and responsible for, presenting research programs to pharmaceutical partners, venture capital funds and institutional investors.

**Karl A. Reich** **Page 2**

**DNA & IMMUNOGENETICS INSTITUTE, Chicago IL** 6/2001 – 8/2002
*Co-Director, Laboratory Services*
DNA & Immunogentics Institute was the first independent DNA testing laboratory in Illinois and performed testing for paternity determination, transplant matching and blood banks.
- Paternity & Forensic DNA Testing
- Blood Antigen Testing

**ABBOTT LABORATORIES, Abbott Park IL** 10/1996 – 4/2001
Abbott Laboratories is a mid-tier pharmaceutical company with a strong focus on small molecule therapeutics.
- Directed, managed and led research group charged with cloning, expressing and purifying protein targets for pharmaceutical discovery and biotherapeutics using bacterial, insect and mammalian expression systems.
- Led effort to identify alternative expression systems/hosts for 'difficult' protein classes.
- Co-developed semi-automated cloning and expression system for HTS of protein targets.

*Group Leader, Genomics and Molecular Biology.*
- Devised, championed and directed all phases of genomics-based research program for the identification of novel anti-bacterial targets, including microbiology, mol bio, HTS cloning and expression, and database management.
- Identified and validated dozens of novel anti-bacterial targets.
- Conceived and managed small molecule discovery projects; including HTS assay development, hit characterization, animal efficacy models, SAR determination and toxicity profiles.
- Initiated proteomics program in *Haemophilus influenzae*.
- Developed and fabricated *H. influenzae* micro-array for inhibitor mode of action studies.
- Initiated and directed numerous external scientific collaborations.
- Developed broad knowledge base of genomic techniques, applications and technologies including SNPs, pharmacogenomics, proteomics, HTS sequencing, public and proprietary genomic databases.

**STANFORD UNIVERSITY SCHOOL OF MEDICINE, Stanford CA** 10/1990 - 10/1996
*Howard Hughes Research Fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on luminescent bacterial symbiont, *Vibrio. fischeri*.
- Discovered novel ADP-ribosyltransferase in culture supernatants of *V. fischeri*.
- Purified and cloned (using reverse genetics) novel ADP-ribosyltransferase from *V. fischeri*.
- Developed genetic system for *V. fischeri,* - targeted knock-outs for gene function identification.
- Initiated collaborative research with USC marine biology laboratory on symbiont/host interactions.

*Post-doctoral fellow, Laboratory of Dr. Gary Schoolnik*
- Developed research program on structure/function relationship of trans-membrane transcriptional activator, ToxR, in *V. cholerae.*
- Analyzed distribution of ToxR genes in environmental *Vibrio* isolates.
- Cloned, sequenced and characterized ToxR gene from luminescent marine bacterium, *V. fischeri*.

**INSTITUT PASTEUR, Paris, France** 10/1988 – 10/1990
*Fogarty Post-Doctoral Research Fellow*
- Developed mono-clonal antibodies against membrane active toxin of *Listeria monocytogenes*.
- Developed novel, large scale purification protocol for listeriolysin.
- Participated in *in vivo* tests of single amino acid substituted *L. monocytogenes* isogenic strains.

**Karl A. Reich**                                                                                         **Page 3**

## PRIOR RELATED EMPLOYMENT

**UCLA, Los Angeles CA**
**Dept of Biological Chemistry, Laboratory of Dr. D. Sigman**                          **1979-1982**
*Research Assistant*
- Analysis of non-enzymatic cleavage of DNA by 1,10-orthophenanthroline Copper.
- Synthesized chemical derivatives of 1,10-orthophenanthroline.
- Recombinant over-expression and purification of *E. coli* DNA Polymerase.

**HARVARD MEDICAL SCHOOL, Boston MA**
**Dept. of Neurobiology, Laboratory of Dr. T. Wiesel**                                **1977-1979**
*Research Assistant*
- Developed micro-bore HPLC for amino acid analysis of retinal homogenates.
- General laboratory duties, including ordering, organization and solution preparation for histology and EM.

**CORNELL UNIVERSITY, Ithaca, NY**                                                     **summer 1976**
**Laboratory of Dr. E. Ellson**
  *Summer intern* Low angle light scattering analysis of liposome preparations.

**ROCKEFELLER UNIVERSITY, New York NY**                                                **summer 1975**
**Laboratory of Dr. N. Zinder**
  *Summer intern* Production, purification and use of mini-cells as 'cell free' protein translation system.

## EDUCATION

**UCLA / HARVARD MEDICAL SCHOOL**                                                      **1982-1988**
**Ph.D.  Molecular Biology**
- *Thesis: Enzymic Studies on Diphtheria Toxin Fragment A*

**CORNELL UNIVERSITY**                                                                 **1973-1977**
**B.A.  Chemistry**

## LANGUAGES

- **ENGLISH, FRENCH**

## PUBLICATIONS:

1. D.R. Graham, L.E. Marshall, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by Coordination Complexes.  Superoxide Formation in the Oxidation of 1,10- Phenanthroline-Cuprous Complexes by Oxygen.  Relevance to DNA-Cleavage Reaction," *J. Amer. Chem. Soc.,* **102**, 5419 (1980).

2. L.E. Marshall, D.R. Graham, **K.A. Reich** and D.S. Sigman, "Cleavage of DNA by the 1,10- Phenanthroline-Cuprous Complex.  Hydrogen Peroxide Requirement and Primary and Secondary Structure Specificity," *Biochemistry*, **20**, 244 (1981).

**Karl A. Reich**                                                                                          **Page 4**

3.  **K.A. Reich**, L.E. Marshall, D.R. Graham and D.S. Sigman, "Cleavage of DNA by the1,10-Phenanthroline-Cuprous Complex.  Superoxide Mediates the Reaction Dependent on NADH and Hydrogen Peroxide," *J. Amer. Chem. Soc.,* **103**, 3582 (1982).

4.  L.M. Pope**, K.A. Reich**, D.R. Graham and D.S. Sigman, "Products of DNA Cleavage by the 1,10-Phenanthroline-Cuprous Complex.  Product Analysis," *J. Biol. Chem.*, **257**, (20) 12121 (1982).

5.  J.D.L. Harpe**, K.A. Reich**, E. Reich and E.B. Dowdle, "Diamphotoxin: The Arrow Poison of the !Kung Bushmen," *J. Biol. Chem.*, **258**, (19) 11924 (1983).

6.  B.L. Kagan**, K.A. Reich** and R.J. Collier, "Orientation of the Diphtheria Toxin Channel in Lipid Bilayers," *Biophys. J*., **45**, 102 (1984).

7.  P. Berche**, K.A. Reich**, M. Bonnichon, J.L. Beretti, C. Geoffroy, J. Raveneau, P.Cossart, J.L. Gaillard, P. Geslin, H. Kreis and M. Veron, "Detection of Anti-Listeriolysin O for Serodiagnosis of Human Listeriosis," *Lancet,* **335**, 624-627 (1990).

8.  B.A. Wilson, **K.A. Reich**, B.R. Weinstein and R.J. Collier, "Active-Site Mutations of Diphtheria Toxin: Effects of Replacing Glutamic Acid-148 with Aspartic Acid, Glutamine or Serine," *Biochemistry*, **29**, 8643-8651 (1990).

9.  E. Michel, **K.A. Reich**, R. Favier, P. Berche and P. Cossart, "Attenuated Mutants of the Intracellular Bacterium *Listeria monocytogenes* obtained by Single Amino-Acid Substitutions in Listeriolysin O," *Molecular Microbiology*, **4** (12), 2167-2178 (1990).

10.  F. Nato, **K.A. Reich**, S.Hopital, S. Rouyre, C. Geoffroy, J.C. Mazie and P. Cossart, "Production and Characterization of Monoclonal Antibodies against Listeriolysin O (LLO), the Thiol Activated Hemolysin of *Listeria monocytogenes*: Neutralizing Antibodies are Specific for LLO," *Infection and Immunity*, **59**(12), 4641-4646 (1991).

11.  **K.A. Reich** and G. K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses a Homologue of the *Vibrio cholerae* Transmembrane Transcriptional Activator ToxR", *J. Bacteriology*, **176**(10), 3085-3088 (1994).

12.  B. Wilson, S.R. Blanke, **K.A. Reich** and R. John Collier, "Active-Site Mutations of Diphtheria Toxin. Tryptophan 50 is a Major Determinant of NAD Affinity. *J. Biol. Chem.,* **269**(37), 23296-23301, (1994)

13.  **K.A. Reich** and G.K. Schoolnik, "Halovibrin, Secreted from the Light Organ Symbiont, *Vibrio fischeri*, Is a Member of a New Class of ADP-ribosyltransferases," *J. Bacteriology*, **178** (1), 209-215 (1996).

14.  **K.A. Reich**, T. Biegel and G.K. Schoolnik, "The Light Organ Symbiont *Vibrio fischeri* Possesses Two Distinct Secreted ADP-ribosyltransferases," *J. Bacteriology*, **179**(5), 1591-1597 (1997).

15.  E. P. Rock, **K. A. Reich**, D. M. Lyu, M. Hovi, J. Hardy, G. K. Schoonik, B. A. D. Stocker and V. Stevens.  "Immunogenicity of LTB-hCG Fusion Protein," *Vaccine*, **14**(16), 1560-1568 (1996).

16. L. Katz, D. T. Chu and **K.A. Reich**.  "Bacterial Genomics and the Search for Novel Antibiotics," *Annual Reports Med. Chem*., **32**, 121-130, (1997).

17. P. Zhong, Z. Cao, R. Hammond, Y. Chen, J. Beyer V.D. Shortridge, L. Phan, S. Pratt, J. Capobianco, **K. A. Reich**, B. Flamm, Y. S. Or and L. Katz. "Induction Ribosome Methylation in MLS-resistant *Streptococcus pneumoniae* by macrolides and ketolides", *Microb Drug Resist*; **5**(3), 183-188, (1999).

18. **K. A. Reich**, P. Hessler, L. Chovan, "Genome Scanning in *Haemophilus influenzae*: *in vitro* transposition and PCR analysis for the identification of 'essential genes', *J. Bacteriology*, **181**(16), 4961-4968, (1999).

19. **K. A. Reich**, "The search for essential genes**",** *Res Microbiol* **151**(5), 319-324, (2000)

20. Stabb E. V., **K. A. Reich**, E. G. Ruby, "*Vibrio fischeri* genes hvnA and hvnB encode secreted NAD(+)-glycohydrolases", *J. Bacteriol.*, **183**(1), 309-317(2001).

21. Tack, L. C., M. Thomas, **K.A. Reich,** Automated Forensic DNA Purification Optimized for FTA Card Punches and Identifiler STR-based PCR Analysis, Clin Lab Medicine, 27(1), 183-9, 2007.

22. Johan H. Melendez, Julie A. Giles, Jeffrey D. Yuenger, Tukisa D. Smith, Khalil G. Ghanem, **Karl Reich** and Jonathan Zenilman. Detection and Quantification of Y Chromosomal Sequences by Real-Time PCR Using the LightCycler System, *Sexually Transmitted Diseases,* March 2007, Vol. 34, No. 3, 2007.

23. Brett Schweers, Jennifer Old, P.W. Boonlayangoor and **Karl Reich**, Developmental Validation of a Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (Rapid Stain Identification™-Blood), Forensic Science International, 2, 243-247, 2008.

24. Jennifer Old, Brett Schweers, Jennifer Old, P.W. Boonlayangoor and **Karl Reich,** Developmental Validation of RSID™-Saliva; A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Saliva, J Forensic Sci.,54 (4), 866-873, 2009.

25. Kevin W.P. Miller, Ph.D., Jennifer Old, Ph.D. , Brian R. Fischer, B.S., Brett Schweers, Ph.D. , Simona Stipinaite, B.S., and **Karl Reich**, Ph.D. Developmental validation of the SPERM HY-LITER™ kit for the identification of human spermatozoa in forensic samples. J. Forensic Sci., 56 (4); 853-865, 2011.

26. Jennifer Old, Ph.D., Brett A. Schweers, Ph.D., P.W. Boonlayangoor, Ph.D.[1], Brian Fischer, B.S., Kevin W.P. Miller, Ph.D., and **Karl Reich**, Ph.D. Developmental Validation of RSID™ -Semen: A Lateral Flow Immunochromatographic Strip Test for the Forensic Detection of Human Semen. J. Forensic Sci., 57(2); 489-499, 2012.

27. Alexander Sinelnikov, Anna Kalinina, Jennifer B. Old, Pravatchai W. Boonlayangoor and **Karl A. Reich** Evaluation of Rapid Stain IDentification (RSID™) Reader System for Analysis and Documentation of RSID™ Tests, *Appl. Sci.* **2013**, *3*(3), 624; Published online: 5 August 2013

28. Alexander Sinelnikov, **K.A. Reich**, Amplicon Rx™, Post-PCR Clean-up and Concentration Specifically for Forensic DNA Multiplex STR PCR Reactions, , *Eur J Forensic Sci* Vol 3 Issue 1: 15-21, 2016

**ABSTRACTS**

New Approach to Statistical Reporting for Forensic DNA Analysis: Boonlayangoor, A. W., Reich, K.A., and Boonlayangoor, P.W. Published at the 14th International Symposium on Human Identification, Promega Corporation, Phoenix Arizona. September 29-October 2, 2003.

**Karl A. Reich** **Page 6**

Utilizing Proficiency Testing Survey Results in Forensic DNA Laboratories**.**
Karl A. Reich, Liz A. Graffy and P.W. Boonlayangoor.  Published at the 15th International Symposium on Human Identification, Promega Corporation, Phoenix Arizona. October 4-7, 2004.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Semen (**R**apid **S**tain **Id**entification-Semen), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Saliva (**R**apid **S**tain **Id**entification-Saliva), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

A Novel Lateral Flow Strip Test for Rapid Identification of Human Blood (**R**apid **S**tain **Id**entification-Blood), 17th International Symposium on Human Identification, Jennifer Old,  Brett A. Schweers, P.W. Boonlayangoor & Karl Reich, Nashville Tennessee October 8-12, 2006.

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive, and Confirmatory Screening Method for Human Sperm from Sexual Assault Evidence Jennifer Old, Brett A. Schweers, P.W. Boonlayangoor & Karl A. Reich 19th International Symposium on Forensic Sciences, ANZFSS Melbourne meeting – October 2008

Developmental Validation of SPERM HY-LITER™: A Specific, Sensitive and Confirmatory Screening Method for Human Sperm Detection from Sexual Assault Evidence.  19th International Symposium on Human Identification. Jennifer Old*,  Brett A. Schweers*, P.W. Boonlayangoor & Karl Reich  - Promega HID meeting -  October 2008

Case Study: Analysis of an anorectal swab alleged to contain canine sperm using a fluorescently labeled human sperm head specific antibody.  19th International Symposium on Human Identification.  Marisa Farhner,  Brett A. Schweers & Karl Reich – Promega HID meeting -  October 2008

Summary Results of a Blinded Study on the Effectiveness and Efficiency of using SPERM HY-LITER™ to Screen Sexual Assault Evidence for Sperm. 20th International Symposium on Human Identification.  Jennifer Old Ph.D., Marisa Fahrner MS, Jie Wu Ph.D.,  Christian G. Westring Ph.D., P.W. Boonlayangoor Ph.D. and Karl Reich Ph.D.

Mapping Duct Tape for the Presence of Saliva Using Phadebas® Press Sheets,  23rd International Symposium on Human Identification, Lynette Johns B.S., Pravat Boonlayangoor Ph.D. and Karl A. Reich Ph.D.

Substrate Controls – A Simple Story  24[rd] International Symposium on Human Identification, Lynette Johns B.S., P.W. Boonlayangoor Ph.D. & Karl A. Reich Ph.D.

Solution For Partial Profiles: *Amplicon Rx*™ Post-PCR Clean-up Kit, 24[rd] International Symposium on Human Identification Alex Sinelnikov and Karl A. Reich

A bridge between two previously separate forensic disciplines: latent examination and DNA profiling. Development of new materials, methods and procedures for the collection of enhanced latent friction ridge impressions (fingerprints) *and* DNA profiling from the same evidence.  101St International Association of Identification,  Alex Sinelnikov, Ph.D., Dyer Bennet, Karl Reich, Ph.D.

**Karl A. Reich**                                                                                          **Page 7**

An Efficient and Effective Protocol for Identifying Sperm from Anal Swabs Using SPERM HY-LITER EXPRESS, 27th International Symposium on Human Identification, Jennifer B Old; Anna K Trobe, Karl A. Reich and P.W. Boonlayangoor

A New Tool to Assist Criminal Investigators: DNA-STR Profiles from "Skin and Oil" Fingerprints, 27th International Symposium on Human Identification, Alexander Sinelnikov, P.W. Boonlayangoor and Karl A. Reich

PCR-Based tests for the Forensic Detection of Feces: Use of Bacteroides species indicators of Fecal Contamination, 27th International Society for Forensic Genetics, A. Sinelnikov, E. Kopitke, K. Reich

Material and Methods that Allow Fingerprint Analysis and DNA Profiling from the Same Latent Evidence. 27th International Society for Forensic Genetics, A. Sinelnikov and K. Reich


**TRAINING CLASSES**

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL September 2006
Faculty for IICLE DNA Evidence Course. Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Bloomington IL September 2006
Faculty for IICLE DNA Evidence Course. Introduction to DNA and DNA Evidence for legal Professionals. Evidence, DNA Matching, Statistics, Defense and Prosecution Strategies, Case Review

Illinois Institute for Continuing Legal Education (IICLE) – Chicago IL March 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Illinois Institute for Continuing Legal Education (IICLE) – Fairview Heights IL November 2007
Faculty for IICLE Defending Illinois Death Penalty Case – Cold Hits and Cold Cases: DNA Databases and New Technologies in Forensic DNA.

Southwest Association of Forensic Sciences (SWAFS) – Austin TX October 10, 2007. Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen. Instructors: Karl Reich and Nadine Mattes.
Louisiana Association of Forensic Sciences (LAFS) – Baton Rouge LA, October 24, 2007. Training Workshop: Fluorescent Detection of Sperm from Sexual Assault Evidence. Instructors: Karl Reich and Nadine Mattes.

Northwestern Association of Forensic Scientists (NWAFS) – Salt Lake City UT –November 5, 2007. Training Workshop: Sensitive and Specific Fluorescent Detection of Human Sperm. Instructor: Karl Reich

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology. Instructor for Training class on human body fluid identification. December 11-13, 2007.

**Karl A. Reich**                                                                                                     **Page 8**

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  April 22-24th, 2008.

Mid-Atlantic Association of Forensic Scientists (MAAFS) – Huntington WV – April 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructor for Training class on human body fluid identification.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  August 19-21th, 2008.

Southwest Association of Forensic Sciences (SWAFS) – Little Rock AK September 25th, 2008 Training workshop: Next Generation Sperm and Body Fluid Identification Tests: SPERM HY-LITER™ and RSID™-Saliva, Blood and Semen.  Instructors: Karl Reich and Ruben Nieblas.

Midwest Association of Forensic Scientists (MAFS) – Des Moines IA – September 30th, 2008.  Training Workshop: Body Fluid Identification from Sexual Assault Evidence.  Instructors for Training class on human body fluid identification Ruben Nieblas and Karl Reich.

McCrone College of Microscopy, COM700: Body Fluid Identification and Microscopic Methods of Sperm Detection for Forensic DNA/Serology/Biology.  Instructor for Training class on human body fluid identification.  December 2-4th, 2008.

SAFS/SWAFS/MAFS Combined Meeting Workshop: Current Topics and Development in Body Fluid Identification and Source Attribution.  Instructor for Training Class on human body fluid identification for forensic DNA analysts.  October 20th, 2009

SWAFS Workshop on Identification and Isolation of sperm from sexual assault evidence.  Instructor for hands-on training class, LCM and SPERM HY-LITER™.  September 23, 2010.

NEAFS/NEDIAI Combined Meeting Workshop: Forensic Body Fluid Identification Techniques – Hands-on Short Course for Saliva, Blood, Urine, Semen and Sperm.  November 8th 2010.

CAC Workshop on Body Fluid Identification: Blood, Saliva Semen, Urine and Sperm.  Hands-on training class, Instructors Karl Reich and Dina Mattes, Bakersfield CA, May 8th, 2012.

Primer Seminario Taller Iberoamericano de Nuevas Technologia en Analisis de Fluidos Biologicos Y Nueva Generacion de Secuenciacon, Instructors Karl Reich and Helga Langthon, Panama October 19th, 2015

SWAFS Workshop on Body Fluid Identification and New Technologies and Trends in Forensic DNA, Instructors Karl Reich and Dina Mattes, Oklahoma City, October 21, 2015.

MAFS/SAFS Workshop: Rescue DNA – LCM, Post-PCR, Touch DNA, Instructors Karl Reich, Jennifer Old and Dina Mattes, Cincinnati, OH, September 20th, 2017

**Karl A. Reich**                                                                                       **Page 9**

## CONTINUING EDUCATION

| | |
|---|---|
| American Academy of Forensic Sciences 67th Annual Meeting | Feb 2015 |
| Southwestern Association of Forensic Scientists, | Oct 2015 |
| 26th International Symposium on Human Identification | Sep 2015 |
| American Academy of Forensic Sciences 68th Annual Meeting | Feb 2016 |
| 27th International Symposium on Human Identification | Sep 2016 |
| interForensics, Conferencia Internacional de Ciencias Forenses | May 2017 |
| 28th International Symposium on Human Identification | Oct 2017 |
| ASCLD Symposium | May 2017 |
| 9th Asian Forensic Sciences Network | Sep 2017 |
| 27th Congress of the International Society for Forensic Genetics | Sep 2017 |
| 29th International Symposium on Human Identification | Sep 2018 |
| 28th Congress of the International Society for Forensic Genetics | Sep 2019 |
| 11th Annual Meeting & Symposium Asian Forensic Science Network, | Sep 2019 |
| American Academy of Forensic Sciences 72nd Annual Meeting | Feb 2020 |

## COURT & DEPOSITION EXPERIENCE:

Dr. Reich has been court qualified as an Expert in Forensic DNA, Forensic Biology and the interpretation of Forensic DNA Statistics in the following jurisdictions (in alphabetical order):

| | |
|---|---|
| California | Missouri |
| Dublin (Ireland) | Nebraska |
| Florida | New Jersey |
| Illinois | New Mexico |
| Indiana | New York |
| Iowa | Ohio |
| Kentucky | South Dakota |
| Maryland | Virginia |
| Michigan | Washington D.C. |
| Minnesota | Wisconsin |

This includes cases in State and Federal courts on both criminal and civil matters. Additional details available upon request.

*Note:*
Forensic DNA is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to process samples, both evidentiary and reference, for obtaining genetic identity information. The collection, storage, processing, analysis of forensic evidence and the interpretation of such data are included in this definition.

Forensic Biology is defined as the methods, procedures, protocols, regulations, standards, and underlying science used to identify body fluids (blood, saliva, semen, urine and feces) and to identify spermatozoa from forensic evidence. The collection, storage, processing, analysis of forensic evidence and interpretation of such data are included in this definition.

# Karl A. Reich, Ph. D.

INDEPENDENT FORENSICS, 500 WATERS EDGE, SUITE 210 LOMBARD IL 60148
karl@IFI-Test.com;  P 708.234.1200; F 708.978.5115

## COURT & DEPOSITION RECORD

Amy Gorac v. George Gorac:                          02D2244/September 15, 2004
Attorney Steve Deitch
DuPage County, IL
***Deposition*** by: Dr. Karl A. Reich

People v. Derrick Lee                                00CR 28948/March 14, 2005
Atty. Charles K. Piet
Chicago, IL
By: Dr. Karl Reich

People vs. Edgar Mullin,                             03CR 5752/June 27, 2005
Atty. Leroy Cross
Chicago, IL
By: Dr. Karl Reich

People vs. Juan Luna Jr.                             02CR 15430/June 9, 2006
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
***Deposition*** by: Dr. Karl A. Reich

People vs. Octavia Anima                             03CR 17306/March 14, 2007
Attorney Gigi Gilbert
Chicago, IL
By: Dr. Karl A. Reich

People vs. Juan Luna Jr.                             02CR 15430/May 1, 2007
Attorney Clarence L. Burch/Allan Sincox
Chicago, Il
By: Dr. Karl A. Reich

Will County vs. Kevin Fox                            04C7309/October 9, 2007
Attorney Kathleen T. Zellner
Oak Brook, IL
***Deposition*** by: Dr Karl A. Reich

Will County vs. Kevin Fox                            04C7309/December 6, 2007
Attorney Kathleen T. Zellner
Dirksen Federal Court, Chicago, IL
By: Dr Karl A. Reich

People vs. Diane Thames                              05CR 21070
Attorney Kathleen T. Zellner                         January 17, 2008
Rolling Meadow Road, Palatine, IL
By: Dr Karl A. Reich

Commerce Bank v. Widger, et al                       U.S. District
Attorney James P. Ginzkey                            Court No. 06-CV-1103
At IFI, Hillside IL                                  June 3, 2008
***Deposition*** by: Dr. Karl A. Reich

**Karl A. Reich**                                                                  **Page 2**

## COURT & DEPOSITION RECORD, CONT'D

Harold Hill v. City of Chicago, et al
Attorney Russell Ainsworth                    Court No. 06C 6772
30 North LaSalle Street, Chicago, IL          July 18, 2008
*Deposition* by: Dr. Karl A. Reich

People v. John Garfield                        06CR 6123
Attorney Ms Christa Petty                      Feb. 25, 2009
Chicago, IL
By: Dr. Karl Reich

U.S.A. v. Seth Hornedeagle                     U.S. District
Attorney Anthony White                         Court, No 08CR046RB
Las Cruces, NM                                 April 9th, 2009
By: Dr. Karl Reich

People v. Jacob Young                          C06-047071
Attorney Ms Christa Petty                      July 10, 2009
Chicago, IL
By: Dr. Karl Reich

Donny McGee v. City of Chicago                 08L 3503/
Attorney Russell Ainsworth                     04CV 6352
53 West Jackson Blvd, Suite 1800               October 29, 2009
Chicago IL  60604
*Deposition* by: Dr. Karl A. Reich

U.S.A. v. Theodore Largo                       U.S. District
Attorney Steve Aarons                          Court, No 1:08-CR02830JCH-1
Albuquerque, NM                                May 10th & May 11th, 2010
By: Dr. Karl Reich

Donny McGee v. City of Chicago                 IL State Court
Attorney Russell Ainsworth                     04CV 6352
50 West Randolph Street                        May 26th, 2010
Chicago IL
By: Dr. Karl Reich

People v. Viliufo Escobar                      07 CR 5255
Attorney Dan Nolan                             July 15, 2010
Bridgeview IL
By: Dr. Karl Reich

People v. Brian Andvik                         73-Cr-10-17
Attorney Thomas Murtha                         Stearns County, MN
Attorney Rich Kenly                            July 16, 2010
St. Cloud MN
By: Dr. Karl Reich

**Karl A. Reich**                                                                                          **Page 3**

**COURT & DEPOSITION RECORD, CONT'D**

U.S.A v Theodore Largo                                 Cr.No.08-2830
Attorney Steven Aarons                                 July 28, 2010
Albuquerque, NM
By: Dr. Karl Reich

State v. Vasily London                                 Case# 07017348CF10A
Attorney: Viviane Gariboldi                            Broward County, FL
Attorney Joanna Nagy                                   November 15th, 2010
Broward County, FL
By Dr. Karl Reich

State v. Willie Baldwin                                Case# 07CR 1301, O7CR 1302
Attorney: Deana Binstock                               Cook County, IL
Chicago IL                                             December 2nd & 3rd 2010
By Dr. Karl Reich

DPP v. Colm Quigley                                    Laboratory Case # 08/07979
Solicitor: Tony O'Malley                               Ref# 17619/2008
Barrister: Michael Delaney SC                          January 20th, 2011
Dublin
Ireland
By Dr. Karl Reich

State v. Thomas Soule                                  Case# 09 CF-178,
Attorney Randall Morgan                                Livingston County
Pontiac IL                                             March 7th, 2011
By Dr. Karl Reich

State v. Daniel Cleary                                 Case# 10-CF-205
Attorney John Lonergan                                 Tazewell County
Pekin IL                                               March 8th, 2011
By Dr. Karl Reich

State v. Crandall Williams                             Case# 08 CR 07754
Attorney John Wilson                                   Cook County
Attorney Brian Walsh                                   March 11th, 2011
Markham IL
By Dr. Karl Reich

State v. Olushola Aleem                                Case# 109139012
Attorney Andrew Northrup                               Baltimore County
Attorney Karyn Meriwether                              May 5th, 2011
Baltimore MD
By Dr. Karl Reich

State v. Jonnie Butler                                 Case# 109288023
Attorney Jeff Gilleran                                 Baltimore County
Attorney Karyn Meriwether                              October 13th, 2011
Baltimore MD
By Dr. Karl Reich

**Karl A. Reich** **Page 4**

**COURT & DEPOSITION RECORD, CONT'D**

State v. Dauda Kohlheim                    Case# 99-08-72019
Attorney Galyard Williams                  St. Louis County
St. Louis / Clayton MO                     November 3rd, 2011
By Dr. Karl Reich

People v. Lazerrick Mosley                 Case# 09CR 4024
Attorney Dan Nolan                         Cook County
Markham IL                                 November 9th, 2011
By Dr. Karl Reich

People v. Brandon Starks                   Case# 10CR 3064
Attorney Charles Pinkston                  Cook County
Chicago IL                                 December 8th, 2011
By Dr. Karl Reich

People v. Edward Taylor                    Case# 09CR 222430
Attorney Winona Agbabiaka                  Cook County
Chicago IL                                 February 28th, 2012
By Dr. Karl Reich

People v. Willie Baldwin                   Case# 07-CR-1301, 02
Attorney Deana Binstock                    Cook County
Chicago IL                                 March 2nd, 2012
By Dr. Karl Reich

People v. Eric Hinton                      Case 119168, Matter ID 11-1810572
Attorney Sherryl Statland                  Montgomery County
Rockville MD                               March 14, 2012
By Dr. Karl Reich

People v. Charlie Lewis                    Court Case # 27-CR-10-7607
Attorney Catherine Turner                  Hennepin County
Minneapolis MN                             March 26th, 2012
By Dr. Karl Reich

People v. John Ferryman                    Court Case# 98 CF 1709
Attorney Valerie Pacis                     DuPage County
Wheaton IL                                 April 12th, 2012
By Dr. Karl Reich

People v. John Ferryman                    Court Case# 98 CF 1709
Attorney Valerie Pacis                     DuPage County
Wheaton IL                                 May 14h, 2012
By Dr. Karl Reich

People v. Robert Anderson                  Court Case #03-07356
Attorney Steve Richards                    Cook County
Chicago IL                                 August 24, 2012
By Dr. Karl Reich

**Karl A. Reich**                                                                                                           **Page 5**

**COURT & DEPOSITION RECORD, CONT'D**

People v. Gregory Nania                                    Court Case# 2009 CF-2144
Attorney Mr. Dan Cain                                      Winnebago County
Rockford IL                                               September 6, 2012
By Dr. Karl Reich


Kina Burgs v. Chicago Police                              Court Case# 07 L 6885
Attorney M. LeCompte                                      Cook County
Lombard IL                                               January 8th, 2013
*Deposition* by Dr. Karl Reich


State of Ohio v. David Ayers                              Court Case CR 388738
Attorney Mr. Russell Ainsworth                            Cuyahoga County
Cleveland OH                                             March 4th, 2013
By Dr. Karl Reich


People v. Eric Bernard                                    Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*                          DeKalb Countty
Sycamore IL                                              March 15, 2013
By Dr. Karl Reich


People v. Anthony Triplett                                Court Case 07- CR-1330; 07-CR-2970
Attorney Jack Rimland, Allan Sincox                       Cook County
Chicago IL                                               May 9th, 2013
By Dr. Karl Reich


Florida v. Danny Johnson                                  Court Case 11-2655CF10A
Attorney Donald Cannarozzi                                Broward County
Chicago IL                                               May 13th, 2013
*Deposition* by Dr. Karl Reich


Stanfield v. Cook County                                  Court Case 10 C 6569
Attorney Luke Casson                                      U.S. District Court, Chicago IL
Chicago IL                                               May 22nd, 2013
By Dr. Karl Reich


People v. Eric Bernard                                    Court Case 10 CF 306
Mr. Eric Bernard acting *pro se*                          DeKalb County
Sycamore IL                                              June 13, 2013
By Dr. Karl Reich


People v. Brian D. Allen                                  Court Case M-148-2012 V
Attorney Michelle Potoczny Gu, Mark Wolber                Saratoga County
Saratoga NY                                              July 24, 2013
By Dr. Karl Reich


Florida v. Johnathan Holte                                Court Case 2009CF2362
Attorney Joe Campoli                                      Manatee County
Bradenton FL                                             November 18th, 2013
By Dr. Karl Reich

**Karl A. Reich** **Page 6**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| Florida v. Danny Johnson<br>Attorney: Don Cannarozzi<br>Ft. Lauderdale FL<br>By Dr. Karl Reich | Court Case 11002655CF10A<br>Broward County<br>December 18th, 2013 |
| IL v. Eric Bernard<br>Attorney Daniel Transier<br>Sycamore IL<br>By Dr. Karl Reich | Court Case 10 CF 306<br>DeKalb County<br>February 6, 2014 |
| Indiana v. Arthur Lee Gates, Jr.<br>Attorney Bill Polansky<br>Evansville IN<br>By Dr. Karl Reich | Court Docket 82A01-0806-CR-302<br>Vanderburgh County<br>March 5th 2014 |
| IL v. Kevin Oldaker<br>Attorney Azhar Minhas<br>Belvidere IL<br>By Dr. Karl Reich | Court Docket 2010 CF 447<br>Boone County<br>March 12th, 2014 |
| IL v. James Hampton<br>Attorney Scott Kozicki<br>Chicago IL<br>By Dr. Karl Reich | Court Docket 07 CR 4582<br>Cook County<br>March 24, 2014 |
| MD v. Darius Keenan<br>Attorney Jeff Gilleran<br>Attorney William Davis<br>Annapolis MD<br>By Dr. Karl Reich | Court Docket K-2013-2005, ID 12-0110402<br>Anne Arundel County<br>April 09, 2014 |
| MD v. Darius Keenan<br>Attorney Jeff Gilleran<br>Atorney William Davis<br>Annapolis MD<br>By Dr. Karl Reich | Court Docket K-2013-2005, ID 12-0110402<br>Anne Arundel County<br>April 25, 2014 |
| Hubert Burgs v City of Chicago<br>Attorney Marcelle LeCompte<br>Chicago IL<br>By Dr. Karl Reich | US Federal Court, 1:2013cv01988<br>Illinois Northern District<br>Chicago IL<br>September 23, 2014 |
| U.S. v Demonta Chappell<br>Attorney Chris Roberts<br>Washington D.C.<br>By Dr. Karl Reich | US Federal Court, 2013-CF1-2097<br>District of Columbia<br>October 16th, 2014 |
| IL v Stephen Johnson<br>Attorney Richard Dvorak<br>Markham IL<br>By Dr. Karl Reich | Court Docket 11 CR 5008<br>Cook County<br>November 20th, 2014 |

**Karl A. Reich** **Page 7**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IL v Demetrious Beal | Court Docket 12 CF 2382 |
| Attorney Cosmo Tedone | Will County |
| Joliet IL | December 18th, 2014 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Indiana v. Arthur Lee Gates, Jr. | Court Docket 82A01-0806-CR-302 |
| Attorney Bill Polansky | Vanderburgh County |
| Evansville IN | January 23rd 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Illinois v Jerome Robertson | Court Docket 12 CR 2391 |
| Attorney Steven Fagan | Cook County |
| Markham IL | February 26, 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| Sarah Pyles v Village of Manteno et al | Case No. 13 C 21214 |
| Attorney Daniel Kiss | U.S. District Court, Urbana IL |
| *Deposition* by Dr. Karl Reich | March 6, 2015 |

| | |
|---|---|
| IL v Demetrious Beal | Court Docket 12 CF 2382 |
| Attorney Cosmo Tedone | Will County |
| Attorney Jeff Tomczak | continuation of previous hearing |
| Joliet IL | April 28th, 2014 |
| By Dr. Karl Reich | |

| | |
|---|---|
| NY v Daniel Ramos | Court Docket 2013 CR 338372 |
| Attorney Michael Berger | Nassau County |
| By Dr. Karl Reich | May 20, 2015 |

| | |
|---|---|
| IN v Freddie Alcantar | Court Docket 02D05-1401-MR-1 |
| Attorney Michelle Kraus | Allen County |
| Fort Wayne IN | August 24, 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Samuel Gayden | Court Docket 10-CR-18156 |
| Attorney Gina Piemonte | Cook County |
| Chicago IL | September 9th, 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IN v Freddie Alcantar | Court Docket 02D05-1401-MR-1 |
| Attorney Michelle Kraus | Allen County |
| Fort Wayne IN | October 22, 2015 |
| By Dr. Karl Reich | |

| | |
|---|---|
| IL v Stallworth, Miller | Court Docket 14 CR 426 |
| Attorney A Thedford | Cook County |
| Chicago IL | December 9, 2015 |
| By Dr. Karl Reich | |

**Karl A. Reich** **Page 8**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| CA v Martin Van Eycke | Court Docket 13017048 (MCN), 221929 (SCN) |
| Attorney Diane Knoles | City and County of San Francisco |
| San Francisco CA | December 16th, 2015 |
| By Dr. Karl Reich | |

SD v Benjamin Thomas  Court Docket CRI 15.01
Attorney Robin Eich  Turner County
Parker SD  January 13, 2016
By Dr. Karl Reich

IL v Morris Williams  Court Docket 2013-CF-304
Attorney Jacqueline Lacy  Vermillion County
Danville IL  January 22, 2016
By Dr. Karl Reich

IL v Jerimiah Pinkerman  Court Docket 2010 CF 1840
Attorney Bernard Ward  Will County
Joliet IL  March 22, 2016
By Dr. Karl Reich

MO v Dane Tillman  Agency Case # 220113
Attorney Nicholas Swischer  Dade County
Wheaton IL  March 18, 2016
*Deposition* by Dr. Karl Reich

IA v James Arneson  Court # FECR350403
Attorney Joe McCarville  Webster County
Lombard IL  March 29, 2016
*Deposition* by Dr. Karl Reich

IA v James Arneson  Court # FECR350403
Attorney Joe McCarville  Webster County
Fort Dodge, IA  April 07, 2016
By Dr. Karl Reich

Jeron Johnson v Luthera Williams  Probate court, docket unknown
Attorney Michael Zweig  Cook County
Chicago IL  April 11, 2016
By Dr. Karl Reich

SD v Benjamin Thomas  Court Docket CRI 15.01 (retrial)
Attorney Robin Eich  Turner County
Parker SD  June 2-3, 2016
By Dr. Karl Reich

IL v Adrian Pettis,  Court Docket 12 CR 18409
Attorney Maria Owens  Cook County
Chicago IL  June 30, 2016
By Dr. Karl Reich

**Karl A. Reich**                                                                                          **Page 9**

**COURT & DEPOSITION RECORD, CONT'D**

IN v R.K. Niemeyer                                      Court Docket .02D04-1509-MR-3
Attorney Randy Fisher                                  Allen County
Fort Wayne IN                                          July 20, 2016
By Dr. Karl Reich


IN v Malcom Wade                                       Court Docket 53C02 1411 F3 001042
Attorney Isabella Bravo                                Monroe County
Bloomington IN                                         August 3, ,2016 (2)
By Dr. Karl Reich


IL v Edgar Morales                                     Court Docket 11 CR 10436
Attorney John Benson                                   Cook County
Chicago IL                                             September 1, 2016
By Dr. Karl Reich


NE v Anthony Garcia                                    Court Docket CR 13 2311
Attorney Jeremy Jorgenson                              Douglas County
Attorney Robert Motta
Omaha NE                                               October 19, 2016
By Dr. Karl Reich


NJ v Russell Bouse                                     Court Docket 10-12-1057-I
Attorney V. Sanzone                                    Gloucester County
Woodbury NJ                                            October 27, 2016
By Dr. Karl Reich


IL v Jaime Rodriguez                                   Court Docket 13 CR 21500
Attorney Scott Gordon                                  Cook County
Skokie, IL                                             December 5, 2016
By Dr. Karl Reich


LaPorta v City of Chicago, et al                       Court Docket 14 CV 9665
Attorney Debra Thomas                                  U.S. District Court, Northern District
Chicago IL                                             March 21, 2017
_Deposition_ by Dr. Karl Reich


IL v Whalen                                            Court Docket 91 CF 344
Attorney Eliot Slosar                                  McLean County
Bloomington IL                                         May 5th, 2017
By Dr. Karl Reich


IL v Jorge Torres                                      Court Docket 12 CF 127
Attorney Jed Stone                                     Lake County
Waukegan IL                                            May 9th, 2017
By Dr. Karl Reich


IL v Kenneth Rhodes                                    Court Docket 12 CR 3075
Attorney Christa Petty                                 Cook County
Chicago IL                                             May 10th, 2017
By Dr. Karl Reich

## Karl A. Reich                                                   Page 10

**COURT & DEPOSITION RECORD, CONT'D**

MD v Lloyd Harris                                 Court Docket: 10-K-16-057851   Matter ID: 16-1500810
Attorney Mathew Frawley                           Frederick County
Frederick MD                                      June 27, 2017
By Dr. Karl Reich


MI v Larry Smith                                  Court Docket 16-000534-FC
Larry Smith *pro se*                              Berrien County
Attny Richard Sammis
By Dr. Karl Reich                                 July 14th, 2017


Cole v Meeks et al                                Court Docket 15-CV-01292
Attorney Douglas Johnson                          U.S. District Court, Peoria Division
Downers Grove IL                                  August 7th, 2017
*Deposition* by Dr. Karl Reich


LaPorta v City of Chicago, et al                  Court Docket 14-Cv-9665
Attorney Bruno Marasso                            U.S. District Court, Northern District
Chicago IL                                        October 12, 2017
By Dr. Karl Reich


MD v. Lloyd Arbard Harris                         Case No: 10-K-16-057851
Attorney Mathew Frawley                           District Court, Frederick County
Frederick MD                                      October 30, 2017
By Dr. Karl Reich


IL v Drew Terrell                                 Court Docket 85 CR 10757
Attorney Dan Coyne                                Cook County
Chicago IL                                        November 29, 2017
By Dr. Karl Reich


MI v Jason Garlow                                 Court Case 2017-264384-FH
Attorney Matthew Crandall                         District Court, Oakland County,
Pontiac MI                                        December 6, 2017
By Dr. Karl Reich


IL v Hallom                                       Court Case 13 CR 12983
Attorney Christa Petty                            Cook County
Chicago IL                                        March 9, 2018
By Dr. Karl Reich


MI v Jason Garlow                                 Court Case 2017-264384-FH
Attorney Matthew Crandall                         District Court, Oakland County,
Pontiac MI                                        April 11, 2018 (retrial)
By Dr. Karl Reich


IN v Stinemetz                                    Court Case 25C01-1511-MR-000569
Attorney Brad Rozzi                               District Court, Fulton County
Rochester IN                                      May 3, 2018
By Dr. Karl Reich

**Karl A. Reich** **Page 11**

**COURT & DEPOSITION RECORD, CONT'D**

| | |
|---|---|
| IN v Ivory | Court Case No. 71D02-1701-MR-000001 |
| Attorney Vincent Campiti | St. Joseph County |
| South Bend IN | August 7, 2018 |
| By Dr. Karl Reich | |

People v. Brandon Starks — Case# 10 CR 3064, 10 CR 4408
Attorney Christa Petty, Gina Piemonte — Cook County
Chicago IL — October 25th, 2018
By Dr. Karl Reich

People v Gary Blakley — Court Case 12 CR 5684-01
Attorney Michael Johnson — Cook County
Chicago IL — November 16, 2018
By Dr. Karl Reich

IL v Whalen — Court Docket 91 CF 344
Attorney Tara Thompson — McLean County
Bloomington IL — February 12, 2019
By Dr. Karl Reich

IL v Kenneth Williams — Court Docket 16CF539
*pro se* — Champaign County
Urbana IL — February 14th, 2019
By Dr. Karl Reich

KY v David Dooley — Court Docket 12 CR 00622
Attorney Jeff Lawson — Boone County
Florence KY — March 08, 2019
By Dr. Karl Reich

MD v Daniel Gross — Court Docket 128021C, CR# 15-034375
Attorney Tom Pavlinic — Montgomery County
Rockville MD — April 12, 2019
By Dr. Karl Reich

IL Dept of Financial & Professional Regulation — No. 2018-02807
Attorney James Goldberg — Cook County IL
Chicago IL — May 30, 2019
By Dr. Karl Reich

IL v Angel Rodriguez — No. 99 CR 24480
Attorney Russell Ainsworth — Cook County IL
Chicago IL — August 6th, 2019
By Dr. Karl Reich

IL v William Webb — No. 16 CF 318
pro se defendant — LaSalle County IL
Ottawa IL — October 23, 2019
By Dr. Karl Reich

**Karl A. Reich** **Page 12**

**COURT & DEPOSITION RECORD, CONT'D**

IL v Dwight Beck
Attorney Charles Pinkston
Markham IL
By Dr. Karl Reich

No. 17 CR 5422
Cook County
October 24, 2019


USA v Isaac N. Gibbons
Attorney Edward MacMahon
Attorney David Benowitz
Alexandria VA
By Dr. Karl Reich

Criminal Case 1:18-cr-454
US District Court, Eastern Virginia

November 13, 2019


Andersen v City of Chicago, et al.,
Attorney Heather Donnell
Chicago IL
By Dr. Karl Reich

16 CV 1963
U.S. District Court, Northern Division IL
December 5, 2019


MD v Keith Davis, Jr.,
Attorney Deborah Levi
Attorney Andrew Northrup
Baltimore MD
By Dr. Karl Reich

Case No. 116009001

Baltimore County
February 28th, 2020


IL v. Joshua Mecum
Attorney Joseph Parisi
Kankakee IL
By. Dr. Karl Reich

Case No. 18 CF 364
Kankakee County
June 10, 2020


IL v Bryan Stahl
Attorney P. Prossnitz
Woodstock IL
By Dr. Karl Reich

Case no 18 CF 768
McHenry County
June 22, 2020


IN v Mark Brady
Attorney Annie Fierek
Danville IN
By Dr. Karl Reich

Case 32D04-1706-F3-000027
Hendricks County
September 17, 2020


IL v Jamal Drane
Attorney Michael Kereluk
St. Charles IL
By Dr. Karl Reich

Court Case 18 CF 944.
Kane County
September 29th, 2020


IN v Winston Corbett
Attorney Peter Britton
Goshen, IN
By Dr. Karl Reich

Court Case 20C01-1811-MR-000004
Elkhart County
November 10th, 2020


William Virgil v. City of Newport,
Attorney Elliot Slosar, Molly Campbell
Lombard IL / Newport KY (via video)
*Deposition* by Dr. Karl Reich

No. 16-CV-224
Eastern District of Kentucky

**Karl A. Reich** **Page 13**

**COURT & DEPOSITION RECORD, CONT'D**

IN v Brent Taylor
Attorney G.L. Fumarolo
Lombard IL / Fort Wayne IN (via video)
*Deposition* by Dr. Karl Reich

Court Case 02D05-1905-F1-10
Allen County
February 19, 2021

ME v Jeffrey Williams
Attorney R.C. Andrews
Lombard IL / Portland ME (via video)
*Deposition* by Dr. Karl Reich

Court Case Yor-10-578
Cumberland County
February 22, 2021

IN v Brent Taylor
Attorney G.L. Fumarolo
Fort Wayne IN
By Dr. Karl Reich

Court Case 02D05-1905-F1-10
Allen County
March 11, 2021

IL v Carlos Menodoza
Attorney Raul Villalobos
Urbana IL
By Dr. Karl Reich

Court Case 2019 CF 000113
Champaign IL
April 21, 2021

NM v Jerry Espinoza
Attorney B. Mondragon
Raton NM
By Dr. Karl Reich

Court Docket D-809-CR-2020-00140
Colfax
April 28, 2021

Andersen v City of Chicago, et al.,
Attorney Heather Donnell
Chicago IL
By Dr. Karl Reich

16 CV 1963
U.S. District Court, Northern Division IL
May 28, 2021

MN v T. Palodichuk
Attorneys T. Dust, D. Nemer
Anoka MN
By Dr. Karl Reich

Court Case 02CR195135
Anoka County
June 17, 2021

MN v T. Palodichuk
Attorneys T. Dust, D. Nemer
Anoka MN
By Dr. Karl Reich

Court Case 02CR195135
Anoka County
June 21, 2021

MD v William Andrew Wright, Jr.
Attorney Shannon Heery
Baltimore MD
By Dr. Karl Reich

Court Case 118346020
Baltimore County
July 19, 2021

MD v Anthony D'Angelo Wilkins
Attorney Tanya Kappor
La Plata MD
By Dr. Karl Reich

Matter ID 08-K-17-000241
St. Charles County
July 23. 2021

**Karl A. Reich**                                                              **Page 14**

**COURT & DEPOSITION RECORD, CONT'D**

IA v Sir Frank William Nelson III                     Court Case FECR236187
Attorney Kathryn Mahoney                              Black Hawk County
Waterloo IA                                           September 16th, 2021
By Dr. Karl Reich

MD v Tyrone Harvin                                    Court Case 18-0603649
Attny Molly Ryan                                      Baltimore County
Baltimore MD                                          October 13, 2021
By Dr. Karl Reich

MD v A.M.Muldrow                                      Court Case C03CR19000763
Attny Elizabeth Crow                                  Baltimore County
Towson MD                                             October 27, 2021
By Dr. Karl Reich

IL v Marquiese Talley                                 Court Docket 20CF425, 20CF426,
Attny Steve Muslin                                    Peoria County
Peoria IL                                             December 1, 2021
By Dr. Karl Reich

U.S. v Nashiri                                        Military Commission
Attny K. Carmon                                       U.S. Naval Base
Guantanamo Bay, Cuba                                  December 08, 2021
By Dr. Karl Reich

U.S. v Nashiri                                        Military Commission
Attny K. Carmon                                       U.S. Naval Base
Guantanamo Bay, Cuba                                  December 09, 2021
By Dr. Karl Reich

Shaw (Granton) v. City of Chicago et al.             Court Docket, 18-L-8034
Attny Bryce Hensley                                   Cook County
Lombard, IL                                           December 28th, 2021
*Deposition* by Dr. Karl Reich

IL v McGuire, Jr.,                                    Court Docket 2016 CF 2515
Attny Eric Pittman, J.P. Ivec                         Will County
Joliet IL                                             January 10, 2022
By Dr. Karl Reich