**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**[PROPOSED] <u>FINAL PRETRIAL ORDER</u>**

### 1. <u>Trial Attorneys</u>

<u>Plaintiff Arturo DeLeon-Reyes:</u>
Jon Loevy (jon@loevy.com)
Anand Swaminathan (anand@loevy.com)
Steven Art (steve@loevy.com)
Sean Starr (sean@loevy.com)
Alyssa Martinez (alyssa@loevy.com)
Loevy & Loevy
311 N. Aberdeen, Third Fl
Chicago, IL 60607
312-243-5900

Also appearing at counsel table: Arturo DeLeon-Reyes

<u>Plaintiff Gabriel Solache:</u>
Jan Susler (jsusler@peopleslawoffice.com)
Ben Elson (ben@peopleslawoffice.com)
Nora Snyder (nora@peopleslawoffice.com)

People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070

Also appearing at counsel table: Gabriel Solache

Defendant City of Chicago:
Eileen E. Rosen
Theresa B. Carney
Catherine M. Barber
Lauren Ferrise
Sabrina Scardamaglia
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
312-494-1000
Erosen@rfclaw.com
Tcarney@rfclaw.com
Cbarber@rfclaw.com
Lferrise@rfclaw.com
SScardamaglia@frclaw.com

Defendant Reynaldo Guevara:
Timothy P Scahill
Emily E. Schnidt
Drew Wycoff
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street Suite 1700
Chicago, IL 60603
(312) 580-1030

Defendants Halvorsen, Dickinson, Rutherford, Trevino:
Josh M. Engquist
Caroline P. Golden
Elizabeth Fleming
Kyle Christie
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Suite 1240A
Chicago, Illinois 60604
(630) 735-3303 (Attorney Engquist)
(630) 735-3314 (Attorney Golden)

(630) 625-8368 (Attorney Fleming)
(630) 735-3310 (Attorney Christie)
Jengquist@jsotoslaw.com
Cgolden@jsotoslaw.com
Efleming@jsotoslaw.com
Kchristie@jsotoslaw.com

Also appearing at counsel table: JoAnn Halvorsen, Edwin Dickinson, Robert Rutherford, and Daniel Trevino

## 2. **Jurisdiction**

This is an action brought pursuant to 42 U.S.C. § 1983 for alleged violations of the United States Constitution and pursuant to Illinois law for state-law torts relating to the alleged wrongful prosecution and conviction of Plaintiffs Arturo DeLeon-Reyes and Gabriel Solache. The jurisdiction of the Court is invoked under 28 U.S.C. §§ 1331 and 1367. Jurisdiction is not disputed.

## 3. **Type and Length of Trial**

The trial will be a jury trial. The trial is currently set to begin May 11, 2026. It is currently set to run through June 5, 2026. Given the number of witnesses, Defendants believe the trial may go through June 19, 2026.

## 4. **Claims for Trial**

Following the Court's rulings on motions for summary judgment, the following claims remain for trial (with citations to the counts in the two operative complaints):

- Coerced Confession, in violation of the Fifth Amendment, against Defendants Guevara, Halvorsen, Trevino, Dickinson, and Rutherford (*Reyes*, Dkt. 396, Count I; *Solache*, Dkt. 224, Count I)
- Fabrication of False Confession, in violation of the Fourteenth Amendment, against Defendants Guevara, Halvorsen, Trevino, Dickinson, and Rutherford (*Reyes*, Dkt. 396, Counts I & IV; *Solache*, Dkt. 224, Counts I & II)
- Suppression of Evidence, in violation of the Fourteenth Amendment, against Defendants Guevara, Halvorsen, Trevino, Dickinson, and Rutherford (*Reyes*, Dkt. 396, Count IV; *Solache*, Dkt. 224, Count II)
  - o Theories: (1) whether all Defendants suppressed that they initially investigated the Soto family members as suspects; (2) whether Defendants Guevara and Halvorsen suppressed the statements of witness Alfredo Aranda; (3) whether all Defendants suppressed Polaroid photographs of alternative suspects.
- Deprivation of Liberty, in violation of the Fourth Amendment, against Defendants Guevara, Halvorsen, Trevino, Dickinson, and Rutherford (*Reyes*, Dkt. 396, Count III)
- Failure to Intervene against Defendants Guevara, Halvorsen, Trevino, Dickinson, and Rutherford (*Reyes*, Dkt. 396, Count V; *Solache*, Dkt. 224, Count III)

- Policy Claim against the City of Chicago (*Reyes*, Dkt. 396, Count VII; *Solache*, Dkt. 224, Count IV)
- Illinois Malicious Prosecution claim against Defendants Guevara, Halvorsen, Trevino, Dickinson, Rutherford, and the City of Chicago[1] (*Reyes*, Dkt. 396, Count IX; *Solache*, Dkt. 224, Count V)
- Illinois Intentional Infliction of Emotional Distress claim against Defendants Guevara, Halvorsen, Trevino, Dickinson, Rutherford, and the City of Chicago (*Reyes*, Dkt. 396, Count VIII; *Solache*, Dkt. 224, Count VI)
- Illinois Civil Conspiracy claim against Defendants Guevara, Halvorsen, Trevino, Dickinson, Rutherford, and the City of Chicago (*Reyes*, Dkt. 396, Count X; *Solache*, Dkt. 224, Count VII)
- There is also an indemnification[2] claim against the City of Chicago (*Reyes*, Dkt. 396, Count XI; *Solache*, Dkt. 224, Count IX)

## 5. Relief Sought

Plaintiffs each seek compensatory damages stemming from the harm they allege they suffered during their wrongful detentions and imprisonments, and their continuing injuries and suffering since their release and exoneration. This includes: loss of liberty; mental anguish; humiliation; degradation; isolation; physical and emotional pain and suffering; forced and involuntary prison labor; destruction of reputation; loss of childhood and young adulthood; disruption of their lives and intimate family relationships; suspension of and interference with their ability to pursue an education, career, and his opportunity to raise a family; deprivation of all the basic pleasures of human experience, including the freedom to live one's life as an autonomous human being; loss of a normal life; expected future damages due to loss of a normal life and physical and emotional distress; and the impact of their wrongful imprisonments on their daily lives during their incarcerations and since their release. In addition, Plaintiffs each seek punitive damages against each of the individual Defendants. Finally, Plaintiffs seek attorneys' fees and costs, as well as pre- and post-judgment interest.

## 6. Case Statement

The plaintiffs Arturo DeLeon-Reyes and Gabriel Solache have brought this lawsuit alleging that they were wrongfully convicted and incarcerated for a double-murder and kidnapping that they did not commit. The Defendants n this lawsuit are the City of Chicago and former Chicago Police Officers Reynaldo Guevara, Ernest Halverson, Daniel Trevino, Edwin Dickinson, and Robert Rutherford. The plaintiffs contend that these defendant police officers violated their constitutional due process rights by coercing involuntary and false confessions from them, and by suppressing exculpatory and impeaching evidence. The plaintiffs further contend that the defendant police officers maliciously prosecuted them without probable cause to believe they were involved in the crimes. The plaintiffs further contend that their convictions

---

[1] Defendants object to the inclusion of the City of Chicago as a Defendant in the state law claims, rather, the City of Chicago can only be held liable for the state law claims through the theory of *respondeat superior*.

[2] Defendants object to the inclusion of indeminifcation as a standalone claim. Indeminifcation itself cannot be a claim, but rather, is a theory of liablity for which the City is obligated to pay.

were caused by the unconstitutional policies and practices of the Chicago Police Department related to the suppression of evidence. The Defendants deny they engaged in the misconduct alleged, or that they violated the plaintiffs' rights.

At trial, Plaintiff will be represented by attorneys Jon Loevy, Steve Art, Anand Swaminathan, Sean Starr and Alyssa Martinez. Plaintiff Solache will be represented by Jan Susler, Ben Elson, and Nora Snyder. Defendant City of Chicago will be represented by attorneys Eileen Rosen, Theresa Carney and Catherine Barber, JoAnn Halvorsen, as Special Representative of Ernest Halvorsen, deceased, Daniel Trevino, Edwin Dickinson and Robert Rutherford will be represented by attorneys Josh Engquist, Caroline Golden, Elizabeth Fleming, and Kyle Christie; and Defendant Guevara will be represented by Timothy Scahill, Emily Schnidt and Drew Wycoff.

### 7. **Proposed Voir Dire**

The parties' proposed voir dire questionnaire and respective proposed oral questions, with objections, are attached as Exhibit A to this filing.

### 8. **Witness Lists**

The parties' witness lists follow, with objections included. Pursuant to the Defendants Agreed Motion, filed at *Reyes* Dkt. 869/ *Solache* Dkt. 683, the Parties are requesting additional time, up to and including March 30, 2026, to file a chart of designated testimony, along with objections.

Plaintiffs' Witness List:

| Witness Name | Will/May/None | Description | Objection/Notes |
|---|---|---|---|
| Arturo DeLeon Reyes | Will | Plaintiff | |
| Gabriel Solache | Will | Plaintiff | |
| Det. Edwin Dickinson | Will | Defendant | |
| Det. Reynaldo Guevara | Will | Defendant | |
| Det. Ernest Halvorsen | Will | Defendant. Testimony will be read in by prior testimony and statements, including but not limited to his prior testimony during the criminal trial and sentencing, his deposition testimony from *Serrano v. Guevara,* No. 17-cv-2869 and *Montanez v. Guevara*, No. 17-cv-4560, and his statements during the Sidley Austin investigation | |
| Robert Rutherford | Will | Defendant | |

| | | | |
|---|---|---|---|
| Y.O. Daniel Trevino | Will | Defendant | |
| Edward Mingey | May | CPD, on scene | |
| Jerry Adcock | May | Solache work records | obj-foundation |
| Salvador Alivas (Olivares) | May | Reyes coworker | |
| Alfredo Aranda | May | Soto family neighbor | |
| Jose Aranda | May | Victim's family member | |
| Rosa Aranda | May | Victim's family member | |
| Elizabeth Boedeker | May | DNA forensic expert | |
| Salvador Cicero | May | Mexican consulate | object - MIL |
| Scott Lassar | May | Sidley investigation | object - no personal knowledge; prejudicial 403, undisclosed expert opinions |
| Rosauro Mejia | May | Adriana's husband | |
| Leobardo Mejia | May | Rosauro's brother | |
| Jose Mejia | May | Rosauro's nephew | |
| Norma Salazar | May | Person identified by Adriana Mejia for giving Santiago Soto to her | Who are you talking about here? Are you refering to the Norma in the police reports? If you have information on her it was never disclosed. |
| Jorge Soto | May | Mariano's brother | |
| Adriana Mejia | May | Murderer of Mariano and Jacinta Soto | |
| Raul de Lira | May | Soto family landlord | |
| Felicia Soto | May | Victim's family member | |
| Lordes Rodriguez | May | Soto family Neighbor | |
| Judge James Obbish | May | Post-conviction judge | obj - relevance, hearsay, prejudical (403) |

6

| | | | |
|---|---|---|---|
| Tim Ward | May | Solache's work records | object - foundation, relevance |
| Monica Amaya | May | Solache's work records | object - foundation, relevance |
| Victor Herrera | May | Reyes's coworker | |
| Mary Jo Beilfuss | May | Reyes records | Obj-Deceased |
| Joseph Stiller, FBI Special Agent | May | FBI investigator | |
| Elisa Sanchez | May | Adriana Mejia friend | |
| Diana Gama | May | Adriana Mejia friend | |
| Viola Armijo Rouse | May | Solache lawyer | obj - MIL |
| Bernard Sarley | May | Solache and Reyes lawyer | obj - MIL |
| Naomi Bank | May | Solache lawyer | obj - MIL |
| Tom Verdun | May | Reyes lawyer | obj - MIL |
| David Saunders | May | Reyes lawyer | obj - MIL |
| Andrew Vail | May | Reyes lawyer | obj - MIL |
| Jeffrey Urdangen | May | Solache lawyer | obj - MIL |
| Cherie Dalbke | May | Solache medical provider | |
| Lisa Dildilian | May | Reyes work records | obj - past discovery deadline |
| Evidence Tech P. Pater | May | CPD evidence tech | |
| Evidence Tech J. Paulson | May | CPD evidence tech | |
| Evidence Tech G. Gurtowski | May | CPD evidence tech | |
| Philip Cline | May | CPD Commander | |
| Dr. Richard Leo | May | Plaintiffs' false confessions expert who will opine on the relevant social science research on the psychology of police interrogation practices and techniques, police-induced false confessions, risk factors for false confessions, psychological coercion, police interrogation contamination and scripting, and indicia of unreliability. He will opine on these issues as they relate to the investigation, interrogation, and confession statements of Reyes and Solache. Dr. Leo is a | obj - MIL |

7

| | | | |
|---|---|---|---|
| | | recognized social scientist and expert in the field of false confessions and has conducted decades of extensive empirical research on the subject. | |
| Thomas Tiderington | May | Plaintiffs' police practice expert who will opine on the investigation performed by Defendants and on the Monell claims against the City. Mr. Tiderington is a retired police chief who spent 44 years as a law enforcement officer and has trained over 10,000 federal, state, and local law enforcement officers on police practices and criminal investigations, and has been an instructor and lecturer at numerous regional, national, and international law enforcement training events on a wide variety of police practices and criminal investigations. | obj - MIL |
| Dr. Karl Reich | May | Plaintiffs' forensic expert who will opine on the DNA testing done in the case. Dr. Reich is a scientist and expert in the pharmaceutical and biotechnology industry, including microbiology, human functional genomics, and forensic DNA. | obj - MIL |
| Anthony Finnell | May | Plaintiffs' expert who will opine on the City of Chicago's policies, procedures, and practices as they related to the training, supervision, and discipline of officers and their relationships to the disciplinary histories and conduct of the defendant officers as it relates to the 1998 investigation. Finnell has been in law enforcement since 1989 and | obj - MIL |

| | | | |
|---|---|---|---|
| | | worked on numerous oversight, policing, and investigations institutions. | |
| Dr. Allison Harris | May | Plaintiffs' statistical expert who will opine on adequate sample size in quantitative analysis for file reviews in this case. She is currently an assistant professor in the Department of Political Science at Yale University. | obj- MIL/Not disclosed |
| Winstrom, Eric | May | 30b6 designee | |
| Bird, Joseph | May | 30b6 designee | |
| Dean, Bruce | May | CPD IPRA Supervising Investigator | obj- not disclosed |
| Hickey, James | May | 30b6 designee | . |
| Klimas, Robert | May | 30b6 designee | |
| Sullivan, Karen | May | 30b6 designee | obj-not disclosed |
| Foster, John | May | 30b6 designee | obj-not disclosed |
| Denham, Levester | May | 30b6 designee | obj-not disclosed |
| Dr. Yogesh Gandhi | May | Solache medical provider | obj - MIL |
| Dr. Urjeet Patel | May | Solache medical provider | obj - MIL |
| Dr. Fernando Valadez | May | Solache psychological provider | |
| Sharon Makowsky | May | Solache lawyer | obj-MIL |
| Araceli Zambrano Olivares | May | Reyes family member | |
| Maricela Zambrano Olivares | May | Reyes family member | |
| Gonzalo Pastor De-Leon | May | Reyes family member | |
| David Pastor De-Leon | May | Reyes family member | |
| Maria Irene Zambrano De-Leon | May | Reyes family member | |
| Dorsch, William | May | 404b witness | obj-MIL |
| Melendez, Jose E. | May | 404b witness | obj-MIL |
| Alfredo Gonzalez | May | 404b witness | obj-MIL |
| Velasquez, David | May | 404b witness | obj-MIL |
| Jose M. Melendez | May | 404b witness | obj-MIL |
| DOJ Filekeeper | May | To establish foundation if necessary to various DOJ records | |

| | | | |
|---|---|---|---|
| CPD FIlekeeper | May | To establish foundation if necessary to various CPD records | |
| CCSAO Filekeeper | May | To establish foundation if necessary to various CCSAO records | |
| CCPD Filekeeper | May | To establish foundation if necessary to various CCPD records | |
| David Valentin | May | CPD Officer | |
| Ross Romine | May | Solache damages | |
| Dr. Elias Michaelides | May | Plaintiffs' board certified otolaryngologist who will rebut Defendants' expert Greenbaum and opine that Defendant Guevara's use of force on Plaintiff Solache was the cause of permanent hearing loss in his left ear,and that his hearing loss was not caused by a 1997 injury. | |
| Miroslava Meza | May | Plaintiffs' statistical expert who will opine on the methodological and statistical flaws in Mr. Gideon's report. She will also provide rebuttal opinions to Mr. Gideon's opinions. She is currently a senior auditor with the City of Seattle. | |
| Theresa Randerson | May | Former Forensic Scientist with Illinois State Police | |

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| Arturo DeLeon Reyes | May | Plaintiff | |
| Gabriel Solache | May | Plaintiff | |
| Det. Edwin Dickinson | Will | Defendant | |
| Det. Reynaldo Guevara | May | Defendant. Testimony will be presented by reading in of prior testimony, specifically June 15, 2000 trial testimony (CCSAO 008899 to 008962), June 19, 2000 trial testimony (CCSAO 009514 to 009516), and October 24, 2000 sentencing hearing testimony (CCSAO 009725 to 009743). | Objection. Hearsay, does not meet criteria of FRE 804, FRE 403. See MIL #13. Guevara is a party and should be required to attend trial in person, and if not by videoconferencing. He cannot make himself unavailable for purposes of FRE 804 by refusing to appear at trial, and then read his own prior testimony from criminal proceedings into the record, where such testimony could not be challenged or otherwise confronted under FRE 804(b)(1)(B) because it was given more than 25 years ago before this Defendant's involvement in a pattern of misconduct had come to light and been repeatedly adjudicated and/or affirmed by the Illinois courts, Cook County State's Attorney's Office, |

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| | | | and the City of Chicago's own investigation. |
| Det. Ernest Halvorsen | May | Defendant. Testimony will by presented be reading in of prior testimony, specifically March 30, 2000 pre-trial testimony (CCSAO 0019108 to 0019116) and June 14, 2000 trial testimony (CCSAO 0056344 to 0056369). | Objection. Hearsay, does not meet criteria of FRE 804, FRE 403. Defendants cannot read Halvorsen's own prior testimony from criminal proceedings into the record, where such testimony could not be challenged or otherwise confronted under FRE 804(b)(1)(B) because it was given more than 25 years ago before this Defendant's involvement in a pattern of misconduct had come to light and been repeatedly adjudicated and/or affirmed by the Illinois courts, Cook County State's Attorney's Office, and the City of Chicago's own investigation. |
| Robert Rutherford | Will | Defendant | |
| Y.O. Daniel Trevino | Will | Defendant | |
| Edward Mingey | May | CPD Sergeant who was at the scene of the Soto homicides. | |
| Salvador Alivas (Olivares) | May | Reyes' coworker. | |

Defendants' Witness List:

| Witness Name | Will/May Call | Description | Objections |
|---|---|---|---|
| Alfredo Aranda | Will | Neighbor to the Soto family. | |
| Jose Aranda | May | Soto family member. | |
| Rosa Aranda | May | Soto family member. | |
| Elizabeth Boedeker | Will | Forensic expert. | Objection. FRE 801, 403. |
| Rosauro Mejia | May | Adriana Mejia's husband | |
| Leobardo Mejia | May | Rosauro Mejia's brother. | |
| Jorge Soto | May | Mariano Soto's brother | |
| Adriana Mejia | Will | Also confessed to Soto murders. | |
| Raul de Lira | May | Soto family landlord. | |
| Felicia Soto | May | Soto family member. | |
| Joseph Stiller | | FBI Special Agent. | Objection. FRE 401, 403. |
| Evidence Tech J. Paulson | May | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Evidence Tech G. Gurtowski | May | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Philip Cline | May | CPD Commander. | |
| Diana Gama | May | Adriana Mejia's friend | |
| DOJ Filekeeper | May | To establish foundation if necessary to various DOJ records | Objection. FRE 401, 403. |
| CPD FIlekeeper | May | To establish foundation if necessary to various CPD records | |
| CCSAO Filekeeper | May | To establish foundation if necessary to various CCSAO records | |
| CCPD Filekeeper | May | To establish foundation if necessary to various CCPD records | |

13

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| Lt. Joseph Bird | May | The City's R. 30(b)(6) designee who will testify about the City's written and unwritten policies and practices, and any changes thereto, related to identification procedures, related to investigations regarding misconduct if the Court concludes that it did not grant summary judgment on this theory | Objection. FRCP 30(b)(6), FRE 801. City may not call its own designee under FRCP 30(b)(b), which is a tool for obtaining testimony of an organization or entity by deposition only, as the Rule expressly states. City may not call its own 30(b)(6) designee to then testify at trial, because such knowledge is based on hearsay, i.e., out of court statements in interviews, conversations and documents used to prepare the designee to testify on the required topics. Objection. Not disclosed. |
| Cmdr. Eric Winstrom | May | The City's R. 30(b)(6) designee who will testify about the City's written and unwritten policies and practices, and any changes thereto, regarding recordkeeping for homicide investigations, and provisionally, detective training regarding the same if the Court concludes that it did not grant | Objection. FRCP 30(b)(6), FRE 801. City may not call its own designee under FRCP 30(b)(b), which is a tool for obtaining testimony of an organization or entity by deposition only, as the Rule expressly states. City may not call its own 30(b)(6) designee to then testify at trial, because such knowledge is based |

14

| Witness Name | Will/May Call | Description | Objections |
|---|---|---|---|
| Defendants' Witness List: | | | |
| | | summary judgment on this theory | on hearsay, i.e., out of court statements in interviews, conversations and documents used to prepare the designee to testify on the required topics. Objection. Not disclosed. |
| David Valentin | May | CPD Officer. | Objection. FRE 401, 403. |
| Corrie Bergadon | May | CPD Officer. | Objection. FRE 401, 403. |
| Mark Harvey | May | CPD Evidence Technician. | |
| Daniel Engel | May | CPD Detective | |
| John Boyle | May | CPD Detective | Objection. Not disclosed during fact discovery. |
| Berscott Ruiz | May | CPD Officer. | |
| T.C. Fallon | May | CPD Detective | Objection. FRE 401, 403. |
| William Moore | May | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Wade Golab | May | CPD Officer. | Objection. FRE 401, 403. |
| Juan Solis | May | CPD Officer. | Objection. FRE 401, 403. |
| Bill Brown | May | CPD Officer. | Objection. FRE 401, 403. |
| Scott Reiff | May | CPD Officer. | Objection. FRE 401, 403. |
| Det. Jack | May | CPD Detective | Objection. FRE 401, 403. |
| YO Masonick | May | CPD Youth Officer. | Objection. FRE 401, 403. |
| Jose Cerda | May | CPD Officer. | Objection. FRE 401, 403. |
| William Kernan | May | CPD Detective | |
| S. Kostecki | May | CPD Evidence Technician. | Objection. FRE 401, 403. |

Defendants' Witness List:

| Witness Name | Will/May Call | Description | Objections |
|---|---|---|---|
| P. Pater | May | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Saul Basurto | May | CPD Officer. | Objection. FRE 401, 403. |
| Minnie Tenort | May | Processed Adriana Mejia at Cermak Health Services. | |
| Lilia Flores | May | CPD Youth Officer, who interpreted interview of Adriana Mejia. | |
| Dennis Stankus | May | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Robert Biebel | May | CPD Sergeant. | |
| Edward Hanlon | May | CPD Sergeant. Testimony will be presented by reading in of prior testimony, specifically June 14, 2000 trial testimony (CCSAO 00816 to 008825). | Objection. FRE 801, 403. |
| Johnny Musa | May | Processed Gabriel Solache and Arturo Reyes at Cermak Health Services. | |
| Guadalupe Mejia | May | Mejia family member. | |
| Jorge Mejia | May | Mejia family member. | |
| Horacio Mejia | May | Mejia family member. | |
| Raul Aranda Soto | May | Soto family member. | |
| Jorge Cortez Soto | May | Soto family member. | |
| David Navarro | Will | ASA who interviewed Adriana Mejia and took her statement. | |
| Heather Brualdi | Will | ASA who took Gabriel Solache's statement. | |

16

Defendants' Witness List:

| Witness Name | Will/May Call | Description | Objections |
|---|---|---|---|
| Andrew Varga | Will | ASA who interviewed Rosauro Mejia and took his statement. | |
| Kevin Sheehan | May | Felony review ASA. | |
| Tom O'Malley | Will | ASA who interviewed Reyes and took his handwritten statement. | |
| Karin Wehrle | Will | ASA who interviewed KGuadalupe Mejia and took her handwritten statement. | |
| Kristin Piper | May | ASA who presented Guadalupe and Rosauro Mejia to the grand jury. | |
| Theresa Randerson | May | ISP analyst who was present at the scene of the Soto murders. | Objection. FRE 401, 403. |
| Jennifer Barrett | May | ISP analyst who was present at the scene of the Soto murders. | Objection. FRE 401, 403. |
| Barbara Wilson | Will | ISP analyst who testified at the criminal trials of Solache and Reyes. | |
| Art Hill | May | ASA in criminal proceedings against Adriana Mejia, Gabriel Solache and Arturo Reyes. | |
| Christa Bowden | May | ASA who handled COI proceedings. | Objection. FRE 401, 403, as this witness's testimony regarding COI proceedings is irrelevant and prejudicial, and witness is being |

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| | | | called only to offer personal opinions of Plaintiffs' guilt that are irrelevan and prejudicial. |
| Eric Sussman | May | ASA who handled post-conviction proceedings. | Objection. FRE 401, 403, as this witness's testimony regarding post-conviction proceedings is irrelevant and prejudicial, and witness is being called only to offer personal opinions of Plaintiffs' guilt that are irrelevan and prejudicial. |
| Allan Andrews | May | Solache's appellate lawyer. | |
| Naomi Bank | May | Solache's criminal defense attorney. | |
| Viola Rouse | May | Solache's criminal defense attorney. | |
| Tom Verdun | May | Reyes' criminal defense attorney. | |
| Mary Danahy | May | Adriana Mejia's criminal defense attorney. | |
| Yulia Nikolaevskayam | May | ASA who handled post-conviction proceedings. | Objection. FRE 403, 801. Testimony is irrelevant, and cumulative of other witnesses. |
| Dr. Nelson Andreu | Will | Defendants' Police practice expert who will opine on the investigation performed by Defendants. Dr. Andreu is a retired police investigator | Objection. Daubert Motion/MILs. |

18

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| | | whose career spanned from 1980 to 2020. Dr. Andreu's years of law enforcement experience includes, in part, being both a homicide detective as well as a supervisor of a homicide unit. Additionally, Dr. Andreu has taught criminal investigation classes at the university level. | |
| Bernard Murray, Esq. | Will | Defendants' Cook County Prosecutor Expert who will opine about the flaws in Plaintiff's expert's (Tiderington) analysis and the applicable discovery disclosure obligations in place during the relevant time period. Mr. Murray received his JD from DePaul University and served as a Cook County State's Attorney from 1983-2008, retiring as a Chief in the Criminal Prosecutions Bureau. | Objection. Daubert Motion/MILs. |
| Dr. Michael Welner | May | Defendants' confession expert who will opine about his forensic assessment of the disputed confession. He will also provide rebuttal opinions to | Objection. Daubert Motion/MILs. |

| Defendants' Witness List: | | | |
|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| | | Dr. Leo's *Monell* opinions if the Court permits him to testify. Dr. Welner is a forensic psychologist. Dr. Welner has acted as a expert in this and other jurisdictions on the issue of disputed confessions. He has also researched the dynamics that could contribute to a false confession. | |
| Dr. Lior Gideon | Will | Defendants' statistical expert who will opine on the methodological and statistical flaws in Mr. Finnell's report. He will also provide rebuttal opinions to Mr. Finnell's *Monell* opinions if the Court permits him to testify. Dr. Gideon has his Ph.D and is a Professor of Criminal Justice and Criminology at John Jay College of Criminal Justice. | Objection. Daubert Motion/MILs. |
| Dr. Evan Greenbaum | May | Defendants' medical expert who will opine about Plaintiff Solache's hearing loss. Dr. Greenbaum is a board-certified otolaryngologist. | Objection. Daubert Motion/MILs. |
| ISP Barabara Wilson | May | Testimony will be presented by reading in of prior testimony, | Objection. FRE 403, 801. |

| Defendants' Witness List: | | | |
| --- | --- | --- | --- |
| **Witness Name** | **Will/May Call** | **Description** | **Objections** |
| | | specifically June 15, 2000 trial testimony (CCSAO 00851 to 00896). | |
| ISP Cynthia Engelking | May | ISP specialist who analyzed fingerprints on evidence collected. | Objection. Not disclosed. |
| ASA Krista Peterson | May | ASA during post-conviction proceedings | Objection. FRE 403, 801. Testimony is irrelevant, and cumulative of other witnesses. |

## 9. Exhibit List

Pursuant to the Defendants Agreed Motion, filed at *Reyes* Dkt. 869/*Solache* Dkt.683, the Parties are requesting additional time, up to and including March 30, 2026, to file their respective exhibit lists.

## 10. Undisputed Facts and Evidentiary Stipulations

Other than the parties' agreed motions *in limine*, which are being submitted along with this proposed pretrial order, there are no undisputed facts or evidentiary stipulations.

## 11. [Omitted]

## 12. [Omitted]

## 13. Proposed Jury Instructions and Verdict Forms

Plaintiffs' proposed jury instructions and verdict forms, with Defendants' objections, are attached as Exhibit B to this filing.

Defendants' proposed jury instructions and verdict forms, with Plaintiffs' objections, are attached as Exhibit C to this filing.

## 14. Discovery

All discovery is complete, with the exception of discovery into the financial condition of the living individual Defendants, which is ongoing and which the parties deferred until after summary judgment, by agreement.

## 15. Trial Briefs

The parties are not submitting trial briefs.

## 16. Motions in Limine

The parties agreed motions in limine are being provided to the Court as a separate filing along with this proposed pretrial order.

Plaintiffs' contested motions in limine are being provided to the Court as a separate filing along with this proposed pretrial order.

Defendants' contested motions in limine are being provided to the Court as a separate filing along with this proposed pretrial order.

## 20. Settlement

The parties are engaged in settlement negotiations before Magistrate Judge McLaughlin, and a settlement conference is schedule for Thursday, March 26, 2026.

DATED: _____          _____

                                         UNITED STATES DISTRICT JUDGE


/s/ Steve Art                    /s/ Josh Engquist               /s/ Eileen Rosen
*Counsel for Plaintiff Reyes*    *Counsel for Defendants*        *Counsel for City of Chicago*
                                 *Halvorsen, Dickinson,*
                                 *Rutherford, Trevino*           Eileen E. Rosen
Jon Loevy                                                        Theresa Carney
Anand Swaminathan                Jim G. Sotos                    Catherine M. Barber
Steven Art                       Josh M. Engquist                Lauren Ferrise
Sean Starr                       Caroline P. Golden              Sabrina Scardamaglia
Alyssa Martinez                  Elizabeth Fleming               Special Assistant Corporation
Loevy & Loevy                    Kyle Christie                   Counsel
311 N. Aberdeen St.              Special Assistant Corporation   Rock Fusco & Connelly, LLC
Third Floor                      Counsel                         333 W. Wacker, 19th Floor
Chicago, Illinois 60607          The Sotos Law Firm              Chicago, Illinois 60606
(312) 243-5900                   141 W. Jackson, 1240 A          312-494-1000
                                 Chicago, IL  60604
                                 (630) 735-3300


/s/ Jan Susler                   /s/ Tim Scahill
*Counsel for Plaintiff Solache*  *Counsel for Guevara*

                                 Timothy P Scahill
Jan Susler                       Emily E. Schnidt
Ben Elson                        Drew Wycoff
Nora Snyder                      Special Assistant Corporation
People's Law Office              Counsel
1180 N. Milwaukee Ave.           Borkan & Scahill, Ltd.
Chicago, IL 60642                20 South Clark Street Suite
(773) 235-0070                   1700
                                 Chicago, IL 60603
                                 (312) 580-1030