

## Planet Depos
### We Make It *Happen*™

# Transcript of Gabriel Solache, Volume 2

**Date:** December 8, 2021
**Case:** Solache -v- City of Chicago, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

180

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

GABRIEL SOLACHE,                    )
                                    )
                Plaintiff,  )
                                    )
        vs.                  ) No. 1:18 Civ. 2312
                                    )
CITY OF CHICAGO, et al.,      )
                                    )
                Defendants. )
-----------------------------)

VOLUME II

VIDEOTAPED DEPOSITION OF

GABRIEL SOLACHE

(Via Videoconference)

DATE:     Wednesday, December 8, 2021

TIME:     9:07 A.M.

PLACE:    Los Cabos San Lucas, Mexico

REPORTED BY:   Ruben Garcia
               Certified Shorthand Reporter

---

181

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
    (In Person)

    PEOPLE'S LAW OFFICE
    BY: JAN SUSLER, ESQ.
    1180 North Milwaukee Avenue
    Chicago, Illinois 60642
    773.235.0070
    jsusler@peopleslawoffice.com

ON BEHALF OF THE DEFENDANT CITY OF CHICAGO:
    (In Person)

    ROCK, FUSCO & CONNELLY, LLC
    BY: EILEEN ROSEN, ESQ.
        JESSICA ZEHNER, ESQ.
    321 North Clark Street
    Suite 2200
    Chicago, Illinois 60654
    312.494.1001
    erosen@rfclaw.com

ON BEHALF OF THE DEFENDANT REYNALDO GUEVARA:
    (Remotely)

    LEINENWEBER, BARONI & DAFFADA
    BY: THOMAS LEINENWEBER, ESQ.
        MEGAN McGRATH, ESQ.
    120 North LaSalle Street
    Suite 2000
    Chicago, Illinois 60602
    866.786.3705
    thomas@ilesq.com

---

182

APPEARANCES (Cont'd)

ON BEHALF OF INDIVIDUAL OTHER DEFENDANTS:
    (In person)

    THE SOTOS LAW FIRM
    BY: JOSH ENGQUIST, ESQ.
        CAROLINE GOLDEN, ESQ.
    141 West Jackson Boulevard
    Suite 1240A
    Chicago Illinois 60604
    630.735.3300

ON BEHALF OF DEFENDANT DAVID NAVARRO:
    (Remotely)

    REITER BURNS, LLP
    BY: DANIEL BURNS, ESQ.
    311 South Wacker Drive
    Suite 5200
    Chicago, Illinois 60606
    312.982.0090
    dburns@reiterburns.com

FOR BEHALF OF ARTURO REYES:
    (Remotely)

    LOEVY & LOEVY
    BY: ANAND SWAMINATHAN, ESQ.
        SEAN STARR, ESQ.
        VALERIE BARRAJAS
    311 North Aberdeen Street
    3rd Floor
    Chicago, Illinois 60607
    312.243.5900

---

183

APPEARANCES (Cont'd:)

ON BEHALF OF THOMAS O'MALLEY, HEATHER BRUALDI, ANDREW
VARGA, KARIN WEHRLE:
    (Remotely)

    HINSHAW & CULBERSON
    BY: MICHAEL STEPHENSON, ESQ.
    151 North Franklin Street
    Suite 2500
    Chicago, Illinois 60606
    312.704.3000
    mstephenson@hinshawlaw.com

ALSO PRESENT:

    Itzcoatl Carrillo, Videographer

    Jose Fonseca and Adriana Trevino, Interpreters

NOTE:   The original deposition transcript will be

delivered to:  ROCK, FUSCO & CONNELLY, LLC

184

INDEX

WITNESS: Gabriel Solache                     PAGE

          EXAMINATION BY Ms. Rosen ...............188

EXHIBITS REFERENCED:                          PAGE

Exhibit   Description

Exhibit 29    Employee Detail Earnings and        396
              employment records

Exhibit 45    Pro-se Petition for                 363
              Post-Conviction Relief in a
              Capital Case with a Motion for
              Appointment of Counsel

Exhibit 54    Plaintiff Gabriel Solache's         189
              verification of answers to
              Defendant's interrogatories

Exhibit 56    Plaintiff Gabriel Solache's         222
              Supplemental Answers to
              Defendant Rutherford's First
              Set of Interrogatories

Exhibit 65    Interview with Gabriel Solache,     348
              November 17, 2000

Exhibit 77    Photograph of Norma Salazar         394

Exhibit 88    Photographs                         379

Exhibit 89    Photographs                         380

Exhibit 90    Photographs                         381

Exhibit 91    Photographs                         389

185

INDEX   (Continued)


EXHIBITS   (Continued)

Exhibit   Description                          Page

Exhibit 92    Photographs                         391

Exhibit 93    Photographs of pages showing        392
              telephone numbers and addresses

Exhibit 94    Photographs of day planner and      393
              its contents

186

LOS CABOS SAN LUCAS, MEXICO, WEDNESDAY, DECEMBER 8, 2021




        THE VIDEOGRAPHER:  Here begins Media

Number 1 in the video deposition of Gabriel Solache

in the matter of Gabriel Solache versus City of

Chicago in the United States District Court for the

Northern District of Illinois, Eastern Division,

Case Number 1:18 Civ. 2312.

        Today's date is December 8, 2021.

The time on the video monitor is 9:08 a.m.  The

videographer today is Itzcoatl Carrillo on behalf of

Planet Depos.  This video deposition is being taken

place at Westin Los Cabos.

        Will counsel please voice identify

themselves and state whom they represent, please.

        MS. SUSLER:  Jan Susler.  I'm the attorney

for Gabriel Solache, the plaintiff.

        MR. STARR:  Sean Starr, attorney for

plaintiff Arturo Reyes.

        MS. ROSEN:  Eileen Rosen on behalf of

defendant City of Chicago.

        MR. ENGQUIST:  Josh Engquist on behalf of

187

all the individual defendant officers with the
exception of Reynaldo Guevara.

        MR. LEINENWEBER:  Tom Leinenweber on
behalf of defendant Reynaldo Guevara.

        MR. STEPHENSON:  Michael Stephenson on
behalf of Defendants O'Malley, Varga, Brualdi and
Wehrle.

        MR. BURNS:  Dan Burns on behalf of
defendant David Navarro.

        MS. ROSEN:  I think that's everyone.

        THE REPORTER:  Will counsel please
stipulate that in lieu of formally swearing in the
witness, the reporter will instead ask the witness
to acknowledge their testimony will be true under
the penalties of perjury, that counsel will not
object to the admissibility of the transcript based
on proceeding in this way, and that the witness has
verified that he is in fact Gabriel Solache.

        MS. SUSLER:  Jan Susler, so stipulated.

        MR. STARR:  Plaintiff Reyes stipulates.

        MS. ROSEN:  Eileen Rosen, so stipulated.

        MR. ENGQUIST:  Josh Engquist, so
stipulated.

        MR. LEINENWEBER:  Tom Leinenweber, so

stipulated.

MR. STEPHENSON: Michael Stephenson, so stipulated.

MR. BURNS: Dan Burns, so stipulated.

THE REPORTER: Mr. Solache, do you hereby acknowledge that your testimony will be true under the penalties of perjury?

THE WITNESS: Yes.

MS. SUSLER: Is it possible for you all to get a little closer to Mr. Solache?

Thank you so much.

(Adriana Trevino is interpreting.)

EXAMINATION

BY MS. ROSEN:

Q   Good morning, Mr. Solache.

A   Good morning.

Q   We're going to try to pick up where we left off on Monday, the same rules apply as applied on Monday. If you need to take a break, let us know.

A   Of course.

Q   I'm going to ask you to take a look at Exhibit Number 54. Mr. Solache, if you could quickly thumb through the document so that you're familiar with what it is, and then I have a few questions.

A   Yes.

(Deposition Exhibit 54 was marked for identification.)

BY MS. ROSEN:

Q   Mr. Solache, have you seen this document before?

A   Yes.

Q   And on the last page of the document appears the verification page, which appears to me has your signature; is that correct?

A   Yes.

Q   And the signature page is dated November 26, 2018. Do you see that?

A   Yes.

Q   Is it fair to assume that you reviewed and signed the document on November 26, 2018?

A   Yes.

Q   And did you write that date in? Is that your handwriting?

A   Yes.

Q   I have a couple questions on some of your answers. As you take a look at page 3, there isn't a number at the bottom of the page, but the page before it says page 2.

A   I found it.

Q   And on page 3 is your answer to the question that asks you to detail the nature of the injuries that you claim to have sustained as a result of defendant's conduct.

THE INTERPRETER: I'm sorry. Conduct?

MS. ROSEN: The defendant's conduct.

BY MS. ROSEN:

Q   And if you look at the bottom of page 3, you state that you were deprived of the opportunity to pursue your passions and interests. Can you tell us what passions and interests you had in the two years before your arrest?

A   Well, I had the dream to come to the United States, and obviously I did do that, I went there. I also had the dream to build a house in Mexico, but I was unable to do that due to what happened in 1998, the arrest.

Q   When you went to the United States with the dream of making enough money to build a house in Mexico, did you have a plan for how long it would take for you to save enough money?

A   Yes, around a period of five to six years.

Q   And how much money did you want to save so that you could return to Mexico and build your house?

A   The most I could.

Q   So was your plan to save a certain amount of money or was your plan to return home after five or six years, regardless of how much money you had saved?

A   Well, I cannot say anything about that because I was only able to stay two years in the U.S., and anything beyond that I wouldn't be able to tell.

Q   And in that two-year period of time you had not saved any money to build your house, right?

A   That is correct.

Q   Where in Mexico did you intend to build the house?

A   On the ranch, Michoacan.

Q   And did you have any idea of how much

money it would cost to build the type of house you were dreaming of?

A   No.

Q   Any other dreams or passions or interests that were interrupted by your arrest, prosecution and conviction?

A   No.  That's all I can think of now.

Q   You also say in response to this question that your arrest and prosecution and conviction prevented you from engaging in meaningful labor and development of a career.  What career had you planned on pursuing had you not been arrested?

A   No, I don't know.

Q   You also say that you are trying to reestablish relationships with your mother, who you only saw one time while you were in prison.  What have you been doing in the last few years to reestablish your relationship with your mother?

A   I have a good relationship with my mother.

Q   Did you have a good relationship with your mother throughout the time of your incarceration?

A   Yes.

Q   You also say that you have been trying to reestablish relationships with your siblings.

A   I don't remember having said that.

Q   Can you describe your relationships with your siblings?

A   Well, we get along well.  I mean, they all have their jobs, but I get along well with all of them.

Q   You also say that during the time that you were incarcerated, you experienced anxiety and panic attacks.  Can you tell us about that?

A   Yeah; in fact, up to now I still suffer from panic attacks.

Q   When you say you suffer from panic attacks, can you tell us what happens?

A   Well, yes, sometimes I feel like a pain in my chest, like I'm about to have an attack.

Q   Any other symptom?

A   No.

Q   And then what happens when you feel this pain in your chest?

A   When I was in Chicago, I went to see a therapist at Northwestern, and she gave me,

like -- I don't remember the word -- for breathing.

Q   So when you were in Chicago, so that's the couple months that you were there after you were released from the Kankakee Jail and before you came back to Mexico, correct?

THE INTERPRETER:  He can't hear me.  I've got to get closer.

MS. ROSEN:  Okay.

THE INTERPRETER:  Can you repeat the question?

BY MS. ROSEN:

Q   So when you're saying when you were in Chicago, that was from the period of time that you were released from the Kankakee Jail and before you came back to Mexico, right?

A   Yes.

Q   And you went to see a therapist at Northwestern?

A   Yes.

Q   How many times did you see that therapist?

A   I don't remember how many times I went, but I went a few times.

Q   So you went more than one time?

A   Yes.

Q   Do you know the name of the -- sorry.  Do you know the name of the therapist?

A   I'm not quite sure, but I think her name is Becky Birch, something like that.

Q   Becky Bertz (phonetic)?

A   Yes, Birch.  I'm not sure.

Q   Do you know what kind of doctor this Becky person is?

MS. SUSLER:  Objection.  Form.  Assumes facts not in evidences.

THE WITNESS:  Well, the truth is I don't know, but the one who sent me there was my attorney, Karen Dennis.

BY MS. ROSEN:

Q   So Karen Daniels is the person that set up your visits with Becky, right?

A   Correct.

Q   Do you know if Becky was a doctor?

A   No.

Q   And other than giving you some kind of breathing exercises, did she do anything else for you?

A   Not that I can remember right now.

Q   When did your panic -- what you're describing as panic attacks -- start?

A   I don't remember, but I was still in prison.

Q   Do you remember if it started in the first ten years you were in prison?

A   I don't remember.

Q   And did you get any treatment while you were in prison?

A   I went to see a psychologist.  I don't remember how many times I went.

Q   And what, if anything, did the psychologist do to help you with what you believe to be are -- were -- panic attacks?

A   She didn't do much.

Q   During the time that you were in -- during the time that you were in prison, how often did you have these panic attacks?

A   I don't remember.

Q   And once you get the feeling in your chest, how long does it last?

A   Well, I have not paid attention, but when it starts, I start doing the breathing exercises and then it goes away, but I don't know how long it lasts.

Q   And you said you still have these panic attacks?

A   Yes.

Q   When is the last time you had this feeling that you are having a panic attack?

A   Friday.

Q   You're talking about last Friday, right?

A   Yes.

Q   And when was the last time you had the panic attack before last Friday?

A   I don't remember.

Q   Was it within the last month?

A   I don't remember.

Q   How many times have you had these feelings that you described as a panic attack since you moved back to Mexico?

A   I don't remember how many times.

Q   Have you seen any doctors to help you with what you're calling a panic attack?

A   No.

MS. ROSEN:  We're going to go off the record for one second because there's somebody knocking on the door.  We're having the air adjusted.  Give us a minute.

THE VIDEOGRAPHER:  We are going off the record.  The time is 9:33 a.m.

(Recess.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 9:38 a.m.

BY MS. ROSEN:

Q   Mr. Solache, is there anything that you have noticed that causes these panic attacks that you're describing?

A   Well, obviously I'm not a doctor.  I don't know what causes panic attacks.

Q   But you're not noticing anything in your activities that seem to cause the panic attack?

A   I believe it's the same question, but as I said before, I'm not a doctor; I don't know what causes panic attacks.

Q   Have any doctors that you have -- doctors or counselors or anybody that you have seen -- prescribed any medication for you to help address what you're calling a panic attack?

A   No.

Q   And do you remember, as you sit here today, when you had your very first, what you're calling panic attack?

A   Yes.

Q   Can you tell us when that was?

A   I don't remember the exact year, but I was in prison, and I was taking --

THE INTERPRETER:  The interpreter will clarify "bano."

THE WITNESS:  When I was taking a shower.

BY MS. ROSEN:

Q   Did anything happen in the shower that you connect to your panic attacks?

A   Well, I don't remember exactly what happened, but yes, it was a panic attack.

Q   Did you have any altercation or argument or confrontation with anybody either in the shower, before going to the shower, on the day that you had your first panic attack?

A   No.

Q   Has any doctor or healthcare provider told you that what you're experiencing is a panic attack?

A   No.

Q   You also state, in your answers to

the question about your injuries, that you have migraine headaches.

A    That is correct.

Q    When did you first start having migraine headaches?

A    I don't remember.

Q    Has any doctor or health -- sorry. Let me start over.

Has any doctor or healthcare provider told you that the headaches that you are experiencing are migraine headaches?

A    No.

Q    How do you know that they're migraine headaches?

A    Well, I just know that migraine headaches because I hear that when it's hard pain, head pain, that people say that those are migraine headaches.

Q    How often do you get these headaches?

A    I don't remember.

Q    When is the last time you had one of these headaches?

A    I don't remember the exact dates. Some days back. I don't remember the exact date.

Q    Has it been within the last month?

A    It was some days back, but I do not remember the date.

Q    "Some days"? Is that what you said?

A    Yes.

Q    How often have you had these headaches since you moved back to Mexico?

A    I do not remember how often.

Q    Did you get these headaches while you were in prison?

A    Yes.

Q    How often would you get the headaches while you were in prison?

A    I do not remember.

Q    Did you get these headaches while you were in Cook County Jail?

A    Yes.

Q    How often would you get these headaches while you were in Cook County Jail?

A    I do not remember.

Q    Did you get these headaches before you were arrested?

A    Yes.

Q    Did these headaches start after your

head injury in 1997?

A    Well, I don't remember. Possibly. But I did not get like headaches that were that severe after the accident.

Q    Have you gone to any doctor or healthcare provider for treatment for these headaches?

A    Not that I remember.

Q    Has any doctor or healthcare provider given you any medication to help with these headaches?

A    Not that I remember.

Q    You also state in your answer to Question Number 3 about your injuries that you suffer chronic gastrointestinal -- sorry -- chronic gastrointestinal symptoms. Can you tell us about that?

A    Yes. When I was in the Pontiac Prison, I had pain in my leg, and they gave me medication, and that's what caused the gastritis.

Q    Do you know why you had pain in your leg?

A    Well, I went to the doctor, but I was never told.

Q    Which leg did you have pain in?

A    The right one.

Q    You broke your leg, didn't you, while you were in Cook County Jail?

A    No.

Q    Did you break your leg playing basketball?

A    No. It was my foot. But it wasn't broken. It was just --

THE INTERPRETER: The interpreter needs to clarify "Estrello."

THE WITNESS: It just cracked. Like cracking. It's just cracked.

BY MS. ROSEN:

Q    Were you wearing a cast?

A    Yes.

Q    And was that the right leg or the left -- you said it was your foot?

A    (In Spanish:) Si.

Q    Was it your right foot or your left foot?

A    Yes, I already answered that, but I will answer it again. It was the right foot.

Q    And the pain that you had while you

204

were in Pontiac was different than whatever injury you suffered in your right foot, right?

A   Correct.

Q   What medication did they give you in Pontiac for the pain in your leg?

A   Well, I don't remember exactly, but ibuprofen.  That's all they give, ibuprofen.

Q   And that ibuprofen gave you the gastritis, right?

A   Yes.

Q   When you stopped taking it, did the symptoms go away?

A   No.

Q   Do you still suffer from the gastritis?

A   Yes.

Q   Do you take any medication for it?

A   Yes, when the stomach gas is high, yes, I do.

Q   What type of medication?

A   I don't remember what the pills are called.

Q   Do you see -- have you seen a doctor or healthcare provider for medications for your

205

gastritis?

A   Yes.

Q   Do you see a doctor currently here in Mexico?

A   Yes, 20 days ago I went to see a doctor, and he diagnosed diabetes.

Q   What's the name of the doctor that you saw 20 days ago?

A   I don't know.

Q   Was that the first time you ever saw that doctor?

A   Yes.

Q   And where is that doctor located? What city or town?

A   Pachuca.

Q   Did the doctor prescribe you medication for your diabetes?

A   Yes.

Q   What type of medication?

A   I don't remember the name of the medication.

Q   Is it something you have to take every day?

A   Yes, they're different pills.  One I

206

take every eight hours and another one, morning and afternoon or evening.

Q   And do you have to test your blood sugar every day?

A   No.

Q   Did the doctor that you saw 20 days ago give you any medication for your gastritis?

A   Yes.

Q   Before getting the medication from the doctor 20 days ago, had you seen a doctor before that or a healthcare provider about your gastritis?

MS. SUSLER: Objection.  Form.  Are you talking about since his return to Mexico or ever?

MS. ROSEN:  Yeah, since his return to Mexico.

THE WITNESS:  Yes.

BY MS. ROSEN:

Q   And what's the name of the doctor that you saw?

A   I don't know his name.  He works for the Mexican government.

Q   How often did you see this doctor about the gastritis?

A   I only saw him once.

207

Q   Do you recall approximately when?

A   When I just came from the United States.

Q   Any other doctors that you've seen since being in Mexico for your gastritis?

A   No.

Q   You also state in answer to the question about your injuries that you experienced high cholesterol.

A   They detected high cholesterol when I was in Pontiac, but I don't remember exactly when.

Q   So at some point in time while you were at Pontiac, one of the doctors or healthcare providers told you that your cholesterol was high; is that right?

A   I don't remember if it was in Pontiac, but yes, I was told.

Q   While you were in prison?

A   Yes.

Q   And were you given any medication for that?

A   No, I don't remember.

Q   You also say that you experienced high blood pressure during your imprisonment.  How

208

do you know you had high blood pressure?

A   I don't remember saying that.  But if I said that, it must be on some paper.

Q   Do you recall ever being told that you have high blood pressure?

A   Yes, when I went to see the doctor for the diabetes, he told me I had high blood pressure.

Q   So this was 20 days ago?

A   Approximately.

Q   Did he give you any medication?

A   Well, he gave me several pills.  I don't know if some of them are for the high blood pressure, but I imagine they are.

Q   You also state that you experienced joint pain while you were in prison?

A   Yes.

Q   Can you tell us about that?

A   Well, my knees, my elbows and my feet hurt.

Q   Do you still experience that pain today in your knees, elbows and feet?

A   When it's cold only.

Q   Have you seen any doctor or

209

healthcare provider about your joint pain?

A   No.

MS. SUSLER:  Just objection, form.  Are you talking about ever in his life or since his return to Mexico?

MS. ROSEN:  I guess I'm going to start with in Mexico.

THE WITNESS:  No.

BY MS. ROSEN:

Q   Have you seen any doctor or healthcare provider -- even before you came to Mexico -- about the knee, elbow and -- about the joint pain in your knees, elbows and feet?

A   No.

Q   You also state that while you were in prison, you had to maintain a high sense of vigilance constantly because you could not trust the people around you.

Can you tell us about that?

A   It's the prison.  You have to be vigilant.

Q   Did you experience any conflict with any individuals at any point in time while you were in prison?

210

A   No.

Q   You also state that now that you are out of prison, it's very difficult for you to trust people.  Can you tell us about that?

A   Yeah, well, I mean, with just of what you see in prison, and then when I got out of prison -- how do I say this.  Yeah, well, I mean, nobody helped me to get integrated into society.  I got out, and you were just alone.

Q   When you say nobody helped you to "integrate into society," do you mean once you were released from prison?

A   Also when I was in prison.

Q   So when you were in prison, nobody helped you to integrate into the prison society.  Is that what you mean?

A   I am referring to the outside society.  Inside a prison, there's no society.

Q   Okay.  So I'm just having a little trouble understanding what you're saying.  So maybe you can help me out.

You currently have difficulty trusting people; is that right?

A   That's correct.

211

Q   And you believe that's a result of your prison experience, right?

A   Correct.

Q   And you believe that that's caused, in part, by the fact that nobody helped to integrate you into society?

A   Correct.

Q   And when you say "integrate you into society," you mean once you got out of prison, right?

A   Yes.

Q   What type of help do you think would have been beneficial to you?

A   Maybe there was a program for people that get out of prison.

Q   Have you looked into whether or not there are any kinds of programs that help people who get out of prison?

A   No.

Q   Did you ask Karen Daniels about any kind of program that could help you -- hold on a second.  Let me rephrase it.

First I'm going to tell you you should pause before you answer my question, because

I see that Ms. Susler might have something to say about my question. So let me pose it again.

MS. SUSLER: Let him translate what you just said.

(Jose Fonseca is interpreting.)

THE INTERPRETER: I just want to clarify just one part of the question.

MS. SUSLER: Then she asked, "Did you ask your lawyer Karen Daniels?"

And I'm going to make an objection and say that we are entering the field of attorney/client privilege, and I'm going to instruct my client not to answer any questions about communication between him and his lawyer.

BY MS. ROSEN:

Q When you met with the healthcare provider at Northwestern -- whose name you believe was Becky -- did you ask her about whether or not there were any such programs?

MS. SUSLER: Excuse me. Just one minute. Did you say the word "abogada" in your translation, because that was not the question.

THE INTERPRETER: "Con una persona profesional de la salud."

MS. SUSLER: Okay. Sorry. I didn't hear that.

THE WITNESS: I didn't ask her about a program that related to anybody who left prison, but I didn't ask about health or a program, about a program that would help people who leave prison.

BY MS. ROSEN:

Q You also state in your answer that new places cause you stress and anxiety. Can you tell us a little bit about that?

A I didn't understand the question.

Q Sure. In your answer to the question about your injuries, you state that being in new places cause stress and anxiety.

Can you tell us about that?

A I don't remember.

Q Do you own a car?

A Now?

Q Yeah.

A Yes.

Q And so the way you get around generally is in your own car; is that right?

A Correct.

Q When did you buy the car?

A I don't remember exactly, but it was some time ago.

Q When you first came back to Mexico or some period of time after that?

A No, it was after, but I don't remember exactly when I bought it.

Q What type of car do you have?

A A Toyota -- a Honda.

Q What year is the Honda?

A '18.

Q You also state in your answer regarding your injuries that you had difficulty finding employment. Can you tell us about that?

A I don't remember having said that, but if that's on the paper, I don't remember having said that.

Q Did you have difficulty finding employment once you came back to Mexico?

A Yes.

Q Can you tell us about that?

A Everything changed when I came back to Mexico. Before, you could get a job with grade school, but now they're asking for high school, and I don't have high school.

Q Do you have any plans to go back to school?

A Not now.

Q Why not?

A If I go to school, I'm going to have to stop working. And I need to work. I need to have the money.

Q You also state in your answer about your injuries that it's difficult for you to let down your guard, including with women.

THE INTERPRETER: "That it's difficult for you to"?

MS. ROSEN: "Let down your guard, including with women."

THE INTERPRETER: The interpreter is going to clarify. Would you please be so kind as to rephrase "let down your guard"?

MS. ROSEN: Well, it's his words in the answer, so the precise quote is, "It is difficult to let down his guard, which is constantly up, including with women."

BY MS. ROSEN:

Q Can you tell us about that?

A I don't remember that.

Q   Do you have difficulty forming relationships with women?
A   Yes.
Q   Can you tell us about that?
A   I don't know exactly what happens, but I have difficulties.
Q   And what type of difficulties?
A   Well, I believe that it was because I was for a long time without a relationship with women.  I believe that that's the reason.
Q   Can you provide us any more details about the difficulties you have forming relationships with women?
A   I believe that's all I can tell you.
Q   You also state that you have difficulty sleeping.  Can you tell us about that?
A   Yes, I also have difficulties to sleep.  I don't know why.
Q   And when you say you have difficulty sleeping, can you describe exactly what the difficulty is?
A   Yes.  Well, I wake up early in the morning, and then I want to go back to sleep and I can't.

Q   How early do you wake up?
A   3:00, 2:00 a.m.
Q   And then you have difficulty falling back to sleep?
A   Yes.
Q   Have you spoken to any doctor or healthcare provider about that?
A   No.
Q   Does it happen to you every night?
A   Not every night.  Sometimes.
Q   Now, I know that you were, for some period of time, getting some treatment with Dr. Valadez, I believe his name is?
A   Yes.
Q   And we'll talk about that a little bit later, but other than the treatment with Dr. Valadez, have you had any treatment with any other mental health provider since returning to Mexico?
A   No.
MS. SUSLER:  Are you done with this exhibit?
MS. ROSEN:  I am.

BY MS. ROSEN:
Q   How many jobs have you applied for since you have returned to Mexico?
A   None.
Q   None?
THE INTERPRETER:  "None," uh-huh.
BY MS. ROSEN:
Q   How did you get the job that you currently have?
A   The store is mine.
Q   You own the store?
A   Yes.
Q   When did you buy the store?
A   More than two years.
Q   Where did you get the money to buy the store?
MS. SUSLER:  Objection.  Same objection I made yesterday and the same case.  I'm instructing my client not to answer.
MS. ROSEN:  Is it based on collateral source?
MS. SUSLER:  It's based on what I said yesterday; same objection.  And I'm instructing him not to answer.

BY MS. ROSEN:
Q   How much did the store cost?
A   About -- I don't remember the exact price, but it didn't cost much.
Q   How much revenue does your store generate on a yearly basis?
THE INTERPRETER:  "How much"?
BY MS. ROSEN:
Q   How much revenue does your store generate on a yearly basis?
A   Not much, really, but it gives me enough to eat, and for me that's enough.
Q   Do you have any employees?
A   No.
Q   Is the store closed now because you're here?
A   No, I have neighbors who take care of it.
Q   So you're paying them to take care of it?
A   Yes, only for the days that I'm here, yes.
Q   Do you own the store free and clear or is there a loan, where you're paying money to a

bank or a loan company?

A No, I am the owner, but I have to pay rent, electricity and water.

Q With respect to your apartment, do you own that free and clear, or do you have a loan with a bank or a mortgage company or something like that?

A No, I'm the owner.

Q Do you pay yourself a salary from your business?

A No, I just take money to eat.

Q Do you have to file income taxes?

A No.

Q Why not?

A Because the place where I have the store, trade is not regularized.

Q I don't know exactly what that means, so maybe you can help me. What do you mean "trade is not regularized"?

A Yes, in many places in Mexico, that's different from the United States. There are many places where businesses don't pay electricity, water. But I pay electricity and water. And that zone could be referred to as an area that is a municipality, which is not regularized by the municipality.

MS. SUSLER: Let me just ask the interpreter, is another way to say "regularized," "governed"?

THE INTERPRETER: "Regulated" if the question was "regulado." But the witness said "regularizado," which is regularized. "Regulado" would mean regulated.

MS. SUSLER: Okay.

THE INTERPRETER: If I'm allowed to change "reguladisador" for "regulated."

MS. ROSEN: Well, is that not the word he used?

THE INTERPRETER: He did not use --

MS. ROSEN: Well, we're going to translate the word he used.

MS. SUSLER: That's fine.

MS. ROSEN: All right. Well, we have to change the tape; so why don't we take a break, and we can maybe take a five-minute break so people can use the restroom or something like that.

THE VIDEOGRAPHER: This marks the end of Media Number 1 in the deposition of Gabriel Solache.

We are going off the record. The time is 10:24 a.m.

(Recess.)

THE VIDEOGRAPHER: Here begins Media Number 2 in the deposition of Gabriel Solache. We are back on the record at 10:36 a.m.

MS. ROSEN: I'm going to ask you, Mr. Solache, to take a look at Exhibit 58.

(Deposition Exhibit 56 was marked for identification.)

(Adriana Trevino is interpreting.)

BY MS. ROSEN:

Q Mr. Solache, if you could take a quick look at that and let me know once you've looked at it and we can ask some questions about it.

A Yes.

Q Do you recognize that document?

A Yes.

Q And the last page of the document has your signature and it's dated October 8, 2021.

Do you see that?

A (In Spanish:) Si.

Q So just like with the others, is it fair to say that you reviewed the document and signed it on October 8, 2021?

A Yes.

Q And this request asks you to identify --

MS. SUSLER: Excuse me. I'm sorry. I just had an objection. I think in Mexico the dates are written with the --

MS. ROSEN: You are correct.

MS. SUSLER: -- day first and the month second.

BY MS. ROSEN:

Q Mr. Solache, could you take a look at the date and can you tell us what date you signed and review the document.

A 10/8/21.

Q And what is the month that is being referenced there?

A I imagine it's October. October 8 of 2021.

MS. SUSLER: If we look at the complete document, it may be more instructive, to direct him to --

MS. ROSEN: Okay. I'm going to ask my questions and he's going to answer them.

BY MS. ROSEN:

Q   All right.  Is that handwriting yours that has the date written on the page next to your signature?

A   Yes.

Q   I'm going to ask you some questions about your responses to this question, which is asking you about mental health treatment, okay?

A   Yes.

Q   And in this document you indicate that you began treatment with Dr. Valadez in or around November of 2018; is that correct?

MS. SUSLER:  You're on the second page, Counsel?

MS. ROSEN:  I am.

MS. SUSLER:  Mr. Solache, will you look at the document, please?

THE INTERPRETER:  "2018"?

MS. ROSEN:  2018, yes.

(Interpreter translated the question to the witness.)

TECHNICIAN:  Pardon the interruption.  This is Alex, the tech.

Ma'am, was that Exhibit Number 58, ma'am, 5-8?

MS. ROSEN:  Correct.  Yes.

TECHNICIAN:  It appears that my copy of 58 is not what you're looking at.

MS. ROSEN:  It should be Plaintiff Gabriel Solache's Second Supplemental Answers to Defendant Rutherford's First Set of Interrogatories; is that right?

TECHNICIAN:  It says "Supplemental Answers" but it doesn't say "Second."  And it's dated March 11, 2020.

MS. ROSEN:  Okay.  Hold on one second.  So that one, the March 11th one is 57 in my packet.

TECHNICIAN:  I see.  One moment.  In the set that I received it's Number 5- -- excuse me.  My apologies, ma'am.  It doesn't match up with my set, I'm afraid.

MS. ROSEN:  So what do you have as 58?

TECHNICIAN:  I'll share it to the screen.

MS. ROSEN:  We're not on the Zoom.

TECHNICIAN:  Understood.  It is Plaintiff Gabriel Solache's Supplemental Answers to Defendant Rutherford's First Set of Interrogatories.

MS. ROSEN:  I can't figure out exactly what the issue is from here right at this moment.

We all have the correct exhibit.

Those playing along at home in Chicago, I will identify the document, and if you're interested in pulling it up, then you can pull it up.  It's part of discovery in the case.  And then at the lunch break, maybe we can talk about the exhibits.

Unfortunately, my paralegal this morning is in the emergency room with her son, so I can't have her help us figure this out right this second.

TECHNICIAN:  Understood.  Best wishes to your paralegal, of course.

MR. BURNS:  This is Dan Burns.  It might be 56 on our list.

TECHNICIAN:  Thank you, sir.  That does appear to be it.  Thank you very much, sir.

MS. ROSEN:  Thanks, Dan.

BY MS. ROSEN:

Q   Okay.  So back to the exhibit.  If you could -- let me go back to the question.

In answer to the question asking you about your mental health treatment, generally you indicate that in or around November 2018 you began seeing Dr. Fernando Valadez; is that correct?

A   Yes.

Q   And then in the second supplemental answer to that question, you indicate that you stopped seeing Dr. Valadez in approximately March of 2020 at the beginning of the pandemic; is that correct?

A   I don't remember exactly when I stopped seeing him, but it is possible.

Q   And since you've stopped seeing him in or around March of 2020, you have not started seeing him again; is that correct?

A   It is correct.

Q   Why did you stop seeing Dr. Valadez?

A   Well, the reason I stopped seeing him, he is in Mexico City, and I have to travel to the city to see him.  Well, there's so many people.  I mean, the subway in Mexico City is different from the subway in Chicago, which is kind of empty.  The subways in Mexico are quite full, and I feel anxious when I'm around so many people.

Q   Is the only way for you to get to Mexico City to see Dr. Valadez via the subway?

A   No.

**228**

Q   Could you drive your car to see Dr. Valadez?

A   Well, I could drive, but the traffic in Mexico is bad.  I think it's worse to drive than to take the subway.

Q   How long was it taking you to get from your home to Dr. Valadez's office when you were seeing him?

A   Approximately two hours or more.  It would depend on traffic.

Q   Each way?

A   Yeah, the same.

Q   Did you ask Dr. Valadez for a referral for another doctor closer to your home?

A   Yes.

Q   Did he provide you one?

A   No; for that type of doctor, like Dr. Valadez, you don't find them in Pachuca.

Q   So is the only reason that you stopped seeing Dr. Valadez because of the difficulty that you had in getting to him?

MS. SUSLER:  Well, objection; that misstates his testimony.

THE WITNESS:  No.

**229**

BY MS. ROSEN:

Q   Why else did you stop seeing Dr. Valadez?

A   Well, I stopped going to see him because Mexico City stresses me out, and I don't like to go to Mexico City.

Q   Has Mexico City always stressed you out?

A   I don't like living in Mexico City.

Q   Did you ever live in Mexico City?

A   Yes.

Q   When you were a teenager, right?

A   Yes.

Q   Did you like it then?

A   No.

Q   And why didn't you like it when you were a teenager?

A   Well, I don't like Mexico City.  I never liked Mexico City.  I don't know why.  It's too many people and a fast life in Mexico City.

Q   Okay.  And then you also state in your response about mental health treatment that you sought marital couple's counseling.

MS. SUSLER:  You're still on page 2?

**230**

MS. ROSEN:  I am.

BY MS. ROSEN:

Q   Do you recall going to see marital couple's counseling in 2020?

A   Yes.

Q   How often -- and you have the name of the counselor as somebody named Margarita -- I don't know how to say the last name, Palapa?

A   Palapa.

Q   And it says you went for three sessions?

A   That is correct.

Q   And since the time that you supplemented your responses, you have not gone back to see Ms. Palapa; is that correct?

A   That's correct.

Q   And do you connect the marital counseling treatment that you required to your arrest and incarceration?

MS. SUSLER:  Objection to the characterization -- to form, the characterization of seeing Ms. Palapa as "treatment."

THE WITNESS:  No; I believe that the treatment, the sessions, they were related to my

**231**

marriage and not to my health or my mental state.

BY MS. ROSEN:

Q   So you do not see a connection between your health or your mental state to the troubles that you have in your marriage?

MS. SUSLER:  Objection.  Misstates his testimony.

THE INTERPRETER:  I'm sorry.  Can you repeat the question for the interpreter?

MS. SUSLER:  I'll try to wait to interpose my objection.  I apologize.

MS. ROSEN:  Can the court reporter read back the question, please.

(Record read as follows:
        "So you do not see a
        connection between your health or
        your mental state to the troubles
        that you have in your marriage?")

THE WITNESS:  I don't believe that there is a connection.  I mean, many marriages go through the same problems and not related to mental problems.  We wanted some guidance to help us find a solution for our marriage.

BY MS. ROSEN:

Q So do you believe that the trouble that you are having, or had, in your marriage are related to your arrest and subsequent incarceration?

A Well, as I said before, it is possible. All marriages go through problems; but it's possible, but I'm not quite sure.

Q We're done with that exhibit. Okay, we're going to change gears a little bit, Mr. Solache, and I'm going to ask you some questions about what happened back in 1998 regarding your arrest.

Do you recall what was going on in your life at the time that Adriana was -- well, let me back up. Let me start it this way.

Do you recall Adriana saying that she was going to be delivering the baby and needed to go to the hospital?

A Well, I don't have knowledge of that. I didn't have that type of relationship with Adriana, that she would say "I'm going to deliver the baby. I need a ride to the hospital." I was not a boyfriend. I was not the husband.

Q Do you recall talk in the house of Adriana --

THE INTERPRETER: Of?

MS. ROSEN: "Talk in the house."

THE INTERPRETER: Oh "talk." I'm sorry.

MS. ROSEN: No worries.

BY MS. ROSEN:

Q Do you recall talk in the house about Adriana saying it was time to deliver the baby?

A I heard something, but nobody said anything directly to me.

Q And what do you recall hearing about that topic?

A I don't remember much about it. I do remember going to the hospital. That's what I heard.

Q And in that time when Adriana was saying she was going to deliver the baby soon, you were still very close with her brother Carlos, right?

A We were friends.

Q Do you remember any conversations with Carlos about Adriana having to go to the hospital to deliver the baby soon?

A Okay. No, that was none of my

business, I mean, if she was going to the hospital or not. I just paid my rent for the house, and that was my deal.

Q Do you know where Carlos worked during that time period?

A Yes.

Q Where did he work?

A Well, I don't know the exact address. I just know that he worked on 47th.

Q Do you know what type of business he worked at?

A Well, I mean, I think it was a birria store.

THE INTERPRETER: The interpreter will find a translation in English.

THE WITNESS: I think it is the same thing, a birria store.

MS. ROSEN: Birria?

THE INTERPRETER: B-i-r-r-i-a.

BY MS. ROSEN:

Q And what do they sell in that store?

A Birria.

Q "Beer," right? You're talking about beer?

A No.

Q What is birria?

A It's goat meat.

Q So is it some type of restaurant or food supply store?

A A restaurant.

Q Do they also sell alcohol there, like you can get a beer and wine? Tequila?

A Not that I remember.

Q Did you ever go to the place where Carlos worked?

A Yeah, sometimes I went there to eat.

Q Do you remember the name of it?

A No.

Q Do you know what hours Carlos worked during that timeframe?

A No, I do not remember.

Q Now, the morning that Adriana came home from the hospital with the baby, do you recall that morning?

A Yes.

Q And what do you remember about the morning when Adriana came home from the hospital?

A Well, I was sleeping. I was woken up

by the crying of a baby. I got up, and there were many people there. A lot of the Mejias were in the house.

Q   Do you recall what day of the week that was?

A   Saturday.

Q   Did you typically work on Saturday?

A   No.

Q   Do you recall whether or not you worked the day before, Friday?

A   Yes.

Q   And do you recall what hours you worked the day before, Friday?

A   Well, I don't remember the exact hours I worked. I know it was 10 or 11, but I do remember it was more than 8.

Q   You're talking about an eight-hour or ten-hour shift, right?

A   Well, no, the shift is regularly eight hours; but we worked extra hours that day.

Q   And remind me what your normal shift was; what hours you worked, from what time to what time?

A   I don't remember the time that I started. It was either 4:00 or 4:30. But it was between 4:00 and 4:30.

Q   So normally you would work til about midnight, right?

A   Yeah, until 12:30, 12:00. Yeah, but I remember it was eight hours.

Q   But you recall on this Friday you worked longer than eight hours, right?

A   Yes.

Q   And why do you remember that?

A   Because I remember there was not anyone to take me home. But I remember there was a guy waiting for me outside in the parking area.

Q   What guy?

A   His name was Jose Blanco.

Q   And did you know Mr. Blanco?

A   He worked there.

Q   And had you arranged for him to give you a ride home?

A   Well, yeah. In fact, there was another guy there; he was related to Jose Blanco. I think they were cousins. He was waiting there.

Q   So both Mr. Blanco and the person that you believe was his cousin was waiting there?

A   Can you repeat the question?

Q   Sure. So do you believe that Mr. Blanco, as well as the person who you believe was his cousin, was waiting there to give you a ride home?

A   Well, his cousin was also working, but there were other people with Jose Blanco in the parking area.

Q   Was his cousin -- do you know the name of his cousin?

A   Let me see if I remember. No.

Q   And Mr. Blanco is the one that lived approximately three blocks from you on Mozart, right?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q   And the cousin, do you know where the cousin lived?

A   I believe he lived on 47th, but I don't remember exactly.

Q   And Mr. Blanco and his cousin and some other people were in the parking lot when you left work?

A   Well, yes, they were there, but he was the one who gave me a ride home.

Q   Was his cousin in the car with you on the ride home?

A   No, a brother of his was waiting for him.

Q   A brother of the cousin?

A   Yes.

Q   So in the parking lot, when you came out of work, Mr. Blanco was there, and he was going to give you a ride home, right?

A   Correct.

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q   And his cousin was there. Did you see his cousin?

A   Yes.

Q   Did you speak to his cousin?

A   Yeah, we were all talking there because they were in a van drinking. In fact, they offered me to have a beer with them and we were talking about the summer that's starting and that there was going to be extra hours for us to work,

and that that was going to be good.

(Jose Fonseca is interpreting.)

BY MS. ROSEN:

Q   How many people were in the van drinking?

A   No, I don't remember how many.

Q   More than five?

A   I don't remember exactly how many.

Q   Were the people that were in the van drinking, all people that worked in the same factory that you worked?

A   Yes.

Q   Did you know the people that were drinking in the van?

A   Some of them.  Some of them I didn't.

Q   Did you recognize all the people that were drinking in the van?

A   I already answered the question.

Q   Well, can you tell me whether or not you recognized all of the people who were drinking in the van.

A   I already answered the question.  I already told you that I knew some of them and some of them I didn't.  You're asking me the same question another way.

Q   When I say "recognized them," what I mean is, even if you didn't know them by name, did you recognize them as people that worked in the factory, by face?

A   That's more specific.  Yes, I didn't know them, but I would identify them by sight.

Q   Do you know whose van it was they were drinking in?

A   It was a brother of a guy who was working with me.

Q   Do you remember the name of the guy that was working with you?

A   You already asked me that question. I told you that I didn't know the name.

Q   You don't remember the name today, but did you know it back then when you were working with him?

A   Yes.  But since it has been many years since then, I didn't have much contact with them, I don't remember.

Q   And the brother whose van it was, did you know his name back in 1998?

A   No.

Q   How long did you spend in the parking lot talking with the people that were drinking in the van?

A   No, I don't remember.  I don't remember.  I was waiting for them to stop drinking for them to give me a ride home, but I don't remember how long.

Q   Did you have anything to drink while you were waiting for the ride home?

A   I only had a beer.

Q   And eventually Mr. Blanco gave you a ride home; is that correct?

A   Correct.

Q   Do you remember what time you got home?

A   I don't remember the exact time, but it was in the morning.  It was 4:00 or around that time.

Q   And then I think you told us on Monday that you had a conversation with Carlos when you got home.  You don't remember what it was. Am I remembering that correctly?

MS. SUSLER:  I apologize.  I have a late question about the translation.  In Spanish, did he say "cuatro, cuatro y algo"?

THE INTERPRETER:  He did.

MS. SUSLER:  So that would mean 4:00 and --

THE INTERPRETER:  Interpreter is going to translate that part again.  The witness said "4:00 or after 4:00."

MS. ROSEN:  Thank you.

BY MS. ROSEN:

Q   So I think on Monday you told us when you got home you had a conversation with Carlos that you don't recall; is that right?  Am I remembering it right?

A   Yes, that's correct.

Q   Was Carlos awake when you got home?

A   He was awake.  I was surprised to see him awake.  He was awake.

Q   Was anybody else in the house awake when you got home?

A   No, I only saw him.

Q   And why were you surprised that Carlos was awake?

A   Because I would get there five days a week, and I would never see him awake.

244

Q Did you ask him why he was awake?

A No.

Q Were you suspicious of the fact that he was awake?

A At that moment, no.

Q Eventually were you suspicious that Carlos was awake?

A When I was in jail, yes.

Q Tell me about that.

A I was thinking about exactly at that time why he was awake, if he wasn't awake at that time. So I thought a lot about that and I came to the conclusion of why he was awake at that time.

MS. SUSLER: Didn't he say something about the day of the murders?

THE INTERPRETER: "The day of the murders."

MS. SUSLER: You know, I don't know how to fix this, but this is very sensitive area, and we have to get the translation right. So I'm going to ask you to listen really carefully and translate every word that Mr. Solache says. Thank you so much.

THE WITNESS: (In English:) Could we take

245

a break, please?

MS. ROSEN: Of course.

THE VIDEOGRAPHER: We're going off the record. The time is 11:18 a.m.

(Recess.)

(Adriana Trevino is interpreting.)

THE VIDEOGRAPHER: We are going back on the record at 11:27 a.m.

BY MS. ROSEN:

Q Mr. Solache --

MS. SUSLER: I'm sorry, Eileen. Can we just put on the record that I asked you to repeat the question?

MS. ROSEN: Sure.

MS. SUSLER: All right. Let's just do that.

MS. ROSEN: At the break, Ms. Susler asked that I reask the question so that Mr. Solache could reanswer the question because of the issue that she flagged in the translation. I don't think that that's a good use of our time. We have a video recording of Mr. Solache's answer to the extent that it needs to be corrected, it can be corrected on the back end. I'm not going to reask the question and

246

have him reanswer the question. And we're going to move forward, and we will do our very best to make sure that the translations are accurate. And as we've done throughout the course of this entire case, when issues are noted about translation, it's been raised and they've been addressed, I believe mostly to plaintiff's counsels' collective satisfaction.

So anyhow, we're going to move forward.

BY MS. ROSEN:

Q Mr. Solache, now you said that at some point while you were in jail you became suspicious of the fact that Carlos was awake when you came home the Friday evening before Adriana came home from the hospital with a baby, right?

A That is correct.

Q Did you ever confront Carlos with your suspicions?

A No.

Q Were your suspicions that Carlos was somehow involved in the murders and kidnapping?

THE INTERPRETER: I'm sorry. Could you repeat the question for the interpreter?

247

BY MS. ROSEN:

Q Involved in the murders and kidnapping.

A Yes.

Q And what did you base those suspicions on?

A Well, because the day when I came home from work, he was awake the day of the murders, and every time I would come back, he would be asleep, and he was awake.

Q Any other reason other than the fact that he was awake that night?

A No, not that I remember right now.

Q Did you tell your attorney, Viola Rouse, that you suspected that Carlos was involved in the murders and kidnapping?

A Not that I remember.

Q Why not?

A Because I don't remember.

Q Do you remember filing any post-conviction petitions complaining about the work Viola did for you?

A I do remember sending a letter to the Mexican Consulate only, but not complaining that she

had done bad work.

Q   What kind of letter do you remember sending to the Mexican Consulate?

A   I don't remember much, but something like she was not doing a good job on the case.

Q   Do you remember when you sent that letter?

A   No.

Q   Was it while the case was going on or after you had been convicted?

A   When the case was in process.

Q   And why did you feel that she wasn't doing a good enough job?

A   Because I gave an address to her of where I worked, and then she said she could not find it.

Q   You gave her the address of where you worked in the weeks leading up to your arrest.  Is that what you mean?

A   Yes.

Q   And she said she couldn't find the company that you worked for.  Is that what you're saying?

A   Well, the company I was working for did not pay me directly.  I worked for an office that was sending me there.

Q   So what couldn't she find, the place you worked or the company that was sending you there?

A   The company that sent me.

Q   Do you remember her ever being able to find that company that sent you?

A   I don't remember if she said anything to me about that.

Q   Do you recall during the course of your trial whether or not there was any evidence put in about work records that she had obtained from the company?

A   No, I don't remember.

Q   Have you ever, before testifying today, told anyone that you were suspicious of Carlos?

MS. SUSLER:  Asked and answered.  Are you talking about other than an attorney?  Otherwise there's an attorney/client privilege and I'll instruct him not to answer.

Oh, I'm sorry.  No, she said "before testifying."

MS. ROSEN:  Here today.

MS. SUSLER:  Yeah.

MS. ROSEN:  So I'll rephrase it to make that clear.

BY MS. ROSEN:

Q   Other than to any attorneys -- well, see, that's not going to work because you've waived privilege on Viola Rouse, right?

MS. SUSLER:  On Viola Rouse, yes.

BY MS. ROSEN:

Q   Have you told anyone, other than any of your attorneys, excluding Viola, that you were suspicious of Carlos?

A   No.

Q   Then the day that Adriana came home from the hospital with the baby, did you notice that there was another small child there also?

A   No, I don't think I remember that day.

Q   Did you notice the other child in the days after that first day she had brought the baby home from the hospital?

A   That day I did not notice anything.

Q   How about in the days after, did you notice the little boy?

A   Well, I did see him, but because she takes care of children, watches children, I didn't think anything about that.

Q   Adriana used to baby-sit other kids.  Is that what you're saying?

A   Yes.

Q   And how often would she baby-sit other children?

A   I think every day.  I would see kids every day in the house.

Q   And it was Adriana that was watching the kids, not Guadalupe?

A   Well, no, my understanding is that it was Adriana the one watching the children.  I don't know why Lupe was watching them too.

Q   So you didn't -- you just assumed that the little boy was just another kid that Adriana was watching?

A   Well, that's what I thought.  I mean, if it was this other kid or not -- I mean, I was only paying rent there.  Either she was watching the kid or not, that was none of my business.  That's all I had to do, just pay my rent.

252

Q   How much rent did you pay?
A   I don't remember.  I think it was about like a hundred dollars, something like that.
Q   A hundred dollars a month?
A   Yes.
Q   And who would you pay the rent to?
A   I don't remember if I was giving it to her or Rosauro, but I did have to pay rent.
Q   And do you remember ever seeing Mr. Reyes with the little boy?
A   No.
Q   On the night that you and Rosauro and Mr. Reyes took the little boy to the police station, what do you remember doing that day before taking the little boy to the police station?
A   I worked that day.
Q   Do you recall what hours you worked that day?
A   Eight hours.
Q   Do you recall how you got to work?
A   To work?
Q   Yeah.
A   I don't remember.  I think it was public transportation.

253

Q   Do you remember how you got home from work?
A   I think I got a ride.  I don't remember exactly.
Q   Do you recall what time you got home from work?
A   No, I don't remember.
Q   When you got home from work, was there anybody awake?
A   At that time there was nobody.  But then Adriana came out of her bedroom and Rosauro did too.
Q   Do you know where Carlos was?
A   No, I didn't see him.  At that moment I did not see him.
Q   How about Mr. Reyes, did you see Mr. Reyes when you came home from work?
A   At that moment, no, I didn't see him either.
Q   So how long were you home before Adriana and Rosauro came out of their bedroom?
A   I don't remember, but I was fixing something in the kitchen when they came out.
Q   Fixing something in the kitchen to

254

eat?
A   Yes.
Q   And what do you recall happening when Adriana and Rosauro came out of the bedroom?
THE INTERPRETER:  The interpreter will clarify "discusion," which could be an argument or just like a discussion.
(Interpreter speaks with witness in Spanish.)
THE WITNESS:  Well, they just were having an oral discussion.
THE INTERPRETER:  The interpreter was clarifying if it was like an argument or just discussion.  He said "oral discussion."
THE WITNESS:  And?
BY MS. ROSEN:
Q   And?
A   And then they went to the living room.
Q   Do you know what they were talking about?
A   Not at that moment.
Q   Were they using a normal tone of voice?
A   No, I don't remember.

255

Q   Did you eventually learn what they were talking about?
A   Yes.
Q   And what were they talking about?
A   The discussion they were having is that Rosauro wanted to drop off the kid at the police station and Adriana didn't want that.
Q   Where was Carlos when this conversation was happening about Rosauro wanting to drop off the kid at the police station?
A   Well, I don't remember exactly where he was, but when this happened -- he did make it to the living room.  He was in the living room.
Q   How about Mr. Reyes, when this discussion about dropping the kid off at the police station was happening, where was Mr. Reyes?
A   Well, I didn't see him either.  I mean, suddenly he was -- I mean, I didn't see him when he appeared at the scene, I mean, but he was eventually there.
Q   In the living room?
A   Yes.
Q   And then did you go into the living room too?

256

A    Well, yeah, after finishing eating, like having dinner, yeah, I went to the living room.

Q    And other than hearing that Rosauro said he wanted to drop the kid off to the police station and Adriana saying that she didn't want to, what else did you hear Rosauro and Adriana talking about?

A    Yes.

Q    What did you hear them talking about?

A    I heard -- I'm not exactly sure if it was Rosauro who said that or Adriana -- that they said that Guadalupe was saying that the parents to the kid had been murdered.

Q    Was Guadalupe upstairs during this discussion about taking the little boy to the police station?

A    No, I didn't see them.

THE INTERPRETER:  The interpreter is clarifying if Guadalupe is a woman.

(Interpreter speaks to witness in Spanish.)

THE INTERPRETER:  The interpreter was clarifying Guadalupe was a female.  He said Guadalupe is a female.  It's for the interpretation.

257

BY MS. ROSEN:

Q    Any other conversation that you heard between Rosauro and Adriana about taking the little boy to the police station?

A    No.  The discussion between Rosauro and Adriana, no.  It was just like the discussion, it was none of my business.  I just didn't pay much attention to that.  I just had to pay my rent.  I mean, it was their problem.  They had the kid.  It was not my problem.

Q    Did Rosauro and Adriana ever raise voices -- raise their voices at each other when they were having this discussion?

A    No, I did not pay attention to them.

Q    Did you participate in the conversation at all?

A    No.

Q    Did you hear Mr. Reyes participate in the conversation at all?

A    I don't remember.

Q    Did you hear Carlos participate in the conversation at all.

A    No, I do not remember either.

Q    Do you remember why -- do you

258

remember Adriana saying why she didn't want to take the little boy to the police station?

A    No.

Q    Did you hear Adriana say something like, "Let's just put him in the alley"?

THE INTERPRETER:  "Let's just" what?

MS. ROSEN:  "Let's just put him in the alley."

THE WITNESS:  No, I don't remember.

BY MS. ROSEN:

Q    Do you remember Carlos crying when Adriana and Rosauro were discussing what to do with the little boy?

A    I don't remember.

Q    Do you recall Mr. Reyes saying, "If you have a problem, then we should go to the police"?

MR. STARR:  Objection.  Asked and answered.

BY MS. ROSEN:

Q    You can answer.

A    I don't remember having heard anything.

Q    Do you recall any other conversation

259

between Adriana and Rosauro about what to do with the boy?

A    No.

Q    Did they eventually make a decision about what to do with the boy?

A    Well, Rosauro asked me if I would go with him to the police station.  In fact, I drove him to the police station.  Yeah, I drove.

Q    So Rosauro asked you to go with him to the police station?

A    That is correct.

Q    And you drove whose car to the police station?

A    Rosauro's.

Q    Did anybody else go to the police station with you and Rosauro?

A    Arturo and the kid.

Q    Do you know why Arturo went with to the police station?

MR. STARR:  Objection.  Foundation.

BY MS. ROSEN:

Q    You can answer.

A    Well, I don't know.  You already had him here.  I have no idea why he did that.

Q Did you hear anybody ask Mr. Reyes to go with to the police station?

A No.

Q Did you ask Mr. Reyes to go with to the police station?

A No.

Q And what police station did you go to?

A Well, I don't remember the name of the station, but I think it was on 63rd and St. Louis.

Q How did you choose to go to that police station?

A Well, it was the one closest to the house.

Q Had you ever been to that police station before for anything?

A No.

Q How did you know where that police station was?

A Well, I lived in that area. It was close to where I lived. I think that everyone who lived in that area knew about that police station.

Q And when you got to the police station -- during the car ride, did you have any conversation with anybody in the car?

A Not that I remember.

Q When this conversation was happening in the living room at the house, where was the little boy?

A I remember Adriana had him.

Q And was the little boy saying anything?

A I didn't hear him say anything.

Q Did you ever hear that little boy speak?

A No.

Q Not one time in the house did you ever hear that little boy speak?

A No.

Q Did you ask the little boy anything about what happened to his parents?

A No. Why would I be doing that?

Q Did you hear anybody ask the little boy about what happened to his parents?

A Well, no. The only thing I did was to pay my rent. If there were 100 kids or 200 kids there, that was not my problem.

Q Did you participate in any conversation in the car?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A I already answered that question.

Q How long did it take you to get from the house to the police station?

A Well, I don't remember. It's pretty close. I don't know, three, four, five minutes. Really close.

Q Was there any conversation about which police station to go to?

A No.

Q Did you hear Rosauro say anything while you were in the car driving to the police station?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A No.

Q Did you hear Mr. Reyes say anything in the car on the way to the police station?

MR. STARR: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A No, I didn't hear.

Q Did you hear Mr. Reyes say something along the lines of "I have a friend who's a police officer. Let's just take him to my friend"?

MR. STARR: Objection. Form. Foundation. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A No, not that I remember.

Q When you got to the police station, what happened?

A I remember we arrived and Rosauro asked for an officer who spoke Spanish.

Q Did you talk to any police officers when you first got to the police station?

A No.

Q And did a police officer who spoke Spanish eventually come and talk to you?

A No.

Q Did a police officer that spoke Spanish ever come and talk to Rosauro?

A Yes.

Q So while you were at that first police station, did you talk to anybody?

A No.

Q So you didn't talk to any police officers at that first police station, right?

A That is correct.

Q Did you have any conversation with Rosauro while you were at that first police station?

A No.

Q Did you have any conversation with Mr. Reyes while you were in that first police station?

A No, not either.

Q And where did you wait for the Spanish-speaking police officer to come?

A Well, I'm not very familiar with the police station, so I don't remember exactly, but we were in the there, the police station.

Q When you went into the police station, were you waiting in some kind of a lobby area?

A Well, I don't know if the police station has a lobby, but we were inside the police station.

Q Were there chairs?

A I don't remember.

Q Were you in a big open space or were you in an enclosed room?

A I don't remember.

Q Where was the little boy while you were waiting for the Spanish-speaking police officer?

A I don't remember where he was.

Q Did you ever know the little boy's name?

A Well, in the house they called him -- well, when I was in prison I learned his name, but they called him by another name in the house.

Q Do you remember the name -- when you say "in the house," do you mean the house on Mozart?

A Correct.

Q Do you remember the name they called him in the house on Mozart?

A No, I don't remember, but it was not the name that he has.

Q Do you remember who was referring to him by this other name?

A Adriana.

Q So in the couple days that the little boy was in the house, between the time he first came to the house on Saturday and the time that you took him to the police station, you did hear Adriana refer to him by name?

A She did call him by a name, but I do not remember the name it was.

Q Do you know how long you waited at the police station for the Spanish-speaking police officer?

A No, I do not remember.

Q Were you and Rosauro and Mr. Reyes waiting together?

A Yes.

Q Why did you go to the police station with Rosauro?

A I already answered that question to you. But if you want me to, I will answer it again.

Q Please.

A He asked me to.

Q And simply because he asked, you said yes, right?

A Well, I mean, it's the right thing to do, and it had to do with a child. And the child was the same age of my daughter. So any person would have done the same thing in my place.

Q And why were you driving?

A Well, everyone got into the car, and then Rosauro got on the passenger's side. And, actually, the keys were already in the ignition. The car was running.

Q Where was the -- the car was running?

A Yeah, it was outside Rosauro's house.

Q Where was it parked -- where was it parked outside Rosauro's house?

A In front of the house.

Q On the street?

A Yes.

Q Approximately what time was it?

A No, I don't remember.

Q Was it the middle of the night?

A It was in the middle of the night, but I do not remember the exact time.

Q So it was dark out, right?

A Yes.

268

Q    And the car was running when you came out to the car?

A    Yeah.  When we got out of the house, the car was already running.  I don't know who started the car, but when we got out, it was already running.

Q    Did you see anybody leave the house at any point in time after Adriana and Rosauro came out of the bedroom and before you went out to the car and found it running?

A    No, the truth is I do not remember.

Q    When the Spanish-speaking police officer came to talk to Rosauro, were you present for the conversation?

A    Yes, I was there.  It's not that I was not close to them.  I was not close enough to hear what they were saying.

Q    How far away were you from Rosauro and the police officer when they were speaking to each other?

A    Well, it was not too far, but far enough not to hear what they were saying.  Plus, I did not pay attention to what they were saying.

Q    Why didn't you pay attention to what

269

they were saying?

A    It was none of my business.

Q    Did that Spanish-speaking police officer ever speak to you?

A    I already answered that question, but if you want me to, I'll answer it again.  I have no problem answering it again.

Q    Go ahead.

A    No, I did not talk to anyone at the police station.

Q    Not a word, right?

A    No.

Q    What happened after Rosauro finished his conversation with the Spanish-speaking police officer?

A    Well, I don't remember.  Later some officers arrived, I believe they were detectives because they were wearing street clothes.  I believe they were wearing suits.  I'm not sure, but I believe they were wearing suits.

Q    And then what happened after those police officers arrived?

MS. SUSLER:  I mean, I'm just not sure if he finished his answer.

270

MS. ROSEN:  Oh, I'm sorry.

MS. SUSLER:  He broke it up for the interpretation.

THE WITNESS:  Then they came and they told us that we had to go to a different police station.

BY MS. ROSEN:

Q    Those other detectives, did they speak to you directly?

A    No.

Q    So how is it that you learned that they wanted you to go to this other police station?

A    Because they said so.  I even believe it was the officer who spoke Spanish.  They said we had to go to a different police station.

Q    So the detectives that said you had to go to a different police station did not speak Spanish?

A    I didn't hear them speak Spanish.

Q    How did you become aware that you were being asked to go to this other police station?

MS. SUSLER:  Objection.  Form.  Misstates his testimony in terms of "you were being asked."

BY MS. ROSEN:

Q    You can answer.

271

A    I was not asked directly.  I was not told "Mr. Solache, you need to go to this other police station."  We were just told that we need to go to the other police station.

Q    Who told you you needed to go to the other police station?

A    They said it in Spanish.  I imagine it was the officer who spoke Spanish, I imagine.

Q    Did you ask why?

A    No.

Q    Why not?

A    I didn't think of it.

Q    Were you objecting to go to the other police station?

A    No.  Why not?  I owed nothing.

Q    You what?

THE INTERPRETER:  I'm sorry.  That was the wrong translation.

(Interpreter speaks with witness in Spanish.)

THE WITNESS:  No, because I had nothing to do with it.

BY MS. ROSEN:

Q    So you were willing to go to the other police station?

A    Yes.

Q    How much time passed between the time you were told you needed to go to the other police station and when you left for the other police station?

A    Could you repeat the question again? You're saying how long did it take us to go from one police station to the other police station?

Q    No.  At some point you were told you need to go to the other police station, and then you left the first police station.  How much time did you stay at that first police station after you were told you needed to go to the other one after?

A    Okay.  I do not remember.

Q    Where was the little boy when you were told you needed to go to the other police station?

A    I don't know.  At a certain time, I mean, at some point I stopped seeing him.  I don't know where he was.

Q    Did you ever see where that little boy went?

A    No.

Q    Did you see any family member with the detectives that came and said that you needed to go to the other -- let me strike that.

Did you see any family members of the little boy with the detectives that came to tell you you need to go to the other police station?

MS. SUSLER:  Objection, form and foundation.

BY MS. ROSEN:

Q    You can answer.

A    Yes.

Q    When did you see those family members?

A    When we were over there at the station, before we went to the other police station.

Q    How many individuals did you see?

A    Well, I only remember one person.

Q    And did you know that that person was somehow related to the little boy?

A    Yes, that's what he said.  I mean, he claimed to be the uncle of the kid, the kid's uncle.

MS. SUSLER:  Didn't he also say "They didn't say anything to me"?

THE INTERPRETER:  I didn't hear that.

(Interpreter speaks to witness in Spanish.)

THE WITNESS:  He didn't say that to me directly, but I heard that he said he was the kid's uncle.

BY MS. ROSEN:

Q    You overheard him say that when he came to the police station?

A    Correct.

Q    And was that person speaking Spanish?

A    Yes.

Q    And did you see him interact with the little boy at all?

A    No, I don't remember.

MS. ROSEN:  We need to change the media, and it's a natural break.

THE VIDEOGRAPHER:  This marks the end of Media Number 2 in the deposition of Gabriel Solache. We are off the record at 12:16 p.m.

(Recess.)

(Jose Fonseca is interpreting.)

THE VIDEOGRAPHER:  Here begins Media Number 3 in the deposition of Gabriel Solache.  We are back on the record at 12:27 p.m.

BY MS. ROSEN:

Q    Mr. Solache, how did you get from the first police station to the second police station?

A    In a police car.

Q    Who was in the police car with you?

A    Rosauro, Arturo and myself.

Q    How many police officers were in the police car?

A    Two.

Q    Were both police officers sitting in the front seat?

A    Yes.

Q    And you and Rosauro and Arturo were in the back seat?

A    That's correct.

Q    Did you and Arturo and Rosauro speak at all while you were in the back seat of this police car?

A    Not that I remember.

Q    Did the police officers that were in the front seat say anything to any of you?

A    No.

Q    How long did it take to go from the first police station to the second police station?

A    I'm not sure, but around between 35 and -- 25 and 35 minutes.

Q   Where was the second police station?
A   At that moment I didn't know where it was.
Q   Do you know now?
A   Yes.
Q   Where?
A   The Grant and Central.
MS. SUSLER:  Grand and Central.
MS. ROSEN:  Grand.
THE INTERPRETER:  Grand and Central.
BY MS. ROSEN:
Q   When you were in the police car going from the first police station to the second police station at Grand and Central, was it still dark out?
A   No, it was daytime.
Q   Could you tell -- did you know what time it was?
MS. SUSLER: Objection, form.  What time it was when?
MS. ROSEN:  When they were driving from the first police station to the second police station.
THE WITNESS:  No, I don't know exactly what time it was, but it was in the morning.

BY MS. ROSEN:
Q   When you got to the second police station at Grand and Central, where did you go?
A   Inside the police station.
Q   Did you go into -- did you go in -- strike that.
When you went into the police station, did you remain on the first floor or on the second floor?
A   I don't know how many floors the police station has, but I was in the police station.
Q   So you don't remember what floor you were on when you were at the police station and being questioned by the police?
A   No.
Q   How much time had passed from the time you left your home on Mozart until the time you got to Grand and Central?
A   No, I don't remember.
Q   Was it more than an hour?
A   I don't remember.
Q   Was it more than two hours?
A   I don't remember.
Q   Was it more than three hours?

A   I don't remember.  I didn't have a watch.
Q   From the time you left your house and the time you got to Grand and Central, am I correct that you did not say a word to anyone?
A   When you say "anybody," who do you mean?  Who are you referring to?
Q   A single person.
A   Are you talking about police officers, Arturo or Rosauro?
Q   I'm talking about anybody.  Did you say anything to anybody from the time you left the house until the time you got to Grand and Central?
A   Not that I remember.
Q   And do you recall anybody speaking to you directly from the time you left your house until the time you got to Grand and Central?
A   No.
Q   When you got to Grand and Central, were you and Rosauro and Arturo together?  In a room?
A   The three of us were put in a room.
Q   Can you describe the room?
A   It was very small.  I don't know the exact measurements, but it was a very small room.
Q   Were there chairs for you to sit?
A   No, I don't remember that.
Q   So were you guys just standing in the room?
A   I don't remember.  I believe so.
Q   And how did you know to go into this room?
THE INTERPRETER:  "How did you know"?
BY MS. ROSEN:
Q   How did you know to go into the room?
A   I didn't know.  I was put there.
Q   Did somebody speak to you and tell you to go into the room?
A   I don't remember whether or not they spoke to me directly, but the three of us were put there.
Q   Did you have any -- who put you there?
A   I believe it was an officer.
Q   Was it one of the officers that was in the car with you?
A   I don't remember.
Q   The two officers that were in the car

280

with you, did you ever see them again after you got to Grand and Central?

A   No.

Q   How long did you stay in the room with Rosauro and Arturo?

A   I don't remember exactly how long I was with them, but it wasn't a long time.

Q   It was not a long time?  I'm just verifying.  Correct?

A   Yes.

Q   And what happened after some period of time while the three of you were in that room?

A   I don't know what happened with them, but I was changed, I was put in another room alone.

Q   At any point in time while you were in the room with Rosauro and Arturo, did the three of you speak?

A   Yes.

Q   And what did you say to one another?

A   I didn't say anything.  Rosauro said that we should have left the little boy in an alley.

Q   And when Rosauro said, "We should have left the little boy in an alley," did you say anything back to him?

281

A   No, I don't remember.

Q   How about Mr. Reyes, did he say anything back to Rosauro when he said "We should have left the little boy in an alley"?

A   No, I don't remember that either.

Q   What was your reaction to Rosauro saying "We should have left the little boy in an alley"?

A   At that moment I didn't have a reaction.

Q   Did you think it was strange for him to say that?

A   At that moment I didn't think anything.

Q   Did you later think something?

A   Yes.

Q   And when later did you think something?

A   Well, I don't remember exactly when, but it was strange that he had made that comment.

Q   What was strange about that comment?

A   Leaving the little boy in the alley.

Q   Did it make you suspicious of Rosauro?

282

A   Yes.

Q   In what way?

A   Once when he took Adriana to the hospital, he came back and he told me he had seen a boy in the ultrasound, and days before he made a comment about giving the boy away to a neighbor who lived in front of the house.

Q   You said Rosauro had made a comment about seeing a boy in an ultrasound when he took Adriana to the hospital.  Is that what you said?

A   That's correct.

Q   When you say "He saw a boy in the ultrasound," do you mean he saw the ultrasound of Adriana's stomach and saw a boy inside, or do you mean he saw a boy in the office at the ultrasound?

A   He said it was a boy baby that Adriana was expecting, that he had seen him in the ultrasound.

Q   So it was your impression that Adriana was having a boy based on what Rosauro told you?

A   At that point I didn't think about anything.  He just said that comment, and perhaps he was happy he made that comment.  I didn't know

283

anything about that.

Q   When did he make the comment?

A   Days before Adriana went to the hospital to give birth to the baby supposedly.

Q   When did you first realize that the baby that Adriana brought home from the hospital was a little girl and not a little boy?

THE WITNESS:  When they --

(Interpreter speaks to witness in Spanish.)

THE INTERPRETER:  I'm asking him --

MS. SUSLER:  Gabriel, do you need her to ask the question again?

MS. ROSEN:  Can the court reporter please read back my question.

MS. SUSLER:  And just so the record is clear, it was a long response in Spanish and the interpreter tried to ask him to repeat his answer, at which point I said, "Would you please ask the question again."

MS. ROSEN:  Can you read the question back.

(Record read as follows:

"When did you first realize that the baby that Adriana brought

home from the hospital was a little girl and not a little boy?")

THE WITNESS: The same day. It was a Saturday. And as I told you, what I said earlier, that was none of my business, whether it was a boy or a girl, because that was not my problem.

BY MS. ROSEN:

Q That Saturday when Adriana brought the baby home from the hospital, did you know that the baby was a girl?

A Yes.

Q Based on what Rosauro had told you days earlier, were you surprised that it was a girl?

A Not at that moment. No, not at that moment.

Q At any point were you surprised by the fact that Adriana brought home a girl based on what Rosauro had told you?

A Yes, when I was in prison.

Q You also said that Rosauro said something about giving the boy away to a neighbor. When did Rosauro tell you that?

A He didn't tell me that directly. He just made a comment, but I don't remember what day he said that.

Q Who did he make the comment to?

A I don't remember how many people were there.

Q Did anybody respond to Rosauro's comment about giving the boy to a neighbor that lived in front of the house or across the street?

A No.

Q Do you know what neighbor he was referring to?

A Yes.

Q What neighbor?

A I don't remember his name, but he lived in front of the house I was living in.

Q Did he live right across the street?

A Yes.

Q And was it family that lived across the street?

A Could you be more specific? Was it Rosauro's family or whose family?

Q No. So you said it was a male neighbor that lived across the street that you were referring to, right?

A Correct.

Q That person that you're referencing, the male, did he have a family that lived with him in the house?

A Yes, he had a family.

Q Did he have children that lived in the house with him?

A I believe he had one. I'm not sure.

Q And back in 1998, did you know this man's name?

A No. I don't remember his name.

Q Would you see him, though, from time to time in the neighborhood?

A Yes, I would see him in the neighborhood, but I never asked him for his name. He was an older person. He was 40-plus. He was older than 40 years old.

Q Did you ever tell Viola Rouse about the comment that Rosauro made about giving the little boy to the neighbor that lived across the street?

A I don't remember, but that's possible.

Q Other than Viola Rouse and any of your other lawyers, have you told anyone else about the comment that Rosauro made about giving the little boy to the neighbor that lived across the street?

MS. SUSLER: I just want to -- I'll wait until he translates.

(Interpreter translates question.)

MS. SUSLER: And my instruction is that I just want to make sure you understand you're not to say anything about what you told any lawyer. You can talk about what you told anybody else. That's what she's asking, but not what you told a lawyer.

THE WITNESS: Not that I remember.

BY MS. ROSEN:

Q When you were put into a room by yourself, can you describe that room?

A Yes.

Q Can you describe it for us, please.

A It had a metal bench, and there was a plastic chair there, and there was a loop attached to the wall.

MS. SUSLER: Could we also call that a "ring"?

THE WITNESS: A ring attached to the wall.

288

There was a ring attached to the wall.

BY MS. ROSEN:

Q   And was the ring a metal ring?

A   Yes.

Q   Who put you into that room by yourself?

THE INTERPRETER: Pardon?

BY MS. ROSEN:

Q   Who put you into the room by yourself?

A   I believe it was an officer, but I didn't get to see his name.  I didn't know his name.

Q   Was it a police officer you had already seen before or was it a brand-new police officer?

A   I don't remember.

Q   Did that police officer say anything to you?

A   I believe so, but I don't remember exactly what he said to me.

Q   Did he speak to you in Spanish or English?

A   I don't remember.

Q   And it was a male police officer,

289

right?

A   Correct.

Q   At any point in time that you were at any police station, did you deal with any female police officer?

A   No.

Q   Did the police officer that put you in that room come in with you or just close the door?

A   He just put me in the room.

Q   Did you ever see Mr. Reyes again after you were put into that room?

MS. SUSLER: Objection. Form.  Are you talking about at Area 5?

MS. ROSEN: That's a good point.  Let me rephrase the question.

BY MS. ROSEN:

Q   Did you ever see Mr. Reyes again after you were put in that room, while you were at the police station?

A   Yes.

Q   When did you see him again?

A   I don't remember exactly when that happened, but I saw him again.

290

Q   Where did you see him?

A   There at the police station.

Q   Where were you when you saw Mr. Reyes?

A   I don't know exactly the areas at the police station, but I was in the police station.  I was still in the police station.

Q   At some point in time that day you spoke with a prosecutor, right, a female prosecutor?

MS. SUSLER: Objection. Form.  Did you say "that day"?

MS. ROSEN: Sorry.  Let me say it again.  I'm going to withdraw the question.

BY MS. ROSEN:

Q   At some point while you were in the police station you spoke with a female prosecutor; is that correct?

A   No.

Q   At some point while you were in the police station you were in a room with a female prosecutor; is that correct?

A   Correct.

Q   Did you see Mr. Reyes before or after you were in the room with the female prosecutor?

291

A   After.

Q   Did you speak with Mr. Reyes when you saw him?

A   I don't remember.

Q   What was Mr. Reyes doing when you saw him?

A   We were standing in front of a desk.

Q   What kind of a desk?

A   I don't know what kind it would be.

Q   Was there a police officer there?

A   Yes.

Q   Was the police officer asking you questions?

A   I don't remember.

Q   Was it shortly before you were put into the lock-up?

THE INTERPRETER: "Into"?

MS. ROSEN: "Into the lock-up."

THE WITNESS: Yes.

BY MS. ROSEN:

Q   Did Mr. Reyes say anything to you at that point?

A   Not that I remember.

Q   After you were put into the room by

292

yourself, did you see Rosauro again?

A   No.

Q   Did you ever see Guadalupe Mejia in the police station?

A   No.

Q   Did you ever see Jorge Mejia in the police station?

A   No.

Q   I know at one point you saw Adriana, right?

A   Yes.

Q   Did you see any other people you knew at the police station after you were put in that room, other than Mr. Reyes and Adriana?

A   No.

Q   How long were you in that room by yourself?

A   I don't remember.

Q   Did eventually somebody come into the room?

A   Yes.

Q   Do you recall who?

A   I believe they were officers, but I don't know their names.

293

Q   How many officers?

A   There were two of them.

Q   Did they say anything to you?

A   No.

Q   Did they do anything?

A   Yes, they were talking to each other, then they took my shoes.

Q   They didn't say anything to you before they took your shoes?

A   No.

Q   Can you describe for me how that happened?

A   I don't remember, but they took them.

Q   Were you sitting when they took your shoes?

A   I don't remember whether I was standing or sitting, but they took my shoes.

Q   So it's possible they just took your shoes right off your feet while you were standing?

A   I don't remember, but they took my shoes.

Q   Did you say anything to them?

A   No.

Q   Can you describe those two police

294

officers in any way?

A   No.

Q   After those police officers took your shoes, what happened?

A   I stayed in the room.

Q   How long did you stay in the room?

A   I don't remember.

Q   Did somebody else eventually come to the room?

A   Yes.

Q   Who?

A   Another officer came and he took me out of the room.

Q   Do you know the name of that police officer?

A   No.

Q   Did that police officer speak to you?

A   Yes.

Q   What did that police officer say to you?

A   He told me that I was accused of some murders.

Q   Was this police officer speaking to you in Spanish?

295

A   Yes.

Q   Was this police officer Detective Guevara?

A   No.

Q   In 1998 when you were in the police officer, did you speak any English at all?

MS. SUSLER:  You mean in the station?

MS. ROSEN:  Yeah.

BY MS. ROSEN:

Q   In 1998 when you were in the police station, did you speak any English at all?

A   Yes, a few words.  Not many, but a few words.  Not enough to have a conversation.

Q   And did you read any English when you were in the police station in April of 1998?

A   Nothing.

Q   When did you learn to read English?

A   Like in 2006.

Q   How did you learn to read English?

A   I had a job in the prisoners' kitchen.  And for some reason I didn't want to work there anymore, so I asked for a change to the officers' office -- and I asked for a change to be transferred to the officers' kitchen.  No, I didn't

get the change. And then I stopped working there. And I was sent to a place that we refer to in Spanish as "El oyo."

THE INTERPRETER: I will translate, "the hole." The translation of "El oyo" into English is "the hole."

BY MS. ROSEN:

Q And how long did you stay in the hole?

A 30 days.

Q And this is because you didn't want to work in the prisoners' kitchen anymore, right?

A Correct.

Q And then how does this relate to you learning how to read English?

A My two neighbors who were next to me in the cell next to mine, they were African-American. And they didn't speak any Spanish. So at that point I spoke a little bit of English. And they offered books to me for me to read them, and evidently they offered books in English. And so I started reading, and I realized that I understood -- I didn't understand a hundred percent, but I understood 60 percent. And from that moment, during all the time that I was a prisoner, they would send me books in English. That's how I learned to read in English.

Q Back to the police station. So this police officer told you that you were accused of some murders, right?

A Correct.

Q Did he tell you what murders?

A No.

Q Did he tell you how many murders?

A No. But he told me the day on which the murders took place, and I said that it was impossible because that day I was working.

Q What day did he tell you the murders happened on?

A I don't remember the exact date on which the two murders took place, but at that point I told him that I was working.

Q Did you tell him where you were working?

A Yes.

Q Did you give him the name of the company?

A Yes.

Q Did you give him the address of the company?

A No.

Q Did you provide him any other information about where you worked, other than the name of the company?

A Not that I remember now.

Q And when you told the police officer it was impossible because you were working, what did the officer say?

A Evidently he said I was lying, and he said that I have to tell the truth. Otherwise I'd be fucked up.

MS. SUSLER: I think he also said "He didn't believe me."

(Interpreter speaks with witness in Spanish.)

THE INTERPRETER: The interpreter is going to translate again.

THE WITNESS: Evidently he didn't believe me. He said it was a lie, that I had to tell the truth, and that I had to talk. Otherwise I'd be fucked up.

BY MS. ROSEN:

Q Did he say why he didn't believe you?

A No.

Q Can you tell me approximately how long you had been at Grand and Central when that police officer told you he didn't believe you?

A No, I don't remember how long I had been there.

Q And this was the first police officer that talked to you at all about the murders, right?

A Correct.

Q How long did this conversation with this police officer last?

MS. SUSLER: Objection to the form and your characterization of it as a "conversation."

You can answer.

THE WITNESS: I don't remember how long I talked with this police officer because I didn't have a watch, but it wasn't a long time.

BY MS. ROSEN:

Q And where did this conversation take place?

MS. SUSLER: Same objection.

BY MS. ROSEN:

Q You can answer.

A He took me out of the small room and

I went to an area, a bigger area, where there were desks and computers. If I'm not mistaken, there was a board.

MS. SUSLER: A blackboard?

THE WITNESS: I don't remember the color, but it was a board.

BY MS. ROSEN:

Q Like a board that you can write on?

A The ones we use at school.

Q Was there writing on the board?

A Not that I remember.

Q And how long did you stay in that bigger area with the desks and the board?

A No, I don't remember, but it wasn't a long time.

Q Then what happened -- let me strike that.

Did that police officer say anything more to you other than what you've already described?

A For now, that's all I remember that he told me.

Q Did you say anything more to this police officer other than what you have already described?

A Not that I remember now.

Q And when the two of you had stopped speaking with one another, what happened?

A I was returned to the small room and I was cuffed.

Q The same small room you had been in before?

A Yes.

Q And how were you cuffed?

A Could you be more specific?

Q Sure. Were your hands -- when you say "cuffed," you mean handcuffed, right?

A No. He put one cuff around here and the other one attached to the ring.

Q So when you say "cuffed," you do mean handcuffed, right, with handcuffs?

A From the right hand to the ring.

Q The ring that was on the wall by the bench, right?

A Correct.

Q Did the police officer say anything to you before he put the handcuffs on you?

A No, not that I remember.

Q Did you ask him why he was handcuffing you?

A No.

Q And then after the handcuffs -- after you were handcuffed to the ring on the wall, what happened?

MS. SUSLER: You need a break?

BY MS. ROSEN:

Q Can you answer the question? Are you able to answer the question?

A Yes. Mr. Rivera walked in.

MS. SUSLER: "Guevara"?

THE INTERPRETER: "Mr. Guevara walked in."

MS. ROSEN: We can take a break.

THE VIDEOGRAPHER: This marks the end of Media Number 3 in the deposition of Gabriel Solache. We are off the record at 1:17 p.m.

(Lunch recess.)

(Jose Fonseca is interpreting.)

THE VIDEOGRAPHER: Here begins Media Number 4 in the deposition of Gabriel Solache. We are back on the record at 2:28 p.m.

BY MS. ROSEN:

Q Mr. Solache, the police officer that first took you out of the room and told you that he didn't believe you, was he a white officer or a Hispanic officer?

A Hispanic.

Q Can you describe him at all?

A No.

Q Did you ever see him again after that time when he took you out of the small room and told you he didn't believe you?

A No.

Q Did he ever testify in court against you?

A Possibly, but I don't know his name.

Q Then after he returned you to the small room, the next police officer you talked to was Detective Guevara; is that right?

A I didn't understand the question. Could you please repeat it?

Q Sure. The police officer that told you he didn't believe you, then he put you back in the room, right?

A Correct.

Q And then the next police officer that you talked to was Detective Guevara, right?

304

A    Yes.

Q    And how long were you in that small room before Detective Guevara came into the room?

A    Not a long time.

Q    And tell me what happened when Detective Guevara came into the room?

A    He walked in beating me, and he told me why I had done it. So I told him what I had done.

MS. SUSLER:  No, that is not what he said.

THE INTERPRETER:  The interpreter is going to clarify.

(Interpreter speaks with witness in Spanish.)

THE WITNESS:  Then I asked him what I had done.

MS. SUSLER:  I think it should be translated "What did I do?"

THE INTERPRETER:  I told him, "What did I do?"

MS. ROSEN:  She just said "What have I done" too.

(Indecipherable from Adriana Trevino.)

MS. SUSLER:  You're not on the mic, so I don't know that that's on the record.

305

THE REPORTER:  Correct. This is the court reporter. I didn't hear Adriana.

MS. ROSEN:  She said "What have I done" as a question, is what Adriana said. I'll clarify it so that we're all clear.

BY MS. ROSEN:

Q    So he walked into the room beating you. Is that what you said?

A    Yes.

Q    So where were you when he walked into the room?

A    In the room, in the small room?

Q    Yes. Where exactly in the room where you when he walked into the room beating you?

A    I was cuffed to the ring.

Q    So did he say anything to you before he started beating you?

A    No. While he was beating me, he told me why had I done that.

Q    So he never talked to you at all before he started hitting you; is that correct?

A    That's correct.

Q    And it was as he was beating you that he asked you, "What have you done" or "Why have you

306

done what you did," right?

A    Yes. But I told him that I already spoken with the officer, whose name I don't remember, and that I had already explained to him where I was when the deaths took place.

Q    And is this conversation that you're having with Detective Guevara where he's accusing you and you're saying "I've already talked to somebody else," happening at the same time that he's beating you?

MS. SUSLER:  Objection. Form to your characterization as to a "conversation."

BY MS. ROSEN:

Q    You can answer.

A    I don't remember if that happened while he was hitting me or there was a moment when he stopped beating me and that's when I told him.

Q    Is this the first time you saw Detective Guevara?

A    Yes.

Q    And up until the point that Detective Guevara walked into the room, you had -- I'm breaking up my question.

Up until the point where Detective

307

Guevara walked into the room, you had seen two police officers who took your shoes and the one police officer who took you out of the room and told you he didn't believe you, right?

A    Correct.

Q    Tell me what Detective Guevara did to you that you're calling he started beating you? Exactly what did he do?

A    He started slapping me.

Q    Where did he slap you?

A    On the left-hand side of my face.

Q    Did he slap you with an open hand or a closed fist?

A    Open hand.

Q    And how many times did he strike the left side of your face?

A    I didn't count them.

Q    Can you estimate?

A    No.

Q    Was it more than one time?

A    Yes.

Q    Did he hit you hard?

A    Yes.

Q    Where on the left side of your face

did he make contact?

A All over the face, from the ear all the way down (indicating).

Q Did he hit you anywhere else other than the left side of your face?

MS. SUSLER: Objection. Are you talking about this same moment in time or --

MS. ROSEN: Yes, this same moment in time.

THE WITNESS: At that moment, no.

BY MS. ROSEN:

Q How long was he hitting you on the left side of your face for?

A If seemed like forever.

Q Did it hurt?

A Yes.

Q And at the time that he hit you on the left side of your face, were you sitting on the bench?

A I don't remember.

Q Was your right hand handcuffed to the ring on the wall?

A Yes.

Q Did he cause any swelling to your face?

A I don't know.

Q There were a lot of photographs taken of you while you were at the police station, correct?

A Correct.

Q And there were photographs taken of you when you went -- when you first went to Cook County Jail, correct?

A Correct.

Q When is the last time you looked at any of those photographs that were taken of you?

A I don't remember.

Q Have you looked at them at all in the last week as you were getting ready for this deposition?

A I don't remember.

Q Did you look at them -- do you recall looking at them during the course of your criminal case?

A No, I don't remember.

Q Do you remember how many times you testified in your criminal case before you were convicted?

A It seems like two times.

Q The first time that you testified, do you remember being shown photographs that were taken of you while you were at the police station and when you first went to Cook County Jail?

A I don't remember.

Q The second time that you testified in your criminal case, do you recall seeing photographs that were taken of you while you were at the police station and when you first went to Cook County Jail?

A I don't remember.

Q Do you recall any photographs taken of you after you first went into Cook County Jail?

A No, I don't remember.

Q Do you recall seeing any photographs of you that were taken during that timeframe that showed any injuries on your face?

A No, I don't remember.

Q Did you bleed at all as a result of the slaps to your face by Detective Guevara?

A No.

Q How long did Detective Guevara stay in the room with you?

A I don't know.

Q Other than asking you why you had done it and you asking "What have I done," was there any other words exchanged between you and Detective Guevara at that time?

MS. SUSLER: Objection. You mean other than what he's already testified to today?

MS. ROSEN: Sure. I think I recapped it, but sure.

MS. SUSLER: I don't think you did.

MS. ROSEN: Okay.

BY MS. ROSEN:

Q Other than what you've already testified to, were there any other words exchanged between you and Detective Guevara at this time?

A No, not that I remember.

Q And then did he leave the room?

A He left the room and he returned with Adriana.

Q How much time passed between the time he left the room and he returned with Adriana?

A Not a long time.

Q And when he left the room, how were you feeling?

A With pain.

Q Describe the pain.

312

A   I had pain.
Q   Where?
A   On my face.
Q   Anywhere else?
A   No.
Q   Were you dizzy at all?
A   Not that I remember.
Q   Anything else you were feeling other than pain on your face?
A   No.
Q   When Detective Guevara came back into the room with Adriana, what happened?
A   He slapped me again.
Q   Did he say anything before he slapped you again?
A   Yes.
Q   What did he say?
A   He told me if I was going to continue denying in front of the lady.
Q   Did you respond to his question?
A   I told him I hadn't done anything.
Q   And then he slapped you?
A   No.  He only slapped me once there.
Q   When did he slap you?

313

A   When he brought Adriana back.
Q   So before he said anything to you, he slapped you?
A   Yes.
Q   So he walked into the room with Adriana and just slapped you without saying anything?
A   No, he said something.  He said if I was going to continue denying in front of the lady, and he slapped me again.
Q   So he slapped you before you could answer his question?
A   Well, I don't know, but he slapped me.
Q   Do you remember if he slapped you before you answered his question?
A   No, I don't remember.
Q   And after you told him -- where did he slap you?
THE INTERPRETER:  "Where did"?
MS. ROSEN:  Withdraw that.  Let me start over.
BY MS. ROSEN:
Q   Where did he slap you?

314

MS. SUSLER:  You mean on his body?
MS. ROSEN:  Yeah.  Sorry.
THE WITNESS:  No, he slapped me on the face, on the same side he was hitting me, on the left side, left-hand side of my face.
BY MS. ROSEN:
Q   And that was one slap at that point, right?
A   Yes.
Q   And after you told him that you hadn't done anything, did he say anything else?
A   No.
Q   Did Adriana say anything?
A   Yes.
Q   What did Adriana say?
A   That I had helped Adriana, and that I had been the one who had stabbed the man.
Q   When did Adriana say that you had helped her and you were the one that stabbed the man?
A   At that moment.
Q   And did you say anything after Adriana said that?
A   Yes.

315

Q   What did you say?
A   I told her no, that that was not true.
Q   Did she say anything else?
A   No.
Q   Did Detective Guevara say anything?
A   No.
Q   Did you say anything more?
A   No.
Q   What happened next?
A   She left with Adriana and she took her back.  I don't know where she brought her from.
Q   Up until that point, did you know that Adriana was in the police station?
A   Yes.
Q   How did you know that?
A   Well, I didn't know she was there until Detective Guevara took her there.
Q   So let me clarify my question.  Before Adriana walked into the room, did you know she was in the police station?
A   No.
Q   After Detective Guevara and Adriana left the room, how much time did you spend in the

316

room before somebody else came in or something else happened?

A    It wasn't very long.  Detective Guevara came back and he started beating me on the stomach.

Q    After Adriana left the room, how were you feeling, before Detective Guevara came back?

A    With pain.

Q    And where was your pain?

A    On the face, on the left-hand side.

Q    Did you feel any other pain other than on the left side of your face?

A    No.

Q    Were you dizzy at all?

A    I don't remember.

Q    Then when Detective Guevara came back into the room, what happened?

A    He started hitting me on the stomach.

Q    With his fist?

A    Yes.

Q    How many times did he hit you in the stomach with his fist?

A    I don't know.  I didn't count them.

Q    Was it many times?

317

A    Few times.  I didn't count them.

Q    Did he say anything to you before he started hitting you in the stomach?

A    No.

Q    Did he say anything to you as he was hitting you in the stomach?

A    No.

Q    Did you say anything to him?

A    Yes.

Q    What did you say to him?

A    That, yes, that I had done it.

Q    When exactly did you say "Yes, I had done it"?

A    When he was hitting me in the stomach.

Q    So as he was hitting you in the stomach?

A    Yes.

Q    And why did you say it?

A    Because he was harming me.

Q    "Harming"?  Is that the word?

A    Yes.

Q    And after you said that you had done it, what happened?

318

A    He stopped hitting me.

Q    And after he stopped hitting you, did he say anything to you?

A    No, he left the room.

Q    And other than saying "Yes, I had done it," did you say anything more to him?

A    No, I don't remember saying anything at this moment.

Q    And then how long were you in the room before something else happened?

A    No, I don't remember how long.

(Adriana Trevino is interpreting.)

BY MS. ROSEN:

Q    What's the next thing that you remember happening?

A    Then Detective Guevara came back and left from there.  Left there.

Q    With you?

A    No, he took me out of the room.

Q    Okay.  So he came back and then he took you out of the room?

A    Yes, yes.

Q    Was there any conversation between you and Detective Guevara at that point?

319

MS. SUSLER:  Objection to the form of the question and use of the word "conversation."

BY MS. ROSEN:

Q    You can answer.

A    No, I don't remember if we had a conversation.

Q    Did he say anything to you at that point?

A    I don't remember him saying anything to me.  I just remember he took me to a big room.

Q    Did you say anything to him at that point?

A    Not that I remember.

Q    And the big room he took you to, had you been to that room before?

A    No.

Q    So this was a completely different room than you had been in up until that point, right?

A    Well, I was in a similar room before the first time the first officer that took me out.

Q    But you don't think it was the same room?

A    Well, no, it looked different.

320

Q   Can you describe that room?
A   It had some desks.  I think they were together.  It also had computers.  And it also seemed to me that there was a writing board, but I'm not sure.
Q   Were there other people in that room?
A   Yes.
Q   How many other people were in the room?
A   There was a lady.
Q   Was she the prosecutor?
A   Yes.
Q   Do you remember what her name was?
A   Not at that moment.
Q   Does the name Heather Brualdi sound familiar?
A   Yeah, I later learned that it was Ms. Heather Rowley.
MS. ROSEN:  "Brualdi."
THE INTERPRETER:  "Brualdi."
BY MS. ROSEN:
Q   And you saw her testify, right, in the criminal case at various points?
A   Yes.

321

Q   And it's the same woman we're talking about, right?
A   Yes.
Q   When the first officer took you out into the similar room earlier, were there other people in that room?
A   I don't remember.
Q   So when you're in the room with Detective Guevara and the Prosecutor Brualdi, were there any other people in the room other than the three of you?
A   No.
Q   Did Ms. Brualdi introduce herself to you?
A   No.
Q   Did she say anything to you?
A   No.
Q   She did not directly address you at all?
A   No.
Q   Did she shake your hand?
A   I don't remember her doing that.
Q   Did she wave hello or anything to you?

322

A   I don't remember.
Q   So you don't remember her greeting you in any way directly at all?
A   No, I don't remember.
Q   What happened -- was she already in the room when you walked into the room?
A   I'm not sure if she was already there or if she came later, but she was in the room.
Q   And what happened while the three of you were in this room?
A   Well, she started talking to Detective Guevara.
Q   Did you understand anything she was saying?
A   No.
Q   Did Detective Guevara speak back to her?
A   Yes.
Q   Did you understand anything Detective Guevara was saying to her?
A   No.
Q   Then what happened?
A   Well, they started asking me -- well, Detective Guevara started asking.

323

Q   What did Detective Guevara start asking you?
A   I don't remember exactly, but they were things related to the case.
Q   Do you remember anything specifically about what he asked you related to the case?
A   No.
Q   Did he ask you anything other than things related to the case?
A   I don't remember.
Q   Did you answer his questions?
A   Yes.
Q   And were you able to answer the questions he was asking you?
MS. SUSLER: Objection.  Form.
BY MS. ROSEN:
Q   You can answer.
A   Well, I don't remember if I answered all the questions that he asked me, but I did answer questions he asked me.
Q   When you were answering Detective Guevara's questions, were you answering them truthfully?
A   Yes.

Q So if he was asking you questions about the case, and you weren't involved in the case, then you responded to his questions by telling him "no," correct?

A I don't remember what he asked me about the case. Obviously he asked me a lot of questions. Well, specifically one question that he asked me -- well, I mean, he asked me a lot of questions.

Q Do you remember any specific questions he asked you?

A No.

Q Did you know why the prosecutor was there?

A At that time, no.

Q Did you ask Detective Guevara why the prosecutor was there?

A No.

Q Did you know at the time you walked into the room that Ms. Brualdi was a prosecutor?

A No.

Q Did you have any understanding why Ms. Brualdi was even in the room?

A No, I wasn't told anything. Neither of them said anything to me.

MS. SUSLER: I'm going to need to take a break. I'm sorry.

MS. ROSEN: You need to take a break?

MS. SUSLER: Yeah. I don't need very long, but I need to take a quick break.

MS. ROSEN: Sure.

THE VIDEOGRAPHER: We are going off the record. The time is 3:08 p.m.

(Recess.)

THE VIDEOGRAPHER: We are back on the record. The time is 3:15 p.m.

BY MS. ROSEN:

Q How long were you in the room with Detective Guevara and Ms. Brualdi?

A I don't remember.

Q What was Ms. Brualdi doing as Detective Guevara was asking you questions about the case?

A She was writing.

Q Do you know what she was writing?

A No.

Q Do you know what she was writing on? Was it a pad of paper?

A I don't know. She was writing.

Q Did you ever see what she was writing?

A No.

Q Was she speaking at all?

A Yes.

Q Who was she speaking to?

A To Guevara.

Q And do you have any idea what she was saying to Guevara?

A No.

Q After Detective Guevara was asking you things about the case, what happened?

A Could you be more specific?

Q Sure. At some point in time Detective Guevara stopped asking you questions about the case, right?

A He asked questions or he stopped asking them?

Q Right. At some point, right, he was asking you questions about the case, you were answering, and then at some point he stopped asking you questions, right?

A Correct.

Q Then what happened?

A When he stopped asking the questions?

Q Yeah, when he was done.

A He brought me back to the room.

Q That same small room that you had been in before?

A Yes.

Q At any time before Detective Guevara took you back to the small room, were you shown any documents?

A Not that I remember.

Q How long were you in the small room?

A Could you be more specific? I don't know when you refer to when you say "How long in the small room."

Q When Detective Guevara took you back into the small room, how long did you stay there before something else happened?

A I don't remember.

Q What happened next?

A I was taken out of there and I was taken downstairs to the basement.

Q And when you were taken to the basement, is that when you saw Mr. Reyes?

A Yes.

Q Before you were taken to the basement, did you have any more interaction with Detective Guevara other than what we've already talked about?

MS. SUSLER: Objection. Form.

BY MS. ROSEN:

Q You can answer.

A I don't know what you are referring to. Are you asking if I had another confrontation with him?

Q No. I said "interaction," any kind of interaction.

A Well, no, we talked. I mean, he was talking there when the prosecutor was there. That's the whole interaction that we had.

Q So after that, he put you in the room. Did you ever see him again at the police station?

A No.

Q Who took you down to the basement?

A I don't remember.

Q Did any other detectives talk to you again about the case before they took you to the basement other than what we've already talked about?

THE INTERPRETER: I'm sorry. This is the interpreter talking. Could you repeat the question for the interpreter?

MS. ROSEN: Sure.

BY MS. ROSEN:

Q Did any other detectives talk to you about the case before you were taken to the basement, other than what we've already talked about here today?

A No, I don't remember.

Q And when you were taken into the basement, tell me what happened.

A Well, there was an officer there. He asked us some type of questions, and then he locked us in a cell. Questions that I do not remember.

Q And when you were put in the cell, was there anybody else in the cell with you?

A No.

Q Did you see Mr. Reyes get put in the cell?

A Yes.

Q How far away from you was Mr. Reyes?

A He was next to me.

Q So were the two of you able to talk to one another?

A Yes.

Q Did you talk to Mr. Reyes while you were in the cell?

A I don't remember.

Q Did Mr. Reyes talk to you while you were in the cell?

A No, I don't remember.

MR. STARR: Objection. Asked and answered.

THE INTERPRETER: What?

MS. ROSEN: He said "Objection. Asked and answered." It doesn't matter. He already answered the question.

MR. STARR: It's a belated objection for the record. Maybe I misheard you, Eileen, saying "It doesn't matter." I was trying to get the objection in. The translator --

MS. ROSEN: I was responding to the translator who looked at me as if something were to be done. It's noted for the record. I wasn't trying to belittle your objection. It's noted.

MR. STARR: Fair enough. I can't see your face. I'm not sure what's going on in the room.

MS. ROSEN: No, I got it. No worries.

BY MS. ROSEN:

Q Were you surprised to see Mr. Reyes down in the basement?

MR. STARR: Objection. Foundation.

THE WITNESS: Well, yes, a little.

BY MS. ROSEN:

Q And why were you surprised?

A Because I didn't think he was there.

Q You didn't think he was where?

A Over there at the station.

Q Did you ask him why he was in the cell?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q What was your answer?

A No.

Q Did you see anybody else down in the basement that you recognized?

A No.

Q How long did you stay in the basement in the cell?

332

A No, I don't know.

Q What happened next?

A I was later taken to Cook County.

Q Was Mr. Reyes taken to Cook County at the same time you were taken to Cook County?

A Yes.

MR. STARR: Objection, foundation.

BY MS. ROSEN:

Q Were you guys transported in some kind of van or bus or something?

A I don't remember what it was, if it was a van, a truck, a bus, but we were taken to Cook County.

Q Were there any other people taken to Cook County at the same time as you and Mr. Reyes were taken to Cook County?

A Yes.

Q Did you know any of those people?

A No.

Q Were you and Mr. Reyes sitting close to one another when you were taken to Cook County?

A I don't remember.

Q Did you have any conversations with Mr. Reyes while you were being taken to Cook County?

333

A No, not that I remember.

Q Did you know you were being taken to Cook County when you were put in whatever the vehicle was that took you there?

A No.

Q Tell me what happened when you got to Cook County Jail.

A We were taken out of the vehicle and we were put in a room.

Q Can you describe the room?

A Well, it was not very big, but an officer pushed me against the wall.

Q An officer at Cook County?

A Yeah, it was a male officer, not a female officer.

Q Were there other individuals in the room other than yourself?

A Yes.

Q How many other individuals?

A I don't know. I did not count them.

Q Was Mr. Reyes in the room?

A Yes.

Q And do you know why the officer pushed you -- you say he pushed you into the wall?

334

MS. SUSLER: Objection. Foundation.

BY MS. ROSEN:

Q Do you know why the officer pushed you into the wall?

A No, I don't know.

Q Did the officer say anything to you before he pushed you into the wall?

A Yes.

Q What did he say?

A I don't remember exactly what he said, but he did say something.

Q Do you remember generally what he said?

A No.

Q You have no recollection at all about what he said?

A No.

Q How long were you in this room?

A I don't remember.

Q After you were in this room for some period of time, what happened?

A Well, I was taken out of the -- I don't know if I was taken to court, to the courtroom or to the room where they take the fingerprints and

335

that.

Q And after you were taken to the room where you were getting your fingerprints, do you remember what happened after that?

A Well, I don't remember where I was taken first, but then I was taken to Division 11.

Q Did you have any cellmates when you were at Division 11?

A Yes.

Q Do you remember the names of any of your cellmates?

A It was an American, a U.S. person, but it was an African-American.

Q Was it just the two of you in that cell?

A Yes.

Q Do you remember his name?

A No.

Q And were you able to communicate with your cellmate at all while you were there?

A No.

Q Did you have any problems with your cellmate at all?

A No.

Q   Did you see Mr. Reyes at all while you were at Cook County Jail?
A   When we would go to court.
Q   Other than when you would go to court, did you ever see him while you were at the jail?
A   Yes, after a while he was moved to Division 11 and I would see him there.
Q   Did you and Mr. Reyes, once he was moved to Division 11, have conversations about why the both of you were there?
A   No.
Q   Did you ever have conversations with Mr. Reyes about what happened to you at the police station?
A   Not that I remember.
Q   Did you have any conversations with Mr. Reyes about what Mr. Reyes was claiming happened to him in the police station?
A   No.
Q   When you first went to Cook County Jail, did you know what you were being charged with?
A   Yes.
Q   And what was your understanding of what you were being charged with?
A   Two deaths.
Q   Who told you that you were being charged with the two deaths?
A   The female attorney.
Q   That's Viola, right, Viola Rouse?
A   Yes.
Q   Do you recall how quickly you were assigned Ms. Rouse as your attorney?
A   No.
MS. SUSLER: Objection.  Foundation.
BY MS. ROSEN:
Q   You didn't hire Ms. Rouse; is that correct?
A   No.
Q   She was assigned to you; is that correct?
A   Correct.
Q   And do you remember the first time you met her?
A   Well, I mean, I did meet her.  I don't remember the exact date.
Q   But do you remember -- even if you don't remember the date, do you remember the first

meeting with her?
A   Yes.
Q   Was she able to communicate with you in Spanish?
A   No, I think she did not speak Spanish.
Q   So when the two of you would meet, did she have somebody with her to interpret?
A   Yes.
Q   And did you tell Ms. Rouse what happened to you in the police station?
A   Yes.
Q   Do you remember that at some point in time Ms. Rouse filed a motion to suppress your statement?
A   No, I don't remember.  She didn't make any comment to me about that.
Q   The first time that you testified in connection with your criminal case, do you remember what the purpose of that proceeding was?
A   I remember I testified, but I didn't even know what it was for.
Q   You didn't understand why you were testifying?
A   No.
Q   Ms. Rouse didn't tell you?
A   Maybe she told me, but I don't remember.
(Jose Fonseca is interpreting.)
BY MS. ROSEN:
Q   Now, you are claiming that as a result of Detective Guevara slapping you, that you can't hear out of your left ear; is that correct?
A   Correct.
Q   When did you first notice that you could not hear out of your left ear?
A   When I arrived at the Cook County Jail.  But when he slapped me, I had a buzz in my ear that I still have to this day.
Q   Did you say a buzz in your ear?
A   Yes.
Q   And you still have that buzzing to today.  Is that what you're saying?
A   Yes.
Q   When did you first notice that buzzing?
A   When Detective Guevara was hitting me.

340

Q    So in the police station?
A    Yes.
Q    And did you immediately realize that you could not hear out of your left ear?
MS. SUSLER: Objection. Asked and answered.
THE WITNESS: At that moment, no.
BY MS. ROSEN:
Q    When did you first realize you could not hear out of your left ear?
MS. SUSLER: Objection. Asked and answered.
THE WITNESS: I don't know exactly when that happened, but it was when I was at the Cook County Jail.
BY MS. ROSEN:
Q    And how is it that you first realized that you couldn't hear out of your left ear?
A    It seems to me, I'm not sure, but I believe I was using the telephone.
Q    And who were you talking to?
A    With Guadalupe Mejia.
Q    Did you call Guadalupe Mejia?
A    Yes.

341

Q    What was the purpose of your phone call to Guadalupe Mejia?
A    I don't remember.
Q    Do you remember when you made this phone call?
A    I don't remember exactly the day, but it was when I had recently arrived at Cook County.
Q    Did you tell Guadalupe that you couldn't hear out of your left ear?
A    I don't remember.
Q    Did you have any conversations with Guadalupe after that phone call?
A    I believe I only called him a couple of times.
Q    Called her, right? Guadalupe, her?
A    Yes, called her.
Q    Did you frequently have conversations with Guadalupe before you were arrested?
A    Could you repeat the question?
Q    Sure. Before you were arrested, did you and Guadalupe have conversations frequently?
A    Yes, but not long conversations. A greeting. "How are you doing? How's the family over there?" And that's all we would say.

342

Q    On this occasion when you called Guadalupe from Cook County Jail, were you calling to speak with her?
A    Yes.
Q    But as you sit here today, you don't recall why you were calling?
A    No.
Q    Did you tell anybody after your telephone call with Guadalupe when you first noticed that you couldn't hear out of your left ear, that you couldn't hear out of your left ear?
A    I don't remember, but I asked for help to see a doctor because I didn't know how to see the doctor, so I placed a request to see the doctor.
Q    Other than placing a request to see the doctor at some point, did you tell anybody else about the fact that you could not hear out of your left ear?
A    Not that I remember.
Q    Did you ever tell your lawyer that you couldn't hear out of your left ear?
A    Yes.
Q    Do you remember when you first told

343

her that?
A    No, I don't remember.
Q    Do you remember your criminal trial, the actual trial in your case?
A    Yes.
Q    And you testified at the trial, right?
A    Yes. Correct.
Q    And the jury found you guilty, right?
A    Correct.
Q    Do you remember who testified at the trial other than yourself?
THE INTERPRETER: "Who testified at trial"?
MS. ROSEN: Other than himself.
THE WITNESS: I don't remember the names of the people, but there were a few. There were several people who testified.
BY MS. ROSEN:
Q    Were there people that you asked Ms. Rouse to call as witnesses on your behalf?
A    I don't remember if I requested that or if she called them.
Q    Was there anybody that you wanted her

344

to call to testify that she didn't?

A   Yes.

Q   Who?

A   Jose Blanco.

Q   Anybody else?

A   No.

Q   Did you and Ms. Rouse discuss Mr. Blanco?

THE INTERPRETER:  "Did you and Ms. Rouse discuss"?

MS. ROSEN:  Mr. Blanco.

THE WITNESS:  Is that the question?

BY MS. ROSEN:

Q   Yeah, did you discuss Mr. Blanco?

A   No, not that I remember.

Q   Do you remember her telling you that she was not going to call Mr. Blanco as a witness on your behalf?

A   No, I don't remember.

Q   After the -- and you went to trial at the same time as Mr. Reyes; is that correct?

A   That's correct.

Q   When the two of --

A   May I take a break?

345

MS. ROSEN:  Sure.

THE VIDEOGRAPHER:  This marks the end of Media Number 4 in the deposition of Gabriel Solache. We are off the record at 3:48 p.m.

(Recess.)

THE VIDEOGRAPHER:  Here begins Media Number 5 in the deposition of Gabriel Solache.  We are back on the record at 4:05 p.m.

MS. ROSEN:  Can I ask the court reporter to read back the last question and answer.

(Record read as follows:

"Question:  And you went to trial at the same time as Mr. Reyes; is that correct?

"Answer:  That's correct.")

BY MS. ROSEN:

Q   And Mr. Reyes was also convicted; is that correct?

A   Correct.

Q   And you and Mr. Reyes were subject to the death penalty; is that correct?

THE INTERPRETER:  Pardon?

BY MS. ROSEN:

Q   You and Mr. Reyes were both subject

346

to the death penalty; is that correct?

MR. STARR:  Objection.  Foundation.

THE INTERPRETER:  What?

MS. ROSEN: "Objection.  Foundation."

THE WITNESS:  No.

BY MS. ROSEN:

Q   But you received the death penalty; is that correct?

A   Yes.

Q   And Mr. Reyes did not receive the date penalty; is that correct?

A   Correct.

Q   But Mr. Reyes could have gotten the death penalty, right?

MS. SUSLER:  Objection.  Foundation.  And also calls for a legal conclusion.

MR. STARR:  Join.

BY MS. ROSEN:

Q   You can answer.

A   Well, no, I don't know.

Q   Because of the nature of the crimes, there was another hearing after you were convicted to determine whether or not you should get the death penalty; is that correct?

347

MS. SUSLER:  Objection.  Foundation and calls for a legal conclusion.

BY MS. ROSEN:

Q   You can answer.

A   I don't remember, but it seems to me like yes.

Q   Do you remember having any conversations with your attorney about having your family come to the United States to testify on your behalf in the penalty phase of your case?

A   Yes.

Q   And none of your family members came to the United States to testify; is that correct?

MS. SUSLER:  Objection.  Form.

BY MS. ROSEN:

Q   You can answer.

A   Yes, they didn't come because I didn't want them to come.  I didn't want them to go to the United States.

Q   And why didn't you want your family to come?

A   Well, I didn't want them to go.

Q   Was there a reason?

A   No, none.  I simply didn't want them

348

to go.

Q   Were you told that if your family members came to testify for you that you might avoid getting the death penalty as a sentence?

A   Well, the truth is I didn't want them to come testify because I was going to stay there, and they were going to go back to Mexico.

MS. ROSEN:  Let's take a look at Exhibit Number 65.

MS. SUSLER:  I'm sorry.  I didn't hear you.

MS. ROSEN:  Let's take a look at Exhibit Number 65.

(Deposition Exhibit 65 was marked for identification.)

BY MS. ROSEN:

Q   I'm going ask you to take a look at what we've marked as Exhibit 65.  It indicates it's an interview with you, Gabriel Solache, on November 17th, 2000.

Have you ever seen that document before?

A   No.

Q   Do you remember being interviewed

349

after you were convicted by Susan Birkelo, who was somebody that worked for Ms. Rouse?

THE INTERPRETER:  "Rose"?

MS. ROSEN:  "Rouse."  Viola Rouse.

THE INTERPRETER:  Oh, Rouse.

I'm sorry.  The interpreter will ask for a repetition of the question.

MS. ROSEN:  Sure.  No problem.

BY MS. ROSEN:

Q   Do you recall being interviewed by Susan Birkelo after you were convicted?

A   Yes.

Q   And did she come to Division 11 at Cook County Jail to interview you?

A   Yes, it seems to me like yes.

Q   And did she just ask you a bunch of questions about your background in that interview?

A   Yeah, I don't remember what type of questions she asked, but she did ask me questions.

Q   So let's take a look at the information that's written on this document.  It indicates that you were born July 17th, 1971.

Is that accurate information?

A   Did you say 17?

350

Q   July 17, 1971, is what the document says.

A   No, I was born July 16.

Q   Okay.  But 1971 is correct?

A   It is correct.

Q   And then it says you were born in Turundeo, Michoacan, Mexico; is that right?

A   No, Turundeo.

Q   Okay.  I just missaid it.  Do you want to look at the document and see if it's spelled correctly on the document?  At the top.  The first line.

A   It is correct.

Q   And then it indicates that your parents are Gabriel Solache Chavez.  Is that your father's name?

A   Yes.

Q   And then it has listed as your mother Antonia Romero Plaza; is that correct?

THE INTERPRETER:  Can you repeat the name for the interpreter?

MS. ROSEN:  Sure.

BY MS. ROSEN:

Q   The document indicates that your

351

mother's name is Antonia Romero Plaza.

A   Not "Ramiro."  Romero.

Q   That's just my mispronunciation.

MS. SUSLER:  Gabriel, when she's asking you about a document, I want you to look at the document.

BY MS. ROSEN:

Q   The document also indicates that you're the fourth child of 11 children.

Is that accurate?

A   Yes.

Q   And that nine of the children are from your parents and then the two youngest are from your mother and her second husband; is that correct?

A   Yes.

Q   The document also indicates that your parents were divorced when you were ten years old.

Is that accurate?

A   Well, I don't remember how old I was, but they did get separated.

Q   So as you sit here today, you don't remember whether or not they divorced when you were ten?

A   No, I don't remember.

352

Q And the document indicates that your brothers stayed with their maternal grandmother and the girls went with their mother to Mexico City.

THE INTERPRETER: Could you repeat for the interpreter the last part of the question?

MS. ROSEN: Sure.

BY MS. ROSEN:

Q The document indicates that your brothers stayed with their maternal grandmother and that the girls went with their mother to Mexico City.

A Well, the girls also stayed there. They didn't go with my mom right away to Mexico City. That was later.

Q The document also indicates that you, Gabriel, stayed with your great grandparents until your great grandmother died, and then you moved to your grandmother's house when you were about 12 years old. Is that accurate?

A Yes.

Q This document indicates that at some point in time your father became ill and you had not heard from him for many years; is that correct?

A Well, I mean, he did get sick, but

353

not that I didn't hear from him for several years. I knew he was sick.

Q But it is true though that you and your father lost contact; is that correct?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A Well, it's not that we lost touch. I mean, he was simply sick. And then him being sick, we could not have a relationship.

Q Did he recover from his illness?

A No, I did not know, was aware of it, because I went to the United States.

Q Did he become ill before you left for the United States?

A Yes.

Q And after you came to the United States, did you ever hear whether or not he recovered?

A No.

Q The document also states that "Gabriel's father occasionally hit his mother. He remembers one time that he tried to help to protect

354

her from his father's blows."

Is that accurate?

A Yes.

Q The document also states that "Gabriel describes himself as always working and being on his own and having to take care of himself."

A I do not understand.

Q The document states that you described yourself as always working and being on your own and having to take care of yourself.

A Correct.

Q The document also states that your daughter, Rosa Isela, was born September 17th, 1995, and that you wanted to name her Alejandra but Flor named her Rosa Isela.

Is that accurate?

A I don't know. I don't know that. I don't know where that came from, Rosa Isela. My daughter has always been named Alejandra.

Q So you don't recall telling Ms. Birkelo that your daughter's name was Rosa Isela?

A Not that I remember.

355

Q The document also says that "Flor Italia doesn't believe he's in jail. According to Gabriel's mother she thinks he's with another woman." Did you tell that to Ms. Birkelo?

A Yes, that's what my mother told me, and I said that to her.

(Audio feedback in proceedings.)

MS. ROSEN: Hold on.

THE INTERPRETER: The interpreter, Adriana, was trying to get the document as an aid on Zoom, but it interfered.

MS. ROSEN: No problem.

BY MS. ROSEN:

Q This document also indicates that in 1997 you were hit with a brick block and that you spent 18 days in the hospital.

Is that accurate?

MS. SUSLER: Objection. Form. Are you asking if the fact is accurate or if he told Ms. Birkelo that?

MS. ROSEN: The fact.

BY MS. ROSEN:

Q Is the information accurate?

A It is correct.

Q   And the document also indicates that you had to have therapy to learn to walk again and that you still have headaches from the injury.

Is that information accurate?

A   Correct.

Q   The document also indicates that Mr. Solache's head hurts when he runs and he has vision problems.

Is that accurate information?

THE INTERPRETER: I'm sorry. You have to repeat for the interpreter.

MS. ROSEN: Sure.

BY MS. ROSEN:

Q   The document indicates that Mr. Solache's head hurts when he runs and he has vision problems.

Is that accurate information?

A   Headaches, yes. But vision problems, no.

Q   Did you ever have vision problems after you were hit in the head with the brick in 1997?

A   Not that I remember.

Q   The document also indicates that you've been visited in jail by your friend Leobardo.

Is that accurate information?

A   He visited me once.

Q   And the document also indicates that you were visited by some church people that you met through your cellmate.

Is that accurate information?

A   Yes, they were Mormons. They visited me sometimes, a few times.

Q   The document also identifies as potential witnesses for you as your mother, your sister Lilia and her husband, your sister Angelica and her husband, and your sister Irene.

Did you discuss those individuals as possible witnesses with Ms. Birkelo?

A   No, I don't remember, but it's possible that I did that.

Q   And the document also identifies as potential witnesses some neighbors from -- how do you say your town? Turundeo. Am I saying that right?

A   Yes.

Q   And the neighbors are Zenaida and Salvador Rubio -- I'm going to make a mess of

this -- Palomares?

A   Uh-huh, yes.

Q   Do you remember discussing those individuals with Ms. Birkelo?

A   Yes.

Q   The document also identifies as a potential witness on your behalf your supervisor from your last job named Jerry?

A   Yes.

Q   Do you remember discussing Jerry as a potential witness with Ms. Birkelo?

A   No, I don't remember.

Q   The document also indicates that you identified Guadalupe Mejia as a potential witness with Ms. Birkelo.

Do you remember doing that?

A   No, I don't remember.

Q   The document also indicates that when you weren't working, you would help Guadalupe make bread and that you took her daughter to school.

Is that accurate information?

A   Yeah, I think I helped her like two times.

Q   The document also identifies Jose Luis Martinez, Adriana's brother, as somebody that was a potential witness for you. Do you remember discussing Mr. Martinez with Ms. Birkelo?

A   No, I don't remember.

Q   Is Jose Luis Martinez also Carlos Martinez? The same person?

A   No. They're brothers.

Q   Was Jose Luis Martinez in the United States?

A   No.

Q   The document also indicates that you mentioned that you once helped him by pulling him out of a lake.

Is that accurate information?

A   Yes.

Q   And when did you help pull Jose out of the lake?

A   The lake?

Q   The lake.

A   I don't know anything about a lake. It was like a swimming pool.

Q   Okay. The document indicates lake, but it was a swimming pool that he was in and you helped pull him out of it?

A   Yeah, it is a swimming pool.

Q   And was that here in Mexico?

A   Yes.

Q   And when did that happen?

A   I don't remember.  We were teenagers.

Q   Was Jose younger or older than Carlos?

A   Older.

Q   Is he younger or older than Adriana?

A   Older.

Q   Is he younger or older than you?

A   Younger.

Q   When is the last time you talked to Jose?

A   I don't remember, probably before leaving for the United States.

Q   Finally the document indicates that another potential witness is Leobardo Mejia.  Do you recall discussing Leobardo with Ms. Birkelo?

A   No, I don't remember, but I might have done it.

Q   When is the last time you spoke with Leobardo?

A   When he came to visit me at Cook County.  I don't remember the date.

Q   But since that time, you have not had any contact with him?

A   No.

Q   Do you know whether or not Adriana still has family members that live at the ranch?

A   Well, I don't know, but she probably does.  I mean they have family there their whole life.

Q   Did you know Adriana's mother?

A   Yes.

Q   Did she live on the ranch?

A   She's a neighbor, was a neighbor to my grandmother.

Q   Do you know if she's still alive?

A   No, I don't know.

Q   Does anybody in your family have any contact with anybody in Adriana's family?

MS. SUSLER:  Objection.  Foundation.

BY MS. ROSEN:

Q   To your knowledge.

A   My brother lives on the ranch, but I don't know if he has contact with them or he calls them.  I mean, I haven't asked him.

Q   When you were at Cook County Jail, did you ever call Jose Blanco?

A   No.

Q   Why not?

A   Because I did not have his number.

Q   How did you arrange rides to and from work with Mr. Blanco?

A   Well, he was working at the same job where I was.

Q   So you would communicate with him at work?

A   Well, not that we were communicating.  I mean, I worked in one area.  He worked in another area, but we would talk.

Q   And so you would arrange the rides while you were at work?

A   When I would see him, yes.

Q   Did you know exactly where he lived?

A   Well, not exactly.  I never went to his house.  He just told me that he lived three blocks from where I lived.

Q   And so the only way that you, though, had contact with him was through work, right?

A   Correct.

Q   Do you know somebody named Alexa Van Brunt (phonetic)?

A   No.

MS. ROSEN:  All right.  Let's take a look at Exhibit Number 45.

(Deposition Exhibit 45 was marked for identification.)

BY MS. ROSEN:

Q   Mr. Solache, take a quick look at that document and once you've had a chance to look at it, let me know and I can ask you a few questions.

Mr. Solache, have you had a chance to look at the document?

A   Not all of it, but I did see it.

Q   Do you recognize this document?

A   Yes.

Q   And if you look at the third page of the document, where it says "Respectfully submitted, Gabriel Solache." No, go one page back, I think.

MS. SUSLER:  This one?

MS. ROSEN:  Yeah, that page right there, yeah.

BY MS. ROSEN:

Q   Is that your signature or your handwriting?

A   That's my handwriting.

Q   Did you prepare this document yourself?

A   No.

Q   How did this document get prepared?

MS. SUSLER: Objection. Foundation.

BY MS. ROSEN:

Q   You can answer.

MS. SUSLER: And also, we're treading on attorney/client with the appellate counsel, so I'm going to instruct him not to answer.

THE INTERPRETER: I didn't hear you.

MS. SUSLER: We're treading near attorney/client privilege with his appellate counsel, and so if he can answer without talking about communication between him and his appellate counsel or any other lawyer other than Viola, then he can answer.

MS. ROSEN: All right. Well, I guess I'm confused. It says "Pro-se Petition," which I interpret to mean that it was pro-se, not with the assistance of counsel.

MS. SUSLER: You're entitled to your confusion, but that's my objection.

THE INTERPRETER: I'm sorry. It's too long.

MS. SUSLER: I said, "You're entitled to your confusion, but that's my objection."

And I repeated it because the interpreter asked me to.

MS. ROSEN: And now I've lost the question, so let me start over.

MS. SUSLER: You asked how did it get prepared.

BY MS. ROSEN:

Q   Do you know who prepared this document?

(Interpreter speaking with witness in Spanish.)

THE INTERPRETER: The interpreter will ask for a repetition.

(Interpreter speaking with witness in Spanish.)

THE WITNESS: The attorney had an office in Springfield, and I believe it was Alec Andrew.

BY MS. ROSEN:

Q   Did you review the document before you signed it?

A   Well, at that time I did not read English so I did not review it.

Q   So why did you sign it?

MS. SUSLER: Objection. If it's an attorney/client communication, then I'm instructing you not to answer. If it's for some other reason, you can answer.

BY MS. ROSEN:

Q   If you can answer the question, please answer.

A   Well, I received it, it arrived in the mail, and I was told to sign it, and that's what I did.

Q   Okay. Have you reviewed this document since you signed it?

THE INTERPRETER: "After you signed it"?

MS. ROSEN: "Since."

THE WITNESS: Excuse me. I didn't hear the question.

BY MS. ROSEN:

Q   Did you review this document -- let me start over.

Did you review this document at any point in time prior to today, since you signed it?

A   No.

Q   I'm going to ask you to look at the next page after that one that I directed you to. So flip the page. It says "Affidavit of Petitioner Gabriel Solache."

Do you see that?

A   Yes.

Q   And it says "Gabriel Solache states the following on oath:

"1, that I am the petitioner in this cause.

"2, that I am indigent and cannot afford to retain counsel.

"3, that I asked my attorney to call Carlos Martinez, Jose Blanco and my supervisors from work so they could testify and support my alibi.

"4, that I know my co-defendant, Arturo Reyes, received a sentence of life imprisonment in this case."

And then it says "Further affiant sayeth not."

THE INTERPRETER: One second for the interpreter. It is a legal term, a little hard to

368

interpret in Spanish. This is the interpreter speaking, giving that statement.

MS. SUSLER: You could say "El que esta firmando abajo jura."

MS. ROSEN: What does that mean?

MS. SUSLER: I'm saying, another way to say it very simply is to say "The person who is signing below," instead of saying "the affiant." That's the word that's the stumbling block.

THE INTERPRETER: Well, it's the whole phrase.

MS. SUSLER: And it means "Que no dice nada mas," "Sayeth not."

(Interpreter speaks to witness in Spanish.)

THE WITNESS: Okay.

BY MS. ROSEN:

Q And then it has your signature at the bottom of the document, correct?

A Correct.

Q Did you review and understand the words that were written on the page that's called "Affidavit" before signing it?

A No.

Q Did you ask your attorney, Viola

369

Rouse, to call Carlos Martinez as a witness to support your alibi?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A I don't remember having asked, but if it's on the list, I probably did.

Q Do you remember asking Viola Rouse to call Jose Blanco as a witness to support your alibi?

MS. SUSLER: Objection. Asked and answered.

BY MS. ROSEN:

Q You can answer.

A Yes.

(Jose Fonseca is interpreting.)

BY MS. ROSEN:

Q And did you ask Viola Rouse to call your supervisors from work to testify and support your alibi?

A Yes.

Q Did you believe that if Carlos was called to testify, he would have testified that you were at home at the time of the murders?

370

MS. SUSLER: Objection. Foundation.

BY MS. ROSEN:

Q You can answer.

A Well, I don't know. I cannot think on his behalf.

Q Can you turn to the second page of the document, paragraph 1 at the top of the second page. Do you see where it says "Counsel failed to call as a witness Carlos Martinez"?

Do you see that?

A (In Spanish:) Si.

Q And then do you see the sentence that says, "He would have testified that Petitioner was at home at the time the offense occurred, contradicting his co-defendants' claims that he committed the murder with them."

Do you see that?

A Yes.

Q So do you believe that if Carlos had been called to testify, he would have testified that you were at home?

MS. SUSLER: Same objection.

BY MS. ROSEN:

Q You can answer.

371

A Well, I don't know. I couldn't say the way in which he would have testified.

Q As you sit here today, do you believe that Carlos was involved in the murders?

A It's possible.

Q Tell me all the reasons why you believe it's possible that Carlos was involved in the murders.

MS. SUSLER: Go ahead, and then I'll object.

(Interpreter translates question.)

MS. SUSLER: Objection. This has been asked and answered. If you want to ask him other than what he's already testified to today, you can do that.

BY MS. ROSEN:

Q Other than anything you've already testified to.

You can answer.

A Well, the reason why I believe that he was involved in the murder is that the day of the murder he was awake, and he was never awake. That's the reason I have.

Q Nothing else, though?

372

A    Yes.

Q    Do you believe that Rosauro Mejia was involved in the murders?

A    Yes.

Q    And why do you believe Rosauro was involved in the murders?

MS. SUSLER: Same objection. You mean other than what he's already testified to today?

MS. ROSEN: Sure.

BY MS. ROSEN:

Q    You can answer.

A    Yes, I believe he was involved in the murder as a result of the comments that he made.

Q    The comments that we talked about earlier today about the little boy?

MS. SUSLER: Objection. It's not a complete summary of what he testified to about the reasons of Rosauro's involvement.

BY MS. ROSEN:

Q    You can answer.

A    Not only about the little boy, but also about the ultrasound that he saw when he took Adriana to the ultrasound, to the doctor.

Q    Do you believe that Arturo Reyes was

373

involved in the murders and kidnapping?

MR. STARR: Objection. Form. Foundation. Objection to the form and foundation of that question.

BY MS. ROSEN:

Q    You can answer.

A    No, I don't believe so. I don't believe that.

Q    Why don't you believe that Mr. Reyes was involved?

MR. STARR: Same objections. Form. Foundation.

THE WITNESS: Because at the crime scene there was no evidence found about Mr. Reyes being involved in the crime, and neither was evidence found about me, myself, being involved in the crime.

BY MS. ROSEN:

Q    Any other reason other than the fact that there was no evidence of Mr. Reyes found at the crime scene?

MR. STARR: Same objection.

BY MS. ROSEN:

Q    You can answer.

A    At the crime scene there were samples

374

of DNA test that showed that neither Mr. Reyes nor myself, none of us was involved with the crime. That's the reason why I believe that.

Q    No other reason?

A    No.

Q    Have you ever had a conversation in all these 20-something years with Mr. Reyes about the fact that both of you were accused of this crime?

MS. SUSLER: Objection. Asked and answered.

MS. ROSEN: I don't believe I've asked that.

MR. STARR: Objection. Form. Foundation. Asked and answered.

THE WITNESS: No, I haven't had a conversation with Mr. Reyes about this evidence. I only had a conversation with my attorneys about these evidence.

BY MS. ROSEN:

Q    Have you ever had a conversation with Mr. Reyes about your experiences in the police station?

MS. SUSLER: Objection. Asked and

375

answered.

MR. STARR: Objection to form.

BY MS. ROSEN:

Q    You can answer.

A    No.

Q    When is the last time you spoke with Mr. Reyes?

A    I don't remember.

Q    Have you spoken with him at all since you moved back to Mexico?

A    No.

Q    Are you in contact with him at all?

A    No.

Q    Do you know where he lives?

A    No.

Q    Are you aware that he's moved back to Mexico also?

A    Yes.

Q    How did you know that?

MS. SUSLER: Objection.

MS. ROSEN: Let me rephrase the question. Sorry.

BY MS. ROSEN:

Q    Can you tell me -- well, let me ask

it a different way.

When did you first learn that Mr. Reyes moved back to Mexico?

MS. SUSLER: Objection. We're getting very close to the attorney/client privilege. If you can answer that question without revealing communication between an attorney and you, you can answer the question. Otherwise I'm instructing you not to answer the question.

BY MS. ROSEN:

Q   Can you answer that question without revealing communications with your lawyer?

A   I'm not sure about where I got that information from, but I believe that information appeared in the news.

Q   In the news?

A   Yes.

Q   When you were taken to the facility in Kankakee, was Mr. Reyes there too?

MS. SUSLER: Objection. Foundation.

BY MS. ROSEN:

Q   You can answer.

A   No, I didn't see him.

Q   Okay. Let's talk a little bit about your experiences in the facility at the Kankakee jail. For the period of time that you were there, where were you housed?

A   I don't remember exactly where I was, but I was inside the Kankakee jail.

Q   Were you in some kind of a cell?

A   Yes.

Q   Did you have any cellmates?

A   Yes.

Q   How many cellmates did you have?

A   Only one.

Q   For the entire time that you were there?

A   No.

Q   Did you have multiple cellmates over the course of time?

A   No. After that I was transferred to another area, another place, and there I had four -- three cellmates.

Q   With respect to the first cellmate that you had, did you have any issues or problems with that cellmate?

A   No.

Q   When you were moved to the other cell where you had more cellmates, did you have any problems with any of those cellmates?

A   No.

Q   How would you describe the way you were treated when you were in the Kankakee jail?

A   Horrible.

Q   And can you tell me about that?

A   Yes. The condition of the bathrooms was very dirty. The bathrooms were horrible.

THE INTERPRETER: Just to clarify, the interpreter is going to clarify. The witness is referring to the showers.

(Interpreter speaks with witness in Spanish.)

THE WITNESS: The conditions of the showers were horrible. They were dirty. And the food, the portion they would give you was a baby's portion. And I didn't have privacy to use the toilet.

BY MS. ROSEN:

Q   Anything else?

A   The recreational area was also one room and it was closed, so that area, the recreational area was horrible.

Q   Anything else?

A   That's all that I remember for now.

Q   Would you say that the conditions at the Kankakee jail were worse than the conditions in Pontiac?

MS. SUSLER: Objection. Form.

BY MS. ROSEN:

Q   You can answer.

A   Yes, somehow, yes.

Q   And would you say that the conditions in the Kankakee jail were worse than the conditions in Stateville?

MS. SUSLER: Same objection.

BY MS. ROSEN:

Q   You can answer.

A   Yes.

MS. ROSEN: Let's take a look at Exhibit 88.

(Deposition Exhibit 88 was marked for identification.)

BY MS. ROSEN:

Q   Mr. Solache, we've handed you what's been marked as Exhibit 88, and it's a series of photographs. I'm going to ask you to take a look at them and then let me know if you recognize either of

the children in the photographs.

A   Yes, I recognize them.  The boy, yes, I do.

Q   And who do you recognize the boy to be?

A   This boy is the boy that Adriana had in her house.

Q   And then if you look at the last photograph -- one more.  The back side of that.  Do you recognize that baby?

A   No.

MS. ROSEN:  Let's take a look at Exhibit 89.  These are some more photographs.

(Deposition Exhibit 89 was marked for identification.)

BY MS. ROSEN:

Q   Why don't you take a look at them and let me know.  I've got a couple of questions.

A   Okay.

Q   Do you recognize the car that is depicted in these photographs?

A   Well, it's very similar to the car that Rosauro Mejia had.  I'm not sure whether or not it's the same car, but it looks very similar to that car.

Q   And the car -- similar to the car that you drove to the police station with Rosauro, Mr. Reyes and the little boy, right?

A   Correct.

MS. ROSEN:  Let's look at Exhibit Number 90.

(Deposition Exhibit 90 was marked for identification.)

BY MS. ROSEN:

Q   I'm going to ask you to take a look at the photographs that are contained in Exhibit 90.  Looking at the first page of the exhibit, there are photographs of five individuals, right?

A   Correct.

Q   The person, the female at the top left, who is that?

A   Adriana Mejia.

Q   And is that the way she looked the night that you were taken to the police station?

A   Yes.

Q   And then the gentleman depicted in the photograph next to the photograph of Adriana, do you recognize who is depicted in that photograph?

A   Yes.

Q   Who is that?

A   Rosauro Mejia.

Q   And does that depict how Rosauro looked the night that you and he and Mr. Reyes drove to the police station?

A   Yes.

Q   And then the bottom left, do you know who is depicted in that photograph?

A   Yes.

Q   Who is that?

A   Arturo Reyes.

Q   And does that photograph show how Mr. Reyes looked the night that you and he and Rosauro drove the little boy to the police station?

A   Yes.

Q   And then the middle photograph, who's that?

A   It's myself.

Q   And does that show how you looked the night that you drove to the police station?

A   Correct.

Q   And then the photograph of the female to the right of your photograph, do you recognize who is depicted in that photograph?

A   Yes.

Q   Who is that?

A   Guadalupe Mejia.

Q   And is that what Guadalupe looked like in and around the time that you were arrested?

MS. SUSLER:  Objection.  Calls for a legal conclusion and foundation.

BY MS. ROSEN:

Q   You can answer.

A   The day we went to the police station, I don't know whether or not she was wearing the same clothes or if her hair was like that, but it's the same person.  It's Guadalupe Mejia.

Q   And that's what she looked like around that same time period, right?  She looks the right age; is that correct?

A   Correct.

Q   The photograph of you, do you know when that photograph was taken?

A   No, I don't know.

Q   Does it appear to you to have been taken at the police station?

A   That's possible.

Q    Have you ever seen that particular photograph before today?
A    Yes.
Q    Do you see any injuries on your face in that particular photograph?
THE INTERPRETER:  What did you say?
MS. ROSEN:  "Injuries on your face in that particular photograph."
THE WITNESS:  No.
BY MS. ROSEN:
Q    Let's go to the next page of photographs.  That's Adriana, Mr. Reyes, yourself and Rosauro, right?
A    Correct.
Q    And those photographs show all of you wearing the same clothing that you were wearing in the photographs we just looked at; is that correct?
A    Correct.
Q    The photograph of you, does that look to you to have been taken in the police station?
A    Yes.
Q    And in that photograph do you see any injuries on your face?
A    No.

Q    And now let's go to --
MS. SUSLER:  Excuse me.  I'm just going to make a tardy objection to all of the questions about whether the photos reflect an injury on his face and just say the photographs speak for themselves.
MS. ROSEN:  Okay.
BY MS. ROSEN:
Q    If you could flip to the next page, please, and that's another photo of Mr. Reyes, correct?
A    Yes.
Q    And do you see all the signatures at the bottom of the page?
A    Yes.
Q    Do you recall seeing this particular photograph at any point in time prior to today, the one with all the signatures on it?
A    No, I don't remember.
Q    Okay.  Let's go to the next photograph.  And do you see the two photographs on the next page are a photocopy of what appears to be an envelope, right?
A    Yes.
Q    And that's you in the two

photographs, right?
A    Correct.
Q    And behind you in these two photographs appears to be a blackboard; is that correct?
MS. SUSLER:  Objection.  The photo speaks for itself.
BY MS. ROSEN:
Q    Do you see the blackboard?  Can you tell us whether -- which room you're in at the police station when you're looking at that photograph?
A    I don't remember whether it was the first or the second one.  They were similar.
Q    Okay.  And then in your hand, in your left hand in the photographs that has the letter "F" at the bottom, is that a pen in your hand?  Can you tell?
MS. SUSLER:  Objection.  The photo speaks for itself.
BY MS. ROSEN:
Q    Can you tell?
A    Yes, it's a pen.
Q    And then in your right hand, there

appears to be something.  Is that also a pen?
MS. SUSLER:  Objection.  The photo speaks for itself.
THE WITNESS:  Yes, that seems to be a pen.
BY MS. ROSEN:
Q    Do you remember having your photograph taken holding a pen in either one or both hands?
A    No, I don't remember.
Q    Okay.  I'm sorry.  Can we go to the last page of that exhibit.
Do you see your signature on the back side of both of those photographs?
A    Yes.
Q    And do you also see the signature of Ms. Brualdi?
MS. SUSLER:  Objection.  Foundation.
BY MS. ROSEN:
Q    You can answer.
A    Those are the photographs that Detective Guevara got me to sign.
Q    Did Ms. Brualdi -- when did Detective Guevara get you to sign those photographs?
A    When I was in the big room.

388

Q   And did you see Detective Guevara also sign the photographs?

A   Yes, I believe so.

Q   And did you see Ms. Brualdi also sign the photographs?

A   No, I didn't see her sign any photographs.

Q   And her signature is in the middle, correct, between yours and Detective Guevara?

MS. SUSLER:  Objection.  The photo speaks for itself.

THE WITNESS:  Can we take a break?

MS. ROSEN:  Sure.

THE VIDEOGRAPHER:  This marks the end of Media Number 5 in the video deposition of Gabriel Solache.  We are off the record at 5:24 p.m.

(Recess.)

THE VIDEOGRAPHER:  Here begins Media Number 6 in the deposition of Gabriel Solache.  We are back on the record at 5:40 p.m.

(Adriana Trevino is interpreting.)

BY MS. ROSEN:

Q   Mr. Solache, if we could ask you to take a look at Exhibit 91.

389

(Deposition Exhibit 91 was marked for identification.)

BY MS. ROSEN:

Q   These are some more photographs.

A   Uh-huh.

Q   Let me know when you've had a chance to look through them.

A   Okay.

Q   Okay.  Looking at the first page, the photograph, the male at the top left-hand corner, do you recognize who's depicted in that photograph?

A   Yes.

Q   And who is that?

A   Jorge Mejia.

Q   And does that picture show what, generally speaking, Jorge Mejia looked like in April of 1998?

A   Yes.

Q   And then to his right, who is in that photograph?

A   Guadalupe Mejia.

Q   And then the photograph of the gentleman below Jorge Mejia, do you recognize that person?

390

A   No.

Q   And then if we go to the next page of photographs.  Do you recognize any of the individuals depicted in those four photographs?

A   No.

Q   Have you ever seen any of those photographs before?

A   No.  This is the first time I see them.

Q   Now, going to the next page of photographs.  Do you recognize any of the individuals in those three photos?

A   Yes.  The one on top, I think it looks like Guadalupe Mejia.

Q   Do you recognize any of the other individuals?

A   No.

Q   Let's go to the next page of photographs.  Do you recognize any of the individuals in those three photographs?

A   Yes.

Q   And who do you recognize?

A   Here is Mr. Reyes.

Q   And which photograph has Mr. Reyes?

391

A   The one on the bottom.

MR. STARR:  Eileen, could you just say the Bates, because I think on the screen photo they're not lining up with what you're talking about.

MS. ROSEN:  The Bates that we're on right now is RFC-Solache/Reyes 82.

MR. STARR:  Thank you.

MS. ROSEN:  Sorry about that.

Let's take a look at Exhibit 92.

(Deposition Exhibit 92 was marked for identification.)

BY MS. ROSEN:

Q   Have you had a chance to look through all the photographs?

A   Yes.

Q   Do you recognize anything that's depicted in those photographs?

MR. STARR:  I'm going to object to form and foundation of that question.

THE WITNESS:  Like what?

BY MS. ROSEN:

Q   Is anything in there familiar to you?  Do you know what they're pictures of?

MR. STARR:  Same objection.

THE WITNESS: It looks like a wallet, but I don't recognize it. The only thing I recognize here is the photo of Mr. Reyes.

BY MS. ROSEN:

Q Did you ever see Mr. Reyes carrying this wallet?

A No.

MS. ROSEN: Let's take a look at Exhibit Number 93.

(Deposition Exhibit 93 was marked for identification.)

THE WITNESS: Okay.

BY MS. ROSEN:

Q Do you recognize any of the pages that are photographed in that exhibit?

A No. I only see that they're addresses and telephone numbers, but I don't recognize any of them.

MR. STARR: I just want a belated objection -- I didn't want to interrupt Mr. Solache -- to the form and foundation of the question and also just the relevance of showing him personal belongings that used to belong to Mr. Reyes.

MS. ROSEN: If we can show Mr. Solache Exhibit 94.

(Deposition Exhibit 94 was marked for identification.)

THE WITNESS: Okay. I already saw them.

BY MS. ROSEN:

Q Do you recognize any of the pages that are depicted in those photographs?

MR. STARR: Again, objection to the form and foundation of the question and to the relevancy of this line of questioning showing Mr. Solache Mr. Reyes' personal belongings from 20 years ago.

BY MS. ROSEN:

Q You can answer.

A It looks like it's --

THE INTERPRETER: The interpreter will clarify.

(Interpreter speaks with witness in Spanish.)

THE WITNESS: An agenda, calendar, agenda. But I do not recognize it. I don't recognize anything.

BY MS. ROSEN:

Q Can you take a look at the second page of the exhibit?

A Oh, this.

Q So the second page and third page both show a note, photograph of a note that says Norma Salazar. Does that name mean anything to you?

A Yes.

Q And what meaning does the name "Norma Salazar" have for you?

A I heard the name. It came up, I don't remember, I think it was during the trial. And there's also a photo of her. But I never had the pleasure of meeting this Ms. or Mrs. Salazar.

Q Do you recall as you sit here today in what way it came up during the trial?

A I don't remember. It came up during the trial. I don't even know if it was during the trial. But I remember hearing her name.

MS. ROSEN: If we could show Mr. Solache Exhibit Number 77.

(Deposition Exhibit 77 was marked for identification.)

BY MS. ROSEN:

Q Mr. Solache, we've put in front of you Exhibit Number 77, which is a photograph of an individual named Norma Salazar. Is this the photograph that you were referencing that you had seen previously?

A Yes.

Q And when do you recall seeing this photograph?

A I don't remember the exact date, but it was around these dates.

THE INTERPRETER: The interpreter needs to clarify.

(Interpreter speaks with witness in Spanish.)

THE WITNESS: Yeah, it was recently.

BY MS. ROSEN:

Q Recently?

A Uh-huh.

Q So within the last week or so?

A Yes, these past days. I don't remember the exact day, but yes.

Q While you were getting ready for your deposition?

A Yes.

MS. ROSEN: Let's take a look at Exhibit Number 29.

(Deposition Exhibit 29 was marked for

identification.)

BY MS. ROSEN:

Q    Take a look at the second page of Exhibit 29.

A    Okay.

Q    Do you recognize this form?

A    Yes, I know it.

Q    And did you fill out this form?

A    I think part of it.  Just where my name is.

Q    And is this something that you filled out in order to work at the Staffing Network, which was the temporary agency you were doing work for?

A    Yeah.  But at that time I didn't know the name was Staffing Network.  We knew it more as "Oficina," office, or Payday.  That's how we knew it.

Q    The signature at the bottom of the form, is that your signature?

A    Yes.

Q    And then did you fill out the date there at the bottom?

A    One does look like my writing.  The other one does not.

Q    Which one looks like your writing?

A    The one on the left.  The one on the right doesn't look like my writing for the date.

MS. SUSLER:  Just for the record, do you want to clarify or do you want me to?

BY MS. ROSEN:

Q    When you say "the one on the left," you mean the one that has the page number at the bottom NPSL0040449?

A    Correct.

Q    And the one on the right is the one that ends with "450," right?

A    Yes.

Q    And then tell me again, because I've forgotten.  Which one looks like your handwriting and which one doesn't?

A    Yes, the one, 449, that's the one I recognize, like my numbers, like that has the date.

Q    Got it.  At the top of the one "449," where it says, next to your name and address, there's a place that says "Social Security number."

Do you see that, 342, I think it says 74-3425?

A    Yes.

Q    Are those numbers your handwriting?

A    Yeah, it looks like it, yes.

Q    And then the next page, 450, is some of that handwriting your handwriting where it says your name and your address?

THE INTERPRETER:  Did you say "your name and your address"?

MS. ROSEN:  Yes.

THE WITNESS:  Yes.

BY MS. ROSEN:

Q    Do you remember filling out this type of form in connection with your job with the temporary office place?

A    Well, no, I really don't remember.  But if it's here with my name, I probably did fill it out.

Q    Okay.  If you turn to the next page.

A    Yes.

Q    There's a photocopy there of a Social Security card with your name on it.

How did you obtain that Social Security card?

A    I obtained it in the area called La Villita.  I don't know if you are familiar with it.

Q    No.  Where is that?

A    It is really close to Cook County.  It's kind of around the corner.

Q    And did you have to pay for it?

A    Yes.

Q    Because you were undocumented, right, so you had to get a fake Social Security number; is that right?

A    Yeah, it is correct.  But all undocumented people get that paper.  If you don't get it, you cannot work.

Q    Because you need to have a Social Security number to work, right?

A    Correct.

Q    And then the card next to it says "Resident Alien Card"; do you see that there?

A    Yes.

Q    And did you also have to pay to get that because you were undocumented?

A    That is correct.

Q    Did you get it at the same place?

A    Yes.

Q    And how much does it cost -- did it

400

cost you to get the fake Social Security card and Resident Alien card?

A   No, I don't remember how much I paid.

Q   Do you remember -- did you have one of those cards when you worked in the fields in California?

A   No.

Q   You only needed it to work when you came to Chicago; is that right?

A   Correct.

MS. ROSEN:  This is probably a natural breaking place, if this is where you want to break.

THE WITNESS:  I feel that it would be right to close the day now because I feel very tired.

MS. ROSEN:  Yeah, that's fine.

THE VIDEOGRAPHER:  This marks the end of today's deposition of Gabriel Solache.  We are going off the record at 6:12 p.m.

(Deposition concluded at 6:12 p.m.)

401

CERTIFICATE OF READER-INTERPRETER

I, _____,
whose address is_____
_____,
a person who speaks the language of the witness;
namely,_____, do hereby certify that on
the _____ day of _____,
20_____, I did translate the foregoing deposition
from the _____language into the
_____ language, reading same to the
witness in his/her native tongue, to the best of my
ability;

That all corrections and changes requested by the witness were made and initialed by the witness;

That upon completion of such reading, the witness did confirm to me that he/she had understood the reading.


_____
Interpreter-Reader

402

D E P O S I T I O N   S I G N A T U R E   P A G E

Case Caption: Gabriel Solache v City of Chicago, et al.

DECLARATION UNDER PENALTY OF PERJURY


I declare under penalty of perjury that I have read the entire transcript of my deposition taken in the above-captioned matter or the same has been read to me, and the same is true and accurate, except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.


Executed on this_____day of_____, 2021,
at_____,
_____.
     (city)               (state)


_____
GABRIEL SOLACHE

403

DEPOSITION ERRATA SHEET


Page No._____Line No._____Change to:
_____
_____.
Reason for change:
_____
_____.
Page No._____Line No._____Change to:
_____
_____.
Reason for change:
_____
_____.
Page No._____Line No._____Change to:
_____
_____.
Reason for change:
_____
_____.

404

Page No._____Line No._____Change to:

_____

_____.

Reason for change:

_____

_____.

Page No._____Line No._____Change to:

_____

_____.

Reason for change:

_____

_____.

Page No._____Line No._____Change to:

_____

_____.

Reason for change:

_____

_____.

SIGNATURE_____DATE_____

GABRIEL SOLACHE

405

CALIFORNIA CERTIFIED SHORTHAND REPORTER

I, RUBEN GARCIA, a Certified Shorthand Reporter of the State of California, do hereby certify: That the foregoing reporter videoconference proceedings were taken before me at the time herein set forth; that any witness in the foregoing proceedings, prior to testifying, were placed under oath; that every attempt was made to ensure a verbatim record of the remote proceedings which inherently have technical interference and audio interruptions and issues. Such transcript was created by me using machine shorthand which was thereafter transcribed under my direction.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney nor of any of the parties.

Reading and signing was requested.

IN WITNESS WHEREOF, I have this date subscribed my name. My certificate to the original may be attached to certified copies electronically.

Dated this 20th day of December, 2021.

_____

RUBEN GARCIA, CSR NO. 11305

| A | | | |
|---|---|---|---|
| **abajo** | **actually** | 315:14, 315:20, | **afternoon** |
| 368:4 | 267:9 | 315:23, 316:6, | 206:2 |
| **aberdeen** | **address** | 318:12, 355:10, | **again** |
| 182:34 | 198:22, 234:8, | 360:9, 361:5, | 203:23, 212:2, |
| **ability** | 248:14, 248:17, | 372:23, 380:6, | 227:12, 243:6, |
| 401:14 | 298:1, 321:18, | 381:18, 381:23, | 266:21, 269:6, |
| **able** | 397:20, 398:5, | 384:12, 388:21 | 269:7, 272:6, |
| 191:14, 191:16, | 398:7, 401:5 | **adriana's** | 280:1, 283:12, |
| 249:7, 302:10, | **addressed** | 282:14, 359:1, | 283:19, 289:11, |
| 323:13, 330:1, | 246:6 | 361:10, 361:18 | 289:18, 289:22, |
| 335:19, 338:3 | **addresses** | **affiant** | 289:24, 290:12, |
| **abogada** | 185:7, 392:17 | 367:21, 368:8 | 292:1, 298:18, |
| 212:21 | **adjusted** | **affidavit** | 303:7, 312:13, |
| **above-captioned** | 198:2 | 367:5, 368:22 | 312:15, 313:10, |
| 402:10 | **admissibility** | **afford** | 328:18, 328:24, |
| **accident** | 187:16 | 367:14 | 356:2, 393:9, |
| 202:4 | **adriana** | **afraid** | 397:14 |
| **according** | 183:18, 188:12, | 225:16 | **against** |
| 355:2 | 222:10, 232:14, | **african-american** | 303:11, 333:12 |
| **accurate** | 232:16, 232:21, | 296:18, 335:13 | **age** |
| 246:3, 349:23, | 233:1, 233:8, | **after** | 267:4, 383:17 |
| 351:10, 351:18, | 233:16, 233:22, | 191:11, 194:3, | **agency** |
| 352:19, 354:2, | 235:18, 235:23, | 201:24, 202:4, | 396:13 |
| 354:17, 355:17, | 245:6, 246:15, | 214:4, 214:5, | **agenda** |
| 355:19, 355:23, | 250:15, 251:5, | 243:7, 248:10, | 393:19 |
| 356:4, 356:9, | 251:12, 251:15, | 250:21, 250:24, | **ago** |
| 356:17, 357:2, | 251:19, 253:11, | 256:1, 268:8, | 205:5, 205:8, |
| 357:7, 358:21, | 253:21, 254:4, | 269:13, 269:21, | 206:7, 206:10, |
| 359:14, 402:11 | 255:7, 256:5, | 272:12, 272:13, | 208:9, 214:2, |
| **accused** | 256:6, 256:11, | 280:1, 280:11, | 393:12 |
| 294:21, 297:5, | 257:3, 257:6, | 289:12, 289:19, | **ahead** |
| 374:8 | 257:11, 258:1, | 290:23, 291:1, | 269:8, 371:9 |
| **accusing** | 258:4, 258:12, | 291:24, 292:13, | **aid** |
| 306:7 | 259:1, 261:7, | 294:3, 302:4, | 355:10 |
| **acknowledge** | 266:3, 266:7, | 303:7, 303:14, | **air** |
| 187:14, 188:6 | 268:8, 282:3, | 310:12, 313:18, | 198:1 |
| **across** | 282:10, 282:17, | 314:10, 314:22, | **al** |
| 285:8, 285:16, | 282:20, 283:3, | 315:23, 316:6, | 180:10, 402:3 |
| 285:18, 285:23, | 283:6, 283:24, | 317:23, 318:2, | **alcohol** |
| 286:20, 287:3 | 284:9, 284:18, | 326:12, 328:17, | 235:7 |
| **action** | 292:9, 292:14, | 334:20, 335:2, | **alec** |
| 405:15 | 304:22, 305:2, | 335:4, 336:7, | 365:22 |
| **activities** | 305:4, 311:17, | 341:12, 342:8, | **alejandra** |
| 198:15 | 311:19, 312:12, | 344:20, 346:22, | 354:15, 354:20 |
| **actual** | 313:1, 313:6, | 349:1, 349:11, | **alex** |
| 343:4 | 314:13, 314:15, | 353:18, 356:21, | 224:22 |
| | 314:16, 314:18, | 366:17, 367:4, | **alexa** |
| | 314:23, 315:11, | 377:17 | 363:1 |

**algo**
243:1
**alibi**
367:17, 369:2,
369:10, 369:20
**alien**
399:17, 400:2
**alive**
361:15
**all**
187:1, 188:9,
192:7, 193:8,
193:9, 204:7,
216:14, 221:19,
224:2, 226:1,
232:6, 239:20,
240:10, 240:16,
240:20, 245:15,
251:24, 257:16,
257:19, 257:22,
274:11, 275:15,
295:6, 295:11,
297:1, 299:8,
300:21, 303:5,
305:5, 305:20,
308:2, 309:13,
310:18, 312:6,
316:14, 321:19,
322:3, 323:19,
326:5, 334:15,
335:20, 335:23,
336:1, 341:24,
363:4, 363:15,
364:22, 371:6,
374:7, 375:9,
375:12, 379:1,
384:15, 385:3,
385:12, 385:17,
391:14, 399:10,
401:15
**alley**
258:5, 258:8,
280:21, 280:23,
281:4, 281:8,
281:22
**allowed**
221:11
**alone**
210:9, 280:14

**along**
193:7, 193:8,
226:2, 263:8
**already**
203:22, 240:18,
240:22, 240:23,
241:14, 259:23,
262:7, 266:20,
267:9, 268:4,
268:5, 269:5,
288:14, 300:19,
300:24, 306:2,
306:4, 306:8,
311:5, 311:11,
322:5, 322:7,
328:4, 329:1,
329:9, 330:14,
371:14, 371:17,
372:8, 393:5
**also**
183:16, 190:20,
192:8, 192:14,
193:1, 193:10,
199:24, 202:13,
207:7, 207:23,
208:15, 209:15,
210:2, 210:13,
213:8, 214:11,
215:8, 216:15,
216:17, 229:21,
235:7, 238:6,
250:17, 273:21,
284:21, 287:22,
298:14, 320:3,
345:17, 346:16,
351:8, 351:16,
352:12, 352:15,
353:22, 354:4,
354:13, 355:1,
355:14, 356:1,
356:6, 356:24,
357:4, 357:10,
357:18, 358:6,
358:13, 358:18,
358:24, 359:5,
359:11, 364:12,
372:22, 375:17,
378:21, 387:1,

387:15, 388:2,
388:4, 392:22,
394:10, 399:19
**altercation**
199:15
**always**
229:7, 354:5,
354:10, 354:20
**american**
335:12
**amount**
191:10
**anand**
182:31
**andrew**
183:3, 365:22
**angelica**
357:12
**another**
206:1, 221:4,
228:14, 237:21,
241:1, 250:17,
251:18, 265:17,
280:14, 280:19,
294:12, 301:4,
328:10, 330:2,
332:21, 346:22,
355:3, 360:18,
362:13, 368:6,
377:18, 385:9
**answer**
190:6, 202:13,
203:23, 207:7,
211:24, 212:13,
213:8, 213:12,
214:11, 215:8,
215:19, 218:19,
218:24, 223:23,
226:22, 227:4,
245:22, 249:22,
258:21, 259:22,
262:6, 262:22,
263:5, 263:13,
266:21, 269:6,
269:24, 270:24,
273:9, 283:17,
299:14, 299:23,
302:9, 302:10,

306:14, 313:12,
319:4, 323:11,
323:13, 323:17,
323:19, 328:8,
331:18, 345:10,
345:15, 346:19,
347:4, 347:16,
353:8, 364:11,
364:14, 364:18,
364:21, 366:7,
366:8, 366:10,
366:11, 369:6,
369:14, 370:3,
370:24, 371:19,
372:11, 372:20,
373:6, 373:23,
375:4, 376:6,
376:8, 376:9,
376:11, 376:22,
379:7, 379:14,
383:10, 387:19,
393:14
**answered**
203:22, 238:16,
239:14, 240:18,
240:22, 249:19,
258:19, 262:4,
262:7, 262:20,
263:3, 263:11,
266:20, 269:5,
313:16, 323:18,
330:11, 330:14,
331:16, 340:6,
340:12, 353:6,
369:4, 369:12,
371:13, 374:11,
374:15, 375:1
**answering**
269:7, 323:21,
323:22, 326:22
**answers**
184:18, 184:21,
190:2, 199:24,
225:5, 225:9,
225:21
**antonia**
350:19, 351:1
**anxiety**
193:11, 213:9,

213:14
**anxious**
227:20
**anybody**
198:20, 199:16,
213:4, 243:18,
253:9, 259:15,
260:1, 261:2,
261:20, 264:5,
268:7, 278:6,
278:11, 278:12,
278:15, 285:6,
287:11, 329:18,
331:20, 342:8,
342:17, 343:24,
344:5, 361:17,
361:18
**anyhow**
246:9
**anymore**
295:22, 296:12
**anyone**
237:12, 249:17,
250:11, 269:9,
278:5, 287:1
**anything**
191:13, 191:15,
195:22, 196:12,
198:9, 198:14,
199:11, 233:10,
242:8, 249:9,
250:23, 251:4,
258:23, 260:17,
261:9, 261:10,
261:17, 262:16,
262:24, 273:22,
275:19, 278:12,
280:20, 280:24,
281:3, 281:14,
282:23, 283:1,
287:10, 288:17,
291:21, 293:3,
293:5, 293:8,
293:22, 300:18,
300:23, 301:22,
305:16, 312:8,
312:14, 312:21,
313:2, 313:7,

314:11, 314:13,
314:22, 315:4,
315:6, 315:8,
317:2, 317:5,
317:8, 318:3,
318:6, 318:7,
319:7, 319:9,
319:11, 321:16,
321:23, 322:13,
322:19, 323:5,
323:8, 324:24,
325:1, 334:6,
359:20, 371:17,
378:20, 378:24,
391:16, 391:22,
393:21, 394:4
**anywhere**
308:4, 312:4
**apartment**
220:4
**apologies**
225:15
**apologize**
231:11, 242:23
**appear**
226:17, 383:22
**appearances**
182:1, 183:1
**appeared**
255:19, 376:15
**appears**
189:12, 225:2,
385:21, 386:4,
387:1
**appellate**
364:13, 364:17,
364:19
**applied**
188:20, 218:2
**apply**
188:19
**appointment**
184:16
**approximately**
207:1, 208:10,
227:5, 228:9,
238:13, 267:18,
299:2

**april**
295:15, 389:16
**area**
220:24, 237:13,
238:8, 244:19,
260:21, 260:23,
264:24, 289:14,
300:1, 300:13,
362:13, 362:14,
377:18, 378:21,
378:22, 378:23,
398:23
**areas**
290:5
**argument**
199:16, 254:6,
254:12
**around**
191:3, 209:18,
213:21, 224:12,
226:24, 227:11,
227:21, 242:17,
275:23, 301:14,
383:6, 383:16,
395:7, 399:4
**arrange**
362:6, 362:15
**arranged**
237:18
**arrest**
190:17, 190:22,
192:5, 192:9,
230:19, 232:4,
232:12, 248:18
**arrested**
192:12, 201:22,
341:18, 341:20,
383:6
**arrived**
263:17, 269:17,
269:22, 339:13,
341:7, 366:12
**arturo**
182:27, 186:21,
259:17, 259:18,
275:4, 275:11,
275:14, 278:10,
278:20, 280:5,

280:16, 367:19,
372:24, 382:12
**asked**
212:8, 238:15,
239:13, 241:14,
245:12, 245:17,
249:19, 258:18,
259:6, 259:9,
262:3, 262:19,
263:2, 263:11,
263:18, 266:23,
266:24, 270:20,
270:22, 271:1,
286:15, 295:22,
295:23, 304:14,
305:24, 323:6,
323:19, 323:20,
324:5, 324:6,
324:8, 324:11,
326:18, 329:15,
330:10, 330:13,
331:15, 340:5,
340:11, 342:12,
343:20, 349:19,
353:5, 361:24,
365:9, 365:12,
367:15, 369:3,
369:7, 369:11,
371:13, 374:10,
374:12, 374:15,
374:24
**asking**
214:23, 224:8,
226:22, 240:24,
283:10, 287:12,
291:12, 310:24,
311:1, 322:23,
322:24, 323:2,
323:14, 324:1,
325:18, 326:12,
326:16, 326:19,
326:21, 326:22,
327:2, 328:10,
351:4, 355:19,
369:9
**asks**
190:7, 223:2
**asleep**
247:10

assigned
337:9, 337:16
assistance
365:1
assume
189:18
assumed
251:17
assumes
195:10
at_
402:19
attached
287:20, 287:24,
288:1, 301:15,
405:20
attack
193:18, 197:6,
197:12, 197:17,
197:21, 198:15,
198:22, 199:2,
199:14, 199:18,
199:22
attacks
193:12, 193:14,
193:16, 196:2,
196:14, 196:18,
197:3, 198:10,
198:13, 198:18,
199:12
attempt
405:9
attention
196:22, 257:8,
257:14, 268:23,
268:24
attorney
186:18, 186:20,
195:13, 212:12,
247:14, 249:20,
249:21, 337:5,
337:9, 347:8,
364:13, 364:17,
365:21, 366:6,
367:15, 368:24,
376:5, 376:7,
405:16
attorneys
250:6, 250:12,

374:18
audio
355:7, 405:11
avenue
181:7
avoid
348:3
awake
243:15, 243:16,
243:17, 243:18,
243:22, 243:24,
244:1, 244:4,
244:7, 244:11,
244:13, 246:14,
247:8, 247:10,
247:12, 253:9,
371:22
aware
270:19, 353:13,
375:16
away
196:24, 204:12,
268:18, 282:6,
284:22, 329:23,
352:13

**B**

b-i-r-r-i-a
234:19
baby
232:17, 232:22,
233:8, 233:17,
233:23, 235:19,
236:1, 246:16,
250:16, 250:21,
282:16, 283:4,
283:6, 283:24,
284:10, 284:11,
380:10
baby's
378:16
baby-sit
251:5, 251:8
back
194:5, 194:15,
197:18, 198:6,
200:24, 201:2,
201:7, 214:3,

214:18, 214:21,
215:1, 216:23,
217:4, 222:5,
226:20, 226:21,
230:14, 231:13,
232:11, 232:15,
241:17, 241:23,
245:7, 245:24,
247:9, 274:22,
275:12, 275:15,
280:24, 281:3,
282:4, 283:14,
283:21, 286:9,
297:4, 302:22,
303:20, 312:11,
313:1, 315:12,
316:4, 316:7,
316:16, 318:16,
318:20, 322:16,
325:11, 327:4,
327:9, 327:16,
345:8, 345:10,
348:7, 363:20,
375:10, 375:16,
376:3, 380:9,
387:12, 388:20
background
349:17
bad
228:4, 248:1
bank
220:1, 220:6
bano
199:8
baroni
181:28
barrajas
182:33
base
247:5
based
187:16, 218:20,
218:22, 282:20,
284:13, 284:18
basement
327:22, 327:24,
328:3, 328:21,
329:1, 329:9,

329:13, 331:5,
331:21, 331:23
basis
219:6, 219:10
basketball
203:7
bates
391:3, 391:5
bathrooms
378:8, 378:9
beating
304:7, 305:7,
305:14, 305:17,
305:18, 305:23,
306:10, 306:17,
307:7, 316:4
became
246:13, 352:22
because
191:14, 197:24,
200:16, 209:17,
211:24, 212:22,
216:8, 219:15,
220:15, 228:20,
229:5, 237:11,
239:21, 243:23,
245:19, 247:7,
247:19, 248:14,
250:7, 251:2,
266:24, 269:18,
270:12, 271:20,
284:7, 296:11,
297:13, 298:9,
299:16, 317:20,
331:10, 342:13,
346:21, 347:17,
348:6, 353:14,
362:5, 365:8,
373:13, 391:3,
397:14, 399:7,
399:13, 399:20,
400:14
becky
195:5, 195:6,
195:9, 195:17,
195:19, 212:18
become
270:19, 353:15

**bedroom**
253:11, 253:21, 254:4, 268:9
**been**
192:12, 192:17, 193:1, 201:1, 211:13, 241:19, 246:6, 248:10, 256:13, 260:16, 299:3, 299:6, 301:7, 314:17, 319:15, 319:18, 327:6, 354:20, 357:1, 370:20, 371:12, 379:22, 383:22, 384:20, 402:10
**beer**
234:23, 234:24, 235:8, 239:22, 242:10
**before**
189:9, 190:4, 190:17, 194:4, 194:14, 197:12, 198:17, 199:17, 201:21, 206:9, 206:10, 209:11, 211:24, 214:22, 232:5, 236:10, 236:13, 246:15, 249:16, 249:23, 252:14, 253:20, 260:17, 268:9, 273:14, 282:5, 283:3, 288:14, 290:23, 291:15, 293:9, 301:8, 301:23, 304:3, 305:16, 305:21, 309:22, 312:14, 313:2, 313:11, 313:16, 315:20, 316:1, 316:7, 317:2, 318:10, 319:15, 319:20, 327:6, 327:8, 327:18, 328:2,

328:24, 329:8, 334:7, 341:18, 341:20, 348:22, 353:15, 360:15, 365:24, 368:22, 384:2, 390:7, 405:6
**began**
224:11, 226:24
**beginning**
227:6
**begins**
186:5, 222:3, 274:20, 302:20, 345:6, 388:18
**behalf**
181:3, 181:13, 181:26, 182:4, 182:15, 182:27, 183:3, 186:13, 186:22, 186:24, 187:4, 187:6, 187:8, 343:21, 344:18, 347:10, 358:7, 370:5
**behind**
386:3
**being**
186:14, 207:5, 208:4, 213:13, 223:15, 249:7, 270:20, 270:22, 277:14, 310:2, 332:24, 333:2, 336:22, 337:1, 337:3, 348:24, 349:10, 353:10, 354:6, 354:10, 373:14, 373:16
**belated**
330:16, 392:19
**believe**
196:13, 198:16, 211:1, 211:4, 212:17, 216:8, 216:10, 216:14, 217:13, 230:23, 231:19, 232:2,

237:24, 238:2, 238:3, 238:20, 246:6, 269:17, 269:18, 269:20, 270:12, 279:6, 279:20, 286:8, 288:11, 288:19, 292:23, 298:15, 298:19, 298:24, 299:4, 303:2, 303:9, 303:20, 307:4, 340:20, 341:13, 355:2, 365:22, 369:22, 370:19, 371:3, 371:7, 371:20, 372:2, 372:5, 372:12, 372:24, 373:7, 373:8, 373:9, 374:3, 374:12, 376:14, 388:3
**belittle**
330:23
**belong**
392:23
**belongings**
392:23, 393:12
**below**
368:8, 389:23
**bench**
287:19, 301:20, 308:18
**beneficial**
211:13
**bertz**
195:6
**best**
226:12, 246:2, 401:13
**between**
212:14, 231:4, 231:16, 237:2, 257:3, 257:5, 259:1, 266:5, 272:2, 275:23, 311:2, 311:13, 311:18, 318:23,

364:19, 376:7, 388:9
**beyond**
191:15
**big**
265:6, 319:10, 319:14, 333:11, 387:24
**bigger**
300:1, 300:13
**birch**
195:5, 195:7
**birkelo**
349:1, 349:11, 354:22, 355:4, 355:20, 357:15, 358:4, 358:11, 358:15, 359:3, 360:19
**birria**
234:12, 234:17, 234:18, 234:22, 235:2
**birth**
283:4
**bit**
213:10, 217:16, 232:9, 296:19, 376:24
**blackboard**
300:4, 386:4, 386:9
**blanco**
237:15, 237:16, 237:21, 237:23, 238:3, 238:7, 238:12, 238:22, 239:10, 242:11, 344:4, 344:8, 344:11, 344:14, 344:17, 362:2, 362:7, 367:16, 369:10
**bleed**
310:18
**block**
355:15, 368:9
**blocks**
238:13, 362:21

blood
206:3, 207:24,
208:1, 208:5,
208:7, 208:13
blows
354:1
board
300:3, 300:6,
300:8, 300:10,
300:13, 320:4
body
314:1
books
296:20, 296:21,
297:2
born
349:22, 350:3,
350:6, 354:14
both
237:23, 275:8,
336:11, 345:24,
374:8, 387:7,
387:13, 394:3
bottom
190:3, 190:13,
368:18, 382:8,
385:13, 386:17,
391:1, 396:18,
396:22, 397:9
bought
214:6
boulevard
182:9
boy
251:1, 251:18,
252:10, 252:13,
252:15, 256:15,
257:4, 258:2,
258:13, 259:2,
259:5, 261:6,
261:8, 261:11,
261:15, 261:17,
261:21, 265:9,
266:5, 272:15,
272:22, 273:4,
273:18, 274:11,
280:21, 280:23,
281:4, 281:7,

281:22, 282:5,
282:6, 282:9,
282:12, 282:14,
282:15, 282:16,
282:20, 283:7,
284:3, 284:6,
284:22, 285:7,
286:20, 287:3,
372:15, 372:21,
380:2, 380:4,
380:6, 381:4,
382:15
boy's
265:13
boyfriend
232:23
brand-new
288:14
bread
358:20
break
188:20, 203:6,
221:20, 221:21,
226:6, 245:1,
245:17, 274:14,
302:7, 302:14,
325:3, 325:4,
325:6, 344:24,
388:12, 400:12
breaking
306:23, 400:12
breathing
194:1, 195:22,
196:23
brick
355:15, 356:21
broke
203:3, 270:2
broken
203:9
brother
233:18, 239:5,
239:7, 241:10,
241:22, 359:1,
361:22
brothers
352:2, 352:9,
359:7

brought
250:21, 283:6,
283:24, 284:9,
284:18, 313:1,
315:12, 327:4
brualdi
183:3, 187:6,
320:15, 320:19,
320:20, 321:9,
321:13, 324:20,
324:23, 325:15,
325:17, 387:16,
387:22, 388:4
brunt
363:2
build
190:20, 190:24,
191:6, 191:18,
191:22, 192:1
bunch
349:16
burns
182:18, 182:19,
187:8, 188:4,
226:14
bus
332:10, 332:12
business
220:10, 234:1,
234:10, 251:23,
257:7, 269:2,
284:6
businesses
220:22
buy
213:24, 218:13,
218:15
buzz
339:14, 339:16
buzzing
339:18, 339:22

C

cabos
180:23, 186:1,
186:15
calendar
393:19

california
400:6, 405:1,
405:4
call
266:9, 287:22,
340:23, 341:2,
341:5, 341:12,
342:9, 343:21,
344:1, 344:17,
362:2, 367:15,
369:1, 369:10,
369:18, 370:9
called
204:22, 265:15,
265:17, 265:21,
341:13, 341:15,
341:16, 342:1,
343:23, 368:21,
369:23, 370:20,
398:23
calling
197:21, 198:22,
199:2, 307:7,
342:2, 342:6
calls
346:16, 347:2,
361:23, 383:7
came
194:5, 194:15,
207:2, 209:11,
214:3, 214:18,
214:21, 235:18,
235:23, 239:9,
244:12, 246:15,
247:7, 250:15,
253:11, 253:17,
253:21, 253:23,
254:4, 266:5,
268:1, 268:8,
268:13, 270:4,
273:1, 273:4,
274:6, 282:4,
294:12, 304:3,
304:6, 312:11,
316:1, 316:4,
316:7, 316:16,
318:16, 318:20,
322:8, 347:12,

348:3, 353:18,
354:19, 360:24,
394:8, 394:13,
394:14, 400:9

**can't**
194:6, 216:24,
225:23, 226:10,
330:24, 339:9

**cannot**
191:13, 367:13,
370:4, 399:12

**capital**
184:15

**caption**
402:3

**car**
213:17, 213:22,
213:24, 214:7,
228:1, 239:3,
259:12, 261:1,
261:2, 262:2,
262:17, 263:1,
267:7, 267:10,
267:11, 268:1,
268:2, 268:4,
268:5, 268:10,
275:2, 275:3,
275:6, 275:16,
276:12, 279:22,
279:24, 380:20,
380:22, 380:24,
381:1, 381:2

**card**
398:20, 398:22,
399:16, 400:1,
400:2

**card"**
399:17

**cards**
400:5

**care**
219:17, 219:19,
251:3, 354:6,
354:11

**career**
192:11

**carefully**
244:21

**carlos**
233:18, 233:22,
234:4, 235:11,
235:15, 242:20,
243:11, 243:15,
243:22, 244:7,
246:14, 246:18,
246:21, 247:15,
249:18, 250:13,
253:13, 255:8,
257:21, 258:11,
359:5, 360:7,
367:16, 369:1,
369:22, 370:9,
370:19, 371:4,
371:7

**caroline**
182:8

**carrillo**
183:17, 186:13

**carrying**
392:5

**case**
184:15, 186:10,
218:18, 226:5,
246:5, 248:5,
248:9, 248:11,
309:19, 309:22,
310:7, 320:23,
323:4, 323:6,
323:9, 324:2,
324:3, 324:6,
325:19, 326:13,
326:17, 326:21,
328:24, 329:8,
338:19, 343:4,
347:10, 367:20,
402:3

**cast**
203:15

**cause**
198:15, 213:9,
213:14, 308:23,
367:12

**caused**
202:20, 211:4

**causes**
198:10, 198:13,

198:18

**cell**
296:17, 329:16,
329:17, 329:18,
329:21, 330:5,
330:8, 331:14,
331:24, 335:15,
377:6, 377:24

**cellmate**
335:20, 335:23,
357:6, 377:20,
377:22

**cellmates**
335:7, 335:11,
377:8, 377:10,
377:15, 377:19,
378:1, 378:2

**central**
276:7, 276:8,
276:10, 276:14,
277:3, 277:18,
278:4, 278:13,
278:17, 278:19,
280:2, 299:3

**certain**
191:9, 272:18

**certificate**
401:1, 405:19

**certified**
180:26, 405:1,
405:3, 405:20

**certify**
401:8, 405:4,
405:14

**chair**
287:20

**chairs**
265:4, 279:2

**chance**
363:10, 363:13,
389:6, 391:13

**change**
221:11, 221:20,
232:9, 274:13,
295:22, 295:23,
296:1, 403:10,
403:16, 403:22,
404:4, 404:10,

404:16

**changed**
214:21, 280:14

**changes**
401:15, 402:12,
402:14

**characterization**
230:21, 299:13,
306:12

**charged**
336:22, 337:1,
337:4

**chavez**
350:15

**chest**
193:18, 193:22,
196:21

**chicago**
180:10, 181:8,
181:13, 181:21,
181:33, 182:11,
182:22, 182:36,
183:10, 186:8,
186:23, 193:23,
194:2, 194:13,
226:3, 227:19,
400:9, 402:3

**child**
250:17, 250:20,
267:3, 351:9

**children**
251:3, 251:9,
251:15, 286:6,
351:9, 351:12,
380:1

**cholesterol**
207:9, 207:10,
207:14

**choose**
260:12

**chronic**
202:15

**church**
357:5

**city**
180:10, 181:13,
186:7, 186:23,
205:14, 227:16,

227:17, 227:18,
227:23, 229:5,
229:6, 229:7,
229:9, 229:10,
229:18, 229:19,
229:20, 352:3,
352:11, 352:14,
402:3, 402:21
**civ**
180:8, 186:10
**claim**
190:8
**claimed**
273:20
**claiming**
336:18, 339:7
**claims**
370:15
**clarify**
199:8, 203:11,
212:6, 215:16,
254:6, 304:12,
305:4, 315:19,
378:10, 378:11,
393:17, 395:9,
397:5
**clarifying**
254:12, 256:19,
256:22
**clark**
181:19
**clear**
219:23, 220:5,
250:4, 283:16,
305:5
**client**
212:12, 212:13,
218:19, 249:21,
364:13, 364:17,
366:6, 376:5
**close**
233:18, 260:22,
262:11, 262:12,
268:16, 289:8,
332:20, 376:5,
399:3, 400:14
**closed**
219:15, 307:13,

378:22
**closer**
188:10, 194:7,
228:14
**closest**
260:14
**clothes**
269:18, 383:13
**clothing**
384:16
**co-defendant**
367:18
**co-defendants**
370:15
**cold**
208:23
**collateral**
218:20
**collective**
246:7
**color**
300:5
**com**
181:10, 181:23,
181:35, 182:24,
183:12
**come**
190:18, 247:9,
263:23, 264:2,
264:18, 289:8,
292:19, 294:8,
347:9, 347:17,
347:18, 347:21,
348:6, 349:13
**comment**
281:20, 281:21,
282:6, 282:8,
282:23, 282:24,
283:2, 285:1,
285:3, 285:7,
286:19, 287:2,
338:17
**comments**
372:13, 372:14
**committed**
370:16
**communicate**
335:19, 338:3,

362:10
**communicating**
362:12
**communication**
212:14, 364:19,
366:6, 376:7
**communications**
376:12
**company**
220:1, 220:6,
248:22, 248:24,
249:4, 249:6,
249:8, 249:14,
297:23, 298:2,
298:6
**complaining**
247:21, 247:24
**complete**
223:19, 372:17
**completely**
319:17
**completion**
401:17
**computers**
300:2, 320:3
**con**
212:23
**concluded**
400:20
**conclusion**
244:13, 346:16,
347:2, 383:8
**condition**
378:8
**conditions**
378:14, 379:2,
379:3, 379:9,
379:10
**conduct**
190:9, 190:10,
190:11
**confirm**
401:18
**conflict**
209:22
**confront**
246:18
**confrontation**
199:16, 328:10

**confused**
364:23
**confusion**
365:3, 365:7
**connect**
199:12, 230:17
**connection**
231:3, 231:16,
231:20, 338:19,
398:12
**connelly**
181:16, 183:23
**constantly**
209:17, 215:20
**consulate**
247:24, 248:3
**cont'd**
182:1
**cont'd:**
183:1
**contact**
241:20, 308:1,
353:4, 361:3,
361:18, 361:23,
362:23, 375:12
**contained**
381:12
**contents**
185:10
**continue**
312:18, 313:9
**continued**
185:1, 185:3
**contradicting**
370:15
**conversation**
242:20, 243:11,
255:9, 257:2,
257:16, 257:19,
257:22, 258:24,
261:2, 261:4,
262:2, 262:13,
264:10, 264:13,
268:14, 269:14,
295:13, 299:10,
299:13, 299:19,
306:6, 306:12,
318:23, 319:2,

319:6, 374:6,
374:17, 374:18,
374:21
**conversations**
233:21, 332:23,
336:10, 336:13,
336:17, 341:11,
341:17, 341:21,
341:22, 347:8
**convicted**
248:10, 309:23,
345:17, 346:22,
349:1, 349:11
**conviction**
192:6, 192:10
**cook**
201:16, 201:19,
203:4, 309:7,
310:4, 310:9,
310:12, 332:3,
332:4, 332:5,
332:12, 332:15,
332:16, 332:21,
332:24, 333:3,
333:7, 333:13,
336:2, 336:21,
339:13, 340:14,
341:7, 342:2,
349:14, 360:24,
362:1, 399:3
**copies**
405:20
**copy**
225:2
**corner**
389:10, 399:4
**corrected**
245:23
**corrections**
401:15, 402:12
**correctly**
242:22, 350:11
**cost**
192:1, 219:2,
219:4, 399:24,
400:1
**could**
188:24, 191:6,

191:8, 209:17,
211:21, 214:22,
220:24, 222:12,
223:11, 226:21,
228:1, 228:3,
244:24, 245:18,
246:23, 248:15,
254:6, 272:6,
276:16, 285:20,
287:22, 301:11,
303:18, 313:11,
326:14, 327:13,
329:3, 339:12,
340:4, 340:9,
341:19, 342:18,
346:13, 352:4,
353:11, 367:17,
368:3, 385:8,
388:23, 391:2,
394:17
**couldn't**
248:21, 249:3,
340:18, 341:9,
342:10, 342:11,
342:22, 371:1
**counsel**
184:16, 186:16,
187:11, 187:15,
224:14, 364:13,
364:18, 364:20,
365:1, 367:14,
370:8
**counseling**
229:23, 230:4,
230:18
**counselor**
230:7
**counselors**
198:20
**counsels**
246:7
**count**
307:17, 316:23,
317:1, 333:20
**county**
201:16, 201:19,
203:4, 309:8,
310:4, 310:9,

310:12, 332:3,
332:4, 332:5,
332:13, 332:15,
332:16, 332:21,
332:24, 333:3,
333:7, 333:13,
336:2, 336:21,
339:13, 340:15,
341:7, 342:2,
349:14, 361:1,
362:1, 399:3
**couple**
190:1, 194:3,
266:4, 341:13,
380:18
**couple's**
229:23, 230:4
**course**
188:22, 226:13,
245:2, 246:4,
249:11, 309:18,
377:16
**court**
180:1, 186:8,
231:12, 283:13,
303:11, 305:1,
334:23, 336:3,
336:5, 345:9
**courtroom**
334:23
**cousin**
237:24, 238:4,
238:6, 238:9,
238:10, 238:18,
238:19, 238:22,
239:3, 239:7,
239:16, 239:17,
239:19
**cousins**
237:22
**cracked**
203:12, 203:13
**cracking**
203:13
**created**
405:12
**crime**
373:13, 373:15,

373:16, 373:20,
373:24, 374:2,
374:9
**crimes**
346:21
**criminal**
309:18, 309:22,
310:7, 320:23,
338:19, 343:3
**crying**
236:1, 258:11
**csr**
405:25
**cuatro**
243:1
**cuff**
301:14
**cuffed**
301:6, 301:10,
301:13, 301:16,
305:15
**culberson**
183:6
**currently**
205:3, 210:22,
218:9

**D**

**daffada**
181:28
**dan**
187:8, 188:4,
226:14, 226:18
**daniel**
182:19
**daniels**
195:16, 211:20,
212:9
**dark**
267:23, 276:14
**date**
180:21, 186:11,
189:22, 200:24,
201:3, 223:12,
224:3, 297:16,
337:22, 337:24,
346:11, 361:1,
395:6, 396:21,

397:3, 397:18,
405:18

**dated**
189:15, 222:19,
225:10, 405:22

**dates**
200:23, 223:5,
395:7

**daughter**
267:4, 354:14,
354:20, 358:20

**daughter's**
354:22

**david**
182:15, 187:9

**day**
185:9, 199:17,
205:23, 206:4,
223:8, 236:4,
236:10, 236:13,
236:20, 244:15,
244:16, 247:7,
247:8, 250:15,
250:19, 250:21,
250:23, 251:10,
251:11, 252:14,
252:16, 252:18,
284:4, 285:1,
290:8, 290:11,
297:11, 297:13,
297:14, 339:15,
341:6, 371:21,
383:11, 395:17,
400:14, 401:9,
405:22

**days**
200:24, 201:2,
201:4, 205:5,
205:8, 206:6,
206:10, 208:9,
219:21, 243:23,
250:21, 250:24,
266:4, 282:5,
283:3, 284:14,
296:10, 355:16,
395:16

**daytime**
276:15

**dburns@reiterbur-**
**ns**
182:24

**de**
212:24

**deal**
234:3, 289:4

**death**
345:21, 346:1,
346:7, 346:14,
346:23, 348:4

**deaths**
306:5, 337:2,
337:4

**december**
180:21, 186:1,
186:11, 405:22

**decision**
259:4

**declaration**
402:5

**declare**
402:8

**defendant**
181:13, 181:26,
182:15, 184:22,
186:23, 187:1,
187:4, 187:9,
225:5, 225:21

**defendant's**
184:19, 190:9,
190:11

**defendants**
180:12, 182:4,
187:6

**deliver**
232:21, 233:8,
233:17, 233:23

**delivered**
183:23

**delivering**
232:17

**dennis**
195:14

**denying**
312:19, 313:9

**depend**
228:10

**depict**
382:4

**depicted**
380:21, 381:22,
381:24, 382:9,
383:1, 389:11,
390:4, 391:17,
393:8

**depos**
186:14

**deposition**
180:16, 183:22,
186:6, 186:14,
189:5, 221:24,
222:4, 222:8,
274:16, 274:21,
302:16, 302:21,
309:15, 345:3,
345:7, 348:14,
363:6, 379:18,
380:14, 381:8,
388:15, 388:19,
389:1, 391:10,
392:10, 393:3,
394:19, 395:19,
395:24, 400:18,
400:20, 401:10,
402:9, 402:13,
403:1

**deprived**
190:14

**describe**
193:5, 216:20,
278:23, 287:16,
287:18, 293:11,
293:24, 303:5,
311:24, 320:1,
333:10, 378:4

**described**
197:17, 300:20,
301:1, 354:10

**describes**
354:5

**describing**
196:2, 198:11

**description**
184:9, 185:4

**desk**
291:7, 291:8

**desks**
300:2, 300:13,
320:2

**detail**
184:10, 190:7

**details**
216:11

**detected**
207:10

**detective**
295:2, 303:16,
303:24, 304:3,
304:6, 306:7,
306:19, 306:21,
306:24, 307:6,
310:19, 310:21,
311:2, 311:13,
312:11, 315:6,
315:18, 315:23,
316:3, 316:7,
316:16, 318:16,
318:24, 321:9,
322:12, 322:16,
322:19, 322:24,
323:1, 323:21,
324:16, 325:15,
325:18, 326:12,
326:16, 327:8,
327:16, 328:4,
339:8, 339:23,
387:21, 387:22,
388:1, 388:9

**detectives**
269:17, 270:7,
270:15, 273:1,
273:4, 328:23,
329:7

**determine**
346:23

**development**
192:11

**diabetes**
205:6, 205:17,
208:7

**diagnosed**
205:6

**dice**
368:12

**died**
352:17
**different**
204:1, 205:24,
220:21, 227:18,
270:5, 270:14,
270:16, 319:17,
319:24, 376:1
**difficult**
210:3, 215:9,
215:11, 215:19
**difficulties**
216:6, 216:7,
216:12, 216:17
**difficulty**
210:22, 214:12,
214:17, 216:1,
216:16, 216:19,
216:21, 217:3,
228:20
**dinner**
256:2
**direct**
223:20
**directed**
367:4
**direction**
405:13
**directly**
233:10, 249:1,
270:8, 271:1,
274:2, 278:16,
279:16, 284:24,
321:18, 322:3
**dirty**
378:9, 378:15
**discovery**
226:5
**discusion**
254:6
**discuss**
344:7, 344:10,
344:14, 357:14
**discussing**
258:12, 358:3,
358:10, 359:3,
360:19
**discussion**
254:7, 254:10,

254:13, 255:5,
255:15, 256:15,
257:5, 257:6,
257:13
**district**
180:1, 180:2,
186:8, 186:9
**division**
180:3, 186:9,
335:6, 335:8,
336:8, 336:10,
349:13
**divorced**
351:17, 351:22
**dizzy**
312:6, 316:14
**dna**
374:1
**doctor**
195:8, 195:19,
198:12, 198:17,
199:20, 200:7,
200:9, 202:5,
202:9, 202:23,
204:23, 205:3,
205:6, 205:7,
205:11, 205:13,
205:16, 206:6,
206:10, 206:18,
206:22, 208:6,
208:24, 209:10,
217:6, 228:14,
228:17, 342:13,
342:14, 342:15,
342:17, 372:23
**doctors**
197:20, 198:19,
198:20, 207:4,
207:13
**document**
189:1, 189:9,
189:11, 189:19,
222:16, 222:18,
222:23, 223:13,
223:20, 224:10,
224:17, 226:3,
348:21, 349:21,
350:1, 350:10,

350:11, 350:24,
351:5, 351:6,
351:8, 351:16,
352:1, 352:8,
352:15, 352:21,
353:22, 354:4,
354:9, 354:13,
355:1, 355:10,
355:14, 356:1,
356:6, 356:14,
356:24, 357:4,
357:10, 357:18,
358:6, 358:13,
358:18, 358:24,
359:11, 359:22,
360:17, 363:10,
363:14, 363:16,
363:19, 364:5,
364:8, 365:16,
365:24, 366:16,
366:22, 366:24,
368:18, 370:7
**documents**
327:10
**doing**
192:17, 196:23,
248:5, 248:13,
252:14, 261:19,
291:5, 321:22,
325:17, 341:23,
358:16, 396:13
**dollars**
252:3, 252:4
**done**
217:21, 232:8,
246:4, 248:1,
267:5, 304:8,
304:9, 304:15,
304:21, 305:3,
305:19, 305:24,
306:1, 311:1,
312:21, 314:11,
317:11, 317:13,
317:23, 318:6,
327:3, 330:22,
360:21
**door**
198:1, 289:9

**down**
215:10, 215:13,
215:17, 215:20,
308:3, 328:21,
331:5, 331:20
**downstairs**
327:22
**dr**
217:13, 217:17,
224:11, 227:1,
227:5, 227:14,
227:23, 228:2,
228:7, 228:13,
228:18, 228:20,
229:3
**dream**
190:18, 190:20,
190:24
**dreaming**
192:2
**dreams**
192:4
**drink**
242:8
**drinking**
239:21, 240:5,
240:10, 240:14,
240:17, 240:20,
241:9, 242:2,
242:5
**drive**
182:20, 228:1,
228:3, 228:4
**driving**
262:17, 267:6,
276:20
**drop**
255:6, 255:10,
256:4
**dropping**
255:15
**drove**
259:7, 259:8,
259:12, 381:3,
382:5, 382:15,
382:21
**due**
190:21

**during**
193:10, 196:16,
196:17, 207:24,
234:5, 235:16,
249:11, 256:14,
261:1, 297:1,
309:18, 310:15,
394:9, 394:13,
394:14, 394:15

**E**

**each**
228:11, 257:12,
268:20, 293:6

**ear**
308:2, 339:9,
339:12, 339:15,
339:16, 340:4,
340:10, 340:18,
341:9, 342:10,
342:11, 342:19,
342:22

**earlier**
284:5, 284:14,
321:5, 372:15

**early**
216:22, 217:1

**earnings**
184:10

**eastern**
180:3, 186:9

**eat**
219:12, 220:11,
235:12, 254:1

**eating**
256:1

**eight**
206:1, 236:20,
237:6, 237:8,
252:19

**eight-hour**
236:17

**eileen**
181:17, 186:22,
187:21, 245:11,
330:17, 391:2

**either**
199:16, 237:1,

251:22, 253:19,
255:17, 257:23,
264:16, 281:5,
379:24, 387:7

**el**
296:3, 296:5,
368:3

**elbow**
209:12

**elbows**
208:19, 208:22,
209:13

**electricity**
220:3, 220:22,
220:23

**electronically**
405:20

**else**
195:22, 229:2,
243:18, 256:6,
259:15, 287:1,
287:11, 294:8,
306:9, 308:4,
312:4, 312:8,
314:11, 315:4,
316:1, 318:10,
327:18, 329:18,
331:20, 342:17,
344:5, 371:24,
378:20, 378:24

**emergency**
226:9

**employee**
184:10, 405:16

**employees**
219:13

**employment**
184:11, 214:13,
214:18

**empty**
227:19

**enclosed**
265:7

**end**
221:23, 245:24,
274:15, 302:15,
345:2, 388:14,
400:17

**ends**
397:12

**engaging**
192:10

**english**
234:15, 288:22,
295:6, 295:11,
295:14, 295:17,
295:19, 296:5,
296:15, 296:20,
296:22, 297:2,
297:3, 366:3

**english:**
244:24

**engquist**
182:7, 186:24,
187:22

**enough**
190:24, 191:2,
219:12, 248:13,
268:16, 268:22,
295:13, 330:24

**ensure**
405:9

**entering**
212:11

**entire**
246:4, 377:12,
402:9

**entitled**
365:2, 365:6

**envelope**
385:22

**erosen@rfclaw**
181:23

**errata**
402:13, 403:1

**esq**
181:6, 181:17,
181:18, 181:29,
181:30, 182:7,
182:8, 182:19,
182:31, 182:32,
183:7

**esta**
368:3

**estimate**
307:18

**estrello**
203:11

**et**
180:10, 402:3

**even**
209:11, 241:3,
270:12, 324:23,
337:23, 338:22,
394:15

**evening**
206:2, 246:15

**eventually**
242:11, 244:6,
255:1, 255:20,
259:4, 263:23,
292:19, 294:8

**ever**
205:10, 206:13,
208:4, 209:4,
229:10, 235:10,
246:18, 249:7,
249:16, 252:9,
257:11, 260:16,
261:11, 261:15,
264:2, 265:13,
269:4, 272:21,
280:1, 286:18,
289:11, 289:18,
292:3, 292:6,
303:7, 303:11,
326:2, 328:18,
336:5, 336:13,
342:21, 348:21,
353:19, 356:20,
362:2, 374:6,
374:21, 384:1,
390:6, 392:5

**every**
205:23, 206:1,
206:4, 217:9,
217:10, 244:22,
247:9, 251:10,
251:11, 405:8

**everyone**
187:10, 260:22,
267:7

**everything**
214:21

evidence
249:12, 373:14,
373:15, 373:19,
374:17, 374:19
evidences
195:11
evidently
296:21, 298:11,
298:19
exact
199:5, 200:23,
200:24, 219:3,
234:8, 236:14,
242:16, 267:22,
279:1, 297:16,
337:22, 395:6,
395:17
exactly
199:13, 204:6,
207:11, 214:1,
214:6, 216:5,
216:20, 220:17,
225:23, 227:8,
238:21, 240:8,
244:10, 253:4,
255:11, 256:10,
264:20, 276:23,
280:6, 281:19,
288:20, 289:23,
290:5, 305:13,
307:8, 317:12,
323:3, 334:10,
340:13, 341:6,
362:18, 362:19,
377:4
examination
184:4, 188:14
except
402:11
exception
187:2
exchanged
311:2, 311:12
excluding
250:12
excuse
212:20, 223:4,
225:14, 366:19,

385:2
executed
402:18
exercises
195:22, 196:24
exhibit
184:9, 184:10,
184:13, 184:17,
184:20, 184:25,
184:27, 184:28,
184:29, 184:30,
184:31, 185:4,
185:5, 185:6,
185:9, 188:24,
189:5, 217:22,
222:7, 222:8,
224:23, 226:1,
226:20, 232:8,
348:8, 348:12,
348:14, 348:18,
363:5, 363:6,
379:17, 379:18,
379:22, 380:13,
380:14, 381:6,
381:8, 381:12,
381:13, 387:11,
388:24, 389:1,
391:9, 391:10,
392:8, 392:10,
392:15, 393:2,
393:3, 393:24,
394:18, 394:19,
394:23, 395:21,
395:24, 396:4
exhibits
184:8, 185:3,
226:7
expecting
282:17
experience
208:21, 209:22,
211:2
experienced
193:11, 207:8,
207:23, 208:15
experiences
374:22, 377:1
experiencing
199:21, 200:11

explained
306:4
extent
245:22
extra
236:20, 239:24

F

f
386:16
face
241:5, 307:11,
307:16, 307:24,
308:2, 308:5,
308:12, 308:17,
308:24, 310:16,
310:19, 312:3,
312:9, 314:4,
314:5, 316:10,
316:12, 331:1,
384:4, 384:7,
384:23, 385:4
facility
376:18, 377:1
fact
187:18, 193:13,
211:5, 237:20,
239:21, 244:3,
246:14, 247:11,
259:7, 284:18,
342:18, 355:19,
355:21, 373:18,
374:8
factory
240:10, 241:5
facts
195:11
failed
370:8
fair
189:18, 222:23,
330:24
fake
399:8, 400:1
falling
217:3
familiar
189:2, 264:19,

320:16, 391:22,
398:24
family
272:24, 273:3,
273:11, 285:18,
285:21, 286:3,
286:5, 341:23,
347:9, 347:12,
347:20, 348:2,
361:6, 361:8,
361:17, 361:18
far
268:18, 268:21,
329:23
fast
229:20
father
352:22, 353:4,
353:23
father's
350:16, 354:1
feedback
355:7
feel
193:17, 193:21,
227:20, 248:12,
316:11, 400:13,
400:14
feeling
196:20, 197:6,
311:22, 312:8,
316:7
feelings
197:17
feet
208:19, 208:22,
209:13, 293:19
female
256:22, 256:23,
289:4, 290:9,
290:16, 290:20,
290:24, 333:15,
337:5, 381:16,
382:23
fernando
227:1
few
189:2, 192:17,

194:23, 295:12, 295:13, 317:1, 343:17, 357:9, 363:11

**field**
212:11

**fields**
400:5

**figure**
225:23, 226:10

**file**
220:12

**filed**
338:14

**filing**
247:20

**fill**
396:8, 396:21, 398:15

**filled**
396:11

**filling**
398:11

**finally**
360:17

**financially**
405:15

**find**
228:18, 231:22, 234:15, 248:15, 248:21, 249:3, 249:8

**finding**
214:13, 214:17

**fine**
221:18, 400:16

**fingerprints**
334:24, 335:3

**finished**
269:13, 269:24

**finishing**
256:1

**firm**
182:6

**firmando**
368:4

**first**
184:22, 196:6,

199:1, 199:18, 200:4, 205:10, 211:23, 214:3, 223:8, 225:6, 225:22, 250:21, 263:20, 264:4, 264:8, 264:11, 264:14, 266:5, 272:11, 272:12, 275:1, 275:22, 276:13, 276:21, 277:8, 283:5, 283:23, 299:7, 303:1, 306:18, 309:7, 310:1, 310:4, 310:9, 310:12, 319:21, 321:4, 335:6, 336:21, 337:19, 337:24, 338:18, 339:11, 339:21, 340:9, 340:17, 342:9, 342:24, 350:11, 376:2, 377:20, 381:13, 386:14, 389:9, 390:8

**fist**
307:13, 316:19, 316:22

**five**
191:3, 191:11, 240:7, 243:23, 262:11, 381:14

**five-minute**
221:21

**fix**
244:19

**fixing**
253:22, 253:24

**flagged**
245:20

**flip**
367:5, 385:8

**floor**
182:35, 277:8, 277:9, 277:12

**floors**
277:10

**flor**
354:15, 355:1

**following**
367:10

**follows**
231:14, 283:22, 345:11

**fonseca**
183:18, 212:5, 240:2, 274:19, 302:19, 339:5, 369:16

**food**
235:5, 378:16

**foot**
203:8, 203:18, 203:20, 203:21, 203:23, 204:2

**foregoing**
401:10, 405:5, 405:7

**forever**
308:13

**forgotten**
397:15

**form**
195:10, 206:12, 209:3, 230:21, 263:10, 270:21, 273:6, 276:18, 289:13, 290:10, 299:12, 306:11, 319:1, 323:15, 328:6, 347:14, 355:18, 373:2, 373:3, 373:11, 374:14, 375:2, 379:5, 391:18, 392:21, 393:9, 396:6, 396:8, 396:19, 398:12

**formally**
187:12

**forming**
216:1, 216:12

**forth**
405:7

**forward**
246:2, 246:10

**found**
190:5, 268:10, 343:9, 373:14, 373:16, 373:19

**foundation**
259:20, 263:10, 273:7, 331:6, 332:7, 334:1, 337:11, 346:2, 346:4, 346:15, 347:1, 361:19, 364:9, 370:1, 373:2, 373:3, 373:12, 374:14, 376:20, 383:8, 387:17, 391:19, 392:21, 393:10

**four**
262:11, 377:18, 390:4

**fourth**
351:9

**franklin**
183:8

**free**
219:23, 220:5

**frequently**
341:17, 341:21

**friday**
197:7, 197:8, 197:12, 236:10, 236:13, 237:7, 246:15

**friend**
263:8, 263:9, 357:1

**friends**
233:20

**front**
267:15, 275:9, 275:19, 282:7, 285:8, 285:15, 291:7, 312:19, 313:9, 394:22

**fucked**
298:13, 298:22

**full**
227:20

| | | | |
|---|---|---|---|
| **further**<br>367:21, 405:14<br>**fusco**<br>181:16, 183:23<br>**G**<br>**gabriel**<br>180:4, 180:17,<br>184:3, 184:17,<br>184:20, 184:25,<br>186:6, 186:7,<br>186:19, 187:18,<br>221:24, 222:4,<br>225:4, 225:21,<br>274:16, 274:21,<br>283:11, 302:16,<br>302:21, 345:3,<br>345:7, 348:19,<br>350:15, 351:4,<br>352:16, 354:5,<br>363:20, 367:6,<br>367:9, 388:15,<br>388:19, 400:18,<br>402:3, 402:24,<br>404:23<br>**gabriel's**<br>353:23, 355:3<br>**garcia**<br>180:25, 405:3,<br>405:25<br>**gas**<br>204:18<br>**gastritis**<br>202:20, 204:9,<br>204:15, 205:1,<br>206:7, 206:11,<br>206:23, 207:5<br>**gastrointestinal**<br>202:15, 202:16<br>**gave**<br>193:24, 202:19,<br>204:8, 208:12,<br>239:2, 242:11,<br>248:14, 248:17<br>**gears**<br>232:9<br>**generally**<br>213:22, 226:23, | 334:12, 389:16<br>**generate**<br>219:6, 219:10<br>**gentleman**<br>381:22, 389:23<br>**getting**<br>206:9, 217:12,<br>228:21, 309:14,<br>335:3, 348:4,<br>376:4, 395:18<br>**girl**<br>283:7, 284:2,<br>284:7, 284:11,<br>284:14, 284:18<br>**girls**<br>352:3, 352:10,<br>352:12<br>**give**<br>198:2, 204:4,<br>204:7, 206:7,<br>208:11, 237:18,<br>238:4, 239:11,<br>242:6, 283:4,<br>297:22, 298:1,<br>378:16<br>**given**<br>202:10, 207:20<br>**gives**<br>219:11<br>**giving**<br>195:21, 252:7,<br>282:6, 284:22,<br>285:7, 286:19,<br>287:2, 368:2<br>**go**<br>197:23, 204:12,<br>215:1, 215:5,<br>216:23, 226:21,<br>229:6, 231:20,<br>232:6, 232:17,<br>233:22, 235:10,<br>255:23, 258:16,<br>259:6, 259:9,<br>259:15, 260:2,<br>260:4, 260:7,<br>260:12, 262:14,<br>266:18, 269:8,<br>270:5, 270:11, | 270:14, 270:16,<br>270:20, 271:2,<br>271:4, 271:5,<br>271:13, 271:23,<br>272:3, 272:7,<br>272:10, 272:13,<br>272:16, 273:2,<br>273:5, 275:21,<br>277:3, 277:5,<br>279:7, 279:11,<br>279:14, 336:3,<br>336:4, 347:18,<br>347:22, 348:1,<br>348:7, 352:13,<br>363:20, 371:9,<br>384:11, 385:1,<br>385:19, 387:10,<br>390:2, 390:18<br>**goat**<br>235:3<br>**goes**<br>196:24<br>**going**<br>188:18, 188:23,<br>197:23, 198:3,<br>199:17, 209:6,<br>211:23, 212:10,<br>212:12, 215:5,<br>215:15, 221:16,<br>222:1, 222:6,<br>223:22, 223:23,<br>224:6, 229:4,<br>230:3, 232:9,<br>232:10, 232:13,<br>232:17, 232:21,<br>233:14, 233:17,<br>234:1, 239:10,<br>239:24, 240:1,<br>243:5, 244:20,<br>245:3, 245:7,<br>245:24, 246:1,<br>246:9, 248:9,<br>250:7, 276:12,<br>290:13, 298:17,<br>304:11, 312:18,<br>313:9, 325:2,<br>325:8, 331:1,<br>344:17, 348:6, | 348:7, 348:17,<br>357:24, 364:14,<br>367:3, 378:11,<br>379:23, 381:11,<br>385:2, 390:10,<br>391:18, 400:18<br>**golden**<br>182:8<br>**gone**<br>202:5, 230:14<br>**good**<br>188:16, 188:17,<br>192:19, 192:21,<br>240:1, 245:21,<br>248:5, 248:13,<br>289:15<br>**gotten**<br>346:13<br>**governed**<br>221:5<br>**government**<br>206:21<br>**grade**<br>214:22<br>**grand**<br>276:8, 276:9,<br>276:10, 276:14,<br>277:3, 277:18,<br>278:4, 278:13,<br>278:17, 278:19,<br>280:2, 299:3<br>**grandmother**<br>352:2, 352:9,<br>352:17, 361:14<br>**grandmother's**<br>352:18<br>**grandparents**<br>352:16<br>**grant**<br>276:7<br>**great**<br>352:16, 352:17<br>**greeting**<br>322:2, 341:23<br>**guadalupe**<br>251:13, 256:12,<br>256:14, 256:19,<br>256:22, 256:23, |

292:3, 340:22,
340:23, 341:2,
341:8, 341:12,
341:15, 341:18,
341:21, 342:2,
342:9, 358:14,
358:19, 383:4,
383:5, 383:14,
389:21, 390:14

**guard**
215:10, 215:13,
215:17, 215:20

**guess**
209:6, 364:22

**guevara**
181:26, 187:2,
187:4, 295:3,
302:12, 302:13,
303:16, 303:24,
304:3, 304:6,
306:7, 306:19,
306:22, 307:1,
307:6, 310:19,
310:21, 311:3,
311:13, 312:11,
315:6, 315:18,
315:23, 316:4,
316:7, 316:16,
318:16, 318:24,
321:9, 322:12,
322:16, 322:20,
322:24, 323:1,
324:16, 325:15,
325:18, 326:8,
326:10, 326:12,
326:16, 327:8,
327:16, 328:4,
339:8, 339:23,
387:21, 387:23,
388:1, 388:9

**guevara's**
323:22

**guidance**
231:22

**guilty**
343:9

**guy**
237:13, 237:14,

237:21, 241:10,
241:12

**guys**
279:4, 332:9

**H**

**hair**
383:13

**hand**
301:18, 307:12,
307:14, 308:20,
321:21, 386:15,
386:16, 386:17,
386:24

**handcuffed**
301:13, 301:17,
302:5, 308:20

**handcuffing**
302:2

**handcuffs**
301:17, 301:23,
302:4

**handed**
379:21

**hands**
301:12, 387:8

**handwriting**
189:23, 224:2,
364:3, 364:4,
397:15, 398:1,
398:4

**happen**
199:11, 217:9,
360:4

**happened**
190:22, 199:14,
232:11, 255:12,
261:18, 261:21,
263:16, 269:13,
269:21, 280:11,
280:13, 289:24,
293:12, 294:4,
297:15, 300:16,
301:4, 302:6,
304:5, 306:15,
312:12, 315:10,
316:2, 316:17,
317:24, 318:10,

322:5, 322:9,
322:22, 326:13,
327:1, 327:18,
327:20, 329:13,
332:2, 333:6,
334:21, 335:4,
336:14, 336:18,
338:11, 340:14

**happening**
254:3, 255:9,
255:16, 261:4,
306:9, 318:15

**happens**
193:16, 193:21,
216:5

**happy**
282:24

**hard**
200:16, 307:22,
367:24

**harming**
317:20, 317:21

**head**
200:17, 202:1,
356:7, 356:15,
356:21

**headaches**
200:2, 200:5,
200:10, 200:11,
200:14, 200:16,
200:18, 200:19,
200:22, 201:7,
201:9, 201:12,
201:15, 201:19,
201:21, 201:24,
202:3, 202:7,
202:11, 356:3,
356:18

**health**
200:7, 213:5,
217:18, 224:8,
226:23, 229:22,
231:1, 231:4,
231:16

**healthcare**
199:20, 200:9,
202:6, 202:9,
204:24, 206:11,

207:13, 209:1,
209:11, 212:16,
217:7

**hear**
194:6, 200:16,
213:1, 256:6,
256:9, 257:18,
257:21, 258:4,
260:1, 261:10,
261:11, 261:15,
261:20, 262:16,
262:24, 263:6,
263:7, 266:7,
268:17, 268:22,
270:18, 273:23,
305:2, 339:9,
339:12, 340:4,
340:10, 340:18,
341:9, 342:10,
342:11, 342:18,
342:22, 348:10,
353:1, 353:19,
364:15, 366:19

**heard**
233:9, 233:15,
256:10, 257:2,
258:22, 274:2,
352:23, 394:8

**hearing**
233:11, 256:3,
346:22, 394:16

**heather**
183:3, 320:15,
320:18

**hello**
321:23

**help**
196:13, 197:20,
198:21, 202:10,
210:21, 211:12,
211:17, 211:21,
213:6, 220:18,
226:10, 231:22,
342:13, 353:24,
358:19, 359:16

**helped**
210:8, 210:10,
210:15, 211:5,

314:16, 314:19,
358:22, 359:12,
359:24
**here**
186:5, 198:24,
205:3, 219:16,
219:21, 222:3,
225:24, 250:1,
259:24, 274:20,
301:14, 302:20,
329:10, 342:5,
345:6, 351:21,
360:2, 371:3,
388:18, 390:23,
392:3, 394:12,
398:15
**hereby**
188:5, 401:8,
405:4
**herein**
405:6
**hereof**
402:13
**herself**
321:13
**high**
204:18, 207:9,
207:10, 207:14,
207:24, 208:1,
208:5, 208:7,
208:13, 209:16,
214:23, 214:24
**himself**
343:15, 354:5,
354:7
**hinshaw**
183:6
**hire**
337:13
**hispanic**
303:3, 303:4
**hit**
307:22, 308:4,
308:16, 316:21,
353:23, 355:15,
356:21
**hitting**
305:21, 306:16,

308:11, 314:4,
316:18, 317:3,
317:6, 317:14,
317:16, 318:1,
318:2, 339:23
**hold**
211:21, 225:11,
355:8
**holding**
387:7
**hole**
296:5, 296:6,
296:9
**home**
191:10, 226:2,
228:7, 228:14,
235:19, 235:23,
237:12, 237:19,
238:5, 239:2,
239:4, 239:11,
242:6, 242:9,
242:12, 242:15,
242:21, 243:11,
243:15, 243:19,
246:15, 246:16,
247:8, 250:15,
250:22, 253:1,
253:5, 253:8,
253:17, 253:20,
277:17, 283:6,
284:1, 284:10,
284:18, 369:24,
370:14, 370:21
**honda**
214:8, 214:9
**horrible**
378:6, 378:9,
378:15, 378:23
**hospital**
232:18, 232:22,
233:14, 233:23,
234:1, 235:19,
235:23, 246:16,
250:16, 250:22,
282:4, 282:10,
283:4, 283:6,
284:1, 284:10,
355:16

**hour**
277:20
**hours**
206:1, 228:9,
235:15, 236:12,
236:15, 236:20,
236:22, 237:6,
237:8, 239:24,
252:17, 252:19,
277:22, 277:24
**house**
190:20, 191:1,
191:7, 191:18,
191:22, 192:1,
232:24, 233:3,
233:7, 234:2,
236:3, 243:18,
251:11, 260:15,
261:5, 261:14,
262:9, 265:15,
265:17, 265:19,
265:22, 266:5,
266:6, 267:12,
267:14, 267:15,
268:3, 268:7,
278:3, 278:13,
278:16, 282:7,
285:8, 285:15,
286:4, 286:7,
352:18, 362:20,
380:7
**housed**
377:3
**how's**
341:23
**hundred**
252:3, 252:4,
296:23
**hurt**
208:20, 308:14
**hurts**
356:7, 356:15
**husband**
232:23, 351:14,
357:12, 357:13

**I**

**ibuprofen**
204:7, 204:8

**idea**
191:24, 259:24,
326:9
**identification**
189:6, 222:9,
348:15, 363:7,
379:19, 380:15,
381:9, 389:2,
391:11, 392:11,
393:4, 394:20,
396:1
**identified**
358:14
**identifies**
357:10, 357:18,
358:6, 358:24
**identify**
186:16, 223:3,
226:3, 241:7
**ignition**
267:9
**ii**
180:15
**ill**
352:22, 353:15
**illinois**
180:2, 181:8,
181:21, 181:33,
182:11, 182:22,
182:36, 183:10,
186:9
**illness**
353:12
**imagine**
208:14, 223:17,
271:7, 271:8
**immediately**
340:3
**impossible**
297:13, 298:9
**impression**
282:19
**imprisonment**
207:24, 367:20
**incarcerated**
193:11
**incarceration**
192:23, 230:19,

232:4
**including**
215:10, 215:14,
215:21
**income**
220:12
**indecipherable**
304:22
**index**
184:1, 185:1
**indicate**
224:10, 226:24,
227:4
**indicated**
402:12
**indicates**
348:18, 349:22,
350:14, 350:24,
351:8, 351:16,
352:1, 352:8,
352:15, 352:21,
355:14, 356:1,
356:6, 356:14,
356:24, 357:4,
358:13, 358:18,
359:11, 359:22,
360:17
**indicating**
308:3
**indigent**
367:13
**individual**
182:4, 187:1,
394:24
**individuals**
209:23, 273:15,
333:16, 333:19,
357:14, 358:4,
381:14, 390:4,
390:12, 390:16,
390:20
**information**
298:5, 349:21,
349:23, 355:23,
356:4, 356:9,
356:17, 357:2,
357:7, 358:21,
359:14, 376:14

**inherently**
405:10
**initialed**
401:16
**injuries**
190:8, 200:1,
202:14, 207:8,
213:13, 214:12,
215:9, 310:16,
384:4, 384:7,
384:23
**injury**
202:1, 204:1,
356:3, 385:4
**inside**
210:18, 265:2,
277:4, 282:14,
377:5
**instead**
187:13, 368:8
**instruct**
212:12, 249:22,
364:14
**instructing**
218:18, 218:23,
366:6, 376:8
**instruction**
287:8
**instructive**
223:20
**integrate**
210:11, 210:15,
211:5, 211:8
**integrated**
210:8
**intend**
191:21
**interact**
274:10
**interaction**
328:3, 328:12,
328:13, 328:16
**interested**
226:4, 405:15
**interests**
190:15, 190:16,
192:5
**interfered**
355:11

**interference**
405:11
**interpose**
231:10
**interpret**
338:8, 364:24,
368:1
**interpretation**
256:23, 270:3
**interpreter**
190:10, 194:6,
194:9, 199:7,
203:10, 212:6,
212:23, 215:11,
215:15, 218:6,
219:7, 221:4,
221:6, 221:11,
221:15, 224:18,
224:20, 231:8,
231:9, 233:2,
233:4, 234:14,
234:19, 243:2,
243:5, 244:16,
246:23, 246:24,
254:5, 254:8,
254:11, 256:18,
256:20, 256:21,
258:6, 271:17,
271:19, 273:23,
273:24, 276:10,
279:9, 283:9,
283:10, 283:17,
287:7, 288:7,
291:17, 296:4,
298:16, 298:17,
302:13, 304:11,
304:13, 304:18,
313:20, 320:20,
329:2, 329:3,
329:4, 330:12,
343:13, 344:9,
345:22, 346:3,
349:3, 349:5,
349:6, 350:20,
350:21, 352:4,
352:5, 355:9,
356:10, 356:11,
364:15, 365:4,

365:9, 365:17,
365:18, 365:20,
366:17, 367:23,
367:24, 368:1,
368:10, 368:14,
371:11, 378:10,
378:11, 378:13,
384:6, 393:16,
393:18, 395:8,
395:10, 398:6
**interpreter-read-
er**
401:23
**interpreters**
183:18
**interpreting**
188:12, 212:5,
222:10, 240:2,
245:6, 274:19,
302:19, 318:12,
339:5, 369:16,
388:21
**interrogatories**
184:19, 184:23,
225:6, 225:22
**interrupt**
392:20
**interrupted**
192:5
**interruption**
224:21
**interruptions**
405:11
**interview**
184:25, 348:19,
349:14, 349:17
**interviewed**
348:24, 349:10
**introduce**
321:13
**involved**
246:22, 247:2,
247:15, 324:2,
371:4, 371:7,
371:21, 372:3,
372:6, 372:12,
373:1, 373:10,
373:15, 373:16,

374:2
**involvement**
372:18
**irene**
357:13
**is__**
401:5
**isela**
354:14, 354:16,
354:19, 354:23
**issue**
225:24, 245:19
**issues**
246:5, 377:21,
405:11
**italia**
355:2
**itself**
386:7, 386:20,
387:3, 388:11
**itzcoatl**
183:17, 186:13

**J**

**jackson**
182:9
**jail**
194:4, 194:14,
201:16, 201:19,
203:4, 244:8,
246:13, 309:8,
310:4, 310:9,
310:12, 333:7,
336:2, 336:6,
336:22, 339:14,
340:15, 342:2,
349:14, 355:2,
357:1, 362:1,
377:2, 377:5,
378:5, 379:3,
379:10
**jan**
181:6, 186:18,
187:19
**jerry**
358:8, 358:10
**jessica**
181:18

**job**
214:22, 218:8,
248:5, 248:13,
295:20, 358:8,
362:8, 398:12
**jobs**
193:8, 218:2
**join**
346:17
**joint**
208:16, 209:1,
209:13
**jorge**
292:6, 389:14,
389:16, 389:23
**jose**
183:18, 212:5,
237:15, 237:21,
238:7, 240:2,
274:19, 302:19,
339:5, 344:4,
358:24, 359:5,
359:8, 359:16,
360:6, 360:14,
362:2, 367:16,
369:10, 369:16
**josh**
182:7, 186:24,
187:22
**jsusler@peoplesl-awoffice**
181:10
**july**
349:22, 350:1,
350:3
**jura**
368:4
**jury**
343:9

**K**

**kankakee**
194:4, 194:14,
376:19, 377:1,
377:5, 378:5,
379:3, 379:10
**karen**
195:14, 195:16,

211:20, 212:9
**karin**
183:4
**keys**
267:9
**kid**
251:18, 251:21,
251:23, 255:6,
255:10, 255:15,
256:4, 256:13,
257:9, 259:17,
273:20
**kid's**
273:20, 274:2
**kidnapping**
246:22, 247:3,
247:16, 373:1
**kids**
251:5, 251:10,
251:13, 261:23
**kind**
195:8, 195:21,
211:21, 215:16,
227:19, 248:2,
264:23, 291:8,
291:9, 328:12,
332:10, 377:6,
399:4
**kinds**
211:17
**kitchen**
253:23, 253:24,
295:21, 295:24,
296:12
**knee**
209:12
**knees**
208:19, 208:22,
209:13
**knew**
240:23, 260:23,
292:12, 353:2,
396:15, 396:16
**knocking**
198:1
**knowledge**
232:19, 361:21

**L**

**la**
212:24, 398:24

**labor**
192:11
**lady**
312:19, 313:9,
320:10
**lake**
359:13, 359:17,
359:18, 359:19,
359:20, 359:22
**language**
401:7, 401:12
**lasalle**
181:31
**last**
189:11, 192:17,
196:21, 197:5,
197:8, 197:11,
197:12, 197:14,
200:21, 201:1,
222:18, 230:8,
299:11, 309:10,
309:14, 345:10,
352:5, 358:8,
360:13, 360:22,
375:6, 380:8,
387:11, 395:15
**lasts**
197:1
**late**
242:23
**later**
217:16, 269:16,
281:15, 281:17,
320:17, 322:8,
332:3, 352:14
**law**
181:5, 182:6
**lawyer**
212:9, 212:14,
287:10, 287:12,
342:21, 364:20,
376:12
**lawyers**
287:1
**leading**
248:18
**learn**
255:1, 295:17,

295:19, 356:2, 376:2

**learned**
265:16, 270:10, 297:3, 320:17

**learning**
296:15

**leave**
213:6, 268:7, 311:15

**leaving**
281:22, 360:16

**left**
188:19, 203:18, 203:20, 213:4, 238:24, 272:4, 272:11, 277:17, 278:3, 278:12, 278:16, 280:21, 280:23, 281:4, 281:7, 307:16, 307:24, 308:5, 308:12, 308:17, 311:16, 311:19, 311:21, 314:5, 315:11, 315:24, 316:6, 316:12, 318:4, 318:17, 339:9, 339:12, 340:4, 340:10, 340:18, 341:9, 342:10, 342:11, 342:19, 342:22, 353:15, 381:17, 382:8, 386:16, 397:2, 397:7

**left-hand**
307:11, 314:5, 316:10, 389:10

**leg**
202:19, 202:22, 203:1, 203:3, 203:6, 203:17, 204:5

**legal**
346:16, 347:2, 367:24, 383:7

**leinenweber**
181:28, 181:29,

187:3, 187:24

**leobardo**
357:1, 360:18, 360:19, 360:23

**let's**
245:15, 258:5, 258:6, 258:7, 263:9, 348:8, 348:12, 349:20, 363:4, 376:24, 379:16, 380:12, 381:6, 384:11, 385:1, 385:19, 390:18, 391:9, 392:8, 395:21

**letter**
247:23, 248:2, 248:7, 386:16

**lie**
298:20

**lieu**
187:12

**life**
209:4, 229:20, 232:14, 361:9, 367:19

**liked**
229:19

**lilia**
357:12

**line**
350:12, 393:11

**lines**
263:8

**lining**
391:4

**list**
226:15, 369:8

**listed**
350:18

**listen**
244:21

**little**
188:10, 210:19, 213:10, 217:15, 232:9, 251:1, 251:18, 252:10, 252:13, 252:15,

256:15, 257:3, 258:2, 258:13, 261:6, 261:8, 261:11, 261:15, 261:17, 261:20, 265:9, 265:13, 266:4, 272:15, 272:21, 273:4, 273:18, 274:11, 280:21, 280:23, 281:4, 281:7, 281:22, 283:7, 284:2, 286:20, 287:3, 296:19, 331:7, 367:24, 372:15, 372:21, 376:24, 381:4, 382:15

**live**
229:10, 285:16, 361:6, 361:12

**lived**
238:12, 238:19, 238:20, 260:21, 260:22, 260:23, 282:7, 285:8, 285:15, 285:18, 285:23, 286:3, 286:6, 286:20, 287:3, 362:18, 362:20, 362:21

**lives**
361:22, 375:14

**living**
229:9, 254:17, 255:13, 255:21, 255:23, 256:2, 261:5, 285:15

**llc**
181:16, 183:23

**llp**
182:18

**loan**
219:24, 220:1, 220:5

**lobby**
264:23, 265:2

**located**
205:13

**lock-up**
291:16, 291:18

**locked**
329:15

**loevy**
182:30

**long**
191:1, 196:21, 197:1, 216:9, 228:6, 242:1, 242:7, 253:20, 262:8, 266:11, 272:7, 275:21, 280:4, 280:6, 280:7, 280:8, 283:16, 292:16, 294:6, 296:8, 299:3, 299:5, 299:10, 299:15, 299:17, 300:12, 300:15, 304:2, 304:4, 308:11, 310:21, 311:20, 316:3, 318:9, 318:11, 325:6, 325:14, 327:12, 327:14, 327:17, 331:23, 334:18, 341:22, 365:5

**longer**
237:8

**look**
188:23, 190:2, 190:13, 222:7, 222:13, 223:11, 223:19, 224:16, 309:17, 348:8, 348:12, 348:17, 349:20, 350:10, 351:5, 363:4, 363:9, 363:10, 363:14, 363:18, 367:3, 379:16, 379:23, 380:8, 380:12, 380:17, 381:6, 381:11, 384:19, 388:24, 389:7, 391:9,

391:13, 392:8,
393:23, 395:21,
396:3, 396:23,
397:3
**looked**
211:16, 222:14,
309:10, 309:13,
319:24, 330:21,
381:19, 382:5,
382:14, 382:20,
383:5, 383:15,
384:17, 389:16
**looking**
225:3, 309:18,
381:13, 386:11,
389:9
**looks**
380:24, 383:16,
390:14, 392:1,
393:15, 397:1,
397:15, 398:2
**loop**
287:20
**los**
180:23, 186:1,
186:15
**lost**
353:4, 353:9,
365:10
**lot**
236:2, 238:23,
239:9, 242:2,
244:12, 309:2,
324:6, 324:8
**louis**
260:11
**lucas**
180:23, 186:1
**luis**
359:1, 359:5,
359:8
**lunch**
226:6, 302:18
**lupe**
251:16
**lying**
298:11

**M**

**ma'am**
224:23, 224:24,

225:15
**machine**
405:12
**made**
218:18, 281:20,
282:5, 282:8,
282:24, 285:1,
286:19, 287:2,
341:4, 372:13,
401:16, 405:9
**mail**
366:13
**maintain**
209:16
**make**
212:10, 246:2,
250:3, 255:12,
259:4, 281:23,
283:2, 285:3,
287:9, 308:1,
338:17, 357:24,
358:19, 385:3
**making**
190:24
**male**
285:22, 286:3,
288:24, 333:14,
389:10
**man**
314:17, 314:20
**man's**
286:10
**many**
194:20, 194:22,
196:11, 197:16,
197:19, 218:2,
220:20, 220:21,
227:17, 227:21,
229:20, 231:20,
236:2, 240:4,
240:6, 240:8,
241:19, 273:15,
275:5, 277:10,
285:4, 293:1,
295:12, 297:10,
307:15, 309:21,
316:21, 316:24,
320:8, 333:19,

352:23, 377:10
**march**
225:10, 225:12,
227:5, 227:11
**margarita**
230:7
**marital**
229:23, 230:3,
230:17
**marked**
189:5, 222:8,
348:14, 348:18,
363:6, 379:18,
379:22, 380:14,
381:8, 389:1,
391:10, 392:10,
393:3, 394:19,
395:24
**marks**
221:23, 274:15,
302:15, 345:2,
388:14, 400:17
**marriage**
231:1, 231:5,
231:18, 231:23,
232:3
**marriages**
231:20, 232:6
**martinez**
359:1, 359:3,
359:5, 359:6,
359:8, 367:16,
369:1, 370:9
**mas**
368:13
**match**
225:15
**maternal**
352:2, 352:9
**matter**
186:7, 330:14,
330:18, 402:10
**maybe**
210:20, 211:14,
220:18, 221:21,
226:6, 330:17,
339:3
**mcgrath**
181:30

**mean**
193:7, 210:5,
210:7, 210:11,
210:16, 211:9,
220:18, 221:9,
227:18, 231:20,
234:1, 234:12,
241:3, 243:3,
248:19, 251:20,
251:21, 255:18,
255:19, 257:9,
265:19, 267:2,
269:23, 272:19,
273:19, 278:7,
282:13, 282:15,
295:7, 301:13,
301:16, 311:4,
314:1, 324:8,
328:14, 337:21,
352:24, 353:10,
361:8, 361:24,
362:13, 364:24,
368:5, 372:7,
394:4, 397:8
**meaning**
394:6
**meaningful**
192:10
**means**
220:17, 368:12
**measurements**
279:1
**meat**
235:3
**media**
186:5, 221:24,
222:3, 274:13,
274:16, 274:20,
302:16, 302:20,
345:3, 345:6,
388:15, 388:18
**medication**
198:21, 202:10,
202:20, 204:4,
204:17, 204:20,
205:17, 205:19,
205:21, 206:7,
206:9, 207:20,

208:11
**medications**
204:24
**meet**
337:21, 338:7
**meeting**
338:1, 394:11
**megan**
181:30
**mejia**
292:3, 292:6,
340:22, 340:23,
341:2, 358:14,
360:18, 372:2,
380:23, 381:18,
382:3, 383:4,
383:14, 389:14,
389:16, 389:21,
389:23, 390:14
**mejias**
236:2
**member**
272:24
**members**
273:3, 273:12,
347:12, 348:3,
361:6
**mental**
217:18, 224:8,
226:23, 229:22,
231:1, 231:4,
231:17, 231:21
**mentioned**
359:12
**mess**
357:24
**met**
212:16, 337:20,
357:5
**metal**
287:19, 288:3
**mexican**
206:21, 247:24,
248:3
**mexico**
180:23, 186:1,
190:21, 191:1,
191:6, 191:21,

194:5, 194:15,
197:18, 201:7,
205:4, 206:13,
206:15, 207:5,
209:5, 209:7,
209:12, 214:3,
214:18, 214:22,
217:19, 218:3,
220:20, 223:5,
227:16, 227:18,
227:20, 227:23,
228:4, 229:5,
229:6, 229:7,
229:9, 229:10,
229:18, 229:19,
229:20, 348:7,
350:7, 352:3,
352:10, 352:13,
360:2, 375:10,
375:17, 376:3
**mic**
304:23
**michael**
183:7, 187:5,
188:2
**michoacan**
191:23, 350:7
**middle**
267:20, 267:21,
382:17, 388:8
**midnight**
237:4
**might**
212:1, 226:14,
348:3, 360:20
**migraine**
200:2, 200:5,
200:11, 200:13,
200:15, 200:17
**milwaukee**
181:7
**mine**
218:10, 296:17
**minute**
198:2, 212:20
**minutes**
262:11, 275:24
**misheard**
330:17

**mispronunciation**
351:3
**missaid**
350:9
**misstates**
228:23, 231:6,
270:21
**mistaken**
300:2
**mom**
352:13
**moment**
225:13, 225:24,
244:5, 253:14,
253:18, 254:21,
276:2, 281:9,
281:13, 284:15,
284:16, 297:1,
306:16, 308:7,
308:8, 308:9,
314:21, 318:8,
320:14, 340:7
**monday**
188:19, 188:20,
242:20, 243:10
**money**
190:24, 191:2,
191:5, 191:10,
191:12, 191:18,
192:1, 215:7,
218:15, 219:24,
220:11
**monitor**
186:12
**month**
197:14, 201:1,
223:8, 223:15,
252:4
**months**
194:3
**more**
194:24, 216:11,
218:14, 223:20,
228:9, 236:16,
240:7, 241:6,
277:20, 277:22,
277:24, 285:20,
300:19, 300:23,

301:11, 307:20,
315:8, 318:6,
326:14, 327:13,
328:3, 378:1,
380:9, 380:13,
389:4, 396:15
**mormons**
357:8
**morning**
188:16, 188:17,
206:1, 216:23,
226:9, 235:18,
235:20, 235:23,
242:17, 276:24
**mortgage**
220:6
**most**
191:8
**mostly**
246:7
**mother**
192:15, 192:18,
192:20, 192:22,
350:18, 351:14,
352:3, 352:10,
353:23, 355:3,
355:5, 357:11,
361:10
**mother's**
351:1
**motion**
184:15, 338:14
**move**
246:2, 246:9
**moved**
197:18, 201:7,
336:7, 336:10,
352:17, 375:10,
375:16, 376:3,
377:24
**mozart**
238:13, 265:19,
265:22, 277:17
**mstephenson@hins-
hawlaw**
183:12
**much**
188:11, 191:5,

191:11, 191:24,
196:15, 219:2,
219:4, 219:5,
219:7, 219:9,
219:11, 226:17,
233:13, 241:20,
244:23, 248:4,
252:1, 257:7,
272:2, 272:11,
277:16, 311:18,
315:24, 399:24,
400:3

**multiple**
377:15

**municipality**
221:1, 221:2

**murder**
370:16, 371:21,
371:22, 372:13

**murdered**
256:13

**murders**
244:15, 244:17,
246:22, 247:2,
247:8, 247:16,
294:22, 297:6,
297:8, 297:10,
297:12, 297:14,
297:17, 299:8,
369:24, 371:4,
371:8, 372:3,
372:6, 373:1

**must**
208:3

**myself**
275:4, 373:16,
374:2, 382:19

**N**

**nada**
368:13

**name**
195:2, 195:3,
195:5, 205:7,
205:20, 206:18,
206:20, 212:17,
217:13, 230:6,
230:8, 235:13,

237:15, 238:10,
241:3, 241:12,
241:15, 241:16,
241:23, 260:9,
265:14, 265:16,
265:17, 265:18,
265:21, 265:24,
266:2, 266:8,
266:9, 266:10,
285:14, 286:10,
286:11, 286:15,
288:12, 294:14,
297:22, 298:6,
303:13, 306:3,
320:13, 320:15,
335:17, 350:16,
350:20, 351:1,
354:15, 354:22,
394:4, 394:6,
394:8, 394:16,
396:10, 396:15,
397:20, 398:5,
398:6, 398:15,
398:20, 405:19

**named**
230:7, 354:16,
354:20, 358:8,
363:1, 394:24

**namely**
401:8

**names**
292:24, 335:10,
343:16

**native**
401:13

**natural**
274:14, 400:11

**nature**
190:7, 346:21

**navarro**
182:15, 187:9

**near**
364:16

**need**
188:20, 215:6,
232:22, 271:2,
271:3, 272:10,
273:5, 274:13,

283:11, 302:7,
325:2, 325:4,
325:5, 325:6,
399:13

**needed**
232:17, 271:5,
272:3, 272:13,
272:16, 273:1,
400:8

**needs**
203:10, 245:23,
395:8

**neighbor**
282:6, 284:22,
285:7, 285:10,
285:13, 285:23,
286:20, 287:3,
361:13

**neighborhood**
286:13, 286:15

**neighbors**
219:17, 296:16,
357:19, 357:23

**neither**
324:24, 373:15,
374:1, 405:14

**network**
396:12, 396:15

**never**
202:24, 229:19,
243:24, 286:15,
305:20, 362:19,
371:22, 394:10

**new**
213:9, 213:13

**news**
376:15, 376:16

**next**
224:3, 296:16,
296:17, 303:15,
303:23, 315:10,
318:14, 327:20,
329:24, 332:2,
367:4, 381:23,
384:11, 385:8,
385:19, 385:21,
390:2, 390:10,
390:18, 397:20,

398:3, 398:17,
399:16

**night**
217:9, 217:10,
247:12, 252:12,
267:20, 267:21,
381:20, 382:5,
382:14, 382:21

**nine**
351:12

**nobody**
210:8, 210:10,
210:14, 211:5,
233:9, 253:10

**none**
218:4, 218:5,
218:6, 233:24,
251:23, 257:7,
269:2, 284:6,
347:12, 347:24,
374:2

**norma**
184:27, 394:4,
394:6, 394:24

**normal**
236:21, 254:22

**normally**
237:3

**north**
181:7, 181:19,
181:31, 182:34,
183:8

**northern**
180:2, 186:9

**northwestern**
193:24, 194:18,
212:17

**note**
183:22, 394:3

**noted**
246:5, 330:22,
330:23

**nothing**
271:15, 271:20,
295:16, 371:24

**notice**
250:16, 250:20,
250:23, 251:1,

339:11, 339:21
**noticed**
198:10, 342:9
**noticing**
198:14
**november**
184:26, 189:16,
189:19, 224:12,
226:24, 348:20
**npsl**
397:9
**number**
186:6, 186:10,
188:24, 190:3,
202:14, 221:24,
222:4, 224:23,
225:14, 274:16,
274:21, 302:16,
302:21, 345:3,
345:7, 348:9,
348:13, 362:5,
363:5, 381:6,
388:15, 388:19,
392:9, 394:18,
394:23, 395:22,
397:8, 397:21,
399:8, 399:14
**numbers**
185:7, 392:17,
397:18, 398:1

---
**O**
---

**o'malley**
183:3, 187:6
**oath**
367:10, 402:15,
405:8
**object**
187:16, 371:10,
391:18
**objecting**
271:13
**objection**
195:10, 206:12,
209:3, 212:10,
218:17, 218:23,
223:5, 228:22,
230:20, 231:6,

231:11, 238:15,
239:13, 258:18,
259:20, 262:3,
262:19, 263:2,
263:10, 270:21,
273:6, 276:18,
289:13, 290:10,
299:12, 299:21,
306:11, 308:6,
311:4, 319:1,
323:15, 328:6,
330:10, 330:13,
330:16, 330:19,
330:23, 331:6,
331:15, 332:7,
334:1, 337:11,
340:5, 340:11,
346:2, 346:4,
346:15, 347:1,
347:14, 353:5,
355:18, 361:19,
364:9, 365:3,
365:7, 366:5,
369:3, 369:11,
370:1, 370:22,
371:12, 372:7,
372:16, 373:2,
373:3, 373:21,
374:10, 374:14,
374:24, 375:2,
375:20, 376:4,
376:20, 379:5,
379:12, 383:7,
385:3, 386:6,
386:19, 387:2,
387:17, 388:10,
391:24, 392:20,
393:9
**objections**
373:11
**obtain**
398:21
**obtained**
249:13, 398:23
**obviously**
190:19, 198:12,
324:6
**occasion**
342:1

**occasionally**
353:23
**occurred**
370:14
**october**
222:19, 222:24,
223:17
**of_____**
402:18
**offense**
370:14
**offer**
402:14
**offered**
239:22, 296:20,
296:21
**office**
181:5, 228:7,
249:1, 282:15,
295:23, 365:21,
396:16, 398:13
**officer**
263:9, 263:18,
263:22, 264:1,
264:18, 265:11,
266:13, 268:13,
268:19, 269:4,
269:15, 270:13,
271:8, 279:20,
288:11, 288:13,
288:15, 288:17,
288:24, 289:5,
289:7, 291:10,
291:12, 294:12,
294:15, 294:17,
294:19, 294:23,
295:2, 295:6,
297:5, 298:8,
298:10, 299:4,
299:7, 299:11,
299:16, 300:18,
300:24, 301:22,
302:24, 303:2,
303:3, 303:15,
303:19, 303:23,
306:3, 307:3,
319:21, 321:4,
329:14, 333:12,

333:13, 333:14,
333:15, 333:23,
334:3, 334:6
**officers**
187:1, 263:19,
264:8, 269:17,
269:22, 275:5,
275:8, 275:18,
278:10, 279:21,
279:24, 292:23,
293:1, 294:1,
294:3, 295:23,
295:24, 307:2
**oficina**
396:16
**often**
196:17, 200:19,
201:6, 201:8,
201:12, 201:18,
206:22, 230:6,
251:8
**oh**
233:4, 249:23,
270:1, 349:5,
394:1
**okay**
194:8, 210:19,
213:1, 221:10,
223:22, 224:8,
225:11, 226:20,
229:21, 232:8,
233:24, 272:14,
311:9, 318:20,
350:4, 350:9,
359:22, 366:15,
368:15, 376:24,
380:19, 385:6,
385:19, 386:15,
387:10, 389:8,
389:9, 392:12,
393:5, 396:5,
398:17
**old**
286:17, 351:17,
351:19, 352:19
**older**
286:16, 286:17,
360:6, 360:8,

360:9, 360:10,
360:11

**once**
196:20, 206:24,
210:11, 211:9,
214:18, 222:13,
282:3, 312:23,
336:9, 357:3,
359:12, 363:10

**one**
192:16, 194:24,
195:13, 197:24,
200:21, 203:2,
205:24, 206:1,
207:13, 212:7,
212:20, 225:11,
225:12, 225:13,
228:16, 238:12,
239:2, 251:15,
260:14, 261:14,
272:7, 272:13,
273:16, 279:21,
280:19, 286:8,
292:9, 301:4,
301:14, 301:15,
307:2, 307:20,
314:7, 314:17,
314:19, 324:7,
330:2, 332:21,
353:24, 362:13,
363:20, 363:21,
367:4, 367:23,
377:11, 378:21,
380:9, 385:17,
386:14, 387:7,
390:13, 391:1,
396:23, 396:24,
397:1, 397:2,
397:7, 397:8,
397:11, 397:15,
397:16, 397:17,
397:19, 400:4

**ones**
300:9

**only**
191:14, 192:16,
206:24, 208:23,
219:21, 227:22,

228:19, 242:10,
243:20, 247:24,
251:22, 261:22,
273:16, 312:23,
341:13, 362:22,
372:21, 374:18,
377:11, 392:2,
392:16, 400:8

**open**
265:6, 307:12,
307:14

**opportunity**
190:15

**oral**
254:10, 254:13

**order**
396:12

**original**
183:22, 405:19

**other**
182:4, 192:4,
193:19, 195:21,
207:4, 217:16,
217:18, 238:7,
238:23, 247:11,
249:20, 250:6,
250:11, 250:20,
251:5, 251:9,
251:21, 256:3,
257:2, 257:12,
258:24, 266:2,
268:20, 270:7,
270:11, 270:20,
271:2, 271:4,
271:6, 271:13,
271:24, 272:3,
272:4, 272:8,
272:10, 272:13,
272:16, 273:2,
273:5, 273:14,
286:24, 287:1,
292:12, 292:14,
293:6, 298:4,
298:5, 300:19,
300:24, 301:15,
308:4, 310:24,
311:2, 311:4,
311:11, 311:12,

312:8, 316:11,
318:5, 320:6,
320:8, 321:5,
321:10, 323:8,
328:4, 328:23,
329:1, 329:7,
329:9, 332:14,
333:16, 333:17,
333:19, 336:4,
342:16, 343:12,
343:15, 364:20,
366:7, 371:13,
371:17, 372:8,
373:18, 374:4,
377:24, 390:15,
396:24

**others**
222:22

**otherwise**
249:20, 298:12,
298:21, 376:8

**out**
210:3, 210:6,
210:9, 210:21,
211:9, 211:15,
211:18, 225:23,
226:10, 229:5,
229:8, 239:10,
253:11, 253:21,
253:23, 254:4,
267:23, 268:2,
268:3, 268:5,
268:9, 276:14,
294:13, 299:24,
303:1, 303:8,
307:3, 318:19,
318:21, 319:21,
321:4, 327:21,
333:8, 334:22,
339:9, 339:12,
340:4, 340:10,
340:18, 341:9,
342:10, 342:11,
342:18, 342:22,
359:13, 359:16,
359:24, 396:8,
396:12, 396:21,
398:11, 398:16

**outside**
210:17, 237:13,
267:12, 267:14

**over**
200:8, 273:13,
308:2, 313:22,
331:12, 341:24,
365:11, 366:23,
377:15

**overheard**
274:5

**owed**
271:15

**own**
213:17, 213:22,
218:11, 219:23,
220:5, 354:6,
354:11

**owner**
220:2, 220:8

**oyo**
296:3, 296:5

**P**

**pachuca**
205:15, 228:18

**packet**
225:12

**pad**
325:24

**page**
184:3, 184:8,
185:4, 189:11,
189:12, 189:15,
190:2, 190:3,
190:4, 190:6,
190:13, 222:18,
224:3, 224:13,
229:24, 363:18,
363:20, 363:22,
367:4, 367:5,
368:21, 370:6,
370:8, 381:13,
384:11, 385:8,
385:13, 385:21,
387:11, 389:9,
390:2, 390:10,
390:18, 393:24,

394:2, 396:3,
397:8, 398:3,
398:17, 403:7,
403:13, 403:19,
404:1, 404:7,
404:13
**pages**
185:6, 392:14,
393:7
**paid**
196:22, 234:2,
400:3
**pain**
193:18, 193:22,
200:16, 200:17,
202:19, 202:21,
203:1, 203:24,
204:5, 208:16,
208:21, 209:1,
209:13, 311:23,
311:24, 312:1,
312:9, 316:8,
316:9, 316:11
**palapa**
230:8, 230:9,
230:15, 230:22
**palomares**
358:1
**pandemic**
227:6
**panic**
193:12, 193:14,
193:15, 196:1,
196:2, 196:14,
196:18, 197:3,
197:6, 197:12,
197:17, 197:21,
198:10, 198:13,
198:15, 198:18,
198:22, 199:2,
199:12, 199:14,
199:18, 199:21
**paper**
208:3, 214:15,
325:24, 399:11
**paragraph**
370:7
**paralegal**
226:8, 226:13

**pardon**
224:21, 288:7,
345:22
**parents**
256:12, 261:18,
261:21, 350:15,
351:13, 351:17
**parked**
267:13, 267:14
**parking**
237:13, 238:8,
238:23, 239:9,
242:1
**part**
211:5, 212:7,
226:5, 243:6,
352:5, 396:9
**participate**
257:15, 257:18,
257:21, 262:1
**particular**
384:1, 384:5,
384:8, 385:15
**parties**
405:16
**passed**
272:2, 277:16,
311:18
**passenger's**
267:8
**passions**
190:15, 190:16,
192:4
**past**
395:16
**pause**
211:24
**pay**
220:2, 220:9,
220:22, 220:23,
249:1, 251:24,
252:1, 252:6,
252:8, 257:7,
257:8, 257:14,
261:23, 268:23,
268:24, 399:5,
399:19
**payday**
396:16

**paying**
219:19, 219:24,
251:22
**pen**
386:17, 386:23,
387:1, 387:4,
387:7
**penalties**
187:15, 188:7
**penalty**
345:21, 346:1,
346:7, 346:11,
346:14, 346:24,
347:10, 348:4,
402:5, 402:8
**people**
200:17, 209:18,
210:4, 210:23,
211:14, 211:17,
213:6, 221:21,
227:17, 227:21,
229:20, 236:2,
238:7, 238:23,
240:4, 240:9,
240:10, 240:13,
240:16, 240:20,
241:4, 242:2,
285:4, 292:12,
320:6, 320:8,
321:6, 321:10,
332:14, 332:18,
343:17, 343:18,
343:20, 357:5,
399:11
**people's**
181:5
**percent**
296:24
**perhaps**
282:23
**period**
191:3, 191:17,
194:13, 214:4,
217:12, 234:5,
280:11, 334:21,
377:2, 383:16
**perjury**
187:15, 188:7,

402:5, 402:8
**person**
181:4, 181:14,
182:5, 195:9,
195:16, 237:23,
238:3, 267:4,
273:16, 273:17,
274:8, 278:8,
286:2, 286:16,
335:12, 359:6,
368:7, 381:16,
383:14, 389:24,
401:7
**persona**
212:23
**personal**
392:23, 393:12
**petition**
184:13, 364:23
**petitioner**
367:5, 367:11,
370:13
**petitions**
247:21
**phase**
347:10
**phone**
341:1, 341:5,
341:12
**phonetic**
195:6, 363:2
**photo**
385:9, 386:6,
386:19, 387:2,
388:10, 391:3,
392:3, 394:10
**photocopy**
385:21, 398:19
**photograph**
184:27, 380:9,
381:23, 381:24,
382:9, 382:13,
382:17, 382:23,
382:24, 383:1,
383:19, 383:20,
384:2, 384:5,
384:8, 384:19,
384:22, 385:16,

385:20, 386:12,
387:7, 389:10,
389:11, 389:20,
389:22, 390:24,
394:3, 394:23,
395:1, 395:5
**photographed**
392:15
**photographs**
184:28, 184:29,
184:30, 184:31,
185:5, 185:6,
185:9, 309:2,
309:6, 309:11,
310:2, 310:7,
310:11, 310:14,
379:23, 380:1,
380:13, 380:21,
381:12, 381:14,
384:12, 384:15,
384:17, 385:5,
385:20, 386:1,
386:4, 386:16,
387:13, 387:20,
387:23, 388:2,
388:5, 388:7,
389:4, 390:3,
390:4, 390:7,
390:11, 390:19,
390:20, 391:14,
391:17, 393:8
**photos**
385:4, 390:12
**phrase**
368:11
**pick**
188:18
**picture**
389:15
**pictures**
391:23
**pills**
204:21, 205:24,
208:12
**place**
180:23, 186:15,
220:15, 235:10,
249:3, 267:5,

296:2, 297:12,
297:17, 299:20,
306:5, 377:18,
397:21, 398:13,
399:22, 400:12
**placed**
342:14, 405:8
**places**
213:9, 213:14,
220:20, 220:22
**placing**
342:16
**plaintiff**
180:6, 181:3,
184:17, 184:20,
186:19, 186:21,
187:20, 225:4,
225:20
**plaintiff's**
246:7
**plan**
191:1, 191:9,
191:10
**planet**
186:14
**planned**
192:12
**planner**
185:9
**plans**
215:1
**plastic**
287:20
**playing**
203:6, 226:2
**plaza**
350:19, 351:1
**please**
186:16, 186:17,
187:11, 215:16,
224:17, 231:13,
245:1, 266:22,
283:13, 283:18,
287:18, 303:18,
366:11, 385:9
**pleasure**
394:11
**plus**
268:22, 286:16

**point**
207:12, 209:23,
246:13, 268:8,
272:9, 272:19,
280:15, 282:22,
283:18, 284:17,
289:3, 289:15,
290:8, 290:15,
290:19, 291:22,
292:9, 296:19,
297:17, 306:21,
306:24, 314:7,
315:13, 318:24,
319:8, 319:12,
319:18, 326:15,
326:20, 326:22,
338:13, 342:17,
352:22, 367:1,
385:16
**points**
320:23
**pontiac**
202:18, 204:1,
204:5, 207:11,
207:13, 207:17,
379:4
**pool**
359:21, 359:23,
360:1
**portion**
378:16, 378:17
**pose**
212:2
**possible**
188:9, 227:9,
232:6, 232:7,
286:23, 293:18,
357:15, 357:17,
371:5, 371:7,
383:24
**possibly**
202:2, 303:13
**post-conviction**
184:14, 247:21
**potential**
357:11, 357:19,
358:7, 358:11,
358:14, 359:2,

360:18
**precise**
215:19
**prepare**
364:5
**prepared**
364:8, 365:13,
365:15
**prescribe**
205:16
**prescribed**
198:21
**present**
183:16, 268:13
**pressure**
207:24, 208:1,
208:5, 208:8,
208:14
**pretty**
262:10
**prevented**
192:10
**previously**
395:2
**price**
219:4
**prior**
367:1, 385:16,
405:8
**prison**
192:16, 196:4,
196:6, 196:9,
196:17, 199:6,
201:10, 201:13,
202:19, 207:18,
208:16, 209:16,
209:20, 209:24,
210:3, 210:6,
210:7, 210:12,
210:13, 210:14,
210:15, 210:18,
211:2, 211:9,
211:15, 211:18,
213:4, 213:6,
265:16, 284:20
**prisoner**
297:1
**prisoners**
295:20, 296:12

**privacy**
378:17
**privilege**
212:12, 249:21,
250:8, 364:17,
376:5
**pro-se**
184:13, 364:23,
364:24
**probably**
360:15, 361:7,
369:8, 398:15,
400:11
**problem**
257:9, 257:10,
258:16, 261:24,
269:7, 284:7,
349:8, 355:12
**problems**
231:21, 231:22,
232:6, 335:22,
356:8, 356:16,
356:18, 356:20,
377:21, 378:2
**proceeding**
187:17, 338:20
**proceedings**
355:7, 405:6,
405:7, 405:10
**process**
248:11
**profesional**
212:24
**program**
211:14, 211:21,
213:4, 213:5,
213:6
**programs**
211:17, 212:19
**prosecution**
192:6, 192:9
**prosecutor**
290:9, 290:16,
290:21, 290:24,
320:11, 321:9,
324:13, 324:17,
324:20, 328:15
**protect**
353:24

**provide**
216:11, 228:16,
298:4
**provider**
199:20, 200:9,
202:6, 202:9,
204:24, 206:11,
209:1, 209:11,
212:17, 217:7,
217:18
**providers**
207:14
**psychologist**
196:10, 196:13
**public**
252:24
**pull**
226:4, 359:16,
359:24
**pulling**
226:4, 359:12
**purpose**
338:20, 341:1
**pursue**
190:15
**pursuing**
192:12
**pushed**
333:12, 333:24,
334:3, 334:7
**put**
245:12, 249:12,
258:5, 258:7,
278:22, 279:12,
279:16, 279:18,
280:14, 287:15,
288:5, 288:9,
289:7, 289:10,
289:12, 289:19,
291:15, 291:24,
292:13, 301:14,
301:23, 303:20,
328:17, 329:17,
329:20, 333:3,
333:9, 394:22

### Q

**que**
368:3, 368:12

**question**
190:7, 192:9,
194:10, 198:16,
200:1, 202:14,
207:8, 211:24,
212:2, 212:7,
212:22, 213:11,
213:12, 221:7,
224:7, 224:20,
226:21, 226:22,
227:4, 231:9,
231:13, 238:1,
240:18, 240:22,
241:1, 241:14,
242:24, 245:13,
245:18, 245:19,
245:24, 246:1,
246:24, 262:7,
266:20, 269:5,
272:6, 283:12,
283:14, 283:19,
283:20, 287:7,
289:16, 290:13,
302:9, 302:10,
303:17, 305:4,
306:23, 312:20,
313:12, 313:16,
315:19, 319:2,
324:7, 329:3,
330:15, 341:19,
344:12, 345:10,
345:12, 349:7,
352:5, 365:11,
366:10, 366:20,
371:11, 373:4,
375:21, 376:6,
376:8, 376:9,
376:11, 391:19,
392:22, 393:10
**questioned**
277:14
**questioning**
393:11
**questions**
189:3, 190:1,
212:13, 222:14,
223:23, 224:6,
232:10, 291:13,

323:11, 323:14,
323:19, 323:20,
323:22, 324:1,
324:3, 324:7,
324:9, 324:11,
325:18, 326:16,
326:18, 326:21,
326:23, 327:2,
329:15, 329:16,
349:17, 349:19,
363:12, 380:18,
385:3
**quick**
222:13, 325:6,
363:9
**quickly**
189:1, 337:8
**quite**
195:4, 227:20,
232:7
**quote**
215:19

### R

**raise**
257:11, 257:12
**raised**
246:6
**ramiro**
351:2
**ranch**
191:23, 361:6,
361:12, 361:22
**rd**
260:10
**reaction**
281:6, 281:10
**read**
231:12, 231:14,
283:14, 283:20,
283:22, 295:14,
295:17, 295:19,
296:15, 296:21,
297:3, 345:10,
345:11, 366:2,
402:9, 402:10
**reader-interpret-
er**
401:1

**reading**
296:22, 401:12,
401:17, 401:19,
405:17
**ready**
309:14, 395:18
**realize**
283:5, 283:23,
340:3, 340:9
**realized**
296:22, 340:17
**really**
219:11, 244:21,
262:12, 398:14,
399:3
**reanswer**
245:19, 246:1
**reask**
245:18, 245:24
**reason**
216:10, 227:15,
228:19, 247:11,
295:21, 347:23,
366:7, 371:20,
371:23, 373:18,
374:3, 374:4,
403:10, 403:16,
403:22, 404:4,
404:10, 404:16
**reasons**
371:6, 372:18
**recall**
207:1, 208:4,
230:3, 232:13,
232:16, 232:24,
233:7, 233:11,
235:19, 236:4,
236:9, 236:12,
237:7, 243:12,
249:11, 252:17,
252:20, 253:5,
254:3, 258:15,
258:24, 278:15,
292:22, 309:17,
310:7, 310:11,
310:14, 337:8,
342:6, 349:10,
354:21, 360:19,

385:15, 394:12,
395:4
**recapped**
311:6
**receive**
346:10
**received**
225:14, 346:7,
366:12, 367:19
**recently**
341:7, 395:11,
395:13
**recess**
198:5, 222:2,
245:5, 274:18,
302:18, 325:10,
345:5, 388:17
**recognize**
222:16, 240:16,
241:4, 363:16,
379:24, 380:2,
380:4, 380:10,
380:20, 381:24,
382:24, 389:11,
389:23, 390:3,
390:11, 390:15,
390:19, 390:22,
391:16, 392:2,
392:14, 392:18,
393:7, 393:20,
396:6, 397:18
**recognized**
240:20, 241:2,
331:21
**recollection**
334:15
**record**
197:24, 198:4,
198:7, 222:1,
222:5, 231:14,
245:4, 245:8,
245:12, 274:17,
274:22, 283:15,
283:22, 302:17,
302:22, 304:24,
325:9, 325:12,
330:17, 330:22,
345:4, 345:8,

345:11, 388:16,
388:20, 397:4,
400:19, 405:9
**recording**
245:22
**records**
184:11, 249:13
**recover**
353:12
**recovered**
353:20
**recreational**
378:21, 378:23
**reestablish**
192:15, 192:18,
193:2
**refer**
266:8, 296:2,
327:14
**referenced**
184:8, 223:16
**referencing**
286:2, 395:1
**referral**
228:14
**referred**
220:24
**referring**
210:17, 266:1,
278:7, 285:11,
285:24, 328:9,
378:12
**reflect**
385:4
**regarding**
214:12, 232:11
**regardless**
191:11
**reguladisador**
221:12
**regulado**
221:7, 221:8
**regularizado**
221:8
**regularized**
220:16, 220:19,
221:1, 221:4,
221:8

**regularly**
236:19
**regulated**
221:6, 221:9,
221:12
**reiter**
182:18
**relate**
296:14
**related**
213:4, 230:24,
231:21, 232:4,
237:21, 273:18,
323:4, 323:6,
323:9
**relationship**
192:18, 192:19,
192:21, 216:9,
232:20, 353:11
**relationships**
192:15, 193:2,
193:5, 216:2,
216:13
**relative**
405:15
**released**
194:4, 194:14,
210:12
**relevance**
392:22
**relevancy**
393:10
**relief**
184:14
**remain**
277:8
**remembering**
242:22, 243:12
**remembers**
353:24
**remind**
236:21
**remote**
405:10
**remotely**
181:27, 182:16,
182:28, 183:5
**rent**
220:3, 234:2,

251:22, 251:24,
252:1, 252:6,
252:8, 257:8,
261:23
**repeat**
194:9, 231:9,
238:1, 245:12,
246:24, 272:6,
283:17, 303:18,
329:3, 341:19,
350:20, 352:4,
356:11
**repeated**
365:8
**repetition**
349:7, 365:19
**rephrase**
211:22, 215:17,
250:3, 289:16,
375:21
**reported**
180:25
**reporter**
180:26, 187:11,
187:13, 188:5,
231:12, 283:13,
305:1, 305:2,
345:9, 405:1,
405:4, 405:5
**represent**
186:17
**request**
223:2, 342:14,
342:16
**requested**
343:22, 401:15,
405:17
**required**
230:18
**resident**
399:17, 400:2
**respect**
220:4, 377:20
**respectfully**
363:19
**respond**
285:6, 312:20
**responded**
324:3

**responding**
330:20
**response**
192:8, 229:22,
283:16
**responses**
224:7, 230:14
**restaurant**
235:4, 235:6
**restroom**
221:22
**result**
190:9, 211:1,
310:18, 339:8,
372:13
**retain**
367:14
**return**
191:6, 191:10,
206:13, 206:14,
209:5
**returned**
218:3, 301:5,
303:14, 311:16,
311:19
**returning**
217:18
**revealing**
376:6, 376:12
**revenue**
219:5, 219:9
**review**
223:13, 365:24,
366:3, 366:22,
366:24, 368:20
**reviewed**
189:19, 222:23,
366:15
**reyes**
182:27, 186:21,
187:20, 252:10,
252:13, 253:16,
253:17, 255:14,
255:16, 257:18,
258:15, 260:1,
260:4, 262:24,
263:7, 264:14,
266:15, 281:2,

289:11, 289:18,
290:4, 290:23,
291:2, 291:5,
291:21, 292:14,
327:24, 329:20,
329:23, 330:4,
330:7, 331:4,
332:4, 332:15,
332:20, 332:24,
333:21, 336:1,
336:9, 336:14,
336:18, 344:21,
345:14, 345:17,
345:20, 345:24,
346:10, 346:13,
367:19, 372:24,
373:9, 373:14,
373:19, 374:1,
374:7, 374:17,
374:22, 375:7,
376:3, 376:19,
381:4, 382:5,
382:12, 382:14,
384:12, 385:9,
390:23, 390:24,
391:6, 392:3,
392:5, 392:24,
393:12
**reynaldo**
181:26, 187:2,
187:4
**rfc-solache**
391:6
**ride**
232:22, 237:19,
238:4, 239:2,
239:4, 239:11,
242:6, 242:9,
242:12, 253:3,
261:1
**rides**
362:6, 362:15
**right**
191:19, 194:15,
195:17, 195:24,
197:9, 203:2,
203:17, 203:20,
203:23, 204:2,

204:9, 207:15,
210:23, 211:2,
211:10, 213:22,
221:19, 224:2,
225:7, 225:24,
226:10, 229:12,
233:19, 234:23,
236:18, 237:4,
237:8, 238:14,
239:11, 243:12,
243:13, 244:20,
245:15, 246:16,
247:13, 250:8,
264:8, 267:1,
267:2, 267:23,
269:11, 285:16,
285:24, 289:1,
290:9, 292:10,
293:19, 296:12,
297:6, 299:8,
301:13, 301:17,
301:18, 301:20,
303:16, 303:21,
303:24, 306:1,
307:4, 308:20,
314:8, 319:19,
320:22, 321:2,
326:17, 326:20,
326:23, 337:6,
341:15, 343:7,
343:9, 346:14,
350:7, 352:13,
357:21, 362:23,
363:4, 363:22,
364:22, 381:4,
381:14, 382:24,
383:16, 383:17,
384:13, 385:22,
386:1, 386:24,
389:19, 391:5,
397:3, 397:11,
397:12, 399:7,
399:9, 399:14,
400:9, 400:14
**ring**
287:23, 287:24,
288:1, 288:3,
301:15, 301:18,

301:19, 302:5,
305:15, 308:21

**rivera**
302:11

**rock**
181:16, 183:23

**romero**
350:19, 351:1,
351:2

**rosa**
354:14, 354:16,
354:19, 354:22

**rosauro**
252:8, 252:12,
253:11, 253:21,
254:4, 255:6,
255:9, 256:3,
256:6, 256:11,
257:3, 257:5,
257:11, 258:12,
259:1, 259:6,
259:9, 259:16,
262:16, 263:17,
264:2, 264:11,
266:15, 266:19,
267:8, 268:8,
268:13, 268:18,
269:13, 275:4,
275:11, 275:14,
278:10, 278:20,
280:5, 280:16,
280:20, 280:22,
281:3, 281:6,
281:24, 282:8,
282:20, 284:13,
284:19, 284:21,
284:23, 286:19,
287:2, 292:1,
372:2, 372:5,
380:23, 381:3,
382:3, 382:4,
382:15, 384:13

**rosauro's**
259:14, 267:12,
267:14, 285:6,
285:21, 372:18

**rose**
349:3

**rouse**
247:15, 250:8,
250:9, 286:18,
286:24, 337:6,
337:9, 337:13,
338:10, 338:14,
339:2, 343:21,
344:7, 344:9,
349:2, 349:4,
349:5, 369:1,
369:9, 369:18

**rowley**
320:18

**ruben**
180:25, 405:3,
405:25

**rubio**
357:24

**rules**
188:19

**running**
267:10, 267:11,
268:1, 268:4,
268:6, 268:10

**runs**
356:7, 356:15

**rutherford's**
184:22, 225:6,
225:22

## S

**said**
193:4, 197:2,
198:17, 201:4,
203:18, 208:3,
212:4, 214:14,
214:16, 218:22,
221:7, 232:5,
233:9, 243:6,
246:12, 248:15,
248:21, 249:9,
249:23, 254:13,
256:4, 256:11,
256:12, 256:22,
266:24, 270:12,
270:13, 270:15,
271:7, 273:1,
273:19, 274:2,

280:20, 280:22,
281:3, 282:8,
282:10, 282:16,
282:23, 283:18,
284:5, 284:21,
285:2, 285:22,
288:20, 297:12,
298:11, 298:12,
298:14, 298:20,
304:10, 304:20,
305:3, 305:4,
305:8, 313:2,
313:8, 314:23,
317:23, 325:1,
328:12, 330:13,
334:11, 334:13,
334:16, 355:6,
365:6

**salary**
220:9

**salazar**
184:27, 394:4,
394:7, 394:11,
394:24

**salud**
212:24

**salvador**
357:24

**same**
188:19, 198:16,
218:17, 218:18,
218:23, 228:12,
231:21, 234:16,
240:10, 240:24,
267:4, 267:5,
284:4, 299:21,
301:7, 306:9,
308:7, 308:8,
314:4, 319:22,
321:1, 327:5,
332:5, 332:15,
344:21, 345:13,
359:6, 362:8,
370:22, 372:7,
373:11, 373:21,
379:12, 380:24,
383:13, 383:14,
383:16, 384:16,

391:24, 399:22,
401:12, 402:10,
402:11

**samples**
373:24

**san**
180:23, 186:1

**satisfaction**
246:8

**saturday**
236:6, 236:7,
266:6, 284:5,
284:9

**save**
191:2, 191:6,
191:9

**saved**
191:12, 191:18

**saw**
192:16, 205:8,
205:10, 206:6,
206:19, 206:24,
243:20, 282:12,
282:13, 282:14,
282:15, 289:24,
290:3, 291:3,
291:5, 292:9,
306:18, 320:22,
327:24, 372:22,
393:5

**sayeth**
367:22, 368:13

**saying**
194:12, 208:2,
210:20, 232:16,
233:8, 233:17,
248:23, 251:6,
256:5, 256:12,
258:1, 258:15,
261:8, 268:17,
268:22, 268:23,
269:1, 272:7,
281:7, 306:8,
313:6, 318:5,
318:7, 319:9,
322:14, 322:20,
326:10, 330:17,
339:19, 357:20,

368:6, 368:8
**says**
190:4, 225:8,
230:10, 244:22,
350:2, 350:6,
355:1, 363:19,
364:23, 367:5,
367:9, 367:21,
370:8, 370:13,
394:3, 397:20,
397:21, 397:22,
398:4, 399:16
**scene**
255:19, 373:13,
373:20, 373:24
**school**
214:23, 214:24,
215:2, 215:5,
300:9, 358:20
**screen**
225:18, 391:3
**sean**
182:32, 186:20
**seat**
275:9, 275:12,
275:15, 275:19
**second**
197:24, 211:22,
223:9, 224:13,
225:5, 225:9,
225:11, 226:11,
227:3, 275:1,
275:22, 276:1,
276:13, 276:21,
277:2, 277:9,
310:6, 351:14,
367:23, 370:6,
370:7, 386:14,
393:23, 394:2,
396:3
**security**
397:21, 398:20,
398:22, 399:8,
399:14, 400:1
**see**
189:16, 193:23,
194:17, 194:20,
196:10, 204:23,

205:3, 205:5,
206:22, 208:6,
210:6, 212:1,
222:20, 225:13,
227:17, 227:23,
228:1, 229:4,
230:3, 230:15,
231:3, 231:15,
238:11, 239:17,
243:16, 243:24,
250:7, 251:2,
251:10, 253:14,
253:15, 253:16,
253:18, 255:17,
255:18, 256:17,
268:7, 272:21,
272:24, 273:3,
273:11, 273:15,
274:10, 280:1,
286:12, 286:14,
288:12, 289:11,
289:18, 289:22,
290:1, 290:23,
292:1, 292:3,
292:6, 292:12,
303:7, 326:2,
328:18, 329:20,
330:24, 331:4,
331:20, 336:1,
336:5, 336:8,
342:13, 342:14,
342:16, 350:10,
362:17, 363:15,
367:7, 370:8,
370:10, 370:12,
370:17, 376:23,
384:4, 384:22,
385:12, 385:20,
386:9, 387:12,
387:15, 388:1,
388:4, 388:6,
390:8, 392:5,
392:16, 397:22,
399:17
**seeing**
227:1, 227:5,
227:9, 227:10,
227:12, 227:14,

227:15, 228:8,
228:20, 229:2,
230:22, 252:9,
272:19, 282:9,
310:7, 310:14,
385:15, 395:4
**seem**
198:15
**seemed**
308:13, 320:4
**seems**
309:24, 340:19,
347:5, 349:15,
387:4
**seen**
189:8, 197:20,
198:21, 204:23,
206:10, 207:4,
208:24, 209:10,
282:4, 282:17,
288:14, 307:1,
348:21, 384:1,
390:6, 395:2
**sell**
234:21, 235:7
**send**
297:2
**sending**
247:23, 248:3,
249:2, 249:4
**sense**
209:16
**sensitive**
244:19
**sent**
195:13, 248:6,
249:6, 249:8,
296:2
**sentence**
348:4, 367:19,
370:12
**separated**
351:20
**september**
354:14
**series**
379:22
**sessions**
230:11, 230:24

**set**
184:23, 195:17,
225:6, 225:14,
225:15, 225:22,
405:6
**several**
208:12, 343:18,
353:1
**severe**
202:4
**shake**
321:21
**share**
225:18
**sheet**
402:13, 403:1
**shift**
236:18, 236:19,
236:21
**shoes**
293:7, 293:9,
293:15, 293:17,
293:19, 293:21,
294:4, 307:2
**shorthand**
180:26, 405:1,
405:3, 405:12
**shortly**
291:15
**should**
211:24, 225:4,
258:16, 280:21,
280:22, 281:3,
281:7, 304:16,
346:23
**show**
382:13, 382:20,
384:15, 389:15,
393:1, 394:3,
394:17
**showed**
310:16, 374:1
**shower**
199:9, 199:11,
199:17
**showers**
378:12, 378:15
**showing**
185:6, 392:22,

| | | | |
|---|---|---|---|
| 393:11 | **similar** | **sleep** | 394:17, 394:22, |
| **shown** | 319:20, 321:5, | 216:18, 216:23, | 400:18, 402:3, |
| 310:2, 327:9 | 380:22, 380:24, | 217:4 | 402:24, 404:23 |
| **si** | 381:2, 386:14 | **sleeping** | **solache's** |
| 203:19, 222:21, | **simply** | 216:16, 216:20, | 184:17, 184:20, |
| 370:11 | 266:24, 347:24, | 235:24 | 225:5, 225:21, |
| **siblings** | 353:10, 368:7 | **small** | 245:22, 356:7, |
| 193:3, 193:6 | **since** | 250:17, 278:24, | 356:15 |
| **sick** | 197:17, 201:7, | 279:1, 299:24, | **solution** |
| 352:24, 353:2, | 206:13, 206:14, | 301:5, 301:7, | 231:23 |
| 353:10 | 207:5, 209:4, | 303:8, 303:15, | **some** |
| **side** | 217:18, 218:3, | 304:2, 305:12, | 190:1, 195:21, |
| 267:8, 307:11, | 227:10, 230:13, | 327:5, 327:9, | 200:24, 201:2, |
| 307:16, 307:24, | 241:19, 241:20, | 327:12, 327:15, | 201:4, 207:12, |
| 308:5, 308:12, | 361:2, 366:16, | 327:17 | 208:3, 208:13, |
| 308:17, 314:4, | 366:18, 367:1, | **social** | 214:2, 214:4, |
| 314:5, 316:10, | 375:9 | 397:21, 398:19, | 217:11, 217:12, |
| 316:12, 380:9, | **single** | 398:21, 399:8, | 222:14, 224:6, |
| 387:13 | 278:8 | 399:13, 400:1 | 231:22, 232:10, |
| **sight** | **sir** | **society** | 235:4, 238:23, |
| 241:7 | 226:16, 226:17 | 210:8, 210:11, | 240:15, 240:23, |
| **sign** | **sister** | 210:15, 210:18, | 246:13, 264:23, |
| 366:4, 366:13, | 357:12, 357:13 | 211:6, 211:9 | 269:16, 272:9, |
| 387:21, 387:23, | **sit** | **solache** | 272:19, 280:11, |
| 388:2, 388:4, | 198:24, 279:2, | 180:4, 180:17, | 290:8, 290:15, |
| 388:6 | 342:5, 351:21, | 184:3, 184:25, | 290:19, 294:21, |
| **signature** | 371:3, 394:12 | 186:6, 186:7, | 295:21, 297:6, |
| 189:13, 189:15, | **sitting** | 186:19, 187:18, | 320:2, 326:15, |
| 222:19, 224:4, | 275:8, 293:14, | 188:5, 188:10, | 326:20, 326:22, |
| 364:2, 368:17, | 293:17, 308:17, | 188:16, 188:24, | 329:15, 332:9, |
| 387:12, 387:15, | 332:20 | 189:8, 198:9, | 334:20, 338:13, |
| 388:8, 396:18, | **six** | 221:24, 222:4, | 342:17, 352:21, |
| 396:19 | 191:3, 191:11 | 222:7, 222:12, | 357:5, 357:19, |
| **signature-llc0g** | **slap** | 223:11, 224:16, | 366:7, 377:6, |
| 405:23 | 307:10, 307:12, | 232:10, 244:22, | 380:13, 389:4, |
| **signature__date_-** | 312:24, 313:19, | 245:10, 245:18, | 398:3 |
| **___** | 313:24, 314:7 | 246:12, 271:2, | **somebody** |
| 404:22 | **slapped** | 274:16, 274:21, | 197:24, 230:7, |
| **signatures** | 312:13, 312:14, | 274:24, 302:16, | 279:13, 292:19, |
| 385:12, 385:17 | 312:22, 312:23, | 302:21, 302:24, | 294:8, 306:9, |
| **signed** | 313:3, 313:6, | 345:3, 345:7, | 316:1, 338:8, |
| 189:19, 222:24, | 313:10, 313:11, | 348:19, 350:15, | 349:2, 359:1, |
| 223:12, 366:1, | 313:13, 313:15, | 363:9, 363:13, | 363:1 |
| 366:16, 366:17, | 314:3, 339:14 | 363:20, 367:6, | **somehow** |
| 367:1 | **slapping** | 367:9, 379:21, | 246:22, 273:18, |
| **signing** | 307:9, 339:8 | 388:16, 388:19, | 379:8 |
| 368:8, 368:22, | **slaps** | 388:23, 392:21, | **something** |
| 405:17 | 310:19 | 393:1, 393:11, | 195:5, 205:22, |

212:1, 220:6,
221:22, 233:9,
244:14, 248:4,
252:3, 253:23,
253:24, 258:4,
263:7, 281:15,
281:18, 284:22,
313:8, 316:1,
318:10, 327:18,
330:21, 332:10,
334:11, 374:7,
387:1, 396:11

**sometimes**
193:17, 217:10,
235:12, 357:9

**son**
226:9

**soon**
233:17, 233:23

**sorry**
190:10, 195:2,
200:7, 202:15,
213:1, 223:4,
231:8, 233:4,
245:11, 246:23,
249:23, 270:1,
271:17, 290:12,
314:2, 325:3,
329:2, 348:10,
349:6, 356:10,
365:4, 375:22,
387:10, 391:8

**sotos**
182:6

**sought**
229:23

**sound**
320:15

**source**
218:21

**south**
182:20

**space**
265:6

**spanish**
242:24, 254:8,
256:20, 263:18,
263:23, 264:2,

270:13, 270:17,
270:18, 271:7,
271:8, 271:19,
273:24, 274:8,
283:9, 283:16,
288:21, 294:24,
296:3, 296:19,
298:16, 304:13,
338:4, 338:6,
365:17, 365:20,
368:1, 368:14,
378:13, 393:18,
395:10

**spanish-speaking**
264:18, 265:10,
266:12, 268:12,
269:3, 269:14

**spanish:**
203:19, 222:21,
370:11

**speak**
239:19, 261:12,
261:15, 269:4,
270:8, 270:16,
270:18, 275:14,
279:13, 280:17,
288:21, 291:2,
294:17, 295:6,
295:11, 296:18,
322:16, 338:5,
342:3, 385:5

**speaking**
268:19, 274:8,
278:15, 294:23,
301:4, 326:5,
326:7, 365:17,
365:20, 368:2,
389:16

**speaks**
254:8, 256:20,
271:19, 273:24,
283:9, 298:16,
304:13, 368:14,
378:13, 386:6,
386:19, 387:2,
388:10, 393:18,
395:10, 401:7

**specific**
241:6, 285:20,

301:11, 324:10,
326:14, 327:13

**specifically**
323:5, 324:7

**spelled**
350:10

**spend**
242:1, 315:24

**spent**
355:16

**spoke**
263:18, 263:22,
264:1, 270:13,
271:8, 279:16,
290:9, 290:16,
296:19, 360:22,
375:6

**spoken**
217:6, 306:3,
375:9

**springfield**
365:22

**st**
260:11

**stabbed**
314:17, 314:19

**staffing**
396:12, 396:15

**standing**
279:4, 291:7,
293:17, 293:19

**starr**
182:32, 186:20,
187:20, 258:18,
259:20, 263:2,
263:10, 330:10,
330:16, 330:24,
331:6, 332:7,
346:2, 346:17,
373:2, 373:11,
373:21, 374:14,
375:2, 391:2,
391:7, 391:18,
391:24, 392:19,
393:9

**start**
196:2, 196:23,
200:4, 200:8,

201:24, 209:6,
232:15, 313:21,
323:1, 365:11,
366:23

**started**
196:5, 227:11,
237:1, 268:5,
296:22, 305:17,
305:21, 307:7,
307:9, 316:4,
316:18, 317:3,
322:11, 322:23,
322:24

**starting**
239:23

**starts**
196:23

**state**
186:17, 190:14,
199:24, 202:13,
207:7, 208:15,
209:15, 210:2,
213:8, 213:13,
214:11, 215:8,
216:15, 229:21,
231:1, 231:4,
231:17, 402:21,
405:4

**statement**
338:15, 368:2

**states**
180:1, 186:8,
190:19, 190:23,
207:3, 220:21,
347:9, 347:13,
347:19, 353:14,
353:16, 353:19,
353:22, 354:4,
354:9, 354:13,
359:9, 360:16,
367:9

**stateville**
379:11

**stay**
191:14, 272:12,
280:4, 294:6,
296:8, 300:12,
310:21, 327:17,

331:23, 348:6
**stayed**
294:5, 352:2,
352:9, 352:12,
352:16
**stephenson**
183:7, 187:5,
188:2
**still**
193:13, 196:3,
197:2, 204:14,
208:21, 229:24,
233:18, 276:14,
290:7, 339:15,
339:18, 356:3,
361:6, 361:15,
402:14
**stipulate**
187:12
**stipulated**
187:19, 187:21,
187:23, 188:1,
188:3, 188:4
**stipulates**
187:20
**stomach**
204:18, 282:14,
316:5, 316:18,
316:22, 317:3,
317:6, 317:15,
317:17
**stop**
215:6, 227:14,
229:2, 242:5
**stopped**
204:11, 227:5,
227:9, 227:10,
227:15, 228:20,
229:4, 272:19,
296:1, 301:3,
306:17, 318:1,
318:2, 326:16,
326:18, 326:22,
327:2
**store**
218:10, 218:11,
218:13, 218:16,
219:2, 219:5,

219:9, 219:15,
219:23, 220:16,
234:13, 234:17,
234:21, 235:5
**strange**
281:11, 281:20,
281:21
**street**
181:19, 181:31,
182:34, 183:8,
267:16, 269:18,
285:8, 285:16,
285:19, 285:23,
286:21, 287:4
**stress**
213:9, 213:14
**stressed**
229:7
**stresses**
229:5
**strike**
273:2, 277:6,
300:16, 307:15
**stumbling**
368:9
**subject**
345:20, 345:24
**submitted**
363:19
**subscribed**
405:19
**subsequent**
232:4
**subway**
227:18, 227:19,
227:23, 228:5
**subways**
227:20
**suddenly**
255:18
**suffer**
193:14, 193:15,
202:15, 204:14
**suffered**
204:2
**sugar**
206:4
**suite**
181:20, 181:32,

182:10, 182:21,
183:9
**suits**
269:19, 269:20
**summary**
372:17
**summer**
239:23
**supervisor**
358:7
**supervisors**
367:16, 369:19
**supplemental**
184:21, 225:5,
225:8, 225:21,
227:3
**supplemented**
230:14
**supply**
235:5
**support**
367:17, 369:2,
369:10, 369:19
**supposedly**
283:4
**suppress**
338:14
**sure**
195:4, 195:7,
213:12, 232:7,
238:2, 245:14,
246:3, 256:10,
269:19, 269:23,
275:23, 286:8,
287:9, 301:12,
303:19, 311:6,
311:7, 320:5,
322:7, 325:7,
326:15, 329:5,
331:1, 340:19,
341:20, 345:1,
349:8, 350:22,
352:6, 356:12,
372:9, 376:13,
380:23, 388:13
**surprised**
243:16, 243:21,
284:14, 284:17,

331:4, 331:9
**susan**
349:1, 349:11
**suspected**
247:15
**suspicions**
246:19, 246:21,
247:6
**suspicious**
244:3, 244:6,
246:14, 249:17,
250:13, 281:23
**sustained**
190:8
**swaminathan**
182:31
**swearing**
187:12
**swelling**
308:23
**swimming**
359:21, 359:23,
360:1
**symptom**
193:19
**symptoms**
202:16, 204:12

**T**

**take**
188:20, 188:23,
190:2, 191:2,
204:17, 205:22,
206:1, 219:17,
219:19, 220:11,
221:20, 221:21,
222:7, 222:12,
223:11, 228:5,
237:12, 244:24,
258:1, 262:8,
263:9, 272:7,
275:21, 299:19,
302:14, 325:2,
325:4, 325:6,
334:24, 344:24,
348:8, 348:12,
348:17, 349:20,
354:6, 354:11,

363:4, 363:9,
379:16, 379:23,
380:12, 380:17,
381:11, 388:12,
388:24, 391:9,
392:8, 393:23,
395:21, 396:3
**taken**
186:14, 309:2,
309:6, 309:11,
310:2, 310:8,
310:11, 310:15,
327:21, 327:22,
327:23, 328:2,
329:8, 329:12,
332:3, 332:4,
332:5, 332:12,
332:14, 332:16,
332:21, 332:24,
333:2, 333:8,
334:22, 334:23,
335:2, 335:6,
376:18, 381:20,
383:20, 383:23,
384:20, 387:7,
402:9, 405:6
**takes**
251:3
**taking**
199:6, 199:9,
204:11, 228:6,
252:14, 256:15,
257:3
**talk**
217:15, 226:6,
232:24, 233:3,
233:4, 233:7,
263:19, 263:23,
264:2, 264:5,
264:7, 268:13,
269:9, 287:11,
298:21, 328:23,
329:7, 330:1,
330:4, 330:7,
362:14, 376:24
**talked**
299:8, 299:16,
303:15, 303:24,

305:20, 306:8,
328:5, 328:14,
329:1, 329:9,
360:13, 372:14
**talking**
197:8, 206:13,
209:4, 234:23,
236:17, 239:20,
239:23, 242:2,
249:20, 254:19,
255:2, 255:4,
256:6, 256:9,
278:9, 278:11,
289:14, 293:6,
308:6, 321:1,
322:11, 328:15,
329:3, 340:21,
364:18, 391:4
**tape**
221:20
**tardy**
385:3
**taxes**
220:12
**tech**
224:22
**technical**
405:10
**technician**
224:21, 225:2,
225:8, 225:13,
225:18, 225:20,
226:12, 226:16
**teenager**
229:12, 229:17
**teenagers**
360:5
**telephone**
185:7, 340:20,
342:9, 392:17
**tell**
190:16, 191:16,
193:12, 193:16,
199:4, 202:16,
208:18, 209:19,
210:4, 211:23,
213:10, 213:15,
214:13, 214:20,

215:23, 216:4,
216:14, 216:16,
223:12, 240:19,
244:9, 247:14,
273:4, 276:16,
279:13, 284:23,
284:24, 286:18,
297:8, 297:10,
297:14, 297:19,
298:12, 298:20,
299:2, 304:5,
307:6, 329:13,
333:6, 338:10,
339:2, 341:8,
342:8, 342:17,
342:21, 355:4,
371:6, 375:24,
378:7, 386:10,
386:18, 386:22,
397:14
**telling**
324:3, 344:16,
354:21
**temporary**
396:13, 398:13
**ten**
196:6, 351:17,
351:23
**ten-hour**
236:18
**tequila**
235:8
**term**
367:24
**terms**
270:22
**test**
206:3, 374:1
**testified**
309:22, 310:1,
310:6, 311:5,
311:12, 338:18,
338:21, 343:6,
343:11, 343:13,
343:18, 369:23,
370:13, 370:20,
371:2, 371:14,
371:18, 372:8,

372:17
**testify**
303:11, 320:22,
344:1, 347:9,
347:13, 348:3,
348:6, 367:17,
369:19, 369:23,
370:20
**testifying**
249:16, 249:24,
338:24, 405:8
**testimony**
187:14, 188:6,
228:23, 231:7,
270:22
**th**
225:12, 234:9,
238:20, 348:20,
349:22, 354:14,
405:22
**thank**
188:11, 226:16,
226:17, 243:8,
244:22, 391:7
**thanks**
226:18
**themselves**
186:17, 385:5
**therapist**
193:24, 194:17,
194:21, 195:3
**therapy**
356:2
**thereafter**
405:13
**thing**
234:17, 261:22,
267:2, 267:5,
318:14, 392:2
**things**
323:4, 323:9,
326:13
**think**
187:10, 192:7,
195:4, 211:12,
223:5, 228:4,
234:12, 234:16,
237:22, 242:19,

243:10, 245:20,
250:18, 251:4,
251:10, 252:2,
252:23, 253:3,
260:10, 260:22,
271:12, 281:11,
281:13, 281:15,
281:17, 282:22,
298:14, 304:16,
311:6, 311:8,
319:22, 320:2,
331:10, 331:11,
338:5, 358:22,
363:20, 370:4,
390:13, 391:3,
394:9, 396:9,
397:22

**thinking**
244:10

**thinks**
355:3

**third**
363:18, 394:2

**thisday**
402:18

**thomas**
181:29, 183:3

**thomas@ilesq**
181:35

**thought**
244:12, 251:20

**three**
230:10, 238:13,
262:11, 277:24,
278:22, 279:16,
280:12, 280:16,
321:11, 322:9,
362:20, 377:19,
390:12, 390:20

**through**
189:1, 231:20,
232:6, 357:6,
362:23, 389:7,
391:13

**throughout**
192:22, 246:4

**thumb**
189:1

**timeframe**
235:16, 310:15

**times**
194:20, 194:22,
194:23, 196:11,
197:16, 197:19,
307:15, 309:21,
309:24, 316:21,
316:24, 317:1,
341:14, 357:9,
358:23

**tired**
400:15

**today**
186:13, 199:1,
208:22, 241:16,
249:17, 250:1,
311:5, 329:10,
339:19, 342:5,
351:21, 367:1,
371:3, 371:14,
372:8, 372:15,
384:2, 385:16,
394:12

**today's**
186:11, 400:18

**together**
266:16, 278:20,
320:3

**toilet**
378:18

**told**
199:21, 200:10,
202:24, 207:14,
207:17, 208:4,
208:7, 240:23,
241:15, 242:19,
243:10, 249:17,
250:11, 270:4,
271:2, 271:3,
271:5, 272:3,
272:9, 272:13,
272:16, 282:4,
282:20, 284:5,
284:13, 284:19,
287:1, 287:10,
287:11, 287:12,
294:21, 297:5,

297:11, 297:18,
298:8, 299:4,
300:22, 303:1,
303:8, 303:19,
304:7, 304:8,
304:18, 305:18,
306:2, 306:17,
307:3, 312:18,
312:21, 313:18,
314:10, 315:2,
324:24, 337:3,
339:3, 342:24,
348:2, 355:5,
355:19, 362:20,
366:13

**tom**
187:3, 187:24

**tone**
254:22

**tongue**
401:13

**took**
252:13, 266:6,
282:3, 282:9,
293:7, 293:9,
293:13, 293:14,
293:17, 293:18,
293:20, 294:3,
294:12, 297:12,
297:17, 299:24,
303:1, 303:8,
306:5, 307:2,
307:3, 315:11,
315:18, 318:19,
318:21, 319:10,
319:14, 319:21,
321:4, 327:9,
327:16, 328:21,
328:24, 333:4,
358:20, 372:22

**top**
350:11, 370:7,
381:16, 389:10,
390:13, 397:19

**topic**
233:12

**touch**
353:9

**town**
205:14, 357:20

**toyota**
214:8

**trade**
220:16, 220:18

**traffic**
228:3, 228:10

**transcribed**
405:13

**transcript**
183:22, 187:16,
402:9, 405:12

**transferred**
295:24, 377:17

**translate**
212:3, 221:16,
243:6, 244:21,
296:4, 298:18,
401:10

**translated**
224:20, 304:17

**translates**
287:6, 287:7,
371:11

**translation**
212:21, 234:15,
242:24, 244:20,
245:20, 246:5,
271:18, 296:5

**translations**
246:3

**translator**
330:19, 330:21

**transportation**
252:24

**transported**
332:9

**travel**
227:16

**treading**
364:12, 364:16

**treated**
378:5

**treatment**
196:8, 202:6,
217:12, 217:16,
217:17, 224:8,

224:11, 226:23,
229:22, 230:18,
230:22, 230:24

**trevino**
183:18, 188:12,
222:10, 245:6,
304:22, 318:12,
388:21

**trial**
249:12, 343:3,
343:4, 343:6,
343:12, 343:14,
344:20, 345:13,
394:9, 394:13,
394:15, 394:16

**tried**
283:17, 353:24

**trouble**
210:20, 232:2

**troubles**
231:5, 231:17

**truck**
332:12

**true**
187:14, 188:6,
315:3, 353:3,
402:11

**trust**
209:17, 210:3

**trusting**
210:23

**truth**
195:12, 268:11,
298:12, 298:21,
348:5

**truthfully**
323:23

**try**
188:18, 231:10

**trying**
192:14, 193:2,
330:18, 330:23,
355:10

**turn**
370:6, 398:17

**turundeo**
350:7, 350:8,
357:20

**two**
190:17, 191:14,
218:14, 228:9,
275:7, 277:22,
279:24, 293:2,
293:24, 296:16,
297:17, 301:3,
307:1, 309:24,
330:1, 335:14,
337:2, 337:4,
338:7, 344:23,
351:13, 358:22,
385:20, 385:24,
386:3

**two-year**
191:17

**type**
192:1, 204:20,
205:19, 211:12,
214:7, 216:7,
228:17, 232:20,
234:10, 235:4,
329:15, 349:18,
398:11

**typically**
236:7

### U

**uh-huh**
218:6, 358:2,
389:5, 395:14

**ultrasound**
282:5, 282:9,
282:13, 282:15,
282:18, 372:22,
372:23

**una**
212:23

**unable**
190:21

**uncle**
273:20, 274:3

**under**
187:14, 188:6,
402:5, 402:8,
402:15, 405:8,
405:13

**understand**
213:11, 287:9,

296:23, 303:17,
322:13, 322:19,
338:23, 354:8,
368:20

**understanding**
210:20, 251:14,
324:22, 336:24,
402:14

**understood**
225:20, 226:12,
296:23, 296:24,
401:18

**undocumented**
399:7, 399:11,
399:20

**unfortunately**
226:8

**united**
180:1, 186:8,
190:19, 190:23,
207:2, 220:21,
347:9, 347:13,
347:19, 353:14,
353:16, 353:18,
359:8, 360:16

**until**
237:5, 277:17,
278:13, 278:16,
287:6, 306:21,
306:24, 315:13,
315:18, 319:18,
352:16

**upstairs**
256:14

**use**
221:15, 221:22,
245:21, 300:9,
319:2, 378:17

**using**
254:22, 340:20,
405:12

### V

**valadez**
217:13, 217:17,
224:11, 227:1,
227:5, 227:14,
227:23, 228:2,

228:13, 228:18,
228:20, 229:3

**valadez's**
228:7

**valerie**
182:33

**van**
239:21, 240:4,
240:9, 240:14,
240:17, 240:21,
241:8, 241:22,
242:3, 332:10,
332:12, 363:1

**varga**
183:4, 187:6

**various**
320:23

**vehicle**
333:4, 333:8

**verbatim**
405:9

**verification**
184:18, 189:12

**verified**
187:18

**verifying**
280:9

**versus**
186:7

**via**
180:18, 227:23

**video**
186:6, 186:12,
186:14, 245:21,
388:15

**videoconference**
180:18, 405:5

**videographer**
183:17, 186:5,
186:13, 198:3,
198:6, 221:23,
222:3, 245:3,
245:7, 274:15,
274:20, 302:15,
302:20, 325:8,
325:11, 345:2,
345:6, 388:14,
388:18, 400:17

videotaped
180:16
vigilance
209:17
vigilant
209:21
villita
398:24
viola
247:14, 247:22,
250:8, 250:9,
250:12, 286:18,
286:24, 337:6,
349:4, 364:20,
368:24, 369:9,
369:18
vision
356:8, 356:16,
356:18, 356:20
visit
360:24
visited
357:1, 357:3,
357:5, 357:8
visits
195:17
voice
186:16, 254:23
voices
257:12
volume
180:15
vs
180:8

**W**

wacker
182:20
wait
231:10, 264:17,
287:5
waited
266:11
waiting
237:13, 237:22,
237:24, 238:4,
239:5, 242:5,
242:9, 264:23,

265:10, 266:16
waived
250:7
wake
216:22, 217:1
walk
356:2
walked
302:11, 302:13,
304:7, 305:7,
305:10, 305:14,
306:22, 307:1,
313:5, 315:20,
322:6, 324:19
wall
287:21, 287:24,
288:1, 301:19,
302:5, 308:21,
333:12, 333:24,
334:4, 334:7
wallet
392:1, 392:6
want
191:5, 212:6,
216:23, 255:7,
256:5, 258:1,
266:21, 269:6,
287:5, 287:9,
295:21, 296:11,
347:18, 347:20,
347:22, 347:24,
348:5, 350:10,
351:5, 371:13,
392:19, 392:20,
397:5, 400:12
wanted
231:22, 255:6,
256:4, 270:11,
343:24, 354:15
wanting
255:9
watch
278:2, 299:17
watches
251:3
watching
251:12, 251:15,
251:16, 251:19,

251:22
water
220:3, 220:23
wave
321:23
way
187:17, 213:21,
221:4, 227:22,
228:11, 232:15,
241:1, 263:1,
282:2, 294:1,
308:3, 322:3,
362:22, 368:6,
371:2, 376:1,
378:4, 381:19,
394:13
we'll
217:15
we're
188:18, 197:23,
198:1, 221:16,
225:19, 232:8,
232:9, 245:3,
246:1, 246:9,
305:5, 321:1,
364:12, 364:16,
376:4, 391:5
we've
246:4, 328:4,
329:1, 329:9,
348:18, 379:21,
394:22
wearing
203:15, 269:18,
269:19, 269:20,
383:12, 384:16
wednesday
180:21, 186:1
week
236:4, 243:24,
309:14, 395:15
weeks
248:18
wehrle
183:4, 187:7
went
190:19, 190:23,
193:23, 194:17,

194:23, 194:24,
196:10, 196:11,
202:23, 205:5,
208:6, 230:10,
235:12, 254:17,
256:2, 259:18,
264:22, 268:9,
272:22, 273:14,
277:7, 283:3,
300:1, 309:7,
310:4, 310:9,
310:12, 336:21,
344:20, 345:12,
352:3, 352:10,
353:14, 362:19,
383:11
weren't
324:2, 358:19
west
182:9
westin
186:15
whatever
204:1, 333:3
whereof
405:18
whether
211:16, 212:18,
236:9, 240:19,
249:12, 279:15,
284:6, 293:16,
346:23, 351:22,
353:19, 361:5,
380:23, 383:12,
385:4, 386:10,
386:13
white
303:2
whole
328:16, 361:8,
368:10
willing
271:23
wine
235:8
wishes
226:12
withdraw
290:13, 313:21

**within**
197:14, 201:1,
395:15
**without**
216:9, 313:6,
364:18, 376:6,
376:11
**witness**
184:3, 187:13,
187:17, 188:8,
195:12, 199:9,
203:12, 206:16,
209:8, 213:3,
221:7, 224:20,
228:24, 230:23,
231:19, 234:16,
243:6, 244:24,
254:8, 254:9,
254:14, 256:20,
258:9, 270:4,
271:19, 271:20,
273:24, 274:1,
276:23, 283:8,
283:9, 284:4,
287:13, 287:24,
291:19, 298:16,
298:19, 299:15,
300:5, 304:13,
304:14, 308:9,
314:3, 331:7,
340:7, 340:13,
343:16, 344:12,
344:17, 346:5,
358:7, 358:11,
358:14, 359:2,
360:18, 365:17,
365:20, 365:21,
366:19, 368:14,
368:15, 369:1,
369:10, 370:9,
373:13, 374:16,
378:11, 378:13,
378:14, 384:9,
387:4, 388:12,
391:20, 392:1,
392:12, 393:5,
393:18, 393:19,
395:10, 395:11,

398:9, 400:13,
401:7, 401:13,
401:16, 401:18,
405:7, 405:18
**witnesses**
343:21, 357:11,
357:15, 357:19
**woken**
235:24
**woman**
256:19, 321:1,
355:4
**women**
215:10, 215:14,
215:21, 216:2,
216:10, 216:13
**word**
194:1, 212:21,
221:13, 221:17,
244:22, 269:11,
278:5, 317:21,
319:2, 368:9
**words**
215:18, 295:12,
295:13, 311:2,
311:12, 368:21
**work**
215:6, 234:7,
236:7, 237:3,
238:24, 239:10,
239:24, 247:8,
247:21, 248:1,
249:13, 250:7,
252:20, 252:21,
253:2, 253:6,
253:8, 253:17,
295:21, 296:12,
362:7, 362:11,
362:16, 362:23,
367:17, 369:19,
396:12, 396:13,
399:12, 399:14,
400:8
**worked**
234:4, 234:9,
234:11, 235:11,
235:15, 236:10,
236:13, 236:15,

236:20, 236:22,
237:8, 237:17,
240:10, 240:11,
241:4, 248:15,
248:18, 248:22,
249:1, 249:4,
252:16, 252:17,
298:5, 349:2,
362:13, 400:5
**working**
215:6, 238:6,
241:11, 241:13,
241:17, 248:24,
296:1, 297:13,
297:18, 297:20,
298:9, 354:5,
354:10, 358:19,
362:8
**works**
206:20
**worries**
233:5, 331:2
**worse**
228:4, 379:3,
379:10
**wouldn't**
191:15
**write**
189:22, 300:8
**writing**
300:10, 320:4,
325:20, 325:21,
325:23, 326:1,
326:3, 396:23,
397:1, 397:3
**written**
223:6, 224:3,
349:21, 368:21
**wrong**
271:18

---
**Y**

**yeah**
193:13, 206:14,
210:5, 210:7,
213:19, 228:12,
235:12, 237:5,
237:20, 239:20,

250:2, 252:22,
256:1, 256:2,
259:8, 267:12,
268:3, 295:8,
314:2, 320:17,
325:5, 327:3,
333:14, 344:14,
349:18, 358:22,
360:1, 363:22,
363:23, 395:11,
396:14, 398:2,
399:10, 400:16
**year**
199:5, 214:9
**yearly**
219:6, 219:10
**years**
190:17, 191:4,
191:11, 191:14,
192:17, 196:6,
218:14, 241:20,
286:17, 351:17,
352:19, 352:23,
353:1, 374:7,
393:12
**yesterday**
218:18, 218:23
**younger**
360:6, 360:9,
360:11, 360:12
**youngest**
351:13
**yourself**
220:9, 287:16,
288:6, 288:10,
292:1, 292:17,
333:17, 343:12,
354:10, 354:11,
364:6, 384:12

---
**Z**

**zehner**
181:18
**zenaida**
357:23
**zone**
220:24
**zoom**
225:19, 355:11

**.**

**.0070**
181:9
**.0090**
182:23
**.1001**
181:22
**.188**
184:4
**.3000**
183:11
**.3300**
182:12
**.3705**
181:34
**.5900**
182:37

**0**

**0/8/21**
223:14
**00**
217:2, 237:1,
237:2, 237:5,
242:17, 243:3,
243:6, 243:7
**0040449**
397:9
**05**
345:8
**07**
180:22
**08**
186:12, 325:9

**1**

**1**
180:8, 186:10,
302:17, 367:11
**10**
222:1, 222:5,
236:15
**100**
261:23
**11**
225:10, 225:12,
236:15, 245:4,

245:8, 335:6,
335:8, 336:8,
336:10, 349:13,
351:9
**11305**
405:25
**1180**
181:7
**12**
237:5, 274:17,
274:22, 352:18,
400:19, 400:20
**120**
181:31
**1240**
182:10
**141**
182:9
**15**
325:12
**151**
183:8
**16**
274:17, 350:3
**17**
184:26, 302:17,
348:20, 349:22,
349:24, 350:1,
354:14
**18**
180:8, 186:10,
214:10, 245:4,
355:16
**189**
184:17
**1971**
349:22, 350:1,
350:4
**1995**
354:14
**1997**
202:1, 355:15,
356:22
**1998**
190:22, 232:11,
241:23, 286:9,
295:5, 295:10,
295:15, 389:17

**2**

**2**
217:2, 302:22,
367:13
**20**
205:5, 205:8,
206:6, 206:10,
208:9, 374:7,
393:12, 401:10,
405:22
**200**
261:23
**2000**
181:32, 184:26,
348:20
**2006**
295:18
**2018**
189:16, 189:20,
224:12, 224:18,
224:19, 226:24
**2020**
225:10, 227:6,
227:11, 230:4
**2021**
180:21, 186:1,
186:11, 222:19,
222:24, 223:18,
402:18, 405:22
**21**
405:22
**2200**
181:20
**222**
184:20
**2312**
180:8, 186:10
**24**
222:1, 388:16
**25**
275:24
**2500**
183:9
**26**
189:16, 189:19
**27**
245:8, 274:22

**28**
302:22
**29**
184:10, 395:22,
395:24, 396:4

**3**

**3**
217:2, 325:9,
325:12, 345:4,
367:15
**30**
237:1, 237:2,
237:5, 296:10
**311**
182:20, 182:34
**312.243**
182:37
**312.494**
181:22
**312.704**
183:11
**312.982**
182:23
**321**
181:19
**33**
198:4
**342**
397:22
**3425**
397:23
**348**
184:25
**35**
275:24
**36**
222:5
**363**
184:13
**379**
184:28
**38**
198:7
**380**
184:29
**381**
184:30

**389**
184:31
**391**
185:5
**392**
185:6
**393**
185:9
**394**
184:27
**396**
184:10
**3rd**
182:35

**4**

**4**
237:1, 237:2,
242:17, 243:3,
243:6, 243:7,
345:8, 367:18
**40**
286:16, 286:17,
388:20
**449**
397:17, 397:19
**45**
184:13, 363:5,
363:6
**450**
397:12, 398:3
**47**
234:9, 238:20
**48**
345:4

**5**

**5**
225:14, 388:16,
388:20
**5-8**
224:24
**5200**
182:21
**54**
184:17, 188:24,
189:5
**56**
184:20, 222:8,

226:15
**57**
225:12
**58**
222:7, 224:23,
225:2, 225:17

**6**

**6**
400:19, 400:20
**60**
296:24
**60602**
181:33
**60604**
182:11
**60606**
182:22, 183:10
**60607**
182:36
**60642**
181:8
**60654**
181:21
**63**
260:10
**630.735**
182:12
**65**
184:25, 348:9,
348:13, 348:14,
348:18

**7**

**74**
397:23
**77**
184:27, 394:18,
394:19, 394:23
**773.235**
181:9

**8**

**82**
391:6
**866.786**
181:34
**88**
184:28, 379:17,

379:18, 379:22
**89**
184:29, 380:13,
380:14

**9**

**9**
180:22, 186:12,
198:4, 198:7
**90**
184:30, 381:7,
381:8, 381:12
**91**
184:31, 388:24,
389:1
**92**
185:5, 391:9,
391:10
**93**
185:6, 392:9,
392:10
**94**
185:9, 393:2,
393:3