**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF ILLINIOS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 CV 1028 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 CV 2312 |
| | ) | |
| v. | ) | Hon. Steven Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT LIST

Exhibit 1    *Rios v. Guevara, et al.*, 01/26/2026 Order, Dkt. 277

Exhibit 2    Reynaldo Guevara Deposition (October 21, 2020)

Exhibit 3    E. Halvorsen Deposition (April 20, 2018) *Serrano/Montanez*

Exhibit 4    E. Halvorsen Deposition (February 6, 2019) *Serrano/Montanez*

Exhibit 5    *DeLeon-Reyes/Solache v. Guevara, et al.*, 7/24/2025 Transcript of Proceedings

Exhibit 6    *Rivera v. Guevara, et al.*, Case No. 12 CV 4428, Dkt 382 (City D's MIL No. 3)

Exhibit 7    *Rivera v. Guevara, et al.*, Case No. 12 CV 4428, Dkt 522, Ruling on City's MIL No. 3

Exhibit 8    Department Special Order – Foreign Nationals and Aliens

Exhibit 9    Solache Arrest Report

Exhibit 10   Reyes Arrest Report

Exhibit 11       *DeLeon-Reyes/Solache v. Guevara, et al.*, 8/7/2025 Transcript of Proceedings

Exhibit 12       Tiderington Deposition *Martinez/Tinajero/Kelly*

Exhibit 13       *Thompson v. City of Chicago, et. al,* No. 07 CV 01130, Dkt. 378 (N.D. IL)

Exhibit 14       Transcript *People v. Reyes, et al.*, No. 98 CR 12440 (June 29, 2016)

Exhibit 15       Transcript *People v. Reyes, et al.*, No. 98 CR 12440 (Dec. 21, 2017)

Exhibit 16       Christa Bowden Dep

Exhibit 17       Transcript, *People v. Reyes, et al.*, No. 98 CR 12440 (Nov. 14, 2022)

Exhibit 18       *DeLeon-Reyes/Solache v. Guevara, et al.*, 6/28/23 Transcript of Proceedings

Exhibit 19       Tr., *Walker v. White et al.*, 16-cv-7024 (March 2, 2023)

Exhibit 20       *Bolden* Opinion 17-cv-417, Dkt. 467 (N.D. Ill. Sept. 22, 2021)

Exhibit 21       Defs.' Mot, *Bolden v. Pesavento*, Dkt. 315 (Oct. 9, 2019)

Exhibit 22       Defs.' Reply, *Bolden v. Pesavento*, Dkt. 366 (Nov. 22, 2019)

Exhibit 23       *Ieliot Jackson*, Dkt. 228 (N.D. Ill. Jan. 8, 2026)