**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**PARTIES' JOINT TRIAL EXHIBIT LIST**

The Parties, through their undersigned counsel, submit the following Joint Trial Exhibit List. All parties agree that all the following exhibits can be marked for identification purposes, and do not object to these exhibits being used to impeachment/refresh recollection, subject to rulings on relevant Motions *in Limine* (which objections are not restated here). Other objections to the admissibility of these joint exhibits and responses to those objections are noted below.

| Joint Exhibit | Bates No. | Date | Description | Defendants' Objections | Plaintiffs' Objections |
|---|---|---|---|---|---|
| JX001 | RFC 418-419 | 4/1/1998 | General Offense Case Report (Bergadon, Valentin) | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered | Plaintiffs list this exhibit for identification purposes only, and they do not agree that it should be admitted automatically. Plaintiffs reserve the right to object on the basis of |

| | | | | in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular portions contained herein on the basis of relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802. | relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802, 901. |
|---|---|---|---|---|---|
| JX002 | RFC 425 | 4/1/1998 | Supplementary Report (Fronhauer, Riordan) | Same objection as above. | Same objection as above. |
| JX003 | RFC 482 | 4/1/1998 | Crime Scene Processing Report (Karalow, Harvey) | Same objection as above. | Same objection as above. |
| JX004 | RFC 556-557, 565-66, 569-571, 576-578 | 4/1/1998 | CPD Photos (Harvey, Karalow) | Same objections as above. | Same objection as above. |
| JX005 | RFC 458-459 | 4/1/1998 | Supplementary Report (Boyle, Guitierrez) | Same objections as above. | Same objection as above. |
| JX006 | RFC 386-389 | 4/1/1998 | Missing Reports (Valentin) | Same objection as above. | Same objection as above. |
| JX007 | RFC 398-400 | 4/1/1998 | General Progress Reports (Guitierrez) | Same objection as above. | Same objection as above. |
| JX008 | RFC 401 | 4/1/1998 | General Progress Report (Halvorsen) | Same objection as above. | Same objection as above. |
| JX009 | RFC 404-405 | 4/1/1998 | General Progress Report (Boyle) | Same objection as above. | Same objection as above. |
| JX010 | RFC 406-415 | 4/1/1998 | Property Inventory Forms (Harvey, Karalow) | Same objection as above. | Same objection as above. |
| JX011 | RFC 481 | 4/2/1998 | Crime Scene Processing Report (Kelly, Duffy) | Same objection as above. | Same objection as above. |
| JX012 | RFC 617-619 | 4/2/1998 | CPD Photos (Kelly, Duffy) | Same objection as above. | Same objection as above. |
| JX013 | RFC 214-215 | 4/2/1998 | Property Inventory Form (Kelly, Duffy) | Same objection as above. | Same objection as above. |
| JX014 | RFC 334-335 | 4/2/1998 | Property Inventory Form (Collins, Dickinson) | Same objection as above. | Same objection as above. |
| JX015 | RFC 336-337 | 4/2/1998 | Area 5 Youth Supplementary Report (Azara, Pulia) | Same objection as above. | Same objection as above. |
| JX016 | RFC 342 | 4/2/1998 | General Progress Report (Conwell) | Same objection as above. | Same objection as above. |
| JX017 | RFC 346-347 | 4/2/1998 | General Progress Reports (Gutierrez) | Same objection as above. | Same objection as above. |
| JX018 | RFC 351 | 4/2/1998 | CPD Special Bulletin | Same objection as above. | Same objection as above. |

2

| JX019 | RFC 352 | 4/2/1998 | General Progress Report (Collins) | Same objection as above. | Same objection as above. |
|---|---|---|---|---|---|
| JX020 | RFC 462 | 4/2/1998 | Supplementary Report, Cause of Death (Cornelison) | Same objection as above. | Same objection as above. |
| JX021 | RFC 456-457 | 4/2/1998 | Supplementary Report (Schultz, Savage) | Same objection as above. | Same objection as above. |
| JX022 | RFC 468-476 | 4/2/1998 | Supplementary Report (Halvorsen, Guevara) | Same objection as above. | Same objection as above. |
| JX023 | RFC 373-374 | 4/2/1998 | Property Inventory Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX024 | RFC 375-376 | 4/2/1998 | Property Inventory Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX025 | RFC 390 | 4/2/1998 | Property Inventory Form (Duffy) | Same objection as above. | Same objection as above. |
| JX026 | RFC 391 | 4/2/1998 | Property Inventory Form (Duffy) | Same objection as above. | Same objection as above. |
| JX027 | RFC 392 | 4/2/1998 | Property Inventory Form (Duffy) | Same objection as above. | Same objection as above. |
| JX028 | RFC 393 | 4/2/1998 | Property Inventory Form (Duffy) | Same objection as above. | Same objection as above. |
| JX029 | RFC 394 | 4/2/1998 | Property Inventory Form (Duffy) | Same objection as above. | Same objection as above. |
| JX030 | | | LEFT INTENTIONALLY BLANK. | | |
| JX031 | RFC 483 | 4/3/1998 | Crime Scene Processing Report (Duffy, Kelly) | Same objection as above. | Same objection as above. |
| JX032 | RFC 489-499 | 4/3/1998 | CPD Photos (Duffy, Kelly) | Same objections as above. | Same objection as above. |
| JX033 | RFC 478 | 4/3/1998 | Crime Scene Processing Report (Hiller) | Same objections as above. | Same objection as above. |
| JX034 | RFC 620-626 | 4/3/1998 | CPD Photos (Hiller) | Same objections as above. | Same objection as above. |
| JX035 | RFC 480 | 4/3/1998 | Crime Scene Processing Report (Paulson, Gurtowski) | Same objections as above. | Same objection as above. |
| JX036 | RFC 212 | 4/3/1998 | General Progress Report (Dembowski) | Same objection as above. | Same objection as above. |
| JX037 | RFC 205 | 4/3/1998 | Norma Salazar Criminal History | Same objection as above. | Same objection as above. |
| JX038 | RFC 213 | 4/3/1998 | Request for Non-Published Telephone Information (Collins) | Same objection as above. | Same objection as above. |
| JX039 | RFC 207 | 11/25/97 | Norma Salazar Booking Photo | Same objection as above. | Same objection as above. |
| JX040 | RFC 232 | 4/10/1998 | Polygraph Section Exam Results | Same objection as above. | Same objection as above. |
| JX041 | RFC 7662-7665 | 4/3/1998 | Polygraph Study | Same objection as above. | Same objection as above. |
| JX042 | RFC 255-256 | 4/3/1998 | Property Inventory Form (Guevara, Halvorsen) | Same objection as above. | Same objection as above. |
| JX043 | RFC 341 | 4/3/1998 | General Progress Report (Guevera) | Same objection as above. | Same objection as above. |

3

| JX044 | RFC 357-358 | 4/3/1998 | Supplementary Report (Golab, Solis) | Same objection as above. | Same objection as above. |
|---|---|---|---|---|---|
| JX045 | RFC 359 | 4/3/1998 | General Progress Report (Kernan) | Same objection as above. | Same objection as above. |
| JX046 | RFC 463-465 | 4/3/1998 | Supplementary Report (Moreth) | Same objection as above. | Same objection as above. |
| JX047 | RFC 360-361 | 4/3/1998 | Property Inventory Form (Collins, McDonald) | Same objection as above. | Same objection as above. |
| JX048 | RFC 367-368 | 4/3/1998 | General Progress Report | Same objection as above. | Same objection as above. |
| JX049 | RFC 369 | 4/3/1998 | General Progress Report (Kernan) | Same objection as above. | Same objection as above. |
| JX050 | RFC 397 | 4/3/1998 | Leads Response | Same objection as above. | Same objection as above. |
| JX051 | RFC 362 | 4/3/1998 | General Progress Report (Collins) | Same objection as above. | Same objection as above. |
| JX052 | RFC 120 | 4/3/1998 | Request for Analysis (Stephens) | Same objection as above. | Same objection as above. |
| JX053 | RFC 197-198 | 4/3/1998 | DCFS Reports (Masonick) | Same objection as above. | Same objection as above. |
| JX054 | 199-203 | 4/3/1998 | Medical Records of Santiago and Maria Soto | Same objection as above. | Same objection as above. |
| JX055 | RFC 332-333 | 4/3/1998 | Property Inventory Form (Stephens, Ruiz) | Same objection as above. | Same objection as above. |
| JX056 | RRFC 330-331 | 4/3/1998 | Property Inventory Form (Stephens, Ruiz) | Same objection as above. | Same objection as above. |
| JX057 | RFC 257-265 | 4/4/1998 | General Progress Reports (Dickinson, Rutherford) | Same objection as above. | Same objection as above. |
| JX058 | RFC 479 | 4/4/1998 | Crime Scene Processing Report (Principato, Moore) | Same objection as above. | Same objection as above. |
| JX059 | RFC 504, 503, 502, 501, 500, 511, 510, 509, 508, 507, 506, 517, 516, 505 | 4/4/1998 | CPD Photos (Moore, Principato) | Same objection as above. | Same objection as above. |
| JX060 | RFC 447-448 | 4/4/1998 | Supplementary Report (Fallon) | Same objection as above. | Same objection as above. |
| JX061 | RFC 452-455 | 4/4/1998 | Supplementary Report (Mohan, Kernan) | Same objection as above. | Same objection as above. |
| JX062 | RFC 121 | 4/4/1998 | Consent to Search | Same objection as above. | Same objection as above. |
| JX063 | RFC 122-123 | 4/4/1998 | Property Inventory Form (Halvorsen, Guevara) | Same objection as above. | Same objection as above. |
| JX064 | RFC 124-125 | 4/4/1998 | Property Inventory Form (Guevara) | Same objection as above. | Same objection as above. |
| JX065 | RFC 126-127 | 4/4/1998 | Property Inventory Form (Halvorsen, Santopadre) | Same objection as above. | Same objection as above. |
| JX066 | RFC 128-129 | 4/4/1998 | Property Inventory Form (Halvorsen, Santopadre) | Same objection as above. | Same objection as above. |
| JX067 | RFC 130-131 | 4/4/1998 | Property Inventory Form (Halvorsen, Santopadre) | Same objection as above. | Same objection as above. |
| JX068 | RFC 132 | 4/4/1998 | Consent to Search | Same objection as above. | Same objection as above. |

4

| JX069 | RFC 133-134 | 4/4/1998 | Property Inventory Form (Guevara, Halvorsen) | Same objection as above. | Same objection as above. |
|---|---|---|---|---|---|
| JX070 | RFC 136-137 | 4/4/1998 | Property Inventory Form (Guevara, Halvorsen) | Same objection as above. | Same objection as above. |
| JX071 | RFC 141-142 | 4/4/1998 | Property Inventory Form (Guevara, Halvorsen) | Same objection as above. | Same objection as above. |
| JX072 | RFC 321-328 | 4/4/1998 | Statement of Guadalupe Mejia | Same objection as above. In addition, Defendants object to this exhibit as it is only a portion of, and not the complete, statement of this witness as it does not include any of the exhibits, which were signed by the person executing the statement, and so depending on how this exhibit is used, Defendants object to it without also introducing the exhibits which are necessary for a fair understanding of the context of the statement. FRE 106. | Same objection as above. Plaintiff states further that the exhibit is complete. As to the purported exhibits, Plaintiff objects on the basis of foundation. |
| JX073 | RFC 477 | 4/5/1998 | Crime Scene Processing Report (Bembynista, Pater, Kostecki) | See objection to JX071 | See objection to JX 001. |
| JX074 | RFC 518-30, 532-535 | 4/5/1998 | CPD Photos (Bembynista, Pater, Kostecki) | Same objection as above. | Same objection as above. |
| JX075 | RFC 273 | 4/5/1998 | CB Report, Solache | Same objection as above. | Same objection as above. |
| JX076 | RFC 274 | 4/5/1998 | CB Report, Reyes | Same objection as above. | Same objection as above. |
| JX077 | RFC 275 | 4/5/1998 | CB Report, Mejia | Same objection as above. | Same objection as above. |
| JX078 | RFC 281-293 | 4/5/1998 | Statement of Adriana Mejia | See objection to JX072. | See objection to JX072. |
| JX079 | RFC 294-304 | 4/5/1998 | Statement of Arturo Reyes | Same objection as above. | Same objection as above. |
| JX080 | RFC 305-313 | 4/5/1998 | Statement of Gabriel Solache | Same objection as above. | Same objection as above. |
| JX081 | RFC 314-320 | 4/5/1998 | Statement of Rosauro Mejia | Same objection as above. | Same objection as above. |
| JX082 | RFC 139-140 | 4/5/1998 | Property Inventory Form (Rutherford, Dickinson) | See objection to JX071. | See objection to JX001. |
| JX083 | RFC 147-148 | 4/5/1998 | Property Inventory Form (Kostecki, Bembynista, Pater) | Same objection as above. | Same objection as above. |
| JX084 | RFC 149-150 | 4/5/1998 | Property Inventory Form (Kostecki, Bembynista, Pater) | Same objection as above. | Same objection as above. |

5

| | | | | | |
|---|---|---|---|---|---|
| JX085 | RFC 278, 276-277 | 4/6/1998 | General Progress Report (Gutierrez) | Same objection as above. | Same objection as above. |
| JX086 | RFC 154 | 4/3/1998 | Polygraph Examiner's Worksheet | Same objection as above. | Same objection as above. |
| JX087 | RFC 466-467 | 4/9/1998 | Supplementary Report (Guevara, Halvorsen) | Same objection as above. | Same objection as above. |
| JX088 | RFC 151 | 4/10/1998 | Leads Response | Same objection as above. | Same objection as above. |
| JX089 | RFC 449-451 | 4/15/1998 | Supplementary Report (McDonald, Collins, Dickinson) | Same objection as above. | Same objection as above. |
| JX090 | RFC 484 | 4/17/1998 | Crime Scene Processing Report (Stankus, Naujokas) | Same objection as above. | Same objection as above. |
| JX091 | RFC 580-615 | 4/17/1998 | CPD Photos (Stankus, Naujokas) | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular portions contained herein on the basis of relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802. | Same objection as above. |
| JX092 | | | LEFT INTENTIONALLY BLANK. | | |
| JX093 | | | LEFT INTENTIONALLY BLANK. | | |
| JX094 | RFC 461 | 4/18/1998 | Supplementary Report, Cleared Closed (Guevara) | Same objection as above. | Same objection as above. |
| JX095 | RFC 426-446 | 4/30/1998 | Supplementary Report, Cleared Closed (Halvorsen, Guevara) | Same objection as above. | Same objection as above. |
| JX096 | RFC 117 | 11/18/1999 | Supplementary Report (Trevino) | Same objection as above. | Same objection as above. |
| JX097 | RFC 395 | Undated | Polaroid Photos of knife box, block and knives | Same objection as above. | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| JX098 | RFC 396 | | Jacinta and Mariano ID photos | Same objection as above. | Same objection as above. |
| JX099 | RFC 135 | 4/4/1998 | Notes from Reyes' pocket | Same objection as above. | Same objection as above. |
| JX100 | RFC 138 | | U of I Appointment Letter to Jacinta | Same objection as above. | Same objection as above. |
| JX101 | RFC 143-144 | 4/5/1998 | Vehicle Tow Report | Same objection as above. | Same objection as above. |
| JX102 | RFC 145-146 | 4/5/1998 | 4/5/1998 Property Inventory Form (Kostecki, Bembynista, Pater) | Same objection as above. | Same objection as above. |
| JX103 | RFC 215 | Undated | Evidence Submission Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX104 | RFC 95 | Undated | Evidence Submission Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX105 | RFC 96 | | Evidence Submission Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX106 | RFC 216 | | Evidence Submission Form (Halvorsen) | Same objection as above. | Same objection as above. |
| JX107 | RFC 217 | | Evidence Submission Form (Stephens) | Same objection as above. | Same objection as above. |
| JX108 | NPSL 101716 | 5/11/1998 | ISP Report (Engelking) | Same as above. | Same objection as above. |
| JX109 | RFC 100-105 | 5/13/1998 | ISP Report (Boedeker) | Same as above. | Same objection as above. |
| JX110 | RFC 106 | 5/5/1998 | ISP Report (Engelking) | Same as above. | Same objection as above. |
| JX111 | RFC 107-108 | 5/27/1998 | ISP Report (Rochowicz) | Same as above. | Same objection as above. |
| JX112 | RFC 112 | 5/6/1998 | ISP Report (Engelking) | Same as above. | Same objection as above. |
| JX113 | RFC 218 | 10/20/1999 | ISP Report (Wilson) | Same as above. | Same objection as above. |
| JX114 | RFC 219-222 | 12/16/1999 | ISP Report (Wilson) | Same as above. | Same objection as above. |
| JX115 | 2031-2033 | 1/29/2000 | ISP Report (Wilson) | Same as above. | Same objection as above. |
| JX116 | RFC 671-673 | 1/15/2017 | ISP Report (Neff) | Same as above. | Same objection as above. |
| JX117 | RFC 674-675 | 8/17/2016 | ISP Report (Jackson) | Same as above. | Same objection as above. |
| JX118 | RFC 676 | 8/30/2016 | ISP Report (Prus) | Same as above. | Same objection as above. |
| JX119 | RFC 677-678 | 10/3/2017 | ISP Report (Rochowicz) | Same as above. | Same objection as above. |
| JX120 | NPSL102562-102563 | 12/8/2016 | Email exchange re DNA testing | Objection to hearsay, foundation, relevance, cumulative, and probative value does not substantially outweigh prejudicial effect. FRE 401, 402, 403, 703, 802, 901. | Same objection as above. |

| JX121 | NPSL 74834-74835 | 11/13/2014 | Email exchange re DNA testing | Objection to hearsay, foundation, relevance, cumulative, and probative value does not substantially outweigh prejudicial effect.  FRE 401, 402, 403, 703, 802, 901. | Same objection as above. |
|---|---|---|---|---|---|
| JX122 | NPSL 96579 | 4/1/2015 | Email exchange re DNA testing | Objection to hearsay, foundation, relevance, cumulative, and probative value does not substantially outweigh prejudicial effect.  FRE 401, 402, 403, 703, 802, 901. | Same objection as above. |
| JX123 | NPSL 97686-97688 | 5/7/2015 | Email exchange re DNA testing | Objection to hearsay, foundation, relevance, cumulative, and probative value does not substantially outweigh prejudicial effect.  FRE 401, 402, 403, 703, 802, 901. | Same objection as above. |
| JX124 | NPSL 101532 | 8/16/2016 | Email exchange re DNA testing | Objection to hearsay, foundation, relevance, cumulative, and probative value does not substantially outweigh prejudicial effect.  FRE 401, 402, 403, 703, 802, 901. | Same objection as above. |
| JX125 | Reyes 8758-8890 | Various | ISP Reports with detail (Neff) | No objection if for ID only.  Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular portions contained herein on the basis of relevance, foundation, | Same objection as above. |

8

| | | | | | |
|---|---|---|---|---|---|
| | | | | and hearsay.  FRE 401, 402, 403, 801 and 802. | |
| JX126 | NPSL 112233-112234 | | Photo of knives and butcher block | Same objection as above. | Same objection as above. |
| JX127 | | | LEFT INTENTIONALLY BLANK. | | |
| JX128 | RFC 679-788, Reyes 001-685, 1318-1520, 7984-8100 | | Photos of Impounded Evidence | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular portions contained herein on the basis of relevance, foundation, and hearsay.  FRE 401, 402, 403, 801 and 802. | Same objection as above. |
| JX129 | RFC 424-484 | Various | CPD Permanent Retention File | Same objections as above. | Same objection as above. |
| JX130 | RFC 1-423 | Various | CPD Investigative File | Same objections as above. | Same objection as above. |
| JX131 | CCSAO Supp 001-18 | Various | CCSAO Felony Review Folder |  No objection if for ID only.  Defendants object to Plaintiffs using any part of this file as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading this file or displaying it before the jury. | Same objection as above. |
| JX132 | RFC 654-656 | | Arrest Profile, Reyes | Same objection as above. | Same objection as above. |
| JX133 | RFC 651-653 | | Arrest Profile, Solache | Same objection as above. | Same objection as above. |
| JX134 | RFC 657-659 | | Arrest Profile, Adriana Mejia | Same objection as above. | Same objection as above. |

9

| JX135 | RFC 660-663 | | Arrest Profile, Rosauro Mejia | Same objection as above. | Same objection as above. |
|---|---|---|---|---|---|
| JX136 | RFC 76-83 | Various | Investigative File Photos | Same objection as above. | Same objection as above. |
| JX137 | | | LEFT INTENTIONALLY BLANK | | |
| JX138 | | | LEFT INTENTIONALLY BLANK | | |
| JX139 | RFC 152 | 4/5/1998 | Photos of Adriana, Solache, Reyes and Rosauro | | Same objection as above. |
| JX140 | RFC 208-211 | | Medical Records of Adriana Mejia and Release | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular portions contained herein on the basis of relevance, foundation, and hearsay.  FRE 401, 402, 403, 801 and 802. | Same objection as above. |
| JX141 | RFC 485-626 | | CPD Photos and Envelopes | Same objection | Same objection as above. |
| JX142 | RFC 7675-7681 | | CPD Photo Envelopes | Same objection | Same objection as above. |
| JX143 | NPSL 80540-80547 | 4/27/1998 | E. Halvorsen Grand Jury Transcript | Objection to Plaintiffs using this transcript as substantive evidence and/or reading it to the jury based on hearsay, foundation, lack of personal knowledge and relevance.  FRE 401, 402, 403, 602, 802, 901. | Subject to the limitations and objections stated in Plaintiffs' designations and motions in limine, Plaintiffs list this exhibit for identification purposes only, and they do not agree that it should be admitted automatically. Plaintiffs reserve the right to object on the basis of relevance, foundation, and hearsay. FRE 401, |

| | | | | | 402, 403, 801 and 802, 901. |
|---|---|---|---|---|---|
| JX144 | NPSL 40516-40537 | 4/7/1998 | Guadalupe Mejia Grand Jury Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX145 | NPSL 40491-40515 | 4/7/1998 | Rosauro Mejia Grand Jury Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX146 | | | | LEFT INTENTIONALLY BLANK. | |
| JX147 | | | | LEFT INTENTIONALLY BLANK. | |
| JX148 | CCSAO 55155-55184 | 7/28/1999 | Kernan MTS Transcript | | Same objection as above. |
| JX149 | CCSAO 55184-55194 | 7/28/1999 | Flores MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX150 | CCSAO 55220-55261 | 9/1/1999 | Guevara MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX151 | CCSAO 55286-55307 | 9/1/1999 | Brualdi MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | |
| JX152 | CCSAO 55310-55334 | 9/1/1999 | O'Malley MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX153 | CCSAO 55336-55379 | 9/1/1999 | Navarro MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX154 | CCSAO 55397-55406 | 11/23/1999 | Basurto MTS Transcript | | Same objection as above. |
| JX155 | CCSAO 55406-55423 | 11/23/1999 | Trevino MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX156 | CCSAO 55532-55588 | 3/3/2000 | Reyes MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX157 | CCSAO 55596-55600 | 3/3/2000 | Musa MTS Transcript | | Same objection as above. |
| JX158 | | | | LEFT INTENTIONALLY BLANK. | |
| JX159 | CCSAO 55634-55681 | 3/3/2000 | Solache MTS Transcript | No objection if for impeachment/refreshing | Same objection as above. |

12

| | | | | | |
|---|---|---|---|---|---|
| | | | | recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | |
| JX160 | CCSAO 55759-55849 | 3/30/2000 | Mejia MTS Transcript | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX161 | CCSAO 55739-55755 | 3/30/2000 | Tenort MTS Transcript | | Same objection as above. |
| JX162 | CCSAO 55731-55739 | 3/30/2000 | Halvorsen MTS Transcript | | Same objection as above. |
| JS163 | CCSAO 55707-55730 | 3/30/2000 | Guevara MTS Transcript | | Same objection as above. |
| JX164 | CCSAO 56294-56311 | 6/14/2000 | Alfredo Aranda Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX165 | CCSAO 56313-56320 | 6/14/2000 | Soto Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above |
| JX166 | CCSAO 56328-56332 | 6/14/2000 | Rosa Aranda Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |

13

| JX167 | CCSAO 56332-56345 | 6/14/2000 | Valentin Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| --- | --- | --- | --- | --- | --- |
| JX168 | CCSAO 56345-56369 | 6/14/2000 | Halvorsen Trial Testimony | | Same objection as above. |
| JX169 | CCSAO 56371-56381 | 6/14/2000 | Solis Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX170 | CCSAO 56382-56390 | 6/14/2000 | Hanlon Trial Testimony | | Same objection as above. |
| JX171 | CCSAO 56391-56399 | 6/14/2000 | Brown Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX172 | CCSAO 56399-56411 | 6/14/2000 | Kernan Trial Testimony | | Same objection as above. |
| JX173 | CCSAO 56419-56437 | 6/15/2000 | Guadalupe Mejia Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX174 | CCSAO 56437-56445 | 6/15/2000 | Flores Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, | Same objection as above. |

14

| | | | | | |
|---|---|---|---|---|---|
| | | | | relevance. FRE 401, 402, 403, 802, 901. | |
| JX175 | CCSAO 56446-56457 | 6/15/2000 | Beligere Trial Testimony | | Same objection as above. |
| JX176 | CCSAO 56458-56471 | 6/15/2000 | Dickinson Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX177 | CCSAO 56472-56511 | 6/15/2000 | Boedeker Trial Testimony | | Same objection as above. |
| JX178 | CCSAO 56511-56555 | 6/15/2000 | Wilson Trial Testimony | | Same objection as above. |
| JX179 | CCSAO 56558-56678 | 6/15/2000 | Guevara Trial Testimony | | Same objection as above. |
| JX180 | CCSAO 56685-56708 | 6/16/2000 | Trevino Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX181 | CCSAO 56709-56744 | 6/16/2000 | O'Malley Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX182 | CCSAO 56749-56771 | 6/16/2000 | Harvey Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX183 | CCSAO 56772-56779 | 6/16/2000 | Ruiz Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this | Same objection as above. |

15

| | | | | transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | |
|---|---|---|---|---|---|
| JX184 | CCSAO 56783-56815 | 6/16/2000 | Brualdi Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX185 | CCSAO 56817-56864 | 6/16/2000 | Lifschultz Trial Testimony | | Same objection as above. |
| JX186 | CCSAO 56886-56926 | 6/19/2000 | Rosauro Mejia Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |
| JX187 | | | | LEFT INTENTIONALLY BLANK. | |
| JX188 | CCSAO 56933-56948 | 6/19/2000 | Romin Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. | Same objection as above. |
| JX189 | CCSAO 56948-57007 | 6/19/2000 | Dalbke Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. | |
| JX190 | CCSAO 57011-57077 | 6/19/2000 | Reyes Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. | Same objection as above. |
| JX191 | CCSAO 57080-57088 | | Gandhi Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. | Same objection as above. |
| JX192 | CCSAO 57089-57090 | 6/19/2000 | Guevara Trial Testimony | | Same objection as above. |
| JX193 | CCSAO 57090-57093 | 6/19/2000 | Basurto Trial Testimony | | Same objection as above. |
| JX194 | CCSAO 57098-57113 | 6/19/2000 | Herrera Trial Testimony | No objection if for impeachment/refreshing recollection purposes only. Objection to Plaintiffs using this transcript as substantive evidence based on hearsay, foundation, relevance. FRE 401, 402, 403, 802, 901. Defendants further object to Plaintiffs reading any portion of the testimony into the | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | record or displaying it before the jury. | |
| JX195 | CCSAO 57114-57115 | 6/19/2000 | Guevara Trial Testimony | | Same objection as above. |
| JX196 | CCSAO 57116-57119 | 6/19/2000 | Basurto Trial Testimony | | Same objection as above. |
| JX197 | AR-L 643795-643876 | 2/14/2013 | Dorsch PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802.  Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX198 | AR-L 643885-643949 | 2/14/2013 | Reyes PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802.  Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX199 | AR-L 643977-644006 | 4/9/2013 | Turner PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802.  Defendants further object to Plaintiffs reading any portion of the testimony into the | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | |
| JX200 | AR-L 644008-644052 | 4/9/2013 | Solache PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX201 | AR-L 644089-644149 | 4/10/2013 | Duta PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX202 | AR-L 644151-644210 | 4/10/2013 | Hunt PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of | Same objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | |
| JX203 | AR-L 644216-644268 | 4/11/2013 | Velazquez PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX204 | AR-L 644268-644322 | 4/11/2013 | Frias PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury.  See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX205 | AR-L 644328-644367 | 6/5/2013 | Gardner PC Transcript | No objection if for ID only.  Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance.  FRE 401, 402, 403, 802. Defendants further object to Plaintiffs | Same objection as above. |

| | | | | reading any portion of the testimony into the record or displaying it before the jury. See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | |
|---|---|---|---|---|---|
| JX206 | AR-L 644368-644431 | 6/5/2013 | Melendez PC Transcript | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX207 | AR-L 644438-644476 | 7/29/2013 | Guevara PC Transcript | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. | Same objection as above. |
| JX208 | AR-L 644622-644635 | 10/8/2014 | Navarro PC Transcript | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. | Same objection as above. |
| JX209 | AR-L 644635-644674 | 10/8/2014 | Brualdi PC Transcript | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. | Same objection as above. |
| JX211 | AR-L 644675-644715 | 10/8/2014 | O'Malley PC Transcript | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as | Same objection as above. |

| | | | | substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. | |
|---|---|---|---|---|---|
| JX211 | AR-L 644721-644770 | 10/9/2014 | Fogarty PC Transcript | Same as above. | Same objection as above. |
| JX212 | AR-L 644775-644798 | 10/10/2014 | Walsh PC Transcript | Same as above. | Same objection as above. |
| JX213 | AR-L 644808-644835 | 11/21/2014 | Connelly PC Transcript | Same as above. | Same objection as above. |
| JX214 | AR-L 644835-644853 | 11/21/2014 | Rubin PC Transcript | Same as above. | Same objection as above. |
| JX215 | AR-L 644853-644868 | 11/21/2014 | McMurray PC Transcript | Same as above. | Same objection as above. |
| JX216 | AR-L 644879-644911 | 2/11/2015 | Iwasaki PC Transcript | Same as above. | Same objection as above. |
| JX217 | AR-L 644924-644928 | 3/27/2015 | Darman PC Transcript | Same as above. | Same objection as above. |
| JX218 | AR-L 644929-644958 | 3/27/2015 | Rivera PC Transcript | Same as above. | Same objection as above. |
| JX219 | AR-L 644959-644971 | 3/27/2015 | Vargas PC Transcript | Same as above. | Same objection as above. |
| JX220 | AR-L 645233-645239 | 10/17/2017 | Guevara PC Transcript | Same as above. | Same objection as above. |
| JX221 | AR-L 645240-645275 | 10/17/2017 | Brualdi PC Transcript | Same as above. | Same objection as above. |
| JX222 | AR-L 645276-645305 | 10/17/2017 | O'Malley PC Transcript | Same as above. | Same objection as above. |
| JX223 | AR-L 645307-645315 | 10/17/2017 | Larreta PC Transcript | Same as above. | Same objection as above. |
| JX224 | AR-L 645316-645364 | 10/17/2017 | Basurto PC Transcript | Same as above. | Same objection as above. |
| JX225 | AR-L 645365-645412 | 10/17/2017 | Trevino PC Transcript | Same as above. | Same objection as above. |
| JX226 | AR-L 645421-645446 | 10/30/2017 | Musa PC Transcript | Same as above. | Same objection as above. |
| JX227 | AR-L 645447-645462 | 10/30/2017 | Guevara PC Transcript | Same as above. | Same objection as above. |
| JX228 | | 10/21/2020 | Deposition Testimony[1] of Reynaldo Guevara | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX229 | | 6/22/2021 | Deposition Testimony of Daniel Trevino | Same objection as above | Same objection as above. |
| JX230 | | 6/9/2021 | Deposition Testimony of Edwin Dickinson | Same objection as above | Same objection as above. |
| JX231 | | 12/17/2019 | Deposition Testimony of Robert Rutherford | Same objection as above | Same objection as above. |
| JX232 | | 12/6/2021 | Deposition Testimony of Gabriel Solache (vol. I) | Same objection as above | Same objection as above. |
| JX233 | | 12/8/2021 | Deposition Testimony of Gabriel Solache (vol. II.) | Same objection as above | Same objection as above. |

---

[1] References to "Deposition Testimony" includes all volumes of that person's deposition taken in this case as well as all exhibits used at the deposition.

22

| | | | | | |
|---|---|---|---|---|---|
| JX234 | | 12/9/2021 | Deposition Testimony of Gabriel Solache (vol. III) | Same objection as above | Same objection as above. |
| JX235 | | 2/25/2020 | Deposition Testimony of Arturo Reyes (vol. I) | Same objection as above | Same objection as above. |
| JX236 | | 2/27/2020 | Deposition Testimony of Arturo Reyes (vol. II) | Same objection as above | Same objection as above. |
| JX237 | | 2/28/2020 | Deposition Testimony of Arturo Reyes (vol. III) | Same objection as above | Same objection as above. |
| JX238 | | 6/29/2022 | Deposition Testimony of Lt. John Foster 30(b)(6) | Undisclosed Witness, Hearsay (802) | Same objection as above. |
| JX239 | | 7/6/2022 | Deposition Testimony of Levester Denham 30(b)(6) | Same objection as above | Same objection as above |
| JX240 | | 4/5/2016 | Deposition Testimony of Karen Sullivan 30(b)(6) | Same objection as above | Same objection as above. |
| JX241 | | 12/22/2021 | Deposition Testimony of Joseph Bird 30(b)(6) | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX242 | | 12/17/2021 | Deposition Testimony of Eric Winstrom 30(b)(6) | Same objection as above | Same objection as above. |
| JX243 | | 10/5/2022 | Deposition Testimony of Tom Tiderington (expert) (vol. I) | Same objection as above | Same objection as above. |
| JX244 | | 10/6/2022 | Deposition Testimony of Tom Tiderington (expert) (vol. II) | Same objection as above | Same objection as above. |
| JX245 | | 10/14/2022 | Deposition Testimony of Karl Reich (expert) | Same objection as above | Same objection as above. |
| JX246 | | 9/28/2022 | Deposition Testimony of Richard Leo (expert) (vol. I) | Same objection as above | Same objection as above |
| JX247 | | 9/29/2022 | Deposition Testimony of Richard Leo (expert) (vol. II) | Same objection as above | Same objection as above. |
| JX248 | | 5/19/2023 | Deposition Testimony of Anthony Finnell (expert) | Same objection as above | Same objection as above. |
| JX249 | | 6/5/2019 | Deposition Testimony of Alfredo Aranda | Same objection as above | Same objection as above. |
| JX250 | | 2/19/2020 | Deposition Testimony of Jose Aranda | Same objection as above | Same objection as above. |
| JX251 | | 2/5/2020 | Deposition Testimony of Rosa Aranda | Same objection as above | Same objection as above. |
| JX252 | | 5/27/2021 | Deposition Testimony of Naomi Bank | Same objection as above | Same objection as above. |
| JX253 | | 5/1/2023 | Deposition Testimony of Christa Bowden | Same objection as above | Same objection as above. |
| JX254 | | 5/14/2021 | Deposition Testimony of Phil Cline | Same objection as above | Same objection as above. |
| JX255 | | 5/19/2019 | Deposition Testimony of Cherie Dalbke | Same objection as above | Same objection as above. |
| JX256 | | 3/11/2021 | Deposition Testimony of Raul DeLira | Same objection as above | Same objection as above. |
| JX257 | | 6/11/2021 | Deposition Testimony of William Dorsch (vol. I) | Same objection as above | Same objection as above. |
| JX258 | | 8/20/2021 | Deposition Testimony of William Dorsch (vol. II) | Same objection as above | Same objection as above. |

| JX259 | | 5/12/2021 | Deposition Testimony of Diana Gama | Same objection as above | Same objection as above. |
|---|---|---|---|---|---|
| JX260 | | 5/25/2021 | Deposition Testimony of Grace Flores Gardner | Same objection as above | Same objection as above. |
| JX261 | | 6/18/2019 | Deposition Testimony of Adriana Mejia (vol. I) | Same objection as above | Same objection as above. |
| JX262 | | 10/22/2019 | Deposition Testimony of Adriana Mejia (vol. II) | Same objection as above | Same objection as above. |
| JX263 | | 4/20/2021 | Deposition Testimony of Jose Mejia | Same objection as above | Same objection as above. |
| JX264 | | 11/2/2019 | Deposition Testimony of Leobardo Mejia | Same objection as above | Same objection as above. |
| JX265 | | 8/8/2019 | Deposition Testimony of Rosauro Mejia (vol. I) | Same objection as above | Same objection as above. |
| JX266 | | 9/16/2019 | Deposition Testimony of Rosauro Mejia (vol. II) | Same objection as above | Same objection as above. |
| JX267 | | 10/16/2019 | Deposition Testimony of Rosauro Mejia (vol. III) | Same objection as above | Same objection as above. |
| JX268 | | 6/16/2021 | Deposition Testimony of Ed Mingey (vol. I) | Same objection as above | Same objection as above. |
| JX269 | | 6/17/2021 | Deposition Testimony of Ed Mingey (vol. II) | Same objection as above | Same objection as above. |
| JX270 | | 5/13/2021 | Deposition Testimony of William Moore | Same objection as above | Same objection as above. |
| JX271 | | 5/21/2021 | Deposition Testimony of Maricela Pastor De Leon | Same objection as above | Same objection as above. |
| JX272 | | | LEFT INTENTIONALLY BLANK. | | |
| JX273 | | 11/21/2019 | Deposition Testimony of Lourdes Rodriguez | Same objection as above | Same objection as above. |
| JX274 | | 7/31/2019 | Deposition Testimony of Ross Romine | Same objection as above | Same objection as above. |
| JX275 | | 2/16/2021 | Deposition Testimony of Viola Rouse (vol. I) | Same objection as above | Same objection as above. |
| JX276 | | 2/17/2021 | Deposition Testimony of Viola Rouse (vol. II) | Same objection as above | Same objection as above. |
| JX277 | | | LEFT INTENTIONALLY BLANK. | | |
| JX278 | | 8/27/2021 | Deposition Testimony of Bernard Sarley | Same objection as above | Same objection as above. |
| JX279 | | 6/12/2019 | Deposition Testimony of Jorge Soto | Same objection as above | Same objection as above. |
| JX280 | | 7/23/2019 | Deposition Testimony of David Valentin | Same objection as above | Same objection as above |
| JX281 | | | LEFT INTENTIONALLY BLANK. | | |
| JX282 | | 3/16/2021 | Deposition Testimony of Thomas Verdun | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX283 | | 8/17/2021 | Deposition Testimony of Tim Ward | Same objection as above | Same objection as above. |
| JX284 | | 1/21/2020 | Deposition Testimony of Jorge Mejia | Same objection as above | Same objection as above. |

24

| | | | | | |
|---|---|---|---|---|---|
| JX285 | | 1/20/2020 | Deposition Testimony of Guadalupe Mejia | Same objection as above | Same objection as above. |
| JX286 | | 8/26/2019 | Deposition Testimony of Horacio Mejia | Same objection as above | Same objection as above. |
| JX287 | | 2/3/2020 | Deposition Testimony of Raul Aranda Soto | Same objection as above | Same objection as above. |
| JX288 | | 7/23/2020 | Deposition Testimony of David Navarro | Same objection as above | Same objection as above. |
| JX289 | | 7/9/2019 | Deposition Testimony of Heather Brualdi | Same objection as above | Same objection as above. |
| JX290 | | 6/15/2021 | Deposition Testimony of Andrew Varga | Same objection as above | Same objection as above. |
| JX291 | | 12/6/2019 | Deposition Testimony of Kevin Sheehan | Same objection as above | Same objection as above. |
| JX292 | | 8/14/2019 | Deposition Testimony of Thomas O'Malley | Same objection as above | Same objection as above. |
| JX293 | | 6/10/2021 | Deposition Testimony of Karin Wehrle | Same objection as above | Same objection as above. |
| JX294 | | 6/3/2021 | Deposition Testimony of Kristin Piper | Same objection as above | Same objection as above. |
| JX295 | | 3/31/2021 | Deposition Testimony of Theresa Randerson | Same objection as above | Same objection as above. |
| JX296 | | 04/15/2021 | Deposition Testimony of Art Hill | Same objection as above | Same objection as above. |
| JX297 | | 4/6/2021 | Deposition Testimony of Allan Andrews | Same objection as above | Same objection as above. |
| JX298 | | 9/24/2021 | Deposition Testimony of Nelson Andreu (expert) | Same objection as above | Same objection as above. |
| JX299 | | 2/7/2023 | Deposition Testimony of Bernard Murray (expert) | Same objection as above | Same objection as above. |
| JX300 | | 1/6/2023 | Deposition Testimony of Lior Gideon (expert) | Same objection as above | Same objection as above |
| JX301 | | 11/22/2019 | Deposition Testimony of Wade Golab | Same objection as above | Same objection as above. |
| JX302 | | 6/30/2021 | Deposition Testimony of Monica Amaya | Same objection as above | Same objection as above. |
| JX303 | | 6/7/2021 | Deposition Testimony of Joseph Stiller | Same objection as above. | Same objection as above. |
| JX304 | | 05/12/2021 | Deposition Testimony of Diana Gama | Same objection as above | Same objection as above. |
| JX305 | | 04/30/2019 | Deposition Testimony of Mark Harvey | Same objection as above | Same objection as above. |
| JX306 | | 7/15/2019 | Deposition Testimony of Berscott Ruiz | Same objection as above | Same objection as above. |
| JX307 | | 5/13/2021 | Deposition Testimony of William Moore | Same objection as above | Same objection as above. |
| JX308 | | 11/22/2019 | Deposition Testimony of Juan Solis | Same objection as above | Same objection as above. |
| JX309 | | 8/20/2020 | Deposition Testimony of Scott Reiff | Same objection as above | Same objection as above. |
| JX310 | | 11/13/2019 | Deposition Testimony of Robert Biebel | Same objection as above | Same objection as above. |
| JX311 | | 6/25/2021 | Deposition Testimony of John Musa | Same objection as above | Same objection as above. |

25

| | | | | | |
|---|---|---|---|---|---|
| JX312 | | 5/19/2021 | Deposition Testimony of Sharon Makowsky | Same objection as above | Same objection as above. |
| JX313 | | 9/13/2021 | Deposition Testimony of Jose E. Melendez | Same objection as above | Same objection as above. |
| JX314 | | 6/28/2021 | Deposition Testimony of David Velasquez (vol. I) | Same objection as above | Same objection as above. |
| JX315 | | 9/8/2021 | Deposition Testimony of David Velasquez (vol. II) | Same objection as above | Same objection as above |
| JX316 | | 7/29/2020 | Deposition Testimony of Jorge Cerda (vol. I) | Same objection as above | Same objection as above. |
| JX317 | | 1/14/2021 | Deposition Testimony of Jorge Cerda (vol. II) | Same objection as above | Same objection as above. |
| JX318 | | 8/19/2020 | Deposition Testimony of Steven Kostecki | Same objection as above | Same objection as above. |
| JX319 | | 5/4/2021 | Deposition Testimony of Saul Basurto | Same objection as above | Same objection as above. |
| JX320 | | 6/4/2021; 6/25/2021 | Deposition Testimony of Fernando Valadez | Same objection as above | Same objection as above. |
| JX321 | | 4/8/2021 | Deposition Testimony of Minnie Tenort | Same objection as above | Same objection as above |
| JX322 | | 11/23/2020 | Deposition Testimony of Lilia Flores | Same objection as above | Same objection as above. |
| JX323 | | 3/31/2021 | Deposition Testimony of Theresa Randerson | Same objection as above | Same objection as above. |
| JX324 | | 1/14/2019 | Deposition Testimony of Dennis Stankus | Same objection as above | Same objection as above. |
| JX325 | | 6/30/2021 | Deposition Testimony of Araceli Zambrano Olivares | Same objection as above | Same objection as above |
| JX326 | | 6/2/2021 | Deposition Testimony of Gonzalo Pastor-DeLeon | Same objection as above | Same objection as above. |
| JX327 | | 5/17/2021 | Deposition Testimony of Maria Irene DeLeon Zambrano | Same objection as above | Same objection as above. |
| JX328 | | | Deposition Testimony of Alfredo Gonzalez | Same objection as above | Same objection as above. |
| JX329 | | | Deposition Testimony of Jose M. Melendez | Same objection as above | Same objection as above. |
| JX330 | | | | LEFT INTENTIONALLY BLANK. | |
| JX331 | Reyes_Jenner 9630-9636, AR-JENNER 9308-9314 | 6/16/98 | Motion for Discovery, Reyes | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. | Same objection as above. |
| JX332 | | 5/18/98 | Motion for Discovery, Solache | Same as above. | Same objection as above. |
| JX333 | | 5/18/98 | Motion for Discovery, Mejia | Same as above. | Same objection as above. |

26

| | | | | | |
|---|---|---|---|---|---|
| JX334 | | | | LEFT INTENTIONALLY BLANK. | |
| JX335 | 3838-3842 | 7/26/99 | Supplemental Motion to Suppress Statements, Reyes | No objection if for ID only. Defendants object to Plaintiffs using any part of this exhibit as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX336 | RG 18755-18758 | 7/28/99 | Motion to Suppress Statements, Mejia | No objection if for ID only. Defendants object to Plaintiffs using any part of this transcript as substantive evidence based on hearsay and relevance. FRE 401, 402, 403, 802. Defendants further object to Plaintiffs reading any portion of the testimony into the record or displaying it before the jury. See also Defendants' Response to Plaintiffs' Motion to Admit Other Bad Acts. Dkts. 837, 841-843. | Same objection as above. |
| JX337 | | 1/18/22 | Expert Report of Anthony Finnell | Hearsay (802), For ID only | Plaintiffs list this exhibit for identification purposes only, and they do not agree that it should be admitted automatically. Plaintiffs reserve the right to object on the basis of relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802, 901. |
| JX338 | | 1/31/23 | Rebuttal Expert Report of Anthony Finnell | Hearsay (802), For ID only | Same objection as above. |

27

| JX339 | | 10/31/22 | Expert Report of Lior Gideon | Hearsay (802), For ID only | Same objection as above. |
|---|---|---|---|---|---|
| JX340 | | 1/15/22 | Expert Report of Thomas Tiderington | Hearsay (802), For ID only | Same objection as above. |
| JX341 | | 1/15/22 | Spreadsheet Summarizing File Analysis for 1995-1998 (Attachment F to Tiderington Report) | Hearsay (802), For ID only | Same objection as above. |
| JX342 | Tiderington 001332-001464 | | La Police Scientifique by Marc A. Bischoff (Articles and Literature Cited in Expert Report of Thomas Tiderington) | Hearsay (802), For ID only | Same objection as above. |
| JX343 | Tiderington 001755-002057 | | L'Enquete criminelle et les Methodes scientifiques by Ernest Flammario (Articles and Literature Cited in Expert Report of Thomas Tiderington) | Hearsay (802), For ID only | Same objection as above. |
| JX344 | | 10/31/22 | Expert Report of Bernard Murrary | Hearsay (802), For ID only | Same objection as above. |
| JX345 | | 1/15/22 | Expert Report of Richard Leo | Hearsay (802), For ID only | Same objection as above. |
| JX346 | | 10/31/22 | Expert Report of Michael Wellner | Hearsay (802), For ID only | Same objection as above. |
| JX347 | RFC-Solache/Reyes 41740-66162 | 1995-1998 | Chicago Police Department Area 5 RD Files – 1995-1998 | Hearsay (802), For ID only | Same objection as above. |
| JX348 | AR-PD 1-57407 | Various | Cook County Public Defender's Files | Hearsay (802), For ID only | Same objection as above. |
| JX349 | | | LEFT INTENTIONALLY BLANK. | | |
| JX350 | | | LEFT INTENTIONALLY BLANK. | | |
| JX351 | | | LEFT INTENTIONALLY BLANK. | | |
| JX352 | | | LEFT INTENTIONALLY BLANK. | | |
| JX353 | | | LEFT INTENTIONALLY BLANK. | | |
| JX354 | Reyes 1486-1509 | | Color photos from Mejia home | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered | Plaintiffs list this exhibit for identification purposes only, and they do not agree that it should be admitted automatically. Plaintiffs reserve the right to object on the basis of |

28

| | | | | | |
|---|---|---|---|---|---|
| | | | | in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802, 901. |
| JX355 | Reyes 7966-7970, 7971-7973, 7974-7983 | | Photo Negatives | Same objections as above. | Same objection as above. |
| JX356 | | 10/14/2022 | Deposition Testimony of Karl Reich | No objection if for ID only, Hearsay (802) | Subject to the limitations and objections stated in Plaintiffs' designations and motions in limine, Plaintiffs list this exhibit for identification purposes only, and they do not agree that it should be admitted automatically. Plaintiffs reserve the right to object on the basis of relevance, foundation, and hearsay. FRE 401, 402, 403, 801 and 802, 901. |
| JX357 | | 5/16/2023 | Deposition Testimony of Miroslava Meza | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX358 | | 05/23/2023 | Deposition Testimony of Elias Michaelides | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX359 | | | Deposition Testimony of Evan Greenbaum | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX360 | | 9/24/2021 | Deposition Testimony of Nelson Andreu | No objection if for ID only, Hearsay (802) | Same objection as above. |
| JX361 | | 1/15/2022 | Expert Report of Karl Reich | Hearsay (802), For ID only | Same objection as above. |
| JX362 | | 5/16/2023 | Expert Report of Miroslava Meza | Hearsay (802), For ID only | Same objection as above. |
| JX363 | | 1/25/2023 | Expert Report of Elias Michaelides | Hearsay (802), For ID only | Same objection as above. |
| JX364 | | 10/31/2022 | Expert Report of Evan Greenbaum | Hearsay (802), For ID only | Same objection as above. |
| JX365 | | 10/31/2022 | Expert Report of Nelson Andreu | Hearsay (802), For ID only | Same objection as above. |

29