**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

<u>**PLAINTIFFS' TRIAL EXHIBIT LIST**</u>

Plaintiffs, through their undersigned counsel, submit the attached Trial Exhibit List. In addition

to the exhibits listed, Plaintiffs reserve the right to use additional exhibits for impeachment, rebuttal, and

cross-examination purposes, as well as based upon new information and issues raised during trial.

| PX | Bates No. | Date | Description | Objection | Response to Objection |
|---|---|---|---|---|---|
| PX001 | Reyes 9090 | 11/14/22 | Reyes Certificate of Innocence | FRE 401, 402( Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing); Grounds set forth in Def.'s Mot. Lim. No. 1. | See Plaintiffs' response to Defs.' MIL. |
| PX002 | Reyes 9091 | 11/14/22 | Solache Certificate of Innocence | Same objection as above. | See Plaintiffs' response to Defs.' MIL. |
| PX003 | RFC 426-446 and RFC 233-253 | 4/30/98 | Closing Report | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and |

| | | | | introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defs.' MIL. |
|---|---|---|---|---|---|
| PX004 | RFC 270 | 4/3/98 | Reyes Arrest Report | Same objection as above. | Same response to objection as above. |
| PX005 | RFC 271 | 4/3/98 | Solache Arrest Report | Same objection as above. | Same response to objection as above. |
| PX006 | RFC 269 | 4/3/98 | Adriana Mejia Arrest Report | Same objection as above. | Same response to objection as above. |
| PX007 | RFC 272 | 4/3/98 | Rosauro Mejia Arrest Report | Same objection as above. | Same response to objection as above. |
| PX008 | RFC 4564-4565, 5575-5576 and 6079-6080 | 4/2/98 | CPD Major Incident Log | Same objection as above. | Same response to objection as above. |
| PX009 | RFC 154 | 4/3/98 | Bartik Polygraph Examiner Worksheet Adriana Mejia | Same objection as above. | Same response to objection as above. |
| PX010 | SDT-FBI 1-27 | Various | FBI Investigation Reports | Same objection as above. | Same response to objection as above. |
| PX011 | RFC 197-203 and JGS 785-796 | 4/3/98 | Children's DCFS Reports and Medical Records | Same objection as above. | Same response to objection as above. |
| PX012 | Bluhm 25519 | 2/12/98 | Rosauro Mejia Medical Record | FRE 401, 402 (Relevance), FRE 901 (Foundation), FRE 801, 802 (hearsay); FRE 403 (unduly prejudicial, confusing); see MIL 21. | May be relevant to procedural history of criminal case, guilt, impeachment or admissions of witnesses, damages, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs.' MIL. |

| PX013 | | | LEFT INTENTIONALLY BLANK. | | |
|---|---|---|---|---|---|
| PX014 | RFC 11126-11130 | | CPD Criminal History Norma Salazar | FRE 401, 402 (Relevance), FRE 901 (Foundation), FRE 801, 802 (hearsay); FRE 403 (unduly prejudicial, confusing); see MIL 15. | Same response to objection as above. |
| PX015 | RFC 210 | Undated | Handwritten Note Guadalupe Mejia | Defendants do not object in entirety to this exhibit contingent upon how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. Relevance, Confusion, Misleading the Jury, Foundation, Hearsay, FRE 410, 402, 403, 802, 901. | Same response to objection as above. See Plaintiffs' response to Defendants' motion in limine regarding "sufficiency of investigation." |
| PX016 | Solache 7808-7817 | 4/6/98 | Branch 66 Transcript | Defendants do not necessarily object in the entirety to criminal trial transcripts being used as evidence for certain purposes. Defendants do reserve the right to object to portions of this evidence as irrelevant, lacking foundation, hearsay, contravening matters adjudicated in Defendants' favor on summary judgment, and as confusing and unduly prejudicial under FRE 403. Defendants further object to any evidence or argument that any Defendants' testimony (false or otherwise) can be used as a basis for any claim in this case. | May be relevant to materiality, suppression/reasonable diligence, procedural history of criminal case, guilt, impeachment or admissions of witnesses, damages, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX017 | SDT-ISP 559 | 4/6/98 | ISP Forensic Phone Memo Dickinson | FRE 801, 802 (Hearsay), Lack of Foundation (901) | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained |

3

| | | | | | within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
|---|---|---|---|---|---|
| PX018 | SDT-ISP 565 | 4/9/98 | ISP Forensic Phone Memo Dickinson | Same objection as above. | Same response to objection as above. |
| PX019 | CCSAO 2949-3044 (AR-L 108297-108392), and RFC 4671-4690 | Various | Vehicle Records | Relevance (401/402), foundation (901), hearsay (801), Prejudice (403). | May be relevant to procedural history of criminal case, the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX020 | RFC 151 and JGS 2480-2481 | 4/10/98 | LEADS Responses | FRE 801, 802 (Hearsay), Lack of Foundation (901), Relevance (401/402) | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX021 | SDT-ISP 563 | 4/28/98 | ISP Forensic Phone Memo Halvorsen | FRE 801, 802 (Hearsay), Lack of Foundation (901) | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX022 | SDT-ISP 562 | 4/28/98 | ISP Forensic Phone Memo Dickinson | FRE 801, 802 (Hearsay), Lack of Foundation (901) | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set |

| | | | | | forth in FRE 803, 804, 806, and/or 807. |
|---|---|---|---|---|---|
| PX023 | RFC 370 | 5/6/98 | Forensic Knife Analysis | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defendants' motion in limine regarding "sufficiency of investigation." |
| PX024 | RFC 97-105, 109-111 | 5/13/98 | ISP Forensic Analysis | Same objection as above. | Same response to objection as above. |
| PX025 | RFC 371-372 | 5/27/98 | ISP Forensic Hair Analysis | Same objection as above. | Same response to objection as above. |
| PX026 | RFC 218, 223 | 10/20/99 | ISP Wilson Receipt of Blook Standards | Same objection as above. | Same response to objection as above. |
| PX027 | JGS 930-950 SDT-ISP 141-144, 298-299, 265-270, 333-335, 616, 625-626, 630, 632, 797 | Various | ISP DNA Analyses | Same objection as above. | Same response to objection as above. |
| PX028 | JGS 1167-1282 and JGS 5402-5409 | Various | ISP Crime Lab Reports | Same objection as above. | Same response to objection as above. |
| PX029 | CCSAO 1327-2320 (AR-L 106675-107274) | Various | Lab Reports | FRE 801, 802 (Hearsay), Lack of Foundation (901). Def's MIL 21. | Same response to objection as above. |
| PX030 | RFC 224-227 | 12/16/99 | ISP Wilson Analysis | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defendants' motion in limine |

| | | | | | |
|---|---|---|---|---|---|
| | | | | of relevance, foundation, and hearsay. | regarding "sufficiency of investigation." |
| PX031 | RFC 228-231 | 12/16/99 | ISP Wilson Analysis | Same objection as above. | Same response to objection as above. |
| PX032 | RFC 70-73 and 3055-3062 | Various | Investigative File Inventory | Same objection as above. | Same response to objection as above. |
| PX033 | CCSAO 812-929 (AR-L 106160-106277) | Various | Inventories | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | Same response to objection as above. |
| PX034 | RFC 96-112 and RFC 671-678 | Various | Illinois State Police Forensic Reports | Duplicative of PX 116 (RFC 97-105, 109-111) and PX 72 (RFC 95-96, 215-217). | This exhibit contains pages that are not contained in the other identified exhibits and is therefore not duplicative. |
| PX035 | CCSAO 1090-1160 (AR-L 106438-AR-L 106508) and RFC 138 | Various | Jacinta Soto Medical Records | No objection to RFC 138 depending on how Plaintiffs seek to introduce such document. Defendants reserve the right to object on the basis of foundation and hearsay.<br><br>FRE 401, 402 (Relevance), FRE 901 (Foundation), FRE 801, 802 (hearsay).  Def's MIL 21. | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX036 | CCSAO 797-805, Bluhm 25513-25704 and RFC 208-209 | Various | Adriana Mejia Medical Records | Relevance FRE 401, 402; prejudicial FRE 403; Hearsay FRE 801, 802; Foundation, FRE 901; Def's MIL No 21. | May be relevant to the substance of the underlying police investigation, guilt, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to |

| | | | | | the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defendants' MIL. |
|---|---|---|---|---|---|
| PX037 | RFC 211 | | Adriana Consent Release Medical Records to CPD | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | May be relevant to the substance of the underlying police investigation, guilt, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defendants' MIL concerning "sufficiency of investigation.". |
| PX038 | RFC 155-193 | Various | Telephone Reports | FRE 401, 402 (Relevance), Lack of Foundation, Def's MILs. . | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defendants' MIL. |
| PX039 | JR-L 102124-102127 | Various | Reyes Employment Records | FRE 401, 402 (Relevance), Lack of Foundation, Def's MILs. | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. See Plaintiffs' response to Defendants' MIL. |
| PX040 | RFC 4817-4836 | Various | Adriana Mejia Letters | No objection to refreshing recollection or impeachment only. Defendants reserve the right to object to portions of the letter as to relevance | May be relevant to the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. |
| PX041 | Guevara-L 035508 Guevara-L 36240 AR-L 590417 and AR-L 120052 | Undated | Photographs of Reynaldo Guevara | FRE 401, 402 (Relevance), Lack of Foundation, FRE 403 (unduly prejudicial, confusing). | May be relevant to the substance of the underlying police investigation, guilt, identification, impeachment or admissions of witnesses, and |

7

| | | | | | refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
|---|---|---|---|---|---|
| PX042 | Guevara-L 035509 Guevara-L 036239 and AR-L 120051 | Undated | Photographs of Ernest Halvorsen | FRE 401, 402 (Relevance), Lack of Foundation, FRE 403 (unduly prejudicial, confusing). | Same response to objection as above. |
| PX043 | AR-L 120056 | Undated | Photographs of Robert Rutherford | FRE 401, 402 (Relevance), Lack of Foundation, FRE 403 (unduly prejudicial, confusing). | Same response to objection as above. |
| PX044 | AR-L 120063 | Undated | Photographs of Daniel Trevino | FRE 401, 402 (Relevance), Lack of Foundation, FRE 403 (unduly prejudicial, confusing). | Same response to objection as above. |
| PX045 | RFC-Solache/Reyes 000011-000014, 000017-000026, 000029, 000030-00037, 000040-000050, 000058-000066 and RFC 500, 580, 582, 584, 607 | | Selected Crime Scene Photographs | FRE 106 (to the extent showing investigation), *See,* Response to Plaintiffs' MIL 7. | FRE 106 not applicable because exhibit does not contain a writing or recorded statement. See Plaintiffs' MIL. |
| PX046 | CCSAO 2507-2531 | 4/5/98 | Photographs of Solache, Reyes, Adriana Mejia | | |
| PX047 | RFC 76-81, 152 and Reyes 89 | Various | Photographs of Suspects, Sotos | Defendants object to the use of "suspects" to describe these photographs. *See,* Def.'s MIL 23. | Basis for objection unclear. |
| PX048 | Reyes 397-416,and Reyes 127 | Various | Photographs of Adriana Mejia, Soto Children | | |
| PX049 | | 12/12/14 | Sidley Austin Solache/Reyes Report | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, and FRE 801, 802 (hearsay). Defendants also object to any evidence relating to any other alleged "bad acts" as barred by Rule 404 and 403. See Defs.' MIL 17. Defendants also object to any evidence offered to contradict any matters resolved on summary | This is a party admission that is not hearsay under 801(d). May be relevant to the substance of the underlying police investigation, guilt, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | judgment and/or offered to show any allegedly flawed police investigation. See Defs.' MIL 17. Defendants further object to the extent this exhibit is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Defs.' MILs and Plaintiffs' motion to admit 404(b) evidence, and Plaintiffs' response to Defs' Motion to Bifurcate trial. |
| PX050 | Reyes 9091 | 11/14/22 | Order Granting Solache COI | FRE 401, 402( Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing); Grounds set forth in Def's MIL 1. | May be relevant to the substance of the underlying police investigation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Defs.' MIL. |
| PX051 | Solache 8060 | 12/21/17 | Solache Order Vacating Conviction | Hearsay, Foundation, FRE 403, FRE 401, 402 (Relevance) | May be relevant to the procedural history of criminal case, causation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. |

| PX052 | Reyes 9090 | 11/14/22 | Order Granting Reyes COI | FRE 401, 402( Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing); Grounds set forth in Def's MIL 1. | May be relevant to the substance of the underlying police investigation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Defs.' MIL. |
| PX053 | Reyes_Jenner 12174 | 12/21/17 | Reyes Order Vacating Conviction | Hearsay, Foundation, FRE 403, FRE 401, 402 (Relevance) | May be relevant to the procedural history of criminal case, causation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. |
| PX054 | Reyes 15060-15061 | 11/6/23 | Reyes Court of Claims | FRE 401, 402 (Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing); Grounds set forth in Def's MIL 1. | May be relevant to the procedural history of criminal case, causation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE |

10

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Def's MIL. |
| PX055 | Solache 8009-8013 | 7/26/23 | Solache Court of Claims | FRE 401, 402 (Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing); Grounds set forth in Def's MIL 1. | Same response to objection as above. |
| PX056 | Reyes_Jenner 9648-9665, AR-JENNER 9323-9340 | 4/14/99 | Reyes Motion to Suppress and Exhibits | Hearsay, Relevance, FRE 403 | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, causation, guilt, damages, materiality, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. |
| PX057 | Solache 4686-4687 | 5/18/98 | Solache Not Guilty Plea | FRE 401, 402( Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing) | May be relevant to the procedural history of criminal case, causation, guilt, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. |
| PX058 | AR-L 114882-114883 | | Reyes Not Guilty Plea | FRE 401, 402( Relevance), FRE 801, 802 (Hearsay), Lack of Foundation, FRE 403 (unduly prejudicial, confusing) | Same response to objection as above. |

11

| | | | | | |
|---|---|---|---|---|---|
| PX059 | AR-L 105349-120048; CCSAO 1-13,742 | Various | Cook County State's Attorney File | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, causation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. See Plaintiffs' response to Defendants' motion in limine regarding "sufficiency of investigation." |
| PX060 | | 4/20/22 | Deposition Testimony of Reynaldo Guevara in Demetrius Johnson | Defendants object to admission of past testimony of Defendant Guevara from other cases in its entirety. This material is irrelevant, unduly prejudicial, lacks foundation, hearsay, and contains other applicable objections stated therein (which are incorporated here by reference). Defendants also generally object to testimony relating to other cases as inadmissible under FRE 404 and 403. See Mot. Lim. Moreover, insofar as these materials are being offered as evidence of Defendant Guevara's invocation of his Fifth Amendment Rights in or about other matters, this evidence is inadmissible. See Def's MILs 4, and 16. | The deposition is admissible as an admission of a party opponent under Fed. R. Evid. 801(d)(2). May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, Monell claims, City policies and practices, mental state, 404(b), Defendants' investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit 404(b) evidence. |
| PX061 | AR-L 550930-550984 JR-JJ 44681-44735 | 3/9/07 | Deposition Testimony of Reynaldo Guevara in Juan Johnson | Same objection as above. | Same response to objection as above. |
| PX062 | AR-L 575137-575367 | 12/23/07 | Deposition Testimony of Reynaldo Guevara in Jacques Rivera | Same objection as above. | Same response to objection as above. |

12

| PX063 | AR-L 562050-562215 | 4/10/18 | Deposition Testimony of Reynaldo Guevara in Montanez/Serrano | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX064 | Guevara-L 027360-027363 | 8/20/19 | Deposition Testimony of Reynaldo Guevara in Sierra | Same objection as above. | Same response to objection as above. |
| PX065 | | 12/10/20 | Deposition Testimony of Reynaldo Guevara in Gomez | Same objection as above. | Same response to objection as above. |
| PX066 | | 12/20/23 | Deposition Testimony of Reynaldo Guevara in Alfredo Gonzalez | Same objection as above. | Same response to objection as above. |
| PX067 | Guevara-L 036242-036294 | 1/10/25 | Deposition Testimony of Reynaldo Guevara in Jose Maysonet | Same objection as above. | Same response to objection as above. |
| PX068 | | 10/17/23 | Deposition Testimony of Reynaldo Guevara in Daniel Rodriguez | Same objection as above. | Same response to objection as above. |
| PX069 | Guevara-L 138002-138118 | 6/26/24 | Deposition Testimony of Reynaldo Guevara in Gamalier Rivera | Same objection as above. | Same response to objection as above. |
| PX070 | Guevara-L 138119-138204 | 8/7/24 | Deposition Testimony of Reynaldo Guevara in Martinez/Kelly | Same objection as above. | Same response to objection as above. |
| PX071 | Guevara-L 138205-138350 | 9/4/24 | Deposition Testimony of Reynaldo Guevara in Gecht/Kwil | Same objection as above. | Same response to objection as above. |
| PX072 | Guevara-L 138351-138417 | 9/9/24 | Deposition Testimony of Reynaldo Guevara in Hernandez | Same objection as above. | Same response to objection as above. |
| PX073 | Guevara-L 138489-138856 | 7/18/24 | Deposition Testimony of Reynaldo Guevara in Abrego | Same objection as above. | Same response to objection as above. |
| PX074 | Guevara-L 138857-138909 | 10/17/24 | Deposition Testimony of Reynaldo Guevara in Munoz | Same objection as above. | Same response to objection as above. |
| PX075 | Guevara-L 138910-138966 | 12/19/24 | Deposition Testimony of Reynaldo Guevara in Santiago | Same objection as above. | Same response to objection as above. |
| PX076 | Guevara-L 138967-139128 Guevara-L 36242-36294 | 1/10/25 | Deposition Testimony of Reynaldo Guevara in Nelson Gonzalez | Same objection as above. | Same response to objection as above. |
| PX077 | AR-L 562216-562429 | 2/6/19 | Deposition Testimony of Ernest Halvorsen in Montanez | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing), lacks foundation, and hearsay. Defendants generally object to testimony relating to other cases as inadmissible under FRE 403 and 404. See Def. MIL No. (Dkt. X.) Additionally, Defendants object insofar as this exhibit is being offered as evidence of Defendant | Same response to objection as above. |

13

| | | | | | |
|---|---|---|---|---|---|
| | | | | Halvorsen's disavowed invocation of his Fifth Amendment Rights in or about other matters. See Def. MIL 5. | |
| PX078 | AR-L 521840-522009 | 4/20/18 | Deposition Testimony of Ernest Halvorsen in Montanez | Same objection as above. | Same response to objection as above. |
| PX079 | AR-L 597191-597301 | 11/23/16 | Trial Testimony of James Hickey in Fields v. City of Chicago | Defendants object to this exhibit as hearsay, irrelevant, lacking foundation, FRE 403, and as seeking to contravene matters already adjudicated via summary judgment. Defendants also generally object to any evidence which seeks to introduce any alleged "other bad acts" of any Defendant or attempts to allege any faulty or flawed investigation for the reasons set forth in Defendants' Motions in Limine 8. To the extent Plaintiffs seek to introduce this exhibit as Monell evidence, Defendants object as lacking foundation, and irrelevant, unfairly prejudicial and confusing (FRE 401, 402, 403). See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, guilt, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. See Plaintiffs' response to Defendants' motion in limine regarding "sufficiency of investigation," Plaintiffs' motion to admit 404(b) evidence, and Plaintiffs' response to Defs' motion to bifurcate. |
| PX080 | 20-cv-4156, Dkt. 339-4 (Ex. 74)<br><br>AR-L 152640-152491 | 5/30/12 | Deposition of James Hickey in Fields v. City of Chicago | Same objection as above. | Same response to objection as above. |
| PX081 | 20-cv-4156, Dkt. 339-4 (Ex. 71)<br><br>AR-L 152260-152397 | 5/6/14 | Deposition of James Hickey in Rivera | Same objection as above. | Same response to objection as above. |
| PX082 | 20-cv-4156, Dkt. 321-43<br>AR-L 620142-620143, 620232-620277, 620278-620279, 620289-620350 | 6/21/18 | Trial Testimony of James Hickey in Rivera | Same objection as above. | Same response to objection as above. |
| PX083 | 20-cv-4156, Dkt. 339-4 (Ex. 76) | 9/2/14 | Deposition of James Hickey in Kluppelberg | Defendants object to this exhibit as hearsay, irrelevant, lacking foundation, FRE 403, and as seeking to contravene matters already adjudicated | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, guilt, Monell claims, City |

14

| | | | | via summary judgment. Defendants also generally object to any evidence which seeks to introduce any alleged "other bad acts" of any Defendant or attempts to allege any faulty or flawed investigation for the reasons set forth in Defendants' Motions in Limine 8. Defendants' further object to the designation of "defendants' past testimony" and to inclusion of this testimony, as not relevant (FRE 402) and unfairly prejudicial, confusing and misleading (FRE 403). To the extent Plaintiffs seek to introduce this exhibit as Monell evidence, Defendants object as lacking foundation, and irrelevant, unfairly prejudicial and confusing (FRE 401, 402, 403). See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. See Plaintiffs' response to Defendants' motion in limine regarding "deficient investigation," Plaintiff's motion to admit 404(b) evidence, and Plaintiff's response to Defs' motion to bifurcate. |
|---|---|---|---|---|---|
| PX084 | CCSAO 1042-1046 | Various | Newspaper Clippings | Relevance, Foundation, Hearsay, Prejudicial | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit 404(b) evidence. |
| PX085 | AR-L 155227-155229 | 6/7/08 | Affidavit of Carl Richmond | Relevance, Foundation, Hearsay, Prejudical (403), *See,* Def's Resp. to Plaintiffs' Motion to admit, Dkt. 837. | May be relevant to procedural history of criminal case, Monell claims, City policies and practices, 404(b), Defendants' investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs.' MIL and Plaintiffs' motion to admit 404(b) evidence. |
| PX086 | AR-L 155030-155032 | 3/17/08 | Affidavit of Reynaldo Munoz | Same objection as above. | Same response to objection as above. |
| PX087 | AR-L 155028-155029 | 2/22/08 | Affidavit of David Rivera | Same objection as above. | Same response to objection as above. |
| PX088 | AR-L 154810-154813 | 12/20/07 | Affidavit of Victor Vera | Same objection as above. | Same response to objection as above. |
| PX089 | AR-L 154806-154807 | 6/10/08 | Affidavit of Adrian Duta | Same objection as above. | Same response to objection as above. |
| PX090 | AR-L 154688-154690 | 6/30/08 | Affidavit of Armando Serrano | Same objection as above. | Same response to objection as above. |
| PX091 | AR-L 154356-154357 | 6/5/20 | Affidavit of David Velasquez | Same objection as above. | Same response to objection as above. |
| PX092 | AR-L 154056-154060 | 3/25/08 | Affidavit of Daniel Rodriguez | Same objection as above. | Same response to objection as above. |
| PX093 | PTP-JOHN MARTINEZ-4368-4371 | 5/26/04 | Affidavit of Francisco Vicente | Same objection as above. | Same response to objection as above. |
| PX094 | PTP-F VICENTE-574 | 10/18/18 | Newspaper Clippings | Same objection as above. | May be relevant to the procedural history of criminal case, the substance of the underlying police investigation, Monell claims, City policies and practices, 404(b), Defendants' investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and |

16

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Plaintiffs' motion to admit 404(b) evidence. |
| PX095 | PTP-JOHN MARTINEZ-3802 | 12/4/02 | Affidavit of Rodolfo Zaragoza | Same objection as above. | May be relevant to procedural history of criminal case, Monell claims, City policies and practices, mental state, 404(b), Defendants' investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs.' MIL and Plaintiffs' motion to admit 404(b) evidence. |
| PX096 | AR-L 097817 | 5/14/97 | Affidavit of Rodolfo Zaragoza | Same objection as above. | Same response to objection as above. |
| PX097 | PTP-JOHN MARTINEZ-3541 | 10/5/93 | Affidavit of Efrain Sanchez | Same objection as above. | Same response to objection as above. |
| PX098 | PTP-JOHN MARTINEZ-3542 | 6/22/98 | Affidavit of Julio Sanchez | Same objection as above. | Same response to objection as above. |
| PX099 | PTP-JOHN MARTINEZ-3206 | 9/9/99 | Affidavit of Virigilio Calderon Muniz | Same objection as above. | Same response to objection as above. |
| PX100 | PTP-JOHN MARTINEZ-3203-3205 | 8/5/94 | Affidavit of Virigilio Muniz | Same objection as above. | Same response to objection as above. |
| PX101 | PTP-ANA & GRACIELA FLORES-75-76 | 4/28/86 | Affidavit of Graciela Flores | Same objection as above. | Same response to objection as above. |
| PX102 | PTP-A GOMEZ-478-479 | 1/9/15 | Affidavit of Ariel Gomez | Same objection as above. | Same response to objection as above. |
| PX103 | PTP-A GOMEZ-476-477 | 10/30/12 | Affidavit of Ariel Gomez | Same objection as above. | Same response to objection as above. |
| PX104 | PTP-L HUNT-1-2 | 1/26/08 | Affidavit of Leshurn Hunt | Same objection as above. | Same response to objection as above. |
| PX105 | PTP-A GONZALEZ-48-52 | 12/28/17 | Affidavit of Alfredo Gonzalez | Same objection as above. | Same response to objection as above. |
| PX106 | PTP-A FRIAS-1-2 | 3/10/08 | Affidavit of Adolfo Frias | Same objection as above. | Same response to objection as above. |
| PX107 | PTP-S FLORES-2-3 | 6/25/08 | Affidavit of Santos Flores | Same objection as above. | Same response to objection as above. |
| PX108 | AR-L 149219-149221 | 6/20/21 | Affidavit of William Dorsch | Same objection as above. | Same response to objection as above. |
| PX109 | | 6/6/20 | Declaration of Yulia Nikolaevskaya | Same objection as above. | Same response to objection as above. |

17

| | | | | | |
|---|---|---|---|---|---|
| PX110 | Reyes 8908-8916 | 5/13/21 | Affidavit of Victor Herrera | Same objection as above. | Same response to objection as above. |
| PX111 | AR-JENNER 28247 | 12/17/03 | Affidavit of Urjeet Patel | Same objection as above. | Same response to objection as above. |
| PX112 | AR-JENNER 6347-6349 | 3/2/15 | Supplemental Affidavit of Ferdinand Vargas | Same objection as above. | Same response to objection as above. |
| PX113 | AR-JENNER 1157-1158 | 3/1/95 | Affidavit of Kennelly Saez | Same objection as above. | Same response to objection as above. |
| PX114 | | 1/9/18 | Affidavit of Jose Maysonet | Same objection as above. | Same response to objection as above. |
| PX115 | AR-JENNER 27977-27980 | 9/15/03 | Declaration of Salvador Ortiz | Same objection as above. | Same response to objection as above. |
| PX116 | Reyes 1521-1757 | Various | Adriana Mejia Logan CC Masterfile | Defendants do not necessarily object to particular records located in the Masterfile, but object to the entirety of the file and certain documents contained in this file on the grounds of relevance, foundation, hearsay and prejudice. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX117 | Reyes 8466-8684 | Various | Adriana Mejia IDOC Masterfile | Same objection as above. | Same response to objection as above. |
| PX118 | Reyes 957-1317 | Various | Adriana Mejia Medical Records | Same objection as above. | Same response to objection as above. |
| PX119 | IDOC Intel | Various | Adriana Mejia IDOC Calls (Discs 1-4) | Hearsay, Foundation, FRE 403, FRE 401, 402 (Relevance). Plaintiffs' exhibit includes hundreds of calls without any distinction. If Plaintiffs want to identify specific calls they would like to use, Defendants would consider whether there would be an objection to those specific calls. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX120 | Reyes 1552-1557 | 9/27/18 | CCSAO Request of Writ | Relevance, Foundation | May be relevant to procedural history of criminal case, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as |

18

| | | | | | otherwise provided in FRE 901. |
|---|---|---|---|---|---|
| PX121 | Reyes Dkt. 190 | 6/25/19 | Defendants' Joint Motion for Appointment of Counsel for Incarcerated Witness Adriana Mejia | Relevance, Prejudicial/confusion of issues, Hearsay | May be relevant to procedural history of criminal case, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. |
| PX122 | Reyes Dkt. 199 | 7/1/19 | Defendants' Joint Statement Regarding the Request for Appointment of Counsel for Incarcerated Witness Adriana Mejia | Relevance, Prejudicial/confusion of issues | Same response to objection as above. |
| PX123 | Reyes Dkt. 200 | 7/1/19 | Plaintiffs' Statement Regarding Adriana Mejia | Relevance, Prejudicial/confusion of issues, Hearsay | Same response to objection as above. |
| PX124 | Reyes Dkt. 354 | 8/4/20 | Defendants' Motion to Compel Adriana Mejia to Testify | Relevance, Prejudicial/confusion of issues, Hearsay | Same response to objection as above. |
| PX125 | Reyes Dkt. 359 | 8/16/20 | Adriana Mejia Response to Defendants' Motion to Compel | Relevance, Prejudicial/confusion of issues, Hearsay | Same response to objection as above. |
| PX126 | RFC-Solache/Reyes 001374-001512 | | Personnel File of Reynaldo Guevara | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial. Defendants also object to any evidence relating to any other alleged "bad acts" as barred by Rule 404 and 403. *See,* Def's Resp. to Plaintiffs' Motion to admit, Dkt. 837, Def's MIL 11. | May be relevant to guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, City policies and practices, mental state, 404(b), Defendants' investigation. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Defs.' MILs and Plaintiffs' motion to admit 404(b) evidence. |
| PX127 | RFC Solache/Reyes | | Complaint Register Files and Disciplinary | Same objection as above. | Same response to objection as above. |

19

| | 31530-31592, 31617-31945, 31962-32005, 32126-32299, 32461-32949, 32995-33014, 33311--33373, 33380-33532, 33573-33615; AR-L 516429-516455 | | Records of Reynaldo Guevara | | |
|---|---|---|---|---|---|
| PX128 | RFC-Solache/Reyes 001513-001654 | | Personnel File of Ernest Halvorsen | Same objection as above. | Same response to objection as above. |
| PX129 | RFC Solache/Reyes 31593-31616, 32300-32625, 32936-32949, 33015-33310, 33458-33459 | | Personnel File of Ernest Halvorsen | Same objection as above. | Same response to objection as above. |
| PX130 | RFC-Solache/Reyes 007596-7661 | | Personnel File of Daniel Trevino | Same objection as above. | Same response to objection as above. |
| PX131 | RFC Solache/Reyes 003136-003168 | | Complaint Register Files and Disciplinary Records of Daniel Trevino | Same objection as above. | Same response to objection as above. |
| PX132 | RFC-Solache/Reyes 001892-001964 | | Personnel File of Robert Rutherford | Same objection as above. | Same response to objection as above. |
| PX133 | RFC Solache/Reyes 002052-002129, 002486-002564, 002685-002742, 003098-003135, 003289-003364, 003275-003288, 033455-033457 | | Complaint Register Files and Disciplinary Records of Robert Rutherford | Same objection as above. | Same response to objection as above. |
| PX134 | RFC-Solache/Reyes 001218-001373 | | Personnel File of Edwin Dickinson | Same objection as above. | Same response to objection as above. |
| PX135 | RFC Solache/Reyes 31593-31616, 002743-002813 | | Complaint Register Files and Disciplinary Records of Edwin Dickinson | Same objection as above. | Same response to objection as above. |
| PX136 | RFC Solache/Reyes 000789-892 | | Complaint Register History for Guevara, Halvorsen, Trevino, Dickinson, Rutherford | Same objection as above. | Same response to objection as above. |
| PX137 | RFC Solache-Reyes 000934-000997 | | Training History for Guevara, Halvorsen, Trevino, Dickinson, Rutherford | Same objection as above. | Same response to objection as above. |

20

| PX138 | RFC Solache-Reyes 000924-000933 | | Complimentary History for Guevara, Halvorsen, Trevino, Dickinson, Rutherford | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX139 | | 1/15/22 | Articles and Literature Cited in Expert Report of Thomas Tiderington | Objection. *See,* Def's Resp. to Plaintiffs' Motion to admit, Dkt. 837, Def's MILs 11, 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to matters referenced in this exhibit as irrelevant, lacking foundation, hearsay, and unduly prejudicial under FRE 403. | May be relevant to basis for expert opinions, Monell claims, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs, and given the nature of Defendants' defenses. See Plaintiffs' response to Defs.' MILs and Plaintiffs' motion to admit 404(b) evidence. |
| PX140 | Guevara-L 26340-26409 | 3/1/24 | Dataset from Expert Report of Thomas Tiderington | Objection. *See,* Def's MIL 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to matters referenced in this exhibit as irrelevant, lacking foundation, hearsay, and unduly prejudicial under FRE 403. Defendants further object to the extent dataset in Sierra is not relevant to this case or properly disclosed pursuant to FRCP 26(a)(1) and (a)(2). | See Plaintiffs' response to Defs' MILs. May be relevant to basis for expert opinions, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX141 | | 3/15/16 | Expert Report of Thomas Tideringon Attachment G, Expert Report of Michael Brasfield and Data Analysis, Fields | Objection. See Defs.' Mot. Lim. Nos. 23. Defendants additionally object to matters referenced in this exhibit as irrelevant, lacking foundation, hearsay, and unduly prejudicial under FRE 403. Defendants further object as Brasfield is not a disclosed expert in this case. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. See also Plaintiffs' response to Defs.' Renewed Motion to Bifurcate. |
| PX142 | | 12/30/16 | Expert Report of Thomas Tiderington Attachment H, Expert | Same objection as above. | Same response to objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | Report of Michael Brasfield and Data Analysis, Rivera | | |
| PX143 | | 1/15/22 | Articles and Literature Cited in Expert Report of Richard Leo | Objection. See Defs.' Mot. Lim. Nos. 20. Defendants additionally object to matters referenced in this exhibit as irrelevant, lacking foundation, hearsay, and unduly prejudicidial under FRE 403. Defendants further object to any evidence offered to contradict any matters resolved on Defendants' Daubert motions and because Leo is barred. See Dkt. 808. | See Plaintiffs' response to Defs' MILs. May be relevant to basis for expert opinions, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. Leo's testimony was barred only in part, and Plaintiffs will not offer evidence on matters resolved in Defendants' Daubert motion. |
| PX144 | | 1/31/23 | Rebuttal Report of Richard Leo | Same objection as above. | Same response to objection as above. |
| PX145 | | | LEFT INTENTIONALLY BLANK. | | |
| PX146 | | 1/15/22 | Articles and Literature Cited in Expert Report of Karl Reich | Motion to Bar, Dkt. 866. Defendants additionally object to matters referenced in this exhibit as irrelevant, lacking foundation, hearsay, and unduly prejudicial under FRE 403. | This exhibit is marked for identification only and may or may not be offered substantively depending on this Court's pretrial rulings. May be relevant to basis for expert opinions, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs.' MILs. |
| PX147 | | | 1/18/22 Articles and Literature Cited in Expert Report of Anthony Finnell | Same objection as above. | Same response to objection as above. |

22

| PX148 | | | LEFT INTENTIONALLY BLANK. | | |
|---|---|---|---|---|---|
| PX149 | | | LEFT INTENTIONALLY BLANK. | | |
| PX150 | | | LEFT INTENTIONALLY BLANK. | | |
| PX151 | | | LEFT INTENTIONALLY BLANK. | | |
| PX152 | | | LEFT INTENTIONALLY BLANK. | | |
| PX153 | 18-cv-1028, Dkt. 103 | 9/10/18 | City's Answer and Affirmative Defenses to Plaintiff Reyes' Complaint | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' motion to bifurcate trial. |
| PX154 | 18-cv-1028, Dkt. 105 | 9/14/18 | Individual Defendants' Amended Answer and Affirmative Defenses to Plaintiff Reyes' Complaint | Relevance (401,402), foundation (901), hearsay and FRE 403. See also, Defendants' Renewed Motion to Bifurcate Trial, Dkt. 833. | Same response to objection as above. |
| PX155 | 18-cv-1028, Dkt. 99 | 8/31/18 | Guevara's Answer and Affirmative Defenses to Plaintiff Reyes' Complaint | Objection. See Def.'s Mot. Lim. Nos. 4, 16. Additionally, Defendants object based on relevance, foundation, hearsay, and FRE 403. See also, Defendants' Renewed Motion to Bifurcate Trial, Dkt. 833. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and motion to bifurcate trial. |

| PX156 | 18-cv-2312, Dkt. 60 | 9/10/18 | City's Answer and Affirmative Defenses to Plaintiff Solache's Complaint | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' renewed motion to bifurcate trial. |
| PX157 | 18-cv-2312, Dkt. 62 | 9/14/18 | Individual Defendants' Amended Answer and Affirmative Defenses to Plaintiff Solache's Complaint | Relevance (401,402), foundation (901), hearsay and FRE 403. See also, Defendants' Renewed Motion to Bifurcate Trial, Dkt. 833. | Same response to objection as above. |
| PX158 | 18-cv-2312, Dkt. 56 | 8/31/18 | Guevara's Answer and Affirmative Defenses to Plaintiff Solache's Complaint | Objection. See Def.'s Mot. Lim. Nos. 4 and 16. Additionally, Defendants object based on relevance, foundation, hearsay, and FRE 403. See also, Defendants' Renewed Motion to Bifurcate Trial, 833. | Same response to objection as above. |
| PX159 | | 12/30/21 | City's Response to Third Interrogatory, Sixth RFP, and RTA | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX160 | | 11/26/18 | City's Response to Plaintiffs' First RFP | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX161 | | 2/11/19 | City's Response to Reyes Second RFP | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX162 | | 1/10/20 | City's Response to Reyes Third RFP | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |

24

| PX163 | | 12/26/18 | Guevara's Response to Reyes First RFP | FRE 401, 402 (Relevance), FRE 901 (Foundation), FRE 403 (unduly prejudicial, confusing, misleading the jury). See Def.'s MIL Nos 4, 16. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. Plaintiffs' Monell claims have not been bifurcated. See Plaintiffs' response to Defs' MILs and motion to bifurcate trial. |
| --- | --- | --- | --- | --- | --- |
| PX164 | | 1/4/19 | Guevara's Revised Responses to Reyes RFP | Same objection as above. | Same response to objection as above. |
| PX165 | | 1/4/19 | Guevara's Response to Solache's First RFP | Same objection as above. | Same response to objection as above. |
| PX166 | | 11/26/18 | Individual Defendants' Response to Reyes First RFP | Same objection as above. | Same response to objection as above. |
| PX167 | | 2/11/19 | City Response to Reyes Second RFP | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), City policies and practices, and Defendants' investigation. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. Plaintiffs' Monell claims have not been bifurcated. See Plaintiffs' response to Defs' MIL's and motion to bifurcate trial. |
| PX168 | | 10/5/20 | City's Response to Reyes Second RFP | Same objection as above. | Same response to objection as above. |
| PX169 | | 9/15/20 | City's Response to Reyes Fifth RFP | Same objection as above. | Same response to objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| PX170 | | 3/20/23 | City Response to Reyes Sixth RFP | Same objection as above. | Same response to objection as above. |
| PX171 | | 4/24/23 | City Response to Seventh RFP | Same objection as above. | Same response to objection as above. |
| PX172 | | 11/23/21 | City Supplemental Response to RFP 18 and 22 | Same objection as above. | Same response to objection as above. |
| PX173 | | 11/23/21 | City Supplemental Response to RFP 40 | Same objection as above. | Same response to objection as above. |
| PX174 | | 11/26/18 | City Response to Reyes First Interrogatories | Same objection as above. | Same response to objection as above. |
| PX175 | | 11/19/18 | Dickinson Response to Reyes First Interrogatories | No objection if for impeachment/refreshing recollection purposes only. Defendants further object under FRE 401, 402 (Relevance), FRE 901(Foundation), FRE 403 (Prejudicial, confusing) and incorporate any objections made to specific questions Dickinson's interrogatory responses. | May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs.' MIL. |
| PX176 | | 11/26/18 | Guevara Response to Reyes First Interrogatories | No objection if for impeachment/refreshing recollection purposes only. Defendants object to entry of the entirety of the document under FRE 401, 402 (Relevance), FRE 901(Foundation), FRE 403 (Prejudicial, confusing) and incorporate any objections made to specific questions Guevara's interrogatory responses. | Same response to objection as above. |
| PX177 | | 11/16/18 | Halvorsen Response to Reyes First Interrogatories | Defendants object to entry of the entirety of the document under FRE 401, 402 (Relevance), FRE 901(Foundation), FRE 403 (Prejudicial, confusing) and incorporate any objections made to specific questions Halvorsen's interrogatory responses. | Same response to objection as above. |
| PX178 | | 11/12/18 | Rutherford Response to Reyes First Interrogatories | No objection if for impeachment/refreshing recollection purposes only. Defendants further object under FRE 401, 402 (Relevance), FRE | Same response to objection as above. |

26

| | | | | 901(Foundation), FRE 403 (Prejudicial, confusing) and incorporate any objections made to specific questions Rutherford's interrogatory responses. | |
|---|---|---|---|---|---|
| PX179 | | 11/26/18 | Trevino Response to Reyes First Interrogatories | No objection if for impeachment/refreshing recollection purposes only. Defendants further object under FRE 401, 402 (Relevance), FRE 901(Foundation), FRE 403 (Prejudicial, confusing) and incorporate any objections made to specific questions Rutherford's interrogatory responses. | Same response to objection as above. |
| PX180 | | 10/5/20 | City Response to Second Interrogatories | Relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. See also Plaintiffs' response to Defs.' Renewed Bifurcation Motion. |
| PX181 | | 12/30/21 | Plaintiffs' Responses to City's First Interrogatories | Defendants do not object to Defendants using Plaintiffs' prior statements for the purposes of party admissions and impeachment but objects to Plaintiff using these affirmatively as hearsay. | Same response to objection as above. |
| PX182 | AR-L 109500-109501 | 3/31/00 | CCSAO Investigative Report re: Reyes & Solache Workplaces | Relevance (401, 402), foundation (901), hearsay. | See Plaintiffs' response to Defs' MILs. May be relevant to procedural history of criminal case, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX183 | AR-L 107734-107735 | | Stipulations re: Jerry Adcock and Danielle Gutekius | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |
| PX184 | AR-L 109503-109514 | | Solache March 1998 Work Timesheets | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |

| PX185 | AR-L 109515-109516; AR-L 109523-109524; Reyes 8902-8904 | | Reyes March-April 1998 Work Timesheets | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |
|---|---|---|---|---|---|
| PX186 | AR-L 109525; AR-L 105929 | 6/8/00 | Witness Interview Notes | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |
| PX187 | Reyes 8905-8907 | 5/7/21 | Declaration of Salvador Olivares | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |
| PX188 | Reyes 8908-8910 | 5/13/21 | Declaration of Victor Herrera | Relevance (401, 402), foundation (901), hearsay | Same response to objection as above. |
| PX189 | Reyes 8726-8729 | 2/8/20 | Jose Mejia Declaration | No objection if used for impeachment/refreshing recollection. Objection to entry of declaration as evidence on grounds of foundation and hearsay. | May be relevant to procedural history of criminal case, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX190 | Reyes 8891-8893 | 3/17/21 | Diana Gama Declaration | No objection if used for impeachment/refreshing recollection. Objection to entry of declaration itself as evidence under relevance (401, 402), foundation (901), hearsay and FRE 403. | May be relevant to procedural history of criminal case, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX191 | Reyes 8899-8900 | 4/26/21 | Declaration of Lisa Dildilian | Relevance (401, 402), foundation (901), hearsay. This document was not properly disclosed within this case. Plaintiffs' mass production of millions of pages under the guise of the Parties agreement not to duplicate *Monell* discovery does not allow carte blanche to allow any document to be used as an exhibit. To the extent Plaintiffs believe this is.a *Monell* document, then | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non- |

| | | | | | |
|---|---|---|---|---|---|
| | | | | see Defendants' Renewed Motion to Bifurcate, Dkt. 833. | hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defs.' MIL and Defs' motion to bifurcate. |
| PX192 | RG 5903-5954 (Romine dep ex 2, 3); NPSL 41705, 126381, 43451-43454, 42822 (Romine dep ex 4, 5) | | Solache Medical Records from Cermak and Cook County | Foundation (901), hearsay. | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX193 | CCSAO 151-784 | 1997 | Solache Medical Records | Defendants object to the entirety of this exhibit on the grounds of relevance, foundation, hearsay | May be relevant to guilt, impeachment or admissions of witnesses, damages, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. |
| PX194 | CCSAO Reyes/Solache PC Documents 4614-5401 | | IDOC Records (Response to Defendants' Subpoena) | Defendants object to the entirety of an IDOC file on grounds of relevance, foundation, and hearsay | This exhibit is marked for identification only and may or may not be offered substantively depending on this Court's pretrial rulings. May be relevant to impeachment or admissions of witnesses, damages, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. |
| PX195 | Reyes-Jenner 1-71, Reyes dep ex 1, Reyes dep ex. 19, | | Reyes's Drawings/Paintings | Relevance (401, 402). Defendants further object to the description of these documents as "drawings/paintings." Reyes-Jenner 1-71 is Plaintiff Reyes's petition for post-conviction relief;, Reyes Dep Ex. 1 is an attachment that that post conviction petition, and Reyes Dep Ex. 19 is the same as Reyes-Jenner 1-71. | May be relevant to damages. |

| | | | | | |
|---|---|---|---|---|---|
| PX196 | Reyes 1429, Alfredo Aranda dep ex 2 | | Map of Soto Crime Scene | Relevance (401, 402). Foundation (901), hearsay. . | Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. |
| PX197 | SDT-ISP 1-22, 44-52, SDT-ISP 65-839, AR-L 106278-106298 | | Forensic Evidence at the Soto Crime Scene | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | May be relevant to procedural history of criminal case, the substance of the underlying police investigation, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defs' MIL. |
| PX198 | AR-L 106425-106428, RFC Solache/Reyes 60-63 | | Measurements of Soto Crime Scene | Defendants do not object in entirety to this exhibit contingent upon on how Plaintiff intends to use or introduce such documents. Defendants do object to any materials being offered in order to argue that Defendants performed a deficient investigation prior to Plaintiff's arrest, charging, and prosecution for the reasons set forth in Defendants Motions in Limine. Defendants also reserve the right to object to particular documents contained herein on the basis of relevance, foundation, and hearsay. | Same response to objection as above. |
| PX199 | Attachments F, G (Brasfield Fields Report, Attach. G), and I (Brasfield Rivera report, Attach. F) Tiderington Report | | Comparison of street file, investigative file, permanent retention file, criminal defense file | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, FRE 801, 802 (hearsay). Defendants also object based upon the arguments set forth in Defendants Motions in | May be relevant to basis for expert opinions, suppression, guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), City policies and practices, and Defendants' investigation. |

30

| | | | | Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and motion to bifurcate. |
|---|---|---|---|---|---|
| PX200 | Attachment F to Tiderington report | | Chart of homicide files reviewed to establish evidence | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, FRE 801, 802 (hearsay). Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants also object to the description of this exhibit to the extent it implies that anything was established through this chart. | May be relevant to basis for expert opinions, suppression, guilt, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and motion to bifurcate. |
| PX201 | Appendix B to Finnell Report | | Chart of files reviewed to establish deficient training | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, FRE 801, 802 (hearsay). Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | May be relevant to basis for expert opinions, guilt, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | response to Defs' MILs and motion to bifurcate. |
| PX202 | RFC Solache/Reyes 789-798 | | | Reynaldo Guevara complaint history and discipline | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, FRE 801, 802 (hearsay). Defendants also object based upon the arguments set forth in Defendants Motions in Limine Nos. 4, 11 and 16, and Defendants' Response to Motion to Admit Evidence, Dkt. 841. | May be relevant to basis for expert opinions, guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), mental state, City policies and practices, and Defendants' investigation. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MIL's and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX203 | | | | Reynaldo Guevara victims | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, FRE 801, 802 (hearsay). Defendants also object to any evidence relating to any other alleged "bad acts" as barred by Rule 404 and 403.<br><br>Defendants also object based upon the arguments set forth in Defendants Motions in Limine Nos. 4 , 11and 16, and Defendants' Response to Motion to Admit Evidence, Dkt. 841. | May be relevant to basis for expert opinions, guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), mental state, City policies and practices, and Defendants' investigation,. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX204 | RFC-Solache/Reyes 34474-41739 RFC-Solache/Reyes 66179-114388 | 1995-1998 | | 1995-1998 Area Five Investigative Street Files | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as | May be relevant to basis for expert opinions, guilt, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained |

| | | | | hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants further object to referring to this exhibit as "Street files" as there is not foundation for that description. | within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX205 | RFC-Sierra 44983-67908<br>RFC-Sierra 142517-147195<br>RFC-Johnson 17443-19508 | 1991-1995 | 1991-1995 RD Files | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants also object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2). | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to basis for expert opinions, guilt, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX206 | RFC-Sierra 67909-142516<br>RFC-Johnson 7620-17442 | 1991-1995 | 1991-1995 Investigative Files | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants' further refer to their Renewed Motion to Bifurcate, Dkt. 833; See Defs' Mot. Lim. Nos. 23. Defendants also object as not | Same response to objection as above. |

33

| | | | | | |
|---|---|---|---|---|---|
| | | | | properly disclosed in this case. FRCP 26(a)(1) and (a)(2). | |
| PX207 | RFC-Johnson 2516-7619 RFC-Johnson 28167-32179 RFC-Johnson 32454-34447 | 1987-1991 | 1987-1991 CR Files | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants also object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2). | Same response to objection as above. |
| PX208 | AR-L 004848-029815 RFC 2127-16401 | | Area Five Investigative Street Files from Rivera | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants further object as Plaintiffs cannot establish any foundation for this exhibit as none of their disclosed experts reviewed or relied on any of the nearly 30,000 pages of documents contained within this exhibit. See also Dkt. 833, Defs. Renewed Mot. Bifurcate Trial; Defs' Mot. Lim. Nos. 23. Defendants further object as not relevant to this case or properly disclosed pursuant to FRCP 26(a)(1) and (a)(2). | May be relevant to basis for expert opinions, suppression, guilt, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. See Plaintiffs' response to Defs' MILs and Plaintiffs' motion to admit Rule 404(b) evidence. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. |
| PX209 | AR-L 029816-034988 RFC 158644-163753 | | Area Five Permanent Retention Files from Rivera | Same objection as above. | Same response to objection as above. |

| PX210 | AR-L 034989-040330<br>RFC 20380-25721 | | Files From Area North Inspection from Rivera | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX211 | AR-L 097481-140379<br>JR-L 202873-231556 | | Criminal Defense Files Corresponding to Area Five | Same objection as above. | Same response to objection as above. |
| PX212 | SAO Subpoena 1-35244 | | Cook County State's Attorney Files Corresponding to Area Five Investigative Street Files From Rivera | Same objection as above. | Same response to objection as above. |
| PX213 | 24286_97_CCSAO 52750-53446 | | CCSAO File for Ardell Clemons | Defendants object to the inclusion of a group exhibit containing hundreds of pages of materials which are not separately identified herein. Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial.<br><br>Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | May be relevant to basis for expert opinions, suppression, guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), City policies and practices, and Defendants' investigation. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial or confusing given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs and motion to bifurcate and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX214 | 24286_97_CCSAO 28457-29041 | | CCSAO File for Guy Rainey | Same objection as above. | Same response to objection as above. |
| PX215 | 24286_97_CCSAO 406830-41012 | | CCSAO File for Oscar Soto | Same objection as above. | Same response to objection as above. |
| PX216 | 24286_97_CCSAO 10410-10659 | | CCSAO File for Kimberly Mathis | Same objection as above. | Same response to objection as above. |
| PX217 | 24286_97_CCSAO 63779-67867 | | CCSAO File for Leon Fields | Same objection as above. | Same response to objection as above. |
| PX218 | 20-cv-4156, Dkt. 339-8 (Ex. 149) | | IACP 1967 Witness Perception Training Key | FRE 801, 802, (Hearsay), Foundation (901), Relevance (401, 403), and 403 (Unduly prejudicial).<br><br>Defendants further object to the extent this document is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to basis for expert opinions, suppression, guilt, impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, 404(b), City policies and practices, and Defendants' investigation. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the |

35

| | | | | | |
|---|---|---|---|---|---|
| | | | | | exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs.' renewed motion to bifurcate trial. |
| PX219 | AR-L 155544-155545 | | IACP 1992 Showups, Photo IDs, and Lineup Paper | FRE 801, 802, (Hearsay), Foundation (901), Relevance (401, 403), and 403 (Unduly prejudicial). Defendants further object to the extent this document is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to basis for expert opinions, Monell claims, 404(b), City policies and practices, Defendants' investigation, suppression, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs.' renewed motion to bifurcate trial. |
| PX220 | AR-L 155540-155543 | | IACP 1993 Showups, Photo IDs, and Lineup Paper | FRE 801, 802, (Hearsay), Foundation (901), Relevance (401, 403), and 403 (Unduly prejudicial). Defendants further object to the extent this document is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX221 | AR-L 004467-68 RFC 20175-20377 | 3/16/83 | G.O. 83-5 (Lineups) | Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. Defendants further object to the extent this document is not relevant to any pending Monell claim. See Dkt. 814. | Same response to objection as above. |
| PX222 | RFC-Johnson 026097-026098 | 9/23/88 | G.O. 06-02 (Line Up Procedures) | Same objection as above. | Same response to objection as above. |

36

| | JR-L 327-328 JR-L 6162-6170 | | | | |
|---|---|---|---|---|---|
| PX223 | Foster 30(b)(6) 8-74 Guevara-L 029579-029645 | 11/25/96 | Detective Division – Identification Procedures 1996 | Same objection as above. | Same response to objection as above. |
| PX224 | RFC-Johnson 25937-25939 RFC 19355-19357 JR-L 14889-14892 | 9/23/88 | S.O. 82-2 and Memo | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to basis for expert opinions, Monell claims, 404(b), City policies and practices, Defendants' investigation, suppression, guilt, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs.' renewed motion to bifurcate trial. |
| PX225 | AR-L 597760-597761 RFC 1092-1093 | 4/21/82 | Memo Regarding Street Files | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Same response to objection as above. |
| PX226 | AR-L 597762-597763 JR-L 196627-196628 RFC 1099-1100 | | Memo 2 | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Same response to objection as above. |
| PX227 | RFC-Johnson 026366, 19354 RFC 19354 | 4/20/82 | Teletype | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and to the extent the documents within the exhibit are not identifiable (see RFC 19354). | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to basis for expert opinions, suppression, guilt, Monell |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Defendants also object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate trial. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. |
| PX228 | RFC-Johnson 026269-026273 JR-L 196635-39 | 1/13/83 | Detective Division Special Order 83-1 | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.  Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant as one of the policies Plaintiffs allege caused their constitutional violations, as basis for expert opinions, suppression, guilt, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MIL's, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate trial. |
| PX229 | RFC-Johnson 027998-028002 JR-L 38213-38217 JR-L 14893-14897 | 5/2/83 | Detective Division Special Order 83-2 | Same objection as above. | Same response to objection as above. |

38

| PX230 | RFC-Johnson 026277-026279 RFC 19363-19365 | 5/19/86 | Detective Division Special Order 86-3 | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX231 | RFC-Johnson 026295-026329 | | 1988 SOP – Ch. 5, 8, 18 | Same objection as above. | Same response to objection as above. |
| PX232 | RFC-Johnson 026092-026096 JR-L 006141-6155 Bluhm 44824-27 | 10/30/87 | G.O. 87-7 (Interrogations) | Same objection as above. | Same response to objection as above. |
| PX233 | RFC-Johnson 026099-026109 | 2/28/89 | G.O. 89-3 (Preliminary Investigations) | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.  Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8.To the extent Plaintiffs seek to use this exhibit in support of their Monell claims, Plaintiffs pursued no Monell theory that would this exhibit relevant. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant as one of the policies Plaintiffs allege caused their constitutional violations, as basis for expert opinions, suppression, guilt, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate trial. |
| PX234 | RFC-Johnson 026221-026224 | 6/2/97 | G.O. 97-4 (Crime Scene Protection Processing) | Same objection as above. | Same response to objection as above. |
| PX235 | RFC-Johnson 026254-026256 AR-L 597885-597886 RFC 20273-20274 | 9/18/12 | S.O. 06-02 (Line Up Procedures) | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.  Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8. | Same response to objection as above. |
| PX236 | RFC-Johnson 026330-026365 | 1992 | 1992 SOP – Ch. 5, 8, 18 | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Same response to objection as above. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8. | |
| PX237 | AR-L 598007-598010<br>JR-L 14886-14887<br>JR 231695-231696 | 10/22/87 | SO 04-03-04 (Interviewing Patients at Cook County Hospital) | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8.<br><br>To the extent Plaintiffs seek to rely on this exhibit in support of their Monell claims, they pursued no Monell theory that would make this exhibit relevant. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX238 | RFC-Johnson 026052<br>JR-L 6088 | 10/11/82 | GO 82-14 (Complaints and Disciplinary Procedures) | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8. | Same response to objection as above. |
| PX239 | JR-L 6091-6140 | | Policies on Department Organization | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>To the extent Plaintiffs seek to rely on this exhibit in support of their Monell claims, they pursued no Monell theory that | Same response to objection as above. |

40

| | | | | would this exhibit relevant. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | |
|---|---|---|---|---|---|
| PX240 | RFC 27100-27103 | 12/28/86 | CPD Unit Designations | Defendants object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8.<br><br>Defendants further object because the documents are not identifiable by their title and they are not relevant to Plaintiffs' Monell claims. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant as background to procedural history of criminal case, Monell claims, 404(b), City policies and practices, Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate trial. |
| PX241 | JR-L 6171-6172 | 9/27/88 | Policies on Felony Review | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to any evidence or argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8.<br><br>To the extent Plaintiffs seek to use this exhibit in support of their Monell claims, it is not relevant. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant as one of the policies Plaintiffs allege caused their constitutional violations, as basis for expert opinions, suppression, guilt, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate trial. |
| PX242 | RFC 20172-20173 | | Gang Crimes Activity Summary Forms | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833.<br><br>Defendants additionally object to any evidence or | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant as background to procedural history of criminal case, Monell claims, City policies and practices, 404(b), Defendants' |

41

| | | | | | |
|---|---|---|---|---|---|
| | | | | argument relating to the sufficiency of any police investigation. See Defs.' Mot. Lim. 8.<br><br>Defendants further object because the documents are not identifiable by their title, and they are not relevant to Plaintiffs' Monell claims. See Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate. |
| PX243 | RFC 163844-163855 | | Inventory Forms | Same objection as above. | Same response to objection as above. |
| PX244 | JR-L 15132-15134 | | Chicago Police Maps | FRE 801, 802 (Hearsay), Lack of Foundation (901), Relevance (401, 402), Unduly Prejudicial (403)<br><br>Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2) | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant as background to procedural history of criminal case, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to defs' motion to bifurcate. |
| PX245 | JR-L 329-604 | 1980-1992 | Chicago Crime Annual Reports 1980-1992 | Same objection as above. | Same response to objection as above. |

| PX246 | RFC 1471-2126 | 1988-1990 | Murder Statistic Sheets 1988-1990 | Defendants object as not properly disclosed in this case. FRCP 26(a)(1) and (a)(2). Defendants also object based on relevance (401, 402), foundation (901), hearsay and unduly prejudicial (403). *See* also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX247 | CITY-NF 972-1117 | | Fields Street File | Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial, and to the use of documents from other, unrelated cases, and to the extent that this exhibit wasn't properly disclosed pursuant to FRCP 26(a)(1) and (a)(2). Defendants further object as Plaintiffs cannot establish any foundation for this exhibit and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to basis for expert opinions, Monell claim, City policies and practices, 404(b), Defendants' investigation, suppression, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. See Plaintiffs' response to Defs' MILs, and Plaintiffs' motion to admit Rule 404(b) evidence. |
| PX248 | CITY-NF 7531-7558 | | Fields PRF | Same objection as above. | Same response to objection as above. |
| PX249 | CITY-NF 7559-7652 | | Fields Area File | Same objection as above. | Same response to objection as above. |
| PX250 | 20-cv-4156, Dkt. 321-44 | 1/15/16 | Defendant City of Chicago's Answers to Plaintiff's Fifth Set of Interrogatories in Fields | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | This exhibit was produced across all the Guevara cases, pursuant to the protective orders in those cases, and the parties' agreements not to duplicate Monell discovery. May be relevant to basis for expert opinions, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Will lay foundation at trial through appropriate |

| | | | | | witnesses or as otherwise provided in FRE 901.See Plaintiffs' response to Defs' MILs, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs' motion to bifurcate. |
|---|---|---|---|---|---|
| PX251 | 20-cv-4156, Dkt. 339-5 (Exs. 96-102, 104-105); AR-L 616608-616686 | | Trial Transcripts from Fields | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX252 | 20-cv-4156, Dkt. 339-7 (Ex. 132) | 12/12/16 | Jury Instructions in Fields | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX253 | AR-L 616688-616689 | 12/15/16 | Minute Entry, Verdict Summary | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX254 | 20-cv-4156, Dkt. 339-7 (Ex. 137) | 12/16/16 | Judgment in Fields | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX255 | 20-cv-4156, Dkt. 339-7 (Ex. 133) | 1/13/17 | Defendants' Combined Post-Trial Motions | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX256 | AR-L 596913-597007 | 2/24/17 | Plaintiff's Response to Defendants' Post-Trial Motions | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), | Same response to objection as above. |

44

| | | | | | |
|---|---|---|---|---|---|
| | | | | foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | |
| PX257 | 20-cv-4156, Dkt. 339-7 (Ex. 135) | 4/3/17 | Defendants' Reply in Support of their Post-Trial Motions | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX258 | AR-L 597008-597044 | 9/11/17 | Fields Opinion Order | Defendants object to the use of documents from other cases. Defendants also object based on relevance (401, 402), foundation (901), hearsay and FRE 403. See also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX259 | NF-L 005605-5626 | 3/31/83 | Palmer v. City of Chicago, 562 F. Supp. 1067 (N.D. Ill. 1983) (Shadur Order) | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402) and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Same response to objection as above. |
| PX260 | | 2/20/85 | Palmer v. City of Chicago, 755 F.2d 560 (7th Cir. 1985) | Same objection as above. | Same response to objection as above. |
| PX261 | | 11/26/86 | Palmer v. City of Chicago, 806 F.2d 1316 (7th Cir. 1986) | Same objection as above. | Same response to objection as above. |
| PX262 | AR-L 597310-597317 JR-L 231866-231690 JR-L 11186-11188 | 5/18/82 | Affidavit of Jeff Haas | Same objection as above. | Same response to objection as above. |
| PX263 | AR-L 597302-597309 | 9/14/88 | Jones v. City of Chicago, 856 F.2d 985 (7th Cir. 1988) | Same objection as above. | Same response to objection as above. |
| PX264 | AR-L 588866-588998 Wron 1-69 | | Rivera Investigative File | Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial, and to the use of documents from other, unrelated cases, and to the extent that this exhibit wasn't | Same response to objection as above. |

| | | | | properly disclosed pursuant to FRCP 26(a)(1) and (a)(2).<br><br>Defendants further object as Plaintiffs cannot establish any foundation for this exhibit and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | |
|---|---|---|---|---|---|
| PX265 | AR-L 024755-024756<br>RFC 158923-158924 | 9/9/85,<br>6/11/85 | Rivera Permanent Retention File | Same objection as above. | Same response to objection as above. |
| PX266 | RFC 469-810 | | Rivera Criminal Defense Attorney File | Same objection as above. | Same response to objection as above. |
| PX267 | AR-L 615982-615986 | 2/6/15 | Rivera v. Guevara, City's Response to Plaintiff's 17th RFP | Same objection as above. | Same response to objection as above. |
| PX268 | AR-L 615976-615981 | 3/27/15 | Rivera v. Guevara, City's Amended Response to Plaintiff's 17th RFP | Same objection as above. | Same response to objection as above. |
| PX269 | AR-L 615272-615282 | 2/11/13 | Rivera v. Guevara, City's Response to Plaintiff's First Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX270 | AR-L 615464-615491 | 4/22/13 | Rivera v. Guevara, City's Responses and Objections to Plaintiff's Second Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX271 | AR-L 615572-615575 | 2/5/14 | Rivera v. Guevara, City's Answer to Plaintiff's Fourth Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX272 | AR-L 615599-615602 | 4/29/14 | Rivera v. Guevara, City's Answer to Plaintiff's Fifth Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX273 | AR-L 615619-615622 | 6/9/14 | Rivera v. Guevara, City's Answer to Plaintiff's Seventh Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX274 | AR-L 615632-615635 | 6/12/14 | Rivera v. Guevara, City's Answer to Plaintiff's Eighth Set of Interrogatories | Same objection as above. | Same response to objection as above. |
| PX275 | AR-L 615645-615647 | 1/19/15 | Rivera v. Guevara, City's Answer Plaintiff's Ninth Set of Interrogatories | Same objection as above. | Same response to objection as above. |

| PX276 | AR-L 615283-615287 | 7/2/13 | Rivera v. Guevara, City's Supp Response to Plaintiff's Interrogatory No. 14 | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX277 | AR-L 615679-615682 | 4/3/13 | Rivera v. Guevara, City's Response to Plaintiff's Second Set of Requests to Admit | Same objection as above. | Same response to objection as above. |
| PX278 | AR-L 615689-615697 | 2/5/14 | Rivera v. Guevara, City's Response to Plaintiff's Third Set of Requests to Admit | Same objection as above. | Same response to objection as above. |
| PX279 | AR-L 615572-615575 | 2/5/14 | Rivera v. Guevara, City's Response to Plaintiff's Fourth Set of Requests to Admit | Same objection as above. | Same response to objection as above. |
| PX280 | AR-L 615492-615502 | 9/23/13 | Rivera v. Guevara, City's Supp Responses and Objections to Interrogatories 2 and 3 of Second Set | Same objection as above. | Same response to objection as above. |
| PX281 | AR-L 621401-621478 | 6/28/18 | Jury Instructions in Rivera | Same objections as above. | Same response to objection as above. |
| PX282 | 20-cv-4156, Dkt. 339-7 (Ex. 140) | 7/3/18 | Jury Verdict in Rivera | Same objection as above. | Same response to objection as above. |
| PX283 | AR-L 621514-621515 | 8/3/18 | Judgment in Rivera | Same objection as above. | Same response to objection as above. |
| PX284 | 20-cv-4156, Dkt. 339-7 (Ex. 141) | 8/31/18 | Rivera v Guevara, et al. Defendant City of Chicago's 59(a) Motion for a New Trial | Same objection as above. | Same response to objection as above. |
| PX285 | 20-cv-4156, Dkt. 339-8 (Ex. 142) | 11/15/18 | Rivera v. Guevara, et al. Plaintiff's Response to Defendants' Post-Trial Motion | Same objection as above. | Same response to objection as above. |
| PX286 | 20-cv-4156, Dkt. 339-8 (Ex. 143) | 1/28/19 | Rivera v. Guevara, et al. Defendant City of Chicago's Reply in Support of its Renewed Motion for Judgment | Same objection as above. | Same response to objection as above. |
| PX287 | AR-L 622512-622626 AR-L 622921-623035 JR 2270-2384 | 2/23/11 | PC Petition in Rivera | Same objection as above. | Same response to objection as above. |
| PX288 | AR-L 622627-622635 JR 977-984 | 9/13/11 | PC Order in Rivera | Same objection as above. | Same response to objection as above. |
| PX289 | AR-L 518086-518099 JR 964-976 | 9/5/12 | COI Order in Rivera | Same objection as above. | Same response to objection as above. |

| PX290 | 20-cv-4156, Dkt. 339-12 (Ex. 155) | 12/7/12 | Plaintiff's Motion to Compel Discovery | Same objection as above. | May be relevant to basis for expert opinions, Monell claims, City policies and practices, 404(b), Defendants' investigation, procedural history of criminal case, suppression, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' motion to bifurcate. |
| --- | --- | --- | --- | --- | --- |
| PX291 | AR-L 616493-616565 | 12/20/16 | Wells Report in Rivera | Same objection as above. | May be relevant to basis for expert opinions, Monell claims, City policies and practices, 404(b), Defendants' investigation, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MIL's, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs' motion to bifurcate. |
| PX292 | AR-L 616512-616531 | 12/20/16 | Appendix A to Wells Report in Rivera | Same objection as above. | Same response to objection as above. |
| PX293 | Guevara-L 140606-143402 AR-L 618199-621155 | 6/12/18 | Rivera v. Guevara Trial Transcript | Same objection as above. | Same response to objection as above. |
| PX294 | CITY-KLUP_004312-004371 | | Kluppelberg Investigative File, 562-35 | Same objection as above. | Same response to objection as above. |
| PX295 | CPD ORIG-FILE1-0001-0049 | | Kluppelberg Permanent Retention File, Dkts. 562-2 | Same objection as above. | Same response to objection as above. |
| PX296 | CPD-ORIG-FILE-4-0001-0058 | | Kluppelberg Newly Discovered File, 562-6 | Same objection as above. | Same response to objection as above. |

48

| PX297 | 20-cv-4156, Dkt. 339-5 (Ex. 91) | 8/5/13 | COI Kluppelberg | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX298 | JGS 599-612 | 8/5/13 | State of IL v. Kluppelberg Report of Proceedings | Same objection as above. | Same response to objection as above. |
| PX299 | 20-cv-4156, Dkt. 339-5 (Ex. 108) | 1/5/16 | Expert Report of Michael Brasfield in Kluppelberg | Same objection as above. | Same response to objection as above. |
| PX300 | 20-cv-4156, Dkt. 339-13 (Ex. 191) | 11/17/14 | Kluppelberg v. Burge, et al. Objections and Response to Plaintiff's Third Set of Requests for Admission | Same objection as above. | Same response to objection as above. |
| PX301 | 20-cv-4156, Dkt. 339-4 (Ex. 86) | 3/10/15 | Deposition of Kathleen Loughran | Same objection as above. | Same response to objection as above. |
| PX302 | AR-L 144424-144481 | 6/20/20 | OIG June 20, 2020 Report | Same objection as above. | Same response to objection as above. |
| PX303 | AR-L 150067-150078 | 9/16/21 | OIG Sept. 2021 Follow-Up Report | Same objection as above. | Same response to objection as above. |
| PX304 | PTP 1-3223 | | Documents Regarding Notice to the City of Chicago | Same objection as above. | Same response to objection as above. |
| PX305 | NF-L 007484-7538 RFC 2733-2787 | | Richard Brzeczek Testimony in Hampton v. City of Chicago, et al., 12-cv-5640 | Same objection as above. | Same response to objection as above. |
| PX306 | NF-L 007209-7300 RFC 2458-2549 | 10/28/82 | Milton Deas Testimony in Hampton v. City of Chicago, et al., 12-cv-5640 | Same objection as above. | Same response to objection as above. |
| PX307 | NF-L 007416-7484 RFC 2665-2733 | 10/29/82 | John Stibich Testimony in Hampton v. Chicago, 12-cv-5640 | Same objection as above. | Same response to objection as above. |
| PX308 | RFC 3727 | 4/19/82 | Detective Division File Control Order and Memo, 04/19/1982 | Same objection as above. | Same response to objection as above. |
| PX309 | Foster 30(b)(6) 000008-000074 | 1988-1996 | Detective Division Training Materials from 1988-1996 | Defendants object based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | Same response to objection as above. |
| PX310 | 20-cv-4156, Dkt. 339-12 (Ex. 164) | 2020 | 2020 Policy and Procedure Recommendations for the Collection and Preservation of Eyewitness Identification Evidence, 2020 | Defendants object to the documents contained within this mass group exhibit as hearsay, irrelevant, and unduly prejudicial, and to the use of documents from other, unrelated cases, and to the extent that this exhibit wasn't | Same response to objection as above. |

49

| | | | | | |
|---|---|---|---|---|---|
| | | | | properly disclosed pursuant to FRCP 26(a)(1) and (a)(2).<br><br>Defendants further object as Plaintiffs cannot establish any foundation for this exhibit and based upon the arguments set forth in Defendants Motions in Limine 23 and Renewed Motion to Bifurcate, Dkt. 833. | |
| PX311 | AR-L 138631-140567, AR-L 514229-514273, AR-L 514503-514509, AR-L 514506-514509, AR-L 517228-517256, AR-L 512168-517263, JR-L 55696-80611 | | Documents relating to Guevara victim Robert Bouto | Defendants object generally to this mass group exhibit insofar as it does not describe what the specific documents purport to be to assist in determining what Plaintiffs seek to admit into evidence. Defendants, thus, object in its entirety to this exhibit based on relevance, hearsay, foundation, nondisclosure, and FRE 403. Moreover, insofar as these documents are sought to be admitted as other bad acts of any Defendants, Defendants object on the bases set forth in Defendants' Response to Plaintiff's Motion to Admit Evidence, Dkt. 841. Defendants also object to any evidence offered to contradict any matters resolved on summary judgment and/or offered to show any allegedly flawed police investigation. See Defs.' Mot. Limine Nos. 15. Defendants further object to the extent this exhibit, which contains almost 200,000 pages of documents, is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | Same response to objection as above. |
| PX312 | AR-L 154051-155268 | | Documents relating to Guevara victims David Gecht, Richard Kwil, and Ruben Hernandez | Same objection as above. | Same response to objection as above. |
| PX313 | AR-L 545516-554574 | | Documents relating to Guevara victim Geraldo Iglesias | Same objection as above. | Same response to objection as above. |

| PX314 | AR-L 554732-560094 | | Documents relating to Guevara victims Thomas Kelly, John Martinez, Jose Tinajero | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX315 | AR-L 536599-536611 | | Documents relating to Guevara victim Jose Maysonet and Alfredo Gonzalez | Same objection as above. | Same response to objection as above. |
| PX316 | AR-L 547175-547439, AR-L 588824-588825, AR-L 589184-590415, AR-L 526092-526322, AR-L 598987-598992, AR-L 616061-616492, 20-cv-4156, Dkt. 339-8 (Ex. 142), 12-cv-4428, Dkts. 735-737, AR-L 570886-623035 | | Documents relating to Guevara victim Jacques Rivera | Same objection as above. | Same response to objection as above. |
| PX317 | AR-L 553493-553652, AR-L 553880-553884, AR-L 553491-554525, CPD 2432-2457, CPD 2458-2549, JR-JJ 22643-22967 | | Documents relating to Guevara victim Daniel Rodriguez | Same objection as above. | Same response to objection as above. |
| PX318 | AR-L 561539-568956 | | Documents relating to Guevara victim Armando Serrano and Jose Montanez | Same objection as above. | Same response to objection as above. |
| PX319 | AR-L 631029-631309, AR-L 632420-632426, AR-L 632429-632434, AR-L 632444-632446, AR-L 632436-632443, AR-L 632075-632347, AR-L 630494-630905, AR-L 632403-632417, AR-L 630246-634761 | | Documents relating to Guevara victim Thomas Sierra | Same objection as above. | Same response to objection as above. |
| PX320 | AR-L 518084 | 11/2/16 | Armando Serrano Certificate of Innocence | FRE 401, 402 (relevance), FRE 403 (unduly prejudicial, confusing, misleading the jury), lack of foundation, and FRE 801, 802 (hearsay). Defendants also object to any evidence relating to any other | May be relevant to basis for expert opinions, Monell claims, City policies and practices, 404(b), Defendants' investigation, mental state, impeachment or admissions of witnesses, and refreshing |

| | | | | | |
|---|---|---|---|---|---|
| | | | | alleged "bad acts as set forth in Defendants' Response to Plaintiff's Motion to Admit Evidence, Dkt. 841. Defendants also object to any evidence offered to contradict any matters resolved on summary judgment and/or offered to show any allegedly flawed police investigation. See Defs.' Mot. Lim. Nos. 8. Defendants further object to the extent this exhibit is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. See Plaintiffs' response to Defs' MIL's, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs' motion to bifurcate. |
| PX321 | AR-L 518100 | 11/2/16 | Jose Montanez Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX322 | AR-L 518102 | 3/27/19 | Robert Bouto Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX323 | AR-L 518099 | 9/5/12 | Jacques Rivera Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX324 | Guevara-L 60 | 2/10/22 | Sierra Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX325 | D. Rodriguez 164 | 12/1/22 | Daniel Rodriguez Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX326 | Gecht 011394 | 11/18/22 | David Gecht Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX327 | Guevara-L 27308 | 10/18/23 | Kwil Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX328 | | 8/22/22 | Jose Maysonet Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX329 | | | Thomas Kelly Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX330 | Guevara-L 61 | 6/8/22 | Gerardo Iglesias Certificate of Innocence | Same objection as above. | Same response to objection as above. |
| PX331 | CCSAO 1-61331, RFC 27113-158643 | | Materials from City of Chicago's investigation of misconduct by Reynaldo Guevara, conducted by Sidley Austin | Same objection as above. | Same response to objection as above. |
| PX332 | AR-L 522010-522067 | 3/3/15 | Sidley Austin Montanez/Serrano Report | Same objection as above. | Same response to objection as above. |

| PX333 | JR-L 3687-3691 | 6/14/93 | Report from Serrano Investigation | Same objection as above. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX334 | AR-L 522083-522126 | 3/3/15 | Sidley Austin Bouto Report | Same objection as above. | Same response to objection as above. |
| PX335 | AR-L 517173-517192 | 12/12/14 | Sidley Austin Solache/Reyes Report | Same objection as above. | Same response to objection as above. |
| PX336 | Guevara-L 142264-142508 | | Dorsch Trial Testimony in Rivera | Same objection as above. | Same response to objection as above. |
| PX337 | JR-L 76819-76955 | | Dorsch Post-Conviction Hearing Testimony in Montanez | Same objection as above. | Same response to objection as above. |
| PX338 | Guevara-L 35570-35571 | 5/23/23 | Guevara Behavioral Intervention Program | Same objection as above. | Same response to objection as above. |
| PX339 | JR-L 10816 | 2005 | 2005 Report of Guevara Retirement | FRE 401, 402 (relevance). Defendants further object to the extent this exhibit is not relevant to any pending Monell claim. See Dkt. 814; see also Dkt. 833, Defs.' Renewed Mot. Bifurcate Trial. | May be relevant to impeachment or admissions of witnesses, refreshing recollection of witnesses, Monell claims, City policies and practices, 404(b), Defendants' investigation, mental state. See Plaintiffs' response to Defs' MIL's, Plaintiffs' motion to admit Rule 404(b) evidence, and Plaintiffs' response to Defs' motion to bifurcate. |
| PX340 | | | Map of Area Five demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Demonstrative, will be disclosed prior to use. Will help the trier of fact understand the evidence or arguments. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |
| PX341 | | | Diagram of Plaintiffs' Prison Cells demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Same response to objection as above. |

53

| PX342 | | | Reyes interrogation and confession demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Same response to objection as above. |
|---|---|---|---|---|---|
| PX343 | | | Solache interrogation and confession demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Same response to objection as above. |
| PX344 | JGS 1627-1630 | | Calendar of events during investigation demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Same response to objection as above. |
| PX345 | | | Investigation timeline demonstrative | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). Defendants reserve right to make other objections based on what the exhibits actually are. | Same response to objection as above. |
| PX346 | Solache 7299-7322 | 2/4/99 | Employment Records, Solache | Hearsay, Confusion, Cumulative, Foundation. FRE 401, 402, 403, 802, 901. | May be relevant to the substance of the underlying police investigation, guilt, innocence, alibi, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not cumulative given the nature of |

54

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the claims and arguments raised by Plaintiffs. |
| PX347 | RFC 4115-4118 | 1/17/01 | Solache judgment & Execution order | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). | May be relevant to the substance of the underlying police investigation, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not cumulative given the nature of the claims and arguments raised by Plaintiffs. |
| PX348 | RFC 4129-4213 | 12/2000 | Mitigation evidence | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). | May be relevant to the substance of the underlying police investigation, guilt, damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not cumulative given the nature of the claims and arguments raised by Plaintiffs. |
| RX349 | Solache 7493 | 2004 | Deadline Documentary | FRE 801, 802 (Hearsay), Lack of Foundation (901), relevance (401, 402), and unduly prejudicial (403). | May be relevant to damages, impeachment or admissions of witnesses, and refreshing recollection of witnesses. Will lay foundation at trial through appropriate witnesses or as otherwise provided in FRE 901. Information contained within this exhibit may be offered for non-hearsay purposes or subject to the exceptions set forth in FRE 803, 804, 806, and/or 807. Not unduly prejudicial given the nature of the claims and arguments raised by Plaintiffs. |

55