**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' DESIGNATED TESTIMONY**

| Name | Date | Designations | Defendants' Objections | Defendants' Designations |
|---|---|---|---|---|

| Diana Gama | 5/12/2021 | 1:17, 5:2-10, 5:16-6:5, 6:14-18, 17:2-7, 17:11-15, 18:20-19:1, 19:5-20:10, 20:23-21:7, 21:12-24, 22:2-3, 22:5-7, 22:24-23:2, 23:4-25:2, 25:24-26:2, 26:7-16, 26:22-27:3, 27:5-12, 27:19-20, 27:22-28:9, 28:15-18, 28:22-29:6, 30:14-21, 31:8-16, 31:21-32:7, 33:1-34:7, 35:17-24, 37:6-14, 38:1-7, 41:12-42:5, 42:13-14, 43:11-45:13, 46:1-12, 46:15-48:7, 48:15-23, 49:14-23, 50:11-21, 51:2-6, 51:15-21, 53:2-5, 53:8-9, 53:18-54:1, 54:4-5, 54:7-17, 54:20, 55:4-13, 58:10-13, 59:6-14, 60:3-7 | **Defendants generally object to the designation of this testimony as Plaintiffs have not established this witness is unavailable.**<br><br>**1:17:** Irrelevant and incomplete; **5:2-10, 5:16-6:5:** Irrelevant, unnecessary, and contains descriptions of named defendants who are no longer defendants; **6:14-18:** Irrelevant and incomplete; | 12:16-13:5, 18:10-19, 19:2-4, 20:11-22, 21:8-11, 22:8-11, 22:24-23:2, 25: 3-23, 26: 3-6, 26:17-20, 28:10-14, 28:19-21, 29:7-30:13, 32:8-24, 34:14-19, 34:24-35:7, 35:11-16, 36:1-23, 37:15-24, 45:14-24, 46:13-14, 49:7-13, 49:24-50:10, 50:22- 51:1, 51:7-14, 54:22 – 55: 3, 55:14- 56:5, 56:-12, 56:15- 58:9, 58:14- 59:5, 59:15- 60:2, 60:8-11, 60:14- 61: 1 |
|---|---|---|---|---|
| Raul Aranda | 2/3/2020 | 1:23, 5:22-6:13, 7:1-8, 8:5-11, 8:17, 8:23, 9:4-11, 9:18-10:1, 10:6-7, 10:23-24, 11:22-24, 12:3-7, 12:22-13:1, 13:9-10, 13:12-14, 13:18-19, 15:6-9, 15:12-14, 16:12-19, 17:4-9, 17:16-19, 18:2-4, 18:15-17, 24:5-7, 26:12-14, 29:1-2, 38:15-18, 38:21, 38:24-39:10, 39:16-22, 40:17-22, 41:2-7, 42:6-15, 42:19-44:5 | **Defendants generally object to the designation of this testimony as Plaintiffs have not established this witness is unavailable.** **1:23:** irrelevant and incomplete, **5:22-6:13,** irrelevant, **7:1-5:** irrelevant, **9:21-10:1,** irrelevant, **10:6-7:** irrelevant (F.R.E. 104, 403) | 8:1-4, 8:12, 9:1-3, 10: (starting at "do") 13-22, 11:1-21, 12:1-2, 12: 8-21, 13:2-8, 13:16-17, 14:11-15:5, 15:10-11, 15:15-16: 3, 16:6-10, 16:20-17: 3, 17:10-15, 17:20-18:1, 18:5-7, 19:12-14, 19:20-20:13, 20:16-21:4, 21:6-22:9, 22:17-24:4, 24:8-21, 26:7-11, 26:15-28:24, 29: 3 – 30:6, 30:9-31:8, 31:11-18, 31:22-32:15, 32:17-24, 33 3-4, 33:17-34:2, 36:4-37:10, 37:13-38:1, 38:4-14, 38:23, 39:23-40:16, 40:23-41:1, 41:8-15, 41:18-19, 42:16-18, 44:6-45: 3, |

| Lourdes Rodriguez | 11/21/2019 | 1:14, 5:19-6:3, 6:8-10, 6:13-16, 6:19-7:10, 11:23-12:7, 12:15-20, 14:1-6, 14:21-15:19, 16:4-8, 16:18-24, 18:12-18, 19:21-20:8, 20:22-21:1, 24:22-25:3, 26:11-24, 29:12-14, 29:22-30:7, 30:11-31:4, 31:23-32:1, 32:12-17 | **Defendants generally object to the designation of this testimony as Plaintiffs have not established this witness is unavailable.**<br><br>1:14, 5:19-6:8-10, 6:13-16, 6:19-7:6, 24:23-25:3 (time, date and location of deposition as well as who is questioning who is irrelevant, (F.R. E. 104, 403) | 12:8-14, 12:21- 13:24, 15:20-16: 3, 17:24- 18:7, 18:19-19:20, 20:9-12, 20:15-16, 20:19-20, 21:2-11, 21:14-16, 21:18, 22:2-8, 25:12-26:10, 30:8-10, 32:2-11 |
|---|---|---|---|---|
| Alfredo Aranda | 6/5/2019 | 1:19-20, 2:2-20, 3:9-15, 5:9-14, 6:14-17, 7:2-15, 7:21-24, 9:19-22, 10:1-2, 10:4-18, 12:14-13:5, 13:14-24, 14:4-15, 15:4-17, 16:9-21, 16:24, 17:2-8, 17:13-22, 18:24-19:8, 19:13-14, 19:16-22, 20:2-11, 20:15-18, 20:23-21:3, 21:22-23, 22:1-2, 22:10-11, 22:22-23:1, 23:9-13, 23:16-19, 24:3-4, 25:18-22, 27:6-8, 27:11-13, 27:15-23, 28:6-8, 28:13-15, 29:14-22, 30:1, 30:3-7, 30:10-11, 31:2-3, 31:7, 31:9-20, 32:6-7, 38:7-20, 39:7-10, 52:6-8, 52:11, 52:13-20, 53:4-16, 53:19-54:11, 54:14, 54:16-22, 55:1-2, 55:4-6, 56:1-3, 56:6, 57:19-21, 58:1-2, 58:4-7, 59:2-8 | **Defendants generally object to the designation of this hearsay deposition testimony as Plaintiffs have not established this witness is unavailable. FRE 801-805**<br><br>1:19-20, 2:2-20, 3:9-15, 5:13-14 (time, date and location of dep as well as who is questioning and who was present not relevant, FRE 401-403)<br><br>9:19-22, 10:1-2 (Foundation).<br><br>10:4-18 (FRE 801, 812, 803, 901, foundation and hearsay).<br><br>12:14-24 (FRE 401-403, 901 not relevant/no foundation because Mr. Aranda did not testify at trial that he heard Jacinta Soto's | 5:15-16<br>6:18-7:1<br>7:6-20<br>8:1-2, 20-22<br>8:24-9:1<br>9:3-18<br>10:19-11:16, 11:19<br>11:21-12:3, 12:6, 8-9, 12<br>13:6-13<br>14:1-3<br>14:18-24<br>15:18-16:8<br>17:9-12<br>17:23-18:9<br>18:11-22<br>20:12-14<br>20:19-22<br>21:9-11<br>23:14-15<br>23:20-24:2<br>24:5-25:17<br>25:23-26:22 |

| | | | | voice. Plaintiffs' claim here is that Defendants suppressed the statements of Alfredo Aranda. See PTO, Dkt. 870 p. 3. In this deposition, Plaintiffs' counsel asks this and other questions about whether a Puerto Rican detective with a mustache" told Aranda to say certain things. Notably, whether Aranda ever said any of these things, and if he did, when, where and to whom he said them is not contained in the record.  d.  In addition, this testimony is not relevant because the statements (1) were not suppressed, (2) were disclosed to prosecutors in police reports, (3) are not exculpatory of either Plaintiff, and (4) because Mr. Aranda did not testify to any of them at trial, are not material (no reasonable likelihood that the criminal trial result would be different. ("General Objection 1")

13:1-4 (FRE 401-403, Mr. Aranda did not testify at trial that he heard the muffled screams of a woman as if someone had a hand over her mouth, see General Objection 1 above) | 28:16-18, 21<br>28:23-24, 29:3, 29:5-7<br>29:11-13<br>30:13-17, 21-23<br>32:1-4<br>32:9-12, 14, 16-17<br>32:22-33:3, 33:5-7<br>33:9-15<br>33:18-19<br>33:21-33:6<br>33:9<br>33:11-14<br>33:18-37:14, 37:16, 18-19, 21<br>37:23-38:4, 38:5<br>38:21-22, 38:24-39:1, 39:3-4<br>39:11-14<br>39:19-21<br>40:3-40:23, 41:1<br>41:3-14, 41:17<br>41:21-42:23<br>45:2-4, 6, 8, 10<br>45:12-46:3, 46:7-10<br>46:13-48:4<br>48:13-51:14<br>51:20-20:5<br>52:21-53:3<br>53:17-18<br>55:7-24, 56:8-11, 55:13<br>57:16-18<br>58:8-17, 58:19-20<br>58:22-59:1<br>59:9-11<br>59:16-21 |

4

| | | | | 60:6, 8, 60:10-63:12 |
|---|---|---|---|---|
| | | | 13:14-24 (FRE 402-403, Mr Aranda did not testify at trial that he heard something hitting the floor and wall or metal banging, see General Objection 1 above) | 63:13-14, 63:17-18, 63:20-64:6 64:10-12, 14, 16-21, 24 65:2-3, 6-8 67:12-22, 24, 68:2-6, 9, 11-22, 24 69:2-5, 8-10 70:2-11, 13-14, 17-19, 21 72:9-14, 17, 19-21 73:6-7, 10-12, 16-23 74:8-9 |
| | | | 14:4-15 (FRE 402-403, Mr. Aranda did not testify at trial that he heard glass breaking or that the disturbance lasted 10-15 minutes, see General Objection 1 above) | |
| | | | 15:4-8 (FRE 401-403, Mr. Aranda did not testify at trial that he thought there was a domestic fight between Mariano and Jacinta, see General Objection 1 above) | JX0164, Trial Testimony of Alfredo Aranda 1371:17-1377:24 1378:4-1379:8 1379:11-1381:23 1382:23-1387:15 1387:21-1388:14, 1388:17 |
| | | | 15:14-17 (401-403) | |
| | | | 16:19-21, 24 (FRE 403, cumulative of 16:9-18) | |
| | | | 17:2-4 (incomplete question/no answer) | |
| | | | 17:16-22 (FRE 401-403, Mr. Aranda has never testified that he would recognize the male voice he heard next door, so there is no | |

| | | | |
|---|---|---|---|
| | | basis to insinuate that this should have been done (see MILs, or that this was feasible at CPD in 1998)<br><br>19:3-8, 13-14, 16-22 (FR 403, cumulative of 15:14-17, see objections to same above)<br><br>21:22-23, 22:1-2, 10-11, 21:22-22:1, 23:9-10 (FRE 401-403)<br><br>27:6-8, 11-13, 15-17 (FRE 403, cumulative of 12:14-24, also see objections to same above)<br><br>28:6-8, 13-15 (FRE 401-403, unclear what "tell you to say" meant, especially considering language barrier/translation issues)<br><br>29:14-22, 30:1, 3-7, 10-11 (FRE 403, duplicative of 16:13-18, 20:1-4) (FRE 403, confusion about "all you heard" as witness has already testified, he also heard other things)<br><br>31:9-14 (FRE 401-403, Mr. Aranda never testified at trial that he heard Jacinta's voice, see General Objection 1 above) | |

| | | | | |
|---|---|---|---|---|
| | | | 31:15-20 (FRE 401, 403, 901, witness's opinion/reaction not relevant)<br><br>59:6-8 (FRE 401-403, 701, 704, 901, Mr. Aranda's opinion about whether it was "wrong" not relevant, and inadmissible opinion testimony) | |
| Raul DeLira | 3/11/2021 | 1:17, 5:9-18, 8:6-9, 8:14-22, 9:7-9, 9:22-10:9, 10:12-16, 14:4-7, 14:18-22, 15:9-11, 15:22-16:3, 18:2-4, 20:17-24, 21:8-13, 21:20-21, 21;24-22:2, 22:5, 22:7-8, 22:10, 22:24-23:3, 25:16-17, 25:19, 25:21-22, 26:3-12, 32:11-14, 32:24-33:5, 33:11-13, 33:23-24, 34:3-17, 35:9-10, 35:20-23, 36:5-15, 36:19-37:3, 37:12-15, 47:7-8, 59:5-8, 59:21-22, 60:1, 61:16-62:2, 62:4, 62:14-20, 62:24-63:3, 63:5, 63:22-64:13, 65:1-6, 65:9-15, 66:1-7, 67:10-68:1, 68:3-9, 68:15-69:1, 69:3-4, 77:6-16, 79:4-8 | **Defendants generally object to the designation of this deposition testimony because it is hearsay not subject to any exception as Plaintiffs have not established this witness is unavailable. FRE 801-805.**<br><br>**1:17, 5:09-18, 8:6-9, 8:14-22, 9:7-9** (Time and location of deposition, introduction of counsel and unnecessary statements of counsel incomplete and not relevant, FRE 401-403)<br><br>**18:2-4** (incomplete answer, should also include 18:5-6)<br><br>**22:7-8, 22:10, 22:24-23:3, 25:16-17, 25:19, 25:21-22, 26:3-** | **10:17-22**<br>**11:4-11**<br>**13:6-14:3**<br>**14:8-11**<br>**14:15-17**<br>**15:2-8**<br>**17:7-18:1**<br>**18:5-6** (completes the answer)<br>**18:7-9, 18:11**<br>**18:15-17**<br>**19:7-11**<br>**21:1-7**<br>**21:22-23**<br>**26:13-18, 26:20-21**<br>**29:7-23, 30:1**<br>**32:15-23**<br>**33:6-10**<br>**33:14-22**<br>**34:18-20, 32:22**<br>**34:24-35:8** |

| | | | **12, 67:14-68:1, 68:3-9, 77:6-16, 79:4-8** (According to DeLira, the Soto apartment door had two locks: a bottom lock which could be locked from inside or outside and for which he supplied them with one key which they were free to duplicate, and an upper deadbolt lock for which there was no key and which could only be locked from inside the apartment. Both Plaintiffs and Adriana Mejia said in their respective statements that they knocked on the Sotos's front door and that Jacinta opened it for them and there is no competent substantive evidence to the contrary, so how someone might gain entry to the Sotos apartment when the door is locked is not relevant and will only serve to confuse the jury into thinking this is an issue when it is not; similarly, there is no dispute that the officers gained entry to the apartment by breaking open a window pane, reaching through it, and opening it so testimony is not relevant will be confusing, Moreover, most of these questions do not distinguish between the deadbolt | **35:11-36:4** **36:16-18** (to complete answer and provide next question for designated answer) **37:4-11** **37:16-38:5** **38:19-24** **40:5-7, 40:9-10** **40:12-41:15** **42:2-5** **43:4-12** **45:5-6, 45:10** **47:20-24, 49:2, 48:4-6** **55:22-56:16** **69:6-7, 69:9-12** **70:13-71:23** **72:6-9** <br><br> If 63:1-3 and 63:5 are allowed, Defendants counter designate **63:6-11** to complete the answer and demonstrate the level of attention the witness was giving to his answers as he thinks all these questions are the same. <br><br> **68:2** (if 67:10-68:1 allowed to complete answer) <br><br> If the Court allows testimony about what DeLira saw/heard from outside the Sotos apartment in the back of the house on March 27, 28, |

| | | | | lock or the door handle lock and whether the question refers to locking/unlocking from **inside or outside** the apartment and therefore will only cause confusion, FRE 401-403)<br><br>**22:24-23:4** (form, question is vague and suggests that the key could be used to lock the deadbolt from the outside which is contrary to the witness's testimony)<br><br>**47:7-8** (who is questioning not relevant, FRE 401-403)<br><br><br>**59:5-8, 59:21-22, 60:1, 61:16-62:2, 62:4, 62:14-20, 62:24-63:3,** 63:5 (form ("normal door"), foundation (there is no testimony that this witness was ever at the door of the Soto apartment on Mar 27, 28, 29 or 30 or 31 and had the opportunity to see and/or hear any of these thing (see 52:6-53:3, 53:6-7, 53:18-21, 53:4-55:5, 55:16-21, 59:9-10, 59:19, 67:10-13), see also 64:1-4 (no obj to same question re 4/1/98 when the witness testified he was actually | 29 and 30 (see Plaintiff's designations on pages 59:5 through 61:5), Defendants designate the following to demonstrate the lack of foundation for those questions) **52:6-53:3, 53:6-7, 53:18-21, 54:3-55:5, 55:16-21, 59:9-10, 59:19, 59:23-24, 60:5-6, 60:8, 61:4-6, 61:8, 61:10-11, 61:13-14,**<br><br>If testimony regarding the locks and keys is allowed, Defendants counter designate: **16:4-17, 22:12-15, 21:14-16, 22:12-15, 22:21-23, 24:16-25:1, 25:3, 25:5-11, 25:23-26:2, 26:23-27:5, 77:17-21**<br><br>If 66:1-7 is allowed, Defendants counter designate **65:18-24** |

| | | | at the door), relevance FRE 401-403, 602) | |
|---|---|---|---|---|
| | | | **63:22-24** (Relevance, statement by counsel, not a question) | |
| | | | **64:7-13, 65:1-6, 65:9, 66:1-7** (what the witness would have done if he had seen or heard things that he did not ever see or hear, and may not even have had the opportunity to see or hear, is not relevant and lacks foundation, speculation, relevance, FRE 401-403, 601) | |
| | | | **67:10-13** (speculation, relevance) | |
| | | | **68:15-69:1, 69:3-4** (form, question states the hearsay deposition testimony of an unidentified officer, FRE 801-805) | |
| Jose Mejia (vol. 1) | 4/20/2021 | 1:17, 4:19-21, 4:23-5:9, 5:13-16, 5:22-6:5, 13:14-14:4, 20:1-18, 20:23-21:7, 21:16-22:3, 24:1-16, 25:18-26:1, 27:17-21, 28:19-22, 30:11-14, 30:16-19, 31:2-3, 32:10-24, 35:23-36:13, 37:1-4, 48:7-20, 49:4-7, 49:10-51:21, 52:6-53:6, 53:11-15, 53:19-55:24, 57:19-24, | **Defendants object to the designation of this testimony as Plaintiffs have not established this witness is unavailable.**<br><br>**1:17:** Irrelevant and incomplete.<br>**4:19-11, 4:23-5:9, 5:13-16** Irrelevant, unnecessary. | 12:15-13:13,16:6-16, 19:21-24, 21:13-15, 22:4, 24:17-25:1, 25:6-17, 26:12-24, 27:4-7, 27:22-28:12, 28:23-29:5, 29:21-23, 30:9-10, 30:24-31:1, 31:23-24, 33:1-35:1, 37:5-38:9 (provisionally), 42:24-46:7, 46:18-47:17, 48:21-49:3 (provisionally), 49:8-9, 51:22-52:5, |

| | | 88:7-10, 88:13-20, 89:4-5, 129:1-131:17, 131:21-132:2, 133:3-13, 133:22-134:4, 134:15-17, 134:23-135:2, 135:8-11, 135:13-136:11, 136:15-137:7, 137:10-138:7, 138:19-139:4, 144:17-145:9, 147:21-148:9, 151;11-18, 152:22-153:13, 153:17-154:2, 154:12-155:2, 156:2-5, 156:21-23, 158:4-10, 158:16-18, 159:6-8, 182:14-21, 186:9-11, 187:16-20, 188:8-9, 188:11, 188:16-17, 188:19, 188:22-24, 190:2-5, 190:8-9, 190:11-12 | **20:7:** Counsel's objection. **25:21-23**: Counsel's objection. **35:23-36:13, 37:1-4:** foundation, hearsay, Counsel's question only. **48:7-20:** foundation. **51:6-11, 53:11-54:1, 54:18-55:19:** hearsay. **129:1-131:17**: leading, hearsay **131:21-132:2**: leading, hearsay, asked and answered, counsel's question only. **133:22-134:4**: leading, hearsay, asked and answered, incomplete answer. **134:15-17:** leading, hearsay, asked and answered, incomplete answer. **134:23-135:2**: leading, counsel's question only. **135:8-11:** leading, foundation, hearsay, counsel's question only. **135:13-136:11:** leading, hearsay, incomplete answer. **136:15-137:7:** leading, hearsay. **137:10-138:7**: leading, foundation, hearsay, incomplete answer. **138:19-139:4:** leading, relevance, hearsay, foundation, FR 403. **144:17-145:9:** leading, relevance, hearsay, foundation, FR403. | 56:1-6 (provisionally), 56:17-58:2, 58:8-22, 59:21-60:2 (provisionally), 61:19-62:20, 67:20-68:24, 73:3-74:21, 75:11-22 (provisionally), 77:14-78:23, 84:8-86:18 (provisionally), 88:1-3, 88:5, 88:11-12, 88:21-89:2, 89:7-15, 90:5-23, 91:20-93:9, 93:14-95:9, 95:16-96:9 (provisionally), 96:23-97:10, 98:7-98:10, 111:14-21, 134:6-13 (provisionally), 134:18-22 (provisionally), 140:14-20, 146:11-15, 146:17-20, 158:11-159:4 (provisionally), 159:23-161:9, 196:16-23, 199:5-11 |

11

| | | | |
|---|---|---|---|
| | | **147:21-148:9**: relevance, foundation, FR403.<br>**151:11-18**: relevance, foundation, FR403.<br>**152:22-153:13**: relevance, foundation, FR403.<br>**153:17-154:2**: relevance, foundation, FR403.<br>**154:12-155:2**: relevance, foundation, FR403.<br>**156:2-5**: relevance, foundation, hearsay, FR403.<br>**156:21-23**: relevance, foundation, hearsay, FR403.<br>**158:4-10:** relevance, foundation, hearsay, FR 403.<br>**158:16-18**: relevance, FR403.<br>**159:6-8**: relevance, foundation.<br>**182:14-21**: relevance, foundation, hearsay, FR403<br>**186:9-11**: relevance, foundation, speculation ("I cannot guarantee you if he did it or not" - 186:18-19), FR403<br>**187:16-20**: relevance, foundation, speculation, FR403.<br>**188:8-9, 188:11**: relevance, foundation, FR403.<br>**188:16-17, 188:19**: relevance, foundation, FR403.<br>**188:22-24**: relevance, foundation, speculation, | |

| | | | | |
|---|---|---|---|---|
| | | | improper character evidence, FR403.<br>**190:2-5:** relevance, hearsay, foundation, speculation, FR403.<br>**190:8-9, 190:11-12:** relevance, hearsay, foundation, speculation, FR403. | |
| Jose Mejia (vol. 2) | 6/3/2021 | 201:20, 205:19-206:7, 206:12-24, 211:21-212:2, 212:4, 212:8-12, 212:14, 219:10-12, 220:5-12, 220:16-19, 222:12-15, 222:17, 222:21-223:3, 223:7-10, 223:16-18, 223:22, 225:3-5, 225:7-9, 225:14-20, 226:13-16, 226:18-19, 231:14-16, 231:18, 232:1, 232:3, 240:4-10, 240:13-14, 241:2-8, 241:18-19, 241:21-242:7, 242:10-21, 242:24-243:2, 243:12-14, 243:24-244:2, 244:18-245:2, 245:10-246:5, 246:10-13, 246:19-22, 246:24, 247:7-9, 247:11-13, 247:18-248:18, 248:23-249:1, 249:3, 249:6-12, 249:14, 249:17-250:2, 252:10-17, 253:4-10, 253:12-14, 253:18-19, 253:21, 253:23, 254:2-3, 255:2-8, 255:13-18, 256:13-257:8, 257:15-18, 258:19-259:3, 259:9-11, 259:13, 259:21-260:8, 260:10-11, 261:23-24, 262:4-7, 262:15-16, 263:12, 265:9-15, 266:4-9, 266:13-267:7, 267:16-19, 267:21-23, 268:3-10, 270:4-8, 270:10-11, 271:8-9, 271:16-22, 272:3-8, 272:17-19, | **201:20:** Irrelevant and incomplete.<br>**205:19-206:7, 206:12-24:** Irrelevant and unnecessary.<br>**211:21-212:2, 212:4, 212:8-12, 212:14:** relevance, hearsay, foundation, speculation, asked and answered, FR403.<br>**219:10-12, 220:5-12:** relevance, hearsay, foundation, speculation, asked and answered, FR403.<br>**220:16-19:** relevance, speculation, foundation, FR403.<br>**222:12-15, 222:17, 222:21-223:3, 223:7-10:** relevance, hearsay, foundation, speculation, asked and answered, FR403.<br>**223:16-18, 223:22:** relevance, hearsay, foundation, speculation, asked and answered, FR403.<br>**225:3-5, 225:7-9:** relevance, hearsay, foundation, speculation, asked and answered, incomplete answer, FR403. | 219:17-220:4 (provisionally), 222:18-19 (provisionally), 228:17-229:20, 244:12-15 (provisionally), 252:3-5, 254:18-19 |

13

| | | | | |
|---|---|---|---|---|
| | | 272:21, 273:12-14, 273:16, 273:18-21, 273:23, 274:8-12, 274:14-15, 274:24-275:2, 275:4-11, 276:12-15, 276:17-18, 276:20-23, 277:16-20, 277:23-24, 278:2-5, 278:7, 278:18-21, 279:4-8, 279:11-24, 280:3-4, 280:14-17, 280:22, 282:18-22, 283:3-4, 283:8-10, 283:13-15, 283:18, 283:20-284:8, 285:14-18, 285:20-21, 285:23-286:1, 286:3-7, 286:9, 286:18-287:9, 295:1-8, 295:14-15, 296:8-10, 296:12-13, 296:15-21, 296:23-24, 297:2-3, 297:5-6, 297:8-13, 297:19-21, 298:20-22, 298:24-299:2, 300:6-9, 300:11-14, 300:16-20, 300:22-24, 301:2-4, 301:6, 301:21-24 | **225:14-20:** relevance, foundation, speculation, hearsay, asked and answered, FR403. **226:13-16, 226:18-19:** relevance, speculation, leading, hearsay, asked and answered, foundation, FR403. **231:14-16, 231:18:** relevance, leading, foundation. **232:1, 232:3:** relevance, leading, foundation. **240:4-10:** leading, foundation, asked and answered. **240:13-14, 241:2-8, 241:18-19, 241:21-242:7, 242:10-21, 242:24-243:2, 243:12-14, 243:24-244:2:** foundation, speculation, leading, incomplete answers. **244:18-245:2, 245:10-246:5, 246:10-13, 246:19-22, 246:24, 247:7-9, 247:11-13:** foundation, leading, speculation, leading, incomplete answers. **247:18-248:18**: foundation, leading, speculation. 248:23-249:1, 249:3, 249:6-12, 249:14: foundation, leading, speculation, FR403 **249:17-250:2**: foundation, questions only, FR403 | |

| | | | | |
|---|---|---|---|---|
| | | | **252:10-17**: foundation, improper use of a police report, incomplete answer, FR403<br>**253:4-10, 253:12-14, 253:18-19, 253:21, 253:23, 254:2-3**: foundation, leading, testifying through the questions of counsel.<br>**255:2-8**: foundation, improper use of police report, harassing, speculation, FR403<br>**255:13-18**: foundation, speculation, FR403.<br>**256:13-257:8**: foundation, speculation, leading, improper use of police report, FR403<br>**257:15-18, 258:19-259:3, 259:9-11, 259:13**: foundation, speculation, lawyer testifying, improper use of police report/photograph, FR403.<br><br>**259:21-260:8, 260:10-11**: foundation, speculation, leading, lawyer testifying, FR403.<br>**261:23-24, 262:4-7, 262:15-16**: lawyer questions/testifying.<br>**263:12**: one segment of a lawyer question only<br>**265:9-15**: one segment of a lawyer question only<br>**266:4-9**: foundation, asked and answered | |

| | | | | |
|---|---|---|---|---|
| | | | **266:13-267:7, 267:16-19, 267:21-23:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, calls for speculation, FR403. **268:3-10:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403. **270:4-8, 270:10-11, 271:8-9, 271:16-22, 272:3-8, 272:17-19, 272:21**: foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403. **273:12-14, 273:16, 273:18-21, 273:23:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403. **274:8-12, 274:14-15:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403. **274:24-275:2, 275:4-11:** foundation, lawyer testifying, improper attempt to refresh | |

16

| | | | | |
|---|---|---|---|---|
| | | | recollection, improper use of police records, speculation, FR403.<br><br>**276:12-15, 276:17-18, 276:20-23, 277:16-20, 277:23-24, 278:2-5, 278:7:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403.<br><br>**278:18-21:** foundation, speculation.<br><br>**279:4-8, 279:11-24, 280:3-4, 280:14-17, 280:22:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403.<br>**282:18-22:** foundation, speculation, improper hypothetical.<br>**283:3-4, 283:8-10, 283:13-15, 283:18:** foundation, lawyer testifying, improper attempt to refresh recollection, improper use of police records, speculation, FR403.<br>**283:20-284:8:** foundation, lawyer testifying, improper attempt to refresh recollection, | |

17

| | | | | |
|---|---|---|---|---|
| | | | improper use of police records, speculation, FR403. **285:14-18, 285:20-21:** foundation, speculation, lawyer testifying, FR403 **285:23-286:1, 286:3-7, 286:9:** foundation, speculation, lawyer testifying, FR403. **286:18-287:9:** foundation, speculation, lawyer testifying, FR403. **295:1-8, 295:14-15:** foundation, speculation, lawyer testifying, FR 403. **296:8-10, 296:12-13, 296:15-21, 296:23-24, 297:2-3, 297:5-6:** relevance, foundation, speculation, FR403. **297:8-13, 297:19-21:** relevance, foundation, speculation, FR403. **298:20-22, 298:24-299:2:** relevance, foundation, speculation , FR403, **300:6-9, 300:11-14**: relevance, FR403. **300:16-20, 300:22-24, 301:2-4, 301:6:** relevance,  foundation, speculation, FR 403 **301:21-24:** relevance, hearsay, FR403 | |

| | | | | |
|---|---|---|---|---|
| Judge Bernard Sarley | 8/27/2021 | 1:14-19, 5:1-10, 5:20-6:9, 6:16-18, 7:4, 7:9-12, 8:3-6, 9:19-10:6, 10:22-11:1, 11:7-8, 11:21, 12:3-6, 12:16-18, 13:10-14, 14:19-23, 15:14-17, 16:3-15, 17:9-11, 17:18, 18:21-19:2, 19:23-20:13, 20:17-23, 22:4-15, 25:4-6, 25:23-26:9, 27:6-13, 27:21-28:3, 33:22-34:9, 37:11-14, 45:14-24, 47:9-15, 48:3-7, 49:4-24, 51:11-15, 52:5-7, 52:13-53:4, 53:15-17, 54:1-5, 55:5-8, 55:14-17, 56:8-10, 57:17-20, 57:24-58:2, 58:6-9, 58:11-20, 58:23, 63:7-8, 65:11-66:8, 66:16-67:9, 67:19-22, 70:7-16, 72:8-15, 73:14-19, 79:1-4, 79:7-9, 79:12-17, 82:14-21, 83:12-19, 83:21-84:1, 84:17-20, 85:4-7, 88:7-18, 92:21-93:6, 93:8-15, 95:18-22, 96:1-98:4, 99:6-7, 102:5-13, 104:22-23, 105:2-10, 110:7, 110:10-15 | **Defendants generally object to the designation of this testimony as Plaintiffs have not established this witness is unavailable.**<br><br>**1:14-19:** Relevance.<br>**5:1-10:** Relevance.<br>**5:20-6:9**: Relevance.<br>**17:9-11:** Object to the inclusion of the reference to him becoming a judge.<br>**57:24:** Relevance; unnecessary<br>**66:6-18; 16-67:9:** Incomplete designation; Relevance; 403<br>**67:19-22:** Relevance; 403<br>**72:8-15:** Relevance<br>**79:16:** Counsel's objection<br>**82:14-21:** Includes counsel's objection; foundation; hearsay<br>**83:16:** Counsel's objection<br>**88:7-18:** Relevance; foundation; duplicative<br>**92:21-96:6; 93:8-15:** Relevance; foundation; speculation; unduly prejudicial<br>**95:18-22; 96:1-98:4:** Relevance, foundation; speculation.<br>**104:22-23; 105:2-10:** Relevance<br>**110:7, 10-15:** Relevance, foundation | 10:16-19<br>11:5-6<br>11:19-20<br>12:11-13<br>14:17-18<br>14:24-15:<br>15:8-13<br>15:20-21, 23-24<br>17:13-16<br>19:17-18<br>20:14-17<br>20:24-21:3; 21:13-22:3<br>25:7-22<br>26:10-17<br>27:14-20<br>29:5-16<br>31:1—7; 9;12-20<br>37:16-21; 38:22-39:3<br>40:5-13<br>40:15-19; 22-41:1<br>41:8-20; 42:2-7; 10-12<br>54:6-16; 21-55:1<br>55:18-23<br>56:23-57:2, 5<br>60:1-4; 61:11-62:2<br>79:10-11<br>99:12-16;18-21<br>99:23-100:2; 100:4-6<br>103:9-13; 14-24; 104:1-5; 7-15<br>111:3-9; 12 (designated provisionally in response to 110:7, 10-15) |

| Thomas Verdun | 3/16/2021 | 6:8-10, 7:24-8:14, 9:5-9, 9:12-16, 11:7-12:6, 13:6-11, 14:21-24, 20:1-23, 21:13-22:1, 22:5-11, 22:14, 24:8-25:5, 28:15-24, 29:5-8, 30:12-17, 30:20, 30:24-31:15, 32:9-33:4, 33;7-19, 34:15-17, 34:20-21, 35:1-5, 35:21-36:9, 36:13-20, 36:23-37:1, 37:6-13, 37:17-38:2, 38:13-39:4, 39:7-14, 40:3-11, 42:6-8, 43:7-10, 43:14-17, 43:21-44:6, 45:7-10, 46:20-47:16, 47:20-48:1, 48:4-49:16, 49:20-24, 50:2-12, 57:9-58:9, 58:21-59:8, 60:3-16, 62:4-19, 65:3-10, 65:20-66:13, 67:10-20, 68:3-10, 71:16-72:11, 72:19-21, 73:13-74:7, 75:13-76:1, 76:12-77:1, 77:10-17, 78:8-21, 78:24-79:13, 80:21-81:15, 81:22-82:24, 85:7-86:24, 87:6-16, 87:21-88:12, 94:13-17, 94:23-95:1, 98:8-99:2, 99:5-7, 103:6-16, 103:20-105:15, 110:2-22, 111:8-112:2, 120:22-121:11, 121:19-122:10, 124:9-19, 126:3-22,  127:6-13, 127:16-128:7, 128:11-129:10, 130:7-15, 130:24-131:5, 132:13-22, 134:14-137:9, 137:12, 137:15-139:16, 139:19-140:1, 140:13-142:3, 142:6-143:15, 144:8-14, 165:6-9, 165:12-166:1, 166:6-10, 166:13-19, 166:24-167:3, 178:14-23, 180:22-181:1, 181:4, 181:8, 189:19-24, 190:3-17, 197:13-198:13, 198:17, 200:12-203:8, | **20:9-23:** MIL re Vienna convention<br>**21:13-22:21:** relevance, 403<br>**24:8-25:5:** improper expert opinion<br>**28:15-24, 29:5-8:** MIL re COI, relevance, 403<br>**30:12-17; 30:20, 30:24-31:2:** MIL re COI, MIL re attorney opinions, hearsay, relevance 403<br>**31:3-15; 32:9-33:4, 33:7-19:** MIL re attorney opinions, hearsay, relevance 403<br>**37:10-13; 37:17:** relevance<br>**38:19-39:4:** relevance<br>**39:8-14, 40:3-11** – relevance, MIL re 404b, improper opinion testimony<br>**42:6-8:** MIL re attorney opinions, improper expert opinion<br>**43:7-10, 43:14-17, 43:21-44:6,** MIL re attorney opinions, MIL re officer misconduct, hearsay, relevance, 403<br>**46:20-47:16:** MIL regarding 404(b), relevance<br>**48:4-11:** MIL re attorney opinions, relevance, 403<br>**49:20-24, 50:2-12:** MIL re attorney opinions, relevance<br>**62:4-19:** MIL re Vienna convention | 12:18-13:5; 13:12-17; 20:24-21:7; 22:15-23:3; 23:14-24:7; 45:11-46:4 (provisionally)<br>77:21-78:7;  83:5-83:20, 83:2284:11, 84:14-18; 84:21-22; 88:13-16; 89:10-90:19; 90:23-92:1; 92:4-7; 92:16-93:24; 94:4-94:10; 94:18-22; 95:2-96:22; 96:23-98:1; 99:8-103:5; 112:5-16; 113:1-115:17; 116:12-117:11; 121:12-18; 122:11-123:9; 124:20-126:1; 131:6-132:12; 140:2-7; 140:11-12; 155:18-156:11; 157:20-158:2; 158:7-19; 160:18-162:10162:17-19; 163:24-164:111, 164:15-165:5; 168:20-170:13; 170:17-170:11; 172:14-18; 172:21-173:7173:11-175:18; 176:4-178:13; 179:1-180:19; 181:9-182:1, 182:4-4; 182:14-19; 182:23-183:6- 183:9-16; 183:19-184:6, 184:9-21; 184:24-185:12, 185:15-186:6; 186:1016; 186:20-187:19, 187:23; 187:24-188:17, 188:20-189:16; 199:3-11; 220:18-221:15; 245:3-246:8 (provisionally); 246:12-247:19 (provisionally); 247:23-248:6 (provisionally); 248:10-17 (provisionally); 248:23-249:7 (provisionally), 249:11-251:20 (provisionally); 251:23 (provisionally); 256:9-17 (provisionally), 256:21-257:16 |

| | | |
|---|---|---|
| 203:13-204:8, 204:22-205:16, 205:20-206:19, 206:22-207:10, 207:14-23, 208:2-3, 208:7-11, 216:7-15, 221:16-222:9, 222:13-18, 222:22-223:1, 223:5-9, 223:13-17, 223:21-224:2, 224:6-13, 224:17-22, 225:3-4, 225:15-17, 225:21-24, 226:4-7, 226:11-19, 226:23-227:2, 227:6-9, 227:13-19, 227:24, 228:3-5, 228:9-13, 228:18-24, 229:5, 231:21-24, 232:4, 232:13-15, 232:20-233:1, 233:5-6, 233:18-24, 236:1-3, 236:8-12, 236:16-21, 237:2-6, 237:10, 240:13-15, 240:19-23, 241:3-6, 241:10, 242:19-21, 243:2-3 | **73:18-74:7**: MIL re Vienna convention<br>**82:22-24**: relevance, 403<br>**197:17 – 198:13, 198:17**: MIL re attorney opinions, hearsay, relevance, 403<br>**200:12-203:8; 203:13-204:8, 204:22-205:7** – leading, hearsay<br>**205:13-16**: MIL re attorney opinions, relevance 403, leading<br>**205:20-206:6:** MIL re attorney opinions, leading, relevance, 403<br>**206:10-19, 206:22** – MIL re attorney opinions, leading, relevance, 403<br>**206:23, 207:10, 207:423, 208:2-3, 208:7-11** – leading, foundation, relevance, 403, MIL re attorney opinions<br>**216:7-15** – foundation, leading, relevance<br>**221:16-20** – foundation, leading<br>**221:21-24, 222:3-9, 222:13-18, 222:22-223:1, 223:5-9, 223:13-17, 223:21-224:2, 224:6-13, 224:17-22, 225:3-4, 225:15-17, 225:21-24, 226:4-7, 226:11-19, 226:23-227:2, 227:6-9, 227:13-19, 227:24, 228:3-5, 228:9-13, 228:18-24, 229:5** – MIL re attorney opinions as to outcome of trial, speculation, foundation, leading | (provisionally); 257:19-258:2 (provisionally); 258:6-11 (provisionally); 258:18-24 (provisionally); 259:18-260:1 (provisionally), 260:4-15 (provisionally); 260:21-261:3 (provisionally) ; 261: 21-262:8; 262:11-20, 262:14-263:11; 263:15 |

| | | | **231:21-24, 232:4** – foundation, leading, relevance<br>**232:13-15, 232:20-233:1, 233:5-6, 233:18-24** – speculation, MIL re attorney opinions as to outcome of trial, foundation<br>**236:1-3, 236:8-12, 236:16-21, 237:2-6, 237:10** – MIL re attorney opinions as to outcome of trial, foundation, leading, assumes facts not in evidence<br>**240:13-15, 240:19-23, 241:3-6, 241:10** – relevance, foundation, leading, MIL re attorney opinions as to outcome of the trial<br>**242:19-21, 243:2-3** – MIL re attorney opinions, 403, relevance | |
| Jose Aranda | 2/19/2020 | 1:19, 7:14-24, 8:11-15, 8:22-9:3, 15:4-16:19, 17:4-10, 18:6-15, 20:19-23, 21:12-14, 21:16-21, 24:1-5, 24:7-8, 24:14-25:4, 25:9-10, 25:14-26:2, 27:13-16, 33:17-19<br>34:14-22, 36:1-7, 39:8-18, 40:3-10<br>40:12-14, 41:7-15, 43:6-8, 43:13-44:12, 50:16-51:17, 51:21-52:6<br>52:10-14, 52:19-54:5, 54:12-16 | **Defendant objects generally to the designation of this witness's testimony as the witness has not been established as unavailable.**<br><br>1:19, Relevance.<br>7:14-24, Relevance.<br>8:11-15, Relevance. | Defendants' designations exclude objections made on the record.<br><br>30:11-22, 31:4-32:10, 32:20-34:13<br>34:23-35:11, 36:8-38:7, 38:15-18<br>40:15-41:6, 43:9-12, 54:6-16<br>55:12-14, 56:11-21, 59:15-18<br>60:1-4, 60:15-22, 61:9-11<br>61:17-19, 62:9-11, 66:5-6, 66:15-20, 67:8-20, 68:4-11, 69:16-70:6 |

| | | 54:19-21, 55:6-11, 55:15-56:10 56:22-57:17, 57:20-59:14, 59:19-24 60:5-12, 60:14, 60:23-61:8 61:12-16, 61:20-62:5, 62:12-64:7 64:16-65:7, 65:9-24, 66:7-14, 66:21-24, 67:7 67:21-23, 68:12-15, 68:17-24, 69:3 80:20-22, 81:1-10, 80:20-22, 80:24-81:4, 83:7-19, 85:17-86:7, 87:15-17 90:5-7, 91:7-21, 93:9-23, 95:12-13 98:11-23, 100:21-23, 101:2-7, 101:9, 102:14-21, 110:16-21, 110:23-111:24, 123:22-23, 125:13-15, 125:18, 126:11-16, 126:18-21 126:23-127:4, 127:6-24, 128:21-23 129:5-16, 130:10-20, 131:5-14, 132:8-13 | 15:4-16:19, Relevance. 18:6-15, Relevance. 20:19-23, Relevance, lacks foundation, hearsay. 21:12-14, Relevance, leading, hearsay, lacks foundation. 21:16-21, Relevance, incomplete, hearsay. 24:1-5, Relevance. 24:7-8, Relevance. 24:14-25:4, Leading, relevance. 25:9-10, Incomplete and should include 25:9-26:2. 25:14-26:2, Hearsay. 27:13-16, Hearsay, incomplete and should include 27:4-7 40:3-10, Relevance, foundation, prejudicial. 40:12-14, Relevance, prejudicial, foundation. 41:7-15, Relevance, prejudicial. 43:6-8, Relevance, prejudicial. 43:13-44:12, Relevance, prejudicial. 50:16-51:17, Relevance, prejudicial. 51:21-52:6, Relevance, prejudicial. 52:10-14, Relevance, prejudicial. 52:19-54:5, Relevance, hearsay, foundation, prejudicial. 54:12-16, Relevance, foundation, prejudicial. | 81:11-82:4, 82:10-15, 83:3-6, 84:10-85:12, 86:8-20 87:8-11, 90:10-15, 94:6-11 97:19-98:10, 99:6-10 99:14-100:2, 101:22-102:4 102:24-103:17, 104:24-105:12 105:18-106:4, 108:15-21 109:16-110:7, 112:1-12 113:2-6, 113:16-114:2, 116:20-117:11, 118:2, 118:15-122:17 123:14-17, 129:19-130:9, 130:21-131:4, 131:22-132:7 |
|---|---|---|---|

23

| | | | 54:19-21, Relevance, foundation, speculation, prejudicial. 55:6-11, Relevance, foundation, speculation, prejudicial. 55:15-56:10, Relevance, prejudicial. 56:22-57:17, Incomplete and should include 56:19-21, hearsay, relevance, foundation, speculation, prejudicial. 57:20-59:14, Hearsay, foundation, speculation, relevance, prejudicial. 59:19-24, Foundation, speculation, relevance. 60:5-12, Leading, foundation, speculation, relevance. 60:14, Leading, foundation, speculation, relevance. 60:23-61:8, Relevance. 61:12-16, Relevance, prejudicial, 61:20-62:5, Relevance, prejudicial, foundation. 62:12-64:7, Foundation, hearsay, relevance, prejudicial. 64:16-65:7, Relevance, prejudicial, speculation, foundation, leading. 65:9-24, Relevance, prejudicial, foundation, Incomplete and should include 66:1-4. 66:7-14, Relevance, foundation, speculation, leading, prejudicial. | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | 66:21-24, Relevance, foundation, leading, prejudicial, implies improper legal duty.<br>67:7, Relevance, foundation, leading, prejudicial, implies improper legal duty.<br>67:21-23, Foundation, relevance, prejudicial.<br>68:12-15, Leading.<br>68:17-24, Leading.<br>69:3, Leading.<br>80:20-22, Hearsay.<br>81:1-10, Hearsay.<br>80:20-22 , Duplicative, foundation, hearsay.<br>80:24-81:4 , Duplicative, foundation, hearsay.<br>83:7-19, Hearsay, foundation, relevance.<br>85:17-86:7, Leading.<br>87:15-17, Relevance, prejudicial, foundation, leading.<br>90:5-7, Hearsay.<br>91:7-21, Hearsay, foundation, relevance, prejudicial.<br>93:9-23, No objection.<br>95:12-13, No objection.<br>98:11-23, No objection.<br>100:21-23, Argumentative, mischaracterizes the testimony, relevance, prejudicial, leading, foundation, relevance. | |

25

|  |  |  | 101:2-7, Relevance, prejudicial, incomplete, foundation, hearsay, leading. 101:9, Relevance, prejudicial, incomplete, foundation, hearsay, leading. 102:14-21, Relevance, prejudicial. 110:16-21, Asked and answered, relevance, prejudicial. 110:23-111:24, Relevance, prejudicial, foundation. 123:22-23, Relevance, not testimonial evidence. 125:13-15, Leading, mischaracterizes the testimony, relevance, speculation, prejudice. 125:18, Leading, mischaracterizes the testimony, relevance, speculation, prejudice. 126:11-16, Mischaracterizes the testimony, relevance, foundation, speculation, prejudice, implies a legal duty where none exists, leading. 126:18-21, Mischaracterizes the testimony, relevance, foundation, speculation, prejudice, implies a legal duty where none exists, leading. 126:23-127:4, Mischaracterizes the testimony, relevance, foundation, speculation, |  |
|---|---|---|---|---|

26

| | | | prejudice, implies a legal duty where none exists, leading. 127:6-24, Mischaracterizes the testimony, relevance, foundation, speculation, prejudice, implies a legal duty where none exists, leading. Relevance, prejudice, foundation, implies a legal duty where none exists. Relevance, prejudice, foundation, implies a legal duty where none exists. Mischaracterizes the testimony (130:18-20), relevance, prejudice, foundation. Asked and answered, mischaracterizes the testimony, relevance, foundation, prejudice. Relevance, prejudice, foundation, implies a legal duty where none exists. | |
|---|---|---|---|---|
| Rosa Aranda | 2/5/2020 | 1:19, 8:14-20, 8:24-9:1, 9:4-9 10:1-7, 10:15-20, 15:9-23, 16:3-13 16:20-24, 17:3-6, 17:9-17, 19:2-18 21:1-15, 21:17, 22:14-23:1, 23:4-8 23:18-24, 24:4-12, 25:20-21 25:24, 29:21-23, 30:24-31:14 31:22-23, 32:1-2, 32:10-23, 33:4-11, 33:14, 33:19-34:8, 34:12-14 35:2-4, 35:13-23, 40:24-42:11 | **Defendant objects generally to the designation of this witness's testimony as the witness has not been established as unavailable.**<br><br>1:19, Relevance.<br>8:14-20, Relevance.<br>8:24-9:1, Relevance.<br>9:4-9, Relevance.<br>10:15-20, Relevance. | Defendants' designations exclude objections made on the record.<br><br>23:9-19, 24:13-15, 26:4-7, 26:17-23, 27:3-6, 29:24-30:23, 32:3-9 32:24-33:3,33:15-18, 34:16-35:1 35:5-12, 42:10-11, 42:20-43:15 46:4-7, 46:16-18, 47:1-19, 48:4-10, 48:14-49:3,49:9-12, 50:24-51:6 |

| | | |
|---|---|---|
| 42:13-16, 42:18-19, 44:1-3, 44:7-9, 44:11-14, 44:16-45:17, 45:19, 45:23-46:3, 46:8-15, 46:19-20 46:22-24, 47:20-48:3,48:11-13 49:4-8, 49:13-20, 49:22-23, 50:1-3 50:6, 50:8-15, 50:17-23, 51:7-15 52:1-5, 52:23-24, 53:10-19, 56:14-17, 57:10-15, 57:17, 57:23-58:4 58:7-9, 58:11, 59:7-10, 59:14, 60:14-16, 60:18-19, 61:7-8, 61:10-11, 61:13-14, 62:3-8, 62:20-63:2 63:4-15, 63:19-64:4, 64:7-9, 64:11-16, 65:14-16, 69:11-15, 69:21-22 71:20-72:13, 72:16-73:15, 73:20-74:22, 75:3-13, 75:19-76:10, 76:20-21, 76:23, 84:1-24, 85:5-23, 86:3-5 86:7-20, 88:12-14, 91:5-16, 91:23-92:4, 96:1-3, 97:24-98:2, 98:4, 98:15-99:4, 100:7-23, 105:20-22 106:1-4, 106:22-107:10, 110:3-6, 128:24-129:5, 134:3-9, 134:13-21 134:23-135:6, 135:18-19, 135:22-23, 136:5-10, 136:13-21, 137:3-6 | 15:9-23, Relevance. 16:3-13, Relevance. 16:20-24, Relevance. 17:3-6, Relevance. 19:2-18, Relevance. 21:1-15, Relevance, speculation, hearsay. 21:17, Relevance, speculation, hearsay. 23:18-24, Incomplete question. 30:24-31:14, Relevance. 31:22-23, Relevance. 32:1-2, Relevance. 32:10-23, Relevance. 33:4-11, Mischaracterizes testimony, relevance, foundation. 33:14, Mischaracterizes testimony, relevance, foundation. 33:19-34:8, Relevance. 34:12-14, Relevance. 35:2-4, Relevance. 35:13-23, Relevance, leading. 40:24-42:11, Relevance, prejudicial. 42:13-16, Relevance, prejudicial, foundation. 42:18-19, Relevance, prejudicial, foundation. 44:1-3, Relevance, prejudicial, foundation, implies a legal duty where none exists. | 51:19-24, 52:6-22, 53:1-5, 53:20-54:10, 54:22-55:24, 56:7-17, 57:6-22, 58:5-6, 60:21-61:6, 61:18-62:2 62:9-19, 64:20-65:4, 66:3-19, 67:6-68:17, 70:13-71:8, 73:16-19, 74:23-75:1, 75:14-18, 77:8-13, 86:21-87:13, 88:8-11, 91:17-22, 99:5-18 107:11-24, 110:11-113:20, 114:18-21, 115:18-116:11, 127:14-128:23 129:19-130:3,130:16-131:20, 132:22-133:1, 133:15-134:1 137:23-138:13, 138:20-139:16, 140:3-14, 140:23-141:5. |

28

| | | | 44:7-9, Relevance, prejudicial, foundation, implies a legal duty where none exists. 44:11-14, Relevance, prejudicial, foundation, implies a legal duty where none exists. 44:16-45:17, Relevance, prejudicial, foundation, mischaracterizes the evidence, implies a legal duty where none exists, asked and answered. 45:19, Relevance, prejudicial, foundation, mischaracterizes the evidence, implies a legal duty where none exists, asked and answered. 45:23-46:3, Relevance, prejudicial, leading, mischaracterizes testimony. 46:8-15, Relevance, prejudicial. 46:19-20, Relevance, prejudicial. 46:22-24, Relevance, prejudicial. 47:20-48:3, Leading, relevance, prejudicial, no good faith basis, speculation. 48:11-13, Leading, relevance. 49:4-8, Leading, relevance, prejudicial, no good faith basis, speculation. 49:13-20, Relevance, prejudicial, leading. 49:22-23, Leading, mischaracterizes testimony, | |
|---|---|---|---|---|

29

| | | | relevance, prejudicial, no good faith basis, speculation. 50:1-3, Leading, mischaracterizes testimony, relevance, prejudicial, no good faith basis, speculation. 50:6, Objection. Asked and answered. 50:8-15, Relevance, prejudice. Object to the inclusion of an objection. 50:17-23, Relevance, prejudice. 51:7-15, Relevance, prejudice. 52:1-5, Relevance, prejudice. 52:23-24, Relevance, prejudice. 57:10-15, Mischaracterizes previous testimony, leading, no good faith basis, relevance, prejudicial. 57:17, Mischaracterizes previous testimony, leading, no good faith basis, relevance, prejudicial. 57:23-58:4, Mischaracterizes previous testimony, leading, no good faith basis, relevance, prejudicial. 58:7-9, Relevance, prejudice, foundation. 58:11, Relevance, prejudice, foundation. 59:7-10, Leading, relevance, prejudice, foundation, cumulative. | |
|---|---|---|---|---|

| | | | 59:14, Leading, relevance, prejudice, foundation, cumulative.<br>60:14-16, Leading, relevance, prejudice.<br>60:18-19, Leading, relevance, prejudice.<br>61:7-8, Mischaracterizes the testimony, relevance, prejudice.<br>61:10-11, Mischaracterizes the testimony, relevance, prejudice.<br>61:13-14, Mischaracterizes the testimony, relevance, prejudice.<br>62:3-8, Mischaracterizes the testimony, relevance, prejudice, vague.<br>62:20-63:2, Mischaracterizes the testimony, leading, relevance, prejudice, vague.<br>63:4-15, Mischaracterizes the testimony, leading, relevance, prejudice, foundation.<br>63:19-64:4, Mischaracterizes the testimony, leading, relevance, prejudice, foundation, leading.<br>64:7-9, Mischaracterizes the testimony, leading, relevance, prejudice, foundation, leading.<br>64:11-16, Misleading, prejudice, relevance.<br>65:14-16, Relevance, prejudice, foundation, leading. | |
|---|---|---|---|---|

31

| | | | 69:11-15, Relevance, prejudice, foundation, leading, asked and answered.<br>69:21-22, Hearsay.<br>71:20-72:13, Hearsay, relevance.<br>72:16-73:15, Hearsay, relevance, incomplete (should include 73:16-19).<br>73:20-74:22, Hearsay, relevance.<br>75:3-13, Incomplete (should include 74:23-75:2), hearsay.<br>75:19-76:10, Hearsay.<br>76:20-21, Hearsay, relevance, prejudicial.<br>76:23, Hearsay, relevance, prejudicial.<br>84:1-24, Hearsay.<br>85:5-23, Hearsay.<br>88:12-14, Objection. Calls for speculation.<br>91:5-16, Hearsay.<br>91:23-92:4, Hearsay, foundation, vague.<br>97:24-98:2, Mischaracterizes testimony, relevance.<br>98:4, Mischaracterizes testimony, relevance.<br>98:15-99:4, Incomplete (should include 98:14), mischaracterizes testimony, hearsay.<br>100:7-23, Relevance, hearsay. | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | | 105:20-22, Relevance, incomplete (should include 105:23-24). 106:1-4, Relevance, incomplete (should include 105:23-24). 106:22-107:10, Relevance. 110:3-6, No objection. 128:24-129:5, Relevance. 134:13-21, Relevance. 134:23-135:6, Object to the inclusion of an objection. 135:18-19, Relevance, prejudicial, asked and answered. 135:22-23, Relevance, prejudicial, asked and answered. 136:5-10, Relevance, prejudicial, asked and answered. 136:13-21, Relevance, prejudicial, asked and answered. 137:3-6, Relevance, prejudicial, asked and answered. | |
| Jorge Soto Cortez | June 12, 2019 | 1:18, 5:22-6:8, 6:14-15, 6:18-19 7:18-21, 9:6-20, 11:10-19, 12:20-13:4, 13:8-11, 13:24-14:1, 17:2-6 19:22-23, 21:1-3, 21:16-18, 23:4 23:13-24, 24:24-25:4, 25:14-21, 26:5-15, 28:3-22, 29:4-15, 29:20-30:13, 30:21-31:2, 31:6-17, 31:20-32:15, 32:22-33:2, 35:8-9, 35:14 35:18-19, 35:23-24, 36:2-4, 36:13-20, 37:4-8, 38:5-13, 38:15, 38:19-39:5, 39:23-40:2, 40:5, 40:7-9, 40:11, 40:19-21, 40:23-41:1, 41:7-9 | **Defendant objects generally to the designation of this witness's testimony as the witness has not been established as unavailable.** 5:22-6:8, Relevance. 6:14-15, Relevance. 6:18-19, Relevance. 13:24-14:1, Incomplete. 24:24-25:4, Relevance. 25:14-21, Relevance. | Defendants' additional designations exclude any objection made on the record. 7:24-8:5, 10:15-11:5, 12:5-19, 13:12-16:17, 17:14-18:4, 18:20-19:21, 21:4-15, 21:19-23, 22:24-23:3,24:1-20, 25:5-13, 25:22-26:2 26:16-28:2, 28:23-29:3,30:14-31:15, 32:16-18, 33:3-34:6, 35:15-16, 35:20-21, 36 5-11, 36:21-1 |

| | | | | |
|---|---|---|---|---|
| | | 42:10-11, 42:13-14, 42:16-17, 42:20, 43:17-18, 44:10-11, 44:14 44:16-17, 44:24-45:4, 45:9-12, 48:6-7, 48:9, 51:19-20, 51:23-52:1 52:3-15, 54:15-16, 54:24-55:4, 56:7-10, 56:16-57:1, 57:5-8, 60:8-12, 67:1-2, 67:18-68:4, 68:17-19 68:21 | 26:5-15, Incomplete and should include 26:3-4, relevance. 28:3-22, Incomplete and should include 28:1-2, relevance. 29:4-15, Incomplete and should include 28:23-29:3, relevance. 29:20-30:13, Relevance, prejudicial, speculation, foundation. 30:21-31:2, Relevance, prejudicial, foundation. 31:6-17, Relevance, prejudicial, foundation. 31:20-32:15, Relevance, prejudicial, foundation. 32:22-33:2, Relevance. 35:8-9, Compound, leading, mischaracterizes testimony, relevance. 35:14, Incomplete and should include 35:15-17, mischaracterizes testimony, relevance. 35:18-19, Relevance. 35:23-24, Incomplete and should include 35:20-21, relevance. 36:2-4, Relevance. 36:13-20, Relevance, prejudicial. 37:4-8, Relevance, prejudicial, asked and answered, incomplete and should include 37:9-10. | 37:4-10, 38:17-18, 39:6-15, 40:13-17, 44:18-22, 45:5-8, 45:18-47:5 47:13-17, 50:13-51:17, 52:16-23 53:9-23, 54:3-10, 54:17-23, 55:5-56:6, 56:11-15, 56:20-57:4, 57:9-58:2, 59:6-60:6, 60:13-62:20 65:16-66:6, 68:5-16. |

| | | | |
|---|---|---|---|
| | | | 38:5-13, Relevance, prejudicial, implies a legal duty where none exists.<br>38:15, Relevance, prejudicial, implies a legal duty where none exists.<br>38:19-39:5, Hearsay.<br>39:23-40:2, Relevance, prejudicial, implies a legal duty where none exists, no good faith basis.<br>40:5, Relevance, prejudicial, implies a legal duty where none exists, no good faith basis.<br>40:7-9, Relevance, prejudicial, implies a legal duty where none exists, no good faith basis..<br>40:11, Relevance, prejudicial, implies a legal duty where none exists, no good faith basis.<br>40:19-21, Incomplete answer and should include 40:22, relevance, prejudicial, implies a legal duty where none exists.<br>40:23-41:1, Speculation, foundation, relevance, prejudicial.<br>41:7-9, Speculation, foundation, relevance, prejudicial.<br>42:10-11, Foundation, speculation, asked and answered, relevance, prejudicial, | |

| | | | | |
|---|---|---|---|---|
| | | | incomplete and should include 42:8-9.<br>42:13-14, Foundation, speculation, relevance, prejudicial, asked and answered, relevance.<br>42:16-17, Foundation, speculation, relevance, prejudicial, asked and answered, relevance.<br>42:20, Foundation, speculation, relevance, asked and answered.<br>43:17-18, Incomplete and should include 43:12-16, relevance.<br>44:10-11, Foundation, speculation, relevance, mischaracterizes testimony.<br>44:14, Foundation, speculation, relevance, mischaracterizes testimony.<br>44:16-17, Relevance.<br>44:24-45:4, Hearsay, relevance.<br>45:9-12, Relevance, mischaracterizes testimony.<br>48:6-7, Relevance.<br>48:9, Relevance.<br>51:19-20, Relevance, leading.<br>51:23-52:1, Relevance, leading.<br>52:3-15, Relevance.<br>56:7-10, Speculation, foundation, relevance.<br>56:16-57:1, Relevance.<br>60:8-12, Relevance. | |

36

| | | | 67:18-68:4, Relevance, asked and answered. 68:17-19, Relevance. 68:21, Relevance. | |
|---|---|---|---|---|