**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**<u>PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANTS'
DESIGNATED TESTIMONY</u>**

| Name | Date | Cite | Plaintiffs' Objections | Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| Reynaldo Guevara | 2/4/2000 | **Y** 8:14-11:8, 11:11-15, 11:22-12:22, 12:24-22:3, 22:7-24:24, 27:12-21, 28:3-17, 28:22-29:8, 29:18-30:3, 31:9-10, 31:14-17, 32:13-15, 32:19-33:3, 33:7-10, 33:12-18, 33:20, 34:1-13, 34:15-24, 35:2-9, 35:13, 35:18-37:14, 37:17-38:1 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 3/3/2000 | **Solache** 5368:13-5380:11, 5380:16-5385:23, 5386:9-23, | Objection for reasons stated in Plaintiffs' Motion in Limine. | |

| | | | | |
|---|---|---|---|---|
| | | 5387:3-5388:13, 5388:19-5389:20, 5390:1-5392:8, 5392:13-17, 20, 5392:24-5393:2 | | |
| Ernest Halvorsen | 3/30/2000 | **D** 34:3-38:8, 39:12-17, 39:20-24, 40:4, 40:10-14, 40:17-41:4, 42:7-8, 42:14-16 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 3/30/2000 | **D** 11:2-20-2, 22:7-23:17, 24:2-9, 24:12-26:11, 26:15-21, 26:20-28:14, 29:2-30:20, 30:23-32:6, 32:13-33:6, 33:11-15 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 4/20/2000 | 2:02-3:11, 3:18-19, 3:22-4:6 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Hanlon, Ed | 6/14/2000 | **FF** 127:1-129:13, 129:18-134:15, 134:24-135:10 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Ernest Halvorsen | 6/14/2000 | **M** 90:13-94:22, 95:2-99:2, 99:7-9, 99:13-99:22, 100:4-8, 100:10-101:2, 101:5-103:9, 103:15-104:3, 104:9-105:15, 105:21-107:15, 107:21-109:8, 109:11-111:16, 111:21-112:1, 112:7-113:8, 113:14-24 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 6/15/2000 | 1577:7-1581:18, 1581:22-1583:1, 1583:5-1584:20, 1584:23-1588:13, 1588:16-1597:23, 1597(inserted):6-15, 1597(inserted):21-1599:17, 1600:2-1604:10, 1604:12-13, 1604:16-1607:3, 1607:7-1610:19, 1610:24-1611:11, 1612:6-1613:2, 1613:4-20, 1614:10-12, 1614:17-18, 1614:22, 1615:1-9, 1616:17- | Objection for reasons stated in Plaintiffs' Motion in Limine. | |

| | | | | |
|---|---|---|---|---|
| | | 1616:24, 1617-1616:24, 1617:5-15, 1619:9-24, 1620:5-6, 1620:14-1621:19, 1621:12-1623:4, 1623:9-1628:22, 1629:5-9, 1629:14-1631:15 | | |
| Reynaldo Guevara | 6/15/2000 | **O** 4:2-13:2, 13:4-16, 13;21-14:14, 14:18-20, 14:23-16:13, 16:17-22:19, 22:23, 23:3-31:24, 32:3-7, 33:13-35:11, 35:17-38:14, 38:18-22, 38:24-39:12, 39:15-40:16, 41:11-44:21, 45:2-11, 46:1-7, 46:12-47:10, 47:22-48:1, 48:3-56:15, 56:21-58:20, 59:1-5, 59:12-60:5, 60:13-23, 61:6-62:10, 62:14-23 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 6/19/2000 | **JJ** 214:1-215:2 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 9/1/2000 | **S** 3:15-12:2, 12:22-13:5, 13:7-14:2, 14:10-15:16, 15:21-16:12, 16:3-19:2, 19:9-21:7, 21:9-24, 22:7-25:4, 25:14-24, 25:5-27:15, 28:7-29:12, 29:20-30:4, 31:13-32:13, 32:20-35:7, 36:2-9, 36:15-22, 36:9-37:21 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Reynaldo Guevara | 10/24/2000 | **OO** 9:18-12:12, 12:17-18:13, 19:19-20:17, 21:2-22:6, 22:13-24:4, 24:10-25:11, 25:18-26:2 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Elizabeth Boedeker | 6/15/00 | **N** 58:1-68:8, 68:14-85:7 | Objection for reasons stated in Plaintiffs' Motion in Limine. | N85:10-N94:5 |

| | | | N60:4-22 (Redundant & cumulative, given the stipulations)<br><br>N62:9-N63:19 (Redundant & cumulative, given the stipulations) | |
|---|---|---|---|---|
| Nagamani Beligere | 6/15/00 | **CCSAO** 8993:13-8999:22, 8999:24-9000:1, (000:3, 9000:8-11, 9000:14-18 | Objection for reasons stated in Plaintiffs' Motion in Limine.<br><br>CCSAO 8995:12-8996:9 - FRE 401, 402 (Relevance), FRE 403 (unduly prejudicial, confusing)<br><br>8997:15-8998:5 - FRE 401, 402 (Relevance)<br><br>8999:11-15 - FRE 401, 402 (Relevance)<br><br>8999: 23-9000:3 - FRE 401, 402 (Relevance) | |
| Barbra Wilson | 6/15/00 | **CCSAO** 8851:4-8870:18 | Objection for reasons stated in Plaintiffs' Motion in Limine.<br><br>CCSAO 8857:10-8858:3 - FRE 403 (unduly prejudicial, confusing), FRE 702, 702, 704 (seeking evidence outside the area of expertise, usurping role of jury) | CCSAO 8870:23-8886:3 |
| John Musa | 10/30/2017 06/25/21, deposition 3/30/00 | **CCSAO** 13443:4-13456:13; 7:5-39:7 **Solache** 5356:12-5360:8, 5362:9-5367:23 (without objections and commentary) | Objection for reasons stated in Plaintiffs' Motion in Limine. | |

| | | | | |
|---|---|---|---|---|
| Minnie Tenort | 3/30/00 | **Solache** 5502:1-5513:4 | Objection for reasons stated in Plaintiffs' Motion in Limine. | |
| Saul Basurto | 6/19/2000 | **Solache** 5157:1-5164:5 (excluding objections and commentary) | Objection for reasons stated in Plaintiffs' Motion in Limine. | |