## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | | |
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## PLAINTIFFS' RESPONSES TO
## DEFENDANTS' MOTIONS IN LIMINE EXHIBIT LIST

- Ex. 1 DeLeon-Reyes COI Order
- Ex. 2 Solache COI Order
- Ex. 3 Bolden MIL Rulings
- Ex. 4 Palmer MIL Ruling
- Ex. 5 Horton v. Rockford, No. 18 C 6829, Dkt. 272
- Ex. 6 Logan, No. 09 C 5471, ECF No. 423 (N.D. Ill. Oct. 19, 2012)
- Ex. 7 Taylor v. City of Chicago, No. 14-cv-737, ECF No. 851
- Ex. 8 Fulton/Mitchell v. Bartik, et al., No. 20-cv-3118, Dkt. 405
- Ex. 9  Intentionally Left Blank
- Ex. 10  Intentionally Left Blank
- Ex. 11 2.25.20 Reyes Deposition
- Ex. 12 2.27.20 Reyes Deposition
- Ex. 13 2.28.20 Reyes Deposition
- Ex. 14 12.8.21 Solache Deposition
- Ex. 15 Fulton v. Bartik, Dkt. 400
- Ex. 16 Brown v. Chicago, Dkt. 343
- Ex. 17 Taylor v. Chicago, No. 14-cv-737, ECF No. 867

- Ex. 18 Fulton/Mitchell, Dkts. 274, 285, 310, 400
- Ex. 19 23 CC 3643 (Ill. Court of Claims, Oct. 19, 2023)
- Ex. 20 23 CC 3228 (Ill. Court of Claims, July 23, 2023)
- Ex. 21 Intentionally Left Blank
- Ex. 22 Intentionally Left Blank
- Ex. 23 Intentionally Left Blank
- Ex. 24 State's Response to Motion for Summary Judgment
- Ex. 25 DeLeon-Reyes Reply in Support of Summary Judgment
- Ex. 26 CCSAO Subpoena Response
- Ex. 27 A. Mejia Feb. 4, 2021 Deposition
- Ex. 28 A. Mejia Feb. 5, 2021 Deposition
- Ex. 29 DeLeon-Reyes Corrected Reply
- Ex. 30 Reports by Lassar in Bouto, Montanez, Serrano and Almodovar
- Ex. 31 Rivera v. Guevara, et al., 12 CV 4428; Dkt. No. 522
- Ex. 32 07.24.2026 SJ Ruling Transcript
- Ex. 33 Expert Report of Thomas Tiderington