**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN FULTON, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 20-cv-3118 |
| | ) | |
| *v.* | ) | Hon. Joan H. Lefkow |
| | ) | District Judge |
| ROBERT BARTIK, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| ANTHONY MITCHELL, | ) | Case No. 20-cv-3119 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | [Consolidated with *Fulton v. Bartik* |
| *v.* | ) | for pre-trial purposes] |
| | ) | |
| ROBERT BARTIK, *et al.* | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER DIRECTING STANLEY CORRECTIONAL INSTITUTE TO PERMIT TRIAL TESTIMONY IN PLAINCLOTHES

Mr. Antonio Shaw (#526182), who is currently in custody of the Wisconsin Department of Corrections and housed at the Stanley Correctional Institute ("the Institute") in Stanley, Wisconsin, will be testifying in the trial of the above-captioned matters. Trial is set to begin on February 10, 2025. Counsel will inform the Court **at least** 48 hours in advance of the date of testimony for coordination purposes.

The Court hereby directs the Institute to permit Mr. Shaw to testify while wearing a shirt and tie instead of his prison-issued uniform, or over it if the prison uniform is not visible underneath it. Plaintiffs' counsel has indicated it will send the Institute a shirt and tie in advance

of his testimony, and Mr. Shaw shall wear the shirt and tie instead of his prison uniform when providing his trial testimony by video, to be removed immediately after the video testimony ends.

        IT IS SO ORDERED.

Date:  February 6, 2025

                                        Joan H. Lefkow
                                        U.S. District Judge