Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020

281

Q Out of her bedroom area, is that what you're saying?

A She was coming from that part. I don't remember exactly whether or not she was coming from her bedroom.

Q But from that part of the house?

A That's correct.

Q And what happened when you saw Adriana?

A She asked me if I could take care of the baby.

Q Which baby?

A The boy that was sleeping on the floor. I said -- I told her that I couldn't, that I was going to go to work. And she was insisting and I ended up taking care of him. I took care of that boy.

Q Did she tell you why she needed you to take care of the boy?

A I don't remember exactly what she told me, but I believe that she told me that her mother was sick, that she was at the hospital.

Q Whose mother was sick?

A The boy's mother.

Q Did Adriana tell you why she couldn't watch the boy?

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                     282

A   No.

Q   Did you ask her?

A   I don't remember.

Q   Adriana didn't work outside the house; right?

A   I don't remember.

Q   What did Adriana say to you that convinced you to take off of work and watch the boy?

A   She insisted.  She told me that the boy's mother was in the hospital.

Q   Up until that point in time, had you ever taken a day off of work?

A   No.

Q   Did you ask Adriana if Guadalupe could watch the boy?

A   I don't remember.

Q   Did you call your job and tell them you weren't coming because you had to babysit this little boy?

A   When the person who would pick me up every day arrived, I told him.  I explained to him that I could not go to work because I was going to take care of that boy.

Q   So you asked him to tell your job that you wouldn't be there?

A   Yes.                                              15:47:23

Q   So did you babysit the boy all day?              15:47:27

MR. SWAMINATHAN:  Objection; asked and               15:47:42
answered.                                            15:47:47

A   I took care of him for half a day, or I          15:47:47
don't know if it was after -- longer than half a     15:48:06
day.  I don't remember the time that I took care     15:48:09
of that boy.                                         15:48:17

Q   Did you take care of the boy in the house?       15:48:18

A   Yes.  But at some point I took him to buy        15:48:20
something at the store.                              15:48:40

Q   Did you walk to the store with the boy?          15:48:43

A   Yes, I took him by the hand.                      15:48:46

Q   Do you remember what you bought?                 15:48:55

A   I don't remember what I bought for him or        15:48:57
what I bought, but what I recall is that I bought    15:49:10
something for him to eat.                            15:49:14

Q   Wasn't there any food in the house?              15:49:16

A   There was food in the house, but I bought        15:49:19
him something different anyway.                      15:49:35

Q   Did you speak with the little boy?               15:49:37

A   Yes.                                              15:49:39

Q   Did he speak with you?                           15:49:43

A   I don't remember whether or not he would         15:49:54

speak with me, but I remember that I would speak with him.  When we went to the store, I asked him what he wanted, and he would point at what he wanted, and I bought that.

Q  Do you remember any other communication or conversation with the boy?

A  Communication?  I don't remember.  What I remember is that that boy was sad.  He would cry. That's the reason why I took him to the store, so that he would not be sad, so that he wouldn't cry.

Q  Did you ask him why he was sad or why he was crying?

A  I believe so.

Q  Did he answer you?

A  I don't remember whether or not he answered.

Q  Do you remember him saying he missed his mother?

A  The only one thing I would remember is he would say, "Mama, Papa."  When I grabbed him by the arm, this part of his arm was red.  I didn't pay much attention to that, but later I realized the other arm was like that, the same.  It was red.

Q  So both of his arms were red?

A  Yes.

Q   And red like because they were bleeding or scraped?  What do you mean "red"?

A   They were red like if somebody had tied him up.

MR. SWAMINATHAN:  And just for the record, I don't know if it came out when it was being interpreted, but for the record he was pointing to his wrist area.

MS. ROSEN:  Oh, I didn't say it on the record; it's videotaped.  But I agree he was pointing to his wrist area.

MR. SWAMINATHAN:  Go ahead.

A   (Continuing.)  When I saw the boy sad in that way, I was worried.

Q   So what did you do?

A   I took care of him.

Q   What were you worried about?

A   I would wonder why that boy had that part red in both hands, why he would cry so sad, why he was asking for his parents.

Q   Did you talk to Adriana about that?

A   I don't remember.

Q   Did you think that maybe you needed to call the police or something?

A   I don't remember.

Q   Adriana had given you the phone number of the woman who was supposed to be his mother.  Did you call his mother?

A   I don't remember using that telephone number. What I remember is when I bought something for that boy, the boy started smiling a little bit.  And later Adriana told me that his mother would come to pick him up.  That was that day the last time I saw that boy.

Q   The last time you ever saw that boy?

THE INTERPRETER:  Interpreter is going to clarify when he said "from that day."

A   From that moment, the rest of the day I didn't get to see the boy.  From that moment the rest of the day I didn't see the boy.

Q   After you spoke with Adriana?

A   I don't remember whether or not we spoke, but I remember that she told me that her mother was going to go to pick him up.

Q   His mother?

A   The boy's mother.

Q   Adriana told you that that same day, though; right?  Adriana told you on Monday, the

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                                    287

day you were babysitting, that the boy's mother                    15:56:22
was going to come pick him up; right?                              15:56:26

    MR. SWAMINATHAN:  Objection to form.            15:56:30

  A  Yes.                                                    15:56:34

  Q  And after Adriana told you that his mother             15:56:36
was going to pick him up, that's when you didn't                   15:56:39
see him again, the rest of that day?  That's what                  15:56:43
you mean; right?                                                   15:56:47

  A  That's correct.                                        15:56:48

  Q  Other than taking the little boy to the                15:56:58
store, did you spend the rest of the time with the                 15:57:01
little boy in the house on Mozart?                                 15:57:04

  A  Yes.                                                    15:57:09

  Q  Was Adriana at home?                                   15:57:17

  A  When I was with the boy in the house, I                15:57:18
don't recall seeing her.                                           15:57:33

  Q  Did Adriana have a little infant baby girl?           15:57:34

  A  At that moment, no, I didn't know whether             15:57:39
or not she had an infant girl.                                     15:57:52

  Q  Did you ever hear the baby crying, the                15:57:54
infant crying, not the little boy?                                 15:57:58

  A  I heard an infant crying.                              15:58:08

  Q  The day that you were babysitting the boy?            15:58:11

  A  I'm not sure whether it was that day or                15:58:21

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                                288

another day.

    Q  Did you see Guadalupe at all that day that you were babysitting the little boy?

    A  That I remember, no.

    Q  Did you see anybody else who lived in the house on Mozart the day that you were babysitting the little boy?

    A  I don't remember whether or not I saw someone.

    Q  And then when is the next time that you remember seeing the little boy?

    A  The day I don't remember, but it was a few days later.

    Q  And what do you recall about that?

    A  That day I remember that I came from work, I went to sleep, and after a while I heard noises, like trying to sleep, and I reached the point at which I woke up.  Then I went to the living room where those noises were coming from.  When I arrived in the living room, that's when I saw the boy -- that boy again.

    Q  This was in the middle of the night?

    A  I don't know if it was at midnight or if it was after midnight.  What I remember is that

15:58:24
15:58:28
15:58:30
15:58:43
15:58:44
15:58:48
15:58:51
15:58:54
15:59:11
15:59:20
15:59:23
15:59:24
15:59:50
15:59:54
15:59:57
16:00:13
16:00:26
16:00:35
16:00:41
16:00:46
16:00:55
16:00:57
16:00:59
16:01:11

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                    289

when I got there, I saw the boy in the living room          16:01:21

in the house.  That boy was maltreated.                     16:01:24

        THE COURT REPORTER:  Was what?                       16:01:40

        MS. ROSEN:  That boy was what?                        16:01:42

        THE COURT REPORTER:  Maltreated?                      16:01:46

        THE INTERPRETER:  That boy was mistreated.            16:01:46

        MS. ROSEN:  Mistreated.                               16:01:48

    A   (Continuing.)  His clothes were dirty.  It           16:01:50

seems like he had eaten, and he had spilled food             16:01:52

on his clothes, and I believe that he was wearing            16:01:55

the same clothes that he was wearing when I took             16:02:05

care of him.                                                 16:02:09

    Q   How many days later was this?                         16:02:16

    A   I don't remember how many days that                   16:02:19

happened -- how many days later that happened.               16:02:32

    Q   You said the boy was mistreated, and you              16:02:32

said his clothes were dirty.  Anything else?                 16:02:36

    A   According to my recollection, that's all I            16:02:40

remember.                                                    16:02:53

    Q   So you're saying he was mistreated because            16:02:55

his clothes were dirty?                                       16:02:58

        MR. SWAMINATHAN:  Well, that's -- okay.                16:03:00

Sorry.  Go ahead.                                             16:03:02

    A   That's what I mean, that his clothes were             16:03:15

dirty.  It looked like he hadn't taken a shower.

Q  Okay.  So his clothes were dirty, and he also looked like he was not clean?

A  That's correct.

Q  Anything else about his appearance that leads you to say he was mistreated?

A  I looked at the boy and he looked sad.

Q  The same kind of sad he looked when you were babysitting him?

MR. SWAMINATHAN:  Objection to form.

Go ahead.

A  I couldn't say that it was the same, but he did not look happy, either.

Q  Anything else about the boy's appearance that leads you to conclude that he looked like he had been mistreated?

A  That's all I remember for now.

Q  Well, if you think of anything else, let me know.  Okay?

A  Of course, yes.

Q  Now, you said you heard noises.  Who else was in the living room other than the boy?

A  Rosauro was there, Guadalupe, Adriana, Carlos, and Gabriel.

16:03:18
16:03:22
16:03:25
16:03:27
16:03:31
16:03:37
16:03:40
16:04:04
16:04:11
16:04:15
16:04:18
16:04:21
16:04:26
16:04:31
16:04:34
16:04:37
16:04:38
16:05:00
16:05:04
16:05:05
16:05:09
16:05:13
16:05:27
16:05:31

Q   And what were they doing?

A   They were arguing.

Q   Did you know what they were arguing about?

A   No, not at that moment.  What I saw is that Carlos, Adriana's brother, was sitting on the sofa. He was sitting -- he was crying.  He was crying and then saying -- crying a lot.  He was crying a lot, and I'm saying he was crying a lot because his tears were going all the way down to this point, and his chin was shivering, his jaw was shivering.  And then I learned that Rosauro wanted to take out to the street.

Q   Rosauro wanted to what?

A   Rosauro wanted to take out that boy.  He wanted to take him out to the street.  When I heard that, I went next to this boy.

Q   How did you hear that Rosauro wanted to take the boy out to the street?

MR. SWAMINATHAN:  Objection to form.

A   I learned due to the issues that they had, due to these questions they had.

Q   Did you hear Rosauro say he wanted to take the boy out to the street?

A   I don't remember.

16:05:42
16:05:44
16:05:55
16:06:01
16:06:17
16:06:21
16:06:32
16:06:37
16:06:40
16:06:44
16:06:49
16:07:06
16:07:08
16:07:11
16:07:15
16:07:18
16:07:32
16:07:36
16:07:41
16:07:43
16:07:59
16:08:01
16:08:04
16:08:06

Q  Exhibit 1, which is the document -- the drawing that we looked at on Tuesday, is that a drawing that you drew about what we're talking about now where everybody was standing?  You can look at it.  You have it in front of you.

A  That's correct.

Q  Okay.  So did you hear somebody else say that Rosauro wanted to take the boy out onto street?

A  Could you repeat the question?

Q  Sure.  Did you hear anybody else say that Rosauro wanted to take the little boy out onto street?

A  I don't remember.  What I told him is that if they wanted to go to the police station, they could go to the police station; I would go with them.  And I also told them I had a friend who was studying to be a police officer?

Q  Who was that friend?

A  He was not a friend-friend.  He was a coworker that I met who was studying to be a police officer.

Q  What's his name?

A  The name I don't remember.

Q  So you told who that they should take the

16:08:22
16:08:23
16:08:28
16:08:31
16:08:35
16:08:51
16:08:52
16:09:00
16:09:06
16:09:14
16:09:19
16:09:23
16:09:24
16:09:52
16:09:54
16:09:57
16:10:00
16:10:02
16:10:03
16:10:17
16:10:24
16:10:26
16:10:30
16:10:40

boy to the police?

A   To all of them, to all the people who were in the living room.

Q   And why did you think they should take the boy to the police?

A   Because I was worried about that boy.  When I saw him, that he was dirty, and when I learned that Rosauro wanted to take him out to the street, that's why I told him, "If you have a problem, go to the police and I'll go with you."

Q   Do you know why Rosauro wanted to put the boy out on the street?

A   No.

Q   Did you think that was strange that Rosauro wanted to put the boy out on the street?

A   Yes.

Q   Did you ask Rosauro, "Why would you want to put the boy out on the street?"

A   I don't remember if I said that to him.

Q   Did you say it to Adriana, "Adriana, why would Rosauro want to put the boy out on the street?"

A   I don't remember if I said that.

Q   Did you say to Guadalupe, "Guadalupe, why would Rosauro want to put the boy out on the street?"

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                    294

A    I don't remember.

Q    How about to Carlos, "Carlos, why would Rosauro want to put the boy out on the street?"

A    I don't remember.

Q    Did you ask Carlos why he was crying?

A    No.

Q    Were they yelling at each other?

A    What I saw is that they were yelling when I arrived.

Q    What were they yelling?

A    I don't remember what they were yelling but they were yelling.  But then later they calmed down.

Q    How long was this discussion -- this argument and discussion going on while you were there?

A    I do not remember the time, but what I do remember is after I got to the living room, it didn't last very long.

Q    Did you know at that point that Guadalupe had seen the little boy's picture on the TV?

MR. SWAMINATHAN:  Sorry; can you read that back?

(Pending question read.)

MR. SWAMINATHAN:  Objection to foundation.

Go ahead.                                                16:14:33

A   No.                                                   16:14:36

Q   Through the discussion or argument that was           16:14:38
going on, did you hear anybody say anything about         16:14:43
the little boy's picture being seen on the TV?            16:14:46

A   I don't remember.                                     16:14:49

Q   So then what happened?                                16:14:59

A   And then later Gabriel did want to go to              16:15:13
the police station.                                       16:15:31

Q   Did he not want to go to the police station           16:15:32
before?                                                   16:15:35

A   No, I'm not referring to that.  Well, what            16:15:35
I mean is he did not refuse to.                           16:15:46

And then I grabbed the boy by the hand.                   16:15:51
Then we went to the police station.  It was myself,       16:16:00
Gabriel, and Rosauro.                                     16:16:05

Q   How did you get there?                                16:16:09

A   We went in a gray car, the car that belonged          16:16:11
to Rosauro.                                               16:16:21

Q   Who drove?                                            16:16:23

A   Rosauro did.                                          16:16:24

Q   Where did you sit?                                    16:16:27

A   I don't remember if I sat in the front                16:16:29
seat or the back seat.  I believe it was the back         16:16:46

seat but I'm not sure.

Q   Where did the little boy sit?

A   The boy was next to me.

Q   Did you look at his wrists to see if they were still red?

A   I don't remember if I looked at his wrists at that time.  I didn't see anything red.

Q   So you looked and you didn't see anything red or you didn't look?

A   What I mean, there was like nothing that would like get my attention.  I didn't see anything.

Q   But did you actually look?  Did you check, because you had noticed it a couple days before, to see if it had gotten better or worse?

        MR. SWAMINATHAN:  Objection to form.

A   I believe that I did see it but I do not remember.

Q   So then you went to the police station?

A   Yes.

Q   And what was your intention?

A   My intention was to help that boy.

Q   How?

A   Bringing him to the police station.

Q   But why?

A   I worried about that boy.          16:18:35

Q   What were you worried about?          16:18:44

A   Because Rosauro wanted to take him out on          16:18:46
the street at those late hours of night, and that          16:18:54
is not normal, and that is not right.  He's a boy.          16:19:02
He was all dirty.  That's what caught my attention.          16:19:11

Q   So when you got to the police station, did          16:19:19
you tell the police officers that Rosauro wanted          16:19:22
to put him out on the street, and that he was dirty,          16:19:24
and all of those things?          16:19:28

A   I don't remember I did say that to an          16:19:41
officer.  I don't remember.          16:19:48

Q   You did say it or you don't remember if          16:19:50
you said it?          16:19:53

A   I do not remember if I said that.          16:19:53

Q   And when you went to the police station,          16:19:59
you weren't going there because you knew that the          16:20:10
boy's parents had been murdered; right?          16:20:17

A   That's correct.          16:20:21

Q   The only reason you were going is because          16:20:29
you were worried about how -- what Rosauro was going          16:20:33
to do and how the boy was being taken care of?          16:20:36

A   Yes, that's correct.          16:20:39

Q   Did you say that to Assistant State's          16:20:49

Attorney O'Malley?                                    16:20:59

    A  Not that I remember.                    16:20:59

    Q  Okay.  So what happened when you got to the    16:21:09
police station?                                       16:21:14

    A  Which police station?                  16:21:14

    Q  The first one when you went with the boy.    16:21:22

    A  When we got to the first police station,    16:21:26
the little guy I remember.  There was nobody who      16:21:32
spoke Spanish at that time.  Later someone arrived.    16:21:39
An officer came, took the boy away.  I don't          16:21:52
remember if I was asked anything.  What I do          16:21:57
remember is that they took us or they switched us     16:22:05
to a different police station.                        16:22:08

    Q  On the way to the police station, did you,    16:22:11
and Gabriel, and Rosauro talk in the car?            16:22:15

    A  I don't remember if I said something to him.    16:22:21
I don't remember.                                     16:22:35

    Q  Why did Gabriel Solache go with?          16:22:38
       You can answer?                          16:22:58

    A  I don't know.  What I do know is that he    16:22:58
never refused to go to the police station.  Maybe     16:23:03
he was feeling the same thing I was feeling.          16:23:10

    Q  Did you talk with him about it?          16:23:15

    A  I don't remember if I talked with him about    16:23:16

it.  What I do know and I can tell you, that
Gabriel did go to the police station.  Like he did
it voluntarily.

Q  So did Rosauro; right?  It was his car?

A  Yes.

Q  Okay.  So do you remember anything more about
what happened at that first police station before
you went to the second one?

A  What I remember right now?  That's all I
remember.  If I get to remember something else, I
will let you know.

Q  I appreciate that.  Thank you.

Do you know how long you were at the first
police station?

A  No, but I don't believe it was a long time.

Q  You were never handcuffed in the first
police station; right?

A  Not at the first police station.

Q  And how did you get from the first police
station to the second police station?

A  They put us in the police squad.  That's
how they moved us from one place to the other.

Q  And they -- did they move all three of you
together?

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                300

A   Yes.                                                    16:24:56

MS. ROSEN:   We need to switch the video.                  16:25:01

THE VIDEOGRAPHER:   This marks the end of                  16:25:01
Media No. 4 in the deposition of Arturo DeLeon-Reyes.      16:25:04
We are off the record at 3:24 p.m.                         16:25:10

(A recess was taken from 4:24 p.m. to                      16:25:10
4:47 p.m.)                                                 16:25:10

THE VIDEOGRAPHER:   Here begins Media No. 5 in             16:38:20
the deposition of Arturo DeLeon-Reyes.   We are            16:38:26
back on the record on the record 3:47 p.m.                 16:38:35

BY MS. ROSEN:                                              16:38:41

Q   Mr. Reyes, let's talk about the ride from              16:38:44
the first police station to the second police              16:38:44
station.   Did you and Rosauro and Gabriel talk at         16:38:47
all about what was going on?                               16:38:51

A   I don't remember if we talked about anything.          16:38:55

Q   Why were you going to the second police                16:39:07
station?                                                   16:39:13

MR. SWAMINATHAN:   Objection to foundation.                16:39:13

A   We were moved in a squad car.                          16:39:22

Q   I know but why were you going to a                     16:39:28
different police station?   Did somebody tell you          16:39:31
why they wanted you to go to a different police            16:39:33
station?                                                   16:39:36

A   I don't remember if anyone said anything to us or what they said to us.  What I do remember is that we were taken to a different police station in a squad car.

Q   Did somebody say to you, "Can you please come to this other police station because we want to talk to you about something?"

MR. SWAMINATHAN:  Objection to form.

A   That I remember, no one said to me please. I don't remember them saying that word.

Q   Why did you think you were going to another police station?

A   I don't know what I thought or what I was thinking at that time.  I don't remember.

Q   Did you think it had something to do with the boy?

A   I don't remember what I thought.  What I can tell you and know is that they were moving us to a different police station.

Q   Had you talked to anybody at the first police station about the boy?

A   I don't remember if I talked to somebody.

Q   Did the boy come with you to the second police station?

16:39:36
16:39:45
16:39:52
16:39:57
16:40:02
16:40:05
16:40:09
16:40:16
16:40:23
16:40:27
16:40:31
16:40:35
16:40:39
16:40:41
16:40:46
16:40:48
16:40:49
16:41:05
16:41:11
16:41:19
16:41:23
16:41:25
16:41:30
16:41:33

A   Not that I remember.                                          16:41:34

Q   Did you see the boy in the first police                      16:41:41
station when you got there?                                      16:41:43

A   At the first police station, yes.                            16:41:44

Q   Was the boy with the three of you at the                     16:41:54
police station?                                                  16:41:58

A   At the first police station, yes.                            16:41:58

Q   Was he with you the whole time you were at                   16:42:05
the first police station?                                        16:42:08

A   No.  The only thing I remember is we                         16:42:09
arrived at the first police station.  I had -- he                16:42:20
was with me.  I was holding his hand.  Then a police             16:42:25
officer came and took him.                                       16:42:31

Q   Did you ask the police officer where he                      16:42:38
was taking him?                                                  16:42:41

A   I don't remember if I asked them.  I don't                   16:42:42
remember if he said anything to me.  The only thing              16:42:52
I remember now is that an officer took him.                      16:42:56

Q   At this point when you were still at the                     16:43:03
first police station, did you know that the little               16:43:07
boy's parents had been murdered?                                 16:43:10

A   No.                                                          16:43:14

Q   When you were in the car going from the                      16:43:17
first police station to the second police station,              16:43:20

did you know that the little boy's parents had            16:43:23

been murdered?                                            16:43:26

   A  No.                         16:43:27

   Q  When you and Rosauro and Gabriel were in    16:43:35

the back of the police car, do you remember talking       16:43:39

about, "Why are they taking us to a different             16:43:41

police station?  What do they need us for," or            16:43:45

anything like that?                                       16:43:48

     THE INTERPRETER:  The interpreter needs to   16:44:04

ask for the last part of the question.  "Why are          16:44:06

they taking us there?"                                    16:44:09

     MS. ROSEN:  Or anything like that.            16:44:11

     MR. SWAMINATHAN:  Objection to form; asked   16:44:12

and answered.                                             16:44:12

     THE WITNESS:  Due to the interruption,        16:44:22

could you ask me that question again?                     16:44:24

     MS. ROSEN:  Can you read back my question     16:44:26

for us, Ms. Court Reporter?                               16:44:27

     (The Reporter read the question as            16:44:27

follows:  "When you and Rosauro and Gabriel were in

the back of the police car, do you remember talking

about, 'Why are they taking us to a different

police station?  What do they need us for,' or

anything like that?")                                     16:45:03

MR. SWAMINATHAN: Objection to form; asked and answered.                                                        16:45:03 / 16:45:08

A I do not remember that.                          16:45:08

Q When you were at the first police station, eventually you were able to speak to a Spanish speaking police officer; right?                           16:45:13 / 16:45:16 / 16:45:19

A Yes.                                             16:45:20

MR. SWAMINATHAN: Can we just pause for one second?                                         16:45:31 / 16:45:34

THE INTERPRETER: The interpreter said we can proceed with one interpreter. It's okay.            16:45:53 / 16:45:56

Q Do you remember anything at all about what you discussed with that police officer that spoke Spanish at the first police station?           16:46:00 / 16:46:04 / 16:46:06

A I don't remember what I talked about. What I do remember is that I did talk to a police officer at the first police station.              16:46:11 / 16:46:20 / 16:46:25

Q And you told him that you were worried about the boy because Rosauro was going to put him out on the street; right?                          16:46:27 / 16:46:29 / 16:46:32

A I don't remember if I said that to him or not.                                             16:46:38 / 16:46:43

Q Do you know where that police station was, the first police station?                         16:46:44 / 16:46:48

A   I don't remember.  I don't remember the address.          16:46:50  16:47:06

Q   Who chose which police station to go to?          16:47:07

A   I imagine Rosauro.  It is possible it was Gabriel.  I don't remember.          16:47:11  16:47:32

Q   Okay.  When you got to the second police station, what do you remember happening when you got there?          16:47:36  16:47:39  16:47:40

A   I remember that when we arrived, we were taken to the second floor.  I believe so but I'm not sure.  What I do remember is that we were put in a room, the three of us, myself, Rosauro, and Gabriel.          16:47:41  16:47:55  16:48:07  16:48:10  16:48:19

Q   At the point in time that you were put in the room, the three of you, did you know that the little boy's parents had been murdered?          16:48:20  16:48:24  16:48:30

A   No.          16:48:32

Q   So up until that point in time you don't recall Rosauro and Gabriel talking at all about the fact that the little boy's parents had been murdered?          16:48:41  16:48:54  16:49:00  16:49:02

A   I didn't hear anything on any of them.          16:49:20

Q   How long were you and Rosauro and Gabriel together in the room at the second police station?          16:49:23  16:49:26

A   I do not know the time.  The only thing I remember is that it was a while maybe.  The time I do not remember.

Q  You said it was a while?  Is that what you said?

THE INTERPRETER:  The interpreter needs to clarify the word "rato."  The interpreter is going to ask if rato is short while.  It could be both.

A   Rato is a while.  What I mean with that, I don't know the exact time.  It could be hours, later than that.  The only thing I remember is that it was a while.  I can imagine because I was in the room that it was a while.  It could have been that two or three hours could have gone by, more.  Or it could have been less.

Q   What were you and Gabriel and Rosauro talking about while you were in this room for a while?

A   I don't remember if I talked to them about anything, if I ask anything.  I do not remember.

Q   At any point in time while the three of you were together in that room, did anybody say anything about the little boy's parents being murdered?

A   Not that I remember.

Q   Did you talk to each other about like,

16:49:38
16:49:46
16:49:51
16:49:53
16:50:00
16:50:00
16:50:03
16:50:07
16:50:17
16:50:25
16:50:32
16:50:36
16:50:42
16:50:51
16:50:53
16:50:57
16:51:00
16:51:05
16:51:17
16:51:32
16:51:36
16:51:42
16:51:46
16:52:01

"What are we doing here?"                                   16:52:04

    MR. SWAMINATHAN:  Objection to form.           16:52:06

  A  It is possible but I do not remember.          16:52:09

  Q  What were you saying?                          16:52:15

  A  The only thing I remember, I was wondering     16:52:18
what's -- what's happening.                                 16:52:30

  Q  So did you say to Gabriel, "Hey, you know,     16:52:32
what's happening?"                                          16:52:38

  A  I don't remember if I said that to him.  I     16:52:39
don't remember.                                            16:52:52

  Q  All right.  Then after a while passed,         16:52:52
then what happened?                                        16:52:57

  A  Rosauro was taken out of the room and also     16:52:58
Gabriel.  I ended up being alone in that room.             16:53:11

  Q  How long were you alone in the room?           16:53:20

  A  I don't remember the time.                     16:53:23

  Q  Do you think it was more or less than          16:53:32
an hour?                                                   16:53:34

  A  I don't remember how long, how much time       16:53:35
passed because I did not see a clock in the room.          16:53:45

    THE COURT REPORTER:  A what?                  16:53:45

    THE INTERPRETER:  A clock.                    16:53:45

    THE COURT REPORTER:  Thank you.               16:54:03

  Q  Do you know what time it was when you went     16:54:03

to the police station, the first police station?

A   I do not know the time.  I do not remember.
What I do remember, it was still dark out.

Q   And then when you were moved from the
first police station to the second police station,
was it still dark out or was it daytime?

A   The truth is I do not remember if it was
still dark out or if it was already light.  I do
not remember.

Q   And you don't know what time it was when
Rosauro and Gabriel were taken out of the room
that the three of you had been in; right?

A   That's correct.

Q   Can you describe the room that you were in?

A   From the little that I remember, of course,
I can.  It was a small room.  It had a metal bench
on a corner -- in a corner, and I believe -- not
sure that it had a window.  There was a narrow --
a small narrow window, kind of high, tall.  I
don't remember how high.  What I do remember, that
door had a window, small window.

Q   A small mirror window?

A   Yes, something like that.

Q   And you weren't handcuffed at all in that

room up until the time that Rosauro and Gabriel were taken out of the room; right?

A   At that time, no.

Q   And neither were Rosauro or Gabriel handcuffed; right?

A   Not that I remember.

Q   All right.  So after some period of time passed, what happened?

A   I remember a police officer came in.  He removed my cap and the first thing he did, he slapped me on the face.  I remember him saying to me, "What are you doing?"

Q   Do you know who that police officer was?

A   At that time I didn't know who he was.  I didn't know what his name was.  But with time I learned that he was a detective named Guevara.

Q   So if I understand you correctly, Detective Guevara walked into the room, removed your cap, and then slapped you in the face?

A   That is correct.

Q   He hadn't said a word to you?

A   After he slapped me, I don't know if he asked me a question or two.  What I do remember is that he later -- he then handcuffed me in the --

where the bench was in the room.                    16:58:42

Q  So he walked into the room and didn't say        16:58:48
a word?                                             16:58:50

MR. SWAMINATHAN:  Objection; asked and              16:58:53
answered.                                           16:58:56

A  First, when he came in?                          16:58:56

Q  Yes.                                             16:59:03

A  No.  He just removed my cap.  First, he          16:59:04
slapped me and then he said, "What are you doing?"  16:59:10
What I did it.                                       16:59:17

Q  He said why you did it?                          16:59:18

A  I think that's what he said to me, but I'm       16:59:21
not 100 percent sure.                               16:59:27

Q  Did he say anything else to you after he         16:59:30
slapped you and said why you did it?                16:59:33

A  I believe so but I'm not sure.  He asked         16:59:35
me a question or I believe it was two.  I am -- I   16:59:43
don't remember.  What I do remember, I was          16:59:53
handcuffed.  I don't remember if it was both hands  16:59:58
or one.                                             17:00:04

Q  The one or two questions that he asked           17:00:10
you -- that you think he asked you, what do you     17:00:13
think he asked you?                                 17:00:17

A  I don't remember what he could have asked me.    17:00:19

Q   And then you said he handcuffed you.  Did you say you weren't sure if it was one or two hands?

A   Yes.  I don't remember it was -- it was at that moment when he handcuffed me, but what I remember is that I was handcuffed.

Q   And then what did he do?

A   Then he left.

Q   Were you able to get up and walk around the room?

A   No, because I was handcuffed.

Q   What were you handcuffed to?

A   The little I remember, I don't remember if I was handcuffed to a bench or a hoop or -- I don't remember.

Q   And do you think you had both hands handcuffed together and then both hands handcuffed to the bench or the hoop?

A   I don't remember.  What I remember is that at some point I was handcuffed.

Q   And then you said Detective Guevara left the room?

A   Yes.

Q   And how long were you in the room by yourself until something else happened?

A   The time I don't remember.    17:03:02

Q   How hard did Detective Guevara slap you in the face?    17:03:16 / 17:03:19

MR. SWAMINATHAN:  Objection to form.    17:03:23

A   At that moment I felt that he slapped me normal but it hurt.  The slap, it hurt.    17:03:26 / 17:03:36

Q   And where did he slap you?    17:03:43

A   In the face.  I don't remember if it was the left side, the right side, but the only thing I remember is that he slapped me, slapped me.    17:03:46 / 17:03:59 / 17:04:02

Q   So it was on either your right cheek or your left cheek?    17:04:05 / 17:04:09

A   I don't remember which side it was.    17:04:11

Q   I understand you don't remember which side.  My question is, was it on your cheek, either the right cheek or the left cheek?    17:04:25 / 17:04:27 / 17:04:31

MR. SWAMINATHAN:  Objection; asked and answered.    17:04:38 / 17:04:40

MS. ROSEN:  It wasn't answered.    17:04:40

A   I don't remember.    17:04:44

Q   So it's possible he slapped you on the forehead?    17:04:47 / 17:04:55

A   No.    17:04:56

Q   Is it possible he slapped you in the ear?    17:04:56

A   No.                                          17:04:59

Q   Is it possible he slapped you in the chin?   17:05:00

A   I felt the hit in this area.  I don't        17:05:03
think he would have slapped me here.  I felt the  17:05:19
hit here.                                         17:05:24

Q   Pointing to your cheek area; correct?        17:05:26

A   Correct.                                      17:05:30

Q   And what happened next?  I don't mean         17:05:33
after the slap; I mean after Detective Guevara    17:05:45
left the room.                                    17:05:48

A   Somebody came back.  And he covered the       17:05:50
window.  But it wasn't the same person who had    17:06:07
slapped me; it was somebody else.  That person    17:06:13
didn't say anything that I remember.  The one thing 17:06:19
he did was that he covered the window with newspaper. 17:06:26
That's the little that I remember from that.      17:06:35

Q   Did you talk to that police officer?         17:06:38

A   I don't remember talking to him.  The only   17:06:44
thing I remember is that he covered the window of 17:06:53
the door.                                         17:06:57

Q   Up until this point in time that this        17:07:02
second police officer came into the room, did you 17:07:05
know that the little boy's parents had been       17:07:07
murdered?                                          17:07:10

A   No.                                                17:07:11

Q   The police officer that came in and put the        17:07:24
newspaper on the window, did he put the newspaper      17:07:31
on the window and then leave?                          17:07:34

A   Yes.  That I remember, yes.                        17:07:36

Q   And then how long were you in the room             17:07:50
before something else happened?                        17:07:54

A   The time I don't know.                             17:07:55

Q   What happened next?                                17:08:06

A   After that, Detective Guevara walked in            17:08:07
again.                                                 17:08:18

Q   And what did he do or say?                         17:08:20

A   He had a paper and a pen.                          17:08:24

Q   Was that paper written in Spanish?                 17:08:33

A   I believe that it was in Spanish.  I don't         17:08:37
remember.                                              17:08:48

Q   And what did Detective Guevara do with             17:08:48
that paper?                                            17:08:58

A   He instructed me to sign it.                       17:08:59

    MS. ROSEN:  I think we're on 8.                    17:09:23

    THE COURT REPORTER:  Yes, 8 is next.               17:09:23

    MS. ROSEN:  Can you grab item -- Tab               17:09:24
No. 48 and we'll make that Exhibit 8.                  17:09:27

///

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020

315

(Reyes Deposition Exhibit 8 marked for identification and attached to the transcript.)

Q  I'm going to ask you, Mr. Reyes, to take a look at the exhibit that we've marked Exhibit 8. I'll just note it's a two-sided document, but I just want you to focus on the front side.

A  Yes.

Q  Do you recognize that exhibit?

A  I don't recognize it but it looks a lot like the paper Guevara had that day, the one he ordered me to sign.

Q  Did you read it before you signed it?

A  This paper I -- possibly I could have read it but truly I don't remember.

Q  And you said Detective Guevara ordered you to sign it.  So you didn't want to sign it?

A  I mean to say that I never heard the words saying, "Would you sign this paper" or, for example, "Please."

Q  Did he ask you to read it?

MR. SWAMINATHAN:  I'm sorry.  Were you finished, Arturo?

THE WITNESS:  Yes.

Q  Did you read the document?  Not right

17:09:27
17:10:13
17:10:13
17:10:16
17:10:20
17:10:22
17:10:42
17:10:42
17:10:48
17:11:02
17:11:12
17:11:13
17:11:15
17:11:27
17:11:39
17:11:41
17:11:45
17:12:00
17:12:04
17:12:07
17:12:08
17:12:10
17:12:13
17:12:16

now.  Then.

A   I'm not sure whether or not I read it.  I don't remember whether I read it or I didn't read it.  Honestly, I don't remember.

Q   That's your signature, though, on it; right?

A   That's correct.

Q   Did you know what you were signing?

A   If I read it back then, I imagine so.

Q   As you sit here today, though, you don't recall whether you read it or not?

A   I don't remember.  It's been a long time.

Q   Do you know what this document is now that you're looking at it?

A   Now that I'm looking at it, based on the little I've seen, for me to answer that question, I'd like to read it.

Q   Feel free.

A   Based on the little I understand, when I signed it, I'm giving permission to the police to search my things.  That's what I understand.

Q   That you signed a document giving the police permission to search your things; right?

A   That's correct.

Q   And do you recall doing that, giving the

permission to search your things?

A   The only one thing I remember is that I was ordered to sign it.  I didn't refuse to sign it.  So I figure now that in telling it I'm giving the police permission to search my things.

Q   My question is, do you recall having given the police permission to search your things now that you've read the document?

MR. SWAMINATHAN:  Objection; asked and answered.

A   Yes.

Q   Did you know why you were giving the police permission to search your things?

MR. SWAMINATHAN:  Objection to form.

A   I had nothing to hide.

Q   Do you know what they were looking for?

A   To that moment I had no idea.  No one had explained anything to me.

Q   So you're saying that at the moment in time that you signed the consent to search form so the police could search your things, you had no idea what the police were looking for; right?

A   That's correct.

Q   You had no idea what crime they were

investigating?

A   At that moment I didn't know anything.

Q   You didn't know that the little boy's parents had been killed?

A   No.

Q   When Detective Guevara ordered you, as you put it, to sign the search form, did you ask him, "What is this about?"

A   I don't remember.

Q   Did you tell Detective Guevara, "No, I'm terribly worried about that little boy that was in our house because Rosauro was going to put him out in the street"?

MR. SWAMINATHAN:  Objection to form.

A   I don't remember if I told him that part.

Q   Did you tell Detective Guevara when he asked you to sign the consent to search form that you had babysat for the little boy, and you had noticed that he had red marks on both of his wrists, and you were worried about him?

A   I don't remember if I said that to him.  I don't remember.

Q   Do you recall Detective Guevara saying anything to you at that time other than ordering

you, as you put it, to sign the consent to search?                    17:19:17

    MR. SWAMINATHAN:  Can you read back the           17:19:30
question?  I missed part of it; sorry.                                17:19:31

    (Pending question read.)                         17:19:45

    MR. SWAMINATHAN:  Objection to form.              17:19:45

    Go ahead.                                         17:19:47

A  I don't remember.  That's the truth.  It's                        17:19:49
been a long time since then and I don't remember.                    17:20:00

Q  After you signed the form, what happened?                         17:20:04

A  He left.                                                          17:20:08

Q  And then how long were you in the room                            17:20:16
before something else happened?                                      17:20:22

A  The time I don't remember.  I couldn't see                        17:20:23
what time it was.  The only thing I remember is                      17:20:38
that that room felt like forever.  I didn't know                     17:20:49
how much time had passed.                                            17:20:55

Q  And then what happened?                                           17:20:59

A  I don't remember if somebody walked in,                           17:21:01
and they moved me to another room.                                   17:21:17

Q  You don't remember?                                               17:21:20

A  I don't remember if at that moment they                           17:21:22
moved me to another room, but what I remember is                     17:21:37
that they moved me to another room.                                  17:21:42

Q  So you next thing that you remember                              17:21:43

happening is somebody moving you to another room; is that what you're saying?

A Yes. But what I want to say -- what I'm trying to say about whether somebody while -- during the time, the period of time before I was moved to another room if somebody walked in, if somebody else walked in.

Q You just don't remember?

A That's correct.

Q Okay. So -- but you do remember getting moved to another room?

A Yes.

Q Do you remember who moved you to the other room?

A I guess it was Detective Trevino, but I'm not sure -- I'm not sure whether or not it was him.

Q Can you describe Detective Trevino?

A In what way? What he looked like?

Q Yeah, what he looked like. Any way that you can describe what he looked like.

A The only thing I remember, I don't remember if he was my height. Perhaps he was less tall, a little bit less tall. What I remember is he was not a tall person. The age I don't remember. The

17:21:46
17:21:48
17:21:57
17:22:07
17:22:12
17:22:15
17:22:18
17:22:18
17:22:20
17:22:23
17:22:26
17:22:28
17:22:30
17:22:34
17:22:34
17:22:53
17:22:55
17:22:57
17:23:07
17:23:13
17:23:15
17:23:29
17:23:39
17:23:46

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020

321

only thing I remember is that.

Q  Do you remember if he had a beard or a mustache?

A  I don't remember.

Q  Do you remember what color hair he had?

A  It was black.  I don't remember if he had a little bit of gray hair or not.  The only thing I remember about him is that he had black hair. He looked like Latino, like he was Latino.

Q  And he spoke Spanish; right?

A  That's correct.

Q  Okay.  So what happened when you were in this other room?  Can you describe that room for us?

MR. SWAMINATHAN:  Objection to form.

A  Yes.  In that room, that room was bigger compared to the room where I was before.  It had chairs.  It had a board.  I don't remember whether or not it had windows.

Q  What kind of board did it have?

A  The kind of board, I don't remember what -- what board it was, but I remember that it was a board like the ones that schools have.  That's what I remember.

Q  And who was in this room when you were

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020          322

brought into the room?          17:26:27

A   When I was taken to that room, there were          17:26:28
two officers, Detective Guevara and Trevino.  He          17:26:48
was the one who moved me to that room.          17:27:14

Q   So was it the two officers that you're          17:27:18
referring to, Trevino and Guevara, or was it          17:27:21
Trevino and Guevara and two other officers?          17:27:25

A   There was another two in addition to them.          17:27:38

Q   Do you know who those two officers were?          17:27:42

A   No.          17:27:44

Q   Did they talk to you at all, the other          17:27:48
two officers?          17:27:51

A   No.          17:27:51

Q   Did you -- other than seeing them in this          17:28:00
room, did you ever see those two officers again?          17:28:03

A   I guess -- I believe I saw them later but          17:28:05
I'm not sure.          17:28:24

Q   You saw them later where?          17:28:25

A   Also at the police station.          17:28:27

Q   Did you ever interact with those          17:28:36
two officers?          17:28:40

A   When you say "interact," could you explain          17:28:41
that in a different way?          17:28:54

Q   Sure.  Did you ever speak with them?  Did          17:28:56

they ever speak with you?  Did they move you                 17:29:00

anywhere?  Did they do anything to you?                      17:29:03

    MR. SWAMINATHAN:  Objection to form.          17:29:17

  A  No.                                             17:29:19

  Q  Did you see them speaking with anybody else     17:29:20

that you knew in the police station that night?              17:29:27

  A  Do you mean outside the room?                    17:29:31

  Q  You said you thought you saw these              17:29:48

two officers later, so I'm just trying to figure             17:29:50

out when you saw these two officers and what they            17:29:54

were doing.                                                  17:29:57

    MR. SWAMINATHAN:  Objection to form.          17:30:06

  A  I don't remember.                               17:30:11

  Q  When you were in this room, did Officer         17:30:14

Trevino speak with you?                                      17:30:21

  A  I don't remember whether or not he spoke        17:30:22

with me.                                                     17:30:34

  Q  Did Detective Guevara speak with you when       17:30:35

you were in this room?                                       17:30:38

  A  Yes.                                            17:30:39

  Q  Tell me about that.                             17:30:45

  A  I believe Detective Guevara asked me if I       17:30:47

recognize what was written on the board.  I guess            17:31:02

there was something written on the board -- I                17:31:08

believe there was something written on the board.

Q What was written on the board?

A I don't know. The little I remember there was something on the board.

Q Was it a picture?

A I don't remember whether it was a picture, words, letters. The only thing I remember is there was something there.

Q Where was the board?

A The side it was on I don't remember. The only thing I remember is that it was on one of the walls.

Q And was it the type of board that was black and you would write on it with chalk?

A Yes, I believe so.

Q And when Detective Guevara asked you if you recognized what was on the board, what did you say?

A I said no, I didn't recognize anything that was there.

Q What, if anything else, happened while you were in that room?

(Videoconference interruption from 5:33 p.m. to 5:35 p.m.)

///

BY MS. ROSEN:

Q   What, if anything else, happened while you were in that room?

A   Detective Guevara got close to me, near my face with a low voice.  He said to me --

THE INTERPRETER:  Interpreter needs to clarify.

That I -- plaintiff said that he was not doing anything for himself.  Detective Guevara said that he was not doing anything for himself.

Q   So Detective Guevara told you you weren't doing anything for yourself?

A   I have not ended my answer.

Q   Oh, I'm sorry.  Go ahead.

A   He said that I was not doing anything for myself, that I was allowing other people to blame me.  And after that he said unless I said something they were going to give me the electric chair.

I was petrified.  I took that threat very seriously.  I thought, why am I going to be given the electric chair if I haven't done anything.  I thought I'm never going to see my family again.  I was very scared.

Q   Did you complete your answer?

A   Yes.

Q   Did you say to Detective Guevara, "I don't know who is blaming me, but Rosauro, he's the one that was going to take the boy out onto street"? Did you say that?

MR. SWAMINATHAN:   Objection to form; argumentative.

Go ahead.

A   I don't remember whether or not I said that. Could be.  I don't remember.

Q   Did you say to Detective Guevara because you were very scared and you were taking that very seriously that, "You know, that little boy that we brought to the police station, he had red marks on his hands like he had been tied up"?  Did you say that to Detective Guevara?

MR. SWAMINATHAN:   Objection to form; argumentative.

Go ahead.

A   I don't remember whether or not I said something like that.

Q   And up until this point in time did you know that the little boy's parents had been murdered?

A    Up to that point I don't remember.

Q    Did you say to Detective Guevara, "Who is blaming me?  For what?"

MR. SWAMINATHAN:  Objection to form; argumentative.

Go ahead.

A    I don't remember.

Q    Did you say to Detective Guevara, "Why would I get the electric chair?"

A    I don't remember if I told him something like that or not.

Q    During that time that you were in that room with the blackboard, did Detective Guevara say anything else to you?

A    Could you repeat the question?

Q    Sure.  Up until that point -- while you were in the room, other than the things you've already told us about, did Detective Guevara say anything else?

A    No, not that I remember.

Q    Did Officer Trevino say anything to you in that room at that time?

A    I don't remember whether or not he said something to me.  I don't remember.

Q   And when I say "at that time," I mean during the entire time you're in that room.

A   I don't remember whether or not he said something to me.

Q   And was the writing, or the drawing, or whatever it was that was on the blackboard, was that already on the blackboard when you walked into the room?

MR. SWAMINATHAN:  Objection to form.

A   It was already written.  But I don't know whether or not Guevara wrote something else during the time that I was there.  I don't remember.  The only thing I remember is when I walked in, there was already something written there.

Q   And what you're saying is it's possible that Detective Guevara added to whatever was on the board; right?

A   That's possible but I don't remember if he really wrote something or not.

Q   Anything else happen in that room that you can recall that you aren't already told us about?

A   No.  After that they took me back to the room where I was.

Q   Do you know how much time you had spent in

17:41:48
17:41:52
17:42:05
17:42:07
17:42:08
17:42:11
17:42:14
17:42:18
17:42:26
17:42:30
17:42:41
17:42:45
17:42:52
17:42:55
17:42:56
17:42:59
17:43:02
17:43:20
17:43:23
17:43:26
17:43:30
17:43:32
17:43:47
17:43:50

the room with the blackboard before they took you

back to the room where you were?

    A  The time, no.

    Q  And when they took you back to the room

that you -- the other room that you had been in

before, did -- who took you back to the room?

    A  I don't remember whether it was Detective

Guevara or Detective Trevino.  The only thing I

remember is that I was taken back to the room

where I was.

    Q  And did they -- whoever took you back just

leave you there, or did they stay with you?

    A  Based on the little that I remember about

that, he just left me there and then he left.  I

don't remember that he stayed for a while.

    Q  And then how long were you in that room

before something else happened?

    A  The time I don't know.  It felt like

forever.  I don't know if it was a while; I don't

know if it was hours.  I didn't know how much time

had passed.

    Q  And then what happened?

    A  Somebody else came back to the room.  I

guess it was Detective Guevara.

17:43:53
17:43:57
17:44:00
17:44:12
17:44:15
17:44:18
17:44:21
17:44:33
17:44:41
17:44:44
17:44:44
17:44:48
17:45:00
17:45:02
17:45:10
17:45:16
17:45:18
17:45:19
17:45:35
17:45:48
17:45:52
17:45:54
17:45:55
17:46:12

MR. SWAMINATHAN: I'm sorry. I think you said "I guess."

THE INTERPRETER: I believe.

MR. SWAMINATHAN: Can we have an interpreter correction?

THE INTERPRETER: The interpreter clarifies. Plaintiff said, "I believe it was Detective Guevara."

Q Okay. So you believe Detective Guevara -- Detective Guevara came back to the room?

A Yes.

Q And what happened when Detective Guevara came back to the room?

A Based on the little that I remember, he asked me to change clothes. But he didn't ask me, he ordered. He ordered me to do that. Based on the little I remember, I changed pants. I gave him my shoes. I gave him a jacket I had. I don't remember whether or not I also gave him my shirt. That's the little I remember.

At that moment I felt useless because they were taking my clothes. They were not asking me to change clothes.

Q Did they provide you with other clothing?

A What I remember is that they gave me other

pants.  They gave me plastic bags -- I guess it                17:48:26

was plastic or something like that, to put them on             17:48:37

my feet, to use them as shoes.                                 17:48:46

   Q  Did they give you a shirt?                 17:48:55

   A  I don't remember if they -- if they allowed   17:48:57

me to keep the same shirt or they gave me another              17:49:12

shirt.  What I remember is when they took my jacket,           17:49:17

I -- I felt cold.  That room was freezing cold.                17:49:25

   Q  Did you say they took your jacket?          17:49:32

   A  I don't know if it's a jacket, pullover.     17:49:35

But I remember that I gave them something.                     17:49:48

   Q  But you remember being cold because they     17:49:58

took your jacket, is that what you said?                       17:50:00

     MR. SWAMINATHAN:  Objection to form,   17:50:06

foundation.                                                    17:50:10

     Go ahead.                           17:50:12

   A  Yes.                                        17:50:13

   Q  And were you cold for the rest of the time    17:50:15

that you were in the police station?                           17:50:19

   A  Yes.  I felt cold.                           17:50:21

   Q  Did you ask Detective Guevara why he was       17:50:30

taking your clothes?                                           17:50:33

   A  I don't remember whether or not I asked him.   17:50:36

   Q  Did you ever get your clothes back?           17:50:46

A   No.

Q   And after Detective Guevara took your clothes, what happened?

A   He left.

Q   Up until this point in time, did you know what you were being accused of?

A   I don't remember if I knew or if I had already learned.  I don't remember.

Q   So it's possible at this point in time you did know what you were being accused of?

A   It is possible.

Q   Who told you?

A   I don't remember.

Q   So when you were in the room with the blackboard, you didn't know what you were being accused of; right?

A   No.  Not that I remember, no.

Q   But you might have known what you were being accused of by the time that they took your clothes; right?

A   It is possible but I don't know.

Q   Did you have any conversation with Detective Guevara about the crime, or the investigation, or anything at the time that he

took your clothes?

    A  I don't remember if we had a conversation. I don't remember if he asked me questions. I don't remember.

    Q  After Detective Guevara took your clothes, what happened?

    A  I believe he left.

    Q  And then you were left alone in the room again?

    A  Yes.

    Q  How long were you in the room by yourself before something else happened?

    A  I believe it was a while. I believe it was quite a while, but I don't know how much time passed by.

    Q  What's the next thing that you remember happening?

    A  The little that I remember, Detective Guevara came back and started asking me questions. I would answer his questions, but every time I would say the word no, he started slapping me.

    Q  What questions did Detective Guevara ask you?

    A  I do not remember the questions. What I do remember is when I would say the word no, he

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020

334

would slap me in the face.  After that, every time
he would slap me, they became harder, stronger.

Q  How many times did he slap you?

A  I didn't count them but it was -- it was
several times.

Q  Was it more than five?

A  I don't remember how many times it was.
What I do remember is what -- I remember that my
face felt hot, warm -- hot.

Q  Was he hitting you on both sides of your
face or one side?

A  I believe that it was both sides.

Q  Did he use his fist or open hand?

A  No, it was not with a fist.  What I do
remember, it was with an open hand.

Q  Could he have hit you as many as 50 times?

A  I don't remember how many times it was.

Q  But what you do remember is --

MR. SWAMINATHAN:  I'm sorry.  He was
continuing; sorry.

A  But what I do remember, it was many times,
several times.

Q  Was it more than 20?

A  I did not count them.  What I do remember,

17:54:57
17:55:05
17:55:13
17:55:14
17:55:22
17:55:24
17:55:26
17:55:39
17:55:44
17:55:49
17:55:52
17:56:01
17:56:05
17:56:08
17:56:16
17:56:18
17:56:22
17:56:31
17:56:33
17:56:34
17:56:38
17:56:42
17:56:43
17:56:44

that every time I said the word no, I would receive a hard slap.

Q   How long did this go on?

A   What I remember is that some time went by.

THE INTERPRETER:  Interpreter will qualify who.

A   (Continuing.)  What I do remember is the detective -- the detective was really upset.

Q   How much time was he in the room with you when he -- while he was slapping you?

A   I don't remember the time, but it felt like forever.

Q   And was he asking you questions about the murder?

A   It is possible but I do not remember the type of questions that he was asking me.  What I do remember and I can tell you, he was asking me questions.  Every time I would say the word no, I would receive a hard slap.

Q   Can you give me any idea whatsoever the topic that was being discussed in the room with you between you and Detective Guevara when you say he was slapping you every time you said the word no?

MR. SWAMINATHAN:  Objection to form.

A    The topic I do not remember.  It has been a long time.  I do not remember that part or many other things.

Q    When he slapped you repeatedly every time you said the word no, did he ever draw blood?

A    Not that I remember.  Well, I can tell you that my face felt warm, hot.

Q    Yeah, you told us that before.  So I have some different questions.  Okay?

Was your lip swollen?

A    I do not remember if my lip was swollen.

Q    How about either of your eyes?  Did either of your eyes get swollen?

A    Not that I remember.

Q    And you said that the slaps got harder, and harder, and harder; right?

A    Yes, that is correct.

Q    And was he slapping you on both sides of your face?  I don't remember if I asked you that.

MR. SWAMINATHAN:  Objection; asked and answered.

A    I imagine so because I felt my face being warm on both sides but I do not remember.

MS. ROSEN:  Okay.  We need to switch

the tape.

THE VIDEOGRAPHER:  This marks the end of Media No. 5 of the video deposition of Arturo DeLeon-Reyes.  We are off the record at 5:00 p.m.

(A recess was taken from 6:00 p.m. to 6:15 p.m.)

THE VIDEOGRAPHER:  We are back on the record at 5:15 p.m.

MS. ROSEN:  And we have, based on my rough but fairly accurate calculations, 11 hours and 57 minutes in on the record.  So that's 12 hours, which means we have 10 more to go.

So what we're proposing is that we try and get two more hours in this evening.  That would leave eight for tomorrow.

MR. SWAMINATHAN:  Let's see how it goes.

MS. ROSEN:  The court reporter is on board for that, so that's how we'll proceed.  You guys are okay with that; right?

MR. SWAMINATHAN:  Okay.  Then let's do it.

BY MS. ROSEN:

Q   Okay.  I think where we left off was after a circumstance where Detective Guevara was asking you questions that you have no recollection of other

than every time you said no you were slapped.  I assume at some point that that came to an end.  Right?

MR. SWAMINATHAN:  Could you read the question back?

(Pending question read.)

MR. SWAMINATHAN:  Objection to form and mischaracterizes the witness' testimony.

Go ahead.

A   Yes.

Q   And how did that end?

A   He got really upset.  He left.  But he then later returned.

Q   Did you say anything to him during that time other than the word no?

A   Yes.

Q   What did you say other than the word no?

A   I think I told him that I didn't know why they were accusing me.  I didn't know why they were accusing me or -- why they were accusing me. I didn't know what had happened, but what I do remember is that every time I'd say the word no, I would receive a really hard slap.

Q   My question was what you said other than

the word no.  I appreciate every time you said the

word no he slapped you.  You told us that repeatedly.

So I get it; I understand.  But what I'd like to

know is what you said to him other than the word no.

MR. SWAMINATHAN:  Objection -- sorry.

Objection to the speaking statement that leads

into this question.

Go ahead -- oh, she didn't finish.  I'm

sorry; that's my fault.

THE INTERPRETER:  The interpreter will

need the last part repeated.  The interpreter lost

track.  The last three sentences, if the court

reporter can repeat that.

MR. SWAMINATHAN:  You're probably going to --

he's going to want the whole question.  Can the

court reporter read back --

MS. ROSEN:  I'm going to withdraw the

question, and I'm going to start over.

Q  Mr. Reyes, my question to you is, other

than saying the word no, I want to know what else

you said to Detective Guevara.  I appreciate that

what you've told us is that every time you said

no, he would slap you.

MR. SWAMINATHAN:  Objection to form.

Q   So I'm going to ask you, other than saying no, and other than saying you don't know why they were accusing you, and you don't know what happened, what, if anything, did you say to Detective Guevara?

MR. SWAMINATHAN:  Objection to form and mischaracterizes the testimony.

A   I remember I said something to him.  I believe I said to him that I had not participated, and I did not participate in this and these crimes that they were accusing me of unjustly.

Q   What did you tell him you didn't participate in?

A   In nothing.

Q   Did you say, "I didn't participate in the murder of Mr. Soto"?

A   I said I didn't participate in anything.  I don't remember if I said that to him.  What I do remember saying to him is that I did not participate in anything.

Q   Just like that, in those words?

A   From what I remember, yes.

Q   Do you remember anything else you said to Detective Guevara?

A   I don't remember.

18:23:00
18:23:02
18:23:08
18:23:14
18:23:27
18:23:30
18:23:38
18:23:45
18:23:50
18:23:56
18:24:00
18:24:03
18:24:04
18:24:12
18:24:15
18:24:26
18:24:36
18:24:41
18:24:43
18:24:44
18:24:47
18:24:55
18:24:58
18:24:58

Q   Now, you said he left really upset but eventually he came back; is that correct?

A   Yes, it is correct.

Q   How much time passed between the time he left and the time he came back?

A   The time I don't know, but I don't believe that a lot of time went by.

Q   When he was in the room and he was slapping you, were you handcuffed?

A   That I -- from what I remember, yes.

Q   And how were you handcuffed?

A   From what I remember is that I was the whole time handcuffed from one hand.  I don't remember when he -- that if when he slapped me I was handcuffed at that moment.

Q   You don't remember if you were handcuffed at that moment when he slapped you, is that what you said?

MR. SWAMINATHAN:  Objection; asked and answered.

Go ahead.

Q   Were you sitting down or were you standing up when he was slapping you?

A   What I remember is that I was sitting.

18:25:09
18:25:15
18:25:17
18:25:20
18:25:24
18:25:26
18:25:39
18:25:41
18:25:43
18:25:45
18:25:56
18:25:59
18:26:06
18:26:22
18:26:26
18:26:29
18:26:31
18:26:38
18:26:38
18:26:41
18:26:41
18:26:45
18:26:47
18:26:48

Q   And was he sitting or was he standing?                          18:26:56

A   He was standing.                                                18:26:59

Q   Was he standing over you?                                      18:27:03

A   From what I remember, he was standing in                       18:27:05
front of me, towards me.                                            18:27:16

Q   Can you describe and show us how he slapped                    18:27:17
you, how he moved his arm?  Did he bring it way                    18:27:21
back and then slap, or how did he do it?                           18:27:25

    MR. SWAMINATHAN:  Objection to form.                           18:27:31

A   I believe so.                                                  18:27:34

Q   Can you show us?                                               18:27:37

A   Do you give me permission?                                     18:27:38

Q   Yes, please.                                                   18:27:40

A   May I stand up.                                                18:27:42

    MS. ROSEN:  Will you get him if he stands?                     18:27:45

    Go ahead.                                                      18:27:49

A   (Continuing.)  The only thing I remember,                      18:27:53
that he would move his hand this way.                               18:27:56

Q   And did he like swing it all the way back                     18:28:00
or do you remember?                                                18:28:04

A   All the way back, I don't remember.  But I                    18:28:06
remember he would place his hand like this, and                    18:28:11
then he would slap me with force.                                  18:28:15

Q   Okay.  Thank you.                                             18:28:16

Tell us what happened when he came back to the room again.

A    When he came back, he came upset.  He was upset.  But he had -- he brought Adriana -- Adriana with him.  He was grabbing her by one arm.  Adriana had red eyes.  Her eyes were red; her hair was messy.

Q    Are you done?

A    Yes.

Q    And up until the point where Detective Guevara brought Adriana into the room, did you know she was at the police station?

A    No.

Q    So were you surprised to see her?

MS. ROSEN:  Did you have a question?

THE COURT REPORTER:  I did have a question.  All I got on the answer was no, and it seemed there may have been more.

MR. SWAMINATHAN:  Could you read back the question and read back what answer you have?

(The Reporter read the record as follows:
"Q.  And up until the point where Detective Guevara brought Adriana into the room, did you know she was at the police station?
A.  "No.")

MR. SWAMINATHAN:  Was there anything else to your answer?

THE WITNESS:  I did not know.

Q  Okay.  What happened once Detective Guevara brought Adriana into the room?

A  When Detective Guevara brought Adriana to the room, Adriana said that I did everything.

Q  Did she say it in Spanish or in English?

A  She said it in Spanish.

Q  And did she say precisely you, Arturo, did everything?  Is that the words she used?

MR. SWAMINATHAN:  Objection to form.

A  From what I remember, yes.

Q  And what did you say, if anything?

A  I did not say anything.

Q  Did you know what she was talking about?

A  No, I had no idea what she was talking about.

Q  At this point did you know that both Mr. and Mrs. Soto had been killed?

A  At this point, yes.

Q  Did you know that both of their children had been kidnapped?

A  I believe at this point I did know or I had learned.  I do not remember exactly.

18:30:32
18:30:33
18:30:47
18:30:56
18:30:59
18:31:02
18:31:13
18:31:21
18:31:25
18:31:29
18:31:37
18:31:42
18:31:47
18:31:49
18:31:51
18:31:56
18:31:58
18:32:07
18:32:14
18:32:19
18:32:29
18:32:32
18:32:34
18:32:48

Q   And when Adriana said you had done all of this, did you believe what she meant was that you had done the murders and the kidnapping?

A   At that time -- I mean, I don't remember what I was thinking at that time.  The only thing I know is that I did not know what she was talking about.

Q   And then what happened after Adriana said you did all of this?

A   Detective Guevara took her away.

Q   And then what happened after that?

A   I was left on my own alone for a while.  I don't know how long, how much time had passed by.  Then someone came back.  I believe it was Detective Trevino but I'm not sure.  He moved me to another room.

When we got to the other room, he asked me if I wanted a sandwich.  I said yes.  That was the first time that I ate something the whole time that I was at the police station.

Q   Had you asked for food before that?

A   If I asked for food or I didn't ask for food, I did not receive food.  What I remember, that was the first time after all that time that I

ate something, one sandwich.

   Q  Before you were given the sandwich, had you asked for any food?

     MR. SWAMINATHAN:  Objection; asked and answered.

     MS. ROSEN:  It's not answered.

     MR. SWAMINATHAN:  He did answer it.

     But go ahead.

   A  I don't remember if I asked.  Or if I had asked, I doubt they would have given me anything.

   Q  After you were given the sandwich, what happened?

   A  I ate it.  I was hungry.

   Q  Then what happened?

   A  Later -- later a person -- a person arrived. At that time I did not know his name.  I didn't know who it was, but then with time I know that he was O'Malley, the State's Attorney.

   Q  And when the State's Attorney O'Malley came into the room, what did he say to you?

   A  I think he greeted me.  He introduced himself and he sat down.  But I don't know if he did that when he was standing or if he had already sat down.  That's what I remember.

Q   And then after he introduced himself to you, what happened?                                    18:37:41  18:37:44

A   What I remember is they asked my name, my date of birth, where I lived.  That's what I remember.                                    18:37:45  18:38:02  18:38:16

Q   Anything else that you remember?                                    18:38:16

A   There came a point in time I did not know what to answer.  That's when Detective Trevino started giving me examples.                                    18:38:22  18:38:29  18:38:38

Q   Examples of what to say?                                    18:38:45

A   Of what I could say.  Sometimes I would repeat the same thing, sometimes something similar.  Sometimes I would just uh-huh.  Sometimes I would not say anything.                                    18:38:48  18:38:56  18:39:00  18:39:04

Q   Okay.  And we've talked about that already today, right, earlier?                                    18:39:11  18:39:15

A   That is correct.                                    18:39:16

Q   And this is the time when you were giving the handwritten statement?                                    18:39:17  18:39:19

A   Yes.                                    18:39:29

Q   And after the handwritten statement was completed, what happened?                                    18:39:29  18:39:31

A   Detective Trevino told me that in order for him to help me I had to sign those papers and                                    18:39:32  18:39:48

I signed them.

Q   Because you thought by signing those papers, that would help you?

A   Yes.

Q   And after you signed the papers, what happened?

A   After I signed those papers, Detective Trevino grabbed me with force, twisted one of my hands first, and then he handcuffed both hands, both of my hands.  He said something to me when he was handcuffing me, but I don't remember what he said to me.  The only thing is I do remember he said something to me.

Q   You have no idea as you sit here today what he said?

A   I believe -- I'm not quite sure.  I believe he said I had the right to remain silent, that I had the right to an attorney, that I had the right to a call, I believe.  That is the first time I heard -- during that whole time that I was there at the police station that someone said to me that I had the right to that, to something.

Q   Okay.  Have you completed your answer?

A   Yes.

Q   And this was after you had signed the handwritten statement?

A   Yes.

Q   And was Assistant State's Attorney O'Malley in the room when Officer Trevino handcuffed you and said what you believe was you had a right to remain silent?

A   Yes.

Q   And then after you were handcuffed and Officer Trevino said the things that you believe he said to you, then what happened?

A   They moved me to a room.  I don't know if it was the same one where I was that whole time or if it was a different one.

Q   And then what do you remember happening?

A   What I remember is they put me through a process.

THE INTERPRETER:  The interpreter needs to clarify.

MS. ROSEN:  Uh-huh.

THE INTERPRETER:  Well, the interpreter will just leave it as "processing."  The interpreter was going to qualify the word.

A   (Continuing.)  They put me through a process.

Q   What process?

A   They took a picture of me.  I think at that time they took my fingerprints, and I believe they placed me in a cell that was there.  That is what I remember.

Q   And the -- when you were being processed and you had your photograph taken, that wasn't the first time your photograph was taken; correct?

A   That is correct.

MS. ROSEN:  We're on Exhibit 9 and if you can grab the exhibits out of Tab or Folder 9 -- I mean 29 -- sorry.

(Reyes Deposition Exhibit 9 marked for identification and attached to the transcript.)

Q   Mr. Reyes, I'm going to ask you to take a look at the group exhibit that we've marked as Exhibit 9 and ask you to take a look at the photographs.

MR. SWAMINATHAN:  I'm just going to note for the record, because they're not consecutive, it's Reyes 99, Reyes 100, Reyes 127, and Reyes 128.

Q   Now, looking at the first page of that exhibit, which is Reyes 99, do you see the first photograph on the left that has the writing

"State's Exhibit A"?                                    18:46:54

    A  Are we on the same picture?          18:47:04

    Q  Yes.  Does it say "State's Exhibit A" for     18:47:06
you there?  Let's just make sure.                 18:47:16

       The female with the blue shirt, who is that?    18:47:31

    A  She looks like Adriana.                18:47:34

    Q  And then the photograph of the person in     18:47:42
the middle, who is that?                                18:47:44

    A  She looks like Gabriel.                18:47:46

    Q  And then the person on the right, who        18:47:57
is that?                                                18:47:59

    A  That is me.                            18:48:00

    Q  And is that the clothing you wore when you   18:48:02
went to the police station that day?                    18:48:05

    A  From what I remember, yes.             18:48:12

    Q  Do you remember this photograph of you       18:48:13
being taken?                                            18:48:15

    A  I don't remember when this photograph was   18:48:16
taken.  What I do remember is they took a photo of   18:48:26
me -- oh, yes, it was more than one.                    18:48:34

    Q  Okay.  And then the room that you're in      18:48:39
where this photograph is taken, can you tell us         18:48:42
which room that was?  Was it the room you were       18:48:46
first in, the room with the blackboard, the room        18:48:57

where ASA O'Malley was? 18:49:02

A I don't remember which room this was taken 18:49:07
because this picture only shows part of the room. 18:49:21

Q I'm just asking if you can recognize from 18:49:25
what you see in the photo which room it is. 18:49:29

A No. 18:49:35

Q Okay. And if you go to the next page with 18:49:36
photographs on it, do you recognize those 18:49:40
photographs? 18:49:49

A I can only recognize like two photographs. 18:49:50

Q Which two? 18:50:01

A Mine and Gabriel's. 18:50:02

Q And the photograph of you, that's a different 18:50:10
photograph, right, than the one we just looked at? 18:50:14
The background is different? 18:50:21

A It looks different. 18:50:25

Q It looks like you're still wearing the 18:50:28
same shirt; right? 18:50:32

A That's correct. 18:50:33

Q And if you -- and you don't recognize who 18:50:40
the baby is? 18:50:45

A No. 18:50:46

Q You don't recognize who the woman is standing 18:50:49
on the steps with the baby? 18:50:52

A   No.

MS. ROSEN:  If the court reporter could pull the exhibits from folder Tab 31, we're going to mark that as Exhibit 10.

(Reyes Deposition Exhibit 10 marked for identification and attached to the transcript.)

Q   Mr. Reyes, I'm going to ask you to just kind of quickly flip through these photos.

MR. SWAMINATHAN:  Before you ask your questions -- Arturo, are you fine to keep going right now?  I just want to ask him is he okay to keep going right now or does he need a break.

THE WITNESS:  If it's okay, before we continue, may I eat something?

MR. SWAMINATHAN:  I want to check -- I want to check every 30, 40 minutes.  Do you want to answer these questions, or do you need a break now?

THE WITNESS:  If we could have a short recess.

MR. SWAMINATHAN:  Okay.

MS. ROSEN:  Going off the record.

THE VIDEOGRAPHER:  We are going off the record.  The time is 5:53 p.m.

(Recess taken, 6:53 p.m. to 7:10 p.m.)

THE VIDEOGRAPHER: We're back on the record at 6:10 p.m.

BY MS. ROSEN:

Q Okay. Before we took the break we marked Exhibit 10. Do you recognize the photos?

A Yes.

Q And the photograph on the first page, is that you?

A Yes.

Q And does that look like one of the photos that was taken of you when you were being processed, can you tell?

A I couldn't tell with certainty but it's possible.

Q And you're still wearing the same sweatshirt that you had on when you first got to the police station; right?

A The pullover, yes.

Q If you go to the next page, that's your side profile; right?

A That is correct.

Q And you can tell from that photograph that the sweatshirt or pullover you're wearing looks like it has a hood; right?

A   Yes.

Q   And it looks like you're wearing some kind of white T-shirt underneath it; right?

A   It seems to be white.

Q   If you flip to the page that's marked 2514 on the bottom, 2-5-1-4, it shows on the back of this document that your height was five-six and your weight was 145.  Is that approximately correct back in 1998?

MR. SWAMINATHAN:  Objection to form.

A   It's an estimate, yes.

MS. ROSEN:  Okay.  We're done with that exhibit.  Hold on one second.  Sorry.

In Chicago, we're going to use folder Tab 33 as Exhibit 11.

THE COURT REPORTER:  Okay.  It's marked.

MS. ROSEN:  Thank you.

(Reyes Deposition Exhibit 11 marked for identification and attached to the transcript.)

Q   I'm asking you to take a look at what we've marked as Exhibit 11.  Do you recognize the person whose picture is in the top left-hand corner?

A   Before I answer the question, may I see

the papers?

Q   What do you mean?  Oh, sure, yeah, yeah.
I thought you did that.

    Have you looked?

A   Yes.

Q   Okay.  Do you recognize whose picture is
in the top left-hand corner?

A   No.

Q   How about the top right-hand corner?

A   No.

Q   How about the person in the bottom
left-hand corner?

A   No.

Q   Okay.  If we can flip the page, do you
recognize any of the people in the top left-hand --
in the picture on the top left-hand corner?

A   No.

Q   How about the top right-hand corner?

A   No.

Q   How about the bottom left-hand corner?

A   No.

Q   And the bottom right-hand corner, do you
recognize any of those two people?

A   No.

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020

357

Q  Okay.  If we go to the next page, do you recognize the person whose picture is in the top right-hand corner?

MR. SWAMINATHAN:  And you're looking at Reyes 80?

MS. ROSEN:  Yes, Reyes 80.

MR. SWAMINATHAN:  And, I'm sorry, for the record, RFC Solache Reyes 80.

A  You mean these photographs?

Q  Yes.

A  No.

Q  Does that look like Guadalupe Mejia to you?

A  It looks like her but I'm not sure.

Q  Okay.  When is the last time you saw Guadalupe Mejia?

A  The last time I saw her, that's when I was in trial.

Q  She testified; right?

A  That's correct.

Q  Do you remember what she testified about?

A  I don't remember.  What I remember is that she testified.

Q  You don't remember at all anything that she had to say at the trial?

MR. SWAMINATHAN:  Objection; asked and answered.

A  What she had said I don't remember.  I remember that she went and she testified.

Q  Do you recognize the woman whose photograph is below the photograph of the woman that looks like Guadalupe?

A  No.

Q  And then there's the picture to the left of that woman with three people on it.  Do you recognize any of those people?

A  No.

Q  And now if you'll flip to the next page with actual paragraphs that's RFC Solache Reyes -- the Bates stamp is RFC Solache Reyes 000082.  Do you recognize the woman with the small child in the top left-hand corner?

A  No.

Q  How about the baby in the carrier on the steps to the right of that?

A  No.

Q  And then the photo in the bottom right-hand corner?

A  This photograph, I recognize it.  That's me.

19:22:02
19:22:09
19:22:09
19:22:16
19:22:23
19:22:30
19:22:35
19:22:36
19:22:47
19:22:51
19:22:54
19:22:56
19:23:04
19:23:08
19:23:17
19:23:35
19:23:39
19:23:48
19:23:49
19:23:56
19:23:59
19:24:08
19:24:11
19:24:17

Q   So that's another photograph of you that was taken at the police station; right?

A   Yes.

Q   And it looks like you're still wearing the same sweatshirt or sweater and the white T-shirt under it; right?

A   That's correct.

MS. ROSEN:  And then, in Chicago, if we could take Folder 34 and make that Exhibit 12.

THE COURT REPORTER:  It's marked.

MS. ROSEN:  Thank you.

(Reyes Deposition Exhibit 12 marked for identification and attached to the transcript.)

Q   Do you recognize the people in the four photographs in Exhibit 12?

A   I recognize three of them only.

Q   Okay.  Who -- do you recognize the only female?

A   Yes.

Q   And who is that?

A   Adriana Mejia.

Q   And then do you recognize the photograph to the right of Adriana's photograph?

A   Yes.  That's me.

Q   And then the photograph of the person below you, do you recognize who that is?

A   I don't recognize him.

Q   Does that look like Rosauro Mejia to you?

A   It looks like him but I'm not sure.

Q   Okay.  And then the person below Adriana Mejia?

A   Yes.  That's Gabriel.

Q   And that's how he appeared when you, and he, and Rosauro took the little boy to the police station, right, that day?

A   Yes.

MS. ROSEN:  Okay.  In Chicago, we're going to go to Folder 26 and mark that as Exhibit 13.

THE COURT REPORTER:  It's marked.

MS. ROSEN:  Thank you.

(Reyes Deposition Exhibit 13 marked for identification and attached to the transcript.)

Q   Have you had a chance to take a look at the photograph?

A   Yes.

Q   And I'm going to represent to you that these photographs are photographs that were taken when the lawyers in this case, including your

lawyers, looked at the evidence from your trial.
So these photographs are the photographs -- these
photographs are photos of the photos that were
actually used at your trial.  Okay?

A  That's correct.

Q  Okay.  And then the first page of the exhibit
says, "Solache No. 36A and 36B, photos of defendant
from HW," meaning handwritten.  And if we -- if
you flip the page to where there's photographs, do
you see the photos of Gabriel Solache?

A  Yes.

Q  Do you see the blackboard that's behind him?

A  Yes.

Q  Is that the blackboard and the room that
you were in that you were describing earlier with
writing on the blackboard?

MR. SWAMINATHAN:  Objection; foundation.

A  Yes, it looks like it.

Q  Okay.  And as you sit here today --
never mind.

Okay.  And if we flip then to the first
photograph with the picture of you, so it's Reyes 54,
on at the bottom of that page it says "People's
Exhibit 36."  Is that the photograph that was

taken of you after you gave the statement, the

handwritten statement with Assistant State's

Attorney O'Malley in the room?

A   I don't remember.

Q   If you look at the next page where the

picture is a little bigger, do you see your

signature there?

A   Yes.

Q   And if you go to -- flip that page to the

last page of the exhibit, do you see there's an

exhibit label, and it says "People v. Reyes," and

it says "Exhibit 36"?

MR. SWAMINATHAN:   Objection -- go ahead.

Q   Do you just see the writing there?

A   Yes.

Q   And that's the back side of the photograph

of you that we were just looking at?

MR. SWAMINATHAN:   Objection to form.

Q   Do you see the connection between the

photograph and the back side?

MR. SWAMINATHAN:   Objection to form and

foundation.

Go ahead.

A   The connection in what way?

Q   That sticker is on the back of your photograph, and it was used at your trial.

MR. SWAMINATHAN:  Objection to form and foundation.

MS. ROSEN:  Are you saying it's not the back side of this photograph?

MR. SWAMINATHAN:  I'm saying it's not -- you're making a statement.  It's not clear you're asking a question, and I don't know how you can say -- it's not clear to me what you're trying to get him to say.  It seems you're making a statement and not asking him a question.

Q   Do you recall these photographs being used at your trial?

A   I remember that they showed me some photographs.

Q   At your trial; right?

A   That's correct.

Q   And they -- oh, I'm sorry.  Go ahead.

A   But I don't know if it was these photographs physically.

Q   Because you don't remember?

A   That's correct.

MR. SWAMINATHAN:  Are you all right?

THE WITNESS: (In Spanish) Bien.

MS. ROSEN: In Chicago, we're pulling folder or Tab 27, and we're going to make that Exhibit 14.

(Reyes Deposition Exhibit 14 marked for identification and attached to the transcript.)

Q Mr. Reyes, have you had a chance to look at that photograph?

A Yes.

Q And is that you in the photograph?

A Yes.

Q And is that how you looked at the time that you were being processed for your arrest?

MR. SWAMINATHAN: Objection to foundation.

A Yes.

Q And in all of the photographs that we've looked at in the last few minutes here of your deposition you're wearing the same clothes up on top; right?

A Yes.

Q So does that refresh your recollection that the police never took your -- your shirt or your pullover?

MR. SWAMINATHAN: Objection to form.

Transcript of Arturo DeLeon-Reyes, Volume 2
Conducted on February 27, 2020                            365

A   This one, no.                                         19:38:01

Q   Is that a different one that they took?              19:38:11

A   I recall they took something that I was             19:38:19
wearing.                                                 19:38:25

Q   Other than your pants and your shoes?               19:38:28

A   Yes.                                                 19:38:35

Q   And do you recall what it was?                      19:38:35

A   I don't remember what it was.  I believe            19:38:38
it was the jacket.                                       19:38:51

Q   That you were wearing over the sweatshirt?          19:38:53

A   Yes.  But I don't remember exactly if it            19:38:56
was a jacket.                                            19:39:09

MS. ROSEN:  Okay.  We're going to switch                 19:39:20
gears here a little bit.  One second so I don't          19:39:24
confuse myself.                                          19:39:36

Okay.  In Chicago, I'm going to ask you to               19:39:41
pull from folder Tab 37A, and we're going to mark        19:39:45
this Exhibit 15.  Do I have that right?                  19:40:28

THE COURT REPORTER:  Yes.  It's marked.                  19:40:28

(Reyes Deposition Exhibit 15 marked for                  19:40:28
identification and attached to the transcript.)          19:40:35

Q   Okay.  I'm going to ask you to flip to the          19:40:35
very last page of this document.  Do you see your        19:40:39
signature and the date 1/25/2019?                        19:40:57

A   Yes.

Q   And do you remember signing this document?

A   Yes.

Q   And do you know what this document is?

MR. SWAMINATHAN:  You can answer yes or no to that question, Arturo.

A   This one, no, because it's in English.

Q   Okay.  So I'm going to read the last page to you, the English part, and the translator will translate it, and then I'll have a couple more questions.

It says "Verification.  I" -- hang on one second.  I'm going to hand you one.

THE INTERPRETER:  Okay.  Thank you.

Q   It says, "I, Arturo DeLeon-Reyes, have reviewed the foregoing plaintiff's responses to Defendant Guevara's first set of interrogatories to plaintiff and verify that the answers are true and correct to the best of my knowledge."

So do you recall signing this verification about your answers to Defendant Guevara's first set of interrogatories?

MR. SWAMINATHAN:  Objection; asked and answered.

A  Yes.                                                    19:43:47

Q  And as you've pointed out to us, the document           19:43:49
is written in English; correct?                            19:43:52

A  Yes, it's in English.                                   19:43:54

Q  How were able to verify that the answers                19:44:02
were true and correct so that you could sign the           19:44:05
verification?                                              19:44:09

A  Translated into Spanish.                                19:44:09

Q  Was it translated orally or in writing?                 19:44:25

A  Orally.                                                 19:44:29

Q  And who translated it for you?  One of                  19:44:37
your lawyers?                                              19:44:40

MR. SWAMINATHAN:  You can answer that                      19:44:42
question yes or no.                                        19:44:44

A  Yes.                                                    19:44:46

Q  Okay.  So based upon that, we can all rely              19:44:48
on the fact that the answers are true and accurate         19:44:55
to the best of your knowledge; correct?                    19:45:01

A  That's correct.                                         19:45:04

Q  Okay.  So I want to direct your attention               19:45:15
to the second page, paragraph 2.                           19:45:18

MR. SWAMINATHAN:  Request No. 2?                           19:45:37

MS. ROSEN:  Request No. 2.                                 19:45:40

Q  And Request No. 2, I'm going to read it to              19:45:52

you so it can be translated, and then I have a question.

It says, "State all email addresses and cellular telephones you have ever used.  With respect to cellular telephones, identify the telephone number and service provider."

And the answer you provide says, "Please see plaintiff's objections and responses to Defendant Biebel's Interrogatory No. 12."

And just to make this quicker, I will represent to you that your answer to Interrogatory No. 12 of Defendant Biebel's interrogatories have just objections, and you don't provide the response.

And on Tuesday when we were here I asked you about your email address, and you couldn't remember it, but you were going to check your phone at one of the breaks.  Have you had an opportunity to do that?

MR. SWAMINATHAN:  The question is, have you had a chance --

MS. ROSEN:  To look at your phone for your email address.  We had talked about doing that at the breaks, and also his immigration attorney.  The

question is, has he had an opportunity to do that.                19:48:11

MR. SWAMINATHAN:  He can answer that                19:48:14

question whether he had the opportunity.                19:48:15

Go ahead.                19:48:18

A  Yes, I have.  I had the opportunity but on                19:48:21

this phone, the phone that I have with me, I don't                19:48:28

have the address.                19:48:30

Q  You don't have which address?  The                19:48:32

immigration attorney, or your email, or both?                19:48:35

A  Immigration attorneys.                19:48:38

Q  Do you have it on some other phone, the                19:48:53

email address of your immigration attorney?                19:48:55

MR. SWAMINATHAN:  I can short-circuit the                19:49:03

issue because we checked for the name of his                19:49:07

immigration attorney, and I can provide it to you,                19:49:09

which is -- I can say it on the record.                19:49:12

MS. ROSEN:  Sure.                19:49:14

MR. SWAMINATHAN:  Van Nuyh.                19:49:14

MS. ROSEN:  Say it again.                19:49:14

MR. SWAMINATHAN:  Van Nuyh.  V-a-n is the                19:49:17

first name.  Last name is N-u-y-h.  That's the                19:49:18

information I have now, and we can follow up if                19:49:28

there's follow-up to be done.                19:49:31

MS. ROSEN:  Okay.  Fine.  I appreciate that.                19:49:32

Q   Do you know what your email address is?
When you looked at your phone, were you able to
figure that out?

        MR. SWAMINATHAN:  You can answer that yes
or no, please.

    A   Yes.

    Q   Can you tell us what your email address is?

        MR. SWAMINATHAN:  Arturo, I'm instructing
you not to answer that question.  To the extent
you are -- we have objected to providing this
information obviously between this response and
the response to No. 12 of Biebel, it appears.

        To the extent that there's a desire to get
that information from Mr. Reyes, the way to resolve
that question is by conferring with plaintiff's
counsel with regard to the subject of this request,
which is emails and cell phones.  We're happy to
confer with you about it.

        We have not received a response to similar
requests from defendants, but in any event it's
something that we're happy to confer about, but
we're not going to have the witness answer the
question now.

        MS. ROSEN:  Okay.  In Chicago, if you

could take 37 -- the documents from 37B and make that Exhibit 16.

THE COURT REPORTER:  It's marked.

MS. ROSEN:  Thank you.

(Reyes Deposition Exhibit 16 marked for identification and attached to the transcript.)

Q  Okay.  I'm going to ask -- this document is also in English, but I'm going to ask you to look at the last page of the document.  Do you see your signature and the date 1/25/2019?

A  Yes.

Q  And you'll see that there's a verification that is virtually the same as the one we just read, but this one has Defendant Rutherford's name in it.  Did you follow the same process as you did with your answers to the interrogatories that were sent by Defendant Guevara with respect to your answers to Defendant Rutherford?

A  Could you repeat the question?

Q  Sure.  The last page says the same -- basically the same as the other one we just looked at, that you are swearing and verifying that the answers are true and correct to the best of your knowledge.  And my question is, did you follow the

same process?  Somebody translated, one of your lawyers translated the document to you so that you could understand it before you signed it and said it was true and accurate to the best of your knowledge?

A  Yes.

Q  Okay.  So, again, everybody can rest assured that before you signed it, the information that's contained was read to you so that you could accurately make the statement that it's verified and accurate and true to the best of your knowledge; right?

MR. SWAMINATHAN:  Objection to form.

Go ahead.

A  That's correct.

Q  Okay.  Now, I'm going to direct your attention to your response to Request No. 3. Unfortunately, this document doesn't have case numbers on it.  So you're going to look at -- look for paragraph 3.  I think you've gone too far.

MR. SWAMINATHAN:  Fourth page?  You can just tell him the fourth.  He can count to the fourth page.

A  Would it be this page?

MS. ROSEN:  Yes.  And, actually, before we start this, he needs to change the tape.

THE VIDEOGRAPHER:  This marks the end of Media No. 6 in the deposition of Arturo DeLeon-Reyes.  We are off the record at 6:55 p.m.

(Recess taken, 7:55 p.m. to 8:03 p.m.)

THE VIDEOGRAPHER:  Here begins Media No. 7. We are back on the record at 7:03 p.m.

BY MS. ROSEN:

Q  So asking you to look at Request No. 3 -- that's not it.  Request No. 3 the request is, "State in detail the nature of any physical, emotional, or mental injuries, including their extent and duration that you allege to have suffered as a result of defendant's conduct as alleged in your complaint, including but not limited to your arrest, prosecution, and incarceration."

Do you recall that request and having to answer that request?

A  Yes.

Q  And then you have a very long answer, and I'm not going to read it all to you, but I'm going to ask you some questions about some of your answers.  Okay?

A    Yes, that's fine.                                   20:06:48

Q    Okay.   And if you go to the next page at            20:06:51
the top, part of the damages that you claim is           20:06:55
that you were deprived of the opportunity -- and         20:07:06
I'm going to quote it here -- "to pursue his             20:07:15
passions and interests."                                 20:07:21

So I'm going to ask you specifically what            20:07:24
types of passions and interests you're referencing       20:07:28
in this response.                                        20:07:38

A    Could you repeat the question, please?               20:08:02

Q    Sure.   The question is, part of your answer         20:08:05
indicates that some of your damages are that you         20:08:09
were deprived of the opportunity to pursue your          20:08:22
passions and interests.   And I would like to know       20:08:28
what passions and interests you are specifically         20:08:36
referring to.                                            20:08:40

A    I'm referring that my marriage was               20:09:00
destroyed.   I could not support my children when        20:09:03
they needed it the most, when they were sick, when       20:09:10
they were hungry.   When my father got sick, I was       20:09:15
not able to help him.   I loved my father.   That        20:09:24
hurt me a lot; that hurt a lot.                          20:09:32

I was beaten, I was mistreated by gangs in           20:09:41
prison several times.                                    20:09:52

Q   I'm going to -- sorry; I am going to interrupt you there because I know you have a lot of damages that you want to talk about.  But my question is directed at specifically the passions and interests that you were deprived of.

MR. SWAMINATHAN:  I'm just going to note for the record, I think it would be helpful in your questioning to let him read that paragraph -- I mean, there's a paragraph that you're pulling that from.  He doesn't know where that is in this document because it's in English.  But that paragraph goes through various categories, and you're asking about one particularly.  That might help hone in on the one you're interested in particular.  Because as it is stands, you're asking him about information referencing a document in which he doesn't know where you're identifying and what -- where that comes from.

THE INTERPRETER:  The interpreter did not get the whole translation.

MR. SWAMINATHAN:  That's fine because it's really a question for counsel; he doesn't need to hear all that.

Q   Before you were arrested and then in prison,

what passions and interests did you have?

A   I liked drawing.  I liked helping people. I was able to work at different jobs, and I had an illusion that my children would get the schooling that I did not receive.  All that was like taken away from me.

Q   Okay.  Let's talk about the drawing that you liked to do.  Tell me a little bit about what you would draw, when you would draw.

A   When I like something, as difficult as it may be, I like to try, to try to draw it.  Maybe I don't draw well, but I used to try in my free time. I could buy paint any color I chose, colors.  But then after I was sent to prison unfairly, I cannot go buy any paint that I like, or colors, or brushes.

Q   And before you left Mexico and moved to the United States, did you draw a lot?

A   There were times that I painted houses, but I would also paint designs.  That was kind of like a part of my work.  I was also learning how to paint cars --

THE COURT REPORTER:  Cars?

A   -- but I was just learning.

MR. SWAMINATHAN:  I think the court

reporter asked --                                          20:16:30

    MS. ROSEN:  Cars.                  20:14:36

    THE COURT REPORTER:  Thank you.    20:14:36

    MR. SWAMINATHAN:  Arturo, were you done?    20:14:36

Sorry.                                                     20:14:39

    THE WITNESS:  Yes.                 20:14:41

  Q  I don't want to talk about the houses that    20:14:42
you painted or the cars.  So did you actually like    20:14:46
draw pictures and paintings when you lived in    20:14:49
Mexico before you moved to the United States?    20:14:53

    MR. SWAMINATHAN:  Objection to form.    20:15:10

    Go ahead.                          20:15:13

  A  Like paintings I just tried.  Like ads    20:15:15
like on the wall I did.                                    20:15:28

  Q  What do you mean ads on the wall?    20:15:30

  A  Like here in Mexico there are stores that    20:15:41
they want -- that they paint something -- or they    20:15:51
want something on the wall painted.                        20:15:54

  Q  And so you would paint it?            20:15:58

  A  Yes.  I would and other people that also    20:16:02
like painting that know better than I do.  We were    20:16:11
part of -- we could call it a group.    20:16:20

  Q  So you would all paint advertisements?  Is    20:16:25
that what you're saying?                                   20:16:28

A   Advertisements, ads, and other things.          20:16:30

Q   Did you get paid for it?          20:16:40

A   Yes.          20:16:42

Q   Was this a job that you had before you          20:16:42
moved to the United States?          20:16:45

A   It was something that I liked to learn, and          20:16:46
when I painted with other people, I was helping          20:16:59
them, and then it became some like part of my work.          20:17:01
So that was once in a while.          20:17:17

Q   So how much money would you make by doing          20:17:19
these advertisements that you'd paint with your          20:17:22
friends?          20:17:26

A   They would give me little for that, but          20:17:36
what I liked was learning, and that is what I like.          20:17:42

Q   Did you continue drawing when you moved to          20:17:49
the United States before you got arrested?          20:17:51

A   Yes.  So I would send them to my -- my          20:17:59
children when I would write a letter to them.          20:18:06
They liked that, my daughter.          20:18:10

Q   Do you know if your children saved any of          20:18:16
those letters that you wrote to them?          20:18:19

A   Your question, what time are you referring          20:18:20
to?  Are you referring to the time when I was free?          20:18:35

Q   Yes.          20:18:38

A  -- or are you referring to -- yes.                    20:18:39

Q  Do you know if they still have them today?             20:18:46

A  I don't know.  I just know that my daughter            20:18:51
and my other son, they keep some of my letters.  I       20:19:06
don't know if they still have them or not.               20:19:10

Q  And did you continue drawing while you                 20:19:17
were in prison?                                          20:19:19

A  Yes.                                                   20:19:21

Q  What types of drawings did you do while                20:19:28
you were in prison?                                      20:19:33

A  I wouldn't be able to tell what type, but             20:19:35
I could say that they were -- they're different,         20:19:47
not the same -- not the same type of material but        20:19:58
something.                                               20:20:02

Q  And we talked on Tuesday about your plans              20:20:10
when you had first come to the United States.            20:20:15
Your plan was to come here, and to work and to           20:20:17
make money, and then eventually to move back to          20:20:20
Mexico.  Do you remember we talked about that?           20:20:23

A  I do remember.                                        20:20:26

Q  And we talked about the jobs, a couple jobs           20:20:39
that you had while you were in the United States         20:20:43
before you got arrested.  Do you remember that?          20:20:45

A  Yeah, I do remember.                                  20:20:55

Q   And if you had not been arrested, did you plan to continue working at the meat packing place that you were working at before your arrest?

A   Could you repeat the question?

Q   Sure.  The meat packing plant that you were working at when you got arrested, was your plan had you not been arrested to continue working there to save the money to eventually move back to Mexico?

A   Yes.

Q   And then once you had saved enough money to go back to Mexico, what did you plan to do once you returned to Mexico?

A   To set up a paint shop and also to continue drawing like posters, but in a better way.

Q   When you say "set up a paint shop," what do you mean?

A   I mean to learn how to paint cars and to buy material so when I get to paint something big on the wall.

Q   So the paint shop would be to paint cars and paint walls?

A   It would be two different ones.

Q   So your plan was to come back and open two different paint shops?

A  If I had the opportunity, yes.  It's not even just one.

Q  And one would be to -- so that you could learn how to paint cars, and the other would be to paint, did you say walls?

A  Walls, ads.

Q  Any other plans that you had if you had continued working at the meat packing plant and saved enough money to move back to Mexico?  Any other plans that you had?

A  Yes, the most important.

Q  What's that?

A  That my son would be in school, my children that would have something to eat, to become somebody in life so they would not have to work like me, to get to work in construction or tougher jobs.

Q  Any other plans that you had if you had continued working at the meat packing plant and then returned -- saved enough money and then returned to Mexico?

A  Yes.  I wanted my father to stop working. I wanted to build my own home.  That was part of my dream, that my children would have their own room.

Q  And where did you hope to build your

20:23:18
20:23:28
20:23:30
20:23:34
20:23:37
20:23:38
20:23:58
20:24:01
20:24:05
20:24:09
20:24:11
20:24:21
20:24:22
20:24:31
20:24:39
20:24:49
20:25:00
20:25:04
20:25:07
20:25:11
20:25:21
20:25:31
20:25:39
20:25:56

own home?

    A  Close to where my parents have their home, their house.

    Q  How much would it cost to build a home in that town?

    A  In that place not much because it's a poor place.  It's a town, small town.

    Q  When you say "not much," what do you mean?

    A  What I mean to say is in small towns, in poor areas land is not that expensive.

    Q  Give me idea about how much you think it would have cost you to build a house where you wanted to build the house.

    A  I wouldn't be able to give you an idea or an approximate, but for me -- to me, I wouldn't have spent much because I have worked in construction my whole life.  My family works in construction, and they would have helped me.  That is the reason why it would not cost me as much, as much as it would cost people that don't know about construction.

    Q  Why can't you give me an approximate?

    MR. SWAMINATHAN:  Objection to form; argumentative.

    Go ahead.

A    Because I don't remember how much land was
worth.   But what I can tell you, when you buy a
piece of land in a poor area, you can buy it in
payments.

Q    How much would it cost you today to build
a house in the town that you live in?

MR. SWAMINATHAN:   Objection to foundation.

A    An approximate, I have not thought about
that.   To be able to give an approximate, I need to
know how much land has increased in the surface area.

Q    So you have no idea what it would have
cost you to build a home 10 years ago or 15 years
ago; right?

A    No.

Q    No, that's not correct?

A    No, I don't have an idea because I have
not reviewed the prices.   The only thing I know is
that where I knew, the people that had a piece of
land for sale, they are -- I know them.   If I ask
about a piece of land, I'm sure they would sell it
to me, and they would get to sell it to me.

I don't believe it would have been that
expensive because in a small town, everyone knows
one another.   It's like there's uncles or nephews.

| | | 20:28:00 |
| | | 20:28:05 |
| | | 20:28:15 |
| | | 20:28:20 |
| | | 20:28:23 |
| | | 20:28:26 |
| | | 20:28:34 |
| | | 20:28:39 |
| | | 20:28:55 |
| | | 20:29:01 |
| | | 20:29:12 |
| | | 20:29:16 |
| | | 20:29:20 |
| | | 20:29:20 |
| | | 20:29:28 |
| | | 20:29:30 |
| | | 20:29:41 |
| | | 20:29:47 |
| | | 20:29:55 |
| | | 20:30:04 |
| | | 20:30:16 |
| | | 20:30:19 |
| | | 20:30:21 |
| | | 20:30:31 |

You always know somebody.  And sometimes in small towns people lend a hand to one another.  That was before.

Q   Before what?

A   Before, before I left Mexico to come to United States.

Q   Right.  But your plan, had you not been arrested, was to work in the United States, save money, come back to Mexico, and build a house that your children could have their own rooms; right?

MR. SWAMINATHAN:  Objection; mischaracterizes his testimony.

Go ahead.

A   It is correct.

Q   So I'm trying to understand if you had any idea how much money you would have needed.  Like how would you have known when it was time to move back to Mexico?

MR. SWAMINATHAN:  Objection; asked and answered.  He said multiple times that he can't give an answer -- a number.

But go ahead.

A   I didn't know how much because I had just started working in the United States.

Q Any other plans that you had for once you moved back to Mexico other than the ones that we've talked about already? 20:32:34 20:32:38 20:32:40

A Yes. 20:32:56

Q What other plans? 20:32:57

A To continue with my wife, my children's mother. 20:32:58 20:33:06

Q And what happened to your marriage? 20:33:10

A My marriage was destroyed. She met and she got together with another partner, and she started her own life. 20:33:12 20:33:30 20:33:36

Q And when did she meet her other partner? 20:33:41

A I haven't asked her that. To me that topic is painful. I would have liked for my marriage to continue. 20:33:45 20:34:00 20:34:24

Can I have a minute, please? 20:34:30

MS. ROSEN: Sure. 20:34:33

THE VIDEOGRAPHER: We are going off the record at 7:33 p.m. 20:34:35 20:34:39

(A recess was taken from 8:33 p.m. to 8:37 p.m.) 20:34:39 20:37:58

THE VIDEOGRAPHER: We are going back on the video record at 7:37 p.m. 20:37:58 20:38:03

///

BY MS. ROSEN:

Q  Are you ready to go forward?

A  Yes.

Q  With respect to your wife, you were arrested on April 5th, 1998, thereabouts; right?

A  That's correct.

Q  And you were convicted in, I believe June or July of 2000.  Is that correct?

A  That's correct.

Q  And how was your relationship with your wife through the time that you got convicted?  Was she still by your side?

A  The relationship was very good.

Q  Through the time of your criminal trial until you got convicted; right?

A  That's correct.

Q  Were you able to speak to her on the phone periodically?  I think you told us how the Mexican consulate would put you in contact.

MR. SWAMINATHAN:  Objection to form.

A  Yes.

Q  And then sometime after you got convicted is when you your marriage fell apart; right?

A  Yes.

Q  Did your wife tell you that she didn't want to wait around anymore?

A  I don't remember if she said those words, but I remember that she was distant from me.  She was sad.

Q  And at that point in time did you know that your marriage was over?

A  When she told me that she had somebody else.  When she told me that she wanted to carry on with her life.

Q  And do you know approximately when that was?

A  I don't remember.  It hurt.

Q  Did you finish what you wanted to say?  You don't remember?  Is that what you said, "I don't remember"?

A  I don't remember the time but it hurt a lot.  It hurt me a lot.

Q  And how is your relationship with your former wife now?

A  It's very good.  Now it's just like friendship.  I respect her marriage.  I don't interfere in her marriage.  The reason why she has often is because I go to see my son who is sick.  He lives with her and I give her the support in

20:40:30
20:40:32
20:40:37
20:40:45
20:40:52
20:40:56
20:40:59
20:41:00
20:41:16
20:41:19
20:41:20
20:41:22
20:42:27
20:42:30
20:42:36
20:42:36
20:42:48
20:42:52
20:42:55
20:43:05
20:43:18
20:43:26
20:43:35
20:43:43

any way I can for my son to have whatever is needed.

Q   Any other plans that you had if you had not been arrested and you saved whatever money you wanted to save and moved back to Mexico?

A   Those are the plans I had and all that was destroyed.  I feel that it was taken away.  I think that they took it away from me, and I don't wish that to anybody.

Q   How is your relationship today with your siblings?

A   Very good.

Q   Now, going to back to the exhibit, you talk about your time in prison.  You say that you were intimidated, threatened, and beaten constantly in prison because your fellow inmates and guards believed that you had killed a woman.  Do you recall saying that?

MR. SWAMINATHAN:  Can you point to where you are in the document?

MS. ROSEN:  Yeah, it's on the same as we were, on page 4, middle paragraph.

MR. SWAMINATHAN:  The paragraph that begins, "While plaintiff was wrongly incarcerated"?

MS. ROSEN:  No, "Instead, during this

period of time."                                        20:46:16

MR. SWAMINATHAN:  Okay.                          20:46:17

MS. ROSEN:  Do you need the question back        20:46:18

again?                                                  20:46:22

THE WITNESS:  Please.                            20:46:24

Q  In this discovery response you indicate that  20:46:24

while you were in prison you were intimidated,          20:46:27

threatened, and beaten constantly in prison             20:46:32

because your fellow inmates and guards believed         20:46:36

that you had killed a woman.  Do you recall             20:46:39

saying that?                                            20:46:44

A  Yes.                                          20:46:49

Q  And did you have to get treatment as a        20:47:06

result of the beatings that you suffered?               20:47:14

MR. SWAMINATHAN:  Objection to form to the       20:47:28

extent of what kind of treatment you're referring to.   20:47:30

Go ahead.                                        20:47:35

MS. ROSEN:  You can go ahead and answer.         20:47:40

A  There was a time when they beat me -- they    20:47:44

beat me a lot, and yes, I went to the hospital in       20:47:54

the prison.  When they asked me what happened, I        20:47:59

told them that I had fallen down when I was playing.    20:48:07

Q  Fall down when you were what, playing?        20:48:12

A  When I was playing.                           20:48:17

Q  Playing what?                                    20:48:18

A  Ball.                                            20:48:19

Q  And what injuries did you suffer?               20:48:23

A  This part of my body hurt, part of my head.     20:48:26

Q  Your head?                                       20:48:40

A  Yes.  In the face maybe I have one punch,       20:48:41
but it wasn't very noticeable.  The hits, I had     20:48:56
them in my body.                                    20:49:01

Q  When did that happen?                            20:49:03

A  I don't remember.                               20:49:04

Q  Did it happen shortly after you got to          20:49:17
prison, halfway through, towards the end?  Can you  20:49:20
approximate at all when that beating happened?      20:49:23

A  An estimate more or less, I believe -- I'm      20:49:26
not sure.  I believe it was in the beginning.       20:49:54

Q  And who was it that beat you up?                20:49:57

A  A gang, a gang, one of the gangs.              20:50:02

Q  Was it multiple people?                         20:50:16

A  Yes.                                            20:50:18

Q  What gang?                                       20:50:19

A  I don't remember the name of the gang, but     20:50:20
I remember that it was the gangs.                   20:50:36

Q  What prison were you in when this happened?    20:50:39

A  Menard.                                         20:50:44

Q   And do you know why they beat you up?          20:50:47

A   Because of the kind of case that I had.        20:50:49

Q   And do you know how they knew what kind of     20:51:07
case you had?                                      20:51:10

A   I believe that that was through the            20:51:11
policemen, due to the news.                        20:51:24

THE COURT REPORTER:  What?  I'm sorry?             20:51:24

THE INTERPRETER:  Due to the news.                20:51:24

MS. ROSEN:  Due to the news.                       20:51:24

THE COURT REPORTER:  Oh, Thank you.                20:51:38

Q   So when you say because of the "policemen,"    20:51:38
you mean because the police were on the news?      20:51:41

MR. SWAMINATHAN:  Objection to form.               20:51:48

A   What I learned, based on my experience         20:51:51
when I was in prison, many of the policemen there  20:52:08
become friends when people who are there in prison, 20:52:13
and they tell each other about why that person is  20:52:19
there or the person's case.                        20:52:25

Q   Do you mean the police like the Chicago        20:52:31
police, or do you mean the prison guards that work 20:52:33
in the prison?                                      20:52:36

A   I refer -- I mean to the prison guards.        20:52:37

Q   How many times throughout the entire time      20:52:46
that you were in prison were you beaten up?        20:52:54

A   The times I don't remember but it happened several times.                                                        20:52:59 / 20:53:14

Q   Did it continue happening all the way up until your release?                                                     20:53:15 / 20:53:18

A   There was a time the last years when that didn't happen.  That happened more frequently when I arrived in prison.     20:53:20 / 20:53:43 / 20:53:54

Q   Did you -- sorry.  Do you have more?                   20:54:01

A   And with time on occasion.                             20:54:03

Q   What do you mean, "with time on occasion"?             20:54:13

A   Time, during the time that I was there, those years.                                                             20:54:19 / 20:54:33

Q   Did you suffer any broken bones?                       20:54:42

A   No.                                                    20:54:44

Q   Did you suffer any permanent injury?                   20:54:51

A   Permanent, no.                                         20:54:55

Q   Why did you, when you went in the hospital, lie about what happened to you?                                      20:55:08 / 20:55:21

MR. SWAMINATHAN:  Objection to form.                       20:55:28

A   Because in prison if one says who did it, the gang is not going to leave one alone.  But if I don't say anything, instead then with time they're going to leave me alone.                                20:55:31 / 20:55:47 / 20:55:57 / 20:56:01

Q   Did you take any classes while you were in             20:56:04

prison?

A   I didn't take any classes.  At some point I started working in the kitchen.

Q   How did you pass the time while you were in prison?

A   I was passing time looking after my job, by behaving well, playing ball sometimes, and drawing for the moment when I would send a letter to my children.

Q   Since you've been back in Mexico, have you seen any doctors for anything?

MR. SWAMINATHAN:  Objection to form.

A   No.

MS. ROSEN:  Okay.  This is probably a good place to break for the night.

MR. SWAMINATHAN:  Do you want to put anything on the record about the time or anything?

MS. ROSEN:  Yeah.  We'll get the total.

MR. SWAMINATHAN:  Just from our perspective in terms the record, you were saying we're at something like 14 hours total with something like 8 hours today.  I know counsel has indicated some concern about getting done by the end of the day tomorrow.  I assume we're going to

start at 9:00 a.m. tomorrow and be prepared to go
the rest of the day.  We're prepared to go the
rest of the day tomorrow.

I'll note for the record that in plaintiff's
view we have covered pretty much everything that
there is to cover in this matter.  We have covered
every day of the relevant days of the crime and
the police investigation; we've covered damages
and we've gone through documents line by line and
page by page.  Obviously, defendants do have more
time to keep questioning, but in our view the
Judge's instruction is not to get 20 hours to ask
the same things over and over again.  So it's our
expectation that obviously defendants can keep
questions if they're not just simply using the
time to repeat the same subjects over and over.
But I wanted to say that.

MS. ROSEN:  Can you tell us in Chicago how
much time we have total elapsed time on the record
today?

THE COURT REPORTER:  8 hours and 19 minutes.

MS. ROSEN:  Did you say 8 hours and
19 minutes?

THE COURT REPORTER:  Yes.

20:58:24
20:58:29
20:58:29
20:58:31
20:58:34
20:58:36
20:58:39
20:58:44
20:58:47
20:58:51
20:58:54
20:58:57
20:59:02
20:59:02
20:59:06
20:59:07
20:59:10
20:59:13
20:59:16
20:59:29
20:59:29
20:59:29
20:59:29
20:59:29

MS. ROSEN:  Thank you.

THE VIDEOGRAPHER:  This is the end of today's deposition of Arturo DeLeon-Reyes.  We're going off the record at 7:59 p.m.

(Off the record at 8:59 p.m.)

CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

I, Paula M. Quetsch, Certified Shorthand Reporter No. 084-003733, CSR, RPR, and a Notary Public in and for the County of Kane, State of Illinois, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 10th day of March, 2020.


My commission expires:  October 16, 2021

_____

Notary Public in and for the

State of Illinois