```
AS OF 04/03/2026          ** CLAIMANT INFORMATION **              PAGE   1

CLAIM AWARDED
                                                    CLOSED ON 11/06/2023
CASE NBR 23CC3643  FILED 03/20/2023  SUSP DT 02/11/2024

CLAIMANT DELEON-REYES, ARTURO

ATTENTION:  RACHEL BRADY
ATTORNEY LOEVY & LOEVY

ADDRESS  311 N ABERDEEN ST 3RD FLR        CHICAGO              IL  60607-0000

CLAIM      CERTIFICATE OF INNOCENCE          ---------CASE AMOUNTS---------
MISC                                         TOTAL CLAIM AMT          $0.00
COMMISS                      DT 00/00/0000   TOTAL AWARD AMT     $268,960.00
JUDGE      18                DT 08/11/2023   TOTAL VCHR  AMT     $268,960.00
PRISON                                       RETURN WARRANTS          $0.00
AGENCY     DEPARTMENT NOT INDICATED           ATTORNEY FEE            $0.00
           DT 00/00/0000        LIEN N
ATTGEN     CHICAGO                                        VOL PRINT N
                                                          HISTORY PAGES 01
                        ** CASE HISTORY *
03-20-23  CERTIFICATE OF INNOCENCE FILED. COPY TO CLMNT ON 03-21-23. (MV)
08-07-23  SUPPLEMENTAL INFO FROM CLMNT. (RB)
08-11-23  CASE ASSIGNED TO JUDGE #18. EMAIL J18. (AD)
10-19-23  ORDER FILED. PAYMENT PENDING. (AP)
11-01-23  RECEIVED ATTORNEY'S W-9. CERTIFIED AS ELGRON INC. PER CA'S OFFICE,
          MAKE CHECK PAYABLE TO ELGRON INC DBA LOEVY & LOEVY AND MAIL TO
          ATTORNEY'S ADDRESS. ATTORNEY STATES THAT THE CLMNT DOESN'T HAVE
          AN SSN. (AP)
11-06-23  $268,960.00 VOUCHERED TO THE COMPTROLLER. COPY TO CLMNT'S ATTNY. (AP
```