```
AS OF 04/03/2026          ** CLAIMANT INFORMATION **                    PAGE   1

CLAIM AWARDED
                                                         CLOSED ON 07/26/2023
CASE NBR 23CC3228   FILED 02/17/2023   SUSP DT 11/23/2023

CLAIMANT SOLACHE, GABRIEL

ATTENTION:  JAN SUSLER
ATTORNEY PEOPLES LAW OFFICE

ADDRESS   1180 N MILWAUKEE AVE            CHICAGO            IL  60642-0000

CLAIM      CERTIFICATE OF INNOCENCE              ---------CASE AMOUNTS---------
MISC                                            TOTAL CLAIM AMT          $0.00
COMMISS                      DT 00/00/0000      TOTAL AWARD AMT    $268,960.00
JUDGE     18                 DT 05/23/2023      TOTAL VCHR  AMT    $268,960.00
PRISON                                          RETURN WARRANTS          $0.00
AGENCY    DEPARTMENT NOT INDICATED               ATTORNEY FEE            $0.00
          DT 00/00/0000      LIEN N
ATTGEN    CHICAGO                                         VOL PRINT N
                                                          HISTORY PAGES 01
                         ** CASE HISTORY *
02-17-23  CERTIFICATE OF INNOCENCE FILED. COPY TO CLMNT ON 02-22-23. (MV)
03-03-23  SUPPLEMENTAL INFORMATION FROM CLMNT. (MV)
03-08-23  CASE ASSIGNED TO JUDGE #34. EMAIL J34. (AD)
05-03-23  ATTORNEY CERTIFIED PER CA'S OFFICE. (AP)
05-04-23  PER CA'S OFFICE, MAKE CHECK PAYABLE TO PEOPLES LAW OFFICE AND MAIL
          TO ATTORNEY'S MILWAUKEE STREET ADDRESS. ATTORNEY STATES THAT CLMNT
          IS A CITIZEN OF MEXICO AND DOESN'T HAVE AN SSN. (AP)
05-23-23  CASE ASSIGNED TO JUDGE #18. EMAIL J18. (AD)
07-26-23  $268,960.00 AWARDED. ORDER FILED. COPY TO CLMNT'S ATTNY. (AP)
```