**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**<u>PLAINTIFF'S MOTION TO COMPEL PUNITIVE DAMAGES DISCOVERY</u>**

Now Comes Plaintiff, Arturo DeLeon-Reyes, by and through his attorneys, LOEVY &
LOEVY, and hereby moves for an order from this Court compelling Defendant Guevara to
respond to punitive damages discovery. In support thereof, Plaintiff states as follows:

1.      Plaintiff first propounded written discovery on the Individual Defendants on
September 14, 2018. Ex. A (Plaintiff's First Set of Interrogatories); Ex. B (Plaintiff's First Set of
Requests to Produce). Those requests included interrogatories and requests for production
directed to Defendants' financial condition and punitive damages. Ex. A at 7; Ex. B at 8–9.

2.      During discovery, the parties agreed to defer punitive damages discovery until
after resolution of summary judgment. Consistent with that agreement, Defendants Rutherford
and Dickinson subsequently provided supplemental responses to Plaintiff's discovery requests
regarding financial condition. Ex. C (Case Correspondence) at 10–11.

3.      Plaintiff followed up with the other Defendants several times for the outstanding
discovery. *Id.* at 5–8, 10. Counsel for Defendant Guevara represented that supplemental
responses detailing his financial condition would be provided but requested an additional 30
days, up to March 13, 2026, to respond. *Id.* at 4. Plaintiff agreed to this extension on the

condition that any objections to the requests be promptly identified that same week so that the parties could confer in advance of March 13, 2026 if necessary. *Id.* at 3–4. No such objections were ever raised.

4.      Defendant Guevara failed to provide any supplemental responses by March 13, 2026. Plaintiff again followed up on multiple occasions. *Id.* at 1–3. The only update Plaintiff received was that the responses were "being prepared" and "should be forthcoming." *Id.* at 2. To date, Defendant Guevara has not provided any supplemental response. With trial scheduled to commence on May 11, 2026, Plaintiff cannot continue to wait indefinitely on Defendants' unilateral schedule to produce such discoverable and admissible evidence.

5.      Accordingly, Plaintiff respectfully requests that this Court enter an order compelling Defendant Guevara to respond to punitive damages discovery by Wednesday, April 29, 2026.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion and enter an order compelling Defendant Guevara to respond to punitive damages discovery by April 29, 2026.

Dated: April 27, 2026                    RESPECTFULLY SUBMITTED,

**ARTURO DeLEON-REYES**

By: /s/ Alyssa Martinez
*One of Plaintiff's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
**LOEVY + LOEVY**
311 N. Aberdeen St.
Chicago, IL 60607

2

(312) 243-5900
alyssa@loevy.com