**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Honorable Judge Steven C. Seeger |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF MAY 1, 2026**

Plaintiff Arturo DeLeon-Reyes, by his undersigned counsel, respectfully submits this statement in response to the Court's order of May 1, 2026, Dkt. 927, stating as follows:

1. The undersigned Plaintiff's counsel reviewed Dassey v. Dittman, 877 F.3d 297 (7th Cir. 2017), and concurs with the Court that the language in Plaintiff's motion in limine response attributed to that case does not appear in that case. Plaintiff's counsel takes this sort of error very seriously and regrets the error.

2. The undersigned has looked back at drafts of the responses, and here's what happened:

   a.  Plaintiff was responding to a motion in limine commonly filed by Defendants in cases concerning interrogations and coerced confessions, and Plaintiff's team used past responses to similar motions in three previous wrongful conviction cases filed in this district as a model.

   b.  Those cases were *Fulton/Mitchell v. Chicago*, No. 20 C 3118 & 3119 (N.D. Ill.) (Lefkow, J.); *Daniel Anderson v. Chicago*, No. 16 C 1963 (N.D. Ill.) (Kendall, J.), and *Adam*

*Gray v. Chicago*, No. 18 C 2624 (N.D. Ill.) (Feinerman, J.). Plaintiff attaches the three similar motion in limine responses from those cases as Exhibits A, B, and C respectively, to this filing.

c. The Court will see that those responses include the same correct quotation from *Dassey*, 877 F.3d at 304 ("does not draw bright lines on this subject"), and then a paragraph follows making the argument that starts, "Thus a tactic that might be deemed borderline tolerable . . . ," and that includes all of language the Court has flagged in its order as not coming from *Dassey*. See Exhibit A (*Fulton* Response) at 9; Exhibit B (*Andersen* Response) at 2; Exhibit C (*Gray* Response) at 25.

d. Unfortunately, in the first draft of Plaintiff's response in this case, Plaintiff's counsel took what had been our argument in these other cases (the draft was based on the *Fulton* case in particular, where a prior formatting mistake made the argument look like a block quotation on the page, even though it was not), put quotation marks around it and an "*id.*" after it, and submitted it as a quotation from *Dassey*. (In the first draft, the mistake appeared in a footnote. In later drafts, it migrated to the main text. Plaintiff's counsel is happy to share the drafts with the Court if the Court has additional questions.)

e. Compounding the problem, the draft was not adequately cite-checked in our team's final review process.

3. Plaintiff's counsel apologizes for the error, which is the undersigned's responsibility, given that I signed the response brief. Relatedly, Plaintiff's counsel apologizes for wasting the Court's time.

4. In response to the Court's order, Plaintiff's team is conducting a top-to-bottom check of all of the filings currently pending before the Court, which we will complete by May 2. If there

are any additional problems, we will alert the Court promptly. Plaintiff's counsel also stands ready to do anything else the Court orders.

5.   In the age of artificial intelligence hallucinations pervading legal work, Plaintiff's counsel understands that this sort of citation mistake might raise concerns along those lines. As discussed above, the mistake here is a drafting error by an attorney, and not the use of AI tools. In fact, Loevy & Loevy has a strict policy prohibiting the use of AI in legal research and writing. The undersigned this afternoon has verified that there have been no violations of that policy in connection with any work on this case.

RESPECTFULLY SUBMITTED,

/s/ Steve Art

*Counsel for Plaintiff Reyes*

Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Alyssa Martinez
Annalise Wagner
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com