**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Honorable Judge Steven C. Seeger |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**JOINT STATEMENT ON PENDING MOTIONS**

The parties are working to narrow the case, and the parties have mutually agreed to cut all witnesses who have been listed solely to discuss the City of Chicago's policies and practices. The parties reserve their right to call those witnesses in rebuttal if the opposite party makes policies and practices relevant during the trial. Accordingly, the Court need not rule on Defendants' motion in limine number 23, Dkt. 873, on Plaintiff's *Daubert* motion regarding Dr. Gideon, Dkt. 859, or on Plaintiff's *Daubert* motion regarding Mr. Murray, Dkt. 857. If either party intends to elicit any testimony from any expert witness regarding City policies and practices at trial that might have related to these motions, that party will raise the issue with opposing counsel and the Court in advance.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*Counsel for Plaintiff Reyes*

Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Alyssa Martinez
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Josh Engquist
*Counsel for Defendants Halvorsen,*
*Dickinson, Rutherford, Trevino*

Jim G. Sotos
Josh M. Engquist
Caroline P. Golden
Elizabeth Fleming
Kyle Christie
Special Assistant Corporation Counsel
The Sotos Law Firm
141 W. Jackson, 1240 A
Chicago, IL 60604
(630) 735-3300

/s/ Tim Scahill
*Counsel for Guevara*

Timothy P Scahill
Emily E. Schnidt
Drew Wycoff
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street Suite 1700
Chicago, IL 60603
(312) 580-1030

/s/ Eileen Rosen
Counsel for City of Chicago

Eileen E. Rosen
Theresa Carney
Catherine M. Barber
Lauren Ferrise
Sabrina Scardamaglia
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
312-494-1000