## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Arturo DeLeon–Reyes

                Plaintiff,

v.

Reynaldo Guevara, et al.

                Defendant.

Case No.: 1:18–cv–01028
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 4, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the helpful joint submission from the parties about pending motions (Dckt. No. [936]), some of which have become moot (especially in light of the bifurcation). Plaintiff's motion about Murray (Dckt. No. [857]), Plaintiff's motion about Dr. Gideon (Dckt. No. [859]), and Defendants' motion in limine no. 23 about Tiderington and Finnell (Dckt. No. [873]) are hereby denied as moot. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.