**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES | ) | |
| | ) | Case No. 18 CV 1028 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Honorable Judge Steven C. Seeger |
| vs. | ) | |
| | ) | |
| | ) | |
| REYNALDO GUEVARA, et al | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO COURT'S ORDER OF MAY 1, 2026**

In response to the Court's order (Dkt. 934), Plaintiff is providing the Plaintiff's certificate of innocence petition and supporting exhibits, and his certificate of innocence summary judgment briefing and supporting exhibits.

**EXHIBIT LIST TO PLAINTIFF'S CERTIFICATE OF INNOCENCE PETITION**

| |
|---|
| Ex. 1 Reyes Mittimus |
| Ex. 2 Evidentiary Hearing Plan |
| Ex. 3 Order on Post-Conviction Petition |
| Ex. 4 S. Hearing ROP |
| Ex. 5 Order Vacating Conviction |
| Ex. 6 General Offense Report 4.1.98 |
| Ex. 7 Supp. Report 4.1.98 |
| Ex. 8 Mejia Mittimus |
| Ex. 9 E. Hearing ROP |
| Ex. 10 Consent to Search 4.4.98 |
| Ex. 11 Statement of Arturo De Leon Reyes |
| Ex. 12 Solache Record Excerpts |
| Ex. 13 2017.01.15 - DNA Report.pdf final |
| Ex. 14 Timesheets |
| Ex. 15 Montanez and Serrano COI orders |
| Ex. 16 Lassar Reports |
| Ex. 17 Testimony of Bill Dorsch in Solache |
| Ex. 18 FBI Report |
| Ex. 19 Testimony of Samuel Perez in Juan Johnson case |

| |
|---|
| Ex. 20 Declaration of Salvador Ortiz |
| Ex. 21 Testimony and Affidavit of Virgilio Calderon Muniz |
| Ex. 22 Testimony of Wilfredo Rosario and appellate decision |
| Ex. 23 Velazquez Testimony |
| Ex. 24 Affidavit of Carl Richmond |
| Ex. 25 Testimony of Edwin Davila |
| Ex. 26 Affidavits of Julio and Efrain Sanchez |
| Ex. 27 Testimony of Luis Figueroa |
| Ex. 28 Testimony of Gloria Ortiz Bordoy |
| Ex. 29 Affidavit of Rodolfo Zaragoza |
| Ex. 30 Testimony of Maria Rivera |
| Ex. 31 Testimony of Robert Ruiz |
| Ex. 32 Affidavit of Ruth Antonetty |
| Ex. 33 Turner complaint |
| Ex. 34 Lloyd complaint |
| Ex. 35 Hunt Affidavit and Testimony |
| Ex. 36 Testimony of Ana and Graciela Flores |
| Ex. 37 Affidavit-Reynaldo Munoz |
| Ex. 38 Testimony of Daniel Pena |
| Ex. 39 Testimony of Melvin Warren |
| Ex. 40 Affidavit of Victor Vera |
| Ex. 41 Affidavit of David Rivera |
| Ex. 42 Affidavit of Daniel Rodriguez |
| Ex. 43 Testimony of Elizer Cruzado |
| Ex. 44 Affidavit of Adolfo Frias-Munoz |
| Ex. 45 Affidavit of Adrian Duta |
| Ex. 46 Caine Order Granting COI |

**EXHIBIT LIST TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT IN 99-CR-12440**

| |
|---|
| Ex. 1 Reyes Mittimus |
| Ex. 2 Counts 1,3,17,23,25 |
| Ex. 3 Order Vacating Conviction |
| Ex. 4 2000.3.3 Reyes Motion to Suppress Testimony |
| Ex. 5 2000.6.19 Reyes Trial Testimony |
| Ex. 6 Evidentiary Hearing Transcript |
| Ex. 7 Solache Record Excerpts |
| Ex. 8 Suppression Hearing Transcript |
| Ex. 9 Order on Post-Conviction Petition |
| Ex. 10 Reyes Timesheets |
| Ex. 11 Demetrius Johnson |
| Ex. 12 People v. Reynaldo Munoz ROP - PC Hearing |
| Ex. 13 Reich Report |
| Ex. 14 ROP |

| | |
|---|---|
| Ex. 15 2019.6.18 Adriana Mejia Deposition | |
| Ex. 16 2019.10.22 Adriana Mejia Deposition | |
| Ex. 17 2021.2.4 Adriana Mejia Deposition | |
| Ex. 18 Jackie Wilson COI 12.18.20 | |
| Ex. 19 Caine Order Granting COI | |

RESPECTFULLY SUBMITTED,

**ARTURO DeLEON-REYES**

By: /s/ Steve Art
*One of DeLeon Reyes's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Annalise Wagner
**LOEVY & LOEVY**
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com