IN THE CIRCUIT COURT OF COOK COUNTY

P 0 S 19

| | | | |
|---|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | CASE NUMBER | 98CR1244002 |
| V. | ) | DATE OF BIRTH | 08/26/72 |
| ARTURO D REYES | ) | DATE OF ARREST | 04/03/98 |
| Defendant | | IR NUMBER 1232215 Corrected Mittimus | SID NUMBER ________ |

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Offense | Statutory Citation | Sentence | Class |
|---|---|---|---|---|
| | First Degree Murder | 720 5/9-1(a)(1) | Life YRS. ____ MOS. ____ | M |
| | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: First Degree Murder | 720 5/9-1(a)(1) | Life YRS. ____ MOS. ____ | M |
| 1 | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: Home Invasion | 720 5/12-11(a)(1) | 30 YRS. ____ MOS. ____ | X |
| 3 | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: Agg Kidnapping | 720 5/10-2(a)(2) | 30 YRS. ____ MOS. ____ | X |
| 5 | and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on: Agg Kidnapping | 720 5/10-2(a)(2) | 30 YRS. ____ MOS. ____ | X |

On Count ____ defendant having been convicted of a class ____ offense is sentenced as class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ____ defendant is sentenced to AN EXTENDED TERM PURSUANT TO 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 990 days as of the date of this order.

IT IS FURTHER ORDERED that the above sentence(s) be (concurrent with)(consecutive to) the sentence imposed in case number(s) ________
to (concurrent with)(consecutive to) the sentence imposed under case number(s) ________

IT IS FURTHER ORDERED that Credit time served as of 12/18/2000 Mitt to issue

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED JANUARY 17, 2001 ENTERED ENTER: 01/17/01 [signature] #1531

HARRIET CONDELEE

CERTIFIED BY ( (L)CONDELEE
DEPUTY CLERK

JAN 17 2001

JUDGE: SACKS STANLEY J. 1531

CLERK OF CIRCUIT COURT
CRIMINAL DIVISION

JUDGE ________

COPY

CCPH 01 17 01 14:40:01

JR-JJ 057412

JR-L 082947