Ex. 5

**IN THE CIRCUIT COURT OF COOK COUNTY**
**COUNTY DEPARTMENT-CRIMINAL DIVISION**

**ENTERED**

DEC 2 1 2017

JUDGE JAMES M. OBBISH
CIRCUIT COURT - 1752

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 98cr-12440 |
| | ) | Honorable Judge Presiding |
| ARTURO REYES | ) | |
| Petitioner. | ) | |
| | ) | |

**ORDER**

It is Hereby Ordered that pursuant to the State's motion, the conviction and sentence in the above-captioned matter are vacated and it is further ordered that Arturo Reyes, Inmate number R01519, be released immediately from the Illinois Department of Corrections.

Entered: _____
Judge James Obbish

Date:_____