**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S REVISED WITNESS LIST**

Pursuant to the Court's orders at the pretrial conference on April 30, 2026, Plaintiff hereby submits a revised witness list. This submission follows Plaintiff Solache's settlement in principle with the Defendants, *Solache*, Dkt. 720, the Court's entry of an order bifurcating the *Monell* claims in the *Reyes* case, Dkt. 907, and a pretrial conference on April 30, 2026. The proposed witness list is amended to reflect these rulings, but for the sake of the second trial on *Monell* claims and future review of the case, Plaintiff expressly reserves all legal, evidentiary, and factual positions set out in the prior version of Plaintiff's proposed pretrial order. Dkt. 870.

Plaintiff's Witness List:

Plaintiff reserves the right to call witnesses listed or identified by Defendants. However, consistent with the Court's direction, Plaintiff has listed all witnesses he will or may call below, along with a rating of likelihood that the witness will be called.

Plaintiff has cut from his witness list all witnesses who were listed solely to discuss City of Chicago policies and practices. Plaintiff has done so because Defendants indicated at and after the pretrial conference on April 30, 2026, that they will not call any witnesses who are listed solely to discuss City of Chicago policies and practices. If Defendants revisit that decision, or if they make policy and practice issues relevant at trial, Plaintiffs reserve the right to revisit their decision to cut these witnesses and their right to call these witnesses in rebuttal.

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| Arturo DeLeon Reyes | Will | Will | Plaintiff | |
| Gabriel Solache | May | 5 | Criminal trial co-defendant and former plaintiff. Resides in Mexico and does not plan to travel to the United States for trial. Plaintiff intends to call by video under Rule 43(a) with leave of the Court. | |
| Det. Edwin Dickinson | Will | Will | Defendant | |
| Det. Reynaldo Guevara | Will | Will | Defendant | |
| Det. Ernest Halvorsen | Will | Will | Defendant. Testimony will be read in by prior testimony and statements, including but not limited to his prior testimony during the criminal trial and sentencing, his deposition testimony from *Serrano v. Guevara,* No. 17-cv-2869 and *Montanez v. Guevara*, No. 17-cv-4560, and his statements during the Sidley Austin investigation | Defendants object to Plaintiff's reading in Halvorsen's deposition testimony in *Serrano* and *Montanez*, See Dkt. 873, MIL No. 5. Defendants have no objection to his prior testimony in this case but as of 5/1/2026, no designations have been received. |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| | | | | Defendants object to Halvorsen's "statements during the Sidley Austin investigation as hearsay." |
| Robert Rutherford | Will | Will | Defendant | |
| Y.O. Daniel Trevino | Will | Will | Defendant | |
| Edward Mingey | May | 3 | CPD, on scene | |
| Robert Biebel | May | 3 | CPD, supervisor | Objection, improper and unnecessary addition to Plaintiff's witness. Rule 403. |
| Salvador Alivas (Olivares) | May | 4 | Reyes's coworker | |
| Alfredo Aranda | May | 5 | Soto family neighbor | |
| Jose Aranda | May | 3 | Victim's family member | |
| Rosa Aranda | May | 4 | Victim's family member. She is deceased. Plaintiff intends to call her via deposition designation. | |
| Raul De Lira | May | 3 | Soto landlord | |
| Raul Aranda | May | 3 | Victim's family member. Has information about the scene of the crime. | Objection, improper addition to Plaintiff's witness. Rule 403. |
| Barbara Wilson | May | 1 | Deceased; an Illinois State Police DNA analyst, has information about the Soto investigation, including the DNA analysis based on standards provided. Will be presented via dep designation. | |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| Scott Lassar | May | 4 | Sidley investigation | object - no personal knowledge; prejudicial 403, undisclosed expert opinions. |
| Rosauro Mejia | May | 4 | Adriana's husband. Resides in Mexico but is willing to travel to Chicago for trial. | |
| Guadalupe Mejia | May | 4 | Family member of Adriana Mejia who lived with her. Resides in California but willing to travel to Chicago for trial. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Jorge Mejia | May | 4 | Family member of Adriana Mejia who lived with her. Resides in California but willing to travel to Chicago for trial. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Leobardo Mejia | May | 4 | Rosauro's brother | |
| Horatio Mejia | May | 4 | Rosauro's brother | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Jose Mejia | May | 5 | Rosauro's nephew | |
| Norma Salazar | May | 5 | Person identified by Adriana Mejia for giving Santiago Soto to her | The contact information for this person has not been disclosed by Plaintiff, despite repeated requests he do so. |
| Jorge Soto | May | 4 | Mariano's brother | |
| Adriana Mejia | May | 5 | Murderer of Mariano and Jacinta Soto | |
| Lordes Rodriguez | May | 3 | Soto family Neighbor | |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| Tim Ward | May | 4 | Solache's work records | Objection, foundation, Rules 401, 403. |
| Victor Herrera | May | 4 | Reyes's coworker | |
| Joseph Stiller, FBI Special Agent | May | 4 | FBI investigator | |
| Elisa Sanchez | May | 3 | Adriana Mejia friend | |
| Diana Gama | May | 3 | Adriana Mejia friend | |
| Bernard Sarley | May | 2 | Solache and Reyes lawyer | obj - MIL |
| Tom Verdun | May | 4 | Reyes lawyer. Deceased. Will be presented via dep designation | obj - MIL |
| Evidence Tech P. Pater | May | 3 | CPD evidence tech | |
| Philip Cline | May | 3 | CPD Commander | |
| Dr. Richard Leo | May | 5 | Plaintiff's false confessions expert who will opine on the relevant social science research on the psychology of police interrogation practices and techniques, police-induced false confessions, risk factors for false confessions, psychological coercion, police interrogation contamination and scripting, and indicia of unreliability. He will opine on these issues as they relate to the investigation, interrogation, and confession statements of Reyes and Solache. Dr. Leo is a recognized social scientist and expert in the field of false confessions and has conducted decades of extensive empirical research on the subject. | obj - MIL |
| Thomas Tiderington | May | 5 | Plaintiff's police practice expert who will opine on the investigation performed by Defendants and on the | obj - MIL |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| | | | Monell claims against the City. Mr. Tiderington is a retired police chief who spent 44 years as a law enforcement officer and has trained over 10,000 federal, state, and local law enforcement officers on police practices and criminal investigations, and has been an instructor and lecturer at numerous regional, national, and international law enforcement training events on a wide variety of police practices and criminal investigations. | |
| Dr. Karl Reich | May | 5 | Plaintiff's forensic expert who will opine on the DNA testing done in the case. Dr. Reich is a scientist and expert in the pharmaceutical and biotechnology industry, including microbiology, human functional genomics, and forensic DNA. | obj - MIL |
| Araceli Zambrano Olivares | May | 3 | Reyes family member | |
| Maricela Zambrano Olivares | May | 3 | Reyes family member | |
| Gonzalo Pastor De-Leon | May | 3 | Reyes family member | |
| Maria Irene Zambrano De-Leon | May | 3 | Reyes family member | |
| Melendez, Jose E. | May | 5 | 404b witness | obj-MIL |
| Velasquez, David | May | 5 | 404b witness | obj-MIL |
| Filekeeper (DOJ, CPD, CCSAO, CCPD) | May | 1 | To establish foundation if necessary to various DOJ records | |
| David Valentin | May | 3 | CPD Officer | |
| Dr. Elias Michaelides | May | 3 | Solache hearing loss | |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| Heather Brualdi | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| David Navarro | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Thomas O'Malley | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Andrew Varga | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Karin Wherle Dooley | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Arthur Hill | May | 3 | Cook County Assistant State's Attorney assigned to Soto investigation. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Julie Nikolaevskaya | May | 3 | Cook County Assistant State's Attorney assigned to Plaintiff's post-conviction proceedings. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Eric Sussman | May | 3 | Cook County Assistant State's Attorney assigned to Plaintiff's post-conviction proceedings. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Krista Peterson | May | 3 | Cook County Assistant State's Attorney assigned to Plaintiff's post-conviction proceedings. | Objection, improper addition to Plaintiff's witness. Rule 403 |

| Witness Name | Will/ May | Rating (5 is more likely, 1 is less likely) | Description | Objection |
|---|---|---|---|---|
| Christa Bowden | May | 3 | Cook County Assistant State's Attorney assigned to Plaintiff's post-conviction proceedings. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Mark Harvey | May | 3 | Crime scene investigator with knowledge of scene processing and photographs. | Objection, improper addition to Plaintiff's witness. Rule 403 |
| Lilya Flores | May | 3 | CPD | |

RESPECTFULLY SUBMITTED,

**ARTURO DeLEON-REYES**

<u>By: /s/ Steve Art</u>
*One of DeLeon Reyes's Attorneys*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Annalise Wagner
**LOEVY & LOEVY**
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
steve@loevy.com