**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ARTURO DeLEON-REYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 18 CV 1028** |
| | ) | |
| | ) | **Honorable Steven Seeger** |
| **REYNALDO GUEVARA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT GUEVARA'S STATEMENT REGARDING TIME SPENT IN
ILLINOIS IN THE LAST YEAR**

NOW COMES Defendant REYNALDO GUEVARA ("Defendant Guevara"), by and through his attorneys, BORKAN & SCAHILL LTD., and in accordance with this Court's rulings at the April 30, 2026 pretrial conference and Dkt. 930, states as follows:

In the past year, Defendant Reynaldo Guevara made one visit to Illinois, specifically Chicago, and traveled here with his wife. Defendant cannot recall the exact dates of the travel, but believes he was in Illinois for one week or less in late June to early July.[1] Defendant Reynaldo Guevara again confirms that he does not reside full time or part time in Chicago or anywhere within 100 miles of the federal courthouse in Chicago. Rather, he residence is in San Antonio, Texas.

Respectfully submitted,

By: /s/ *Timothy P. Scahill*
Timothy P. Scahill
Special Assistant Corporation Counsel

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603

---

[1] Defense counsel represented in court that he believed this trip was in October of last year. This was incorrect. The travel date was late June/early July.

1