**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' REVISED WITNESS LIST AND OBJECTIONS**

Pursuant to the Court's orders at the pretrial conference on April 30, 2026, Defendants submit the following objections to Plaintiff's Revised Witness List and Defendants' Revised Witness List:

**Plaintiff's Revised Witness List (Dkt. 944):**

Defendants object to Plaintiff "reserv[ing] the right to call witnesses listed or identified by Defendants." *See* Plaintiff's Revised Witness List, Dkt. 944 at 2. Defendants also object to Plaintiff's addition of the following 18 new witnesses on their revised list: Robert Biebel, Raul Aranda, Guadalupe Mejia, Jorge Mejia, Horacio Mejia, Heather Brualdi, David Navarro, Thomas O'Malley, Andrew Varga, Karin Wehrle, Art Hill, Julia Nikolaevskaya, Eric Sussman, Krista Peterson, Crista Bowden, Mark Harvey, Barabara Wilson and Lilya Flores. *See id.* at 3-4, 7-8. These last-minute changes come too late just 7 days before trial, defeat the purpose of this Court's requirements for pretrial orders, and constitute gamesmanship which should not be allowed.

**Defendants' Revised Witness List:**

In light of this Court's ruling granting Defendants' Renewed Motion to Bifurcate Trial (Dkt 907), Defendants have cut from their witness list all witnesses who were listed solely to

1

testify to the City of Chicago's policies and practices related to Plaintiff's *Monell* claim. If

Plaintiff introduces evidence of the City's policies and practices, Defendants reserve the right to

call these witnesses in rebuttal.

| Defendants' Witness List:<br><br>Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| Arturo DeLeon Reyes | May | 2 | Plaintiff | |
| Gabriel Solache | May | 1 | Plaintiff | |
| Det. Edwin Dickinson | Will | | Defendant | |
| Det. Reynaldo Guevara | May | 5 | Defendant. Testimony will be presented by reading in of prior testimony, specifically June 15, 2000 trial testimony (CCSAO 008899 to 008962), June 19, 2000 trial testimony (CCSAO 009514 to 009516), and October 24, 2000 sentencing hearing testimony (CCSAO 009725 to 009743). | Objection. Hearsay does not meet criteria of FRE 804, FRE 403. See MIL #13. Guevara is a party and should be required to attend trial in person, and if not by videoconferencing. He cannot make himself unavailable for purposes of FRE 804 by refusing to appear at trial, and then read his own prior testimony from criminal proceedings into the record, where such testimony could not be challenged or otherwise confronted under FRE 804(b)(1)(B) because it was given more than 25 years ago before this Defendant's involvement in a pattern of misconduct had come to light and been repeatedly adjudicated and/or affirmed by the Illinois courts, Cook County State's Attorney's Office, |

| Defendants' Witness List: Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| | | | | and the City of Chicago's own investigation. |
| Det. Ernest Halvorsen | May | 5 | Defendant. Testimony will by presented be reading in of prior testimony, specifically March 30, 2000 pre-trial testimony (CCSAO 0019108 to 0019116) and June 14, 2000 trial testimony (CCSAO 0056344 to 0056369). | Objection. Hearsay, does not meet criteria of FRE 804, FRE 403. Defendants cannot read Halvorsen's own prior testimony from criminal proceedings into the record, where such testimony could not be challenged or otherwise confronted under FRE 804(b)(1)(B) because it was given more than 25 years ago before this Defendant's involvement in a pattern of misconduct had come to light and been repeatedly adjudicated and/or affirmed by the Illinois courts, Cook County State's Attorney's Office, and the City of Chicago's own investigation. |
| Robert Rutherford | Will | | Defendant | |
| Y.O. Daniel Trevino | Will | | Defendant | |
| Edward Mingey | May | 4 | CPD Sergeant who was at the scene of the Soto homicides. | |
| Salvador Alivas (Olivares) | May | 5 | Reyes' coworker. | |
| Alfredo Aranda | Will | | Neighbor to the Soto family. | |
| Jose Aranda | May | 4 | Soto family member. | |
| Rosa Aranda | May | 5 | Soto family member. | |
| Elizabeth Boedeker | May | 3 | Forensic expert. | Objection. FRE 801, 403. |

3

| Defendants' Witness List: | | | | |
|---|---|---|---|---|
| **Witness Name** | **Will/May Call** | **Rating (5 is more likely, 1 is less likely)** | **Description** | **Objections** |
| Rosauro Mejia | May | 5 | Adriana Mejia's husband | |
| Leobardo Mejia | May | 5 | Rosauro Mejia's brother. | |
| Jorge Soto | May | 5 | Mariano Soto's brother | |
| Adriana Mejia | Will | | Also confessed to Soto murders. | |
| Raul de Lira | May | 3 | Soto family landlord. | |
| Felicia Soto | May | 5 | Soto family member. | |
| Joseph Stiller | May | 5 | FBI Special Agent. | Objection. FRE 401, 403. |
| Philip Cline | May | 5 | CPD Commander. | |
| Diana Gama | May | 2 | Adriana Mejia's friend | |
| DOJ Filekeeper | May | 1 | To establish foundation if necessary to various DOJ records | Objection. FRE 401, 403. |
| CPD FIlekeeper | May | 1 | To establish foundation if necessary to various CPD records | |
| CCSAO Filekeeper | May | 1 | To establish foundation if necessary to various CCSAO records | |
| CCPD Filekeeper | May | 1 | To establish foundation if necessary to various CCPD records | |
| David Valentin | May | 5 | CPD Officer. | Objection. FRE 401, 403. |
| Mark Harvey | May | 1 | CPD Evidence Technician. | |
| John Boyle | May | 1 | CPD Detective | Objection. Not disclosed during fact discovery. |
| Berscott Ruiz | May | 3 | CPD Officer. | |
| William Moore | May | 2 | CPD Evidence Technician. | Objection. FRE 401, 403. |

4

Defendants' Witness List:

| Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| Wade Golab | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| Juan Solis | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| Bill Brown | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| Scott Reiff | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| Jorge Cerda | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| William Kernan | May | 4 | CPD Detective | |
| S. Kostecki | May | 3 | CPD Evidence Technician. | Objection. FRE 401, 403. |
| P. Pater | May | 3 | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Saul Basurto | May | 3 | CPD Officer. | Objection. FRE 401, 403. |
| Minnie Tenort | May | 2 | Processed Adriana Mejia at Cermak Health Services. | |
| Lilia Flores | May | 4 | CPD Youth Officer, who interpreted interview of Adriana Mejia. | |
| Dennis Stankus | May | 1 | CPD Evidence Technician. | Objection. FRE 401, 403. |
| Robert Biebel | May | 1 | CPD Sergeant. | |
| Edward Hanlon | May | 4 | CPD Sergeant. Testimony will be presented by reading in of prior testimony, specifically June 14, 2000 trial testimony (CCSAO 00816 to 008825). | Objection. FRE 801, 403. |
| Johnny Musa | May | 3 | Processed Gabriel Solache and Arturo Reyes at Cermak Health Services. | |
| Guadalupe Mejia | May | 5 | Mejia family member. | |
| Jorge Mejia | May | 5 | Mejia family member. | |
| Horacio Mejia | May | 4 | Mejia family member. | |

| Defendants' Witness List: Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| Raul Aranda Soto | May | 3 | Soto family member. | |
| Jorge Cortez Soto | May | 3 | Soto family member. | |
| David Navarro | Will | | ASA who interviewed Adriana Mejia and took her statement. | |
| Heather Brualdi | Will | | ASA who took Gabriel Solache's statement. | |
| Andrew Varga | Will | | ASA who interviewed Rosauro Mejia and took his statement. | |
| Kevin Sheehan | May | 4 | Felony review ASA. | |
| Tom O'Malley | Will | | ASA who interviewed Reyes and took his handwritten statement. | |
| Karin Wehrle | Will | | ASA who interviewed KGuadalupe Mejia and took her handwritten statement. | |
| Kristin Piper | May | 2 | ASA who presented Guadalupe and Rosauro Mejia to the grand jury. | |
| Theresa Randerson | May | 1 | ISP analyst who was present at the scene of the Soto murders. | Objection. FRE 401, 403. |
| Jennifer Barrett | May | 1 | ISP analyst who was present at the scene of the Soto murders. | Objection. FRE 401, 403. |
| Barbara Wilson | Will | | ISP analyst who testified at the criminal trials of | |

6

| Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| **Defendants' Witness List:** | | | | |
| | | | Solache and Reyes. Deceased. Testimony will be presented by reading in of prior testimony, specifically June 15, 2000 trial testimony (CCSAO 00851 to 00896). | |
| Art Hill | May | 5 | ASA in criminal proceedings against Adriana Mejia, Gabriel Solache and Arturo Reyes. | |
| Christa Bowden | May | 3 | ASA who handled COI proceedings. | Objection. FRE 401, 403, as this witness's testimony regarding COI proceedings is irrelevant and prejudicial, and witness is being called only to offer personal opinions of Plaintiffs' guilt that are irrelevan and prejudicial. |
| Eric Sussman | May | 5 | ASA who handled post-conviction proceedings. | Objection. FRE 401, 403, as this witness's testimony regarding post-conviction proceedings is irrelevant and prejudicial, and witness is being called only to offer personal opinions of Plaintiffs' guilt that are irrelevan and prejudicial. |
| Allan Andrews | May | 3 | Solache's appellate lawyer. | |
| Naomi Bank | May | 3 | Solache's criminal defense attorney. | |

| Defendants' Witness List:<br><br>Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| Viola Rouse | May | 2 | Solache's criminal defense attorney. | |
| Tom Verdun | May | 2 | Reyes' criminal defense attorney. | |
| Mary Danahy | May | 1 | Adriana Mejia's criminal defense attorney. | |
| Yulia Nikolaevskaya | May | 2 | ASA who handled post-conviction proceedings. | Objection. FRE 403, 801. Testimony is irrelevant, and cumulative of other witnesses. |
| Dr. Nelson Andreu | Will | | Defendants' Police practice expert who will opine on the investigation performed by Defendants. Dr. Andreu is a retired police investigator whose career spanned from 1980 to 2020. Dr. Andreu's years of law enforcement experience includes, in part, being both a homicide detective as well as a supervisor of a homicide unit. Additionally, Dr. Andreu has taught criminal investigation classes at the university level. | Objection. Daubert Motion/MILs. |
| Dr. Michael Welner | May | 5 | Defendants' confession expert who will opine about his forensic | Objection. Daubert Motion/MILs. |

| Defendants' Witness List:<br><br>Witness Name | Will/May Call | Rating (5 is more likely, 1 is less likely) | Description | Objections |
|---|---|---|---|---|
| | | | assessment of the disputed confession. He will also provide rebuttal opinions to Dr. Leo's *Monell* opinions if the Court permits him to testify. Dr. Welner is a forensic psychologist. Dr. Welner has acted as a expert in this and other jurisdictions on the issue of disputed confessions. He has also researched the dynamics that could contribute to a false confession. | |
| Dr. Evan Greenbaum | May | 1 | Defendants' medical expert who will opine about Plaintiff Solache's hearing loss. Dr. Greenbaum is a board-certified otolaryngologist. | Objection. Daubert Motion/MILs. |
| ISP Cynthia Engelking | May | 1 | ISP specialist who analyzed fingerprints on evidence collected. | Objection. Not disclosed. |
| ASA Krista Peterson | May | 3 | ASA during post-conviction proceedings | Objection. FRE 403, 801. Testimony is irrelevant, and cumulative of other witnesses. |

9

Dated: May 4, 2026

/s/Elizabeth R. Fleming
ELIZABETH R. FLEMING, Atty. No.
6319166
*One of the Attorneys for Defendant Officers*

James G. Sotos
Josh M. Engquist
Caroline P. Golden
Kyle T. Christie
Elizabeth R. Fleming
THE SOTOS LAW FIRM, P.C.
141 Jackson Blvd., #1240A
(630) 735-3300
efleming@jsotoslaw.com

/s/Eileen E. Rosen
EILEEN E. ROSEN, Atty. No. 6217428
*One of the Attorneys for Defendant*
*City of Chicago*

Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Patrick R. Moran
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Fl.
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com

Respectfully submitted,

/s/ Timothy P. Scahill
TIMOTHY P. SCAHILL, Atty No. 6287296
*One of the Attorneys for Defendant Guevara*

Steven Blair Borkan
Timothy P Scahill
Whitney N. Hutchinson
Graham P. Miller
Emily E. Schnidt
Christiane E. Murray
Molly E. Boekeloo
Amanda Guertler
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312) 580-1030
tscahill@borkanscahill.com