**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

**PARTIES' AGREED PROCEDURAL HISTORY TIMELINE OF REYES' CRIMINAL,**
**POST-CONVICTION, AND CERTIFICATE OF INNOCENCE PROCEEDINGS**

- Plaintiff Arturo Reyes, (former Plaintiff) Gabriel Solache, and Adriana Mejia were arrested on April 3, 1998.

- Reyes first filed a Motion to Quash Arrest and Suppress Evidence on February 1, 1999, alleging only that he was arrested without probable cause.

- That same day, Solache also filed a Motion to Suppress Statements claiming his confession was coerced.

- On July 26, 1999, Reyes filed a Supplemental Motion to Suppress Statements claiming his confession was also coerced.

- On July 28, 1999, Solache joined Reyes's Motion to Quash Arrest and Suppress Evidence based on a lack of probable cause.

- On April 7, 2000, Judge Stanley Sacks denied the motions.

- Reyes and Solache's separate but simultaneous criminal jury trials took place over the course of five days—June 14, 15, 16, 19 and 20—before Judge Stanley J. Sacks.

- Both juries convicted Plaintiffs of first-degree double murder, aggravated kidnapping, and home invasion.

- Solache was found guilty June 20, 2000 and was sentenced to death for first-degree double murder plus 30 for home invasion and 30 years for aggravated kidnapping on January 17, 2001.

- Reyes was found guilty June 20, 2000 and was sentenced to two life sentences for first-degree double murder plus 30 years for home invasion and 60 years for aggravated kidnapping on December 18, 2000.

- On February 8, 2001, Adriana pled guilty to murder, home invasion, and aggravated kidnapping.

- In December 2003, Plaintiffs sought post-conviction relief on their motions to suppress their confessions, alleging misconduct by Guevara and others.

- In 2006, the Appellate Court directed the trial court to address, ". . . whether defendants have, by virtue of their new evidence, presented the gist of a constitutional claim that their confessions were coerced."

- On June 29, 2016, on remand, and over the State's objection, Judge James Obbish granted new hearings on the motions to suppress.

- On December 13, 2017, again over the State's objection, Plaintiffs' motions to suppress were granted, and new trials were ordered.

- Absent the confessions, the CCSAO determined it could not meet its burden of proof beyond a reasonable doubt, chose not to retry Plaintiffs, and moved to dismiss the charges via *nolle prosequi* on December 21, 2017.

- Solache and Reyes subsequently filed petitions of innocence on April 18, 2018.

- After contesting the COI petitions, on November 14, 2022, the CCSAO changed its position and withdrew its opposition to Solache and Reyes's COI petitions. The court allowed the State to withdraw its opposition and then immediately granted both COI petitions.

- Reyes filed his federal civil complaint on February 19, 2018 and Solache filed his on March 30, 2018.

/s/ Sean Starr
*Counsel for Plaintiff Reyes*


Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Alyssa Martinez
Annalise Wagner
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Josh Engquist
*Counsel for Defendants*
*Halvorsen, Dickinson,*
*Rutherford, Trevino*


Jim G. Sotos
Josh M. Engquist
Caroline P. Golden
Elizabeth Fleming
Kyle Christie
Special Assistant Corporation
Counsel
The Sotos Law Firm
141 W. Jackson, 1240 A
Chicago, IL  60604
(630) 735-3300


/s/ Tim Scahill
*Counsel for Guevara*


Timothy P Scahill
Emily E. Schnidt
Drew Wycoff
Special Assistant Corporation
Counsel
Borkan & Scahill, Ltd.
20 South Clark Street Suite 1700
Chicago, IL 60603
(312) 580-1030

/s/ Eileen Rosen
*Counsel for City of Chicago*

Eileen E. Rosen
Theresa Carney
Catherine M. Barber
Lauren Ferrise
Sabrina Scardamaglia
Special Assistant Corporation
Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
312-494-1000

3