**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Arturo DeLeon–Reyes
                            Plaintiff,

v.                                                        Case No.: 1:18–cv–01028
                                                          Honorable Steven C. Seeger

Reynaldo Guevara, et al.
                            Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 7, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: The Court received word that the parties have reached a settlement in principle, thanks to the significant efforts by Judge McLaughlin and the parties in an ongoing settlement conference. The final pretrial conference set for May 7, 2026, is hereby vacated, with one exception. A representative of each party must appear at 10:00 a.m. on May 7 to confirm the existence of the settlement in principle. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.