**N THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTIRCT OF ILLINIOS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 C 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger, |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's May 6, 2026, order, Dkt. 958, the Parties submit the following joint status report:

1. On May 6, 2026, the parties reached a settlement in principle in this case.
2. On May 13, 2026, the City sent Plaintiff a draft of the settlement agreement.
3. The parties are currently working collaboratively to finalize that agreement.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*Counsel for Plaintiff Reyes*

Jon Loevy
Anand Swaminathan
Steven Art
Sean Starr
Alyssa Martinez
Annalise Wagner
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900

/s/ Josh Engquist
*Counsel for Defendants Halvorsen, Dickinson, Rutherford, Trevino*

Jim G. Sotos
Josh M. Engquist
Caroline P. Golden
Elizabeth Fleming
Kyle Christie
Special Assistant Corporation Counsel
The Sotos Law Firm
141 W. Jackson, 1240 A

/s/ Eileen Rosen
*Counsel for City of Chicago*

Eileen E. Rosen
Theresa Carney
Catherine M. Barber
Lauren Ferrise
Sabrina Scardamaglia
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
312-494-1000

Chicago, IL 60604
(630) 735-3300

/s/ Tim Scahill
*Counsel for Guevara*

Timothy P Scahill
Emily E. Schnidt
Drew Wycoff
Special Assistant Corporation
Counsel
Borkan & Scahill, Ltd.
20 South Clark Street Suite
1700
Chicago, IL 60603
(312) 580-1030