**N THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTIRCT OF ILLINIOS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 C 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger, |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2026, order, Dkt. 963, the Parties submit the following joint status report:

1. On May 6, 2026, the parties reached a settlement in principle in this case.

2. On May 13, 2026, the City sent Plaintiff a draft of the settlement agreement.

3. On June 18, 2026, Plaintiff sent the City proposed edits to the draft settlement agreement.

4. The parties are currently working collaboratively to finalize that agreement.

Date: June 18, 2026

RESPECTFULLY SUBMITTED,

Steve Art

Jon Loevy
Steven Art
Anand Swaminathan
Sean Starr
Alyssa Martinez
*Attorney for Arturo DeLeon-Reyes*
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor

Eileen Rosen

Eileen E. Rosen
Theresa Berousek Carney
Catherine M. Barber
*Attorney for Defendant City of Chicago*
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000

Chicago, IL 60607
(312) 243-5900

Josh Engquist
______________________________
Josh M. Engquist
*Attorney for Joann Halvorsen, as a Special Representation for Ernest Halvorsen (deceased),*
*Edwin Dickinson, Robert Rutherford and Daniel Trevino*
Sotos Law Firm, P.C.
141 West Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(630) 735-3303

Timothy Scahill
______________________________
Timothy P. Scahill
*Attorney for Reynaldo Guevara*
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030